## Criminal Cause for Trial

(6/50)

**BEFORE:** Judge John Gleeson, U.S.D.J.   DATE: 7/29/09   Time: 9:30am–1:00pm   2:00pm–5:20pm.

DOCKET NUMBER: 08CR640

CASE NAME: USA v. Simels, et al

INTERPRETER(S)_____ (Language)_____

COURT REPORTER: Frederick Guerino,

APPEARANCES:   Courtroom Deputy: Ilene Lee
FOR GOVERNMENT: Steven L. D'Alessandro, Morris Fodeman, Daniel Brownell   Other: (Agent: John Mazzella)

FOR DEFENDANT # 1: Robert Simels   Atty: Gerald L. Shargel (retained)
FOR DEFENDANT # __: _____   Atty: Evan Lipton (retained)
FOR DEFENDANT # 3: Arienne Irving   Atty: Javier A. Solano (retained)
FOR DEFENDANT # __: _____   Atty: Lawrence Berg (retained)

✓ Case Called.
____ Counsel for all sides present.
____ Counsel for _____ not present.
____ Jury selection held.   ____ Voir Dire begins.   ____ Voir Dire Continues.
____ Jury selected   ____ Jurors sworn.   ____ Trial begins.
____ Government opens.   ____ Defendant opens.
____ Government Rests.   ____ Defendant Rests.
____ Government Summation.   ____ Defendant Summation.
____ Jurors Charged.   ✓ Trial resumed.   ____ Trial Concluded.

Other:
_____
_____
_____

____ Jury reaches verdict. Guilty Verdict on Counts: _____

____ Jury polled.   Not Guilty on Counts: _____
____ Jury excused.   ____ Deft. Remanded.   ____ Deft. Cont'd on Bail.
____ Sentencing to be set by Probation.

– Trial resumes tomorrow 7/30/09 at 9:30 Am.