## Criminal Cause for Trial

(7/00)

BEFORE: Judge John Gleeson, U.S.D.J.

DOCKET NUMBER: 08CR640     DATE: 7/30/09     Time: 9:30Am-1:00pm
2:00pm- 5:30pm

CASE NAME: USA v. Simels, et al

INTERPRETER(S) _____ (Language) _____

COURT REPORTER: Frederick Guerino, Henry Shapiro, Marie Foley

APPEARANCES:                    Courtroom Deputy: Ilene Lee
FOR GOVERNMENT: Steven L. D'Alessandro, Morris Fodeman, Daniel Brownell,  Other: (Agent: John Mazzella)

FOR DEFENDANT # 1 : Robert Simels    Atty: Gerald L. Shargel (retained)
FOR DEFENDANT # __: _____   Atty: Evan Lipton (retained)
FOR DEFENDANT # 3 : Arienne Irving   Atty: Javier A. Solano (retained)
FOR DEFENDANT # __: _____   Atty: Lawrence Berg (retained)

✓ Case Called.
___ Counsel for all sides present.
___ Counsel for _____ not present.
___ Jury selection held.  ___ Voir Dire begins.  ___ Voir Dire Continues.
___ Jury selected  ___ Jurors sworn.  ___ Trial begins.
___ Government opens.  ___ Defendant opens.
___ Government Rests.  ___ Defendant Rests.
___ Government Summation.  ___ Defendant Summation.
___ Jurors Charged.  ✓ Trial resumed.  ___ Trial Concluded.

Other:
_____
_____
_____

___ Jury reaches verdict. Guilty Verdict on Counts: _____
___ Jury polled.   Not Guilty on Counts: _____
___ Jury excused.  ___ Deft. Remanded.  ___ Deft. Cont'd on Bail.
___ Sentencing to be set by Probation.

— Trial resumes on Monday 8/3/09 at 9:30am.