
# Verdict Sheet
## *United States of America v. Robert Simels*
## 08-CR-640 (JG)



JURY NOTE #48
8/20/2009
Verdict Sheet

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 20 2009 ★
BROOKLYN OFFICE

**Count One:** Conspiracy to Commit Witness Tampering

    Not Guilty_____   Guilty ✓_____

**Count Two:** Attempted Witness Tampering (Selwyn Vaughn)

    Not Guilty_____   Guilty ✓_____

**Count Three:** Attempted Witness Tampering (David Clarke)

    Not Guilty_____   Guilty ✓_____

**Count Four:** Attempted Witness Tampering (George Allison)

    Not Guilty_____   Guilty ✓_____

**Count Five:** Attempted Witness Tampering (Vijai Jainarine)

    Not Guilty_____   Guilty ✓_____

**Count Six:** Attempted Witness Tampering (Ryan Pemberton)

    Not Guilty_____   Guilty ✓_____

**Count Seven:** Attempted Witness Tampering (Leslyn Camacho)

    Not Guilty_____   Guilty ✓_____

**Count Eight:** Attempted Witness Tampering (Alicia Jagnarian)

    Not Guilty_____   Guilty ✓_____

**Count Nine: Attempted Witness Tampering (Farrah Singh)**

    Not Guilty_____   Guilty ✓_____

**Count Ten: Bribery of Leslyn Camacho**

    Not Guilty_____   Guilty ✓_____

**Count Eleven: False Statement to the United States**

    Not Guilty ✓_____   Guilty_____

**Count Twelve: Importation of Eavesdropping Equipment**

    Not Guilty_____   Guilty ✓_____

**Count Thirteen: Possession of Eavesdropping Equipment**

    Not Guilty_____   Guilty ✓_____