```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK


UNITED STATES OF AMERICA      *   Case No. 08-CR-640 (JG)
                              *
                              *   Brooklyn, New York
                              *   August 24, 2009
    v.                        *
                              *
ROBERT SIMELS, et al.,        *
                              *
             Defendants.      *
                              *
* * * * * * * * * * * * * * *

         TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
             BEFORE THE HONORABLE RAMON E. REYES, JR.
                 UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:           STEVEN LEO D'ALESSANDRO, ESQ.
                              Asst. United States Attorney
                              United States Attorney's Office
                              271 Cadman Plaza East
                              Brooklyn, NY 11201

For the Defendant:            ROSS KRAMER, ESQ.
                              Law Offices of Gerald Shargel
                              570 Lexington Avenue
                              New York, NY  10022

Sureter on behalf of          MS. JENNIFER STUTZ
  the Defendant:





Proceedings recorded by electronic sound recording,
transcript produced by transcription service.
```

**Fiore Reporting and Transcription Service, Inc.**
**67Elaine Drive**
**Shelton, Connecticut 06484 (203)929-9992**

2

1       (Proceedings commenced at 2:17 p.m.)
2               THE CLERK:  Criminal cause for a status
3   conference, case number 08-CR-640, the United States versus
4   Robert Simels.  Counsel, please state your names for the
5   record.
6               MR. D'ALESSANDRO:  Good afternoon, Your Honor.
7   For the United States, Steven D'Alessandro.
8               THE COURT:  Good afternoon.
9               MR. KRAMER:  And Ross Kramer from the Law Offices
10  of Gerald Shargel for Robert Simels.
11              THE COURT:  Good afternoon.  And you are, ma'am?
12              THE SURETER:  Jennifer Stutz.
13              THE COURT:  Good afternoon, Ms. Stutz.
14              THE SURETER:  Good afternoon.
15              THE COURT:  I understand that Judge Gleeson
16  wanted to have you come down and reaffirm that you want to
17  remain as a surety for Mr. Simels in light of his
18  conviction?
19              I believe it was --
20              MR. KRAMER:  Thursday.
21              THE COURT:  -- Thursday on the various counts in
22  the indictment that was filed against him.
23              So I'm asking you --
24              THE SURETER:  Yes.
25              THE COURT:  -- do you want to remain on the bond?

3

1   THE SURETER:  Yes, I do.

2   THE COURT:  Okay.  And you understand that the
3   same warnings that were given to you previously when you
4   signed the bond remain in effect?

5   That the consequences of him fleeing the
6   jurisdiction or otherwise not complying with the terms of
7   his pre-trial release, they remain in effect and you have
8   financial repercussions that would follow if he chose to
9   leave the jurisdiction and avoid his sentence.

10   Do you understand that?

11   THE SURETER:  Yes, I do.

12   THE COURT:  Okay.  Going forward, if you get cold
13   feet and want to come back before he's sentenced and get
14   taken off this bond, you have that option and it would
15   likely mean that he would be detained pending his sentence.

16

17   THE SURETER:  Okay.

18   THE COURT:  Okay?  Any questions?

19   THE SURETER:  No.

20   THE COURT:  All right.  Thank you very much.

21   MR. D'ALESSANDRO:  Thank you, Your Honor.

22   MR. KRAMER:  Thank you.

23   (Proceedings concluded at 2:19 p.m.)

24   I, CHRISTINE FIORE, Certified Electronic Court
25   Reporter and Transcriber and court-approved transcriber,

4

1  certify that the foregoing is a correct transcript from the
2  official electronic sound recording of the proceedings in
3  the above-entitled matter.
4
5  *Christine Fiore*
6  _____          December 28, 2009
7       Christine Fiore
8        Transcriber