1639

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2
    - - - - - - - - - - - - - - - - - X
3
    UNITED STATES OF AMERICA,          :    08-CR-640
4
                   v.                  :    U.S. Courthouse
5                                           Brooklyn, New York
    ROBERT SIMELS                      :
6   ARIENNE IRVING                          August 10, 2009
                        Defendants.    :    9:30 o'clock a.m.
7
    - - - - - - - - - - - - - - - - - X
8

9                    TRANSCRIPT OF TRIAL
                     BEFORE THE HONORABLE JOHN GLEESON
10                   UNITED STATES DISTRICT JUDGE, and a jury.

11
    APPEARANCES:
12

13  For the Government:           BENTON J. CAMPBELL
                                  United States Attorney
14                                BY:  STEVEN L. D'ALESSANDRO
                                       MORRIS FODEMAN
15                                     DANIEL BROWNELL
                                       Assistant U.S. Attorneys
16

17  For the Defendants:           GERALD SHARGEL, ESQ.
                                  EVAN L. LIPTON, ESQ.
18                                For Robert Simels

19
                                  JAVIER A. SOLANO, ESQ.
20                                LAWRENCE BERG, ESQ.
                                  For Arienne Irving
21

22  Court Reporter:               Gene Rudolph
                                  225 Cadman Plaza East
23                                Brooklyn, New York 11201
                                  (718) 613-2538
24
    Proceedings recorded by mechanical stenography, transcript
25  produced by CAT.

                GR     OCR     CM     CRR     CSR

1640

```
1              (The following occurred in the absence of the jury.)
2         THE COURT:  Good morning.
3         Last I heard we are still missing a juror.
4         Have a seat, please.
5         We are no longer missing a juror.
6         Are you ready?
7         MR. D'ALESSANDRO:  Yes, Your Honor.
8         There is one point with regard to the jury charge we
9    just noticed.
10        THE COURT:  Yes?
11        MR. D'ALESSANDRO:  On page 15.
12        MR. SHARGEL:  Sorry?
13        MR. D'ALESSANDRO:  Page 15, Count Two.
14        THE COURT:  Yes.
15        MR. D'ALESSANDRO:  It says with regards to Selwyn
16   Vaughn attempt to use intimidation on or threaten or corruptly
17   persuade.
18        I believe we charged in the indictment simply
19   corruptly persuaded Selwyn Vaughn.
20        THE COURT:  Okay.  I will take out "intimidation or
21   threaten."
22        MR. D'ALESSANDRO:  Correct.
23        THE COURT:  Great.
24        All right.  Bring in the jury, please.
25        (Continued on next page.)
```

1641

1     (Jury present.)

2     THE COURT:  Good morning, everybody.

3     I hope you had a nice weekend.

4     Have a seat.

5     Nice to see you again.

6     All right.  We are at the stage of the trial we call

7  summations, closing arguments.  Like openings, what you will

8  hear today directly from the lawyers does not consist of

9  evidence.  You have heard all the evidence in the case.  It is

10 the testimony that was given from the witness stand and the

11 exhibits I received in evidence during the course of the

12 trial.

13     But the fact that these arguments, these closing

14 arguments, are not evidence does not mean they are not

15 important.  They are important.

16     It is the lawyer's opportunity to argue to you what

17 they -- the facts that they believe the evidence proved, the

18 inferences that they want you to draw from the facts that they

19 will argue have been proved.

20     That's what we will do today.  You will hear first

21 from Mr. D'Alessandro on behalf of the government.  Then you

22 will hear from each of Mr. Shargel and Mr. Solano on behalf of

23 the defendants.  Then, reflecting the fact that the government

24 at all times bears the burden of proving the defendant's guilt

25 beyond a reasonable doubt, the rules allow for the government

Case 1:08-cr-00640-JG   Document 224   Filed 04/01/10   Page 4 of 270

1  to make a rebuttal summation after the defense summations.

2  You will hear first and last from the government, in-between

3  from Mr. Shargel and Mr. Solano.

4           All right.  Mr. D'Alessandro, are you ready to go?

5           MR. D'ALESSANDRO:  Yes, I am, Your Honor.

6           THE COURT:  Go right ahead.

7           MR. D'ALESSANDRO:  Thank you very much.

8           Good morning, everyone.

9           The license to practice law is not a license to

10 break the law.  It seems like a painfully obvious principle.

11 But those were the words that my colleague Daniel Brownell

12 used to open the government's case against the defendants

13 Robert Simels and Arienne Irving.

14          Why did we need to say something that's so painfully

15 obvious?  Because the actions of these defendants is so

16 outrageous, so upsetting that we wanted to make sure that this

17 fundamental principle wasn't lost, as was so obviously ignored

18 by them.

19          It needed to be said.  It needed to be said because

20 these defendants think the rules don't apply to them.  They

21 are wrong.  They are lawyers.  Their job is to uphold the law,

22 not break it.

23          Whatever their obligations are to their client comes

24 secondary to their obligations to the law.

25          No one is above the law.

Summation - D'Alessandro                    1643

1    When these defendants decided to obstruct justice,

2    decided to tamper with witnesses, in order to beat the case

3    for their client Roger Khan, they stopped being criminal

4    defense attorneys.  They just became criminals.

5    Obstruction of justice, tampering with witnesses,

6    said a lot during this trial.  It sounds like lofty principle.

7    It sounds like legalese.

8    Let's be clear about what we have been talking about

9    in this case.  What we are talking about is these defendants

10   sending violent people to find people they think are going to

11   be witnesses and shut them up.  Shut them up, or if they dare

12   speak, say the words they want them to say.

13   Offer them money.  Offer them fear.  Offer them

14   violence.  Offer whatever it's going to take.  Offer it to

15   them, offer it to their families, offer it to their friends.

16   The plan was simple.  The consequences couldn't be

17   more terrifying.

18   Just like any plan, you need somebody at the head,

19   somebody who is the driving force, somebody that understands

20   what the plan is, makes the decisions and makes sure things

21   get followed through.

22   In this case, Robert Simels was that driving force,

23   one of the guys at the head, to make sure that the messages

24   were sent out and action was taken.

25   It fell to Simels to communicate with Khan's gang

1  members, to make sure that their boss's wishes were granted,

2  to make sure that they understood what needed to be done, to

3  make sure that their boss got back to them in Guyana.

4          The evidence shows that he did that time and time

5  again.

6          And like any plan, you also need somebody to help,

7  somebody that understands what the goal is and provides

8  meaningful assistance in order to make sure that that

9  objective is achieved.

10          In this case, Arienne Irving was one of those people

11  that helped.

12          Let me say this about Ms. Irving.  She is a young

13  lawyer.  I suspect that during the trial some of you may have

14  had sympathy for her.  I have no doubt, that but for being

15  exposed to the corrupting influence of that man, she may very

16  well likely never have been in a courtroom in any other

17  capacity than as an attorney rather than a defendant.

18          But, ladies and gentlemen, like us all, Ms. Irving

19  can make choices.  It's her choices that put her in this

20  courtroom.  It's her choices that put her at that table.  It's

21  her choices that put her in that chair as a defendant.  And

22  choices have consequences.

23          She chose to break the law.  She chose to be part of

24  this criminal plan.  She chose to help it reach its objective.

25          "I was just doing my job" is never a defense, even

1   if that job is defending a client who is charged with crimes.

2         Let's take a few minutes to talk about the

3   defendant, the client, rather, Roger Khan .  Selwyn Vaughn,

4   you remember him, he told you a lot about Roger Khan.  Khan's

5   involvement in drugs, Khan's involvement in violent acts,

6   kidnapping, murder, torture.

7         Vaughn told you about the murders of Ronald Waddell

8   and Donald Allison, how Khan believed that they were assisting

9   the Buxton gang, were involved in some way, and Selwyn Vaughn

10  told about his involvement, that he was the spotter.  He was

11  the lookout for these guys.  When he found these men, he

12  reported it to Khan.

13        What happened?  They were gunned down, like dogs.

14  Car pulls up and their bodies were riddled with bullets.

15        That's the murder of Donald Allison and Ronald

16  Waddell.

17        Who did it?  Khan -- who were Khan's gang members?

18  Selwyn Vaughn told you about them too.

19        He told you about Ricardo Rodrigues, Khan's partner

20  in the drug game in Guyana.

21        Barry Dataram, also known as Kevin or Mogatoni.  He

22  was the guy that was responsible, he managed Khan's drug

23  importations -- exportations, excuse me -- into the United

24  States and Europe, the market where he was going to sell his

25  drugs.

1        He told you about Paul Rodrigues, Ricardo

2   Rodrigues's cousin.

3        Gerald Pereria, Fredboy Willabus, Lloyd Roberts,

4   Sean Belfield.

5        Who are those guys?  Those were members of Khan's

6   muscle, the Phantom Squad.  Nice name.  These are the guys who

7   were former or ex-police officers.  These are the guys that

8   when Khan wants somebody dead, when he wants somebody

9   kidnapped, these are the guys he sends.

10       Paul Rodrigues, Fredboy Willabus, Lloyd Roberts,

11  Sean Belfield, those are the four gunmen who were responsible

12  for the murder of Donald Allison and Ronald Waddell.

13       There is no dispute that these are the same people

14  that the defendants Robert Simels and Arienne Irving are

15  talking to.  They are on tape, talking about Sean and Paul.

16       They talked about it extensively at meetings,

17  referring to them by their real names and their nicknames.

18  You know Fudgey.  You know Fudgey's real name?  Fredboy.  Sean

19  Belfield, we call him Backup.  Dataram, Kevin Mogatoni.  Paul

20  Rodrigues, Paulo.

21       There are instant messages, where they are talking

22  back and forth.

23       There is another guy Regan.  Remember him?  Regan

24  was the guy that worked at Willems Timber for Roger Khan.

25  Also responsible for giving ammunition and guns to Khan from

1  Brazil.

2           Robert Simels even on the stand admitted, that looks

3  like him.  I know that guy.  I know this guy.

4           But he really kind of had to, right?  He knows we

5  have all those instant messages.

6           Your Honor, may I have the Elmo up, please?

7           THE COURT:  Yes.

8           MR. D'ALESSANDRO:  Thank you.

9           We have a directory that was taken from his office.

10           I think the screen is going to take a little bit to

11  warm up.

12           THE COURT:  It is looking that way.

13           Is it on the juror screen?

14           Go ahead.

15           MR. D'ALESSANDRO:  Gerald Pereria, home address,

16  phone numbers, email address.

17           Paul Rodrigues, home address, phone numbers.

18           Regan Mark, Willems Timber.

19           Barry Dataram with his birth date.

20           Fudgey, that's Fredboy Willabus, right here.  Look

21  at this guy's email address, Silent Assassin.  Home address,

22  phone number.

23           Sean Belfield, two phone numbers.

24           He knows we have this.  So it would be too much a

25  stretch of the imagination for him to say he doesn't know it.

Summation - D'Alessandro                    1648

1          You remember that?  In the recordings?  Talks --

2   he's coaching Selwyn Vaughn to lie on the stand.  When you

3   testify they will ask you questions on cross-examination.  To

4   the extent, do you know Ricardo Rodrigues?  He says, it would

5   be too much of a stretch of the imagination for you to say,

6   you don't know him.  So to the extent you have to say I know

7   him.  That's the litmus test.  That's the test for getting the

8   truth.  If -- when it's too much of a stretch of the

9   imagination, when he could pull one over on you.

10          But we have this.  So he is going to have to admit

11  that he knows these people and those are the people he's

12  talking to.

13          I asked him, do you know that these people are

14  involved, you expect these people are involved in violent

15  acts?  Whoa, violent, no.  What?  These guys?  Are you kidding

16  me?

17          Remember what his answer was?  I only remember these

18  men, how they presented themselves.  They were well dressed.

19  They were well spoken.  They were well mannered.

20          Excuse me?

21          These guys are killers.  These guys are assassins.

22  They are executioners.

23          So he is not going to say that on the stand.  He

24  can't say that on the stand.

25          But he doesn't have to.  On the screen in evidence

1   is 401-T-3.  This is a portion of the meeting on May 13th

2   between Robert Simels and Selwyn Vaughn.

3          If you recall there was a portion during this

4   meeting where Robert Simels asks Selwyn Vaughn about the

5   murder, certain murders.  He asks him about the murder of

6   Donald Allison.  What do you know if anything about Donald

7   Allison dying?

8          Well, I know he was killed.

9          Right.  So he was killed outside of his gym.

10         He was killed outside of his gym.  Apparently a

11  drive-by.

12         Simels, a lot of bullets.

13         What is Robert Simels saying here?  I know how

14  Donald Allison was killed.  He was killed outside of his gym.

15         Selwyn Vaughn says a drive-by.

16         Robert Simels says yes, a lot of bullets.

17         Eerily similar from how Selwyn Vaughn described

18  Donald Allison dying, outside his gym, car pulls up, riddled

19  with bullets?

20         So I want to know what happened.  Look what he asks,

21  okay.  So Allison gets killed.  Do you speak to Roger after he

22  gets killed?

23         Yes.  I spoke to him afterwards.

24         Did Roger say he did it?

25         We just talked brief, you know, I called, yeah, you

1   know, I hear this.

2          I mean, did he say to you, I took him out or was it

3   somebody unknown who shot him?

4          Why is he asking these questions?  Because he knows

5   Roger Khan is involved in this murder.  Remember, at this

6   point he's telling Selwyn Vaughn, I want you to testify.  We

7   are going to get into it more specifically in a minute, but if

8   you recall what Selwyn Vaughn tells him at this meeting.

9   Selwyn -- he says Roger Khan's my boss.  Roger Khan is a drug

10  dealer.  My cousin is in jail for killing a guy because of a

11  drug deal for Roger that went bad.

12         Selwyn Vaughn is a horrible witness.  If Selwyn

13  Vaughn gets on the stand at the Roger Khan trial, he's going

14  to convict Roger Khan.  He's a witness for the prosecution.

15  Robert Simels understands this.  He wants to know what Selwyn

16  Vaughn is going to say on the stand.

17         So he knows that Roger Khan was involved in this.

18  He's trying to get it out of Selwyn Vaughn so he can coach him

19  to say the contrary.  Just like everything else.

20         Selwyn Vaughn says I don't want to get into it right

21  now.  So look what Robert Simels does.

22         He starts asking him questions.  Do you know

23  Pereria?

24         Pablo?

25         Paul Rodrigues?

Summation - D'Alessandro                    1651

1        Sean?  That's Sean Belfield, Backup.

2        Roberts, Lloyd Roberts?

3        Who is he talking about?  Gerald Pereria, Paul

4   Rodrigues, Lloyd Roberts, Sean Belfield.  He just named three

5   of the four people that were personally responsible for the

6   death of Donald Allison.  Is that a coincidence?  No.  He is

7   signaling to Selwyn Vaughn.  You can tell me.  I know.  Just

8   tell me.  Tell me so we can get over this so I can start

9   coaching you to lie saying Roger didn't have anything to do

10  with this.

11       Look what he asks about them.  When you were with

12  them, the Phantom Squad, Paul Rodrigues, Pereria, Lloyd

13  Robert, Sean Belfield, when you were with them, did you ever

14  see them actually kill someone or was it always the police who

15  actually did the killing?

16       Vaughn explains to him, because with everybody

17  firing, you know, it was hard to determine, you know, who

18  might fire the fatal shot.

19       Okay.  So you were present when people were killed.

20       I don't want to say I was present.  I might have

21  been in the vicinity.

22       He knows, he knows everything about this death.

23       But he can't tell you that on the stand.  He can't

24  admit to you that these people that I am sending out to go

25  find people are capable of violent acts, horrific acts,

Summation - D'Alessandro                    1652

1   execution.  He can't say that.

2         Do you know these men are capable of kidnapping?  Do

3   you have any reason to suspect?  Kidnapping?  What are you

4   talking about?  These guys all wear nice slacks.  They

5   properly conjugated their verbs.  They said please and thank

6   you.  Why would I think they are involved in kidnappings?

7         This is in evidence 401-T-3, this part of the

8   May 13th meeting.

9         Mr. Simels says, they always seem -- he's talking

10  about the guys in Guyana.  They always seem when I say I want

11  to see -- or I want to see this one, it's always

12  they're -- they're going to come.

13        Because you see what happens is that -- Mr. Simels,

14  and I tell them, I tell Sean, Sean Belfield, and the rest of

15  them, the rest of who, the rest of the Phantom Squad, I'm not

16  asking you whether or not they are willing to come.  I am

17  telling you to bring them to me.

18        Vaughn, exactly.  As simple as that.

19        June 11th, this is T-10.  On page four, line 13.

20        Paul says to me, you know this one doesn't really

21  want to help anymore.  And I say, you know what, I'm not

22  asking whether or not they want to help.  They owe whatever

23  they owe to this guy.

24        He is talking about Paul Rodrigues, what these

25  people -- to Roger Khan.

1          Simels, and you tell Sean, Sean Belfield, to get

2    that guy there.  You tell Roberts, Lloyd Roberts, I want these

3    people there at the hotel.  If they don't want to come, they

4    don't want to come.  I want them at the hotel.  They can tell

5    me to my face so I can tell Roger that they don't want to help

6    them.

7          Exactly.

8          I don't want to hear from anybody that they don't

9    want to come.  Bring them to me.  They can say no, they can go

10   on their way.

11         Imagine that scene.  You are in Guyana.  Knock on

12   the door.  Paul Rodrigues, Lloyd Roberts, Sean Belfield show

13   up at your door.  These guys are killers.  Khan's attorney

14   wants to see you.  Orders from the attorney, bring them to me.

15         They don't want to come.  They don't want to come.

16   I want them there.

17         Brought there.  They can say they don't want to

18   help.  I want them to tell it to my face.

19         Can you imagine what that person would be feeling

20   talking to the lawyer for Roger Khan, that they don't want to

21   help Roger Khan?

22         What is he telling you?  They can tell me to my face

23   they don't want to help Roger.  What do you think he is gong

24   to do with that information?  Tell Roger Khan.  How do you

25   think that person feels in that situation?

Summation - D'Alessandro                    1654

1        June 20th, T-13.  Page 25, line 17.  They are

2   talking -- he's relating a conversation that he had with Paul

3   and Jerry.  That's Paul Rodrigues and Gerald Pereria.

4        Line 33, because I said to them, do you think you

5   could tell Roger to his face what you're telling me, that you

6   can't find this guy, that you can't bring him to me?  If he

7   told you to bring somebody to him, you bring him.

8        Vaughn, exactly.  And they know how to bring people.

9        These are executioners.  These are assassins.  These

10  are kidnappers.  These are not -- I don't care if they are

11  wearing Dockers.  I don't care if they are saying please or

12  thank you.  They're killers.  They are kidnappers.  And he

13  knows it.  But he can't admit that to you on the stand.

14       He knows the truth.  He knows what these men do.  He

15  knows what these men are for.  He knows he can use these men

16  to help their boss get out of jail.  But he can't admit that

17  to you.

18       Let's take a few minutes to talk about Robert

19  Simels's testimony.

20       Before I do I have to make something absolutely

21  clear.  He didn't have to take the stand.  He did not have to

22  take the stand.  If he didn't, the judge would instruct you

23  that you cannot hold this against him.  But he did take the

24  stand.  So you are permitted to evaluate his testimony, to

25  gauge his credibility.

GR        OCR        CM        CRR        CSR

Summation - D'Alessandro                          1655

1          I anticipate the judge is going to give you some

2     instructions on how you do that.  If I say anything that's

3     different from what the judge says about the law in the

4     instructions, ignore me.  Listen to the judge.

5          But you know what?  It's not rocket science.  It's

6     the same thing you do in your everyday walk of life.  You

7     don't check your common sense at the door.  You bring it into

8     the courtroom.  That's why we have jurors.  So that they can

9     use their common sense from their everyday experience, to

10    determine the facts, to determine who is telling the truth.

11         So ask yourself, do you believe him?  Think about

12    the way that he testified.  Think about the difference the way

13    he testified when Mr. Shargel asked him questions and when I

14    asked him questions.

15         Did you think he was being honest?  Did you think he

16    was trying to hide something?

17         When Mr. Shargel asked him questions, he was

18    upright, he was looking at all of you.  He couldn't be nicer

19    than to answer all the questions that were asked.

20         When I asked him questions, he didn't want to answer

21    my questions.  I didn't ask him questions that were this

22    (indicating) wide.

23         At any point in dealing with Selwyn Vaughn did you

24    ask him to intimidate people?

25         No.  I didn't do that.

GR      OCR      CM      CRR      CSR

1          I played the calls for him.  I asked him to respond

2     to what he said and not on paper.  But what he said and how he

3     said it.  He didn't like those questions.

4          I respectfully submit, ladies and gentlemen, that

5     Robert Simels took that stand and lied.  He looked you in the

6     eyes and lied to your faces.  When I asked him questions, it

7     took eight times, the judge instructed him eight times, answer

8     the question.

9          Is that somebody who is testifying truthfully?  Who

10    is trying to give the truth, the whole truth and nothing but

11    the truth?  Or someone that's being evasive, who is trying to

12    hide the truth?

13         These are portions of the trial transcript.  On page

14    1449, the judge had to instruct him, don't volunteer.

15         I'm sorry, Your Honor.

16         Mr. Shargel --

17         MR. SHARGEL:  I object to this.  This isn't

18    evidence.

19         THE COURT:  Yes.  Sustained.

20         Focus on the testimony.

21         MR. D'ALESSANDRO:  Eight times.  Why?  If he was

22    there to tell the truth, the whole truth and nothing but the

23    truth, why did he have to be instructed to answer the

24    questions?

25         Let's not forget.  He's not just anybody.  He's a

Summation - D'Alessandro                    1657

1   lawyer.  And not just a lawyer.  He's a trial lawyer, with

2   over thirty years of experience.  He knows his obligations on

3   the stand.  He knows the difference between direct,

4   cross-examine and redirect.

5               (Continued on next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

1          MR. D'ALESSANDRO:    (Continuing.)

2          He knows the differences between a truth and a lie.

3   He knows how to answer a question and knows how not to answer

4   a question.

5          He could have told you the truth.  He couldn't tell

6   you the truth.  He decided to be evasive.

7          Let's look at some of his testimony.  I doubt any of

8   you can soon forget, but there was a portion of a recording I

9   played for Mr. Simels, asked him some questions about it,

10  where Selwyn Vaughn -- and he are talking about David Clarke.

11  The question is neutralize Clarke, Selwyn says we need to buy

12  them or strike fear into them, it's the only option.  Here he

13  says I agree with you, I agree with you --  defendants

14  stating.

15         When I asked him questions about this, when

16  Mr. Simels says:  And you say I agree with you, I agree with

17  you, yes?  Those aren't my words, page 1475 of the record.

18         You are agreeing with Selwyn Vaughn the only option

19  for Roger Khan is to neutralize Clarke through payment of

20  money to him or his family or by driving fear in himself or

21  his family, correct?  Answer no.  I was focused on a different

22  issue at the time.

23         "QUESTION:  This guy is just spouting out about

24  crimes of witnesses, paying them off, hurting them or their

25  family and you're focused on something else, that's your

1    testimony?

2            "ANSWER:    We were losing electricity at that

3    moment.  I had flipped around, as you can see from the rest of

4    the sentence, to look at my computer and why it was all going

5    down that day.  And then I was trying to reboot the system.

6    He did mention those kinds of things.  I tried to dissuade him

7    of them."

8            Do you hear what he's telling you?  He's saying this

9    but at that moment the computer crashed so I flipped around so

10   I didn't hear what he was talking about.  He's referring to

11   the transcript when he's giving you that testimony.  It's

12   T-10, page 23.

13           Only option, neutralize Clarke, drive fear, I agree

14   with you, I agree with you, I'm not sure if it's the outside,

15   the drain on the electricity.  He's telling you he said those

16   things, but at that very moment the computer crashed so I

17   flipped, his words, I flipped around.

18           Let's play the recording.  Play R-10, 1 hour,

19   2 minutes and 12 seconds.

20           (Audio played.)

21           MR. D'ALESSANDRO:   Did you hear that?  It's not in

22   the transcript, that long pause, that long, long pause; that

23   long pause between I agree with you, I agree with you, where

24   it's very clear he's talking directly to Selwyn Vaughn in

25   response to that very commentary.  Then there's a long, long

1  pause and he turns around, deals with his computer.  He didn't

2  flip around, at that moment the computer crashed.  He lied to

3  you, tried to deceive you, misdirect you.  The evidence won't

4  let him do it.

5          Please continue the recording.

6          (Audio played.)

7          MR. D'ALESSANDRO:   He heard exactly what

8  Selwyn Vaughn was talking about.  He wasn't distracted.  There

9  was no flip because the computer shut down and distracted him.

10 He was engaged.  He had a discussion with him because he

11 understood what they were talking about, whatever it takes.

12 Call me, day or night on my cell number.  How much money are

13 we talking about?  Whatever it takes.  Is that the kind of

14 questions that you would ask if you didn't hear the

15 conversation?  No, he heard it.  He wanted it to go forward.

16 He lied to you.

17          Let's look at another example.  This is yes or no

18 questions I was trying to get out of Mr. Simels.  Is it a

19 crime to pay a witness for his testimony?  Yes or no?  It's a

20 crime.  Very simple.  Yes or no.  Let's see how long it took

21 Mr. Simels to answer the question.

22          You understand that offering to pay someone for

23 testimony is a crime, right?  I wasn't going to offer anybody

24 to pay --  not responsive to my question meant yes or no

25 question.  You understand that paying a witness money for

Summation - D'Alessandro                    1661

1    their testimony is a crime, correct?  Paying for false

2    testimony, yes, that's a crime.  Paying for any testimony is a

3    crime.  Well, we always pay to have people appear.  That's a

4    different issue.  Let's be specific.  Beyond the $40 witness

5    fee, beyond that, beyond your understanding is beyond that,

6    paying for a person to testify is a crime, correct?  I would

7    say yes.  Not that hard.  Not that hard to answer the

8    question.

9           5,000 or 10,000 or 20,000 for someone to testify --

10   not talking expert witnesses.  That's a crime, right?  If I

11   was offering somebody money, is that what you're asking?  Not

12   responsive.  What I'm asking you, if a person offers a witness

13   money, 5,000 or 10,000 or $20,000 for their testimony, that is

14   a crime, yes or no his answer.  I assume it would be.  You

15   would assume it, or is it a crime?  It's a crime.

16          Ask yourself, if this person is up there

17   meaningfully engaged in his obligation to tell you, the

18   members of the jury, the truth, the whole truth and nothing

19   but the truth, why not just answer the question?  Yes or no?

20   Yes or no.  Why play games?  Why play games?  Because he can't

21   admit that to you because it's central to the case.

22          He offered money to people, to these witnesses, to

23   testify.  It's a crime.  He doesn't want to tell you that.

24          Let's look at another example.  If you recall during

25   Selwyn Vaughn's testimony, also in the tapes, on June 11th,

1  2008, the meeting begins where Robert Simels's walks in, you

2  hear him hand something, refer to something he's handing to

3  Selwyn Vaughn.  He says I think you should read this,

4  something me and the other attorneys got.  Selwyn Vaughn

5  testified what that was, 3500-SV-31, a memo written by Roger

6  Khan on January 18th, 2008 to Robert Simels and the other

7  attorney.  It has to do with Rule 15 motions.

8          We showed this when Selwyn Vaughn was testifying.

9  He identified this is the document that was shown to him at

10  that time.  Look at what it is.  Fineman will testify to this.

11  Fineman will testify to that.  Fineman will testify to this,

12  that and the other thing, but the problem was, as you heard

13  from Selwyn Vaughn, it's not true.  Some of it is, like I

14  worked for Roger Khan, recruited for Roger Khan, but this

15  other stuff about I was there when they're talking about

16  murdering Roger Khan, David Clarke, and I was the high ranking

17  member of the PNC.  Selwyn Vaughn told you he was like a

18  treasurer for the youth group, not a high ranking member.

19  This is instructions from Roger Khan, Selwyn Vaughn's boss,

20  you will testify to this.  I don't care if it's true or

21  untrue, I'm instructing you, you will testify to this.

22          I asked Mr. Simels questions about this document on

23  page 1485.  On the screen 3500-SV-31.  This document, this is

24  the portion we've been talking about, right, the portion of

25  the document you handed to your client and I corrected myself,

Summation - D'Alessandro                1663

1    handed to Selwyn Vaughn on June 11th, 2008 at the beginning of

2    the meeting, correct?  Yes?  Answer, actually I didn't hand

3    him this particular document on that date.  But something

4    else.  This.  Similar to this, but something else.  You were

5    here when Selwyn Vaughn identified this as the document,

6    correct?  I heard him say that.

7           What is he saying?  Oh, I didn't show him that.  I

8    showed him something similar but not that.  Look what happens

9    when Mr. Shargel asks some questions during redirect, page

10   1575.

11          Mr. Shargel, 3500-SV-31 in evidence on the screen,

12   particularly the page about Fineman.  The same document I

13   asked Mr. Simels during cross-examination.  Are you familiar,

14   sir, if not by exhibit number with the January 18th, you heard

15   about this on cross-examination, referring to my questions,

16   January 18th?  I recall it, yes, sir.

17          When Selwyn Vaughn is in your office and you show

18   him this document, you ask him to read what's contained on

19   this page and I think a little on to the next page as to what

20   he would testify according to Khan, did he ever say to you on

21   any of those conversations that it was false, whole or in

22   part, ever say anything like that to you?  Never.

23          So, when I asked him questions about it, oh, no, I

24   didn't show him that, I showed him something slightly

25   different, but when his attorney asks questions, yes, I showed

1    him this document, but he never told me it was false.  That's

2    a lie.  He got caught.

3            Is somebody telling you the truth?  Is that somebody

4    you want to trust?  Is that somebody who is trying to hide

5    something?

6            One more example.  If you recall, there was

7    conversations about -- excuse me, a lot of evidence about

8    Vijay Jainairne, also known as Son.  He's the guy who is

9    nervous about testifying, intercepted on the David Persaud

10   tapes, who you recall was a cooperator who was murdered in

11   Guyana.  There's a drug ledger he created which connects Khan,

12   these conversations which connect Khan.  Jainairne is on those

13   tapes, Vijay is on those tapes, it's a problem.

14           There's an e-mail, also conversation where

15   Robert Simels and Arienne Irving direct --  direct --  Selwyn

16   Vaughn to go see Vijay Jainairne.  It's important that that

17   happens when it does, which is July 30th because on July 30th

18   Robert Simels also tells Vaughn he's got an attorney.  The

19   attorney says he doesn't want to talk to me.  Not giving me

20   permission to speak to his client.  That's devastating.  Why?

21   Because even the defense's own expert, Anthony RICO said that

22   when a witness says they don't want to talk to you, that's it.

23   If they have an attorney, the attorney says they don't want to

24   talk to you, that's it.  You can't do an end run around them,

25   can't send somebody else to go talk to him.  Devastating.

Summation - D'Alessandro                    1665

1           Let's see how he handles that.  He just says I said

2      that to Selwyn Vaughn but I lied.  I never spoke to the

3      attorney.  What?  Selwyn Vaughn is doing what you said.  You

4      say jump, he says how high.  You tell him to go to see Vijay

5      Jainairne, he will.  Selwyn Vaughn doesn't care if the guy has

6      an attorney, two, four or six attorneys.  He doesn't care

7      whether or not the attorney is giving permission or not.

8           I asked him why lie about something so silly?  You

9      told him see Vijay Jainairne.  You understand he's going to

10     see Vijay Jainairne, correct?  That's my intent, yes.  Intent

11     to send him to go see Vijay Jainairne?  Yes, sir.  You could

12     have just told him to go see Vijay Jainairne and he would have

13     gone to see him, correct.  That's what I would have hoped,

14     yes, sir.  Whether or not he's represented, his attorney says

15     you can or cannot meet him, it's completely immaterial, right?

16     That's true.  But nevertheless, it was important for you to

17     lie to him about that?  I didn't say it was important.  I just

18     said I said it.  Said it because you just lied?  Because I was

19     just talking.  My methodology, that's what I say.

20          Let's explore this a little bit if I can.  Your

21     methodology is just to say things whether they're true or

22     untrue?  With respect to him.  You're talking with respect to

23     Vaughn, right?  You weren't specific in your response.  You

24     said your methodology.  I was talking about Vaughn.  You speak

25     only to Vaughn when you just lie?  Not only Vaughn, but I

1   wasn't lying to him.  I was giving him what information I

2   wanted him to have.

3          Do you hear this distinction?  I'm not lying, I'm

4   giving him the information I want him to have.  But it's

5   untrue.  The information you want him to have is not true.

6   What does he answer?  So?  So, that's a lie.  It's a lie; yes,

7   sir.

8          It's a lie.  It's a lie.  Can't admit to that?

9   Takes all this questioning to get him to say that?  Is that

10  someone giving you the information so you can make informed

11  decisions or someone trying to hide things from you?  I

12  respectfully submit Robert Simels's testimony, he decided to

13  and I want to get this right, give you the information that he

14  wanted you to have, not the truth, the information he wanted

15  you to have.

16         I suppose we shouldn't be all that surprised about

17  his decision to lie.  He's on trial for obstructing justice on

18  behalf of his client.  What's to stop him from getting on the

19  stand, trying to obstruct justice in his own case?  He thinks

20  the rules don't apply to him.  He's wrong.

21         I want to talk about now the efforts that

22  Robert Simels and Arienne Irving took to obstruct justice in

23  this case.  There are eight people we're talking about.  These

24  are the targets of the defendant's efforts to obstruct

25  justice.  Selwyn Vaughn, David Clarke, George Allison, also

Summation - D'Alessandro                    1667

1   known as Chinaman; Vijay Jainairne, also known as Son,

2   Ryan Pemberton also known as Sancho, Leslyn Camacho, Alicia

3   Jagnarain, Farrah Singh.  You know these names.  That first

4   one up there may shock you, maybe why is Selwyn Vaughn there?

5   He's their weapon, their device, implement to obstruct

6   justice.  How is he a target?  How is he somebody they're

7   trying to obstruct justice with?

8           If you recall, time and time and time again,

9   Robert Simels says he wants you to testify.  We wants you to

10  testify.  When will you testify?  They anticipate putting him

11  on the stand to testify.

12          Let's look at how Selwyn Vaughn, were he to tell the

13  truth, let's look at his testimony.  Here are the problems he

14  poses.

15          He tells them he's an entrepreneur, right?  Drug

16  dealer by any other name.  He tells them that Roger Khan is

17  the boss, specific word, the boss.  Ms. Irving confirms that

18  during the meeting on May 13th.  He tells him his cousin

19  worked for Roger and was in jail because he killed people who

20  ripped him off on a drug deal.  He tells them that within the

21  group, Roger is known as Shortman.  He also tells him that he

22  has no direct knowledge about Buxton or Clarke from 2002

23  through 2004 because he didn't deal with Roger or Buxton until

24  2005.

25          I said it before.  These four things, he's a witness

1   for the prosecution.  State your name?  Selwyn Vaughn.  What

2   do you do?  A drug dealer.  Who is your boss?  Roger Khan.

3   You got any family members that work for Roger?  My cousin,

4   he's in jail because he killed people for a drug deal for

5   Roger that went bad.  What's Roger's name?  Our group, the

6   group you're charging?

7         Short Man can't have him testify to any of this at

8   all.  Then their defense about David Clarke is, you know, he

9   hates America, conspired to kill Khan and their enemies,

10  doesn't make sense.  Can you say that?  No, I can't think of

11  that, I have no personal knowledge of this.

12        He's a horrible witness.  So, let's see, what is

13  30 years of being a lawyer, what legal device, what crafty

14  move, what legal technique do you use to resolve these vexing

15  issues?  Very simple, ladies and gentlemen.  The solution, get

16  Vaughn to lie, flat out lie.  Don't worry about it.  Don't

17  worry about it.  Say to the boss, let's go through each one of

18  these.  Here's the solution for Vaughn's job, entrepreneur.

19  May 13th, he says, you know, you know, if you're gonna

20  testify, you have to say you have some sort of job, laborer or

21  anything, right?  True, true.

22        You heard the tape.  Did Selwyn Vaughn say he's a

23  laborer at any time?  He said entrepreneur.  We know what that

24  means.  Laborer?  Tell him, just outright lie.

25        He represents it.  Yes, well, it seems to me your

Summation - D'Alessandro                    1669

1    position in this case, if you were being cross examined is

2    simply to say I had a job.  I worked in Guyana.  You have to

3    say that you are working up here, I mean that's the only

4    reason you could be here.  He's coaching him to lie.  You

5    can't get up there and say you're an entrepreneur, everybody

6    will know would that means.  Make it up, pick up what you want

7    to say.

8            The solution to the boss and drugs, May 13th.  Now,

9    I guess the big question really, and clearly we're not saying,

10   we'll never say Roger is involved in any kind of drug dealing.

11   He's going to be described to the jury as somebody who builds

12   homes, somebody who has a truck, bus, whatever you call it,

13   with homeless children, in the timber business.  So, I know

14   earlier you said that that Roger, you described him as the

15   boss, but we certainly would not want to describe him as being

16   a drug dealer.  Never get to that point.  True.  True, true.

17   Simels, we certainly don't want to describe him as the boss.

18           I know you said he's a boss and a drug dealer.  When

19   you testify?  That's lying, perjury.  That's giving false

20   testimony.

21           The Shortman dilemma.  Clearly, Selwyn Vaughn is

22   going to need a little more seasoning on this one.  May 13th.

23   So you would refer to most people who are short as Shortman?

24   Not really.  What would you refer to him?  I mean, as I said,

25   in the group.  The group, Roger Khan's organization in the

1   group.  We say Shortman, we know who we're talking about.

2   Right.  In the group.  Vaughn, the group, right.  But I'm

3   saying other people in Guyana are called Shortman.  It's

4   possible.  It's quite possible.

5           He's saying, look if I testify, they say do you know

6   who Shortman is, I'm going to say Roger Khan.  He doesn't want

7   that to happen.  That's bad.  He says are other people called

8   Shortman, gives out names, this one, that one is called

9   Shortman, so when you testify, say all these other people are

10  Shortman.  You cannot do that.  That is getting people to lie.

11          This is the Clarke issue.  First, 3500-SV-31, clear,

12  clear instructions, a script, an order from Roger Khan to

13  Fineman, one of his employees.  You will testify the way we

14  need you to about David Clarke.  That's one way they script

15  him to lie about that.

16          He tells him, referring to this document, there are

17  two things he wants to do.  One obviously to the extent that

18  we can give you the location that we think Chinaman's at or

19  his family.  Maybe even find out if he's here, if he'll talk

20  to us.  Secondly, I mean he really wants you to testify to all

21  this shit.  Not facts.  Shit.  This is crap.  He knows it is.

22  He's instructing him, Roger Khan, your boss wants you to say

23  this on the stand.

24          He continues on June 20th.  So how would you know in

25  other words, Roger is talking about the things that you could

1  say, you could say anything, right?  That Clarke was providing

2  ammunition to them, that Clarke was helping them.  I think

3  these are things he would like me to say.  And this is the

4  questions I tried raising with you the last time I was here.

5  It's fine.  I have no problem with that, but how do I come to

6  that under cross-examination which is what I was trying, you

7  know, to reach that, right?  He's telling you, look, I'll say

8  whatever you want me to say, I'll listen to the boss.  I have

9  no problem.  They're going to ask me questions on

10 cross-examination.  What do I say?  How do I handle it?  Look

11 at the suggestion.

12         Well, the point of the matter is none of the

13 prosecutors have ever been to Georgetown or to Guyana.  He

14 gets distracted, has to leave the office for some time.

15 What's it?  Say whatever you want.  They're not going to know,

16 never been to Guyana.  Is that a search for the truth?  It's a

17 search for lies, make sure his testimony is conforming to the

18 defense.

19         June 13th, 2008 in evidence, 554.  This is after

20 Arienne Irving met with Roger Khan.  She comes back with very

21 clear instructions to Robert Simels and the file from Arienne

22 Irving, June 13th, 2008 meeting with Roger.  Roger Khan said

23 he wants to wait until the judge rules on the 404(b) motion

24 before writing down what Fineman should testify to as we may

25 not need everything if the judge doesn't let it in.  Very

1   clear.  Let's wait, no point in writing it down again.  Let's

2   wait before I tell him what he has to testify to.

3          Now, that's how Selwyn Vaughn was a target, but as I

4   said earlier, he was also their weapon.  He was their device.

5   He was their implement by which they were going to get to

6   those seven other individuals as well as using the people in

7   Guyana to get them to say what they wanted him to say or not

8   say anything at all.

9          To do that, Vaughn is very specific.  He's very

10  explicit.  He's very clear.  I'll do it, but I need some

11  money, right?  I got a group, my only little network here,

12  people who are loyal to Khan, people in jail with Gerald

13  Pereria, we can do this.  He's got people who like himself are

14  loyal to Khan, out of prison.  He's going to use unregistered

15  phones, remember the unregistered phones, phones that law

16  enforcement can't track because you throw them away, no

17  subscriber to them?  So, loyal to Khan, criminals and

18  unregistered phones.

19         For what purpose?  Very clear.  Find the witnesses.

20  Find their families.  Find their friends and make them an

21  offer they can't refuse, lead or gold, buy them or strike fear

22  into them.  The only option.

23         Let's listen to some of the discussions on this

24  point, 28 minutes, 8 seconds.

25             (Audio played.)

1        MR. D'ALESSANDRO:   June 11th, 2008.

2        (Audio played.)

3        MR. D'ALESSANDRO:   Crystal clear.  First, there's a

4   concern he has about harassing the witnesses, right?  So,

5   Vaughn says I don't have to go to anybody.  I don't have to do

6   anything if you don't want me to.  Just tell me what you need.

7   He's very clear what he needs.  He needs Clarke not to

8   testify, to away his deal or he needs him to say what they

9   want him to say.  So, Vaughn says well, we could pay them, pay

10  the family to say what we want them to say.

11       What does Simels say?  What are you talking about?

12  You can't pay witnesses to testify.  Remember 18 questions

13  later he finally on cross-examination had to admit that's a

14  crime?  He knows it's a crime.  What are you talking about?

15  You can't do that.  That's a crime.

16       No, I understand.  I understand.  I understand that

17  we can pay these family members.  We need to find out what

18  they want.  I need to know how much money they were willing to

19  take to testify the way they want to.

20       38 minutes, 50 seconds, same recording, June 11th,

21  2008.  Still talking about Clarke.

22       (Audio played.)

23       MR. D'ALESSANDRO:   Vaughn is talking about getting

24  at Clarke's mother.  What does Simels do?  Does his computer

25  break down again, he was distracted?  He heard every word of

1  it, we'll get into it.  He changes the topic.  He doesn't say

2  wait, don't touch anybody.  What are you talking about?

3  Clarke's mother?  Are you crazy?  He doesn't say that.  He

4  changes the topic.

5          You're going to learn, as you know, the next meeting

6  on June 20th specifically addresses this issue again about the

7  mother.  He heard this.  What are they talking about?  He's

8  concerned that some people will go to approach them, will go

9  to the government.  He's talking about look, we have to be

10  careful in how we do this.  If we pick the wrong person, the

11  gig is going to be up.

12          R-10, 57 minutes and 15 seconds.  It's the same

13  meeting, June 11th, later on.

14          (Audio played.)

15          MR. D'ALESSANDRO:   He's talking about paying money

16  to Clarke's relatives who will then go to Clarke and explain

17  to him this is the deal.  You got all this money.  He says it.

18  Roger Khan --  there's money.  He's got to do, I think that

19  whatever he's got to do financially, you've got to be able to

20  resolve these issues.  There is money that is available.  The

21  only issue that I have to know is just what.  And they can't

22  let us know.  The relatives are willing to be bought, friends

23  and family willing to be bought, how much meant for what

24  reason?  For them to get Clarke for him to get suddenly

25  amnesia.  What does he say, no, what are you talking about?

Summation - D'Alessandro                    1675

1    Suddenly amnesia?  What are you saying?  It's a terrible thing

2    but if it happens, it happens.

3                    (Continued on next page.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Summation - D'Alessandro*                                    1676

1        MR. D'ALESSANDRO (Cont'd). It's been known to

2   happen.  Unmistakable what they're talking about. Unmistakable

3   what the plan is. Unmistakable what the intent of these

4   conversations are for.  That's June 11th.  All of those are

5   June 11th. I didn't play it again; I played it earlier.

6        Also, on June 11th is the whole neutralized Clarke.

7   Either you buy them or strike fear in them.  If there was any

8   confusion, that pretty much sets it out.  That is the plan.

9   All on June 11th.

10       And then what happens at the next meeting June 20th?

11  June 11th, very clear plan:  Buy them, strike fear into them,

12  give them amnesia, pay these people.  I need money for my band

13  of criminals.  So what happens on June 20th?  We have R-13 40

14  minutes 18 seconds.

15       (Tape played);(Tape stopped)

16       It us unmistakable.  Clarke's mother off limits.

17  Don't kill her. That's the only instruction he gives him.

18  Yvonne (ph) tells him I don't have to go anywhere -- he

19  doesn't want you anywhere near it.  I don't have to go

20  anywhere near it.  He's got these other guys.  Selwyn Vaughn

21  explained to you about what that was about, too.  He knows

22  these people, and they know him.  They were neighbors.  So if

23  Selwyn Vaughn goes there and starts doing it then everyone is

24  going to know that Khan is behind it.  They are going to know,

25  so he's going to use these other people to do.  There is no

1  instruction not to do these things.  The instruction is to be

2  careful so you don't get caught, and it is not don't do it

3  because it's a crime; don't do it because's going to get put

4  in the SHU. This is what needs to get done for. He wants as

5  much pressure to being put on him as possible, but he thinks

6  if Clarke's mother gets killed, that the government will go

7  crazy.  The ceiling is Clarke's mother's death.  Everything

8  else is fine.  And this isn't dissuading violent acts.  This

9  isn't dissuading persuasion from these people for money or

10 violence or intimidation, threatening.  How do you know?  Look

11 at Chinaman. Chinaman, George Allison, the brother of Donald

12 Allison who was murdered by Khan's crew.  If he'd cooperated,

13 right, it going to be a bad thing. I don't think he cares

14 about Chinaman in terms of 'cause I don't think they'll put

15 the heat -- the heat on him that's screwing around with the

16 mother would.  I mean doing something violent to her. This is

17 not, look, don't do anything bad, to witnesses because it's

18 going to be bad for us.  This is Clarke's mother, don't kill

19 her, but Chinaman, do whatever you need to do, even something

20 is violent.  He doesn't think the government is going to go

21 crazy, so we could probably get away with that.

22         He mentions Alicia, about putting pressure on her,

23 but you got to be careful because if you go to far, the

24 government is going find out, and things could get worse for

25 us. Not don't do it; just do it right.

1      We will play a 55 minutes 55 seconds page 29 of the

2  transcript.

3      (Tape played); (Tape stopped)

4      MR. D'ALESSANDRO:  Persuade them they shouldn't

5  testify.  That's great. You can persuade them that they

6  shouldn't testify that's great. And how?  He's already told

7  you how. Pay them, pay their family, or acts of violence.

8  Threaten them.  Intimidate them.  Just don't kill Clarke's

9  mother, but Chinaman, do whatever needs to be done.

10      Alicia.  If we can persuade Alicia that she ought to

11  talk to me and she has it in the back of her mind that her,

12  her involvement is not a good thing, great.

13      If we can get it in the back of her mind that her

14  willingness to get on the stand at Roger Khan's trial and

15  testify against him, if we can get that in the back of her

16  mind, great. Chinaman, this poor guy, whatever the situation

17  is with him, whatever it takes.

18      Keep this in mind, June 11th, 2008 the mother is

19  mentioned, the money is mentioned for the criminals, and the

20  phones and striking fear into them all out there and mother

21  Clarke's and then June 20th gives him $1,000 --  I don't think

22  I've ever held $1,000 before -- a $1,000 to do what needs to

23  get done.  Pay for him criminals, to pay for his phones,

24  $1,000, with instructions from Roger Klan wants. Clear

25  instructions:  Don't kill the mother, Chinaman whatever,

1   Alicia Leslyn Camacho.  How did he get that information,

2   ladies and gentlemen?

3           Luis Rodriguez testified.  He's an investigator at

4   the MCC where Roger Khan is housed.  In evidence 705.  This is

5   a list.  Remember what he said. All of the cases are monitored

6   and recorded and they are logged. These are all the calls from

7   January '08 to September '08 made by Roger Khan.

8           Really, really, small, but there's no call made

9   between June 11, 2008 and June 20th. He also testified that

10  records are kept when there's an unmonitored call.  It

11  wouldn't show up on this log.  Right.  He said he looked for

12  it and there's no record being that Roger Khan didn't make an

13  unmonitored call.  So he didn't call him.  So how?  How did

14  Robert Simels know to pay Selwyn Vaughn $1,000 and what he

15  could and couldn't do?  How did he learn that?  Arienne

16  Irving.

17          In evidence 703 is the visitor's log at MCC.

18  June 13th, 2008.  The only visit between June 11th, 2008 and

19  June 20th, 2008 Arienne, Roger Khan, nine o'clock to 10:55.

20  What happened at that meeting?  In evidence 564.  This is Ms.

21  Irving's memo on the meeting with Roger Khan June 13th, 2008

22  fro, Arienne Irving to Robert Simels:

23          Roger Khan told Simels to use his discretion giving

24  money to Fineman for his investigation. He said start with

25  $1,000 and see if you get some results and then Simels could

1   decide if he wants to give more.

2          Khan said to make sure to tell Fineman not to do

3   anything stupid in terms of Clarke's mother and he would leave

4   it to Robert Simels to decide if someone should go speak to

5   her and he leaves it to Simels legal opinion about any

6   ramifications.

7          You know, you know that there's a lot more to this

8   conversation than what is in that memo.  You know.  And how

9   does he understand about money for Selwyn Vaughn and David

10  Clarke's mother.  June 11, 2008 she's not there because Robert

11  Simels told her, hey, look this guy Selwyn Vaughn is willing

12  to do what we need him to do but he needs some money.  And

13  he's talking about Clarke's mother.  Go find out from Khan

14  what he wants to do. Here is a thought.  What the hell are you

15  even involving Khan in this discussion. No, we are not doing

16  it. We are not touching Clarke's mother. Not paying this

17  maniac to go harm people. Go talk to Khan about it. Actually

18  discuss it with Khan. And here what Khan says. But you know

19  there's more. You know there's more than this. How?  Because

20  Simels explained it.  He says be careful. He says don't kill

21  the mother. He says with George Allison, if he's a cooperator

22  it's a bad thing, but he doesn't think that the government is

23  going to crazy if something violent happens to him or his

24  family.  Alicia Janieri, well keep it in the back of her mind

25  her involvement is a bad thing.  Where is he getting all this

1   information?  Because Robert Simels told Arienne Irving and

2   Arienne Irving went to Roger Khan.  Discussed it with him and

3   then she reported back to her, her boss Robert Simels.

4           And there's more.

5           On June 17, 2008 Selwyn Vaughn called the office of

6   Robert Simels and gets Arienne Irving. She says right, right

7   because he sent you in relation to some of the people.  I saw

8   -- I saw the e-mail he sent to you 'cause I had met with

9   Roger.

10          Line 35.  Yeah I'm had met with Roger so he e-mailed

11  you after that.

12          And next line down 44:  Yeah.  What, what I can do

13  is -- is when he, um, gets back because he definitely wants to

14  meet up with up with him again.  Talk about everything, and

15  give you some money because I know you need some money to get

16  started and everything.

17          She knows. She knows exactly what's going on. She's

18  talking to Roger Khan about it to make sure the plan goes

19  through.  She knows the objectives.  She's helping out. She's

20  taking part it in and she's doing things to make sure that the

21  objective is achieved.

22          Let's look at some of the other arguments in this

23  case. I just went through a bunch of recordings with regard to

24  David Clarke.  Let's just summarize the problem that he faces.

25  He was the star witness against Khan in their minds.

*Summation - D'Alessandro*                          1682

1    Robert Simels describe him in one meeting as "everything to

2    the government's case, that the government's whole case was

3    based upon him."

4           Simels describe Mr. Vaughn as the centerpiece of the

5    government's case.  He explained that the government's whole

6    case would fall apart if Clarke is neutralized.

7           On the stand he was -- Mr. Simels was trying to

8    explain, no, I really didn't think he was that important.  He

9    has to say that.  He's got to distract you and think, why

10   would he do all these things if this person wasn't important.

11   He was important. He was everything to the government's case

12   in his mind.

13          What's the solution?  You know it already.  You've

14   heard the tapes.  You've heard the testimony.  Selwyn Vaughn

15   to get to Clarke.  Selwyn Vaughn to get to Clarke's family and

16   friends, buy them or we got to drive fear in them.  It's the

17   only option.  Pay them off.  Strike fear into them.

18          George Allison. You just heard the recording with

19   regard to him. What is the problem he faces, he poses to them?

20   There's a concern.  They don't know for sure but there's a

21   concern he's a cooperator. Just said it on the tape. Another

22   cooperator.  Bad thing. More witnesses against Khan.  Bad.

23   What's the solution >you heard it. Send Vaughn to get to

24   Allison and his family. I don't think he cares about Chinaman,

25   George Allison, in terms of because I don't think they will

1   put the heat on them that screwing around with the mother

2   would.  I mean doing something violent to her.

3            Whatever it takes.  Whatever it takes.  This guy is

4   cooperating. Get rid of him.

5            Alicia Jagnarain. Alicia Jagnarain, you will recall,

6   had a relationship with David Persaud. David Persaud was the

7   guy that was murdered while he was cooperating with the

8   government in Guyana. Simels describes her as a very

9   significant witness and he explains why. Because she can

10  introduce the David Persaud drug ledgers against Roger Khan.

11  There's books that the government had which are an accounting

12  of Roger Khan's drug business or drug transactions in which

13  Roger Khan is mentioned. That is devastating evidence. She

14  could authenticate, she could get them into a trial, she could

15  let a jury look at them to corroborate testimony. She could

16  also authenticate David Persaud said tape-recordings. Remember

17  when he was in -- while he was cooperating he was also -- it

18  is discussed on the tapes he was also making recordings and

19  people are spoken about, and you know, Mr. Simels on his

20  cross-examination was trying to downplay.  They are not that

21  important. They're very important, and he knows it, and he

22  told you.

23           June 20th, 2008 meeting. Simels says:  Plus I am

24  sure he's even more nervous now that I have played him some of

25  the tapes he made with David when David was cooperating with

*Summation - D'Alessandro*                                    1684

1    the feds.  He was talking about the Barry Dataram.  Barry

2    Dataram managed  Khan's drugs to Europe, to the United States,

3    also known as Kevin Mogatoni. Persaud made some tapes. He

4    threw out Kevin.  Threw out everybody's name on the phone.

5          Vaughn:  Shit.  That's while, that's while, that's

6    while he was living up here or after he was sent to Guyana.

7          Who is that?

8          Kevin:  He used to live up here.

9          Page eight. Still talking about the case.

10         Kevin certainly throws Roger's name all over the

11   place in the telephone. Roger's name. Not saying the name

12   Roger.  Roger's name.

13         Kevin talks about Roger on the tapes. They are

14   critical evidence.  They are bad evidence.  We need to get

15   this evidence out of the Khan case.

16         Vaughn: Yeah, well, I don't know how Kevin would

17   lapse like that, you know.  Actually, say Roger Khan's name

18   over the phone.  I mean, yeah, he would have been the point

19   man.  You know. He would be the guy having a conversation

20   about drugs, Roger Khan, he would be the guy who would say

21   Roger's name.  He was managing the shipments to the U.S. and

22   to Europe. He would have been the point-man, you know, but you

23   would expect, him, you know, to be much, much, more, you know,

24   careful.

25         And they talk about Kevin.

*Summation - D'Alessandro*

1        Vaughn:  Why, why, why, would Mogatoni be calling

2   people's names over the phone?  Mogatoni, Kevin, Barry

3   Dataram.  Why?  Why 'cause he's being stupid.  That's why. He

4   was being stupid to say Roger's name on the phone.

5        Now, he is going to wonder now, you know, what

6   decisions Roger may want to make so,  if it's not Roger's name

7   on the phone what does Roger care?  He's got to be concerned

8   because he said Roger's name over the phone.

9        Simels:   Which is problematic.

10        So he is trying now to get within your good graces.

11        Simels: Maybe he needs to really think about it.

12        No Alicia, no tapes. No Alicia, no drug ledger.

13        And it wasn't just Selwyn Vaughn. People in Guyana

14   that they tried to use too.

15        Here is in evidence 810. This is a letter which is

16   recovered from one of the computers.  Been scanned in.  May

17   13, 2007 my brother Paul. Respectfully submit, it is Paul

18   Rodriguez.

19        I also, respectfully submit, this is a letter

20   written by Roger Khan to Paul.  Look what it says on page

21   five:  Please call dancing man and tell him to make sure he

22   pays the money on time every month. I am happy to hear he

23   spoke to her parents. Talking about Alicia Jagnarain, and that

24   they are making excuses for her, and asking if he can't have

25   them call her to talk to my lawyers, and we can try to work

1   out something.  Ask him to stay in close contact with them and

2   to keep bugging them. Why can't you just came back home and

3   avoid lying on the stand.

4          So it is clear that her parents are still there.

5   Find out who is close to her dad. See if you can find out who

6   is his best friend.  Go to see Mr. Mohammed from Mohammed

7   Enterprise on Lombard (ph) or Jetsen.   They will definitely

8   know him or ask Brian Loft (ph) to find out who he deals most

9   of his business with.

10          Paul, please pursue this issue. It can really help.

11  You have to get someone to look him straight in the eye and

12  tell him that no, underline.  No one will accept her attempts

13  to testify against me. Let them -- might as well just sell --

14  excuse me -- sell everything and leave now.

15          Paul, you know, if any one of you were here I would

16  have guaranteed she can't testify, so I can't understand.

17  Offer her parents a big amount of money to speak -- to

18  persuade them.  You never know, Paul.  This is all worth a

19  try.  Ask dancing man to make the approach.

20          From March 2007 they recognized she was a problem.

21  From March 2007 they were making efforts to shut her up.  From

22  March 2007 members of the Phantom Squad had her in their

23  target sight, her parents to get to her.

24          Vijai, also known as Son, he is on the David Persuad

25  tape recordings.  They are afraid he is going to testify

1    against Roger Khan. So what do they do?  Send Vaughn to get to

2    Vijai. Send Roger's gang in Guyana to get to Vijai's brother.

3            I referred to this earlier in my discussion with

4    you.  Here's the e-mail I talked about. July 30th, 2008 from

5    Arienne Irving to Fineman cc Robert Simels.  This is right

6    after the July 30th meeting.

7            Robert meant to tell you this but he also wants you

8    to try and talk to Vijai, aka Son.  He is also living down in

9    near DC, and she gives a home address for this guy.  A witness

10   against Roger on several wiretap conversations with Dave

11   Persaud. Send him to go get Vijai Jainari.  Remember Vijai

12   Jainari said I have an attorney and my attorney did not give

13   me permission to talk to anyone.

14           Can we have R 26 32 minutes 47 seconds. This is a

15   conversation which they are specifically speaking about Vijai

16   Jainari. They start with the transcripts on page 14.

17   Thirty-two minutes 47 seconds, please.

18           (Tape played); (Tape stopped).

19           MR. D'ALESSANDRO:  That is exactly what I'm talking

20   about. Go kidnap the brother.

21           And I tell them what's the big fucking deal. Kidnap

22   him.  Guyana.  You guys are used to it.

23           But they're afraid.  They are afraid of being

24   arrested.

25           Mr. Simels response:  Big fucking deal. They'll ask

1    you a few questions, you'll get released.

2            He knows what these men are capable of. He is using

3    it to his advantage to find Son's brother, kidnap and for

4    what?

5            THE COURT: When you get to a logical breaking point,

6    we will take a break.

7            MR. D'ALESSANDRO:  I'm almost finished with this

8    point.

9            THE COURT:  Okay.

10           MR. D'ALESSANDRO:  He wants to introduce the

11   brother.  Get to the brother to get his brother, Son, to back

12   off, to back off.  Get to the brother to get Son to stop

13   cooperating.

14                   (Continued on next page)

15

16

17

18

19

20

21

22

23

24

25

1          MR. D'ALESSANDRO:   (Continuing) if you remember

2    during Mr. Simels's testimony, he was telling you that oh, we

3    knew that Son's brother was a judge.  So we wanted to present

4    our evidence to him to keep his brother from testifying

5    falsely.

6          Really?  On page 15, line ten.  Who is his brother?

7    Let's get to his brother.

8          They don't know who his brother is.  They don't know

9    his name.  They don't know he's a judge.  It's a lie.  They

10   know he's got a brother.  That's all they need to know.

11   Pressure point.  Pressure point, press it.

12         He then instructs Arienne Irving to send a

13   transcript with Son's name so that Sean Belfield, Regan, can

14   find the brother, guys in Guyana, find the brother to get the

15   brother to back off.

16         Tell him to call me first.  I'll tell him what I

17   want done.

18         Then he explains exactly what he wants done

19   afterwards.  Kidnap the brother.  Get him to back off.

20         On page 20 of the transcript, later on, right

21   outside the office, the recorder picks it up.  They are not

22   talking to Selwyn.  Ms. Irving asks, transcript of the actual

23   recordings?  Get clear, what exactly do you want me to send

24   the guys in Guyana.  Transcripts.  We just want them to see

25   the name of this guy.  The name of Son, right.  And let them

1   grab up Kevin and Anand.

2           Okay.

3           And the brother.

4           Okay.

5           Ms. Irving knows exactly why she is doing this, to

6   grab up the brother.  To get the brother to get Son to back

7   off.  That's July 30th.

8           What happens right afterwards?  Here is the Fed Ex

9   record, July 31st, Arienne Irving sends something to Paul

10  Rodrigues, 29 Dadanawa Street, Section K.  Paul Rodrigues,

11  this is the directory again, 803.  Paul Rodrigues, the same

12  address.

13          What does she send?  502 in evidence, page five.

14  This is the section for AI, Arienne Irving, things to do.

15          Page five, send Paul Persaud tapes and transcripts.

16          Now, it's Dave Persaud.  Send Paul Rodrigues Persaud

17  tapes and transcripts.  That's to get to Son's brother.

18          Done, August 1, 200.

19          Your Honor, I have more on this point.  I don't know

20  if you want me to conclude it or take a break.

21          THE COURT:  How much longer do you have on this

22  point?

23          MR. D'ALESSANDRO:  Another five minutes.

24          THE COURT:  Let's take a short break.

25          Don't discuss the case, ladies and gentlemen.

1           All rise.

2           (The following occurred in the absence of the jury.)

3           THE COURT:  All right.

4           (Recess taken.)

5           (After recess.)

6           (The following occurred in the absence of the jury.)

7           THE COURT:  All right.  Bring in the jury, please.

8           These benches inside the swinging doors can be used

9    for seating.

10          How much longer do you have?

11          MR. D'ALESSANDRO:  I am going to try and not play as

12   many recordings to tighten it up.  I think I'll be done on the

13   outside of 45 minutes.

14          (Jury present.)

15          THE COURT:  Please be seated, everyone.

16          Okay, Mr. D'Alessandro.

17          MR. D'ALESSANDRO:  Thank you, Your Honor.

18          Ladies and gentlemen, we were talking about the

19   defendant's efforts to tamper with Vijay Jainairne and what we

20   were focusing on before the break were there efforts to use

21   Selwyn Vaughn to do that.  It's an instant message.  It is in

22   evidence.  It's eight hundred, the instant message that was

23   recovered from the computers in the office, between Robert

24   Simels and Willems Greenhart.

25          We know who Willems Greenhart is, Government Exhibit

1    803, Regan Mark, Regan, one of the people he directed Arienne

2    Irving to send the transcript of Son so they could go grab the

3    brother.

4            Good morning.

5            Good morning to you.

6            Okay.  I can get you on to Son's brother.

7            Simels, how did you make out finding Son's brother

8    or your other missions?

9            Regan, what to do.

10           Simels, good.  He needs to help us with his brother.

11   His brother is likely to testify that he was introduced to

12   Roger by K, which I submit is Kevin, Dataram.

13           Your Honor, we lost the feed.

14           THE COURT:  My fault.

15           There you go.

16           MR. D'ALESSANDRO:  Thank you.

17           And then negotiated a deal that didn't go through.

18           But he will be a significant witness.  Negotiated a

19   deal for drugs that didn't go through with Roger.

20           Right?

21           Simels, we need Son if he testifies to say that the

22   person he met in GT -- Georgetown -- is not the person sitting

23   in court.  Frankly, I think if we can get a picture of Imran

24   Khan, who looks just like Roger, we can use that effectively

25   at the trial.

1          The next page, Simels, he could say the person he

2   met has the name Raji not Roger.

3          Okay.

4          But we are getting a little more what exactly they

5   want him to say.  Son may have done a deal with Barry Dataram.

6   Mentions Roger's name on the phone, Shortman.  Did a deal.

7   Can't have many testify to that.  Get him to back off.  Have

8   him say this, say it wasn't Roger.  It was Raji.  And it's not

9   Roger Khan.  It's Imran Khan.

10         Then later on in the same conversation, page three,

11  Regan, I just spoke to K.  Kevin.

12         Good.

13         He said --

14         Hold for me, please.

15         Okay.

16         He said that what we are trying to do won't work.

17  That the guy already made up his mind.  But what you want us

18  to do, change this guy, persuade him not to testify, won't

19  work.  He's already made up his mind.  He is going to say what

20  he is going to say.

21         That the guy already made up his mind.  But what we

22  can do is --

23         Simels, maybe so.  But there must be pressure we can

24  bring.

25         Yes, there is.

Summation - D'Alessandro                    1694

1        We can.

2        And then later down, no problem.  You need to

3    persuade that he won't lose his deal.  Just say Dave told me

4    this and Kevin told me this.  But the fellow I met and the

5    judge is not going to not honor the deal since he met his

6    obligation to testify truthfully.

7        Okay.

8        He is going -- tell him to say this and that.  Judge

9    isn't going to know any better.

10        In August there is another conversation between

11    Vaughn and Simels.  This is T-30, page six.

12        Simels, you haven't heard anything from anybody

13    about -- about a way to get to this guy?

14        Vaughn, as I said, right.

15        Son I'm talking about.

16        He's talking about whether Vaughn spoke to anybody

17    in Guyana about Son's brother.

18        Yes.  What I'm saying, what I'm saying, right, I

19    haven't heard anything in relation from them down there as to

20    what they intend to do with, you know, to the brother.  If

21    they can come up with anything, then I think, you know, then I

22    just probably got to use, you know, our methods in dealing

23    with him up here.

24        Right.

25        So if they can't get to the brother, we are going to

Summation - D'Alessandro                          1695

1  use our tried true methods as members of Roger's Phantom Squad

2  to get to Vijay, to persuade Vijay.

3           Because something ought to be done.  If they can't

4  do it, then I got to do whatever I can do from here.

5           Simels, I hear you.  Well, I -- I stand at the ready

6  waiting for you to call and let me know what -- what.

7  All right?

8           Later on page seven.

9           You know what I think, I'm going to just bypass

10 them, you know.  Bypass the people in Guyana.  They got some

11 other -- some other people, you know, who have been

12 around -- around us you know down there.  I think it's

13 probably time, you know, that I probably make use of some of

14 them.

15           More people in Guyana that they can use.

16           Simels, what does he say?  Okay.  Because, you know,

17 because people like, like Paul and Belfield and them, they are

18 not really helping.  It's considered -- it's a waste of a lot

19 of time, you know, even bothering with them.

20           I don't disagree with you.  I don't disagree with

21 you.

22           You got some of the other guys, you know, who been

23 around, been around from the inception.  Been around Roger

24 since the time that the organization was formed.  And, you

25 know, I think we should probably start making use of some of

GR      OCR      CM      CRR      CSR

Summation - D'Alessandro                    1696

1  them.

2          Simels, yep, yep, I agree with you.

3          Vaughn, what I probably just call them up and let

4  them know that we will, you know, is it an instruction that's

5  coming from him?  I'm going to let these guys know that Roger

6  Khan wants this done.  It's an instruction from him.

7          And that -- and that something is for me -- it's

8  what he wants to have done.

9          Simels, right.  That's fine.  That's fine with me.

10          Vaughn, yes.  I think that that should be the best

11  approach.  Because me just calling and asking them nicely and

12  politely, you know, they might feel, oh, he's just -- you

13  know, he wants people to go around in places but let them know

14  that it's coming from him and let them get busy.

15          Right.

16          What's going on here?  Selwyn Vaughn is saying we

17  have other people in Guyana.  I can call them in.  Second

18  string, for lack of a better description.  And I'm going to

19  tell them this is what Roger Khan wants.  If I tell them this

20  is an instruction coming from Roger Khan, they are going to do

21  it.

22          Simels says, it's fine with me.  Simels is calling

23  the shots for this group in Guyana.  Simels is saying, it's

24  okay.  Use your methods to get Son off the stand.  Do not let

25  him testify.

1          Ryan Pemberton, what was the threat that he posed?

2    The problem with him, Simels was told that he is trying to cut

3    a deal with the DEA.  They are afraid he is going to be on the

4    witness stand in New York and what's not mentioned on the

5    tapes but he is believed to implicate Roger in the murder of

6    Dave Persaud.

7          Let's go through this one at a time, first the

8    information that he is cutting a deal with the DEA.

9          June 20, 2008, page four.

10         Simels, because everyone that I spoke to tells me

11   that the wife moved out of the house.  She told everybody that

12   he is talking to the DEA on the phone, trying to get them to

13   cut a deal with him and move him out of Guyana.  Hiding in his

14   father's house on the second floor, you know, with the garage.

15         He's telling Vaughn, this guy Ryan Pemberton is

16   trying to cut a deal with the DEA, the Drug Enforcement

17   Administration, to have them bring him out of Guyana, bring

18   him to the United States, to testify.

19         And that he is hiding in his father's house.  He's

20   hiding, the guy is hiding, hiding up there.  We went by.  Paul

21   hit the horn a few times trying to ask him to come out and

22   talk to us.  He won't come out.

23         Vaughn, he's afraid.  Big surprise.  Words out that

24   he is going to be a witness against Roger Khan, cutting a deal

25   with the DEA.  Beep, beep, Paul Rodrigues.  Hey, Ryan, come

Summation - D'Alessandro                    1698

1   outside.   No way.

2            This guy is terrified.  Do you think he's going to

3   talk?   Vaughn knows it.  He's afraid.  And look what has been

4   going on to this guy, the stroke of bad luck.  Not only is his

5   wife telling everybody he is trying to cut deal with the DEA,

6   he got shot.

7            You know he got shot recently, right?

8            Yeah, so like he might be scared, you know.

9            He thinks Mankind set him up.

10            No doubt, that he's afraid he is going to be on the

11   witness stand.

12            The same meeting, June 20th.

13            Page 25, he's relating a conversation he had with

14   Paul Rodrigues and Gerald Pereria when he's in Guyana.

15            Robert Simels, because I said to them -- Paul

16   Rodrigues, Gerald Pereria -- do you think you could tell Roger

17   to his face what you're telling me?  That you can't find this

18   guy, that you can't bring him to me?  If he told to you bring

19   somebody to him, you bring him.

20            Vaughn, exactly.

21            And they know how to bring people.

22            Right.

23            I said, you know Ryan's a problem now.  Leave him to

24   us.  I said, leave him to you, he may be on the witness stand

25   in New York.

1          Well, fine.   All right.   Paul is the right person,

2     you know, you're actually talking to in relation to Ryan.

3     Because he would be the person who would have to coordinate,

4     you know, what I mean, anything down there, for him,

5     all right, but then you'll have to poke him.

6          If I leave him to you, Paul and Jerry, you haven't

7     been doing what I am telling you.  If you don't do this, this

8     guy is going to be on the stand in New York.  And he's going

9     to testify against Roger Khan.  That's the team.  That's what

10    they are focused on.

11         Vaughn tells him, yeah, Paul is the right guy.  You

12    want to get to somebody, yeah, Paul is your guy.

13         But you may have to poke him.  He is the guy that

14    can coordinate that.

15         What else did this man pose?  803 in evidence.  Ryan

16    Pemberton is in there, a Guyana, South America contact.  Ryan

17    Pemberton.  Look what is written in there.  May be rat who

18    told about David Persaud murder.

19         May be rat who told about David Persaud

20    murder -- .think about the words which are chosen to write

21    that.  Not -- not that he's giving information about who told,

22    told the truth.  He's the guy that pointed the finger at Roger

23    and the group for the murder of Dave Persaud.  Devastating

24    witness.  Cannot let him be on the stand in New York, Paul.

25    Cannot let him be on the stand in New York, Jerry.  If I leave

1    him to you, he will.

2            The efforts continue.  July 30, 2008.  This is

3    their -- this is what their solution is, get Paul to get him

4    to change his story.

5            July 30, 2008, meeting between Selwyn Vaughn and

6    Robert Simels.

7            I know what you're saying.  I know what you're

8    saying.  You just can't get any help down there at all.  They

9    just are -- have turned into weak guys.

10           These are the guys that he doesn't know are involved

11   in violence or kidnapping because they wear nice pants and

12   they say please and thank you.  They turned into weak guys.

13           Now Ryan went to see -- Ryan went to see Paul,

14   according to Paul.  Ryan Pemberton, Ryan went to see him.

15           Simels, yeah and says all the rumors were untrue and

16   et cetera, et cetera.  I said to Paul, good.  If that's the

17   situation, then he should be willing to fill out an affidavit

18   from me.  Get ahold of him.  Let me know.  I'll prepare the

19   affidavit.  You take him to Vic's office and have him sign it

20   in fronts of Vic.  I can't, I can't get him to respond to me

21   again.  I mean, he responds, but he doesn't respond to what

22   I'm asking.

23           Vaughn, amazing that they allow him to go.

24           Roger?

25           No.  I mean, I mean Paul.

Summation - D'Alessandro                    1701

1          If he cares, if he cares he's not getting any help

2     and I don't know, you would think if Paul went, people would

3     know why he's there.

4          Amazing.  Amazing Paul is letting Ryan run around

5     town like that.

6          What does Simels say?  You would think if Paul shows

7     up they would know why he was there.  That's why Ryan didn't

8     come out of his father's basement or attic or wherever he was

9     hiding when he saw Paul.  The guy is a killer.  He's an

10    assassin.

11         I can't get these guys -- he comes -- and Ryan comes

12    and says look, it's all untrue.  What do you expect this guy

13    to do?  He just got shot.  He knows Paul Rodriguez is looking

14    for him because his wife is going around town telling

15    everybody he is going to testify.

16         Get him to sign the affidavit.  Here it is.  Look at

17    this thing.  541, Ryan Pemberton, I am making this affidavit,

18    attesting to the truth of the facts contained in this

19    document, I have requested that this affidavit be signed

20    before any attorney who I trust for accuracy.

21         There is no evidence that Robert Simels spoke to

22    Ryan Pemberton before he wrote this.  Just wrote it.

23         I know the individual Shaheed Roger Khan.  When I

24    have been in his presence, it has only been in social

25    gatherings.  I do not know if he knows my name.

1        I have never known of any illegal acts committed by

2   Mr. Khan.

3        I have no knowledge that Mr. Khan engaged in or

4   directed or in any fashion requested any individual to commit

5   any illegal activity.

6        I have no knowledge that Mr. Khan or anyone who I

7   believe may be friendly with Mr. Khan ever committed any

8   crimes of violence.

9        I have no knowledge that Mr. Khan or anyone who I

10  believe is associated with Mr. Khan has ever been involved in

11  selling drugs.

12       I have over the course of many years made up stories

13  about a number of people, including myself, claiming to have

14  been involved in some illegal activities.  The reason I did so

15  was to make myself appear to be more important.  These stories

16  were false.

17       This is false.  The activities of these defendants

18  to get Ryan Pemberton to not testify --

19            MR. SOLANO:  Objection.

20            THE COURT:  Overruled.

21            MR. D'ALESSANDRO:  -- is the problem.  That's the

22  crime.

23       Farrah Singh, what problem did she pose?  She didn't

24  but Alicia Jagnarain did.  Remember, drug ledgers, drug tapes.

25  She is close to Alicia, the girlfriend.

1           Mr. Simels describes her as being involved in a

2    three-way between Alicia Jagnarain and Dave Persaud and her.

3    Get to her.  Get to Alicia.

4           How do they deal with Alicia?  Send Vaughn to get

5    her to testify against Alicia.  What do they do?

6           They give Vaughn photographs of this woman so he

7    could find her.  Ms. Irving gives those.  Gives them the

8    address, where she can be found.

9           For what purpose?  What purpose?

10          T-28, transcript of the August 5, 2008, telephone

11   conversation.

12          On page one, you know the other girl, Farrah -- they

13   are talking about Farrah.  Vaughn complains she is working in

14   a Brazilian strip club on Liberty Avenue.  It's Liberty and

15   140th Street.  149th.

16          Start talking about this woman.

17          Vaughn says on line 26, apparently, you

18   know --

19          Simels says on 24, so she works at the Brazilian

20   strip club?

21          Vaughn, apparently, you know, it's a strip club that

22   they -- they got, you know, the usual nonsense.

23          Yeah.  Okay.  Well then she should be interested in

24   whatever it takes to say what we need her to say.

25          True.

1          And do.

2          What is he saying?  She is a stripper.  Pay her

3    whatever we need to to get her to say what we want her to say.

4    She is just a stripper.  She is easy to corrupt.  She is easy

5    to influence.  We will just dangle some money in front of her.

6    She will say what we need her to say and do.

7          The last is Leslyn Camacho.  What problem did she

8    pose?  Directly, it was -- David Clarke was the problem.  How

9    do you get to David Clarke?  We've already talked a lot about

10   that.  Friends, family, mother, pay them, violence.

11         She is close to David Clarke, right?  She is David

12   Clarke's girlfriend.  So how do you deal with her?  Send

13   Vaughn to get her to testify against David Clarke.  How?  Pay

14   her $10,000 for her testimony.

15         I want you to think about why they became part of

16   the investigation.  June 20, 2008, Robert Simels hands a

17   thousand dollars to Selwyn Vaughn.  The discussion up to that

18   point is for Selwyn Vaughn as their device, their weapon, in

19   their efforts to obstruct justice, to get at witnesses, with a

20   ceiling of don't kill David Clarke's mother.  Do anything else

21   you need to do.  Acts of violence against him, his family, his

22   friends.  Alicia is mentioned.  George Allison, whatever it

23   takes with regards to her.  You can do violence against him.

24         Doing an investigation.  Leslyn Camacho.  Let's

25   redirect this.  Say Leslie Camacho is willing to take money.

GR     OCR     CM     CRR     CSR

Summation - D'Alessandro                                1705

1    David Clarke is willing to take money.

2           That's where this bribery, that's where the Leslie

3    Camacho and money.  Because left to his own devices, there

4    would be violence all over the place.

5           So we got control of it.  We redirected it.

6           Can we play R-18, 46 minutes, 54 seconds?

7           46 minutes, 54 seconds.  This is R-18.  On the

8    screen is T-18, page 13.

9           (Tape plays and stops.)

10          (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    GR      OCR      CM      CRR      CSR

Summation - D'Alessandro                          1706

1    MR. D'ALESSANDRO:    (Continuing.)

2         They're talking about paying these people to testify

3    in conformity with what they want him to say.  Leslyn, 5,000,

4    or 10,000, 20,000, whatever it's going to take.  Khan has the

5    money.  There's money that is available.  He's willing to do

6    whatever he has to financially to resolve these issues.

7         Then David Clarke, comes up with David Clarke, he's

8    going to want some money.  Think about what he offers.  This

9    complicated real estate transaction to hide it, to hide it.

10   Not pay $10,000 in an office with a tape recorder, whatever

11   that was about, but to disguise the payment so there's no

12   trail because nobody can say what the amount of the property,

13   the cost of real estate is worth.

14        Listen to his voice, he has intention of this going

15   through, discussing with Selwyn Vaughn what he thinks is going

16   to work, what's not going to work, how to get money to these

17   people's hands in order to get them to say what they need him

18   to say.

19        This is what he walks out with, Selwyn Vaughn after

20   the meeting on July 18th.  This draft for Leslyn Camacho.

21   That's worth $5,000.  Ladies and gentlemen, 5,000, 5,000 after

22   she testifies, down payment, sign that so I know you're going

23   to testify the way you want.  If you change your minds, start

24   to say something different, I can confront you with this

25   affidavit.  Took three drafts in the recording, hear him throw

1   it away, Selwyn makes suggestions, not because he's

2   interviewed Leslyn Camacho.  This is what he wants her to say,

3   if she wants the money, she's got to say this or she's not

4   getting any money.

5           Use pornographic video and drugs, alcohol to seduce

6   young military officers.  Got to say that.  Those stories,

7   June 20th, 2008.  What does Simels say about that?  Well, I

8   mean, I heard so many stories, Clarke stories, you don't know

9   because people are trying to help Roger, whether they're true

10  or not true.  Frankly, I actually don't care.

11          I don't care if it's the truth or not.  $5,000, take

12  it or leave it.  Sign this.  I don't want to hear.  I want

13  this, $5,000.  That's the deal.

14          Simels didn't act alone on this.  That was

15  July 18th, 2008, the discussions about getting to David Clarke

16  and Leslyn Camacho through the payment of money.  July 18th he

17  walks away with that draft affidavit, that draft statement for

18  her to sign if she wants the money.

19          Then we played a call for you from the MCC, one of

20  the calls that was recorded, July 18th, 2008, the second page.

21  Simels talks about this very meeting.  Yeah, I met with the

22  slender guy a little while ago, the one from down below.

23  Doesn't say Selwyn Vaughn, the slender guy from down below,

24  Guyana, that's who he met with.  He knows this is a recorded

25  conversation.  We had some very interesting discussions and

1   we're taking some actions hopefully to better our positions.

2          What are those interesting discussions?  How to pay

3   a witness, how to hide the transaction, pay this guy off to

4   say what we need him to say.

5          We're taking some actions hopefully to better our

6   position.  Good, good.  I was going to send Arienne down to

7   see you either Monday or Tuesday to tell him about this deal.

8          704, this is July 18th, there's a meeting on

9   July 18th between Roger Khan and Darmuid White, referenced in

10  that call.

11         The next meeting that Roger has with any attorney,

12  July 24th, 2008 with Arienne Irving.

13         What do you think they talked about?  Talked about

14  this new deal, this new plan to get Leslyn Camacho what they

15  need her to say, put Clarke in a bad light.

16         On screen, T-26, more conversations about

17  Leslyn Camacho.  Well, she should understand that she's

18  important to us.  Nobody wants to set her up.  Everybody wants

19  to just have her, you know, work with us.  I don't know how to

20  assure her.  Would she be more assured if I came to her versus

21  her coming to me?  I don't know.  I don't know, quite

22  honestly.  I've been trying my best at it, you know, at the

23  same time I'm trying to, you know, not be too intimidating or

24  anything, you know, scare her off.  Well, if she understands

25  part of the deal is the affidavit, that's this, 304, and part

Summation - D'Alessandro                    1709

1  of the deal is the coming to court, then she has to meet me at

2  some point.  Vaughn says she doesn't have, a basically, let me

3  put it this way.  Let me tell you how well she's got it.  She

4  don't care what we wanted her to say, basically, you know.

5  She just needs to make some money.  She doesn't care.  She's

6  got no problem with signing the affidavit or anything.  Simels

7  says right.  Vaughn right.  Simels, okay.  Vaughn, what I

8  think that maybe she's hoping for is to allow her to probably

9  get past that stage and then we'll see how things go, you

10  know.  Because she will have to meet you if she want to sign

11  the affidavit.  You see because --  well, you can read that.

12  Right, and she and certainly --  now, the issue becomes, you

13  know, I need to be able to prepare it.  If I go to meet her

14  wherever she wants, I don't have a computer and I don't have a

15  printer and I don't have, you know, anything to basically make

16  changes that she might say ought to go into that document.

17       What does Vaughn say?  She doesn't care what we want

18  to put in there.  She doesn't care.  She just wants the money.

19  Vaughn, she doesn't care whose name we want to put inside or

20  whatever.  Just that she would very likely maybe have to get a

21  copy of the affidavit.  Why?  So that she remembers this

22  information later down.  Okay.  But she doesn't care what we

23  want her to say.

24       If it's the truth, why do you need a copy of the

25  affidavit to remind you?  It's because it's not going to be

1    the truth.  She's got no idea about any of this.  She will say

2    whatever you want.  But I need a copy so I can remember.

3    Because it's not true.

4         There's later conversations over the phone where he

5    talks about look, she just needs money and Mr. Simels uses two

6    examples to describe it.  Look, it's like a blind date or a

7    beautiful house.  You're going to tell me it's a beautiful

8    house, I need to see it before I pay.  I want to make sure

9    she's going to say what I want before I give her money.  To

10   use a more graphic example, ladies and gentlemen, but it's the

11   same principle.

12        Arienne Irving helps, too, more so than talking to

13   Khan about it, that one time, in evidence, 538.  The meeting

14   between Arienne Irving and Roger Khan at the MCC on

15   September 5th, 2008.  She tells him Leslyn Camacho is going to

16   come see us next week.  Later down, RK wanted to know if we

17   could record Leslyn's meeting with us.

18        They all know what this is about, we're going to pay

19   her, for her to sign this affidavit.  He knows, Khan knows,

20   Simels knows, Arienne Irving knows and for what.

21        513, taken from the conference room when the

22   defendants were arrested, September, 2008.  Look at the first

23   line.  I'm making this affidavit freely and voluntarily.  No

24   one has forced me to sign this affidavit nor promised me

25   anything in return for giving this sworn statement.

1        Right off the bat, the first line in the affidavit

2   is absolutely false.

3        That's the bulk of the evidence with regard to the

4   obstruction of justice, tampering of witnesses, the

5   defendant's efforts to obstruct justice.  They're charged in

6   two ways, really three.  One, they're charged with conspiring

7   to obstruct justice through witness tampering.  Again, the

8   same instructions I gave you before, the judge is going to

9   instruct you on the law.  If I say something different, don't

10  listen to me, listen to the judge.

11       I anticipate the judge will explain to you what a

12  conspiracy is, just a fancy way of saying an agreement between

13  two or more people to commit an illegal act.  In this case,

14  it's a conspiracy, an agreement to obstruct justice, for

15  witness tampering by threats, intimidation or corruptly

16  persuading to influence testimony, or to stop it.

17       Now, when you consider this, don't put Selwyn Vaughn

18  in the mix.  He's working for the government.  You can't

19  conspire with the government, but Robert Simels can conspire

20  with Khan, Arienne Irving can conspire with Robert Simels, all

21  conspire together, Arienne Irving, Robert Simels, Roger Khan,

22  Barry Dataram, Pereria, Rodrigues, Roberts, Bellfield, they

23  can all agree, did agree to obstruct justice, to find the

24  people they thought were going to take the stand against their

25  boss and either get them to shut up or say what they want them

1    to say, use the options that Roger Khan found worked for him

2    so well in Guyana time and time again, buy them or strike fear

3    into them.

4           Besides the conspiracy charges, they are also

5    charged with an attempt.  I anticipate the judge is going to

6    explain to you what an attempt is, a substantial attempt

7    towards achieving a goal, achieving what you desire.  It has

8    to be something more than just preparation.  That's coaching

9    Selwyn Vaughn to lie, telling him you're a laborer, don't tell

10   them Roger Khan is a drug dealer, the boss; that giving Vaughn

11   the thousand dollars to go find the witnesses and shut them

12   up; that sending the tapes and the transcripts to Paul

13   Rodrigues in Guyana, get to Son's brother to shut him up,

14   sending the e-mail, Arienne Irving sending the e-mail to

15   Selwyn Vaughn to go talk to Vijay Jainairne; that's handing

16   over the list of friends, family, associates of all these

17   witnesses to Selwyn Vaughn so he can find them, put pressure

18   on them, where the pressure needed to be put.

19          It's the affidavits that were drafted for Camacho,

20   Ryan.  $2,500 that was in Simel's office, ready to pay her for

21   signing the affidavit, not the full five.  Remember the

22   conversations?  Remember what was said?  Khan wanted the

23   number brought down, wanted it lowered.  $2,500.  Think

24   Camacho would say no to that?  Willing to say whatever they

25   want her to say for the money.  These are some of the examples

Summation - D'Alessandro                    1713

1    of the substantial steps the defendants took to achieve the

2    goals they want.

3            The offer to Leslyn Camacho, that offer indirectly

4    through Selwyn Vaughn to Leslyn Camacho is another charge

5    called bribery; that offer of money to get her to testify the

6    way they want her to is its own charge, a charge of bribery.

7            Those are the obstruction of justice charges, the

8    attempt charges, the conspiracy charge and the bribery charge,

9    but the defendants also have other charges for you to decide

10   on.

11           One, Robert Simels is charged with alone, the visit

12   to the GEO facility.  There's not much in serious dispute, no

13   dispute the Queens private correctional facility is under

14   contract with the United States through the United States

15   Marshal Service to house pretrial inmates, from the federal

16   court system.

17           There's no dispute on March 27th, 2008 David Clarke

18   was an inmate at the Queens facility.  There's no dispute

19   Robert Simels at no time ever represented David Clarke.

20           There's no dispute on March 27, 2008, Robert Simels

21   went to the Queens facility to see David Clarke.

22           He testified about it.  Government Exhibit 700 in

23   evidence, March 27th, 2008, Robert Simels, David Clarke.

24           The only thing that's in dispute right now is what

25   Robert Simels said or did in order to see David Clarke.  We

Summation - D'Alessandro                          1714

1  called Nicole Waite to tell you what happened.  Remember
2  Ms. Waite, the officer working at the GEO.  She recognized
3  Government Exhibit 700 because this was her handwriting.  She
4  copied the information down from the attorney who wanted to
5  see David Clarke.  She copied that information, Robert Simels,
6  time in, time out.  Ms. Waite also told you she asks attorneys
7  before getting the inmate if they represent that person.  She
8  said on this occasion she did that and Robert Simels said he
9  represented David Clarke, not once but twice.  Both times the
10 defendant lied.  He didn't represent David Clarke, but he said
11 that he did.  A bald faced lie.
12         The defendant got on the stand, we've spent a lot of
13 time talking about his testimony.  He gave his explanation of
14 what happened.  Ask yourselves, who do you believe?  Compare
15 the demeanor of the two witnesses.  Recall Nicole Waite's
16 testimony.  Recall her demeanor.  Did you find her credible?
17 Ask yourselves this.  Why would she lie?  She doesn't know
18 Robert Simels, never saw him before, hasn't seen him since,
19 didn't give a good physical description, but you know from
20 Exhibit 700 from the defendant's own testimony.
21         Compare the testimony of the two.  Also, don't
22 forget the testimony of Edward Sapone, the defense witness who
23 was an attorney that Mr. Shargel asked to go to the Queens
24 facility and go see a person who he did not represent,
25 remember the brother of his client, somebody he did not

1   represent?  What did he tell you?  I got to the Queens

2   facility, I parked, got there, walked in, the officer said

3   what's the name of your client?  What?  What's the name of

4   your client?  This woman, it wasn't Nicole Waite, no dispute

5   about that, right.  You recall what Nicole Waite looked like.

6   Mr. Sapone described the officer he was dealing with as 5-6,

7   160 pounds, 50 or 60 years old if she aged well with a

8   Jamaican accent, not Nicole Waite.

9           A second officer asked the same thing, wanted to

10  know if the inmate you're seeing, Mr. Attorney, is your

11  client.  Mr. Sapone gave an answer.  He told the name of the

12  person he wants to visit.  That answer implied he represented

13  that person.  He lied.  He lied, but Mr. Sapone corrected it.

14  He testified I just want to make clear you asked me the name

15  of my client.  I gave you a name, he's not really my client.

16  Mr. Sapone corrected the area.  Mr. Sapone corrected the lie.

17          You think Mr. Simels would?  Do you think Mr. Simels

18  would hesitate about lying directly to that woman's face?

19  Didn't hesitate to lie to you.  Do you think he would correct

20  a misunderstanding that he created?  Do you think he would do

21  what Mr. Sapone did?  Absolutely not.  He didn't hesitate to

22  lie to you, didn't hesitate to lie to Ms. Waite.  Remember,

23  it's his methodology.  He thinks the rules don't apply to him.

24          The last charge that you need to consider, ladies

25  and gentlemen, is the wiretap charges.  That's this stuff

1    right here, the laptops, the computers, this thing that

2    everyone is calling the base.  Both defendants are charged

3    with importing it, bringing it through the mail into the

4    United States from a place in foreign commerce and possessing

5    it.

6            There's no serious dispute this stuff was taken from

7    the defendants' offices in Manhattan.  There's no serious

8    dispute it was brought from Guyana.

9            In evidence is Government Exhibit 601, Federal

10   Express records, October 11th, 2007 from Robert Simels at the

11   Pegasus hotel in Georgetown, Guyana to Robert Simels at his

12   office in New York.  Turn to the commercial invoice page

13   filled out by the customer, do you recall that testimony, from

14   Mancuso, a description of it?  Laptop, described and

15   manufactured, CF-28, the other was CFM-34, a photograph

16   of one of the laptops on the table.  I hope this works. I

17   respectfully submit it says CFM 34, another picture.  You can

18   inspect the computers yourselves.

19           Here's the other one, CF-28.  You see they match.

20   This is the document which shows the shipment of these two

21   laptops from Guyana into the United States in October of 2007.

22           That's not the only piece of equipment that's there.

23   There's also the base.  Government Exhibit 804 in evidence,

24   instant messages between Arienne Irving and reaganmrk, Friday,

25   June 20th, Ms. Irving asks on the equipment, did that sound

Summation - D'Alessandro                    1717

1   familiar?  Yes, I know what he was speaking so, this is the

2   person you thought was running it?  Yes, I was only security

3   for the equipment.  They need security to run it.  One thing

4   Roger asks, do you still have the base or the equipment?  I

5   was never shown how to work it.  Or do you know who has it so

6   we can get it?  Does he need that base?  Yes.  Can you get it

7   for us and Robert will get it when he is there next.  I will

8   do my best to get it.  OK.  I will get it no matter what it

9   takes.  Thank you.  That's June 20th.

10         This is June 23rd, three days later.  Any chance you

11   can send me the pictures via e-mail, did you see R today,

12   meaning Roger?  Okay, perfect.  I will Fed Ex it today.  Okay.

13   That and the base.  Irving, any chance you can put the

14   documents in it too and the base?  Perfect.  Reagan, and other

15   info -- Irving, Ms. Irving gives the Fed Ex account number and

16   the address for the base.

17         Government Exhibit 602, remember Reagan works for

18   Timber, June 25th, 2008, from William Timber to Robert Simels.

19   What's being shipped?  Remember they're talking about the

20   flash drive?  There it is, flash drive, computer base power

21   supply.  Who signed this?  I declare all this information

22   contained in this invoice to be true and correct.  Signature

23   of importer.  Attorney, Arienne Irving, June 26th, 2008.

24         That's this, brought in June 26th, 2008 to the law

25   offices of Robert Simels.  This is base, this equipment that

Summation - D'Alessandro                    1718

1   needs to get shown how it works; that you need security in

2   order to run it.  Security.

3          To find the defendants guilty of this, not just

4   importing stuff, not just possessing stuff, there are some

5   other things the government has to prove.  We have to prove

6   the design of this stuff rendered it primarily useful for the

7   surreptitious interception of wire communications.  That's a

8   fancy way of saying it was meant to listen in and record cell

9   phone calls.

10         Second, that the defendants knew or had reason to

11  know that that's what this stuff could do.  So, we called

12  Peter Myers, English accent?  He told you he is one of the

13  founding members and owners of the company that made this

14  stuff, Smith Myers.  He told you it was his company that

15  designed the base, his company that manufactures the base in

16  the United Kingdom, his company that sells the base.  It was

17  his company that designs and sells this software which is used

18  in laptops in order to control the base.

19         He explained the base captures cell phone calls.  He

20  used the laptops with the software in order to control the

21  base, to target which numbers you want and the laptop digests

22  the information through the base and records it on the laptops

23  through the software.

24         He told you the design of this stuff made it

25  primarily useful to intercept wire communications and he used

1    the word "passively," explained what it meant, without the

2    callers knowing.  Didn't make much sense to use it otherwise,

3    right?  All done secretly.

4         This is wiretapping equipment.  How do we know the

5    defendant knew it or they had reason to know?  Let's look at

6    some of the documents that were introduced at trial.

7         If you recall, I showed you a moment ago some

8    instant messages between Reagan and Ms. Irving on June 20th.

9    Here's a meeting, a memo describing a meeting she had with

10   Roger Khan on June 18th, 2008.  Roger Khan says Limpy operated

11   the equipment in the beginning and after Roger was arrested in

12   December, 2002, that was the end of Limpy working the system.

13   Ryan never listened to calls or set up the tap.  Listened to

14   the telephone calls being intercepted on the equipment, the

15   wiretap.  Roger Khan said that after Limpy, he gave the system

16   to Sham, Justin and Reagan, the guy she had instant messages

17   to get that base, that piece of equipment to her in New York.

18   RK said that the small laptop has more calls from David

19   Clarke, so we should get into that one and look at all those

20   calls, ladies and gentlemen, all those telephone calls on

21   these laptops that were intercepted and recorded with the use

22   of that base.

23        They know what this stuff is.  It's based on a

24   conversation with Roger she was able to find Reagan to get

25   that piece of equipment.  You saw that from the instant

1   messages.

2            532 in evidence from Arienne Irving.  November 8th,

3   2007, after the laptops were brought in.  Roger says Rick will

4   know where Carl is, but at the time Roger dealt with him, Carl

5   was working for Smith Myers, the company that makes the

6   equipment and he would come and train people and he was living

7   in London, England.  Smith Myers, London England, Nancy wants

8   $500,000 for the new equipment, he worked out a deal to pay

9   $250,000, when the equipment was given, he would give Nancy

10  the old equipment which she could sell for the balance.  They

11  know.

12           Look at what's written on top of that document.

13  Intercept equipment.  It's wiretapping equipment.  It's

14  primarily designed to surreptitiously intercept cell phone

15  calls.  They know it.  The calls are on the laptops.  They

16  know it, interviewed their client.  The base was used in order

17  to make those interceptions.  They know it.  They had

18  security.  This guy is saying I'm security.  I don't know how

19  it works, but I was security.

20           These defendants knew what this stuff was.  Do you

21  think they're deterred because there's a federal law that says

22  you can't possess it?  Do you think they hesitate because

23  there's a federal law that says you can't import it into the

24  United States?  Who cares if it's illegal.  They think the

25  rules don't apply to them.  They're absolutely wrong.

Summation - D'Alessandro                    1721

1          When you go back to the jury room, I want you to

2    carefully consider all the evidence in this case.  I want you

3    to consider the testimony.  I want you to consider the

4    physical evidence, the documents.  I want you to consider all

5    this.  I'm confident that when you do that, you will return

6    the only verdict that's consistent with the evidence for each

7    defendant, guilty on all counts.

8          Thank you very much.

9          THE COURT:  Thank you, Mr. D'Alessandro.

10          Mr. Shargel?

11          MR. SHARGEL:   Mr. Solano will go first.

12          MR. SOLANO:   Thank you.

13          Good afternoon, ladies and gentlemen.

14          Ladies and gentlemen, two weeks ago I told you what

15    this case is about.

16          (Continued on next page.)

17

18

19

20

21

22

23

24

25

SS      OCR      CM      CRR      CSR

1          MR. SOLANO (Cont'd):   I told you there was a story

2    about a young associate who went to work everyday, did her job

3    lawfully, and did her job legally, and that the government in

4    its pursuit of Robert Simels would take every single legal

5    thing that she did and would twist them in an attempt to prove

6    beyond a reasonable doubt that she did something wrong.

7          Ladies and gentlemen, you have a heard the evidence

8    in this case.  You even already heard Mr. D'Alessandro's

9    summation.  The government has failed to do that.

10         Now, in this final opportunity that I have to speak

11   to you, and although I have absolutely no burden whatsoever,

12   I'm going to show you with the evidence how the government has

13   failed to do that.

14         Now, before I do, let me just thank you folks for

15   the incredible attention on behalf Ms. Irving and on behalf of

16   my co-counsel Mr. Byrd for the incredible attention you have

17   paid in this case.  I know at times there were a lot of

18   recordings, probably many times it was boring.  There were a

19   lot of names that you had to hear, a lot of names that you had

20   to remember, but I thank you, because I saw you, and I saw the

21   incredible attention and how hard you were working.

22         You know, ladies and gentlemen, as hard as you

23   worked then, you are going to work equally hard when you go

24   back to the jury. So what I would like to do with this last

25   opportunity I have to address you is to give you some

1   suggestions that's going to make it easier for you to decide

2   Arienne's case.

3           Now, the first thing that I'm going to ask you to do

4   is just don't deal with what is not an issue in this case.

5           What is not an issue in this case for Arienne, and

6   you know, it's not an issue for Ms. Arienne whether Selwyn

7   Vaughn when he came in here and he testified about all those

8   things he did in Guyana, all those things he saw in Guyana and

9   about these people, it doesn't matter to Arienne, her case,

10  whether that is actually true. Because all that matters to her

11  case is whether or not when she spoke to him, whether he told

12  her those things, whether her belief was that he knew those

13  things, whether it was her belief that he did those things

14  with these people. Because if she doesn't think anything

15  different, if she thinks that he's coming in just like an

16  investigator, the way in which he is saying he is, then she is

17  absolutely 100 percent not guilty.  And the important thing

18  that you have to always understand is, well, is that nothing

19  after that May 13th meeting --

20  that first meeting that she had -- absolutely nothing that she

21  hears, nothing that she's told, nothing that she reads ever

22  changes that fact that Fineman, that Selwyn Vaughn, was just

23  an investigator.

24          Now, don't get me wrong, please.  Don't get me

25  wrong.  I am not suggesting in any way when Selwyn Vaughn came

*Summation - Solano*                                                  1724

1   up here and swore to tell the truth, the whole truth and

2   nothing but the truth to you, that he was actually doing that.

3   Believe me, I am not saying that at all. Okay.

4            In fact, the evidence shows quite the opposite of

5   that. All right.  And the Judge is going to tell you how do

6   you assess his credibility.  You don't know this guy.  What do

7   you know about him?  The guy's been paid $50,000 by the

8   government, and the government says, well, it was only 15,000

9   that he left in his pocket to make it seem like it's nothing.

10  Think about how much you have to work, how much you have to

11  work to keep $15,000 in your own pocket after you paid your

12  taxes which he didn't do, and you paid your bills how much

13  money you have to make to keep $15,000 in your pocket. Think

14  about that. You know, he's -- he has to make himself worth

15  something because he's been cooperating. He's got his family

16  over here.  He's got an S Visa.  He has every single motive to

17  lie, and the Judge is going to the tell you, with a

18  cooperator, you are really have to scrutinize their testimony

19  and I ask you to do.  And I am not even going to get into this

20  whole bomb-making things. This guy's recruited by Roger Khan

21  to make some bombs, right, and he's going to deliver these

22  bombs, and instead of delivering them he feels bad for people.

23  Right.  He feels bad for these people and takes the bomb and

24  takes it to his house or to his friend's house who is an

25  electronics technician.  Remember the guy named Lucky?  I'm

1   sure that didn't go by you guys. Right.  The guy named Lucky

2   is dismantling this bottom.  So he's so concerned about people

3   he takes this bomb to his own home to dismantle it.  I mean it

4   is just the incredible nature of what he is saying, and the

5   reason the government thinks it's important for you is because

6   the government has to have you believe that Fineman is

7   actually this violent guy and that he knows these people.  And

8   in fact, if you go through his testimony, and I, please,

9   invite you to, nothing of what he says, absolutely not one

10  stitch of what he says, is supported with anything. The

11  government is saying just believe him because we have

12  pictures. Every single thing that he testified to, I'm sure

13  you could probably read in the newspaper.  Every single thing,

14  and again, as I told you, Arienne's case, it doesn't matter.

15  It doesn't matter. It doesn't matter for her case because when

16  he comes in on May 13 he says:  I'm not a violent guy.  I've

17  never done anything of those things. All I do is I locate

18  people and I guess that's what Roger Khan wants me to do is to

19  locate people.

20          Now, what I'd like to do is I am going to focus on

21  May 13th for the bulk of my time and then move on, but it's

22  important for you to look at May 13th, okay, because, as I

23  said, May 13th is the meeting that forms the basis of her

24  opinion of her thoughts of what Selwyn Vaughn was going to do

25  in this case and again, it never, never changes.

1        You know, all those things that Mr. D'Alessandro was

2   telling you about that sounds so bad, Arienne never heard any

3   of those things.

4        Remember I told you in the beginning of this case

5   what they were going to did is going to try to lump them

6   together?  Remember I told you that?  I said that they're not

7   going to let you know what meeting she was in and what meeting

8   she wasn't in, remember I told you that?  They still didn't.

9   They  still didn't because when they asked Selwyn Vaughn on

10  the May 13th  meeting who was there, they asked him that

11  specifically. He says Arienne Irving and Robert Simels, and

12  all of sudden, on June 11th when we know she's not there they

13  just don't ask it. They want to you get confused.

14        In his summation he keeps jumping back from meeting

15  to meeting.  He never points out to you -- and don't get me

16  wrong, they have absolutely no obligation do that, okay, but

17  he never points out to you when she's there and when she's is

18  not there, and I'm going to make it clear for you now, and

19  you're ever going to consider whether anything Robert Simels

20  says she knows, please go back to the transcript, and even if

21  you have to listen to the tape to find out whether she was

22  there or not, please do so, because what you should do, and

23  what I am asking you to do is to evaluate her case -- not

24  based on what Robert Simels might have said or what

25  Robert Simels thought; it's what she said, what she thought

*Summation - Solano*

1  and what she heard.

2          So let's go to May 13th meeting first. Remember,

3  this is a meeting even Selwyn Vaughn says I never heard the

4  name Arienne Irving in my life.  Arienne Irving never set up

5  any meeting whatsoever -- not the May 13th meeting, pretty

6  much every single meeting in case.

7          Robert Simels even said I really didn't tell Arienne

8  Irving anything about the Fineman meeting until he actually

9  was about to arrive. Right.

10         So let me just go through a couple of spots here to

11 show you that everything she believed about Fineman's role,

12 everything she believed in what she knew in this investigation

13 never changed after speaking to Fineman.

14         First, looking at page 11 of the May 13 transcript.

15 Do you remember on cross-examination of Mr. D'Alessandro he

16 asked Mr. Simels:  Did you ever, did you ever ask Selwyn

17 Vaughn what he did for Roger?

18         Right?  Of course he did. Right here on the

19 transcript.

20         Take page -- look at page 11 starting from line 22

21 and he's talking about what did he for Roger back in 2003.

22         Fineman: Not directly.  Not direct.  Indirectly

23 because, umm, you know, as I said, my cousin was working for

24 him.  You know, um, and whatever he at the time they might ask

25 they're looking for somebody or something, you know.  So I

1   helped out with that but when I actually started dealing with

2   the boss himself, it was around that time, you know, 2005,

3   directly.  Right.

4           What does Simels ask?

5           THE COURT:  Excuse me.  Do you want this on the

6   screen.

7           MR. SOLANO:   I could, Judge, but it doesn't matter.

8           THE COURT: Maybe a colleague could.  I didn't mean

9   to interrupt.

10          MR. SOLANO:   That is fine. I could do that.

11          THE COURT:  All right.

12          MR. SOLANO: What does Robert Simels say?  What would

13  you do?

14          I mean I don't know how much more direct can it be.

15  What would you do for Roger, right?  If Fineman wanted to tell

16  him all about what he did back in 2005, all these violent

17  acts, why would he do that?  But he does it.  What is his

18  answer:

19          Umm.  And this is page 11 line 30.

20          Umm, well, at the time I was dealing with this

21  Buxton group, you know, it was now -- there's still, you know,

22  was trying to start up back and he was trying to get at them

23  and these kinds of things.

24          He never says, never says that he was doing any of

25  these violent acts.  So why would she think anything

1   different?

2          In fact, what is he says is:  I was helping out with

3   this Buxton group.

4          He never calls the Buxton group anything other than

5   what she believed was another political organization that she

6   had -- that Roger had problems with.

7          This whole thing about working, whether you have a

8   job or you are a laborer, again, page 13 from that same

9   meeting. This is page 13 and I'm looking at line 27:

10         Ms. Irving:  Do you have any family here or

11   friends.

12         Yes, I got a lot of family here and some other

13   business associates and things I am dealing with so I'm back

14   and forth.

15         And then in that same sentence she says:  You said

16   that he was a boss, what do you mean.

17         He runs things.

18         Well, yeah, he does written things.  He has

19   companies, one of which, which Selwyn Vaughn corroborated, was

20   a timber company.  Why would she think anything different?

21         It goes on even more. Remember, Mr. D'Alessandro told

22   you:  Well, they should know because the Selwyn Vaughn told

23   him that his cousin Mervin was working for him as a drug

24   dealer. Well, let's see whether they asked him that and

25   whether he actually answered.

1          This is page 16.  Arienne says: I don't know if I

2    asked this but you said your cousin Mervin was working for

3    Roger first.

4          Yeah.

5          What was he doing?

6          Why would Selwyn Vaughn saying he was dealing drugs

7    for him, right?  How does he answer?

8          Umm, he was part of the group and the group -- when

9    the group was originally formed.

10         What kind of answer is that? How is she supposed to

11   think that Mervin Vaughn is a drug dealer, and in fact,

12   there's a conversation earlier about Mervin's arrest and he

13   says he was involved with some drug deal and it was a

14   shooting.  Never makes the connection, never says I was

15   selling drugs for Roger Khan.  And think about this when you

16   think about this case, if he's coming in Selwyn Vaughn, as

17   this coconspirator, right, and they know it, Arienne Irving

18   knows, and Robert Simels knows it, why place this game?  Why

19   the charade?  Why hide what you are going to supposedly do?

20   The reason that it didn't happen is because Selwyn Vaughn

21   didn't want to tell them anything about that.

22         In regard to these people up here -- Ricardo

23   Rodriguez, Paul Rodriguez, Gerald Periera -- Arienne Irving

24   always believed that the people that she was dealing with in

25   Guyana -- and remember, she never spoke to any of these

1 people, she never met these people, were always investigated

2 right?  Every single investigator that testified here told you

3 what they are --prior law enforcement, one was an FBI agent,

4 one was a marine, why would she think anything different?

5          So during cross examination, and something that

6 Mr. D'Alessandro highlighted again, was this question about

7 whether or not Paul Rodriguez and Gerald Periera actually kill

8 people.  Here is the part he asked -- he actually looked at.

9 This is page 27 line 23:

10          When you were with them and talking about Paul and

11 Gerald and Sean, did you ever see them actually kill someone,

12 or was it always the police who actually did the killing?

13          Umm, no, no, no one actually knew, you know, who did

14 it because with everyone firing, you know, it is hard to

15 determine, you know, who might fire the fatal shot.

16          Why wouldn't Selwyn Vaughn just say Paul Rodriguez

17 shot them and Sean Delfield shot him, and Gerald Periera shot

18 him, why wouldn't he say that?  And if he doesn't say that why

19 should she be held accountable for not knowing?  She doesn't

20 know, and specific questions directly to him, he never answers

21 anything other than what she believes.

22          She believes, again, that Roger Khan was dealing

23 with crime fighting, that he was helping the community. Right?

24 And again, they asked him specifically about his crime

25 fighting and this is page 28.  This is Vaughn:

1           Well, as I said, umm, I believe, umm, in the cause
2    you know, what Roger and his guys were doing, you know, what I
3    mean in terms of the crime fighting effort 'cause, umm, 'cause
4    somebody had to do it.  The police were afraid to do it, you
5    know.  Somebody's got to do it because it was coming to a
6    point whereby, you know, well, no one was safe.
7           Why does she think Roger Khan is doing anything
8    wrong?  Why does she think that Joe Periera and Sean Delfield
9    and all these people that they claim are coconspirators and
10   they have to do that, these people have to be coconspirators
11   for this case to make sense, right?  Why wouldn't he just say
12   something different?  They are not putting those words in his
13   mouth.  He is the one saying those things.
14          And again, something that we really didn't talk
15   about.  Remember at some point Selwyn Vaughn is saying I don't
16   really want to go into that stuff.  You know, I want to make
17   sure that somebody tells me something, I want to make sure
18   it's okay with Roger, remember, and he says they start talking
19   about possibly visiting him at the MCC.
20          And one of the things that Selwyn Vaughn says is:
21   Well, umm, can I get in to visit him and Arienne -- Robert
22   Simels says:  We can try to get you on the list but -- and
23   then Selwyn Vaughn says but -- but I don't have a visa, I
24   don't have a passport, I overstayed my time.
25          And he says -- and Robert Simels says:  Well, you

1    know you can be family.

2            And Selwyn Vaughn says: I could be family suggesting

3    to them lie on the application.  I could be family.

4            And here we are on page 29:

5            Irving:  They only have a certain number and you

6    have to be related.  He's only allowed one.

7            Vaughn: You want to tell me I can't be a relative?

8    Come on.  My father is Indian, so why can't I be a relative?

9            And what does she answer: I think he's allowed one

10   friend.

11           She doesn't say, oh, yeah, let's try to make him a

12   relative.

13           And then remember the application that they seized,

14   Government 505?  Right?  This is her handwriting, right?  You

15   can see the difference between Selwyn Vaughn and hers:

16           Relationships to above named inmate:  Friend. Right.

17   And then this section number ten talks about how long have you

18   known him.  Five to six years.

19           And if you remember and recall in this meeting he

20   says, well, first I knew Roger in about 2003, and then he kind

21   of changed it, but that's five years.

22           Again, nothing, absolutely nothing that changes her

23   belief that what Selwyn Vaughn is coming from in to do is to

24   investigate and here there's another section talking about how

25   he is working, and that whole section about testifying, about

1   having a job, you know, I got to tell you.  Think about that.

2   All right.  Sometimes you're told something to believe, you're

3   just given a conclusion without really going through the

4   entire sort of logical explanation to see whether it actually

5   makes sense. This is an international drug case, right?  They

6   have really been working on this case for two years. This guy

7   Selwyn Vaughn comes in and the one thing that they got to make

8   sure that they got down on this is that you got a job, right?

9   That's the one thing to make sure. You know what?  If they ask

10  you, you got a job because that is going to crop the case,

11  right?  Think about how that is and you know what?  They never

12  said lie about having a job.  He says, look, I know you said

13  entrepreneur and I know you talked about working and being up

14  with business associates, you got to say whenever that is.

15  You are a laborer.  He is not telling him to say laborer.  He

16  says whatever that is.  Is he same thing with this business

17  about Shortman, right.  Whether or not you are going to

18  testify and you are going to say that Roger is Shortman and he

19  is not the only Shortman that you know in Guyana.  The fact of

20  the matter is in the beginning of the meeting Fineman is the

21  one who comes in and says my name is Fineman.  How did you get

22  that name.  That is how we go.  In Guyana people that are fine

23  are called Fineman. People who are tall are called Tallman.

24  This is not something that Robert Simels and Arienne Irving is

25  hearing that's strange, and in fact, when he starts talking to

1  him about that specific part about the testimony he says I

2  know that Roger Khan is Shortman in my group.  Robert Simels

3  doesn't say in front of Arienne Irving you have to lie about

4  that.  He says, well, don't you know other short men, right,

5  and we all know now there were other Shortman.  He says don't

6  you know other short man.  And finally, he says, and

7  Mr. D'Alessandro showed it to you, he says quite possibly

8  there are other short man in Guyana.  And this is the part of

9  the meeting when he's saying, well, you know I don't really

10  want to go into much.  And the suggestion is, well, you know

11  what, let's take a letter.  If you're scared to talk to us, if

12  you don't want to give us all the information you have, let me

13  go speak to Roger, and then, we will have him give you a

14  letter to show you it's okay to speak to us, right? Remember

15  that discussion?

16         And this is the letter that ends up being sent to

17  Selwyn Vaughn and look how menacing this letter is.  Look how

18  menacing this letter is.

19         Dear Selwyn, thank you, again, for everything.  I

20  really need you to help. Do not be afraid to tell all that you

21  know.  These are my lawyers and you can trust them.  I speak

22  the Paul often.  He will confirm.

23         So Arienne Irving takes this out at MCC, right?  She

24  takes this out.  What in this letter makes her believe that

25  there's something going on that's wrong?  What about this

1   letter is so wrong?

2           And in fact, ladies and gentlemen, even taking this

3   letter out isn't wrong. You know, he heard from Tony Ricco,

4   which was interesting.  This is a guy who has been an attorney

5   for 29 years.  He is an expert.  Right.  Qualified as expert

6   in criminal law.  He doesn't even know the rule. He doesn't

7   even know the rule.  He says you can't take anything out.  You

8   can't give anybody anything, even a business card, but you

9   know who told you something different is the government's own

10  witness. You take a look at Mr. Rodriguez' testimony at page

11  886.

12          Question: What are they permitted to hand over to

13  their attorney?

14          Answer:  It's not, like, about one inch paperwork

15  they are allowed to give the attorneys.

16          Question:  That is supposed to be legal?

17          Answer: Yes, legal document, social, law, anything

18  like that.  Legal material.

19          He is not talking about what kind of material it is,

20  he is just talking about the size, and you know what, this

21  isn't legal (indicating)? Please help us in the investigation,

22  how is this not legal?  Because in the inmate doesn't write a

23  motion?  Of course, this is legal, ladies and gentlemen. Of

24  course, this is absolutely 100 percent legal.

25          You know what.  It continues on in this meeting and

1  in fact, you know there's a part going back to the short man

2  topic there's a part where Robert Simels -- and Arienne Irving

3  isn't in the meeting at this point, but there's a part where

4  Robert Simels says:  Look, if you have to testify about

5  Ricardo and all these others, you could say Ricardo is Fatman,

6  right? If there's a reason to try to lie why wouldn't he just

7  say, no, we don't want Ricardo to be Fatman.  Lie about that.

8          Again, in terms of being an investigator, which is

9  what Arienne Irving believed, Selwyn Vaughn towards the end of

10 the meeting on page 50 line nine:

11          Question -- I am sorry. This is Vaughn.

12          Vaughn:  Well, finding people was my speciality, so

13 if there's anything I can to do help, I'm here, you know what

14 I mean, I'm here.  That is why he wanted me to talk to you in

15 any case, I'm sure.

16          Why would those words lead Arienne Irving to believe

17 that he's nothing more, again, than an investigator?  In fact,

18 remember the part of the recording where Robert Simels then

19 says:  I think we should change your name from Fineman to

20 Findman F-I-N-D man? That's the whole reason why she believed

21 that Selwyn Vaughn was coming in, in this case, and again

22 nothing changed that.

23          Now, I am going to get into these memos in a second

24 but let me just tell you that Arienne Irving, and we've seen

25 her memos and ladies and gentlemen, please, look at them, they

1  are thorough, they are complete and they are detailed.  Before

2  I say anything about the memo in particular, let me just ask

3  this question to you and have you just think about it for a

4  moment.  If Arienne Irving had known on May 13th that the

5  meeting she's having with Fineman and Robert Simels is some

6  conspiracy to commit a crime, well, why in the world did she

7  actually write the memo?  Why would she write the memo?

8  Because it's never going to see the light of day?  I am going

9  to talk about that in a second, because that's the most

10 illogical preposterous thing you could think about.   All

11 right.

12         But what about I asked Mr. Mazzella on

13 cross-examination about this memo and I invite you, if you

14 want, I invite you to look at this memo bullet point for

15 bullet point to see if there's absolutely anything different

16 or wrong between this memo that she wrote and that meeting and

17 what did Mr. Mazzella say when I asked him on cross

18 examination about that? Page 1015 line 18:

19         Question:  You, obviously, had an opportunity to

20 compare that memorandum with the actual transcript of the

21 meeting on May 13th, correct?

22         Answer: Yes.

23         Question: And everything that's included in that

24 memorandum, every single bullet point is correct and true

25 about what happened in that meeting?

1          Answer: Yes.

2          And then remember on cross examination Mr. Fodeman

3    said:  Well, there's nothing in there about being a laborer.

4    Remember that huge important thing about having a job, right?

5          But you know what, it's in there. Her memo is not a

6    transcript, ladies and gentlemen;  her memo is a summary of

7    what happened. And what does she say on the second page, the

8    third bullet point from the bottom:

9          Fineman said he would not have a problem testifying

10   but wants to talk to one in GT, which is Guyana, for Roger to

11   make sure it's okay.

12         The next bullet point:  Fineman said he can help

13   locate people in the U.S.

14         Last bullet point:  Fineman said he overstayed his

15   visa, so isn't sure when he is going back to the GT because he

16   wants to stay here if he needs to help Roger.

17         Every single thing and there's a whole mention here

18   about him, Fineman, saying that Roger's Shortman, everything

19   single thing that the government claims is bad is in this

20   memo.  Why write it, ladies and gentlemen? Why write it?

21         THE COURT:  Excuse me for interrupting.  When you

22   get to a logical breaking put, we will break for lunch.

23         MR. SOLANO:   I say this is logical.

24         THE COURT:  Let's break for lunch.

25         Don't discuss the case.

1           We will resume at two o'clock.  All rise.

2                (Whereupon, the jury exited)

3           THE COURT: Mr. Solano, ballpark, how much longer

4  would you say?

5           MR. SOLANO:   Thirty to 45 minutes.

6           THE COURT:  See you at two o'clock.

7           (Whereupon, the Court recessed for lunch)

8           (Continued on next page)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Summation - Solano                    1741

1          **A F T E R N O O N        S E S S I O N**

2          (The following occurred in the absence of the jury.)

3          THE COURT:  Please be seated, everyone.

4          Bring in the jury, please.

5          THE CLERK:  Yes, Your Honor.

6          (Jury present.)

7          THE COURT:  Please be seated, everyone.

8          Okay, Mr. Solano.

9          MR. SOLANO:  Thank you, Your Honor.

10          Good afternoon, ladies and gentlemen.

11          Before we broke for lunch, I had just finished

12   talking to you folks about the May 13th meeting, which I

13   submit to you is the most important meeting for Arienne.

14          One, because it's the one that she is at the most.

15   Even though she is in and out of that one, she is at that

16   meeting the most.

17          The second reason it is the most important meeting

18   is because it forms the basis of her belief of what Fineman,

19   this person Selwyn Vaughn, is going to do for them and that is

20   work as an investigator.

21          Again, that never changes.  There is nothing that

22   she hears, there is nothing that she sees, there is nothing

23   that she is told that changes that belief.

24          I want to take you now to the June 11th meeting of

25   2008.  This meeting, ladies and gentlemen, is the -- the best

1   example of Arienne Irving's role not only in the office but

2   the best example of her role in the Khan case.  Remember, this

3   is the June 11th -- the meeting where she is on jury duty,

4   just like you folks.  Again, it's one of those meetings where

5   the government could have easily said to Selwyn Vaughn, was

6   she at the meeting.  But they don't.

7           In fact, and you have these as a guide.  This is the

8   transcript -- the front of the transcript.  You see how it

9   says Arienne Irving?  I don't want you to be mistaken  if you

10  deliberate and you have these transcripts to look at that and

11  just think that she is at the meeting because her name is

12  there.

13          Remember, this is the meeting where she -- Selwyn

14  Vaughn has come in to speak to Robert Simels.  It's June 11th.

15  There is absolutely no evidence that Arienne Irving knew that

16  this meeting was going to occur.  None at all.

17          She is on jury duty.  There is a whole conversation

18  between Robert Simels and between Selwyn Vaughn and then

19  remember he needs something.  He is trying to find some

20  information.  He doesn't have it.

21          So what does he do?  He calls up Arienne and leaves

22  her a message.  If you take a look at -- this is from the June

23  11th meeting, page 30.  Begin on line 25.  UF, which is

24  unidentified female, that's Juanita Singh, the secretary.

25  Arienne is on the line.  Simels, okay, Arienne.  Hey Robert,

Summation - Solano                              1743

1   how is it going.  All right.  A couple of things.  Where do I

2   find Leslyn Camacho's address?

3             Let me stop there.

4             Do you see any discussion about why he needs Leslyn

5   Camacho's address?  He doesn't stop there and say, okay.

6   Before I ask you the questions let me tell you what's going

7   on.  I am at a meeting with Selwyn Vaughn.  We have just

8   discussed the whole bunch of things at this meeting.  And now

9   I need you, before I actually get this information, to tell

10  you what everything is about so you can give it to me.

11            He doesn't have any reason to.  Okay.  Her role is

12  an associate.  She is the one in charge of knowing where all

13  of these things are at.  So when Robert Simels calls her up

14  and says, hey, where is Leslie Camacho's address.  She says,

15  well, it's in the Leslie Camacho file.  That's what she says.

16  She's telling him exactly where the information is where all

17  these witnesses are located.

18            Again, there is absolutely no evidence -- no

19  conversation before that.  She doesn't know Selwyn Vaughn is

20  going there.  She doesn't even know he is there.

21            If you take a look at that same meeting, page 32.

22  Simels says, line 17, I'm sitting here with Fineman and -- and

23  Irving says, is that why you needed the names to look up.

24            She doesn't even know that he is going to be at this

25  meeting.  You think about it.  Think about you being right in

GR      OCR      CM      CRR      CSR

Summation - Solano                        1744

1   on jury duty.  Back at the office, wherever you work, you

2   don't know who is having a meeting.  You don't know what that

3   meeting is about.  Why should you be responsible for what's

4   being said even if something was going on?

5           That's what they are asking you to do.  They are

6   asking you to hold her responsible because she is actually not

7   at the meeting.  I am going to talk about this a little bit

8   more.  Think about that logic.  Because she is not at the

9   meeting, she is more guilty.

10          Now, what I want to do is I want to talk to you

11  about this June 13th memo.  Mr. D'Alessandro touched on it.

12  June 13th memo, which one of the things that Arienne Irving

13  says based on what Roger says is that Roger says use your

14  discretion with this money.  Give him a thousand dollars.

15          Somehow Mr. D'Alessandro is trying to connect that

16  memo with something that happens on June 20th, about killing

17  David Clarke's mother, or not killing her mother -- his mother

18  and some other things regarding some witnesses.

19          Now, if you are going to remember anything about

20  what I say in this time with you, I want you to please listen

21  to this part.  What I would like you to do is not stop at the

22  illogical conclusion that Mr. D'Alessandro wants you to stop,

23  which is simply this.  Because there is some sort of

24  conversation on June 20th, that conversation has to be

25  reflective of something that happened on June 13th.

GR      OCR      CM      CRR      CSR

Summation - Solano                    1745

1      Remember when I spoke to you at the beginning two

2  weeks ago I said, the existence of these memos alone, the fact

3  that they actually exist is the best evidence that Arienne

4  Irving is not guilty.

5      So let's think about this.  Okay.  There is a

6  conversation which we know now that Arienne Irving was not a

7  part of.  Arienne Irving did not know it was going to happen.

8  So let's use the government's example.  Okay.  Not my example.

9  My position, mine.  The government's position.

10      Robert Simels and Selwyn Vaughn have a conversation.

11  In that conversation again the government's position consists

12  of the throw away phones, what you would do to neutralize

13  Clarke and the like.  Arienne Irving we know is on jury duty

14  the 11th, we also know she is on jury duty the 12th.  There is

15  no evidence that she went back to the office and was told

16  anything.

17      But again, for this example alone, let's just say

18  that Robert Simels told her to go see Roger Khan and actually

19  said listen, Arienne.  When you go speak to Roger, tell Roger

20  everything that I spoke to Selwyn Vaughn about.  That we need

21  this band of criminals to go look for people.  We need throw

22  away phones and we need a thousand dollars.  We also need a

23  thousand dollars because we have to do certain things to

24  people.  We can do whatever we want with David Clarke's

25  mother.  Just don't kill her.

Summation - Solano                                     1746

1        We can do whatever we want with George Allison.  The

2   same with Alicia Jagnarain.  The same with Leslie Camacho and

3   so on.

4        So let's just say again, their position, Arienne

5   Irving goes to speak to him.  And Roger Khan gives her all

6   these answers to all of these questions.  Here is where their

7   logic fails.  Here is where they have the biggest problem.

8        Armed with this illegal information, right, remember

9   they have to prove beyond a reasonable doubt that she knew,

10  right, knew about this.  She knew about these illegal

11  purposes.  She says to herself, okay.  Let me write this in a

12  memo.  What they are saying to you is, she understands that

13  she has this illegal information and she writes it in a memo.

14       Then what Mr. D'Alessandro tells you is, not only

15  does she write it in a memo, and I think he used the word

16  "couched" on cross-examination.  She couched the term as

17  investigation, meaning she disguised the term as an -- as an

18  investigation.

19       And then she also left some people out.  So she

20  specifically wrote some things in, disguised it, and on the

21  other hand left people out.

22       Think about that.  See whether or not that actually

23  makes sense to you.

24       If she is going to write something, that she knows

25  is illegal, first I would ask you, why would she write it?

GR      OCR      CM      CRR      CSR

1    Why would she write the memo?

2          Let's think it through.  Well, she writes the memo

3    because she doesn't think anyone will ever see it.  It will

4    never get the light of day.

5          Well, if that's the case, then why disguise it?  If

6    this thousand dollars is not for an investigation but the

7    thousand dollars is so Fineman can get his band of criminals,

8    why not just write, here is a thousand dollars to get your

9    network of people and to gather some materials and buy some

10   phones.

11         You heard what she does is write everything down

12   verbatim.  With David Clarke's mother, if no one is going to

13   see this memo, why not say simply whatever you are going to do

14   with David Clarke's mother do.  Just don't kill her.

15         Why does she write -- let me just put this here on

16   the Elmo.

17         Why does she write, RK said to make sure to tell

18   Fineman to not do anything stupid in terms of Clarke's mother

19   and that he will leave it to RMS to decide if someone should

20   go speak to her.  He leaves it to RMS's legal opinion about

21   any ramifications.

22         Why would she say that?  Why would -- disguise it in

23   this way to speak?

24         Here is another thing that doesn't make sense.

25   Again, when you think about why would she write this memo.

Summation - Solano                          1748

1   Again, the -- the idea is that she knows that this is illegal

2   and she somehow has to get this information to Robert Simels.

3   She is not going to mail this out.  She is going to be seeing

4   him within minutes.  I got a better idea.  How about this

5   proposition?

6          If she believes that somebody is doing something

7   illegal, right, and she knows that she has to give these

8   answers, these illegal answers, how about just tell him, how

9   about just walk into the office.  Think about how this doesn't

10  play itself out logically.  Instead of her just saying,

11  Robert, all those illegal things you asked about, these are

12  the answers.  Instead, she types up a memo.  Purposefully

13  disguises certain things, right, purposefully leaves certain

14  things out and then instead of telling him, she hands him the

15  memo.

16         You see, when you take their proposition and you

17  take it to its logical conclusion, what they are saying it

18  means is illogical.  What that means, ladies and gentlemen, is

19  it's reasonable doubt.  It's more than reasonable doubt.

20         Remember I asked specifically, I asked specifically

21  on cross-examination of Mr. Simels and this is page 1564, line

22  15.

23         Question:  You stated that after reading

24  Ms. Irving's June 13th memo, her meeting with Roger Khan, you

25  understood that to mean certain things, correct?

GR      OCR      CM      CRR      CSR

1          Answer:  I did.

2          Question:  Did that have anything to do with any

3    conversations you had with her?

4          Answer:  No.  Nor -- no.  I'm sorry.  No.

5          Again, think about it.  If Arienne Irving is

6    involved in a conspiracy, if Arienne Irving is involved to

7    intimidate and threaten and corruptly persuade people, why

8    would the memo exist?  If the memo existed, why in this form?

9          Ladies and gentlemen, the fact that this memo exists

10   is the best evidence that she is not guilty.  Not that she is

11   guilty.  It is that she is not guilty.

12         All right.  You know it reminds me of a quote, a

13   philosopher, which says, you know, falsehood has an infinite

14   number of combinations.  But truth has only one mode of being.

15         That's what they are trying to do here.  They are

16   trying to say if she left it in the memo, it's evidence of a

17   crime.  If she took it out of the memo, it's evidence of a

18   crime.  If the memo exists, it's evidence of a crime.  If she

19   disguises it, it's evidence of a crime.

20         That doesn't make any sense.  What kind of disguise

21   is this?  What kind of couching is this?  When he says, we

22   will leave it up to RMS to decide if someone should go speak

23   to her.

24         You want to know a code?  You want something that's

25   decipherable?  You want something that's cryptic, why wouldn't

GR        OCR        CM        CRR        CSR

1   she write, you know, tell Fineman he can send David Clarke's

2   mother flowers.  Or give Fineman cab money.  Not here is a

3   thousand dollars for the investigation.

4           Do you understand, ladies and gentlemen?  The fact

5   that the memo exists is evidence that she is absolutely

6   100 percent not guilty.

7           Now, Mr. D'Alessandro then talked about a June 17th

8   email and conversation and you heard that conversation where

9   Arienne Irving is speaking on the phone with -- I'm sorry.

10  Arienne Irving is speaking on the phone with Selwyn Vaughn.  I

11  think that conversation is the biggest example of why Arienne

12  Irving is not guilty.

13          Because, first of all, Selwyn Vaughn says in that

14  conversation, she -- he doesn't even want to speak to Arienne

15  Irving.  This is a person who supposedly is part of this

16  conspiracy.  Right?

17          Let's take a look at June 17th.  It is page one.

18          Again, line 22, this is Juanita Singh, the

19  unidentified female.  Do you want to talk to Arienne?

20          And Vaughn says, no, not necessarily.  I don't have

21  to talk to her.  If you can just give me an idea if he is

22  going to be back tomorrow, whenever, so I can call him, you

23  know.

24          She is -- he doesn't want to speak to her.  Why

25  doesn't he want to speak to her?  She is not involved in this.

1   He knows she is not involved in this.

2          Then he goes on to say, when she finally gets on the

3   phone, to tell him when Robert is coming back from Guyana, and

4   this is now page two.

5          Vaughn says, all right.  I know he was going down

6   there because he -- he sent me email before he left.

7          Arienne then says, line 25, right.  Right, cause he

8   sent you in relation to some of the people I saw -- I saw the

9   email he sent to you because I had met with Roger.

10         They want you to believe that this is the June 13th

11  email that she is talking about.  Right?  I will show you the

12  June 13th email.  But it's not.  That's not the email she is

13  thinking about.

14         Let me show you the email she is thinking about.

15  Remember she says I saw the email in relation to the people.

16         This is Government Exhibit 200, from the first

17  emails that are sent.

18         Thank you for meeting with us.  Awaiting your note

19  for R.  People we are looking for in New York are Leslie

20  Camacho, Clarke's girlfriend.  I don't have to go through it.

21  That's the email that she is thinking about.

22         She is not thinking about the June 13th email that

23  Robert sends.

24         By the way, if she is even -- if she's seen that

25  one, I'll tell you why she didn't, one, you can take a look at

GR       OCR       CM       CRR       CSR

Summation - Solano                    1752

1   it here, which is Government Exhibit 208.  She is, first of

2   all, not cc'd on this email.  Look at what it says.  Simply

3   says, be careful in your efforts to gather information and not

4   to do anything that can be misconstrued by anyone.  These are

5   difficult times and people will draw the most unfavorable

6   inferences.  So be cautious.  Have authorization for payment

7   for gathering materials.

8           She never sees that email.  If she did, what would

9   be wrong with seeing that email?  I'll tell you why you know

10  she didn't see the email.  This email is sent at 12:50 pm on

11  the 13th.  We think -- you could assume that she is back at

12  the office because she just came and she wrote a memo after

13  seeing Roger.  What?  He is going to CC -- he is going to not

14  CC her.  And say let me show you the email.  On the 14th he

15  leaves to Guyana and doesn't come back until the 19th.  Why

16  would she have seen this email?  When she did, it's exactly

17  what she said Roger told her.

18          Just to go back to that June 13th Elmo, just so you

19  know.  Remember, there was a -- first of all, she believes

20  that Fineman is an investigator.  If Roger Khan, and we know

21  that she writes things down verbatim.  If you look at her

22  memos they are so detailed that she will tell you Roger Khan

23  says.  Roger Khan told me.  She will say, we discussed, when

24  they discuss things.  She will say, RMS said, meaning this is

25  the information she relayed.

1           That's what she says.  What's wrong with what's

2     said?  She says, here is a thousand dollars for the

3     investigation.  Nothing wrong with that.

4           And remember when I asked Mr. Simels, what was going

5     on around that time?  Mr. Simels says, there was an anonymous

6     jury motion that had been granted, which means that the jury

7     is not going to be sequestered, but they are going to be taken

8     care of in a different way.  Roger Khan was concerned, he

9     didn't want even the approach, the approach itself to David

10    Clarke's mother to be misconstrued in any way.

11          That's the message that's being relayed.  That's the

12    message that's reflected in that June 13th memo.  Nothing

13    about Leslie Camacho and David Clarke.  There was nothing in

14    that memo about them because that was not discussed.

15          Separate and apart, Robert Simels visited Roger Khan

16    on June 10th.  How do we know whether or not Roger Khan is

17    just giving the answers that -- about something that they

18    discussed on the 10th?

19          Ladies and gentlemen, you have to think these things

20    through.  That's what I invite you to do.  Please, just think

21    these things through.  Just don't say because something was

22    said Arienne Irving had to know it.

23          Again, I am going to stress to you, please, evaluate

24    this case and decide this case what you know that Arienne

25    Irving knew, what you know Arienne Irving heard or said.  Not

1  what somebody else thought or what somebody else knew or what

2  somebody else said.

3          Which brings me to the June 20th meeting.  This is

4  the meeting that talks about not killing the mother.  This is

5  the meeting that talks about do whatever you want to do as to

6  George Allison.

7          Again, we know 100 percent for a fact that Arienne

8  Irving wasn't at that meeting.  At that point.  Right.  Who

9  tells us that?  Fineman, finally when I ask him, hey, at that

10 point, remember I pointed to this section, which I will show

11 you again.  This is page 17 of the June 20th meeting.

12         It is line 34.

13         Irving:  Who is it?

14         Simels, who.

15         Irving, the person you asked for, Regan.

16         Meaning Regan, this Willems Timber company employee.

17         Remember, I asked Mr. Simels, what happened at that

18 time?

19         Oh, Arienne Irving left.  She spoke to Regan and she

20 was on an instant message.

21         There is an instant message that you have seen.  I

22 will show you again.  This is I believe Government

23 Exhibit 804.

24         Take a look at that.  The time that this instant

25 message starts is 13:43  all right.  She is out of the meeting

1   at that point.  This thing goes on until after 2:00 pm.  She

2   is just not there.  You could hear her heels leave.  You know

3   when she leaves.

4           In fact, there is a part before Robert Simels leaves

5   the office and there is like two or three minutes of silence.

6           If Arienne Irving was in that meeting, she would be

7   talking to Selwyn Vaughn and you would hear it.

8           Why is that important?  Why is it important to know

9   that Arienne Irving wasn't at that meeting?  Because she

10  doesn't hear anything.  She doesn't hear anything that's said.

11          So why would she ever believe that Fineman is

12  anything other than an investigator?  She would have

13  absolutely no reason to believe that. She would have no reason

14  to believe that.

15          Again, here we go with the government says, if she

16  is not at the -- what is it, just luck?  Luck that she was not

17  at the meeting?  Right?  Maybe it was.  But why would she be

18  held accountable for that?  Why is she penalized because she

19  doesn't hear it?

20          Think about what they are saying again.  Falsehood

21  has an infinite number of combinations.  They are not saying,

22  not only does she not write it, it, means she is guilty.  She

23  writes it, she disguises it, all those things means she is

24  guilty.

25          Now because she is out of the meeting and doesn't

1    hear it, that's evidence of her guilt.

2            Just think about the logic.  The less evidence there

3    is, is what they are saying, the more she is guilty.

4            Just think about logic.  You know what?  The

5    government said, Mr. Brownell said in the beginning of their

6    case in their opening remarks, the lawyers here are trying to

7    win at all costs.  You know what?  Absolutely 100 percent

8    correct.

9            But it was the government, it's the government

10   lawyers that are trying to win at all costs against Arienne.

11           It's -- it's one of those things when you were a kid

12   and were playing that game, remember that game, heads I win,

13   tails you lose?  Nothing she can do.  She can't do anything.

14           Essentially the fact that she went to work, she is

15   done.  She is guilty.  That's what they are saying to you.

16           Take reason, take logic, throw it out the window.

17   We think he's guilty.  So she must be guilty.  Throw it out

18   the window.

19           I know you won't do that.  That's why I am

20   explaining this to you.  Just think about it.  Think about it

21   logically.  Think about it critically.  Think about it

22   reasonably.

23           When you do, Arienne is not guilty.  They just

24   cannot prove their case beyond a reasonable doubt.

25           Now, in this same meeting, at the end of that

1  meeting, Arienne gives a list of -- to Fineman of names and

2  addresses.  It's the same type of thing she did with every

3  other investigator.  Gives those pictures of Farrah, the same

4  thing she's done with every kind of investigator.

5          In fact, you know who got those pictures?  Juanita

6  Singh, the secretary.  Remember, Juanita Singh in July, the

7  July meeting, July 30th.  Juanita is talking to Fineman.  She

8  is like yeah, I tried to find Farrah.  I went to the strip

9  club.

10         It's here, it's there.  Juanita Singh is also

11  involved in this?

12         Again, why would Arienne think anything different?

13  If Juanita Singh, the secretary, was looking for someone that

14  Fineman is now looking for?

15         Again, nothing that happens in this entire case ever

16  changes her belief, ever, that Fineman is only being used as

17  an investigator.

18         Let me talk about this equipment one second.

19  Because the equipment -- this email, this instant message, I'm

20  sorry, with this guy Regan.  He's a Willems Timber Company

21  employee.  He's not a police officer.  In fact, in the

22  May 13th meeting, Fineman actually says, Regan is not like

23  Sean and not like Paul.  Because he's not a cop.

24         He's a regular, simple employee, who is scared.

25  He's scared to get involved.

1           In the instant messages he keeps telling Arienne,

2   I'm scared.  These people in Guyana, they are little crazy.  I

3   don't want to get involved in this.

4           Arienne even says at one point, they are not going

5   to even find this instant message stuff.  Don't even worry

6   about that

7           He's scared.  He's nervous.

8           So what happens?  Let's take a look at this instant

9   message regarding this base and the government's equipment.

10          This is Government Exhibit 804 again.  It says, hi.

11  On the equipment, did that sound familiar?

12          Yes.  I know what he was speaking.

13          Okay.  When is the person -- then is was the person

14  he thought it was running it?

15          Yes.  I was only security for the equipment.

16          One thing Roger asked me was, do you still have the

17  base for the equipment?

18          Not the equipment.  The base for the equipment.  And

19  what does she think the base means?  Remember I told you in

20  the opening, I said they will show it to you.  They will show

21  you exactly what she thought it was.  It wasn't the

22  surveillance equipment.

23          How do you know that's true?  First of all, there is

24  a June 18th memo.  There is a June 18th memo that the

25  government put in evidence.  This is two days before that

Summation - Solano                    1759

1   instant message.  By the way, this memo June 18th, it's in

2   between the June 13th memo, the bad one that they think, and

3   this June 20th meeting.  There is nothing in here about Leslie

4   Camacho.  There is nothing in here about David Clarke.

5   Wouldn't you think that this would be the memo?  Two days

6   before this meeting that would have all the important stuff?

7            Look at this memo for a second.

8            Take a look at the second bullet point.  It says RK

9   said as far as Brian Lall he never really worked the

10  equipment.  RK would rent houses in his name and then have the

11  equipment set up there and if there was a power outage or

12  something like that, he would talk Brian through restarting

13  the system.  It goes on.

14           He is talking about a power outage.  That's why

15  Arienne Irving believed when Robert Simels says hey, ask Regan

16  is that the power base.  She is thinking exactly what Justin

17  Kern testified to.  Remember the only witness we called?  We

18  called one witness, one witness only.

19           Justin Kern told you, you know what that is?  That

20  is a thing called an uninterrupted power source.  It was a

21  giant battery.  Essentially, this big battery about two feet

22  long, about eight inches wide and it's got a couple of things

23  in it.

24           Let me show you something.

25           (Continued on next page.)

GR      OCR      CM      CRR      CSR

1          MR. SOLANO:    (Continuing.)

2          Take a look at government N-72.  He's literally

3    describing a universal, uninterruptible power source or

4    supply.

5          I asked him what's in the back of that

6    uninterruptible power supply?  He says USB slot.  There's a

7    slot.  He says there's a serial port.  There's a serial port.

8    He says the thing weighs about 30 or 40 pounds.  Try to pick

9    it up, exactly the same.  There's a fuse?  There's a fuse.  If

10   you look at the back, it appears there are batteries in it.

11   That's what Arienne Irving believed was coming in, based on

12   the June 18th memo regarding a power outage, her understanding

13   what's in the office.

14         Remember I specifically showed him a photograph of

15   what was in the office, right?  This is Irving number eight in

16   evidence.  Remember I pointed to this thing here?  What is

17   that?  The agent who did the search warrant didn't know what

18   it was.  They left it there, right?  Because this doesn't look

19   like anything other than a giant battery, which in fact when

20   Agent Maher who was armed with two computer experts, when they

21   took this thing, did they write surveillance equipment?  No.

22   They said power module.  They didn't even know what this thing

23   was, right?  This is Agent Maher, the guy who is in charge of

24   verifying what is taken, making sure what is taken is

25   responsive to the search warrant.  He doesn't even know what

1   that is.  He says power module.

2           You know why?  On it in handwriting from Guyana, it

3   says power module from office computers.  Office computers.

4   That's why he doesn't know what it is.

5           Let me explain and show how there's more proof she

6   thought this was nothing more than a power supply.  Remember

7   that Federal Express person who testified?  He said sometimes

8   we have to send things back because we don't know what the

9   inventory is.  This is Government 602.  He said we have to

10  call and we have to get somebody on the other end to tell us

11  what's in there.  Remember they described it as a power

12  module.

13          Arienne Irving I submit is the one that gave this

14  information, right?  What does Arienne Irving say?  Computer

15  base power supply.  Computer base power supply.  That's what

16  she thought it was all the time.  How do you know it's further

17  evidence she didn't know what this was?  Look at the price she

18  assigns to it.  It's not $40,000, it's a thousand dollars,

19  they got it in reverse.  The flash drive doesn't cost $1,000.

20  You know how there's more evidence you know she believed that

21  was not surveillance equipment?  Because she did know it --

22  in fact, in Mr. Simels' case they put in all the evidence that

23  everybody knew about this; that it was part of court filings.

24          Here's a memo from November 8th, 2007.  I don't have

25  to read it through, but Roger Khan is talking about the cost

Summation - Solano                                    1762

1    of that equipment.  He says it's hundreds of thousands of

2    dollars.  Do you think if Arienne Irving believed what was

3    coming in was surveillance equipment, the same surveillance

4    equipment that cost $500,000 and she's making $55,000 a year,

5    you don't think she's going to tell the person at Fed Ex that

6    cost like $500,000?  Don't just put a thousand dollars.  If

7    that thing gets lost, I'm probably going to be responsible for

8    it.  That's how you know, ladies and gentlemen, she didn't

9    think this was anything other than a power supply.

10            Look at it.  It doesn't look like anything else.

11   When you think about whether or not she's guilty of importing

12   this equipment, think about that, but there's so much more

13   with regard to these computers.

14            First, the government is telling you that the entire

15   thing makes out this surveillance equipment, not just this

16   base, right, but they also say the computers.  There's not

17   absolutely one piece of evidence, one piece of evidence that

18   suggests that Arienne Irving had any dealings with that

19   computer coming in or that computer dodge (indicating).  None.

20   Even if you believed she was responsible for bringing in this

21   one piece, and it was surveillance equipment, and she believed

22   that, she still can't be guilty because she didn't bring the

23   whole thing in.  There's absolutely no evidence that she was

24   responsible or knew about it coming in.

25            Ladies and gentlemen, when you think about that,

1  think about the charges in this case, she's going to be not

2  guilty to those as well.

3          I'm not going to get into whether the thing actually

4  works in the United States.  I'm not going to get into whether

5  all the pieces are there, whether even if it actually was

6  working you could actually intercept calls.  Even Pete Myers,

7  he was the guy who owned the company, I asked him is there any

8  reason to believe this thing, this N-72 actually has all the

9  pieces inside?  He says I never inspected it.  I never took it

10  back to the lab.  I offered to take it back to the lab, but I

11  never did.  It appears to be, but I'm not sure.

12          Ladies and gentlemen, there's no way to believe in

13  any way that that is surveillance equipment even as it sits

14  there.

15          After the June 20th meeting, Arienne didn't have

16  that much to do in this case.  She's really not involved in

17  this case because the next meeting is July 18th.  Arienne is

18  not involved at all.  Remember Arienne is in Ireland.  Again,

19  because she's in Ireland, remember their position?  Because

20  she's in Ireland that means she's guilty.  The less she knows,

21  the more she's guilty.  Just think about that reasonably.

22          There was one e-mail that I don't believe

23  Mr. D'Alessandro touched on.  I will touch on it.  Why?  I

24  don't know if Mr. Fodeman, if he talks after this is going to

25  touch on it.

Summation - Solano                                          1764

1     Let me talk about it.  There's an e-mail on July 8th

2     that Arienne Irving sent to Fineman.  It's an e-mail

3     explaining to Fineman where David Clarke is housed.  The

4     e-mail actually says look, I called the facility.  I got two

5     answers.  One says you actually have to be on the list and the

6     other one says you can just show up with ID and get in, right?

7     I don't know what to do.  So, Robert and I say go over there,

8     act dumb, see if you can get in.  There's nothing wrong with

9     that.  What would you suggest to somebody if you need to get

10    an answer and you have two separate answers?  It's not like

11    the e-mail says we know you can't get in but go in there

12    anyway, right?  Here's the most important part of this e-mail

13    that I want to show you.  It's one of the last lines,

14    Government Exhibit 213.

15        Paragraph beginning on one of the last lines, if you

16    can't, you will have to approach David's mother and see if she

17    will contact him, meaning David Clarke, about putting you on

18    the list.  Remember, this is after June 20th.  This is after

19    -- this is the best example why Arienne Irving believed

20    David Clarke's mother was going to be important, not to kill

21    her, not to hurt her, but Fineman's suggestions way back on

22    May 13th I know his mother.  I could go talk to him.  These

23    are her words.  See if that will get you on the list, not

24    ^ kill her killer, do anything, just see about the list.

25        Ladies and gentlemen, sending Fineman, sending him

SS     OCR     CM     CRR     CSR

1  information about where a prisoner is housed is exactly what

2  she did with every other investigator.  Look at the testimony

3  of Mr. Sessler.  This is my cross-examination of him.

4  Remember Mr. Sessler was one of the investigators that worked

5  on this case.  This is page 1051.

6          "Question:  You don't recall whether or not she was

7  the one who was helping you locate or giving you information

8  regarding the whereabouts of this Mr. Bryant?

9          "ANSWER:   It's quite possible.  In the initial

10 assignment I was told Mr. Bryant was an inmate at the Broward

11 County jail and it may have come from her."

12         Again, every single thing that she is doing with

13 Fineman she has done with every other investigator in this

14 case, every other investigator she's ever dealt with and

15 ladies and gentlemen, I submit what associates do every single

16 day in this regard, absolutely nothing different.

17         This brings me, ladies and gentlemen, to July 30th.

18 Before I get to that, let me talk about one other thing.  The

19 July 30th memo --  meeting --  Arienne is not in the meeting.

20 The government doesn't want you to know that.  They don't ask

21 Fineman was she at the meeting?  No.  Remember, she's not at

22 the meeting.  This is the meeting where she comes in at the

23 end.  Again, it's another example of what her role is here.

24 Her role is just tell me where all the information is.  Help

25 out with the investigation.  Help out with the investigators.

Summation - Solano                           1766

1      This is where they're talking, I don't remember what

2   they're talking about --  oh, they're talking about going to

3   see Son, seeing all these things with Son.  Remember after

4   this whole conversation occurs, there's an intercom and he

5   intercoms her and says remember that Son, what's that guy's

6   name?  She says I don't know, I'll look it up on a memo.

7   Again, there's no conversation beforehand from him saying I've

8   just spoken to Fineman.  We just discussed Son and give me the

9   information because I need it for particular reasons, right?

10      Then the government suggests to you because she went

11  to meet with Roger on the 24th, that somehow the meeting on

12  the 24th is reflective in some way regarding the meeting on

13  July 30th.  Again, if Arienne Irving is involved in this case,

14  why wouldn't she be at the meeting?  Why wouldn't she just be

15  at the meeting, tell Fineman to his face I spoke to Roger,

16  this is what Roger wants you to do.  Why wouldn't that happen?

17  Again, what the government doesn't tell you, but remember the

18  direct examination of Mr. Simels, Mr. Simels visited him on

19  the 29th.  Why don't they want to tell you that?  Because they

20  don't have anything to tie her to this case.  They don't have

21  anything that you can look at reasonably and say she must be

22  guilty.  Ladies and gentlemen, that's all failure of proof

23  beyond a reasonable doubt.

24      Again, that July 30th meeting, she sent some

25  transcripts, you remember, to Paul?  That's what the

1  government contends.  Let's look at the Steve Sessler

2  cross-examination and see how it's no different than anything

3  she's ever done with any investigator.  This is direct

4  examination by Mr. Shargel of Mr. Sessler, page 1061.

5       "QUESTION:  Sir, in your interview with Mr. Bryant,

6  did you use any technique to get him to talk to you or want to

7  talk to you?"

8       I'm not going to read the whole thing.  He's talking

9  about showing somebody transcripts.  On line six, in other

10 words, transcripts the government gave the defense that I got

11 from the defense in which Mr. Bryant's phone conversations

12 were recorded with this Mr. Lilly who is supposed to be a

13 government witness.  I did use that to show him, Mr. Lilly,

14 was talking to him and the possibility might exist, and I

15 didn't know whether it would or not, that would Mr. Lilly

16 possibly be a witness against you, too?  This is a technique I

17 used to show the individual I have information, that I'm not

18 bluffing," and he goes on and on.

19      Why would Arienne Irving doing it many times before,

20 sending investigators transcripts before, why would she think

21 this is anything different?  She wouldn't.  She would think

22 this is exactly the same as every other investigator.

23      Remember after that meeting there's an e-mail they

24 put into evidence, government 216, Arienne Irving sending

25 Fineman an e-mail after the meeting saying Robert forgot to

Summation - Solano                          1768

1  tell you something.  He forgot to give you the information on

2  Son.  He wants you to see if you can go down, speak to Son.

3  Mr. D'Alessandro says well, you know from speaking to Deb

4  Martin you're not supposed to be able to speak to this guy

5  because he has an attorney.  That's actually not the case.

6          Let's look at Deb Martin's testimony.  This is what

7  Arienne Irving believed.  This is page 1042, direct

8  examination by Mr. Shargel, line 13.

9          "QUESTION:   Tell us the rest of the conversation as

10 best you can recall it.

11         "ANSWER:   As I said, I explained to him, him being

12 Son, what I wanted to talk to him about, and he said that

13 before he could be of any assistance, he would like to consult

14 with his own attorney and I said that would be fine.  I handed

15 him my business card and I wrote Mr. Simels's name and number

16 on the back of my business card and gave it to him and he --

17 we thanked each other and he said he would let me know the

18 outcome of his conversation with his attorney.  He will get

19 back to us."

20         He will get back to us, let us know the outcome of

21 his conversation with the attorney, that's what Arienne Irving

22 knew from May when Deb Martin went out to see this guy.

23         They talk about Mr. Simels, I knew from the attorney

24 he didn't want to speak to you.  She wasn't in the meeting

25 when that was said.  Why would she be responsible for knowing

1   that?  All she knows is her boss is asking her to send out

2   transcripts, to send out information to an investigator who

3   she believed and the only thing she knew is that this guy was

4   going to get back to them.  Perhaps he got back to them.

5   Perhaps he said come talk to me.  Again, you have to hold her

6   responsible for what she knew, ^ not what for what anybody

7   else knew.

8           Ladies and gentlemen, I'm almost done.  I want to

9   talk to you about a couple of things.  First, as the judge

10  told you, once I finish, Mr. Shargel is going to speak and the

11  government gets a second opportunity.  I don't get to speak

12  after that.  Perhaps you're happy I don't, but I don't get to

13  speak after that.  What I ask you to do is this.  Just don't

14  take whatever the government says at face value.  Your job is

15  to test that.  Your job is to see whether or not that actually

16  makes sense.  Remember just like the June 13th memo, now you

17  know it doesn't make sense, but you hear the allegation and

18  it's crafted in a special way, in a nice way to get you

19  confused?  Test it.  Certainly I might have forgot to talk

20  about it or I didn't think about it.  Just test it.  Say to

21  yourselves if I was representing Arienne Irving, what question

22  would I ask myself?  How would I go about this piece of

23  evidence?  How would I test it?  Remember, they have the

24  burden of proof beyond a reasonable doubt.

25          Perhaps Mr. D'Alessandro, Mr. Fodeman, whoever is

1   going to address you next talked about some transcript I might

2   have forgotten.  Again, test it, ladies and gentlemen.  Think

3   about it with the premise that Arienne Irving believed that

4   Fineman was nothing more than an investigator because if you

5   do that, they don't prove their case beyond a reasonable

6   doubt.

7           I could go through every single piece of paper in

8   this case.  I think there must be 200 or 300 documents at the

9   least in this case, but I'm not going to go through all of

10  them.

11          Let me point out a couple.  This is the exercise

12  that I want you to do in the event they think of something I

13  forget.

14          For example, look at this, Government Exhibit 807.

15  This is a memorandum from March 19th, 2008.  Look at the last

16  line, Roger says we need to find Leslyn Camacho to get to

17  David Clarke.  You see that, you say to yourself oh, it must

18  be bad.  They need to get to Leslyn Camacho to get to David

19  Clarke.  Remember, first, what this date was.  March 19th.

20  They didn't even know where David Clarke was until March 27th.

21  In fact, in this same memorandum on the top, second page,

22  Roger said he heard from Paul that David Clarke was in

23  Switzerland.  They don't even know where David Clarke is.

24  When you see this, you say wait a minute, is that bad?  Of

25  course it's not.  Of course it's not, ladies and gentlemen.

Summation - Solano                    1771

1    The same thing, May 20th memo that talks about Son and of

2    ^ gloss has Letch Ledge, be careful if they're connected.  If

3    the government knows it's connected, it could be bad for

4    Roger's case, nothing about threatening people, of doing

5    violence, corruptly persuading people.

6            The judge will explain the law in this case.  The

7    first thing I want you to think about when the judge is

8    explaining the law, is that there are two separate trials

9    here.  You've got to always remember that.  Two separate

10   trials.  What that means is that you have to evaluate the

11   evidence and the lack of evidence as to each, Mr. Simels and

12   Ms. Irving separately and come to separate decisions.  That

13   means that one verdict does not rely on the other.  Keep that

14   always in mind when you're deciding this case.

15           Second, the judge is going to talk to you about the

16   crime of conspiracy.  He's going to tell you how many elements

17   there are, explain the elements.  The element I want you to

18   take particular note of is the element of membership.  The

19   government has to prove beyond a reasonable doubt that

20   Arienne Irving knowingly and intentionally entered into this

21   conspiracy.  The judge is actually going to tell you that

22   being merely present is not enough.  The judge is even going

23   to tell you other than merely being present, not enough, that

24   a conspiracy could actually be occurring.  It could be

25   occurring and in fact Arienne Irving could be doing things to

Summation - Solano                                     1772

1   advance that conspiracy and if she's doing it unknowingly,

2   she's not guilty.  Listen to what the judge tells you about --

3   everything obviously --  but about that second element of

4   conspiracy.

5           To the specific counts and charges of these

6   witnesses, the judge is going to explain to you Arienne Irving

7   is not involved with this Ryan Pemberton count.  In fact,

8   ladies and gentlemen, it doesn't matter.  Just like the

9   conspiracy count, once you realize they haven't proven that

10  element beyond a reasonable doubt, I'm going to ask you to go

11  back there on the verdict sheet and check off not guilty.

12          When you get to the specific counts, I submit to you

13  if you want to make this easier based on the evidence, use

14  them as a whole.  Because, again, I don't have any burden to

15  prove anything in this case, but if you believe in any way,

16  shape or form that Arienne Irving believed Fineman was an

17  investigator then there's no knowing or intentional mind set

18  of hers to attempt to corruptly persuade anyone, threaten

19  anyone or intimidate anyone.  I ask you to take that group as

20  a block, go straight down, not guilty, not guilty, not guilty.

21          When you get to the equipment counts, that you have

22  here that I showed you beyond any doubt that it wasn't

23  surveillance equipment, certainly what she thought was coming

24  in, again, take a look at that importation count, checkoff not

25  guilty.

1        Finally with the possession count, they're charging

2   her with possessing something she did not know was

3   surveillance equipment that's in her boss's office.  Think

4   about that.  She's responsible for possessing something in her

5   boss's office.

6        Ladies and gentlemen, again, for the reasons I told

7   you, they haven't proven that count beyond a reasonable doubt

8   and check off not guilty to that count.  That's how simple it

9   is.  That's how simple it is if you look at this and

10  approach this logically.  That's how simple it is.

11       I'm going to ask you to come back here through your

12  foreperson, Mr. Wallace, or whoever you choose, announce your

13  verdict of not guilty.

14       I'll leave you with this last thing before I sit

15  down.  Thank you so much for the attention you've given me.

16  It's the same thing I left you with during opening statement.

17  The government doesn't have to prove motive.  The judge will

18  not tell you, but the element of motive,  it's something you

19  have every right to ask.  You have a right to consider whether

20  or not Arienne Irving would have a motive to get in this case.

21  Remember, this is a 29-year old attorney at the time.  Right

22  out of, essentially, law school, in the beginning of her

23  career.  The government wants you to believe --  look how

24  ridiculous this chart looks.  This is what the government

25  wants you to believe, she's conspiring with people that she's

Summation - Solano                                    1774

1  never met in her life, never spoken to in her life.  This is

2  who she's conspiring with.

3          What equally doesn't make sense is if there was a

4  conspiracy, and I'm not saying there was, but if there was

5  one, Robert Simels, a veteran of 35 years, someone who doesn't

6  give her the responsibility of writing a legal memo or motion,

7  he's going to get her involved in a conspiracy is this that

8  doesn't make any sense because it didn't happen.  That's why

9  it doesn't make any sense.

10          Finally in terms of why this motive, why would

11  Arienne Irving with absolutely nothing to gain in this case,

12  nothing to gain, all right, why would she get involved?  She

13  has everything to lose if she gets involved.  She's got her

14  career.  She's got everything to lose.  Why would she get

15  involved?  It doesn't make sense to you when you look at the

16  evidence in this case, when you go back there, have that

17  feeling that something isn't right, it just doesn't fit,

18  that's reasonable doubt talking in your ear.  That's why she's

19  not guilty.

20          I'm going to be sitting down in two seconds.  I

21  can't do anything else.  You now have the power to decide this

22  case.  You alone have the power to find her not guilty.  You

23  alone have the power to give her her career back.  You alone

24  have the power to give her her life back.  Thank you.

25          THE COURT:   Thank you, Mr. Solano.

Summation - Shargel                          1775

1        MR. SHARGEL:   May it please the court, counsel on
2   both sides of the courtroom, ladies and gentlemen of the jury:
3            Before I even start my planned address to you, my
4   planned summation, I want to pick up on something that
5   Mr. Solano said towards the end of his closing argument.  He
6   said to you, asked you when you deliberate, don't just take
7   what the government says at face value.  As soon as he said
8   that, the moment he said that, a bell went off in my mind and
9   I started thinking about Government Exhibit 810 in evidence if
10  we could have it put up.  This wasn't the biggest point in the
11  case.  It's a letter unsigned that the government claims is to
12  call Rodrigues, starts my brother Paul, dated May 13th, 2007,
13  a full year before Fineman walks into Bob Simels's office and
14  this letter was put before you and, by the way, when
15  Mr. Simels was on the witness stand, not a question was asked
16  about the letter, not a single question, and it's now put
17  before you in summation, in evidence and Mr. D'Alessandro
18  reminds us it was taken from the server at the law office of
19  Bob Simels up on 90th Street.
20           You know what?  There's not a drop of evidence in
21  this case, not a spec of evidence in this case that this
22  letter ever went to Guyana.  There is not a drop of evidence
23  in this case that this letter ever went to Paul Rodrigues.  It
24  was on the server at the Simels law office.  One would think
25  if this were on the server at the Simels law office, how could

1   anyone be thinking there was a bad act in process and leave

2   the letter on the server?  It makes no sense whatever.  I

3   asked you, as Mr. Solano asked you, I emphasize what

4   Mr. Solano emphasized, you have hard work, I say with all

5   respect, is not behind you.  Your hard work is ahead of you.

6   I ask you to look as Mr. Solano did very carefully at all this

7   evidence.

8           Let me start where I intended to start.  Let me get

9   to it.  You know, when I opened and this case, there was talk

10  about the Khan case would last three months.  Here we have a

11  case that lasted now a day over two weeks and some days we

12  were off, but this case opened with the following proposition,

13  at least the proposition that I was putting before you when I

14  spoke to you in the opening statement.  I said in my opening

15  statement that this case is about words, words spoken and

16  words recorded.  I think now that the case has unfolded before

17  you, you will see, again, looking at the evidence, that it is

18  nothing more than words.  Nothing happened.

19          Think about this for a moment.  No witness was

20  bribed.  No justice was obstructed.  No person was

21  intimidated.  No evidence was withheld, lost or destroyed.  No

22  witness lied at any Khan trial or any trial of Roger Khan.  No

23  crime was committed.

24          I want to call to mind something that Tony Ricco

25  said.  I want to put it before you at the beginning.  No one

1   challenged his qualifications as an expert on criminal law.

2   He wasn't here as a partisan.  An expert is not really a

3   partisan.  An expert gives his expert opinion, puts the

4   information that he's learned over the years before you.

5           He told you not everything is black and white and

6   cut and dry.  A lawyer has discretion within limits that he

7   spoke about.  The judge is going to tell you it's perfectly

8   proper for a defense lawyer to interview witnesses --  forget

9   proper.  It's a defense lawyer's obligation.  That includes

10  cooperating witnesses.  That's not a right.  That's a duty.

11          Look at what Tony Ricco said.  I put this before you

12  at the beginning of my remarks because I think it's at the

13  heart of the case.  I think it's at the heart of every single

14  thing that we've been talking about and all the evidence.

15          There's nothing wrong with areas and --  this is

16  Mr. Ricco's testimony --  with half the talk that you have in

17  jails because all of that is talk.  The question becomes what

18  happens when you cross the line between talk and what you

19  ultimately are going to present in a courtroom.  This is

20  unassailably true.  There's nothing wrong with talking to the

21  potential defendant or potential witness about anything.  You

22  end up talking to people about, oh, you heard about this

23  murder, that murder and you're talking about what happened ten

24  years ago and talking about the coke deals they did and didn't

25  do and how they spent their money in Puerto Rico and

1   prostitutes, you end up talking about all of this stuff and,

2   God forbid, listen to this, God forbid if those conversations

3   were ever recorded, you couldn't explain what you're doing

4   talking about this stuff.  God forbid these conversations are

5   recorded because there's a lot of talk going on that you would

6   have difficulty explaining.

7          But ultimately, Mr. Ricco continues, the bottom

8   line, look is what the lawyer ultimately decides is going to

9   be presented in the courtroom and that investigation and what

10  that lawyer presents in the courtroom has to be within the

11  bounds of the law.  It's what the court expects of the lawyers

12  from both the prosecution and the defense.

13         We'll be speaking about this at length, but there's

14  no question about the fact that these tapes were tough to

15  explain.  There's no question about the fact.  I put this

16  before you.  I ask each and every one of you, have there been

17  this conversations in your lives, forget lawyers and client,

18  witnesses and investigators, have there been times when the

19  conversation had been recorded it would be difficult to

20  explain, not because it was criminal, not because it was

21  wrong, not because it went over any line, but just because if

22  the conversation were recorded it would be difficult to

23  explain?  I'll echo one thing Mr. D'Alessandro said.  The

24  lawyers don't stand before you, I'm not here, Mr. Solano

25  wasn't here and the government lawyers are not here to explain

Summation - Shargel                           1779

1   the law.  That's exclusively within Judge Gleeson's province.

2   We can argue and make arguments within the rules of law and if

3   there's anything that's inconsistent, I'll echo what

4   Mr. D'Alessandro said, anything inconsistent with what I'm

5   saying and what Judge Gleeson is saying, later or perhaps

6   tomorrow morning, of course, it's Judge Gleeson who rules the

7   courtroom.

8             I say all this because I would like to talk about

9   the details of this case.  It is true and I don't think the

10  government will quarrel with the proposition that no crime is

11  actually committed and that's why the charges in this case are

12  predominantly conspiracy and contempt --  not contempt but

13  attempt, attempt to obstruct justice, attempted witness

14  tampering.

15            (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

1          MR. SHARGEL (Cont'd):  But what I expect from the

2    Judge's instructions that you will come to learn that words,

3    sitting around and talking, words alone, even careless words,

4    do not amount to attempt to commit a crime. That is vitally

5    important. Listen carefully as Judge Gleeson gives you the law

6    on attempt and tells you I expect that it requires more than

7    talking. It requires a substantial step toward committing the

8    crime with intent to commit the crime. With intent to commit

9    the crime.  A substantial step.  Even the preparation even

10   preparation doesn't amount to attempt.

11          Vaughn claimed and he was engineering the

12   conversations.  He was sprinkling those conversations.  The

13   Judge told you at the beginning of his testimony that what he

14   says on the recorded conversations is not the evidence.  It is

15   what Mr. Simels said on the recorded conversations. Because

16   Mr. Vaughn as a cooperator, knowing that that recorder was

17   turning, knowing that that recorder was on, knew full well the

18   direction that he wanted to take those conversations, and

19   that's why time and time again Mr. D'Alessasndro in his

20   summation would point and say look at what Vaughn is saying,

21   look at what Vaughn is saying.  Vaughn saying I'm going to by

22   cell phones with $1,000. There was nothing unlawful about the

23   $1,000.  Doesn't do it.  There has to be a substantial step

24   coupled with a showing beyond a reasonable doubt that

25   Mr. Simels had the intent to commit the offenses that are

*Summations - Shargel*

1   charged against him, and there's nothing in this case, there

2   is nothing in this case  --what I'm going to do during the

3   course of this closing argument again and again, is show you

4   the reasons why there is nothing in this case to support the

5   proposition that Bob Simels had any attempt to commit a crime.

6   The law does not punish loose talk. Let me say it as plainly

7   as I can.  The law does not punish words alone. Let me make it

8   plain. The law does not punish a lawyer who is lawfully with

9   boni fides doing his duty as a lawyer to protect his client.

10  There was to crime intended here.

11          The government they may have said it already and

12  they may say it again in their rebuttal summation.  They may

13  say, well, you know, the only reason no crime was committed,

14  the only reason it is only an attempt because it Selwyn

15  Vaughn, he was a government cooperator.  So, obviously,

16  everything was being monitored and obviously, no crime would

17  have been committed, but you know, if you take a closer look

18  because there is plenty in this record to support the

19  proposition that I'm putting before you.  If you take a closer

20  look, the evidence, the suggestion that Bob Simels had a

21  criminal intent is exquisitely refuted.

22          There is another government witness.  I want to talk

23  to you about him now. His name -- actually he is a guy who had

24  many names.  You heard about him several times during the

25  trial.  One was Nigel Rodney.  I think, perhaps, Nigel Rodney

*Summations - Shargel*                                    1782

1   is perhaps his real name.  He was also known as Sherwin Lilly

2   and Sharwin Lilly and a bunch of other names.  He had multiple

3   name and he was a cooperator in this case.  And by the way,

4   you may recall there was a photograph of this equipment at

5   Bob Simels law office.  There was notebook, a binder, that

6   said Lilly wiretaps.  That was in the picture, and we made

7   clear it had nothing to do with the wire tapping equipment.

8   These are wiretaps that were supplied by the government in the

9   Khan case.  They were turned over and in what we call

10  discovery. Mr. Simels got those from the government, but he

11  was a cooperating witness with the government, and there's

12  very little discussion, by the way.  There's very little

13  discussion about Nigel Rodney or Sharwin Lilly on the recorded

14  conversations.  And even our form of Nigel Rodney, even though

15  Nigel Rodney was a cooperator Selwyn Vaughn was given no

16  assignment, no request that he find where Nigel Rodney was.

17  Selwyn Vaughn's help was not sought, but you know what is

18  great about this.  You know why I bring up my Nigel Rodney

19  whose name was barely mentioned even by the prosecutor in his

20  closing --Mr. D'Alessandro's closing?  Because Nigel Rodney is

21  like a natural experiment. Because if I'm arguing to you that

22  Mr. Simels did not intend to violate the law or commit a

23  crime, where can we look to support that?  So I say let's look

24  at Nigel Rodney because Nigel Rodney is an actual natural

25  experiment and I say it for this reason.

1          Here's the question. Here is the question with Nigel

2    Rodney what -- this is the experiment -- what would Bob Simels

3    do if he got the opportunity to talk to a government witness?

4    You've heard again and again, and again, and again that

5    Bob Simels said whether he was in Guyana or whether he was in

6    New York I want the talk to Clarke, I want to talk to this

7    one, I want to talk to that one, I want to talk to these

8    people.  Well, here is the perfect example. He goes out and he

9    meets with Nigel Rodney.  The question is in my suggestion

10   that it's a natural experiment is that would he intimidate?

11   Would Bob Simels threaten?  Would he attempt to corruptly

12   persuade?  Would he do any of the things with which he is

13   charged?

14          Well, here's what we know. Mr. Simels did go to one

15   of the local federal jails in Brooklyn to interview

16   Nigel Rodney and he went twice with Arienne Irving and Arienne

17   Irving went three more times for a total of five times. There

18   is no allegation in this case that Bob Simels lied to get into

19   the jail to see Nigel Rodney.  He wasn't his client but he

20   went to a jail and again, not once but twice and Arienne

21   Irving went five times and there was no suggestion that they

22   misrepresented themselves as to who they were.

23          The law permits, as I said a moment ago and as you

24   will hear from Judge Gleeson, the interview of Nigel Rodney.

25   There was no notice to his lawyer, nothing in the record about

1   notice to his lawyer.

2          And let us look at the memo, Defense Exhibit 306 A.

3   306A.  The first paragraph, this is March 9, 2008 RMS Robert

4   Simels:  And I met with Lilly.  He was advised that he did not

5   have to meet with us, and that he was free to leave at any

6   time. He agreed to listen and to talk to us about his

7   involvement in Roger's prosecution --  as he was free to do,

8   as was proper, perfectly appropriate. And not only would he

9   talk to them, once he talked to them five times. He didn't

10  have to speak. And in those five times -- and keep in mind

11  that Nigel Rodney is a government cooperator -- there was no

12  attempt to obstruct.  Nothing about Nigel Rodney is charged or

13  alleged in this indictment. And Nigel Rodney, I'll remind you

14  once more, is a government cooperator.  If something were

15  untoward, if something were wrong, if something criminal

16  happened in those meetings, don't you think you would have

17  heard from Nigel Rodney and you didn't. Natural experiment.

18         And as Mr. Simels testified, and as Arienne's memo

19  showed over and over again, the lawyers obtained valuable

20  information in connection with the Khan case leading to a

21  government concession on September 4, 2008 that there was

22  another short man.

23         You saw all the letters that Mr. Simels wrote to the

24  government acting responsibly as a lawyer, saying we know you

25  have information about another short man.  The indictment was

1  brought -- United States against Shaeed Roger Khan, aka, short

2  man and after Mr. Simels pressed and pressed and pressed it

3  was revealed that there was another short man in the case.

4          You remember on May 13th when -- I'll be speaking

5  about this at length, but you remember on May 13th with Selwyn

6  Vaughn shows up at the Simels law office and Mr. Simels is

7  asking him questions about other short men who were not only

8  short men -- not short men in Guyana, but short men who were

9  selling drugs and exporting drugs to the United States and he

10 is being present because Selwyn Vaughn said over and over

11 again this is the only short man that I know of in our group.

12 Essentially he wasn't even allowing the possibility that other

13 short men existed, but you saw that Mr. Simels and Ms. Irving

14 were able to get favorable information from Nigel Rodney at

15 the MCC.

16         So Mr. Simels passed that test and there wasn't a

17 moment when anyone suggested that he had done something wrong

18 but you know something, with any experiment, its value lies in

19 the proposition or the question of whether it could be

20 duplicated and here again, it was duplicated. What would

21 happen if Robert Simels -- if Bob Simels had got to talk to

22 one of the cooperators in the case?  What if Bob Simels got to

23 actually sit down and speak to a David Clarke or any one of

24 the others Alicia Jagnarain  or any one of the others who were

25 witnesses in the case?  What would happen?

*Summations - Shargel*                                          1786

1        Peter Headley was a prisoner in Ohio in a federal

2   prison, and Peter Headley was a cooperator with the

3   government, and Peter Headley was somebody that Bob Simels was

4   interested in seeing. So what did he do?  He sent Frank

5   Gonzales -- Frank Gonzales, one of the private investigators

6   on the case, to visit Headley in prison in Ohio, and at that

7   prison, because a jail is different than a prison.  A jail is,

8   as you heard from the testimony, holds pretrial detainees and

9   a prison is where people who are sentenced go to serve their

10  terms.   In that prison it was required -- and this is

11  important to note for later -- it was required that permission

12  be obtained to visit Peter Headley, and permission was

13  necessary to visit Peter Headley and Frank Gonzales supervised

14  by Mr. Simels obtained that permission, and he visited Peter

15  Headley in that jail. And he obtained information that was

16  helpful to Roger Khan. He did what lawyers and investigators

17  are supposed to do. He fulfilled his responsibility to the

18  client, and let me show you -- let me show you on the screen

19  DX -- Defendant's Exhibit S-303. This is a redacted -- you

20  will recall there were a number of exhibits that came in

21  during the trial that was agreed upon after a ruling by the

22  Judge that it would be redacted.  Mr. Gonzales says:  Upon my

23  arrival I identified myself and mentioned the purpose for my

24  visit. Mr. Headley stated that he was expecting me pursuant to

25  a letter from the law offices of Robert Simels, Esquire and

1  had no objections in speak -- apparently a typo -- in speaking

2  to me or with me. And then it goes on.

3          In response to my questions he stated the following:

4  He has heard that Roger Khan is also called short man but has

5  only heard him referred to as boss man because he was their

6  employer. However, the short man referred to in the ledgers

7  belonging to David is him (Headley) and it goes on.

8          Mr. Headley concluded his comments by stating that

9  none of these people, including Richard and Delvan Adams know

10 Roger Khan and in all his dealings with David's drug

11 organization, both in Guyana and New York, he has never seen

12 or heard of anyone dealing with Roger Khan. He concludes that

13 they are all lying in order to avoid a heavy prison sentence.

14         Bob Simels didn't know Peter Headley.  Peter

15 Headley's name came up and Bob Simels did what he was required

16 to do. He sent an investigator out to see Peter Headley and

17 got information like that. Similarly, in the memos that are in

18 evidence, you can see them, similarly with Nigel Rodney there

19 was information as valuable, if not more valuable, than that

20 which appears on the screen. Bob Simels was providing bonafide

21 legal and lawful representation to Roger Khan as he was

22 required to do.

23         There was no charge of witness tampering with Peter

24 Headley, there was no obstruction charge, there was no crime

25 intended, there was no crime committed.

*Summations - Shargel*

1        He went to a Ohio.  Bob Simels travelled himself to

2   Ohio to confirm this information. It was a natural experiment,

3   meaning it wasn't intended to be an experiment, but as we look

4   back on it, we can see it was a natural experiment because in

5   both of these cases at a time when the government's claiming

6   that Bob Simels was up to no good, when Fineman was not in

7   this picture talking as he was on those days in the summer,

8   spring and summer of 2008, when Bob Simels went and

9   interviewed and sat with these witnesses whether through an

10   investigator or himself, no law was violated.  Only legal

11   representation occurred.

12        And who were these investigators?  Who were these

13   investigators?  I think that Mr. Solano mentioned something

14   about this. Frank Gonzales, they just mentioned him. He is now

15   a United States marshal right in this building. A United

16   States marshal in this building. Deborah Martin 26 years FBI

17   agent. Lee Denney, North Carolina investigator with 35 years

18   experience and Steve Sessler (ph) the former Miami homicide

19   detective.  We didn't bring in everyone of the investigators.

20   You heard name after name after name, it is true.   We didn't

21   bring every one of them in, but this representative group

22   establishes that this was not some criminal scheme or some

23   criminal plot that Bob Simels engaged in. The investigators

24   that came before you, telling of their experience, their

25   qualifications, their bona fides, that is established that

1   this was an investigation that was done in accordance with

2   proper legal and perfectly appropriate representation.

3          Now, I'll tell you this. Has the proof in this case

4   shown that Bob Simels is an aggressive defense lawyer?

5   Absolutely. I don't think a client would want anything less.

6   Does the evidence establish that Bob Simels worked very hard,

7   spending long lonely nights at his computer, hammering out

8   those lists of things to do and people to see?  You saw

9   records that were created long before this case came about

10  that showed that Bob Simels and Arienne Irving had worked some

11  more than 3700 hours on this case between the time of their

12  retainer in August of 2006 until the arrest in September of

13  2008.

14         You heard evidence that Bob Simels travelled to only

15  distance places, risking his own safety to develop facts

16  favorable to his client.  Four trips to Guyana. Was he

17  dedicated to his client?  Absolutely. But despite all that

18  hard work, despite all the diligence, and despite all the

19  commitment, Mr. Simels is cast here in such a bad way.

20         This has to be the most cynical piece of evidence,

21  the most cynical piece of evidence that was received in this

22  case. The fact that Bob Simels and Arienne Irving, you see

23  them in the courtroom, but it was necessary for the government

24  -- what was the message here?  You are who you represent?

25  There's no such thing in the law.

1          What was the message that the government had in mind

2   by putting Robert Simels and Arienne Irving together with the

3   other people who they now say are guilty of the worst offenses

4   of drug trafficking and mayhem and violence, violence, drug

5   gang, and the lawyers?  And what's the point?  That these

6   lawyers -- that Robert Simels -- I'll talk about Bob Simels --

7   that he's so low that he would represent people like this?  Is

8   that the point?  Or what you heard which is almost just as

9   cynical, what you heard earlier today, a phone list that

10  anyone would prepare in any business contact information for

11  anyone involved in the case and now the government takes this

12  contact information and they put it up on the screen and they

13  say the contact information shows that he knows these people

14  because he's intimately involved with them and he knows that

15  Paul Rodriguez and Sean Bellfield and all these people,

16  Fudgey, he knows that they are killers.  It didn't matter how

17  they presented themselves, and look at the fact that one of

18  the entries on the address book or was silent assassin,

19  someone else choose as an e-mail address and Bob Simels, a

20  former police officer by the way, Bob Simels is supposed to

21  say -- what is he supposed to say? Hold on.  Let me interrupt.

22  What is he supposed to say?  Is he supposed to say, Fudgey a

23  silent assassin, Appolo (ph) short man, fat man, whoa, I

24  better not get too involved in this case.  I know I have a

25  constitutional duty to represent a client but this is no white

1    collar case.  If this is a white collar case I will just go

2    out and visit and interview the law.  If it's a case like

3    this, all bets are off?  Is that the message?  I wouldn't I

4    think so.

5            I'll say this to you, ladies and gentlemen.  You may

6    you may despise narcotics trafficking, you may loathe the

7    violence that you heard about, but what's suggested by that

8    exhibit is that the lawyer is one of them, that the government

9    sees the gangsters as they portray them and the lawyer is one

10   of them.  Look at the fact. Look at the significance they

11   argue of having their phone numbers and contact information

12   and imagine that the lawyers had phone numbers and contact

13   information for people who had knowledge about the case, who

14   were associated or colleagues or by whatever description

15   connected to their client, making trips to Guyana where he had

16   to arrange those trips with people in Guyana and having those

17   phone numbers. Oh, that's such a bad thing because it was put

18   before you this morning like it was just that. Such a bad

19   thing. There's no such thing as you are who you represent.

20           You know, this investigation had an unbelievable

21   start.  Unbelievable start. It goes to the GO prison in Queens

22   and I want to talk about that now because that's the beginning

23   of the investigation, and that's the point that the

24   investigator Mazzella said this is when it all started.  This

25   was the investigation of Robert Simels and if you look at the

*Summations - Shargel* 1792

1  testimony -- I'm not going to put it up on the screen, but I
2  assure you it is there, that the investigation of Robert
3  Simels and Arienne Irving began with the GO prison, and what
4  happened there.  Like, what?  Arienne Irving, how did her
5  investigation start.
6          It started with a mindset and listen to this and how
7  wrong-headed this whole business is about the GO prison. Well,
8  it was claimed on March 27th -- let me put the claim in focus
9  -- March 27, 2008 -- this is before Fineman has his first
10 meeting with them.  The incident -- the incident I'll call it
11 the incident, like the incident at Black Rock, the incident at
12 the Queens jail and the claim is that Bob Simels lied to
13 Nicole Wait to gain entry and interview David Clarke.
14 Perfectly proper to interview David Clarke.  Let me remind you
15 an interview, by the way, that never took place.
16          Clarke comes down.  Simels said I'm Bob Simels,
17 Kahn's lawyer.  Clarke says I don't want to speak you.  Simels
18 says okay. Not another word than okay. He leaves the jail and
19 Clarke goes back to his cell. Oh, wow.  What temerity at this
20 time on the part of Bob Simels to go to the Queens jail.
21          Let's talk about the charge. Let's talk about the
22 charge. Count Eleven.  You will hear about that when the Judge
23 gives you instructions.  He lied by saying he is a lawyer for
24 David Clarke.  Now, first question.  Why on earth would he do
25 that?  Why would he lie about whether he was the lawyer for

1   David Clarke?  Nicole Waite, the corrections officer, said if

2   you're not the attorney for the inmate you need to get

3   permission of the warden, and she said she never knew of a

4   lawyer who was not let in.  So all you had to do was write a

5   letter.

6           Well, you know, it was necessary for him to write a

7   letter -- for Bob Simels to write a letter to have Steve

8   Sessler, one of the investigators in Miami Dade jail down in

9   that Florida, remember that?  So what did they do. Make up a

10  pack of lies?  No. Bob Simels wrote the letter and as

11  Mr. Sessler told you -- as former homicide detective Sessler

12  told you two days later they had the permission, two days

13  later he was doing the interview in the prison.

14          Gonzales, as I say earlier, needed permission to

15  visit the Ohio prison, he wrote the letter and he got the

16  permission.

17          Why would you need to keep this in mind?  The GO

18  prison, as they call it, is a private prison under contract

19  with the Department of Justice. The owners of the prison are

20  in it for a profit, and like any contractor with the United

21  States, if they underperform, they can lose the contract. So

22  it's in this context -- this is not like Lieutenant Rodriguez

23  from the federally operated jail, MCC in lower Manhattan at

24  150 Park Row.  This is a private business.  So the interview

25  -- the events on March -- the incident is on March 27, 2008,

*Summations - Shargel*

1  and the interview is on April 1st, 2008, but listen to this.

2  Who's on the line. Who's on the extension phone when the

3  interview is taking place?  There an investigator.  There's an

4  assistant United States attorney, and there's also Ms. Waite's

5  boss, the warden of the prison is on the extension phone. I

6  suggest to you, ladies and gentlemen, that that is not a very

7  smart or fair way to interview an employee on the question of

8  whether the employee acted in accordance with supposed -- and

9  I'll tell you in a second why I say supposed -- acted in

10  accordance with supposed regulation. If the investigators were

11  interested in getting at the truth don't you think that they

12  would have had the interview with Ms. Waite  without her boss

13  on the telephone?

14         So Ms. Waite says she was covering, and she said

15  this here in court.  I am not suggesting in any way that she

16  is a bad person.  She remembers this is how it happened.  She

17  was replacing someone on a 30 minute lunch break.  She doesn't

18  ordinarily sit in the front but she was there and she said she

19  complied with the procedures, and I said "supposed procedures"

20  before because Mr. Rodriguez from the MCC told you that not

21  only at the MCC, the local federal jail in Manhattan, but in

22  every local federal jail in the United States the visiting

23  lawyer doesn't have to be the attorney for the inmate.  The

24  Title 18 -- we had that Title 18 form up there, the form

25  that's used in every jail, the Department of Justice that was

1  referred to as the Title 18 form,  that form doesn't ask a

2  word -- lots of questions there but there's not a word about

3  whether the person that you are visiting is your client.  It

4  just says what's the name of the inmate that you are visiting.

5  If it wasn't material for the United States Department of

6  Justice to know, if they didn't put down are you visiting your

7  client or are you visiting someone else, if they didn't say

8  you need permission of the warden, one of the elements of this

9  offense -- one of the ingredients, as Judge Gleeson called it,

10  that they will discuss the materiality, was this a material or

11  important -- I am not defining material, the Judge will -- but

12  was this an important or material statement that was being

13  made at this time?  I respectfully submit, that Ms. Waite was

14  under pressure to remember that Simels had said that David

15  Clarke was the client.

16          Prosecutors can argue, well, you can rely on her

17  account of what occurred but this is the same woman, and I am

18  not suggesting for a moment that it wasn't -- Mr. Simels was

19  not there.  He signed it.  There is no question about the fact

20  that he presented identification, but was her recollection so

21  clear that she recalled that the lawyer who was Mr. Simels was

22  short and blond?  I think that is something that you could

23  fairly take into account in thinking about what occurred that

24  day and what her recollection was. But here's something else.

25  Remember that she said that she wrote a report.  Apparently

*Summations - Shargel*                                          1796

1   duty requires that you write a report and that she wrote a

2   report and that there were two copies of the report. One copy

3   she kept, this was her testimony, and one copy, I suppose it

4   was the procedure, went to the tour commander and by some

5   colossal coincidence -- by some colossal coincidence both

6   copies are now missing.  Both copies of the contemporaneous or

7   nearly contemporaneous reports are now missing. Colossal

8   coincidence.  And here's something else. The records they kept

9   at this GO facility -- I don't know whose monitoring their

10  activities but remember David Clarke's visiting list?

11  Remember visitors have to be checked and vetted.  You heard

12  testimony about that, and David Clarke on the same day has two

13  wives, and puts down on his visiting form that there are two

14  spouses. Well, who is doing the checking?

15          And speaking of the checking, I don't even know if

16  they have computers in the place because every record we saw

17  from the place is on paper, but speaking of the checking,

18  remember, Bob Simels was not alone that day.  He was with the

19  investigator.  This investigator was Lawrence Frost.  Mention

20  him again later. His name was right below Bob Simels on the

21  sign-in form.  Lawrence Frost, private investigator, licensed,

22  his number.  And I said to Ms. Waite, isn't there a list.

23  Unlike lawyers with investigators, don't investigators have to

24  be on an approved list?  And yes, the investigators have to be

25  on an approved list.  Well, did you do any checking that day

1   to see whether Lawrence Frost was an approved investigator?

2   And the answer was, well, I didn't have the list available to

3   me.

4           And ladies and gentlemen, there is no other word to

5   describe it.  This charge of lying to the corrections officer,

6   no motive to lie, insufficient proof of the lies, this charge

7   is ridiculous.  It doesn't seen stop there.

8           We called the defense witness.  Mr. Simels called

9   the defense witness. The young defense lawyer Edward Sapone

10  (ph) and now you can't trust these tricky defense lawyers

11  because now he's a liar, too.

12          Now, Mr. D'Alessandro -- when Mr. Fodeman was doing

13  the cross-examination he started off with:  So you said

14  something to the corrections officer that wasn't really true

15  when she asked what's your client's name, for about four

16  seconds and then he clarified the situation for about four

17  seconds.  And so that was by Mr. Fodeman, sir that really

18  wasn't true.  And Mr. Sapone said, yeah, I knew what I was

19  there for.  I cleared it up. And then now Mr. D'Alessandro is

20  elevated it wasn't really true to Mr. Sapone came in here  and

21  lied to -- he told a lie to the corrections officer.

22          (Continued on next page)

23

24

25

1            MR. SHARGEL:   (Continuing)

2            He was simply trying to find out for our benefit and

3    your benefit what's the real deal at this -- at this facility.

4            So what is the story here?  Defense lawyers can't be

5    trusted?  Is that the subtext?

6            And I think this would be a perfect time, unless the

7    judge believes that this is a perfect time, for a break?

8            THE COURT:  Would you like a break?

9            MR. SHARGEL:  No.  I am fine.  I thought -- this was

10   a good time for me to break.

11           THE COURT:  Let's break.

12           MR. SHARGEL:  Okay.

13           THE COURT:  Don't discuss the case.

14           All rise.

15           (The following occurred in the absence of the jury.)

16           THE COURT:  I thought you were turning to me to

17   answer the question.

18           All right.

19           (Recess taken.)

20           (After recess.)

21           (The following occurred in the absence of the jury.)

22   Seat the jury, please.

23           You can be seated until the jury comes in.  But then

24   please rise.

25           MR. FODEMAN:  I'm still going today, right, Judge?

1          THE COURT:  That's the plan.

2          I just poked my head in to ask them if they can go

3    as late as 5:30.  They said yes.

4          Can you estimate when are going to be done?

5          MR. SHARGEL:  I said between 90 minutes and

6    two hours.  I will try to keep it closer to 90 minutes.

7          THE COURT:  I would like to finish this up.

8          MR. SHARGEL:  I would also.

9          THE COURT:  We got a late start today.

10         All right.

11         MR. SHARGEL:  What time would I need to be done?

12         THE COURT:  There is some grumbling in there.

13         How long do you expect to be?

14         MR. FODEMAN:  I have a half hour's  stuff.  I

15    haven't heard Mr. Shargel's stuff.  I think probably

16    45 minutes.

17         THE COURT:  You took three hours this morning.

18         MR. FODEMAN:  Fair enough.

19         THE COURT:  If we finish by a quarter of or so, I

20    think that will be fine.  We will take a short break.

21         MR. SHARGEL:  I am going to --

22         THE COURT:  I don't want to curtail what you are

23    doing.  I can't keep them past 5:30.  If we have to

24    finish --

25         MR. SHARGEL:  Can I do this?  Can I save 30 minutes

Summation - Shargel                1800

1    until tomorrow morning?  We have done that.

2              THE COURT:  Do you know when you are going to be

3    done?

4              MR. SHARGEL:  Judge, I am at page nine of 31 pages

5    of notes.

6              THE COURT:  How long have you been going?

7              MR. SHARGEL:  Thirty-five minutes.

8              THE COURT:  Why don't we play it by ear.

9              MR. SHARGEL:  I don't want to say it again.  To save

10   a half hour, that might require 4:30, quarter to 5:00 break.

11             THE COURT:  Understood.

12             MR. SHARGEL:  We will play it by ear.

13             THE COURT:  Yes.

14             (Jury present.)

15             THE COURT:  Please be seated, everyone.

16             MR. SHARGEL:  I said to you before the break, and I

17   measure my words, that the -- the charge of -- about the GO

18   prison and lying to the correction officers is nothing short

19   of ridiculous.

20             I want to say going on, that this charge with

21   respect to the eavesdropping equipment, is even worse as you

22   may find.  I'll tell you why one could say that's worse.

23             First of all, let's review the facts very, very

24   quickly.  Sometimes I know that perhaps we go too quickly.

25   But let me review these facts.

GR      OCR      CM      CRR      CSR

Summation - Shargel                    1801

1          Before Bob Simels ever meets Roger Khan, before he's

2    retained, back in the period 2002 to 2004, you might recall

3    that Khan was arrested in early 06.  Maybe even went further

4    than that.

5          Somehow Khan under the sponsorship of a government

6    official in Guyana purchases this -- purchases this

7    eavesdropping equipment.  You heard about the political and

8    cultural divide.  It's a violent divide.  You heard, and I

9    think it will become pertinent later, about the fact that Khan

10   had recorded conversations.  He wasn't the one that was

11   physically operating the equipment.  But you heard on the

12   recordings or in other documents that other people were doing

13   this.

14         Khan tells Simels, there is no question about it,

15   Roger Khan told Simels after he was retained that in fact

16   there are conversations, Khan was pushing the idea all along,

17   you have heard about this, that it's so unlikely that he would

18   be conspiring with David Clarke because David Clarke was on

19   the other side of this difficult, this civil unrest in Guyana

20   and made no sense that they were in bed together selling drugs

21   to -- and exporting drugs to the United States.

22         So with that in mind, Khan tells Bob Simels, I don't

23   think there is any disagreement about this, that there is

24   valuable information, to support what I am telling you, to

25   support my innocence, my claim of innocence, there is valuable

1   information in these recorded conversations and Bob Simels is

2   informed that they exist.

3           When he goes to October -- I'm sorry.  When he goes

4   to Guyana in October of 2007, he inquires about the equipment.

5   What he gets, no question about it, are these two laptops.

6   They are Panasonic Tough books, one larger than the other.

7   But the two Panasonic Tough Books.

8           As the man from Smith Myers, Mr. Myers told you, the

9   laptops can't record anything.  They can only be used in

10  conjunction with other equipment.  They are not recording

11  devices.  They don't intercept conversations.

12          So Mr. Simels takes -- has shipped, he

13  didn't -- pretty heavy.  He didn't carry them back to the

14  United States but he had them Fed Exed back to the United

15  States.

16          Ultimately, he was able to get into one laptop, the

17  larger one, bypass a security code, a password, and they got

18  in there and lo and behold, it was as Khan described, that

19  there were conversations on the laptop.

20          At a later time Khan tells him you should check the

21  smaller laptop also because this has even more conversations

22  or as many conversations with Khan -- with Clarke and those

23  conversations would be helpful for the defense.

24          Now, when Mr. Simels was able to see the

25  conversations and listen to the conversations, he had all that

Summation - Shargel                          1803

1    he needed.  This wasn't going to help the situation.  This was

2    for court, and this was for court, the larger and the smaller

3    laptops.

4           He didn't need anything more.  He didn't need bases,

5    power supplies, antennas, dishes.  He didn't need anything.

6    He had the evidence, just like you see evidence that comes in

7    before you.  He had the evidence to put before the jury.

8           In 2008, Judge Irizarry, who is the judge on the

9    Khan case, in this courthouse, said that, in effect, if you

10   are going to use tapes at trial, you must turn them over to

11   the government.  It works both ways.  The government if they

12   were going to use tapes -- they turned over the Lilly wiretaps

13   and other recordings.  If they were going to use tapes they

14   had to turn them over.  The defense had a parallel commitment,

15   to turn over any tapes it had to the prosecution.

16          As you saw, the defense, and there were no secrets

17   about this, this was in open court.  Anyone could walk in,

18   like the people walked in here, and watched these proceedings.

19   Turn it over.

20          On March the 14, there was a letter, I think you

21   only saw it the other day, you will recall, on March the 14th,

22   there was a letter, 2008, Mr. Simels writes to the government

23   and says here are four CDs and here are the conversations.

24   Complying with judge Irizarry's order.  Here it is.

25          Bob Simels is acting like a lawyer, representing his

GR     OCR     CM     CRR     CSR

Summation - Shargel                    1804

1   client in the courtroom; no secrets, no skullduggery, nothing.

2          And then the government started -- started raising

3   questions about the equipment, and they sent to Mr. Simels

4   letters.  This is all a matter of public record.  They

5   specifically asked for the original recordings and they asked

6   the question, well, let's see it.

7          This is defense Exhibit 308 C, it is page two.

8          Also, please describe how each of the recordings

9   were made, including the equipment used.

10          In addition, the government requests that a computer

11   expert inspect the original recordings at a mutually

12   convenient time.

13          So it was the government that was asking questions

14   about the equipment and this wasn't the last time they asked.

15   You saw -- I am not going to burden you with them now.  I am

16   not going to burden the time that I have available to me.  But

17   you saw that there were several letters.  You could ask for

18   any exhibit and the exhibit -- any exhibit in evidence will be

19   sent back to you.

20          There were letters after letters, two, three more

21   letters, where the government said, we want this information.

22   We want to know about the equipment.

23          With all respect to Bob Simels and probably most of

24   the people in this courtroom, what Mr. Myers was explaining on

25   the witness stand was a little bit, I would suggest, over

1    everyone's head.  The radio waves go into this machine, he

2    said, and then the software and the laptops convert.

3            The bottom line is, that the lawyers in this case

4    wanted to make sure, Mr. Simels wanted to make sure that he

5    would be able to get the evidence admitted.  You see this

6    happen.  This is very interesting.  It's a trial almost about

7    a trial.

8            You saw how lawyers offer evidence and the judge

9    rules as to whether it is admissible, whether there is a

10   proper foundation for the evidence and so on and so forth.

11           In this case, Mr. Simels didn't want to be stuck at

12   a trial and the judge said why didn't you ever show them the

13   equipment, why didn't you tell them about this equipment.  And

14   Mr. Simels would stand there and the judge could very well

15   rule not admissible, not admissible.

16           So Mr. Simels then went and had Ms. Irving ask for

17   the base or the power supply.  I don't know what he was asking

18   for.  I can't even describe it to you myself.

19           But this machine comes up in June of 2008.  And now

20   the charge is, the charge is that Mr. Simels wrongfully --

21   forget wrongfully -- criminally imported into the United

22   States and then possessed in the United States this equipment

23   in violation of law.

24           I say, absolutely not.  I'll tell you why the answer

25   is absolutely not.

Summation - Shargel                    1806

1           Simels, first, did not know or have reason to know,

2    the judge will describe the elements of the offense, that the

3    base was the device that actually recorded the conversations.

4    For all the reasons that Mr. Solano said, and I will not

5    repeat it, but you could see right on here.  It says power,

6    office computers, power module.  No one doing the search knew

7    what that piece of equipment was.  That's number one.

8           And number two, the base, if that's -- if that's

9    what everyone is calling it, and if that's the equipment

10   Mr. Myers said was capable of recording conversations, the

11   essential part, the base when it was imported into the United

12   States, and I respectfully ask you to listen carefully to

13   those words, which are important words as you will hear Judge

14   Gleeson give you the law tomorrow.

15          When it was imported into the United States, at the

16   time that it came into the United States, in October of 2007,

17   it did not work.  Mr. Myers told you that it doesn't work now

18   and there is no indication that it worked at the time that it

19   was brought in here.

20          No one is suggesting that Mr. Simels was in the

21   business or was attempting to wiretap anyone or record any

22   conversations.  It wouldn't work here in the United States

23   because we are on a different telephone system.  So it doesn't

24   work, at all events.  It doesn't work because the equipment

25   itself doesn't work mechanically.  And it doesn't work because

1    it can't capture conversations from the cell system that we

2    use in the United States and that we have used in the United

3    States for years.

4         So when the device was sent to the United States,

5    and the words are very important, its design did not render it

6    primarily useful to intercept conversations.  Because the fact

7    is that it didn't work.

8         At the time that Mr. Simels had it in his law

9    office, the design of the device did not render it primarily

10   useful to intercept conversations.

11        In other words, our position, given what the law is

12   and what Judge Gleeson will tell you, is that it had to work

13   and for two reasons it didn't work.

14        So Mr. Simels had no knowledge that this was the

15   offending equipment.  Mr. Simels did not have something that

16   was working at the time that it was imported into the United

17   States.  And Mr. Simels did not have any -- it did not work.

18   When it was in his possession, in his law office, it did not

19   work, and, therefore, at that time, you will hear the judge's

20   words, at that time it was not primarily useful, did not -- to

21   render it capable or render it primarily useful to intercept

22   the conversations.

23        But here is what's -- here is what I said before

24   that this was worse than a situation with the jail.  Here is

25   why.

GR      OCR      CM      CRR      CSR

1          Do you think that it's fair when you think about

2     this, and you will listen to the judge's instructions on the

3     law, but do you think it's fair that the prosecutors knowing

4     full well about these conversations, that the prosecutors in

5     the Khan case were pressing Mr. Simels to identify the

6     equipment and Mr. Simels in an effort to comply with demands

7     of the United States Attorney's office complied with those

8     demands and now he's being charged -- and now he's being

9     charged with possession and importation of the equipment that

10    they -- I don't mean the prosecutors at this table -- that

11    prosecutors in this office wanted to see?

12         Mr. Simels had that -- that equipment in his office

13    waiting for an order from the judge, an order that never came

14    directing him to physically turn it over to the government,

15    physically.

16         But the government lawyers knew that -- about this

17    investigation of Mr. Simels.  And the -- and the government

18    lawyers knew from words that Mr. Simels spoke on the recorded

19    conversations, that the equipment was in his office and then

20    when they came in on September the 10th, 2008, to place

21    Mr. Simels under arrest, the equipment, great surprise, is in

22    the law office and that becomes the basis of Count Twelve and

23    Count Thirteen in this indictment.

24         Those are the charges.  That is exactly what it is

25    about.  And that's the situation, let me make clear,

Summation - Shargel                      1809

1    Mr. Simels had no use for this whatever.  There is nothing

2    that he could have done with this non-working, incapable piece

3    of equipment.  He had no reason to have Arienne Irving email

4    or IM down to Guyana and say, get the base and send the base

5    because they want to inspect the original recordings and he

6    didn't know whether the original recordings were where.  He

7    didn't even know what a base is, I think as he testified.

8         But there was no reason for him to have this.  There

9    was no reason for this to be brought into the United States.

10   Other than -- if it didn't work before, it really is not going

11   to work (indicating).

12        But there was no reason other than the government's

13   demands.  That's it.

14        That's charged as a crime because there is a certain

15   mindset in this courtroom.

16        Agent Mazzella told you that he has been working

17   19 years as an investigator but he never has seen it from the

18   criminal defense side.

19        The mindset of theirs is reflected in the

20   indictment, the charges in this case, and exact dates aren't

21   that important.  But the indictment in this case charges a

22   conspiracy that started in August of 2006.  Imagine that.  The

23   conspiracy in this case is charged not from May 13th when

24   Selwyn Vaughn walks into the law office, not even from

25   March 27th when Bob Simels goes and tries to interview David

1   Clarke at the jail, something that was totally appropriate,

2   not then, but when he first got retained by Roger Khan, when

3   he first was retained in August of 2006, that's when they say,

4   the conspiracy began.

5          May 13, 2008, when Selwyn Vaughn walked in with a --

6   walked into the Simels law office with a recorder hidden on

7   his body, sent in, sent in by the investigators to Bob

8   Simels's office with a recorder on his body, when there was, I

9   submit, not a whiff, not a scent, of misconduct in the air,

10  when there was no suggestion on earth that Bob Simels had done

11  anything wrong other than representing someone that the

12  government thought was bad, other than representing someone

13  that the government thought should be put in prison for the

14  rest of his natural life.

15         Khan suggested that Simels meet Vaughn and nothing

16  more.  But apparently, that was enough for the prosecutors and

17  the investigators to open a window on a defense lawyer's

18  practice and kind of like peek in.

19         I tell you right now, and there is no question about

20  it, they didn't like what they saw.  The recordings that Khan

21  made -- I'm sorry.  Withdrawn.

22         The recordings that Vaughn made, let me emphasize,

23  they were lawful.  The government is permitted to do that.

24         Selwyn Vaughn ultimately gets $50,000, so far, for

25  what he's done here.  That's perfectly lawful.  The judge will

1    tell you, doesn't violate the law in any way.

2          Selwyn Vaughn got, as Mr. Solano already pointed out

3    an S-visa, not only for himself but for his mother and his

4    three children and his wife.  That's priceless, despite what

5    he said about wanting to go back to Guyana.  That's priceless.

6    But it's legal and no one is quarreling with that proposition.

7    It is legal.  The law allows that.

8          The law allows Vaughn to go into Mr. Simels's office

9    and pretend to lie and make up things, pretending to be a

10   loyal supporter of Mr. Simels's client, Roger Khan.  He was

11   permitted to confuse and confound Robert Simels.  That's

12   perfectly all right.  The law allows that.

13         He even got immunity because you heard that before

14   he testified in front of you he sat on that chair and he said,

15   I refuse to answer any question put to me by Mr. D'Alessandro.

16   I refuse to answer.  And he got immunity, meaning he can't be

17   prosecuted.  His words can't be used against him and he's

18   covered for, I don't know what, but he's covered for his

19   testimony.

20         But the government is permitted to do this as well.

21   The government is permitted to do that.

22         There are other things that happened here that you

23   can consider in evaluating the government's case, and here is

24   one of them.

25         There is a conversation, I am not going to play it,

Summation - Shargel                    1812

1    the hour is late, and I know it's easier to give these

2    summations than for you to listen to the summations.  I

3    understand that full well.  But this is serious business and I

4    ask you to please continue to pay attention, as you have.

5            There is something that you can consider.  I won't

6    play the conversation but early on in April, do you remember

7    in April when Vaughn kept calling down to Guyana and said

8    heard the lawyer is looking for me, heard the lawyer is

9    looking for me.  And if you really wanted to study those

10   conversations, people are saying who are you and who said the

11   lawyer is looking for you.  He is trying to call people and

12   raise the idea that the lawyer is looking for me.

13           Vaughn is speaking to a person named Banks, the

14   nickname was Banks.  No need for to you remember it.  But you

15   could ask for it by name.

16           And Vaughn has a conversation.  The conversation is

17   sprinkled with profanity and misogynist epithets but he said

18   in response to a question why do you talk like that.  I talk

19   like that because that's how you talk to Banks.  I am not

20   going to repeat them.  You might recall that.

21           Here is what I would like to put on the screen

22   because here I think is the most important part.

23           Page 329 of the record.

24           What were you explaining during this conversation?

25           Answer:  I was telling him that I got tired losing

Summation - Shargel                    1813

1  money for them -- this is Banks -- he's telling Banks.  Vaughn

2  telling Banks.  Telling Martin -- that's really Saint Martin.

3  Do you remember he said he used the name Martin but it was

4  Saint Martin, the country.  Saint Martin tired of losing

5  money, but that wasn't true.  He said.  That wasn't true.

6           Question:  Why were you telling him this?

7           Answer:  A conversation to see what else he may be

8  telling me what is going on down there.

9           Question:  This is part of your role as an

10 informant?

11          Answer:  Yes, sir.  And they also had the impression

12 that I was working for a drug dealer.

13          First of all, before you even take that off, what

14 does he mean, the impression that he was working for a drug

15 dealer?  If these are the people that he knew, if these were

16 people who were part of the conspiracy, if these were the

17 people who were part of Roger Khan's gang, I suppose he meant

18 that they didn't know that they were being recorded at the

19 time because now he's working as an informant.

20          But what he does say is that, in substance, that he

21 was keeping the conversation going to find out what's going on

22 down there.

23          Well, you know what, that makes sense.  You do keep

24 a conversation going to find out what's going on down there.

25          But what's with this double standard?  Why is that

Summation - Shargel                    1814

1   good for Selwyn Vaughn and not good for Bob Simels?

2           The prosecutors in this case, not only during the

3   course of the trial, but even in the two or three hours that

4   Mr. D'Alessandro was before you this morning, the prosecutors

5   in this case are asking you to analyze and examine Bob

6   Simels's words in those conversations as if they were

7   analyzing a contract.  Sifting those conversations to

8   offend -- to find offending conduct.  Well, he said this here

9   and that there.  Look what he said over here.  And he -- and

10  Vaughn says that but doesn't deny it.  Doesn't kick him out of

11  the office.

12          The fact is, that the idea of talking and talking

13  for the purpose of keeping the conversation going is not the

14  exclusive property of informants but it is -- as you heard

15  from Tony Ricco, it works for lawyers as well.

16          Do we have a page 1193 of the record?  This is what

17  Tony Ricco said.  Again, no one is quarreling with his

18  qualifications to say it.

19          We are talking about what happens when you have the

20  conclusions but you don't start with conclusions.  He says, in

21  pertinent part, you listen to what people say and then you

22  spend time, efforts and energy to flesh it out.  You never

23  know what you're going to get out of this stuff.  Sometimes

24  you get a lot of junk and every once in awhile you get

25  something that becomes very important and valuable to both

1   sides of the case.

2          Let me tell you something.  If you listen to these

3   tapes, as you have patiently listened to these tapes, that's

4   exactly what Bob Simels was doing.  He was spending the time,

5   efforts and energy to find out what was going on.

6          There is something that Mr. Solano touched on for a

7   brief moment but I would like to explore it in greater depth

8   while still on this subject.

9          If Bob Simels, and I would ask you to think about

10  this, if Bob Simels saw Vaughn as a coconspirator, as a member

11  of this conspiracy that he joined, as a criminal who was going

12  to go out and do criminal things, as a corrupter of witnesses

13  who would go out and corrupt the witnesses in this case by all

14  matter and means, both legal and illegal, if that's what he

15  thought, ask yourselves this.  Why all the questions that are

16  being put to Selwyn Vaughn?  Why does Simels talk to Vaughn

17  hour after hour after hour?  There are six, seven, eight hours

18  of conversation over the course of these meetings.

19         Simels is asking questions, Bob Simels is asking

20  questions like -- I have them here.  Where did you grow up?

21         Tell me the story.  I mean basically, without me

22  asking questions.  In other words, without me prompting you,

23  this is what he's asking.

24         You could find this replete in every meeting.

25  Without me prompting you, you tell me what happened in your

1   own words.  Come on, tell me what happened in your own words.

2   Tell me what happens over the course of time.  When did you

3   hook up with Roger?

4          If they are in the same conspiracy together, and

5   this is Roger's henchman who is coming to do evil, why does he

6   have to ask questions like, when did you first hook up with

7   Roger?  Is that some sort of idle curiosity on his part?  Is

8   he a gossip or something that's particularly interested in the

9   details of their relationship?

10          And he says, did Roger commit the Allison murder?

11   You see, as Mr. Ricco pointed out to you, if a client says to

12   you, I didn't do this, you don't simply or blithely say okay.

13   It's your duty as a lawyer to check out the story.  Because it

14   may be -- it my be appropriate later down the road to say, hey

15   buddy, you are kidding yourself.  Maybe you should plead

16   guilty.

17          The lawyer has a duty to check the story.  It's

18   exactly what was happening here.

19          Did Roger commit the Allison murder?  He wanted to

20   know.

21          If Bob Simels knew everything, and if Bob Simels

22   deserves to have his picture in on that poster, wouldn't he

23   have known already?  Why would he put the question?  Was that

24   entertainment purposes?

25          And then he goes on.  He goes further and says, did

1   Roger Khan ever admit or take credit for the murder?  He's

2   putting the questions to him.  For what reason other than that

3   he doesn't know.

4          Conversations with Selwyn Vaughn continued for two

5   reasons.  One, because Simels was continuing -- continually,

6   and you will see this over and over again, trying to verify

7   the information that he got from the other people, from other

8   people.

9          He continuously says, I heard this from so and so.

10  I heard this from so and so.  Is it true?  Can you verify it?

11  Did this really happen?

12         It didn't matter whether Vaughn had no personal

13  knowledge, had personal knowledge, didn't have personal

14  knowledge.  Bob Simels was willing to listen to him to see

15  what he knew about Guyana, what he heard about Guyana, even

16  what he read in the newspapers about Guyana.  He wanted to

17  know what his case was all about, the contours and the details

18  so he wouldn't be surprised at a trial.

19         You can infer from everything you have seen here,

20  you can infer that lawyers don't like the notion of being

21  surprised.  The government lawyers don't like it.  Defense

22  lawyers don't like it.  That's just the way it works.

23         Every case, you are only seeing ten percent of what

24  it is that the lawyers do.  Because the preparation, the

25  investigation, is done beforehand.  You have heard that from

1    the testimony.

2          So the first reason that Bob Simels was meeting with

3    Khan -- with Khan was to find out exactly what was going on

4    and get his version.  That's what he said, he said, there was

5    one time when he got cut off.  You might remember this.  He

6    said sometimes Roger and then Vaughn cuts him off.  He said I

7    want to hear your version.  Then -- in other words, it's not

8    enough to have my client's version.  It is not enough that my

9    client told me about it.  I want to hear your version.

10          Why is he doing that?  If Bob Simels is a

11    coconspirator of his?  Why didn't he just simply say, here is

12    the list of witnesses.  You have them.  Just go off and do

13    your work.  I have the addresses.  I'll give you whatever

14    information we have.  And go do your work.

15          Over and over again, he is asking and putting

16    questions, trying to verify and get more information.

17    Exactly, exactly what lawyers are supposed to do in the

18    representation of a client, as you have heard.

19          The second reason that, as the recordings themselves

20    show, is that Selwyn Vaughn, scripted and choreographed by

21    federal agents, was able to convince Simels that he offered

22    some legitimate value to the defense effort in the Khan case,

23    not as a witness, not as a witness, but as a person who was,

24    as Mr. Solano has already called to your attention, the find

25    man, F-I-N-D M-A-N.  I will be your find man.  I will be your

Summation - Shargel                1819

1    investigator.

2         There was no plan, there was never a plan to commit

3    perjury, for Selwyn Vaughn to have committed perjury at the

4    Khan trial because Selwyn Vaughn was never going to be a

5    witness at the Khan trial.

6         He was not soliciting, Bob Simels told you, he was

7    not soliciting or encouraging Vaughn to engage in criminal

8    conduct.

9         The thousand dollars, and I think this is clear to

10   you by now, because Judge Gleeson will tell you, that paying

11   for information is not criminal.  Paying for information is

12   not criminal.  The thousand dollars, and this is a case where

13   Vaughn gets close to $500 from the government for parking.

14   Paying the expenses of someone in connection with -- that

15   someone supplying information -- I am not talking about

16   testifying.  It is not illegal for a defense lawyer or the

17   defense team to do.

18         (Continued on next page.)

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

Shargel-summation                          1820

1          MR. SHARGEL:    (Continuing) Let me add one other

2     thing.  Let me put, again, on the board, I know it's been

3     there before, let me put on 3500 S 31.  This is the memo

4     that's been referred to both in the government's summation and

5     Mr. Solano's summation, I believe.  This is if memo that is

6     written to Mr. Simels and Darmuid White.  You heard his name,

7     another lawyer in the case.  There were no secrets here.  Two

8     lawyers get this.  It's dated January 18th, 2008.

9          Let's turn to the page where Fineman is.  This is on

10    the fifth page after all sorts of names are mentioned,

11    Fineman, Paul has his last name, this is what according to

12    Khan, Fineman could testify to.

13          There is no suggestion in this entire memo that Khan

14    is making this up.  Khan believes, apparently --  you know,

15    there was an instruction that Judge Gleeson gave you and I

16    want to call it to mind now.  There are a number of documents,

17    not this one, but a number of documents which Judge Gleeson

18    said I'm admitting this but not for the truth of the content.

19    You remember those instructions?  You probably heard it five

20    or more times, the idea being that it was admitted to show

21    what was on Mr. Simels's mind, not whether what Khan was

22    saying was true because Khan can't be here for

23    cross-examination.  That's the instruction.

24          There is nothing in this document to suggest in any

25    way that it was what the government calls a script.  Nothing.

1    Bob Simels asked Fineman about this.  Bob Simels asked Selwyn

2    Vaughn about this.

3              It's important to note that Fineman never ever told

4    Bob Simels the facts in here are wrong, that this is not true.

5    He told you that on the witness stand.  He went line by line

6    in response to the prosecutor's questions, line by line saying

7    this is true but most of the rest of it is not true and I

8    think he said at one point only two percent is true.  He

9    pointed out what's true, not true.

10             I asked Selwyn Vaughn on cross-examination, I asked

11   him specifically when you sat -- by the way, he couldn't lie

12   about this because every conversation, absent conversations

13   where they were setting up appointments or something, he says

14   Mr. Simels called him, every conversation was recorded.  This

15   is not one of those situations where well, this witness, is he

16   reliable in accounting what was said during the conversation?

17   Every word is recorded and every word is audible.

18             In these conversations --  sorry, Selwyn Vaughn

19   doesn't say a word to Simels about claiming this is not true;

20   that this is made up.  I asked him specifically, nevertheless,

21   I asked him did you ever tell Bob Simels what you're telling

22   us now that this isn't true?  He said absolutely not,

23   absolutely not.

24             Here is something that is even more telling.  Simels

25   does not include Vaughn in his Rule 15 motion.  Remember in

Shargel-summation                    1822

1   January of 2008 there's a motion before the court and the

2   judge is told I want the following witnesses to be deposed in

3   Guyana unless some of them can come up here to the

4   United States.  I want to call these witnesses and he explains

5   in detail why it is that he wants to call these witnesses,

6   explains he wants to impeach the credibility of Clarke,

7   explains he wants to impeach the credibility of Alicia

8   Jagnarain.  He's putting this all before the court, putting

9   this all before the government.  He wants to go down, have a

10   formal deposition of witnesses that will impeach or undermine

11   their credibility.

12          Let me show you this.  Simels, as I said a moment

13   ago, did not include Fineman in that, ignored what Roger Khan

14   said in this memo in January of 2008, totally ignored it, did

15   not take the suggestion that Fineman be put down as a witness.

16          If you look at the whole document, we don't have to

17   do it at the moment, being mindful of the clock, but if you

18   look at the whole document, there's an individual that Khan

19   mentioned named Roger Lenny.  He said he would be a good

20   witness on my behalf.  He would help establish the truth of

21   what happened here.  He would help establish Clarke is not

22   worthy of belief, undermine his credibility.  Guess what?  You

23   haven't heard a word in this trial, by the way, about Roger

24   Lenny.  Simels didn't include Lenny's name in the Rule 15

25   motion.

1        There was another person, another person that was
2   recommended by Bob Simels.  His name, in this document, Steve
3   Ceaser, someone that Bob Simels interviewed on one of his
4   trips to Guyana, listed as a Rule 15 witness, never a person
5   that was in conflict.  In other words, Bob Simels was not just
6   relying on Roger Khan for his information.  His investigation
7   was an independent one.  His investigation was a true one.  He
8   was seeking the truth because if he was seeking anything less
9   than the truth, he would have taken the client's version,
10  chance version, run with it, not check in any way.
11       He did check it, go down to Guyana, did interview
12  witnesses, meet with Peter Headley, Nigel Rodney, did those
13  things a lawyer is supposed to do, not to ultimately put
14  people on in court that were telling lies, not for suborning
15  perjury, not for obstructing justice.
16       As was said to you by Tony Ricco, that doesn't
17  happen until the case is in court.  There were no attempts
18  made here.  This was bona fide, lawful representation and that
19  is not punished by the law.  Make no mistake about it.
20       Think about these tapes.  Think about what was said.
21  Think about what Mr. D'Alessandro says over and over and over
22  again.  It's Vaughn, not Simels who introduce the idea.  I
23  told you this in my opening as well, sometimes subtly,
24  sometimes not, the idea of wrongdoing.  We either have to buy
25  the witnesses, pressure the witnesses, whatever the quote was.

Shargel-summation                          1824

1    The fact is if you listen to that tape -- by the way, if you

2    ask to listen to that portion of the tape, there are two

3    things going on when Vaughn sees the opportunity to float that

4    one by Simels.  He was talking about rebooting the computer in

5    the morning, talking about the computer problems he was

6    having.  I submit to you he wouldn't have spoken that non

7    sequitur if he didn't have his back to Vaughn looking at the

8    computer.  That's fact one.

9          Fact two, if you listen carefully, there's a

10   secretary, a female voice in the background calling Bob

11   Simels's at that time.  Selwyn Vaughn knew what he was doing.

12   Selwyn Vaughn over and over again was the one who introduced

13   witnesses disappearing off the earth, witnesses having amnesia

14   or the "everyone loves his mother" when Bob Simels doesn't

15   even respond in any meaningful way.  Not in any meaningful

16   way, ladies and gentlemen.

17         Here's the point I want to make to you when you

18   think about attempt and when you think about the charges in

19   this case.  Nothing --  I said this once before.  I want to

20   develop it a little more.  Nothing ever happened.  More than

21   nothing ever happened.  Even in the context of nothing ever

22   happens, every point that's raised, every point that's the

23   slightest bit shady, every point that has even a hint --  a

24   hint -- all by Vaughn, never by Simels -- even if it has a

25   slight hint of criminality it's dropped.  Use this as your

1  barometer.

2       You can use whatever tools you like when you go back

3  to the jury room, organize your thinking in any way.  I would

4  ask you, respectfully, that you use this tool as your

5  barometer.  You raise the most dastardly subject on these

6  tapes, all the skulduggery, bad acting that Vaughn himself is

7  putting on the tapes, sprinkling the tapes with -- again and

8  again and you look at all of that, you'll see that the subject

9  is raised and then it disappears.  It falls of its own weight.

10      Let me give you the specifics.  All this talk about

11 seeing David Clarke, Vaughn is going to go in, see David

12 Clarke.  Rogers want to see David.  Don't talk about anything.

13 Just go there.  It will make you a better witness.  Just do

14 that.

15      How is that followed up on?  Do you hear anymore

16 after that is said, hear another word throughout the tapes

17 right up to the end?  You heard tapes in September, August.

18 Did you hear another word about this person seeing David

19 Clarke?  David Clarke is one of their primo cooperators, down

20 for anything.

21      Was there any arrangement for Selwyn Vaughn to see?

22 If it happened --  let's not go there.  My question was it

23 ever discussed again?  Well, what's going on, Fineman, will

24 you seeing Clarke or not?  What's going on?  No, it's raised,

25 sometimes once, sometimes twice, sometimes three times and it

Shargel-summation                    1826

1   just fades away.  Whatever happened to the interview with

2   David Clarke?

3         Visiting Clarke's mother, that was a hot topic given

4   what was said.  Visiting Clarke's mother.  Was that dropped?

5   Yes, that was dropped.  Why didn't Simels say did you talk to

6   the mother yet?  You've been telling me you know where all the

7   Clarkes are, the little Clarkes, big Clarkes, relative

8   Clarkes, have you seen any of the Clarkes?  No.

9         George Allison.  Totally dropped.  Sending an

10  affidavit to Ryan Pemberton.  You saw the affidavit.  There's

11  no evidence.  I brought this out in cross-examination.  I

12  bring it out again.  No evidence it was ever sent.  All the

13  evidence is it wasn't.  The draft is in the law office.

14        Paying money to the Clarke family, remember paying

15  money to the Clarke family?  You heard about it this morning.

16  The subject was dropped.  Did Bob Simels say hey, man, did you

17  find the Clarke people?  How much do they want?  What's the

18  story with them?

19        Put pressure on Alicia Jagnarain.  Here's another

20  one, totally dropped, nothing happens.  Vaughn gets a list of

21  things to do.  Remember the list of things to do, Frost in the

22  upper left-hand corner, it says Frost, then we showed it was

23  actually part of a larger exhibit where all the investigators

24  are given things to do.  So, he gets the memo.  Does anyone

25  say to him, does Bob Simels say what happened to the memo I

Shargel-summation                    1827

1  gave you?  What happened to those people that you were going
2  to find, all the things you were going to do?  What happened?
3  There's nothing like that.  That's dropped.
4          What happened to Farrah, her money, my dancer, as
5  Bob Simels, unfortunately, explaining what was said on tape,
6  Bob Simels said one time, that subject was dropped as well
7  even though with Farrah it's perfectly legal to pay for
8  information.
9          Obviously, Vaughn is an informant, wasn't going out
10 to those people.  Why didn't Bob Simels ever say to him here's
11 a simple one.  Did you get the phones yet?  I gave you a
12 thousand bucks.  What's with the phones?  Do you have the
13 phones?  Are you ready to go?  What's the story or did you
14 find Clarke's family yet?  The bottom line is always the same.
15 Nothing happens.  It's talk.  It's careless talk.  I submit to
16 you that careless and criminal intent are mutually exclusive.
17          You'll listen to the judge's charge on that.
18 Carelessness is not the criminal intent required in connection
19 with any --  I defer to the judge's instructions --
20 carelessness does not conform with criminal intent on any of
21 these offenses.
22          I say this with respect, since the man is behind me,
23 I say it with respect anyway, Agent Mazzella, you heard about
24 his supervision of Selwyn Vaughn, saw his supervision where he
25 said this is after the June 11th meeting --  by the way you

Shargel-summation                          1828

1   heard argument the government after June 11th, they had a case

2   against Mr. Simels, so on.  Agent Mazzella is saying in

3   e-mails to the prosecutors, testified to it, Mr. Simels says

4   wiggle room.  We have to tighten it up.  Here's a game plan.

5   These are unfortunate words, really, and I'm not sure -- you

6   can make your own assessment -- I'm not sure Agent Mazzella is

7   comfortable being examined about those e-mails turned over to

8   us pursuant to law.  To use words like that, I suggest, would

9   be somewhat unseemly; that you're investigating someone.

10  You're talking about game plans.  I have a great idea.  He's

11  got some wiggle room here, some wiggle room there.  We're

12  going to tighten it up like they're out looking for cattle.  I

13  don't think that's too cool, if I may, but you'll make your

14  own judgment on that.

15          I have another question.  There comes a time, you

16  heard again this morning, ladies and gentlemen, you know,

17  there was all this talk of violence.  We had to switch to a

18  new game plan, all this talk of violence.  They even offered

19  in support of the violence a memo that said these witnesses

20  can kill Clarke and they offer that as a suggestion that what,

21  the witnesses --  it was obvious.  Mr. Mazzella said, the very

22  last answer on cross-examination or actually recross

23  examination, I said did you really think that was the violence

24  that someone had on his mind?  He said in a very low voice no,

25  no.

Shargel-summation                                1829

1          I want to ask you this question before we leave this

2    subject and talk about others.  I want to ask you this

3    question.  First, I'll say this.  The judge will tell you that

4    the government is not required to use any particular

5    investigative techniques.  I can't say you should have done

6    this, shouldn't have done that.  On the other hand, they are

7    required to prove guilt beyond a reasonable doubt.  So, with

8    that context, I put the following before you.  Particularly

9    coming in connection with an investigator that uses the term

10   more than once, wiggle room, I put this before you.  If the

11   government thought Mr. Simels was serious about anything that

12   he said to Selwyn Vaughn, why wouldn't this happen?  Why

13   wouldn't Vaughn come back to him?  In other words, he never

14   comes back to him, I said I did this, that, I'm about to do

15   this.  Why didn't he come back and say you know, we heard so

16   much about Allison.  You know, Mr. Simels, we just found out

17   that Allison's hold up in an apartment in Queens.  Me and the

18   boys are ready, ready to go.  We've got the guns.  Are you

19   okay with this?

20          Now, that conversation, if it ever took place, they

21   didn't want to take the chance.  They didn't want to take the

22   chance because that would have revealed what was on Bob

23   Simels's mind.  That would have revealed whether Bob Simels

24   would have kicked his butt -- excuse me -- out of the office.

25   That was no longer talk but that's not what happened.  All

1   talk was dropped.  Easy to do.  Simels didn't know where

2   Allison was, sending people out to find him again and again.

3   If you want to find out what's on Simels's mind, that's surely

4   a way to do it.  Probably you could think of 2700 variations

5   of that theme and they didn't do any of that, but we'll see

6   later more of what they didn't do.

7          I want to tell you this.  The word "neutralize,"

8   we're not running away from it.  It was in fact the defense

9   strategy, as you may find from the evidence to neutralize

10  Clarke or any other government witness.  There you go, I said

11  it.  I said it.  That was the strategy.  You can neutralize or

12  eliminate a witness two ways and both of them are lawful.

13         Tony Ricco told you about both ways.  If you could

14  find out a witness was deceitful while a government cooperator

15  or selling dope or hiding money or committing other crimes or

16  lying, their value as a witness will plummet or evaporate and

17  the government may choose not to call them.  Tony Ricco

18  himself told you about his own experience when someone

19  actually called him to the Trenton State Prison, demanded

20  $250,000 to change his testimony and come along, testify Tony

21  Ricco's way.  He wasn't talking to an intermediary where

22  Simels was wanting to meet the real person.  He was sitting

23  down with the real person, as he described it, got the

24  evidence on the pad after the first sheet was swallowed --

25  kind of a cool story and Tony Ricco went to the FBI and that

Shargel-summation                    1831

1   was the end of the case, a murder case that disappeared, faded

2   away.

3          A witness couldn't be neutralized that way.  You

4   could still -- and here are the words.  Yes, I'll say them.

5   You can destroy, you can kill, neutralize, eliminate a witness

6   with cross-examination.  These words that you heard from Bob

7   Simels, went unchallenged, advertised in any programs across

8   this country, cross-to-kill in continuing legal education

9   programs.

10          Would the government be happier if the lawyer said

11   to Selwyn Vaughn, you know, sir, we're trying to gather

12   evidence to impeach or undermine the witnesses, or to develop

13   bad acts they engaged in admissible under Rule 608?  Is that

14   how you're supposed to speak to these people?  When people

15   speak in the vernacular, it's within the lexicon of lawyers,

16   the lexicon of lawyers and is within the lexicon of lawyers,

17   as you heard, to use words like that, words alone that are not

18   the subject of prosecution.  Words are not sufficient.  Words

19   are not adequate to find Mr. Simels guilty of any crime here.

20          Selwyn Vaughn could be a help on killing and

21   neutralizing, eliminating witnesses, but not through

22   corruption, but through investigation.  Something, one thing

23   that rings true, when Bob Simels said the white investigator,

24   you don't have to think any further than Deb Martin or Steve

25   Sessler.  Here's this Guyanese guy who answers the door, sees

1  Deb Martin in front of him -- what?  They're going to get

2  warm, cozy, invite her in for a cup of tea?  I don't think so.

3          Steve Sessler, they needed people to be able to get

4  into the Guyanese neighborhood, the bars, the businesses, yes,

5  the strip clubs and that's exactly the moment when

6  Selwyn Vaughn said we need --  I'll be your Guyanese

7  investigator.

8          You know, you might say well, one Guyanese speaking

9  to another, I think that was a reference, would be easier and

10 you might say Selwyn Vaughn was not just one Guyanese, what

11 about the phantom gang, beneath all those fancy clothes he was

12 wearing, that nice jacket, paid for by who?  U.S. taxpayers --

13 while he doesn't pay his own taxes, as he admitted, was a

14 murderous thug.  So unleashing, as the government likes to

15 say, unleashing Selwyn Vaughn on these people?

16         Even on the witness stand in front of you, Vaughn

17 didn't tell it that way.  Vaughn describes himself, despite

18 what they say he's done, what he admits to, he describes

19 himself as a decent person, a decent person among wrongdoers,

20 didn't want innocents to be killed.  Allison, after he phoned

21 Roger Khan, Allison was coming out of the boxing gym, what

22 clothes he was wearing.  He said he was shocked, his words,

23 that the guy was murdered just minutes later, gunned down in a

24 drive-by.  Imagine this.  I'm sure a short time after he's

25 shocked about Allison, he was asked to report on the

Shargel-summation                                1833

1   whereabouts of the TV talk show Ronald Wadel (ph), shocked

2   that Wadel was murdered.  Happened again.  He tells you he

3   dismantles bombs so children aren't hurt.  When a woman is

4   tortured for nine hours, present, his sole reason for being

5   there was to make sure she got home safely.  That was the

6   testimony.  He was there from 7:30 at night until 5:00 o'clock

7   in the morning for the sole purpose -- his job -- his

8   assignment was to make sure the tortured woman got home

9   safely.  The government seems to embrace these stories despite

10  the fact Selwyn Vaughn, let me remind you, committed perjury

11  right in front of you.

12          Remember I asked him a question that night?  The

13  cross-examination started late in the night or maybe the next

14  morning.  I asked him how many times were you prepped by the

15  government for this testimony?  Let's make it plain.  There's

16  nothing wrong with it.  The judge will tell you that, nothing

17  wrong with prepping a witness, perfectly fine, but it's fair

18  also for the lawyer to ask how many times were you prepped by

19  the government.  He said, under his oath looking at you, he

20  said twice.  I pressed him.  Twice?  He said yes, within the

21  last month, twice.  He wasn't making like it was more before

22  that.  Witness prep, twice, lasted several hours each time.

23  When Agent Mazzella was on the stand, I put the question to

24  Agent Mazzella.  The answer was 15 times.  Now, that's not a

25  mistake.  That's not an accident, no innocent reason that

Shargel-summation                                          1834

1   explains that.  He said 15 times.

2          I asked him also because when I did cross examine

3   him for five or so minutes that night, he finished his direct

4   at ten minutes to 5:00  or 5 minutes to 5:00.  He was a little

5   nutsy up there, tried to refresh his recollection what

6   document that was, four sentences, and took him like ten

7   minutes to read it but he was reading like a champion on

8   direct examination.

9          They say Mr. Simels change his demeanor.  Make no

10  mistake about it, Selwyn Vaughn had a dramatic change in

11  demeanor for that cross-examination, but he came in the next

12  day -- I'll say this quickly -- as a different person,

13  presenting himself yes, sir; no sir.  Did someone speak to you

14  overnight, speak to investigator Mazzella overnight?  No, he

15  stayed in the room.  I went home with Agent Jackson, walked me

16  out or whatever she did.  I said nothing to Agent Mazzella.

17         Agent Mazzella came on the stand the next day.  Did

18  you speak to him?  Yes.  Are these giant lies?  No.  But are

19  they lies?  Yes.  They're more giant than Mr. Sapone.  Isn't

20  it a fact that you, too, lied at the GEO facility?  I think

21  there are bigger lies than that.

22         Whatever there is to be said about the character of

23  Selwyn Vaughn, the recorded conversations and this is a

24  pointed I want to echo, a point Mr. Solano made but I want to

25  do it in connection with Mr. Simels because it resounds just

1  as well with Mr. Simels.  Whatever you can say about

2  Selwyn Vaughn's character, the recorded conversations show, at

3  least that's the universe, the whole universe of conversations

4  they had, that he was not revealing himself to Bob Simels.

5  Over and over again, Simels says I'm looking for information.

6  What are the things you would do for us?  I don't have to

7  repeat the testimony.

8          Vaughn tells him absolutely nothing about criminal

9  activity.  He doesn't tell him and I even asked him on

10 cross-examination, doesn't tell him about Khan exporting

11 cocaine to the United States and Europe, about the murders,

12 doesn't tell him about the torture, anything, because

13 Selwyn Vaughn came, as it was, with Ms. Irving.  He came as a

14 person who could help the defense and the rest was just a lot

15 of conversation to get ultimately very little.

16         I'll tell you something interesting about Bob

17 Simels's reaction to Selwyn Vaughn. Could we have the time

18 line?  I put a time line together, illustrates the following

19 point.  I respectfully submit it illustrates it well.  This

20 meeting on May 13th, this long meeting that goes on well over

21 an hour, you would think if this guy was going to be the

22 coconspirator who was going to take care of the witnesses, do

23 what he has to do, May 13th at 4:00 p.m., that's the first

24 time they ever meet.

25         Let's have the next one.  Then on May 22nd,

Shargel-summation                    1836

1  Mr. Simels, a voice mail, Fineman, I haven't heard anything
2  back from you.  I'm just giving you a call to see what's up.
3  I wanted to make the point to you Simels was not calling him,
4  saying come in, come in, let's get going.  We have to get this
5  criminal conspiracy on its feet.  We have to get going.
6          The next line, this is May 29th, good afternoon,
7  Mr. Simels.  Not here right now, take a message?  Tell him
8  Roger's friend Selwyn calls.
9          This is 16 days later, Simels is not calling Vaughn.
10 Vaughn, hello, this is May 29th, again, two minutes later,
11 hello this is Fineman here.  I'm giving you a call because the
12 letter that you scanned, sent to me, so give me a call later
13 on, no problem.  That's the letter, by the way, tell them all,
14 I don't have to put that back up again.
15         Then the next one, June 11th, he calls.  Actually,
16 I've been trying to get you to select two weeks, man.  I leave
17 messages on your cell phone, at your office.  So, let me try
18 again this morning.  I see if I get through.  This is to
19 arrange the June 11th meeting.
20         The point is this is not, you know, Bob Simels and
21 his eyes light up, ready to go, ready to get in bed with
22 Selwyn Vaughn and get going on this conspiracy.  I'm not going
23 to put it up on the screen.  You have this tell-all note.
24 When Selwyn Vaughn shows up, guess what he doesn't do on
25 June 11th.  He doesn't tell all.  It never changes.  He

Shargel-summation                    1837

1   doesn't tell all, admit he's a violent person, doesn't admit

2   he's in the drug business, doesn't admit he got the profit of

3   cocaine sales in return for what he did in connection with the

4   Wadel murder, the murder of Donald Allison.

5            I'm thinking about the time, Judge.

6            (Side bar.)

7            MR. SHARGEL:   You could tell I was racing, watching

8   the clock, going faster than I should be going, discharging my

9   own obligation.  I have probably nine more pages of notes.

10           My application, with respect, to do what I've done

11  before, if we can break now?  I will take no more than 30

12  minutes tomorrow morning.

13           THE COURT:   No, let's finish it up.  Take all the

14  time you need.  I'm going to give the government a half hour

15  for rebuttal.  If that takes us over to tomorrow morning, so

16  be it.  Take the time you need to finish summation.

17           (Continued on next page.)

18           (Open court.)

19           (Continued on next page.)

20

21

22

23

24

25

*Summation - Shargel*                                            1838

1          (The following took place in open court)

2          MR. SHARGEL (Cont'd): THE COURT:  You may.

3          MR. SHARGEL:  You know, I always marvel at lawyers

4   on TV.  No matter how complex or complicated the case, there's

5   no summation that lasts more than 90 seconds. Unfortunately,

6   we can't do that. So I just want to -- I think that I was

7   watching the clock and racing and I just want to slow down a

8   little bit but it is not my intention to bore you and I am not

9   going to bore and I'm  going to bring you down a little bit.

10  I am asking you to consider and to note how during this entire

11  episode when I talk about the episode I'm talking about this

12  period -- not going back to the 6th, I am talking about the

13  period May 13th and September the 10th when Mr. Simels was

14  arrested.

15          If Bob Simels had been told by Vaughn that he had

16  participated in one murder, two murders, whatever he was

17  involved in, would his reactions to Vaughn been completely

18  different?  Would it have been completely different?  I would

19  suspect the investigators did not want to find out, and that

20  is not something that stands in isolation.  That is not

21  something that stands in isolation because remember in my

22  opening I said something and I put myself out there.  I said

23  that you are going to find a gaping hole in this case, and the

24  gaping hole -- I don't want to keep you in suspense --

25  occurred on September 10th, the day of the arrest. But I

*Summation - Shargel*                                         1839

1   mentioned September 10th now because I want to bring you back

2   to this period of time, before September 10th, when the

3   government, the agency, investigators, the prosecutors,

4   deliberately and intentionally kept from Bob Simels this true

5   character of Selwyn Vaughn as I said a moment ago that you

6   could barely get out of in the memo because he's held

7   everything in such a positive way for himself and spins it in

8   favor of himself.

9          So the tell-all note that you saw, and all you

10   recall is underscored twice, the tell-all note meant nothing

11   to Vaughn.  And you know Mr. Solano is right.  It is a pretty

12   innocuous note.  It doesn't look like conspiratorial note.  It

13   openly mentioned the $1,000.  It openly mentions the

14   circumstances.  These are my lawyers.  Trust the lawyers. You

15   might infer that a lawyer has seen this a 1,000 times.  Tell

16   my lawyers all.  It doesn't say, wink, wink.  There's no

17   hidden message.  There's code on the bottom.  There's no --

18   there's nothing in a different language.  Nothing. Tell my

19   lawyers all.  You can trust them.  I trust them.  Tell them

20   all.

21          And first, why would Khan say that if he were such a

22   guilty party?  And second, if this is the boss saying tell my

23   lawyers all, why didn't he tell them all because it is

24   actually June 20th when he has the tell-all in his pocket and

25   June 20th, Bob Simels, I am still looking at it.  Still trying

*Summation - Shargel* 1840

1    to learn more about the case.  Is Khan tellling him the truth

2    or not.  And this is very interesting. When Bob Simels puts

3    the fact in front of him and Vaughn says true, true, he's

4    agreeing with everything that Bob Simels is saying many, many

5    times.  And I said, well, why are you saying true, true?  He

6    says it's like a habit, a tic or something.  He automatically

7    says true, true and that's why he told Bob Simels true, true.

8    Really?  You can look at this testimony with a fine tooth

9    comb.  He was on the stand for about two or three days.  You

10   are not going to find a single true, true or even a single

11   true. There are not trues.  In other words, what?  He cured

12   his habit before he hit the witness stand?  I don't think so.

13          This case, and I'm going to make this point because

14   it is really a different one, but the point I want to

15   emphasize, this point that I am just leaving, is the point

16   that Bob Simels was never apprised of what Khan's character

17   actually was, but here's another point.

18          I keep saying Khan but I meant Selwyn Vaughn.

19   Here's another point.  The other point is this.  Khan from the

20   beginning -- from the initial retainer with Bob Simels in

21   August of 2006 never admitted that he was guilty. The opposite

22   was true. He said, and that exhibit in January 18th and other

23   exhibits as well, he said that Clarke was making up a story.

24   He was the one that first told Bob Simels about the cultural

25   and political divide.  Bob Simels travelled to Guyana to try

1   to verify that story, and he did.  It turned out to be true.

2   Khan wasn't the client who said to his lawyer, look, just

3   defined me.  I did what I did.  It is what it is and I defend

4   me and get me the best possible resolution of the case that

5   you can get me.  That was not what Khan was saying at all.  He

6   was saying that Clarke was lying.  He was saying Alicia

7   Jagnarain was making up a story about the drug ledgers, and by

8   the way, not only did Bob Simels verify or corroborate what

9   Khan was saying about Clarke, he also corroborated the Alicia

10   Jagnarain situation where he said that at the trial that --

11   where she testified as a cooperating witness she didn't know

12   who short man was and now, all of a sudden, these are Roger

13   Khan's drug ledgers and Roger Khan is short man, after saying

14   something completely different. So there was corroboration for

15   Khan's claim that Alicia Jagnarain was lying.  Khan said that

16   he was not the short man who was supplying the cocaine, that

17   there was another short man, and you know what the resolution

18   was with that.  These assertions by Khan that were supported

19   by evidence that Simels was then covering about the bloody

20   cultural and political divide in Guyana, that Clarke was on

21   the military side, while Khan was on the civil government

22   side. He learned from Nigel Rodney and Peter Headley and

23   others that Khan had support for the proposition that he was

24   not guilty of the charges contained in the indictment. And

25   Selwyn Vaughn never came to Bob Simels and said why are you

*Summation - Shargel*

1  asking these questions, man?  Let's stop kidding each other.

2  I am here to help.  He never said anything like that.  He kept

3  up the pretense that he was agreeing with Simels was saying.

4       So we look at these people who are named in the

5  chart that the government put up and put on the elmo who are

6  the targets and let's think about this. David Clarke, Bob

7  Simels said over and over again he's lying and I want to get

8  him to tell the truth. Either tell the truth before he goes on

9  the witness stand or if he doesn't tell the truth before he

10  goes on the witness stand, then let him tell truth during

11  cross examination.

12       Leslyn Camacho.  Let me tell you something about

13  Leslyn Camacho.  The government looked at her proposed

14  affidavit because there was no affidavit, and Bob Simels was

15  not looking to shove any affidavit at her because Bob Simels

16  said even on one occasion when he was invited out to meet her

17  at different locations, Bob Simels said I won't have my

18  printer with me.  I need my printer because, obviously,

19  there's going to be more facts and she may reject some facts.

20  I to be at a printer.  That is why he insisted on coming into

21  the office.  But there was a time I think, and I'm -- not I

22  think, I know you learned this during the testimony where you

23  -- where you this in evidence, where Bob Simels, each and

24  every time when he went to Guyana, that all four memos are in

25  evidence, created a memo as to what it is that happened, what

*Summation - Shargel*

1   happened in Guyana.  You have a memo that I think we could put

2   up.

3          Let's take a look at it. This is the one -- the

4   reason the e-mail came up first.  This is the one where he

5   e-mailed himself from Guyana so he would have it on a server

6   when he got back.  This is before he was arrested.  This is

7   before anything.  This is before he's thinking about the

8   government coming after him.  This is a memo of a visit to

9   Guyana.  I think this is a June -- this is the June 2008

10  visit.

11         Significant to note, because the affidavit for

12  Leslyn Camacho is prepared after this.  Clarke is an Islamist

13  fundamentalist and hates America.  Then it goes on.

14  Fraternizes with cadets, both females -- and there's all kinds

15  of information about Clarke that's learned by Simels in Guyana

16  from interviewing people in Guyana having nothing to do Selwyn

17  Vaughn, going out on his own and trying to gather the

18  information.

19         This is the information that he was putting in

20  Leslyn Camacho's affidavit as a draft to see whether she

21  agreed with it. This is the information.  There was a factual

22  basis for this.  He wasn't making things up out of whole

23  cloth.  He wasn't sitting around just making up the fact that

24  he hates America and he wants to Leslyn Camacho to say it. He

25  wanted Leslyn Camacho to say it if it were true.  He wanted

*Summation - Shargel*                                    1844

1   Leslyn Camacho, like he did with every other piece of

2   information that came into his possession, he wanted to check

3   it out, and if someone told him in June of 2008 that Clarke is

4   an Islamist fundamentalist and hates America, he wanted to

5   find out if his girlfriend knew that.  That is common sense.

6   That was would be a fair question. No one was suggesting that

7   she be corrupted.  We will talk about what happens later, but

8   there was no suggestion that she should give a false

9   affidavit.

10          And Alicia Jagnarain.  Alicia Jagnarain, as I said

11  moments ago, was a person who Bob Simels believed was lying.

12  She changes her testimony from a case in which she came into

13  this courthouse, swore to tell the truth, and said something

14  different than she'd be saying now.

15          George Alabama.  Bob Simels wanted to talk to him.

16  Wanted to talk to him and find out what the truth was.

17          Ryan Pemberton.  Bob Simels said he thought he was

18  lying. That he's a crazy kid who was lying.  Farrah was not a

19  witness.  He wanted information from her.  And that reference

20  to paying a dancer?  There is nothing wrong with paying for

21  information.  And son.  There is evidence in the record that

22  his brother was, in fact, a judge.  And Bob Simels said he

23  believed that he had confused Roger Khan with someone else

24  also named Khan who looked very much like him.  He wanted the

25  truth. And he wanted the truth because he said it over and

*Summation - Shargel*                                    1845

1    over and over again with Selwyn Vaughn.  He wanted the truth.

2            Now, the Judge is going to tell you that there's a

3    defense here.  He will tell you about a certain defense, and

4    the defense is recognized by our law. Not only is there a

5    defense that lawful bona fide conduct in representing a client

6    is not subject to a penal sanctions -- in other words, you

7    can't be prosecuted for just doing your job as a lawyer --

8    there's another defense that Congress recognizes and that's

9    embroidered in the law, and that is, and this is, again, the

10   Judge will give you the instruction and if there's anything

11   that conflicts what I am saying it is the Judge, and the Judge

12   only who is the kind of the master of the law in this

13   courtroom as it is in every courtroom, but the instruction I

14   expect would be that if Bob Simels' sole intention was to

15   encourage, induce -- I am reading to you, so I want to get it

16   right -- induce or cause a person like a David Clarke or

17   Alicia Jagnarain to tell the truth or at least, not get up on

18   that chair or a chair like it and tell a lie, that is a

19   complete defense to the charge of witness tampering or

20   obstruction, as long as Bob Simels' conduct in doing that was

21   lawful and as I said before, nothing in this case that ever

22   happened was unlawful, and there was no attempt within the

23   meaning of the law.  And the Judge is going to tell you with

24   regard to that defense, and that defense only, that we have a

25   burden of proof -- not because Bob Simels has a burden of

1  proof.  The law says you can have this defense, but anyone

2  raising the defense in any courtroom in America applies to

3  everyone -- not tailored for Mr. Simels -- has what we call a

4  burden.  It's a slight burden.  It is not like the

5  government's burden.  The government still has the burden of

6  proving each and every element of an offense beyond a

7  reasonable doubt. But if we have taken the position, as we

8  have, that Bob Simels was trying to get truthful testimony or

9  stop false swearing, then under those circumstances it is our

10 burden to show that he believed that, and that his action was

11 lawful.  And I'm saying to you that we can easily meet that

12 burden.  That burden is what is called the preponderance of

13 the evidence.  If the scales tips the slightest of degrees,

14 the Judge will explain it more carefully, but if the scale

15 shifts in the slightest degree in his favor, he is entitled to

16 the defense. You know, Bob Simels said when he was on the

17 witness stand that Khan kept telling him that he was innocent,

18 and as I said earlier, Judge Gleeson told you that is not the

19 question for you.  This is not the Khan case.  The question is

20 what was on Bob Simels' mind.  And I am saying to you that

21 everything in this case supports the idea that he believed

22 that Khan was innocent because Khan was -- not only was Khan

23 giving him this information, it was being corroborated and

24 being checked out everywhere he went, whether it was in Guyana

25 and/or whether it was on the streets of New York City.

*Summation - Shargel*

1        The Judge is going to tell you -- the Judge is going

2   to tell you that this defend exists and I leave you to those

3   instructions, and you will see over and over again that

4   Mr. Simels -- that the evidence in this case is that

5   Mr. Simels firmly believed that Khan was innocent and he had

6   no reason to believe that he wasn't. He said that the

7   witnesses were lying in court proceedings, and he said it

8   before you in this courtroom, but he said it to the Judge --

9   Judge Irizarry in submissions -- that Clarke was lying, that

10  Alicia Jagnarain is lying, that the case against Roger Khan

11  was a false one because this is what he had been told over and

12  over again, and you know something, he was never cross

13  examined about it. He was never cross examined about the

14  conversations with Roger Khan and what led to the belief, as

15  he testified, that Roger Khan was not guilty of these charges.

16       The government says Simels knew that people like

17  Paul Rodriguez and Sean Bellfield were dangerous killers

18  because he asked a question about whether Allison -- whether

19  they were participating in the Allison murder, but if you look

20  a those questions I don't have to put them on the screen again

21  because if you look at those questions and answers, once

22  again, he was doing what he had been doing repeatedly, over

23  and over and over again, he would be putting the question

24  without fear of the answer. He wanted to know the answers, but

25  he wasn't getting the straight answers.  He wanted to know

*Summation - Shargel*                                    1848

1   what really happened with Paul Rodriguez and Sean Bellfield

2   but he was not getting the straight answer.

3          I can put this argument to rest, this argument that

4   he knew that the people on the board were killers.  I can put

5   these arguments to rest.  Let's look at the rule 15 affidavit

6   by Mr. Simels. This is an affirmation because -- it's the same

7   thing, it is a sworn statement by the lawyer.

8          So this is United States against Shaheed Khan, the

9   number of that case and let's go to, I believe, paragraph ten.

10          I have participated -- Mr. Simels says under oath in

11  a court proceeding -- he is telling the Judge -- in the

12  interviews of eight such prospective witness.  You are

13  entitled to look at the whole document when you go back to the

14  jury room.  So he is talking about the witnesses who undermine

15  Clarke and help the defense in this case and help prove Khan's

16  innocence and Ceaser stated that I participated in eight such

17  prospective witnesses.  You see this includes Paul Rodriguez

18  and Sean Bellfield.  Ceaser stated that he would be unwilling

19  to come to the United States voluntarily even though I told

20  him I will pay all his expenses, but then the next sentence.

21  Peters, Smith, Bellfield and Rodriguez stated that they would

22  be willing to come to the United States to testify but have no

23  visa and they were asking in the footnote whether they get the

24  visa. The visa they are talking about is not an S visa.  The

25  visa they are talking about is just to come for the testimony

1  and then go back, but if these people were involved in murders

2  and there was a drug gang in Guyana sending drugs to the

3  United States and they were part of that gang, as the

4  government is arguing in this courtroom, then they would be

5  subject to arrest in the United States.  Not only

6  cross-examination at the deposition, not only investigation

7  after the date of birth had been given, because you heard

8  testimony that you have to give a defense witness' date of

9  birth, but that information would have to be put before the

10 Court.  And the United States Attorney's Office with the

11 investigative resources that they have, those people, the

12 people -- that is the suggestion that Bob Simels knew they

13 were killers and murderers and treacherous people and anything

14 other than what they were presenting as, and they were not

15 presenting as killers, would he be talking about them out in

16 open and say they will come to the United States or a better

17 question would be why would they be willing to come to the

18 United States and subject themselves to arrest and life terms

19 for committing murders in aid of drug offenses? He didn't

20 know. That's the point.

21         I have another question because the questions just

22 keep coming and coming.  If this is a criminal conspiracy

23 with Fineman and Fineman is a thug just up to no good and he's

24 in this criminal green room with Bob Simels -- let me ask you

25 a question. You know, you heard about the memos, the memos

1    having accurate renditions or descriptions by Ms. Irving as to

2    what Fineman was doing.  You have that, and you also have more

3    than that. Fineman's name is all over the place -- e-mails,

4    IMs, memos, billing records, time-sheets for records of

5    lawyers even charging on the fee basis.  They keep, records as

6    you have heard, of their time, the hours they put in the case.

7    That is how we know there are more than 3700 hours in the

8    case.  Why would Fineman's name -- this was prepared by

9    information flight to a bookkeeper.  Why would Fineman's name

10   be out there?  Why would there be copies of e-mails going to

11   other lawyers in the case?  Why would there be copies of

12   e-mails describing Fineman to other investigators in the case?

13   Is the government suggesting that all the lawyers who worked

14   on the case and all the investigators who worked on the case

15   were criminals, too?

16           They give a draft affidavit to Fineman and put it in

17   an envelope that says law offices of Bob Simels; is that what

18   a criminal does?  Is that what do you when you are in

19   conspiracy with someone?  So you will easily come back to me

20   and you can easily identify.  You just put the offensive

21   criminal affidavit, as the government would have it, in an

22   envelope, and it says law offices of Bob Simels stamped right

23   on the top and then you give it to criminal who is going to go

24   out and do harm.  Oh, I hope he doesn't drop it, you know.

25   That is ridiculous.

1      Are you going to give him a to-do list with the name
2  Frost right on the top or Frost with a licensed private
3  investigator in this city and they can find that out in about
4  two seconds?  Why does Fineman have this list?  Because he's a
5  criminal out to do no good?  Well, why would anyone do that?
6  And why starting in 2007 into 2008 why would Bob Simels go to
7  court over and over again?

8      By the way, go to court.  Remember on this equipment
9  he went to court to enforce a subpoena.  I forgot that.  He
10 went to court to enforce a subpoena to get the information and
11 the documentation.  He started with the people in Florida and
12 then had to have communication with the people in London.  He
13 said why are you doing this.  Why are you withholding the
14 documents.  I need these documents to prove that when Khan
15 recorded these conversations he wasn't doing it as some rogue,
16 he was doing it on behalf of the Guyanese government.  That is
17 what he wants to do.  He wasn't making a secret about this
18 equipment.  He is innocently asking as a lawyer representing a
19 client.

20     Are they suggesting that Bob Simels is the dumbest
21 criminal on the face of the earth?  Is that the suggestion
22 here?  That he leads a trail and scatters bread crumbs so that
23 everybody can follow him?  And when Fineman goes out and does
24 his dirty deed who is going to the flesh that with the
25 envelope and the cross names and the information that is sent

*Summation - Shargel*                                    1852

1    to him that had Bob Simels' fingerprints on it and Arienne

2    Irving's fingerprints on it?

3            Do you think that he never thought that it might

4    happen?  That he was going to go what?  The point is this is

5    consistent with innocence.  It is not consistent with guilt.

6    They have the burden of proof.  This is not consistent with

7    guilty.  This is flatly and plainly inconsistent with guilt.

8    Goes before the court and tell the Judge in January of 08 in

9    that sworn deposition exactly why he wants to undermine Clarke

10   and Alicia Jagnarain's credibility.  He puts right before the

11   court exactly what it is that he is doing, and at the same

12   time is this really the government's theory?  Can they stand

13   up with a straight face and say at the same time he's telling

14   the court about these people he's going to have Fineman go out

15   and tamper with them but he'll keep it -- oh, the government

16   goes one step further, he will call Fineman as a.  Witness

17   what?  This doesn't make any sense.  This case doesn't make

18   any sense.

19           Another thing.  During the summer of 2008 -- from

20   June, actually from the spring May 31st to September 10th do

21   you think that, well, we have Fineman on the job now, don't

22   need to do anything more.  Fineman will take care of

23   everything.  We've been investigating for two years, but hey,

24   Fineman is here.  We can all go and relax because he'll take

25   over.  If you look at the documents in this case what happens?

*Summation - Shargel*                                    1853

1  What happens is that Bob Simels is directing his investigators

2  through June and July and August and right up to when he is

3  arrested to keep going.  Try and find the people.  The same

4  people, by the way.  It is not just different people, but the

5  same people.  Go try to find them.  I want to interview them.

6  I want to interview them.  And you saw what happened once he

7  interviews people.  Nothing was wrong.  He is duplicating this

8  assignments that he is discussing with Fineman.  Fineman at

9  the end of the day produced nothing for Bob Simels.

10          Remember Bob Simels -- I had this up on the screen

11  -- wrote to the president of Guyana, the president of the

12  country, and said could you provide me with documents on

13  Clarke?  I want to use them for ammunition -- maybe that is a

14  bad word.  Forget ammunition.  I want to use them to impeach

15  Clarke.  I mean he's telling the president of the country what

16  h he's doing and what he is trying to gather and what he wants

17  to accomplish.

18          And you know something, there is no motive.  I agree

19  that Arienne Irving has no motive on her.  You have to be

20  thinking about what the government people are thinking to even

21  put her in this charge but Bob Simels had no motive on her to

22  engage in criminal conduct with Fineman or anyone else.

23          What's in it for him?  He is 62 years old, as he's

24  testified.  Thirty-five years experience as a lawyer. The fee

25  is the same in a criminal case whether you win or whether you

*Summation - Shargel*                                    1854

1  lose.  There are no contingency fees -- you heard this from

2  Tony Ricco -- in a criminal case.  You don't get more if you

3  win.  There was no bonus promised.  Khan hadn't paid what he

4  was supposed to pay.  That is a matter of record.  It is all

5  over the place, and the reason that Bob Simels didn't get paid

6  is his enthusiasm and his zealousness about the case caused

7  -- trumped his desire to put money in his own pocket because

8  the case got paid lots of money, like, six, seven figures that

9  went out to investigators, lawyers, trips to Guyana, expenses

10 related, buying transcript and the like, and at the end of the

11 day the trial was approaching and very little money, and don't

12 let them argue rebuttal because I can't participate every

13 argument, although I know what they will say we can't answer

14 every argument the defense raised.  Well, consider the ones

15 that they do raise, but don't let the government argue that

16 his motive was -- just like the letter -- that there's no

17 proof it was sent out -- that if he wins the case, then Khan

18 will be more likely to pay him, but if he loses the case, then

19 he won't get paid, so his motive was the money. That's a

20 ridiculous argument for one reason.  If the case were won

21 because Selwyn Vaughn went out there and won it -- he is the

22 one who would get the credit, not Simels, but there is no

23 basis in the record.  That is the kind of argument that is

24 just you, know speculative, and another guess on their part,

25 as they have done with so much of this evidence, putting

*Summation - Shargel*                                             1855

1   things to together and saying -- and  I'll get to one

2   particular one shortly -- putting things to together that has

3   no absolutely no basis in the record.

4           Now, I want to announce, so no one is wondering,

5   that I am going to be done by 5:30.  All right?

6           THE COURT:  Good. And then we will quit.

7           MR. SHARGEL:  Got it. I want to move on to what the

8   government investigators described as the new plan.

9           You know that it was on July 9th when a call is made

10  -- when a call is made by Selwyn Vaughn to Simels.  He leaves

11  the message.  Doesn't meet with him until the 18th of July,

12  but he says I penetrated the heart of the case. I have

13  exciting news.  So exciting Simels doesn't meet with him for

14  nine days and at the meeting -- it's been up there already, so

15  I won't put it up there again, the July 18th meeting Vaughn

16  says that Clarke is willing to play.  And Bob Simels, as he

17  told you, he has a little hearing problem he says plea?  No.

18  Play.  So  then Selwyn Vaughn says what's in it for him.  He

19  wants to know.

20          Now, from July the 18th at this meeting through

21  September the federal investigators, and you have seen the

22  e-mail, were pushing, pushing for Bob Simels to pay some

23  money. They want to say this was a bribe. Bob Simels has

24  testified that this was a trick.  It was no different than

25  what Tony Ricco had done at the Trenton State prison to

1  follow-up on what someone was blaming.  Get some proof of it

2  and once you had the proof of it, then you would act on that

3  proof.

4         So the investigators are pressing Vaughn to ask

5  Simels for money. At the end of July there was a new plan.

6  This was -- can we have J 48.   This is Mazzella's.  This was

7  very interesting and very -- an idea.  What if Fineman says

8  she doesn't want to come in. She will fill out affidavit and

9  notarize it, but she won't meet you until she's paid. What I

10  have been telling her is that -- this is what Vaughn is

11  supposed to say is that this stuff is what I want her to say

12  to you and -- Robert Simels -- meaning Fineman paid her.  She

13  believes she will be saying these things and testifying to

14  this Bob Simels BS, and that I'm paying her. I didn't tell her

15  anything about you -- meaning Simels -- being involved.  So

16  she wants half from me before she meets with you and then the

17  next thing we have is Selwyn Vaughn implementing the idea.

18         Next page or the testimony.

19         The testimony is that down there that at the meeting

20  Vaughn says he has an idea.  The point is now that he is

21  making the investigator's idea his idea. You know?  What the

22  idea is pretty good one from an investigator's standpoint.

23  The idea is an excellent idea.  It's an excellent idea because

24  it informs the lawyer that he doesn't have to be at risk. He

25  could be in the background. In other words, give the money to

*Summation - Shargel*                                        1857

1  Fineman.  Fineman he says never mentioned -- I never mentioned

2  your name.  I never mentioned Roger's name.  I never mentioned

3  your name.  More appropriately Bob Simels  -- I never

4  mentioned it to her, so if you give me the money and I get her

5  the money and get the affidavit, you are safe. You could be

6  behind the scenes.

7          Well, if Bob Simels were a criminal wouldn't that be

8  like a perfect solution?  Wouldn't that idea be embraced?  I

9  mean who wants to be involved in a bribe with a stranger.  So

10  you, know what happens though?  Bob Simels said no. Bob Simels

11  said absolutely not. And he refused.  He absolutely refused to

12  give the money to Fineman, and insisted that he meet with

13  Leslyn Camacho. Insisted that he have that meeting.

14          Curious that that would be his plan, but what

15  happens after that really makes the point that Bob Simels

16  intended nothing but a trap or a ruse or sting operation.

17  Every single thing that happened after that shows that no

18  bribe was intended.

19          The events of September 10th.  Let's recall them.

20  1:30 Leslyn Camacho supposed to come up to the office. 12:30,

21  an hour before, times are approximate, Bob Simels and Arienne

22  Irving are placed under arrest.  Federal agents come into

23  their office and a search ensues, and what do they find?  They

24  find some documents on the desk in the conference room.  One

25  is an affidavit.  It is a proposed affidavit. One.  The second

*Summation - Shargel*                                          1858

1   is a subpoena.  Remember the investigator -- one of the

2   investigators said one of the ways you can get people to talk

3   is through a subpoena. There's a subpoena. There's also on the

4   desk a check for $40. There's also in the office a

5   tape-recorder. There's a memo.  Did we put the memo up on the

6   screen.  Arienne Irving memo.  Highlight the part about --

7   first he says -- he told Leslyn Camacho is going to come see

8   us next week, and then R K, Roger Khan, wanted to know if we

9   could record Leslyn's meeting us with.

10          Well, pretty strange they are talking about

11  recording a meting with a person who is about to receive a

12  brie, an unlawful act in and of itself. And you know -- you

13  can take that off now.  You know that there was a

14  tape-recorder.  You saw a picture of tape-recorder in a desk

15  -- a working tame recorder and that's all.

16          (Continued on next page)

17

18

19

20

21

22

23

24

25

Summation - Shargel                    1859

1          MR. SHARGEL:   (Continuing)

2          Now, you know, the -- the prosecutor,

3    Mr. D'Alessandro, points to $2500 and says, there is $2500.

4    There is $2500 that was in the drawer and Mr. Simels explained

5    where that $2500 came from.  He explained that.

6          The $2500 was not the Khan money.  Because the money

7    in the drawer had the Post-it on the Rolex box.  In order for

8    the Post-it to get on the Rolex box, I respectfully submit, it

9    had to be taken off something else and you know you have

10   evidence in here and you have bank information that's in

11   evidence that shows that on August the 28th, there had been

12   money from -- from Khan, $25,000 in cash, that had been

13   properly deposited in the bank.

14         There was no $5,000 in the office.

15         And we could even show the slide of the currency

16   transaction report, showing, if you read it,  that on August

17   the 28th, there was -- on August the 28th there was that

18   deposit.

19         But you know something?  The government also had

20   tapes from the MCC.  Now, I want to talk to you about those

21   tapes.  I want to talk to you about one tape in particular,

22   July 29, one portion of the tape on July 29, 2008, when

23   Mr. Simels visited the MCC and I would like to put the

24   transcript of that tape on the screen.

25         It is interesting.  Our government can launch a

1    space shuttle but couldn't get a clear conversation, they

2    claim, of this MCC conversation.

3            So if you look at this and you go to this part at

4    26:08.  Mr. Simels is speaking about, I have scheduled to go

5    down to see Saigo, one of the investigators, looking for

6    Saigo.  He is talking obviously -- giving his client a report

7    about the investigation and the case.

8            Then Khan says, she has to lower the amount.  She

9    has to lower the amount.

10           The government argues she is Leslyn and this is

11   about negotiating a lower price and therefore they wave the

12   $2500 in front of you and claim that that's the $2500.

13           Let's go to the next attribution.

14           Mr. Simels, after the -- immediately after, it's the

15   same time, sequence, at twenty-six minutes and eight seconds.

16   Mr. Simels says, hmm, in response to she has to lower the

17   amount.

18           Khan, she has to lower the amount.  There will be

19   other days.

20           Simels, the very, very next attribution, you know I

21   wrote her a stinging letter.

22           He never wrote a letter to Leslyn Camacho.  There

23   was never a letter written to Leslyn Camacho.  No letter

24   exists.  There are stinging letters to prosecutors.  There are

25   stinging letters to the Court.  But there were no stinging

1   letters to Leslyn Camacho.

2          So the she has to lower the amount, Khan says twice,

3   and Simels reaction is, she -- you know I wrote her a stinging

4   letter.  He is not talking about Leslyn Camacho.

5          Let's go further.

6          The government is putting this before you and

7   saying, I need money to sling at anything that Fineman tells

8   me is true.  Unintelligible.

9          I am going to go out on a limb here.  You will not

10  find the word "Leslyn" on that tape.  You can listen to it

11  over and over again.  You can listen to it to your heart's

12  content.

13         That word Leslyn -- I am not talking about the first

14  Leslyn on the top.  I am talking about this Leslyn and line

15  five, you will not hear the name Leslyn.  That's a bold

16  statement for a lawyer to make.

17         But I suggest to you, that you listen to it, without

18  the transcript.  Because there is a certain power of

19  suggestion when you watch -- when you listen to it and you

20  read the words, that it can be suggested to you that you hear

21  something that you are not really hearing.

22         I noticed there are some among you, if not all of

23  you, who when I played the transcript -- I'm sorry -- when I

24  played the tape without the transcript, there were those among

25  you with eyes closed who were listening.

1          You can look at it with the transcript, if you wish.

2     But I ask you when you go back there, listen to it, or if you

3     have to come out here to do it, do it out here.  Listen to it

4     without looking at this transcript.  I submit to you, and as I

5     said a moment ago, it is a bold statement to make, that you

6     will not hear that second Leslyn.  That thank Leslyn is to be

7     heard only in the ears of the government, something that they

8     wish to hear, something that they would like to hear.  But

9     something that doesn't appear on that recorded conversation.

10          I am not going to play it now.  Am I?  No.  Okay.

11          I couldn't be here without Evan Lipton.

12          I will not play it now but I leave that to you.  I

13     think that's so crucially important because the government

14     made such a deal with it, that this is Leslyn.

15          Keep in mind the earlier attribution that -- that

16     the person has to lower the money or lower the amount, not

17     even the money.  It doesn't even say the money.  It says lower

18     the amount.  It is not Leslyn Camacho.

19          There was no money for Leslyn Camacho that day.  No

20     bribe was intended.

21          You know, here is something interesting.  We are

22     getting to the gaping hole in the case.  It is this.  They say

23     there was a bribe and that Bob Simels intended to pay the

24     money.  Let's talk about another natural experience --

25     experiment.

Summation - Shargel                    1863

1           Bob Simels was intending to pay the money.  We say

2      no.  It wasn't a bribe.  This was a sting operation.  This was

3      a ruse.  This was a trick to get her on tape, demanding money.

4           So you have the parties taking these two opposite

5      positions.  Yes, they have the burden of proving it beyond a

6      reasonable doubt but I will go out on a further limb and say,

7      let's put that aside for the minute.

8           You have two people, two parties, to a lawsuit,

9      saying he intended to bribe.  He said, I didn't intend to

10     bribe.

11          How do you resolve that?  How could you resolve

12     that?  Because ever since I came into the case, I couldn't and

13     can't stop thinking about this.

14          Bob Simels never met Leslyn Camacho.  You have that

15     in the testimony.

16          Bob Simels never saw a picture of Leslyn Camacho.

17     Even Selwyn Vaughn couldn't identify her -- it's Government

18     Exhibit 15 -- Investigator Mazzella testified, couldn't

19     identify Camacho.  He didn't know her.  Never had seen her.

20          So here is my question.  Why didn't they have an

21     undercover agent, again, investigative techniques, it's their

22     business, but you might want to think about wiggle room.  Why

23     didn't they have some investigator, this meeting had

24     been -- wasn't an emergency meeting.  It hadn't just been put

25     together.  It had been planned for weeks.  It had been

Summation - Shargel                    1864

1   canceled and rescheduled, canceled and rescheduled.  They had

2   all the time in the world.  They chose the time when they

3   wanted to go and arrest Bob Simels.

4          Why couldn't they get an investigator to go in to

5   the office?  If it didn't work they'd be in no worse position

6   than they are in now.  You have a rebuttal summation here.

7   The government gets a rebuttal summation.  Don't let them

8   forget about this one.  Why don't they get an undercover

9   investigator to go in and say I am Leslyn.  I'll sign the

10  affidavit.  Give me the money.  Or find out, find out whether

11  Bob Simels had it in mind to pay the money.

12         This is like turning off the television set right

13  before the end of the story.  Because then you wouldn't have

14  to go back there in the jury room and start wondering.  Did

15  they prove it, didn't they prove it.  Yes, they have to prove

16  beyond a reasonable doubt but was he intending to pay it or

17  wasn't he intending to pay it?  Which is it?

18         They would have had exquisite proof, if it were

19  true, which is it is not.  They would have had exquisite proof

20  of this crime had they waited just a while longer.  And there

21  is no reason on earth why they didn't try that.

22         I mean, if Bob Simels for some reason -- for some

23  reason was clairvoyant and said oh, you are not Leslyn

24  Camacho.  Then okay.  You are under arrest anyway because we

25  have all these tapes and so on.  The same case that you heard

GR     OCR     CM     CRR     CSR

1   now.

2          So what could possibly be the reason for this gaping

3   hole, what could possibly be the reason why they wouldn't try

4   to make certain what Bob Simels had in mind?

5          Tape recorder argues against a bribe.  The $40 check

6   and the subpoena argue against the bribe.

7          Why wouldn't they have someone posing as an

8   undercover agent.  They didn't have any problem with having

9   Vaughn pose as a loyalist of Roger Khan.  They didn't have any

10  problem with that.

11         There was no shortage -- I don't think there is any

12  shortage in the DEA of undercover agents that might fit the

13  description of Leslyn Camacho.

14         Let me say this.  This has been a long closing

15  argument.  I recognize that.  I recognize that.  You know I

16  don't get a chance to get up again.  You probably know enough

17  that I would like to, if I could but I can't.

18         Whoever Roger Khan was in Guyana, he was no

19  celebrity in the United States.  This was not a celebrated

20  case.  It's not the kind of case that pundits on TV appear on

21  the nightly news or Larry King and talk about it.  It's low

22  profile in New York and in the United States.  It's not the

23  kind of case that attracted widespread media attention.

24         But when Bob Simels was retained in August of 2006,

25  the case brought along with it a mighty challenge.  It was a

1   mighty challenge but it was no different from the challenge

2   faced by any criminal defense lawyer in any other case.

3              Make certain that your client is not wrongfully

4   convicted.  Make sure that the client's constitutional rights

5   are protected and enforced.  Be the best lawyer you can be for

6   your client, whether he is from Georgetown, Guyana or the

7   Georgetown section of Washington, DC, it doesn't matter.

8              And that's what Bob Simels was doing.  This is not a

9   case about disciplinary rules or proceedings before some bar

10  committee.  This is about criminal law and whether there is

11  penal punishment.  This is a case that's serious.  This is a

12  case that says that Bob Simels didn't do what he was obligated

13  to do under the law.

14             My argument over the last couple of hours is that,

15  not so fast.  Look at the evidence in this case.  Look at the

16  evidence in this case.  You will see that there is no support

17  for the proposition that Bob Simels intended to violate any

18  penal statute.

19             You know, you look at these charts.  You look at

20  this chart again.  You look at -- you look at the

21  circumstances of the case and what the government is saying.

22  But you know something?  No matter who you are, no matter who

23  it is, everyone in this country is entitled to a defense.  Not

24  just a defense, but is constitutionally entitled to effective,

25  a zealous defense.  That's not some bar group law or rule,

1  ethical rule.  That is what the Constitution says.

2          There may be those among you who say well, I

3  recognize that but I wouldn't want to do it or I wouldn't want

4  my husband or my wife to do it, my brother or my daughter to

5  do it.

6          Be that as it may.  The fact is, that Bob Simels as

7  shown by the work that he was doing, as shown by the diligence

8  that he applied to this case, as shown by the fact that his

9  efforts were tireless, as shown by the fact that he was

10  willing to sacrifice not only money to put in his pocket but

11  his own safety in going to Guyana, Bob Simels was the kind of

12  lawyer that a lot of people would appreciate if he were

13  working for them should they find themselves charged with a

14  criminal offense.

15          (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

1    MR. SHARGEL:  (Continuing)  We don't want any bad

2  messages sent to lawyers to chill the enthusiasm required with

3  this kind of defense and this kind of work.

4    Ladies and gentlemen, a fair consideration of this

5  evidence -- oh, on its face the words are there.  I'll end

6  where I began.  The words are there, talking about this,

7  talking about that.  Congress didn't draft a law that punished

8  words.  It's more than words and more than words didn't

9  happen.  Everything fell of its on weight, never went

10  anywhere, no different than Tony Ricco said to you, an

11  experienced lawyer, that this is a common occurrence, trash

12  talk.  As I said in my opening statement, whatever you have to

13  call it, you have to listen to a lot of crap, Tony Ricco said,

14  but then you ultimately decide what is going to be submitted

15  to the court and not submitted to the court.

16    In the course of representing Roger Khan, there

17  wasn't one false document put before the judge.  In the course

18  of representing Roger Khan, there wasn't one false statement

19  made in connection with that defense.  In the course of

20  representing Roger Khan, there wasn't one stone that was not

21  turned.  Bob Simels finds himself here after 35 years of

22  practice, a place he should not be.  Thank you.

23    THE COURT:  Thank you, Mr. Shargel.  Before we

24  break for the night, one comment about what Mr. Shargel just

25  said to you at the end.  I say this in anticipation of the

1869

1    rebuttal summation tomorrow which will make no reference to

2    messages being sent.  Your verdict --  this is a long day.

3    These are strongly felt arguments being made.  With respect to

4    Mr. Shargel, your verdict will send no message to nobody.

5    Your mission in this case is to determine one thing, whether

6    the government has proven beyond a reasonable doubt the crime

7    you're considering against the defendant you're considering.

8    Lawsuits don't send messages elsewhere by people in other

9    arenas standing on soap boxes, but your verdict will not.

10            We'll break until tomorrow.  Don't discuss the case.

11   We'll resume at 9:30.  You'll hear brief rebuttal summation.

12   I'll instruct you on the law and you'll commence your

13   deliberations.

14            Don't discuss the case.  Don't go looking on the

15   internet for information.  Avoid any publicity.

16            By the way, has anybody seen any publicity or read

17   any articles since we last met?  Raise your hand if you have.

18            Continue to be vigilant in that regard.  Have a nice

19   evening, safe home.  All rise.

20            (Jury leaves courtroom.)

21            THE COURT:   Good night.

22            (Whereupon this matter concluded for this date.)

23

24

25

## $

**$1,000** [10] - 1678:21, 1678:22, 1678:24, 1679:14, 1679:25, 1761:19, 1780:22, 1780:23, 1839:13
**$10,000** [2] - 1704:14, 1706:10
**$15,000** [2] - 1724:11, 1724:13
**$2,500** [2] - 1712:20, 1712:23
**$20,000** [1] - 1661:13
**$25,000** [1] - 1859:12
**$250,000** [2] - 1720:9, 1830:20
**$2500** [7] - 1859:3, 1859:4, 1859:5, 1859:6, 1860:12
**$40** [3] - 1661:4, 1858:4, 1865:5
**$40,000** [1] - 1761:18
**$5,000** [4] - 1706:21, 1707:11, 1707:13, 1859:14
**$50,000** [1] - 1724:7, 1810:24
**$500** [1] - 1819:13
**$500,000** [3] - 1720:8, 1762:4, 1762:6
**$55,000** [1] - 1762:4

## '

**'08** [2] - 1679:7

## 0

**06** [1] - 1801:3
**08** [1] - 1852:8
**08-CR-640** [1] - 1639:3

## 1

**1** [2] - 1659:18, 1690:18
**1,000** [1] - 1839:15
**10** [1] - 1639:6
**10,000** [3] - 1661:9, 1661:13, 1706:4
**100** [5] - 1723:17, 1736:24, 1750:6, 1754:7, 1756:7
**1015** [1] - 1738:18
**1042** [1] - 1768:7
**1051** [1] - 1765:5
**1061** [1] - 1767:4
**10:55** [1] - 1679:19
**10th** [9] - 1753:16, 1753:18, 1808:20, 1838:13, 1838:25, 1839:1, 1839:2, 1852:20, 1857:19
**11** [5] - 1679:9, 1680:10, 1727:14, 1727:20, 1728:19
**11201** [1] - 1639:23
**1193** [1] - 1814:16
**11th** [25] - 1659:19, 1661:25, 1663:1, 1673:1, 1673:20, 1674:13, 1676:4, 1676:5, 1676:6, 1676:9, 1676:11, 1678:18, 1679:18, 1716:10, 1726:12, 1741:24, 1742:3, 1742:14, 1742:23,

1745:14, 1827:25, 1828:1, 1836:15, 1836:19, 1836:25
**12** [1] - 1659:19
**12:30** [1] - 1857:20
**12:50** [1] - 1752:10
**12th** [1] - 1745:14
**13** [9] - 1652:19, 1685:17, 1705:8, 1725:16, 1727:14, 1729:8, 1729:9, 1768:8, 1810:5
**13:43** [1] - 1754:25
**13th** [41] - 1649:1, 1652:8, 1667:18, 1668:19, 1669:8, 1669:22, 1671:19, 1671:22, 1679:18, 1679:21, 1723:19, 1725:21, 1725:22, 1725:23, 1726:10, 1727:2, 1727:5, 1738:4, 1738:21, 1741:12, 1744:11, 1744:12, 1744:25, 1748:24, 1751:10, 1751:12, 1751:22, 1752:11, 1752:18, 1753:12, 1757:22, 1759:2, 1764:22, 1769:16, 1775:12, 1785:4, 1785:5, 1809:23, 1835:20, 1835:23, 1838:13
**14** [2] - 1687:16, 1803:20
**140th** [1] - 1703:15
**1449** [1] - 1656:14
**1475** [1] - 1658:17
**1485** [1] - 1662:23
**149th** [1] - 1703:15
**14th** [2] - 1752:14, 1803:21
**15** [13] - 1640:11, 1640:13, 1662:7, 1674:12, 1689:6, 1748:22, 1821:25, 1822:24, 1823:4, 1833:24, 1834:1, 1848:5, 1863:18
**15,000** [1] - 1724:8
**150** [1] - 1793:24
**1564** [1] - 1748:21
**1575** [1] - 1663:10
**16** [2] - 1730:1, 1836:9
**160** [1] - 1715:7
**17** [4] - 1654:1, 1681:5, 1743:22, 1754:11
**17th** [2] - 1750:7, 1750:17
**18** [6] - 1673:12, 1676:14, 1738:18, 1794:24, 1795:1
**18th** [20] - 1662:6, 1663:14, 1663:16, 1706:20, 1707:15, 1707:16, 1707:20, 1708:8, 1708:9, 1719:10, 1758:24, 1759:1, 1760:12, 1763:17, 1820:8, 1840:22, 1855:11, 1855:15, 1855:20
**19** [1] - 1809:17
**19th** [3] - 1752:15, 1770:15, 1770:19
**1:30** [1] - 1857:20
**1st** [1] - 1794:1

## 2

**2** [1] - 1659:19
**20** [3] - 1690:20, 1697:9, 1704:16
**20,000** [2] - 1661:9, 1706:4
**200** [3] - 1690:18, 1751:16, 1770:8

**2002** [3] - 1667:22, 1719:12, 1801:2
**2003** [2] - 1727:21, 1733:20
**2004** [2] - 1667:23, 1801:2
**2005** [4] - 1667:24, 1728:2, 1728:16
**2006** [5] - 1789:12, 1809:22, 1810:3, 1840:21, 1865:24
**2007** [12] - 1685:17, 1686:20, 1686:21, 1686:22, 1716:10, 1716:21, 1720:3, 1761:24, 1775:12, 1802:4, 1806:16, 1851:12
**2008** [57] - 1662:1, 1662:6, 1663:1, 1671:19, 1671:22, 1673:1, 1673:21, 1678:18, 1679:9, 1679:18, 1679:19, 1679:21, 1680:10, 1681:5, 1683:23, 1687:4, 1697:9, 1700:2, 1700:5, 1703:10, 1704:16, 1707:7, 1707:15, 1707:20, 1708:12, 1710:15, 1710:22, 1713:17, 1713:20, 1713:23, 1717:18, 1717:23, 1717:24, 1719:10, 1741:25, 1770:15, 1784:3, 1784:21, 1788:8, 1789:13, 1792:9, 1793:25, 1794:1, 1803:8, 1803:22, 1805:19, 1808:20, 1810:5, 1820:8, 1822:1, 1822:14, 1843:9, 1844:3, 1851:6, 1852:19, 1859:22
**2009** [1] - 1639:6
**208** [1] - 1752:1
**20th** [24] - 1654:1, 1670:24, 1674:6, 1676:10, 1676:13, 1678:21, 1679:9, 1679:19, 1683:23, 1698:12, 1707:7, 1716:25, 1717:9, 1719:8, 1744:16, 1744:24, 1754:3, 1754:11, 1759:3, 1763:15, 1764:18, 1771:1, 1839:24, 1839:25
**213** [1] - 1764:14
**216** [1] - 1767:24
**22** [2] - 1727:20, 1750:18
**225** [1] - 1639:22
**22nd** [1] - 1835:25
**23** [2] - 1659:12, 1731:9
**23rd** [1] - 1717:10
**24** [1] - 1703:19
**24th** [3] - 1708:12, 1766:11, 1766:12
**25** [4] - 1654:1, 1698:13, 1742:23, 1751:7
**25th** [1] - 1717:18
**26** [3] - 1687:14, 1703:17, 1788:16
**26:08** [1] - 1860:4
**26th** [2] - 1717:23, 1717:24
**27** [5] - 1713:20, 1729:9, 1731:9, 1792:9, 1793:25
**2700** [1] - 1830:4
**27th** [5] - 1713:17, 1713:23, 1770:20, 1792:8, 1809:25
**28** [2] - 1672:24, 1731:25
**28th** [3] - 1859:11, 1859:17
**29** [6] - 1678:1, 1690:10, 1733:4, 1736:5, 1859:22
**29-year** [1] - 1773:21
**29th** [3] - 1766:19, 1836:6, 1836:10

**2:00** [1] - 1755:1

**3**

**30** [9] - 1668:13, 1700:2, 1700:5, 1728:19, 1742:23, 1760:8, 1794:17, 1799:25, 1837:11
**300** [1] - 1770:8
**304** [1] - 1708:25
**306** [1] - 1784:2
**306A** [1] - 1784:3
**308** [1] - 1804:7
**30th** [10] - 1664:11, 1687:4, 1687:6, 1690:7, 1757:7, 1765:17, 1765:19, 1766:13, 1766:24
**31** [2] - 1800:4, 1820:3
**31st** [2] - 1690:9, 1852:20
**32** [2] - 1687:14, 1743:21
**329** [1] - 1812:23
**33** [1] - 1654:4
**34** [2] - 1716:17, 1754:12
**35** [4] - 1681:10, 1774:5, 1788:17, 1868:21
**3500** [1] - 1820:3
**3500-SV-31** [4] - 1662:5, 1662:23, 1663:11, 1670:11
**3700** [2] - 1789:11, 1850:7
**38** [1] - 1673:20

**4**

**4** [1] - 1784:21
**40** [2] - 1676:13, 1760:8
**401-T-3** [2] - 1649:1, 1652:7
**404(b** [1] - 1671:23
**44** [1] - 1681:12
**45** [3] - 1691:13, 1740:5, 1799:16
**46** [2] - 1705:6, 1705:7
**47** [2] - 1687:14, 1687:17
**48** [1] - 1856:6
**4:00** [1] - 1835:23
**4:30** [1] - 1800:10

**5**

**5** [2] - 1703:10, 1834:4
**5,000** [5] - 1661:9, 1661:13, 1706:3, 1706:21
**5-6** [1] - 1715:6
**50** [3] - 1673:20, 1715:7, 1737:10
**502** [1] - 1690:13
**505** [1] - 1733:14
**513** [1] - 1710:21
**532** [1] - 1720:2
**538** [1] - 1710:13
**54** [2] - 1705:6, 1705:7
**541** [1] - 1701:17

**55** [2] - 1678:1
**554** [1] - 1671:19
**564** [1] - 1679:20
**57** [1] - 1674:12
**5:00** [4] - 1800:10, 1833:6, 1834:4
**5:30** [3] - 1799:3, 1799:23, 1855:5
**5th** [1] - 1710:15

**6**

**60** [1] - 1715:7
**601** [1] - 1716:9
**602** [2] - 1717:17, 1761:9
**608** [1] - 1831:13
**613-2538** [1] - 1639:23
**62** [1] - 1853:23
**6th** [1] - 1838:12

**7**

**700** [3] - 1713:22, 1714:3, 1714:20
**703** [1] - 1679:17
**704** [1] - 1708:8
**705** [1] - 1679:4
**718** [1] - 1639:23
**7:30** [1] - 1833:6

**8**

**8** [1] - 1672:24
**803** [3] - 1690:11, 1692:1, 1699:15
**804** [3] - 1716:23, 1754:23, 1758:10
**807** [1] - 1770:14
**810** [2] - 1685:15, 1775:9
**886** [1] - 1736:11
**8th** [3] - 1720:2, 1761:24, 1764:1

**9**

**9** [1] - 1784:3
**90** [3] - 1799:5, 1799:6, 1838:5
**90th** [1] - 1775:19
**9:30** [2] - 1639:6, 1869:11
**9th** [1] - 1855:9

**A**

**a.m** [1] - 1639:6
**able** [10] - 1674:19, 1709:13, 1719:24, 1768:4, 1785:14, 1802:16, 1802:24, 1805:5, 1818:21, 1832:3
**absence** [6] - 1640:1, 1691:2, 1691:6, 1741:2, 1798:15, 1798:21
**absent** [1] - 1821:12
**absolutely** [31] - 1654:20, 1711:2, 1715:21, 1720:25, 1722:11, 1723:17,

1723:20, 1725:9, 1726:16, 1733:22, 1736:24, 1738:15, 1742:15, 1743:18, 1750:5, 1755:13, 1756:7, 1762:17, 1762:23, 1765:16, 1774:11, 1789:5, 1789:17, 1805:24, 1805:25, 1821:22, 1821:23, 1835:8, 1855:3, 1857:11
**accent** [2] - 1715:8, 1718:12
**accept** [1] - 1686:12
**accident** [1] - 1833:25
**accomplish** [1] - 1853:17
**accordance** [3] - 1789:1, 1794:8, 1794:10
**according** [3] - 1663:20, 1700:14, 1820:11
**account** [3] - 1717:15, 1795:17, 1795:23
**accountable** [2] - 1731:19, 1755:18
**accounting** [2] - 1683:11, 1821:16
**accuracy** [1] - 1701:20
**accurate** [1] - 1850:1
**achieve** [1] - 1713:1
**achieved** [2] - 1644:9, 1681:21
**achieving** [1] - 1712:7
**act** [6] - 1707:14, 1711:13, 1764:8, 1776:1, 1856:2, 1858:12
**acted** [2] - 1794:8, 1794:9
**acting** [3] - 1784:24, 1803:25, 1825:6
**action** [2] - 1643:24, 1846:10
**actions** [3] - 1642:15, 1708:1, 1708:5
**activities** [3] - 1702:14, 1702:17, 1796:10
**activity** [2] - 1702:5, 1835:9
**acts** [11] - 1645:5, 1648:15, 1651:25, 1677:8, 1678:7, 1702:1, 1704:21, 1728:17, 1728:25, 1831:13
**actual** [2] - 1689:22, 1738:20, 1782:24
**Adams** [1] - 1787:9
**add** [1] - 1820:1
**addition** [1] - 1804:10
**address** [17] - 1647:15, 1647:16, 1647:17, 1647:21, 1687:9, 1690:12, 1703:8, 1717:16, 1722:25, 1743:2, 1743:5, 1743:14, 1770:1, 1775:3, 1790:18, 1790:19
**addresses** [3] - 1674:6, 1757:2, 1818:13
**adequate** [1] - 1831:19
**Administration** [1] - 1697:17
**admissible** [4] - 1805:9, 1805:15, 1831:13
**admit** [11] - 1648:10, 1651:24, 1654:13, 1654:16, 1661:21, 1666:8, 1673:13, 1817:1, 1837:1, 1837:2
**admits** [1] - 1832:18
**admitted** [5] - 1647:2, 1805:5, 1820:20, 1832:13, 1840:21
**admitting** [1] - 1820:18
**advance** [1] - 1772:1
**advantage** [1] - 1688:3
**advertised** [1] - 1831:7

advised [1] - 1784:4
affidavit [33] - 1700:17, 1700:19, 1701:16, 1701:17, 1701:19, 1706:25, 1707:17, 1708:25, 1709:6, 1709:11, 1709:21, 1709:25, 1710:19, 1710:23, 1710:24, 1711:1, 1712:21, 1826:10, 1842:14, 1842:15, 1843:11, 1843:20, 1844:9, 1848:5, 1850:16, 1850:21, 1856:8, 1857:5, 1857:25, 1864:10
affidavits [1] - 1712:19
affirmation [1] - 1848:6
afraid [9] - 1686:25, 1687:23, 1697:3, 1697:23, 1698:3, 1698:10, 1732:4, 1735:20
afternoon [3] - 1721:13, 1741:10, 1836:6
afterwards [3] - 1649:23, 1689:19, 1690:8
aged [1] - 1715:7
agency [1] - 1839:3
Agent [9] - 1760:17, 1760:23, 1827:23, 1828:2, 1828:6, 1833:23, 1833:24, 1834:15, 1834:16
agent [7] - 1731:3, 1760:17, 1788:17, 1809:16, 1834:17, 1863:21, 1865:8
agents [3] - 1818:21, 1857:22, 1865:12
aggressive [1] - 1789:4
ago [10] - 1707:22, 1719:7, 1721:14, 1745:2, 1777:24, 1783:23, 1822:13, 1839:5, 1844:11, 1862:5
agree [12] - 1658:13, 1658:16, 1659:13, 1659:14, 1659:23, 1696:2, 1711:23, 1853:18
agreed [3] - 1784:6, 1786:21, 1843:21
agreeing [3] - 1658:18, 1840:4, 1842:3
agreement [2] - 1711:12, 1711:14
ahead [3] - 1642:6, 1647:14, 1776:5
ahold [1] - 1700:18
Al [1] - 1690:14
aid [1] - 1849:19
air [1] - 1810:9
aka [2] - 1687:8, 1785:1
Alabama [1] - 1844:15
alcohol [1] - 1707:5
Alicia [30] - 1667:2, 1677:22, 1678:10, 1679:1, 1680:24, 1683:5, 1685:12, 1685:23, 1702:24, 1702:25, 1703:2, 1703:3, 1703:4, 1703:5, 1704:22, 1746:2, 1785:24, 1822:7, 1826:19, 1841:6, 1841:9, 1844:11, 1844:10, 1845:17, 1847:10, 1852:10
allegation [2] - 1769:17, 1783:18
alleged [1] - 1784:13
Allison [30] - 1645:8, 1645:15, 1646:12, 1649:6, 1649:7, 1649:14, 1649:18, 1649:21, 1651:6, 1666:25, 1677:11, 1677:12, 1680:21, 1682:18, 1682:24, 1682:25, 1704:22, 1746:1, 1754:6, 1816:10, 1816:19, 1826:9,

1829:16, 1830:2, 1832:20, 1832:21, 1832:25, 1837:4, 1847:18, 1847:19
Allison's [1] - 1829:17
allow [3] - 1641:25, 1700:23, 1709:8
allowed [3] - 1733:6, 1733:9, 1736:15
allowing [1] - 1785:12
allows [3] - 1811:7, 1811:8, 1811:12
almost [4] - 1688:7, 1769:8, 1790:8, 1805:6
alone [11] - 1707:14, 1713:11, 1745:2, 1745:17, 1774:22, 1774:23, 1780:3, 1781:7, 1796:18, 1831:17
amazing [3] - 1700:23, 1701:4
AMERICA [1] - 1639:3
America [6] - 1668:9, 1699:16, 1843:13, 1843:24, 1844:4, 1846:2
ammunition [4] - 1646:25, 1671:2, 1853:13, 1853:14
amnesia [4] - 1674:25, 1675:1, 1676:12, 1824:13
amount [5] - 1686:17, 1706:12, 1780:4, 1780:10, 1860:8, 1860:9, 1860:17, 1860:18, 1861:2, 1862:16, 1862:18
analyze [1] - 1814:5
analyzing [1] - 1814:7
Anand [1] - 1690:1
announce [2] - 1773:12, 1855:4
anonymous [1] - 1753:5
ANSWER [3] - 1659:2, 1765:9, 1768:11
Answer [2] - 1738:22, 1739:1
answer [18] - 1648:17, 1655:19, 1655:20, 1656:7, 1656:23, 1658:3, 1658:21, 1660:21, 1661:7, 1661:14, 1661:19, 1663:2, 1666:6, 1715:11, 1715:12, 1728:18, 1730:7, 1730:10, 1733:9, 1736:14, 1736:17, 1749:1, 1749:4, 1764:10, 1797:2, 1798:17, 1805:24, 1811:15, 1811:16, 1812:25, 1813:7, 1813:11, 1828:22, 1833:24, 1847:24, 1848:2, 1854:13
answered [1] - 1729:25
answers [12] - 1731:20, 1746:6, 1748:8, 1748:12, 1753:17, 1764:5, 1764:10, 1831:25, 1847:21, 1847:24, 1847:25
antennas [1] - 1803:5
Anthony [1] - 1664:21
anticipate [4] - 1655:1, 1667:10, 1711:11, 1712:5
anticipation [1] - 1868:25
anyway [3] - 1764:12, 1827:23, 1864:24
apart [2] - 1682:6, 1753:15
apartment [1] - 1829:17
appear [4] - 1661:3, 1702:15, 1862:9, 1865:20
APPEARANCES [1] - 1639:11
application [3] - 1733:3, 1733:13,

1837:10
applied [1] - 1867:8
applies [1] - 1846:2
apply [4] - 1642:20, 1666:20, 1715:23, 1720:25
appointments [1] - 1821:13
Appolo [1] - 1790:23
appreciate [1] - 1867:12
apprised [1] - 1840:16
approach [7] - 1674:8, 1686:19, 1696:11, 1753:9, 1764:16, 1773:10
approaching [1] - 1854:11
appropriate [4] - 1784:8, 1789:2, 1810:1, 1816:14
appropriately [1] - 1857:3
approved [3] - 1796:24, 1796:25, 1797:1
approximate [1] - 1857:21
April [3] - 1794:1, 1812:6, 1812:7
area [1] - 1715:16
areas [1] - 1777:15
arenas [1] - 1869:9
argue [8] - 1641:16, 1641:19, 1779:2, 1791:11, 1795:16, 1854:12, 1854:15, 1865:6
argues [2] - 1860:10, 1865:5
arguing [2] - 1782:21, 1849:4
argument [11] - 1775:5, 1781:3, 1828:1, 1848:3, 1854:13, 1854:14, 1854:20, 1854:23, 1865:15, 1866:14
arguments [2] - 1641:7, 1641:13, 1641:14, 1681:22, 1779:2, 1848:5, 1869:3
ARIENNE [1] - 1639:6
Arienne [123] - 1639:20, 1642:13, 1644:10, 1646:14, 1664:15, 1666:22, 1671:20, 1671:21, 1679:15, 1679:19, 1679:22, 1681:1, 1681:2, 1681:6, 1687:5, 1689:12, 1690:9, 1690:14, 1692:1, 1708:6, 1708:12, 1710:12, 1710:14, 1710:20, 1711:20, 1711:21, 1712:14, 1716:24, 1717:23, 1720:2, 1723:5, 1723:6, 1723:9, 1726:2, 1726:11, 1727:4, 1727:7, 1730:1, 1730:17, 1730:23, 1732:21, 1734:24, 1735:3, 1735:23, 1737:2, 1737:9, 1737:16, 1737:24, 1738:4, 1741:13, 1742:1, 1742:9, 1742:15, 1742:21, 1742:25, 1744:12, 1745:3, 1745:6, 1745:7, 1745:13, 1745:19, 1746:4, 1749:5, 1749:6, 1750:9, 1750:10, 1750:11, 1750:14, 1750:19, 1751:7, 1753:22, 1753:24, 1753:25, 1754:7, 1754:19, 1755:6, 1755:9, 1756:10, 1756:23, 1757:1, 1757:12, 1758:1, 1758:4, 1759:15, 1760:11, 1761:13, 1761:14, 1762:2, 1762:18, 1763:15, 1763:17, 1763:18, 1764:2, 1764:19, 1765:19, 1766:13, 1767:19, 1767:24, 1768:7, 1768:21, 1769:21, 1770:3,

1771:20, 1771:25, 1772:6, 1772:16, 1773:20, 1774:11, 1783:16, 1783:20, 1789:10, 1789:22, 1790:2, 1792:3, 1792:4, 1809:3, 1852:1, 1853:19, 1857:21, 1858:6

**Arienne's** [3] - 1723:2, 1725:14, 1784:18
**armed** [2] - 1746:8, 1760:20
**arrange** [2] - 1791:16, 1836:19
**arrangement** [1] - 1825:21
**arrest** [9] - 1730:12, 1789:12, 1808:21, 1838:25, 1849:5, 1849:18, 1857:22, 1864:3, 1864:24
**arrested** [7] - 1687:24, 1710:22, 1719:11, 1801:3, 1838:14, 1843:6, 1853:3
**arrival** [1] - 1786:23
**arrive** [1] - 1727:9
**articles** [1] - 1869:17
**aside** [1] - 1863:7
**Assassin** [1] - 1647:21
**assassin** [3] - 1701:10, 1790:18, 1790:23
**assassins** [2] - 1648:21, 1654:9
**assertions** [1] - 1841:18
**assess** [1] - 1724:6
**assessment** [1] - 1828:6
**assignment** [3] - 1765:10, 1782:16, 1833:8
**assignments** [1] - 1853:8
**assigns** [1] - 1761:18
**assistance** [2] - 1644:8, 1768:13
**Assistant** [1] - 1639:15
**assistant** [1] - 1794:4
**assisting** [1] - 1645:8
**associate** [2] - 1722:2, 1743:12
**associated** [2] - 1702:10, 1791:14
**associates** [4] - 1712:16, 1729:13, 1734:14, 1765:15
**assume** [3] - 1661:14, 1661:15, 1752:11
**assure** [2] - 1708:20, 1792:2
**assured** [1] - 1708:20
**attempt** [18] - 1640:16, 1712:5, 1712:6, 1713:8, 1722:5, 1772:18, 1779:13, 1780:4, 1780:6, 1780:10, 1781:5, 1781:14, 1783:11, 1784:12, 1824:18, 1845:22
**attempted** [1] - 1779:13
**attempting** [1] - 1806:21
**attempts** [2] - 1686:12, 1823:17
**attention** [7] - 1722:15, 1722:16, 1722:21, 1773:15, 1812:4, 1818:24, 1865:23
**attesting** [1] - 1701:18
**attic** [1] - 1701:8
**Attorney** [1] - 1639:13
**attorney** [32] - 1644:17, 1653:13, 1653:14, 1662:7, 1663:25, 1664:18, 1664:19, 1664:23, 1665:3, 1665:6,

1665:7, 1665:14, 1687:12, 1701:20, 1708:11, 1714:4, 1714:23, 1715:10, 1717:23, 1736:4, 1736:13, 1768:5, 1768:14, 1768:18, 1768:21, 1768:23, 1773:21, 1793:2, 1794:4, 1794:23
**Attorney's** [2] - 1808:7, 1849:10
**attorneys** [5] - 1643:4, 1662:4, 1665:6, 1714:6, 1736:15
**Attorneys** [1] - 1639:15
**attracted** [1] - 1865:23
**attribution** [3] - 1860:13, 1860:20, 1862:15
**audible** [1] - 1821:17
**Audio** [1] - 1673:2
**audio** [5] - 1659:20, 1660:6, 1672:25, 1673:22, 1674:14
**August** [14] - 1639:6, 1690:18, 1694:10, 1703:10, 1789:12, 1809:22, 1810:3, 1825:17, 1840:21, 1853:2, 1859:11, 1859:16, 1859:17, 1865:24
**authenticate** [2] - 1683:14, 1683:16
**authorization** [1] - 1752:6
**automatically** [1] - 1840:6
**available** [4] - 1674:20, 1706:5, 1797:2, 1804:16
**Avenue** [1] - 1703:14
**avoid** [2] - 1686:3, 1787:13, 1869:15
**awaiting** [1] - 1751:18
**awhile** [1] - 1814:24

## B

**background** [2] - 1824:10, 1856:25
**Backup** [2] - 1646:19, 1651:1
**bad** [31] - 1650:11, 1668:5, 1670:7, 1677:13, 1677:17, 1677:18, 1680:22, 1680:25, 1682:22, 1684:14, 1698:4, 1708:15, 1724:22, 1724:23, 1726:2, 1739:19, 1759:2, 1770:18, 1770:24, 1771:3, 1776:1, 1789:19, 1791:17, 1791:18, 1794:16, 1810:12, 1825:6, 1831:13, 1853:14, 1868:1
**balance** [1] - 1720:10
**bald** [1] - 1714:11
**ballpark** [1] - 1740:3
**band** [3] - 1676:12, 1745:21, 1747:7
**bank** [2] - 1859:10, 1859:13
**Banks** [6] - 1812:13, 1812:14, 1812:19, 1813:1, 1813:2
**bar** [3] - 1837:6, 1866:9, 1866:25
**barely** [2] - 1782:19, 1839:6
**barometer** [2] - 1825:1, 1825:5
**Barry** [7] - 1645:21, 1647:19, 1684:1, 1685:2, 1693:5, 1711:22
**bars** [1] - 1832:4
**base** [34] - 1716:2, 1716:23, 1717:4, 1717:6, 1717:13, 1717:14, 1717:16, 1717:20, 1717:25, 1718:15, 1718:16, 1718:18, 1718:19, 1718:21, 1718:22,

1719:17, 1719:22, 1720:16, 1758:9, 1758:17, 1758:18, 1758:19, 1759:16, 1761:15, 1762:16, 1805:17, 1806:3, 1806:8, 1806:11, 1809:4, 1809:7
**based** [6] - 1682:3, 1719:23, 1726:24, 1744:13, 1760:11, 1772:13
**basement** [1] - 1701:8
**bases** [1] - 1803:4
**basis** [7] - 1725:23, 1741:18, 1808:22, 1843:22, 1850:5, 1854:23, 1855:3
**bat** [1] - 1711:1
**batteries** [1] - 1760:10
**battery** [3] - 1759:21, 1760:19
**bears** [1] - 1641:24
**beat** [1] - 1643:2
**beautiful** [2] - 1710:7
**became** [2] - 1643:4, 1704:15
**because's** [1] - 1677:3
**become** [1] - 1801:9
**becomes** [4] - 1709:12, 1777:17, 1808:22, 1814:25
**bed** [2] - 1801:20, 1836:21
**beep** [1] - 1697:25
**BEFORE** [1] - 1639:9
**beforehand** [2] - 1766:7, 1817:25
**began** [3] - 1792:3, 1810:4, 1868:6
**begin** [1] - 1742:23
**beginning** [13] - 1663:1, 1719:11, 1726:4, 1734:20, 1745:1, 1756:5, 1764:15, 1773:22, 1776:25, 1777:12, 1780:13, 1791:22, 1840:20
**begins** [1] - 1662:1
**behalf** [7] - 1641:21, 1641:22, 1666:18, 1722:15, 1822:20, 1851:16
**behind** [4] - 1676:24, 1776:5, 1827:22, 1857:6
**behold** [1] - 1802:18
**Belfield** [12] - 1646:4, 1646:11, 1646:19, 1647:23, 1651:1, 1651:4, 1651:13, 1652:14, 1653:1, 1653:12, 1689:13, 1695:17
**belief** [8] - 1723:12, 1723:13, 1733:23, 1741:18, 1741:23, 1757:16, 1822:22, 1847:14
**believes** [7] - 1731:21, 1731:22, 1748:6, 1752:19, 1798:7, 1820:14, 1856:13
**bell** [1] - 1775:8
**Bellfield** [5] - 1711:22, 1790:15, 1847:17, 1848:1, 1848:18, 1848:21
**belonging** [1] - 1787:7
**below** [3] - 1707:22, 1707:23, 1796:20
**benches** [1] - 1691:8
**beneath** [1] - 1832:11
**benefit** [2] - 1798:2, 1798:3
**BENTON** [1] - 1639:13
**BERG** [1] - 1639:20
**best** [12] - 1686:6, 1696:10, 1708:22, 1717:8, 1741:25, 1742:2, 1745:3, 1749:10, 1764:19, 1768:10, 1841:4,

1866:5
**bets** [1] - 1791:3
**better** [8] - 1694:9, 1696:18, 1708:1, 1708:5, 1748:4, 1790:24, 1825:13, 1849:16
**between** [24] - 1642:2, 1649:2, 1657:3, 1658:2, 1659:23, 1679:9, 1679:18, 1691:23, 1694:10, 1700:5, 1703:2, 1708:9, 1710:14, 1711:12, 1716:24, 1719:8, 1733:15, 1738:16, 1742:18, 1759:2, 1777:18, 1789:11, 1799:5
**beyond** [21] - 1641:25, 1661:4, 1661:5, 1722:6, 1746:9, 1756:24, 1766:23, 1769:24, 1770:5, 1771:19, 1772:10, 1772:22, 1773:7, 1780:24, 1829:7, 1846:6, 1863:5, 1864:23, 1866:14, 1869:6
**big** [7] - 1669:9, 1686:17, 1687:21, 1687:25, 1697:23, 1759:21, 1826:7
**bigger** [1] - 1834:21
**biggest** [3] - 1746:7, 1750:11, 1775:10
**billing** [1] - 1850:4
**bills** [1] - 1724:12
**binder** [1] - 1782:5
**birth** [3] - 1647:19, 1849:7, 1849:9
**bit** [7] - 1647:10, 1665:20, 1744:7, 1804:25, 1824:23, 1838:8, 1838:9
**black** [1] - 1777:5
**Black** [1] - 1792:11
**blaming** [1] - 1856:1
**blind** [1] - 1710:6
**blithely** [1] - 1816:12
**block** [1] - 1772:20
**blond** [1] - 1795:22
**bloody** [1] - 1841:19
**bluffing** [1] - 1767:18
**board** [2] - 1820:2, 1848:4
**Bob** [139] - 1775:13, 1775:19, 1781:5, 1781:20, 1782:5, 1783:2, 1783:5, 1783:11, 1783:18, 1785:21, 1785:22, 1786:3, 1787:14, 1787:15, 1787:20, 1788:1, 1788:6, 1788:8, 1788:23, 1789:4, 1789:6, 1789:10, 1789:14, 1789:22, 1790:6, 1790:19, 1790:20, 1792:12, 1792:16, 1792:20, 1793:7, 1793:10, 1796:18, 1796:20, 1801:1, 1801:22, 1802:1, 1803:25, 1804:23, 1809:25, 1810:7, 1810:10, 1814:1, 1814:5, 1815:4, 1815:9, 1815:10, 1815:19, 1816:21, 1817:14, 1818:2, 1818:10, 1819:6, 1821:1, 1821:4, 1821:21, 1823:2, 1823:3, 1823:5, 1824:10, 1824:14, 1826:16, 1826:25, 1827:5, 1827:6, 1827:10, 1829:22, 1829:23, 1831:6, 1831:23, 1835:4, 1835:16, 1836:20, 1838:15, 1839:4, 1839:25, 1840:2, 1840:4, 1840:7, 1840:16, 1840:20, 1840:24, 1840:25, 1841:8, 1841:25, 1842:6, 1842:14, 1842:15, 1842:17, 1842:23, 1844:11, 1844:15, 1844:17, 1844:22, 1845:14,

1845:20, 1845:25, 1846:8, 1846:16, 1846:20, 1849:12, 1849:24, 1850:17, 1850:22, 1851:6, 1851:20, 1852:1, 1853:1, 1853:9, 1853:10, 1853:21, 1854:5, 1855:16, 1855:22, 1855:23, 1856:14, 1857:3, 1857:7, 1857:10, 1857:15, 1857:21, 1862:23, 1863:1, 1863:14, 1863:16, 1864:3, 1864:11, 1864:22, 1865:4, 1865:24, 1866:8, 1866:12, 1866:17, 1867:6, 1867:11, 1868:21
**bodies** [1] - 1645:14
**body** [2] - 1810:7, 1810:8
**bold** [2] - 1861:15, 1862:5
**bomb** [3] - 1724:20, 1724:23, 1725:3
**bomb-making** [1] - 1724:20
**bombs** [3] - 1724:21, 1724:22, 1833:3
**bona** [3] - 1788:25, 1823:18, 1845:5
**bonafide** [1] - 1787:20
**boni** [1] - 1781:9
**bonus** [1] - 1854:3
**book** [1] - 1790:18
**bookkeeper** [1] - 1850:9
**Books** [1] - 1802:7
**books** [2] - 1683:11, 1802:6
**bore** [2] - 1838:8, 1838:9
**boring** [1] - 1722:18
**boss** [24] - 1644:3, 1650:9, 1654:16, 1662:19, 1667:17, 1668:2, 1668:17, 1669:8, 1669:15, 1669:17, 1669:18, 1670:22, 1671:8, 1681:3, 1711:25, 1712:10, 1728:2, 1729:16, 1769:1, 1787:5, 1794:5, 1794:9, 1794:12, 1839:22
**boss's** [1] - 1644:1, 1773:3, 1773:5
**bothering** [1] - 1695:19
**bottom** [6] - 1725:2, 1739:8, 1778:7, 1805:3, 1827:14, 1839:17
**bought** [2] - 1674:22, 1674:23
**bounds** [1] - 1778:11
**box** [2] - 1859:7, 1859:8
**boxes** [1] - 1869:9
**boxing** [1] - 1832:21
**boys** [1] - 1829:18
**Brazil** [1] - 1647:1
**Brazilian** [2] - 1703:14, 1703:19
**bread** [1] - 1851:22
**break** [21] - 1642:10, 1642:22, 1644:23, 1673:25, 1688:6, 1690:20, 1690:24, 1691:20, 1739:22, 1739:24, 1794:17, 1798:7, 1798:8, 1798:10, 1798:11, 1799:20, 1800:10, 1800:16, 1837:11, 1868:24, 1869:10
**breaking** [2] - 1688:5, 1739:22
**Brian** [3] - 1686:8, 1759:9, 1759:12
**bribe** [10] - 1855:23, 1857:9, 1857:18, 1862:20, 1862:23, 1863:2, 1863:9, 1863:10, 1865:5, 1865:6
**bribed** [1] - 1776:20
**bribery** [4] - 1705:2, 1713:5, 1713:6, 1713:8

**brie** [1] - 1858:12
**brief** [3] - 1649:25, 1815:7, 1869:11
**bring** [25] - 1640:24, 1652:17, 1653:9, 1653:14, 1654:6, 1654:7, 1654:8, 1655:7, 1691:7, 1693:24, 1697:17, 1698:18, 1698:19, 1698:21, 1741:4, 1762:22, 1782:18, 1788:19, 1788:21, 1826:12, 1838:9, 1839:1
**bringing** [2] - 1716:3, 1762:20
**brings** [2] - 1754:3, 1765:17
**broke** [1] - 1741:11
**Brooklyn** [3] - 1639:5, 1639:23, 1783:15
**brother** [36] - 1677:11, 1685:17, 1687:2, 1687:20, 1688:3, 1688:11, 1688:12, 1689:3, 1689:4, 1689:6, 1689:7, 1689:8, 1689:10, 1689:14, 1689:15, 1689:19, 1690:3, 1690:6, 1690:17, 1692:3, 1692:6, 1692:7, 1692:10, 1692:11, 1694:17, 1694:20, 1694:25, 1712:13, 1714:25, 1775:12, 1844:22, 1867:4
**brought** [10] - 1653:17, 1712:23, 1716:8, 1717:24, 1720:3, 1785:1, 1806:19, 1809:9, 1826:11, 1865:25
**Broward** [1] - 1765:10
**Brownell** [2] - 1642:11, 1756:5
**BROWNELL** [1] - 1639:15
**Bryant** [3] - 1765:8, 1765:10, 1767:5
**Bryant's** [1] - 1767:11
**BS** [1] - 1856:14
**bucks** [1] - 1827:12
**buddy** [1] - 1816:15
**bugging** [1] - 1686:2
**building** [2] - 1788:15, 1788:16
**builds** [1] - 1669:11
**bulk** [2] - 1711:3, 1725:21
**bullet** [7] - 1738:14, 1738:15, 1738:24, 1739:8, 1739:12, 1739:14, 1759:8
**bullets** [4] - 1645:14, 1649:12, 1649:16, 1649:19
**bunch** [3] - 1681:23, 1743:8, 1782:2
**burden** [7] - 1641:24, 1722:11, 1769:24, 1772:14, 1804:15, 1804:16, 1845:25, 1846:4, 1846:5, 1846:10, 1846:12, 1852:6, 1863:5
**bus** [1] - 1669:12
**business** [16] - 1669:13, 1683:12, 1686:9, 1729:13, 1734:14, 1734:16, 1736:8, 1768:15, 1768:16, 1790:10, 1792:7, 1793:24, 1806:21, 1812:3, 1837:2, 1863:22
**businesses** [1] - 1832:4
**busy** [1] - 1696:14
**butt** [1] - 1829:24
**Buxton** [6] - 1645:9, 1667:22, 1667:23, 1728:21, 1729:3, 1729:4
**buy** [8] - 1658:11, 1672:21, 1676:7, 1676:11, 1682:16, 1712:2, 1747:9, 1823:24

buying [1] - 1854:10
BY [1] - 1639:14
bypass [3] - 1695:9, 1695:10, 1802:17
Byrd [1] - 1722:16

# C

cab [1] - 1750:2
cadets [1] - 1843:14
Cadman [1] - 1639:22
callers [1] - 1719:2
Camacho [43] - 1667:2, 1679:1, 1704:7, 1704:24, 1704:25, 1705:3, 1706:20, 1707:2, 1707:10, 1708:14, 1708:17, 1710:15, 1712:19, 1712:24, 1713:3, 1713:4, 1743:15, 1746:2, 1751:20, 1753:13, 1759:4, 1770:16, 1770:18, 1842:12, 1842:13, 1843:12, 1843:24, 1843:25, 1844:1, 1857:13, 1857:20, 1858:7, 1860:22, 1860:23, 1861:1, 1861:4, 1862:18, 1862:19, 1863:14, 1863:16, 1863:19, 1864:24, 1865:13
Camacho's [4] - 1743:2, 1743:5, 1743:14, 1843:20
CAMPBELL [1] - 1639:13
canceled [2] - 1864:1
cannot [6] - 1654:23, 1665:15, 1670:10, 1699:24, 1699:25, 1756:24
capable [5] - 1651:25, 1652:2, 1688:2, 1806:10, 1807:21
capacity [1] - 1644:17
capture [1] - 1807:1
captures [1] - 1718:19
car [2] - 1645:14, 1649:18
card [3] - 1736:8, 1768:15, 1768:16
care [17] - 1654:10, 1654:11, 1662:20, 1665:5, 1665:6, 1685:7, 1707:10, 1707:11, 1709:4, 1709:5, 1709:17, 1709:18, 1709:19, 1709:22, 1753:8, 1835:22, 1852:22
career [3] - 1773:23, 1774:14, 1774:23
careful [7] - 1674:10, 1677:2, 1677:23, 1680:20, 1684:24, 1752:3, 1771:2
carefully [6] - 1721:2, 1776:6, 1780:5, 1806:12, 1824:9, 1846:14
careless [3] - 1780:3, 1827:15, 1827:16
carelessness [2] - 1827:18, 1827:20
cares [5] - 1677:13, 1682:24, 1701:1, 1720:24
Carl [2] - 1720:4
Carolina [1] - 1788:17
carry [1] - 1802:13
case [175] - 1641:9, 1642:12, 1643:2, 1643:9, 1643:22, 1644:10, 1661:21, 1666:19, 1666:23, 1669:1, 1681:23, 1682:2, 1682:5, 1682:6, 1682:11, 1684:9, 1684:15, 1690:25, 1711:13,

1721:2, 1721:15, 1722:8, 1722:17, 1723:2, 1723:4, 1723:5, 1723:9, 1723:11, 1725:14, 1725:15, 1725:25, 1726:4, 1726:23, 1727:6, 1730:16, 1732:11, 1734:5, 1734:6, 1734:10, 1737:15, 1737:21, 1739:25, 1742:2, 1747:5, 1753:24, 1756:6, 1756:24, 1757:15, 1761:22, 1763:1, 1763:16, 1763:17, 1765:5, 1765:14, 1766:13, 1766:20, 1768:5, 1770:5, 1770:8, 1770:9, 1771:4, 1771:6, 1771:14, 1772:15, 1773:20, 1774:11, 1774:16, 1774:22, 1775:11, 1775:21, 1775:23, 1776:9, 1776:10, 1776:11, 1776:12, 1776:15, 1776:16, 1777:13, 1779:9, 1779:11, 1781:1, 1781:2, 1781:4, 1782:3, 1782:9, 1783:18, 1784:20, 1785:3, 1785:22, 1785:25, 1786:6, 1789:3, 1789:9, 1789:11, 1789:22, 1790:11, 1790:24, 1791:1, 1791:2, 1791:13, 1798:13, 1803:9, 1805:3, 1805:11, 1808:5, 1809:20, 1809:21, 1809:23, 1811:23, 1814:2, 1814:5, 1815:1, 1815:13, 1817:17, 1817:23, 1818:22, 1819:12, 1820:7, 1823:17, 1824:19, 1828:1, 1831:1, 1838:4, 1838:23, 1840:1, 1840:13, 1841:4, 1844:12, 1845:21, 1846:19, 1846:21, 1847:4, 1847:10, 1848:9, 1848:15, 1850:6, 1850:8, 1850:11, 1850:12, 1850:14, 1852:17, 1852:25, 1853:25, 1854:2, 1854:6, 1854:8, 1854:17, 1854:18, 1854:20, 1855:12, 1860:7, 1862:22, 1863:12, 1864:25, 1865:20, 1865:23, 1865:25, 1866:2, 1866:9, 1866:11, 1866:12, 1866:15, 1866:16, 1866:21, 1867:8, 1869:5, 1869:10, 1869:14
cases [2] - 1679:5, 1788:5
cash [1] - 1859:12
cast [1] - 1789:19
CAT [1] - 1639:25
cattle [1] - 1828:12
caught [2] - 1664:2, 1667:2
caused [1] - 1854:6
cautious [1] - 1752:6
cc [1] - 1687:5
CC [2] - 1752:13, 1752:14
cc'd [1] - 1752:2
CDs [1] - 1803:23
Ceaser [3] - 1823:3, 1848:16, 1848:18
ceiling [2] - 1677:7, 1704:20
celebrated [1] - 1865:19
celebrity [1] - 1865:19
cell [8] - 1660:12, 1718:8, 1718:19, 1720:14, 1780:22, 1792:19, 1807:1, 1836:17
centerpiece [1] - 1682:4
central [1] - 1661:21
certain [11] - 1649:5, 1733:5, 1745:23,

1748:13, 1748:25, 1809:14, 1845:3, 1861:18, 1865:4, 1866:3
certainly [6] - 1669:15, 1669:17, 1684:10, 1709:12, 1769:19, 1772:23
cetera [2] - 1700:16
CF-28 [2] - 1716:15, 1716:19
CFM [1] - 1716:17
CFM-34 [1] - 1716:15
chair [1] - 1644:21, 1811:14, 1845:18
challenge [3] - 1865:25, 1866:1
challenged [1] - 1777:1
champion [1] - 1834:7
chance [6] - 1717:10, 1717:13, 1823:10, 1829:21, 1829:22, 1865:16
change [7] - 1693:18, 1700:4, 1706:23, 1737:19, 1830:20, 1834:9, 1834:10
changed [3] - 1727:13, 1733:21, 1737:22
changes [11] - 1674:1, 1674:4, 1709:16, 1723:22, 1725:25, 1733:22, 1741:21, 1741:23, 1757:16, 1836:25, 1844:12
character [4] - 1834:22, 1835:2, 1839:5, 1840:16
charade [1] - 1730:19
charge [22] - 1640:8, 1713:4, 1713:6, 1713:8, 1715:24, 1743:12, 1760:23, 1787:23, 1787:24, 1792:21, 1792:22, 1797:5, 1797:6, 1800:17, 1800:20, 1805:20, 1827:17, 1845:19, 1853:21
charged [15] - 1640:18, 1645:1, 1711:5, 1711:6, 1712:5, 1713:11, 1716:2, 1781:1, 1783:13, 1784:12, 1808:8, 1808:9, 1809:14, 1809:23, 1867:13
charges [14] - 1712:4, 1713:7, 1713:8, 1713:9, 1715:25, 1763:1, 1772:5, 1779:11, 1808:24, 1809:20, 1809:21, 1824:18, 1841:24, 1847:15
charging [3] - 1668:6, 1773:1, 1850:5
chart [3] - 1773:24, 1842:5, 1866:20
charts [1] - 1866:19
check [12] - 1655:7, 1772:11, 1773:8, 1776:7, 1802:20, 1816:13, 1816:17, 1823:10, 1823:11, 1844:2, 1858:4, 1865:5
checked [4] - 1796:11, 1846:24
checking [4] - 1796:14, 1796:15, 1796:17, 1796:25
checkoff [1] - 1772:24
children [3] - 1669:13, 1811:4, 1833:3
chill [1] - 1868:2
Chinaman [3] - 1667:1, 1677:11, 1677:14, 1677:19, 1678:9, 1678:16, 1678:25, 1682:24
Chinaman's [1] - 1670:18
choices [5] - 1644:19, 1644:20, 1644:21, 1644:22
choose [3] - 1773:12, 1790:19,

1830:17
choreographed [1] - 1818:20
chose [4] - 1644:23, 1644:24, 1864:2
chosen [1] - 1699:20
circumstances [3] - 1839:14, 1846:9, 1866:21
City [1] - 1846:25
city [1] - 1851:3
civil [2] - 1801:19, 1841:21
claim [7] - 1732:9, 1792:8, 1792:12, 1801:25, 1841:15, 1860:2, 1860:12
claimed [2] - 1780:11, 1792:8
claiming [3] - 1702:13, 1788:5, 1821:19
claims [2] - 1739:19, 1775:11
clairvoyant [1] - 1864:23
clarified [1] - 1797:16
Clarke [92] - 1658:10, 1658:11, 1658:19, 1659:13, 1662:16, 1666:25, 1667:22, 1668:8, 1670:11, 1670:14, 1671:1, 1671:2, 1673:7, 1673:21, 1674:16, 1674:24, 1676:6, 1681:24, 1682:6, 1682:15, 1704:8, 1704:9, 1704:11, 1704:13, 1705:1, 1706:7, 1707:8, 1707:15, 1708:15, 1713:17, 1713:19, 1713:21, 1713:23, 1713:25, 1714:5, 1714:9, 1714:10, 1719:19, 1745:13, 1753:13, 1759:4, 1764:3, 1764:17, 1770:17, 1770:19, 1770:20, 1770:22, 1770:23, 1783:6, 1785:23, 1792:13, 1792:14, 1792:16, 1792:17, 1792:19, 1792:24, 1793:1, 1795:15, 1796:12, 1801:18, 1802:22, 1810:1, 1822:6, 1822:21, 1825:11, 1825:12, 1825:19, 1825:24, 1826:2, 1826:14, 1826:15, 1826:17, 1828:20, 1830:10, 1840:23, 1841:6, 1841:9, 1841:20, 1842:6, 1843:12, 1843:15, 1844:3, 1845:16, 1847:9, 1848:15, 1852:9, 1853:13, 1853:15, 1855:16
Clarke's [29] - 1673:24, 1674:3, 1674:16, 1676:16, 1677:6, 1677:7, 1677:18, 1678:8, 1678:21, 1680:3, 1680:10, 1680:13, 1680:16, 1682:15, 1704:12, 1704:20, 1744:17, 1745:24, 1747:12, 1747:14, 1747:18, 1750:1, 1751:20, 1753:10, 1764:20, 1796:10, 1826:3, 1826:4, 1827:14
Clarkes [5] - 1826:7, 1826:8
clear [22] - 1643:8, 1654:21, 1659:24, 1670:11, 1670:12, 1671:21, 1672:1, 1672:10, 1672:19, 1673:3, 1673:7, 1676:11, 1678:24, 1686:4, 1689:23, 1715:14, 1726:18, 1782:7, 1795:21, 1808:25, 1819:9, 1860:1
cleared [1] - 1797:19
clearly [2] - 1669:9, 1669:21
CLERK [1] - 1741:5
client [37] - 1642:23, 1643:3, 1645:1, 1645:3, 1662:25, 1664:20, 1666:18,

1714:25, 1715:3, 1715:4, 1715:11, 1715:15, 1720:16, 1778:17, 1781:9, 1783:19, 1786:18, 1789:5, 1789:16, 1789:17, 1790:25, 1791:15, 1795:3, 1795:7, 1795:15, 1804:1, 1811:10, 1816:11, 1818:9, 1818:18, 1841:2, 1845:5, 1851:19, 1860:6, 1866:3, 1866:6
client's [4] - 1797:15, 1818:8, 1823:9, 1866:4
clock [3] - 1822:17, 1837:8, 1838:7
close [5] - 1686:1, 1686:5, 1702:25, 1704:11, 1819:13
closed [1] - 1861:25
closer [3] - 1781:17, 1781:19, 1799:6
closing [7] - 1641:7, 1641:13, 1775:5, 1781:3, 1782:20, 1865:14
cloth [1] - 1843:23
clothes [2] - 1832:11, 1832:22
club [4] - 1703:14, 1703:20, 1703:21, 1757:9
clubs [1] - 1832:5
co [1] - 1722:16
co-counsel [1] - 1722:16
coach [1] - 1650:18
coaching [4] - 1648:2, 1651:9, 1669:4, 1712:8
cocaine [3] - 1835:11, 1837:3, 1841:16
coconspirator [4] - 1730:17, 1815:10, 1818:11, 1835:22
coconspirators [2] - 1732:9, 1732:10
code [3] - 1749:24, 1802:17, 1839:17
coincidence [4] - 1651:6, 1796:5, 1796:8
coke [1] - 1777:24
collar [2] - 1791:1
colleague [1] - 1642:11, 1728:8
colleagues [1] - 1791:14
colossal [2] - 1796:5
Colossal [1] - 1796:7
comb [1] - 1840:9
combinations [2] - 1749:14, 1755:21
comfortable [1] - 1828:7
coming [23] - 1696:5, 1696:14, 1696:20, 1708:21, 1709:1, 1723:15, 1730:16, 1732:5, 1733:23, 1737:21, 1751:3, 1760:11, 1762:3, 1762:19, 1762:24, 1772:23, 1816:5, 1829:9, 1832:21, 1842:20, 1843:8, 1849:22
commander [1] - 1796:4
commence [1] - 1869:12
comment [1] - 1868:24
commentary [1] - 1659:25
comments [1] - 1787:8
commerce [1] - 1716:4
commercial [1] - 1716:12
commit [12] - 1702:4, 1711:13, 1738:6, 1780:4, 1780:8, 1780:25, 1781:5, 1782:22, 1816:10, 1816:19, 1819:2
commitment [2] - 1789:19, 1803:14

committed [9] - 1702:1, 1702:7, 1776:23, 1779:11, 1781:13, 1781:17, 1787:25, 1819:3, 1833:10
committee [1] - 1866:10
committing [3] - 1780:7, 1830:15, 1849:19
common [4] - 1655:7, 1655:9, 1844:5, 1868:11
communicate [1] - 1643:25
communication [1] - 1851:12
communications [2] - 1718:7, 1718:25
community [1] - 1731:23
companies [1] - 1729:19
Company [1] - 1757:20
company [19] - 1718:13, 1718:14, 1718:15, 1718:16, 1718:17, 1720:5, 1729:20, 1754:16, 1763:7
compare [2] - 1714:14, 1714:21, 1738:20
complains [1] - 1703:13
complete [2] - 1738:1, 1845:19
completely [4] - 1665:15, 1838:17, 1838:18, 1841:14
complex [1] - 1838:4
complicated [2] - 1706:9, 1838:4
complied [2] - 1794:19, 1808:7
comply [1] - 1808:6
complying [1] - 1803:24
computer [19] - 1659:4, 1659:9, 1659:16, 1660:1, 1660:2, 1660:9, 1673:24, 1709:14, 1717:20, 1760:20, 1761:14, 1761:15, 1762:19, 1789:7, 1804:10, 1824:4, 1824:5, 1824:8
computers [10] - 1685:16, 1691:23, 1716:1, 1716:18, 1761:3, 1762:13, 1762:16, 1796:16, 1806:6
concern [3] - 1673:4, 1682:20, 1682:21
concerned [4] - 1674:8, 1685:7, 1725:2, 1753:8
concession [1] - 1784:21
conclude [1] - 1690:20
concluded [2] - 1787:8, 1869:22
concludes [1] - 1787:12
conclusion [3] - 1734:3, 1744:22, 1748:17
conclusions [2] - 1814:20
conduct [5] - 1814:8, 1819:8, 1845:5, 1845:20, 1853:22
conference [2] - 1710:21, 1857:24
confident [1] - 1721:5
confirm [2] - 1735:22, 1788:2
confirms [1] - 1667:17
conflict [1] - 1823:5
conflicts [1] - 1845:11
conform [1] - 1827:20
conforming [1] - 1671:17
conformity [1] - 1706:3

**confound** [1] - 1811:11
**confront** [1] - 1706:24
**confuse** [1] - 1811:11
**confused** [3] - 1726:13, 1769:19, 1844:23
**confusion** [1] - 1676:8
**Congress** [2] - 1845:8, 1868:7
**conjugated** [1] - 1652:5
**conjunction** [1] - 1802:10
**connect** [2] - 1664:12, 1744:15
**connected** [3] - 1771:2, 1771:3, 1791:15
**connection** [8] - 1730:14, 1784:20, 1819:14, 1827:18, 1829:9, 1834:25, 1837:3, 1868:19
**connects** [1] - 1664:11
**consequences** [2] - 1643:16, 1644:22
**consider** [12] - 1711:17, 1715:24, 1721:2, 1721:3, 1721:4, 1726:19, 1773:19, 1811:23, 1812:5, 1838:10, 1854:14
**consideration** [1] - 1868:4
**considered** [1] - 1695:18
**considering** [2] - 1869:7
**consist** [1] - 1641:8
**consistent** [4] - 1721:6, 1852:5, 1852:6
**consists** [1] - 1745:11
**conspiracy** [26] - 1711:12, 1711:14, 1712:4, 1713:8, 1738:6, 1749:6, 1750:16, 1771:16, 1771:21, 1771:24, 1772:1, 1772:4, 1772:9, 1774:4, 1774:7, 1779:12, 1809:22, 1809:23, 1810:4, 1813:16, 1815:11, 1816:4, 1836:5, 1836:22, 1849:22, 1850:19
**conspiratorial** [1] - 1839:12
**conspire** [4] - 1711:19, 1711:20, 1711:21
**conspired** [1] - 1668:9
**conspiring** [4] - 1711:6, 1773:25, 1774:2, 1801:18
**Constitution** [1] - 1867:1
**constitutional** [2] - 1790:25, 1866:4
**constitutionally** [1] - 1866:24
**consult** [1] - 1768:13
**Cont'd** [3] - 1722:1, 1780:1, 1838:2
**Cont'd** [1] - 1676:1
**contact** [8] - 1686:1, 1699:16, 1764:17, 1790:10, 1790:12, 1790:13, 1791:11, 1791:12
**contained** [4] - 1663:18, 1701:18, 1717:22, 1841:24
**contemporaneous** [2] - 1796:6, 1796:7
**contempt** [2] - 1779:12
**contends** [1] - 1767:1
**content** [2] - 1820:18, 1861:12
**context** [3] - 1793:22, 1824:21, 1829:8
**contingency** [1] - 1854:1
**continually** [1] - 1817:5

**continue** [4] - 1660:5, 1700:2, 1812:4, 1869:18
**continued** [5] - 1688:14, 1779:15, 1797:22, 1817:4, 1858:16
**Continued** [11] - 1640:25, 1657:5, 1675:3, 1705:10, 1721:16, 1740:8, 1759:25, 1819:18, 1837:17, 1837:19, 1867:15
**continues** [3] - 1670:24, 1736:25, 1778:7
**Continuing** [5] - 1658:1, 1706:1, 1760:1, 1820:1, 1868:1
**continuing** [5] - 1689:1, 1798:1, 1817:5, 1831:8, 1859:1
**continuously** [1] - 1817:9
**contours** [1] - 1817:17
**contract** [4] - 1713:14, 1793:18, 1793:21, 1814:7
**contractor** [1] - 1793:20
**contrary** [1] - 1650:19
**control** [3] - 1705:5, 1718:18, 1718:20
**convenient** [1] - 1804:12
**conversation** [49] - 1654:2, 1660:15, 1664:14, 1680:8, 1684:19, 1687:15, 1693:10, 1694:10, 1698:13, 1703:11, 1707:25, 1719:24, 1730:12, 1742:17, 1743:19, 1744:24, 1745:6, 1745:10, 1745:11, 1750:8, 1750:11, 1750:14, 1766:4, 1766:7, 1768:9, 1768:18, 1768:21, 1778:19, 1778:22, 1811:25, 1812:6, 1812:16, 1812:24, 1813:7, 1813:21, 1813:24, 1814:13, 1815:18, 1821:12, 1821:14, 1821:16, 1829:20, 1835:15, 1860:1, 1860:2, 1862:9
**conversations** [50] - 1663:21, 1664:7, 1664:12, 1676:4, 1687:10, 1708:16, 1710:4, 1712:22, 1749:3, 1767:11, 1778:2, 1778:4, 1778:17, 1780:12, 1780:14, 1780:15, 1780:18, 1782:14, 1801:10, 1801:16, 1802:1, 1802:11, 1802:19, 1802:21, 1802:22, 1802:23, 1802:25, 1803:23, 1806:3, 1806:10, 1806:22, 1807:1, 1807:6, 1807:10, 1807:22, 1808:4, 1808:19, 1812:10, 1814:6, 1814:7, 1817:4, 1821:12, 1821:18, 1834:23, 1835:2, 1835:3, 1847:14, 1851:15
**convert** [1] - 1805:2
**convict** [1] - 1650:14
**convicted** [1] - 1866:4
**convince** [1] - 1818:21
**cool** [2] - 1828:13, 1830:25
**cooperated** [1] - 1677:12
**cooperating** [9] - 1683:4, 1683:7, 1683:17, 1683:25, 1688:13, 1724:15, 1777:10, 1782:11, 1841:11
**cooperator** [13] - 1664:10, 1680:21, 1682:21, 1682:22, 1724:18, 1780:16, 1781:15, 1782:3, 1782:15, 1784:11, 1784:14, 1786:2, 1830:14

**cooperators** [2] - 1785:22, 1825:19
**coordinate** [2] - 1699:3, 1699:14
**cop** [1] - 1757:23
**copied** [2] - 1714:4, 1714:5
**copies** [5] - 1796:2, 1796:6, 1850:10, 1850:11
**copy** [5] - 1709:21, 1709:24, 1710:2, 1796:2, 1796:3
**corner** [1] - 1826:22
**correct** [14] - 1640:22, 1658:21, 1661:1, 1661:6, 1663:2, 1663:6, 1665:10, 1665:13, 1715:19, 1717:22, 1738:21, 1738:24, 1748:25, 1756:8
**corrected** [4] - 1662:25, 1715:13, 1715:16
**correction** [1] - 1800:18
**correctional** [1] - 1713:13
**corrections** [4] - 1793:1, 1797:5, 1797:14, 1797:21
**corroborate** [2] - 1683:15, 1841:8
**corroborated** [3] - 1729:19, 1841:9, 1846:23
**corroboration** [1] - 1841:14
**corrupt** [2] - 1704:4, 1815:13
**corrupted** [1] - 1844:7
**corrupter** [1] - 1815:12
**corrupting** [1] - 1644:15
**corruption** [1] - 1831:22
**corruptly** [7] - 1640:16, 1640:19, 1711:15, 1749:7, 1771:5, 1772:18, 1783:11
**cost** [5] - 1706:13, 1761:19, 1761:25, 1762:4, 1762:6
**costs** [2] - 1756:7, 1756:10
**couched** [2] - 1746:16
**couching** [1] - 1749:21
**counsel** [2] - 1722:16, 1775:1
**count** [6] - 1772:7, 1772:9, 1772:24, 1773:1, 1773:7, 1773:8
**Count** [4] - 1640:13, 1792:22, 1808:22, 1808:23
**country** [5] - 1813:4, 1831:8, 1853:12, 1853:15, 1866:23
**counts** [4] - 1721:7, 1772:5, 1772:12, 1772:21
**County** [1] - 1765:11
**couple** [6] - 1727:10, 1743:1, 1759:22, 1769:9, 1770:11, 1866:14
**coupled** [1] - 1780:24
**course** [15] - 1641:11, 1702:12, 1727:18, 1736:23, 1736:24, 1770:25, 1779:6, 1781:3, 1814:3, 1815:18, 1816:2, 1868:16, 1868:17, 1868:19
**COURT** [53] - 1639:1, 1640:2, 1640:10, 1640:14, 1640:20, 1640:23, 1641:2, 1642:6, 1647:7, 1647:12, 1656:19, 1688:5, 1688:9, 1690:21, 1690:24, 1691:3, 1691:7, 1691:15, 1692:14, 1702:20, 1721:9, 1728:5, 1728:8, 1728:11, 1739:21, 1739:24, 1740:3,

1740:6, 1741:3, 1741:7, 1774:25, 1798:8, 1798:11, 1798:13, 1798:16, 1799:1, 1799:7, 1799:9, 1799:12, 1799:17, 1799:19, 1799:22, 1800:2, 1800:6, 1800:8, 1800:11, 1800:13, 1800:15, 1837:13, 1838:2, 1855:6, 1868:23, 1869:21

**Court** [4] - 1639:22, 1740:7, 1849:10, 1860:25

**court** [27] - 1692:23, 1709:1, 1713:16, 1761:23, 1775:1, 1778:11, 1794:15, 1803:2, 1803:17, 1822:1, 1822:8, 1823:14, 1823:17, 1837:18, 1838:1, 1847:7, 1848:11, 1851:7, 1851:8, 1851:9, 1851:10, 1852:8, 1852:11, 1852:14, 1868:15

**courthouse** [2] - 1803:9, 1844:13

**Courthouse** [1] - 1639:4

**courtroom** [18] - 1644:16, 1644:20, 1655:8, 1775:2, 1777:19, 1778:9, 1778:10, 1779:7, 1789:23, 1804:1, 1804:24, 1809:15, 1845:13, 1846:2, 1847:8, 1849:4, 1869:20

**cousin** [7] - 1646:2, 1650:10, 1667:18, 1668:3, 1727:23, 1729:23, 1730:2

**covered** [2] - 1811:18

**covering** [2] - 1794:14, 1841:19

**cozy** [1] - 1832:2

**crafted** [1] - 1769:18

**crafty** [1] - 1668:13

**crap** [2] - 1670:21, 1868:13

**crashed** [3] - 1659:9, 1659:16, 1660:2

**crazy** [6] - 1674:3, 1677:7, 1677:21, 1680:23, 1758:2, 1844:18

**created** [4] - 1664:11, 1715:20, 1789:9, 1842:25

**credibility** [7] - 1654:25, 1724:6, 1822:6, 1822:7, 1822:11, 1822:22, 1852:10

**credible** [1] - 1714:16

**credit** [2] - 1817:1, 1854:22

**crew** [1] - 1677:12

**crime** [43] - 1660:19, 1660:20, 1660:23, 1661:1, 1661:2, 1661:3, 1661:6, 1661:10, 1661:14, 1661:15, 1661:23, 1673:14, 1673:15, 1677:3, 1702:22, 1731:23, 1731:24, 1732:3, 1738:6, 1749:17, 1749:18, 1749:19, 1771:16, 1776:23, 1779:10, 1780:4, 1780:8, 1780:9, 1781:5, 1781:10, 1781:13, 1781:16, 1782:23, 1787:24, 1787:25, 1809:14, 1831:19, 1864:20, 1869:6

**crimes** [4] - 1645:1, 1658:24, 1702:8, 1830:15

**criminal** [34] - 1643:3, 1644:24, 1736:6, 1777:1, 1778:20, 1781:21, 1784:15, 1788:22, 1788:23, 1809:18, 1815:11, 1815:12, 1819:7, 1819:11, 1819:12, 1827:16, 1827:18, 1827:20,

1835:8, 1836:5, 1849:22, 1849:24, 1850:18, 1850:21, 1850:23, 1851:5, 1851:21, 1853:22, 1853:25, 1854:2, 1857:7, 1866:2, 1866:10, 1867:14

**criminality** [1] - 1824:25

**criminally** [1] - 1805:21

**criminals** [8] - 1643:4, 1672:17, 1676:13, 1678:19, 1678:23, 1745:21, 1747:7, 1850:15

**critical** [1] - 1684:14

**critically** [1] - 1756:21

**crop** [1] - 1734:10

**cross** [35] - 1648:3, 1657:4, 1663:13, 1663:15, 1669:1, 1671:6, 1671:10, 1673:13, 1683:20, 1727:15, 1731:5, 1738:13, 1738:17, 1739:2, 1746:16, 1748:21, 1765:3, 1767:2, 1777:18, 1797:13, 1820:23, 1821:10, 1826:11, 1828:22, 1831:6, 1831:8, 1833:13, 1834:2, 1834:11, 1835:10, 1842:11, 1847:12, 1847:13, 1849:6, 1851:25

**cross-examination** [23] - 1648:3, 1663:13, 1663:15, 1671:6, 1671:10, 1673:13, 1683:20, 1727:15, 1738:13, 1746:16, 1748:21, 1765:3, 1767:2, 1797:13, 1820:23, 1821:10, 1826:11, 1828:22, 1831:6, 1833:13, 1834:11, 1835:10, 1849:6

**cross-examine** [1] - 1657:4

**cross-to-kill** [1] - 1831:8

**crucially** [1] - 1831:6

**crumbs** [1] - 1851:22

**cryptic** [1] - 1749:25

**crystal** [1] - 1673:3

**cultural** [3] - 1801:8, 1840:24, 1841:20

**cup** [1] - 1832:2

**cured** [1] - 1840:11

**curiosity** [1] - 1816:7

**curious** [1] - 1857:14

**currency** [1] - 1859:15

**curtail** [1] - 1799:22

**customer** [1] - 1716:13

**cut** [6] - 1697:2, 1697:13, 1697:16, 1698:5, 1777:6, 1818:5

**cuts** [1] - 1818:6

**cutting** [2] - 1697:8, 1697:24

**cynical** [3] - 1789:20, 1789:21, 1790:9

---

**D**

---

**D'Alessadro** [1] - 1729:21

**d'ALESSANDRO** [1] - 1688:7

**D'ALESSANDRO** [29] - 1639:14, 1640:7, 1640:11, 1640:13, 1640:15, 1640:22, 1642:5, 1642:7, 1647:8, 1647:15, 1656:21, 1658:1, 1659:21, 1660:7, 1673:1, 1673:3, 1673:23, 1674:15, 1676:1, 1678:4, 1687:19, 1688:10, 1689:1, 1690:23, 1691:11,

1691:17, 1692:16, 1702:21, 1706:1

**D'Alessandro** [25] - 1641:21, 1642:4, 1691:16, 1721:9, 1726:1, 1727:15, 1731:6, 1735:7, 1744:11, 1744:15, 1744:22, 1746:14, 1750:7, 1763:23, 1768:3, 1769:25, 1775:17, 1778:23, 1779:4, 1797:12, 1797:19, 1811:15, 1814:4, 1823:21, 1859:3

**D'Alessandro's** [2] - 1722:8, 1782:20

**D'Alessandro** [1] - 1780:19

**dad** [1] - 1686:5

**Dadanawa** [1] - 1690:10

**Dade** [1] - 1793:8

**dancer** [1] - 1827:4, 1844:20

**dancing** [2] - 1685:21, 1686:19

**dangerous** [1] - 1847:17

**dangle** [1] - 1704:5

**DANIEL** [1] - 1639:15

**Daniel** [1] - 1642:11

**dare** [1] - 1643:11

**Darmuid** [2] - 1708:9, 1820:6

**dastardly** [1] - 1825:5

**Dataram** [9] - 1645:21, 1646:19, 1647:19, 1684:1, 1684:2, 1685:3, 1692:12, 1693:5, 1711:22

**date** [7] - 1647:19, 1663:3, 1710:6, 1770:19, 1849:7, 1849:8, 1869:22

**dated** [2] - 1775:12, 1820:8

**dates** [1] - 1809:20

**daughter** [1] - 1867:4

**Dave** [6] - 1687:10, 1690:16, 1694:3, 1697:6, 1699:23, 1703:2

**David** [72] - 1658:10, 1662:16, 1664:9, 1666:25, 1668:8, 1670:14, 1680:9, 1681:24, 1683:6, 1683:10, 1683:16, 1683:25, 1686:24, 1699:18, 1699:19, 1704:8, 1704:9, 1704:11, 1704:13, 1704:20, 1705:1, 1706:7, 1707:15, 1713:17, 1713:19, 1713:21, 1713:23, 1713:25, 1714:5, 1714:9, 1714:10, 1719:18, 1744:17, 1745:24, 1747:12, 1747:14, 1750:1, 1753:9, 1753:13, 1759:4, 1764:3, 1764:17, 1764:20, 1770:17, 1770:18, 1770:20, 1770:22, 1770:23, 1785:23, 1787:7, 1792:13, 1792:14, 1792:24, 1793:1, 1795:14, 1796:10, 1796:12, 1801:18, 1809:25, 1825:11, 1825:12, 1825:18, 1825:19, 1826:2, 1842:6, 1845:16

**David's** [2] - 1764:16, 1787:10

**days** [11] - 1717:10, 1758:25, 1759:5, 1776:11, 1788:7, 1793:12, 1836:9, 1840:9, 1855:14, 1860:19

**DC** [2] - 1687:9, 1866:7

**DEA** [7] - 1697:3, 1697:8, 1697:12, 1697:16, 1697:25, 1698:5, 1865:12

**dead** [1] - 1646:8

**deal** [32] - 1650:11, 1667:20, 1667:23, 1668:4, 1673:8, 1674:17, 1687:21, 1687:25, 1692:17, 1692:19, 1693:5,

1693:6, 1694:3, 1694:5, 1697:3, 1697:8, 1697:13, 1697:16, 1697:24, 1698:5, 1703:4, 1704:12, 1707:13, 1708:7, 1708:14, 1708:25, 1709:1, 1720:8, 1723:4, 1730:13, 1798:3, 1862:14

**dealer** [10] - 1650:10, 1667:16, 1668:2, 1669:16, 1669:18, 1712:10, 1729:24, 1730:11, 1813:12, 1813:15

**dealing** [11] - 1655:23, 1669:10, 1694:22, 1715:6, 1728:1, 1728:20, 1729:13, 1730:6, 1730:24, 1731:22, 1787:12

**dealings** [2] - 1762:18, 1787:10

**deals** [3] - 1660:1, 1686:8, 1777:24

**dealt** [2] - 1720:4, 1765:14

**dear** [1] - 1735:19

**death** [3] - 1651:6, 1651:22, 1677:7

**Deb** [5] - 1768:3, 1768:6, 1768:22, 1831:24, 1832:1

**Deborah** [1] - 1788:16

**deceitful** [1] - 1830:14

**deceive** [1] - 1660:3

**December** [1] - 1719:12

**decent** [2] - 1832:19

**decide** [9] - 1680:1, 1680:4, 1713:9, 1723:1, 1747:19, 1749:22, 1753:24, 1774:21, 1868:14

**decided** [4] - 1643:1, 1643:2, 1658:6, 1666:12

**decides** [1] - 1778:8

**deciding** [1] - 1771:14

**decipherable** [1] - 1749:25

**decision** [1] - 1666:17

**decisions** [4] - 1643:20, 1666:11, 1685:6, 1771:12

**declare** [1] - 1717:21

**dedicated** [1] - 1789:17

**deed** [1] - 1851:24

**defend** [2] - 1841:3, 1847:2

**defendant** [9] - 1644:17, 1644:21, 1645:3, 1714:10, 1714:12, 1719:5, 1721:7, 1777:21, 1869:7

**Defendant's** [1] - 1786:19

**defendant's** [5] - 1641:24, 1666:24, 1691:19, 1711:5, 1714:20

**Defendants** [2] - 1639:6, 1639:17

**defendants** [16] - 1641:23, 1642:12, 1642:15, 1642:20, 1643:1, 1643:9, 1646:14, 1658:13, 1702:17, 1710:22, 1713:1, 1713:9, 1716:2, 1718:3, 1718:10, 1720:20

**defendants'** [1] - 1716:7

**defending** [1] - 1645:1

**Defense** [1] - 1784:2

**defense** [49] - 1642:1, 1643:4, 1644:25, 1668:8, 1671:18, 1714:22, 1767:10, 1767:11, 1777:8, 1777:9, 1778:12, 1789:4, 1797:8, 1797:9, 1797:10, 1798:4, 1802:23, 1803:14,

1803:16, 1804:7, 1809:18, 1810:17, 1817:21, 1818:22, 1819:16, 1819:17, 1830:8, 1835:14, 1845:3, 1845:4, 1845:5, 1845:8, 1845:19, 1845:24, 1846:1, 1846:2, 1846:16, 1848:15, 1849:8, 1854:14, 1866:2, 1866:23, 1866:24, 1866:25, 1868:3, 1868:19

**defense's** [1] - 1664:21

**defer** [1] - 1827:19

**defined** [1] - 1841:3

**defining** [1] - 1795:11

**definitely** [2] - 1681:13, 1686:7

**degree** [1] - 1846:15

**degrees** [1] - 1846:13

**Delfield** [2] - 1731:17, 1732:8

**deliberate** [2] - 1742:10, 1775:6

**deliberately** [1] - 1839:4

**deliberations** [1] - 1869:13

**deliver** [1] - 1724:21

**delivering** [1] - 1724:22

**Delvan** [1] - 1787:9

**demanded** [1] - 1830:19

**demanding** [1] - 1863:3

**demands** [3] - 1808:6, 1808:8, 1809:13

**demeanor** [4] - 1714:15, 1714:16, 1834:9, 1834:11

**Denney** [1] - 1788:17

**deny** [1] - 1814:10

**Department** [3] - 1793:19, 1794:25, 1795:5

**deposed** [1] - 1822:2

**deposit** [1] - 1859:18

**deposited** [1] - 1859:13

**deposition** [3] - 1822:10, 1849:6, 1852:9

**depth** [1] - 1815:7

**describe** [9] - 1669:15, 1669:17, 1682:1, 1682:4, 1710:6, 1797:5, 1804:8, 1805:18, 1806:2

**described** [9] - 1649:17, 1669:11, 1669:14, 1715:6, 1716:14, 1761:11, 1802:18, 1830:23, 1855:8

**describes** [4] - 1683:8, 1703:1, 1832:17, 1832:18

**describing** [3] - 1719:9, 1760:3, 1850:12

**description** [5] - 1696:18, 1714:19, 1716:14, 1791:14, 1865:13

**descriptions** [1] - 1850:1

**deserves** [1] - 1837:8

**design** [4] - 1718:6, 1718:24, 1807:5, 1807:9

**designed** [2] - 1718:15, 1720:14

**designs** [1] - 1718:17

**desire** [2] - 1712:7, 1854:7

**desk** [3] - 1857:24, 1858:4, 1858:14

**despise** [1] - 1791:6

**despite** [6] - 1789:17, 1789:18, 1811:4, 1832:17, 1833:9

**destroy** [1] - 1831:5

**destroyed** [1] - 1776:21

**detail** [1] - 1822:5

**detailed** [2] - 1738:1, 1752:22

**details** [3] - 1779:9, 1816:9, 1817:17

**detainees** [1] - 1786:8

**detective** [2] - 1788:19, 1793:11

**determine** [5] - 1651:17, 1655:10, 1731:15, 1869:5

**deterred** [1] - 1720:21

**devastating** [4] - 1664:20, 1664:25, 1683:13, 1699:23

**develop** [1] - 1789:15, 1824:20, 1831:12

**device** [7] - 1667:5, 1668:13, 1672:4, 1704:18, 1806:3, 1807:4, 1807:9

**devices** [2] - 1705:3, 1802:11

**difference** [3] - 1655:12, 1657:3, 1733:15

**differences** [1] - 1658:2

**different** [32] - 1655:3, 1658:21, 1661:4, 1663:25, 1706:24, 1711:9, 1723:15, 1729:1, 1729:20, 1731:4, 1732:12, 1736:9, 1738:15, 1753:8, 1757:12, 1765:16, 1767:2, 1767:21, 1786:7, 1806:23, 1834:12, 1838:18, 1839:18, 1840:14, 1841:14, 1842:17, 1844:14, 1853:4, 1855:24, 1866:1, 1868:10

**difficult** [4] - 1752:5, 1778:19, 1778:22, 1801:19

**difficulty** [1] - 1778:6

**digests** [1] - 1718:21

**dilemma** [1] - 1669:21

**diligence** [2] - 1789:18, 1867:7

**direct** [11] - 1657:3, 1664:15, 1667:22, 1727:22, 1728:14, 1766:18, 1767:3, 1768:7, 1834:3, 1834:8

**directed** [2] - 1692:1, 1702:4

**directing** [1] - 1808:14, 1853:1

**direction** [1] - 1780:18

**directly** [7] - 1641:8, 1659:24, 1704:8, 1715:18, 1727:22, 1728:3, 1731:20

**directory** [2] - 1647:9, 1690:11

**dirty** [1] - 1851:24

**disagree** [2] - 1695:20

**disagreement** [1] - 1801:23

**disappeared** [1] - 1831:1

**disappearing** [1] - 1824:13

**disappears** [1] - 1825:9

**discharging** [1] - 1837:8

**disciplinary** [1] - 1866:9

**discovery** [1] - 1782:10

**discretion** [3] - 1679:23, 1744:14, 1777:6

**discuss** [5] - 1680:18, 1690:25, 1739:25, 1752:24, 1795:10, 1798:13, 1869:10, 1869:14

**discussed** [8] - 1681:2, 1683:18, 1743:8, 1752:23, 1753:14, 1753:18,

1766:8, 1825:23

**discussing** [2] - 1706:15, 1853:8
**discussion** [8] - 1660:10, 1680:15, 1687:3, 1704:17, 1735:15, 1743:4, 1782:12, 1782:13
**discussions** [4] - 1672:23, 1707:15, 1707:25, 1708:2
**disguise** [4] - 1706:11, 1747:5, 1747:22, 1749:20
**disguised** [2] - 1746:17, 1746:20
**disguises** [3] - 1748:13, 1749:19, 1755:23
**dishes** [1] - 1803:5
**dismantle** [1] - 1725:3
**dismantles** [1] - 1833:3
**dismantling** [1] - 1725:2
**dispute** [10] - 1646:13, 1713:12, 1713:13, 1713:17, 1713:18, 1713:20, 1713:24, 1715:4, 1716:6, 1716:8
**dissuade** [1] - 1659:6
**dissuading** [2] - 1677:8, 1677:9
**distance** [1] - 1789:15
**distinction** [1] - 1666:3
**distract** [1] - 1682:9
**distracted** [4] - 1660:8, 1660:9, 1671:14, 1673:25
**DISTRICT** [3] - 1639:1, 1639:1, 1639:10
**divide** [4] - 1801:8, 1840:25, 1841:20
**Dockers** [1] - 1654:11
**document** [22] - 1662:9, 1662:22, 1662:23, 1662:25, 1663:3, 1663:5, 1663:12, 1663:18, 1664:1, 1670:16, 1701:19, 1709:16, 1716:20, 1720:12, 1736:17, 1820:24, 1822:16, 1822:18, 1823:2, 1834:6, 1848:13, 1868:17
**documentation** [1] - 1851:11
**documents** [12] - 1717:14, 1719:6, 1721:4, 1770:8, 1801:12, 1820:16, 1820:17, 1851:14, 1852:25, 1853:12, 1857:24
**dodge** [1] - 1762:19
**dogs** [1] - 1645:13
**dollars** [15] - 1704:17, 1712:11, 1744:14, 1745:22, 1745:23, 1747:6, 1747:7, 1747:8, 1750:3, 1753:2, 1761:18, 1762:2, 1762:6, 1819:9, 1819:12
**Donald** [10] - 1645:8, 1645:15, 1646:12, 1649:6, 1649:14, 1649:18, 1651:6, 1677:11, 1837:4
**done** [36] - 1644:2, 1677:4, 1678:9, 1678:23, 1689:17, 1689:18, 1690:18, 1691:12, 1693:5, 1695:3, 1696:6, 1696:8, 1719:3, 1725:17, 1756:15, 1757:4, 1765:13, 1767:3, 1769:8, 1785:17, 1789:1, 1799:4, 1799:11, 1800:1, 1800:3, 1809:2, 1810:10, 1810:25, 1817:25, 1829:5, 1829:6, 1832:18, 1837:10, 1854:25, 1855:5,

1855:25

**door** [4] - 1653:12, 1653:13, 1655:7, 1831:25
**doors** [1] - 1691:8
**dope** [1] - 1830:15
**double** [1] - 1813:25
**doubt** [23] - 1641:25, 1644:14, 1658:7, 1698:10, 1722:6, 1746:9, 1748:19, 1756:24, 1766:23, 1769:24, 1770:6, 1771:19, 1772:10, 1772:22, 1773:7, 1774:18, 1780:24, 1823:7, 1846:7, 1863:6, 1864:16, 1869:6
**down** [50] - 1645:13, 1659:5, 1660:9, 1671:24, 1672:1, 1673:25, 1681:12, 1687:8, 1694:2, 1694:19, 1695:12, 1699:4, 1700:8, 1706:22, 1707:22, 1707:23, 1708:6, 1709:22, 1710:16, 1712:23, 1714:4, 1734:8, 1747:11, 1751:5, 1752:21, 1768:2, 1772:20, 1773:15, 1774:20, 1785:23, 1792:16, 1793:8, 1795:6, 1796:13, 1809:4, 1812:7, 1813:8, 1813:22, 1813:24, 1816:14, 1822:9, 1822:15, 1823:11, 1825:19, 1830:23, 1832:23, 1838:7, 1838:9, 1856:19, 1860:5
**downplay** [1] - 1683:20
**draft** [7] - 1706:20, 1707:17, 1826:13, 1843:20, 1850:16, 1868:7
**drafted** [1] - 1712:19
**drafts** [1] - 1706:25
**drain** [1] - 1659:15
**dramatic** [1] - 1834:10
**draw** [2] - 1641:18, 1752:5
**drawer** [2] - 1859:4, 1859:7
**dressed** [1] - 1648:18
**drive** [8] - 1649:11, 1649:15, 1659:13, 1682:16, 1717:20, 1761:19, 1832:24
**drive-by** [3] - 1649:11, 1649:15, 1832:24
**driving** [3] - 1643:19, 1643:22, 1658:20
**drop** [3] - 1775:20, 1775:22, 1850:24
**dropped** [9] - 1824:25, 1826:4, 1826:5, 1826:9, 1826:16, 1826:20, 1827:3, 1827:6, 1830:1
**drug** [33] - 1645:20, 1645:22, 1650:9, 1650:11, 1664:11, 1667:15, 1667:20, 1668:2, 1668:4, 1669:10, 1669:16, 1669:18, 1683:10, 1683:12, 1685:12, 1702:24, 1712:10, 1729:23, 1730:11, 1730:13, 1734:5, 1787:10, 1790:4, 1813:12, 1813:14, 1837:2, 1841:7, 1841:13, 1849:2, 1849:19
**Drug** [1] - 1697:16
**drugs** [15] - 1645:5, 1645:25, 1669:8, 1684:2, 1684:20, 1692:19, 1702:11, 1707:5, 1730:6, 1730:15, 1785:9, 1801:20, 1801:21, 1849:2
**dry** [1] - 1777:6
**dumb** [1] - 1764:8

**dumbest** [1] - 1851:20
**duplicated** [2] - 1785:20
**duplicating** [1] - 1853:7
**during** [21] - 1641:11, 1643:6, 1644:13, 1649:3, 1661:24, 1663:9, 1663:13, 1667:18, 1689:2, 1731:5, 1773:16, 1781:2, 1781:24, 1786:21, 1812:24, 1814:2, 1821:16, 1838:10, 1842:10, 1842:22, 1852:19
**duty** [11] - 1742:3, 1742:17, 1744:1, 1745:13, 1745:14, 1777:10, 1781:9, 1790:25, 1796:1, 1816:13, 1816:17
**DX** [1] - 1786:19
**dying** [2] - 1649:7, 1649:18

# E

**e-mail** [17] - 1664:14, 1681:8, 1687:4, 1712:14, 1717:11, 1763:22, 1764:1, 1764:2, 1764:4, 1764:11, 1764:12, 1767:23, 1767:25, 1790:19, 1843:4, 1855:22
**e-mailed** [2] - 1681:10, 1843:5
**e-mails** [5] - 1828:3, 1828:7, 1850:3, 1850:10, 1850:12
**ear** [2] - 1774:18, 1800:8, 1800:12
**early** [2] - 1801:3, 1812:6
**ears** [1] - 1862:7
**earth** [5] - 1792:24, 1810:10, 1824:13, 1851:21, 1864:21
**easier** [4] - 1723:1, 1772:13, 1812:1, 1832:9
**easily** [4] - 1742:5, 1846:11, 1850:19, 1850:20
**East** [1] - 1639:22
**EASTERN** [1] - 1639:1
**easy** [3] - 1704:4, 1830:1
**eavesdropping** [2] - 1800:21, 1801:7
**echo** [3] - 1778:23, 1779:3, 1834:24
**education** [1] - 1831:8
**Edward** [2] - 1714:22, 1797:9
**eerily** [1] - 1649:17
**effect** [1] - 1803:9
**effective** [1] - 1866:24
**effectively** [1] - 1692:24
**effort** [3] - 1732:3, 1808:6, 1818:22
**efforts** [12] - 1666:21, 1666:24, 1686:21, 1691:19, 1691:20, 1700:2, 1704:19, 1711:5, 1752:3, 1814:22, 1815:5, 1867:9
**eight** [12] - 1656:7, 1656:21, 1666:23, 1684:9, 1691:22, 1759:22, 1760:15, 1815:17, 1848:12, 1848:16, 1860:15
**either** [6] - 1676:7, 1708:7, 1711:25, 1823:24, 1842:8
**electricity** [2] - 1659:2, 1659:15
**electronics** [1] - 1724:25
**element** [6] - 1771:17, 1771:18, 1772:3, 1772:10, 1773:18, 1846:6

**elements** [4] - 1771:16, 1771:17, 1795:8, 1806:2
**elevated** [1] - 1797:20
**Eleven** [1] - 1792:22
**eliminate** [2] - 1830:12, 1831:5
**eliminating** [1] - 1831:21
**elmo** [1] - 1842:5
**Elmo** [3] - 1647:6, 1747:16, 1752:18
**elsewhere** [1] - 1869:8
**email** [21] - 1647:16, 1647:21, 1750:8, 1751:6, 1751:9, 1751:11, 1751:12, 1751:14, 1751:15, 1751:21, 1751:22, 1752:2, 1752:8, 1752:9, 1752:10, 1752:14, 1752:16, 1757:19, 1809:3
**emails** [1] - 1751:17
**embrace** [1] - 1833:9
**embraced** [1] - 1857:8
**embroidered** [1] - 1845:9
**emergency** [1] - 1863:24
**emphasize** [3] - 1776:3, 1810:22, 1840:15
**emphasized** [1] - 1776:4
**employee** [5] - 1754:16, 1757:21, 1757:24, 1794:7, 1794:8
**employees** [1] - 1670:13
**employer** [1] - 1787:6
**encourage** [1] - 1845:15
**encouraging** [1] - 1819:7
**end** [17] - 1664:24, 1719:12, 1737:9, 1756:25, 1761:10, 1765:23, 1775:5, 1777:22, 1778:1, 1825:17, 1831:1, 1853:9, 1854:10, 1856:5, 1864:13, 1868:5, 1868:25
**ends** [1] - 1735:16
**enemies** [1] - 1668:9
**energy** [2] - 1814:22, 1815:5
**enforce** [2] - 1851:9, 1851:10
**enforced** [1] - 1866:5
**enforcement** [2] - 1672:16, 1731:3
**Enforcement** [1] - 1697:16
**engage** [2] - 1819:7, 1853:22
**engaged** [5] - 1660:10, 1661:17, 1702:3, 1788:23, 1831:13
**engineering** [1] - 1780:11
**England** [2] - 1720:7
**English** [1] - 1718:12
**ensues** [1] - 1857:23
**entered** [1] - 1771:20
**Enterprise** [1] - 1686:7
**entertainment** [1] - 1816:24
**enthusiasm** [2] - 1854:6, 1868:2
**entire** [5] - 1734:4, 1757:15, 1762:14, 1820:13, 1838:10
**entitled** [4] - 1846:15, 1848:13, 1866:23, 1866:24
**entrepreneur** [5] - 1667:15, 1668:18, 1668:23, 1669:5, 1734:13
**entries** [1] - 1790:18
**entry** [1] - 1792:13

**envelope** [3] - 1850:17, 1850:22, 1851:25
**episode** [2] - 1838:11
**epithets** [1] - 1812:17
**equally** [2] - 1722:23, 1774:3
**equipment** [65] - 1716:22, 1716:25, 1717:3, 1717:4, 1717:25, 1719:4, 1719:11, 1719:14, 1719:17, 1719:25, 1720:6, 1720:8, 1720:9, 1720:10, 1720:13, 1757:18, 1757:19, 1758:9, 1758:11, 1758:15, 1758:17, 1758:18, 1758:22, 1759:10, 1759:11, 1760:21, 1761:21, 1762:1, 1762:3, 1762:4, 1762:12, 1762:15, 1762:21, 1763:13, 1772:21, 1772:23, 1773:3, 1782:4, 1782:7, 1800:21, 1801:7, 1801:11, 1802:4, 1802:10, 1804:3, 1804:9, 1804:14, 1804:22, 1805:13, 1805:22, 1806:7, 1806:9, 1806:24, 1807:15, 1808:6, 1808:9, 1808:12, 1808:19, 1808:21, 1809:3, 1851:8, 1851:18
**ESQ** [4] - 1639:17, 1639:17, 1639:19, 1639:20
**Esquire** [1] - 1786:25
**essential** [1] - 1806:11
**essentially** [4] - 1756:14, 1759:21, 1773:22, 1785:12
**establish** [3] - 1789:6, 1822:20, 1822:21
**established** [1] - 1788:25
**establishes** [1] - 1788:22
**estate** [2] - 1706:9, 1706:13
**estimate** [1] - 1799:4
**et** [2] - 1700:16
**ethical** [1] - 1867:1
**Europe** [4] - 1645:24, 1684:2, 1684:22, 1835:11
**evaluate** [4] - 1654:24, 1726:23, 1753:23, 1771:10
**evaluating** [1] - 1811:23
**EVAN** [1] - 1639:17
**Evan** [1] - 1862:11
**evaporate** [1] - 1830:16
**evasive** [2] - 1656:11, 1658:6
**evening** [1] - 1869:19
**event** [1] - 1770:12
**events** [3] - 1793:25, 1806:24, 1857:19
**everyday** [3] - 1655:6, 1655:9, 1722:2
**everywhere** [1] - 1846:24
**evidence** [105] - 1641:9, 1641:11, 1641:14, 1641:17, 1644:4, 1648:25, 1652:7, 1656:18, 1660:3, 1663:11, 1664:7, 1671:19, 1679:4, 1679:17, 1679:20, 1683:13, 1684:14, 1684:15, 1685:15, 1689:4, 1690:13, 1691:22, 1699:15, 1701:21, 1710:13, 1711:3, 1713:23, 1716:9, 1716:23, 1720:2, 1721:2, 1721:4, 1721:6, 1722:7, 1722:12, 1724:4, 1742:15, 1743:18, 1745:3, 1745:15, 1749:10, 1749:16,

1749:17, 1749:18, 1749:19, 1750:5, 1756:1, 1756:2, 1758:25, 1760:16, 1761:17, 1761:20, 1761:22, 1762:17, 1762:23, 1767:24, 1769:23, 1771:11, 1772:13, 1774:16, 1775:9, 1775:17, 1775:20, 1775:21, 1775:22, 1776:7, 1776:17, 1776:21, 1777:14, 1780:14, 1781:20, 1787:18, 1789:6, 1789:14, 1789:20, 1789:21, 1803:6, 1803:7, 1804:18, 1805:5, 1805:8, 1805:10, 1826:11, 1826:12, 1826:13, 1830:9, 1830:24, 1831:12, 1841:19, 1842:23, 1842:25, 1844:21, 1846:13, 1847:4, 1854:25, 1859:10, 1859:11, 1866:15, 1866:16, 1868:5
**evil** [1] - 1816:5
**Ex** [4] - 1690:8, 1717:12, 1717:15, 1762:5
**ex** [1] - 1646:7
**ex-police** [1] - 1646:7
**exact** [1] - 1809:20
**exactly** [27] - 1652:18, 1653:7, 1654:8, 1660:7, 1681:17, 1687:19, 1689:18, 1689:23, 1690:5, 1693:4, 1698:20, 1743:16, 1752:16, 1758:21, 1759:16, 1760:9, 1765:1, 1767:22, 1808:24, 1815:4, 1816:18, 1818:3, 1818:17, 1832:5, 1852:9, 1852:11
**examination** [32] - 1648:3, 1663:13, 1663:15, 1671:6, 1671:10, 1673:13, 1683:20, 1727:15, 1731:5, 1738:13, 1738:18, 1739:2, 1746:16, 1748:21, 1765:3, 1766:18, 1767:2, 1767:4, 1768:8, 1797:13, 1820:23, 1821:10, 1826:11, 1828:22, 1828:23, 1831:6, 1833:13, 1834:8, 1834:11, 1835:10, 1842:11, 1849:6
**examine** [2] - 1657:4, 1814:5, 1834:2
**examined** [4] - 1669:1, 1828:7, 1847:13
**example** [14] - 1660:17, 1661:24, 1664:6, 1710:10, 1742:1, 1742:2, 1745:8, 1745:17, 1750:11, 1764:19, 1765:23, 1770:14, 1783:8
**examples** [2] - 1710:6, 1712:25
**excellent** [2] - 1856:23
**exciting** [2] - 1855:13
**exclusive** [2] - 1814:14, 1827:16
**exclusively** [1] - 1779:1
**excuse** [7] - 1645:23, 1648:20, 1664:7, 1686:14, 1728:5, 1739:21, 1829:24
**excuses** [1] - 1685:24
**execution** [1] - 1652:1
**executioners** [2] - 1648:22, 1654:9
**Exed** [1] - 1802:14
**exercise** [1] - 1770:11
**Exhibit** [18] - 1691:25, 1713:22, 1714:3, 1714:20, 1716:9, 1716:23, 1717:17, 1751:16, 1752:1, 1754:23, 1758:10, 1764:14, 1770:14, 1775:9,

1784:2, 1786:19, 1804:7, 1863:18
  **exhibit** [7] - 1663:14, 1791:8, 1804:18,
1826:23, 1840:22
  **exhibits** [3] - 1641:11, 1786:20,
1840:23
  **exist** [4] - 1745:3, 1749:8, 1767:14,
1802:2
  **existed** [2] - 1749:8, 1785:13
  **existence** [1] - 1745:2
  **exists** [5] - 1749:9, 1749:18, 1750:5,
1847:2, 1860:24
  **exited** [1] - 1740:2
  **expect** [7] - 1648:14, 1684:23,
1701:12, 1780:1, 1780:6, 1799:13,
1845:14
  **expecting** [1] - 1786:24
  **expects** [1] - 1778:11
  **expenses** [3] - 1819:14, 1848:20,
1854:9
  **experience** [7] - 1655:9, 1657:2,
1788:18, 1788:24, 1830:18, 1853:24,
1862:24
  **experienced** [1] - 1868:11
  **experiment** [10] - 1782:21, 1782:25,
1783:2, 1783:10, 1784:17, 1785:18,
1788:2, 1788:3, 1788:4, 1862:25
  **expert** [9] - 1661:10, 1664:21, 1736:5,
1777:1, 1777:2, 1777:3, 1804:11
  **experts** [1] - 1760:20
  **explain** [14] - 1674:16, 1682:8,
1711:11, 1712:6, 1761:5, 1771:6,
1771:17, 1772:6, 1778:3, 1778:15,
1778:20, 1778:23, 1778:25, 1846:14
  **explained** [8] - 1676:21, 1680:20,
1682:5, 1718:19, 1719:1, 1768:11,
1859:4, 1859:5
  **explaining** [7] - 1756:20, 1764:3,
1771:8, 1778:6, 1804:24, 1812:24,
1827:5
  **explains** [7] - 1651:16, 1683:9,
1689:18, 1822:4, 1822:6, 1822:7,
1834:1
  **explanation** [2] - 1714:13, 1734:4
  **explicit** [1] - 1672:10
  **explore** [2] - 1665:20, 1815:7
  **exportations** [1] - 1645:23
  **exporting** [3] - 1785:9, 1801:21,
1835:10
  **exposed** [1] - 1644:15
  **Express** [2] - 1716:10, 1761:7
  **exquisite** [2] - 1864:18, 1864:19
  **exquisitely** [1] - 1781:21
  **extension** [2] - 1794:2, 1794:5
  **extensively** [1] - 1646:16
  **extent** [3] - 1648:4, 1648:6, 1670:17
  **eye** [1] - 1686:11
  **eyes** [3] - 1656:6, 1836:21, 1861:25

**F**

  **face** [12] - 1653:5, 1653:18, 1653:22,
1654:5, 1698:17, 1715:18, 1766:15,
1769:14, 1775:7, 1851:21, 1852:13,
1868:5
  **faced** [2] - 1714:11, 1866:2
  **faces** [3] - 1656:6, 1681:24, 1682:19
  **facility** [10] - 1713:12, 1713:13,
1713:18, 1713:21, 1714:24, 1715:2,
1764:4, 1796:9, 1798:3, 1834:20
  **fact** [48] - 1641:13, 1641:23, 1723:22,
1724:4, 1725:8, 1729:2, 1730:11,
1734:19, 1734:25, 1736:2, 1737:1,
1737:17, 1742:7, 1745:2, 1749:9,
1750:4, 1754:7, 1755:4, 1756:14,
1757:5, 1757:21, 1760:19, 1761:22,
1770:21, 1771:25, 1772:7, 1778:14,
1778:15, 1789:22, 1790:17, 1791:10,
1795:19, 1801:9, 1801:15, 1807:6,
1814:12, 1824:1, 1824:8, 1824:9,
1830:8, 1833:10, 1834:20, 1840:3,
1843:23, 1844:22, 1867:6, 1867:8,
1867:9
  **facts** [11] - 1641:17, 1641:18, 1655:10,
1670:21, 1701:18, 1789:15, 1800:23,
1800:25, 1821:4, 1821:4, 1842:19
  **factual** [1] - 1843:21
  **faded** [1] - 1831:1
  **fades** [1] - 1826:1
  **failed** [2] - 1722:9, 1722:13
  **fails** [1] - 1746:7
  **failure** [1] - 1766:22
  **fair** [7] - 1794:7, 1799:18, 1808:1,
1808:3, 1833:17, 1844:6, 1868:4
  **fairly** [1] - 1795:23
  **fall** [1] - 1682:6
  **falls** [1] - 1825:9
  **false** [12] - 1661:1, 1663:21, 1664:1,
1669:19, 1702:16, 1702:17, 1711:2,
1844:8, 1846:9, 1847:11, 1868:17,
1868:18
  **falsehood** [2] - 1749:13, 1755:20
  **falsely** [1] - 1689:5
  **familiar** [3] - 1663:13, 1717:1, 1758:11
  **families** [2] - 1643:15, 1672:20
  **family** [24] - 1658:20, 1658:21,
1658:25, 1668:3, 1670:19, 1673:10,
1673:17, 1674:23, 1678:7, 1680:24,
1682:15, 1682:24, 1704:10, 1704:21,
1712:16, 1724:15, 1729:10, 1729:12,
1733:1, 1733:2, 1733:3, 1826:14,
1826:15, 1827:14
  **fancy** [3] - 1711:12, 1718:8, 1832:11
  **far** [3] - 1677:23, 1759:9, 1810:24
  **Farrah** [1] - 1667:3, 1702:23, 1703:12,
1703:13, 1757:3, 1757:8, 1827:4,
1827:7, 1844:18
  **fashion** [1] - 1702:4

  **fast** [1] - 1866:15
  **faster** [1] - 1837:8
  **fat** [1] - 1790:23
  **fatal** [2] - 1651:18, 1731:15
  **father** [1] - 1733:8
  **father's** [3] - 1697:14, 1697:19, 1701:8
  **Fatman** [2] - 1737:5, 1737:7
  **fault** [1] - 1692:14
  **favor** [2] - 1839:8, 1846:15
  **favorable** [2] - 1785:14, 1789:16
  **FBI** [3] - 1731:3, 1788:16, 1830:25
  **fear** [12] - 1643:13, 1658:12, 1658:20,
1659:13, 1672:21, 1676:7, 1676:11,
1678:20, 1682:16, 1682:17, 1712:2,
1847:24
  **Fed** [5] - 1690:8, 1717:12, 1717:15,
1762:5, 1802:14
  **Federal** [3] - 1716:9, 1761:7, 1857:22
  **federal** [9] - 1713:15, 1720:21,
1720:23, 1783:15, 1786:1, 1794:21,
1794:22, 1818:21, 1855:21
  **federally** [1] - 1793:23
  **feds** [1] - 1684:1
  **fee** [3] - 1661:5, 1850:5, 1853:24
  **feed** [1] - 1692:13
  **fees** [1] - 1854:1
  **feet** [2] - 1759:21, 1836:5
  **fell** [2] - 1643:25, 1868:9
  **fellow** [1] - 1694:4
  **felt** [1] - 1869:3
  **female** [3] - 1742:24, 1750:19, 1824:10
  **females** [1] - 1843:14
  **few** [4] - 1645:2, 1654:18, 1688:1,
1697:21
  **fide** [2] - 1823:18, 1845:5
  **fides** [2] - 1781:9, 1788:25
  **fifth** [1] - 1820:10
  **fighting** [3] - 1731:23, 1731:25, 1732:3
  **figures** [1] - 1854:8
  **file** [2] - 1671:21, 1743:15
  **filings** [1] - 1761:23
  **fill** [2] - 1700:17, 1856:8
  **filled** [1] - 1716:13
  **final** [1] - 1722:10
  **finally** [6] - 1673:13, 1735:6, 1751:2,
1754:9, 1773:1, 1774:10
  **financially** [1] - 1674:19, 1706:6
  **FIND** [2] - 1737:20, 1818:25
  **Findman** [1] - 1737:20
  **fine** [13] - 1671:5, 1677:8, 1696:9,
1696:22, 1699:1, 1728:10, 1734:22,
1768:14, 1798:9, 1799:20, 1833:17,
1840:8
  **Fineman** [82] - 1662:10, 1662:11,
1663:12, 1670:13, 1671:24, 1679:24,
1680:2, 1687:5, 1723:22, 1725:6,
1727:8, 1727:13, 1727:22, 1728:15,
1734:20, 1734:21, 1734:23, 1737:19,
1738:5, 1739:9, 1739:12, 1739:14,

1739:18, 1741:18, 1743:22, 1747:7,
1747:18, 1750:1, 1750:2, 1752:20,
1754:9, 1755:11, 1757:1, 1757:7,
1757:14, 1757:16, 1757:22, 1764:2,
1764:3, 1764:25, 1765:13, 1765:21,
1766:8, 1766:15, 1767:25, 1770:4,
1772:16, 1775:13, 1788:6, 1792:9,
1820:9, 1820:11, 1820:12, 1821:1,
1821:3, 1822:13, 1822:15, 1825:23,
1836:1, 1836:11, 1849:23, 1850:2,
1850:12, 1850:16, 1851:4, 1851:23,
1852:14, 1852:16, 1852:21, 1852:22,
1852:24, 1853:8, 1853:22, 1856:7,
1856:12, 1857:1, 1857:12, 1861:7
**Fineman's** [5] - 1727:11, 1764:21,
1850:3, 1850:8, 1850:9
**finger** [1] - 1699:22
**fingerprints** [2] - 1852:1, 1852:2
**finish** [6] - 1769:10, 1799:7, 1799:19,
1799:24, 1837:13, 1837:16
**finished** [3] - 1688:7, 1741:11, 1834:3
**fire** [2] - 1651:18, 1731:15
**firing** [2] - 1651:17, 1731:14
**firmly** [1] - 1847:5
**first** [44] - 1641:20, 1642:2, 1667:3,
1670:11, 1673:3, 1689:16, 1697:7,
1710:22, 1711:1, 1721:11, 1723:3,
1723:20, 1727:2, 1727:14, 1730:3,
1733:20, 1746:25, 1750:13, 1751:16,
1752:1, 1752:19, 1758:23, 1762:14,
1769:9, 1770:19, 1771:7, 1784:3,
1792:9, 1792:24, 1800:23, 1806:1,
1810:2, 1810:3, 1813:13, 1816:6,
1818:2, 1829:3, 1830:24, 1835:23,
1839:21, 1840:24, 1843:4, 1858:7,
1861:13
**fit** [2] - 1774:17, 1865:12
**five** [16] - 1685:21, 1690:13, 1690:15,
1690:23, 1712:21, 1733:18, 1733:21,
1783:17, 1783:21, 1784:9, 1784:10,
1800:7, 1820:19, 1834:3, 1853:24,
1861:15
**flash** [3] - 1717:20, 1761:19
**flat** [1] - 1668:16
**flatly** [1] - 1852:7
**flesh** [2] - 1814:22, 1851:24
**flight** [1] - 1850:9
**flip** [2] - 1660:2, 1660:9
**flipped** [4] - 1659:3, 1659:9, 1659:17
**float** [1] - 1824:3
**floor** [1] - 1697:14
**Florida** [2] - 1793:9, 1851:11
**flowers** [1] - 1750:2
**focus** [3] - 1656:20, 1725:20, 1792:8
**focused** [3] - 1658:21, 1658:25,
1699:10
**focusing** [1] - 1691:20
**FODEMAN** [4] - 1639:14, 1798:25,
1799:14, 1799:18
**Fodeman** [5] - 1739:2, 1763:24,

**folks** [3] - 1722:14, 1741:12, 1742:4
**follow** [2] - 1851:23, 1856:1
**follow-up** [1] - 1856:1
**followed** [2] - 1643:21, 1825:15
**following** [12] - 1640:1, 1691:2,
1691:6, 1741:2, 1776:12, 1787:3,
1798:15, 1798:21, 1822:2, 1829:8,
1835:18, 1838:1
**footnote** [1] - 1848:23
**forbid** [3] - 1778:2, 1778:4
**force** [2] - 1643:19, 1643:22
**forced** [1] - 1710:24
**foreign** [1] - 1716:4
**foreperson** [1] - 1773:12
**forget** [7] - 1656:25, 1658:8, 1714:22,
1770:13, 1777:8, 1778:17, 1805:21,
1853:14, 1864:8
**forgot** [4] - 1767:25, 1768:1, 1769:19,
1851:9
**forgotten** [1] - 1770:2
**form** [9] - 1749:8, 1772:16, 1782:14,
1794:24, 1795:1, 1796:13, 1796:21
**formal** [1] - 1822:10
**formed** [2] - 1695:24, 1730:9
**former** [4] - 1646:7, 1788:18, 1790:20,
1793:11
**forms** [2] - 1725:23, 1741:18
**forth** [3] - 1646:22, 1729:14, 1805:10
**forward** [1] - 1660:15
**foundation** [1] - 1805:10
**founding** [1] - 1718:13
**four** [12] - 1646:11, 1651:5, 1652:19,
1665:6, 1667:25, 1697:9, 1789:16,
1797:15, 1797:16, 1803:23, 1834:6,
1842:24
**Frank** [4] - 1786:4, 1786:5, 1786:13,
1788:14
**frankly** [2] - 1692:23, 1707:10
**fraternizes** [1] - 1843:14
**Fredboy** [4] - 1646:3, 1646:10,
1646:18, 1647:20
**free** [2] - 1784:5, 1784:7
**freely** [1] - 1710:23
**Friday** [1] - 1716:24
**friend** [4] - 1686:6, 1733:10, 1733:16,
1836:8
**friend's** [1] - 1724:24
**friendly** [1] - 1702:7
**friends** [8] - 1643:15, 1672:20,
1674:22, 1682:16, 1704:10, 1704:22,
1712:16, 1729:11
**fro** [1] - 1679:22
**front** [10] - 1704:5, 1735:3, 1742:8,
1794:18, 1811:14, 1832:1, 1832:16,
1833:11, 1840:3, 1860:12
**fronts** [1] - 1700:20
**Frost** [7] - 1796:19, 1796:21, 1797:1,
1826:21, 1826:22, 1851:2
**fucking** [2] - 1687:21, 1687:25

**Fudgey** [4] - 1646:18, 1647:20,
1790:16, 1790:22
**Fudgey's** [1] - 1646:18
**fulfilled** [1] - 1786:17
**full** [5] - 1712:21, 1775:13, 1780:17,
1808:4, 1812:3
**fundamental** [1] - 1642:17
**fundamentalist** [2] - 1843:13, 1844:4
**fuse** [2] - 1760:9

**G**

**gain** [3] - 1774:11, 1774:12, 1792:13
**game** [7] - 1645:20, 1730:18, 1756:12,
1828:4, 1828:10, 1828:18
**games** [2] - 1661:20
**gang** [9] - 1643:25, 1645:9, 1645:17,
1687:2, 1790:5, 1813:17, 1832:11,
1849:2, 1849:3
**gangsters** [1] - 1791:9
**gaping** [4] - 1838:23, 1838:24,
1862:22, 1865:2
**garage** [1] - 1697:14
**gather** [5] - 1747:9, 1752:3, 1831:11,
1843:17, 1853:16
**gathering** [1] - 1752:7
**gatherings** [1] - 1701:25
**gauge** [1] - 1654:25
**Gene** [1] - 1639:22
**gentlemen** [44] - 1644:18, 1656:4,
1668:15, 1679:2, 1690:25, 1691:18,
1706:21, 1710:10, 1715:25, 1719:20,
1721:13, 1721:14, 1722:7, 1722:22,
1736:2, 1736:23, 1737:25, 1739:6,
1739:20, 1741:10, 1741:25, 1748:18,
1749:9, 1750:4, 1753:19, 1762:8,
1762:25, 1763:12, 1764:25, 1765:15,
1765:17, 1766:22, 1769:8, 1770:2,
1770:25, 1772:8, 1773:6, 1775:2,
1791:5, 1794:6, 1797:4, 1824:16,
1828:16, 1868:4
**GEO** [3] - 1713:12, 1714:2, 1834:20
**George** [10] - 1666:25, 1677:11,
1680:21, 1682:18, 1682:25, 1704:22,
1746:1, 1754:6, 1826:9, 1844:15
**Georgetown** [5] - 1671:13, 1692:22,
1716:11, 1866:6, 1866:7
**GERALD** [1] - 1639:17
**Gerald** [4] - 1646:3, 1647:15, 1651:3,
1654:3, 1672:12, 1698:14, 1698:16,
1730:23, 1731:7, 1731:11, 1731:17
**giant** [4] - 1759:21, 1760:19, 1834:18,
1834:19
**gig** [1] - 1674:11
**girl** [1] - 1703:12
**girlfriend** [4] - 1702:25, 1704:12,
1751:20, 1844:5
**given** [9] - 1641:10, 1720:9, 1734:3,
1773:15, 1782:15, 1807:11, 1826:3,

1826:24, 1849:7

**Gleeson** [11] - 1779:5, 1779:6, 1780:5, 1783:24, 1795:9, 1806:14, 1807:12, 1819:10, 1820:15, 1820:17, 1846:18

**GLEESON** [1] - 1639:9

**Gleeson's** [1] - 1779:1

**gloss** [1] - 1771:2

**GO** [6] - 1791:21, 1792:3, 1792:7, 1793:17, 1796:9, 1800:17

**goal** [2] - 1644:7, 1712:7

**goals** [1] - 1713:2

**God** [3] - 1778:2, 1778:4

**gold** [1] - 1672:21

**gong** [1] - 1653:23

**gonna** [1] - 1668:19

**Gonzales** [6] - 1786:5, 1786:13, 1786:22, 1788:14, 1793:14

**gossip** [1] - 1816:8

**government** [121] - 1641:21, 1641:23, 1641:25, 1642:2, 1674:9, 1677:6, 1677:20, 1677:24, 1680:22, 1683:8, 1683:11, 1711:18, 1711:19, 1718:5, 1722:3, 1722:9, 1722:12, 1724:8, 1725:5, 1725:6, 1725:11, 1739:19, 1742:5, 1755:15, 1756:5, 1756:9, 1758:25, 1760:2, 1762:14, 1765:20, 1766:10, 1766:17, 1767:1, 1767:10, 1767:13, 1767:24, 1769:11, 1769:14, 1771:3, 1771:19, 1773:17, 1773:23, 1773:24, 1775:7, 1775:11, 1778:25, 1779:10, 1781:11, 1781:15, 1781:22, 1782:8, 1782:10, 1782:11, 1783:3, 1784:11, 1784:14, 1784:21, 1784:24, 1786:3, 1789:23, 1790:1, 1790:11, 1791:8, 1801:5, 1803:11, 1803:22, 1804:2, 1804:10, 1804:13, 1804:21, 1808:14, 1808:16, 1808:17, 1810:12, 1810:13, 1810:23, 1811:20, 1811:21, 1817:21, 1819:13, 1820:25, 1822:9, 1828:1, 1829:4, 1829:11, 1830:10, 1830:14, 1830:17, 1831:10, 1832:14, 1833:9, 1833:15, 1833:19, 1837:14, 1839:3, 1841:21, 1842:5, 1842:13, 1843:8, 1846:5, 1847:16, 1849:4, 1850:13, 1850:21, 1851:16, 1852:15, 1853:20, 1854:15, 1855:8, 1859:19, 1859:25, 1860:10, 1861:6, 1862:7, 1862:13, 1864:7, 1866:21, 1869:6

**Government** [17] - 1639:13, 1691:25, 1713:22, 1714:3, 1716:9, 1716:23, 1717:17, 1733:14, 1751:16, 1752:1, 1754:22, 1758:10, 1761:9, 1764:14, 1770:14, 1775:9, 1863:17

**government's** [7] - 1642:12, 1682:2, 1682:5, 1682:11, 1736:9, 1745:8, 1745:9, 1745:11, 1758:9, 1788:5, 1809:12, 1811:23, 1820:4, 1846:5, 1852:12

**grab** [1] - 1690:1, 1690:6, 1692:2

**graces** [1] - 1685:10

**granted** [2] - 1644:1, 1753:6

**graphic** [1] - 1710:10

**great** [8] - 1640:23, 1678:5, 1678:6, 1678:12, 1678:16, 1782:18, 1808:21, 1828:10

**greater** [1] - 1815:7

**green** [1] - 1849:24

**Greenhart** [2] - 1691:24, 1691:25

**group** [23] - 1662:18, 1667:21, 1668:5, 1668:6, 1669:25, 1670:1, 1670:2, 1672:11, 1696:23, 1699:23, 1728:21, 1729:3, 1729:4, 1730:8, 1730:9, 1735:2, 1772:19, 1785:11, 1788:21, 1866:25

**grow** [1] - 1815:20

**grumbling** [1] - 1799:12

**GT** [3] - 1692:22, 1739:10, 1739:15

**guaranteed** [1] - 1686:16

**guess** [5] - 1669:9, 1725:18, 1822:22, 1836:24, 1854:24

**guide** [1] - 1742:7

**guilt** [5] - 1641:24, 1756:1, 1829:7, 1852:5, 1852:7

**guilty** [41] - 1718:3, 1721:7, 1723:17, 1744:9, 1745:4, 1749:10, 1749:11, 1750:6, 1750:12, 1755:22, 1755:24, 1756:3, 1756:15, 1756:17, 1756:23, 1762:11, 1762:22, 1763:2, 1763:20, 1763:21, 1766:22, 1772:2, 1772:11, 1772:20, 1772:25, 1773:8, 1773:13, 1774:19, 1774:22, 1790:3, 1816:16, 1831:19, 1839:22, 1840:21, 1841:24, 1847:15, 1852:7

**gunmen** [1] - 1646:11

**gunned** [2] - 1645:13, 1832:23

**guns** [2] - 1646:25, 1829:18

**guy** [58] - 1645:22, 1646:23, 1646:24, 1647:3, 1650:10, 1652:23, 1653:2, 1654:6, 1658:23, 1664:8, 1665:5, 1678:16, 1680:11, 1683:3, 1683:7, 1684:19, 1684:20, 1687:9, 1689:25, 1693:17, 1693:18, 1693:21, 1694:13, 1697:15, 1697:20, 1698:2, 1698:4, 1698:18, 1699:8, 1699:11, 1699:12, 1699:13, 1699:22, 1701:9, 1701:12, 1707:22, 1707:23, 1708:3, 1719:16, 1720:18, 1724:6, 1724:25, 1725:1, 1725:7, 1725:16, 1734:6, 1736:4, 1757:20, 1760:23, 1763:7, 1768:4, 1768:22, 1769:3, 1781:23, 1831:25, 1832:23, 1835:21

**Guyana** [77] - 1644:3, 1645:20, 1652:10, 1653:11, 1664:11, 1669:2, 1670:3, 1671:13, 1671:16, 1672:7, 1683:8, 1684:6, 1685:13, 1687:2, 1687:22, 1689:14, 1689:24, 1694:17, 1695:10, 1695:15, 1696:17, 1696:23, 1697:13, 1697:17, 1698:14, 1699:16, 1707:24, 1712:2, 1712:13, 1716:8, 1716:11, 1716:21, 1723:8, 1730:25,

1734:19, 1734:22, 1735:8, 1739:10, 1751:3, 1752:15, 1758:2, 1761:2, 1775:22, 1783:5, 1785:8, 1787:11, 1789:16, 1791:15, 1791:16, 1801:6, 1801:19, 1802:4, 1809:4, 1811:5, 1812:7, 1817:15, 1817:16, 1822:3, 1823:4, 1823:11, 1840:25, 1841:20, 1842:24, 1843:1, 1843:5, 1843:9, 1843:15, 1843:16, 1846:24, 1849:2, 1853:11, 1854:9, 1865:18, 1866:6, 1867:11

**Guyanese** [6] - 1831:25, 1832:4, 1832:6, 1832:8, 1832:10, 1851:16

**guys** [24] - 1643:23, 1645:11, 1646:5, 1646:6, 1646:7, 1646:9, 1648:15, 1648:21, 1652:4, 1652:10, 1653:13, 1676:20, 1687:22, 1689:14, 1689:24, 1695:22, 1696:5, 1700:9, 1700:10, 1700:12, 1701:11, 1725:1, 1732:2

**gym** [5] - 1649:9, 1649:10, 1649:14, 1649:18, 1832:21

# H

**habit** [2] - 1840:6, 1840:12

**half** [5] - 1777:16, 1799:14, 1800:10, 1837:14, 1856:16

**hammering** [1] - 1789:7

**hand** [7] - 1662:2, 1663:2, 1736:12, 1746:21, 1826:22, 1829:6, 1869:17

**handed** [3] - 1662:25, 1663:1, 1768:14

**handing** [2] - 1662:2, 1712:15

**handle** [1] - 1671:10

**handles** [1] - 1665:1

**hands** [3] - 1704:16, 1706:17, 1748:14

**handwriting** [3] - 1714:3, 1733:14, 1761:2

**happier** [1] - 1831:10

**happy** [2] - 1685:22, 1769:12

**harassing** [1] - 1673:4

**hard** [11] - 1651:17, 1661:7, 1722:21, 1722:22, 1722:23, 1731:14, 1776:4, 1776:5, 1789:6, 1789:18

**harm** [2] - 1680:17, 1850:24

**hates** [4] - 1668:9, 1843:13, 1843:24, 1844:4

**head** [4] - 1643:18, 1643:23, 1799:2, 1805:1

**headed** [1] - 1792:7

**Headley** [15] - 1786:1, 1786:2, 1786:3, 1786:6, 1786:12, 1786:13, 1786:15, 1786:24, 1787:7, 1787:8, 1787:14, 1787:16, 1787:24, 1823:12, 1841:22

**Headley's** [1] - 1787:15

**heads** [1] - 1756:12

**hear** [39] - 1641:8, 1641:20, 1641:22, 1642:2, 1650:1, 1653:8, 1659:8, 1659:10, 1659:21, 1660:14, 1662:2, 1666:3, 1685:22, 1695:5, 1706:25,

**1707**:12, 1722:19, 1755:2, 1755:7, 1755:10, 1755:19, 1756:1, 1769:17, 1783:24, 1792:22, 1806:13, 1807:19, 1818:7, 1818:9, 1825:15, 1825:16, 1825:18, 1861:15, 1861:20, 1862:6, 1862:8, 1869:11

**heard** [73] - 1640:3, 1641:9, 1660:7, 1660:15, 1662:12, 1663:6, 1663:14, 1668:22, 1673:25, 1674:7, 1682:14, 1682:18, 1682:23, 1694:12, 1694:19, 1707:8, 1722:7, 1722:8, 1726:2, 1727:1, 1727:3, 1736:3, 1747:11, 1750:8, 1753:25, 1770:22, 1777:22, 1781:24, 1783:4, 1784:17, 1786:8, 1787:4, 1787:5, 1787:12, 1788:20, 1789:14, 1790:8, 1790:9, 1791:7, 1796:11, 1799:15, 1801:7, 1801:8, 1801:11, 1801:17, 1811:13, 1812:8, 1814:14, 1817:9, 1817:10, 1817:15, 1817:25, 1818:18, 1820:6, 1820:19, 1822:23, 1825:17, 1826:15, 1827:23, 1828:1, 1828:16, 1829:15, 1831:6, 1831:17, 1836:1, 1849:7, 1849:25, 1850:6, 1854:1, 1862:7, 1864:25

**hearing** [3] - 1734:25, 1855:17, 1861:21

**hears** [2] - 1723:21, 1741:22

**heart** [3] - 1777:13, 1855:12

**heart's** [1] - 1861:11

**heat** [3] - 1677:15, 1683:1

**heavy** [2] - 1787:13, 1802:13

**heels** [1] - 1755:2

**held** [4] - 1678:22, 1731:19, 1755:18, 1839:6

**hell** [1] - 1680:14

**hello** [2] - 1836:10, 1836:11

**help** [30] - 1644:6, 1644:24, 1652:21, 1652:22, 1653:5, 1653:18, 1653:21, 1653:23, 1654:16, 1686:10, 1692:10, 1700:8, 1701:1, 1707:9, 1735:20, 1736:21, 1737:13, 1739:12, 1739:16, 1765:24, 1765:25, 1782:17, 1803:1, 1822:20, 1822:21, 1831:20, 1835:14, 1842:2, 1848:15

**helped** [2] - 1644:11, 1728:1

**helpful** [2] - 1786:16, 1802:23

**helping** [6] - 1671:2, 1681:19, 1695:18, 1729:2, 1731:23, 1765:7

**helps** [1] - 1710:12

**henchman** [1] - 1816:5

**herself** [1] - 1746:11

**hesitate** [5] - 1715:18, 1715:19, 1715:21, 1715:22, 1720:22

**hi** [1] - 1758:10

**hidden** [2] - 1810:6, 1839:17

**hide** [8] - 1655:16, 1656:12, 1664:4, 1666:11, 1706:9, 1708:3, 1730:19

**hiding** [7] - 1697:13, 1697:19, 1697:20, 1701:9, 1830:15

**high** [3] - 1662:16, 1662:18, 1665:4

**highlight** [1] - 1858:6

**highlighted** [1] - 1731:6

**himself** [17] - 1658:20, 1672:13, 1724:14, 1728:2, 1788:1, 1788:10, 1811:3, 1825:6, 1830:18, 1832:17, 1832:19, 1834:13, 1835:4, 1839:7, 1839:8, 1843:5, 1868:21

**hint** [3] - 1824:23, 1824:24, 1824:25

**hit** [2] - 1697:21, 1840:12

**hmm** [1] - 1860:16

**hold** [5] - 1654:23, 1693:14, 1744:6, 1769:5, 1790:21, 1829:17

**holds** [1] - 1786:8

**hole** [4] - 1838:23, 1838:24, 1862:22, 1865:3

**home** [10] - 1647:15, 1647:17, 1647:21, 1686:2, 1687:9, 1725:3, 1833:5, 1833:8, 1834:15, 1869:19

**homeless** [1] - 1669:13

**homes** [1] - 1669:12

**homicide** [2] - 1788:18, 1793:11

**honest** [1] - 1655:15

**honestly** [1] - 1708:22

**Honor** [9] - 1640:7, 1642:5, 1647:6, 1656:15, 1690:19, 1691:17, 1692:13, 1741:5, 1741:9

**honor** [1] - 1694:5

**HONORABLE** [1] - 1639:9

**hook** [2] - 1816:3, 1816:6

**hope** [3] - 1641:3, 1716:16, 1850:24

**hoped** [1] - 1665:13

**hopefully** [2] - 1708:1, 1708:5

**hoping** [1] - 1709:8

**horn** [1] - 1799:14

**horrible** [2] - 1650:12, 1668:12

**horrific** [1] - 1651:25

**hot** [1] - 1826:3

**hotel** [3] - 1653:3, 1653:4, 1716:11

**hour** [9] - 1659:18, 1800:10, 1812:1, 1815:17, 1835:21, 1837:14, 1857:21

**hour's** [1] - 1799:14

**hours** [10] - 1789:11, 1799:6, 1799:17, 1814:3, 1815:17, 1833:4, 1833:22, 1850:6, 1850:7, 1866:14

**house** [8] - 1697:11, 1697:14, 1697:19, 1710:7, 1710:8, 1713:15, 1724:24

**housed** [3] - 1679:4, 1764:3, 1765:1

**houses** [1] - 1759:10

**huge** [1] - 1739:4

**hundred** [1] - 1691:22

**hundreds** [1] - 1762:1

**hurt** [2] - 1764:21, 1833:3

**hurting** [1] - 1658:24

**husband** [1] - 1867:4

**I**

**ID** [1] - 1764:6

**idea** [22] - 1710:1, 1748:1, 1748:4, 1750:21, 1801:16, 1812:12, 1814:12, 1820:20, 1823:22, 1823:24, 1828:10, 1846:21, 1856:7, 1856:17, 1856:20, 1856:21, 1856:22, 1856:23, 1857:8

**identification** [1] - 1795:20

**identified** [3] - 1662:9, 1663:5, 1786:23

**identify** [4] - 1808:5, 1850:20, 1863:17, 1863:19

**idle** [1] - 1816:7

**ignore** [1] - 1655:4

**ignored** [3] - 1642:17, 1822:13, 1822:14

**illegal** [15] - 1702:1, 1702:5, 1702:14, 1711:13, 1720:24, 1746:8, 1746:10, 1746:13, 1746:25, 1748:1, 1748:7, 1748:8, 1748:11, 1815:14, 1819:16

**illogical** [3] - 1738:10, 1744:22, 1748:18

**illustrates** [2] - 1835:18, 1835:19

**IM** [1] - 1809:4

**imagination** [3] - 1647:25, 1648:5, 1648:9

**imagine** [5] - 1653:11, 1653:19, 1791:12, 1809:22, 1832:24

**immaterial** [1] - 1665:15

**immediately** [1] - 1860:14

**immunity** [2] - 1811:13, 1811:16

**impeach** [3] - 1822:6, 1822:7, 1822:10, 1831:12, 1853:14

**implement** [2] - 1667:5, 1672:5

**implementing** [1] - 1856:17

**implicate** [1] - 1697:5

**implied** [1] - 1715:12

**import** [1] - 1720:23

**important** [34] - 1641:15, 1664:16, 1665:16, 1665:17, 1682:8, 1682:10, 1682:11, 1683:21, 1702:15, 1708:18, 1723:17, 1725:5, 1725:22, 1739:4, 1741:13, 1741:17, 1755:8, 1759:6, 1764:12, 1764:20, 1780:5, 1786:11, 1795:11, 1795:12, 1806:13, 1807:5, 1809:21, 1812:22, 1814:25, 1823:1, 1862:13

**importation** [2] - 1772:24, 1808:9

**importations** [1] - 1645:23

**imported** [4] - 1805:21, 1806:11, 1806:15, 1807:16

**importer** [1] - 1717:23

**importing** [3] - 1716:3, 1718:4, 1762:11

**impression** [2] - 1813:11, 1813:14

**Imran** [2] - 1692:23, 1693:9

**IMs** [1] - 1850:4

**in-between** [1] - 1642:2

**incapable** [1] - 1809:2

**inception** [1] - 1695:23

**inch** [1] - 1736:14

**inches** [1] - 1759:22

**incident** [6] - 1792:10, 1792:11, 1793:25
**include** [3] - 1821:25, 1822:13, 1822:24
**included** [1] - 1738:23
**includes** [2] - 1777:9, 1848:17
**including** [3] - 1702:13, 1787:9, 1804:9
**inconsistent** [3] - 1779:3, 1779:4, 1852:7
**incredible** [4] - 1722:15, 1722:16, 1722:21, 1725:4
**independent** [1] - 1823:7
**Indian** [1] - 1733:8
**indicating** [2] - 1655:22, 1736:21
**indicating)** [2] - 1762:19, 1809:11
**indication** [1] - 1806:18
**indictment** [7] - 1640:18, 1784:13, 1784:25, 1808:23, 1809:20, 1809:21, 1841:24
**indirectly** [2] - 1713:3, 1727:22
**individual** [4] - 1701:23, 1702:4, 1767:17, 1822:18
**individuals** [1] - 1672:6
**induce** [2] - 1845:15, 1845:16
**infer** [3] - 1817:19, 1817:20, 1839:15
**inferences** [2] - 1641:18, 1752:6
**infinite** [2] - 1749:13, 1755:21
**influence** [3] - 1644:15, 1704:5, 1711:16
**info** [1] - 1717:15
**informant** [3] - 1813:10, 1813:19, 1827:9
**informants** [1] - 1814:14
**information** [72] - 1653:24, 1666:1, 1666:4, 1666:5, 1666:10, 1666:13, 1666:14, 1679:1, 1681:1, 1697:8, 1699:21, 1709:22, 1714:4, 1714:5, 1717:21, 1718:22, 1735:12, 1742:20, 1743:9, 1743:16, 1746:8, 1746:13, 1748:2, 1752:3, 1752:25, 1761:14, 1765:1, 1765:7, 1765:24, 1766:9, 1767:17, 1768:1, 1769:2, 1777:4, 1784:20, 1784:25, 1785:14, 1786:15, 1787:17, 1787:19, 1788:2, 1790:10, 1790:12, 1790:13, 1791:11, 1791:13, 1801:24, 1802:1, 1804:21, 1817:7, 1818:14, 1818:16, 1819:11, 1819:15, 1823:6, 1827:8, 1835:5, 1843:15, 1843:18, 1843:19, 1843:21, 1844:2, 1844:19, 1844:21, 1846:23, 1849:9, 1850:9, 1851:10, 1851:25, 1859:10, 1869:15
**informed** [2] - 1666:10, 1802:2
**informs** [1] - 1856:24
**ingredients** [1] - 1795:9
**initial** [2] - 1765:9, 1840:20
**inmate** [9] - 1713:18, 1714:7, 1715:10, 1733:16, 1736:22, 1765:10, 1793:2, 1794:23, 1795:4

**inmates** [1] - 1713:15
**innocence** [4] - 1801:25, 1848:16, 1852:5
**innocent** [4] - 1833:25, 1846:17, 1846:22, 1847:5
**innocently** [1] - 1851:18
**innocents** [1] - 1832:20
**innocuous** [1] - 1839:12
**inquires** [1] - 1802:4
**inside** [3] - 1691:8, 1709:19, 1763:9
**insisted** [3] - 1842:20, 1857:12, 1857:13
**inspect** [3] - 1716:18, 1804:11, 1809:5
**inspected** [1] - 1763:9
**instant** [16] - 1646:21, 1647:5, 1691:21, 1691:22, 1716:24, 1719:8, 1719:16, 1719:25, 1754:20, 1754:21, 1754:24, 1757:19, 1758:1, 1758:5, 1758:8, 1759:1
**instead** [4] - 1724:22, 1748:10, 1748:12, 1748:14
**instruct** [2] - 1654:22, 1656:14, 1711:9, 1869:12
**instructed** [2] - 1656:7, 1656:23
**instructing** [2] - 1662:21, 1670:22
**instruction** [10] - 1676:17, 1677:1, 1696:4, 1696:6, 1696:20, 1820:15, 1820:23, 1845:10, 1845:13
**instructions** [14] - 1655:2, 1655:4, 1662:19, 1670:12, 1671:21, 1678:24, 1678:25, 1711:8, 1780:2, 1792:23, 1808:2, 1820:19, 1827:19, 1847:3
**instructs** [1] - 1689:12
**insufficient** [1] - 1797:6
**intend** [3] - 1694:20, 1782:22, 1863:9
**intended** [10] - 1776:8, 1781:10, 1787:25, 1788:3, 1857:16, 1857:18, 1862:20, 1862:23, 1863:9, 1866:17
**intending** [1] - 1863:1, 1864:16, 1864:17
**intent** [10] - 1665:10, 1676:3, 1780:8, 1780:25, 1781:21, 1827:16, 1827:18, 1827:20
**intention** [3] - 1706:14, 1838:8, 1845:14
**intentional** [1] - 1772:17
**intentionally** [2] - 1771:20, 1839:4
**intercept** [2] - 1718:25, 1720:13, 1720:14, 1763:6, 1802:11, 1807:6, 1807:10, 1807:21
**intercepted** [3] - 1664:9, 1719:14, 1719:21
**interception** [1] - 1718:7
**interceptions** [1] - 1720:17
**intercom** [1] - 1766:4
**intercoms** [1] - 1766:5
**interested** [4] - 1703:23, 1786:4, 1794:11, 1816:8
**interesting** [9] - 1707:25, 1708:2, 1736:4, 1805:6, 1835:16, 1840:2,

1856:7, 1859:25, 1862:21
**intermediary** [1] - 1830:21
**international** [1] - 1734:5
**internet** [1] - 1869:15
**interrupt** [2] - 1728:9, 1790:21
**interrupting** [1] - 1739:21
**interview** [19] - 1767:5, 1777:8, 1783:15, 1783:24, 1791:2, 1792:13, 1792:14, 1792:15, 1793:13, 1793:24, 1794:1, 1794:3, 1794:7, 1794:12, 1809:25, 1823:11, 1826:1, 1853:5, 1853:6
**interviewed** [4] - 1707:2, 1720:16, 1788:9, 1823:3
**interviewing** [1] - 1843:16
**interviews** [2] - 1848:12, 1853:7
**intimately** [1] - 1790:14
**intimidate** [5] - 1655:24, 1678:8, 1749:7, 1772:19, 1783:10
**intimidated** [1] - 1776:21
**intimidating** [1] - 1708:23
**intimidation** [4] - 1640:16, 1640:20, 1677:10, 1711:15
**introduce** [3] - 1683:10, 1688:10, 1823:22
**introduced** [3] - 1692:11, 1719:6, 1824:12
**inventory** [1] - 1761:9
**investigate** [1] - 1733:24
**investigated** [1] - 1731:1
**investigating** [2] - 1828:9, 1852:23
**investigation** [25] - 1679:24, 1704:16, 1704:24, 1727:12, 1736:21, 1746:17, 1746:18, 1747:6, 1750:3, 1753:3, 1765:25, 1778:9, 1789:1, 1791:20, 1791:23, 1791:25, 1792:2, 1792:5, 1808:17, 1817:25, 1823:6, 1823:7, 1831:22, 1849:6, 1860:7
**investigative** [3] - 1829:5, 1849:11, 1863:21
**investigator** [40] - 1679:3, 1723:16, 1723:23, 1731:2, 1737:8, 1737:17, 1741:20, 1752:20, 1755:12, 1757:3, 1757:4, 1757:17, 1765:2, 1765:13, 1765:14, 1767:3, 1767:22, 1769:2, 1770:4, 1772:17, 1787:16, 1788:10, 1788:17, 1791:24, 1794:3, 1796:19, 1796:21, 1797:1, 1809:17, 1819:1, 1829:9, 1831:23, 1832:7, 1834:14, 1851:3, 1858:1, 1863:23, 1864:4, 1864:9
**Investigator** [1] - 1863:18
**investigator's** [2] - 1856:21, 1856:22
**investigators** [29] - 1765:4, 1765:25, 1767:20, 1778:18, 1786:5, 1786:16, 1788:12, 1788:13, 1788:19, 1788:23, 1793:8, 1794:10, 1796:23, 1796:24, 1810:7, 1810:17, 1826:23, 1838:19, 1839:3, 1850:12, 1850:14, 1853:1, 1854:9, 1855:8, 1855:21, 1856:4,

1858:2, 1860:5
**invite** [5] - 1725:9, 1738:13, 1738:14, 1753:20, 1832:2
**invited** [1] - 1842:16
**invoice** [2] - 1716:12, 1717:22
**involved** [34] - 1645:9, 1648:14, 1650:5, 1650:17, 1652:6, 1669:10, 1700:10, 1702:10, 1702:14, 1703:1, 1730:13, 1749:6, 1750:25, 1751:1, 1757:11, 1757:25, 1758:3, 1763:16, 1763:18, 1766:13, 1772:7, 1774:7, 1774:12, 1774:13, 1774:15, 1790:11, 1790:14, 1790:24, 1838:17, 1849:1, 1856:15, 1857:9
**involvement** [6] - 1645:5, 1645:10, 1678:12, 1680:25, 1784:7
**involving** [1] - 1680:15
**Ireland** [3] - 1763:18, 1763:19, 1763:20
**Irizarry** [2] - 1803:8, 1847:9
**Irizarry's** [1] - 1803:24
**IRVING** [1] - 1639:6
**Irving** [119] - 1639:20, 1642:13, 1644:10, 1644:12, 1644:18, 1646:14, 1664:15, 1666:22, 1667:17, 1671:20, 1671:22, 1679:16, 1679:22, 1681:1, 1681:2, 1681:6, 1687:5, 1689:12, 1689:22, 1690:5, 1690:9, 1690:14, 1692:2, 1703:7, 1708:12, 1710:12, 1710:14, 1710:20, 1711:20, 1711:21, 1712:14, 1716:24, 1716:25, 1717:13, 1717:15, 1717:23, 1719:8, 1720:2, 1722:15, 1726:11, 1727:4, 1727:8, 1729:10, 1730:17, 1730:23, 1733:5, 1734:24, 1735:3, 1735:23, 1737:2, 1737:9, 1737:16, 1737:24, 1738:4, 1742:9, 1742:15, 1743:23, 1744:12, 1745:4, 1745:6, 1745:7, 1745:13, 1746:5, 1749:5, 1749:6, 1750:9, 1750:10, 1750:12, 1750:15, 1753:22, 1753:25, 1754:8, 1754:13, 1754:15, 1754:19, 1755:6, 1755:9, 1759:15, 1760:11, 1760:15, 1761:13, 1761:14, 1762:2, 1762:18, 1764:2, 1764:19, 1766:13, 1767:19, 1767:24, 1768:7, 1768:21, 1769:21, 1770:3, 1771:12, 1771:20, 1771:25, 1772:6, 1772:16, 1773:20, 1774:11, 1783:16, 1783:17, 1783:21, 1785:13, 1789:10, 1789:22, 1790:2, 1792:3, 1792:4, 1805:16, 1809:3, 1835:13, 1850:1, 1853:19, 1857:22, 1858:6
**Irving's** [3] - 1742:1, 1748:24, 1852:2
**irving's** [1] - 1679:21
**Islamist** [2] - 1843:12, 1844:4
**isolation** [2] - 1838:20, 1838:21
**issue** [10] - 1658:22, 1661:4, 1670:11, 1674:6, 1674:21, 1686:10, 1709:12, 1723:4, 1723:5, 1723:6
**issues** [3] - 1668:15, 1674:20, 1706:6

**itself** [4] - 1748:10, 1753:9, 1806:25, 1858:12

## J

**jacket** [1] - 1832:12
**Jackson** [1] - 1834:15
**Jagnarain** [17] - 1667:3, 1683:5, 1685:23, 1702:24, 1703:2, 1746:2, 1785:24, 1822:8, 1826:19, 1841:7, 1841:10, 1841:15, 1844:10, 1845:17, 1847:10
**Jagnarain's** [1] - 1852:10
**jail** [21] - 1650:10, 1654:16, 1667:19, 1668:4, 1672:12, 1765:11, 1783:19, 1783:20, 1786:7, 1786:15, 1792:12, 1792:18, 1792:20, 1793:8, 1793:23, 1794:21, 1794:22, 1794:25, 1807:24, 1810:1
**jails** [2] - 1777:17, 1783:15
**Jainairne** [11] - 1664:8, 1664:12, 1664:16, 1665:5, 1665:9, 1665:10, 1665:11, 1665:12, 1667:1, 1691:19, 1712:15
**Jainari** [3] - 1687:11, 1687:12, 1687:16
**Jamaican** [1] - 1715:8
**Janieri** [1] - 1680:24
**January** [9] - 1662:6, 1663:14, 1663:16, 1679:7, 1820:8, 1822:1, 1822:14, 1840:22, 1852:8
**JAVIER** [1] - 1639:19
**Jerry** [3] - 1654:3, 1699:6, 1699:25
**Jetsen** [1] - 1686:7
**job** [19] - 1642:21, 1644:25, 1645:1, 1668:18, 1668:20, 1669:2, 1722:2, 1722:3, 1729:8, 1734:1, 1734:8, 1734:10, 1734:12, 1739:4, 1769:14, 1769:15, 1833:7, 1845:7, 1852:21
**Joe** [1] - 1732:8
**JOHN** [1] - 1639:9
**joined** [1] - 1815:11
**Juanita** [7] - 1742:24, 1750:18, 1757:5, 1757:6, 1757:7, 1757:10, 1757:13
**JUDGE** [1] - 1639:10
**Judge** [34] - 1724:5, 1724:17, 1728:7, 1779:1, 1779:5, 1779:6, 1780:5, 1780:13, 1783:24, 1786:22, 1792:22, 1795:9, 1795:11, 1798:25, 1803:8, 1806:13, 1807:12, 1819:10, 1820:15, 1820:17, 1837:5, 1845:2, 1845:10, 1845:11, 1845:23, 1846:14, 1846:18, 1847:1, 1847:8, 1847:9, 1848:11, 1852:8
**judge** [41] - 1654:22, 1655:1, 1655:3, 1655:4, 1656:7, 1656:14, 1671:23, 1671:25, 1689:3, 1689:9, 1694:5, 1694:8, 1711:8, 1711:10, 1711:11,

1712:5, 1769:9, 1771:6, 1771:7, 1771:15, 1771:21, 1771:22, 1772:2, 1772:6, 1773:17, 1777:7, 1798:7, 1800:4, 1803:8, 1803:24, 1805:8, 1805:12, 1805:14, 1806:2, 1808:13, 1810:25, 1822:2, 1829:3, 1833:16, 1844:22, 1868:17
**Judge's** [1] - 1780:2
**judge's** [4] - 1807:19, 1808:2, 1827:17, 1827:19
**judgment** [1] - 1828:14
**July** [32] - 1664:17, 1687:4, 1687:6, 1690:7, 1690:9, 1700:2, 1700:5, 1706:20, 1707:15, 1707:16, 1707:20, 1708:8, 1708:9, 1708:12, 1757:6, 1757:7, 1763:17, 1764:1, 1765:17, 1765:19, 1766:13, 1766:24, 1853:2, 1855:9, 1855:11, 1855:15, 1855:20, 1856:5, 1859:22
**jump** [1] - 1665:4
**jumping** [1] - 1726:14
**June** [84] - 1652:19, 1654:1, 1661:25, 1663:1, 1670:24, 1671:19, 1671:22, 1673:1, 1673:20, 1674:6, 1674:13, 1676:4, 1676:5, 1676:6, 1676:9, 1676:10, 1676:11, 1676:13, 1678:18, 1678:21, 1679:9, 1679:18, 1679:19, 1679:21, 1680:10, 1681:5, 1683:23, 1697:9, 1698:12, 1704:16, 1707:7, 1716:25, 1717:9, 1717:10, 1717:18, 1717:23, 1717:24, 1719:8, 1719:10, 1726:12, 1741:24, 1742:3, 1742:14, 1742:22, 1744:11, 1744:12, 1744:16, 1744:24, 1744:25, 1748:24, 1750:7, 1750:17, 1751:10, 1751:12, 1751:22, 1752:18, 1753:12, 1753:16, 1754:3, 1754:11, 1758:24, 1759:1, 1759:2, 1759:3, 1760:12, 1763:15, 1764:18, 1769:16, 1805:19, 1827:25, 1828:1, 1836:15, 1836:19, 1836:25, 1839:24, 1839:25, 1843:9, 1844:3, 1852:20, 1853:2
**junk** [1] - 1814:24
**juror** [3] - 1640:3, 1640:5, 1647:13
**jurors** [1] - 1655:8
**jury** [35] - 1639:10, 1640:1, 1640:8, 1640:24, 1641:1, 1661:18, 1669:11, 1683:15, 1691:2, 1691:6, 1691:7, 1691:14, 1721:1, 1722:24, 1740:2, 1741:2, 1741:4, 1741:6, 1742:3, 1742:17, 1744:1, 1745:13, 1745:14, 1753:6, 1775:2, 1798:15, 1798:21, 1798:22, 1798:23, 1800:14, 1803:7, 1825:3, 1848:14, 1864:14
**Jury** [1] - 1869:20
**justice** [18] - 1643:1, 1643:5, 1666:17, 1666:19, 1666:22, 1666:25, 1667:6, 1667:7, 1704:19, 1711:4, 1711:5, 1711:7, 1711:14, 1711:23, 1713:7, 1776:20, 1779:13, 1823:15

**Justice** [3] - 1793:19, 1794:25, 1795:6
**Justin** [3] - 1719:16, 1759:16, 1759:19

# K

**Kahn's** [1] - 1792:17
**keep** [19] - 1678:18, 1680:24, 1686:2, 1689:4, 1724:11, 1724:13, 1771:13, 1784:10, 1793:17, 1799:6, 1799:23, 1813:23, 1838:24, 1840:18, 1849:22, 1850:5, 1852:15, 1853:3, 1862:15
**keeping** [2] - 1813:21, 1814:13
**keeps** [2] - 1726:14, 1758:1
**kept** [7] - 1679:10, 1796:3, 1796:8, 1812:7, 1839:4, 1842:2, 1846:17
**Kern** [2] - 1759:17, 1759:19
**Kevin** [14] - 1645:21, 1646:19, 1684:3, 1684:4, 1684:8, 1684:10, 1684:13, 1684:16, 1684:24, 1685:2, 1690:1, 1692:12, 1693:11, 1694:4
**Khan** [188] - 1643:3, 1645:3, 1645:4, 1645:8, 1645:12, 1645:17, 1646:8, 1646:24, 1646:25, 1650:5, 1650:9, 1650:13, 1650:14, 1650:17, 1652:25, 1653:20, 1653:21, 1653:24, 1658:19, 1662:6, 1662:14, 1662:16, 1662:19, 1663:20, 1664:11, 1664:12, 1667:16, 1668:2, 1668:9, 1670:6, 1670:12, 1670:22, 1671:20, 1671:22, 1672:12, 1672:14, 1672:17, 1674:18, 1676:24, 1679:4, 1679:7, 1679:12, 1679:19, 1679:21, 1679:23, 1680:2, 1680:13, 1680:15, 1680:17, 1680:18, 1681:2, 1681:18, 1681:25, 1682:22, 1683:10, 1683:13, 1684:15, 1684:20, 1685:20, 1687:1, 1692:24, 1693:9, 1696:6, 1696:19, 1696:20, 1697:24, 1699:9, 1701:23, 1702:2, 1702:3, 1702:6, 1702:7, 1702:9, 1702:10, 1706:2, 1708:9, 1710:13, 1710:14, 1710:19, 1711:20, 1711:21, 1712:1, 1712:10, 1712:22, 1719:10, 1719:15, 1724:20, 1725:18, 1730:15, 1731:22, 1732:7, 1735:2, 1742:2, 1745:18, 1746:5, 1748:24, 1752:20, 1752:22, 1752:23, 1753:8, 1753:15, 1753:16, 1761:25, 1776:10, 1776:22, 1782:9, 1784:20, 1785:1, 1786:16, 1787:4, 1787:10, 1787:12, 1787:21, 1801:1, 1801:3, 1801:5, 1801:9, 1801:14, 1801:15, 1801:16, 1801:22, 1802:18, 1802:20, 1802:22, 1803:9, 1808:5, 1810:2, 1810:15, 1810:20, 1811:10, 1817:1, 1818:3, 1818:22, 1819:4, 1819:5, 1820:12, 1820:13, 1820:14, 1820:21, 1820:22, 1822:13, 1822:18, 1823:6, 1832:21, 1835:10, 1839:21, 1840:1, 1840:18, 1840:19, 1841:2, 1841:5, 1841:9, 1841:13, 1841:15, 1841:18, 1841:21, 1841:23, 1844:23, 1844:24,

1846:17, 1846:19, 1846:22, 1847:5, 1847:10, 1847:14, 1847:15, 1848:8, 1851:14, 1854:17, 1858:8, 1859:6, 1859:12, 1860:8, 1860:18, 1861:2, 1865:9, 1865:18, 1868:16, 1868:18, 1868:20
**khan** [1] - 1854:3
**Khan's** [20] - 1643:25, 1645:4, 1645:5, 1645:17, 1645:19, 1645:22, 1646:5, 1650:9, 1653:13, 1669:25, 1677:12, 1678:14, 1683:12, 1684:2, 1684:17, 1813:17, 1840:16, 1841:13, 1841:15, 1848:19
**kick** [1] - 1814:10
**kicked** [1] - 1829:24
**kid** [2] - 1756:11, 1844:18
**kidding** [3] - 1648:15, 1816:15, 1842:1
**kidnap** [4] - 1687:20, 1687:21, 1688:3, 1689:19
**kidnapped** [1] - 1646:9
**kidnappers** [2] - 1654:10, 1654:12
**kidnapping** [4] - 1645:6, 1652:2, 1652:3, 1700:11
**kidnappings** [1] - 1652:6
**kill** [17] - 1651:14, 1668:9, 1676:17, 1677:18, 1678:8, 1678:25, 1680:20, 1704:20, 1731:7, 1731:11, 1745:25, 1747:14, 1764:20, 1764:24, 1828:20, 1831:5, 1831:8
**killed** [12] - 1649:8, 1649:9, 1649:10, 1649:14, 1649:21, 1649:22, 1651:19, 1667:19, 1668:4, 1677:6, 1832:20
**killer** [2] - 1701:9, 1764:24
**killers** [8] - 1648:21, 1653:13, 1654:12, 1790:16, 1847:17, 1848:4, 1849:13, 1849:15
**killing** [7] - 1650:10, 1651:15, 1731:12, 1744:16, 1744:17, 1754:4, 1831:20
**kind** [18] - 1647:4, 1660:13, 1669:10, 1730:10, 1733:20, 1736:19, 1749:20, 1749:21, 1757:4, 1810:18, 1830:25, 1845:12, 1854:23, 1865:20, 1865:23, 1867:11, 1868:3
**kinds** [3] - 1659:6, 1728:23, 1843:14
**King** [1] - 1865:21
**Kingdom** [1] - 1718:16
**Klan** [1] - 1678:24
**knock** [1] - 1653:11
**knowing** [8] - 1719:2, 1731:19, 1743:12, 1768:25, 1772:17, 1780:16, 1780:17, 1808:3
**knowingly** [1] - 1771:20
**knowledge** [10] - 1667:22, 1668:11, 1702:3, 1702:6, 1702:9, 1791:13, 1807:14, 1817:13, 1817:14
**known** [14] - 1645:21, 1664:8, 1667:1, 1667:2, 1667:21, 1676:1, 1684:3, 1686:24, 1702:1, 1733:18, 1738:4, 1782:1, 1816:23
**knows** [48] - 1647:4, 1647:24,

1648:11, 1650:4, 1650:17, 1651:22, 1654:13, 1654:14, 1654:15, 1657:2, 1657:3, 1658:2, 1658:3, 1670:21, 1673:14, 1676:21, 1681:17, 1681:19, 1683:21, 1688:2, 1690:5, 1698:3, 1701:13, 1701:25, 1707:24, 1710:19, 1710:20, 1725:7, 1726:20, 1730:18, 1746:24, 1748:1, 1748:7, 1751:1, 1763:20, 1769:1, 1771:3, 1790:13, 1790:14, 1790:16

# L

**lab** [2] - 1763:10
**laborer** [8] - 1668:20, 1668:23, 1668:24, 1712:9, 1729:8, 1734:15, 1739:3
**lack** [2] - 1696:18, 1771:11
**ladies** [44] - 1644:18, 1656:4, 1668:15, 1679:2, 1690:25, 1691:18, 1706:21, 1710:10, 1715:24, 1719:20, 1721:13, 1721:14, 1722:7, 1722:22, 1736:2, 1736:23, 1737:25, 1739:6, 1739:20, 1741:10, 1741:25, 1748:18, 1749:9, 1750:4, 1753:19, 1762:8, 1762:25, 1763:12, 1764:25, 1765:15, 1765:17, 1766:22, 1769:8, 1770:2, 1770:25, 1772:8, 1773:6, 1775:2, 1791:5, 1794:6, 1797:4, 1824:16, 1828:16, 1868:4
**Lall** [1] - 1759:9
**language** [1] - 1839:18
**lapse** [1] - 1684:17
**laptop** [6] - 1716:14, 1718:21, 1719:18, 1802:16, 1802:19, 1802:21
**laptops** [13] - 1716:1, 1716:16, 1716:21, 1718:18, 1718:20, 1718:22, 1719:21, 1720:3, 1720:15, 1802:5, 1802:9, 1803:3, 1805:2
**larger** [4] - 1802:6, 1802:17, 1803:2, 1826:23
**Larry** [1] - 1865:21
**last** [19] - 1640:3, 1642:2, 1671:4, 1704:7, 1715:24, 1722:24, 1739:14, 1764:13, 1764:15, 1770:15, 1773:14, 1776:7, 1776:10, 1804:14, 1820:11, 1828:22, 1833:21, 1866:14, 1869:17
**lasted** [2] - 1776:11, 1833:22
**lasts** [1] - 1838:5
**late** [4] - 1799:3, 1799:9, 1812:1, 1833:13
**launch** [1] - 1859:25
**law** [65] - 1642:9, 1642:10, 1642:21, 1642:24, 1642:25, 1644:23, 1655:3, 1672:15, 1711:9, 1717:24, 1720:21, 1720:23, 1731:3, 1736:6, 1736:17, 1771:6, 1771:8, 1773:22, 1775:18, 1775:24, 1775:25, 1777:1, 1778:11, 1779:1, 1779:2, 1780:5, 1781:6,

1781:7, 1781:8, 1782:5, 1782:22, 1783:23, 1785:6, 1786:25, 1788:10, 1789:25, 1791:2, 1805:23, 1806:14, 1807:8, 1807:11, 1807:18, 1808:3, 1808:22, 1809:24, 1810:6, 1811:1, 1811:7, 1811:8, 1811:12, 1823:19, 1826:13, 1828:8, 1845:4, 1845:9, 1845:12, 1845:23, 1846:1, 1850:17, 1850:22, 1866:10, 1866:13, 1866:25, 1868:7, 1869:12

**lawful** [8] - 1787:21, 1810:23, 1810:25, 1823:18, 1830:12, 1845:5, 1845:21, 1846:11

**lawfully** [2] - 1722:3, 1781:8

**Lawrence** [3] - 1796:19, 1796:21, 1797:1

**LAWRENCE** [1] - 1639:20

**lawsuit** [1] - 1863:8

**lawsuits** [1] - 1869:8

**lawyer** [49] - 1644:13, 1653:20, 1657:1, 1668:13, 1777:6, 1777:8, 1778:8, 1778:10, 1781:8, 1781:9, 1783:25, 1784:1, 1784:24, 1789:4, 1791:8, 1791:9, 1792:17, 1792:23, 1792:25, 1793:4, 1794:23, 1795:21, 1797:9, 1803:25, 1812:8, 1812:11, 1812:12, 1816:13, 1816:17, 1819:16, 1820:7, 1823:13, 1831:10, 1833:18, 1839:15, 1841:2, 1845:7, 1848:7, 1851:18, 1853:24, 1856:24, 1861:16, 1866:2, 1866:5, 1867:12, 1868:11

**lawyer's** [3] - 1641:16, 1777:9, 1810:17

**lawyers** [43] - 1641:8, 1642:21, 1685:25, 1735:21, 1756:6, 1756:10, 1778:11, 1778:17, 1778:24, 1778:25, 1784:19, 1786:16, 1790:5, 1790:6, 1791:12, 1796:23, 1797:10, 1798:4, 1805:3, 1805:8, 1808:16, 1808:18, 1814:15, 1817:20, 1817:21, 1817:22, 1817:24, 1818:17, 1820:8, 1831:15, 1831:16, 1838:3, 1839:14, 1839:16, 1839:19, 1839:23, 1850:5, 1850:11, 1850:13, 1854:9, 1868:2

**lead** [2] - 1672:21, 1737:16

**leading** [1] - 1784:20

**leads** [1] - 1851:22

**learn** [4] - 1674:5, 1679:15, 1780:2, 1840:1

**learned** [4] - 1777:4, 1841:22, 1842:22, 1843:15

**least** [4] - 1770:9, 1776:13, 1835:3, 1845:17

**leave** [18] - 1671:14, 1680:3, 1686:14, 1698:23, 1698:24, 1699:6, 1699:25, 1707:12, 1747:19, 1749:22, 1755:2, 1773:14, 1776:1, 1784:5, 1829:1, 1836:16, 1847:2, 1862:12

**leaves** [10] - 1680:5, 1742:21, 1747:20, 1748:13, 1752:15, 1755:3, 1755:4,

1792:18, 1855:10, 1869:20

**leaving** [1] - 1840:15

**led** [1] - 1847:14

**Ledge** [1] - 1771:2

**ledger** [2] - 1664:11, 1685:12

**ledgers** [5] - 1683:10, 1702:24, 1787:6, 1841:7, 1841:13

**Lee** [1] - 1788:17

**left** [10] - 1705:3, 1724:9, 1746:19, 1746:21, 1749:16, 1751:6, 1754:19, 1760:18, 1773:16, 1826:22

**left-hand** [1] - 1826:22

**legal** [21] - 1668:13, 1668:14, 1680:5, 1722:4, 1736:16, 1736:17, 1736:18, 1736:21, 1736:22, 1736:23, 1736:24, 1747:20, 1774:6, 1787:21, 1788:10, 1789:2, 1811:6, 1811:7, 1815:14, 1827:7, 1831:8

**legalese** [1] - 1643:7

**legally** [1] - 1722:3

**legitimate** [1] - 1818:22

**length** [2] - 1778:13, 1785:5

**Lenny** [2] - 1822:19, 1822:24

**Lenny's** [1] - 1822:24

**Leslie** [8] - 1704:25, 1705:2, 1743:14, 1743:15, 1746:2, 1751:19, 1753:13, 1759:3

**Leslyn** [47] - 1667:2, 1679:1, 1704:7, 1704:24, 1706:3, 1706:20, 1707:2, 1707:16, 1708:14, 1708:17, 1710:15, 1713:3, 1713:4, 1743:2, 1743:4, 1770:16, 1770:18, 1842:12, 1842:13, 1843:12, 1843:20, 1843:24, 1843:25, 1844:1, 1857:13, 1857:20, 1858:7, 1860:10, 1860:22, 1860:23, 1861:1, 1861:4, 1861:10, 1861:13, 1861:14, 1861:15, 1862:6, 1862:14, 1862:18, 1862:19, 1863:14, 1863:16, 1864:9, 1864:23, 1865:13

**Leslyn's** [2] - 1710:17, 1858:9

**less** [4] - 1756:2, 1763:20, 1789:5, 1823:8

**Letch** [1] - 1771:2

**letter** [32] - 1685:15, 1685:19, 1735:11, 1735:14, 1735:16, 1735:17, 1735:18, 1735:24, 1736:1, 1736:3, 1775:11, 1775:14, 1775:16, 1775:22, 1775:23, 1776:2, 1786:25, 1793:5, 1793:7, 1793:10, 1793:15, 1803:20, 1803:22, 1836:12, 1836:13, 1854:16, 1860:21, 1860:22, 1860:23, 1861:4

**letters** [9] - 1784:23, 1804:4, 1804:17, 1804:20, 1804:21, 1860:24, 1860:25, 1861:1

**letting** [1] - 1701:4

**lexicon** [3] - 1831:15, 1831:16

**liar** [1] - 1797:11

**Liberty** [2] - 1703:14

**license** [2] - 1642:9

**licensed** [2] - 1796:21, 1851:2

**lie** [38] - 1648:2, 1651:9, 1658:2, 1664:2, 1665:8, 1665:17, 1665:25, 1666:6, 1666:8, 1666:17, 1668:16, 1668:24, 1669:4, 1670:10, 1670:15, 1689:9, 1712:9, 1714:11, 1714:17, 1715:16, 1715:19, 1715:22, 1724:17, 1733:3, 1734:12, 1735:3, 1737:6, 1737:7, 1792:25, 1797:6, 1797:21, 1811:9, 1821:11, 1845:18

**lied** [15] - 1656:5, 1656:6, 1660:2, 1660:16, 1665:2, 1665:18, 1714:10, 1715:13, 1776:22, 1783:18, 1792:12, 1792:23, 1797:21, 1834:20

**lies** [8] - 1671:17, 1785:18, 1793:10, 1797:6, 1823:14, 1834:18, 1834:19, 1834:21

**Lieutenant** [1] - 1793:22

**life** [7] - 1655:6, 1727:4, 1774:1, 1774:24, 1810:14, 1849:18

**light** [4] - 1708:15, 1738:8, 1747:4, 1836:21

**likely** [4] - 1644:16, 1692:11, 1709:20, 1854:18

**Lilly** [9] - 1767:12, 1767:13, 1767:15, 1782:1, 1782:2, 1782:6, 1782:13, 1784:4, 1803:12

**limb** [2] - 1861:9, 1863:6

**limits** [2] - 1676:16, 1777:6

**Limpy** [3] - 1719:10, 1719:12, 1719:15

**line** [39] - 1652:19, 1654:1, 1654:4, 1681:10, 1681:12, 1689:6, 1703:17, 1710:23, 1711:1, 1727:20, 1728:19, 1729:9, 1731:9, 1737:10, 1738:18, 1742:23, 1742:25, 1743:22, 1748:21, 1750:18, 1751:7, 1754:12, 1767:9, 1768:8, 1770:16, 1777:18, 1778:8, 1778:21, 1794:2, 1805:3, 1821:5, 1821:6, 1827:14, 1835:18, 1836:6, 1861:14

**lines** [2] - 1764:13, 1764:15

**LIPTON** [1] - 1639:17

**Lipton** [1] - 1862:11

**list** [34] - 1679:5, 1712:16, 1732:22, 1757:1, 1764:5, 1764:18, 1764:23, 1764:24, 1790:9, 1796:10, 1796:22, 1796:24, 1796:25, 1797:2, 1818:12, 1826:20, 1826:21, 1851:1, 1851:4

**listed** [1] - 1823:4

**listen** [34] - 1655:4, 1671:8, 1672:23, 1706:14, 1711:10, 1718:8, 1726:21, 1744:20, 1745:19, 1772:2, 1778:2, 1780:5, 1784:6, 1792:6, 1794:1, 1802:25, 1806:12, 1808:2, 1812:2, 1814:21, 1815:2, 1817:14, 1824:1, 1824:2, 1824:9, 1827:17, 1861:10, 1861:11, 1861:17, 1861:19, 1862:2, 1862:3, 1868:13

**listened** [3] - 1719:13, 1815:3

**listening** [1] - 1861:25

**lists** [1] - 1789:8

**literally** [1] - 1760:2
**litmus** [1] - 1648:7
**live** [1] - 1684:8
**lives** [1] - 1778:17
**living** [3] - 1684:6, 1687:8, 1720:6
**Lloyd** [7] - 1646:3, 1646:10, 1651:2, 1651:4, 1651:12, 1653:2, 1653:12
**lo** [1] - 1802:18
**loathe** [1] - 1791:6
**local** [3] - 1783:15, 1794:21, 1794:22
**locate** [4] - 1725:17, 1725:19, 1739:13, 1765:7
**located** [1] - 1743:17
**location** [1] - 1670:18
**locations** [1] - 1842:17
**Loft** [1] - 1686:8
**lofty** [1] - 1643:6
**log** [2] - 1679:11, 1679:17
**logged** [1] - 1679:6
**logic** [5] - 1744:8, 1746:7, 1756:2, 1756:4, 1756:16
**logical** [5] - 1688:5, 1734:4, 1739:22, 1739:23, 1748:17
**logically** [3] - 1748:10, 1756:21, 1773:10
**Lombard** [1] - 1686:7
**London** [3] - 1720:7, 1851:12
**lonely** [1] - 1789:7
**look** [110] - 1647:20, 1649:20, 1650:21, 1651:11, 1658:7, 1659:4, 1660:17, 1661:24, 1662:10, 1663:8, 1667:12, 1667:13, 1670:5, 1671:7, 1671:10, 1674:9, 1677:10, 1677:17, 1680:11, 1681:22, 1683:15, 1685:20, 1686:11, 1698:3, 1699:17, 1701:12, 1701:16, 1710:5, 1710:6, 1710:22, 1719:5, 1719:19, 1720:12, 1725:22, 1727:20, 1734:12, 1735:17, 1736:10, 1737:4, 1737:25, 1738:14, 1742:10, 1742:22, 1743:21, 1743:23, 1745:21, 1750:17, 1751:25, 1752:2, 1752:21, 1754:24, 1758:8, 1759:7, 1759:8, 1760:2, 1760:10, 1760:18, 1761:7, 1762:10, 1764:4, 1765:2, 1766:6, 1766:21, 1767:1, 1768:6, 1770:14, 1770:15, 1772:24, 1773:9, 1773:23, 1774:15, 1776:6, 1777:11, 1778:8, 1780:20, 1780:21, 1781:17, 1781:20, 1782:23, 1784:2, 1788:3, 1790:17, 1791:10, 1791:25, 1814:9, 1822:16, 1822:18, 1825:8, 1839:12, 1840:8, 1841:2, 1842:4, 1843:3, 1847:19, 1847:21, 1848:5, 1848:13, 1852:25, 1860:3, 1862:1, 1866:15, 1866:19, 1866:20
**looked** [6] - 1656:5, 1679:11, 1715:5, 1731:8, 1842:13, 1844:24
**looking** [23] - 1647:12, 1655:18, 1701:13, 1727:14, 1727:25, 1729:9, 1751:19, 1757:13, 1757:14, 1776:17, 1812:8, 1812:9, 1812:11, 1812:12,

1824:7, 1828:12, 1833:19, 1835:5, 1839:25, 1842:15, 1860:5, 1862:4, 1869:14
**lookout** [1] - 1645:11
**looks** [3] - 1647:2, 1692:24, 1773:24
**loose** [1] - 1781:6
**lose** [6] - 1694:3, 1756:13, 1774:13, 1774:14, 1793:21, 1854:1
**loses** [1] - 1854:18
**losing** [3] - 1659:2, 1812:25, 1813:4
**lost** [4] - 1642:17, 1692:13, 1762:7, 1776:21
**loves** [1] - 1824:14
**low** [3] - 1790:7, 1828:24, 1865:21
**lower** [10] - 1793:23, 1860:8, 1860:9, 1860:11, 1860:16, 1860:18, 1861:2, 1862:16, 1862:17
**lowered** [1] - 1712:23
**loyal** [4] - 1672:12, 1672:14, 1672:17, 1811:10
**loyalist** [1] - 1865:9
**luck** [3] - 1698:4, 1755:16
**Lucky** [2] - 1724:25, 1725:1
**Luis** [1] - 1679:3
**lump** [1] - 1726:5
**lunch** [5] - 1739:22, 1739:24, 1740:7, 1741:11, 1794:17
**lying** [18] - 1666:1, 1666:3, 1669:19, 1686:3, 1715:18, 1787:13, 1797:5, 1800:18, 1830:16, 1841:6, 1841:15, 1842:7, 1844:11, 1844:18, 1847:7, 1847:9, 1847:10

# M

**M-A-N** [1] - 1818:25
**machine** [2] - 1805:1, 1805:19
**Maher** [2] - 1760:20, 1760:23
**mail** [20] - 1664:14, 1681:8, 1687:4, 1712:14, 1716:3, 1717:11, 1748:3, 1763:22, 1764:1, 1764:2, 1764:4, 1764:11, 1764:12, 1767:23, 1767:25, 1790:19, 1836:1, 1843:4, 1855:22
**mailed** [2] - 1681:10, 1843:5
**mails** [5] - 1828:3, 1828:7, 1850:3, 1850:10, 1850:12
**man** [31] - 1644:15, 1684:19, 1684:22, 1685:21, 1686:19, 1699:15, 1735:6, 1735:8, 1737:1, 1737:20, 1784:22, 1784:25, 1785:2, 1785:3, 1785:11, 1787:4, 1787:5, 1787:6, 1790:23, 1802:8, 1818:25, 1826:16, 1827:22, 1836:16, 1841:12, 1841:13, 1841:16, 1841:17, 1842:1
**Man** [1] - 1668:7
**managed** [2] - 1645:22, 1684:2
**managing** [1] - 1684:21
**Mancuso** [1] - 1716:14
**Manhattan** [3] - 1716:7, 1793:23,

1794:21
**maniac** [1] - 1680:17
**Mankind** [1] - 1698:9
**mannered** [1] - 1648:19
**manufactured** [1] - 1716:15
**manufactures** [1] - 1718:15
**March** [17] - 1686:20, 1686:21, 1686:22, 1713:17, 1713:20, 1713:23, 1770:15, 1770:19, 1770:20, 1784:3, 1792:8, 1792:9, 1793:25, 1803:20, 1803:21, 1809:25
**marine** [1] - 1731:4
**Mark** [2] - 1647:18, 1692:1
**market** [1] - 1645:24
**marshal** [2] - 1788:15, 1788:16
**Marshal** [1] - 1713:15
**Martin** [10] - 1768:4, 1768:22, 1788:16, 1813:2, 1813:3, 1813:4, 1831:24, 1832:1
**Martin's** [1] - 1768:6
**marvel** [1] - 1838:3
**master** [1] - 1845:12
**match** [1] - 1716:19
**material** [6] - 1736:18, 1736:19, 1795:5, 1795:10, 1795:11, 1795:12
**materiality** [1] - 1795:10
**materials** [2] - 1747:9, 1752:7
**matter** [19] - 1671:12, 1717:8, 1723:9, 1725:14, 1725:15, 1728:7, 1734:20, 1772:8, 1790:16, 1804:4, 1815:14, 1817:12, 1838:4, 1854:4, 1866:7, 1866:22, 1869:22
**matters** [1] - 1723:10
**mayhem** [1] - 1790:4
**Mazzella** [14] - 1738:12, 1738:17, 1791:24, 1809:16, 1827:23, 1828:2, 1828:6, 1828:21, 1833:23, 1833:24, 1834:14, 1834:16, 1834:17, 1863:18
**Mazzella's** [1] - 1856:6
**MCC** [13] - 1679:4, 1679:17, 1707:19, 1710:14, 1732:19, 1735:23, 1785:15, 1793:23, 1794:20, 1794:21, 1859:20, 1859:23, 1860:2
**mean** [26] - 1641:14, 1650:2, 1669:3, 1669:24, 1670:20, 1677:16, 1683:2, 1684:18, 1699:4, 1700:21, 1700:25, 1707:8, 1725:3, 1728:8, 1728:14, 1729:16, 1732:3, 1737:14, 1748:25, 1808:10, 1813:14, 1815:21, 1853:15, 1857:9, 1864:22
**meaning** [10] - 1717:12, 1746:17, 1752:24, 1754:16, 1764:17, 1788:3, 1811:16, 1845:23, 1856:12, 1856:15
**meaningful** [3] - 1644:8, 1824:15
**meaningfully** [1] - 1661:17
**means** [12] - 1668:24, 1669:6, 1748:18, 1753:6, 1755:22, 1755:23, 1758:19, 1763:20, 1771:10, 1771:13, 1815:14
**meant** [8] - 1660:24, 1674:23, 1687:7,

1718:8, 1719:1, 1813:17, 1839:10, 1840:18
**measure** [1] - 1800:17
**mechanical** [1] - 1639:24
**mechanically** [1] - 1806:25
**media** [1] - 1865:23
**meet** [17] - 1665:15, 1681:14, 1709:1, 1709:10, 1709:13, 1766:11, 1784:5, 1810:15, 1823:12, 1830:22, 1835:24, 1842:16, 1846:11, 1855:11, 1855:13, 1856:9, 1857:12
**meeting** [119] - 1649:1, 1649:4, 1650:8, 1652:8, 1662:1, 1663:2, 1667:18, 1671:22, 1674:5, 1674:13, 1676:10, 1679:20, 1679:21, 1682:1, 1683:23, 1687:6, 1698:12, 1705:7, 1706:20, 1707:21, 1708:8, 1708:11, 1710:13, 1710:17, 1719:9, 1723:19, 1723:20, 1725:23, 1726:7, 1726:10, 1726:14, 1726:15, 1727:2, 1727:3, 1727:5, 1727:6, 1727:8, 1729:9, 1733:19, 1734:20, 1735:9, 1736:25, 1737:3, 1737:10, 1738:5, 1738:16, 1738:21, 1738:25, 1741:12, 1741:13, 1741:16, 1741:17, 1741:24, 1741:25, 1742:3, 1742:6, 1742:11, 1742:13, 1742:16, 1742:23, 1743:7, 1743:8, 1743:21, 1743:25, 1744:2, 1744:3, 1744:7, 1744:9, 1748:24, 1751:18, 1754:3, 1754:4, 1754:5, 1754:8, 1754:11, 1754:25, 1755:6, 1755:9, 1755:17, 1755:25, 1756:25, 1757:1, 1757:7, 1757:22, 1759:3, 1759:6, 1763:15, 1763:17, 1765:19, 1765:21, 1765:22, 1766:11, 1766:12, 1766:14, 1766:15, 1766:24, 1767:23, 1767:25, 1768:24, 1792:10, 1815:24, 1818:2, 1827:25, 1835:20, 1836:19, 1855:14, 1855:15, 1855:20, 1856:19, 1857:13, 1858:9, 1863:23, 1863:24
**meetings** [4] - 1646:16, 1742:4, 1784:16, 1815:18
**meets** [3] - 1783:9, 1801:1, 1856:16
**member** [3] - 1662:17, 1662:18, 1815:10
**members** [9] - 1644:1, 1645:17, 1646:5, 1661:18, 1668:3, 1673:17, 1686:22, 1695:1, 1718:13
**membership** [1] - 1771:18
**memo** [65] - 1662:5, 1679:21, 1680:8, 1719:9, 1738:2, 1738:7, 1738:13, 1738:14, 1738:16, 1739:5, 1739:6, 1739:20, 1744:11, 1744:12, 1744:16, 1746:12, 1746:13, 1746:15, 1747:1, 1747:2, 1747:13, 1747:25, 1748:12, 1748:15, 1748:24, 1749:8, 1749:9, 1749:16, 1749:17, 1749:18, 1750:5, 1752:12, 1753:12, 1753:14, 1758:24, 1759:1, 1759:2, 1759:5, 1759:7, 1760:12, 1761:24, 1765:19, 1766:6,

1769:16, 1771:1, 1774:6, 1784:2, 1784:18, 1820:3, 1820:5, 1820:13, 1822:14, 1826:24, 1826:25, 1828:19, 1839:6, 1842:25, 1843:1, 1843:8, 1858:5, 1858:6
**memorandum** [4] - 1738:20, 1738:24, 1770:15, 1770:21
**memos** [9] - 1737:23, 1737:25, 1745:2, 1752:22, 1787:17, 1842:24, 1849:25, 1850:4
**men** [13] - 1645:11, 1648:18, 1652:2, 1654:14, 1654:15, 1688:2, 1735:4, 1785:7, 1785:8, 1785:13
**menacing** [2] - 1735:17, 1735:18
**mention** [3] - 1659:6, 1739:17, 1796:19
**mentioned** [18] - 1678:19, 1683:13, 1697:4, 1704:22, 1782:19, 1786:23, 1788:13, 1788:14, 1820:10, 1822:19, 1839:1, 1839:13, 1857:1, 1857:2, 1857:4
**mentions** [3] - 1677:22, 1693:6, 1839:13
**merely** [2] - 1771:22, 1771:23
**Mervin** [3] - 1729:23, 1730:2, 1730:11
**Mervin's** [1] - 1730:12
**message** [19] - 1691:21, 1691:22, 1742:22, 1753:11, 1753:12, 1754:20, 1754:21, 1754:25, 1757:19, 1758:5, 1758:9, 1759:1, 1789:24, 1790:1, 1791:3, 1836:7, 1839:17, 1855:11, 1869:4
**messages** [12] - 1643:23, 1646:21, 1647:5, 1716:24, 1719:8, 1719:16, 1720:1, 1758:1, 1836:17, 1868:2, 1869:2, 1869:8
**met** [15] - 1671:20, 1681:8, 1681:10, 1692:22, 1693:2, 1694:4, 1694:5, 1707:21, 1707:24, 1731:1, 1751:9, 1774:1, 1784:4, 1863:14, 1869:17
**methodology** [4] - 1665:19, 1665:21, 1665:24, 1715:23
**methods** [3] - 1694:22, 1695:1, 1696:24
**meting** [1] - 1858:11
**Miami** [2] - 1788:18, 1793:8
**might** [22] - 1651:18, 1651:20, 1686:13, 1696:12, 1698:8, 1709:16, 1726:24, 1727:24, 1731:15, 1767:14, 1769:19, 1770:1, 1800:10, 1801:2, 1812:20, 1818:5, 1832:8, 1832:10, 1839:15, 1852:3, 1863:22, 1865:12
**mighty** [2] - 1865:25, 1866:1
**military** [2] - 1707:6, 1841:21
**mind** [26] - 1678:11, 1678:13, 1678:16, 1678:18, 1680:24, 1682:12, 1693:17, 1693:19, 1693:21, 1771:14, 1772:17, 1775:8, 1776:24, 1784:10, 1790:1, 1793:17, 1801:22, 1820:16, 1820:21, 1828:24, 1829:23, 1830:3, 1846:20,

1862:15, 1864:11, 1865:4
**mindful** [1] - 1822:17
**minds** [2] - 1681:25, 1706:23
**mindset** [3] - 1792:6, 1809:15, 1809:19
**mine** [1] - 1745:9
**minute** [4] - 1650:7, 1770:24, 1794:17, 1863:7
**minutes** [30] - 1645:2, 1654:18, 1659:19, 1672:24, 1673:20, 1674:12, 1676:14, 1678:1, 1687:14, 1687:17, 1690:23, 1691:13, 1705:6, 1705:7, 1740:5, 1748:4, 1755:5, 1799:5, 1799:6, 1799:16, 1799:25, 1800:7, 1832:23, 1834:3, 1834:4, 1834:7, 1836:10, 1837:12, 1860:15
**misconduct** [1] - 1810:9
**misconstrued** [2] - 1752:4, 1753:10
**misdirect** [1] - 1660:3
**misogynist** [1] - 1812:17
**misrepresented** [1] - 1783:22
**missing** [4] - 1640:3, 1640:5, 1796:6, 1796:7
**mission** [1] - 1869:5
**missions** [1] - 1692:8
**mistake** [3] - 1823:19, 1833:25, 1834:10
**mistaken** [1] - 1742:9
**misunderstanding** [1] - 1715:20
**mix** [1] - 1711:18
**mode** [1] - 1749:14
**module** [5] - 1760:22, 1761:1, 1761:3, 1761:12, 1806:6
**Mogatoni** [5] - 1645:21, 1646:19, 1684:3, 1685:1, 1685:2
**Mohammed** [2] - 1686:6
**moment** [17] - 1659:3, 1659:9, 1659:16, 1660:2, 1719:7, 1738:4, 1775:8, 1776:19, 1783:23, 1785:17, 1795:18, 1815:7, 1822:12, 1822:17, 1832:5, 1839:5, 1862:5
**moments** [1] - 1844:11
**Monday** [1] - 1708:7
**money** [75] - 1643:13, 1658:20, 1660:12, 1660:25, 1661:11, 1661:13, 1661:22, 1672:11, 1673:18, 1674:15, 1674:17, 1674:18, 1674:20, 1676:12, 1677:9, 1678:19, 1679:24, 1680:9, 1680:12, 1681:15, 1685:22, 1686:17, 1704:5, 1704:25, 1705:1, 1705:3, 1706:5, 1706:8, 1706:16, 1707:3, 1707:4, 1707:16, 1707:18, 1709:5, 1709:18, 1710:5, 1710:9, 1712:25, 1713:5, 1724:13, 1744:14, 1750:2, 1777:25, 1813:1, 1813:5, 1826:14, 1826:15, 1827:4, 1830:15, 1854:7, 1854:8, 1854:11, 1854:19, 1855:23, 1856:5, 1856:25, 1857:4, 1857:5, 1857:12, 1859:6, 1859:12, 1861:7, 1862:16, 1862:17, 1862:19, 1862:24,

1863:1, 1863:3, 1864:10, 1864:11, 1867:10
**monitored** [2] - 1679:5, 1781:16
**monitoring** [1] - 1796:9
**month** [2] - 1685:22, 1833:21
**months** [1] - 1776:10
**morning** [18] - 1640:2, 1641:2, 1642:8, 1692:4, 1692:5, 1779:6, 1791:18, 1799:17, 1800:1, 1814:4, 1824:5, 1826:15, 1828:16, 1833:7, 1833:14, 1836:18, 1837:12, 1837:15
**MORRIS** [1] - 1639:14
**most** [15] - 1669:23, 1686:8, 1738:9, 1741:13, 1741:14, 1741:16, 1741:17, 1752:5, 1764:12, 1789:20, 1789:21, 1804:23, 1812:22, 1821:7, 1825:5
**mother** [37] - 1673:24, 1674:3, 1674:7, 1676:16, 1677:6, 1677:16, 1677:18, 1678:9, 1678:18, 1678:20, 1678:25, 1680:3, 1680:10, 1680:13, 1680:16, 1680:21, 1683:1, 1704:10, 1704:20, 1744:17, 1745:25, 1747:12, 1747:14, 1747:18, 1750:2, 1753:10, 1754:4, 1764:16, 1764:20, 1764:22, 1811:3, 1824:14, 1826:3, 1826:4, 1826:6
**mother's** [1] - 1677:7
**motion** [7] - 1671:23, 1736:23, 1753:6, 1774:6, 1821:25, 1822:1, 1822:25
**motions** [1] - 1662:7
**motive** [11] - 1724:16, 1773:17, 1773:18, 1773:20, 1774:10, 1797:6, 1853:18, 1853:19, 1853:21, 1854:16, 1854:19
**mouth** [1] - 1732:13
**move** [4] - 1668:14, 1697:13, 1725:21, 1855:7
**moved** [1] - 1697:11
**MR** [67] - 1640:7, 1640:11, 1640:12, 1640:13, 1640:15, 1640:22, 1642:5, 1642:7, 1647:8, 1647:15, 1656:17, 1656:21, 1658:1, 1659:21, 1660:7, 1673:1, 1673:3, 1673:23, 1674:15, 1676:1, 1678:4, 1687:19, 1688:7, 1688:10, 1689:1, 1690:23, 1691:11, 1691:17, 1692:16, 1702:19, 1702:21, 1706:1, 1721:11, 1721:12, 1722:1, 1728:7, 1728:10, 1728:12, 1739:23, 1740:5, 1741:9, 1760:1, 1775:1, 1780:1, 1798:1, 1798:9, 1798:12, 1798:25, 1799:5, 1799:9, 1799:11, 1799:14, 1799:18, 1799:21, 1799:25, 1800:4, 1800:7, 1800:9, 1800:12, 1800:16, 1820:1, 1837:7, 1838:2, 1838:3, 1855:7, 1859:1, 1868:1
**multiple** [1] - 1782:2
**murder** [20] - 1645:6, 1645:15, 1646:12, 1649:5, 1650:5, 1697:5, 1699:18, 1699:20, 1699:23, 1777:23, 1816:10, 1816:19, 1817:1, 1831:1, 1837:4, 1838:16, 1847:19

**murdered** [5] - 1664:10, 1677:12, 1683:7, 1832:23, 1833:2
**murderers** [1] - 1849:13
**murdering** [1] - 1662:16
**murderous** [1] - 1832:14
**murders** [6] - 1645:7, 1649:5, 1835:11, 1838:16, 1849:1, 1849:19
**muscle** [1] - 1646:6
**must** [6] - 1693:23, 1756:17, 1766:21, 1770:8, 1770:17, 1803:10
**mutually** [2] - 1804:11, 1827:16
**Myers** [10] - 1718:12, 1718:14, 1720:5, 1720:7, 1763:6, 1802:8, 1804:24, 1806:10, 1806:17

## N

**N-72** [2] - 1760:2, 1763:8
**name** [61] - 1646:6, 1646:18, 1667:16, 1668:1, 1668:5, 1684:4, 1684:10, 1684:11, 1684:12, 1684:17, 1684:21, 1685:4, 1685:6, 1685:8, 1689:9, 1689:13, 1689:25, 1693:2, 1693:6, 1701:25, 1709:19, 1715:3, 1715:11, 1715:14, 1715:15, 1727:4, 1734:21, 1734:22, 1737:19, 1742:11, 1759:10, 1766:6, 1768:15, 1781:23, 1782:1, 1782:3, 1782:19, 1787:15, 1788:20, 1795:4, 1796:20, 1797:15, 1812:15, 1813:3, 1820:6, 1820:11, 1822:24, 1823:2, 1850:3, 1850:8, 1850:9, 1851:1, 1857:2, 1857:3, 1861:11
**named** [8] - 1651:4, 1724:25, 1725:1, 1733:16, 1812:13, 1822:19, 1842:4, 1844:24
**names** [12] - 1646:17, 1667:3, 1670:8, 1685:2, 1722:19, 1743:23, 1757:1, 1781:24, 1782:2, 1820:10, 1851:25
**Nancy** [2] - 1720:7, 1720:9
**narcotics** [1] - 1791:6
**natural** [8] - 1782:21, 1782:24, 1783:10, 1784:17, 1788:2, 1788:4, 1810:14, 1862:24
**nature** [1] - 1725:4
**near** [3] - 1676:19, 1676:20, 1687:9
**nearly** [1] - 1796:7
**necessarily** [1] - 1750:20
**necessary** [3] - 1786:13, 1789:23, 1793:6
**need** [59] - 1642:14, 1643:18, 1644:6, 1658:11, 1669:22, 1670:14, 1671:25, 1672:10, 1673:6, 1673:17, 1673:18, 1676:12, 1677:19, 1680:12, 1681:15, 1684:14, 1689:10, 1692:21, 1694:2, 1703:24, 1704:3, 1704:6, 1704:21, 1706:17, 1708:4, 1708:15, 1709:13, 1709:24, 1710:2, 1710:8, 1715:24, 1717:3, 1717:6, 1718:1, 1735:20, 1743:9, 1745:20, 1745:21, 1745:22,

1764:9, 1766:9, 1770:16, 1770:18, 1793:2, 1793:17, 1795:8, 1799:11, 1803:4, 1803:5, 1812:14, 1832:6, 1837:14, 1837:16, 1842:18, 1851:14, 1852:22, 1861:7
**needed** [8] - 1642:19, 1644:2, 1712:18, 1743:23, 1793:14, 1803:1, 1832:3
**needs** [15] - 1673:7, 1673:8, 1677:4, 1678:9, 1678:22, 1680:12, 1685:11, 1692:10, 1709:5, 1710:5, 1718:1, 1739:16, 1742:19, 1743:4
**negotiated** [2] - 1692:17, 1692:18
**negotiating** [1] - 1860:11
**neighborhood** [1] - 1832:4
**neighbors** [1] - 1676:22
**nervous** [3] - 1664:9, 1683:24, 1758:7
**network** [2] - 1672:11, 1747:9
**neutralize** [8] - 1658:11, 1658:19, 1659:13, 1745:12, 1830:7, 1830:9, 1830:11, 1831:5
**neutralized** [3] - 1676:6, 1682:6, 1831:3
**neutralizing** [1] - 1831:21
**never** [72] - 1644:16, 1644:25, 1663:22, 1664:1, 1665:2, 1669:10, 1669:16, 1671:16, 1686:18, 1702:1, 1714:18, 1717:5, 1719:13, 1725:17, 1725:25, 1726:2, 1726:15, 1726:17, 1727:3, 1727:4, 1727:13, 1728:24, 1729:4, 1730:14, 1730:25, 1731:1, 1731:20, 1734:11, 1738:8, 1741:21, 1747:4, 1752:8, 1759:9, 1763:9, 1763:11, 1774:1, 1787:11, 1792:15, 1793:3, 1808:13, 1809:17, 1814:22, 1819:2, 1819:4, 1821:3, 1823:4, 1824:24, 1829:13, 1836:25, 1840:16, 1840:21, 1841:25, 1842:2, 1847:12, 1847:13, 1852:3, 1857:1, 1857:2, 1857:3, 1860:22, 1860:23, 1863:14, 1863:16, 1863:19, 1868:9
**nevertheless** [2] - 1665:16, 1821:20
**NEW** [1] - 1639:1
**new** [6] - 1708:14, 1720:8, 1828:18, 1855:8, 1856:5
**New** [14] - 1639:5, 1639:23, 1697:4, 1698:25, 1699:8, 1699:24, 1699:25, 1716:12, 1719:17, 1751:19, 1783:6, 1787:11, 1846:25, 1865:22
**news** [2] - 1855:13, 1865:21
**newspaper** [1] - 1725:13
**newspapers** [1] - 1817:16
**next** [38] - 1640:25, 1657:5, 1663:19, 1674:5, 1675:3, 1676:10, 1681:12, 1688:14, 1693:1, 1705:10, 1708:11, 1710:16, 1717:7, 1721:16, 1739:12, 1740:8, 1759:25, 1763:17, 1770:1, 1779:15, 1797:22, 1819:18, 1833:13, 1834:11, 1834:17, 1835:25, 1836:6, 1836:15, 1837:17, 1837:19, 1848:20,

1856:17, 1856:18, 1858:8, 1858:16, 1860:13, 1860:20, 1867:15
**nice** [8] - 1641:3, 1641:5, 1646:6, 1652:4, 1700:11, 1769:18, 1832:12, 1869:18
**nicely** [1] - 1696:11
**nicer** [1] - 1655:18
**nickname** [1] - 1812:14
**nicknames** [1] - 1646:17
**Nicole** [7] - 1714:1, 1714:15, 1715:4, 1715:5, 1715:8, 1792:13, 1793:1
**Nigel** [23] - 1781:25, 1782:13, 1782:14, 1782:15, 1782:16, 1782:18, 1782:20, 1782:24, 1783:1, 1783:9, 1783:16, 1783:19, 1783:24, 1784:11, 1784:12, 1784:13, 1784:17, 1785:14, 1787:18, 1823:12, 1841:22
**night** [7] - 1660:12, 1833:6, 1833:12, 1833:13, 1834:3, 1868:24, 1869:21
**nightly** [1] - 1865:21
**nights** [1] - 1789:7
**nine** [6] - 1679:19, 1737:10, 1800:4, 1833:4, 1837:9, 1855:14
**nobody** [3] - 1706:12, 1708:18, 1869:4
**non** [2] - 1809:2, 1824:6
**non-working** [1] - 1809:2
**none** [4] - 1671:12, 1742:16, 1762:19, 1787:9
**nonsense** [1] - 1703:22
**North** [1] - 1788:17
**notarize** [1] - 1856:9
**note** [11] - 1751:18, 1771:18, 1786:11, 1821:3, 1836:23, 1838:10, 1839:9, 1839:10, 1839:12, 1843:11
**notebook** [1] - 1782:5
**notes** [2] - 1800:5, 1837:9
**nothing** [69] - 1656:10, 1656:22, 1661:18, 1723:18, 1723:20, 1723:21, 1724:2, 1724:9, 1725:9, 1733:22, 1737:17, 1737:22, 1739:3, 1741:21, 1741:22, 1753:3, 1753:12, 1753:13, 1756:13, 1757:15, 1759:3, 1759:4, 1761:6, 1764:8, 1765:16, 1770:4, 1771:4, 1774:11, 1774:12, 1776:18, 1777:15, 1777:20, 1780:22, 1781:1, 1781:2, 1781:4, 1782:7, 1783:25, 1784:12, 1800:18, 1804:1, 1809:1, 1810:15, 1820:24, 1820:25, 1824:19, 1824:20, 1824:21, 1826:20, 1827:3, 1827:15, 1833:16, 1834:16, 1835:8, 1839:10, 1839:18, 1843:16, 1844:20, 1845:21, 1853:7, 1853:9, 1857:16
**notice** [2] - 1783:25, 1784:1
**noticed** [2] - 1640:9, 1861:22
**notion** [1] - 1817:20
**November** [2] - 1720:2, 1761:24
**number** [19] - 1647:22, 1660:12, 1663:14, 1702:13, 1712:23, 1717:15, 1733:5, 1733:17, 1749:14, 1755:21, 1760:15, 1768:15, 1786:20, 1796:22,

1806:7, 1806:8, 1820:16, 1820:17, 1848:9
**numbers** [7] - 1647:16, 1647:17, 1647:23, 1718:21, 1791:11, 1791:12, 1791:17
**nutsy** [1] - 1834:5

# O

**o'clock** [5] - 1639:6, 1679:19, 1740:1, 1740:6, 1833:6
**oath** [2] - 1833:19, 1848:10
**object** [1] - 1656:17
**objection** [1] - 1702:19
**objections** [1] - 1787:1
**objective** [3] - 1644:9, 1644:24, 1681:21
**objectives** [1] - 1681:19
**obligated** [1] - 1866:12
**obligation** [5] - 1661:17, 1694:6, 1726:16, 1777:9, 1837:9
**obligations** [3] - 1642:23, 1642:24, 1657:2
**obstruct** [13] - 1643:1, 1666:19, 1666:22, 1666:24, 1667:5, 1667:7, 1704:19, 1711:5, 1711:7, 1711:14, 1711:23, 1779:13, 1784:12
**obstructed** [1] - 1776:20
**obstructing** [2] - 1666:17, 1823:15
**obstruction** [5] - 1643:5, 1711:4, 1713:7, 1787:24, 1845:20
**obtained** [4] - 1784:19, 1786:12, 1786:14, 1786:15
**obvious** [3] - 1642:10, 1642:15, 1828:21
**obviously** [9] - 1642:17, 1670:17, 1738:19, 1772:3, 1781:15, 1781:16, 1827:9, 1842:18, 1860:6
**occasion** [2] - 1714:8, 1842:16
**occur** [1] - 1742:16
**occurred** [10] - 1640:1, 1691:2, 1691:6, 1741:2, 1788:11, 1795:17, 1795:23, 1798:15, 1798:21, 1838:25
**occurrence** [1] - 1868:11
**occurring** [2] - 1771:24, 1771:25
**occurs** [1] - 1766:4
**October** [5] - 1716:10, 1716:21, 1802:3, 1802:4, 1806:16
**OF** [3] - 1639:1, 1639:3, 1639:9
**offend** [1] - 1814:8
**offending** [2] - 1807:15, 1814:8
**offense** [4] - 1795:9, 1806:2, 1846:6, 1867:14
**offenses** [4] - 1780:25, 1790:3, 1827:21, 1849:19
**offensive** [1] - 1850:20
**offer** [15] - 1643:13, 1643:14, 1643:15, 1660:23, 1672:21, 1686:17, 1713:3, 1713:5, 1805:8, 1828:20

**offered** [4] - 1661:22, 1763:10, 1818:21, 1828:18
**offering** [2] - 1660:22, 1661:11
**offers** [2] - 1661:12, 1706:8
**Office** [1] - 1849:10
**office** [50] - 1647:9, 1663:17, 1671:14, 1681:5, 1689:21, 1691:23, 1700:19, 1706:10, 1712:20, 1716:12, 1742:1, 1744:1, 1745:15, 1748:9, 1752:12, 1755:5, 1760:13, 1760:15, 1761:3, 1773:3, 1773:5, 1775:13, 1775:18, 1775:24, 1775:25, 1782:5, 1785:6, 1806:6, 1807:9, 1807:18, 1808:7, 1808:11, 1808:12, 1808:19, 1808:22, 1809:24, 1810:6, 1810:8, 1811:8, 1814:11, 1826:13, 1829:24, 1836:17, 1842:21, 1857:20, 1857:23, 1858:4, 1859:14, 1864:5
**officer** [10] - 1714:2, 1715:2, 1715:6, 1715:9, 1757:21, 1790:20, 1793:1, 1797:5, 1797:14, 1797:21
**officers** [3] - 1646:7, 1707:6, 1800:18
**offices** [4] - 1716:7, 1717:25, 1786:25, 1850:17, 1850:22
**official** [1] - 1801:6
**often** [2] - 1735:22
**Ohio** [5] - 1786:1, 1786:6, 1788:1, 1788:2, 1793:15
**OK** [1] - 1717:8
**old** [4] - 1715:7, 1720:10, 1773:21, 1853:23
**once** [15] - 1714:9, 1769:10, 1772:9, 1783:20, 1784:9, 1784:14, 1814:24, 1824:19, 1825:25, 1829:10, 1847:21, 1853:6, 1856:2
**one** [162] - 1640:8, 1642:25, 1643:23, 1644:10, 1648:9, 1652:11, 1652:20, 1664:6, 1667:4, 1668:17, 1669:22, 1670:8, 1670:13, 1670:14, 1670:17, 1682:1, 1685:16, 1686:12, 1686:15, 1692:1, 1697:7, 1703:12, 1707:19, 1707:22, 1710:13, 1710:24, 1711:6, 1713:11, 1716:16, 1716:19, 1717:3, 1718:12, 1719:19, 1725:9, 1729:19, 1731:3, 1731:4, 1731:13, 1732:6, 1732:13, 1732:20, 1733:6, 1733:9, 1734:7, 1734:9, 1734:21, 1736:14, 1739:10, 1741:14, 1741:15, 1742:4, 1743:12, 1744:12, 1747:12, 1749:14, 1750:17, 1751:25, 1756:11, 1757:18, 1758:4, 1758:16, 1759:2, 1759:18, 1761:13, 1762:17, 1762:21, 1763:22, 1764:5, 1764:6, 1764:13, 1764:15, 1765:4, 1765:7, 1765:18, 1771:13, 1774:5, 1775:24, 1776:25, 1778:16, 1778:23, 1781:25, 1783:7, 1783:14, 1785:22, 1785:23, 1785:24, 1786:5, 1788:21, 1790:17, 1791:8, 1791:9, 1793:8, 1795:8, 1795:9, 1796:2, 1796:3, 1800:22, 1801:10, 1802:6,

1802:16, 1802:17, 1806:6, 1806:7,
1806:20, 1811:6, 1811:24, 1814:17,
1817:5, 1818:5, 1820:1, 1820:17,
1821:8, 1821:15, 1823:3, 1823:7,
1824:4, 1824:8, 1824:12, 1825:19,
1826:20, 1827:6, 1827:11, 1831:22,
1832:8, 1832:10, 1835:25, 1836:15,
1838:16, 1840:14, 1840:24, 1842:16,
1843:3, 1843:4, 1844:6, 1847:11,
1852:16, 1854:20, 1854:22, 1855:1,
1855:2, 1855:4, 1856:22, 1857:24,
1857:25, 1858:1, 1858:2, 1859:21,
1859:22, 1860:5, 1864:8, 1868:17,
1868:18, 1868:20, 1868:24, 1869:5
**ones** [1] - 1854:14
**open** [5] - 1642:12, 1803:17, 1810:17,
1838:1, 1849:16
**Open** [1] - 1837:18
**opened** [2] - 1776:9, 1776:12
**opening** [8] - 1756:6, 1758:20,
1773:16, 1776:14, 1823:23, 1838:22,
1868:12
**openings** [1] - 1641:7
**openly** [2] - 1839:13
**operated** [2] - 1719:10, 1793:23
**operating** [1] - 1801:11
**operation** [2] - 1857:16, 1863:2
**opinion** [4] - 1680:5, 1725:24,
1747:20, 1777:3
**opportunity** [7] - 1641:16, 1722:10,
1722:25, 1738:19, 1769:11, 1783:3,
1824:3
**opposite** [3] - 1724:4, 1840:21, 1863:4
**option** [5] - 1658:12, 1658:18,
1659:13, 1672:22, 1682:17
**options** [1] - 1712:1
**order** [14] - 1643:2, 1644:8, 1670:12,
1706:17, 1713:25, 1718:2, 1718:18,
1718:20, 1720:16, 1787:13, 1803:24,
1808:13, 1859:7
**orders** [1] - 1653:14
**ordinarily** [1] - 1794:18
**organization** [4] - 1669:25, 1695:24,
1729:5, 1787:11
**organize** [1] - 1825:3
**original** [4] - 1804:5, 1804:11, 1809:5,
1809:6
**originally** [1] - 1730:9
**otherwise** [1] - 1719:2
**ought** [3] - 1678:10, 1695:3, 1709:16
**outage** [3] - 1759:11, 1759:14,
1760:12
**outcome** [2] - 1768:18, 1768:20
**outrageous** [1] - 1642:16
**outright** [1] - 1668:24
**outside** [8] - 1649:9, 1649:10,
1649:14, 1649:18, 1659:14, 1689:21,
1691:13, 1698:1
**overnight** [1] - 1834:14
**overruled** [1] - 1702:20

**overstayed** [2] - 1732:24, 1739:14
**owe** [2] - 1652:22, 1652:23
**own** [21] - 1664:21, 1666:19, 1705:3,
1713:6, 1714:20, 1724:11, 1725:3,
1736:9, 1768:14, 1789:15, 1816:1,
1825:9, 1828:6, 1828:14, 1830:18,
1832:13, 1837:9, 1843:17, 1854:7,
1867:11
**owned** [1] - 1763:7
**owners** [2] - 1718:13, 1793:19

## P

**p.m** [1] - 1835:23
**Pablo** [1] - 1650:24
**pack** [1] - 1793:10
**pad** [1] - 1830:24
**page** [76] - 1640:11, 1640:13, 1640:25,
1652:19, 1654:1, 1656:13, 1657:5,
1658:17, 1659:12, 1662:23, 1663:9,
1663:12, 1663:19, 1675:3, 1678:1,
1684:9, 1685:20, 1687:16, 1688:14,
1689:6, 1689:20, 1690:13, 1690:15,
1693:1, 1693:10, 1694:11, 1695:8,
1697:9, 1698:13, 1703:12, 1705:8,
1705:10, 1707:20, 1716:12, 1721:16,
1727:14, 1727:20, 1728:19, 1729:8,
1729:9, 1730:1, 1731:9, 1731:25,
1733:4, 1736:10, 1737:10, 1738:18,
1739:7, 1740:8, 1742:23, 1743:21,
1748:21, 1750:17, 1751:4, 1754:11,
1759:25, 1765:5, 1767:4, 1768:7,
1770:21, 1779:15, 1797:22, 1800:4,
1804:7, 1812:23, 1814:16, 1819:18,
1820:9, 1820:10, 1837:17, 1837:19,
1856:18, 1858:16, 1867:15
**pages** [2] - 1800:4, 1837:9
**paid** [11] - 1722:17, 1724:7, 1724:11,
1724:12, 1832:12, 1854:3, 1854:5,
1854:8, 1854:19, 1856:9, 1856:12
**painfully** [2] - 1642:10, 1642:14
**Panasonic** [2] - 1802:6, 1802:7
**pants** [1] - 1700:11
**paper** [3] - 1656:2, 1770:7, 1796:17
**paperwork** [1] - 1736:14
**paragraph** [3] - 1764:15, 1784:3,
1848:9
**parallel** [1] - 1803:14
**parents** [4] - 1685:23, 1686:4,
1686:17, 1686:23
**Park** [1] - 1793:24
**parked** [1] - 1715:2
**parking** [1] - 1819:13
**part** [34] - 1644:23, 1652:7, 1663:22,
1681:20, 1704:15, 1708:25, 1730:8,
1731:8, 1735:1, 1735:8, 1737:1,
1737:2, 1737:3, 1737:18, 1744:21,
1745:7, 1750:15, 1755:4, 1761:23,
1764:12, 1792:20, 1806:11, 1812:22,

1813:9, 1813:16, 1813:17, 1814:21,
1816:7, 1826:23, 1849:3, 1854:24,
1858:6, 1860:3
**participate** [1] - 1854:12
**participated** [3] - 1838:16, 1848:10,
1848:16
**participating** [1] - 1847:19
**particular** [7] - 1663:3, 1738:2, 1766:9,
1771:18, 1829:4, 1855:2, 1859:21
**particularly** [3] - 1663:12, 1816:8,
1829:8
**parties** [2] - 1863:4, 1863:8
**partisan** [2] - 1777:2, 1777:3
**partner** [1] - 1645:19
**party** [1] - 1839:22
**passed** [2] - 1785:16
**passively** [1] - 1719:1
**passport** [1] - 1732:24
**password** [1] - 1802:17
**past** [2] - 1709:9, 1799:23
**patiently** [1] - 1815:3
**Paul** [60] - 1646:1, 1646:10, 1646:15,
1646:19, 1647:17, 1650:25, 1651:3,
1651:12, 1652:20, 1652:24, 1653:12,
1654:2, 1654:3, 1685:17, 1685:20,
1686:10, 1686:15, 1686:18, 1690:9,
1690:10, 1690:11, 1690:15, 1690:16,
1695:17, 1697:20, 1697:25, 1698:14,
1698:15, 1699:1, 1699:6, 1699:11,
1699:12, 1699:24, 1700:3, 1700:13,
1700:14, 1700:16, 1700:25, 1701:2,
1701:4, 1701:6, 1701:9, 1701:13,
1712:12, 1730:23, 1731:7, 1731:10,
1731:16, 1735:22, 1757:23, 1766:25,
1770:22, 1775:12, 1775:23, 1790:15,
1820:11, 1847:17, 1848:1, 1848:17
**Paulo** [1] - 1646:20
**pause** [4] - 1659:22, 1659:23, 1660:1
**pay** [37] - 1660:19, 1660:22, 1660:24,
1661:3, 1673:9, 1673:12, 1673:17,
1676:12, 1678:7, 1678:23, 1679:14,
1682:17, 1704:2, 1704:10, 1704:13,
1706:10, 1708:2, 1708:3, 1710:8,
1710:18, 1712:20, 1720:8, 1812:4,
1827:7, 1832:13, 1848:20, 1854:4,
1854:18, 1855:22, 1862:23, 1863:1,
1864:11, 1864:16, 1864:17
**paying** [16] - 1658:24, 1660:25,
1661:1, 1661:2, 1661:6, 1674:15,
1680:16, 1706:2, 1819:10, 1819:11,
1819:14, 1826:14, 1844:20, 1856:14
**payment** [5] - 1658:19, 1706:11,
1706:22, 1707:16, 1752:6
**pays** [1] - 1685:22
**peek** [1] - 1810:18
**Pegasus** [1] - 1716:11
**Pemberton** [12] - 1667:2, 1697:1,
1697:15, 1699:16, 1699:17, 1700:14,
1701:17, 1701:22, 1702:18, 1772:7,
1826:10, 1844:17

**penal** [3] - 1845:6, 1866:11, 1866:18
**penalized** [1] - 1755:18
**penetrated** [1] - 1855:12
**people** [139] - 1643:10, 1644:10, 1646:13, 1648:11, 1648:13, 1648:14, 1651:5, 1651:19, 1651:24, 1651:25, 1652:25, 1653:3, 1654:8, 1655:24, 1661:3, 1661:22, 1666:23, 1667:19, 1668:4, 1669:23, 1670:3, 1670:7, 1670:9, 1670:10, 1672:6, 1672:12, 1672:13, 1674:8, 1676:12, 1676:22, 1676:25, 1677:9, 1680:17, 1681:7, 1683:19, 1685:13, 1692:1, 1695:10, 1695:11, 1695:15, 1695:17, 1696:13, 1696:17, 1698:21, 1701:2, 1702:13, 1706:2, 1707:9, 1711:13, 1711:24, 1720:6, 1723:9, 1723:14, 1724:22, 1724:23, 1725:2, 1725:7, 1725:18, 1725:19, 1730:22, 1730:24, 1731:1, 1731:8, 1732:9, 1732:10, 1734:22, 1734:23, 1737:12, 1739:13, 1745:21, 1745:24, 1746:19, 1746:21, 1747:9, 1749:7, 1751:8, 1751:15, 1751:19, 1752:5, 1758:2, 1771:4, 1771:5, 1773:25, 1777:22, 1783:8, 1786:9, 1787:9, 1789:8, 1790:3, 1790:7, 1790:13, 1790:15, 1791:13, 1791:16, 1801:12, 1803:18, 1804:24, 1812:10, 1812:11, 1813:15, 1813:16, 1813:17, 1814:21, 1817:7, 1817:8, 1823:14, 1826:17, 1827:1, 1827:10, 1830:2, 1831:14, 1832:3, 1832:15, 1842:4, 1843:16, 1847:16, 1848:4, 1849:1, 1849:11, 1849:12, 1849:13, 1851:11, 1851:12, 1852:14, 1853:3, 1853:4, 1853:5, 1853:7, 1853:20, 1858:2, 1863:8, 1867:12, 1869:8
**people's** [2] - 1685:2, 1706:17
**percent** [7] - 1723:17, 1736:24, 1750:6, 1754:7, 1756:7, 1817:23, 1821:8
**Pereria** [10] - 1646:3, 1647:15, 1650:23, 1651:3, 1651:12, 1654:3, 1672:13, 1698:14, 1698:16, 1711:22
**perfect** [6] - 1717:12, 1717:14, 1783:8, 1798:6, 1798:7, 1857:8
**perfectly** [8] - 1777:7, 1784:8, 1789:2, 1792:14, 1810:25, 1811:12, 1827:7, 1833:17
**perhaps** [8] - 1769:4, 1769:5, 1769:12, 1769:25, 1779:5, 1781:25, 1782:1, 1800:24
**Periera** [4] - 1730:23, 1731:7, 1731:17, 1732:8
**period** [4] - 1801:2, 1838:12, 1838:13, 1839:2
**perjury** [5] - 1669:19, 1819:3, 1823:15, 1833:10
**permission** [11] - 1664:20, 1665:7, 1687:13, 1786:11, 1786:12, 1786:14,

1793:3, 1793:12, 1793:14, 1793:16, 1795:8
**permits** [1] - 1783:23
**permitted** [6] - 1654:24, 1736:12, 1810:23, 1811:11, 1811:20, 1811:21
**Persaud** [15] - 1664:9, 1683:6, 1683:10, 1683:16, 1684:3, 1687:11, 1690:15, 1690:16, 1697:6, 1699:18, 1699:19, 1699:23, 1703:2
**person** [44] - 1653:19, 1653:25, 1661:6, 1661:12, 1661:16, 1674:10, 1682:10, 1692:22, 1693:1, 1699:1, 1699:3, 1714:7, 1714:24, 1715:12, 1715:13, 1717:2, 1741:19, 1750:15, 1754:15, 1758:13, 1761:7, 1762:5, 1776:20, 1794:16, 1795:3, 1812:13, 1818:23, 1823:1, 1823:4, 1825:18, 1830:22, 1830:23, 1832:19, 1834:12, 1835:14, 1837:1, 1844:11, 1845:16, 1858:11, 1862:16
**personal** [4] - 1668:11, 1817:12, 1817:13
**personally** [1] - 1651:5
**Persaud** [1] - 1686:24
**persuade** [11] - 1640:17, 1678:4, 1678:5, 1678:10, 1686:18, 1693:18, 1694:3, 1695:2, 1749:7, 1772:18, 1783:12
**persuaded** [1] - 1640:19
**persuading** [2] - 1711:16, 1771:5
**persuasion** [1] - 1677:9
**pertinent** [2] - 1801:9, 1814:21
**Pete** [1] - 1763:6
**Peter** [13] - 1718:12, 1786:1, 1786:2, 1786:3, 1786:12, 1786:13, 1786:14, 1787:14, 1787:16, 1787:23, 1823:12, 1841:22
**Peters** [1] - 1848:21
**ph** [7] - 1676:18, 1686:7, 1686:8, 1788:18, 1790:23, 1797:10, 1833:1
**phantom** [1] - 1832:11
**Phantom** [5] - 1646:6, 1651:12, 1652:15, 1686:22, 1855:17
**philosopher** [1] - 1749:13
**phone** [27] - 1647:16, 1647:17, 1647:22, 1647:23, 1684:4, 1684:18, 1685:2, 1685:4, 1685:7, 1685:8, 1693:6, 1697:12, 1710:4, 1718:9, 1718:19, 1720:14, 1750:9, 1750:10, 1751:3, 1767:11, 1790:9, 1791:11, 1791:12, 1791:17, 1794:2, 1794:5, 1836:17
**phoned** [1] - 1832:20
**phones** [13] - 1672:15, 1672:18, 1678:20, 1678:23, 1745:12, 1745:22, 1747:10, 1780:22, 1827:11, 1827:12, 1827:13
**photograph** [3] - 1716:15, 1760:14, 1782:4
**photographs** [1] - 1703:6

**physical** [2] - 1714:19, 1721:4
**physically** [3] - 1801:11, 1808:14, 1808:15
**pick** [4] - 1669:6, 1674:10, 1760:8, 1775:4
**picks** [1] - 1689:21
**picture** [7] - 1692:23, 1716:17, 1782:6, 1788:7, 1816:22, 1858:14, 1863:16
**pictures** [4] - 1717:11, 1725:12, 1757:3, 1757:5
**piece** [13] - 1716:22, 1719:17, 1719:25, 1762:17, 1762:21, 1769:22, 1770:7, 1789:20, 1789:21, 1806:7, 1809:2, 1844:1
**pieces** [2] - 1763:5, 1763:9
**place** [14] - 1684:11, 1705:4, 1716:4, 1730:18, 1792:15, 1794:3, 1796:16, 1796:17, 1808:20, 1829:20, 1838:1, 1850:3, 1854:5, 1868:22
**placed** [1] - 1857:22
**places** [2] - 1696:13, 1789:15
**plain** [2] - 1781:8, 1833:15
**plainly** [2] - 1781:6, 1852:7
**plan** [18] - 1643:16, 1643:18, 1643:20, 1644:6, 1644:24, 1676:3, 1676:8, 1676:11, 1681:18, 1708:14, 1799:1, 1819:2, 1828:4, 1828:18, 1855:8, 1856:5, 1857:14
**planned** [3] - 1775:3, 1775:4, 1863:25
**plans** [1] - 1828:10
**play** [17] - 1659:18, 1661:20, 1676:5, 1678:1, 1691:11, 1705:6, 1748:10, 1800:8, 1800:12, 1811:25, 1812:6, 1855:16, 1855:18, 1862:10, 1862:12
**played** [15] - 1656:1, 1658:9, 1659:20, 1660:6, 1672:25, 1673:2, 1673:22, 1674:14, 1676:5, 1678:3, 1683:24, 1687:18, 1707:19, 1861:23, 1861:24
**played);(Tape** [1] - 1676:15
**playing** [1] - 1756:12
**plays** [1] - 1705:9
**Plaza** [1] - 1639:22
**plea** [1] - 1855:17
**plead** [1] - 1816:15
**plenty** [1] - 1781:18
**plot** [1] - 1788:23
**plummet** [1] - 1830:16
**plus** [1] - 1683:23
**pm** [2] - 1752:10, 1755:1
**PNC** [1] - 1662:17
**pocket** [6] - 1724:9, 1724:11, 1724:13, 1839:24, 1854:7, 1867:10
**point** [57] - 1640:8, 1650:6, 1655:23, 1669:16, 1671:12, 1672:1, 1672:24, 1684:18, 1684:22, 1688:5, 1688:8, 1689:11, 1690:19, 1690:22, 1704:18, 1709:2, 1732:6, 1732:15, 1737:3, 1738:14, 1738:15, 1738:24, 1739:8, 1739:12, 1739:14, 1754:8, 1754:10, 1755:1, 1758:4, 1759:8, 1770:11,

1775:10, 1780:20, 1790:5, 1790:8, 1791:23, 1821:8, 1824:17, 1824:22, 1824:23, 1834:24, 1835:19, 1836:3, 1836:20, 1840:13, 1840:14, 1840:15, 1840:17, 1840:19, 1849:20, 1852:4, 1856:20, 1857:15

**point-man** [1] - 1684:22
**pointed** [7] - 1699:22, 1754:10, 1760:16, 1811:2, 1816:11, 1821:9, 1834:24
**points** [3] - 1726:15, 1726:17, 1859:3
**poke** [2] - 1699:5, 1699:13
**poked** [1] - 1799:2
**police** [6] - 1646:7, 1651:14, 1731:12, 1732:4, 1757:21, 1790:20
**politely** [1] - 1696:12
**political** [4] - 1729:5, 1801:7, 1840:25, 1841:20
**poor** [1] - 1678:16
**pornographic** [1] - 1707:5
**port** [2] - 1760:7
**portion** [7] - 1649:1, 1649:3, 1658:8, 1662:24, 1824:2, 1859:22
**portions** [1] - 1656:13
**portray** [1] - 1791:9
**pose** [4] - 1699:15, 1702:23, 1704:8, 1865:9
**posed** [1] - 1697:1
**poses** [2] - 1667:14, 1682:19
**posing** [1] - 1865:7
**position** [10] - 1669:1, 1708:6, 1745:9, 1745:11, 1746:4, 1763:19, 1807:11, 1846:7, 1864:5
**positions** [2] - 1708:1, 1863:5
**positive** [1] - 1839:7
**possess** [1] - 1720:22
**possessed** [1] - 1805:22
**possessing** [4] - 1716:4, 1718:4, 1773:2, 1773:4
**possession** [4] - 1773:1, 1807:18, 1808:9, 1844:2
**possibility** [2] - 1767:14, 1785:12
**possible** [5] - 1670:4, 1677:5, 1765:9, 1841:4
**possibly** [5] - 1732:19, 1735:7, 1767:16, 1865:2, 1865:3
**Post** [2] - 1859:7, 1859:8
**Post-it** [2] - 1859:7, 1859:8
**poster** [1] - 1816:22
**potential** [2] - 1777:21
**pounds** [2] - 1715:7, 1760:8
**power** [25] - 1717:20, 1759:11, 1759:14, 1759:16, 1759:20, 1760:3, 1760:6, 1760:12, 1760:22, 1761:1, 1761:3, 1761:6, 1761:11, 1761:15, 1762:9, 1774:21, 1774:22, 1774:23, 1774:24, 1803:5, 1805:17, 1806:5, 1806:6, 1861:18
**practice** [3] - 1642:9, 1810:18, 1868:22

**predominantly** [1] - 1779:12
**premise** [1] - 1770:3
**prep** [1] - 1833:22
**preparation** [4] - 1712:8, 1780:9, 1780:10, 1817:24
**prepare** [3] - 1700:18, 1709:13, 1790:10
**prepared** [2] - 1843:12, 1850:8
**preponderance** [1] - 1846:12
**preposterous** [1] - 1738:10
**prepped** [2] - 1833:14, 1833:18
**prepping** [1] - 1833:17
**presence** [1] - 1701:24
**present** [12] - 1641:1, 1651:19, 1651:20, 1689:3, 1691:14, 1741:6, 1771:22, 1771:23, 1777:19, 1785:10, 1800:14, 1833:4
**presented** [4] - 1648:18, 1778:9, 1790:17, 1795:20
**presenting** [3] - 1834:13, 1849:14, 1849:15
**presents** [1] - 1778:10
**president** [3] - 1853:11, 1853:15
**press** [1] - 1689:11
**pressed** [4] - 1785:2, 1833:20
**pressing** [2] - 1808:5, 1856:4
**pressure** [10] - 1677:5, 1677:22, 1689:11, 1693:23, 1712:17, 1712:18, 1795:14, 1823:25, 1826:19
**pretend** [1] - 1811:9
**pretending** [1] - 1811:9
**pretense** [1] - 1842:3
**pretrial** [2] - 1713:15, 1786:8
**pretty** [6] - 1676:8, 1727:5, 1802:13, 1839:11, 1856:22, 1858:10
**price** [2] - 1761:17, 1860:11
**priceless** [2] - 1811:4, 1811:5
**primarily** [7] - 1718:6, 1718:25, 1720:14, 1807:6, 1807:9, 1807:20, 1807:21
**primo** [1] - 1825:19
**principle** [4] - 1642:10, 1642:17, 1643:6, 1710:11
**printer** [4] - 1709:15, 1842:18, 1842:20
**Prison** [1] - 1830:19
**prison** [20] - 1672:14, 1786:2, 1786:6, 1786:7, 1786:9, 1786:10, 1787:13, 1791:21, 1792:3, 1792:7, 1793:13, 1793:15, 1793:18, 1793:19, 1794:5, 1800:18, 1810:13, 1855:25
**prisoner** [2] - 1765:1, 1786:1
**private** [6] - 1713:13, 1786:5, 1793:18, 1793:24, 1796:21, 1851:2
**problem** [21] - 1662:12, 1664:13, 1671:5, 1671:9, 1681:24, 1682:19, 1686:20, 1694:2, 1697:2, 1698:23, 1702:21, 1702:23, 1704:7, 1704:8, 1709:6, 1739:9, 1746:7, 1836:13, 1855:17, 1865:8, 1865:10
**problematic** [1] - 1685:9

**problems** [3] - 1667:13, 1729:6, 1824:5
**procedure** [1] - 1796:4
**procedures** [2] - 1794:19
**proceeding** [1] - 1848:11
**proceedings** [3] - 1803:18, 1847:7, 1866:9
**Proceedings** [1] - 1639:24
**process** [1] - 1776:1
**produced** [2] - 1639:25, 1853:9
**profanity** [1] - 1812:17
**profile** [1] - 1865:22
**profit** [2] - 1793:20, 1837:2
**programs** [2] - 1831:7, 1831:9
**promised** [2] - 1710:24, 1854:3
**prompting** [2] - 1815:22, 1815:25
**proof** [14] - 1761:5, 1766:22, 1769:24, 1789:3, 1797:6, 1845:25, 1846:1, 1852:6, 1854:17, 1856:1, 1856:2, 1856:3, 1864:18, 1864:19
**proper** [4] - 1777:8, 1777:9, 1784:8, 1789:2, 1792:14, 1805:10
**properly** [2] - 1652:5, 1859:13
**property** [2] - 1706:12, 1814:14
**proposed** [2] - 1842:13, 1857:25
**proposition** [11] - 1748:5, 1748:16, 1776:12, 1776:13, 1779:10, 1781:5, 1781:19, 1785:19, 1811:6, 1841:23, 1866:17
**prosecuted** [2] - 1811:17, 1845:7
**prosecution** [6] - 1650:14, 1668:1, 1778:12, 1784:7, 1803:15, 1831:18
**prosecutor** [2] - 1782:19, 1859:2
**prosecutor's** [1] - 1821:6
**prosecutors** [12] - 1671:13, 1795:16, 1808:3, 1808:4, 1808:10, 1808:11, 1810:16, 1814:2, 1814:4, 1828:3, 1839:3, 1860:24
**prospective** [2] - 1848:12, 1848:17
**prostitutes** [1] - 1778:1
**protect** [1] - 1781:9
**protected** [1] - 1866:5
**prove** [15] - 1718:5, 1722:5, 1746:9, 1756:24, 1770:5, 1771:19, 1772:15, 1773:17, 1829:7, 1848:15, 1851:14, 1864:15
**proved** [2] - 1641:17, 1641:19
**proven** [3] - 1772:9, 1773:7, 1869:6
**provide** [1] - 1853:12
**provides** [1] - 1644:7
**providing** [2] - 1671:1, 1787:20
**province** [1] - 1779:1
**proving** [3] - 1641:24, 1846:6, 1863:5
**public** [1] - 1804:4
**publicity** [2] - 1869:15, 1869:16
**Puerto** [1] - 1777:25
**pull** [1] - 1648:9
**pulls** [2] - 1645:14, 1649:18
**pundits** [1] - 1865:20

**punish** [3] - 1781:6, 1781:7, 1781:8
**punished** [2] - 1823:19, 1868:7
**punishment** [1] - 1866:11
**purchases** [2] - 1801:6
**purpose** [6] - 1672:19, 1703:9, 1786:23, 1814:13, 1833:7
**purposefully** [2] - 1748:12, 1748:13
**purposes** [2] - 1746:11, 1816:24
**pursuant** [2] - 1786:24, 1828:8
**pursue** [1] - 1686:10
**pursuit** [1] - 1722:4
**pushing** [3] - 1801:16, 1855:22
**put** [69] - 1644:19, 1644:20, 1644:21, 1677:3, 1677:5, 1677:14, 1683:1, 1708:15, 1709:3, 1709:18, 1709:19, 1711:17, 1712:17, 1712:18, 1717:13, 1739:22, 1747:15, 1758:25, 1761:22, 1762:6, 1767:24, 1775:10, 1775:14, 1775:16, 1776:25, 1777:11, 1778:15, 1790:12, 1791:17, 1792:1, 1792:8, 1795:6, 1803:7, 1810:13, 1811:15, 1812:21, 1815:16, 1816:23, 1820:2, 1820:3, 1822:15, 1823:13, 1826:19, 1829:8, 1829:10, 1833:23, 1835:18, 1836:14, 1836:23, 1838:22, 1842:5, 1843:1, 1847:20, 1848:3, 1848:4, 1849:9, 1850:6, 1850:16, 1850:20, 1853:21, 1854:7, 1855:15, 1858:5, 1859:23, 1863:7, 1863:24, 1867:10, 1868:17
**puts** [4] - 1777:3, 1796:13, 1840:2, 1852:10
**putting** [17] - 1667:10, 1677:22, 1732:12, 1764:17, 1776:13, 1781:19, 1790:2, 1817:2, 1818:15, 1822:8, 1825:7, 1843:19, 1847:23, 1854:25, 1855:2, 1861:6

## Q

**qualifications** [3] - 1777:1, 1788:25, 1814:18
**qualified** [1] - 1736:5
**quarrel** [1] - 1779:10
**quarreling** [2] - 1811:6, 1814:17
**quarter** [2] - 1799:19, 1800:10
**Queens** [9] - 1713:13, 1713:18, 1713:21, 1714:23, 1715:1, 1791:21, 1792:12, 1792:20, 1829:17
**QUESTION** [3] - 1658:23, 1767:5, 1768:9
**questioning** [1] - 1666:9
**questions** [46] - 1648:3, 1650:4, 1650:22, 1655:13, 1655:14, 1655:17, 1655:19, 1655:20, 1655:21, 1656:3, 1656:6, 1656:24, 1658:9, 1658:15, 1660:14, 1660:18, 1662:22, 1663:9, 1663:15, 1663:23, 1663:25, 1671:4, 1671:9, 1673:12, 1688:1, 1731:20,

1743:6, 1746:6, 1785:7, 1787:3, 1795:2, 1804:3, 1804:13, 1815:15, 1815:19, 1815:20, 1815:22, 1816:6, 1817:2, 1818:16, 1821:6, 1842:1, 1847:20, 1847:21, 1849:21
**quickly** [2] - 1800:24, 1834:12
**quit** [1] - 1855:6
**quite** [5] - 1670:4, 1708:21, 1724:4, 1735:7, 1765:9
**quote** [2] - 1749:12, 1823:25

## R

**R-10** [2] - 1659:18, 1674:12
**R-13** [1] - 1676:13
**R-18** [2] - 1705:6, 1705:7
**racing** [2] - 1837:7, 1838:7
**radio** [1] - 1805:1
**raise** [4] - 1812:12, 1825:5, 1854:15, 1869:17
**raised** [4] - 1824:22, 1825:9, 1825:24, 1854:14
**raising** [3] - 1671:4, 1804:2, 1846:2
**Raji** [2] - 1693:2, 1693:8
**ramifications** [2] - 1680:6, 1747:21
**ranking** [2] - 1662:16, 1662:18
**rat** [2] - 1699:17, 1699:19
**rather** [2] - 1644:17, 1645:3
**reach** [2] - 1644:24, 1671:7
**reaction** [2] - 1835:17, 1861:3
**reactions** [1] - 1838:17
**read** [13] - 1662:3, 1663:18, 1709:11, 1725:13, 1761:25, 1767:8, 1817:16, 1834:7, 1859:16, 1861:20, 1869:16
**reading** [3] - 1748:23, 1834:7, 1845:15
**reads** [1] - 1723:21
**ready** [9] - 1640:6, 1642:4, 1695:5, 1712:20, 1827:13, 1829:18, 1836:21
**Reagan** [5] - 1717:14, 1717:17, 1719:8, 1719:16, 1719:24
**reaganmrk** [1] - 1716:24
**real** [8] - 1646:17, 1646:18, 1706:9, 1706:13, 1782:1, 1798:3, 1830:22, 1830:23
**realize** [1] - 1772:9
**really** [40] - 1647:4, 1652:20, 1669:9, 1669:24, 1670:20, 1679:8, 1682:8, 1685:11, 1686:10, 1689:6, 1695:18, 1711:6, 1715:15, 1724:18, 1727:7, 1732:14, 1732:16, 1734:3, 1734:6, 1735:9, 1735:20, 1759:9, 1763:16, 1777:2, 1797:14, 1797:17, 1797:20, 1809:10, 1812:9, 1813:2, 1817:11, 1828:5, 1828:23, 1840:8, 1840:14, 1848:1, 1852:12, 1857:15, 1861:21
**reason** [38] - 1652:3, 1669:4, 1674:24, 1702:14, 1718:10, 1719:5, 1725:5, 1730:20, 1737:6, 1737:20, 1741:17, 1743:11, 1755:13, 1756:16, 1763:8,

1781:13, 1781:14, 1782:25, 1806:1, 1809:3, 1809:8, 1809:9, 1809:12, 1817:2, 1818:2, 1818:19, 1833:4, 1833:25, 1843:4, 1847:6, 1854:5, 1854:20, 1864:21, 1864:22, 1864:23, 1865:2, 1865:3
**reasonable** [19] - 1641:25, 1722:6, 1746:9, 1748:19, 1756:24, 1766:23, 1769:24, 1770:5, 1771:19, 1772:10, 1773:7, 1774:18, 1780:24, 1829:7, 1846:7, 1863:6, 1864:16, 1869:6
**reasonably** [3] - 1756:22, 1763:21, 1766:21
**reasons** [6] - 1766:9, 1773:6, 1781:4, 1806:4, 1807:13, 1817:5
**reboot** [1] - 1659:5
**rebooting** [1] - 1824:4
**rebuttal** [8] - 1642:1, 1781:12, 1837:15, 1854:12, 1864:6, 1864:7, 1869:1, 1869:11
**recalled** [1] - 1795:21
**receive** [1] - 1858:11
**received** [2] - 1641:11, 1789:21
**recently** [1] - 1698:7
**recess** [4] - 1691:4, 1691:5, 1798:19, 1798:20
**recessed** [1] - 1740:7
**recognize** [3] - 1865:15, 1867:3
**recognized** [3] - 1686:20, 1714:2, 1845:4
**recognizes** [1] - 1845:8
**recollection** [3] - 1795:20, 1795:24, 1834:5
**recommended** [1] - 1823:2
**record** [18] - 1658:17, 1679:12, 1690:9, 1710:17, 1718:8, 1781:18, 1783:25, 1796:16, 1802:9, 1804:4, 1806:21, 1812:23, 1814:16, 1844:21, 1854:4, 1854:23, 1855:3, 1858:9
**recorded** [25] - 1639:24, 1679:6, 1707:20, 1707:24, 1719:21, 1767:12, 1776:16, 1778:3, 1778:5, 1778:19, 1778:22, 1780:14, 1780:15, 1782:13, 1801:10, 1802:1, 1806:3, 1808:18, 1813:18, 1821:14, 1821:17, 1834:23, 1835:2, 1851:15, 1862:9
**recorder** [11] - 1689:21, 1706:10, 1780:16, 1780:17, 1810:6, 1810:8, 1858:5, 1858:14, 1858:15, 1865:5
**recording** [10] - 1658:8, 1659:18, 1660:5, 1673:20, 1682:18, 1706:25, 1737:18, 1802:10, 1806:10, 1858:11
**recordings** [18] - 1648:1, 1681:23, 1683:16, 1683:18, 1686:25, 1689:23, 1691:12, 1722:18, 1801:12, 1803:13, 1804:5, 1804:8, 1804:11, 1809:5, 1809:6, 1810:20, 1810:22, 1818:19
**records** [8] - 1679:10, 1716:10, 1718:22, 1789:9, 1796:8, 1850:4, 1850:5

**recovered** [2] - 1685:16, 1691:23
**recross** [1] - 1828:22
**recruited** [2] - 1662:14, 1724:20
**redacted** [2] - 1786:19, 1786:22
**redirect** [3] - 1657:4, 1663:9, 1704:25
**redirected** [1] - 1705:5
**refer** [3] - 1662:2, 1669:23, 1669:24
**reference** [3] - 1832:9, 1844:19, 1869:1
**referenced** [1] - 1708:9
**referred** [5] - 1687:3, 1787:5, 1787:6, 1795:1, 1820:4
**referring** [4] - 1646:17, 1659:10, 1663:15, 1670:16
**reflected** [2] - 1753:12, 1809:19
**reflecting** [1] - 1641:23
**reflective** [2] - 1744:25, 1766:12
**refresh** [1] - 1834:5
**refuse** [3] - 1672:21, 1811:15, 1811:16
**refused** [2] - 1857:11
**refuted** [1] - 1781:21
**Regan** [14] - 1646:23, 1647:18, 1689:13, 1692:1, 1692:9, 1693:11, 1754:15, 1754:16, 1754:19, 1757:20, 1757:22, 1759:15
**regard** [9] - 1640:8, 1681:23, 1682:19, 1711:3, 1730:22, 1762:13, 1765:16, 1845:24, 1869:18
**regarding** [5] - 1744:18, 1758:9, 1760:12, 1765:8, 1766:12
**regards** [2] - 1640:15, 1704:23
**regular** [1] - 1757:24
**regulation** [1] - 1794:10
**reject** [1] - 1842:19
**related** [2] - 1733:6, 1854:10
**relating** [2] - 1654:2, 1698:13
**relation** [5] - 1681:7, 1694:19, 1699:2, 1751:8, 1751:15
**relationship** [2] - 1683:6, 1816:9
**relationships** [1] - 1733:16
**relative** [4] - 1733:7, 1733:8, 1733:12, 1826:7
**relatives** [2] - 1674:16, 1674:22
**relax** [1] - 1852:24
**relayed** [2] - 1752:25, 1753:11
**released** [1] - 1688:1
**reliable** [1] - 1821:16
**rely** [2] - 1771:13, 1795:16
**relying** [1] - 1823:6
**remarks** [2] - 1756:6, 1777:12
**remember** [95] - 1645:4, 1646:23, 1648:1, 1648:17, 1650:5, 1672:15, 1673:12, 1679:5, 1683:16, 1687:11, 1689:1, 1702:24, 1710:2, 1712:21, 1712:22, 1714:1, 1714:25, 1715:22, 1717:17, 1717:19, 1722:20, 1724:25, 1726:4, 1726:6, 1726:8, 1727:2, 1727:15, 1729:21, 1730:25, 1732:15, 1732:18, 1733:13, 1733:19, 1735:14, 1737:18, 1739:2, 1739:4, 1742:2,

1742:13, 1742:19, 1744:19, 1745:1, 1746:8, 1748:20, 1751:15, 1752:19, 1753:4, 1754:10, 1754:17, 1756:12, 1757:6, 1758:19, 1759:17, 1760:14, 1760:16, 1761:6, 1761:11, 1763:18, 1763:19, 1764:18, 1765:4, 1765:21, 1766:1, 1766:3, 1766:5, 1766:17, 1766:25, 1767:23, 1769:16, 1769:23, 1770:19, 1771:9, 1773:21, 1785:4, 1785:5, 1793:9, 1795:14, 1795:25, 1796:10, 1796:11, 1796:18, 1812:6, 1812:14, 1813:3, 1818:5, 1820:19, 1821:25, 1826:14, 1826:21, 1833:12, 1838:21, 1851:8, 1853:10, 1858:1
**remembers** [2] - 1709:21, 1794:16
**remind** [4] - 1709:25, 1784:13, 1792:14, 1833:10
**reminds** [2] - 1749:12, 1775:18
**render** [4] - 1807:5, 1807:9, 1807:21
**rendered** [1] - 1718:6
**renditions** [1] - 1850:1
**rent** [1] - 1759:10
**repeat** [3] - 1806:5, 1812:20, 1835:7
**repeatedly** [1] - 1847:22
**replacing** [1] - 1794:17
**replete** [1] - 1815:24
**report** [7] - 1795:25, 1796:1, 1796:2, 1832:25, 1859:16, 1860:6
**reported** [2] - 1645:12, 1681:3
**Reporter** [1] - 1639:22
**reports** [1] - 1796:7
**represent** [8] - 1714:7, 1714:10, 1714:24, 1715:1, 1789:24, 1790:7, 1790:25, 1791:19
**representation** [5] - 1787:21, 1788:11, 1789:2, 1818:18, 1823:18
**representative** [1] - 1788:21
**represented** [2] - 1665:14, 1713:19, 1714:9, 1715:12
**representing** [9] - 1769:21, 1803:25, 1810:11, 1810:12, 1845:5, 1851:18, 1868:16, 1868:18, 1868:20
**represents** [1] - 1668:25
**request** [1] - 1782:16
**requested** [2] - 1701:19, 1702:4
**requests** [1] - 1804:10
**require** [1] - 1800:10
**required** [8] - 1786:10, 1786:11, 1787:15, 1787:22, 1827:18, 1829:4, 1829:7, 1868:2
**requires** [2] - 1780:6, 1780:7, 1796:1
**rescheduled** [2] - 1864:1
**resolution** [2] - 1841:4, 1841:17
**resolve** [5] - 1668:14, 1674:20, 1706:6, 1863:11
**resounds** [1] - 1834:25
**resources** [1] - 1849:11
**respect** [9] - 1665:22, 1776:5, 1800:21, 1804:23, 1827:22, 1827:23, 1837:10, 1869:3

**respectfully** [10] - 1656:4, 1666:12, 1685:17, 1685:19, 1716:17, 1795:13, 1806:12, 1825:4, 1835:19, 1859:8
**respond** [4] - 1656:1, 1700:20, 1700:21, 1824:15
**responds** [1] - 1700:21
**response** [7] - 1659:25, 1665:23, 1687:25, 1787:3, 1812:18, 1821:6, 1860:16
**responsibility** [2] - 1774:6, 1786:17
**responsible** [12] - 1645:22, 1646:11, 1646:25, 1651:5, 1744:3, 1744:6, 1762:7, 1762:20, 1762:24, 1768:25, 1769:6, 1773:4
**responsibly** [1] - 1784:24
**responsive** [3] - 1660:24, 1661:12, 1760:25
**rest** [10] - 1652:14, 1652:15, 1659:3, 1768:9, 1810:14, 1821:7, 1835:14, 1848:3, 1848:5
**restarting** [1] - 1759:12
**results** [1] - 1679:25
**resume** [2] - 1740:1, 1869:11
**retained** [5] - 1801:2, 1801:15, 1810:2, 1810:3, 1865:24
**retainer** [2] - 1789:12, 1840:20
**return** [3] - 1710:25, 1721:5, 1837:3
**revealed** [3] - 1785:3, 1829:22, 1829:23
**revealing** [1] - 1835:4
**reverse** [1] - 1761:19
**review** [2] - 1800:23, 1800:25
**Ricardo** [7] - 1645:19, 1646:1, 1648:4, 1730:22, 1737:5, 1737:7
**Ricco** [15] - 1736:3, 1776:24, 1777:11, 1778:7, 1814:15, 1814:17, 1816:11, 1823:16, 1830:13, 1830:17, 1830:25, 1854:2, 1855:25, 1868:10, 1868:13
**Ricco's** [2] - 1777:16, 1830:21
**Richard** [1] - 1787:9
**Rick** [1] - 1720:3
**RICO** [1] - 1664:21
**Rico** [1] - 1777:25
**rid** [1] - 1683:4
**riddled** [2] - 1645:14, 1649:18
**ridiculous** [5] - 1773:24, 1797:7, 1800:19, 1850:25, 1854:20
**rights** [1] - 1866:4
**rings** [1] - 1831:23
**ripped** [1] - 1667:20
**rise** [5] - 1691:1, 1740:1, 1798:14, 1798:24, 1869:19
**risk** [1] - 1856:24
**risking** [1] - 1789:15
**RK** [5] - 1710:16, 1719:18, 1747:17, 1759:8, 1759:10
**RMS** [4] - 1747:19, 1749:22, 1752:24, 1784:3
**RMS's** [1] - 1747:20
**road** [1] - 1816:14

**ROBERT** [1] - 1639:5
**Robert** [94] - 1639:18, 1642:13, 1643:22, 1646:14, 1647:2, 1649:2, 1649:4, 1649:13, 1649:16, 1650:15, 1650:21, 1651:13, 1654:18, 1656:5, 1662:1, 1662:6, 1664:15, 1664:18, 1666:12, 1666:22, 1667:9, 1671:21, 1679:14, 1679:22, 1680:4, 1680:10, 1681:1, 1681:3, 1681:6, 1682:1, 1687:5, 1687:7, 1691:23, 1698:15, 1700:6, 1701:21, 1704:16, 1711:19, 1711:20, 1711:21, 1713:11, 1713:19, 1713:20, 1713:23, 1713:25, 1714:5, 1714:8, 1714:18, 1716:10, 1716:11, 1717:7, 1717:18, 1717:25, 1722:4, 1726:11, 1726:19, 1726:24, 1726:25, 1727:7, 1728:12, 1730:18, 1732:21, 1732:25, 1734:24, 1735:2, 1737:2, 1737:4, 1737:18, 1738:5, 1742:14, 1742:18, 1742:25, 1743:13, 1745:10, 1745:18, 1748:2, 1748:11, 1751:3, 1751:23, 1753:15, 1755:4, 1759:15, 1764:7, 1767:25, 1774:5, 1784:3, 1785:21, 1786:25, 1790:2, 1790:6, 1791:25, 1792:2, 1811:11, 1856:12
**Roberts** [9] - 1646:3, 1646:10, 1651:2, 1651:4, 1653:2, 1653:12, 1711:22
**Rock** [1] - 1792:11
**rocket** [1] - 1655:5
**Rodney** [23] - 1781:25, 1782:13, 1782:14, 1782:15, 1782:16, 1782:18, 1782:20, 1782:24, 1783:2, 1783:9, 1783:16, 1783:19, 1783:24, 1784:11, 1784:12, 1784:13, 1784:17, 1785:14, 1787:18, 1823:12, 1841:22
**Rodrigues** [23] - 1645:19, 1646:1, 1646:10, 1646:20, 1647:17, 1648:4, 1650:25, 1651:4, 1651:12, 1652:24, 1653:12, 1654:3, 1690:10, 1690:11, 1690:16, 1697:25, 1698:14, 1698:16, 1711:22, 1712:13, 1775:12, 1775:23
**Rodrigues's** [1] - 1646:2
**Rodriguez** [14] - 1679:3, 1685:18, 1701:13, 1730:23, 1731:7, 1731:16, 1790:15, 1793:22, 1794:20, 1847:17, 1848:1, 1848:17, 1848:21
**Rodriguez'** [1] - 1736:10
**Roger** [178] - 1643:3, 1645:3, 1645:4, 1646:24, 1649:21, 1649:24, 1650:5, 1650:9, 1650:11, 1650:13, 1650:14, 1650:17, 1651:9, 1652:25, 1653:5, 1653:20, 1653:21, 1653:23, 1653:24, 1654:5, 1658:19, 1662:5, 1662:14, 1662:16, 1662:19, 1667:16, 1667:19, 1667:21, 1667:23, 1668:2, 1668:3, 1668:5, 1669:10, 1669:14, 1669:25, 1670:6, 1670:12, 1670:22, 1670:25, 1671:20, 1671:22, 1674:18, 1678:14, 1678:24, 1679:4, 1679:7, 1679:12, 1679:19, 1679:21, 1679:23, 1681:2,

1681:9, 1681:10, 1681:18, 1683:10, 1683:12, 1683:13, 1684:12, 1684:13, 1684:17, 1684:20, 1685:6, 1685:7, 1685:20, 1687:1, 1687:10, 1692:12, 1692:19, 1692:24, 1693:2, 1693:8, 1693:9, 1695:23, 1696:5, 1696:19, 1696:20, 1697:5, 1697:24, 1698:16, 1699:9, 1699:22, 1700:24, 1701:23, 1707:9, 1708:9, 1708:11, 1710:14, 1711:21, 1712:1, 1712:10, 1717:4, 1717:12, 1719:10, 1719:11, 1719:15, 1719:24, 1720:3, 1720:4, 1724:20, 1725:18, 1727:17, 1727:21, 1728:15, 1729:6, 1730:3, 1730:15, 1731:22, 1732:2, 1732:7, 1732:18, 1733:20, 1734:18, 1735:2, 1735:13, 1739:10, 1739:16, 1744:13, 1745:18, 1745:19, 1746:5, 1748:24, 1751:9, 1752:13, 1752:17, 1752:20, 1752:22, 1752:23, 1753:8, 1753:15, 1753:16, 1758:16, 1761:25, 1766:11, 1766:15, 1766:16, 1770:16, 1770:22, 1776:22, 1785:1, 1786:16, 1787:4, 1787:10, 1787:12, 1787:21, 1801:1, 1801:15, 1810:2, 1811:10, 1813:17, 1816:3, 1816:7, 1816:10, 1816:19, 1817:1, 1818:6, 1822:13, 1822:19, 1822:23, 1823:6, 1832:21, 1841:12, 1841:13, 1844:23, 1847:10, 1847:14, 1847:15, 1858:8, 1865:9, 1865:18, 1868:16, 1868:18, 1868:20
**Roger's** [17] - 1668:5, 1684:10, 1684:11, 1684:12, 1684:21, 1685:4, 1685:6, 1685:8, 1687:2, 1693:6, 1695:1, 1739:18, 1771:4, 1784:7, 1816:5, 1836:8, 1857:2
**Rogers** [1] - 1825:12
**rogue** [1] - 1851:15
**role** [7] - 1727:11, 1742:1, 1742:2, 1743:11, 1765:23, 1765:24, 1813:9
**Rolex** [2] - 1859:7, 1859:8
**Ronald** [4] - 1645:7, 1645:15, 1646:12, 1833:1
**room** [13] - 1710:21, 1721:1, 1825:3, 1828:4, 1828:11, 1829:10, 1834:15, 1848:14, 1849:24, 1857:24, 1863:22, 1864:14
**Row** [1] - 1793:24
**Rudolph** [1] - 1639:22
**rule** [6] - 1736:6, 1736:7, 1805:15, 1848:5, 1866:25, 1867:1
**Rule** [5] - 1662:7, 1821:25, 1822:24, 1823:4, 1831:13
**rules** [10] - 1641:25, 1642:20, 1666:20, 1671:23, 1715:23, 1720:25, 1779:2, 1779:6, 1805:9, 1866:9
**ruling** [1] - 1786:21
**rumors** [1] - 1700:15
**run** [5] - 1664:24, 1701:4, 1717:3, 1718:2, 1823:10

**running** [3] - 1717:2, 1758:14, 1830:8
**runs** [1] - 1729:17
**ruse** [2] - 1857:16, 1863:3
**Ryan** [22] - 1667:2, 1697:1, 1697:15, 1697:25, 1699:2, 1699:15, 1699:16, 1700:13, 1700:14, 1701:4, 1701:7, 1701:11, 1701:17, 1701:22, 1702:18, 1712:20, 1719:13, 1772:7, 1826:10, 1844:17
**Ryan's** [1] - 1698:23

**S**

**S-303** [1] - 1786:19
**S-visa** [1] - 1811:3
**sacrifice** [1] - 1867:10
**safe** [3] - 1732:6, 1857:5, 1869:19
**safely** [1] - 1833:5, 1833:9
**safety** [2] - 1789:15, 1867:11
**Saigo** [2] - 1860:5, 1860:6
**Saint** [2] - 1813:2, 1813:4
**saint** [1] - 1813:4
**sales** [1] - 1837:3
**Sancho** [1] - 1667:2
**sanctions** [1] - 1845:6
**Sapone** [11] - 1714:22, 1715:6, 1715:11, 1715:13, 1715:16, 1715:21, 1797:9, 1797:18, 1797:20, 1834:19
**sat** [3] - 1788:9, 1811:14, 1821:11
**save** [2] - 1799:25, 1800:9
**saw** [28] - 1681:7, 1681:8, 1701:9, 1714:18, 1719:25, 1722:20, 1723:8, 1751:8, 1751:15, 1784:23, 1785:13, 1789:8, 1796:16, 1803:16, 1803:21, 1804:15, 1804:17, 1805:8, 1810:20, 1815:10, 1826:10, 1827:24, 1839:9, 1853:6, 1858:14, 1863:16
**scale** [1] - 1846:14
**scales** [1] - 1846:13
**scanned** [2] - 1685:16, 1836:12
**scare** [1] - 1708:24
**scared** [6] - 1698:8, 1735:11, 1757:24, 1757:25, 1758:2, 1758:7
**scatters** [1] - 1851:22
**scene** [1] - 1653:11
**scenes** [1] - 1857:6
**scent** [1] - 1810:9
**scheduled** [1] - 1860:4
**scheme** [1] - 1788:22
**school** [1] - 1773:22
**science** [1] - 1655:5
**screen** [18] - 1647:10, 1647:13, 1648:25, 1662:23, 1663:11, 1705:8, 1708:16, 1728:6, 1786:18, 1787:20, 1790:12, 1792:1, 1812:21, 1836:23, 1847:20, 1853:10, 1858:6, 1859:24
**screwing** [2] - 1677:15, 1683:1
**script** [3] - 1670:12, 1670:14, 1820:25
**scripted** [1] - 1818:20

**scrutinize** [1] - 1724:18
**Sean** [23] - 1646:4, 1646:11, 1646:15, 1646:18, 1647:23, 1651:1, 1651:4, 1651:13, 1652:14, 1653:1, 1653:12, 1689:13, 1731:11, 1731:17, 1732:8, 1757:23, 1790:15, 1847:17, 1848:1, 1848:18
**search** [6] - 1671:16, 1671:17, 1760:17, 1760:25, 1806:6, 1857:23
**seasoning** [1] - 1669:22
**seat** [3] - 1640:4, 1641:4, 1798:22
**seated** [5] - 1691:15, 1741:3, 1741:7, 1798:23, 1800:15
**seating** [1] - 1691:9
**second** [21] - 1696:17, 1697:14, 1707:20, 1715:9, 1718:10, 1737:23, 1738:9, 1739:7, 1741:17, 1757:18, 1759:7, 1759:8, 1769:11, 1770:21, 1771:15, 1772:3, 1794:9, 1818:19, 1839:22, 1857:25, 1862:6
**secondary** [1] - 1642:24
**secondly** [1] - 1670:20
**seconds** [16] - 1659:19, 1672:24, 1673:20, 1674:12, 1676:14, 1678:1, 1687:14, 1687:17, 1705:6, 1705:7, 1774:20, 1797:16, 1797:17, 1838:5, 1851:4, 1860:15
**secret** [1] - 1851:17
**secretary** [4] - 1742:24, 1757:6, 1757:13, 1824:10
**secretly** [1] - 1719:3
**secrets** [3] - 1803:16, 1804:1, 1820:7
**Section** [1] - 1690:10
**section** [6] - 1690:14, 1733:17, 1733:24, 1733:25, 1754:10, 1866:7
**security** [9] - 1717:2, 1717:3, 1718:1, 1718:2, 1720:18, 1720:19, 1758:15, 1802:17
**seduce** [1] - 1707:5
**see** [92] - 1641:5, 1651:14, 1652:11, 1652:13, 1653:14, 1659:3, 1660:20, 1664:16, 1665:1, 1665:4, 1665:9, 1665:10, 1665:11, 1665:12, 1665:13, 1668:12, 1679:25, 1686:5, 1686:6, 1689:24, 1700:13, 1700:14, 1708:7, 1709:9, 1709:11, 1710:8, 1710:16, 1713:21, 1713:25, 1714:5, 1714:24, 1716:19, 1717:11, 1729:24, 1731:11, 1733:15, 1734:4, 1738:8, 1738:15, 1740:6, 1742:8, 1743:4, 1745:18, 1746:22, 1747:3, 1747:13, 1748:16, 1752:10, 1764:8, 1764:16, 1764:23, 1764:24, 1766:3, 1767:2, 1768:2, 1768:22, 1769:15, 1770:17, 1770:24, 1776:17, 1783:19, 1787:16, 1787:18, 1788:4, 1789:8, 1789:22, 1797:1, 1802:24, 1803:6, 1804:6, 1805:5, 1806:5, 1808:11, 1813:7, 1816:11, 1817:6, 1817:14, 1825:8, 1825:11, 1825:12, 1825:21, 1830:5, 1836:2,
1836:18, 1843:20, 1847:3, 1848:17, 1858:7, 1860:5, 1866:16
**seeing** [10] - 1715:10, 1748:3, 1752:9, 1752:13, 1766:3, 1786:4, 1817:23, 1825:11, 1825:18, 1825:24
**seeking** [2] - 1823:8
**seem** [3] - 1652:9, 1652:10, 1724:9
**sees** [5] - 1741:22, 1752:8, 1791:9, 1824:3, 1831:25
**seized** [1] - 1733:13
**select** [1] - 1836:16
**sell** [4] - 1645:24, 1686:13, 1686:14, 1720:10
**selling** [5] - 1702:11, 1730:15, 1785:9, 1801:20, 1830:15
**sells** [2] - 1718:16, 1718:17
**Selwyn** [152] - 1640:15, 1640:19, 1645:3, 1645:9, 1645:18, 1648:2, 1649:2, 1649:4, 1649:15, 1649:17, 1650:6, 1650:8, 1650:9, 1650:12, 1650:15, 1650:18, 1650:20, 1651:7, 1655:23, 1658:10, 1658:11, 1658:18, 1659:24, 1660:8, 1661:25, 1662:3, 1662:4, 1662:8, 1662:13, 1662:17, 1662:19, 1663:1, 1663:5, 1663:17, 1664:15, 1665:2, 1665:3, 1665:5, 1666:25, 1667:4, 1667:12, 1668:1, 1668:22, 1669:21, 1672:3, 1676:20, 1676:23, 1679:14, 1680:9, 1680:11, 1681:5, 1682:14, 1682:15, 1685:13, 1689:22, 1691:15, 1696:16, 1700:5, 1704:17, 1704:18, 1706:15, 1706:19, 1707:1, 1707:23, 1711:17, 1712:9, 1712:15, 1712:17, 1713:4, 1723:6, 1723:22, 1723:25, 1725:24, 1726:9, 1727:3, 1727:16, 1729:19, 1729:22, 1730:6, 1730:16, 1730:20, 1731:16, 1732:15, 1732:20, 1732:23, 1733:2, 1733:15, 1733:23, 1734:7, 1735:17, 1735:19, 1737:9, 1737:21, 1741:19, 1742:5, 1742:13, 1742:18, 1743:7, 1743:19, 1745:10, 1745:20, 1750:10, 1750:13, 1755:7, 1781:14, 1782:15, 1782:17, 1785:5, 1785:10, 1809:24, 1810:5, 1810:24, 1811:2, 1814:1, 1815:16, 1817:4, 1818:20, 1819:3, 1819:4, 1821:1, 1821:10, 1821:18, 1824:11, 1824:12, 1825:21, 1827:24, 1829:12, 1831:11, 1831:20, 1832:6, 1832:10, 1832:15, 1833:10, 1834:10, 1834:23, 1835:2, 1835:13, 1835:17, 1836:8, 1836:22, 1836:24, 1839:5, 1840:18, 1841:25, 1843:16, 1845:1, 1854:21, 1855:10, 1855:18, 1856:17, 1863:17
**send** [23] - 1664:25, 1665:11, 1682:23, 1687:1, 1687:2, 1687:11, 1689:12, 1689:23, 1690:13, 1690:15, 1690:16, 1692:2, 1703:4, 1704:12, 1708:6, 1717:11, 1750:1, 1761:8, 1769:1,
1769:2, 1809:4, 1869:4, 1869:8
**sending** [12] - 1643:10, 1651:24, 1712:12, 1712:14, 1764:25, 1767:20, 1767:24, 1826:9, 1830:2, 1849:2
**sends** [3] - 1646:9, 1690:9, 1751:23
**sense** [21] - 1655:7, 1655:9, 1668:10, 1719:2, 1732:11, 1734:5, 1746:23, 1747:24, 1749:20, 1769:16, 1769:17, 1774:3, 1774:8, 1774:9, 1774:15, 1776:2, 1801:20, 1813:23, 1844:5, 1852:17, 1852:18
**sent** [25] - 1643:24, 1681:7, 1681:8, 1684:6, 1735:16, 1751:6, 1751:8, 1751:9, 1751:17, 1752:10, 1764:2, 1766:24, 1786:4, 1787:16, 1804:3, 1804:19, 1807:4, 1810:7, 1826:12, 1836:12, 1851:25, 1854:17, 1868:2, 1869:2
**sentence** [5] - 1659:4, 1729:15, 1776:7, 1787:13, 1848:20
**sentenced** [1] - 1786:9
**sentences** [1] - 1834:6
**separate** [5] - 1753:15, 1764:10, 1771:8, 1771:9, 1771:12
**separately** [1] - 1771:12
**September** [14] - 1679:7, 1710:15, 1710:22, 1784:21, 1789:12, 1808:20, 1825:17, 1838:13, 1838:25, 1839:1, 1839:2, 1852:20, 1855:21, 1857:19
**sequence** [1] - 1860:15
**sequestered** [1] - 1753:7
**sequitur** [1] - 1824:7
**serial** [2] - 1760:7
**serious** [6] - 1713:12, 1716:6, 1716:7, 1812:3, 1829:11, 1866:11
**serve** [1] - 1786:9
**server** [5] - 1775:18, 1775:24, 1775:25, 1776:2, 1843:5
**Service** [1] - 1713:15
**Sessler** [10] - 1765:3, 1765:4, 1767:1, 1767:4, 1788:18, 1793:8, 1793:11, 1831:25, 1832:3
**set** [7] - 1698:9, 1708:18, 1719:13, 1727:4, 1759:11, 1772:17, 1864:12
**sets** [1] - 1676:8
**setting** [1] - 1821:13
**seven** [4] - 1672:6, 1695:8, 1815:17, 1854:8
**several** [4] - 1687:10, 1781:24, 1804:17, 1833:22
**shady** [1] - 1824:23
**Shaeed** [1] - 1785:1
**Shaheed** [2] - 1701:23, 1848:8
**Sham** [1] - 1719:16
**shape** [1] - 1772:16
**Shargel** [15] - 1641:22, 1642:3, 1655:13, 1655:17, 1656:16, 1663:9, 1663:11, 1714:23, 1721:10, 1767:4, 1768:8, 1769:10, 1868:23, 1868:24, 1869:4

**SHARGEL** [26] - 1639:17, 1640:12, 1656:17, 1721:11, 1775:1, 1780:1, 1798:1, 1798:9, 1798:12, 1799:5, 1799:8, 1799:11, 1799:21, 1799:25, 1800:4, 1800:7, 1800:9, 1800:12, 1800:16, 1820:1, 1837:7, 1838:2, 1838:3, 1855:7, 1859:1, 1868:1

**Shargel's** [1] - 1799:15

**Sharwin** [2] - 1782:2, 1782:13

**sheet** [2] - 1772:11, 1830:24

**sheets** [1] - 1850:4

**Sherwin** [1] - 1782:1

**shifts** [1] - 1846:15

**shipment** [1] - 1716:20

**shipments** [1] - 1684:21

**shipped** [2] - 1717:19, 1802:12

**shit** [3] - 1670:21, 1684:5

**shock** [1] - 1667:4

**shocked** [3] - 1832:22, 1832:25, 1833:1

**shooting** [1] - 1730:14

**short** [27] - 1669:23, 1690:24, 1735:4, 1735:6, 1735:8, 1737:1, 1784:22, 1784:25, 1785:1, 1785:3, 1785:7, 1785:8, 1785:11, 1785:13, 1787:4, 1787:6, 1790:23, 1795:22, 1799:20, 1800:18, 1832:24, 1841:12, 1841:13, 1841:16, 1841:17

**Short** [1] - 1668:7

**shortage** [2] - 1865:11, 1865:12

**shortly** [1] - 1855:2

**Shortman** [16] - 1667:21, 1669:21, 1669:23, 1670:1, 1670:3, 1670:6, 1670:8, 1670:9, 1670:10, 1693:6, 1734:17, 1734:18, 1734:19, 1735:2, 1735:5, 1739:18

**shot** [9] - 1650:3, 1651:18, 1698:6, 1698:7, 1701:13, 1731:15, 1731:17

**shots** [1] - 1696:23

**shove** [1] - 1842:15

**show** [32] - 1653:12, 1663:7, 1663:17, 1663:24, 1679:11, 1722:12, 1727:11, 1735:14, 1751:11, 1751:14, 1752:14, 1754:10, 1754:22, 1758:20, 1759:24, 1761:5, 1764:6, 1764:13, 1767:13, 1767:17, 1781:3, 1786:18, 1805:12, 1818:20, 1820:20, 1822:12, 1833:1, 1835:2, 1846:10, 1859:15

**showed** [11] - 1662:8, 1663:8, 1663:24, 1663:25, 1719:7, 1735:7, 1760:14, 1772:22, 1784:19, 1789:10, 1826:22

**showing** [3] - 1767:9, 1780:24, 1859:16

**shown** [8] - 1662:9, 1717:5, 1718:1, 1789:4, 1867:7, 1867:8, 1867:9

**shows** [9] - 1644:4, 1701:6, 1716:20, 1724:4, 1785:6, 1790:13, 1836:24, 1857:17, 1859:11

**SHU** [1] - 1677:4

**shut** [7] - 1643:11, 1660:9, 1686:21, 1711:25, 1712:11, 1712:13

**shuttle** [1] - 1860:1

**Side** [1] - 1837:6

**side** [4] - 1801:19, 1809:18, 1841:21, 1841:22

**sides** [2] - 1775:2, 1815:1

**sifting** [1] - 1814:7

**sight** [1] - 1686:23

**sign** [10] - 1700:19, 1701:16, 1706:22, 1707:12, 1707:18, 1709:10, 1710:19, 1710:24, 1796:21, 1864:9

**sign-in** [1] - 1796:21

**signaling** [1] - 1651:7

**signature** [1] - 1717:22

**signed** [2] - 1701:19, 1717:21, 1795:19

**significance** [1] - 1791:10

**significant** [3] - 1683:9, 1692:18, 1843:11

**signing** [2] - 1709:6, 1712:21

**silence** [1] - 1755:5

**silent** [2] - 1790:18, 1790:23

**Silent** [1] - 1647:21

**silly** [1] - 1665:8

**Simel's** [1] - 1712:20

**SIMELS** [1] - 1639:5

**Simels** [379] - 1639:18, 1642:13, 1643:22, 1643:25, 1646:14, 1647:2, 1649:2, 1649:4, 1649:12, 1649:13, 1649:16, 1650:15, 1650:21, 1652:9, 1652:13, 1653:1, 1656:5, 1658:9, 1658:16, 1660:18, 1660:21, 1662:6, 1662:22, 1663:13, 1664:15, 1664:18, 1666:22, 1667:9, 1669:17, 1671:21, 1673:11, 1673:24, 1679:14, 1679:22, 1679:23, 1679:25, 1680:4, 1680:5, 1680:11, 1680:20, 1681:1, 1681:3, 1681:6, 1682:1, 1682:4, 1682:7, 1683:8, 1683:19, 1683:23, 1685:9, 1685:11, 1687:5, 1687:25, 1691:24, 1692:7, 1692:10, 1692:21, 1693:1, 1693:23, 1694:11, 1694:12, 1695:5, 1695:16, 1696:2, 1696:9, 1696:22, 1696:23, 1697:2, 1697:10, 1698:15, 1700:6, 1700:15, 1701:6, 1701:21, 1703:1, 1703:19, 1704:16, 1707:7, 1707:14, 1707:21, 1709:6, 1709:7, 1710:5, 1710:20, 1711:19, 1711:20, 1711:21, 1713:11, 1713:19, 1713:20, 1713:23, 1713:25, 1714:5, 1714:8, 1714:18, 1715:17, 1716:10, 1716:11, 1717:18, 1717:25, 1722:4, 1726:11, 1726:19, 1726:24, 1726:25, 1727:7, 1727:16, 1728:4, 1728:12, 1730:18, 1732:22, 1732:25, 1734:24, 1735:2, 1737:2, 1737:4, 1737:18, 1738:5, 1742:14, 1742:18, 1742:25, 1743:13, 1743:22, 1745:10, 1745:18, 1748:2, 1748:21, 1753:4, 1753:5, 1753:15,

1754:14, 1754:17, 1755:4, 1759:15, 1766:18, 1768:23, 1771:11, 1774:5, 1775:15, 1775:19, 1775:24, 1775:25, 1780:15, 1780:25, 1781:5, 1781:20, 1782:5, 1782:10, 1782:22, 1783:2, 1783:5, 1783:11, 1783:14, 1783:18, 1784:4, 1784:18, 1784:23, 1785:2, 1785:6, 1785:13, 1785:16, 1785:21, 1785:22, 1786:3, 1786:14, 1786:25, 1787:14, 1787:15, 1787:20, 1788:1, 1788:6, 1788:8, 1788:23, 1789:4, 1789:6, 1789:10, 1789:14, 1789:19, 1789:22, 1790:2, 1790:6, 1790:19, 1790:20, 1791:25, 1792:3, 1792:12, 1792:16, 1792:17, 1792:20, 1793:7, 1793:10, 1795:14, 1795:18, 1795:21, 1796:18, 1796:20, 1797:8, 1801:1, 1801:14, 1801:15, 1801:22, 1802:1, 1802:12, 1802:24, 1803:22, 1803:25, 1804:3, 1804:23, 1805:4, 1805:11, 1805:14, 1805:16, 1805:20, 1806:1, 1806:20, 1807:8, 1807:14, 1807:15, 1807:17, 1808:5, 1808:6, 1808:12, 1808:17, 1808:18, 1808:21, 1809:1, 1809:25, 1810:6, 1810:10, 1810:15, 1811:11, 1814:1, 1815:4, 1815:9, 1815:10, 1815:16, 1815:19, 1816:21, 1817:5, 1817:14, 1818:2, 1818:10, 1818:21, 1819:6, 1820:6, 1821:1, 1821:4, 1821:14, 1821:19, 1821:21, 1821:24, 1822:12, 1822:24, 1823:2, 1823:3, 1823:5, 1823:22, 1824:4, 1824:14, 1824:24, 1826:5, 1826:16, 1826:25, 1827:5, 1827:6, 1827:10, 1828:2, 1828:3, 1829:11, 1829:16, 1829:23, 1830:1, 1830:22, 1831:7, 1831:19, 1831:23, 1834:9, 1834:25, 1835:1, 1835:4, 1835:5, 1836:1, 1836:3, 1836:7, 1836:9, 1836:20, 1838:13, 1838:15, 1839:4, 1839:25, 1840:2, 1840:4, 1840:7, 1840:16, 1840:20, 1840:24, 1840:25, 1841:8, 1841:19, 1841:25, 1842:3, 1842:7, 1842:14, 1842:15, 1842:17, 1842:23, 1843:15, 1844:11, 1844:15, 1844:17, 1844:22, 1845:25, 1846:3, 1846:8, 1846:16, 1847:4, 1847:5, 1847:16, 1848:6, 1848:10, 1849:12, 1849:24, 1850:17, 1850:22, 1851:6, 1851:20, 1853:1, 1853:9, 1853:10, 1853:21, 1854:5, 1854:22, 1855:10, 1855:13, 1855:16, 1855:22, 1855:23, 1856:5, 1856:12, 1856:14, 1856:15, 1857:3, 1857:7, 1857:10, 1857:15, 1857:21, 1859:4, 1859:23, 1860:4, 1860:14, 1860:16, 1860:20, 1861:3, 1862:23, 1863:1, 1863:14, 1863:16, 1864:3, 1864:11, 1864:22, 1865:4, 1865:24, 1866:8, 1866:12, 1866:17, 1867:6, 1867:11, 1868:21

**Simels'** [5] - 1761:22, 1845:14,

1845:20, 1846:20, 1852:1
**Simels's** [15] - 1654:19, 1662:1, 1666:12, 1689:2, 1768:15, 1775:13, 1810:8, 1811:8, 1811:10, 1814:6, 1820:21, 1824:11, 1829:23, 1830:3, 1835:17
**similar** [3] - 1649:17, 1663:4, 1663:8
**similarly** [2] - 1787:17, 1787:18
**simple** [9] - 1643:16, 1652:18, 1660:20, 1668:15, 1757:24, 1773:8, 1773:9, 1773:10, 1827:11
**simply** [8] - 1640:18, 1669:2, 1744:23, 1747:13, 1752:2, 1798:2, 1816:12, 1818:11
**Singh** [8] - 1667:3, 1702:23, 1742:24, 1750:18, 1757:6, 1757:10, 1757:13
**single** [17] - 1722:4, 1724:16, 1725:12, 1725:13, 1727:6, 1731:2, 1738:24, 1739:17, 1739:19, 1765:12, 1765:15, 1770:7, 1775:16, 1777:13, 1840:10, 1857:17
**sit** [3] - 1773:14, 1785:23, 1794:18
**sits** [1] - 1763:13
**sitting** [6] - 1692:22, 1743:22, 1774:20, 1780:3, 1830:22, 1843:23
**situation** [8] - 1653:25, 1678:16, 1700:17, 1797:16, 1803:1, 1807:24, 1808:25, 1841:10
**situations** [1] - 1821:15
**six** [7] - 1665:6, 1694:11, 1733:18, 1767:9, 1815:17, 1854:8, 1860:15
**size** [1] - 1736:20
**skulduggery** [1] - 1825:6
**skullduggery** [1] - 1804:1
**slacks** [1] - 1652:4
**slender** [2] - 1707:22, 1707:23
**slide** [1] - 1859:15
**slight** [2] - 1824:21, 1846:4
**slightest** [3] - 1824:23, 1846:13, 1846:15
**slightly** [1] - 1663:24
**sling** [1] - 1861:7
**slot** [2] - 1760:6, 1760:7
**slow** [1] - 1838:7
**small** [2] - 1679:8, 1719:18
**smaller** [2] - 1802:21, 1803:2
**smart** [1] - 1794:7
**Smith** [5] - 1718:14, 1720:5, 1720:7, 1802:8, 1848:21
**soap** [1] - 1869:9
**social** [2] - 1701:24, 1736:17
**software** [4] - 1718:17, 1718:20, 1718:23, 1805:2
**SOLANO** [10] - 1639:19, 1702:19, 1721:12, 1728:7, 1728:10, 1728:12, 1739:23, 1740:5, 1741:9, 1760:1
**sOLANO** [1] - 1722:1
**Solano** [18] - 1641:22, 1642:3, 1721:11, 1740:3, 1741:8, 1774:25, 1775:5, 1776:3, 1776:4, 1776:6,

1778:24, 1788:13, 1806:4, 1811:2, 1815:6, 1818:24, 1834:24, 1839:11
**Solano's** [1] - 1820:5
**sole** [3] - 1833:4, 1833:7, 1845:14
**soliciting** [2] - 1819:6, 1819:7
**solution** [7] - 1668:15, 1668:18, 1669:8, 1682:13, 1682:23, 1700:3, 1857:8
**someone** [30] - 1651:14, 1656:11, 1660:22, 1661:9, 1666:10, 1666:11, 1680:4, 1686:11, 1731:11, 1747:19, 1749:22, 1757:13, 1774:5, 1790:19, 1794:17, 1795:7, 1810:11, 1810:12, 1819:14, 1819:15, 1823:3, 1828:9, 1828:24, 1830:18, 1834:13, 1844:3, 1844:23, 1850:19, 1856:1, 1865:7
**sometimes** [4] - 1734:2, 1761:7, 1800:24, 1814:23, 1818:6, 1823:23, 1823:24, 1825:25
**somewhat** [1] - 1828:9
**son** [3] - 1693:5, 1694:15, 1844:21
**Son** [19] - 1664:8, 1667:1, 1686:24, 1687:8, 1688:11, 1688:12, 1689:25, 1690:6, 1692:2, 1692:21, 1696:24, 1766:3, 1766:5, 1766:8, 1768:2, 1768:12, 1771:1
**Son's** [8] - 1688:3, 1689:3, 1689:13, 1690:17, 1692:6, 1692:7, 1694:17, 1712:13
**soon** [2] - 1658:8, 1775:7
**sorry** [10] - 1640:12, 1656:15, 1737:11, 1749:4, 1750:9, 1757:20, 1802:3, 1810:21, 1821:18, 1861:23
**sort** [4] - 1668:20, 1734:4, 1744:23, 1816:7
**sorts** [1] - 1820:10
**sought** [1] - 1782:17
**sound** [2] - 1716:25, 1758:11
**sounds** [3] - 1643:6, 1643:7, 1726:2
**source** [2] - 1759:20, 1760:3
**South** [1] - 1699:16
**space** [1] - 1860:1
**speaking** [15] - 1687:15, 1717:1, 1727:13, 1750:9, 1750:10, 1758:12, 1768:3, 1778:13, 1785:4, 1787:1, 1796:15, 1796:17, 1812:13, 1832:8, 1860:4
**spec** [1] - 1775:21
**special** [1] - 1769:18
**speciality** [1] - 1737:12
**specific** [8] - 1661:4, 1665:23, 1667:17, 1672:9, 1731:20, 1735:1, 1772:5, 1772:12
**specifically** [12] - 1650:7, 1674:6, 1687:15, 1726:11, 1731:24, 1746:20, 1748:20, 1760:14, 1804:5, 1821:11, 1821:20
**specifics** [2] - 1825:10
**speculative** [1] - 1854:24
**spend** [1] - 1814:22

**spending** [2] - 1789:7, 1815:4
**spent** [2] - 1714:12, 1777:25
**spins** [1] - 1839:7
**spoken** [6] - 1648:19, 1683:19, 1766:8, 1774:1, 1776:15, 1824:6
**sponsorship** [1] - 1801:5
**spots** [1] - 1727:10
**spotter** [1] - 1645:10
**spouses** [1] - 1796:14
**spouting** [1] - 1658:23
**spring** [2] - 1788:8, 1852:20
**sprinkled** [1] - 1812:17
**sprinkling** [2] - 1780:12, 1825:7
**Squad** [5] - 1646:6, 1651:12, 1652:15, 1686:22, 1695:1
**stage** [2] - 1641:6, 1709:9
**stamped** [1] - 1850:22
**stand** [44] - 1641:10, 1647:2, 1648:2, 1648:23, 1648:24, 1650:13, 1650:16, 1651:23, 1654:13, 1654:21, 1654:22, 1654:24, 1656:5, 1657:3, 1666:19, 1667:11, 1670:23, 1678:14, 1682:7, 1686:3, 1695:5, 1696:24, 1697:4, 1698:11, 1698:24, 1699:8, 1699:24, 1699:25, 1711:24, 1714:12, 1775:15, 1778:24, 1804:25, 1805:14, 1821:5, 1832:16, 1833:23, 1834:17, 1840:9, 1840:12, 1842:9, 1842:10, 1846:17, 1852:12
**standard** [1] - 1813:25
**standing** [1] - 1869:9
**standpoint** [1] - 1856:22
**stands** [2] - 1838:20, 1838:21
**star** [1] - 1681:25
**start** [17] - 1651:8, 1679:24, 1687:16, 1695:25, 1703:16, 1706:23, 1728:22, 1732:18, 1775:3, 1776:8, 1791:21, 1792:5, 1799:9, 1814:20, 1864:14
**started** [11] - 1681:16, 1728:1, 1775:9, 1791:24, 1792:6, 1797:13, 1804:2, 1809:22, 1833:13, 1851:11
**starting** [2] - 1727:20, 1851:6
**starts** [5] - 1650:22, 1676:23, 1734:25, 1754:25, 1775:12
**State** [2] - 1830:19, 1855:25
**state** [1] - 1668:1
**statement** [11] - 1707:17, 1710:25, 1773:16, 1776:14, 1776:15, 1795:12, 1848:7, 1861:16, 1862:5, 1868:12, 1868:18
**STATES** [3] - 1639:1, 1639:3, 1639:10
**States** [45] - 1639:13, 1645:24, 1684:2, 1697:18, 1713:14, 1716:4, 1716:21, 1720:24, 1763:4, 1785:1, 1785:9, 1788:15, 1788:16, 1793:21, 1794:4, 1794:22, 1795:5, 1801:21, 1802:14, 1802:15, 1805:22, 1806:12, 1806:15, 1806:16, 1806:22, 1807:2, 1807:3, 1807:4, 1807:17, 1808:7, 1809:9, 1822:4, 1835:11, 1848:8, 1848:19,

GR   OCR   CM   CRR   CSR

1848:22, 1849:3, 1849:5, 1849:10,
1849:16, 1849:18, 1865:19, 1865:22
  **stating** [2] - 1658:14, 1787:8
  **statute** [1] - 1866:18
  **stay** [2] - 1686:1, 1739:16
  **stayed** [1] - 1834:15
  **stenography** [1] - 1639:24
  **step** [4] - 1780:7, 1780:9, 1780:23,
1852:16
  **steps** [1] - 1713:1
  **Steve** [6] - 1767:1, 1788:18, 1793:7,
1823:2, 1831:24, 1832:3
  **STEVEN** [1] - 1639:14
  **still** [16] - 1640:3, 1673:21, 1684:9,
1686:4, 1717:4, 1726:8, 1726:9,
1728:21, 1758:16, 1762:22, 1798:25,
1815:8, 1831:4, 1839:25, 1846:5
  **sting** [2] - 1857:16, 1863:2
  **stinging** [5] - 1860:21, 1860:24,
1860:25, 1861:3
  **stitch** [1] - 1725:10
  **stone** [1] - 1868:20
  **stop** [11] - 1666:18, 1688:12, 1711:16,
1743:3, 1743:5, 1744:21, 1744:22,
1797:7, 1842:1, 1846:9, 1863:13
  **stopped** [3] - 1643:3, 1676:15, 1678:3
  **stopped)** [1] - 1687:18
  **stops** [1] - 1705:9
  **stories** [6] - 1702:12, 1702:15, 1707:6,
1707:8, 1833:9
  **story** [13] - 1700:4, 1722:1, 1798:4,
1815:21, 1816:13, 1816:17, 1826:18,
1827:13, 1830:25, 1840:23, 1841:1,
1841:7, 1864:13
  **straight** [5] - 1686:11, 1772:20,
1847:25, 1848:2, 1852:13
  **strange** [2] - 1734:25, 1858:10
  **stranger** [1] - 1857:9
  **strategy** [2] - 1830:9, 1830:11
  **Street** [3] - 1690:10, 1703:15, 1775:19
  **streets** [1] - 1846:25
  **stress** [1] - 1753:23
  **stretch** [3] - 1647:25, 1648:5, 1648:8
  **strike** [6] - 1658:12, 1672:21, 1676:7,
1676:11, 1682:17, 1712:2
  **striking** [1] - 1678:20
  **string** [1] - 1696:18
  **strip** [5] - 1703:14, 1703:20, 1703:21,
1757:8, 1832:5
  **stripper** [2] - 1704:2, 1704:4
  **stroke** [1] - 1698:4
  **strongly** [1] - 1869:3
  **stuck** [1] - 1805:11
  **study** [1] - 1812:9
  **stuff** [20] - 1662:15, 1715:25, 1716:6,
1718:4, 1718:6, 1718:11, 1718:14,
1718:24, 1719:23, 1720:20, 1732:16,
1758:5, 1759:6, 1778:1, 1778:4,
1799:14, 1799:15, 1814:23, 1856:11
  **stupid** [4] - 1680:3, 1685:3, 1685:4,

1747:18
  **subject** [10] - 1815:8, 1825:5, 1825:8,
1826:16, 1827:6, 1829:2, 1831:18,
1845:6, 1849:5, 1849:18
  **submissions** [1] - 1847:9
  **submit** [17] - 1656:4, 1666:12,
1685:17, 1685:19, 1692:12, 1716:17,
1741:13, 1761:13, 1765:15, 1772:12,
1795:13, 1810:9, 1824:6, 1827:15,
1835:19, 1859:8, 1862:4
  **submitted** [2] - 1868:14, 1868:15
  **suborning** [1] - 1823:14
  **subpoena** [6] - 1851:9, 1851:10,
1858:1, 1858:3, 1865:6
  **subscriber** [1] - 1672:17
  **substance** [1] - 1813:20
  **substantial** [5] - 1712:6, 1713:1,
1780:7, 1780:9, 1780:23
  **subtext** [1] - 1798:5
  **subtly** [1] - 1823:23
  **sudden** [1] - 1726:12, 1841:12
  **suddenly** [2] - 1674:24, 1675:1
  **sufficient** [1] - 1831:18
  **suggest** [4] - 1764:9, 1794:6, 1804:25,
1820:24, 1828:8, 1861:17
  **suggested** [4] - 1785:17, 1791:7,
1810:15, 1861:20
  **suggesting** [8] - 1723:25, 1733:2,
1794:15, 1795:18, 1806:20, 1844:6,
1850:13, 1851:20
  **suggestion** [15] - 1671:11, 1735:10,
1781:20, 1783:9, 1783:21, 1810:10,
1820:13, 1822:15, 1828:20, 1844:8,
1849:12, 1851:21, 1861:19
  **suggestions** [3] - 1707:1, 1723:1,
1764:21
  **suggests** [2] - 1762:18, 1766:10
  **summarize** [1] - 1681:24
  **summary** [1] - 1739:6
  **summation** [15] - 1642:1, 1722:9,
1726:14, 1775:4, 1775:17, 1780:20,
1781:12, 1820:4, 1820:5, 1837:16,
1838:5, 1864:6, 1864:7, 1869:1,
1869:11
  **summations** [4] - 1641:7, 1642:1,
1812:2
  **summer** [3] - 1788:7, 1788:8, 1852:19
  **supervised** [1] - 1786:13
  **supervision** [2] - 1827:24
  **supplied** [1] - 1782:8
  **supplies** [1] - 1803:5
  **supply** [8] - 1717:21, 1760:4, 1760:6,
1761:6, 1761:15, 1762:9, 1805:17
  **supplying** [2] - 1819:15, 1841:16
  **support** [8] - 1781:4, 1781:18,
1782:23, 1801:24, 1801:25, 1828:19,
1841:23, 1866:16
  **supported** [2] - 1725:10, 1841:18
  **supporter** [1] - 1811:10
  **supports** [1] - 1846:21

  **suppose** [3] - 1666:16, 1796:3,
1813:17
  **supposed** [19] - 1730:10, 1736:16,
1767:12, 1768:4, 1786:17, 1790:20,
1790:21, 1790:22, 1794:8, 1794:9,
1794:10, 1794:19, 1818:17, 1823:13,
1831:14, 1854:4, 1856:11, 1857:20
  **supposedly** [2] - 1730:19, 1750:15
  **surely** [1] - 1830:3
  **surprise** [2] - 1697:23, 1808:21
  **surprised** [3] - 1666:16, 1817:18,
1817:21
  **surreptitious** [1] - 1718:7
  **surreptitiously** [1] - 1720:14
  **surveillance** [10] - 1758:22, 1760:21,
1761:21, 1762:3, 1762:15, 1762:21,
1763:13, 1772:23, 1773:3
  **suspect** [3] - 1644:13, 1652:3,
1838:19
  **suspense** [1] - 1838:24
  **sustained** [1] - 1656:19
  **swallowed** [1] - 1830:24
  **swearing** [1] - 1846:9
  **swinging** [1] - 1691:8
  **switch** [1] - 1828:17
  **Switzerland** [1] - 1770:23
  **swore** [1] - 1724:1, 1844:13
  **sworn** [3] - 1710:25, 1848:7, 1852:9
  **sympathy** [1] - 1644:14
  **system** [7] - 1659:5, 1713:16, 1719:12,
1719:15, 1759:13, 1806:23, 1807:1

---

**T**

---

  **T-10** [2] - 1652:19, 1659:12
  **T-13** [1] - 1654:1
  **T-18** [1] - 1705:8
  **T-26** [1] - 1708:16
  **T-28** [1] - 1703:10
  **T-30** [1] - 1694:11
  **table** [3] - 1644:20, 1716:16, 1808:10
  **tailored** [1] - 1846:3
  **tails** [1] - 1756:13
  **talks** [9] - 1648:1, 1684:13, 1707:21,
1710:5, 1733:17, 1754:4, 1754:5,
1763:24, 1771:1
  **tall** [1] - 1734:23
  **Tallman** [1] - 1734:23
  **tame** [1] - 1858:15
  **tamper** [3] - 1643:2, 1691:19, 1852:15
  **tampering** [7] - 1643:5, 1711:4,
1711:7, 1711:15, 1779:14, 1787:23,
1845:19
  **tap** [1] - 1719:13
  **tape** [21] - 1646:15, 1668:22, 1682:21,
1683:16, 1686:25, 1705:9, 1706:10,
1726:21, 1824:1, 1824:2, 1827:5,
1858:5, 1858:14, 1859:21, 1859:22,
1859:24, 1861:10, 1861:24, 1863:3,

GR      OCR      CM      CRR      CSR

1865:5

**Tape** [5] - 1676:15, 1678:3, 1687:18

**tape-recorder** [3] - 1858:5, 1858:14

**tape-recordings** [1] - 1683:16

**tapes** [31] - 1661:25, 1664:10, 1664:13, 1682:14, 1683:18, 1683:25, 1684:3, 1684:13, 1685:12, 1690:15, 1690:17, 1697:5, 1702:24, 1712:12, 1778:14, 1803:10, 1803:12, 1803:13, 1803:15, 1815:3, 1823:20, 1825:6, 1825:7, 1825:16, 1825:17, 1859:20, 1859:21, 1864:25

**tapping** [1] - 1782:7

**target** [4] - 1667:6, 1672:3, 1686:23, 1718:21

**targets** [2] - 1666:24, 1842:6

**taxes** [2] - 1724:12, 1832:13

**taxpayers** [1] - 1832:12

**tea** [1] - 1832:2

**team** [2] - 1699:9, 1819:17

**technician** [1] - 1724:25

**technique** [3] - 1668:14, 1767:6, 1767:16

**techniques** [2] - 1829:5, 1863:21

**telephone** [6] - 1684:11, 1703:10, 1719:14, 1719:20, 1794:13, 1806:23

**television** [1] - 1864:12

**tell-all** [4] - 1836:23, 1839:9, 1839:10, 1839:24

**tellling** [1] - 1840:1

**temerity** [1] - 1792:19

**ten** [7] - 1689:6, 1733:17, 1777:23, 1817:23, 1834:4, 1834:6, 1848:9

**term** [3] - 1746:16, 1746:17, 1829:9

**terms** [9] - 1677:14, 1680:3, 1682:25, 1732:3, 1737:8, 1747:18, 1774:10, 1786:10, 1849:18

**terrible** [1] - 1675:1

**terrified** [1] - 1698:2

**terrifying** [1] - 1643:17

**test** [8] - 1648:7, 1769:15, 1769:19, 1769:20, 1769:23, 1770:2, 1785:16

**testified** [21] - 1655:12, 1655:13, 1662:5, 1679:3, 1679:9, 1713:22, 1715:14, 1723:7, 1725:12, 1731:2, 1759:17, 1761:7, 1784:18, 1809:7, 1811:14, 1828:3, 1841:11, 1847:15, 1853:24, 1855:24, 1863:18

**testifies** [2] - 1692:21, 1706:22

**testify** [52] - 1648:3, 1650:6, 1661:6, 1661:9, 1661:23, 1662:10, 1662:11, 1662:20, 1662:21, 1663:20, 1667:9, 1667:10, 1667:11, 1668:7, 1668:20, 1669:19, 1670:5, 1670:9, 1670:13, 1670:20, 1671:24, 1672:2, 1673:8, 1673:12, 1673:19, 1678:5, 1678:6, 1678:15, 1686:13, 1686:16, 1686:25, 1692:11, 1693:7, 1693:18, 1694:6, 1696:25, 1697:18, 1699:9, 1701:15, 1702:18, 1703:5, 1704:13, 1706:2,

1706:23, 1713:5, 1734:18, 1737:4, 1820:12, 1830:20, 1848:22

**testifying** [8] - 1656:9, 1662:8, 1664:9, 1689:4, 1733:25, 1739:9, 1819:16, 1856:13

**testimony** [57] - 1641:10, 1654:19, 1654:24, 1656:20, 1658:7, 1659:1, 1659:11, 1660:19, 1660:23, 1661:1, 1661:2, 1661:13, 1661:25, 1666:12, 1667:13, 1669:20, 1671:17, 1682:14, 1683:15, 1689:2, 1704:14, 1711:16, 1714:13, 1714:16, 1714:20, 1714:21, 1714:22, 1716:13, 1721:3, 1724:18, 1725:8, 1735:1, 1736:10, 1765:2, 1768:6, 1777:16, 1780:13, 1786:8, 1792:1, 1796:3, 1796:12, 1811:19, 1818:1, 1830:20, 1833:6, 1833:15, 1835:7, 1840:8, 1842:22, 1844:12, 1846:8, 1848:25, 1849:8, 1856:18, 1856:19, 1863:15

**thanked** [1] - 1768:17

**THE** [54] - 1639:9, 1640:2, 1640:10, 1640:14, 1640:20, 1640:23, 1641:2, 1642:6, 1647:7, 1647:12, 1656:19, 1688:5, 1688:9, 1690:21, 1690:24, 1691:3, 1691:7, 1691:15, 1692:14, 1702:20, 1721:9, 1728:5, 1728:8, 1728:11, 1739:21, 1739:24, 1740:3, 1740:6, 1741:3, 1741:5, 1741:7, 1774:25, 1798:8, 1798:11, 1798:13, 1798:16, 1799:1, 1799:7, 1799:9, 1799:12, 1799:17, 1799:19, 1799:22, 1800:2, 1800:6, 1800:8, 1800:11, 1800:13, 1800:15, 1837:13, 1838:2, 1855:6, 1868:23, 1869:21

**theirs** [1] - 1809:19

**theme** [1] - 1830:5

**themselves** [6] - 1648:18, 1783:22, 1790:17, 1818:19, 1849:18, 1867:13

**theory** [1] - 1852:12

**therefore** [2] - 1807:19, 1860:11

**thinking** [14] - 1751:13, 1751:14, 1751:21, 1751:22, 1759:16, 1775:9, 1776:1, 1795:23, 1825:3, 1837:5, 1843:7, 1853:20, 1863:13

**thinks** [7] - 1666:19, 1677:5, 1698:9, 1706:15, 1715:23, 1723:15, 1725:5

**third** [1] - 1739:8

**Thirteen** [1] - 1808:23

**thirty** [5] - 1657:2, 1687:17, 1740:5, 1800:7, 1853:24

**thirty-five** [2] - 1800:7, 1853:24

**thirty-two** [1] - 1687:17

**thorough** [1] - 1738:1

**thoughts** [1] - 1725:24

**thousand** [15] - 1704:17, 1712:11, 1744:14, 1745:22, 1745:23, 1747:6, 1747:7, 1747:8, 1750:3, 1753:2, 1761:18, 1762:6, 1819:9, 1819:12, 1827:12

**thousands** [1] - 1762:1

**threat** [1] - 1697:1

**threaten** [6] - 1640:16, 1640:21, 1678:8, 1749:7, 1772:18, 1783:11

**threatening** [2] - 1677:10, 1771:4

**threats** [1] - 1711:15

**three** [15] - 1651:4, 1693:10, 1703:2, 1706:25, 1711:6, 1717:10, 1755:5, 1776:10, 1783:17, 1799:17, 1804:20, 1811:4, 1814:3, 1825:25, 1840:9

**three-way** [1] - 1703:2

**threw** [1] - 1684:4

**throughout** [1] - 1825:16

**throw** [6] - 1672:16, 1706:25, 1745:12, 1745:21, 1756:16, 1756:17

**throws** [1] - 1684:10

**thug** [2] - 1832:14, 1849:23

**tic** [1] - 1840:6

**tie** [1] - 1766:20

**tighten** [3] - 1691:12, 1828:4, 1828:12

**Timber** [6] - 1646:24, 1647:18, 1717:18, 1754:16, 1757:20

**timber** [2] - 1669:13, 1729:20

**time-sheets** [1] - 1850:4

**tips** [1] - 1846:13

**tired** [2] - 1812:25, 1813:4

**tireless** [1] - 1867:9

**Title** [3] - 1794:24, 1795:1

**to-do** [1] - 1851:1

**today** [7] - 1641:8, 1641:20, 1717:11, 1717:12, 1790:9, 1798:25, 1799:9

**together** [9] - 1711:21, 1726:6, 1790:2, 1801:20, 1816:4, 1835:18, 1855:1, 1855:2, 1863:25

**tomorrow** [8] - 1750:22, 1779:6, 1800:1, 1806:14, 1837:12, 1837:15, 1869:1, 1869:10

**Tony** [14] - 1736:3, 1776:24, 1777:11, 1814:15, 1814:17, 1823:16, 1830:13, 1830:17, 1830:20, 1830:25, 1854:2, 1855:25, 1868:10, 1868:13

**took** [15] - 1650:2, 1656:5, 1656:7, 1660:20, 1666:22, 1706:25, 1713:1, 1749:17, 1760:21, 1763:9, 1792:15, 1799:17, 1829:20, 1834:6, 1838:1

**tool** [1] - 1825:4

**tools** [1] - 1825:2

**tooth** [1] - 1840:8

**top** [5] - 1720:12, 1770:21, 1850:23, 1851:2, 1861:14

**topic** [4] - 1674:1, 1674:4, 1737:2, 1826:3

**torture** [2] - 1645:6, 1835:12

**tortured** [2] - 1833:4, 1833:8

**total** [1] - 1783:17

**totally** [4] - 1810:1, 1822:14, 1826:9, 1826:20

**touch** [3] - 1674:2, 1763:23, 1763:25

**touched** [3] - 1744:11, 1763:23, 1815:6

**touching** [1] - 1680:16
**tough** [1] - 1778:14
**Tough** [2] - 1802:6, 1802:7
**tour** [1] - 1796:4
**toward** [1] - 1780:7
**towards** [3] - 1712:7, 1737:9, 1775:5
**town** [2] - 1701:5, 1701:14
**track** [1] - 1672:16
**trafficking** [2] - 1790:4, 1791:6
**trail** [2] - 1706:12, 1851:22
**train** [1] - 1720:6
**transaction** [3] - 1706:9, 1708:3, 1859:16
**transactions** [1] - 1683:12
**TRANSCRIPT** [1] - 1639:9
**transcript** [25] - 1639:24, 1656:13, 1659:11, 1659:22, 1678:2, 1689:13, 1689:20, 1689:22, 1692:2, 1703:10, 1726:20, 1727:14, 1727:19, 1738:20, 1739:6, 1742:8, 1770:1, 1854:10, 1859:24, 1861:18, 1861:23, 1861:24, 1862:1, 1862:4
**transcripts** [1] - 1687:16, 1689:24, 1690:15, 1690:17, 1712:12, 1742:10, 1766:25, 1767:9, 1767:10, 1767:20, 1769:2
**trap** [1] - 1857:16
**trash** [1] - 1868:11
**travelled** [3] - 1788:1, 1789:14, 1840:25
**treacherous** [1] - 1849:13
**treasurer** [1] - 1662:18
**Trenton** [2] - 1830:19, 1855:25
**trial** [27] - 1641:6, 1641:12, 1643:6, 1644:13, 1650:13, 1656:13, 1657:1, 1666:17, 1678:14, 1683:14, 1692:25, 1719:6, 1776:22, 1781:25, 1786:21, 1803:10, 1805:6, 1805:7, 1805:12, 1814:3, 1817:18, 1819:4, 1819:5, 1822:23, 1841:10, 1854:11
**TRIAL** [1] - 1639:9
**trials** [2] - 1771:8, 1771:10
**trick** [2] - 1855:24, 1863:3
**tricky** [1] - 1797:10
**tried** [7] - 1659:6, 1660:3, 1671:4, 1685:14, 1695:1, 1757:8, 1834:5
**tries** [1] - 1809:25
**trips** [5] - 1789:16, 1791:15, 1791:16, 1823:4, 1854:9
**truck** [1] - 1669:12
**true** [56] - 1662:13, 1662:20, 1665:16, 1665:21, 1666:5, 1668:21, 1669:16, 1695:1, 1703:25, 1707:9, 1707:10, 1710:3, 1717:22, 1723:10, 1738:24, 1758:23, 1777:20, 1779:9, 1788:20, 1797:14, 1797:18, 1797:20, 1813:5, 1817:10, 1820:22, 1821:4, 1821:7, 1821:8, 1821:9, 1821:19, 1821:22, 1823:7, 1831:23, 1839:4, 1840:3, 1840:5, 1840:7, 1840:10, 1840:11,

1840:22, 1841:1, 1843:25, 1861:8, 1864:19
**trues** [1] - 1840:11
**trumped** [1] - 1854:7
**trust** [7] - 1664:4, 1701:20, 1735:21, 1797:10, 1839:14, 1839:19
**trusted** [1] - 1798:5
**truth** [45] - 1648:8, 1654:14, 1655:10, 1656:10, 1656:11, 1656:12, 1656:22, 1656:23, 1658:2, 1658:5, 1658:6, 1661:18, 1661:19, 1664:3, 1666:14, 1667:13, 1671:16, 1699:22, 1701:18, 1707:11, 1709:24, 1710:1, 1724:1, 1724:2, 1749:14, 1794:11, 1820:18, 1822:20, 1823:8, 1823:9, 1840:1, 1842:8, 1842:9, 1842:10, 1844:13, 1844:16, 1844:25, 1845:1, 1845:17
**truthful** [1] - 1846:8
**truthfully** [2] - 1656:9, 1694:6
**try** [16] - 1685:25, 1686:19, 1687:8, 1691:11, 1726:5, 1732:22, 1733:11, 1737:6, 1760:8, 1799:6, 1836:17, 1840:25, 1853:3, 1853:5, 1864:21, 1865:3
**trying** [41] - 1650:18, 1655:16, 1656:10, 1656:11, 1659:5, 1660:18, 1664:4, 1666:11, 1666:19, 1667:7, 1671:6, 1682:7, 1683:20, 1685:10, 1693:16, 1697:2, 1697:12, 1697:16, 1697:21, 1698:5, 1707:9, 1708:22, 1708:23, 1728:22, 1742:19, 1744:15, 1749:15, 1749:16, 1756:6, 1756:10, 1798:2, 1812:11, 1817:6, 1818:16, 1831:11, 1836:16, 1839:25, 1843:17, 1846:8, 1853:16
**Tuesday** [1] - 1708:7
**turn** [7] - 1716:12, 1803:10, 1803:14, 1803:15, 1803:19, 1808:14, 1820:9
**turned** [7] - 1700:9, 1700:12, 1782:9, 1803:12, 1828:7, 1841:1, 1868:21
**turning** [2] - 1780:17, 1798:16, 1864:12
**turns** [1] - 1660:1
**TV** [3] - 1833:1, 1838:4, 1865:20
**Twelve** [1] - 1808:22
**twenty** [1] - 1860:15
**twenty-six** [1] - 1860:15
**twice** [10] - 1714:9, 1783:16, 1783:20, 1825:25, 1833:20, 1833:21, 1833:22, 1839:10, 1861:2
**twist** [1] - 1722:5
**Two** [1] - 1640:13
**two** [55] - 1647:23, 1665:6, 1670:17, 1687:17, 1710:5, 1711:6, 1711:13, 1714:15, 1714:21, 1716:20, 1721:14, 1734:6, 1740:1, 1740:6, 1745:1, 1751:4, 1755:5, 1758:25, 1759:5, 1759:21, 1760:20, 1764:4, 1764:10, 1771:8, 1771:9, 1774:20, 1776:11, 1793:12, 1796:2, 1796:12, 1796:13,

1799:6, 1802:5, 1802:7, 1804:7, 1804:20, 1806:8, 1807:13, 1814:3, 1817:4, 1820:7, 1821:8, 1824:2, 1824:9, 1830:12, 1836:10, 1836:16, 1838:16, 1840:9, 1851:4, 1852:23, 1863:4, 1863:8
**type** [1] - 1757:2
**types** [1] - 1748:12
**typo** [1] - 1787:1

**U**

**U.S** [5] - 1639:4, 1639:15, 1684:21, 1739:13, 1832:12
**UF** [1] - 1742:23
**ultimately** [8] - 1777:19, 1778:7, 1778:8, 1802:16, 1810:24, 1823:13, 1835:15, 1868:14
**umm** [6] - 1727:23, 1731:13, 1732:1, 1732:3, 1732:21
**Umm** [3] - 1728:19, 1728:20, 1730:8
**unassailably** [1] - 1777:20
**unbelievable** [2] - 1791:20, 1791:21
**unchallenged** [1] - 1831:7
**under** [13] - 1671:6, 1713:13, 1793:18, 1795:14, 1801:5, 1808:21, 1831:13, 1833:19, 1846:9, 1848:10, 1857:22, 1864:24, 1866:13
**undercover** [4] - 1863:21, 1864:8, 1865:8, 1865:12
**underline** [1] - 1686:12
**undermine** [5] - 1822:10, 1822:22, 1831:12, 1848:14, 1852:9
**underperform** [1] - 1793:21
**underscored** [1] - 1839:10
**understood** [4] - 1644:2, 1660:11, 1745:25, 1800:11
**unfavorable** [1] - 1752:5
**unfolded** [1] - 1776:16
**unfortunate** [1] - 1828:5
**unfortunately** [2] - 1827:5, 1838:5
**unidentified** [2] - 1742:24, 1750:19
**unintelligible** [1] - 1861:8
**uninterrupted** [1] - 1759:20
**uninterruptible** [2] - 1760:3, 1760:6
**UNITED** [3] - 1639:1, 1639:3, 1639:10
**United** [46] - 1639:13, 1645:23, 1684:2, 1697:18, 1713:14, 1716:4, 1716:21, 1718:16, 1720:24, 1763:4, 1785:1, 1785:9, 1788:15, 1793:20, 1794:4, 1794:22, 1795:5, 1801:21, 1802:14, 1805:21, 1805:22, 1806:11, 1806:15, 1806:16, 1806:22, 1807:2, 1807:4, 1807:16, 1808:7, 1809:9, 1822:4, 1835:11, 1848:8, 1848:19, 1848:22, 1849:3, 1849:5, 1849:10, 1849:16, 1849:18, 1865:19, 1865:22
**universal** [1] - 1760:3
**universe** [2] - 1835:3

**unknowingly** [1] - 1772:1
**unknown** [1] - 1650:3
**unlawful** [3] - 1780:22, 1845:22, 1858:12
**unleashing** [2] - 1832:14, 1832:15
**unless** [2] - 1798:6, 1822:3
**unlike** [1] - 1796:23
**unlikely** [1] - 1801:17
**unmistakable** [4] - 1676:2, 1676:3, 1676:16
**unmonitored** [2] - 1679:10, 1679:13
**unregistered** [3] - 1672:14, 1672:15, 1672:18
**unrest** [1] - 1801:19
**unseemly** [1] - 1828:9
**unsigned** [1] - 1775:11
**untoward** [1] - 1784:15
**untrue** [5] - 1662:21, 1665:22, 1666:5, 1700:15, 1701:12
**unwilling** [1] - 1848:18
**up** [111] - 1643:11, 1645:14, 1647:6, 1647:11, 1649:18, 1653:13, 1661:16, 1667:4, 1669:3, 1669:5, 1669:6, 1674:11, 1679:11, 1681:14, 1684:6, 1684:8, 1686:21, 1689:21, 1690:1, 1690:6, 1691:12, 1693:17, 1693:19, 1693:21, 1694:21, 1694:23, 1696:3, 1697:20, 1698:9, 1701:7, 1702:12, 1704:17, 1706:7, 1708:18, 1711:25, 1712:12, 1712:13, 1719:13, 1724:1, 1727:4, 1728:22, 1730:22, 1734:13, 1735:16, 1742:21, 1743:13, 1743:23, 1748:12, 1749:22, 1759:11, 1760:9, 1764:6, 1766:6, 1775:4, 1775:10, 1775:19, 1777:22, 1778:1, 1782:18, 1785:6, 1787:15, 1788:6, 1790:12, 1792:1, 1793:9, 1794:24, 1797:19, 1799:7, 1805:19, 1811:9, 1815:20, 1816:3, 1816:6, 1820:14, 1821:13, 1821:20, 1822:3, 1825:15, 1825:17, 1828:4, 1828:12, 1829:17, 1834:5, 1836:2, 1836:14, 1836:21, 1836:23, 1836:24, 1837:13, 1840:23, 1841:7, 1842:3, 1842:5, 1843:2, 1843:4, 1843:22, 1843:23, 1845:17, 1849:23, 1852:13, 1853:2, 1853:10, 1855:14, 1855:15, 1856:1, 1857:20, 1858:5, 1865:16
**uphold** [1] - 1642:21
**upper** [1] - 1826:22
**upright** [1] - 1655:18
**upsetting** [1] - 1642:16
**USB** [1] - 1760:6
**useful** [6] - 1718:6, 1718:25, 1807:6, 1807:10, 1807:20, 1807:21
**uses** [2] - 1710:5, 1829:9
**usual** [1] - 1703:22

**V**

**valuable** [6] - 1784:19, 1787:19, 1801:24, 1801:25, 1814:25
**value** [5] - 1769:14, 1775:7, 1785:18, 1818:22, 1830:16
**variations** [1] - 1830:4
**Vaughn** [236] - 1640:16, 1640:19, 1645:3, 1645:7, 1645:9, 1645:18, 1648:2, 1649:2, 1649:4, 1649:15, 1649:17, 1650:6, 1650:8, 1650:12, 1650:13, 1650:16, 1650:18, 1650:20, 1651:7, 1651:16, 1652:18, 1654:8, 1655:23, 1658:10, 1658:18, 1659:24, 1660:8, 1662:3, 1662:4, 1662:8, 1662:13, 1662:17, 1663:1, 1663:5, 1663:17, 1664:16, 1664:18, 1665:2, 1665:3, 1665:5, 1665:23, 1665:24, 1665:25, 1666:25, 1667:4, 1667:12, 1668:1, 1668:16, 1668:22, 1669:21, 1670:2, 1672:3, 1672:9, 1673:5, 1673:9, 1673:23, 1676:20, 1676:23, 1679:14, 1680:9, 1680:11, 1681:5, 1682:4, 1682:14, 1682:15, 1682:23, 1684:5, 1684:16, 1685:1, 1685:13, 1687:1, 1691:21, 1694:11, 1694:14, 1694:16, 1696:3, 1696:10, 1696:16, 1697:15, 1697:23, 1698:3, 1698:20, 1699:11, 1700:5, 1700:23, 1703:4, 1703:6, 1703:13, 1703:17, 1703:21, 1704:13, 1704:17, 1704:18, 1706:15, 1706:19, 1707:23, 1709:2, 1709:7, 1709:17, 1709:19, 1711:17, 1712:9, 1712:10, 1712:15, 1712:17, 1713:4, 1723:7, 1723:22, 1723:25, 1725:24, 1726:9, 1727:3, 1727:17, 1729:19, 1729:22, 1730:6, 1730:11, 1730:16, 1730:20, 1731:16, 1731:25, 1732:15, 1732:20, 1732:23, 1733:2, 1733:7, 1733:15, 1733:23, 1734:7, 1735:17, 1737:9, 1737:11, 1737:12, 1737:21, 1741:19, 1742:5, 1742:14, 1742:18, 1743:7, 1743:19, 1745:10, 1745:20, 1750:10, 1750:13, 1750:20, 1751:5, 1755:7, 1780:11, 1780:16, 1780:20, 1780:21, 1781:15, 1782:15, 1785:6, 1785:10, 1809:24, 1810:5, 1810:15, 1810:22, 1810:24, 1811:2, 1811:8, 1812:7, 1812:13, 1812:16, 1813:1, 1814:1, 1814:10, 1815:10, 1815:16, 1817:4, 1817:12, 1818:6, 1818:20, 1819:3, 1819:4, 1819:7, 1819:13, 1821:2, 1821:10, 1821:18, 1821:25, 1823:22, 1824:3, 1824:7, 1824:11, 1824:12, 1824:24, 1825:6, 1825:11, 1825:21, 1826:20, 1827:9, 1827:24, 1829:12, 1829:13, 1831:11, 1831:20, 1832:6, 1832:10, 1832:15, 1832:16, 1832:17, 1833:10, 1834:10, 1834:23, 1835:8, 1835:13, 1835:17, 1836:9, 1836:10, 1836:22, 1836:24, 1838:15, 1838:17, 1839:5, 1839:11, 1840:3, 1840:18, 1841:25, 1843:17, 1845:1, 1854:21, 1855:10, 1855:15, 1855:18, 1856:4, 1856:10, 1856:17, 1856:20, 1857:1, 1865:9
**Vaughn's** [5] - 1661:25, 1662:19, 1668:18, 1782:17, 1835:2
**verbatim** [2] - 1747:12, 1752:21
**verbs** [1] - 1652:5
**verdict** [7] - 1721:6, 1771:13, 1772:11, 1773:13, 1869:2, 1869:4, 1869:9
**verify** [5] - 1817:6, 1817:10, 1818:16, 1841:1, 1841:8
**verifying** [1] - 1760:24
**vernacular** [1] - 1831:15
**version** [6] - 1818:4, 1818:7, 1818:8, 1818:9, 1823:9, 1823:10
**versus** [1] - 1708:20
**veteran** [1] - 1774:5
**vetted** [1] - 1796:11
**vexing** [1] - 1668:14
**via** [1] - 1717:11
**Vic** [1] - 1700:20
**Vic's** [1] - 1700:19
**vicinity** [1] - 1651:21
**video** [1] - 1707:5
**vigilant** [1] - 1689:18
**vijai** [1] - 1686:24
**Vijai** [5] - 1687:2, 1687:8, 1687:11, 1687:15
**Vijai's** [1] - 1687:2
**Vijay** [13] - 1664:8, 1664:13, 1664:16, 1665:4, 1665:9, 1665:10, 1665:11, 1665:12, 1667:1, 1691:19, 1695:2, 1712:15
**violate** [3] - 1782:22, 1811:1, 1866:17
**violated** [1] - 1788:10
**violation** [1] - 1805:23
**violence** [17] - 1643:14, 1677:10, 1678:7, 1700:11, 1702:8, 1704:10, 1704:21, 1704:23, 1705:4, 1771:5, 1790:4, 1791:7, 1828:17, 1828:18, 1828:19, 1828:23
**violent** [16] - 1643:10, 1645:5, 1648:14, 1648:15, 1651:25, 1677:8, 1677:16, 1677:20, 1680:23, 1683:2, 1725:7, 1725:16, 1728:16, 1728:25, 1801:8, 1837:1
**Visa** [1] - 1724:16
**visa** [8] - 1732:23, 1739:15, 1811:3, 1848:23, 1848:24, 1848:25
**visit** [12] - 1679:18, 1713:11, 1715:12, 1732:21, 1786:6, 1786:12, 1786:13, 1786:24, 1791:2, 1793:15, 1843:8, 1843:10
**visited** [4] - 1753:15, 1766:18, 1786:14, 1859:23
**visiting** [10] - 1732:19, 1794:22, 1795:3, 1795:4, 1795:6, 1795:7,

1796:10, 1796:13, 1826:3, 1826:4
**visitor's** [1] - 1679:17
**visitors** [1] - 1796:11
**vitally** [1] - 1780:4
**voice** [4] - 1706:14, 1824:10, 1828:24, 1836:1
**voluntarily** [2] - 1710:23, 1848:19
**volunteer** [1] - 1656:14

## W

**Waddell** [3] - 1645:7, 1645:16, 1646:12
**Wadel** [3] - 1833:1, 1833:2, 1837:4
**Wait** [1] - 1792:13
**wait** [5] - 1671:23, 1672:1, 1672:2, 1674:2, 1770:24
**Waite** [9] - 1714:1, 1714:2, 1714:6, 1715:4, 1715:5, 1715:8, 1715:22, 1793:1, 1794:12
**waite** [3] - 1794:14, 1795:13, 1796:22
**Waite's** [1] - 1714:15
**waite's** [1] - 1794:4
**waited** [1] - 1864:20
**waiting** [2] - 1695:6, 1808:13
**walk** [3] - 1655:6, 1748:9, 1803:17
**walked** [5] - 1715:2, 1803:18, 1810:5, 1810:6, 1834:15
**walks** [5] - 1662:1, 1706:19, 1707:17, 1775:13, 1809:24
**Wallace** [1] - 1773:12
**wants** [50] - 1646:8, 1650:15, 1653:14, 1667:9, 1670:17, 1670:20, 1670:22, 1671:23, 1677:4, 1678:24, 1680:1, 1680:14, 1681:13, 1687:7, 1688:10, 1689:18, 1696:6, 1696:8, 1696:13, 1696:19, 1707:2, 1707:3, 1707:18, 1708:18, 1709:14, 1709:18, 1715:12, 1720:7, 1725:18, 1739:10, 1739:16, 1744:22, 1766:16, 1768:2, 1773:23, 1773:25, 1822:5, 1822:6, 1822:7, 1822:9, 1843:24, 1851:17, 1852:9, 1853:16, 1855:19, 1856:16, 1857:9
**warden** [3] - 1793:3, 1794:5, 1795:8
**warm** [2] - 1647:11, 1832:2
**warrant** [2] - 1760:17, 1760:25
**Washington** [1] - 1866:7
**waste** [1] - 1695:18
**watch** [1] - 1861:19
**watched** [1] - 1803:18
**watching** [2] - 1837:7, 1838:7
**wave** [1] - 1860:11
**waves** [1] - 1805:1
**ways** [5] - 1711:6, 1803:11, 1830:12, 1830:13, 1858:2
**weak** [2] - 1700:9, 1700:12
**weapon** [3] - 1667:5, 1672:4, 1704:18
**wear** [2] - 1652:4, 1700:11
**wearing** [3] - 1654:11, 1832:12,

1832:22
**week** [2] - 1710:16, 1858:8
**weekend** [1] - 1641:3
**weeks** [5] - 1721:14, 1745:2, 1776:11, 1836:16, 1863:25
**weighs** [1] - 1760:8
**weight** [2] - 1825:9, 1868:9
**whatsoever** [2] - 1722:11, 1727:5
**whereabouts** [2] - 1765:8, 1833:1
**whereby** [1] - 1732:6
**whiff** [1] - 1810:9
**White** [2] - 1708:9, 1820:6
**white** [4] - 1777:5, 1790:25, 1791:1, 1831:23
**whoa** [2] - 1648:15, 1790:23
**whole** [25] - 1656:10, 1656:22, 1661:18, 1663:21, 1676:6, 1682:2, 1682:5, 1724:1, 1724:20, 1729:7, 1733:25, 1737:20, 1739:17, 1742:17, 1743:8, 1762:23, 1766:4, 1767:8, 1772:14, 1792:7, 1822:16, 1822:18, 1835:3, 1843:22, 1848:13
**wide** [2] - 1655:22, 1759:22
**widespread** [1] - 1865:23
**wife** [5] - 1697:11, 1698:5, 1701:14, 1811:4, 1867:4
**wiggle** [3] - 1828:4, 1828:11, 1829:10, 1863:22
**Willabus** [3] - 1646:3, 1646:10, 1647:20
**Willems** [6] - 1646:24, 1647:18, 1691:24, 1691:25, 1754:16, 1757:20
**William** [1] - 1717:18
**willing** [15] - 1652:16, 1673:18, 1674:22, 1674:23, 1680:11, 1700:17, 1704:25, 1705:1, 1706:5, 1712:24, 1817:14, 1848:22, 1849:17, 1855:16, 1867:10
**willingness** [1] - 1678:14
**win** [5] - 1756:7, 1756:10, 1756:12, 1853:25, 1854:3
**window** [3] - 1756:16, 1756:18, 1810:17
**wink** [2] - 1839:16
**wins** [1] - 1854:17
**wire** [3] - 1718:7, 1718:25, 1782:7
**wiretap** [4] - 1687:10, 1715:25, 1719:15, 1806:21
**wiretapping** [2] - 1719:4, 1720:13
**wiretaps** [3] - 1782:6, 1782:8, 1803:12
**wish** [2] - 1862:1, 1862:8
**wishes** [1] - 1644:1
**withdrawn** [1] - 1810:21
**withheld** [1] - 1776:21
**withholding** [1] - 1851:13
**witness** [68] - 1641:10, 1650:12, 1650:14, 1660:19, 1660:25, 1661:4, 1661:12, 1664:22, 1667:25, 1668:12, 1681:25, 1683:9, 1687:9, 1692:18, 1697:4, 1697:24, 1698:11, 1698:24,

1699:24, 1708:3, 1711:7, 1711:15, 1714:22, 1736:10, 1759:17, 1759:18, 1767:13, 1767:16, 1775:15, 1776:19, 1776:22, 1777:21, 1779:13, 1781:22, 1782:11, 1783:3, 1787:23, 1797:8, 1797:9, 1804:25, 1818:23, 1819:5, 1821:5, 1821:15, 1822:15, 1822:20, 1823:4, 1825:13, 1830:10, 1830:12, 1830:14, 1830:16, 1831:3, 1831:5, 1832:16, 1833:17, 1833:22, 1840:12, 1841:11, 1842:9, 1842:10, 1844:19, 1845:19, 1846:17, 1848:12, 1852:16
**witness** [1] - 1849:8
**witnesses** [44] - 1643:2, 1643:5, 1643:11, 1658:24, 1661:10, 1661:22, 1672:19, 1673:4, 1673:12, 1677:17, 1682:22, 1704:19, 1711:4, 1712:11, 1712:17, 1714:15, 1743:17, 1744:18, 1772:6, 1777:8, 1777:10, 1778:18, 1785:25, 1788:9, 1815:12, 1815:13, 1818:12, 1822:2, 1822:4, 1822:5, 1822:10, 1823:12, 1823:25, 1824:13, 1828:19, 1828:21, 1831:12, 1831:21, 1835:22, 1847:7, 1848:14, 1848:17
**wives** [1] - 1796:13
**woman** [6] - 1703:6, 1703:16, 1715:4, 1795:17, 1833:3, 1833:8
**woman's** [1] - 1715:18
**won** [2] - 1854:20, 1854:21
**wonder** [1] - 1685:5
**wondering** [2] - 1855:4, 1864:14
**word** [18] - 1667:17, 1673:25, 1719:1, 1746:15, 1792:18, 1795:2, 1797:4, 1821:17, 1821:19, 1822:23, 1825:16, 1825:18, 1830:7, 1853:14, 1861:10, 1861:13
**words** [52] - 1642:11, 1643:12, 1658:17, 1659:17, 1670:25, 1697:23, 1699:20, 1732:12, 1737:16, 1764:23, 1767:10, 1776:15, 1776:16, 1776:18, 1780:2, 1780:3, 1781:7, 1800:17, 1806:13, 1807:5, 1807:11, 1807:20, 1808:18, 1811:17, 1814:6, 1815:22, 1816:1, 1818:7, 1823:5, 1828:5, 1828:8, 1829:13, 1831:4, 1831:6, 1831:17, 1831:18, 1832:22, 1840:11, 1845:6, 1856:25, 1861:20, 1868:5, 1868:6, 1868:8
**works** [9] - 1703:19, 1716:16, 1717:17, 1718:1, 1720:19, 1763:4, 1803:11, 1814:15, 1817:22
**world** [2] - 1738:6, 1864:2
**worry** [3] - 1668:16, 1668:17, 1758:5
**worse** [5] - 1677:24, 1800:21, 1800:22, 1807:24, 1864:5
**worst** [1] - 1790:3
**worth** [4] - 1686:18, 1706:13, 1706:21, 1724:14
**worthy** [1] - 1822:22
**wow** [1] - 1792:19

**write** [23] - 1699:20, 1736:22, 1738:7, 1739:20, 1746:11, 1746:15, 1746:24, 1746:25, 1747:1, 1747:8, 1747:11, 1747:15, 1747:17, 1747:25, 1750:1, 1755:22, 1760:21, 1793:4, 1793:6, 1793:7, 1796:1

**writes** [5] - 1746:13, 1747:2, 1752:21, 1755:23, 1803:22

**writing** [3] - 1671:24, 1672:1, 1774:6

**written** [7] - 1662:5, 1685:20, 1699:17, 1720:12, 1729:18, 1820:6, 1860:23

**wrong-headed** [1] - 1792:7

**wrongdoers** [1] - 1832:19

**wrongdoing** [1] - 1823:24

**wrongfully** [3] - 1805:20, 1805:21, 1866:3

**wrote** [15] - 1701:22, 1738:16, 1746:20, 1752:12, 1768:15, 1784:23, 1793:10, 1793:15, 1795:25, 1796:1, 1853:11, 1860:21, 1860:22, 1861:3

## Y

**year** [2] - 1762:4, 1775:13

**years** [19] - 1657:2, 1668:13, 1702:12, 1715:7, 1733:18, 1733:21, 1734:6, 1736:5, 1774:5, 1777:4, 1777:24, 1788:16, 1788:17, 1807:3, 1809:17, 1852:23, 1853:23, 1853:24, 1868:21

**YORK** [1] - 1639:1

**York** [14] - 1639:5, 1639:23, 1697:4, 1698:25, 1699:8, 1699:24, 1699:25, 1716:12, 1719:17, 1751:19, 1783:6, 1787:11, 1846:25, 1865:22

**young** [4] - 1644:12, 1707:6, 1722:2, 1797:9

**yourself** [4] - 1655:11, 1661:16, 1770:17, 1816:15

**yourselves** [5] - 1714:14, 1714:17, 1716:18, 1769:21, 1815:15

**youth** [1] - 1662:18

**Yvonne** [1] - 1676:18

## Z

**zealous** [1] - 1866:25

**zealousness** [1] - 1854:6