2027

1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF NEW YORK
2
   - - - - - - - - - - - - - - - - - X
3
   UNITED STATES OF AMERICA,        :   08-CR-640
4
                    v.              :   U.S. Courthouse
5                                       Brooklyn, New York
   ROBERT SIMELS                    :
6  ARIENNE IRVING                       August 13, 2009
                      Defendants.  :   9:30 o'clock a.m.
7
   - - - - - - - - - - - - - - - - - X
8

9                  TRANSCRIPT OF TRIAL
               BEFORE THE HONORABLE JOHN GLEESON
10             UNITED STATES DISTRICT JUDGE, and a jury.

11
   APPEARANCES:
12

13 For the Government:        BENTON J. CAMPBELL
                              United States Attorney
14                            BY:  STEVEN L. D'ALESSANDRO
                                   MORRIS FODEMAN
15                                 DANIEL BROWNELL
                                   Assistant U.S. Attorneys
16

17 For the Defendants:        GERALD SHARGEL, ESQ.
                              EVAN L. LIPTON, ESQ.
18                            For Robert Simels

19
                              JAVIER A. SOLANO, ESQ.
20                            LAWRENCE BERG, ESQ.
                              For Arienne Irving
21

22 Court Reporter:           Gene Rudolph
                             225 Cadman Plaza East
23                           Brooklyn, New York 11201
                             (718) 613-2538
24
   Proceedings recorded by mechanical stenography, transcript
25 produced by CAT.

        GR      OCR      CM      CRR      CSR

2028

1          (The following occurred in the absence of the jury

2    at 9:30 am.)

3              THE COURT:  Good morning, everyone.

4              Please be seated.

5              Ilene, do we know if all the jurors are here?

6              THE CLERK:  Yes, Your Honor.

7              They have started.

8              THE COURT:  Okay.  Let me recap, restate, how I

9    intend to answer these questions in jury note -- what number

10   was that?

11             THE CLERK:  Fifteen, Judge.

12             THE COURT:  Fifteen.

13             As to the first one, I will tell them -- I've

14   basically just roughed out by typing it what we spoke about

15   yesterday evening.

16             In answer to the first question, I am going to say

17   yes.

18             For example, it's reasonable to pay an investigator

19   to gather information about potential witnesses.  It's also

20   reasonable to pay others who are not investigators who have

21   knowledge relevant to the defense for their information.  But

22   in both instances, it is legal to pay for the information only

23   if the payment is not made for or because of the testimony a

24   person will give at trial.

25             Put another way, and I assume from your question

2029

1  that it arises in connection with Count Ten, the government

2  must proof beyond a reasonable doubt that the defendant you

3  are considering indirectly offered or promised money to Leslyn

4  Camacho for or because of testimony to be given by Ms. Camacho

5  in the narcotics trial of Roger Khan.  As I said, I assume

6  your question relates to the elements of Count Ten and not

7  also to -- I will just say, and not to other counts.  If I am

8  wrong about that you should let me know.

9          Does anybody want to be heard on that?

10          MR. D'ALESSANDRO:  No, Your Honor.

11          MR. SOLANO:  No, Your Honor.

12          MR. SHARGEL:  My hesitation -- my hesitation is,

13  again, the mere offer, that speaking the words by itself,

14  essentially you are not going over the elements again and my

15  problem is that by just saying the offer, it -- one might

16  infer that the naked words are sufficient to violate the

17  statute.

18          THE COURT:  Why don't I just tell them that I don't

19  mean here to be reinstructing them about all the elements of

20  Count Ten.

21          MR. SHARGEL:  There are other elements?

22          THE COURT:  There are other elements and they have

23  them in the charge.  All right?

24          MR. SHARGEL:  Yes.

25          THE COURT:  All right.  Second, you asked what a

2030

1    reasonable amount of money would be when someone pays for

2    information.  Although you can certainly consider any amount

3    you find was paid or offered in determining the purpose for

4    which it was offered, as long as the purpose is not an illegal

5    one, the amount paid doesn't really matter.  The law imposes

6    no limit on the amount to be paid for information.  It

7    imposes -- sorry -- I am violating my own rule.  I am reading

8    too fast.  Sorry.  It imposes a strict limit on the purposes

9    for which payments or offers of payments may be made.

10                MR. D'ALESSANDRO:  No objection.

11                MR. SOLANO:  No objection.

12                MR. SHARGEL:  What about the -- the indisputable

13   fact, I think this applies to both sides, that a witness can

14   be paid for expenses, basic expenses, such as parking and lost

15   wages.  I think that's right in the disciplinary rules.  To

16   say that someone could never be paid in connection with

17   appearance or testimony may be misleading as a matter of law.

18                THE COURT:  I didn't just say it there.

19                MR. SHARGEL:  Sorry?

20                THE COURT:  I didn't mention anything right there

21   about being paid for testimony.

22                MR. SHARGEL:  May I hear it once more?

23                THE COURT:  You asked what a reasonable amount of

24   money would be when someone pays for information.  Although

25   you can certainly consider any amount you find was paid or

2031

1   offered in determining the purpose for which it was offered,

2   as long as the purpose is not the illegal one, the amount paid

3   doesn't really matter.  The law imposes no limit on the amount

4   to be paid for information.  It imposes a strict limit on the

5   purposes for which payments or offers of payments may be made.

6              MR. SHARGEL:  Do you think that the -- the last

7   sentence is -- leaves the lingering question of whether

8   someone can be paid for -- for attendant expenses in

9   connection with appearance to testify?  Just the last

10  sentence?  The strict limit on paying someone in connection

11  with testimony?

12             THE COURT:  Why don't I just leave that last

13  sentence out?

14             MR. SHARGEL:  That's what I was thinking.

15             THE COURT:  As long as -- I will finish it with, as

16  long as the purpose is not the illegal one described above,

17  the amount paid doesn't really matter.

18             MR. D'ALESSANDRO:  No objection.

19             MR. SHARGEL:  That's fine.

20             THE COURT:  All right.  Are you all right with that,

21  Mr. Solano?

22             MR. SOLANO:  Yes, Your Honor.

23             THE COURT:  You ask about the difference between the

24  information from an expert witness and the information from a

25  non-expert witness.  I assume since your question mentions

2032

1   witnesses that you are asking about the differences between
2   expert testimony and non-expert testimony.  I will tell you
3   the answer to that in a moment.
4          I suspect it is possible, since you ask about
5   information, you are asking about the difference between
6   information obtained through expert or licensed investigators
7   and information obtained from others who are not
8   investigators.  If that's not what you meant, say so.  But I
9   will answer the question as I think you meant it.
10         Expert witnesses testify not to facts, which is what
11  all other witnesses testify about, but to opinions.  Their
12  testimony is intended to help you decide the facts of the
13  case.
14         Here, I allowed expert testimony to assist you in
15  determining whether Simels's conduct amounted to the kind of
16  lawful, bona fide legal representation that is not prohibited
17  by the witness tampering statute.
18         Expert testimony is the same as non-expert testimony
19  in that, at all events, the determination of the facts of the
20  case is for you.  If you find the expert's opinion useful in
21  your own independent determinations of fact you may consider
22  it.  Like the testimony of any other witness, you will give
23  the expert testimony whatever weight, if any, you feel it
24  deserves.
25         MR. SHARGEL:  Judge, I hope I am not picking nits.

2033

1    But when you -- when you addressed the potential question, the

2    question about whether it is a licensed investigator or not,

3    you really have answered that question.  In other words,

4    instead of inviting another note, the question has been

5    answered when you addressed it in -- in response to the first

6    question, where you say that it's -- you can pay any person

7    with knowledge.

8            THE COURT:  I only put this in there because of you.

9            MR. SHARGEL:  I understand.

10           THE COURT:  Do you want me to take it out?

11           MR. SHARGEL:  No.  I was just suggesting, if that's

12   your question, I've already answered it, you would say, I

13   respectfully submit.  I've already answered it because you can

14   pay -- there is no distinction between paying for information

15   from a licensed investigator or just a person with knowledge.

16           THE COURT:  Let me just take it out then.  If that

17   was their question, they will realize I just answered it.

18           MR. SHARGEL:  Very well.

19           THE COURT:  All right.  That shortens that a bit.

20           Lastly, you asked what would represent a character

21   witness against David Clarke.  If you assume that Clarke's

22   testimony or statements were offered against Roger Khan at

23   trial, a character witness would be someone who would testify

24   to Clarke's reputation for truthfulness; that is, whether he

25   has a reputation in his community for being believable.

GR       OCR       CM       CRR       CSR

2034

1          Also, in this setting such a witness might be

2   someone who would testify to the effect that Clarke had a bias

3   against the defendant.

4          Any objection?

5          MR. D'ALESSANDRO:  No.

6          MR. SHARGEL:  Bias or motive?

7          THE COURT:  Denied.

8          MR. SHARGEL:  That --

9          THE COURT:  Denied.  You are picking nits again.

10          MR. SHARGEL:  All right.  I think I am.

11          MR. SOLANO:  No objection.

12          THE COURT:  Bring in the jury, please.

13          Sorry?

14          MR. SOLANO:  No objection.

15          THE COURT:  All right.

16          MR. SOLANO:  Your Honor, I don't know if you decided

17   not to answer the second question about the example.  I am not

18   sure if you said you were going to answer that yesterday.

19          THE COURT:  Not on a case specific basis.  That was

20   actually -- that was withdrawn I think.

21          MR. SHARGEL:  Yes.

22          THE COURT:  Generically I am giving them examples of

23   an investigator and non-investigator.  All right?

24          MR. SHARGEL:  Yes.

25          THE COURT:  Anything further?

1          MR. D'ALESSANDRO:  No, Your Honor.

2          THE COURT:  Okay.  Bring in the jury, please.

3          I looked at the questionnaires.  I am pretty sure,

4     because I think the problems with people coming next week,

5     were not being able to come in after the 16th.  I think those

6     were written on the back, in the hardship part.  I don't think

7     any of our jurors is one of the people who had a problem with

8     next week.

9          I am going to tell them we are not sitting tomorrow

10    and that's it.  I will tell them we are not sitting tomorrow.

11          (Jury present.)

12          THE COURT:  Good morning.

13          Nice to see you.

14          Have a seat.

15          Before we broke for the day yesterday you sent us

16    note 15 with a list of questions that I am going to answer for

17    you now.

18          One was, are there instances where it is legal to

19    pay for information?

20          The answer to that is yes.

21          Your follow up question is, if it is yes, are there

22    examples that may be pertinent to this case?

23          Yes, there are.  For example, it is reasonable to

24    pay an investigator to gather information about potential

25    witnesses.  It is also reasonable to pay others who are not

2036

1   investigators who have knowledge relevant to the defense of a

2   case for their information.  But in both instances it is legal

3   to pay for the information only if the payments or payment is

4   not made for or because of the testimony a person will give at

5   trial.

6            Put another way, and I assume from your question

7   that it arises in connection with Count Ten, the government

8   must prove beyond a reasonable doubt that the defendant you

9   are considering indirectly offered or promised money to Leslyn

10  Camacho for or because of the testimony to be given by

11  Ms. Camacho in the narcotics trial of Roger Khan.

12           As I have said, I assume your question relates to

13  the elements of Count Ten and not to other counts.  If I am

14  wrong about that, you ought to let me know in a follow-up

15  note.

16           Also, I don't mean by answering your specific

17  question to in any way have you lose sight of the fact that

18  there are elements, there are multiple elements, which must be

19  proved beyond a reasonable doubt before you can find a

20  defendant guilty of Count Ten.  You have those instructions.

21  You have them in the jury room.  I am focusing on this aspect

22  of those instructions.  I don't want you to lose sight of the

23  elements.  There are other elements the government must prove.

24           Your second follow-up question is, if yes, if there

25  are instances in where it is legal to pay for information,

2037

1    what is a reasonable amount to pay?

2             Now, although you can certainly consider any amount

3    you find was paid or offered in determining the purpose for

4    which it was offered, as long as the purpose is not the

5    illegal one that I just described a moment ago, the amount

6    paid doesn't really matter.

7             You ask about the difference between the information

8    from an expert witness and the information from a non-expert

9    witness.  I assume since your question mentions witnesses that

10   you are asking about the difference or differences between

11   expert testimony and non-expert testimony.

12            Again, if I am wrong about this or in my

13   understanding of any of your questions, you just tell me in a

14   follow-up note.

15            Expert witnesses testify not to facts, which is what

16   all other witnesses testify about, but to opinions.  Their

17   testimony is intended to help you decide the facts of the

18   case.

19            Here, I allowed expert testimony to assist you in

20   determining whether Simels's conduct amounted to the kind of

21   lawful, bona fide legal representation that is not prohibited

22   by the witness tampering statute.

23            Expert testimony is the same as non-expert testimony

24   in that, at all events, the determination of the facts of the

25   case is for you.  If you find the expert's opinion useful in

2038

1    your own independent determinations of fact, you may consider

2    it.  Like the testimony of any other witness, you will give

3    the expert testimony whatever weight, if any, you feel it

4    deserves.

5              Lastly, you asked what would represent a character

6    witness against David Clarke.  If you assume that Clarke's

7    testimony, or statements, were offered say against Roger Khan

8    at a trial, a character witness would be someone who would

9    testify to Clarke's reputation for truthfulness.  That is,

10   whether he has a reputation in his community for being

11   believable.

12             Also, in that setting, such a witness might be

13   someone who would testify to the effect that Clarke had a bias

14   against Khan.

15             All right.  That's what a character witness would

16   be.

17             I think I have answered your questions.  If I

18   haven't done so sufficiently, you've already demonstrated that

19   you have the ability to let me know, and I trust you will.

20             Okay.  Please return to the jury room and resume

21   your deliberations.

22             (Recess taken.)

23             (Continued on next page.)

24

25

GR      OCR      CM      CRR      CSR

2039

1          (The following occurred in the absence of the jury

2     at 11:30 am.)

3          THE COURT:  As you know, jury notes 16, 17 and 18

4     seek the testimony of Mr. Simels.

5          The first with regard to the alleged bribe of

6     Camacho, direct and cross.  That's 16.

7          17, direct and cross regarding Farrah Singh.

8          18, direct and cross regarding Alicia Jagnarain.

9          (So marked.)

10         I know I asked you through Ilene to put your heads

11    together and send stuff in.  But I don't know about you but I

12    see a pattern developing here.  It makes me wonder whether we

13    shouldn't just send in the testimony and tell them if they

14    want to us digest it, we could do that.

15         I see some virtue in -- if I were in your shoes, I

16    guess I see some virtue in seeing where they are and where

17    they are headed.  But that thought had occurred to me.

18         I thought I'd get your comments on it.

19         MR. FODEMAN:  However Your Honor wants to proceed.

20         MR. SHARGEL:  I would ask that the whole thing go

21    back.  It's obvious what they are doing.

22         THE COURT:  It's kind of silly to do it in pieces

23    like this.

24         MR. SHARGEL:  Yes.

25         THE COURT:  Do you agree, Mr. Solano?

GR      OCR      CM      CRR      CSR

2040

1           MR. SOLANO:  Absolutely.

2           THE COURT:  All right.  Could you do your Post-it

3   thing with the Simels testimony?

4           MR. FODEMAN:  From beginning to end?

5           THE COURT:  Beginning to end, yes.

6           I think I will -- I think I will bring them back in

7   once that is ready.  Would you like me to offer to them that

8   we will provide a digest or wait and just say to them if they

9   need a digest they can ask for it?

10          MR. SHARGEL:  I would prefer that you not say

11  anything until they ask for it.

12          MR. FODEMAN:  Fine.

13          THE COURT:  All right.  We already sent in -- I

14  didn't realize that.

15          THE CLERK:  Yes, Your Honor.

16          THE COURT:  Court Exhibit 8 was Camacho --

17          MR. SHARGEL:  Not 8, Judge, 16.

18          THE COURT:  Court Exhibit?

19          THE CLERK:  Court Exhibit, the transcript itself.

20          THE COURT:  We've already complied with note 16 in

21  Court Exhibit 8; with note 17 in Court Exhibit 9.

22          (So marked.)

23          How about I do this?  If you give me that, I will

24  take care of copying it.  On the way out now, I will poke my

25  head in the jury room and say in response to note 18, we are

2041

1  going to make a copy of the entire transcript of Robert

2  Simels's testimony and send it in.  When it is ready we will

3  send it in.

4          MR. SHARGEL:  That's fine.

5          THE COURT:  Fair enough?

6          MR. SOLANO:  Yes, Your Honor.

7          MR. FODEMAN:  Yes.

8          THE COURT:  Okay.

9          MR. SHARGEL:  Are you going to report back if they

10 say anything?

11         THE COURT:  Ill.  If I get any information, I will

12 impart it to you.

13         MR. SHARGEL:  Thank you.

14         THE COURT:  All right.

15         (Recess taken.)

16         (Continued on next page.)

17

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

2042

1          (The following occurred in the absence of the jury

2   at 2:25 pm.)

3          THE COURT:  All right.  In the case on trial, there

4   are a couple old notes to be placed on the record.

5          19 was:  Please supply Ms. Irving's memos and

6   meeting minutes.

7          20 is:  Request a break at 1:40, which they got.

8   It's now 2:27.

9          Jury note 21, requesting all emails to and from

10  Ms. Irving.

11         (All so marked.)

12         Please put your heads together on that.  Once you

13  have them collected and you agree on it, Mr. Solano, with the

14  prosecutor, you can send them in.  If there is any

15  disagreement, please let me know.

16         (Recess taken.)

17         (Continued on next page.)

18

19

20

21

22

23

24

25

GR      OCR      CM      CRR      CSR

2043

1          (The following occurred in the absence of the jury

2     at 3:05 pm.)

3          THE COURT:  All right.  The case on trial, jury note

4     22:  Request transcripts between Simels and Vaughn regarding

5     Farrah Singh.

6          I did get a bit of information when I dropped off

7     the -- when I went in there and told them I was going to give

8     them the entirety of Mr. Simels's testimony.

9          Where is Mr. Simels?

10         MR. SHARGEL:  Sorry.  I hadn't noticed that myself.

11         (Mr. Simels now present.)

12         THE COURT:  I was saying, that -- Mr. Simels has

13    joined us.

14         I was saying that when I dropped off the

15    transcript -- when I told them, rather, that I would be

16    dropping off the entire transcripts of Mr. Simels's testimony,

17    they said oh, to the effect, oh, great.  Thank you.  We didn't

18    know we could ask for that.

19         I think what happened is, they took too much to

20    heart my admonition to them to be as specific as they can when

21    they are asking for a readback request.  I think they got the

22    misimpression they couldn't ask for the whole thing.

23         As I mentioned, note 22 requests transcripts between

24    Simels and Vaughn regarding Farrah Singh.

25         So you know the drill.  This is like the 15th of

GR     OCR     CM     CRR     CSR

2044

1    these.

2            Please put your heads together and try to see if you

3    can agree on what ought to go in.  If you can't agree, I will

4    come down.

5            (Recess taken.)

6            (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2045

1          (The following occurred in the absence of the jury

2     at 4:50 pm.)

3          THE COURT:  It's ten to five.  I think I will send

4     in this note, unless anyone successfully objects.

5          It says:  Ladies and gentlemen, would you like to

6     stay and deliberate some more or adjourn for the day?  Please

7     let us know.

8          Any objection?

9          MR. SHARGEL:  No objection.

10         MR. SOLANO:  No objection.

11         MR. D'ALESSANDRO:  No objection.

12         THE COURT:  This is going to be Court Exhibit 11.

13         THE CLERK:  Yes, Your Honor.

14         (So marked.)

15         (Pause.)

16         THE COURT:  Court Exhibit 11 has produced jury note

17    23, which says:  We would like to resume on Monday.

18         (So marked. )

19         THE COURT:  I am going to go in, give them my normal

20    pitch, excusing them for the day, telling them not to discuss

21    the case.  We will resume at 9:30 Monday.  Stay off the

22    computers and the like.

23         Fair enough?

24         MR. SHARGEL:  You want us to stay off the computers?

25         THE COURT:  No.  You can go on the computers.  But I

GR      OCR      CM      CRR      CSR

2046

1    will tell them to stay off.

2              Stick around in the courtroom for a few minutes,

3    please.  Give them a chance to get out.

4              Good night.  Have a nice weekend.

5              (Recess taken until August 17, 2009, at 9:30 am.)

2047

1                    I N D E X

2

3  E X H I B I T S:

4

5    jury notes 16, 17 and 18                    2039

6    Court Exhibit 8                             2040

7    Court Exhibit 9                             2040

8    19                                          2042

9    20                                          2042

10   21                                          2042

11   22                                          2043

12   Court Exhibit 11                            2045

13   jury note 23                                2045

14

15

16

17

18

19

20

21

22

23

24

25

1

| 0 | 8 | B |
|---|---|---|
| **08-CR-640** [1] - 2027:3 | **8** [4] - 2040:16, 2040:17, 2040:21, 2047:6 | **basic** [1] - 2030:14<br>**basis** [1] - 2034:19<br>**BEFORE** [1] - 2027:9<br>**beginning** [2] - 2040:4, 2040:5<br>**believable** [2] - 2033:25, 2038:11<br>**BENTON** [1] - 2027:13<br>**BERG** [1] - 2027:20<br>**between** [8] - 2031:23, 2032:1, 2032:5, 2033:14, 2037:7, 2037:10, 2043:4, 2043:23<br>**beyond** [3] - 2029:2, 2036:8, 2036:19<br>**bias** [3] - 2034:2, 2034:6, 2038:13<br>**bit** [2] - 2033:19, 2043:6<br>**bona** [2] - 2032:16, 2037:21<br>**break** [1] - 2042:7<br>**bribe** [1] - 2039:5<br>**bring** [3] - 2034:12, 2035:2, 2040:6<br>**broke** [1] - 2035:15<br>**Brooklyn** [2] - 2027:5, 2027:23<br>**BROWNELL** [1] - 2027:15<br>**BY** [1] - 2027:14 |

| 1 | 9 | |
|---|---|---|
| **11** [3] - 2045:12, 2045:16, 2047:12<br>**11201** [1] - 2027:23<br>**11:30** [1] - 2039:2<br>**13** [1] - 2027:6<br>**15** [1] - 2035:16<br>**15th** [1] - 2043:25<br>**16** [5] - 2039:3, 2039:6, 2040:17, 2040:20, 2047:5<br>**16th** [1] - 2035:5<br>**17** [5] - 2039:3, 2039:7, 2040:21, 2046:5, 2047:5<br>**18** [4] - 2039:3, 2039:8, 2040:25, 2047:5<br>**19** [2] - 2042:5, 2047:8<br>**1:40** [1] - 2042:7 | **9** [2] - 2040:21, 2047:7<br>**9:30** [4] - 2027:6, 2028:2, 2045:21, 2046:5 | |

| | A | C |
|---|---|---|
| **2** | **a.m** [1] - 2027:6 | **Cadman** [1] - 2027:22 |

| 2 | | |
|---|---|---|
| **20** [2] - 2042:7, 2047:9<br>**2009** [2] - 2027:6, 2046:5<br>**2039** [1] - 2047:5<br>**2040** [2] - 2047:6, 2047:7<br>**2042** [3] - 2047:8, 2047:9, 2047:10<br>**2043** [1] - 2047:11<br>**2045** [2] - 2047:12, 2047:13<br>**21** [2] - 2042:9, 2047:10<br>**22** [3] - 2043:4, 2043:23, 2047:11<br>**225** [1] - 2027:22<br>**23** [2] - 2045:17, 2047:13<br>**2:25** [1] - 2042:2<br>**2:27** [1] - 2042:8 | **a.m** [1] - 2027:6<br>**ability** [1] - 2038:19<br>**able** [1] - 2035:5<br>**absence** [5] - 2028:1, 2039:1, 2042:1, 2043:1, 2045:1<br>**absolutely** [1] - 2040:1<br>**addressed** [2] - 2033:1, 2033:5<br>**adjourn** [1] - 2045:6<br>**admonition** [1] - 2043:20<br>**ago** [1] - 2037:5<br>**agree** [4] - 2039:25, 2042:13, 2044:3<br>**Alicia** [1] - 2039:8<br>**alleged** [1] - 2039:5<br>**allowed** [2] - 2032:14, 2037:19<br>**AMERICA** [1] - 2027:3<br>**amount** [12] - 2030:1, 2030:2, 2030:5, 2030:6, 2030:23, 2030:25, 2031:2, 2031:3, 2031:17, 2037:1, 2037:2, 2037:5<br>**amounted** [2] - 2032:15, 2037:20<br>**answer** [6] - 2028:9, 2028:16, 2032:3, 2032:9, 2034:17, 2034:18, 2035:16, 2035:20<br>**answered** [6] - 2033:3, 2033:5, 2033:12, 2033:13, 2033:17, 2038:17<br>**answering** [1] - 2036:16<br>**appearance** [2] - 2030:17, 2031:9<br>**APPEARANCES** [1] - 2027:11<br>**applies** [1] - 2030:13<br>**ARIENNE** [1] - 2027:6<br>**Arienne** [1] - 2027:20<br>**arises** [2] - 2029:1, 2036:7<br>**aspect** [1] - 2036:21<br>**assist** [2] - 2032:14, 2037:19<br>**Assistant** [1] - 2027:15<br>**assume** [8] - 2028:25, 2029:5, 2031:25, 2033:21, 2036:6, 2036:12, 2037:9, 2038:6<br>**attendant** [1] - 2031:8<br>**Attorney** [1] - 2027:13<br>**Attorneys** [1] - 2027:15<br>**August** [2] - 2027:6, 2046:5 | **Cadman** [1] - 2027:22<br>**Camacho** [6] - 2029:4, 2036:10, 2036:11, 2036:11, 2039:6, 2040:16<br>**CAMPBELL** [1] - 2027:13<br>**care** [1] - 2040:24<br>**case** [10] - 2032:13, 2032:20, 2034:19, 2035:22, 2036:2, 2037:18, 2037:25, 2042:3, 2043:3, 2045:21<br>**CAT** [1] - 2027:25<br>**certainly** [3] - 2030:2, 2030:25, 2037:2<br>**chance** [1] - 2046:3<br>**character** [5] - 2033:20, 2033:23, 2038:5, 2038:8, 2038:15<br>**charge** [1] - 2029:23<br>**Clarke** [4] - 2033:21, 2034:2, 2038:6, 2038:13<br>**Clarke's** [4] - 2033:21, 2033:24, 2038:6, 2038:9<br>**CLERK** [5] - 2028:6, 2028:11, 2040:15, 2040:19, 2045:13<br>**collected** [1] - 2042:13<br>**coming** [1] - 2035:4<br>**comments** [1] - 2039:18<br>**community** [2] - 2033:25, 2038:10<br>**complied** [1] - 2040:20<br>**computers** [3] - 2045:22, 2045:24, 2045:25<br>**conduct** [2] - 2032:15, 2037:20<br>**connection** [5] - 2029:1, 2030:16, 2031:9, 2031:10, 2036:7<br>**consider** [5] - 2030:2, 2030:25, 2032:21, 2037:2, 2038:1 |

| 3 | | |
|---|---|---|
| **3:05** [1] - 2043:2 | | |

| 4 | | |
|---|---|---|
| **4:50** [1] - 2045:2 | | |

| 6 | | |
|---|---|---|
| **613-2538** [1] - 2027:23 | | |

| 7 | | |
|---|---|---|
| **718** [1] - 2027:23 | | |

**considering** [2] - 2029:3, 2036:9
**Continued** [4] - 2038:23, 2041:16, 2042:17, 2044:6
**copy** [1] - 2041:1
**copying** [1] - 2040:24
**Count** [6] - 2029:1, 2029:6, 2029:20, 2036:7, 2036:13, 2036:20
**counts** [2] - 2029:7, 2036:13
**couple** [1] - 2042:4
**Court** [11] - 2027:22, 2040:16, 2040:18, 2040:19, 2040:21, 2045:12, 2045:16, 2047:6, 2047:7, 2047:12
**COURT** [48] - 2027:1, 2028:3, 2028:8, 2028:12, 2029:18, 2029:22, 2029:25, 2030:18, 2030:20, 2030:23, 2031:12, 2031:15, 2031:20, 2031:23, 2033:8, 2033:10, 2033:16, 2033:19, 2034:7, 2034:9, 2034:12, 2034:15, 2034:19, 2034:22, 2034:25, 2035:2, 2035:12, 2039:3, 2039:22, 2039:25, 2040:2, 2040:5, 2040:13, 2040:16, 2040:18, 2040:20, 2041:5, 2041:8, 2041:11, 2041:14, 2042:3, 2043:3, 2043:12, 2045:3, 2045:12, 2045:16, 2045:19, 2045:25
**Courthouse** [1] - 2027:4
**courtroom** [1] - 2046:2
**cross** [3] - 2039:6, 2039:7, 2039:8

## D

**D'ALESSANDRO** [7] - 2027:14, 2029:10, 2030:10, 2031:18, 2034:5, 2035:1, 2045:11
**DANIEL** [1] - 2027:15
**David** [2] - 2033:21, 2038:6
**decide** [2] - 2032:12, 2037:17
**decided** [1] - 2034:16
**defendant** [4] - 2029:2, 2034:3, 2036:8, 2036:20
**Defendants** [2] - 2027:6, 2027:17
**defense** [2] - 2028:21, 2036:1
**deliberate** [1] - 2045:6
**deliberations** [1] - 2038:21
**demonstrated** [1] - 2038:18
**denied** [2] - 2034:7, 2034:9
**described** [2] - 2031:16, 2037:5
**deserves** [2] - 2032:24, 2038:4
**determination** [2] - 2032:19, 2037:24
**determinations** [2] - 2032:21, 2038:1
**determining** [5] - 2030:3, 2031:1, 2032:15, 2037:3, 2037:20
**developing** [1] - 2039:12
**difference** [3] - 2031:23, 2032:5, 2037:7, 2037:10
**differences** [2] - 2032:1, 2037:10
**digest** [3] - 2039:14, 2040:8, 2040:9
**direct** [3] - 2039:6, 2039:7, 2039:8
**disagreement** [1] - 2042:15

**disciplinary** [1] - 2030:15
**discuss** [1] - 2045:20
**distinction** [1] - 2033:14
**DISTRICT** [3] - 2027:1, 2027:1, 2027:10
**done** [1] - 2038:18
**doubt** [3] - 2029:2, 2036:8, 2036:19
**down** [1] - 2044:4
**drill** [1] - 2043:25
**dropped** [2] - 2043:6, 2043:14
**dropping** [1] - 2043:16

## E

**East** [1] - 2027:22
**EASTERN** [1] - 2027:1
**effect** [3] - 2034:2, 2038:13, 2043:17
**elements** [10] - 2029:6, 2029:14, 2029:19, 2029:21, 2029:22, 2036:13, 2036:18, 2036:23
**emails** [1] - 2042:9
**end** [2] - 2040:4, 2040:5
**entire** [2] - 2041:1, 2043:16
**entirety** [1] - 2043:8
**ESQ** [4] - 2027:17, 2027:17, 2027:19, 2027:20
**essentially** [1] - 2029:14
**EVAN** [1] - 2027:17
**evening** [1] - 2028:15
**events** [2] - 2032:19, 2037:24
**example** [3] - 2028:18, 2034:17, 2035:23
**examples** [2] - 2034:22, 2035:22
**excusing** [1] - 2045:20
**Exhibit** [10] - 2040:16, 2040:18, 2040:19, 2040:21, 2045:12, 2045:16, 2047:6, 2047:7, 2047:12
**expenses** [2] - 2030:14, 2031:8
**expert** [19] - 2031:24, 2031:25, 2032:2, 2032:6, 2032:10, 2032:14, 2032:18, 2032:23, 2037:8, 2037:11, 2037:15, 2037:19, 2037:23, 2038:3
**expert's** [2] - 2032:24, 2037:25

## F

**fact** [4] - 2030:13, 2032:21, 2036:17, 2038:1
**facts** [6] - 2032:10, 2032:12, 2032:19, 2037:15, 2037:17, 2037:24
**fair** [2] - 2041:5, 2045:23
**Farrah** [1] - 2039:7, 2043:5, 2043:24
**fast** [1] - 2030:8
**few** [1] - 2046:2
**fide** [2] - 2032:16, 2037:21
**fifteen** [2] - 2028:11, 2028:12
**fine** [3] - 2031:19, 2040:12, 2041:4
**finish** [1] - 2031:15

**first** [4] - 2028:13, 2028:16, 2033:5, 2039:5
**five** [1] - 2045:3
**focusing** [1] - 2036:21
**FODEMAN** [5] - 2027:14, 2039:19, 2040:4, 2040:12, 2041:7
**follow** [2] - 2035:21, 2036:14, 2036:24, 2037:14
**follow-up** [3] - 2036:14, 2036:24, 2037:14
**following** [5] - 2028:1, 2039:1, 2042:1, 2043:1, 2045:1

## G

**gather** [2] - 2028:19, 2035:24
**Gene** [1] - 2027:22
**generically** [1] - 2034:22
**gentlemen** [1] - 2045:5
**GERALD** [1] - 2027:17
**given** [2] - 2029:4, 2036:10
**GLEESON** [1] - 2027:9
**government** [3] - 2029:1, 2036:7, 2036:23
**Government** [1] - 2027:13
**great** [1] - 2043:17
**guess** [1] - 2039:16
**guilty** [1] - 2036:20

## H

**hardship** [1] - 2035:6
**head** [1] - 2040:25
**headed** [1] - 2039:17
**heads** [3] - 2039:10, 2042:12, 2044:2
**hear** [1] - 2030:22
**heard** [1] - 2029:9
**heart** [1] - 2043:20
**help** [2] - 2032:12, 2037:17
**hesitation** [1] - 2029:12
**Honor** [10] - 2028:6, 2029:10, 2029:11, 2031:22, 2034:16, 2035:1, 2039:19, 2040:15, 2041:6, 2045:13
**HONORABLE** [1] - 2027:9
**hope** [1] - 2032:25

## I

**Ilene** [2] - 2028:5, 2039:10
**ill** [1] - 2041:11
**illegal** [4] - 2030:4, 2031:2, 2031:16, 2037:5
**impart** [1] - 2041:12
**imposes** [5] - 2030:5, 2030:7, 2030:8, 2031:3, 2031:4
**independent** [2] - 2032:21, 2038:1
**indirectly** [2] - 2029:3, 2036:9
**indisputable** [1] - 2030:12

**infer** [1] - 2029:16
**information** [22] - 2028:19, 2028:21, 2028:22, 2030:2, 2030:6, 2030:24, 2031:4, 2031:24, 2032:5, 2032:6, 2032:7, 2033:14, 2035:19, 2035:24, 2036:2, 2036:3, 2036:25, 2037:7, 2037:8, 2041:11, 2043:6
**instances** [4] - 2028:22, 2035:18, 2036:2, 2036:25
**instead** [1] - 2033:4
**instructions** - 2036:20, 2036:22
**intend** [1] - 2028:9
**intended** [2] - 2032:12, 2037:17
**investigator** [6] - 2028:18, 2033:2, 2033:15, 2034:23, 2035:24
**investigators** [4] - 2028:20, 2032:6, 2032:8, 2036:1
**inviting** [1] - 2033:4
**IRVING** [1] - 2027:6
**Irving** [2] - 2027:20, 2042:10
**Irving's** [1] - 2029:5
**itself** [2] - 2029:13, 2040:19

## J

**Jagnarain** - 2039:8
**JAVIER** [1] - 2027:19
**JOHN** [1] - 2027:9
**joined** [1] - 2043:13
**Judge** [2] - 2028:11, 2040:17
**judge** [1] - 2032:25
**JUDGE** [1] - 2027:10
**jurors** [2] - 2028:5, 2035:7
**jury** [19] - 2027:10, 2028:1, 2028:9, 2034:12, 2035:2, 2035:11, 2036:21, 2038:20, 2039:1, 2039:3, 2040:25, 2042:1, 2042:9, 2043:1, 2043:3, 2045:1, 2045:16, 2047:5, 2047:13

## K

**Khan** [5] - 2029:5, 2033:22, 2036:11, 2038:7, 2038:14
**kind** [3] - 2032:15, 2037:20, 2039:22
**knowledge** [4] - 2028:21, 2033:7, 2033:15, 2036:1

## L

**ladies** [1] - 2045:5
**last** [3] - 2031:6, 2031:9, 2031:12
**lastly** [2] - 2033:20, 2038:5
**law** [3] - 2030:5, 2030:17, 2031:3
**lawful** [2] - 2032:16, 2037:21
**LAWRENCE** [1] - 2027:20
**leave** [1] - 2031:12
**leaves** [1] - 2031:7
**legal** [6] - 2028:22, 2032:16, 2035:18,

2036:2, 2036:25, 2037:21
**Leslyn** [2] - 2029:3, 2036:9
**licensed** [3] - 2032:6, 2033:2, 2033:15
**limit** [2] - 2030:6, 2030:8, 2031:3, 2031:4, 2031:10
**lingering** [1] - 2031:7
**LIPTON** [1] - 2027:17
**list** [1] - 2035:16
**looked** [1] - 2035:3
**lose** [2] - 2036:17, 2036:22
**lost** [1] - 2030:14

## M

**marked** [5] - 2039:9, 2040:22, 2042:11, 2045:14, 2045:18
**matter** [5] - 2030:5, 2030:17, 2031:3, 2031:17, 2037:6
**mean** [2] - 2029:19, 2036:16
**meant** [2] - 2032:8, 2032:9
**mechanical** [1] - 2027:24
**meeting** [1] - 2042:6
**memos** [1] - 2042:5
**mention** [1] - 2030:20
**mentioned** [1] - 2043:23
**mentions** [2] - 2031:25, 2037:9
**mere** [1] - 2029:13
**might** [3] - 2029:15, 2034:1, 2038:12
**minutes** [2] - 2042:6, 2046:2
**misimpression** [1] - 2043:22
**misleading** [1] - 2030:17
**moment** [2] - 2032:3, 2037:5
**Monday** [2] - 2045:17, 2045:21
**money** [4] - 2029:3, 2030:1, 2030:24, 2036:9
**morning** [2] - 2028:3, 2035:12
**MORRIS** [1] - 2027:14
**motive** [1] - 2034:6
**MR** [47] - 2029:10, 2029:11, 2029:12, 2029:21, 2029:24, 2030:10, 2030:11, 2030:12, 2030:19, 2030:22, 2031:6, 2031:14, 2031:18, 2031:19, 2031:22, 2032:25, 2033:9, 2033:11, 2033:18, 2034:5, 2034:6, 2034:8, 2034:10, 2034:11, 2034:14, 2034:16, 2034:21, 2034:24, 2035:1, 2039:19, 2039:20, 2039:24, 2040:1, 2040:4, 2040:10, 2040:12, 2040:17, 2041:4, 2041:6, 2041:7, 2041:9, 2041:13, 2043:10, 2045:9, 2045:10, 2045:11, 2045:24
**multiple** [1] - 2036:18
**must** [4] - 2029:2, 2036:8, 2036:18, 2036:23

## N

**naked** [1] - 2029:16
**narcotics** [2] - 2029:5, 2036:11

**need** [1] - 2040:9
**never** [1] - 2030:16
**NEW** [1] - 2027:1
**New** [2] - 2027:5, 2027:23
**next** [6] - 2035:4, 2035:8, 2038:23, 2041:16, 2042:17, 2044:6
**nice** [1] - 2035:13, 2046:4
**night** [1] - 2046:4
**nits** [2] - 2032:25, 2034:9
**non** [7] - 2031:25, 2032:2, 2032:18, 2034:23, 2037:8, 2037:11, 2037:23
**non-expert** [6] - 2031:25, 2032:2, 2032:18, 2037:8, 2037:11, 2037:23
**non-investigator** [1] - 2034:23
**normal** [1] - 2045:19
**note** [14] - 2028:9, 2033:4, 2035:16, 2036:15, 2037:14, 2040:20, 2040:21, 2040:25, 2042:9, 2043:3, 2043:23, 2045:4, 2045:16, 2047:13
**notes** [3] - 2039:3, 2042:4, 2047:5
**noticed** [1] - 2043:10
**number** [1] - 2028:9

## O

**o'clock** [1] - 2027:6
**objection** [12] - 2030:10, 2030:11, 2031:18, 2034:4, 2034:11, 2034:14, 2045:8, 2045:9, 2045:10, 2045:11
**objects** [1] - 2045:4
**obtained** [2] - 2032:6, 2032:7
**obvious** [1] - 2039:21
**occurred** [6] - 2028:1, 2039:1, 2039:17, 2042:1, 2043:1, 2045:1
**OF** [3] - 2027:1, 2027:3, 2027:9
**offer** [3] - 2029:13, 2029:15, 2040:7
**offered** [5] - 2029:3, 2030:3, 2030:4, 2031:1, 2033:22, 2036:9, 2037:3, 2037:4, 2038:7
**offers** [2] - 2030:9, 2031:5
**old** [1] - 2042:4
**once** [3] - 2030:22, 2040:7, 2042:12
**one** [8] - 2028:13, 2029:15, 2030:5, 2031:2, 2031:16, 2035:7, 2035:18, 2037:5
**opinion** [2] - 2032:20, 2037:25
**opinions** [2] - 2032:11, 2037:16
**ought** [2] - 2036:14, 2044:3
**own** [3] - 2030:7, 2032:21, 2038:1

## P

**page** [4] - 2038:23, 2041:16, 2042:17, 2044:6
**paid** [13] - 2030:3, 2030:5, 2030:6, 2030:14, 2030:16, 2030:21, 2030:25, 2031:2, 2031:4, 2031:8, 2031:17, 2037:3, 2037:6

**parking** [1] - 2030:14
**part** [1] - 2035:6
**pattern** [1] - 2039:12
**pause** [1] - 2045:15
**pay** [11] - 2028:18, 2028:20, 2028:22, 2033:6, 2033:14, 2035:19, 2035:24, 2035:25, 2036:3, 2036:25, 2037:1
**paying** [2] - 2031:10, 2033:14
**payment** [2] - 2028:23, 2036:3
**payments** [5] - 2030:9, 2031:5, 2036:3
**pays** [2] - 2030:1, 2030:24
**people** [2] - 2035:4, 2035:7
**person** [4] - 2028:24, 2033:6, 2033:15, 2036:4
**pertinent** [1] - 2035:22
**picking** [2] - 2032:25, 2034:9
**pieces** [1] - 2039:22
**pitch** [1] - 2045:20
**placed** [1] - 2042:4
**Plaza** [1] - 2027:22
**pm** [3] - 2042:2, 2043:2, 2045:2
**poke** [1] - 2040:24
**possible** [1] - 2032:4
**Post** [1] - 2040:2
**Post-it** [1] - 2040:2
**potential** [2] - 2028:19, 2033:1, 2035:24
**prefer** [1] - 2040:10
**present** [2] - 2035:11, 2043:11
**pretty** [1] - 2035:3
**problem** [2] - 2029:15, 2035:7
**problems** [1] - 2035:4
**proceed** [1] - 2039:19
**Proceedings** [1] - 2027:24
**produced** [2] - 2027:25, 2046:16
**prohibited** [2] - 2032:16, 2037:21
**promised** [2] - 2029:3, 2036:9
**proof** [1] - 2029:2
**prosecutor** [1] - 2042:14
**prove** [2] - 2036:8, 2036:23
**proved** [1] - 2036:19
**provide** [1] - 2040:8
**purpose** [7] - 2030:3, 2030:4, 2031:1, 2031:2, 2031:16, 2037:3, 2037:4
**purposes** [2] - 2030:8, 2031:5
**put** [6] - 2028:25, 2033:8, 2036:6, 2039:10, 2042:12, 2044:2

### Q

**questionnaires** - 2035:3
**questions** [4] - 2028:9, 2035:16, 2037:13, 2038:17

### R

**rather** [1] - 2043:15
**readback** [1] - 2043:21

**reading** [1] - 2030:7
**ready** [2] - 2040:7, 2041:2
**realize** [2] - 2033:17, 2040:14
**really** [5] - 2030:5, 2031:3, 2031:17, 2033:3, 2037:6
**reasonable** [10] - 2028:18, 2028:20, 2029:2, 2030:1, 2030:23, 2035:23, 2035:25, 2036:8, 2036:19, 2037:1
**recap** [1] - 2028:8
**recess** [5] - 2038:22, 2041:15, 2042:16, 2044:5, 2046:5
**record** [1] - 2042:4
**recorded** [1] - 2027:24
**regard** [1] - 2039:5
**regarding** [4] - 2039:7, 2039:8, 2043:4, 2043:24
**reinstructing** [1] - 2029:19
**relates** [2] - 2029:6, 2036:12
**relevant** [2] - 2028:21, 2036:1
**report** [1] - 2041:9
**Reporter** [1] - 2027:22
**represent** [2] - 2033:20, 2038:5
**representation** [2] - 2032:16, 2037:21
**reputation** [4] - 2033:24, 2033:25, 2038:9, 2038:10
**request** [3] - 2042:7, 2043:4, 2043:21
**requesting** [1] - 2042:9
**requests** [1] - 2043:23
**respectfully** [1] - 2033:13
**response** [2] - 2033:5, 2040:25
**restate** [1] - 2028:8
**resume** [3] - 2038:20, 2045:17, 2045:21
**return** [1] - 2038:20
**ROBERT** [1] - 2027:5
**Robert** [2] - 2027:18, 2041:1
**Roger** [4] - 2029:5, 2033:22, 2036:11, 2038:7
**room** [2] - 2036:21, 2038:20, 2040:25
**roughed** [1] - 2028:14
**Rudolph** [1] - 2027:22
**rule** [1] - 2030:7
**rules** [1] - 2030:15

### S

**seat** [1] - 2035:14
**seated** [1] - 2028:4
**second** [3] - 2029:25, 2034:17, 2036:24
**see** [5] - 2035:13, 2039:12, 2039:15, 2039:16, 2044:2
**seeing** [1] - 2039:16
**seek** [1] - 2039:4
**send** [6] - 2039:11, 2039:13, 2041:2, 2041:3, 2042:14, 2045:3
**sent** [2] - 2035:15, 2040:13
**sentence** [3] - 2031:7, 2031:10, 2031:13

**setting** [2] - 2034:1, 2038:12
**SHARGEL** [29] - 2027:17, 2029:12, 2029:21, 2029:24, 2030:12, 2030:19, 2030:22, 2031:6, 2031:14, 2031:19, 2032:25, 2033:9, 2033:11, 2033:18, 2034:6, 2034:8, 2034:10, 2034:21, 2034:24, 2039:20, 2039:24, 2040:10, 2040:17, 2041:4, 2041:9, 2041:13, 2043:10, 2045:9, 2045:24
**shoes** [1] - 2039:15
**shortens** [1] - 2033:19
**sides** [1] - 2030:13
**sight** [2] - 2036:17, 2036:22
**silly** [1] - 2039:22
**SIMELS** [1] - 2027:5
**Simels** [8] - 2027:18, 2039:4, 2040:3, 2043:4, 2043:9, 2043:11, 2043:12, 2043:24
**Simels's** [5] - 2032:15, 2037:20, 2041:2, 2043:8, 2043:16
**Singh** [3] - 2039:7, 2043:5, 2043:24
**sitting** [2] - 2035:9, 2035:10
**SOLANO** [10] - 2027:19, 2029:11, 2030:11, 2031:22, 2034:11, 2034:14, 2034:16, 2040:1, 2041:6, 2045:10
**Solano** [3] - 2031:21, 2039:25, 2042:13
**someone** [9] - 2030:1, 2030:16, 2030:24, 2031:8, 2031:10, 2033:23, 2034:2, 2038:8, 2038:13
**sorry** [5] - 2030:7, 2030:8, 2030:19, 2034:13, 2043:10
**speaking** [1] - 2029:13
**specific** [3] - 2034:19, 2036:16, 2043:20
**started** [1] - 2028:7
**statements** [2] - 2033:22, 2038:7
**STATES** [3] - 2027:1, 2027:3, 2027:10
**States** [1] - 2027:13
**statute** [3] - 2029:17, 2032:17, 2037:22
**stay** [4] - 2045:6, 2045:21, 2045:24, 2046:1
**stenography** [1] - 2027:24
**STEVEN** [1] - 2027:14
**stick** [1] - 2046:2
**strict** [3] - 2030:8, 2031:4, 2031:10
**stuff** [1] - 2039:11
**submit** [1] - 2033:13
**successfully** [1] - 2045:4
**sufficient** [1] - 2029:16
**sufficiently** [1] - 2038:18
**suggesting** [1] - 2033:11
**supply** [1] - 2042:5
**suspect** [1] - 2032:4

### T

**tampering** [2] - 2032:17, 2037:22

ten [1] - 2045:3
Ten [6] - 2029:1, 2029:6, 2029:20, 2036:7, 2036:13, 2036:20
testify [9] - 2031:9, 2032:10, 2032:11, 2033:23, 2034:2, 2037:15, 2037:16, 2038:9, 2038:13
testimony [31] - 2028:23, 2029:4, 2030:17, 2030:21, 2031:11, 2032:2, 2032:12, 2032:14, 2032:18, 2032:22, 2032:23, 2033:22, 2036:4, 2036:10, 2037:11, 2037:17, 2037:19, 2037:23, 2038:2, 2038:3, 2038:7, 2039:4, 2039:13, 2040:3, 2041:2, 2043:8, 2043:16
THE [53] - 2027:9, 2028:3, 2028:6, 2028:8, 2028:11, 2028:12, 2029:18, 2029:22, 2029:25, 2030:18, 2030:20, 2030:23, 2031:12, 2031:15, 2031:20, 2031:23, 2033:8, 2033:10, 2033:16, 2033:19, 2034:7, 2034:9, 2034:12, 2034:15, 2034:19, 2034:22, 2034:25, 2035:2, 2035:12, 2039:3, 2039:22, 2039:25, 2040:2, 2040:5, 2040:13, 2040:15, 2040:16, 2040:18, 2040:19, 2040:20, 2041:5, 2041:8, 2041:11, 2041:14, 2042:3, 2043:3, 2043:12, 2045:3, 2045:12, 2045:13, 2045:16, 2045:19, 2045:25
thinking [1] - 2031:14
together [3] - 2039:11, 2042:12, 2044:2
tomorrow [2] - 2035:9, 2035:10
took [1] - 2043:19
transcript [4] - 2027:24, 2040:19, 2041:1, 2043:15
TRANSCRIPT [1] - 2027:9
transcripts [3] - 2043:4, 2043:16, 2043:23
trial [8] - 2028:24, 2029:5, 2033:23, 2036:5, 2036:11, 2038:8, 2042:3, 2043:3
TRIAL [1] - 2027:9
trust [1] - 2038:19
truthfulness [2] - 2033:24, 2038:9
try [1] - 2044:2
typing [1] - 2028:14

## U

U.S [2] - 2027:4, 2027:15
UNITED [3] - 2027:1, 2027:3, 2027:10
United [1] - 2027:13
unless [1] - 2045:4
up [4] - 2035:21, 2036:14, 2036:24, 2037:14
useful [2] - 2032:20, 2037:25

## V

Vaughn [2] - 2043:4, 2043:24
violate [1] - 2029:16
violating [1] - 2030:7
virtue [2] - 2039:15, 2039:16

## W

wages [1] - 2030:15
wait [1] - 2040:8
wants [1] - 2039:19
week [2] - 2035:4, 2035:8
weekend [1] - 2046:4
weight [2] - 2032:23, 2038:3
whole [2] - 2039:20, 2043:22
withdrawn [1] - 2034:20
witness [16] - 2030:13, 2031:24, 2031:25, 2032:17, 2032:22, 2033:21, 2033:23, 2034:1, 2037:8, 2037:9, 2037:22, 2038:2, 2038:6, 2038:8, 2038:12, 2038:15
witnesses [8] - 2028:19, 2032:1, 2032:10, 2032:11, 2035:25, 2037:9, 2037:15, 2037:16
wonder [1] - 2039:12
words [3] - 2029:13, 2029:16, 2033:3
written [1] - 2035:6

## Y

yesterday [3] - 2028:15, 2034:18, 2035:15
YORK [1] - 2027:1
York [2] - 2027:5, 2027:23