1112

1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF NEW YORK
2
- - - - - - - - - - - - - - - - - - - X
3
UNITED STATES OF AMERICA,          :      08-CR-640
4
              v.                    :      U.S. Courthouse
5                                          Brooklyn, New York
ROBERT SIMELS,                      :
6  ARIENNE IRVING,                         August 4, 2009
                  Defendants.       :      9:30 o'clock a.m.
7
- - - - - - - - - - - - - - - - - - - X
8
9                   TRANSCRIPT OF TRIAL
            BEFORE THE HONORABLE JOHN GLEESON
10          UNITED STATES DISTRICT JUDGE, and a jury.

11
APPEARANCES:
12
For the Government:           BENTON J. CAMPBELL
13                            United States Attorney
                             By:   STEVEN L. D'ALESSANDRO
14                                MORRIS FODEMAN
                                 DANIEL BROWNELL
15                            Assistant U.S. Attorneys

16  For the Defendants:           GERALD SHARGEL, ESQ.
                             EVAN L. LIPTON, ESQ.
17                            For Robert Simels

18                            JAVIER A. SOLANO, ESQ.
                             LAWRENCE BERG, ESQ.
19                            For Arienne Irving

20
Court Reporter:               Anthony M. Mancuso
21                            225 Cadman Plaza East
                             Brooklyn, New York 11201
22                            (718) 613-2419

23  Proceedings recorded by mechanical stenography, transcript
produced by CAT.
24

25

1113

1   (Trial resumed.)

2   (In open court; jury not present.)

3   THE COURT:   Good morning, everybody.

4   Please be seated.

5   Okay.   Ready?

6   MR. SHARGEL:   I'm ready to go.

7   My second witness will be here at 10:00 o'clock, Mr.

8   Ricco, and I just spoke to him.   My first witness is here, and

9   there may be a short witness in between, but in the event that

10   I don't have a witness and I'm waiting for Mr. Ricco, and he

11   should be here at 10:00, I may need a ten-minute break.   It's

12   the only time that I have asked during the trial.

13   THE COURT:   If that event arises, you'll ask for a

14   ten-minute break and I'll rule on the request.

15   MR. SHARGEL:   Very well.

16   MR. FODEMAN:   I can take up a minute.   When I was

17   reading that excruciatingly long stipulation yesterday about

18   when things were saved on the computer --

19   THE COURT:   Yes.   It was interesting.

20   MR. FODEMAN:   -- of course, I made a mistake.

21   MR. SOLANO:   A mistake that hurts.

22   MR. FODEMAN:   Basically, I read Exhibit 802, which

23   is not in evidence.   802 is the exhibit that we've been

24   fighting about for a couple days.   I should have read 800.

25   Do you want me to reread?   Do you want to instruct

Sapone - direct - Shargel                    1114

1   them?  Do you want me to instruct them?  Do you want me to

2   correct it on this?

3           THE COURT:   Why don't we fix the page of the

4   transcript.

5           No offense, but nobody was paying attention.

6           MR. FODEMAN:   It was not the first time, I'm sure.

7           THE COURT:   Agreed.

8           MR. SOLANO:   Yes, your Honor.

9           THE COURT:   All right.

10          Bring in the jury, please.

11          Who is your first witness this morning?

12          MR. SHARGEL:   Edward Sapone.

13          (Jury present.)

14          THE COURT:   Good morning.

15          THE JURY:   Good morning.

16          THE COURT:   Please be seated.

17          Mr. Shargel, call your next witness.

18          MR. SHARGEL:   Yes.   We call Edward Sapone.

19   E D W A R D      S A P O N E,

20          having been duly sworn, was examined and

21              testified as follows:

22          THE CLERK:   State your name and spell it, please.

23          THE WITNESS:   Edward Sapone, S A P O N E.

24   DIRECT EXAMINATION

25   BY MR. SHARGEL:

Sapone - direct - Shargel                1115

1    Q     Mr. Sapone, what is your profession or occupation?

2    A     I am an attorney.

3    Q     And are you admitted to practice in the State of

4    New York?

5    A     I am.

6    Q     Tell the jury how long you've been an attorney.

7    A     I've been a practicing attorney with my own practice for

8    a little bit over a year and -- nine years and one month.

9    Q     Well, just to have the record straight, when were you

10   admitted to practice?

11   A     I was admitted to practice in June of 2000.

12   Q     Now, tell the jury about your practice.  What kind of

13   practice do you have; what cases do you specialize in?

14   A     I'm a criminal defense lawyer.  I handle cases in the

15   federal court, in this courthouse and across the bridge in the

16   federal court in Manhattan, as well as the state court in

17   Manhattan.

18          I handle federal and state cases, actually,

19   throughout the country.  I'm admitted in the Western District

20   of Pennsylvania in the federal court, and in the federal court

21   in Colorado.  I'm admitted pro hac vice -- which means

22   admitted just for that case -- in various jurisdictions,

23   including Florida and New Jersey and Connecticut.

24          So, I'm a criminal defense lawyer who is based in

25   Manhattan, but I have cases everywhere.

Sapone - direct - Shargel                    1116

1    Q    Now, in the course of your practice, do you visit jails

2    to meet with pretrial detainees?

3    A    I do.

4    Q    Did there come a time when I asked you to go to a certain

5    jail?

6    A    Yes.

7    Q    And did you do that?

8    A    I did.

9    Q    Tell the jury which jail.

10   A    The Queens detention facility, which is a private

11   facility deputized as a federal detention center, located in

12   Jamaica, Queens, New York.

13   Q    When did you go?

14   A    On June 4 of this year.

15   Q    And that was pursuant to my request?

16   A    Yes, sir.

17   Q    Did you go to visit an inmate?

18   A    I did.

19   Q    And what was the name of the inmate?

20   A    His name was Nicolai Dozortsev.

21   Q    Was Nicolai Dozortsev your client?

22   A    No.

23   Q    Did you ever represent Nicolai Dozortsev?

24   A    No.

25   Q    In fact, you represented his brother in a case; correct?

Sapone - direct - Shargel                1117

1    A     Yes.

2          I have and still represent Arthur Dozortsev, and

3    that's a case actually in this courthouse.

4    Q    Now, tell us what happened when you went to the Queens

5    facility in Jamaica.   Tell the jury in your own words what

6    happened that day.

7    A     Sure.

8          You had asked me to go to the facility and see if I

9    can request to see an inmate to have an attorney counsel with,

10   and to see if I had to be that inmate's lawyer to go and see

11   an inmate, see if I had to be his lawyer.

12         So, actually, I took my associate, Brianna Serra

13   with me.   She's been working for me for about two and a half

14   years now.

15         We drove out to Jamaica.   We parked.   We walked into

16   the facility.   We were met by the door by an officer.   We had

17   our attorney ID cards.   They call them the Secure Pass that

18   gets you into the courthouses and the jails.

19         The officer took our cards and asked me what my

20   client's name was.   I said, Nicolai Dozortsev.   She walked

21   away to begin the process to get us into the facility.   When

22   she had come back, I said to her, Now, you had asked me what

23   my client's name was.   I just want to be clear with you.

24   Mr. Dozortsev is not my client.

25         And she said, Oh, no.   I was just asking you for the

Sapone - cross - Fodeman                    1118

1   inmate's name.  And I said, All right, because you had

2   said "your client's name."  I just want to be clear.  Is it

3   okay that it's not my client?  She said, Yeah, you're an

4   attorney.  I just wanted the name of the person you were

5   seeing.

6          At that point, we were escorted further into the

7   facility.  We went through the metal detectors.  She filled

8   out a book.  In most detention centers, there's a form to fill

9   out.  In this one, there was none.  She wrote some things in a

10  notebook.  We put our belongings like our cell phone, car keys

11  in a locker.

12         They called upstairs for Mr. Dozortsev to come down

13  to the main floor in the room where you see inmates.  We went

14  through a door or two, a heavy metal door.  We went into the

15  room, sat down.  It was a very short meeting, in that I had a

16  plane to catch, because I have a case out in Florida, so I had

17  to get to Newark International Airport.

18         I saw Nicolai for about fifteen minutes, and then we

19  left, got our belongings, chatted with the officer a bit, and

20  exited the facility.

21         MR. SHARGEL:  I have no further questions.

22         THE COURT:  Thank you, Mr. Shargel.

23         Mr. Fodeman.

24  CROSS-EXAMINATION

25  BY MR. FODEMAN:

Sapone - cross - Fodeman                1119

1   Q      Good morning, Mr. Sapone.

2   A      Good morning.

3   Q      Just a couple of questions?

4          When did you go to the GO facility.

5   A      On June 4th.

6   Q      Of this year?

7   A      Yes.

8   Q      And if I understood your testimony -- well, let me get

9   some preliminaries out of the way.  You were not there on

10  March 27, 2008; is that correct?

11  A      No.

12  Q      And you weren't there -- the person you dealt with, was

13  it a person by the name of Nicole Waite?

14  A      No.

15  Q      Someone different, a different corrections officer?

16  A      I'm sorry.  I thought you were referring to the inmate.

17         I don't know the name of the corrections officer,

18  but I could describe the person.

19  Q      What did they look like?

20  A      It was an African-American woman, who I detected an

21  accent from the Caribbean or Jamaica, and I think I had asked

22  her, and I recall her saying, Jamaica.  She was in her fifties

23  or early sixties, if she aged well.  She was about five-six,

24  maybe 160 pounds, very nice woman.

25  Q      And just so we can be clear:  When that woman -- when

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Sapone - cross - Fodeman                    1120

1   that woman approached you or when you interacted with her, she

2   asked you, Is that your client?

3   A    Well, when I walked in and handed her the card, she said,

4   What is your client's name?

5   Q    What's your client's name?  You gave information that was

6   not true, initially?

7   A    Well, look, I didn't mean to --

8           THE COURT:  Answer the question.

9   A    Well, it was true, in that Nicolai Dozortsev was not my

10  client.

11  Q    You told her something that was untrue; is that correct?

12  A    Correct.

13  Q    And then you had a subsequent conversation where you

14  clarified it?

15  A    Correct.

16  Q    The only reason she knew that you were not -- that

17  Nicolai was not your client was because you told her; is that

18  right?

19  A    I don't know if that's the only reason.  But I certainly

20  clarified it.

21          MR. FODEMAN:  Nothing further.

22          MR. SHARGEL:  I have nothing, your Honor.

23          Your Honor, I'm having a slight logistical problem,

24  and my application is, we resume at 10:00 o'clock.

25          THE COURT:  I take it there's nothing further for

Sapone - cross - Fodeman                1121

1    this witness?

2              MR. SHARGEL:  No, your Honor.

3              THE COURT:  Anything from you?

4              MR. SOLANO:  No, your Honor.

5              THE COURT:  You are excused.  Have a good day.

6              THE WITNESS:  Thank you, your Honor.

7              (Witness excused.)

8              THE COURT:  I guess that's good news for you.  You

9    get a short break.  Don't discuss the case.

10             All rise.

11             (Jury excused.)

12             MR. SHARGEL:  Judge, may I notify you when Mr. Ricco

13   arrives?

14             THE COURT:  If he's not, you're going to call some

15   other witness at 10:00.

16             MR. SHARGEL:  All right.

17             THE COURT:  So, someone is going to be on that stand

18   at 10:00 o'clock.

19             MR. SHARGEL:  All right.

20             THE COURT:  We'll resume in ten minutes.

21             (Recess.)

22             (In open court; jury not present.)

23             THE COURT:  Okay.

24             MR. SHARGEL:  Mr. Ricco was seen at the metal

25   detector.  I can put Mr. Simels on.  The problem I'm having,

Sapone - cross - Fodeman                    1122

1    Mr. Ricco would be waiting here for hours, and he was waiting

2    here for hours yesterday.

3              THE COURT:  He's in the building?

4              MR. SHARGEL:  Yes.  Mr. Simels saw him at the metal

5    detector.

6              THE COURT:  All right.

7              Have a seat.

8              (Pause.)

9              MR. FODEMAN:  Judge, if I can put this on the record

10   while we're waiting?

11             THE COURT:  Yes.

12             MR. FODEMAN:  ST-1 is amended by agreement.  It

13   should read or include: "Government's Exhibit 800 was

14   recovered from Government's Exhibit 607, a Dell Dimension E520

15   desktop computer.  Exhibit 800 was last saved on August 26,

16   2008.  Government's Exhibit 802 is not in evidence."

17             THE COURT:  So stipulated?

18             MR. SOLANO:  Yes, your Honor.

19             THE COURT:  Mr. Shargel, so stipulated?

20             MR. SHARGEL:  So stipulated, your Honor.

21             THE COURT:  Bring in the jury, please.

22             THE COURT:  Good morning, Mr. Ricco.  Come on up,

23   please.

24             THE WITNESS:  Sorry for my delay, Judge.

25             (Jury present.)

                    Ricco - direct - Shargel                1123

1            THE COURT:  Okay.  We're ready to resume.  Please be

2   seated, everyone, except the witness.

3            Would you please place the witness under oath.

4   A N T H O N Y    R I C C O,

5            having been duly sworn, was examined and

6                 testified as follows:

7            THE CLERK:  State your name and spell it, please.

8            THE WITNESS:  My name is Anthony Ricco, R I C C O.

9            MR. SHARGEL:  I didn't say it formerly.  We call

10  Anthony Ricco as a witness on Mr. Simels's behalf.

11           THE COURT:  All right.

12  DIRECT EXAMINATION

13  BY MR. SHARGEL:

14  Q    Mr. Ricco, what is your profession or occupation?

15  A    I'm a lawyer.

16  Q    And how long have you been a lawyer?

17  A    About twenty-nine years.

18  Q    And could you tell us about your professional experience?

19  Tell the jury a little bit about your professional experience.

20  A    Well, I like to say I'm a home-grown lawyer.  I'm born

21  and raised in Harlem.  I grew up uptown.  I still live there.

22  I started my legal career in New York.  I went to law school

23  in Boston.

24           I came back to New York after school.  I worked for

25  a very distinguished judge, who is now deceased.  His name was

Ricco - direct - Shargel                    1124

1   Bruce -- used to be termed as Bruce Turn 'Em Loose -- Wright.

2   I worked for Judge Wright for about a year.  After working

3   with Judge Wright, I went into private practice.  I have been

4   in private practice for about twenty-eight years.

5   Q    Can you tell the jury the type of cases you typically

6   handle?

7   A    The cases that I work on now are very interesting.  I've

8   worked on several cases with several people in the courtroom.

9   Those cases range from cases involving international

10  terrorism, racketeering.  A great deal of my work today is

11  death-penalty work, and that work has me involved in cases

12  here and around the country.  Most of my work is in the

13  federal courts.

14          The work that I do enjoy the most, though, are cases

15  that are well under the radar screen that just involve people

16  in my community who have problems in court, and they come to

17  me as a resource, and it's like a pleasure to represent them

18  and help them.

19  Q    Sir, are you a member of any bar association?

20  A    A few.

21  Q    Have you served as an officer of any bar associations?

22  A    Reluctantly, but yes.

23          I served as president of the New York Criminal Bar

24  Association for two years.  I'm on the board of directors of

25  the Federal Defenders here in New York for the Southern and

Ricco - direct - Shargel                 1125

1   Eastern Districts of New York, and I've served in different

2   positions in relationship with my work with the courts on the

3   Criminal Justice Act panel.

4           MR. SHARGEL:  I ask that Mr. Ricco be permitted to

5   testify under Rule 702 as an expert on criminal law and

6   criminal defense.

7           THE COURT:  Any objection?

8           MR. FODEMAN:  No, your Honor.

9           THE COURT:  Granted.

10          Hang on, Mr. Shargel, just for a minute.

11          Let me orient you to why this witness is here.

12          He's not a fact witness; right?

13          MR. SHARGEL:  Correct.

14          THE COURT:  He's not going to give testimony about

15  any of the historical events that are much in dispute in this

16  trial, and there will be more about this when I give you my

17  instructions at the end of the case or after the evidence is

18  over.

19          One of the crimes charged relates to the prohibition

20  in the law against using intimidation or corruptly persuading

21  others to influence their testimony and other things.  And the

22  law has built into it a provision that says -- these

23  provisions don't prohibit providing lawful, bona fide

24  legal-representation services in connection with an official

25  proceeding, so the law recognizes that -- what it prohibits is

1    not bona fide legal representation.  It seems to me useful to

2    you, in your job, at the end of the day here, I'm going to

3    give you the ingredients of the crimes charged, what this

4    obstruction-of-justice provision requires the government to

5    prove beyond a reasonable doubt, and you're going to decide

6    whether the government has proved it.

7              But since the law is clear that what it does not

8    place out of bounds in terms of lawful conduct is the

9    provision of bona fide legal representation.  It strikes me as

10   useful for you to hear from a witness -- from Mr. Ricco --

11   about the sorts of things that bona fide legal representation

12   includes.

13             All right.  So, that's why he's here.  He's not a

14   fact witness.  He's going to give testimony -- given his

15   experience in the representation of criminal defendants, he's

16   going to give testimony about the sorts of things defense

17   lawyers do in providing legal representation, and, in my

18   judgment, it will assist you in finding the facts of the case

19   as I described a little earlier.

20             All right.  Any objection to that introduction,

21   Mr. Shargel?

22             MR. SHARGEL:  No, your Honor.

23             THE COURT:  Mr. Fodeman?

24             MR. FODEMAN:  No, your Honor.  Thank you.

25             MR. SHARGEL:  Thank you.

Ricco - direct - Shargel                    1127

1   BY MR. SHARGEL:

2   Q    After being retained by a client in a criminal case, I'm

3   at the stage where someone is accused of a crime.  What is the

4   obligation of the lawyer to the client?

5   A    Well, bring answer that question, I want to say this:

6   It's difficult for jurors to understand what lawyers do on

7   both sides, because most of what jurors know about lawyers do

8   come from sources that are not accurate, television and

9   newspapers.

10            So --

11            MR. FODEMAN:  Objection, move to strike.

12            THE COURT:  Sustained.

13            Strike it.

14            THE WITNESS:  I'm sorry.  Okay.

15            THE COURT:  Let's stick to the question.

16            THE WITNESS:  Okay.

17   Q    The question is, once retained in a criminal case, what

18   is the defense lawyer's obligation to the client?

19   A    The defense lawyer's obligation to a client is to

20   zealously represent him against the charges that are pending

21   against him or her.

22   Q    What does that mean, based on your experience?

23   A    That means a lot.

24            It means that the lawyer should be interviewing,

25   meeting with the defendant, and doing something that very few

Ricco - direct - Shargel                    1128

1    lawyers do, which is listen.  They need to be listening to

2    what the person has to say about the case, about their lives,

3    about their background, because the lawyer must develop with

4    the client a relationship of trust and confidence.

5    Q    Why is that necessary?

6    A    It's necessary, because the lawyer -- the relationship

7    with the client is one of trust.  We want in our society

8    people to be able to fully disclose to their lawyers their

9    thoughts and ideas about the case.  People don't naturally

10   talk to things about the things that are close to their heart.

11   In order to do that, the lawyer should be developing a

12   relationship of trust.  Now, of course, that changes from case

13   to case and client to client.

14          But it is imperative that the lawyer be able to sit

15   down and talk with the client, meet with the client's family,

16   and begin to have the client feel comfortable discussing the

17   predicament that the client finds himself.

18   Q    Going forward with the client, what is the lawyer's

19   actual obligation?  In other words, what do lawyers do when

20   they are preparing the case for trial?

21   A    Well, in connection with the client, the lawyer will

22   visit the client, the lawyer will listen to him, the lawyer

23   will discover witnesses, the lawyer will investigate those

24   areas of the case that the client thinks need to be

25   investigated, and then ultimately, the lawyer will begin to

Ricco - direct - Shargel                    1129

1  investigate those things that he or she believes exist that

2  the client doesn't tell him about.  But the lawyer should be

3  bringing in experts if experts are needed.  The lawyer should

4  be bringing in investigators.  But the lawyer should be

5  proactively working to defend the person that they are

6  representing.

7  Q    Is there an obligation to follow suggestions of the

8  client, factual suggestions made by the client?

9  A    Well, the lawyer should follow the factual suggestions of

10  the client.  It's one of the ways in which you develop a

11  relationship of trust with an individual.  The lawyer should

12  listen to what the client has to say.  If the client is

13  directing the lawyer towards a witness or a fact or a

14  circumstance, the lawyer is then obligated to investigate

15  that, to follow it through to see whether or not it has any

16  validity.

17         Oftentimes, people tell you things that are

18  nonsense.  Well, the only way that you are able to determine

19  that it's nonsense is to go out and investigate it and figure

20  out what, if any, value it ultimately has.

21  Q    You have represented people who are alleged to be leaders

22  of criminal gangs and the like, have you not?

23  A    I have represented people who have been involved in

24  street gangs.  I have represented people who have been

25  involved in organized crime, in organized crime families.   And

1   I have represented individuals who have been part of

2   international organizations, like Al Qaeda.

3   Q     And in representing those people, do the conversations

4   that take place differ from perhaps the way you are speaking

5   in court today?

6   A     Well, for me, my conversation doesn't change from person

7   to person and place to place, because that's just my

8   personality.  I generally try to talk the same way to people

9   all the time.

10          However, every case is different, and what you're

11  trying to do in any particular case is that you are trying to

12  communicate with the person that you are representing, and

13  that will change.  People who are charged in an indictment

14  with being bosses of drug organizations, they act like bosses.

15  They are used to tell people what to do.  They are used to

16  ordering people around.  Your relationship with them is a

17  little different than a person who is charged as being a

18  driver who is a young person who has a very minor involvement

19  in the case.  So, oftentimes, you utilize your experience in

20  life, your skill as a person, your ability to talk and reason

21  with people, to find out where they are and try to deal with

22  them on that level.

23  Q     Now, do you personally as a lawyer, and based on your

24  experience with other lawyers, as well, conduct interviews

25  from time to time?

Ricco - direct - Shargel                    1131

1  A    I do.  I conduct them myself.  I don't think, with the

2  exception of one time early in my career, I have never put a

3  person on the witness stand that I did not interview.  I did

4  that once very early on, and that will never happen again.  I

5  conduct the interviews myself.

6            I would have to tell you, my own practice and many

7  lawyers' practice is to have an investigator go out and

8  conduct interviews, and the investigator will then give you

9  further information, and sometimes you will go out and follow

10 up in that way.

11 Q    The testimony that you gave about relating to clients and

12 the manner of speaking to clients, is that applied to

13 witnesses, as well?

14 A    Absolutely.

15           Oftentimes, the witnesses that you go out to

16 interview are people who are -- claim to be or are part of the

17 criminal enterprise that's under investigation.  They are

18 people who are near and dear to the scene.  They know

19 something.  That's the reason why you're speaking to them in

20 the first place.  So, what you do is, you want to relate to

21 people in a way in which they talk, in which it makes sense to

22 them.

23 Q    Do you ever find, again based on your experience and the

24 knowledge of the common experience of other lawyers, that

25 witnesses sometimes lie at the beginning?

Ricco - direct - Shargel                    1132

1  A     I think that that's probably a common experience for most

2  people in life.  You know, unfortunately, we live in a world

3  where people are not very forthcoming.  I think that's

4  probably a common experience for both lawyers, that you have

5  to overcome barriers with people, and sometimes you don't.

6  There are some situations you meet people and they give it to

7  you right from the beginning and you feel blessed when that

8  happens.

9  Q     Now, ultimately, at the end of the day, as they say, who

10  decides -- whose decision is it as to which witnesses to call

11  or not call at a trial?

12  A     Well, that is an issue of contention.  But there is an

13  answer to the question.  And I say an "issue of contention,"

14  because oftentimes, you represent people when they think they

15  ultimately have that decision.  The reality of it is, and our

16  courts and our circuit have held, it's the lawyer's decision.

17  At the end of the day, it's the lawyer's job to determine what

18  will be presented in the courtroom, what will actually be

19  presented by way of evidence, by way of the witnesses, who

20  will actually be called.

21  Q     When is that decision made?

22  A     Well, you know, that varies from case to case.  In some

23  cases, that decision is made after the jury is selected.  In

24  most cases, you want to know what you are doing before you

25  start selecting the jury.

Ricco - direct - Shargel                          1133

1       But it is not uncommon for you to represent people

2    who are in complete denial about facts and circumstances

3    involving very serious cases, and you're struggling with them

4    all the way up to trial to get them to understand that what

5    they believe in is a fantasy and that the best way is to

6    pursue a different course.  And oftentimes, that decision is

7    made on the eve of trial.  Certainly, my own practice is, I

8    don't like to open in front of a jury on a theory that I have

9    not discussed with my client and I've gotten my client to

10   agree with.  But sometimes, that decision doesn't happen until

11   the very last moments in the case.

12   Q    Are there situations where you don't learn the true facts

13   until the time of trial?

14   A    Yes.  And there's some situations where you don't learn

15   the true facts until after the trial.

16       You know, it varies from case to case.  And it's

17   interesting, because there's a different philosophy amongst

18   lawyers about representing people.  Some lawyers say, Look, I

19   don't want to know what happened.  They try the case based on

20   whatever the government provides to them by way of discovery,

21   by way of 3500 material.  They don't want to know.

22   Q    Explain what 3500 material is.

23   A    These are documents that are developed by the government

24   in the course of its investigation dealing with witnesses's

25   statements that they are obligated to turn over to the defense

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Ricco - direct - Shargel                    1134

1   in preparation of the trial for witnesses that we will call.

2          And many lawyers will say, Well, I don't want to

3   know what happened from the defendant.   But other lawyers do

4   want to know.

5          I'm of the school of lawyers I want to know.   I want

6   to know the worst.   Tell me about that.   I find that it's

7   really the only effective way that you can represent people,

8   particularly in cases where people are facing spending the

9   rest of their natural life in penitentiary or where people are

10  facing the death penalty, where you want to know what

11  happened.

12         Oftentimes, you represent people for the first time

13  who never dealt with people who have tried to get them to deal

14  with their situation forthrightly and honestly.   In many of

15  these cases where their life is at stake, where they are

16  facing the death penalty, where, if you were ever going to do

17  something, right now is the time to do it, a lawyer spends a

18  lot of time, we spend a lot of time in the jails getting the

19  defendants to understand that a different course of action

20  needs to be taken other than what they think should happen.

21  Q    If a client in a case insists that he's innocent, does

22  that stop your investigation to see whether the facts would

23  prove otherwise?

24  A    No.

25  Q    What would you do under those circumstances?

Ricco - direct - Shargel                    1135

1  A     I continue to investigate the case and come to my own
2  conclusion.  I never base the defense I put on at trial off of
3  what a defendant tells me in one of these jails.  You have to
4  go out and do your work.
5  Q     And "work" involves investigation?
6  A     That's correct.
7  Q     You've dealt with many clients in local jails?
8  A     Well, the bane of the existence of a criminal defense
9  lawyer are the hours that we spend in jails with our clients.
10 Many clients are held without bail, and so therefore the only
11 way that the lawyer can interview with them is to go to the
12 jails.  And we spend a great deal of time, all lawyers do, in
13 the jails meeting with clients and discussing their cases.
14 Q     When you set out to do the investigation early in the
15 case -- getting back to the point after first retained -- are
16 you provided with those statements of witnesses or a list of
17 witnesses?
18 A     Generally, no.  I mean, there's some cases when that
19 happens, but that's very rare.  I mean, generally, you're
20 starting out from scratch, you and your client.
21        If it's a controversial case, then you will have
22 information that you would have picked up by the nature of the
23 case.  But in an ordinary case, you are pretty much starting
24 out with the information that's being provided to you by the
25 person that you represent.

Ricco - direct - Shargel                    1136

1   Q    Does a criminal defense attorney have subpoena power?

2   A    Yes, the criminal defense lawyer does have subpoena

3   power.  If there's evidence that we want to see, if there's a

4   witness that a defense lawyer wants to call, the lawyer has

5   subpoena power.

6   Q    Meaning that the lawyer can require the attendance of a

7   witness at a proceeding; right?

8   A    Compulsory process.  They will be compelled to come.

9   Q    Is there any type of process that a criminal defense

10  lawyer has to require a person to speak to them or their

11  investigators?

12  A    No.

13       A person has the absolute right to tell any defense

14  lawyer, any defense investigator, that they don't want to

15  speak to them.  What they don't have a right to is to resist

16  the power of a subpoena.  So, that person can be served with a

17  subpoena, and they will be compelled to come to court.  They

18  will get on the witness stand and have to testify.

19  Q    Can a subpoena compel a person to come to your office in

20  Manhattan and sit down and appear in front of you to talk?

21  A    No.

22  Q    There's no compulsory process to have that happen; right?

23  A    No.

24  Q    And what happens ultimately where you're convinced that a

25  witness is not being truthful?  Is there a prohibition about

1  putting such a witness on the stand?

2  A    Well, yes.  A lawyer should -- well, there's been a

3  recent change in the Rules.  As of April 1, 2009, the Rule has

4  been changed to say that a lawyer "shall not" and "shall

5  report."  But prior to April 1, 2009, in this jurisdiction, a

6  lawyer was obligated not to present evidence in a case that

7  the evidence he thought was false or perjurious.

8         A person is entitled to representation, but they are

9  not entitled to a perjurious presentation of evidence in a

10 courtroom.  They can think all they want to think in the

11 jails.  When it comes time to what is put on the witness

12 stand, a lawyer is obligated to inform the Court that the

13 lawyer believes that the witness is about to or has testified

14 perjuriously.

15 Q    You said a moment ago that despite what people say in the

16 jails, I think those were your words, is there a lot of talk

17 about what someone is going to do before it actually reaches

18 the point of a trial?

19 A    Again, I would have to say yes and no.

20        Some people you represent are forthright.  They do

21 help you.  They are interested.  Many clients are not

22 forthright.  And all lawyers that practice in this courthouse

23 experience difficulties with clients around those kinds of

24 issues.

25        Sometimes, you know, there's an old saying that

noneRicco - direct - Shargel                    1138

1    says, You can't whistle past the graveyard.  There are a lot

2    of clients who think they can whistle past the graveyard, and

3    what they often will do is, talk about things that at the end

4    of the day are not relevant to the case, are not important to

5    the case, and the lawyer's great struggle is to present a

6    defense within the four corners of the law, because a lawyer

7    in his representation of a client is bound by the law.

8            A lawyer has a dual oath.  The lawyer has the oath

9    that he takes to the court.  A defense attorney is an officer

10   of the court, and he's dutybound not to see that fraud or

11   deceit happens before the Court, and the judges expect that of

12   the lawyers, and a lawyer can be sanctioned and disbarred for

13   participating in proceedings where they allow and suborn

14   perjury or false presentation of evidence.  You can lose your

15   license for it, and some people can go to jail for it,

16   depending on what it is.

17   Q    Are there times when it's necessary for you, sir, again

18   based on your experience and your interaction with other

19   lawyers, is it necessary to persuade a client or a witness

20   that a certain course of conduct is not either in the best

21   interests -- their own best interests, the client's best

22   interests, or the law?

23   A    I think the answer to that question is obviously yes.

24           Not only do people fantasize, people -- I mean

25   defendants -- have a fantasy about where they are and how they

Ricco - direct - Shargel                    1139

1    can get out of it, but they are connected to people in the

2    street.   You talk about organized crime people.   They have

3    connections.   They have friends.   They have people who are

4    used to following orders from them.   Their friends support

5    them and their concept of, you know, what should happen.   So,

6    they'll lie.   They'll make up a story.   They cook a defense up

7    in the jail, and they'll get somebody on the outside to say

8    there was a witness and they saw this or that.   You want to

9    interview these people to find out whether or not they are

10   telling the truth, whether or not it makes sense.   Oftentimes,

11   it doesn't.   That problem has existed for both the defense and

12   the government.   I mean, the whole process of third-party

13   cooperation was changed, because it was being exploited.

14   Q    Are there times, whether it's in a jail or in your

15   office, when you are listening to talk that's essentially

16   going nowhere and not leading to a witness stand?

17   A    The answer is yes.

18        One thing that people don't see is the level of

19   commitment and work that all lawyers, both prosecutors and

20   defense lawyers, bring to the cases that people see in the

21   courtroom.   This is just the tip of the iceberg.   The level of

22   work and preparation is extraordinary, and it should be, and

23   it happens, and a lawyer's job is to apply that effort to the

24   case.

25        And the more entrenched the defendant is in

Ricco - direct - Shargel                    1140

1   organized crime or in a drug gang or in things like that, the

2   more difficult it is to get them out of the role of being a

3   boss or manager or lieutenant, and begin to make them realize

4   that you are now a defendant who faces a lot of time, and the

5   way you used to go about thinking you can manipulate things is

6   not going to work.  So, the lawyer should be trying to

7   dissuade the defendant from doing these things.  In fact, the

8   lawyer is obligated to do that.

9          I spoke moments ago before, the rules of ethics

10  changed that said the lawyer has to inform the Court when the

11  lawyer believes that perjury will happen or some false

12  evidence will be presented.  Well, the rules of ethics say

13  that that should be a last resort.  The rules of ethics say

14  that the lawyer should try to dissuade the defendant first,

15  then see if other steps can be made.  In some cases, a

16  firewall can be established to sort of filter out evidence

17  that the lawyer ultimately believes has no value and

18  credibility.

19         I said "ultimately believes."  You have to find that

20  out.  How you find that out varies from person to person.

21  Q    When you, say, dissuade or persuade someone not to take a

22  certain course of action, is it always, Stop this talk or I'll

23  call the police, or are there different ways that you can

24  persuade a witness or a client not to take a certain course of

25  action that's not correct?

Ricco - direct - Shargel                    1141

1    A      However you do it, you should do it.

2           People don't respond to -- forgive me.  People don't

3    respond to what you first said.

4    Q      Calling-the-police model?

5    A      That's right.

6           In fact, the law doesn't even sanction the lawyer

7    leaving the case, because the courts have said if the lawyer

8    just leaves the case, then there's a greater likelihood that

9    the perjury will happen, because the one person who the Court

10   can rely upon to disclose it is now gone, and the new lawyer

11   may not be told that information.

12          And so, you don't -- you're not a cop.  You're the

13   person's lawyer.  You're there to help them.  You're there to

14   help them see a course of action to take.

15          And some of these cases, you're trying to tell

16   people that a plea to forty years in a penitentiary is in

17   their best interests, and some cases, you spend time with

18   young people trying to persuade them that life in a

19   penitentiary without the possibility of parole is in their

20   best interests.

21          You don't, by telling people, Stop, or I'm going to

22   call the police.  I know you are being --

23   Q      Facetious?

24   A      Right.  Your word, not mine.

25          But what you really want to do is help people

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Ricco - direct - Shargel                    1142

1    understand the situation that they are in.  Sometimes people

2    come to you with something and I always tell our

3    investigators, Go out and investigate it.  Let's see if it has

4    value, and come back and approach them with it and try to show

5    them that's not going to work.  At the end of the day, this is

6    going to get you a life sentence.  At the end of the day, this

7    may get you the death penalty.  So, you want them to be a part

8    of what you're doing, and the best way to do that is to talk

9    to people in a way in which they can understand and follow.

10           But if the person persists in presenting something

11   that the lawyer ultimately believes is a fabrication or

12   something that is false, and the lawyer cannot dissuade the

13   client from pursuing that course, and the lawyer contacts a

14   government agency or a law enforcement agency and it cannot be

15   dealt with by way of a firewall or something like that, then

16   the lawyer is now obligated -- the law now says, Shall inform

17   the Court of the problem, so that the Court can ultimately

18   decide how the matter should be resolved.

19   Q    Is a lawyer permitted -- is a defense lawyer permitted to

20   interview or attempt to interview a cooperating witness,

21   someone who has agreed with the government to cooperate or to

22   do undercover work?  What's the rules -- what are the rules on

23   that?

24   A    Well, the basic rule is that no party has a right to a

25   witness.  No one is a defense witness, or is owned by the

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Ricco - direct - Shargel                    1143

1   government or owned by the defense.  You are either a witness

2   or you're not a witness.  You just happen to be called by

3   either party.

4             Cooperating witnesses is a very dangerous area.

5   Most lawyers will not attempt to contact a cooperating witness

6   unless the government is aware of it.  It is an area of great

7   danger, because many cooperating witnesses are at great risk,

8   and the lawyer always has to be careful that he doesn't do

9   anything that would cause harm to a particular witness, and

10  that should be foremost in a lawyer's mind as he approaches

11  that type of witness.

12            And it doesn't necessarily have to be a cooperating

13  witness.  It should be all witnesses.  Lawyers should always

14  be mindful of people's rights and who they are.  Some people

15  don't want to talk to lawyers, and you should leave them

16  alone.  They want to talk, they don't want to talk.  We'll see

17  them when they get in the courtroom.

18            So, the area that you are talking about is a very

19  dangerous area.

20  Q    Is there a right on the part of a lawyer to interview or

21  attempt to interview a cooperating witness, however?

22  A    There is no such right.  The cooperating witness has the

23  right to say, I don't want to talk to you.

24  Q    Is there a right for the defense lawyer to attempt to

25  interview the cooperating witness?

Ricco - direct - Shargel                    1144

1   A      There's no such right.  The lawyer has an obligation to

2   do so.  Part of the lawyer's canon of ethics says that he

3   should vigorously pursue the defense, and that means

4   witnesses.  You as a lawyer have an obligation to do that.  If

5   you don't do it, then you're going to have to account for it

6   later on, when the person is convict.  They are going to say,

7   You didn't do this and you didn't do that and that's why I got

8   convicted, and you'll be on a witness stand like this, at a

9   2255 proceeding trying to explain why you didn't do all these

10  things to represent the defendant.

11  Q      Are there situations where an investigation discloses

12  information about a cooperating witness that the government

13  doesn't have, information that the government doesn't have?

14  A      Oftentimes.

15  Q      And describe that for the jury.

16  A      Well, what makes cooperation -- what we know as

17  cooperation in the federal system work is when the individual

18  is honest with the government about their situation.  It's the

19  thing that makes their testimony reliable.  You know, they

20  have this agreement that says -- they have the potential not

21  to serve time, and they work out an agreement with the

22  government.  But the linchpin of the agreement with the

23  government is that they are truthful.

24          There are some situations when people, like all

25  people, we talk about defendants withholding information.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

1   Well, people who cooperate used to be defendants, and they

2   sometimes withhold evidence from the government.  When the

3   government finds out about it, the government will tear up

4   their agreements.  But there are times when the government

5   does not find out about it, and all lawyers have had that

6   experience where they find that kind of information out.  That

7   information creates a dilemma for the lawyer.

8   Q    Could you explain that?

9   A    Okay.

10        When a lawyer finds out that a cooperating witness,

11  or any witness that the lawyer believes the government is

12  going to call, but particularly a cooperating witness, has

13  withheld some information and the lawyer believes that it's

14  material, it's important to the proposed testimony, that

15  lawyer could sit on that information and decide that they will

16  spring it when that person is on the witness stand, having

17  told the jury, raised their hand, I'm telling you the truth

18  and I told the government everything, and then the lawyer, the

19  defense lawyer, will utilize the information that they have

20  done their homework for.  They shouldn't be asking the

21  questions unless they have a good-faith basis for asking those

22  questions.

23  Q    Could you explain a "good-faith basis," please?

24  A    A "good-faith basis" means that the lawyer has conducted

25  some investigation and the lawyer believes that what the

Ricco - direct - Shargel                    1146

1    lawyer was first told has some validity to it such that the
2    lawyer feels comfortable and confident that the question to be
3    asked of the witness has a basis of fact.  So, that lawyer
4    then utilizes that information that they found to get the
5    surprise value out of it, sort of like the I-got-you:  You
6    told the jury -- the government you was going to tell the
7    truth, and you didn't tell them about this murder or the money
8    that you hid, and it blows the witness up, so to speak.
9    That's one course.
10          But sometimes a lawyer will provide that information
11   to the government.  They'll say to the government, You know,
12   we found out this information about it.  It can be before
13   trial, a lot of work has gone into it, and then the government
14   will take the information, look at the information, and decide
15   what to do with the case.
16          A lawyer will pick those strategies based on what
17   the client wants and what the lawyer believes will work in the
18   client's best interest.
19   Q    One choice -- if I have this correctly, one choice is to
20   hold the information and wait for cross-examination; right?
21   A    With the hope that they'll get an acquittal.
22   Q    And the other choice is to bring the information to the
23   prosecutors to essentially resolve the matter that way; in
24   other words, to demonstrate that the witness is not credible?
25   A    Using the information short of a trial, a lawyer would

Ricco - direct - Shargel                    1147

1  want to present that information to the government with the

2  hopes towards getting a favorable plea disposition in the

3  case.

4  Q    Or that the witness would not be called?

5  A    Perhaps.

6  Q    And is there a difference -- again, based on your own

7  experience and common knowledge of lawyers -- is there a

8  difference to approach as to how you investigate a case,

9  whether it's an organized crime case or white-collar, or is it

10 essentially the same obligation?

11 A    Well, the obligation is the same.  The way you go about

12 it is different.

13 Q    All right?

14        Have there been situations where a witness or a

15 client is saying things that are not true, but you continue to

16 speak to that person?  Let's limit the question.  I'll break

17 it down as to a witness, the witness in the case that you are

18 interviewing, and you think that the witness isn't telling the

19 truth.  Would you stop there, or would you continue.

20 A    Most lawyers who are doing their work, who want to be in

21 a position to advise their clients as to what their options

22 are, will pursue a matter until they are satisfied that they

23 have enough information to give advice on.  They are satisfied

24 that something is either being told to them that's a complete

25 lie, something is told to them is just not supported by the

Ricco - direct - Shargel                    1148

1    evidence.

2           You know, a lot of practice in law is like life.

3    You know, it's no different.  You know, you continue to try to

4    find the information.  I mean, ultimately, a trial is a search

5    for the truth, and so both sides are very interested.  Both

6    the prosecution and the defense are very interested, at least

7    they should be interested, in trying to get as close to that

8    goal as possible.  And because, you know, a lot of the people

9    is that we represent have had a history of, you know, criminal

10   history, a history of problems, you have to really check out

11   what they are telling you, and you got to do your own

12   homework.

13          I call it -- well, never mind.

14   Q    I would like to hear what you call it.  What do you call

15   it?

16   A    My own philosophy, I call it the Malcolm X theory of

17   practicing law.  Malcolm X used to have a very famous

18   statement.  He used to say, Well, if you know it's going to

19   rain, take your raincoat.  What he meant by that is, be

20   prepared.  A defense lawyer should be prepared.  Every lawyer

21   should be prepared, and I believe in being prepared.

22   Q    Have you ever experienced a situation or know of a

23   situations where a potential witness or a cooperating witness

24   has attempted to extort money from a defendant?

25   A    That happens occasionally.  I was in that kind of

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Ricco - direct - Shargel                    1149

1   situation myself, and it is a very troubling thing to happen.

2   Q    When that happens, is one option to bring the matter to

3   the attention -- after being able to prove it -- bring it to

4   the attention of the prosecuting attorney?

5   A    Again, let me say this.  Again, as a general rule, a

6   lawyer's obligation to disclose this information now has

7   certain parameters that it didn't have before April 2009.

8            But having said that, you need your common sense.

9   The lawyer has an obligation to do it; that is, to once he has

10  some evidence of this, even under the old rules, had an

11  obligation to disclose that information ultimately to the

12  Court, has an obligation to discuss it with his client, has an

13  obligation to seek a firewall.

14           In the situation that I confronted was a case

15  involving an organized crime individual, and an individual

16  offered a $250,000 bribe for him not to testify.  And he wrote

17  it down on a pad, the amount on the pad, and he turned the pad

18  around and told me did I see the number?  I said, Yes.  He

19  turned the pad back, he tore the piece of paper off, he rolled

20  it up into a little ball, he stuck it in his mouth and he

21  swallowed it.

22           I'm sitting there saying to myself, This guy tried

23  to bribe me.  I was at Trenton State Penitentiary when that

24  interviewed happened.  I walked out of the jail and made three

25  telephone calls.

1          The first telephone call I made was to an Assistant

2    United States Attorney in the Eastern District named Mark

3    Feldman, the second call was to the FBI agent that was working

4    on the case, and the third call was to the trial judge, to let

5    him know that I wanted to come into chambers tomorrow morning

6    at 9:30, because something had happened that I thought would

7    influence the case.

8    Q    In other words, once you had the evidence, which was the

9    imprint on your own pad, is that what is was?

10   A    I didn't say that.  That's what happened.

11   Q    Even though he ate the first page, the second page had

12   the imprint?

13   A    That's right.

14         Going back to the point that I was making, a lot of

15   people you represent are locked up.  They have really good

16   ideas about what they are doing, but they always trip

17   themselves up.  What the person did was, he gave me the pad

18   back, and I knew that the imprint would be on the pad.

19   Q    Once you had the evidence, you brought the evidence --

20   A    I turned it over to the Eastern District prosecutors

21   here, right here at Downtown Brooklyn.

22              MR. SHARGEL:  May I just have a moment, your Honor?

23              THE COURT:  Yes.

24              (Pause.)

25              MR. SHARGEL:  I have no further questions, your

Ricco - cross - Fodeman                    1151

1   Honor.

2              THE COURT:   Thank you, Mr. Shargel.

3              Mr. Fodeman.

4              MR. FODEMAN:   Thank you, your Honor.

5   CROSS-EXAMINATION

6   BY MR. FODEMAN:

7   Q    Good morning, Mr. Ricco.

8   A    Good morning, Mr. Fodeman.

9   Q    We've worked together on cases in the past?

10  A    Yes, we have.

11             Also with Mr. Brownell, everyone else at the table.

12  Q    I just want to start off with a question that Mr. Shargel

13  asked you.  He said, The way you go -- he asked you, Is it

14  different the way you go about handling a white-collar case

15  versus an organized crime case?  And I think you answered, if

16  I'm not mistaken, Yes, there is a difference?

17  A    Yes.  The obligation is the same, but the way you go

18  about the work is different.

19  Q    And because Mr. Shargel didn't ask you, I'm going to ask

20  you the follow-up question:  Can you explain to the jury why

21  that's different?

22  A    Yes.  Because -- it's because of the nature of the people

23  who are charged with those crimes.  They come from, generally

24  -- they come from different backgrounds, different

25  experiences.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Ricco - cross - Fodeman                    1152

1           You know, I'll break it down as simple as street
2    people versus people who are involved in white-collar crime,
3    who have had the benefit of education, privilege.  Some of
4    them, the fear of going to prison is very great, and sometimes
5    they are more forthcoming, but not always.  And their crimes
6    are hidden in the papers.  There's a paper trail, and the way
7    you check through a paper trail is different than the type of
8    street crimes that people who are in gangs from out of the
9    neighborhoods, gangs that are organized crime.  They have a
10   different background.  The fear of jail for them is not as
11   great.  They are not going to make a decision because they are
12   scared to go to jail, out of fear, and so sometimes you have
13   to approach them about what's right for them or their family
14   or their children.  You try to find a different way to go
15   about investigating the cases, and you have to gain their
16   confidence.
17   Q    Is it also fair to say -- I don't want to put words in
18   your mouth, maybe you have already said this -- that when you
19   are investigating a case involving violence and the specter of
20   organized crime or drug gangs or something like that, you have
21   to be particularly careful about the people with whom the
22   defendant is associated?  Dealing with witnesses, it's
23   different in that kind of case?
24   A    Very much so.
25   Q    I am sorry.

Ricco - cross - Fodeman                    1153

A     Very much so, because the level of violence that we see

in society and the level of violence that we see in these

cases is very high.

            And when people are connected to people in the

street, you never really know how the people in the street are

thinking, also, so something can be said in joke -- in jest,

but someone on the street can go out and do something.

            (Continued on next page.)

Ricco - cross/Fodeman

1154

BY MR. FODEMAN:

Q    In other words -- to put a fine point on it -- you're representing someone who is charged with stock fraud, he worked at Bear Stearns, okay -- you might handle that person differently than you might handle the client who was alleged to have been part of a violent drug gang?

A    That's right.

Q    But you have to be careful that the people in the violent drug gang aren't going to do things that would hurt people; is that fair to say?

A    No question about it.  I think that should be in the forefront of every lawyer's mind on both sides of the aisle, and it usually is.

Q    You told us in the beginning that your obligation as a defense attorney is to zealously represent your client; is that correct?

A    Yes.  And that's just not my saying that, that's our ethical code.

Q    That's the rules?

A    That's the rules.

Q    Does that include doing things such as investigating the case?

A    Yes.

Q    Speaking to witnesses?

A    Yes.

Ricco - cross/Fodeman                                    1155

1   Q      Following up on leads?

2   A      Yes.

3   Q      Speaking to your client at length?

4   A      Yes.

5   Q      Exploring the lead that he or she provides you with?

6   A      Yes.

7   Q      Visiting him or her in the jail?

8   A      Yes.

9   Q      Learning as much as possible about the prosecution's

10  case?

11  A      Yes.

12  Q      If possible, speaking to cooperating witnesses, if

13  possible?

14  A      Yes.

15  Q      I just to make sure what you said.  You said there's a

16  dual obligation; is that correct?

17  A      Yes.

18  Q      What you meant by that -- correct me if I'm wrong, I

19  don't want to put words in your mouth -- but you have a dual

20  obligation both to your client and to the court, is that fair

21  to say?

22  A      That's correct.  And the higher obligation is to the

23  court.

24  Q      And, in fact, the duty to zealously represent your client

25  is not without limits, is that fair to say?

Ricco - cross/Fodeman

1    A    It is not without limits.  It's within the bounds of the

2    law and it's within bounds of what the court expects from the

3    defense lawyers.

4    Q    Perhaps this is obvious, but lawyers aren't permitted to

5    commit crime in an effort to zealously represent their client;

6    is that correct?

7    A    Even when the rules change, lawyers are not entitled to

8    further criminal activity on behalf of clients, period.

9    Q    That was true before April first, 2009 and true after

10   April first, 2009?

11   A    That's correct.

12   Q    There's a limit --

13   A    Yes.

14   Q    -- to what a lawyer can do?

15   A    Yes.  And the limit is within the rules of law and the

16   lawyer's ethical obligations to the court and to the client.

17   Q    So, for example, if a client wants you to engage in some

18   form of criminal activity, even if you agree with him that

19   could result in helping his case, you can't do it?

20   A    Won't happen.

21   Q    Anthony Ricco wouldn't do it?

22   A    Wouldn't happen.

23   Q    Lawyers can't do it?

24   A    Lawyers are not allowed to do it.

25   Q    Even if it would help the client?

Ricco - cross/Fodeman

1    A    Not allowed to do it.

2    Q    Now, you told us a little bit about the defense

3    attorney's subpoena power and the resources available to a

4    defense attorney.

5    A    Yes.

6    Q    I want to explore that for a few minutes.

7    A    Certainly.

8    Q    You said that you have the power to subpoena a witness to

9    court; is that correct?

10   A    Yes.

11   Q    So, for example, if a lawyer in this case wanted someone

12   to come to court last Monday when the trial started, they

13   could issue a subpoena or have the court issue a subpoena, say

14   be at Judge Gleeson's courtroom, 6C, 10:00 a.m., Monday the

15   27?

16   A    That's right.  The defendant's right to have subpoena is

17   a constitutional right that he has.  It's his right to

18   compulsory process.  Part of that is the right to utilize the

19   services of the court to compel a person to come into court to

20   provide testimony.

21   Q    Let's explore what means.  That means if a person doesn't

22   up on Monday --

23   A    The marshals go out and bring him in here.

24   Q    Bring him in, in handcuffs?

25   A    If necessary.

Ricco - cross/Fodeman

1  Q    You've seen that happen in a number of cases I'm sure?

2  A    Many times.

3  Q    What you said a lawyer can't do is force a witness to

4  come and speak to him at his office, is that fair to say?

5  A    That's correct.

6  Q    A witness or prospective witness can just say I'm --

7  either to it nicely, say, I'm sorry, I don't want to do it, or

8  say it less nicely; is that fair to say?

9  A    That's right.

10 Q    You have had occasions where it happened both ways?

11 A    Yes.

12 Q    And that includes not just coming to your office but also

13 speaking with an investigator who night go out and find this

14 person?

15 A    That's correct.

16 Q    The person can say, No, thanks for coming out but I'd

17 just rather not talk to you, see you in court, he could say?

18 A    That's right.

19 Q    Now at that point, as a lawyer maybe this is obvious, but

20 you can't kidnap that person and bring them to your office, I

21 mean that's so ridiculous -- it's obvious, right?

22 A    Well, I don't know if it's obvious but you can't do it.

23 Q    You can't do it.  How about using other people to

24 forcibly take people and bring them to meet you, can you do

25 that?

Ricco - cross/Fodeman

1  A    No.

2  Q    That would be a crime, right?

3  A    Yes, called kidnapping.

4  Q    You can't do it?

5  A    Can't.

6  Q    I see you smiling.

7        How about -- let's take this scenario.  You go and

8  you try to talk to a witness, you go out there, and I say you

9  or a defense investigator, and the witness says, You know

10 what, I'd rather not talk to you without speaking to my

11 attorney first.  You got the scenario?

12 A    Got it.

13 Q    This happens?

14 A    Yes.  Often.

15 Q    Now, that is -- sometimes that is bad for a defense,

16 right, you want to find out what that person would say on the

17 stand, right?

18 A    I wouldn't say it's bad for the defense.

19 Q    Well, let me ask you this.  If a witness says, I want my

20 lawyer here, do you honor that?

21 A    Sure.

22 Q    You don't say, Well, I don't care about lawyers, I'm

23 going to interview you anyway?

24 A    A lawyer would be violating the ethical rules to do that.

25 Q    How about if, I'm not going to try to talk to you, but

Ricco - cross/Fodeman

1  let me send someone else to talk to you behind your lawyer's

2  back; can you do that?

3  A    You can't do through the back door what you're not

4  allowed to do through the front door.

5  Q    So you can't use a defendant's criminal associates, for

6  example, to go down and talk to this witness who has said to

7  you already that he doesn't want to talk to you without a

8  lawyer?

9  A    You shouldn't send people to do that, but when you

10  represent people and they are connected, they talk to each

11  other.

12  Q    Fair enough.

13  A    And they find out what problems are, and the big

14  difficulty that we have oftentimes as lawyers is you're

15  telling people don't do this and they go out and do it anyway.

16  Q    I'm talking about what a lawyer would do.

17  A    I'm with you.

18  Q    A lawyer can't send someone to do that, right?

19  A    Once that person is saying, I have a lawyer, that should

20  be honored in every respect and in any scenario you can come

21  up by that lawyer, and the lawyer should not be trying to

22  think of ways of getting around that.

23            The lawyer should honor that and call the lawyer and

24  sit down and talk to the person with the lawyer.  If they're

25  telling the truth what difference does it make?

Ricco - cross/Fodeman

1  Q     Exactly.  There are occasions aren't there where

2  witnesses are willing to speak with you --

3  A     Yes.

4  Q     -- pretrial, right?  You've had that happen frequently,

5  correct?

6  A     Sure.

7  Q     And sometimes they come down to your office and talk to

8  you; is that fair to say?

9  A     And often times the lawyer will go out -- usually most

10 times lawyers will go out and meet people in the environment

11 that they are comfortable with.

12 Q     Right, because they are more likely to be forthcoming if

13 they are comfortable, fair to say?

14 A     Right.

15 Q     The game plan --

16 A     You want people to be comfortable, right.

17 Q     And when you do that, Mr. Ricco, when you go out and

18 interview people, is it fair to say that it's preferable to do

19 that with an investigator?

20 A     The preference is yes.  You know, there are obvious

21 reasons for that.

22 Q     Let's talk about investigators.  Defendants have the

23 right to hire as many investigators as they want; is that

24 correct?

25 A     Correct.  And if they are not able to hire investigators,

Ricco - cross/Fodeman

1    this court will provide the defendant, if he's eligible for

2    whatever services that defendant would need to prepare for the

3    case, including an investigator.

4    Q    And there are licensed investigators obviously here in

5    New York City and throughout the country, fair to say?

6    A    That's right.

7    Q    And the reason why you said the preference is to have an

8    investigator -- explain that, why don't you explain it, why is

9    it better not to go out by yourself?

10   A    Because people change their story.  You meet with people

11   and they tell you one thing and then later on they get on the

12   witness stand and say, I never said that, I don't know who you

13   are, I never even met you.  And so you have -- you try to have

14   an independent person there, hopefully somebody with some

15   credibility, who can impeach that person's change of

16   testimony.

17   Q    Let's play that out so we see how it works.

18   A    All right.

19   Q    The witness comes in to Anthony Ricco's office and says,

20   Yeah, I was there and your client didn't do it.  Okay?

21   A    Yes.

22   Q    Got me so far?

23   A    Yes, I'm with you.

24   Q    You got a licensed investigator seated right next to you

25   at your desk, right, taking copious notes, okay.  Then the

Ricco - cross/Fodeman

1  witness gets on the stand, he's called by the government, and

2  the guy says, Your client did do it.  I was right there, I saw

3  it with my own eyes, to take the easy example.

4  A    Correct.

5  Q    At that point you would be permitted to call your

6  investigator to the stand and talk about the earlier meeting,

7  fair to say?

8  A    Yes.

9  Q    That's the reason, the very reason why, among others,

10 that you would have an investigator present for such a

11 meeting?

12 A    That's correct.

13 Q    Because you as the lawyer -- just to drive it home -- you

14 as the lawyer couldn't then get on the stand and say, Well,

15 wait a minute, ladies and gentlemen of the jury, I was there

16 and this person said something else.  You can't be a witness

17 and a lawyer, right?

18 A    The lawyer should never be an unsworn witness in front of

19 the jury.

20 Q    Now, you've been -- you've participated in preparing

21 witnesses for their testimony, is that fair to say?

22 A    Yes.

23 Q    You've probably put on -- I don't know -- dozens and

24 dozens and dozens of witnesses throughout your career?

25 A    I have.

1164

Ricco - cross/Fodeman

1    Q    And it is an obligation of attorneys, both prosecution

2    and defense, to prepare their witnesses prior to trial; is

3    that correct?

4    A    That's correct.

5    Q    Go through the questions that would be requested at trial

6    and understand what the answers the witness may give at trial;

7    that's something that they should be doing, correct?

8    A    That's right.

9    Q    Here and there?

10   A    That's right.

11   Q    Now, are you permitted as a lawyer to script, to write

12   out, to give a witness what you want them to say?

13   A    That's a difficult question.  If you ask it different --

14   Q    Let me ask you this --

15   A    What are you driving at?

16   Q    Maybe it's not a great question.  Let me put it more

17   plainly.

18          A witness comes in and says, Look, I didn't see

19   anything but I'd be willing to say whatever you want.  Can you

20   then say, Well, that's great.  Let me write out what I'd like

21   you to say, can you say this?  Can you do that?

22   A    No.  It's suborning perjury, participating in perjury.

23   Q    You can't do that.  While we're on the topic of that, if

24   a witness comes in and says, I work at Burger King, can you

25   say to that witness, Well, I don't think the jury is going to

Ricco - cross/Fodeman

1165

1    like that, tell them you work at McDonald's; can you do that?

2    A    That's a difficult question.

3    Q    Explain, why is that a difficult question.  That is not

4    true, right, the McDonald thing is not true?

5    A    I don't think it's going to matter to a jury whether a

6    person works at Burger King or McDonald's.

7    Q    Fair enough.  Exactly.  Sorry, I cut you off.

8    A    No.  If you're asking me should a lawyer be asking a

9    witness to commit perjury, the answer is no.  The answer is

10   no -- not that they shouldn't be doing it, a lawyer is not

11   allowed to do it.

12   Q    And so if a witness comes in and says, I'm a drug dealer,

13   you can't tell him to say, You're not a drug dealer, say you

14   have a real job?

15   A    Well, I've heard that before. .

16        THE COURT:  I didn't understand that answer.  What?

17   Q    Why don't you explain what you mean by that?

18   A    Because there are different ways that a lawyer can handle

19   that situation.  If the bottom line is that the lawyer should

20   not suborn perjury, the lawyer may say to the person, Well,

21   listen, if they ask you about it tell them.  But that's close,

22   that's dangerous and a lawyer shouldn't do that because a

23   witness should be forthcoming.

24        But both sides, both the government and defense

25   lawyers, often tell witnesses, You know, leave that for

Ricco - cross/Fodeman

1  cross-examination or bring it up this way or that way.  Each

2  side loves to have the advantage of "I got you or surprise,"

3  but the bottom line is that no one should be asking a witness

4  to testify falsely to mislead the jury or to give the jury an

5  impression of one thing when in fact something else exists.

6  That should never be done by a lawyer.

7  Q    Fair enough.

8           Now, there are occasions where you become aware of a

9  witness who, if that person were to testify, it would be

10  damaging to your client's position at trial; fair enough?

11 A    Yes.  Happens often.

12 Q    You come to learn that the government is aware of a

13 cooperating witness, that the cooperating witness is an

14 eyewitness to a violent crime, and you think that that person

15 could be damaging to your -- to the defense case -- fair

16 enough?

17 A    Yes.

18 Q    Now, can you, as a lawyer, go to that person and attempt

19 to convince them not to testify, absent themselves from court,

20 don't come to court?

21 A    Never.

22 Q    Can't do it?

23 A    No.

24 Q    Can't --

25 A    You mean actively go out and like encourage someone,

Ricco - cross/Fodeman

1    Look, you know, here's two tickets go to Miami, go away?

2    Q    No?

3    A    No.

4    Q    Can't do it.

5         Now, as part of being a defense attorney --

6    A    And the reason --

7    Q    Go ahead.

8    A    -- is because you should not be actively involved in

9    hiding information.  But there's a flip side to that.  The

10   flip side to that is that the lawyer has a different

11   obligation to disclose information when it comes from a source

12   other than his client and so --

13   Q    Right.

14   A    -- and so, you know --

15   Q    Well, let me make sure I understand the point.

16   A    All right.

17   Q    You can't tell a -- am I correct in saying, you cannot

18   tell a witness, even if you think that person could hurt your

19   client, you can't tell that witness, Look, don't testify,

20   don't do it, be in Miami the week of the 27 of July; can you

21   do that?

22   A    I don't think that a lawyer is in a dangerous area for

23   telling a witness he doesn't want them to testify, he's not

24   going to call them and if it was up to me I would prefer you

25   not to come to court.

Ricco - cross/Fodeman

1    Q    How about paying a witness to not come to court?

2    A    No way.

3    Q    No way.  How about paying someone's parents to convince

4    their child not to testify in court?

5    A    No.

6    Q    Let's talk a little bit about fees.  You are a private

7    defense attorney; correct?

8    A    Yes.

9    Q    Sometimes you represent indigent clients in your

10   practice; is that right?

11   A    Yes.

12   Q    And in those cases your fees come from the court?

13   A    Yes.

14   Q    Is that correct?

15   A    Yes.

16   Q    And then there are other occasions in your practice, and

17   in many criminal defense attorneys throughout the city and

18   country, where their fees are paid by the client?

19   A    Yes.

20   Q    Or their client's loved ones, relatives?

21   A    Yes.

22   Q    Now, in your firm, Mr. Ricco, how many lawyers do you

23   have?

24   A    Myself and an associate.

25   Q    And are there any other staff members who work for you?

Ricco - cross/Fodeman

1    A    Yes.

2    Q    About how many?

3    A    A few people work in the office.  They work for myself

4    and other lawyers.

5    Q    Now, have you had occasion where there have been cases

6    that are big cases where the case sort of becomes a big part

7    of your practice, day-to-day practice?

8    A    Yes, often.

9    Q    Has that happened?

10   A    Often.

11   Q    Sometimes a case can become so big it's almost all

12   consuming; is that fair to say?

13   A    That's fair to say.

14   Q    Each and every person in the office is either working on

15   it full time or devoting a substantial portion of their time

16   to that single case?

17   A    That happens.

18   Q    Like death penalty cases; fair to say?

19   A    Yes.

20   Q    Complicated racketeering cases?

21   A    That happens often.

22   Q    Terrorism, complicated terrorism investigations and

23   trials?

24   A    Yes.

25   Q    These really can consume a small office like yourself?

Ricco - cross/Fodeman

1   A       Yes.

2   Q       There are other law offices where there are hundreds of

3   lawyers, but in the kinds of firms we're talking about, like

4   yourself, that can become all-consuming, correct?

5   A       Can be.

6   Q       In those situations, a large percentage of your fees that

7   you're generating are being generated as a result of that

8   case; fair to say?

9   A       Sometimes.

10  Q       Could happen?

11  A       Could happen.

12  Q       Now, the fee issue, is it fair to say -- I don't want to

13  delve into your personal finances --

14  A       All right.

15  Q       Let's talk in generalities.  Fees to attorneys should be

16  paid in advance, is that fair to say?

17  A       The ethical rules prevent us -- defense lawyers from

18  getting contingency fees.

19  Q       Let's talk about what that means.  Explain what that

20  means.

21  A       Because the fee shouldn't be based on the outcome of a

22  trial.

23  Q       And so there are certain kinds of cases, maybe accident

24  cases, slip and falls, things like that, where there is a

25  contingency fees?

Ricco - cross/Fodeman

1    A    Yes.   Those cases don't involve the loss of liberty.

2    Q    So in criminal cases the idea is, here's the fee and you

3    can't promise a result; fair enough?

4    A    Right.   The purpose of the rule is so that you don't have

5    like competing interests at the time the trial is on.

6    Q    Explain what you mean by that.

7    A    Interest of the lawyer to get paid versus the interest of

8    the client to have zealous representation.

9    Q    So it's certainly advisable for that very reason to get

10   paid before the trial starts?

11   A    It's advisable.   Rarely happens, but it's advisable.

12   Q    And one of the problems that I'm sure you've experienced

13   is that after a client is convicted, should that happen, it is

14   more difficult to collect those fees; is that fair to say?

15   A    That's true.   It happens that you do, but that's rare and

16   those are very rare individuals.   Some people do.

17   Q    If a person loses the case, if a client loses, it will be

18   harder to track down those fees, they are going to be less

19   likely to want to pay it?

20   A    That's the common experience of most lawyers.

21   Q    And so that's why you make every effort to get paid in

22   advance?

23   A    No.

24   Q    Among other reasons?

25   A    No.   I ask that the clients pay in advance because our

Ricco - cross/Fodeman

1    ethical obligation is for that to happen.

2    Q    Now, also, during the course of representing someone, a

3    lawyer can incur significant amount -- let me withdraw that.

4         When you're representing someone, fees are incurred,

5    costs are incurred in connection with that representation?  Do

6    you know what I'm getting at?

7    A    Yes.

8    Q    For example, if you retain the services of a private

9    investigator, that costs money?

10   A    Yes.

11   Q    Thousands of dollars, potentially?

12   A    Yes.

13   Q    You hire experts, there's an obligation for the use of

14   experts; that costs money, correct?

15   A    Yes.

16   Q    You want a handwriting expert -- money?

17   A    Most experts require a fee.

18   Q    Transcripts from prior proceedings, the court

19   stenographer has to get paid, right?

20   A    Yes.

21   Q    And those fees, those costs are ultimately the

22   responsibility of the client; is that correct?

23   A    Yes.

24   Q    And if the client isn't paying, who does it fall on?

25   A    Well, in reality it becomes a bad debt, but I can tell

Ricco - cross/Fodeman

1   you that there are many lawyers who are in that situation,

2   they will end up -- this lawyer in particular, I will always

3   pay the costs of the printing of the briefs.

4           I never walk away from a contractual obligation if a

5   client decides to do it because of the relationship you have

6   with the court reporters, printers, the vendors that you deal

7   with.  They shouldn't suffer because you exercised poor

8   judgment in your billing practices so you see to it that they

9   get paid -- you should anyway.

10  Q    We started off this examination talking about the

11  differences in handling cases with violence versus white

12  collar cases?

13  A    Right.

14  Q    And one of the reasons -- some of the things that we

15  focused on was the nature of the client's criminal associates.

16  Remember that line?

17  A    Generally.

18  Q    Generally speaking.

19  A    Yes.

20  Q    And you've done organized crime cases -- we went through

21  all this -- right?

22  A    Yes.

23  Q    And part of that is understanding the dangers associated

24  with dealing with these kinds of people; fair enough?

25  A    Fair enough.

Ricco - cross/Fodeman

1   Q    And, in fact, when you sit down with an individual who is

2   an associate of a client who has been accused of crimes of

3   violence, that's something that you need to understand when

4   you go into that interview?

5   A    I think the more life experience you have and the closer

6   your life experiences are to the people that you're talking

7   with the easier it is to get to talking about a case.

8        Let me just say this --

9   Q    Go ahead.

10  A    -- that oftentimes the conversations that you have with

11  people in these jails, you wouldn't want to talk about them in

12  church on Sunday because they are raw, they are violent;

13  people tell you things sometimes you prefer not to hear, but

14  you ask them, they tell you.

15       But the flip side of it is, in terms of you as the

16  lawyer, your representation should be to conduct your

17  investigation and the work that you do in such a way that you

18  could talk about it in church on Sunday.  So you have that

19  pull, constant pull going on.

20  Q    When you talk to -- you have had occasion to talk to

21  associates of clients who you know are criminals, fair to say?

22  A    Yes, sir.

23  Q    You know they are members of organized crime, you know

24  they are members of terrorist organizations; essentially, you

25  know that they are involved in drug gangs, fair to say?

Ricco - cross/Fodeman

1  A    Yes.

2  Q    Would you ever use such a person to be a private

3  investigator for you?

4  A    Yes.

5  Q    You would send that person out to get information for

6  you?

7  A    Send out.  But certainly, I recall working on a case with

8  Mr. Brownell once and we utilized a person in the neighborhood

9  to give us information about some of the activities that took

10  place at the boys club.

11         That person wasn't sent out to do anything, but that

12  person provided information that became very valuable, that an

13  investigator went out and did some follow-up work on it.

14  Q    Just to draw the distinction here --

15  A    But it depends. I mean --

16         THE COURT:  Hold on one second.

17         THE WITNESS:  I'm sorry, Judge.

18         THE COURT:  Go ahead.  You were asking a question.

19         MR. FODEMAN:  If Mr. Ricco wants to explain it.

20         THE WITNESS:  I'm sorry, Judge.

21         THE COURT:  Go ahead.

22         THE WITNESS:  It depends.  I would tell you that it

23  is rare, because it has a lot of difficulty, but there have

24  been -- particularly, I can think of capital cases where you

25  have asked a community person to contact someone who's been

Ricco - cross/Fodeman

1176

1  avoiding you.  But it's very risky because you, you risk the

2  interaction between that person and the person that you

3  ultimately want to speak to and so that, you know, you want to

4  make sure that that is a proper interaction.

5  Q    How about using one witness that you're going to call to

6  find other witnesses and communicate with them, is that

7  advisable?

8  A    It happens.  It's not advisable.  It has a lot of

9  dangers.  But people do it, but it's not advisable.

10  Q    Now, you said you've gone to jails on numerous occasions;

11  correct?

12  A    Many jails.

13  Q    Many of your clients are incarcerated pretrial, fair to

14  say?

15  A    Yes.

16  Q    And you understand that there are rules in place at those

17  facilities for security reasons?

18  A    Yes.

19  Q    And you're cognizant of those rules when you go and visit

20  clients or witnesses or anyone else who is incarcerated;

21  correct?

22  A    Yes.  And also many of the training programs we put on --

23  when I say "we" I mean the Bar Association, Criminal Bar

24  Association and other Bar Associations, is to advise lawyers

25  of those rules.

Ricco - cross/Fodeman

1   Q    Some of those rules -- I mean, you understand this, some

2   of those rules are put in place for the very reason that jails

3   are dangerous places; fair enough?

4   A    Yes.

5   Q    They house dangerous people; fair to say?

6   A    Yes.

7   Q    You've heard of situations where messages have been sent

8   out from jails where people on the outside have been harmed,

9   you have heard of such cases?

10  A    I know of such situations.  Every institution that's

11  governed by the Bureau of Prisons precludes lawyers from

12  taking information out of a jail.

13       Of course, you could take out what somebody tells

14  you but that's it.  Nor are you allowed to bring anything in.

15  It's determined contraband.

16  Q    You sort of guessed my next question.  Let me move onto

17  the next one.

18       A client says to you, Mr. Ricco, I'd like you to

19  take this letter and send it to my criminal associate.  Can

20  you please bring it to your office and mail it or scan it

21  or -- you're shaking your head.  No way?

22  A    Won't happen.

23  Q    Won't happen.  Won't do it?

24  A    No.  But people do it.

25  Q    And you understand that that is something that should not

Ricco - cross/Fodeman

1  be done?

2  A    It's a violation of the rules of the Bureau of Prisons.

3  That person could be banned from the facility, and it's also a

4  misdemeanor.

5  Q    In fact, you told people who work with you, you warned

6  them about this very rule, correct?

7  A    I have.

8  Q    Right?

9  A    Right.

10  Q    You've brought in interpreters, for example, to talk to

11  clients.  Do you tell them about this rule?

12  A    Yes.  Because as I told you, the people we go in and see

13  in jail are very manipulative so you go in with an

14  interpreter, and when you get up to go get some water, the

15  person is telling the interpreter in Spanish or foreign

16  language getting them to do something for them that you don't

17  want to be done.

18           So what we found is not only do you have to tell

19  your staff about what the rules are, but you also have to talk

20  to the interpreters and other experts who don't go in

21  regularly about what the rules are, because the people that

22  are in the jails are constantly looking for an angle all the

23  time.  They don't realize that half the angles that they're

24  looking for at the end always backfire.

25  Q    Have you ever had occasion where -- I guess by the nature

Ricco - cross/Fodeman

1    of your job, you have to talk about acts of violence with

2    witnesses -- I mean, a lot of your cases involve acts of

3    violence, fair to say?

4    A    Yes.

5    Q    If a witness says to you, I'd like to commit an act of

6    violence against someone because I think it will help your

7    client, how does Tony Ricco react to that?

8    A    Well, okay, the answer is that you would dissuade

9    somebody from doing that.  But it depends on circumstances.  I

10   can't -- I'm sitting here thinking to myself like under what

11   circumstance would something like that come up.

12   Q    Let me give you one.  I'll help.

13   A    Go ahead.

14   Q    A witness comes in and says, I understand that witness X

15   is going to be cooperating for the government and is going to

16   be testifying against your client.  I think that if we kill

17   one of his relatives that will convince him not to cooperate.

18   A    Okay, I got you.

19   Q    Isn't that a great idea, Mr. Ricco?  And Mr. Ricco's

20   response it?

21   A    You know, my response is very simple.  My instincts as a

22   young lawyer told me when somebody tried to extort, engage in

23   extortion, the steps to follow.

24           If I thought and have proof that somebody was going

25   to be involved in a murder, there would be steps that would be

Ricco - cross/Fodeman

1   followed.  People saying it, it depends.  A lot of people say

2   a lot of things.

3        You know, it depends on their interaction with me,

4   because people are trying to test you.  Are you trying to get

5   me to speak?  Are you trying to get a rise out of me?  Are you

6   trying to see where I'm coming from?

7        You know, if I thought it was real, I would act on

8   it.  If I thought it was nonsense I would treat it as

9   nonsense.

10  Q    Would you alert the authorities?

11  A    That would be one of the steps that I would consider

12  taking.

13            THE COURT:  How much more do you have?

14            MR. FODEMAN:  Another ten minutes, Judge.

15            THE COURT:  Let's take our break.  Don't discuss the

16  case.  We'll resume in 10 minutes.  All rise.

17            (Jury leaves.)

18            THE COURT:  Ten minutes.

19            (Recess.)

20            (Open court.)

21            THE COURT:  Mr. Ricco, step up, please.

22            (Jury present.)

23            THE COURT:  Please be seated.

24            Mr. Fodeman.

25            MR. FODEMAN:  Thank you, your Honor.

Ricco - cross/Fodeman

1  BY MR. FODEMAN:

2  Q    I have a couple more questions.

3       Mr. Ricco, are you familiar with a term "witness

4  fee"?

5  A    Yes.

6  Q    And a witness fee is something that a defense attorney

7  can pay a witness to be a witness; is that correct?

8  A    No.

9  Q    What's your understanding of a witness fee?

10 A    Well, the ethical rules set forth payments to witnesses

11 because one has to be careful that one is not paying for

12 testimony.  So the ethical rules talk about you can pay for a

13 lay witness, you can pay their transportation to and from

14 court.

15      There's a witness fee that's associated with a

16 subpoena that's issued by the court, I think it's 40 dollars a

17 day.  The only witness that could be paid a fee is an expert

18 witness, and the ethical rules discuss that.

19 Q    And by a lay witness, you mean a witness who is not an

20 expert?

21 A    I'm sorry, a witness who is not an expert.  Somebody who

22 is an eyewitness to some fact or circumstance.

23 Q    If you want an eyewitness who lives here in Queens to

24 testify in this courthouse, you could pay for car service?

25 A    That's right.

Ricco - cross/Fodeman

1  Q    Pay for subway?

2  A    Right.  Lunch.

3  Q    Lunch, maybe?

4  A    Right.

5  Q    Ten thousand dollars in cash, would you pay 10 thousand

6  dollars in cash for that?

7            MR. SHARGEL:  I object to that.

8            THE COURT:  Overruled.

9  Q    Would you pay 10 thousand dollars to testify?

10 A    To take a subway from Queens to this courthouse, no.

11 Q    And just one last question.  The last question is this,

12 sir:  As a lawyer, would you ever tell someone or authorize

13 someone to commit an act of violence against a prospective

14 witness?

15 A    No.

16 Q    Even if that witness would hurt your client if he

17 testified?

18 A    Correct.  When I say never, what I mean is that a lawyer

19 should never do that.  A lawyer has no professional obligation

20 to do such a thing and a lawyer would be precluded from doing

21 something like that.

22            MR. FODEMAN:  Nothing further.  Thank you.

23            THE COURT:  Mr. Solano.

24            MR. SOLANO:  Thank you, your Honor.

25

Ricco - cross/Solano

1183

1    CROSS-EXAMINATION

2    BY MR. SOLANO:

3    Q    How are you doing, Mr. Ricco?

4    A    I'm okay, Mr. Solano.  How are you?

5    Q    You testified that you know the people here at the

6    prosecution table?

7    A    Yes, Steve D'Alessandro --

8    Q    You left me out, right, on the defense side?

9    A    I'm familiar with every lawyer seated in this courtroom

10   except for the young lady who is a defendant, and I am also

11   familiar with this court.  I practice here for many years.

12              THE COURT:  Get down to the testimony.

13              THE WITNESS:  Sorry.

14   Q    Mr. Ricco, you testified during both cross-examination --

15   direct and cross-examination about the role of a criminal

16   defense attorney, correct?

17   A    Yes.

18   Q    You also testified that you yourself have an associate in

19   your firm, right?

20   A    That's correct.

21   Q    Can you describe to the members of the jury the

22   differences between the role of a criminal defense attorney --

23   by that I mean the lead attorney -- and the role of the

24   associate, from your experience?

25   A    Well, that's a very complicated question, and that has a

Ricco - cross/Solano

1   lot to do with who the lead lawyer is and his relationship

2   with his associates and the skill level and experience level

3   of the associate.

4          The more skilled level, the greater the skill level,

5   the greater that lawyer's experience, you would naturally give

6   them more work to do because they can handle it.

7          The less skill they have, if they are not as

8   experienced, you naturally would not give them as much work to

9   do.  They may not be -- I say may not be as closely involved,

10  it all depends.

11         Now, I say that as a lawyer, but there are -- you

12  know, there are situations that are different, but that's

13  generally the nature of that relationship.

14  Q   Just to sort of recap.  The younger the attorney, and the

15  less experienced the attorney, the less complicated work you

16  or some other criminal defense attorney might give, correct?

17  A   That's generally -- that's generally very, very true.

18  Q   And -- I'm sorry.

19  A   In terms of, you know, you have associates work on a very

20  small part of the case.  Sometimes they are very actively

21  involved in a case, but for the most part you will give them

22  assignments to go out and do, go pick something up, go visit

23  the client, find out certain piece of information.  But the

24  lead lawyer usually handles the bulk of the responsibility for

25  the case.

Ricco - cross/Solano

1    Q    And in the event where you had an attorney, a young

2    associate, some of the things that you would possibly have the

3    associate do are like look up information in certain public

4    records, right, that's one of the things you might have them

5    do?

6    A    That's one of the things they would do.  The associate

7    that I work with who is here in the courtroom does that all

8    the time.

9    Q    And provide, for example, some information to some

10   investigators that might be working on the case, right?

11   A    That's something that an associate would do.

12   Q    And as you said, if the associate has more skill, that

13   associate, and more experience, that associate might be doing

14   some other more complicated matters, for example, like writing

15   or drafting motions, right?

16   A    That's correct.  I think, and I'm very conscious of it in

17   my work as a lawyer, that we don't overburden young lawyers.

18   There's a very important relationship between the lawyers at

19   the bar and young lawyers, that they are shown how to do

20   things the correct way and that you don't give them too much.

21        Their careers are ahead of them and you want to be

22   careful and make sure that they are taking steps to allow

23   their career to develop and blossom.

24   Q    And in your experience, Mr. Ricco, have you ever had an

25   occasion or heard of the occasion where sometimes motions need

1186

Ricco - cross/Solano

1    to be done where you might bring into the case sort of outside

2    counsel, attorneys that are more specialized in certain areas?

3    A    It is rare for me to do it because I do -- and my

4    associate, Steven Legon -- we do a fair share of most of our

5    writing, but it is not uncommon for many lawyers to bring in

6    an expert on Title III, on wiretaps or some area of law that

7    the lawyer is not as proficient on and really wants to do a

8    terrific job, so they'll bring in another lawyer to do the

9    motions or to work on a part of the brief or to just deal with

10   a particular issue.   That's not uncommon.   That happens often.

11   Q    Now, in your experience, Mr. Ricco, and possibly from

12   dealing with other attorneys, does the lead attorney tell the

13   associate every single thing that that lead attorney is

14   thinking about in terms of the strategy of their case?

15             MR. SHARGEL:   Objection.

16             THE COURT:   Sustained.   Come up.

17             (Continued next page.)

18

19

20

21

22

23

24

25

Ricco - cross/Solano

1          (Sidebar.)

2          THE COURT:   What's your objection?

3          MR. FODEMAN:   Outside the scope of this witness'

4    expert ability to testify and outside the -- that's the gist

5    it of it.

6          MR. SOLANO:   He's talking about what interaction he

7    has with investigators, talking about interactions with other

8    lawyers.

9          I think it's fair game in this kind of case to ask

10   what his experience is with associates and what information is

11   imparted to that associate, and to explain the differences

12   between the roles of a lead attorney who is involved with

13   strategy, decision making, and an associate.

14         THE COURT:   I agree with the government.   He's

15   testified that this depends on the relationship between a

16   particular partner and a particular associate.

17         I think it's outside the bounds of why he's here.

18   I'm going to sustain the objection and ask you to move off the

19   topic.

20         MR. SOLANO:   All right.

21         (Continued next page.)

22

23

24

25

Ricco - cross/Solano                      1188

1           (Open open.)

2    BY MR. SOLANO:

3    Q    Now, Mr. Ricco, you also talked about -- I think your

4    words were going to visit a client is every defense

5    attorney's, the bane of their existence.   Can you explain what

6    you meant by that?

7    A    Yes.   While it's very important that the lawyer spend

8    time with the client, a lot of the time is wasted time.   A lot

9    of it is time spent discussing things that at the end of the

10   day have nothing to do with the case, but you're obligated to

11   go and you have to go, and you got to go through the security

12   and you wait an hour and a half, two hours to see a person for

13   fifteen minutes and you have to do it.   There's no way around

14   it.   You know, it's a part of being a lawyer.

15           I used the term the "bane of our existence," maybe I

16   shouldn't have said it that way, but it is very difficult and

17   oftentimes the clients are very demanding and they want to see

18   the lawyers.   But you spend an awful lot of time waiting in

19   the jails that you could be working elsewhere, which is why

20   oftentimes young associates are sent to jail to talk to

21   clients, just pretty much to keep things stable while a case

22   moves forward.

23   Q    Now, in terms of, you testified about associates possibly

24   going to the jails to visit the client, and Mr. Fodeman asked

25   you about taking out some materials that the inmate might give

Ricco - cross/Solano

1   you.   There's nothing wrong with taking out materials that are

2   legal materials; correct?

3   A    Well, I'm sorry, but most lawyers don't understand that

4   when they say nothing, they mean nothing.   And there's always

5   problems with this because -- because though the rule is

6   clear, there's always problems at the jails with stuff going

7   in and out because people think all they're doing is taking a

8   letter or a brief or something, but in actuality, you're not

9   even supposed to hand your business card across the table with

10  your name and your phone number on it.

11          Over the years, and in recent years, the Bureau of

12  Prisons has been cracking down on it because there have been

13  so many abuses that have taken place and of course experienced

14  lawyers are not familiar with the rules if they ask these kind

15  of questions, and the less experienced lawyers have more

16  difficulty with those rules.   And that has been a common

17  experience for lawyers that practice here in the Eastern

18  District and in the Southern District.

19  Q    Just one final area.   Mr. Fodeman asked you regarding

20  whether or not you can script out or write out what you want

21  the prospective witness to testify to, and I believe we all

22  agree that you can't do that; correct?

23  A    Well, I tried to answer his question based on what he

24  was -- the way he asked the question.   I mean, oftentimes

25  people script out a direct examination, they script out a

1    cross-examination.

2           A lot of people think that folks are just up there

3    doing it naturally; that's not the case.  Oftentimes the

4    lawyers have worked through the questions on both sides in

5    preparation, but I took Mr. Fodeman's question to mean should

6    lawyers be fabricating testimony for people to testify to.

7    And if that's your question, then the answer is no, they

8    should not.

9    Q    But there is absolutely nothing wrong with possibly

10   providing a witness with the areas of testimony, not what to

11   say exactly, but, for example, I might ask you about your

12   education, right, not giving you the actual words -- there's

13   nothing wrong about asking about areas, right, writing that

14   down?

15   A    There's nothing wrong with areas and there's nothing

16   wrong with half the talk that you have in jails because all of

17   that is just talk.

18          The question becomes what happens when you cross the

19   line between talk and what you ultimately are going to present

20   in a courtroom.  And so there's nothing wrong with talking to

21   the potential defendant or potential witness about anything.

22          You end up talking to people about, Oh, you heard

23   about this murder, that murder, and you're talking about what

24   happened ten years ago and talking about the coke deals they

25   did and didn't do, and how they spent their money in Puerto

Ricco - redirect/Shargel

1   Ricco and prostitutes, you end up talking about all of this

2   stuff and, God forbid, if those conversations with ever

3   recorded, you couldn't explain what you're doing talking about

4   this stuff.

5          But ultimately, the bottom line look is what the

6   lawyer ultimately decides is going to be presented in the

7   courtroom and that investigation and what that lawyer presents

8   in the courtroom has to be within the bounds of the law, it's

9   what the court expects of the lawyers for both the prosecution

10  and the defense.

11          MR. SOLANO:  Thank you, Mr. Ricco.

12          THE COURT:   Thank you, Mr. Solano.

13          Is there redirect?

14          MR. SHARGEL:   Just a little bit.

15  REDIRECT EXAMINATION

16  BY MR. SHARGEL:

17  Q    Mr. Ricco, there has been a lot of discussions this

18  morning about rules, rules of law and canons of ethics.

19  A    Yes.

20  Q    And I have this question for you.  Within the rule of

21  law -- you just said moment ago there's a lot of talk.  Within

22  the rules of law, do the rules provide certain discretion to a

23  defense lawyer?

24  A    Yes, it does.

25  Q    And could you explain how that discretion works.

Ricco - redirect/Shargel

1    A     Yes.   There's no bright line rule as to how a lawyer

2    should go about conducting an investigation, it's just the

3    outside parameters.

4           Ultimately, the lawyer has discretion based on their

5    skill, their experience, their background and training to go

6    about trying to find the information in a way in which they

7    think will be effective.   Ultimately that lawyer has to decide

8    what will do -- not the talk, but what will actually happen in

9    the case.

10          I shared with the jury and the court the situation

11   involving myself when I was in Trenton State Prison.   When

12   that guy wrote that bribe on a piece of paper, there was

13   nothing else to do about that.   I'm uncertain as to what I

14   would have done had he just said it to me.   I might have

15   wanted to talk to some -- at that time, some more experienced

16   lawyers to find out what would be the best thing to do, but it

17   was so obvious and so -- it was a conclusion, it was a bribe.

18   He wrote it down.   I wanted the bureau to get that pad as fast

19   as possible.

20   Q     Now, in a case -- and you were asked questions about this

21   on cross-examination -- in a case involving organized crime or

22   drug gang or violent gangs, that is what I'd like to focus

23   your attention on --

24   A     Okay.

25   Q     -- is there anything in the rules that lawyers practice

Ricco - redirect/Shargel

1  law by that says in a case like that you don't do an

2  investigation?

3  A    No.  It's just the opposite.  The United States Supreme

4  Court has said repeatedly that lawyers must investigate cases.

5  If you don't investigate a case you are treading on what is

6  ineffective assistance of counsel.

7         The failure to investigate is not per se ineffective

8  assistance of counsel but a lawyer would have to explain why

9  he didn't conduct any investigation on behalf of the

10  investigation that was provided to him or her by the client.

11         We're talking about what happens when you have the

12  conclusions, but you don't start with the conclusions.  You

13  listen to what people say and then you spend time, effort and

14  energy to flesh it out.  You never know what you're going to

15  get out of this stuff.  Sometimes you get a lot of junk and

16  every once in awhile you get something that becomes very

17  important and valuable to both sides of the case.

18  Q    Is it important -- given that answer, is it important to

19  keep conversations going in an effort to learn more

20  information?

21  A    I think that that's true unless you reached the point

22  where there's no reason to have any further conversation.  I

23  gave you an example of Trenton State Penitentiary.  I know I

24  wasn't going back there, and I know that there was no need to

25  have any further conversation at all with that person so there

Ricco - redirect/Shargel

1194

1   was none.   But had that person said something to me, there

2   could have been further conversation.

3          The bureau might have suggested to me, get him back

4   on the phone.   Let's see if we can get him recorded saying

5   that.   There could have been a reason to continue the

6   conversation if it was just talk.   But in that situation,

7   there was no reason and, in fact, the -- when I say the

8   bureau, the FBI had requested that I go back to Trenton State

9   Prison and go into a room with Richard Kuklinski and wear a

10  wire, and I told them that wasn't going to happen.   So there

11  is often a need for future work, but there's a judgment call

12  as to whether or not you're satisfied that that's it, I don't

13  need anymore.

14  Q    Then on cross-examination you were asked that a lawyer

15  speaks to cooperating witnesses if possible; correct?

16  A    Yes.

17  Q    When you say if possible, it depends on the willingness

18  of the cooperating witness to speak to you;   correct?

19  A    The right is the witness' right to decline.

20  Q    And the right of the lawyer is to ask, correct?

21  A    The obligation of the lawyer is to ask.

22  Q    It's even a constitutional obligation, isn't it?

23  A    Well, yeah, it's a part of a defendant's right to

24  participate in the compulsory process.   How do you know who

25  you're going to serve a subpoena on unless you talk to people

Ricco - redirect/Shargel

1   and find out who the witnesses are?  So it's a part of a

2   defendant's right to have a lawyer who's out there working

3   hard for him.

4   Q    By the way, when we talk about compulsory process and the

5   right to subpoena -- this may go without saying -- but the

6   government has the right to subpoena witnesses here as well,

7   right?

8   A    Yes, they do.

9   Q    Both sides have equal opportunity to summon a witness via

10  subpoena; correct?

11  A    Yes.  And the court will often ensure that that happens

12  for both sides.

13  Q    Ensure that it happens because whether it's the

14  government or whether it's the defense, the court can enforce

15  the subpoena by physically getting someone here using the

16  Marshals Service, right?

17  A    Yes, sir.

18  Q    Now, another question.  You were asked about interviewing

19  a witness who is represented by counsel.

20  A    Yes.

21  Q    And you are aware, are you not, that in this jurisdiction

22  that a lawyer may interview a witness --

23            MR. FODEMAN:  Objection.

24            THE COURT:  Come on up to sidebar.

25            (Continued next page.)

1196

1    (Side bar)

2    THE COURT:   I don't know what his objection is.

3    There being the specter of a no contact rule violation, I

4    don't want to go back that, citizens protection act --

5    MR. SHARGEL:   I wasn't going down that road.   I

6    wanted to clear up what may have been a misapprehension; that

7    is, I didn't want the jury to be left with the notion once

8    someone is represented by counsel, you can't approach.   In a

9    matter of minutes there will be testimony about Mr. Simels

10   going to interview a person in the jail in addition to Khan,

11   interview, four, five, six times.   The person was talking to

12   them, gave representation, yet represented by a lawyer.

13   THE COURT:   If the specter of impropriety because

14   those people are represented by counsel arises, I'll fix it.

15   I don't want to go here now with his redirect, there hasn't

16   been a specter raised of any impropriety.

17   MR. SHARGEL:   Mr. Fodeman was suggesting if someone

18   is represented by counsel --

19   THE COURT:   That wasn't my understanding.

20   MR. FODEMAN:   Probably too many questions, the

21   issue was once a person tells you he doesn't want to talk to

22   you, I have a lawyer, you can't send someone back there.

23   MR. SHARGEL:   I'm not sure he's right.

24   MR. FODEMAN:   That's what the witness said.

25   MR. SHARGEL:   I wanted to clear it up.   Judge,

Ricco-redirect-Shargel                    1197

1    there shouldn't be a conviction based on misapprehension.

2    There's plenty in this record, plenty for everyone to talk

3    about.

4              THE COURT:    You can propose an appropriate jury

5    instruction.  I don't want this on redirect.

6              MR. SHARGEL:    That's fine.

7              (Open court.)

8    CONTINUED REDIRECT EXAMINATION

9    BY MR. SHARGEL:

10   Q    Mr. Ricco, there were questions put about testimony and

11   conversations about what testimony would be.  I would like to

12   direct your attention to the preparation of affidavits based

13   on your experience.

14             Affidavits are not actual affidavits until they're

15   sworn to; is that correct?

16   A    That's correct.

17   Q    Have you ever presented a person with a draft or proposed

18   affidavit?

19   A    I have never done it, but it is done in the profession.

20   Q    Based on your experience in the profession that it's

21   done, were the witnesses handed a proposed affidavit to see if

22   it's accurate; is that right?

23   A    That's correct, with options, corrections.

24   Q    Or corrections.

25   A    Yes.

Ricco-redirect-Shargel                              1198

1   Q    We've been talking about defendants.  We've been talking
2   about witnesses during the course of your testimony.  Are
3   there people during the course of an investigation --  again,
4   this is based on your experience --  who are not witnesses in
5   the sense of observing something but may be sources of
6   information?
7   A    Yes.  I was discussing that when Mr. Fodeman was asking
8   questions.  I made a reference to a case that Mr. Brownell and
9   I worked together on the Lower East Side.  There are people, I
10  use the term witnesses, but really sources of information.
11  Q    People with knowledge?
12  A    People with knowledge of the neighborhood, the people,
13  the background, the more insular the community is, you need to
14  rely on those kinds of people.  The government calls them
15  informants.  We call them witnesses, people who know something
16  about the information relating to the case.
17  Q    In the course of your experience, this will really be the
18  last question, in the course of your experience, have you
19  worked with communities that were hard to penetrate because
20  they weren't speaking to outsiders?
21  A    Yes, that's true.  We see that in a lot of context.  We
22  see that in the context of gang cases.  We see it in context
23  of organized crimes that have direct connections to other
24  countries, MS 13, see it with those kinds of cases.  Those
25  cases create the more formidable challenges for the defense.

Ricco-redirect-Shargel                    1199

1   Q      How is that?

2   A      Just recently I was out at a death penalty training

3   conference in California discussing with the lawyer his

4   preparation for a case involving a Mexican defendant.  He had

5   to make a request from the court to not only get helicopter

6   service but the payment of armed guards to accompany him to a

7   certain part of Mexico to get information.

8           Oftentimes extraordinary steps are taken to get

9   information.  The tighter the community, the more organized

10  they are, the more they protect themselves from outside

11  sources, including you as the lawyer, oftentimes my experience

12  and most defense lawyers is that you're trying to help people

13  in spite of themselves.  You can't pull a person out of the

14  water when they're not reaching up for your hand, but most of

15  the people we represent, they don't trust, certainly don't

16  trust you even though they hire you.  You would think if they

17  hire you, they would, but it's not the reality.  It's a very

18  difficult process.  Again, it's a process that has parameters.

19  Q      I'll offer this by way of example.  Someone who looks

20  like me wouldn't do well walking into that little camp in

21  Mexico or that little town in Mexico?

22  A      Or me either.

23           MR. SHARGEL:   Thank you, no further questions.

24           THE COURT:   Anything further?

25           MR. FODEMAN:   No, your Honor.

Simels-direct-Shargel                          1200

1            THE COURT:    Mr. Solano?

2            MR. SOLANO:    No.

3            THE COURT:    You're excused, Mr. Ricco.

4            The defense calls Robert Simels.

5    R O B E R T        S I M E L S,

6                   having been duly sworn/affirmed, was examined

7    and testified as follows:

8            THE CLERK:    Please state and spell your name for the

9    record.

10           THE WITNESS:    Robert M. Simels, S I M E L S.

11           MR. SHARGEL:    May I, Judge?

12           THE COURT:    Yes.

13           THE WITNESS:    You want my addresses?

14           THE COURT:    No.   Proceed.

15   DIRECT EXAMINATION

16   BY MR. SHARGEL:

17   Q    Mr. Simels, do I recognize you as one of the defendants

18   in this case?

19   A    Yes.

20   Q    Let's start with you telling the jury a little bit about

21   yourself.   How old are you?

22   A    Sixty-two years of age.

23   Q    Where did you grow up?

24   A    I was originally growing up in the Bronx, then moved to

25   Mt. Vernon, New York, where I spent my formative education,

Simels-direct-Shargel                                1201

1   junior high school and high school.

2   Q      Would you tell the jury what military experience you

3   have.

4   A      After graduating from college, it was in the middle of

5   the Vietnam War.  I was a member of the United States air Army

6   reserve for six years.

7   Q      Tell the jury about your educational background?

8   A      Graduate of the University of Kentucky, graduate of

9   New York Law School, graduated from New York Law School in

10  June of 1974.

11  Q      Are you married?

12  A      I'm married.

13  Q      Children?

14  A      Yes, my wife Evelyn is here in court.  I have a stepson

15  who is 23.  My daughter is 15.  My son is 7, will be 8 next

16  month.

17  Q      Did there come a time you were admitted to practice law?

18  A      There was.  I was admitted initially to practice law in

19  December of 1974 in the State of New Jersey.  At the same time

20  I was admitted in March of 1975 in the State of New York.

21  Q      Have you been admitted to practice in the State of New

22  York ever since that point of admission?

23  A      I've been admitted to practice in New York since that

24  time and elsewhere.

25  Q      What was your first job in the legal field?

Simels-direct-Shargel                    1202

1   A     My first job in the legal field, while I was going to law

2   school.  I worked in what's called the Manhattan District

3   Attorney's office at that time, run by frank Hogan, who was

4   the district attorney.  I served there for almost a year and a

5   half, what we call a trial preparation assistant, which meant

6   I was assisting the actual prosecutors in the office to

7   prepare cases for trial.

8   Q     Is this while you're going to law school at night?

9   A     It was.

10  Q     Upon graduation from law school, admission to the bar,

11  where did you work?

12  A     After graduation from law school, I took a job with what

13  was called the New York State Special Prosecutor for the

14  Investigation of Corruption in the criminal justice system.

15  We investigated police, corrections, judges, lawyers and

16  prosecutors in the New York City criminal justice system.

17  Q     How long did you have that job?

18  A     I was there from August of 1974 until October 1st, 1979.

19  Q     During the time that you were there, how large a case

20  load, give us an idea how large a case load did you have?

21  A     We had very select cases.  I had very select cases.  I

22  investigated and prosecuted many police officials from the

23  police commissioner of the City of New York at that time on

24  down.  I prosecuted and convicted a judge at that time, but

25  they were select cases.  I investigated the rebuilding of

Simels-direct-Shargel                                    1203

1   Yankee Stadium, giving away the Bronx terminal market to a

2   particular developer, things as that.

3   Q     Have you ever involved yourself in any teaching?

4   A     I have.  I have been associated with the NITA program

5   that goes on at Hofstra Law School twice a year, doing it for

6   17 years, lectured at various what they call CLE or continuing

7   legal education programs for lawyers.  I've lectured for the

8   Practicing Law Institute, another type of practice here in the

9   City of New York.

10  Q     Any of your writings have been published?

11  A     Yes, I've written.  I was fortunate enough to be selected

12  of one of about 12 or 14 of the top cross-examiners in the

13  United States, given an opportunity to write a chapter in a

14  book called The Art of Cross-Examination.

15  Q     After your tenure as a prosecutor in the Office of the

16  Special Prosecutor, did you enter the private practice of law?

17  A     I did.

18  Q     When was that?

19  A     October 1st, 1979.

20  Q     Have you been in private practice ever since then?

21  A     I have.

22  Q     Could you tell the jury the types of cases that you

23  handle in your practice?

24  A     My practice has been varied over the years.  I've handled

25  a lot of civil rights litigation.  I've handled a lot of

1  criminal law cases.  I've done some civil litigation as well

2  but it depends on the given year.  In the last couple of years

3  mostly criminal law.

4  Q    Did there come a time when you met an individual, you've

5  heard his name during the trial, named Shaheed Khan?

6  A    I did.

7  Q    Known as Roger Khan, correct?

8  A    That's correct.

9  Q    From Guyana, correct?

10  A    That's correct.

11  Q    Is this the first time that you had experience with a

12  case from Guyana?

13  A    Frankly it was.  It is the first time I ever heard of

14  Guyana until somebody reminded me of an incident that stood

15  out in my mind from the past, but not from my representing

16  anybody.

17  Q    What were the circumstances of meeting him, becoming his

18  lawyer?  How did it all happen?

19  A    Lawyers often have this process that we go through.

20  Somebody is arrested.  Somebody may know a lawyer to represent

21  to them, not a lawyer to recommend.  Sometimes they're in

22  jail.  People who are in jail recommend their own lawyers or

23  other lawyers.  So, you have what is oftentimes in the

24  business called a beauty contest.  I go to see you.  The next

25  lawyer goes to see you and the next lawyer, so forth.  The

Simels-direct-Shargel                    1205

1    client meets, talks fees, what he thinks about you, asks about

2    your experience.  Today's type of client checks you out on the

3    Internet, what's your web site, whatever they want to look at.

4              At some point they get back to you, may want a

5    second or third meeting.  Then there's a selection process.

6    Q    Was there such a "beauty contest," as you call it, as

7    many of us call it, in connection with the case of Roger Khan?

8    A    I was at least one of a half dozen lawyers he saw.

9    Q    Were you retained the first time you met him?

10   A    I was not.  I think after the third meeting with Mr. Khan

11   he told me he was going to hire me, but only as what was

12   called local counsel, which is he had an attorney before I

13   went to see him, an attorney before he even came to the

14   United States from Miami.

15   Q    What was his name?

16   A    John Berghendahl.

17   Q    Spell it for the reporter.

18   A    I think B E R G H E N D A H L.  Mr. Khan advised me he

19   was going to hire me to assist Mr. Berghendahl, to act as

20   local counsel, I was in New York, make appearances, make

21   business for Mr. Khan that would make it easier for

22   Mr. Berghendahl to continue in the case.

23   Q    What happened next?

24   A    Ultimately it became a change of roles.  I became a lead

25   counsel.  Mr. Berghendahl became second counsel.

Simels-direct-Shargel                    1206

1   Q     When were you formally retained?

2   A     The week of August -- the first week of August, 2006.

3   Q     When you were first retained, what did you know about the

4   case?

5   A     Very little.  Mr. Berghendahl provided me some

6   information, some background on Guyana.  He had handled

7   Guyanese cases in the past.  We had an indictment, a charge.

8   It was a one paragraph charge, charging Mr. Khan with

9   conspiracy, conspiracy to commit violations of our narcotic

10  laws with others without saying who the others were or any

11  other information except that it was for the period 2001 to

12  2006.

13  Q     During your representation of Mr. Khan, did that change?

14  A     Well, I began to meet with the client and to find out

15  facts from him.  The number of charges ultimately changed.

16  That didn't happen until February, 2007.

17                MR. SHARGEL:   I'm going to put before the witness

18  what's marked for identification as Defendant's Exhibit S301.

19  Q     Do you recognize what that is?

20  A     I do.

21  Q     What do you recognize it to be?

22  A     It's an indictment against Mr. Khan, which was his name,

23  cover sheet of the indictment of Mr. Khan.  I believe it's the

24  original indictment.

25  Q     This is the original first paragraph indictment that you

SS      OCR      CM      CRR      CSR

Simels-direct-Shargel                1207

1   were talking about?

2   A    Yes, that's the one I believe brought in April of 2006 by

3   the prosecutors in this building and which I got to see when I

4   was hired.

5          MR. SHARGEL:    Offer this into evidence, your Honor.

6          MR. D'ALESSANDRO:    No objection.

7          THE COURT:    Received.

8          (So marked.)

9   Q    Now that it's received, if I could have it on the screen,

10  you knew from the indictment that Mr. Khan was also known as,

11  according to the charge, the caption, also known as not only

12  Roger Khan but Short Man, correct?

13  A    Yes, it's Shaheed Khan, also known as Roger Khan and

14  Short Man.

15  Q    Did that later -- and we'll get to it in a little

16  while -- but did that become an issue in the case, the

17  identification of Roger Khan as Short Man?

18  A    It became a substantial issue in the case.

19  Q    Ultimately when Roger Khan was facing the last indictment

20  that was brought against him, what was the penalty that he was

21  facing?

22  A    When there was a superseding or additional charges

23  brought around February of 2007, about six months later, the

24  prosecutors charged him with what they call an 848 charge

25  which carried with it life with no parole.

1    Q    Going back to the time when you were first retained

2    before the indictment had been superseded, the indictment that

3    we had just appear on the screen, what information did you

4    have other than as you pointed out?  This is essentially one

5    paragraph.  You have this page and then this page, concludes

6    on the top of page two.  What information did you have other

7    than this indictment?

8    A    We had the period of time and we were told that he was

9    being charged with an importation of drugs.  As you can see

10   from the document, it shows nothing about with whom he

11   purportedly did this or any other details.

12   Q    What was the status of the discovery of the first weeks

13   or month?  I'm focusing on the period August, the first week

14   in August as you've testified, 2006 and, say, to the end of

15   that year, 2006, what discovery did you have in the case?

16         First explain what discovery means.

17   A    We have laws, as you've heard about.  One of the laws is

18   a law which requires prosecutors to turn over certain

19   materials to the defense.  There are different times when they

20   have to make those available.  Initially what we call

21   discovery, a process where they're required to give us very

22   limited information.  If a client made a statement to them,

23   they have to give you that.  If there were search warrants or

24   eavesdropping, they would have to give you copies of that and

25   the tapes.  They would have to give you your client's

1   background information when he was processed, told him he was

2   5-9, 180 pounds, give you that form.  Other than that, you get

3   nothing.  You do not start to get anything of any detail from

4   the prosecutors in any case in the federal system.

5              MR. D'ALESSANDRO:    Might we approach?

6              THE COURT:    Yes.

7              (Continued on next page.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Side bar.)

2          MR. D'ALESSANDRO:    That is just not the case.  His

3    answer was you get statements, pedigree information.  That's

4    not Rule 16.

5          THE COURT:    If he says things that you think are

6    false, shouldn't you wait until cross-examination?  I think

7    you're right.  That doesn't describe rule 16.

8          MR. D'ALESSANDRO:    Fair.

9          (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (Open court.)

2    Q    At that stage of the proceedings, do you get a witness

3    list?

4    A    You do not.  In fact, you don't get a witness list until

5    the week before trial, sometimes two days before trial.

6    Q    Do you get the prior statements, the grand jury

7    testimony, interviews?  You get that before?

8    A    That's called 3500 material under the federal system.  We

9    don't get that until sometimes a day before trial starts, a

10   week before, sometimes after the witness has already

11   testified.

12   Q    As a criminal defense lawyer --  by the way, did you have

13   a retainer agreement with Mr. Khan?

14   A    I did.

15   Q    As a criminal defense lawyer, what were you obligated to

16   do in your role?

17   A    Well, the first thing we have to do is talk to the

18   client, find out what his version of the events may be.  The

19   second step while we're waiting for some discovery is to map

20   out what we're -- what we're going to do in the case.  This

21   includes make a request of the court for a client that would

22   involve meeting with the client to develop the facts of the

23   case and try to confirm some of the information the client is

24   giving you.  That's at the very initial stages, which is what

25   we were doing with Mr. Khan.

1   Q    Did Roger Khan ever admit to you, and the question is did

2   he ever admit to you that he was guilty of the crimes charged

3   in the indictment?

4   A    He never admitted his guilt.  To the contrary, he

5   maintained to me he was innocent of the charges for which he

6   had been kidnapped and brought to the United States.

7   Q    You say "kidnapped and brought to the United States."

8   How did that happen?  How did he actually get to the

9   United States?

10  A    Mr. Khan was supposedly going back to Guyana, landed in

11  Trinidad and American DEA agents grabbed him, put him on a

12  private plane, flew him back to the United States.

13  Q    After your client told you that he was innocent or not

14  guilty of the charges that were contained in the indictment,

15  what steps did you take to either verify or refute what he was

16  telling you?

17  A    The first thing we did, Mr. Khan had hired an attorney in

18  Trinidad to contest the fact he had been kidnapped with their

19  government.  Because that's not my area of expertise,

20  extradition, kidnapping, I hired a person who I believed to be

21  an outstanding expert in that field, a lawyer by the name of

22  Jacques Semmelman, used to be with the U.S. Attorney's Office,

23  to investigate and legally research whether or not the United

24  States had violated Mr. Khan's rights in the way they brought

25  him to the United States.  That was what was going on in the

1   months of August, September, October, November of 2006.

2   Q    When you as a criminal dense lawyer conduct an

3   investigation, is a guilty plea one of the things that is

4   considered?

5   A    Guilty pleas are always considered.  You either have to

6   try to figure out whether you have a defensible case or try to

7   see if you can mitigate potential exposure for your client.

8   If ultimately you conclude your client is going to be

9   convicted, the likelihood he will be convicted, you try to

10  tell him what the facts are, or her, what the facts may be.

11  They have to make that decision, but you can tell them what

12  you think their position is.

13  Q    Did your investigation in connection with the Khan case

14  reveal the fact that asserted Mr. Khan's assertions he was

15  innocent?

16  A    Everything seemed to be confirming what Mr. Khan was

17  telling me at the initial stages of our investigation and

18  thereafter throughout the remainder of it.  He told us --

19  Q    Can you describe exactly what that was?

20  A    He described the kidnapping to us.  We knew there were

21  sworn affidavits from U.S. officials saying that didn't

22  happen.  We confirmed with at least ten different individuals

23  that in fact what Mr. Khan was saying was accurate.

24  Ultimately an Attorney General associated with the Trinidad

25  Attorney General's office confirmed Mr. Khan had been telling

Simels-direct-Shargel                    1214

1    the truth.

2          He told us he was not the only Short Man in

3    Guyana --

4          MR. D'ALESSANDRO:   Objection.

5          THE COURT:  Excuse me, there's an objection.

6          THE WITNESS:   Sorry.

7          MR. D'ALESSANDRO:    Hearsay.

8          THE COURT:   Understood.  I was about to --  I

9    didn't want to interrupt the questioning.  Let me focus for

10   the jury the purposes for which I'm permitting this testimony

11   about statements Mr. Simels said were made to him.

12         He mentioned about ten people confirming versions of

13   events, even for that what Roger Khan, his own client said for

14   him.  We're not trying the Khan case here.  We're not trying

15   whether Roger Khan was guilty or not guilty of the charges he

16   faced in another judge's courtroom.  We're trying the charges

17   against Mr. Simels and against Ms. Irving.

18         One of the things that you will be called upon to

19   determine; that is, to decide whether the government has

20   proved beyond a reasonable doubt is the requisite, the

21   required mental state of the defendants.

22         For example, there will be a couple of charges in

23   which the government is going to have to prove there was an

24   effort to corruptly persuade other persons, to influence their

25   testimony.  I'm giving you this in broad strokes.  I'll give

1    you a detailed charge later.

2           What was in this defendant's mind, Mr. Simels's mind

3    in terms of his intent matters.  It will be crucial, in fact.

4    I'm going to allow him to testify to things that Roger Khan

5    told him and that other people imparted to him as Khan's

6    lawyer, not to prove those things were true.  Mr. Khan is not

7    here to be cross examined.  These ten other people are not

8    here to be cross examined, but to the extent that that

9    information imparted to Mr. Simels sheds some light on what

10   was in his mind, that's fair ground for your consideration.

11          For example, you can't use the fact that ten people

12   confirmed a particular version of events provided by Mr. Khan

13   to Simels to prove that version was true, but you can consider

14   for the fact that it was said to Mr. Simels and it may have a

15   bearing --  you'll decide if it does --  on his state of mind

16   in dealing with people like Vaughn, others, that you've heard

17   a good deal of testimony about.

18          Do you understand the distinction, the limited

19   purpose you could consider these statements of Mr. Simels, not

20   to the truth, but to the extent, if any, you conclude it sheds

21   light?  Raise your hand if you don't understand.

22          Any objection to the limiting instruction?

23          MR. SHARGEL:   No, sir.

24          THE COURT:   Is that the essence of your objection.

25          MR. D'ALESSANDRO:    Yes, sir.

Simels-direct-Shargel                    1216

1   Q     I don't know if you still have the question, but I was

2   asking you at this stage, were you gathering facts that in

3   your mind supported the proposition Roger Khan was being

4   truthful?

5   A     In the fall of 2006?

6   Q     Yes.

7   A     In the fall of 2006, we were making our best efforts to

8   gather as many facts as we could.  I was reading on a daily

9   basis the Guyanese newspapers, looking back through the

10  Guyanese newspapers for a four or five-year period of time,

11  reading books on Guyana that I could obtain here in the

12  United States to understand what has been represented to me by

13  my client and see whether I could confirm some of the

14  information that was given.

15  Q     You know we saw a few minutes ago that the government was

16  claiming Roger Khan was known as Short Man, right?

17  A     That's correct.

18  Q     Did that have some significance in connection with the

19  case against Roger Khan, the claim he had a nickname or was

20  known as Short Man?

21  A     Yes.  It was, as I said, a substantial factor in terms of

22  my belief Mr. Khan was not guilty of the charges that the

23  prosecutor had brought and which impacted substantially on the

24  entire case.

25  Q     What did you find out about the name Short Man, how that

Simels-direct-Shargel                    1217

1  played into this investigation and drug prosecution?

2  A    By February of 2007, we had gathered the following, or I

3  had gathered the following facts.  Not only had the indictment

4  charged Roger Khan as being Short Man, but the government had

5  represented in court to that judge that Roger Khan was

6  responsible for all cocaine that came to the United States

7  from Guyana, every shipment, every courier was Roger Khan's

8  responsibility.

9         They claimed their proof was that this person, Roger

10  Khan, was known as Short Man in the drug business.  We had

11  obtained information from part of the discovery the

12  prosecutors provided to us in November of 2007 a document that

13  was purportedly a drug ledger; that is, contained drug

14  records; that there was a reference to a person named Short

15  Man in that ledger.

16         In trying to find out who had been the author of

17  that ledger, who had written the ledger, I had contacted

18  lawyers who were involved in the case where that ledger had

19  first been used.  I spoke to all the defense attorneys who

20  represented people who went to trial in that case.  They told

21  me they had cross-examined a woman named Alicia Jagnarain.

22  Q    Is that the same Alicia Jagnarain we've been hearing

23  about in this trial?

24  A    Exactly.

25  Q    Go on.

Simels-direct-Shargel                    1218

1   A     That they had cross examined this woman, notwithstanding
2   their view she was not telling the truth, they told me about
3   what she had said during the trial.  I asked them for any
4   documents they might have that would be helpful to us in
5   investigating Alicia Jagnarain.  I asked them for opinions
6   about Alicia Jagnarain, a copy of the ledger and any other
7   documents that they had that they could furnish, including her
8   3500 material from that trial.  They provided that to us.  So,
9   we now had a set of what Alicia Jagnarain was not only telling
10  the jury in that one case, but what she was talking about in
11  general about her involvement in the drug business.
12  Q     What did the testimony say, again, in your mind, if you
13  know, if you saw it, what did the testimony say about Short
14  Man?
15  A     I then ordered the testimony from the court reporters,
16  got a copy of her testimony.  I read that section where one of
17  the lawyers had asked her do you know who that person is in
18  the ledger known as Short Man?  She said I have no idea who
19  that is.  So, to me, as the first prong, I knew one of the
20  government's principal witnesses had at Roger Khan's
21  prospective trial would say they she didn't know who the
22  person was.  It wasn't a reference to drugs, it was a
23  reference on a list of telephone numbers of people in the
24  front of the book, many of whom Ms. Jagnarain had described to
25  the government as not being drug related people but only

Simels-direct-Shargel                    1219

1    friends.

2    Q    But there was reference to a Short Man?

3    A    Reference to a Short Man.

4    Q    Did you make efforts at or around that time, focusing you

5    to January of 2007, to find out from the government

6    prosecutors whether there was evidence of other short men, or

7    other people known as Short Man?

8    A    Not only to write to the prosecutor and in the case and

9    ask whether or not they had evidence as to whether Roger Khan

10   was the only Short Man that they knew about, but I also

11   pointed out to them in this next month, month and a half

12   period, that my own research showed there were a number of

13   different Short Men that existed, that they themselves had

14   prosecuted.  I said I thought you needed to tell the judge in

15   the case that your theory of the case has holes in it.  They

16   did not respond to that correspondence.

17   Q    Let me show you what's marked for identification as

18   Defense S-302-A.  I -- let me focus it.

19              Are you able to see that, Mr. Simels?

20   A    I am.

21   Q    I ask you, are you able to recognize this?

22   A    I do recognize the letter.

23   Q    What do you recognize it to be?

24   A    A letter I wrote on January 9th, 2007 to Paige Petersen,

25   then the lead Assistant U.S. Attorney in the prosecution of

Simels-direct-Shargel                                    1220

Shaheed Khan.

Q     Does this letter deal with the Short Man issue?

A     In part.

          MR. SHARGEL:    Offer it into evidence.

          MR. D'ALESSANDRO:    Objection.

          THE COURT:    Come up.

          (Continued on next page.)

1                (Side bar.)

2                THE COURT:    What's your objection?

3                MR. D'ALESSANDRO:    If I could see it again, your

4    Honor?

5                THE COURT:    Yes (handing).

6                MR. SHARGEL:    This has been provided.

7                MR. D'ALESSANDRO:    It has.    There's a lot of what's

8    in this letter --  first of all, it's not necessary.    The

9    witness has testified that he already brought it to the

10   government's attention, unnecessary bolstering of the witness.

11   There's a lot of stuff in this letter, just litigation, claims

12   of impropriety, things for Brady, not the Khan case.    This is

13   not a matter whether or not the government was prosecuting it.

14   This is a snapshot in time.    The jury doesn't need it, not

15   relevant to put all the discourse, an all the letters written

16   in this case, appearances in this case, to get a fair

17   understanding what this letter is in its context.

18               MR. SHARGEL:    The government had tried to

19   corroborate everything that Selwyn Vaughn said, the witness

20   said, putting in portions.    I'm not here to try the Khan case.

21   I'm going to suggest the government is going to argue

22   Mr. Simels's testimony is not worthy of belief, attack his

23   credibility.    I have documents that will be supporting a lot

24   about what he's saying.    I'm not introducing this to make

25   arguments about the pace or progress or anything about the

Simels-direct-Shargel                    1222

1    case.

2           Let me tell you where this is leading.  This request

3    was set forth in letters written and finally in September,

4    2008, right before Mr. Simels is arrested, the government

5    changes its position, says they don't take the position the

6    defendant is the only person from Guyana named Short Man.

7    This came as a result, we believe, of his interview of one of

8    the witnesses around this time in 2008.

9           This is relevant to supporting his credibility.

10   It's credible about Short Man.

11          THE COURT:   I think the inquiry as to the

12   government about other people known as Short Man is fair game,

13   I'll allow it.  The rest of this other stuff I'm not going to

14   let in.

15          MR. SHARGEL:   I'll redact it.

16          THE COURT:   Stipulate or redact it.  Don't show it

17   to the jury.  Be careful when you do this to avoid things like

18   just suggestion to the jury there was something inappropriate

19   in the government not running to the court, said they have

20   holes in their case because Bob Simels said it had holes in

21   the case.  Try to avoid that.  You understand what I'm

22   referring to?

23          MR. SHARGEL:   I understand.

24          THE COURT:   If you don't avoid it, I'm going to

25   jump in and say there's nothing inappropriate with a

1    prosecutor not following his instructions to go to the court,

2    say the case is bad.  It's a suggestion of impropriety.

3              As to this suggestion, I think there's going to be

4    an issue about whether he was suborning perjury when he asked

5    Selwyn Vaughn to testify that he knew other people as Short

6    Man, Vaughn said he didn't.  This bears on it sufficiently,

7    I'm going to allow it in.  I'm not going to receive in

8    evidence all this other junk in the letter.

9              MR. SHARGEL:   Can I then, since I can't redact it

10   now, just read it?

11             THE COURT:   I'll receive it as redacted.  You can

12   read what's in there.  You'll prepare a redacted version to

13   submit to the jury.

14             MR. SHARGEL:   Absolutely.

15             (Continued on next page.)

16

17

18

19

20

21

22

23

24

25

Simels-direct-Shargel                 1224

1     (Open court.)

2     THE COURT:    What exhibit?

3     MR. SHARGEL:    Defense Exhibit S 302 A.

4     THE COURT:    Subject to redaction discussed at side

5  bar.

6     (So marked.)

7     MR. SHARGEL:    In connection with this exhibit, may

8  I publish by reading to the jury that portion that's been

9  admitted?

10     THE COURT:    Yes.

11     MR. SHARGEL:    The letter is dated January 9th,

12  2007.  It's addressed to Paige Petersen, Assistant United

13  States Attorney and the pertinent part reads as follows.

14          Three, if any of those witnesses, cooperators advise

15  the government of any potential Brady information that the

16  source of the shipments for distribution were someone other

17  than my client or that they did not know the source or that

18  there's another individual or individuals known to them as

19  Short Man or Big Man et al, then that should be disclosed at

20  this juncture.

21  Q    That's part of the letter that you wrote to the Assistant

22  United States Attorney on January 9th, 2007, correct?

23  A    That was the letter I wrote.

24  Q    That was not the end of the subject, though, was it?

25  A    No, it was continuous.

SS      OCR      CM      CRR      CSR

Simels-direct-Shargel                                1225

1   Q    Do you remember writing a letter, again, approximately a

2   week later or less than a week later on January 15th, 2007?

3   A    I do.

4   Q    I show you what's been marked for identification of as

5   Defense Exhibit S 302-B.  I ask you to look at that letter.

6   Tell us what it is?

7   A    It is a letter I wrote to Ms. Petersen, same prosecutor

8   on January 15th which I sent to her by facsimile at that date.

9   Q    Was this again in connection with the Short Man issue?

10  A    In part.

11            MR. SHARGEL:   I offer that part, your Honor that

12  pertains to the subject.

13            THE COURT:   Can I see it?

14            MR. SHARGEL:   Yes.

15            THE COURT:   On the screen.  You can put it on the

16  screen.

17            MR. SHARGEL:   You're right.

18            THE COURT:   I don't have your eyes.  Can you blow

19  it up a little bit so I could see it?

20            MR. SHARGEL:   Is that good?

21            THE COURT:   Yes.

22            Any objection?

23            MR. D'ALESSANDRO:   Yes, your Honor.

24            THE COURT:   Overruled.  Proceed.  What is the

25  number?

1          MR. SHARGEL:    302-B.  May I publish by reading that

2   portion of the letter that's admitted?

3          THE COURT:    Yes.

4          MR. SHARGEL:    Again, this is January 15th, 2007, a

5   letter to the same woman, Paige Petersen.  On the second page,

6   this paragraph appears.

7          The government has represented at prior submissions

8   to the District Court in other investigations information

9   concerning individuals known as Short Man and Boss Man.  I

10  again submit that the government is required to investigate

11  and disclose if any other person is known to the government to

12  use those nicknames.  Since you were the AUSA, Assistant

13  United States Attorney, assigned to one or more of those

14  matters and Mr. Ramos to a number of the other prosecutions,

15  this information is well within your immediate realm of

16  knowledge.  Illustratively, and by no means exhaustively in

17  the prosecution of Vishnu Budhan-Persaud, ICE Agent Gerald

18  Handley, referenced Short Man as a person as CS-1 Krishna, and

19  another individual, distributed drugs to an individual named

20  Short Man.  The government was provided a telephone number for

21  Short Man and obviously additional information by CS-1 and

22  others as to the identity of Short Man.  It behooves the

23  government, having alleged to the court an identifying aspect

24  of my client's involvement is his nicknames Short Man and Boss

25  Man and yet to withhold information in their possession that

Simels-direct-Shargel                1227

1    they are aware of other individuals involved in trafficking of

2    cocaine bear the same nickname without disclosing same as

3    Brady-related activity.

4    Q    February 9th, 2007, do you remember writing again to the

5    United States Attorney's Office on the subject of Short Man?

6    A    I did.

7    Q    I show you what's been marked as Defense Exhibit S 302-C

8    for identification.  I ask if you recognize that document?

9    A    I do, the letter I wrote to Ms. Petersen on February 9th,

10   2007.

11             MR. SHARGEL:   Offer a redacted version.  I'll be

12   happy to show your Honor the portion I'm offering.   Here's

13   page two.  Is that sufficiently large, your Honor?

14             THE COURT:   Yes, thank you.

15             (Pause.)

16             THE COURT:   Any objection?

17             MR. D'ALESSANDRO:   Same as before, your Honor.  We

18   would ask for an instruction.

19             THE COURT:   The instruction regarding?

20             MR. D'ALESSANDRO:   May we approach?

21             THE COURT:   No.  Received.

22             (So marked.)

23             MR. SHARGEL:   Here again may I publish by reading

24   these three paragraphs?

25             THE COURT:   Yes.  I take it these are offered not

Simels-direct-Shargel                    1228

1  to prove the truth of any assertions in the letter, but to the
2  intent, if any, it sheds light on the state of mind of your
3  client?

4          MR. SHARGEL:    Exactly.

5          THE COURT:    Is that the instruction you're asking
6  for?

7          MR. D'ALESSANDRO:    Yes.

8          THE COURT:    Understood, ladies and gentlemen?  Same
9  limiting instruction applies here.  None of these statements,
10 out of the court statements, are offered to prove the truth of
11 what's in these letters that Mr. Shargel will read as an
12 excerpt of this letter, but offer to the extent, if any, to
13 shed useful light on your judgment of the state of mind at the
14 time of Mr. Simels's, at the time of the alleged acts in the
15 case.

16         Go ahead.

17         MR. SHARGEL:    This letter is dated February 9th,
18 2007.  Once again to Paige Petersen, these are portions
19 admitted into evidence, three paragraphs on page two.

20         The government has alleged my client's connection to
21 prior shipments of cocaine into the United States.  All
22 interviews of witnesses in connection with the seizures in
23 2003 and 2004 in which those witnesses/cooperators advised the
24 government of any potential Brady information; that the source
25 of the shipments or distributions were someone other than my

1   client or that they did not know the source or that there's

2   another individual known to them as Short Man or Big Man, et

3   al.

4            Four, the government has represented prior

5   submissions to the District Court in other investigations

6   information concerning individuals known as Short Man and Boss

7   Man.  I again submit the government is required to investigate

8   and disclose if any other person is known to the government to

9   use those nicknames.  Since you were the AUSA assigned to one

10  or more of those matters and Mr. Ramos to a number of the

11  other prosecutions, this information is well within your

12  immediate realm of knowledge.

13           Five, as I pointed out in prior correspondence in

14  the prosecution of Vishnu Budhan-Persaud, ICE Agent Gerald

15  Handley referenced Short Man as a person that CS-1 Krishna and

16  another individual distributed drugs to an individual named

17  Short Man.  The government was provided a telephone number for

18  Short Man and obviously additional information by CS-1 and

19  others of the identity of Short Man.

20           It behooves the government, having alleged to the

21  court an identifying aspect of my client's involvement is his

22  nicknames Short Man and Boss Man and yet to withhold in their

23  possession they're aware of other individuals involved in

24  trafficking of cocaine bear the same nickname without

25  disclosing same as Brady-related material.

Simels-direct-Shargel                 1230

1   Q     Could you tell us what Brady, the shortest of terms, what

2   Brady material means?

3   A     There's an old Supreme Court decision, Brady, which we

4   use to signify exculpatory or information that might be

5   helpful to a defendant that comes into possession of a

6   prosecutor.  They have an obligation to turn it over to us.

7   Q     Do you remember writing to the government on --

8   withdrawn.  We'll get to that in a moment.

9          Do you remember having an investigator by the name

10  of Frank Gonzalez?

11  A     I use an investigator named Frank Gonzalez in the course

12  of this case from the late fall of 2006 until the summer of

13  2007.

14  Q     Did you ask Frank Gonzalez to interview a certain person

15  in connection with this case?

16  A     Yes, Mr. Gonzalez and I had gone to Guyana at the end of

17  January, 2007 to try to confirm or investigate some of my

18  client's assertions and to try to investigate the case, since

19  all the events that were being described in the case occurred

20  essentially in Guyana.

21          One of the things Mr. Gonzalez and I had determined

22  from a source of information down there, individuals who knew

23  various other people involved in the cocaine trade, was that

24  the person who was referred to as Short Man in the ledger that

25  Ms. Jagnarain had prepared was in fact in jail already in the

Simels-direct-Shargel                    1231

1   United States.   His name was Peter Headley.

2   Q     As a result of learning that in Guyana, did you give

3   Mr. Gonzalez an assignment?

4   A     When we returned, I asked Mr. Gonzalez to fly to Ohio to

5   the northeast correctional facility there and to go interview

6   Mr. Headley, see if he would speak to us.

7   Q     What happened?

8   A     He in fact spoke to Mr. Headley.   Mr. Headley confirmed

9   to us he, not Roger Khan, was the person referred to as Short

10  Man in the Alicia Jagnarain letters.

11  Q     Did you make that visit or sent an investigator?

12  A     I sent an investigator, in the first instance telling the

13  institution my investigator was coming there.

14  Q     The investigator was named?

15  A     Frank Gonzalez with the U.S. Marshals office here in the

16  Eastern District of New York.

17  Q     Did Mr. Gonzalez furnish you with a report?

18  A     Mr. Gonzalez did give me a report.

19  Q     Let me show you what's been marked as Defense Exhibit

20  S-303 for identification.   I would ask you to look at this.

21  You recognize this, this exhibit?

22  A     I do, as a copy of a report to Frank Gonzalez provided to

23  me regarding his interview of Peter Headley in March of 2007.

24           MR. SHARGEL:   Offer a redacted portion.   I'll show

25  you what I'm offering, your Honor.   I'll slide it down as your

Simels-direct-Shargel                                    1232

1    Honor looks at it or I could do this (indicating).

2              (Pause.)

3              THE COURT:    Any objection?

4              MR. D'ALESSANDRO:    Double hearsay, your Honor.

5              THE COURT:    Come up.

6              (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        (Side bar.)

2        THE COURT:   Maybe I'm missing something.   Doesn't

3   it make it more likely than not he's not inducing Vaughn to

4   commit perjury if he himself believes that there are multiple

5   Short Man-named folks in Guyana and the Short Man who is the

6   drug dealer is not his client?

7        MR. D'ALESSANDRO:   The problem is Selwyn Vaughn

8   said in the tapes Short Man, it's Roger Khan.   What the

9   defendant does in response starts saying this guy is named

10  Short Man, this guy is named Short Man.   Whether or not he

11  believes or he's aware of other people being called Short Man

12  is not the issue.   The issue is the witness said Short Man

13  means Roger Khan.   In his efforts to induce that witness to

14  say other people are Roger Khan, your Honor.

15       THE COURT:   What you're saying is it's possible for

16  two things to be true.   One is that Robert Simels believes

17  there's more than one Short Man and that the government's

18  Short Man is not Roger Khan.   Second, he can still suborn

19  perjury in dealing with Selwyn Vaughn, right?

20       MR. D'ALESSANDRO:   Yes.

21       THE COURT:   What I'm suggesting to you and you

22  haven't disabused me of the fact he believes in the truth of

23  this even if Vaughn doesn't, make it germane to his state of

24  mind when he's speaking to Vaughn.

25       MR. D'ALESSANDRO:   I understand the ruling.

Simels-direct-Shargel                              1234

1          THE COURT:    Thank you.

2          (Open court.)

3          MR. SHARGEL:    I offer into evidence Defense Exhibit

4    S-303 as redacted, evidenced by the yellow highlighting.

5          THE COURT:    As redacted it's received.

6          (So marked.)

7          THE COURT:    Again, the same limiting instruction.

8    Would you put it back up so I could see it?

9          MR. SHARGEL:    Sure.

10          THE COURT:    These are statements which according to

11    the witness were made to him by other people can't be

12    considered by you to prove the truth of what these statements

13    refer to, these out of court folks said to Mr. Simels but you

14    can consider the fact that these statements were made to

15    Mr. Simels because it may have a bearing, you're the ones to

16    decide this, his state of mind in dealing with Vaughn and

17    others, also the interactions that are at the heart of the

18    case.   Understood?

19          Go ahead, Mr. Shargel.

20          MR. SHARGEL:    It's admitted?

21          THE COURT:    Yes.

22          MR. SHARGEL:    May I publish by reading the portions

23    that are admitted?

24          THE COURT:    You may.

25    Q     To remind us, this is the document you received from the

Simels-direct-Shargel                1235

1    investigator Frank Gonzalez?

2    A     The report of his interview of Peter Headley in Ohio.

3          MR. SHARGEL:    He has heard that Roger Khan is also

4    called Short Man, but has only heard him referred to as Boss

5    Man because he was their employer.   However, the Short Man

6    referred to in the ledgers belonging to David is him, Headley,

7    in parentheses.   Mr. Headley concluded his comments by stating

8    that none of these people including Richard and Delvin Adams

9    know Roger Khan and in all his dealings with David's drug

10   organization both in Guyana and New York, he has never seen or

11   heard of anyone dealing with Roger Khan.   He concludes they

12   are all lying in order to avoid a heavy prison sentence.

13         You were told that in this report, right?

14   A     Yes.

15   Q     In February of 2008, did you again write to the

16   government in connection with this issue of other Short Men?

17   A     Yes.

18   Q     Other people named Short Man, correct?

19   A     Yes.

20   Q     Let me show you in the last of these series of letters

21   what has been marked for identification as S 302 D.   What do

22   you recognize it to be?

23   A     The letter sent by both facsimile and regular mail to

24   Paige Petersen.

25   Q     Is this on the topic of Short Man again, in part?

Simels-direct-Shargel                    1236

1    A      In part.

2             MR. SHARGEL:   I offer that part, your Honor.   This

3    is the part (indicating).   It goes on to the second page.

4             THE COURT:   Hang on one second, please.

5             MR. SHARGEL:   Sure.

6             (Pause.)

7             THE COURT:   It looks familiar.   The miracle of word

8    processing.

9             MR. SHARGEL:   Exactly.

10            THE COURT:   Any objection?

11            MR. D'ALESSANDRO:   Same.

12            THE COURT:   Overruled.   Received as redacted,

13   S 302 D.

14            (So marked.)

15            MR. SHARGEL:   May I publish the received parts of

16   this letter?

17            THE COURT:   Yes.

18            MR. SHARGEL:   Dated February 14th, 2008, again

19   Paige Petersen.   The court is right, there's repetition here.

20   I'll try to read this a little more quickly.

21            THE COURT:   Summarize it.

22            MR. SHARGEL:   Essentially the same thing, asking

23   for Brady material, asking for other people for disclosure of

24   other people in the drug business named Short Man or Boss Man

25   or Big Man, language is essentially the same, the date is

Simels-direct-Shargel                    1237

1    different, February 14th, 2008.

2              THE COURT:   Let's break for lunch.  Don't discuss

3    the case.  We'll resume at 2:00 o'clock.  All rise.

4              (Jury leaves courtroom.)

5              THE COURT:   What's the estimated time of the

6    conclusion of your direct?

7              MR. SHARGEL:   Let me say at the outset it's not

8    going to be as laden with documents as this area.  We have a

9    lot of documents to put in, but not as intense as this.

10             I would guess somewhere around an hour and a half,

11   maybe two.

12             THE COURT:   Thank you.

13             (Luncheon recess.)

14             (Continued on next page.)

15

16

17

18

19

20

21

22

23

24

25

Simels - direct - Shargel                     1238

1          A F T E R N O O N   S E S S I O N

2          (In open court; jury not present.)

3          THE COURT:   Okay.  Are we all set?

4          MR. SHARGEL:   Yes.

5          THE COURT:   Bring in the jury, please.

6          You can be seated, in the back.   Just please rise

7    when the jury comes in.

8    ROBERT SIMELS, resumed.

9          (Jury present.)

10          THE COURT:   Please be seated, everyone.

11   DIRECT EXAMINATION (Continued)

12   BY MR. SHARGEL:

13   Q    Mr. Simels, before we all took the lunch break, the

14   questioning was about the Shortman issue, if I can shortcut

15   with that.  Do you recall that?

16   A    I do, sir.

17   Q    And we've now seen several parts of letters in which you,

18   on behalf of your client, are seeking information about

19   another Shortman; correct?

20   A    That's correct.

21   Q    When I say "Shortman," I mean the nickname, someone who

22   goes by or uses the name Shortman; correct?

23   A    That's correct, sir.

24   Q    Did you finally receive an answer from the government on

25   or about September 4, 2008?

Simels - direct - Shargel                1239

1    A     Eighteen months after I started writing them, they

2    finally conceded that what I had been saying all along was

3    true.

4    Q     Let me show you what's been marked for identification as

5    S-304, Defendant's Exhibit S-304.

6              Are you able to see it.

7    A     I am, sir.

8    Q     What do you recognize this to be?

9    A     This is the September 4, 2008 letter sent to us by the

10   U.S. Attorney's Office in the Eastern District of New York,

11   advising us --

12   Q     Before you say what it advises you --

13              MR. SHARGEL:  I'm going to offer it into evidence.

14              THE COURT:  Any objection?

15              MR. D'ALESSANDRO:  No, your Honor.

16              THE COURT:  Received.

17              (So marked.)

18   Q     So, this says, in one paragraph, "The government" -- why

19   don't you read it?

20   A     It was addressed to myself, cocounsel, Diarmuid White.

21   It was in the matter of United States vs. Shaheed Khan, Docket

22   Number 06 CR 0255.

23              It says: "Dear counsel:  The government does not

24   take the position that the defendant is the only person from

25   Guyana who is nicknamed 'Shortman' or 'Short Man.'  For

Simels - direct - Shargel                1240

1    example, in Call 3385 from the interception of 347-328-4022,

2    there is reference to an individual in Guyana known as

3    Shortman who has "17" there.  The government believes that the

4    reference to, quote, 'Shortman' in this particular call is a

5    reference to Clayton Hudson."

6    Q    What is the telephone number, 347-328-4022?

7    A    There had been a wiretap that had been conducted by the

8    prosecutors in another case, that had been given to us as part

9    of discovery later on.

10   Q    What did you understand the "17" there to be referring

11   to?

12   A    In that wire, that one of the numbers that had been was

13   the 347-328-4022 belonging to a Nigel Rodney, also known as

14   Sherwyn Lilly.

15          We had been maintaining that that Short Man was not

16   Roger Khan.  The "seventeen" referred to seventeen kilograms

17   of cocaine in Queens, New York.

18   Q    Who is Clayton Hudson?

19   A    Clayton Hudson was a person from Guyana known as Short

20   Man, and who we had disclosed same to the Court many times.

21   Q    All right.  Now, I would like to focus your attention

22   from January of 2007, the trip that you made to Guyana.  I

23   think you already told the jury you went there that month with

24   the investigator named Frank Gonzalez?

25   A    I did.

Simels - direct - Shargel                1241

Q    Could you tell us now what you learned in Guyana?

A    There were a number of matters that we went to
investigate and to try to learn information about.  One was
about the nickname Short Man, Boss Man, to learn about the
cultural setting of Guyana.

          I learned that everybody down there seemed to be
referred to by a nickname.  At one meeting alone, I met at
least three or four people by the name of the Fine Man.  There
was Fine Man the race-car driver, Fine Man from Agricola.
Everybody seemed to be called Fat Man, Short Man, Tall Man.
It depended on who you were.

          And I addressed that issue with the various people,
how you distinguish one from another.  They told me they just
knew.  That's how we go.

Q    When you say you met four people named Fine Man, was Fine
Man, who gave his name as Selwyn Vaughn, the witness who
testified here, was he one of the people that you met in
January of '07?

A    He was not.  One of Finemans was Andrew Morgan.  One of
the Fine Mans was a Dutch race-car driver, the biggest
race-car driver in Guyana.  But there were others.

Q    Did you learn anything about the culture divide or a
cultural divide that existed in Guyana?

A    Guyana is basically divided in two rival factions, those
who support what's called the PNC Party, a political party,

Simels - direct - Shargel                1242

1    People's National Congress, and the other people who support

2    the People's Progressive Party, the PPP.

3             And they are more than just simply political

4    enemies.  There's a lot of violence associated with the

5    activities of the divide between the two groups.

6    Q    What was the source of your information on the issue of

7    this cultural and political divide?

8    A    I met with several members of Parliament.  They have a

9    parliament government in Guyana.  I met with Ravi Dev, and I

10   met with Freddie Kasoon, who was a well-known writer.  I met

11   with various political officials at the offices of the

12   Guyanese Government to discuss these matters with.

13   Q    What did you learn -- what, if anything, did you learn

14   about Roger Khan during that trip to Guyana in January of '07?

15   A    I learned that Roger Khan was a national hero.

16   Q    In what sense?

17   A    To many.  Not to all, but to many.

18            In 2002, there had been a very -- to 2005, there had

19   been a very violent period in Guyana, which had been the

20   result of five people -- started when five people in February

21   of 2002 escaped from jail, went to a village named Buxton and

22   from there those people and many, many others in the village

23   of Buxton, Agricola began to wage war on the Indian population

24   of Guyana, massacring people, robbing people, and using

25   AK-47's and other weapons that all seemed to come from the

Simels - direct - Shargel                1243

1    military of Guyana.

2    Q     Where did Roger Khan fit into that?

3    A     Roger Khan, apparently with the authority of the Guyanese

4    Government -- and I say "apparently," I had spoken to the

5    members of the Guyanese Government who had given him the

6    authorization -- had organized a band of police officers as

7    well as a Minister of Home Affairs, a fellow by the name of

8    Ronald Gadraj, had organized separate groups to try, together

9    with the Anticrime Division of the police, Anticrime Unit of

10   the Police Department, to try to capture these people from

11   Buxton, because essentially, the military in Guyana was

12   controlled by members of the PNC party, who were supporters of

13   this group in Buxton, who were called the Taliban by their own

14   definition.  The police could never get into Buxton to arrest

15   them, and the military kept helping the people in Buxton to

16   commit crimes.

17          Roger Khan had organized a series of police

18   officers, together with Minister Gadraj, and they had been

19   able to root out many of these people, who are then

20   apprehended or killed by the police.

21   Q     Did the name David Clark come up at any time during your

22   January '07 trip?

23   A     David Clark came up prominently during my meetings in

24   Guyana, particularly with the Government of Guyana.

25   Q     Tell us about that.

Simels - direct - Shargel                    1244

1  A     Apparently, David Clark was a member of the PNC party,

2  and had also been the military commander.   Together with a

3  Colonel Ben and several other military officials, Edward

4  Collins, who had acted as the military group overseeing

5  Buxton, they were supposed to prevent the criminals from

6  getting out, but somehow, the criminals always got out.

7            And apparently, the rivalry between David Clark on

8  one side protecting the people in Buxton, and the criminals

9  who were waging war on Guyana and Roger Khan, was a very

10 public event down there.

11           Indeed, after Roger Khan had been arrested in

12 December 2002 in Guyana, David Clark had openly told other

13 members of the military that if he were present, he would have

14 killed him.

15           MR. D'ALESSANDRO:   Objection.

16           THE COURT:   Sustained.

17           Structure this.

18           MR. D'ALESSANDRO:   I move to strike the answer.

19           THE COURT:   Granted.

20           Make it question and answer, not a narrative,

21 please, Mr. Shargel.   Structure it.

22           MR. SHARGEL:   Very well.

23 Q     This information came to you during the trip to Guyana in

24 2007?

25 A     In that meeting, in that visit, and others, yes.

Simels - direct - Shargel                    1245

1   Q     And what significance did that have in your thinking as

2   to the probability of David Clark being involved with Roger

3   Khan in the drug business?

4   A     At that point, it didn't have any significance to me, but

5   it would have significance to me about two months later, when

6   I got the Lilly wiretap.

7   Q     We'll get to that in a short while.  I want to stay with

8   what you were thinking at the time of the trip to Guyana in

9   2007.  Did you learn anything on the subject of Roger Khan's

10  cooperation with the U.S. Government?

11  A     I did.

12  Q     Just tell us what you learned at that time.  Again,

13  during that period of time, what did you hear?

14  A     I learned that in April of 2003, an American diplomat by

15  the name of Steven Lesniak had been kidnapped by the Taliban

16  and that the United States had sent FBI agents and State

17  Department agents to Guyana to try to rescue Mr. Lesniak, that

18  they had been introduced to the one person who might be able

19  to help them, Mr. Khan, and within twenty-four hours,

20  Mr. Lesniak was rescued from the Taliban group.

21  Q     What impact did that have on your thinking as to whether

22  Roger Khan was telling you the truth or not in connection with

23  this drug accusation?

24  A     That led me to believe that many of the accusations in

25  the indictment were inaccurate.

Simels - direct - Shargel                1246

1    Q     Why?

2    A     They were accusing Roger Khan of having trafficked, sent

3    drugs, to the United States in the spring, April, May, of

4    2003, at the same time that he was sitting meeting with the

5    FBI agents and State Department agents and providing them

6    information about guns, drug trafficking and the kidnapping of

7    Steven Lesniak.

8    Q     While you were in Guyana, who drove you around?

9    A     I was initially picked up by a former police officer by

10   the name of Paul Rodriguez and a former police officer by the

11   name of Gerald Pereria.

12   Q     Did you meet a man named Sean Bellfield when you were

13   down there?

14   A     Not on the first occasion, I don't believe.  I believe I

15   met him at a second meeting.

16   Q     A meeting other than the January 2007 trip?

17   A     It was either on the first visit or on the second visit I

18   met Sean Bellfield.

19   Q     Let's say with Paul Rodriguez and Gerald Pereria, did you

20   actually meet them in January of 2007?

21   A     They picked me up at the airport when I landed.

22   Q     How long were you in Guyana, if you recall?

23   A     I think approximately three days.

24   Q     And during those three days, did these men, Rodriguez and

25   Pereria, drive you around?

Simels - direct - Shargel                    1247

1   A    They did.

2   Q    You've heard testimony here about them being part of some

3   violent gang; correct?

4   A    I've heard that.

5   Q    Could you tell us, when you met them in 2007, how they

6   struck you, how they appeared to you?

7   A    They were well dressed, well-mannered, well-spoken.  They

8   spoke English almost better than anybody that I met on a

9   cultural level down in Guyana.  They seemed to know everybody,

10  everybody seemed to know them.  They had easy access to the

11  Government of Guyana's compound.  We would go.  They would

12  call.  I would get to see ministers.  They seemed to be part

13  of the national hero mode.

14  Q    There was a reference on one of the tapes to the name the

15  Oracle.  Do you recall that?

16  A    Yes, sir.

17  Q    When I say "the tapes," one of the recordings that Selwyn

18  Vaughn made during your meeting with him.  Do you recall a

19  reference to the oracle?

20  A    I had mentioned I was trying to get a hold of the Oracle.

21  Q    Tell the jury who the Oracle was.

22  A    The Oracle is a judge who is member of their Court of

23  Appeals, a higher court in Guyana, who had been meeting with

24  me throughout my various trips to Guyana to brief me on legal

25  issues that might impact on trying to get documents about

Simels - direct - Shargel                    1248

1    David Clark from the Guyanese Government, as well as documents

2    regarding Alicia Jagnarain.   And so, I met with him both at

3    his home and elsewhere.

4    Q    While you were on this trip, did you take notes?

5    A    I was taking notes as I was going.   I had a laptop with

6    me, and it's my practice to use a laptop and take the notes as

7    people are talking to me, unless I'm walking around, and then

8    I'll just make notes.

9    Q    So, while you were in meetings and sitting in meetings,

10   you were actually typing notes of the interview?

11   A    I was.   When I went into the meetings with the government

12   officials, I didn't use my laptop in front of them.   I made

13   notes, and would go out and put them on my laptop.

14   Q    At or about the time that the interviews took place, or

15   shortly thereafter?

16   A    Within minutes.

17   Q    I show you what's been marked as Exhibit -- Defense

18   Exhibit S-305-A for identification?

19            I ask if you recognize that.

20   A    I do.

21   Q    What do you recognize it to be?

22   A    This is the collective notes of both Mr. Gonzalez and

23   mine of the trip to Guyana in January 2007.

24   Q    So, these are the notes that you recorded either while

25   the person was speaking -- excuse me -- or shortly thereafter;

```
                 Simels - direct - Shargel              1249
```

1   right?

2   A      Within minutes after.

3              MR. SHARGEL:  I offer this into evidence.

4              THE COURT:  Any objection?

5              MR. D'ALESSANDRO:  Hearsay, your Honor, objection.

6              MR. SHARGEL:  Only offered for Mr. Simels's state of

7   mind.

8              THE COURT:  How long is it?

9              MR. SHARGEL:  It is seventeen pages.

10             THE COURT:  Would you come up, please.

11             MR. SHARGEL:  Yes.

12             (Sidebar.)

13             MR. D'ALESSANDRO:  What defense number is it?

14             MR. LIPTON:  Let me give you a copy of it.

15             (Pause.)

16             THE COURT:  Why can't it be offered for a nonhearsay

17  purpose?

18             MR. D'ALESSANDRO:  Your Honor, I have this.  I have

19  388 documents.  I don't know which one they are showing.

20             Thank you.  I have it now.

21             THE COURT:  How many documents do you intend to

22  offer?

23             MR. SHARGEL:  Fifty.

24             THE COURT:  Do they know which ones?

25             MR. SHARGEL:  Yes.

Simels - direct - Shargel                1250

1           THE COURT:  Okay.

2           MR. SHARGEL:  Not in the order --

3           MR. D'ALESSANDRO:  We have 388 pages of documents.

4    I don't know which ones.

5           MR. SHARGEL:  We can give him the notebook that has

6    one after the other.

7           THE COURT:  We don't want to be doing this on the

8    jury's time.  If he doesn't know what you're offering, it's

9    going to go slow.

10          MR. SHARGEL:  I have a notebook -- Mr. Lipton will

11   have the notebook that is going to have every document in

12   chronological order of me introducing them.

13          THE COURT:  It's a little late, but give it to him

14   now.  Better late than never.

15          Why shouldn't I allow this in with a limiting

16   instruction?

17          MR. D'ALESSANDRO:  Again, I had to do it as a

18   prophylactic measure.  It's very difficult for me to know

19   which document.

20          THE COURT:  Take a seat at the table and tell me why

21   I shouldn't allow it in.

22          MR. D'ALESSANDRO:  With the instruction, I don't

23   have a problem.

24          THE COURT:  All right.

25          (In open court.)

Simels - direct - Shargel                    1251

1        THE COURT:   You got that book for counsel?

2        MR. LIPTON:   He's handing it over.

3        THE COURT:   Let's do it now.

4        All right.

5        MR. SHARGEL:   May I proceed?

6        THE COURT:   You can proceed.

7        I have a feeling this phenomenon will repeat itself

8   in the next hour or so.   I'm going to allow this document and

9   maybe some others into evidence, again, I emphasize, not to

10  prove the truth of anything in the document.   They are being

11  offered because, in the defendant's view, it sheds useful

12  light on what his own state of mind is when he's engaging in

13  the activities that gave rise to the charges in this case.

14        So, whatever is in these notes, I've only glanced an

15  at them, but whatever is in these notes shouldn't be

16  considered by you as proof, that what's in those notes is

17  actually true or happened, but rather, you can consider

18  Mr. Simels's testimony that in fact these things were told to

19  him, whether true or not.   It has a bearing on his state of

20  mind, his mental state, while the events that gave rise to

21  this case occurred.

22        Okay?   You understand the instruction.

23        Go ahead, Mr. Shargel.

24        (So marked.)

25  BY MR. SHARGEL:

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                  1252

1   Q     Now, with the Court's permission, I wanted to ask you

2   some questions and publish just several pages of this, and

3   then, of course, the entire document is in evidence here?

4              I have page eight.  Let's zoom in on this.

5              Do you see the name Gonzalez at the top; that's the

6   investigator Frank Gonzalez who was with you.

7   A     That's correct.

8   Q     And there's reference to a "Find Farrar at Tic Tock,

9   Tic Tock Bar in Rockaway near home."  Who is that?

10  A     I have been told along with Mr. Gonzalez about a woman

11  who was very intimately involved with both Dave Persaud and

12  Alicia Jagnarain by the name of Farrar -- that's the way I was

13  spelling it at the time -- who was working in the Tic Tock

14  Tavern Bar near the Home Depot in Far Rockaway.

15  Q     At this point in time, this is not to be confused with

16  the dance club that we have heard testimony about?

17  A     No.  This is the club we thought initially she was

18  working in.

19  Q     You just mentioned Alicia Jagnarain.  Did you learn

20  anything about her during this trip, as well?

21  A     There were many things I learned about Alicia Jagnarain

22  during this trip.  I learned from people who are -- admitted

23  to me that they were engaged in drug trafficking in Guyana.

24  Q     What significance would that have to you, whether Alicia

25  Jagnarain was involved in drug trafficking in Guyana?

Simels - direct - Shargel                1253

1   A    These individuals, including a fellow named Shoo Loo had

2   told me that they had been selling drugs to Alicia in the

3   United States for the two years, almost three years, after she

4   began cooperating with the government.  While she was a

5   cooperating witness for the government in the Eastern District

6   of New York, they continued to send her drugs, she continued

7   to sell them, and she continued to send back drug proceeds

8   money to Guyana.  I was very interested in having Shoo Loo or

9   one other individual tape-record a conversation with Alicia,

10  showing that she in fact was still trafficking, selling drugs,

11  so that I can use that for Mr. Khan's benefit at a later

12  point.

13  Q    So, was there information that you were going to follow

14  up in connection with Alicia --

15  A    Yes.

16  Q    -- Jagnarain?

17  A    Yes.

18  Q    Could you look at page nine.  I have it up there

19  under "Guyana follow-up."  Can you explain those entries that

20  are highlighted in yellow?

21  A    We had learned that she had married both Dave Persaud --

22  Alicia Jagnarain -- and she had also marred a fellow named

23  Shen Jackson, and we were trying to see if any official

24  documents might demonstrate she was a bigamist and had

25  committed fraud in states in the United States.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                    1254

1  Q    Explain to the jury why you wanted to know whether the

2  woman was a bigamist or committed fraud.  Explain that to the

3  jury.

4  A    Well, one of the areas that a Court might allow you to

5  ask about on cross-examination is somebody who had lied under

6  oath in the past.  Generally, when you fill out applications

7  saying that you have been previously divorced or you've never

8  been divorced or you want a marriage license, often they have

9  an oath attached to the documents.  We wanted to determine if

10 Alicia Jagnarain had lied under oath on those documents, to

11 use in cross-examination.

12 Q    Was this initial information about Alicia in connection

13 with this trip to Guyana in 2007?

14 A    Yes.

15       As you said in that prior page, I was talking about

16 preparing a script for Shoo Loo to use when he called her to

17 talk to her.

18 Q    Explain what a "script" means in this context?  That's

19 right.  Withdrawn?

20       Here it says, on page nine, right there, "Script for

21 Shoo Loo"; right.

22 A    Yes.

23 Q    Shoo Loo is a friend of Alicia's?

24 A    A drug-dealer friend.

25 Q    What's the idea of the script?

Simels - direct - Shargel                    1255

1   A    He told us that he could contact her and do another drug

2   deal.  He had been continuing to do drug deals with her.  We

3   wanted him to do that, but we wanted it recorded, because he

4   was never going to come to the United States to testify that

5   he was a drug dealer and was engaging in drug deals.

6   Q    What would happen if he came to the United States?

7   A    He would be arrested.  So, Mr. Gonzalez and I agreed that

8   when we returned to the United States, we would send him

9   recording equipment back to Guyana, have him attempt to

10  contact Alicia Jagnarain, and attempt to sell her some drugs

11  under a controlled delivery.

12          (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1256

Simels - direct/Shargel

bY MR. SHARGEL:

Q    Did you ever do that, did you ever send a tape recorder
to Guyana?

A    We did.

Q    For Shoo Loo?

A    For Shoo Loo, but the recording never occurred.

Q    Why not?

A    Apparently they were unable to reach her at that point.

Q    There is other information on page 10 of this document
under Alicia.  Are we still talking about Alicia Jagnarain?

A    Yes.

Q    What is the purpose of recording this information with
the bullet points that you were making on or near when you
were hearing it, at the time of hearing it?

A    I wanted to recognize them so I could potentially
investigate them together with Mr. Gonzalez and members of my
staff.

Q    When you made memos like this, did you share this with
others?

A    I shared it with Mr. Gonzalez and I shared it with --
this and other memos I would share with the other co-counsel
in the case.

Q    Diarmuid White?

A    When Mr. White came on, he was given copies of these
documents.  When Mr. Josh Dubin came on he was given copies of

Simels - direct/Shargel

1    these documents.   Every investigator who participated in the

2    case in the New York area was given copies of these documents.

3    We had three in the New York area alone.

4    Q    When you have the entry highlighted in yellow, Wired

5    money for father's business that she stole, in capital

6    letters.   Got loans from Dave.   Interest reflected in ledger.

7    Just give us a very brief -- this is something you learned on

8    this trip in October of 2007, right?

9    A    Yes.

10   Q    Give us a very brief idea of what information that

11   imparts.

12   A    We found out that the way Alicia Jagnarain was committing

13   additional crimes while cooperating with the government was to

14   money launder.   She would send money back to her parent's

15   business, which was called Jag Enterprises, and by wiring it

16   into their account, she thought she was hiding the source of

17   the drug monies.

18          So we were interested in tracking, if we could, the

19   delivery of money, whether by cash or wire, to her parent's

20   business accounts.   And we knew from having reviewed the

21   ledger, that drug ledger back in New York, and having a copy

22   with us in Guyana, that she was making notations about the

23   interest on the money in the ledger.

24   Q    There are more pages of this document.   There is

25   reference to Alicia again on this page.   Where were you

Simels - direct/Shargel

1258

1    getting this information from?

2    A    Drug dealers who had worked with Alicia Jagnarain and

3    continued to work with her after her cooperation.

4    Q    Finally, looking at page 12, that document.

5    A    Yes.

6    Q    More information about Alicia; is this from one source or

7    several sources?

8    A    I met with approximately 40 people while I was in Guyana

9    during that first trip.  This comes from a dozen or more of

10   the people who had had dealings with Alicia, including her

11   best friend, Dione Coates.

12   Q    During the time you were in Guyana where were these

13   interviews taking place?

14   A    They took place mostly in the hotel I was staying at,

15   which was called the Pegasus Hotel.  Some were taking place at

16   the government offices in Guyana, and I think a couple took

17   place at one person's home, I don't recall what her name was.

18   Q    Now, sir, do you remember anyone being kidnapped and

19   brought to you to be interviewed?

20   A    I would be in the hotel lobby.  People -- I was generally

21   sitting with Mr. Gonzalez, and Mr. Pereria, and Mr. Rodriguez.

22   People would come to the hotel, park their cars in the parking

23   lot, come in, speak to me, leave.  Other people would show up.

24        We were trying to schedule times for people to come,

25   so it wasn't like they were all there at once.  When I drove

Simels - direct/Shargel                                      1259

1  to the person's house where I met the three or four people,

2  they came at different times and left at different times.

3  Some of them I never got to interview because they didn't want

4  to wait around.

5  Q    When you did these interviews were you less than cordial

6  to the people who you were interviewing?

7  A    I was trying to be very cordial.

8  Q    Were you any different than you are right now sitting on

9  the witness stand?

10  A    I try to be the same all the time depending on the

11  audience I'm dealing with though.  I mean, there are people

12  who are -- I would meet drug dealers who I may talk

13  differently than I would talk to the head of the Guyanese

14  government.

15          They talk differently.  They use words that are

16  nasty, they say things that are nasty.  You speak their

17  language so that they can understand you and you can

18  understand them.  Of course a lot of times I didn't understand

19  much of what they said because I didn't understand the

20  dialect.

21  Q    One question before we leave this document.  The second

22  highlighted part says Alicia continued after Dave's death.

23  What does that mean?

24  A    That was a reference to the fact that she was continuing

25  in the drug trafficking after Dave Persaud had died.  Dave

1260

Simels - direct/Shargel

1    Persaud, while out on bail, had fled the United States on

2    December 24, 2003 -- although he was cooperating -- went back

3    to Guyana and was killed in October of 2004.

4              He had been sending the drugs to Alicia when he went

5    back to Guyana, I was told, and after his death she continued

6    with a guy named Danny Ronchurjee and others.

7    Q    Did anyone tell you, while you were in Guyana in January

8    of 2007, that the Phantom Gang killed David Persaud, anyone

9    tell you that?

10   A    No.

11   Q    Did anyone tell you when you are were in Guyana whether

12   David Persaud was killed by Roger Khan; anyone say it was

13   Roger Khan who did it?

14   A    No, actually I asked him to take me to the place where

15   David Persaud was killed and to look at, the Palm Court.  I

16   spoke to the owner.  I asked him what he knew about it.  On a

17   subsequent trip to Guyana, I spoke to the person who actually

18   killed Dave Persaud.

19   Q    Did visiting the scene of thing alleged crime part of

20   what a defense lawyer does?

21   A    It is.  I didn't know whether or not Dave Persaud's

22   murder would figure in Roger Khan's trial at that point -- it

23   wasn't charged -- but as long as I was in Guyana, I wanted to

24   be there, I wanted to take pictures, I wanted to be able to

25   speak to people, get contact numbers for the future.

Simels - direct/Shargel

1   Q    One more question about Guyana in 2007.  Did you find

2   that this was a dangerous place where your safety was risk?

3   A    Extraordinarily.

4   Q    Describe the circumstances, tell us what you saw down

5   there.

6   A    While none of the people I was around, that is Mr.

7   Rodriguez or Mr. Pereria, or many of the others I met had

8   weapons, nor did Mr. Gonzalez have a weapon, we were very

9   concerned and we were watching ourselves at all times.

10          There was one incident, not on this trip but on the

11  next trip, the week before I got back to the hotel, the Buxton

12  gang had come in and killed people in the hotel lobby.  We

13  were worried.

14  Q    After your trip to Guyana in 2007, did you expand the

15  investigation in any way?

16  A    Substantially.

17  Q    Tell us how that occurred.

18  A    I began to hire additional investigators to perform

19  distinct tasks around the United States.  We were looking to

20  develop evidence to support the contention that Roger Khan had

21  a relationship with the FBI through 2003 at a time when the

22  United States government was charging him with having sold

23  drugs to the United States.

24          Through one of my investigators, Charles Avakian,

25  who was an ex-FBI agent, we established a liaison with the FBI

Simels - direct/Shargel

1262

1   agents who had actually gone to Guyana and I began to have a

2   running e-mail and telephone dialogue with those agents who

3   confirmed to me that Roger Khan had indeed helped them.

4       Mr. Avakian was also sent on other distinct tasks to

5   obtain handwriting samples.  We hired investigators across the

6   country between then and the beginning of 2008.

7   Q   Any tapes that needed to be listened to?

8   A   In, I would say, the end of February of 2007, beginning

9   of March, the prosecutors in the Khan case provided us with a

10  little more than five thousand conversations from a wiretap

11  which was called the Sharwin Lilly wiretap.

12      Lilly had been a drug dealer who had been arrested

13  in April 5, 2005, along with many other people, and the way

14  they had arrested him and the other people was that they had a

15  wiretap on his phone.  They were listening in to his

16  conversations bringing drugs into the United States.

17      We were told out of an abundance of caution, even

18  though it didn't directly relate to Roger Khan, the

19  conversations were being turned over to us.  I then assigned a

20  member of my staff, Miss Irving, to take care of listening to

21  the tapes on the wiretap.

22  Q   Interrupting the chronology for a moment.  I want to put

23  before you and the jury what has been marked in evidence as

24  Government Exhibit 120.

25      Now, that is the copy room in your office; correct?

Simels - direct/Shargel

1263

1    A    In 2008, correct.

2    Q    You're no longer in that office, but this is in 2008.

3    The day you were arrested, September 10, 2008, this was your

4    copy room, right?

5    A    Correct.

6    Q    And on the right side, or actually a little toward the

7    top we have this equipment, the laptop that we have heard

8    testimony about, right?

9    A    Yes.

10   Q    And we have the base that's underneath it?

11   A    Correct.

12   Q    We'll get to it later, but was the base plugged in, in

13   any way or operating in any way?

14   A    No.

15   Q    But next to the equipment is this book, what appears to

16   be a book, and it says on it, Lilly Wiretaps.  Were the Lilly

17   wiretaps -- is that a book?  Let's go with that proposition.

18   A    It's a binder that we -- one of the binders we were using

19   to put materials in that related to the Khan case.  One of the

20   things we were reviewing were transcripts, either that we had

21   prepared or my client had prepared, or that the government had

22   provided to us.

23        We were putting three holes through and putting them

24   into binders.  This particular binder here was of some of the

25   conversations, some of the transcripts from the Lilly wiretap

1264

Simels - direct/Shargel

1   on the 347 228-4022 number.

2   Q    Do I recognize that number as the number that was

3   referred to earlier?

4   A    That's the number the government admitted to us that

5   there was another Shortman on.

6   Q    And does this collection of documents right here, Lilly

7   Wiretaps with the number, does that have any relation to the

8   equipment that is next to it?

9   A    No.   We were keeping documents that we finished working

10  on in the copy room because it was also a file room.

11  Q    So there is no connection, those are transcripts that are

12  sitting there, right?

13  A    Just transcripts.

14  Q    Now did you take other trips to Guyana in 2007?

15  A    I did.  I travelled twice more to Guyana in 2007.  I went

16  in April of 2007 and I went again in October of 2007.

17  Q    There is conversation on the recorded conversations with

18  Mr. Vaughn where you express frustration about the cooperation

19  you're not getting down in Guyana; correct?

20  A    I do say that to him.

21  Q    And was it true?

22  A    In part.

23  Q    Tell us the part that was true and tell us the part that

24  wasn't true.

25  A    The part that was true there were times when I would go

Simels - direct/Shargel

1   to Guyana, we would work hard for three days, myself and my

2   investigators, Mr. Pereria, Mr. Rodriguez and others.  We

3   would put in 16, 17, 18 hour days on the three or four days I

4   would be there.

5           I would be promised by various people, including the

6   head of the Chamber of Commerce of Guyana, retired general,

7   Brigadier General Norman -- I've forgotten the last name --

8   McClean and others that they would get me documents shortly or

9   after I left or before I left, and after I would leave Guyana,

10  many of those tasks fell by the wayside, didn't get completed.

11  Q    You said a moment ago that it was partly true.  What is

12  the part that wasn't true?

13  A    I was also trying to persuade Mr. Vaughn to maybe be more

14  accomplished, get more done than his counterparts, Mr. Pereria

15  and Mr. Rodriguez in Guyana, spur him on to more vigorous

16  pursuit.  They were not the most aggressive group of people I

17  had met.

18  Q    One trip was in April of 2007?

19  A    That's correct.

20  Q    And do you remember generally what you learned or what

21  you accomplished on that trip?

22          Again, I'm asking only from what you were told

23  during this trip in April of 2007, what you heard about this

24  investigation.

25  A    By this point we were starting to focus not only on

Simels - direct/Shargel

1   Alicia Jagnarain but as well on David Clarke.  The reason we

2   were focused now a lit bit more on David Clarke was, in

3   listening to the Lilly wiretaps, we learned, even though it

4   wasn't indicated on the government's transcripts, we learned

5   that one of the people who was sending drugs to Lilly was

6   David Clarke.

7           So I wanted more information on David Clarke since I

8   had heard his name back in the January '07 meeting in Guyana

9   to try to demonstrate that he was an enemy of Roger Khan's and

10  therefore they couldn't be together in a drug conspiracy.

11  Q    Let me show you what has been marked for identification

12  as Defense Exhibit S305C.  Before you look at that, let me put

13  one question to you.  Did you prepare a memo in connection

14  with this trip as well?

15  A    I did.

16  Q    Did you include a list of things that you were going to

17  do down there and then the results of that effort?

18  A    Yes, I put down what I wanted to cover and I would add in

19  on my computer what I was accomplishing.

20  Q    And looking at Defense Exhibit S305 C, do you recognize

21  what that is?

22  A    That is the memo I prepared of that trip.

23  Q    It's an accurate reflection of what happened when you

24  were down in Guyana?

25  A    It was my notes to myself of what I was hearing.

Simels - direct/Shargel

1    MR. SHARGEL:  I offer it into evidence.

2    MR. D'ALESSANDRO:  Same objection, your Honor.

3    THE COURT:  Overruled.  Received.

4    Same limiting instruction, ladies and gentlemen.

5    Understand what I mean by that?

6    (So marked.)

7    THE COURT:  Go ahead.

8    BY MR. SHARGEL:

9    Q    We first have on the first page things to cover in GT.

10   GT is what, Georgetown?

11   A    Georgetown.

12   Q    That's where you were travelling, the capital of Guyana?

13   A    That's correct.

14   Q    Tell us some of the things -- I'm not going together over

15   a lot of the pages -- tell us some of the things that were

16   accomplished, looking at this first page?

17   A    Well, my client had told me that Clayton Hudson was a

18   drug dealer from Guyana with the name Shortman.  We were

19   attempting to get documents from prior arrests of Clayton

20   Hudson in Guyana to show that in fact that was his nickname.

21        We were trying to get evidence from the Guyana

22   police force and from an organization called CAMU, which was

23   part of the narcotics enforcement group in Guyana.  We wanted

24   the videotapes that were shot in the airports of seizures of

25   drugs, which would show us perhaps who the people were who

Simels - direct/Shargel

1268

1  were involved in the drug shipments and the manner in which

2  they were shipping the drugs to New York.

3  Q    I refer you to the next page.

4  A    There is a reference as well there to Mr. Gouveia from

5  the Chamber of Commerce who I met up with.  When Roger Khan

6  had been -- was named in a report in March of 2006, what was

7  called the INCSR report that said he was a drug dealer and not

8  a successful businessman, Mr. Khan had immediately asked for a

9  meeting with the US ambassador to clear up the statement.

10          And he told me about the arrangements he had made to

11 clear up this misstatement, in his view, and so I sought to

12 meet with the people who set up the meeting with the US

13 ambassador and with the US ambassador himself.

14 Q    By the way, this says on page one right there, Clayton

15 Hudson.  Need some documentary proof that his name was

16 Shortman.  See that?

17 A    Yes.

18 Q    You didn't get anything from the government till

19 September 4, 2008 that supported that, correct?

20 A    Not fourteen, fifteen months later.

21 Q    I show you page two of this document in evidence, just

22 one reference, Boss Man is a cultural item.  What did you

23 learn that led you to write that down?

24 A    I had learned on my prior trip, but I wanted to find

25 witnesses who would be in a position to testify to that at a

Simels - direct/Shargel

1  trial, and that was a reference to my meeting with Ravi Dev

2  from the Parliament, and Randy DePoo, a member of the

3  government at one time who I thought could be expert witnesses

4  for us.

5  Q    Going onto the next page.  There's one attribution that I

6  want to call your attention to now under miscellaneous.  It

7  says, highlighted portion says, Have to identify people who

8  will be deposed rule 15.  See that?

9  A    Yes.

10 Q    Could you tell us, Mr. Simels, what, as you understand

11 it, rule 15 means.

12 A    There is a process that is permitted to us under the

13 rules which say that if you cannot get a person to come to the

14 United States to testify, you can request of the court that

15 they grant you the right to travel with the prosecution to

16 that country and take the testimony of that person in that

17 country and then show it by videotape or DVD here.

18        We believed that most of the people who would

19 testify for Roger Khan, and would testify with regard to David

20 Clarke and other -- and Alicia Jagnarain, would not come to

21 the United States.

22        So I wanted to go through what I understood the

23 process was, the information I needed to obtain from the

24 witnesses to be able to ultimately put into some document I

25 would submit to a court.

Simels - direct/Shargel

1  Q    Were you the only lawyer on behalf of Roger Khan who was

2  working on this?

3  A    No.

4  Q    Who else?

5  A    At this point Diarmuid White was working on the case.  He

6  was in charge of the legal writing and research.  We had other

7  attorneys who were assigned on the case from outside the

8  office.  I mentioned before Jack Semmelman, we had -- I'm

9  trying to think of who else, Richard Levitt, some other

10  lawyers.

11  Q    So after you returned from Guyana in April of 2007, and

12  you had this memo, what happened to the rest of the summer of

13  that year?

14  A    Well, we spent the time investigating.  We were

15  attempting to locate additional witnesses all over the United

16  States.

17        We increased the number of investigators we were

18  using to locate those people to ask them -- they weren't

19  witnesses per se, but they were people with information,

20  people, as Mr. Sessler testified, who might give us

21  information that would be useful to use on Lilly.

22        We attempted to locate and did in fact locate Shen

23  Jackson, Alicia's husband, and had an investigator interview

24  him.  As a result of that interview, he gave us information

25  about Alicia we didn't have before, and I also started to have

Simels - direct/Shargel

1    an e-mail dialogue and telephone dialogue with her husband.

2    Q    Did there come a time in October of 2007 that you again

3    went to Guyana?

4    A    I did.

5    Q    This was a third trip?

6    A    Third trip.

7    Q    Tell us what happened on the third trip.

8    A    This trip was primarily for the purpose of getting the

9    rule 15 in order.  I met with the witnesses who were going to

10   testify, got further information from them so we could put it

11   into our physical application to the court.

12             We were continuing to investigate Alicia

13   Jagnarain.  We were continuing to investigate David Clarke.  I

14   was meeting with people like Major Edward Peters from the

15   Army, I met with more members of the government, including

16   Minister Ramsammy.  I met with Clement Rohee, who was the

17   Minister of Home Affairs.  I attempted to see the chief of

18   police but he did not meet with me.

19   Q    At this point did you believe -- when I say this point,

20   I'm talking about the trip to Guyana in October 2007 -- did

21   you believe that David Clarke was going to be a witness

22   against your client Roger Khan?

23   A    No, nobody seemed to have an idea, the ones I spoke to,

24   where David Clarke was.  But we knew that -- from the Lilly

25   wiretaps, we could hear Lilly get on the phone with David

Simels - direct/Shargel

1272

1    Clarke and David Clarke tell him I have my source of the drugs

2    here.   He's very upset that we lost these drugs.

3           So I knew that, since the prosecutors were

4    maintaining that David Clarke was a coconspirator of Roger

5    Khan's, and that Lilly was a coconspirator of Roger Khan's, I

6    had to try to find a way to show the jury that David Clarke

7    was not believable as to who his source was.

8    Q    How were you permitted to do that if Clarke was not going

9    to be a witness, you couldn't cross-examine him, right?

10   A    There's another rule of law -- and I don't mean to say

11   what specific language is -- but you can attack a witness'

12   credibility through other people.   I believe it's Rule 806, I

13   could be wrong about the number, 804, one of those two.

14   Q    Number aside, would this apply, would this rule as you

15   understood it at the time apply to a person who was speaking

16   on a tape but not present in court?

17   A    Exactly.

18   Q    Did you create a memorandum after your trip to Guyana in

19   October 2007?

20   A    I did.

21   Q    Let me show you what is has been marked for

22   identification as S305 B for identification, a two page

23   document.   Do you recognize this?

24   A    I do.

25   Q    What do you recognize it to be?

1273

Simels - direct/Shargel

1    A    My notes that I made of the October trip to Guyana.

2              MR. SHARGEL:  I offer this into evidence..

3              MR. D'ALESSANDRO:  Same objection, your Honor.

4              THE COURT:  Overruled.  Received.

5              (So marked.)

6              MR. SHARGEL:  May I publish it?

7              THE COURT:  Yes.

8    Q    We notice -- and this is true in the others as well --

9    that this form that says interoffice memorandum has a to line

10   to Khan.  That to the file or to Khan himself?

11   A    To the file.

12   Q    RMS, from RMS; that's you?

13   A    Yes.

14   Q    This is October 2, 2007?

15   A    Yes.

16   Q    But it says Guyana October 7, 2007.  How does that

17   happen?

18   A    Well, I would plan out my trip, what I wanted to

19   accomplish.  As I said I would add notes in as I went along.

20   Q    For example, you say on the next line, locate immigration

21   person, Paul Gerald.

22   A    Right.

23   Q    There is an entry on the next page to a Fineman.  See

24   that?

25   A    Yes.

1274

Simels - direct/Shargel

1   Q    Lives in Agricola and owns a red car 190.   What is that

2   about?

3   A    Mr. Khan had asked me if I could locate an individual who

4   he thought might be a good witness in the Rule 15 proceedings

5   to testify.

6        He told me the person's name was Fineman from

7   Agricola and that he owned a red car 190.   He told me for

8   purposes of description, when I spoke to Paul and to Gerry,

9   that it was not Andrew Morgan, also known as Fineman.

10  Q    Did you meet this Fineman on your trip in October of

11  2007?

12  A    I did not.

13  Q    Did you look for him in October of 2007?

14  A    I didn't.

15  Q    Following the trip to Guyana in October of 2007, how did

16  the investigation proceed?

17  A    We continued along the same lines.   We were looking for

18  public records for any potential witness.   We were checking

19  the docket sheets.

20       Court records would indicate who was arrested and

21  what was happening with their case.   It's called a docket

22  sheet.   We would check to see who had pled guilty and had not

23  been sentenced.   That might give indication if they hadn't

24  been sentenced to are a long time that perhaps they were

25  cooperating with the government and if it was in a Guyanese

Simels - direct/Shargel

1    case, we thought we would take a look at whatever was

2    available about those people in case they turned into a

3    witness in the Roger Khan case.

4    Q    And what were you trying to accomplish by investigating

5    these people who might turn out to be witnesses?

6    A    Well, since we didn't have a witness list, we were just

7    speculating as to who could potentially be a witness in the

8    case.

9         We were trying to obtain as many records as quickly

10   as we could so that when we finally did learn who the

11   witnesses were, a week or so before trial, we would at least

12   have files on each of these people.

13   Q    And what was your understanding as to whether you were

14   permitted to interview cooperators?

15   A    The rule I believe is that you can interview cooperators.

16   You can interview anybody in a case.

17   Q    Anybody, what?  Sorry.

18   A    Any potential witness in a case, any potential sorts of

19   information, anybody with knowledge.

20   Q    As long as they are willing to talk to you?

21   A    Yes.

22   Q    During that trip or shortly after that trip to Guyana in

23   October of 2007, did you learn anything about what we have

24   been calling here the Panasonic notebook, the laptop?

25   A    In October 2007?

Simels - direct/Shargel

1    Q    Yes.

2    A    Yes.

3    Q    Tell us how that subject was introduced to you, what did

4    you learn and from whom?

5    A    One of the things Roger Khan had said to me was, I can

6    provide you further proof that I was a sworn enemy of David

7    Clarke's and that I would never have been his coconspirator.

8    Q    When was this, let's take the time.  Was this before you

9    go to Guyana in October of '07 or after you come home?

10   A    This was from the beginning but we really didn't begin to

11   focus our attention on it until mid-2007.

12   Q    Continue.  The conversation with Roger Khan about the

13   laptop.

14   A    He said to me that when --

15            THE COURT:  Excuse me.

16            Bear in mind, none of this can be considered by you

17   as proof of the truth of what Khan, according do Simels, said

18   to Simels.

19            Understood?

20            Sorry, Mr. Simels.

21            THE WITNESS:  Not a problem, your Honor.

22            THE COURT:  Continue.

23            THE WITNESS:  He said that when David Clarke was in

24   Guyana and helping the Taliban in selling drugs with his

25   brother Hupert, that he, Khan, had equipment that the

1277

Simels - direct/Shargel

1    government of Guyana had given to him to use to fight the

2    criminals, which allowed him to intercept conversations in

3    Guyana.  And that on the intercepted equipment, at least on a

4    laptop, there were conversations in which he had intercepted

5    David Clarke engaged in wrongdoing.

6           His concept was, why would I be collecting

7    information about David Clarke doing drugs and doing other bad

8    things if I was his coconspirator, and you can show that to

9    the jury and ultimately maybe they will think that is a reason

10   why I was not involved with him.

11          (Continued next page)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   CONTINUING CROSS-EXAMINATION

2   BY MR. SHARGEL:

3   Q     Did you follow that lead?

4   A     I did.

5   Q     What happened?

6   A     Well, I started asking around among the people that

7   worked for Roger Khan's companies, people who have been

8   involved with Roger Khan, whether they were involved with the

9   Taliban, knew where these laptops were.  I met with a person

10  at the Guyana telephone and telegraph, Jerry, to find out how

11  that system worked.  He told me no longer functional system,

12  no longer using analogue.  He said to me he thought the

13  equipment was in the possession of a fellow Sham Bierball.

14  Q     Did you get in touch with him?

15  A     We did.

16  Q     What happened?

17  A     He said he didn't have it.

18  Q     Where does this ultimately go?

19  A     We went from source to source.  The day I was about to

20  leave to go home from Guyana, I was told they had located a

21  laptop, that is Jerry and Paul, Gerry Pereria and Paul

22  Rodriguez.  When they swung by the hotel, they told me they

23  had the laptop.  I told them I wasn't carrying their laptop,

24  my laptop in my briefcase or home, we went to a Federal

25  Express office where it was mailed.

Simels-cross-Shargel                    1279

1   Q     Fed Ex to the United States to your office?

2   A     Turned out there were two laptops, a small one and a

3   bigger one.

4   Q     Did you think for a moment these laptops could record a

5   conversation?

6   A     No, I've been told quite to the contrary by this fellow

7   from GT and T, also been told none of this equipment had

8   worked in years by the persons who operated it.

9   Q     When you get the laptops back to the United States, what

10  steps did you take to find out what's in them?

11  A     I actually took almost no steps until around January of

12  2008.  They sort of sat in a room.  We couldn't get into them.

13  We tried to do it, went to the client, asked him if he knew

14  what the password was.  He said no.  On an occasion when one

15  of our IT people who service our computers was in the office,

16  John Conti, I asked him if he knew a way to break into the

17  larger laptop so that we could see what information was on the

18  laptop.

19  Q     You say break in, does that mean get past the password?

20  A     Get past the password.  People have a methodology they

21  can use or a program where they can go past the password

22  that's in there and open it up anyway, whether with an

23  administrative password.

24  Q     Did that come about, the IT -- what's his name?

25  A     John Conti, C O N T I.

1    Q    Would he be able to get into the laptop?

2    A    Ultimately the one I asked him to, the larger one.

3    Q    What did you discover?

4    A    There was a list of targets, I say target list on the

5    screen, tape recordings of David Clarke and others who the

6    government were claiming were Roger Khan's coconspirators in

7    the drug case, who apparently were Roger Khan's enemies.

8    Q    Just to make it clear, at any time that you had the

9    equipment in your office, whether it be the laptop, talk about

10   the base later, when you had the equipment in the office, were

11   you wiretapping anyone?

12   A    I never touched that equipment, never wiretapped anybody.

13   We never sought to get the appliances you need to wiretap

14   anybody.  We just thought they were laptops.

15   Q    Did you ever turn it on to see if it worked?  I'm not

16   talking about the laptop, but the base.  Did you ever turn it

17   on?

18   A    I didn't have a base at that point.

19   Q    I understand.  When you ultimately got the base, I'll

20   stay with this subject, did you ever try to turn the base on?

21   A    If I was told the base was there and I don't recall being

22   told that, but I was told I didn't try to turn it on.

23   Q    I'll direct your attention to early 2008, the period,

24   say, between January and May.  What were you doing in

25   connection with this case?

1    A     2008?

2    Q     2008.

3    A     We had now gathered the information we needed to make

4    that application to the court, what was called the Rule 15

5    application.  I prepared an affidavit together with my

6    cocounsel Darmuid White.  We submitted that to the court and

7    asked the court to grant us the opportunity to depose, I

8    believe initially, eight or nine people.

9    Q     When you submitted the affidavit to the court for the

10   Rule 15 depositions, did you discuss the topic of David

11   Clarke?

12   A     There were two topics basically being discussed in the

13   Rule 15.  The first topic was getting witnesses who would

14   testify negatively, adversely, against David Clarke; that is

15   to say, he was a bad person, hated Roger Khan, supported the

16   Taliban in Guyana, so forth.  The second person we wanted

17   evidence on was Alicia Jagnarain, depose two witnesses in

18   Guyana with regard to Alicia Jagnarain.  We provided copies of

19   the applications to the U.S. Attorney's Office and to the

20   judge.

21   Q     How do you actually get this information before the court

22   and the United States Attorney's Office?

23   A     There's a document that was prepared that has an

24   affidavit, called an affirmation in which I lay out

25   specifically for each person what I think they'll testify to

Simels-cross-Shargel                    1282

1    if the judge grants permission for us to go to Guyana to take

2    their testimony.

3              There are rules as to what circumstances a judge

4    will permit that or not.  A judge has to decide it's relevant

5    to the proceeding, necessary to the proceeding, and so we do

6    that.  We also submitted our position on why the law required

7    the judge to do it.

8    Q    The affirmation that was submitted by you was submitted

9    in early 2008?

10   A    Somewhere in January, 2008, mid-January.

11   Q    Did this document specifically mention your interest in

12   discrediting David Clarke?

13   A    Absolutely.

14   Q    Did it specifically mention your interest in discrediting

15   Alicia Jagnarain?

16   A    Yes.

17   Q    Let me show you what's been marked for identification as

18   Defense Exhibit S 309-A: you see that document?

19   A    Yes, I do.

20   Q    What do you recognize it to be?

21   A    A copy of the affirmation submitted to Judge Irizarry and

22   the U.S. Attorney's Office in connection with my application

23   for Rule 15, the opportunity to conduct Rule 15 deposition.

24   Q    Looking at the last page of this, this document is not

25   signed, correct?

Simels-cross-Shargel                          1283

1  A     Correct.

2  Q     Does not actually bear your signature?

3  A     Correct.

4  Q     Do you know where this document was taken from?

5  A     I believe it was taken --  I think it was taken off my

6  computer, perhaps, but when we file matters now in the court,

7  we do them electronically rather than physically bringing them

8  over with our signature.  We send them with like SS to the

9  court so that we scan a document in, electronically file it.

10 Q     Did you in fact physically sign this document?

11 A     I'm sure I did for Mr. White and he submitted it to the

12 court.

13 Q     Was this actually --  you anticipated my question.  Was

14 this actually submitted to the court?

15 A     Yes.

16 Q     Was this actually given not to these prosecutors here in

17 this case, but was this affidavit actually served upon the

18 United States Attorney's Office?

19 A     And copied to the judge and Clerk of the Court.

20 Q     Was there any secret about your interest in discrediting

21 David Clarke?

22 A     I've been talking about David Clarke and Alicia Jagnarain

23 in court for a year and a half at that point.

24 Q     Both Alicia Jagnarain and David Clarke are in this

25 affidavit?

1   A      Correct.

2              MR. SHARGEL:    I offer it into evidence.

3              MR. D'ALESSANDRO:    No objection.

4              THE COURT:    Received.

5              (So marked.)

6   Q    We won't go through the whole thing.  There are two or

7   three places I would like to stop if I may.

8              Page two.  It says although the government has not

9   disclosed, and has not been required by the court to disclose,

10  the identity of any alleged coconspirators, counsel has been

11  able to identify certain individuals as possible

12  coconspirators from discovery provided by the government and

13  from investigation derived from that discovery.  In other

14  words, when you get discovery, you follow up on it, is that a

15  fair statement?

16  A    Yes, every piece of document we would get from the

17  prosecutors we try to analyze it, follow up with our

18  investigators.

19  Q    To the extent the government will call such individuals

20  as witnesses at trial, or will offer their statements as

21  co-conspirator declarations --  we don't need technicalities

22  like that, or otherwise offer such evidence of such

23  individuals, coconspirators, the defendant must be prepared to

24  counter that evidence and to impeach the alleged

25  coconspirators if their testimony or statements are offered,

Simels-cross-Shargel                    1285

1    you see that?

2    A    Yes.

3    Q    Then you say, this is under oath, isn't it?

4    A    Yes, sir.

5    Q    You're swearing to the content?

6    A    That's correct.

7    Q    I anticipate that the prosecution will contend at trial

8    that one David Clarke, hereinafter Clarke and his brother

9    Hubert Clarke, conspired with Khan to import cocaine into the

10   United States, you see that?

11   A    I do.

12   Q    That's what you wanted to discredit?

13   A    That's correct.

14   Q    On page four I have reviewed discovery and other

15   information relating to Lilly, that's correct?

16   A    Yes.

17   Q    Including numerous tape recorded conversations

18   intercepted over Lilly's telephone pursuant to authority of

19   law.   Based on my review of the discovery, I anticipate that

20   the prosecution will contend at trial principally, but not

21   exclusively, through coconspirator statements that Khan was a

22   coconspirator of Clarke in Guyana and consequently a

23   coconspirator of Lilly.   My review has shown that any such

24   testimony and statements implicating Khan in any Clarke/Lilly

25   conspiracy will be completely uncorroborated.

1          You go on to say it remains to be seen whether

2   Clarke himself will be a prosecution witness, right?

3   A    Yes.

4   Q    What you're attempting, if I shortcut this, what you're

5   attempting to do here is to put on witnesses in Guyana to

6   testify at deposition that would attack the credibility or

7   believability of David Clarke, right?

8   A    Correct.

9   Q    Same thing and I don't have to go reading it, on page 12,

10  same thing with respect to Alicia Jagnarain, right?

11  A    Yes.

12  Q    Even though you didn't have a witness list, you were able

13  to discover who the witnesses were and you're telling Judge

14  Irizarry, a federal judge in this building that you want to

15  impeach those people with other witnesses, right?

16  A    That is correct.

17  Q    Did you ever, ever, make any effort to conceal your

18  investigation of David Clarke or Alicia Jagnarain?

19  A    At no point.

20  Q    References has been made to Nigel Rodney and your

21  understanding that Nigel Rodney was a cooperator.  Did you,

22  sir, ever visit Nigel Rodney in a federal jail?

23  A    I've always believed Rodney to be one of the principal

24  witnesses against Roger Khan.  Yes, we did visit him at the

25  jail.

1    Q     Which jail did you visit him at?

2    A     Went to what's called the MDC, which is the federal

3    prison in Brooklyn New York on 39th Street.

4    Q     29th Street you mean?

5    A     29th Street.

6    Q     And 3rd Avenue, correct?

7    A     That's correct.

8    Q     A place you've been to many times?

9    A     Many times.

10   Q     You knew that Nigel Rodney had a lawyer, right?

11   A     I did.

12   Q     But you went there anyway without actually contacting the

13   lawyer?

14   A     We attempted to contact the lawyer numerous times, never

15   reached him, ultimately went to see Mr. Rodney after he sent a

16   message to me he wanted to talk to me.

17   Q     What's your understanding of the law in this court as to

18   whether an individual is permitted to go to see --

19           MR. SHARGEL:     Should I finish the question.

20           THE COURT:     He's waiting.

21           MR. SHARGEL:     I thought he was leaving.

22           MR. D'ALESSANDRO:     Staying here.

23   Q     What's your understanding of whether a lawyer is

24   permitted under the rules of ethics, the rules of law, any

25   rules you want, permitted to see someone who is represented by

Simels-cross-Shargel                    1288

1    counsel without actually notifying counsel?

2    A    My belief you can absolutely do it.

3            MR. D'ALESSANDRO:    Objection.

4            THE COURT:    Overruled.

5    Q    There's authority for that in this circuit, Court of

6    Appeals has said that's correct?

7    A    I believe a 1994-case decided by the United States Court

8    of Appeals for the Second Circuit that says just exactly that.

9    Q    Did you, sir, ever get a chance to sit down and talk to

10   Nigel Rodney?

11   A    I did.

12   Q    You went into the MDC, filled out a form, we've seen it

13   on the screen, Title 18 as Mr. Rodriguez said as a

14   representative from MDC, you remember him from yesterday?

15   A    Yes.

16   Q    You filled out the form, did you?

17   A    I did.

18   Q    Did you say anything false or make any false statement to

19   get in to see Nigel Rodney?

20   A    No.

21   Q    Tell us what happened when you went there.

22   A    Went to the MDC, you walk up to the front desk.   The

23   guard or correction person says how many forms you want,

24   counselor?  You tell him how many you want.   You fill them

25   out, put your things in a locker, give them back the forms.

Simels-cross-Shargel                    1289

They call the inmates down.  You go to the visiting room and
the person comes down.  In this instance, Mr. Rodney came
down.  He goes over to a desk where there are generally two
correction officers standing.  He asked --

Q     The bottom line you see him?

A     I do see him.

Q     Are you with someone?

A     I'm with Mazurek.

Q     The two of you get to see him?

A     Yes.

Q     Does he say I don't want to talk to you, leave, anything
like that?

A     No, we went into an attorney room, a glass room where we
sat and talked for about 45 minutes or so.

Q     After you left, did you prepare a memorandum of that
interview?

A     Yes.

Q     Did you --

A     I believe Ms. Irving prepared.

Q     Did you learn information helpful to your case?

A     Very helpful.

Q     I show you what's been marked as S 306-A for
identification.  I'm showing you what's been marked as S 306-A
for identification.  I ask you to look at that and tell me if
you recognize it.

Simels-cross-Shargel                    1290

1   A    I do.

2   Q    What do you recognize it to be?

3   A    A memorandum of the first meeting Ms. Irving and I had

4   with Sharwin Lilly, also known as Rodney Nigel Chester on

5   March 9th, 2008.

6   Q    You received a copy of this, did you?

7   A    I did.

8   Q    Did this accurately reflect what occurred at the meeting

9   on March 9th, 2008?

10  A    I believe it did.

11  Q    Was it your understanding this was prepared near the time

12  or not immediately thereafter, shortly thereafter?

13  A    Yes.

14       MR. SHARGEL:   Offer this into evidence.

15       THE COURT:   Any objection?

16       MR. D'ALESSANDRO:   No, your Honor.

17       THE COURT:   Received.

18       (So marked.)

19       THE COURT:   Again, even if you find these

20  statements were in fact made to Mr. Simels, you can't consider

21  them for the truth, understood?

22       Go ahead, Mr. Shargel.

23  Q    This simply says RMS and I met with Lilly.  He was

24  advised that he did not have to meet with us and that he was

25  free at any time to leave.  He agreed to listen and talk to us

Simels-cross-Shargel                    1291

1  about his involvement in Roger's prosecution.  Lilly said he

2  didn't know he was going to be testifying against Roger, and

3  only two weeks ago was he asked by the government what he knew

4  about Roger.  Lilly said if he testified he would say he has

5  never met Roger and does not know him.  He said that he didn't

6  know he was working with Roger but only believed it because

7  Dun-Dun and Shelly said.  He said stuff only gets out of GT if

8  they go through Clay, Ricardo and Roger B/C, that is what

9  Dun-Dun and Shelly told him.  Is that what was told to you?

10 A     Yes.

11 Q     He was willing to talk about the entire subject?

12 A     He was and he did.

13 Q     Did there come a time when there was a return trip to the

14 MDC?

15 A     Mr. Rodney indicated at a point in the conversation that

16 he wanted to think about what we had been discussing and

17 wanted to talk to his attorney and that we should return, I

18 believe, the following Friday.

19 Q     Did you return the following Friday?

20 A     We did the following week; yes, sir.

21 Q     Let me show you what's been marked for identification as

22 S 306 B.  I ask you if you recognize this?

23 A     The memorandum of the visit on March 14th, 2008 to

24 Mr. Rodney.

25 Q     Was this memorandum prepared, if not immediately, then

Simels-cross-Shargel                              1292

1    shortly thereafter the meeting?

2    A    I would think that same day.

3    Q    Does it accurately reflect what happened at the meeting?

4    A    Yes.

5              MR. SHARGEL:   Offered in evidence.

6              THE COURT:   Received.

7              (So marked.)

8              MR. SHARGEL:   I want to point out two attributions.

9    Lilly says he didn't know Roger and only knew rumors.  He said

10   the rumors were that Roger blew up in Guyana but it was after

11   Lilly had left Guyana for the U.S.  Lilly said he told the

12   government he didn't know Roger and only heard of Roger

13   through Dun-Dun.  You sigh that.

14   A    Yes.

15   Q    Two pages later, this is still before you received a

16   letter from the government conceding there was another Short

17   Man involved in drugs, right?

18   A    Another five minutes later.

19   Q    When asked if Lilly knew Clay by any other name, Lilly

20   said yes, Short Man, and it says without any hesitation,

21   right?

22   A    Yes.

23   Q    By the way, when you met with Nigel Rodney, did you try

24   to intimidate him, scare him in any way?

25   A    Mr. Rodney was free to leave at any time.  There were, as

Simels-cross-Shargel                          1293

1    I say, two correction guards within 50 feet of us.  He could

2    have walked out that door any time and never come back, gone

3    upstairs, told the government we were seeing him, done

4    whatever he wanted to do.

5    Q    Did you ever have any cross-words with him, anything like

6    that?

7    A    No.

8    Q    Any voices raised?

9    A    No, we had a very conversational discussion.

10   Q    There were three other times Mr. Rodney was interviewed?

11   A    Yes.

12   Q    You weren't present in those three other times?

13   A    I don't believe I was.

14   Q    Arienne Irving went to see Nigel Rodney, obtain

15   information from him?

16   A    I asked Irving on page three occasions to go to continue

17   dialogue, get him to speak, to continue.

18   Q    Did you talk to Ms. Irving immediately after she came

19   back?

20   A    She would call me as she was leaving the prison.

21   Q    Did you see the memos shortly after they were prepared?

22   A    As soon as they were prepared.

23   Q    Could you tell the court how long it was between

24   Ms. Irving's returning to the office that day and when these

25   memos were prepared?

Simels-cross-Shargel                    1294

1   A    Ms. Irving would generally come right back to the office

2   and would type up the memorandum, have them before the end of

3   the day.

4   Q    You would get to read the memorandum by the end of the

5   day?

6   A    Yes.

7   Q    I show you what's been marked as Defense Exhibit S 306

8   for identification, 306-C for identification.  I ask you if

9   you recognize it?

10  A    That's the third visit to Nigel Rodney/Sharwin Lilly

11  visit.

12  Q    Did you read this on May 20th, 2008?

13  A    I would think so.

14           MR. SHARGEL:   Offered into evidence.

15           THE COURT:   Any objection?

16           MR. D'ALESSANDRO:   None.

17           THE COURT:   Received.

18           (So marked.)

19  Q    There was a fourth visit to Mr. Rodney, correct?

20  A    Yes.

21  Q    That fourth visit was by Ms. Irving?

22  A    Yes.

23  Q    Same circumstances where you got a memo upon her return?

24  A    Yes.

25  Q    Prepared either immediately or shortly after she

Simels-cross-Shargel                                1295

1  returned?

2  A    Yes.

3  Q    You read the memo on the same day it was prepared?

4  A    Yes.

5  Q    I show you what's been marked for identification as

6  306-D, ask you if you recognize that, tell me what it is?

7  A    This is a memorandum of the fourth visit I sent

8  Ms. Irving back because Mr. Rodney had promised me he would

9  get me the telephone number for his cousin for me to call in

10  Guyana for my trip to Guyana who was related to the Clarkes.

11            MR. SHARGEL:    Offer 306 D in evidence.

12            THE COURT:    Any objection?

13            MR. D'ALESSANDRO:    No objection.

14            THE COURT:    Received.

15            (So marked.)

16  Q    I'm going to turn to one page, two entries, one page.

17  Lilly said he didn't like that David Clarke is cooperating.

18  He wants info on how he was arrested.    He said that David

19  never does anything that doesn't benefit himself.

20            Further --

21            THE COURT:    Again, ladies and gentlemen, you cannot

22  consider these for proof of the truth of the matters asserted,

23  understood?

24  Q    Lilly said at his last proffer, the one he told us about,

25  he met Shannon Jones for the first time and she said --  one

Simels-cross-Shargel                          1296

1  of the prosecutors?

2  A    In the Khan case.

3  Q    The first time she said Lilly knew Roger and Lilly said

4  he didn't and she was wrong.  She then showed him a big photo

5  book and asked him to go through it to see if he recognized

6  anyone.  He said he went through it and he said he didn't know

7  anyone.  But Lilly said he knew Roger's photograph was in

8  there, B/C.  You had this information with you as of May 22nd,

9  2008, correct?

10 A    That's right.

11 Q    Finally, I would like to show you  --  do you remember

12 there was yet another visit, one more visit to Nigel Rodney?

13 A    I believe in July of 2008.

14 Q    Let me show you what's been marked as Defense Exhibit?

15 306 E for identification, ask you if you recognize this

16 document?

17 A    I do.

18 Q    What do you recognize it to be?

19 A    This is Ms. Irving's memorandum to myself in the Khan

20 file with regard to Nigel Rodney and her visit on July 22nd.

21 Q    Was this prepared immediately after or close to

22 immediately thereafter and did you read it on July 22nd, 2008?

23 A    Yes.

24          MR. SHARGEL:    Offered into evidence.

25          THE COURT:    Received.

1           (So marked.)

2     Q     I'm not going to read it, it's in evidence.   This

3     reflected as you understood it what occurred at that meeting?

4     A     Yes.

5     Q     This was the fifth visit, the fifth time that Lilly was

6     visited, correct?

7     A     Correct.

8     Q     When I say Lilly, this is Exhibit,

9     Government Exhibit 120, this is the same Lilly who is the

10    subject of the wiretaps, right?

11    A     That's right.

12    Q     There's a fair amount of information for Lilly to impart?

13    A     A lot, yes.

14    Q     Let me move on to another event in early 2008; that is,

15    the visit to see Clarke.   After the meetings with Lilly, the

16    information imparted to you, did your view change on whether

17    Clarke was going to be an actual witness as opposed to a

18    declarant on paper?

19    A     Yes, but I learned, I believe on March 9th, 2008 from

20    another inmate, not Lilly, that Clarke might likely be at the

21    Queens detention center.   So, we attempted to confirm that

22    information.

23    Q     What did you do?

24    A     One thing you could do, you could go on the Bureau of

25    Prisons' web site.   If you have a person's name or date of

Simels-cross-Shargel                    1298

1    birth, inmate number, you can put that in, called the inmate

2    locater, and they'll tell you where that person is if they're

3    in the system.  Mr. Clarke didn't show up that way.

4         We then decided -- I decided -- to have Ms. Irving

5    call over to the specific prison but I didn't know the name of

6    the prison and had never heard of the prison.

7         So, I began to reach out to various people.  I

8    called Mr. White.  I e-mailed Mr. White, does anybody know the

9    name of this prison, where it's located?  I then contacted Mr.

10   Gonzalez even though he was then with the federal government,

11   asked him if he would tell me what the name of the prison was.

12   I told him the reason I wanted to find out the name is because

13   I believe David Clarke was at that prison.

14        Mr. Gonzalez wrote me back by e-mail, said to me

15   here's the address, here's who you have to contact, then have

16   Ms. Irving call there.  They confirmed David Clarke was an

17   inmate there, gave us his registration number.  I then

18   contacted Larry Frost, one of my New York investigators, said

19   I would like to try to go over, at least meet Mr. Clarke.

20   Q    Let me show you what's marked as S 307-A for

21   identification.  What do you recognize it to be?

22   A    A series of e-mail exchanges between Frank Gonzalez, my

23   former investigator then with the U.S. Marshal's Office in

24   March of 2008 regarding the location of David Clarke in the

25   prison.

Simels-cross-Shargel                              1299

1   Q    You're telling the person who is now at this time a

2   United States Marshal or deputy marshal that you wanted to

3   visit David Clarke?

4   A    Exactly.

5            MR. SHARGEL:   I offer S 307-A into evidence.

6            THE COURT:   Any objection?

7            MR. D'ALESSANDRO:   No.

8            THE COURT:   Received.

9            (So marked.)

10  Q    This starts, do you know the name of the facility in

11  Queens where they house federal prisoners.  Then Mr. Gonzalez

12  answered the question, tells you where it is, correct?

13  A    Correct.

14  Q    Tells you the contract facility run by the former chief

15  deputy U.S. Marshal for the Eastern District, nice place, the

16  people there treat you very nice.  He didn't have the exact

17  address, said he was homesick sick but he would get it for

18  you?

19  A    Yes.

20  Q    You ultimately got the correct address, right?

21  A    Yes.

22  Q    Let me show you what's been marked as 307-C for

23  identification.  You recognize this?

24  A    E-mail I was copied on from Ms. Irving on March 20th.

25            MR. SHARGEL:   For identification, Judge, I'm sorry.

SS      OCR      CM      CRR      CSR

Simels-cross-Shargel                              1300

1    Q     This is what?

2    A     It was an e-mail I was copied on from Ms. Irving on

3    March 20th, 2008.

4    Q     On the question of the visit to the Queens facility?

5    A     Yes.

6              MR. SHARGEL:    Offered in evidence.

7              MR. D'ALESSANDRO:    No objection.

8              THE COURT:    Received.

9              (So marked).

10             (Continued on next page.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SS       OCR       CM       CRR       CSR

Simels - direct - Shargel                    1301

1   BY MR. SHARGEL:

2   Q    And this simply is an e-mail to Diarmuid White; it's

3   Diarmuid, but it's Diaramuid White?

4   A    Yes.

5   Q    It says: "I called the Queens facility, and confirmed

6   Clark is there and what his registration number is"?

7   A    That's correct.

8            MR. SHARGEL:   Judge, would this be an appropriate

9   time?

10           THE COURT:   Yes.

11           Don't discuss the case.   We'll resume in ten

12  minutes.

13           (Jury excused.)

14           MR. SHARGEL:   Judge, in fairness, I just want to

15  tell you that my estimate may be off.   I'm going slower than I

16  thought I would.

17           THE COURT:   I figured that out already.

18           (Recess.)

19           (In open court; jury not present.)

20           THE COURT:   Bring in the jury, please.

21           (Jury present.)

22           THE COURT:   Please be seed.

23           Go ahead, Mr. Shargel.

24           MR. SHARGEL:   Thank you, your Honor.

25  BY MR. SHARGEL:

Simels - direct - Shargel                    1302

1   Q     So, before the break that we took, I was asking you

2   questions and you were giving me answers about your visit to

3   see David Clark at the Queens facility.

4          You remember those questions; correct?

5   A     Yes, I do.

6   Q     And tell us what happened.  Tell us exactly what happened

7   when you got to that Queens facility, who you were with.

8   Remind us again.

9   A     I met Larry Frost, my -- one of the private investigators

10  that I had working on the case, in front of the facility.

11  Q     And what happened?

12  A     We went in together.  The door was opened for us.

13  Q     Keep your voice up a little bit.

14  A     I'm sorry.  We went in together.  I believe a woman guard

15  or correction person opened the door.  I looked around, saw

16  the typical cameras and other things that are attendant to

17  federal facilities.

18          She asked me for my identification.  I presented her

19  my bar card.  I believe Larry presented -- Frost presented to

20  her his private investigator's license.  I didn't really watch

21  to see where she entered it.  I assume she wrote it down

22  somewhere.  She gave us a locker key.  We agreed to share a

23  locker.  We put our personal items in the locker, and she told

24  us to wait and she would get the inmate down.

25  Q     How many times, as best you can tell us, have you visited

Simels - direct - Shargel                    1303

1    inmates in federal jails in the United States during the

2    course of your career?

3    A    Hundreds, if not thousands.

4    Q    And had you ever been asked, in connection with a visit

5    to a federal jail, as to whether you were the person's lawyer?

6    A    Never.

7    Q    Were you asked on this occasion, in March of 2008,

8    specifically March 27, 2008, whether you were the lawyer for

9    the person that you were visiting?

10   A    I was never asked that question.

11   Q    Do you know of instances where you have written to a

12   warden or some person in authority at a jail to get permission

13   to see a person?

14   A    In the Roger Khan case alone, I wrote to about ten jails

15   when I went to see Peter Headley.  When Frank Gonzalez did, we

16   wrote to prisons Upstate New York, in Florida, across the

17   country, to give our investigator and/or myself access to

18   those individuals.

19   Q    Were you successful in obtaining access on each and every

20   one of those occasions?

21   A    On each and every one.  And I never said I was a person's

22   attorney.

23   Q    What happens when you actually see David Clark on that

24   day?

25   A    We were told, Mr. Frost and I, by the guard to go into

Simels - direct - Shargel                    1304

1   the room to the left of the hallway we were seated in,

2   reception area.

3          We walked in.  The door to the back opened up.  A

4   black man of, I would say, five foot-nine, somewhere in his

5   late forties, early fifties, walked in, dark skin.

6          I said, Are you David Clark?  I'm Robert Simels.  I

7   represent Roger Khan.

8          The person backed out of the room, and that was the

9   end of the meeting, and we left.

10  Q    Were you in any way forceful?  Did you raise your voice,

11  did anything like that happen?

12  A    No.

13  Q    He refused to be interviewed, and you left?

14  A    Right.  I thought I had been successful with Nigel

15  Rodney.  I was hoping that I would be successful with David

16  Clark.

17  Q    Why did you want to talk to David Clark?

18  A    Well, I wanted to speak to David Clark, because I had a

19  lot of information on David Clark, not as much then as I would

20  later on.  I had enough information to know that he had been

21  on Roger's target list.  He had been on tapes, that he had

22  properties in Guyana that he didn't tell the government of the

23  United States about that would have been subject to

24  forfeiture.

25         I wanted to confront him with all those things.

Simels - direct - Shargel                    1305

1    Plus the fact that I knew he was on tape, putting on the tape

2    with Lilly his real source of the drugs, and it was not Roger

3    Khan.  I had found out from my visits many things about Lilly

4    -- about Clark, and I wanted to persuade him it was in his

5    interest to go to the prosecutors and tell them the truth, or

6    hopefully he would talk to us just as Lilly had,

7    and we would gain information

8    Q    Given the fact that he didn't talk to you at all, did you

9    ever go back, by the way?

10   A    No.

11   Q    Given the fact that he didn't talk to you at all, did

12   that have any value, his refusal to talk to you?

13   A    Yes.

14   Q    Explain to the jury what value that was.

15   A    Well, even as we hear here, if a witness meets with the

16   government ten, fifteen times to prepare for their trial, and

17   you say to that witness on cross-examination, Have you met

18   with the government ten or fifteen times, I came to see you to

19   ask you to speak to us, did you refuse to meet with us?, and

20   the answer would be, in this case, Yes, I refused to meet with

21   you, the jury can make whatever evaluation of that information

22   they wanted to, but I thought it had value.

23   Q    Now, I want to go back to the conversations on the

24   laptops.

25            Did there come a time when you turned conversations

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                    1306

1  that you wanted to use or intended to use at trial over to the

2  prosecutors in the case?

3  A    Judge Irizarry had directed Diarmuid White and myself, in

4  March of 2008, not to wait until we got closer to trial, but

5  to turn over all tape-recordings that we intended to use,

6  whether during cross-examination or on the defense case, to

7  the prosecutors in March of 2008.

8  Q    Did you comply with Judge Irizarry's orders?

9  A    I did.  I forwarded copies of a disk of all conversations

10 and calls we wanted to introduce.

11 Q    I show you what's been marked for identification as

12 S-308-B.  I ask you if you recognize this.

13 A    I do.

14 Q    What do you recognize it to be?

15 A    The letter I sent to the Assistant United States

16 Attorney, containing copies of all the conversations we

17 intended to potentially use at trial.

18           MR. SHARGEL:  I offer it into evidence.

19           MR. D'ALESSANDRO:   No objection.

20           THE COURT:   Received.

21           (So marked.)

22 Q    I am including four CD's containing conversations that

23 the defense may introduce at trial in its defense in

24 conformity with the direction of the Court?

25           That's Judge Irizarry; correct.

Simels - direct - Shargel                    1307

1   A      That would be correct.

2   Q      There was an enclosure with this, was there not?

3   A      Yes, four CD's.

4   Q      Do you remember hearing back from the government in

5   connection with the CD's that had been turned over?

6   A      On a number of occasions.

7   Q      Do you remember, in May of 2008, receiving a letter

8   asking questions about what had been turned over?

9   A      I believe in around May 23, 2008 or thereabouts, the

10  prosecutors sent a letter saying they wanted to inspect the

11  original equipment from which the tape-recordings were made.

12  Q      Let me show you what has been marked as Defendants'

13  Exhibit 308-C for identification?

14         Do you recognize this.

15  A      That's the May 23 letter that the prosecutors faxed to

16  Diarmuid White, which he then forwarded to me.

17         MR. SHARGEL:  I offer this in evidence.

18         MR. D'ALESSANDRO:   No objection.

19         THE COURT:   Received.

20         (So marked.)

21  Q      I just want to publish or read the highlighted portions.

22  "May 23, 2008.  The government is in possession of the four

23  CD's, compact disks."

24         By the way, this is May 28, more than a month after

25  you turned the CD's over; correct.

Simels - direct - Shargel                    1308

1    A    Two months after.

2    Q    Two months after.  Two months after the date that you

3    turned over the CD's; right?

4    A    Correct.

5    Q    This is the first time that you heard anything from the

6    government in response to your disclosure of the CD's; right?

7    A    I believe so.

8    Q    So, it says here that "The government is in possession of

9    the four compact disks, CD's, that the defendant produced to

10   the government.  In reviewing those CD's, the government found

11   the following."  And the government had questions.  Without

12   getting into the details, there were questions raised about

13   the tracks of the recordings and so on.

14        Right?

15   A    Yes.

16   Q    And the second page, it says: "Also, please describe how

17   each of the recordings were made, including the equipment

18   used.  In addition, the government requests that a computer

19   expert inspect the original recordings at a mutually

20   convenient time."

21        Do you see that?

22   A    Yes, sir.

23   Q    You had the recordings that were in the laptop like any

24   other computer file; correct?

25   A    Exactly.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                    1309

1   Q    If you wanted to play a certain recording, you

2   double-clicked on the recording, and that was what was played

3   on whatever mechanism the computer was using?

4   A    Yes.

5   Q    I-Tunes or Windows or an application like that?

6   A    Exactly.

7   Q    Did you understand the laptops to have the originals of

8   the recordings?

9   A    I don't know whether they did or not.  But that was the

10  only piece of equipment that we had that had the recordings,

11  so I assumed that they wanted to inspect that -- maybe both

12  laptops.

13  Q    Did you have to take certain steps to make sure that when

14  trial occurred, you could get these into evidence?

15  A    If you don't comply -- that is, give the prosecutors,

16  like they should give us, as well, an opportunity to inspect

17  the original equipment if a demand is made -- you can be

18  precluded -- that is, stopped -- by the Court from utilizing

19  that evidence at trial for failure to cooperate with the other

20  side in violation of the rules.

21          So, we wanted to make sure that we were compliant,

22  so that we can use those tape-recordings.

23  Q    I show you what's been marked as Defense Exhibit S-308-D

24  as in David for identification.  I ask you to tell us whether

25  you recognize this.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                    1310

1  A    I believe this is a list that we provided to the
2  prosecutors in the Khan case of each track that they would be
3  hearing, so that they could identify, if they wished, which
4  calls that we might seek to introduce, and what they might
5  want to inspect.  I believe I gave it to them, the chart,
6  around June 11, 2008.
7  Q    This chart is undated.
8        Was this prepared in your office?
9  A    It was prepared in my office, and handed by me to either
10 Ms. Peterson or Ms. Jones in the courthouse when we were
11 before Judge Irizarry.
12 Q    In response to what I have read before?
13 A    Yes.
14 Q    This was in fact referenced in a later letter that the
15 government, Ms. Peterson, wrote to you; right?
16 A    That's correct.
17 Q    And actually, it was Shannon Jones who wrote to you and
18 referenced this chart; correct?
19 A    Yes.   The prosecutors wrote a letter to me I believe in
20 July, acknowledging the June 11 chart that we provided.
21        MR. SHARGEL:  I offer 308-D in evidence.
22        MR. D'ALESSANDRO:   No objection.
23        THE COURT:  Received.
24        (So marked.)
25 Q    Do you remember hearing again from the government on

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                    1311

1    July 10, 2008 in connection with this matter?

2    A    Yes.

3    Q    And do you remember the government again saying that the

4    information that you supplied was inadequate, that they needed

5    more information?

6    A    Correct.

7    Q    I show you what's been marked as Defense Exhibit S-308-E

8    for identification.

9              And do you recognize this?

10   A    Yes.  This is a letter that I received, as it indicates,

11   both by Federal Express and e-mail on July 10, 2008 from the

12   prosecutors, asking for more information about the equipment.

13             MR. SHARGEL:  I offer this document, 308-E, in

14   evidence.

15             MR. D'ALESSANDRO:  We can agree on a redaction?

16             MR. SHARGEL:  Sure.

17             I'll offer the part that has been highlighted in

18   yellow on the copy that you have before you, your Honor.

19             THE COURT:  All right.  As redacted, received.

20             (So marked.)

21   Q    So, I will read it.  I will not put it on the Elmo.

22             May I publish to the jury by reading it?

23             THE COURT:  Yes.

24             MR. SHARGEL:  All right.

25             In this letter dated July 10, 2008, the prosecutor

Simels - direct - Shargel                    1312

1   writes to Mr. Simels and it says, among other things, but this
2   is the part in evidence:   "First, on May 23, 2008, the
3   government wrote Mr. White regarding the four CD's produced by
4   the defense.   By letter dated June 11, you responded to some
5   but not all of the questions contained in that letter.

6            "For example, we requested information regarding how
7   the recordings were made, including the equipment used.   That
8   information has not been provided.   We also do not understand
9   why the CD's produced indicate that they were all 'modified,'
10  quote unquote, on December 31, 1994, yet the chart attached to
11  your June 11, 2008 letter indicated that the calls were
12  intercepted on different dates between October of 2004 and
13  March of 2006.   Please describe the source of the information
14  contained in the June 11, 2008 charts.

15           "Also, the chart you provided only listed one
16  telephone number per speaker intercepted call.   We request
17  that the telephone numbers of both parties intercepted be
18  provided.   And finally, please let us know when we may have
19  our computer expert inspect the original recordings."
20  Q    Sir, while all this is going on, these requests from the
21  government in the spring and early summer of 2008, did you
22  have any conversations with Mr. Khan concerning this
23  equipment?
24  A    I did.   Actually, Ms. Irving did, as well.
25  Q    As a result of the conversations that you had with

Simels - direct - Shargel                    1313

1    Mr. Khan, did you seek to have more equipment brought into the

2    United States?

3    A    First, we, based upon what Mr. Khan advised us, decided

4    that there might be more conversations on the small laptop

5    that I had brought back in October of 2007 which we never

6    accessed.  So, I had a different IT person, who is coming to

7    the office, Mr. Kern, Justin -- Justin Kern, attempt to bypass

8    a password on that small laptop, so we can see if there were

9    additional recordings that had to be produced to the

10   prosecutors regarding Clark or other people.

11         And since I was under the impression at that point

12   that these were not the intercept pieces -- that is, the

13   laptops -- but that there was some base-type power source that

14   he needed to be able to connect with it, I began to make

15   inquiries by e-mail and calls to Guyana if that base existed

16   somewhere, because we would have to produce it for inspection

17   for the prosecutors.

18   Q    Now, throughout the summer of -- withdrawn.

19         So, as a result of that, did you make efforts to get

20   the base.

21   A    I did.

22   Q    And tell us what those efforts were.

23   A    I e-mailed several people.  We contacted an individual

24   named Reagan, Mark Reagan you have heard about, asked him if

25   he knew how to access the base.  We provided my Fedex number,

Simels - direct - Shargel                    1314

1   the business's Fedex number, to have them ship it up if and

2   when they found it.  And I was notified that it had been found

3   and was being sent to New York.

4   Q    There was a letter that was introduced yesterday, where

5   Mr. Khan was suggesting that you should be showed at some

6   point how this eavesdropping equipment worked?

7   A    I think that was back in 2007.

8   Q    Whether this was in 2007 or 2008, right up until today,

9   have you ever been given a demonstration as to how this

10  equipment worked?

11  A    No.

12  Q    From 2007 or anytime when the subject of equipment came

13  up, did you ever see that base that we have in evidence

14  operational?

15  A    Never.

16  Q    You heard Mr. Meyers's testimony.  Did you then or do you

17  now have an understanding of how radio waves are converted by

18  the software in the computer, anything like that?

19  A    I never had any indication.  I tried to get information

20  about it at some point, but Mr. Meyers and his company refused

21  to give us any.

22  Q    We'll get to that in a minute?

23          Did you, sir -- did you know or have any knowledge

24  whatever that that base and the laptop computer was somehow

25  primarily useful for wiretapping the conversations.

Simels - direct - Shargel                    1315

1   A    I didn't know there was any connection between the two.

2   I had never seen the base.  I didn't care about the base.  I

3   just wanted it here so the prosecutors couldn't say we didn't

4   produce it.

5        When Fedex apparently said they had to open the box,

6   I told Ms. Irving, Tell them to open the box.  I don't care

7   what's in there.  And they did.  If I was trying to hide it, I

8   certainly wouldn't tell Fedex and customs to open the box, and

9   they did, and they ultimately delivered it.

10       We had been told that this equipment was

11  non-functional.  GTT agents told us, Guyana Telephone and

12  Telegraph, had told me, the head of the company, they changed

13  from analog to digital in 2004, 2005.  This equipment was

14  nonfunctional, as far as I know.

15  Q    Now, Mr. Simels, you just referenced a moment ago, and we

16  have seen, e-mails in evidence that were admitted for a

17  limited purpose, but e-mails between you and Mr. Meyers and

18  other individuals at the Smith Meyers Company; correct?

19  A    Correct.

20  Q    You were seeking information -- the jury has seen these

21  e-mails already -- you were seeking information in connection

22  with the equipment that had been used to overhear or eavesdrop

23  on the conversations; right?

24  A    We were not trying to make any secret of it, not only

25  because we were providing these to the government, but --

Case 1:08-cr-00640-JG   Document 231   Filed 11/18/10   Page 205 of 319

1           THE COURT:  Listen to the question and answer the

2    question, please, sir.

3           THE WITNESS:  I'm sorry, your Honor.

4           (Continued on next page.)

Simels - direct/Shargel

1317

1    THE COURT:  Listen to the question and answer the

2    question, Mr. Simels.

3    THE WITNESS:  I'm sorry, your Honor.

4    Q    Your e-mail correspondence was an effort to obtain

5    information in connection with this equipment; correct?

6    A    I served a subpoena on the company and I was looking to

7    get them to comply with the subpoena that had been signed by

8    Judge Irizzary.

9    Q    That was my next question.  You obtained an order from

10   Judge Irizzary that the company comply with the subpoena?

11   A    On April 28, 2008, I met with Judge Irizzary along with

12   Mr. White, out of the presence of the prosecutors.

13   Q    Hold on.  Is that a permissible proceeding?

14   A    It's called an ex parte proceeding, and it was one that

15   the judge had authorized to have, to make a presentation to

16   her out of the presence of the prosecutors as to what our

17   evidence might be at the Khan trial, so that it could be kept

18   secret.

19        We presented to her at that time all of the

20   subpoenas that we wanted her to sign, subject to the judge's

21   review, subject to our providing her a good, valid reason why

22   we wanted the materials, and why she should execute the

23   subpoenas.

24   Q    As a result of that submission, that oral submission to

25   Judge Irizzary, did the judge sign an order?

1318

Simels - direct/Shargel

1    A    She signed sentence for not only that company, Smith

2    Myers, but for an FBI agent in Florida named Justin Kridder

3    who had information about that equipment as well.

4    Q    What was the intent or purpose of you obtaining this

5    information?

6    A    We wanted to be able to demonstrate that Roger was in

7    fact a hero helping Guyana and not a criminal as the

8    government was suggesting --

9    Q    Did it have anything whatever to do with who actually

10   purchased the equipment at the time it was being used?

11   A    Yes.

12   Q    At the time that it was being used, that was before you

13   were retained by Roger Khan; correct?

14   A    It was purchased in 2003 through The Spy Shop in Miami,

15   through Smith Myers, by the government of Guyana.  We had the

16   authorization from the Minister of Health, Leslie Ramsammy.

17   Q    Just for clarity's sake.  You don't meet with Khan until

18   August of 2006; correct?

19   A    I met him in July 2006 and was retained August 6, 2006.

20   Q    There were other pieces of correspondence on this very

21   same subject, the equipment, and I want to see if I can move

22   this along by referencing three documents in chronological

23   order.

24        I'm putting before you for identification S308 F.

25   Do you recognize that?

1319

Simels - direct/Shargel

1    A    It's a letter that I would have sent -- I did send

2    through the electronic filing system to the judge in the Khan

3    case.

4    Q    Judge Irizzary?

5    A    Judge Irizzary.

6              MR. SHARGEL:  I would offer this into evidence. Do

7    they want a redacted copy or full copy?

8              MR. D'ALESSANDRO:  Can we confer with counsel?

9              THE COURT:  You may.

10             MR. SHARGEL:  We have agreed that I am offering a

11   redacted portion of the letter of July 23, 2008.

12             THE COURT:  All right.

13             MR. SHARGEL: That is S308 F.  In parentheses it will

14   be marked redacted.

15        May I publish it to the jury by reading that portion

16   that has been admitted?

17             THE COURT:  You may.

18             MR. SHARGEL:  The prosecution has sought

19   information -- a letter to Judge Irizzary, dated July 23,

20   2008.

21        The prosecution has sought information concerning

22   tape recordings provided to it by the defense, specifically,

23   attempting to determine why the CDs have a December 31, 1994

24   modification date.

25        We have determined that whenever we use the Roxio

Simels - direct/Shargel

1  program for burning CDs that the modification date on all

2  recordings lists the files as being modified on December 31,

3  1994, not simply in this matter.

4      We do not know the reason for that glitch with the

5  Roxio program and are attempting to obtain an answer from our

6  IT support group.  The chart provided to the prosecution have

7  the actual dates of the calls.

8      So that's further correspondence dealing with other

9  things, but dealing with the recordings as well, right?

10 A    Yes, sir.

11 Q    And on July 7, 2008 -- actually what I would like to do

12 is introduce, or actually show for identification Simels S308

13 G.

14      I ask you if you recognize that?

15 A    It was a letter that the prosecution wrote on August 7,

16 2008 to me.

17      MR. SHARGEL:  I offer it into evidence.  If the

18 government wishes a redacted offer, I will do that too.

19 Defendant's Exhibit S308 G redacted.

20      THE COURT:  Received.  We will redact the extraneous

21 material and you can publish it to the jury by reading it.

22      MR. SHARGEL:  This is from the government, dated

23 August 7, 2008, from Shannon Jones.  The government lawyer

24 writes:  We understand our outstanding unresolved disputes to

25 be, and then item 2, the government's request for additional

Simels - direct/Shargel

1    information regarding the recordings produced by the defense

2    and request to review the originals.

3           Finally, I show you what has been marked for

4    identification as Defense Exhibit S308 I.  I ask you if you

5    recognize this?

6    A    Yes.  I had written back to Miss Jones, I believe, in

7    response to her August 7 letter.  She was now writing back to

8    me on August 14, 2008.

9           MR. SHARGEL:  I offer this into evidence.  I will

10   show it to the government and see whether the government

11   wishes to have a redaction.

12          I'm offering a redacted version of S308 I redacted,

13   and if it's marked in evidence, I would like to read one

14   portion.

15          THE COURT:  Received.  You may.

16          (So marked.)

17          MR. SHARGEL:  Paragraph on the first page.  A letter

18   dated August 14, 2008  to Mr. Simels.

19          Dear Mr. Simels:  In the government's prior requests

20   regarding the recordings produced by the defense, we requested

21   information regarding how the recordings were made, including

22   the equipment used.

23          We asked for the source of the information contained

24   in the June 11, 2008 chart.  We also requested the telephone

25   numbers of both parties intercepted be provided.  None of that

Simels - direct/Shargel

1    information has been provided.  Furthermore, you have ignored

2    our request to have our computer expert inspect the original

3    recordings.

4            You received that, right.

5    A    I did.

6    Q    This is dated August 14.  Did you ever get to give the

7    government the equipment?

8    A    No.  We were trying to arrange back the next day before

9    Judge Irizzary for a mutual inspection.  We wanted to inspect

10   a computer they had, they wanted to inspect our equipment.  It

11   didn't happen before I was arrested.

12   Q    Did you have any motive or any reason why you wanted the

13   computer base in your office other than to have it inspected

14   by the government?

15   A    That was the only reason it was there and it would have

16   been shown to the government at a mutually convenient time.

17   Q    You made an effort to get into that second laptop, the

18   smaller one, with the help of the IT person?

19   A    Justin Kern, did, yes.

20   Q    Was Justin Kern as successful at John Conti?

21   A    He was.

22   Q    Did you find digital conversations with David Clarke?

23   A    I don't know the answer to that.  We might have.

24   Q    Let me ask you this question.  Did there come a time when

25   you met Selwyn Vaughn?

1323

Simels - direct/Shargel

1   A    There was.   May 13, 2008.

2   Q    And had you heard Selwyn Vaughn's name before that?

3   A    Yes.

4   Q    When?

5   A    Well, I heard the name Selwyn Vaughn I think for the

6   first time around May of 2008.   But I heard the name Fineman

7   before then.

8   Q    When was that?

9   A    I first heard the name Fineman in around March of 2007.

10  Q    How did you hear it?

11  A    I got a call from an individual who said he was a friend

12  of Roger Khan, who said his name was Fineman and that he

13  wanted to go see Roger Khan in jail.

14  Q    What did you say?

15  A    I said no.

16  Q    Why?

17  A    Roger Khan -- the prisons permit an inmate to put on his

18  list close family members and friends.   Roger Khan had many

19  people coming to see him.   I didn't think he wanted to see

20  anybody.   I never heard of this person, and I certainly wasn't

21  going to authorize him to visit Roger.

22  Q    What was the next time that you heard the name Fineman,

23  heard or read the name Fineman?

24  A    In around October of 2007, when Mr. Khan had suggested I

25  try to find the Fineman, the informant, when I went to Guyana.

1324

Simels - direct/Shargel

1    Q    Did you try to -- I think we had this question before,

2    forgive me for asking it once more -- October 20, 2007 when

3    you were in Guyana, you weren't looking for him?

4    A    No.

5    Q    When did you next hear -- after that, when did you next

6    hear about Fineman?

7    A    Roger Khan was very a involved client and sent us memos

8    all the time, and in January of 2008, sent me a memo on his

9    view of the Rule 15 depositions that were to take place, I

10   believe, January 18, 2008.

11        He prepared the memo, and in his rule 15 memorandum,

12   Roger Khan said to me that he wanted the following number of

13   people called at his rule -- at the Rule 15 depositions, if

14   permitted by the court.  One of the people listed was Fineman.

15        MR. SHARGEL: We have the Government Exhibit already

16   in evidence, Judge, we have to switch to the laptop now,

17   Government Exhibit 31 -- 3500 SV 31, the 3500 pieces marked as

18   exhibits.

19        Could we turn to the page that says Fineman.  Blow

20   that up.

21   Q    Is this memo that you were talking about?

22   A    It is exactly.

23   Q    This is what you received from Mr. Khan, from Roger Khan,

24   on or about January, what, 15 --

25   A    18, somewhere around there.

Simels - direct/Shargel

1  Q    Middle of January, 2008?

2  A    That's correct.

3  Q    Did you follow up with Fineman, the suggestion that

4  Fineman be a Rule 15 witness?

5  A    I did not.

6  Q    Did you make any application to Judge Irizzary or any

7  other judge to have Fineman added to the list of people who

8  would be deposed under the authority of Rule 15?

9  A    No, I had met the others, and that's why they were

10 contained in the Rule 15.  I had not met this person and I was

11 certainly not putting down his name to testify.

12 Q    Now, what is your understanding, with your years of

13 experience as a defense lawyer, what is your understanding as

14 to whether you need to pursue leads supplied by a client?

15 A    It's an obligation, a requirement that we do so.

16 Q    At this point in time had you fulfilled the obligation as

17 far as finding Fineman, interviewing Fineman?

18 A    No.  I hadn't made any effort.

19 Q    Why not?

20 A    We were in the process of interviewing hundreds of people

21 in this case.  We were in the process of reviewing 5500

22 conversations off the Lilly wiretap, 540 conversations -- 544

23 conversations off of the Dave Persaud wiretap; endless

24 documents, thousands of documents, in addition to following

25 through on other parts of the investigation, as well as many

1326

Simels - direct/Shargel

1   legal proceedings we were going through before Judge Irizzary.

2           We had an April 28 trial date set for 2008 and I was

3   trying to be ready for April 28.  I didn't really have time to

4   complete that.

5   Q    Could we go to the first page again of 3500 SV 31.  Could

6   you make larger the to and from part.

7           So this was sent to you by Roger Khan, not only to

8   you but to Mr. White, Diarmuid White, correct?

9   A    Actually I think that's how I may have gotten it, through

10  Diarmuid White.

11  Q    Mr. Khan had access to a typewriter in the jail, did he?

12  A    He was a prolific typewriter writer.

13  Q    You would receive typewriter written -- you would receive

14  these regularly?

15  A    He prepared memorandums, typewritten and otherwise,

16  continuously.

17  Q    So Mr. White had this as well, correct?  I think you said

18  a moment ago that you thought you received it from him,

19  correct?

20  A    If he didn't have it first, he got it second.

21  Q    In any conversation that you had with Roger Khan, in or

22  around the time that you got this document, did he ever say,

23  wink, wink, this isn't true, or anything like that?

24  A    No.  Roger Khan, as I say, was a very hands-on client.

25  He gave assignments that he thought would be completed, should

Simels - direct/Shargel

1  be completed for him and he seemed to be very efficient about

2  what he wanted done.

3  Q    Did he ever suggest that this was somehow false

4  information?

5  A    Never.

6  Q    Now, you met Mr. Vaughn on May the 13, 2008, correct?

7  A    That's correct.

8  Q    Before he walked into your office you had never set eyes

9  on him in your life, right?

10  A    Never.

11  Q    And the conversation -- we've heard a part several times

12  and we have heard the entirety -- at any time during that

13  conversation were you told that -- told by Vaughn that he had

14  participated in violent acts?

15  A    Never.

16  Q    Were you told anything in any of your trips, the three

17  trips that you described to Guyana, did anyone in Guyana tell

18  you that Fineman or Selwyn Vaughn was a part of some

19  murderous, violent gang?

20  A    Never.

21  Q    Did you have a -- based on the investigation that you

22  told us about, did you have any evidence, sir, that he had

23  participated in the murder of Donald Allison by pointing him

24  out for the actual killers?

25  A    No.   And to the contrary, my client had been telling me

Simels - direct/Shargel

1    for six months at that point to investigate the Donald Allison

2    murder.

3           We had memos from him, telling me to investigate it

4    because that would demonstrate he had nothing to do with the

5    killing.  It seemed to be an exercise that he wouldn't have

6    had me undertake if he thought he was involved.

7    Q    Let me wrap this into one question.  Did Selwyn Vaughn on

8    May the 13, 2008, or at any other time up to the date that you

9    were arrested, tell you about the Waddell murder or the

10   torture of a woman, or bombs and CD players or television

11   sets, did he say anything about that?

12   A    Never.

13   Q    What was his manner of dress?  We've seen him in court.

14   What was his manner of dress when he came to see you at your

15   office?

16   A    My recollection is he wore slacks and a shirt and he was

17   very respectful when he came in.

18   Q    What was your purpose in seeing him -- when he called you

19   on the telephone, what was your purpose of seeing him on May

20   the 13?

21   A    When Judge Irizzary on May 30 or 31 of 2008 had adjourned

22   the trial till October of --

23   Q    I'm sorry.  Dd you misspeak?  Did you say May the 30 that

24   she adjourned the trial?

25   A    I thought I said -- well, March 30 of 2008, she had said

1329

Simels - direct/Shargel

1    that she was adjourning the case till October 27, 2008.   Since

2    my client had been insistent that I see --

3    Q     What was the reason for the adjournment?

4    A     She said -- she advised that us that there were too many

5    pending motions that had to be decided and that she wanted

6    additional time to consider them.

7    Q     Go ahead.   What is the purpose of seeing him on the 13?

8    A     I had not seen him, although my client had raised his

9    name to me back in October of 2007, again in the January 18,

10   2008 memorandum.   We had additional time to develop additional

11   information to use at the trial.   I thought I would meet with

12   him.

13   Q     You told us earlier that Khan was denying that he was a

14   violent person, right?

15   A     He absolutely denied it.

16   Q     Did he ever suggest to you or tell you that Vaughn was a

17   violent person?

18   A     No.

19   Q     Did you believe that, during the meeting of May 13, and

20   after the meeting of May 13, that Vaughn would be a witness?

21   A     For me?

22   Q     For you?

23   A     No.

24   Q     And why is that?

25   A     Number one, we already had in place through our Rule 15

Simels - direct/Shargel

1  application the people we wanted to use against David Clarke

2  from Guyana.  There was no room for this person at this point,

3  even if we had thought about using him.

4       Number two, based upon what he said to me at the

5  first meeting, I thought he was lying to me.  He was denying

6  everything my client had told me about him.  I thought he was

7  just lying, but I was prepared to go back to my client and say

8  this guy lied to me.  So we're never using him.  That would

9  have satisfied Khan and satisfied myself.

10 Q    Did Selwyn Vaughn have any -- based on the statements

11 that he made to you, did Selwyn Vaughn have any value or

12 benefit to your defense efforts?

13 A    Sure.  I was told that he could locate people and find

14 them and perhaps be of help that way.  He could certainly be a

15 source of information here in the United States, potentially

16 could call people in Guyana for me and maybe get them to move

17 a little quicker in terms of some of the assignments I had.

18 He had some value, but not much.

19 Q    Earlier on in the conversation there's a discussion

20 between you and Vaughn where he is filling out an application

21 to go visit Roger Khan, correct?

22 A    Yes.

23 Q    And you asked him, or he was asked what he did for a

24 living and his answer was, entrepreneur, do you remember that?

25 A    I remember him saying entrepreneur, yes.

Simels - direct/Shargel

1    Q    Shortly after that in conversation you say, Well, you

2    have to say something that you do something, like a laborer;

3    do you remember that?

4    A    Yes.

5    Q    Was this what you would call as a defense lawyer witness

6    preparation?

7    A    We generally as a defense attorneys don't really,

8    although we're getting ready, we don't really make our mind up

9    about what the defense case is until we really hear the

10   prosecution case.

11        We may think we are going to call witnesses, not

12   call them.  In no way, five and a half months in advance of a

13   proposed Khan trial, was I deciding that day that he was going

14   to be a witness for us.  I was listening to him, and he gave

15   me this entrepreneur remark, which I that it was silly, but

16   I've heard silly remarks before.

17        I told him, if you're going to be candid in this

18   case, if you're going to be a witness, you have to say what

19   you really do, whether you're a laborer or whatever you do.

20   That was the conversation.

21   Q    If you knew that he wasn't going to be a witness, why did

22   you discuss the idea or the proposition that he would be a

23   witness, why did you keep it going?

24   A    He called in March of 2007, and I hadn't heard from him

25   or been able to reach him since that point and nobody seemed

1332

Simels - direct/Shargel

1    to know where to reach him.

2           I had a guy who I had a contact with now.  I was

3    prepared to at least go back to Roger Khan after this meeting

4    and say, Here's what this guy told me.  It's inconsistent with

5    what you're telling me.  Has he any value or is there

6    something I can say to trigger him to make him tell me the

7    truth?

8    Q    What other information did you actually learn, as best

9    you can recall, from Mr. Khan on the 13?

10   A    From Mr. Vaughn?

11   Q    From Mr. Vaughn.  Sorry.

12   A    Well, he did tell me some things that were of interest to

13   me.  He told me that he was a neighbor of the Allisons.  He

14   told me he was a neighbor of the Clarkes in Agricola, that was

15   of interest to me.  He told me he was very close with Rondell

16   Rawlins, who was part of the Buxton crew.  That was of

17   interest to me because it was information that I thought could

18   be used and developed.

19          That was the reason why I began to ask him, if you

20   recall in the conversation, how you did you meet these people?

21   What are they like?  Where do they live?  Did you go to school

22   with them?  Did you not go to school with them?  Questions

23   like that.  I wanted more information.

24   Q    On this date, the first meeting on May the 13, 2008,

25   again, you were months away from hearing from the government

1333

Simels - direct/Shargel

1    their concession that there was another Fineman -- I'm sorry,

2    another Shortman involved in drugs, right?

3    A    Right.

4    Q    And one part of the discussion on May 13 dealt with

5    whether there were other people named Shortman, right?

6    A    Yes.  I found his conversation to be extremely bizarre in

7    that regard, that day.  He says to me, Shortman, man, that's

8    how we go.  Then I asked him about is there any other Shortman

9    besides Roger?  He says not in our group.

10         I said, Are you telling me there's no other

11   Shortman, no other Fat Man, no other Fineman?  And he says,

12   no, there's not.  Then a little bit later in the conversation

13   he says once again, that's how we go.  So I found what he was

14   saying to me a little bit strange in light of, one, my own

15   experiences having been in Guyana on three occasions at that

16   point, having met many FineMen, TallMen, ShortMen, and my own

17   investigation.

18         So I thought he was sort of making it up or not

19   wanting to be involved.  Many people don't want to be

20   witnesses in federal cases.  Many people don't want to

21   cooperate and help but want to at least be able to say to

22   their friend, Hey, I went to your lawyer. I met with him.  I

23   did what I had to do, and then they disappear.

24   Q    At any time during the meeting on May 13 did you intend

25   to have Fineman present false testimony to the -- to this or

Simels - direct/Shargel

1    any other court?

2    A    There was no possibility on May 13 that I would call him

3    in any court anywhere.   The answer is no.

4    Q    Did you have in mind on May 13 that Fineman should go out

5    and do harm to any other person?

6    A    Never.

7             (Continued next page)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Simels-direct-Shargel                                1335

1   CONTINUED DIRECT EXAMINATION

2   BY MR. SHARGEL:

3   Q     Did you have in mind on May 13th, 2008, that Fineman

4   should go out and bribe people?

5   A     No.

6   Q     On June 2nd, 2008, a couple of weeks later, did you

7   receive an order from the court, from Judge Irizarry?

8   A     Yes and whatever my feelings about it prior to that, the

9   world has changed as of June 2nd.  On that date, Judge

10  Irizarry granted my application on behalf of Mr. Khan to allow

11  us to do the depositions in Guyana.  So, now we were set as to

12  who we could depose and that was the next step in the process.

13  Q     Did Judge Irizarry indicate she wouldn't take cumulative

14  testimony or a lot of people saying the same thing?

15  A     She was very specific not only at the April 28th

16  conference that we had had with her, but in her order that

17  there would be no cumulative testimony, meaning she didn't

18  want people to repeat the same story over and over again.

19  Q     Did you receive a decision from Judge Irizarry allowing

20  you to take the taking of the disposition, granting the motion

21  you had earlier made?

22  A     On June 2nd, 2008 she issued an order.

23  Q     Let me show you what's been marked for identification.

24         MR. SHARGEL:   I believe there's an agreement of

25  redaction here as well; is that right, Mr. D'Alessandro?

Simels-direct-Shargel                    1336

1     MR. D'ALESSANDRO:   I believe so.

2  Q   Let me show you what is mark as S 309-C for

3  identification and ask you if you recognize the document?

4  A   That was the memorandum and order issued by Judge

5  Irizarry on June 2nd, 2008 granting the Rule 15 motion.

6     MR. SHARGEL:   I offer into evidence this document

7  as I understand, it's been redacted, an agreement to redact.

8     THE COURT:   You'll redact out the irrelevant parts.

9     Received.

10    (So marked.)

11  Q   I'll read several relevant parts.  On the first page,

12  this is a formal order of the Honorable Dora Irizarry, United

13  States District Judge right here in the Eastern District of

14  New York.  It says on the first page for the reasons set forth

15  below, defendant's Rule 15 motion is granted.

16        I would like to read two other parts.  Page 6, the

17  court concludes that testimony concerning the alleged

18  hostility is material and reserves its determination on the

19  cumulative nature of the testimony until completion of the

20  depositions.

21        On page 7, the order says two prospective witnesses

22  also purportedly will testify that to their knowledge several

23  people in Guyana used the nickname Short Man and/or Boss Man,

24  aliases which are ascribed to Khan in the indictment.  This

25  testimony, too, may be material.

1          This happened on June 2nd, right?

2    A    That's correct.

3    Q    You know as a lawyer what material means?

4    A    Yes.

5    Q    Tell the jury what material means.

6    A    The judge was determining it was significant to the

7    matter, to the case.

8    Q    Once Judge Irizarry issued this order on the 2nd of June,

9    2008, was there any possibility of Selwyn Vaughn being a

10   witness?

11   A    None.

12   Q    Why is it that in subsequent conversations right up to

13   probably July or August that you're using the word "witness"

14   in connection with Selwyn Vaughn?

15   A    Selwyn Vaughn had been described to me from the beginning

16   as an informant of my client in Guyana.  Informants like to be

17   flattered.  They have their importance made known to them on a

18   continual basis.  My client told me he did it with him when he

19   was an informant.  I thought if I continued to tell him he was

20   going to be a witness, that he would think he was of some

21   importance and that he would hang around, help us, do what we

22   needed to do, which is to get somebody of Guyanese background

23   to look for people in the Guyanese community.

24   Q    Whatever you told him, was it ever your intention to have

25   him get on the witness stand and testify to things that were

1    false, sir?

2    A    Never.

3    Q    Was there any effort made by you to keep your

4    relationship or the meetings that you had with Fineman, not

5    only on the 13th but going forward, to keep it a secret?

6    A    No.

7    Q    Are there memoranda that mention meetings with Fineman?

8    A    I treated him like I treated the meetings with Nigel

9    Rodney and every other person we met with, either myself or

10   Ms. Irving would prepare a memorandum like you've seen before

11   of every meeting we had.  If she weren't around, I might not

12   prepare the memorandum simply because I don't always prepare

13   memos.

14   Q    E-mails, did you mention Fineman or Selwyn Vaughn in an

15   e-mail?

16   A    Yes.

17   Q    Billing records, time recordings, in other words

18   recording the hours you spent on the case, did they reference

19   meetings with Fineman?

20   A    We had a billing program built into our computer system,

21   Quick Books.  What we would do, even though we had a flat fee

22   arrangement, flat fee being I told the client we're charging

23   him a million dollars, you're supposed to pay that, but we

24   would keep our time; that is, when we would meet with people

25   so we would show the client what we're doing for them.  We

Simels-direct-Shargel                              1339

1    spend two hours meeting with this one or that one.  Fineman is

2    someone we listed when we meet with him, we put it onto the

3    time records, ship those time records off to Mr. Khan's

4    brother and to Willems Timber, is the bookkeeper in Guyana and

5    our bookkeeper and everybody else.

6    Q    Are these records of so-called time records kept in the

7    ordinary course of your business?

8    A    They are.

9    Q    Is it the ordinary course of your business to keep such

10   records?

11   A    It is.

12   Q    As a lawyer, do you have a certain responsibility to keep

13   records like this?

14   A    Yes.

15   Q    Are those records subject to inspection by a grievance

16   committee if someone made a complaint about hours or how much

17   work you put into the case?

18   A    That's correct.

19   Q    So they would be available for subpoena or inspection by

20   any disciplinary committee?

21   A    One of the reasons we keep them.

22   Q    I show you what's been marked for identification as

23   Defense Exhibit S 311 for identification.  Do you recognize

24   what these are?

25   A    This is a printout, I believe run from the beginning of

Simels-direct-Shargel                    1340

1    2006 through 2008 when we were arrested showing the various

2    work that had been done by the various attorneys in the

3    office.

4    Q    The back pages, from 44 --  actually before that, the

5    back pages are blank.  Is that because you weren't doing any

6    work after you got arrested?

7    A    That's because we weren't doing any further work after we

8    were arrested.

9              MR. SHARGEL:   I offer S 311 in evidence.

10             THE COURT:   Any objection?

11             MR. D'ALESSANDRO:   No, your Honor.

12             THE COURT:   Received.

13             (So marked.)

14   Q    Fineman, we had this in a government exhibit yesterday,

15   needn't repeat it.  Fineman's name appears when you have

16   meetings with him, correct?

17   A    Yes.

18   Q    To account for what you did that day on the Roger Khan

19   case?

20   A    Exactly.

21   Q    This also, this document also totals up the number of

22   hours that you and Ms. Irving spent on the case, right?

23   A    That's correct.

24   Q    That does not include work spent or hours spent by

25   outside lawyers, right?

Simels-direct-Shargel                    1341

1   A    Right.  It included the time spent by

2   Alexandra Van Doros.

3   Q    Who is she?

4   A    Another associate in our office.

5   Q    When was she there?

6   A    She was there until, I think, the summer of 2007,

7   throughout all of 2006 through December of 2007.   Elena

8   Bernfeld, who was there throughout the fall of 2006.

9   Q    According to these --

10        MR. SHARGEL:   I'm sorry, did I offer this into

11   evidence?  I think I did.

12   Q    According to these records on page 25 --

13        MR. SHARGEL:   May I publish page 25?

14        THE COURT:   Yes.

15   Q    Page 25, the total number of hours spent by people in

16   your office --  this wasn't Mr. White, Mr. Dubin, any of those

17   folks?

18   A    Wasn't anybody outside my office.

19   Q    Was 3747?

20   A    Yes.

21   Q    Total time?

22   A    Yes.

23   Q    Spent from August 6th when you were formally retained to

24   September 10th, 2008, correct?

25   A    That's correct.

1  Q    After Judge Irizarry granted the Rule 15 motion, the

2  exhibit that we saw, the redacted exhibit we saw, at that

3  point was there any chance of Vaughn being a witness in the

4  case?

5  A    None.

6  Q    I want to ask you another question.   During conversations

7  with Selwyn Vaughn, you used the words like "neutralize the

8  witness," right?

9  A    Yes.

10 Q    I think there was one where you said the connection with

11 Clarke, "kill the witness," right?

12 A    Yes.

13 Q    That was kill the witness with other witnesses?

14 A    Kill the witness on cross-examination.

15 Q    Have you used these expressions in other cases?

16 A    I use them all the time and lawyers use them all the

17 time.   We have continuing legal education programs.   Every

18 year we do cross to kill.   One seminar we use, how to

19 neutralize government witnesses.   You could look in any

20 defense publication, lawyers talk about neutralizing

21 witnesses.   It's a part of the vernacular of being a lawyer.

22 Q    Let me show you what is marked as Defense Exhibit 310 D

23 for identification.   I ask you if you recognize this.

24 A    I do.

25 Q    What do you recognize it to be?

Simels-direct-Shargel                    1343

1    A    This is an e-mail I sent to Josh Dubin, co-counsel, jury

2    consultant on the case and to Darmuid White the legal writer

3    on the case, co-counsel, on July 15th, 2008 regarding an

4    individual named recall Rawle Gulliver, G U L L I V E R.

5                MR. SHARGEL:    Offer this into evidence, your Honor.

6                THE COURT:    Any objection?

7                MR. D'ALESSANDRO:    No.

8                THE COURT:    Received. S 311.

9                (So marked.)

10   Q    This is from you, July 15th, 2008 to Darmuid White and

11   Josh Dubin, he's a lawyer and jury expert?

12   A    Both.

13   Q    The subject, Rule 15.   Still talking about Rule 15?

14   A    I am.

15   Q    Because now that the order has been granted, you have to

16   go ahead and arrange to do it, right?

17   A    Yes.

18   Q    It says explain to me why we should not advise court we

19   want to take the deposition of Rawle Gulliver --  his name

20   hadn't been on the list, correct?

21   A    Yes.

22   Q    Who kills David Clarke at this point, rather than taking

23   a chance she won't do it later on, as well as Ramsammy, the

24   Minister of Health in Guyana?

25   A    Yes.

Simels-direct-Shargel                    1344

1    Q    Is this, if you could tell us, is this typical of the

2    kind of language that you would use when you're going to

3    destroy, neutralize a witness?

4    A    They're all interchangeable terms.

5    Q    When you said on the tape recorded conversations you're

6    going to eliminate a witness, were you meaning to actually

7    visit harm on such a witness?

8    A    No.

9    Q    Did you ever think that you were sending out Selwyn

10   Vaughn --  we'll go into more detail about some of these

11   conversations in a short while --  did you ever think you were

12   sanctioning the harm to a person?

13   A    I didn't think I was sanctioning harm.  I didn't think I

14   was suggesting harm.  I thought I was doing to the contrary

15   with him and I was under the impression from both Mr. Khan and

16   others I spoke to that he was incapable of doing harm to

17   anybody.

18   Q    While you were meeting with Mr. Vaughn, did you call off

19   all your investigators because now he said, your Guyanese

20   investigator, his word, now you have one.  He said, do you

21   recall, June 11th?  Did you call off the other investigators?

22   A    Throughout all of 2008, during the spring of 2008 when I

23   was meeting with Selwyn Vaughn, throughout the summer of 2008

24   up until the day I was arrested, we had Larry Frost and about

25   ten other investigators around the country continuing to work.

Simels-direct-Shargel                    1345

1  I had the people in Guyana continuing to work on identically

2  the same subject matters so I was talking to Mr. Vaughn about

3  and more.

4  Q    S 313 --

5         MR. SHARGEL:    Is this a government exhibit?  Is

6  there any harm in using this as a defense exhibit rather than

7  taking time to check, Judge?

8         THE COURT:    No.

9         MR. SHARGEL:    535, I don't know if it's -- I know

10 it's 535.  I don't know it's in evidence.

11        THE COURT:    It is in evidence.

12        MR. SHARGEL:    I'll call it --

13 Q    This is June 26th, 2008?

14 A    Yes.

15 Q    Smack dab in the middle of your relationship with Selwyn

16 Vaughn, correct?

17 A    After three meetings, yes.

18 Q    After three meetings with Selwyn Vaughn, Selwyn Vaughn

19 telling you all the things he's going to be able to do for

20 you, correct?

21 A    Correct.

22 Q    This is correspondence in this instance that you received

23 from Lawrence Frost regarding witnesses, right?

24 A    Yes.

25 Q    He says in the yellow highlighted places by the

Simels-direct-Shargel                    1346

1    government, but here is the catalogue of my difficulties.

2    Will visit Stockholm Street, re Sattaur next few days.  Have

3    no intention ever giving up.  In other words, you were paying

4    him to continue working?

5              MR. SHARGEL:   Mr. Lipton reminds me there are

6    highlights.  I'm confessing there are highlights.

7    Q    Dorminda Gale Lemonier and the address, highlighted,

8    Leslyn Camacho, see that?

9    A    Yes.

10   Q    Frost is trying to find her in the summer, correct?

11   A    Trying to find her there, in the UN where we believe she

12   worked over and over again.  The only thing he had been able

13   to accomplish is speaking to her mother.

14   Q    It's true, is it not, that the fact you have addresses

15   doesn't necessarily mean you're going to find the people

16   there?

17   A    You could go there, knock on the door, I'm so and so,

18   want to speak to so and so.  If they don't want to tell you

19   it's them, you wouldn't know.

20   Q    I think one of the witnesses, Ms. Waite from the Queens

21   facility described Frost as a pudgy white guy?

22   A    Fair description.

23   Q    But he's telling you he was having trouble finding these

24   people even though he had the addresses, right?

25   A    Yes.

Simels-direct-Shargel                    1347

1   Q    Alicia Jagnarain, the same Alicia that you had been

2   looking for for a long time, right?

3   A    I had gone with him to see her tailor.

4   Q    Tailor?

5   A    Her tailor.

6   Q    Tell us about that.

7   A    T-A-I-L-O-R.  His name was Mario Ramotaur, something like

8   that, who had been one of the people who put up bail for her

9   when she got out.  We interviewed him, said we want to talk to

10  Alicia.  Please tell her we're trying to reach her and that we

11  could meet her wherever she wants, at your place of business,

12  wherever she wants, but we were trying to find and speak to

13  everybody.  Mr. Frost had spoken to her boyfriend,

14  Andrew Woolworth, then I spoke to Woolworth on the phone, just

15  tell Ms. Jagnarain we want to talk with her, do it in your

16  presence, bring her in, however you would like to do it.  This

17  was true with her friends, spoke to Prea Shamlaj (ph).

18  Q    The point is that during this period of time when you

19  were meeting with Selwyn Vaughn, you were still paying on

20  behalf of the client, private investigators to obtain the

21  location of these people and further information, right?

22  A    Yes, Mr. Frost got $20,000.

23  Q    Let me show you what's been marked in evidence as

24  Government Exhibit 15.  This is already identified as a

25  photograph of Leslyn Camacho.

Simels-direct-Shargel                    1348

1   A    Yes.

2   Q    Before you were arrested on September 10th, had you ever

3   seen a photograph of this woman?

4   A    Never.

5   Q    Before you were arrested on September 15th, did you ever

6   hear a description of her?

7   A    Never.

8             THE COURT:    The arrest?

9             MR. SHARGEL:    10.

10            THE COURT:    You said 15.

11            MR. SHARGEL:    Getting late.

12   Q    In June of '08, it was your style, was it not, to create

13   lists of things to do, right?

14   A    I create every single case a list of the things I want

15   done by whoever I want them to be done by.  The list starts in

16   the beginning, small, grows and grows.  Hopefully, we

17   accomplish all on the list before trial.

18   Q    Do you remember there was a government exhibit that had,

19   I think, green or orange handwriting of Mr. Vaughn that he

20   identified a to-do list you had given him on one of the

21   meetings; you remember that?

22   A    Yes.

23            MR. SHARGEL:    I'm going to put on the Elmo --  may

24   I have a number from the government exhibit so I have the

25   original?  What's the number of that exhibit (indicating)?

Simels-direct-Shargel                          1349

1          MR. D'ALESSANDRO:    301.

2          MR. SHARGEL:    Might I have Government Exhibit 301?

3  We can't see the highlighting on the screen so I'll have to

4  use this.

5          THE COURT:    Okay.

6  Q    301-B in evidence.   We saw this?

7  A    Yes.

8  Q    I'm going to show you for identification what's been

9  marked as S 305-E.   Do you recognize this document?

10 A    Yes, this is my to-do list during the pendency of the

11 period June until July, 2008.

12 Q    Which is the period of time that you were having meetings

13 June and July of 2008 with Fineman or Selwyn Vaughn, correct?

14 A    Yes.

15 Q    It's true, is it not, looking at --

16         MR. SHARGEL:    I offer this into evidence, your

17 Honor.

18         THE COURT:    Any objection?

19         MR. D'ALESSANDRO:    No, your Honor.

20         THE COURT:    Received.

21         (So marked.)

22 Q    It's true, is it not, that this S 305-E includes the same

23 page as contained in the Government Exhibit, Government

24 Exhibit 301-B, right?

25 A    Yes.

Simels-direct-Shargel                    1350

1   Q    There's just no orange markings here, right?

2   A    Correct.

3   Q    The complete document from which this was taken by you or

4   a member of your staff, the complete document has a whole lot

5   more things to do during this period June/July 2008, right?

6   A    That's correct.

7   Q    This document which the Frost piece is page 5, this

8   document goes on for some 13 pages of things that you needed

9   to do, right?

10  A    Correct.

11  Q    You weren't sitting back and relying on Selwyn Vaughn,

12  were you?

13  A    To the contrary, we weren't relying upon him at all.

14            MR. SHARGEL:    Your Honor, is this a good time?

15            THE COURT:    How much more do you have?

16            MR. SHARGEL:    Probably another hour.

17            THE COURT:    Let's break for the day.  You know the

18  drill.  Don't discuss the case.  Don't go looking for

19  information.  If you run across a newspaper article or go

20  online, see a piece, avoid it.  Be here before 9:30.  We'll

21  start promptly at 9:30.  Have a nice evening.  All rise.

22            (Jury leaves courtroom.)

23            THE COURT:    Please be seated.  I have a few

24  questions about the charge.  You may step down, Mr. Simels.

25            THE COURT:    We'll talk about anything else,

Simels-direct-Shargel                1351

1    scheduling in a minute.

2         There's an affirmative defense built into 1512(e)

3    which is truly an affirmative defense.  It's a burden-

4    shifting defense.  Then there's this thing we were talking

5    about, 1515(c) which I don't think is an affirmative defense.

6    In any event, whatever it is, it's not something that shifts

7    the burden.

8              MR. SHARGEL:   Here's my position.  May I?

9              THE COURT:   I'm not done.  I have a question.

10             Is anybody seeking the burden-shifting instruction?

11             MR. SHARGEL:   I am not.

12             MR. SOLANO:   I am not.

13             MR. SHARGEL:   I would like to say something first.

14   The Second Circuit, the United States against Johnson,

15   Second Circuit case, fairly old case, I know the

16   Second Circuit has put a stamp of approval on that section and

17   has rejected argument it improperly shifts the burden.

18             THE COURT:   That one meaning 1512(e).

19             MR. SHARGEL:   I'm not requesting it.  I want to say

20   this first.  The reason I'm not requesting it is because of

21   the affirmative defense.

22        There was a suggestion, I don't know, the end of the

23   day, I don't have it if front of me, either in Judge Sand's

24   charge book or the Johnson case itself where it was suggested

25   maybe this is not a good thing for the defense in any criminal

Simels-direct-Shargel                       1352

1   case because it kind of sends the message you have to prove

2   your conduct was lawful in a day where the prosecution has to

3   also prove beyond a reasonable doubt that the very same

4   conduct was unlawful.  So, it's sort of mixed up.

5          My first position is that I should be entitled to

6   that charge but not as an affirmative defense.  I understand

7   you're bound by Second Circuit law.  I'm not trying to have

8   you reinvent the wheel, but I would like to preserve the issue

9   should review of the case be appropriate.

10          I can't think of anything more clear than the burden

11  shifting in this case because of the overlapping.  Again,

12  Second Circuit said it's fine.

13          (Continued on next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Simels - direct - Shargel                    1353

1          THE COURT:  I don't know what you mean

2     by "overlapping."

3          MR. SHARGEL:  Because it's not a situation like

4     entrapment, where -- or a good-faith defense where the

5     prosecution proves the element of the charge, and you have the

6     burden of coming forward with some evidence, and then they

7     overcome that.

8               This is a situation -- I say "overlapping," because

9     you have to show that the conduct trying to get the truth out

10    is lawful, through lawful conduct, which really doesn't make

11    any sense.  It's not really a defense if you have to prove

12    that it's lawful conduct.  If you look at the Johnson case,

13    this argument was made there, and as I said, the Second

14    Circuit rejected it.

15              So, if I could have that charge in a way that you

16    would charge good faith in a fraud case, I would take it.  But

17    I'm not going to take it with an affirmative defense and with

18    an instruction that I have a burden.

19              So, I'm not requesting it.

20         THE COURT:  All right.

21              I'm going to give you a proposed charge, a draft.

22    And I'm 100 percent sure I understand what your application

23    is.  Let me tell you what I presently intend to do, and I

24    don't -- this still falls in the thinking-out-loud category.

25              I think this 1515(c).  This is not an affirmative

Simels - direct - Shargel                    1354

1    defense.  It's the thing that says it doesn't prohibit or

2    punish the providing of lawful, bona fide legal

3    representation.

4            I think there is more than one way of violating

5    1512(b), which is our provision.  One way is to -- and there's

6    different mental states here.  Whoever knowingly uses

7    intimidation, threatens or corruptly persuades another person

8    -- and just to digress for a moment.  It might be useful for

9    us to tell the jury precisely what your theory of the case is,

10   what it is that the government claims it has proved beyond a

11   reasonable doubt that falls into the category of intimidation,

12   threatening and corrupt persuasion.  I'm not sure what your

13   theory is, and I don't mean that in a derogatory way, just

14   there's a lot of facts.

15           MR. D'ALESSANDRO:  Understood.

16           THE COURT:  Because the statute builds in an

17   affirmative defense that we've just been discussing in 1512(e)

18   that's not lawyer-specific, this affirmative defense is for

19   anybody, nonlawyers, too, and it seems to cover all of the

20   conduct prohibited by the statute, in that as long as the

21   defendant proves by a preponderance of the evidence that the

22   intimidation, threatening or corrupt persuasion consisted

23   solely of lawful conduct and it was the defendant's sole

24   intention to get truthful testimony, then even if you've

25   proved the elements of the offense, that affirmative defense

Simels - direct - Shargel                1355

1    produces an acquittal.

2         It's a nonlawyer-specific affirmative defense;

3    right?  We all agree on that?

4         MR. D'ALESSANDRO:  Yes.

5         THE COURT:  It almost seems like a throwaway at the

6    end.  It kind of reminds me of the Bail Reform Act provision

7    that says, By the way, we're not eradicating the presumption

8    of innocence here.  It's like, Well, of course, you are not.

9         And I actually regard this bona fide legal

10   representation provision as another way of saying that if a

11   lawyer is doing that, at the very least I think it amounts to

12   just an explicit recognition by Congress that if a lawyer is

13   providing bona fide legal representation, then he or she

14   obviously can't have the kind of corrupt intent, the corrupt

15   mental element, in a corrupt-persuasion count.  And it's

16   almost like a good-faith defense to an intent to defraud in a

17   fraud case.  That's kind of the way I regard this, the role it

18   plays.  It seems to me the last thing suggests your agreement

19   with that, Mr. Shargel.

20        MR. SHARGEL:  I agree with that.

21        THE COURT:  But I'm not sure how that relates to the

22   all three ways -- I'm not sure how that dovetails with the

23   three different ways of violating the statute, because I think

24   it addresses the corrupt persuasion -- the corrupt part of

25   corrupt persuasion.  I'm not sure what it does to intimidation

Simels - direct - Shargel                1356

1  or threatening.  That's where I have a little conceptual

2  difficulty.

3           MR. SHARGEL:  First, it says nothing in this

4  chapter, so it's all-enveloping, it would seem to me.

5           THE COURT:  Right.

6           MR. SHARGEL:  It doesn't single out corruptly

7  persuades.  It says that the chapter doesn't prohibit, which

8  it would seem to me the plain meaning of that is, everything

9  in the chapter doesn't prohibit or punish the providing of

10 bona fide legal-representation services in connection with or

11 in anticipation of an official proceeding.

12          THE COURT:  Well, it would be -- I'm not sure what

13 you are suggesting.  It would certainly be odd to have in a

14 particular statute an affirmative defense that applies to

15 everyone trumped later on or altered significantly later on

16 with regard just to lawyers.  It seems to me if -- what you

17 are suggesting is, 1515(c) essentially does for lawyers what

18 1512(e) does for everyone, and by doing so prohibits the

19 burden shifting; is that what you are suggesting?  Do you

20 understand my question?

21          MR. SHARGEL:  I understand your question.

22          I argue against the burden shifting, or I argue this

23 is impermissible burden shifting for another reason.  May I

24 tell you why?

25          THE COURT:  Yes.

Simels - direct - Shargel                1357

1          MR. SHARGEL:  Because I have this in front of me

2     now.

3          It says:  A. It's an affirmative defense as to which

4     the defendant has a burden of proof by a preponderance that

5     the conduct consisted solely of lawful conduct.

6          Then the second part has to do with what the actor's

7     intent is to get people to testify truthfully or to cause them

8     not to testify truthfully.  But the problem that I have with

9     it is:  How is a jury told that the government has the burden

10    of proving beyond a reasonable doubt that the conduct -- and

11    there's a narrow universe here of conduct by whatever

12    description -- that the conduct is unlawful, that's the

13    government burden?  And no one is quarreling with that

14    proposition.  The very same conduct which is an element or

15    ingredient of the crime that they are tasked with proving

16    beyond a reasonable doubt I have to prove is lawful in order

17    to avail myself of this rule.  That's to me -- that, to me,

18    makes no sense whatever.

19         THE COURT:  See, what I am wondering, though, if we

20    make this fact-specific and identify the particular factual

21    scenarios the government says violate 1512.  For example, it

22    might be the case -- I think it's probably the case that the

23    way this defense works is, let's assume that Robert Simels was

24    -- threatened someone.  Forget Robert Simels -- a lawyer

25    threatens someone that they are going to bring them to the --

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                    1358

1    they are going to go to the U.S. Attorney and say, I'm going

2    to get them to bring perjury charges against you, as a way of

3    influencing that person's testimony.

4           It seems to me then, he's knowingly used -- he's

5    knowingly used a threat to influence someone's testimony,

6    doesn't want him, just to get it specific here, doesn't want

7    him to say, There's only one Short Man.  He wants him to say

8    there's multiple Short Men.  Suppose he threatened to get him

9    prosecuted.  If he really believed -- it strikes me this is

10   the way the affirmative defense works.  You can't do that

11   threat to influence testimony unless you prove by a

12   preponderance of the evidence that he really did believe that

13   this was to get him to testify truthfully.

14          MR. SHARGEL:  And-- you can't stop there -- and the

15   that the conduct is lawful.

16          THE COURT:  I don't purport to have the answer to

17   that right away.

18          I think that's how this works, because "corruptly"

19   doesn't modify "threat."  This business about the bona fide

20   legal representation strikes me as it fits kind of well when

21   it comes to corruptly persuades.  If the jury finds it's bona

22   fide legal representation, then it's not corrupt.  That

23   strikes me as easy.

24          But since that mental state doesn't modify the

25   threaten, it strikes me that this is what a defendant needs to

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                    1359

1   avail himself of, if it's a situation in which there's an
2   intimidation, which I guess the government is going to argue
3   we have here, or a threat.  I don't have the answer at the
4   moment to the solely-lawful conduct.
5              MR. SHARGEL:  Well, the cases, including cases that
6   I have cited to you in writing, the cases say that with
7   respect to the entire chapter, that the burden -- this is why
8   it's called an affirmative defense, and I agree with you, it's
9   really not.
10             THE COURT:  1515(c).
11             MR. SHARGEL:  1515(c) cases say -- there's one in
12  particular.  I don't have the name in mind.  I don't have it
13  before me.  It is in my papers.  It says that the only burden
14  the lawyer has is to show that he's licensed to practice law
15  and he's actually representing the defendant in an actual
16  proceeding, like we are in this courtroom.
17             So, I respectfully disagree, and I know that you are
18  just forming your thought and thinking out loud.  I'm not
19  suggesting that we're at the stage of excepting to the charge.
20  I respectfully disagree that you can take plain language of
21  Congress and modify it because you don't agree that it should
22  apply to the whole chapter.
23             THE COURT:  That's not what I am saying.  I have in
24  mind principles of statutory interpretation that gives
25  significance to a cohesive statute that has an affirmative

Simels - direct - Shargel                    1360

1  defense, and something elsewhere that's more general may not

2  modify that affirmative defense.

3          Let me ask it of you this way:  If a lawyer

4  threatens someone to get him to testify to -- threatens

5  someone to get him to testify to a version of events the

6  lawyer believes is false, does that violate this statute?

7  It's not corrupt persuasion, it's not intimidation.   Why

8  wouldn't that violate this statute?

9          MR. SHARGEL:  I think it would violate the statute.

10         THE COURT:  Let me finish the thought.

11         If I read 1515(c) the way you want me to, that

12  doesn't violate the statute.

13         MR. SHARGEL:  No. I think that it would violate the

14  statute.  I think that -- as with any fraudulent conduct, with

15  a good-faith defense, I think what this says -- I don't think

16  it's all that complicated -- I think what this says, in 1515

17  now we're talking about --

18         THE COURT:  1515(b).

19         MR. SHARGEL:  -- in 1515 B, all that we're talking

20  about is that -- it's a carve-out, and the chapter doesn't

21  prohibit or punish the providing of lawful bona fide

22  legal-representation services in connection with or in

23  anticipation of an official proceeding.

24         The government is going to argue that what

25  Mr. Simels did in this case -- let me be specific -- that what

Simels - direct - Shargel                    1361

1   Mr. Simels did was not lawful.  And we could quarrel about

2   bona fide.  I strenuously object to the government's

3   suggestion it has to do with legal ethics.

4        If the government proves that this was not lawful

5   because it violated this chapter and met the elements of the

6   offense, then, obviously, this Subsection C would fade away.

7   It would just simply fade away.

8        THE COURT:  Does it violate the statute for a lawyer

9   to threaten -- a defense lawyer to threaten a witness to get

10  him to testify falsely?

11       MR. SHARGEL:  Falsely.  But that's not what we're

12  talking about here.

13       THE COURT:  That's what I'm talking about.

14       MR. SHARGEL:  The answer is, yes.  If someone

15  threatens, I'll take the air out of your tires if you don't

16  get on the stand and tell the story that we both know is

17  false, of course, that violates the law.  I can't quarrel with

18  that proposition.

19       THE COURT:  All right.

20       Well, what is the government going to ask for by way

21  of a charge?  This all may be just academic.  Neither

22  defendant wants this burden-shifting charge.  You didn't

23  request it.

24       MR. D'ALESSANDRO:  I think that we're wrestling with

25  the same dilemma.  Borrowing the hypothetical that your Honor

Simels - direct - Shargel                1362

1    articulated, where you have an attorney who threatens a person

2    to give perjured testimony, that violates 1512.   The question

3    then becomes, Then how does an attorney avail him or herself

4    of the affirmative defense, because it would be neither lawful

5    legal representation nor would it be conduct, lawful conduct,

6    solely designed for the truth.

7         The problem that we've always been wrestling with is

8    that proving up -- I understand the statutory construction

9    that we're in, but proving up a violation of 1512(b)(1), it

10   does away with the affirmative defense, and then there's no

11   affirmative defense.   We have to prove it twice.

12        There was a case in the papers filed by Mr. Shargel,

13   there was a case where -- I think it was Eastern District of

14   Michigan -- the name of the case escapes me, there was

15   essentially a 2255, because they didn't raise the defense, and

16   the Court found it ridiculous.   It's preposterous that you

17   avail yourself of the affirmative defense.   The person was

18   charged with attempts to kill another person.   I think it

19   recognized how circular the statute is written.

20        THE COURT:   I think it might be useful if, in the

21   charge for each one, even if it's just short, the charge for

22   each count, I included the government's theory of the case.

23   The government alleges that this offense was committed in that

24   -- where is the indictment?   What's the first substantive

25   count?

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                 1363

1          MR. D'ALESSANDRO:  It would be a conspiracy.

2          THE COURT:  Substantive count.

3          MR. D'ALESSANDRO:  I'm sorry.  It would be Vaughn.

4          THE COURT:  What are you going to argue to the jury?

5          MR. D'ALESSANDRO:  Would be corruptly persuaded.

6          THE COURT:  Corruptly persuaded him to testify

7  falsely about Short Man, about his job; right?

8          Obviously, if you want a defense theory.

9          MR. SHARGEL:  Sure.  I will do that.

10          THE COURT:  Why don't we frame it for the jury.

11  Then I intend at this point, unless he talks me out of it, to

12  address only, either at the beginning or at the end of all of

13  it, to address only the 15(c) issue, not 1512(e).  And to say,

14  with regard to 1515, that this is just another way of, if it's

15  a -- if it's a bona fide -- if it's bona fide legal

16  representation, then by definition, the government has not met

17  its burden of demonstrating the corrupt intent required by the

18  statute.

19          If you've got other theories, if these other varied

20  substantive counts include other theories that are not corrupt

21  persuasion --

22          MR. D'ALESSANDRO:  There are.

23          THE COURT:  -- then it might be helpful, once you

24  articulate what the theory is, for us to discuss at the charge

25  conference on a more -- in a more fact-specific way what the

Simels - direct - Shargel                 1364

1  defense is, whether you think -- I really would enjoy not

2  having any burden shifting, and probably will do everything I

3  can not to have burden-shifting charge.

4         MR. SHARGEL:  I'm not going to request it.

5         THE COURT:  I know you're not going to.  Depending

6  on what your defense theory is on a particular charge, they

7  may be entitled to it.  You can argue against it.  That's the

8  way this statute may work.

9         MR. D'ALESSANDRO:  You've answered my question.

10         THE COURT:  All right.

11         This examination has certainly gone on

12  exponentially.

13         MR. SHARGEL:  Taken on a life of its own.

14         THE COURT:  Current estimate is what, middle of the

15  morning tomorrow?

16         MR. SHARGEL:  Middle of the morning, I hope.  Selwyn

17  Vaughn was on the stand for two full days.  As you may notice,

18  I'll be here forever if I went at attribution by attribution.

19         THE COURT:  I'm going on how long you told me it was

20  going to take.  That's all.

21         MR. SHARGEL:  I know.  They mis-estimated, as well.

22         Judge, here is what I find very pressing or I feel

23  pressed:  We have a lot to do.  Let me just notice a

24  contextual issue, that this three-week trial is comfortably

25  fitting into two weeks.

1       THE COURT:   You want to sum up Monday, is that what
2   you're saying?
3       MR. SHARGEL:   Yes.
4       THE COURT:   Cut to the chase.
5       What about you, how long is his cross going to be?
6       MR. D'ALESSANDRO:   I think we should be able to do
7   it within two hours.
8       THE COURT:   All right.   What else is there?   I
9   signed a subpoena for some person.   You have a witness?
10      MR. SOLANO:   I have a witness who is ready to
11  testify tomorrow.   I think -- hold on a second.
12      THE COURT:   Who is it?   I heard his name today.   Who
13  is it?
14      MR. SOLANO:   His name is Justin Kern.   The name had
15  been provided to the government by Mr. Shargel.
16      Does your Honor want to know what his testimony is
17  going to be?   It's not going to be long, probably going to be
18  fifteen minutes.
19      THE COURT:   All right.   Say an hour and a half, the
20  rest of your direct.   It takes our cross to the lunch hour.
21      MR. D'ALESSANDRO:   Yes, probably.
22      THE COURT:   You haven't told me what your preference
23  is.
24      MR. D'ALESSANDRO:   May we confer for a moment?
25      We have no objection to summing up on Monday, your

1   Honor, with what we have ahead of us in order to craft the

2   charge and for the parties to articulate the theories.   There

3   may be some give and take, I don't know.  On that issue.  It

4   may make more sense.

5             THE COURT:  All right.

6             MR. SHARGEL:  You invited the government or ordered

7   them to do this, to put their theories with respect to each

8   one of the counts so we can take a look.

9             Maybe there will be common grounds, but when I put

10  in our defense theory of the case I'd like to do that in

11  response to what I get from the government.  So if the

12  government gives us -- when would the charge conference be?

13            THE COURT:  Now it seems to me it probably makes

14  sense to do our charge conference either first thing Thursday

15  or late tomorrow, depending on when you finish up the

16  evidence.

17            Maybe it makes sense to do it first thing Thursday

18  so maybe you can collaborate a little bit and reduce the

19  number of disagreements's between you.  We'll sum up Monday.

20  That way we can finish all the summations in a day.  There is

21  a lot of talking going on in this case.

22            I may ask you how long you need for your summations.

23  We're not going to take more than a day for summations.  We

24  have not even had a week of testimony barely till now.

25            MR. SHARGEL:  What is really unusual about this case

1    is we're really both arguing the same facts.  It's all about

2    argument, that's what it comes down to.

3              THE COURT:  So I will listen to you about how long

4    you intend to take.  We're going to do all our summations in

5    one day and I'll charge the jury on Tuesday morning.  That

6    will be our plan.

7              MR. SHARGEL:  Very well.

8              MR. SOLANO:  Thank you, your Honor.

9              THE COURT:  All right.

10             (Continued to August 5, 2009.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                **INDEX**

2     **WITNESS:**                                      **PAGE:**

3
              E D W A R D    S A P O N E          1114
4             DIRECT EXAMINATION                       1114
              CROSS-EXAMINATION                         1118
5             A N T H O N Y    R I C C O          1123
              DIRECT EXAMINATION                       1123
6             CROSS-EXAMINATION                         1151
              CROSS-EXAMINATION                         1183
7             BY MR. SOLANO
              REDIRECT EXAMINATION                      1191
8             BY MR. SHARGEL
              R O B E R T       S I M E L S      1200
9             DIRECT EXAMINATION                       1200
              ROBERT SIMELS, resumed                    1238
10            DIRECT EXAMINATION (Continued)            1238

11                               * * * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2   Defense Exhibit S305 C                          1266
     S305 B                                          1272
 3   Defendant's Exhibit S308 G redacted             1320
     S308 I redacted                                 1321
 4   S301                                            1206
     S 302 A                                         1224
 5   S 302-B                                         1225
     S 302-C                                         1227
 6   S-303                                           1234
     S 302 D                                         1236
 7   S-304                                           1239
     S-305-A                                         1248
 8   S 309-A                                         1282
     S 306-A                                         1289
 9   S 306 B                                         1291
     306-C                                           1294
10   306 D                                           1295
     306 E                                           1296
11   S 307-A                                         1299
     307-C                                           1299
12   S-308-B                                         1306
     308-C                                           1307
13   308-D                                           1310
     308-E                                           1311
14   S 309-C                                         1336
     S 311                                           1340
15   s 311.                                          1343
     S 305-E                                         1349

16                          * * * * *

17

18

19

20

21

22

23

24

25
```

**$**

**$20,000** - 1347:22
**$250,000** - 1149:16

**'**

**'07** - 1241:18, 1242:14, 1243:22, 1266:8, 1276:9
**'08** - 1348:12
**'em** - 1124:1
**'modified'** - 1312:9
**'short** - 1239:25
**'shortman'** - 1239:25, 1240:4

**0**

**0255** - 1239:22
**06** - 1239:22
**08-cr-640** - 1112:3

**1**

**1** - 1137:3, 1137:5
**10** - 1180:16, 1182:5, 1182:9, 1256:9, 1263:3, 1311:1, 1311:11, 1311:25, 1348:9
**100** - 1353:22
**10:00** - 1113:7, 1113:11, 1120:24, 1121:15, 1121:18, 1157:14
**10th** - 1341:24, 1348:2
**11** - 1310:6, 1310:20, 1312:4, 1312:11, 1312:14, 1321:24
**1114** - 1368:3, 1368:4
**1118** - 1368:4
**11201** - 1112:21
**1123** - 1368:5
**1151** - 1368:6
**1183** - 1368:6
**1191** - 1368:7
**11th** - 1344:21
**12** - 1203:12, 1258:4, 1286:9
**120** - 1262:24, 1297:9
**1236** - 1368:8, 1368:9
**1206** - 1369:4
**1224** - 1369:4
**1225** - 1369:5
**1227** - 1369:5
**1234** - 1369:6
**1236** - 1369:6
**1238** - 1369:8, 1368:10
**1239** - 1369:7
**1248** - 1369:7
**1266** - 1369:2
**1272** - 1369:2
**1282** - 1369:8
**1289** - 1369:8
**1291** - 1369:9
**1294** - 1369:9
**1295** - 1369:10
**1296** - 1369:10
**1299** - 1369:11
**13** - 1198:24, 1323:1, 1327:6, 1328:8, 1328:20, 1329:7, 1329:19, 1329:20, 1332:9, 1332:24, 1333:4, 1333:24, 1334:2, 1334:4, 1350:8
**1306** - 1369:12
**1307** - 1369:12
**1310** - 1369:13
**1311** - 1369:13
**1320** - 1369:3
**1321** - 1369:3
**1336** - 1369:14
**1340** - 1369:14
**1343** - 1369:15
**1349** - 1369:15
**13th** - 1335:3, 1338:5
**14** - 1203:12, 1321:8, 1321:18, 1322:6
**14th** - 1236:18, 1327:1, 1291:23

**15** - 1201:15, 1269:8, 1269:11, 1271:9, 1274:4, 1281:4, 1281:10, 1281:13, 1282:23, 1324:9, 1324:11, 1324:13, 1324:24, 1325:4, 1325:8, 1325:10, 1329:25, 1336:5, 1336:15, 1342:1, 1343:13, 1347:24, 1348:10
**15(c** - 1363:13
**1512** - 1357:21, 1362:2
**1512(b** - 1354:5
**1512(b)(1** - 1362:9
**1512(e** - 1351:2, 1351:18, 1354:17, 1356:18, 1363:13
**1515** - 1360:16, 1360:19, 1363:14
**1515(b** - 1360:18
**1515(c** - 1351:5, 1353:25, 1356:17, 1359:10, 1359:11, 1360:11
**15th** - 1225:2, 1225:8, 1226:4, 1343:3, 1343:10, 1348:5
**16** - 1210:4, 1210:7, 1265:3
**160** - 1119:24
**17** - 1203:6, 1240:3, 1240:10, 1265:3
**18** - 1265:3, 1288:13, 1324:10, 1324:25, 1329:9
**180** - 1209:2
**190** - 1274:1, 1274:7
**1974** - 1201:10, 1201:19, 1202:18
**1975** - 1201:20
**1979** - 1202:18, 1203:19
**1994** - 1312:10, 1319:23, 1320:3
**1994-case** - 1288:7
**1st** - 1202:18, 1203:19

**2**

**2** - 1273:14, 1320:25
**20** - 1324:2
**2000** - 1115:11
**2001** - 1206:11
**2002** - 1242:18, 1242:21, 1244:12
**2003** - 1228:23, 1245:14, 1246:4, 1260:2, 1261:21, 1318:14
**2004** - 1228:23, 1260:3, 1312:12, 1315:13
**2005** - 1242:18, 1262:13, 1315:13
**2006** - 1206:2, 1206:12, 1207:2, 1208:14, 1208:15, 1213:1, 1216:5, 1216:7, 1230:12, 1268:6, 1312:13, 1318:18, 1318:19, 1340:1, 1341:7, 1341:8
**2007** - 1206:16, 1207:23, 1217:2, 1217:12, 1219:5, 1219:24, 1224:12, 1224:22, 1225:2, 1226:4, 1227:3, 1227:10, 1228:18, 1230:13, 1230:17, 1231:23, 1240:22, 1244:24, 1245:9, 1246:16, 1246:20, 1247:5, 1248:23, 1254:13, 1257:8, 1260:8, 1261:1, 1261:14, 1262:8, 1264:14, 1264:15, 1264:16, 1265:18, 1265:23, 1270:11, 1271:2, 1271:20, 1272:19, 1273:14, 1273:16, 1274:11, 1274:13, 1274:15, 1275:23, 1275:25, 1313:5, 1314:7, 1314:8, 1314:12, 1323:9, 1323:24, 1324:2, 1329:9, 1331:24, 1341:6, 1341:7
**2008** - 1119:10, 1122:16, 1222:4, 1222:8, 1235:15, 1236:18, 1237:1, 1238:25, 1239:9, 1262:6, 1263:1, 1263:2, 1263:3, 1268:19, 1279:12, 1280:23, 1281:1, 1281:2, 1282:9, 1282:10, 1290:5, 1290:9, 1291:23, 1294:12, 1296:9, 1296:13, 1296:22, 1297:14, 1297:19, 1298:24, 1300:3, 1303:7, 1303:8, 1306:4, 1306:7, 1307:7, 1307:9, 1307:22, 1310:6, 1311:1, 1311:11, 1311:25, 1312:2, 1312:11, 1312:14, 1312:21, 1314:8, 1317:11, 1319:11, 1319:20, 1320:17, 1320:16, 1320:23, 1321:8, 1321:18, 1321:24, 1323:1, 1323:6, 1324:8, 1324:10, 1325:1, 1326:2, 1327:6,

**1328:8**, 1328:21, 1328:25, 1329:1, 1329:10, 1332:24, 1335:3, 1335:6, 1335:22, 1336:5, 1337:9, 1340:1, 1341:24, 1343:3, 1343:10, 1344:22, 1344:23, 1345:13, 1349:11, 1349:13, 1350:5
**2009** - 1112:6, 1137:3, 1137:5, 1149:7, 1156:9, 1156:10, 1367:10
**20th** - 1294:12, 1299:24, 1300:3
**225** - 1112:21
**2255** - 1144:9, 1362:15
**228-4022** - 1264:1
**22nd** - 1296:8, 1296:20, 1296:22
**23** - 1201:15, 1307:9, 1307:15, 1307:22, 1312:2, 1319:11, 1319:19
**24** - 1260:2
**25** - 1341:12, 1341:13, 1341:15
**26** - 1122:15
**26th** - 1345:13
**27** - 1119:10, 1157:15, 1167:20, 1303:8, 1329:1
**28** - 1307:24, 1317:11, 1326:2, 1326:3
**28th** - 1335:15
**29th** - 1287:4, 1287:5
**2:00** - 1237:3
**2nd** - 1335:6, 1335:9, 1335:22, 1336:5, 1337:1, 1337:8

**3**

**30** - 1328:21, 1328:23, 1328:25
**301** - 1349:1, 1349:2
**301-b** - 1349:6, 1349:24
**302** - 1224:3, 1235:21, 1236:13, 1369:4, 1369:6
**302-b** - 1225:5, 1226:1, 1369:5
**302-c** - 1227:7, 1369:5
**305-e** - 1349:9, 1349:22, 1369:15
**306** - 1291:22, 1294:7, 1295:11, 1296:15, 1369:9, 1369:10
**306-a** - 1289:22, 1289:23, 1369:8
**306-c** - 1294:8, 1369:9
**306-d** - 1295:6
**307-a** - 1298:20, 1299:5, 1369:11
**307-c** - 1299:22, 1369:11
**308-c** - 1307:13, 1369:12
**308-d** - 1310:21, 1369:13
**308-e** - 1311:13, 1369:13
**309-a** - 1369:8
**309-a:you** - 1282:18
**309-c** - 1336:2, 1369:14
**31** - 1312:10, 1319:23, 1320:2, 1324:17, 1326:5, 1328:21
**310** - 1342:22
**311** - 1339:23, 1340:9, 1343:8, 1369:14, 1369:15
**313** - 1345:4
**3385** - 1240:1
**347** - 1264:1
**347-328-4022** - 1240:1, 1240:6, 1240:13
**3500** - 1133:21, 1133:22, 1211:8, 1218:8, 1324:17, 1326:5
**3747** - 1341:19
**388** - 1249:19, 1250:3
**39th** - 1287:3
**3rd** - 1287:6

**4**

**4** - 1112:6, 1116:14, 1238:25, 1239:9, 1268:19
**40** - 1181:16, 1258:8
**44** - 1340:4
**45** - 1289:14
**4th** - 1119:5

**5**

**5** - 1262:13, 1350:7, 1367:10

**5-9** - 1209:2
**50** - 1293:1
**535** - 1345:9, 1345:10
**540** - 1325:22
**544** - 1325:22
**5500** - 1325:21

# 6

**6** - 1318:19, 1336:16
**607** - 1122:14
**613-2419** - 1112:22
**6c** - 1157:14
**6th** - 1341:23

# 7

**7** - 1201:15, 1273:16, 1320:11,
1320:15, 1320:23, 1321:7, 1336:21
**702** - 1125:5
**718** - 1112:22

# 8

**8** - 1201:15
**800** - 1113:24, 1122:13, 1122:15
**802** - 1113:22, 1113:23, 1122:16
**804** - 1272:13
**806** - 1272:12
**848** - 1207:24

# 9

**9:30** - 1112:6, 1150:6, 1350:20,
1350:21
**9h** - 1219:24, 1224:11, 1224:22,
1227:4, 1227:9, 1228:17, 1290:5,
1290:9, 1297:19

# A

**a** - 1112:10, 1113:9, 1113:10,
1113:11, 1113:13, 1113:16, 1113:20,
1113:24, 1115:7, 1115:8, 1115:14,
1115:24, 1116:4, 1116:10, 1116:11,
1116:25, 1117:3, 1117:13, 1118:8,
1118:9, 1118:11, 1118:14, 1118:15,
1118:16, 1118:19, 1119:3, 1119:13,
1119:15, 1120:13, 1120:23, 1121:5,
1121:9, 1122:7, 1122:14, 1123:10,
1123:15, 1123:16, 1123:19, 1123:20,
1123:25, 1124:2, 1124:17, 1124:19,
1125:10, 1125:12, 1125:22, 1126:5,
1126:10, 1126:13, 1126:19, 1127:2,
1127:3, 1127:17, 1127:19, 1127:23,
1128:4, 1128:11, 1129:10, 1129:13,
1130:16, 1130:17, 1130:18, 1130:20,
1130:23, 1131:2, 1131:21, 1132:1,
1132:2, 1132:4, 1132:11, 1133:5,
1133:6, 1133:8, 1133:17, 1134:17,
1134:18, 1134:19, 1134:21, 1135:3,
1135:8, 1135:12, 1135:16, 1135:21,
1136:1, 1136:3, 1136:4, 1136:6,
1136:7, 1136:9, 1136:10, 1136:15,
1136:16, 1136:19, 1136:24, 1136:25,
1137:1, 1137:2, 1137:4, 1137:5,
1137:6, 1137:9, 1137:12, 1137:15,
1137:16, 1137:18, 1138:1, 1138:5,
1138:6, 1138:7, 1138:8, 1138:12,
1138:19, 1138:20, 1138:25, 1139:6,
1139:8, 1139:14, 1139:16, 1139:23,
1140:1, 1140:2, 1140:4, 1140:13,
1140:15, 1140:21, 1140:24, 1141:8,
1141:12, 1141:14, 1141:16, 1141:18,
1142:6, 1142:7, 1142:9, 1142:11,
1142:13, 1142:14, 1142:15, 1142:19,
1142:20, 1142:24, 1142:25, 1143:1,
1143:2, 1143:4, 1143:5, 1143:9,
1143:10, 1143:12, 1143:18, 1143:20,
1143:21, 1143:24, 1144:4, 1144:8,

1144:12, 1145:7, 1145:10, 1145:12,
1145:21, 1145:23, 1146:3, 1146:10,
1146:13, 1146:25, 1147:2, 1147:6,
1147:7, 1147:8, 1147:14, 1147:17,
1147:21, 1147:22, 1147:24, 1148:2,
1148:4, 1148:8, 1148:9, 1148:10,
1148:17, 1148:22, 1148:23, 1148:24,
1149:1, 1149:5, 1149:13, 1149:14,
1149:16, 1149:17, 1149:20, 1150:14,
1150:22, 1151:12, 1151:14, 1151:16,
1152:6, 1152:7, 1152:9, 1152:11,
1152:14, 1152:19, 1154:2, 1154:6,
1154:14, 1155:15, 1155:19, 1156:12,
1156:14, 1156:17, 1157:2, 1157:3,
1157:6, 1157:8, 1157:11, 1157:13,
1157:17, 1157:19, 1157:21, 1158:1,
1158:3, 1158:19, 1159:2, 1159:8,
1159:9, 1159:15, 1159:19, 1160:5,
1160:7, 1160:16, 1160:19, 1162:24,
1163:10, 1163:15, 1163:16, 1163:17,
1164:11, 1164:12, 1164:13, 1164:16,
1164:24, 1165:2, 1165:3, 1165:5,
1165:8, 1165:10, 1165:12, 1165:13,
1165:14, 1165:18, 1165:22, 1166:3,
1166:6, 1166:8, 1166:12, 1166:14,
1166:18, 1167:5, 1167:9, 1167:10,
1167:11, 1167:17, 1167:18, 1167:22,
1167:23, 1168:1, 1168:6, 1169:6,
1169:11, 1169:15, 1169:25, 1170:6,
1170:7, 1170:21, 1170:24, 1171:3,
1171:13, 1171:17, 1172:2, 1172:8,
1172:16, 1172:17, 1172:25, 1173:4,
1174:2, 1174:7, 1174:17, 1175:2,
1175:7, 1175:8, 1175:18, 1175:23,
1175:25, 1176:4, 1176:8, 1177:12,
1178:2, 1178:3, 1179:2, 1179:5,
1179:19, 1179:21, 1179:25, 1180:2,
1180:5, 1181:2, 1181:3, 1181:6,
1181:7, 1181:9, 1181:12, 1181:15,
1181:16, 1181:17, 1181:19, 1181:21,
1182:10, 1182:12, 1182:13, 1182:18,
1182:20, 1183:10, 1183:15, 1183:22,
1183:25, 1184:11, 1184:19, 1184:21,
1185:1, 1185:17, 1185:18, 1186:4,
1186:7, 1186:9, 1186:10, 1187:12,
1187:15, 1187:16, 1188:4, 1188:8,
1188:12, 1188:14, 1188:21, 1189:7,
1189:8, 1189:16, 1189:25, 1190:10,
1190:20, 1191:14, 1191:17, 1191:21,
1191:22, 1192:1, 1192:6, 1192:12,
1192:17, 1192:20, 1192:21, 1193:1,
1193:5, 1193:8, 1193:15, 1194:5,
1194:9, 1194:11, 1194:14, 1194:22,
1194:23, 1194:25, 1195:1, 1195:2,
1195:9, 1195:19, 1195:22, 1196:3,
1196:6, 1196:8, 1196:10, 1196:12,
1196:16, 1196:21, 1196:22, 1197:1,
1197:17, 1197:21, 1198:8, 1198:21,
1199:2, 1199:4, 1199:5, 1199:6,
1199:13, 1199:17, 1199:18, 1200:20,
1201:5, 1201:14, 1201:17, 1202:4,
1202:5, 1202:12, 1202:19, 1202:20,
1202:24, 1203:1, 1203:5, 1203:13,
1203:15, 1203:25, 1204:4, 1204:11,
1204:20, 1204:21, 1204:24, 1205:4,
1205:6, 1205:6, 1205:8, 1205:24,
1206:7, 1206:8, 1207:15, 1207:18,
1207:22, 1208:18, 1208:21, 1208:22,
1211:2, 1211:4, 1211:9, 1211:12,
1211:13, 1211:15, 1211:21, 1212:11,
1212:20, 1212:21, 1213:2, 1213:3,
1213:6, 1214:20, 1214:22, 1215:1,
1215:12, 1215:14, 1215:17, 1216:8,
1216:10, 1216:15, 1216:19, 1216:21,
1217:12, 1217:13, 1217:14, 1217:21,
1218:6, 1218:9, 1218:16, 1218:22,
1218:23, 1219:2, 1219:3, 1219:11,
1219:12, 1221:7, 1221:11, 1221:13,
1221:14, 1221:16, 1221:23, 1222:7,
1222:25, 1223:2, 1223:12, 1225:1,

1225:2, 1225:7, 1225:19, 1226:4,
1226:14, 1226:18, 1226:20, 1227:11,
1229:10, 1229:15, 1229:17, 1230:5,
1230:8, 1230:14, 1230:22, 1231:2,
1231:17, 1231:18, 1231:22, 1231:24,
1234:15, 1235:12, 1236:20, 1237:8,
1237:10, 1240:4, 1240:7, 1240:13,
1240:19, 1241:2, 1241:7, 1241:20,
1241:22, 1241:25, 1242:4, 1242:8,
1242:10, 1242:15, 1242:18, 1242:19,
1242:21, 1243:6, 1243:7, 1243:17,
1244:1, 1244:2, 1244:9, 1244:20,
1245:7, 1246:9, 1246:10, 1246:12,
1246:15, 1247:8, 1247:14, 1247:18,
1247:20, 1247:22, 1247:23, 1248:5,
1248:6, 1249:14, 1249:16, 1250:10,
1250:13, 1250:15, 1250:17, 1250:20,
1250:23, 1251:7, 1251:19, 1252:8,
1252:10, 1253:1, 1253:4, 1253:9,
1253:11, 1253:22, 1253:24, 1254:2,
1254:4, 1254:8, 1254:16, 1254:18,
1254:23, 1255:5, 1255:11, 1256:2,
1257:7, 1257:10, 1257:21, 1258:9,
1258:16, 1259:18, 1259:24, 1260:6,
1260:16, 1260:20, 1261:2, 1261:8,
1261:21, 1261:25, 1262:1, 1262:9,
1262:10, 1262:12, 1262:14, 1262:19,
1262:22, 1263:6, 1263:16, 1263:17,
1263:18, 1264:10, 1265:11, 1266:2,
1266:10, 1266:13, 1266:16, 1267:15,
1267:17, 1268:4, 1268:6, 1268:7,
1268:8, 1268:22, 1268:25, 1269:1,
1269:2, 1269:12, 1269:13, 1269:25,
1270:24, 1271:2, 1271:5, 1271:21,
1272:4, 1272:5, 1272:6, 1272:9,
1272:11, 1272:15, 1272:16, 1272:18,
1272:22, 1273:9, 1273:23, 1274:1,
1274:4, 1274:7, 1274:21, 1274:24,
1274:25, 1275:1, 1275:2, 1275:6,
1275:7, 1275:11, 1275:16, 1275:18,
1276:6, 1276:21, 1277:3, 1277:9,
1278:9, 1278:13, 1278:20, 1278:24,
1279:2, 1279:4, 1279:12, 1279:16,
1279:20, 1279:21, 1280:4, 1280:18,
1281:15, 1281:23, 1282:3, 1283:9,
1283:23, 1284:14, 1285:21, 1285:22,
1286:2, 1286:12, 1286:14, 1286:21,
1286:22, 1287:10, 1287:15, 1287:23,
1288:7, 1288:9, 1288:12, 1288:13,
1288:25, 1289:3, 1289:13, 1289:15,
1290:6, 1291:13, 1291:15, 1292:15,
1293:9, 1294:19, 1294:23, 1295:7,
1296:4, 1297:12, 1297:17, 1297:25,
1299:1, 1302:13, 1302:14, 1302:22,
1303:4, 1303:5, 1303:11, 1303:12,
1303:13, 1303:21, 1304:18, 1305:15,
1305:25, 1306:9, 1307:6, 1307:7,
1307:10, 1307:24, 1308:18, 1308:19,
1309:1, 1309:17, 1310:1, 1310:14,
1310:19, 1311:10, 1311:15, 1312:25,
1313:6, 1313:8, 1313:19, 1314:4,
1314:9, 1314:22, 1315:15, 1315:16,
1317:6, 1317:13, 1317:15, 1317:21,
1317:24, 1318:7, 1319:1, 1319:7,
1319:10, 1319:19, 1319:23, 1320:15,
1320:18, 1321:11, 1321:12, 1322:9,
1322:10, 1322:16, 1322:24, 1323:11,
1324:7, 1324:8, 1325:4, 1325:13,
1325:14, 1325:15, 1326:11, 1326:12,
1326:18, 1326:24, 1327:11, 1327:18,
1327:21, 1328:10, 1328:16, 1329:13,
1329:16, 1329:20, 1330:14, 1330:17,
1330:19, 1330:23, 1331:2, 1331:5,
1331:7, 1331:12, 1331:13, 1331:18,
1331:19, 1331:21, 1331:22, 1332:2,
1332:13, 1332:14, 1333:12, 1333:14,
1335:6, 1335:14, 1335:19, 1336:12,
1337:3, 1337:9, 1337:17, 1337:20,
1338:5, 1338:10, 1338:20, 1338:21,
1338:23, 1339:12, 1339:15, 1339:16,

1339:25, 1340:14, 1342:3, 1342:21,
1343:11, 1343:23, 1344:3, 1344:6,
1344:7, 1344:11, 1344:12, 1345:5,
1345:6, 1346:21, 1347:2, 1347:24,
1348:3, 1348:6, 1348:14, 1348:18,
1348:20, 1348:24, 1350:4, 1350:14,
1350:19, 1350:20, 1350:21, 1350:23,
1351:1, 1351:3, 1351:9, 1351:16,
1351:22, 1351:25, 1352:2, 1352:3,
1353:3, 1353:4, 1353:8, 1353:11,
1353:15, 1353:16, 1353:18, 1353:21,
1354:8, 1354:10, 1354:13, 1354:14,
1354:21, 1355:2, 1355:5, 1355:10,
1355:12, 1355:15, 1355:16, 1356:1,
1356:13, 1357:4, 1357:9, 1357:10,
1357:11, 1357:16, 1357:24, 1358:2,
1358:5, 1358:11, 1358:25, 1359:1,
1359:3, 1359:25, 1360:3, 1360:5,
1360:15, 1360:20, 1361:8, 1361:9,
1361:21, 1362:1, 1362:9, 1362:12,
1362:13, 1362:15, 1363:1, 1363:8,
1363:15, 1363:25, 1364:6, 1364:13,
1364:23, 1365:9, 1365:10, 1365:11,
1365:19, 1365:24, 1366:8, 1366:18,
1366:20, 1366:21, 1366:23, 1366:24
  **A** - 1112:18, 1113:21, 1114:19,
114:23, 1123:4, 1124:10, 1124:20,
1136:13, 1137:2, 1137:8, 1138:8,
1138:9, 1145:24, 1146:16, 1148:20,
1158:6, 1159:24, 1160:18, 1164:18,
1169:3, 1177:18, 1179:14, 1180:1,
1182:19, 1188:8, 1190:2, 1205:18,
1219:24, 1224:3, 1238:1, 1246:16,
1254:24, 1282:4, 1282:21, 1287:8,
1290:3, 1297:13, 1298:22, 1304:3,
1321:17, 1357:3, 1368:3, 1368:5,
1369:4
  **ability** - 1130:20, 1187:4
  **able** - 1128:8, 1128:14, 1129:18,
1149:3, 1161:25, 1219:19, 1219:21,
1239:6, 1243:19, 1245:18, 1260:24,
1269:24, 1280:1, 1284:11, 1286:12,
1313:14, 1318:6, 1331:25, 1333:21,
1345:19, 1346:12, 1365:6
  **About** - 1123:17, 1169:2
  **about** - 1113:17, 1113:24, 1115:12,
1117:13, 1118:18, 1119:23, 1123:18,
1123:19, 1124:2, 1124:4, 1125:14,
1125:16, 1126:11, 1126:16, 1127:7,
1128:2, 1128:3, 1128:9, 1128:10,
1129:2, 1131:11, 1133:2, 1133:18,
1134:6, 1136:25, 1137:13, 1137:17,
1138:3, 1138:25, 1139:2, 1140:5,
1143:18, 1144:12, 1144:18, 1144:25,
1145:3, 1145:5, 1146:7, 1146:12,
1147:11, 1150:16, 1151:14, 1151:18,
1152:13, 1152:15, 1152:21, 1154:11,
1155:9, 1157:2, 1158:23, 1159:7,
1159:22, 1159:25, 1160:16, 1161:22,
1163:6, 1165:21, 1168:1, 1168:3,
1168:6, 1170:3, 1170:19, 1173:10,
1174:7, 1174:11, 1174:18, 1175:9,
1176:5, 1178:6, 1178:11, 1178:19,
1178:21, 1179:1, 1181:12, 1183:15,
1186:14, 1187:6, 1187:7, 1188:3,
1188:23, 1188:25, 1190:11, 1190:13,
1190:21, 1190:22, 1190:23, 1190:24,
1191:1, 1191:3, 1191:18, 1192:2,
1192:6, 1192:13, 1192:20, 1193:11,
1195:4, 1195:18, 1196:9, 1197:3,
1197:10, 1197:11, 1198:1, 1198:2,
1198:16, 1200:20, 1201:7, 1203:12,
1205:1, 1206:3, 1207:1, 1207:23,
1208:10, 1208:17, 1214:8, 1214:11,
1214:12, 1215:17, 1216:25, 1217:23,
1218:2, 1218:6, 1218:10, 1218:11,
1218:13, 1219:10, 1221:24, 1221:25,
1222:10, 1222:12, 1223:4, 1238:14,
1238:18, 1238:25, 1241:3, 1241:4,
1241:22, 1242:14, 1243:25, 1245:5,

1246:6, 1247:2, 1247:25, 1248:14,
1252:10, 1252:16, 1252:20, 1252:21,
1254:5, 1254:12, 1255:11, 1256:10,
1257:22, 1258:6, 1260:16, 1261:1,
1263:8, 1264:18, 1265:22, 1268:10,
1270:25, 1271:20, 1272:13, 1274:2,
1275:2, 1275:23, 1276:12, 1277:7,
1278:19, 1279:24, 1280:9, 1280:16,
1283:20, 1283:22, 1289:14, 1291:1,
1291:4, 1291:11, 1291:16, 1295:24,
1302:2, 1303:14, 1304:23, 1305:3,
1305:4, 1307:8, 1308:12, 1311:12,
1313:24, 1314:20, 1315:2, 1318:3,
1324:6, 1324:21, 1324:24, 1327:1,
1327:22, 1328:9, 1328:11, 1330:3,
1330:6, 1331:9, 1333:8, 1335:8,
1339:16, 1342:20, 1343:13, 1344:10,
1344:24, 1345:2, 1347:6, 1350:24,
1350:25, 1351:5, 1358:19, 1360:17,
1360:20, 1361:1, 1361:12, 1361:13,
1363:7, 1365:5, 1366:25, 1367:1,
1367:3
  **absent** - 1166:19
  **absolute** - 1136:13
  **Absolutely** - 1134:14, 1223:14,
1282:13
  **absolutely** - 1190:9, 1288:2, 1329:15
  **abundance** - 1262:17
  **abuses** - 1189:13
  **academic** - 1361:21
  **accent** - 1119:21
  **access** - 1247:10, 1303:17, 1303:19,
1313:25, 1326:11
  **accessed** - 1313:6
  **accident** - 1170:23
  **accompany** - 1199:6
  **accomplish** - 1273:19, 1275:4,
1346:13, 1348:17
  **accomplished** - 1265:14, 1265:21,
1267:16
  **accomplishing** - 1266:19
  **According** - 1341:9, 1341:12
  **according** - 1207:11, 1234:10,
1276:17
  **account** - 1144:5, 1257:16, 1340:18
  **accounts** - 1257:20
  **accurate** - 1127:8, 1197:22, 1213:23,
1266:23
  **accurately** - 1290:8, 1292:3
  **accusation** - 1245:23
  **accusations** - 1245:24
  **accused** - 1127:3, 1174:2
  **accusing** - 1246:2
  **acknowledging** - 1310:20
  **acquittal** - 1146:21, 1355:1
  **across** - 1115:15, 1189:9, 1262:5,
1303:16, 1360:19
  **Act** - 1125:3, 1355:6
  **act** - 1130:14, 1179:5, 1180:7,
1182:13, 1196:4, 1205:19
  **acted** - 1244:4
  **action** - 1134:19, 1140:22, 1140:25,
1141:14
  **actively** - 1166:25, 1167:8, 1184:20
  **activities** - 1175:9, 1242:5, 1251:13
  **activity** - 1156:8, 1156:18, 1227:3
  **actor's** - 1357:6
  **acts** - 1179:1, 1179:2, 1228:14,
1327:14
  **actual** - 1128:19, 1190:12, 1197:14,
1202:6, 1297:17, 1320:7, 1327:24,
1359:15
  **actuality** - 1189:8
  **actually** - 1115:18, 1117:3, 1117:12,
1132:18, 1132:20, 1137:17, 1192:8,
1212:8, 1246:20, 1248:10, 1251:17,
1260:14, 1260:17, 1262:1, 1263:6,
1279:11, 1281:21, 1283:2, 1283:13,
1283:14, 1283:16, 1283:17, 1287:12,
1288:1, 1303:23, 1310:17, 1318:9,

1320:11, 1320:12, 1332:8, 1340:4,
1344:6, 1355:9, 1359:15
  **Actually** - 1312:24, 1326:9
  **Adams** - 1235:8
  **add** - 1266:18, 1273:19
  **added** - 1325:7
  **addition** - 1196:10, 1308:18, 1325:24
  **additional** - 1207:22, 1226:21,
1229:18, 1257:13, 1261:18, 1270:15,
1313:9, 1320:25, 1329:6, 1329:10
  **address** - 1298:15, 1299:17, 1299:20,
1346:7, 1363:12, 1363:13
  **addressed** - 1224:12, 1239:20,
1241:12
  **addresses** - 1200:13, 1346:14,
1346:24, 1355:24
  **adjourned** - 1328:21, 1328:24
  **adjourning** - 1329:1
  **adjournment** - 1329:3
  **administrative** - 1279:23
  **admission** - 1201:22, 1202:10
  **admit** - 1212:1, 1212:2
  **admitted** - 1115:3, 1115:10, 1115:11,
1115:19, 1115:21, 1115:22, 1201:17,
1201:18, 1201:20, 1201:21, 1201:23,
1212:4, 1224:9, 1226:2, 1228:19,
1234:20, 1234:23, 1252:22, 1264:4,
1315:16, 1319:16
  **advance** - 1170:16, 1171:22,
1171:25, 1331:12
  **advantage** - 1166:2
  **adversely** - 1281:14
  **advice** - 1147:23
  **advisable** - 1171:9, 1171:11, 1176:7,
1176:8, 1176:9
  **advise** - 1147:21, 1176:24, 1224:14,
1343:18
  **advised** - 1205:18, 1228:23, 1290:24,
1313:3, 1329:4
  **advises** - 1239:12
  **advising** - 1239:11
  **Affairs** - 1243:7, 1271:17
  **affidavit** - 1197:18, 1197:21, 1281:5,
1281:9, 1281:24, 1283:17, 1283:25
  **affidavits** - 1197:12, 1197:14,
1213:21
  **Affidavits** - 1197:14
  **affirmation** - 1281:24, 1282:8,
1282:21
  **affirmative** - 1351:2, 1351:3, 1351:5,
1351:21, 1352:6, 1353:17, 1353:25,
1354:17, 1354:18, 1354:25, 1355:2,
1356:14, 1357:3, 1358:10, 1359:8,
1359:25, 1360:2, 1362:4, 1362:10,
1362:11, 1362:17
  **African** - 1119:20
  **African-american** - 1119:20
  **After** - 1124:2, 1127:2, 1201:4,
1202:12, 1203:15, 1212:13, 1261:14,
1289:15, 1297:15, 1342:1, 1345:17,
1345:18
  **after** - 1123:24, 1125:17, 1132:23,
1133:15, 1135:15, 1149:3, 1156:9,
1171:13, 1205:10, 1211:10, 1239:1,
1244:11, 1249:2, 1250:6, 1253:3,
1258:3, 1259:22, 1259:25, 1260:5,
1265:9, 1270:11, 1272:18, 1275:22,
1276:9, 1287:15, 1292:10, 1293:18,
1293:21, 1294:25, 1296:21, 1307:24,
1308:1, 1308:2, 1324:5, 1329:20,
1331:1, 1332:3, 1340:6, 1340:7
  **again** - 1131:4, 1131:23, 1138:17,
1147:6, 1198:3, 1218:12, 1221:3,
1225:1, 1225:9, 1226:10, 1227:4,
1227:23, 1228:18, 1229:7, 1235:15,
1235:25, 1236:18, 1251:9, 1257:25,
1264:16, 1271:2, 1302:8, 1310:25,
1311:3, 1326:5, 1329:9, 1332:25,
1333:13, 1335:18, 1346:12
  **Again** - 1137:19, 1149:5, 1199:18,

1226:4, 1234:7, 1245:12, 1250:17,
1265:22, 1290:19, 1295:21, 1352:11
**against** - 1125:20, 1127:20, 1127:21,
1179:6, 1179:16, 1182:13, 1206:22,
1207:20, 1214:17, 1216:19, 1271:22,
1281:14, 1286:24, 1291:2, 1330:1,
1351:14, 1356:22, 1358:2, 1364:7
**age** - 1200:22
**aged** - 1119:23
**agency** - 1142:14
**Agent** - 1226:17, 1229:14
**agent** - 1150:3, 1261:25, 1318:2
**agents** - 1212:11, 1245:16, 1245:17,
1246:5, 1262:1, 1262:2, 1315:11
**aggressive** - 1265:16
**ago** - 1137:15, 1140:9, 1190:24,
1191:21, 1216:15, 1265:11, 1291:3,
1315:15, 1326:18
**agree** - 1133:10, 1156:18, 1187:14,
1189:22, 1311:15, 1355:3, 1355:20,
1359:8, 1359:21
**Agreed** - 1114:7
**agreed** - 1142:21, 1255:7, 1290:25,
1302:22, 1319:10
**agreement** - 1122:12, 1144:20,
1144:21, 1144:22, 1211:13, 1335:24,
1336:7, 1355:18
**agreements** - 1145:4
**Agricola** - 1241:9, 1242:23, 1274:1,
1274:7, 1332:14
**ahead** - 1167:7, 1174:9, 1175:18,
1175:21, 1179:13, 1185:21, 1228:16,
1234:19, 1251:23, 1267:7, 1290:22,
1301:23, 1329:7, 1343:16, 1366:1
**air** - 1201:5, 1361:15
**Airport** - 1118:17
**airport** - 1246:21
**airports** - 1267:24
**aisle** - 1154:12
**Ak-47's** - 1242:25
**al** - 1224:19, 1229:3
**Al** - 1130:2
**alert** - 1180:10
**Alexandra** - 1341:2
**aliases** - 1336:24
**Alicia** - 1217:21, 1217:22, 1218:5,
1218:6, 1218:9, 1231:10, 1248:2,
1252:12, 1252:19, 1252:21, 1252:24,
1253:2, 1253:9, 1253:14, 1253:22,
1254:10, 1254:12, 1255:10, 1256:10,
1257:12, 1257:25, 1258:2, 1258:6,
1258:10, 1259:22, 1260:4, 1266:1,
1269:20, 1270:25, 1271:12, 1281:17,
1281:18, 1282:15, 1283:22, 1283:24,
1286:10, 1286:18, 1347:1, 1347:10
**Alicia's** - 1254:23, 1270:23
**all** - 1130:9, 1133:4, 1135:12,
1137:10, 1137:22, 1139:19, 1143:13,
1144:9, 1144:24, 1145:5, 1169:11,
1170:4, 1173:21, 1178:22, 1184:10,
1185:7, 1189:7, 1189:21, 1190:16,
1191:1, 1193:25, 1204:18, 1217:6,
1217:19, 1221:8, 1221:15, 1223:8,
1230:19, 1235:9, 1235:12, 1238:3,
1238:13, 1239:2, 1242:17, 1242:25,
1258:25, 1259:10, 1261:9, 1270:15,
1304:25, 1305:8, 1305:11, 1306:5,
1306:9, 1306:16, 1312:5, 1312:9,
1312:20, 1317:19, 1320:1, 1324:8,
1341:7, 1342:16, 1344:4, 1344:19,
1344:22, 1345:19, 1348:17, 1350:13,
1354:19, 1355:3, 1355:22, 1356:4,
1360:16, 1360:19, 1361:21, 1363:12,
1364:20, 1366:20, 1367:1, 1367:4
**All** - 1114:9, 1118:1, 1121:10,
1121:16, 1121:19, 1122:6, 1123:11,
1126:13, 1126:20, 1147:13, 1162:18,
1167:16, 1170:14, 1180:16, 1187:20,
1228:21, 1237:3, 1240:21, 1250:24,
1251:4, 1311:19, 1311:24, 1319:12,

1350:21, 1353:20, 1361:19, 1364:10,
1365:8, 1365:19, 1366:5, 1367:9
**all-consuming** - 1170:4
**all-enveloping** - 1356:4
**alleged** - 1129:21, 1154:5, 1226:23,
1228:14, 1228:20, 1229:20, 1260:19,
1284:10, 1284:24, 1336:17
**alleges** - 1362:23
**Allison** - 1327:23, 1328:1
**Allisons** - 1332:13
**allow** - 1138:13, 1185:22, 1215:4,
1222:13, 1223:7, 1250:15, 1250:21,
1251:8, 1254:4, 1335:10
**allowed** - 1156:24, 1157:1, 1160:4,
1165:11, 1177:14, 1277:2
**allowing** - 1335:19
**almost** - 1169:11, 1202:4, 1247:8,
1253:3, 1279:11, 1355:5, 1355:16
**alone** - 1143:16, 1241:7, 1257:3,
1303:14
**along** - 1239:2, 1252:10, 1262:13,
1273:19, 1274:17, 1317:11, 1318:22
**already** - 1152:18, 1160:7, 1211:10,
1221:9, 1230:25, 1240:23, 1301:17,
1315:21, 1324:15, 1329:25, 1347:24
**also** - 1151:11, 1308:16, 1312:15
**also** - 1152:17, 1153:6, 1158:12,
1172:2, 1176:22, 1178:3, 1178:19,
1183:10, 1183:18, 1188:3, 1207:10,
1207:11, 1207:13, 1210:9, 1234:17,
1235:3, 1240:13, 1244:2, 1253:22,
1262:4, 1264:10, 1265:13, 1270:25,
1274:9, 1279:7, 1282:6, 1290:4,
1312:8, 1321:24, 1336:22, 1340:21,
1352:3
**altered** - 1356:15
**although** - 1260:2, 1284:8, 1329:8,
1331:8
**always** - 1140:22, 1142:2, 1143:8,
1143:13, 1150:16, 1152:5, 1173:2,
1178:24, 1189:4, 1189:6, 1213:5,
1244:6, 1286:23, 1338:12, 1362:7
**Am** - 1112:6, 1157:14
**am** - 1115:2, 1115:5, 1152:25,
1306:22, 1319:10, 1343:14, 1351:11,
1351:12, 1357:19, 1359:23
**ambassador** - 1268:9, 1268:13
**amended** - 1122:12
**America** - 1112:3
**american** - 1119:20
**American** - 1212:11, 1245:14
**Among** - 1171:24
**among** - 1163:9, 1278:6, 1312:1
**amongst** - 1133:17
**amount** - 1149:17, 1172:3, 1297:12
**amounts** - 1355:11
**an** - 1115:2, 1115:6, 1116:17, 1117:9,
1117:11, 1117:16, 1118:3, 1119:20,
1124:21, 1125:5, 1125:24, 1129:7,
1129:11, 1130:13, 1131:7, 1132:12,
1132:13, 1135:23, 1137:25, 1138:9,
1143:6, 1144:1, 1144:4, 1144:11,
1144:21, 1146:21, 1147:9, 1149:9,
1149:10, 1149:12, 1149:15, 1150:1,
1151:15, 1156:5, 1158:13, 1161:19,
1162:3, 1162:7, 1162:14, 1163:10,
1163:18, 1164:1, 1166:4, 1166:13,
1168:24, 1172:13, 1174:1, 1174:2,
1175:12, 1178:13, 1178:22, 1179:5,
1181:17, 1181:19, 1181:21, 1181:22,
1181:23, 1182:13, 1183:18, 1185:1,
1185:11, 1185:24, 1186:6, 1187:13,
1188:12, 1188:18, 1192:2, 1193:1,
1193:19, 1193:23, 1197:4, 1198:3,
1202:20, 1203:13, 1204:4, 1204:14,
1205:12, 1205:13, 1206:7, 1206:22,
1207:16, 1207:24, 1208:9, 1212:17,
1212:21, 1213:2, 1213:24, 1214:5,
1214:23, 1221:15, 1223:4, 1226:19,

1226:23, 1227:18, 1228:11, 1229:16,
1229:21, 1230:3, 1230:6, 1230:9,
1230:11, 1231:3, 1231:11, 1231:12,
1237:10, 1238:24, 1240:2, 1245:14,
1251:14, 1254:9, 1261:25, 1262:17,
1266:9, 1266:23, 1267:22, 1270:23,
1271:1, 1271:23, 1273:23, 1274:3,
1279:14, 1279:22, 1281:5, 1281:23,
1281:24, 1287:18, 1289:13, 1297:17,
1298:16, 1300:2, 1301:2, 1301:8,
1307:2, 1309:5, 1309:16, 1313:23,
1314:17, 1317:4, 1317:9, 1317:14,
1317:25, 1318:2, 1320:5, 1322:17,
1323:11, 1323:17, 1325:15, 1326:2,
1328:5, 1330:20, 1335:7, 1335:22,
1335:24, 1336:7, 1337:16, 1337:19,
1338:14, 1341:3, 1343:3, 1351:2,
1351:3, 1351:5, 1352:6, 1353:17,
1353:18, 1353:25, 1354:16, 1355:1,
1355:12, 1355:16, 1356:11, 1356:14,
1357:3, 1357:14, 1359:1, 1359:8,
1359:15, 1359:25, 1360:23, 1362:1,
1362:3, 1365:19
**analog** - 1315:13
**analogue** - 1278:12
**analyze** - 1284:17
**And** - 1115:3, 1116:7, 1116:15,
1116:19, 1117:25, 1118:1, 1119:8,
1119:12, 1119:25, 1120:13, 1123:16,
1123:18, 1125:21, 1129:25, 1130:3,
1132:13, 1133:6, 1133:14, 1133:16,
1134:2, 1135:5, 1135:12, 1136:24,
1137:22, 1139:25, 1141:12, 1141:15,
1143:12, 1144:15, 1146:22, 1147:6,
1148:8, 1149:16, 1151:15, 1151:19,
1152:5, 1153:4, 1154:17, 1155:22,
1155:24, 1156:15, 1158:12, 1160:13,
1161:7, 1161:9, 1161:17, 1161:25,
1162:4, 1162:7, 1162:13, 1164:1,
1165:12, 1167:6, 1168:12, 1168:16,
1168:25, 1170:23, 1171:12, 1171:21,
1172:21, 1172:24, 1173:14, 1173:20,
1173:23, 1174:1, 1176:16, 1176:19,
1176:22, 1177:25, 1179:19, 1181:6,
1181:19, 1182:11, 1184:18, 1185:1,
1185:9, 1185:12, 1185:24, 1189:4,
1189:16, 1190:7, 1190:20, 1191:20,
1191:25, 1194:20, 1195:11, 1195:21,
1238:17, 1241:12, 1242:3, 1244:7,
1245:1, 1246:24, 1248:2, 1252:8,
1257:20, 1263:6, 1263:10, 1264:6,
1264:21, 1265:20, 1266:20, 1268:10,
1275:4, 1275:13, 1277:3, 1283:19,
1287:6, 1301:2, 1302:6, 1302:11,
1303:4, 1303:21, 1308:11, 1308:16,
1310:17, 1311:3, 1311:9, 1312:18,
1313:11, 1313:22, 1314:2, 1315:7,
1320:11, 1323:2, 1327:11, 1327:25,
1329:24, 1330:23, 1333:4, 1333:11,
1353:22, 1355:9, 1355:15, 1357:13,
1358:14, 1361:1, 1363:13
**and** - 1112:10, 1113:8, 1113:10,
1113:14, 1114:20, 1114:22, 1115:8,
1115:15, 1115:18, 1115:20, 1115:23,
1117:2, 1117:8, 1117:10, 1117:13,
1117:18, 1117:19, 1118:18, 1118:19,
1119:21, 1119:22, 1120:3, 1120:24,
1122:1, 1123:5, 1123:7, 1123:21,
1124:11, 1124:12, 1124:16, 1124:17,
1124:18, 1124:25, 1125:1, 1125:5,
1125:16, 1125:21, 1126:5, 1126:17,
1127:8, 1127:25, 1128:4, 1128:9,
1128:13, 1128:15, 1128:16, 1128:25,
1129:19, 1129:22, 1130:7, 1130:10,
1130:12, 1130:20, 1130:21, 1130:23,
1131:4, 1131:6, 1131:7, 1131:8,
1131:9, 1131:11, 1131:18, 1131:23,
1132:5, 1132:6, 1132:7, 1132:15,
1132:16, 1133:2, 1133:3, 1133:5,
1133:9, 1134:14, 1135:1, 1135:4,

1135:10, 1135:13, 1135:20, 1136:17,
1136:18, 1136:20, 1137:4, 1137:19,
1138:2, 1138:5, 1138:10, 1138:11,
1138:12, 1138:13, 1138:15, 1138:18,
1138:25, 1139:5, 1139:7, 1139:8,
1139:11, 1139:16, 1139:19, 1139:22,
1139:23, 1140:3, 1140:4, 1140:17,
1141:10, 1141:17, 1142:2, 1142:3,
1142:4, 1142:8, 1142:9, 1142:12,
1142:13, 1142:14, 1143:8, 1143:9,
1143:14, 1143:15, 1144:3, 1144:7,
1144:8, 1144:21, 1145:1, 1145:5,
1145:13, 1145:15, 1145:18, 1145:25,
1146:2, 1146:7, 1146:8, 1146:13,
1146:14, 1146:17, 1146:20, 1147:7,
1147:18, 1148:5, 1148:6, 1148:11,
1148:21, 1149:1, 1149:15, 1149:17,
1149:18, 1149:20, 1149:24, 1150:4,
1150:18, 1152:4, 1152:6, 1152:12,
1152:15, 1152:19, 1153:2, 1153:7,
1154:13, 1155:20, 1156:2, 1156:9,
1156:15, 1156:16, 1157:3, 1157:23,
1158:4, 1158:13, 1158:20, 1158:24,
1159:7, 1159:8, 1159:9, 1160:6,
1160:10, 1160:13, 1160:15, 1160:20,
1160:21, 1160:23, 1160:24, 1161:7,
1161:10, 1161:17, 1162:5, 1162:11,
1162:12, 1162:19, 1162:20, 1163:1,
1163:6, 1163:14, 1163:15, 1163:16,
1163:17, 1163:23, 1163:24, 1164:2,
1164:6, 1164:9, 1164:18, 1164:24,
1165:12, 1165:22, 1165:24, 1166:14,
1166:18, 1166:25, 1167:12, 1167:14,
1167:24, 1168:16, 1168:17, 1168:24,
1169:4, 1169:14, 1169:22, 1170:24,
1171:2, 1171:15, 1174:5, 1174:17,
1175:8, 1175:13, 1176:2, 1176:3,
1176:6, 1176:19, 1176:24, 1177:19,
1177:20, 1178:3, 1178:12, 1178:14,
1178:20, 1179:14, 1179:15, 1179:24,
1181:13, 1181:18, 1182:20, 1183:10,
1183:15, 1183:23, 1183:25, 1184:1,
1184:2, 1184:14, 1184:22, 1185:13,
1185:16, 1185:19, 1185:20, 1185:21,
1186:13, 1186:23, 1186:3, 1186:7,
1186:11, 1187:4, 1187:10, 1187:11,
1187:13, 1187:16, 1187:18, 1188:11,
1188:12, 1188:13, 1188:16, 1188:17,
1188:24, 1189:7, 1189:10, 1189:11,
1189:13, 1189:15, 1189:18, 1189:21,
1190:15, 1190:19, 1190:23, 1190:24,
1190:25, 1191:1, 1191:2, 1191:7,
1191:10, 1191:18, 1192:5, 1192:10,
1192:17, 1192:20, 1193:13, 1193:15,
1193:17, 1193:24, 1194:7, 1194:3,
1194:10, 1195:1, 1195:4, 1197:10,
1198:8, 1199:12, 1200:7, 1200:8,
1201:1, 1201:24, 1202:4, 1202:15,
1202:22, 1202:24, 1204:25, 1206:14,
1207:3, 1207:13, 1207:15, 1208:5,
1208:8, 1208:14, 1208:24, 1211:23,
1212:1, 1212:6, 1212:7, 1212:11,
1212:23, 1213:17, 1214:17, 1215:5,
1215:14, 1216:13, 1216:23, 1217:1,
1218:6, 1219:8, 1219:11, 1222:3,
1222:25, 1224:13, 1226:9, 1226:11,
1226:14, 1226:16, 1226:18, 1226:21,
1226:24, 1226:25, 1228:8, 1228:23,
1229:6, 1229:8, 1229:10, 1229:15,
1229:18, 1229:22, 1230:16, 1230:18,
1230:21, 1231:5, 1233:5, 1233:17,
1233:21, 1234:16, 1235:8, 1235:9,
1235:10, 1235:23, 1237:10, 1240:20,
1241:3, 1242:1, 1242:7, 1242:9,
1242:21, 1242:22, 1242:24, 1242:25,
1243:4, 1243:15, 1243:18, 1244:2,
1244:3, 1244:8, 1244:9, 1244:20,
1244:25, 1245:16, 1245:19, 1246:5,
1246:6, 1246:10, 1246:19, 1246:24,
1248:3, 1248:6, 1248:7, 1248:9,

1248:13, 1248:22, 1250:20, 1251:8,
1252:2, 1252:11, 1253:7, 1253:22,
1253:23, 1253:24, 1255:1, 1255:5,
1255:7, 1255:10, 1256:16, 1256:20,
1256:21, 1257:15, 1257:21, 1258:2,
1258:16, 1258:18, 1258:21, 1259:2,
1259:17, 1260:3, 1260:5, 1260:6,
1260:15, 1261:9, 1261:12, 1262:1,
1262:2, 1262:6, 1262:13, 1262:14,
1262:23, 1263:16, 1263:23, 1264:16,
1264:23, 1265:1, 1265:2, 1265:8,
1265:9, 1265:15, 1266:9, 1266:17,
1266:18, 1267:4, 1267:22, 1268:1,
1268:7, 1268:11, 1268:13, 1269:1,
1269:2, 1269:16, 1269:17, 1269:19,
1269:20, 1270:6, 1270:11, 1270:22,
1270:23, 1270:25, 1271:1, 1272:1,
1272:5, 1272:10, 1273:8, 1274:1,
1274:7, 1274:8, 1274:20, 1274:22,
1274:25, 1276:4, 1276:7, 1276:24,
1277:7, 1277:8, 1277:9, 1278:10,
1278:21, 1279:2, 1279:7, 1279:22,
1280:5, 1280:21, 1280:24, 1281:6,
1281:19, 1281:22, 1282:5, 1282:21,
1283:11, 1283:19, 1283:22, 1283:23,
1283:24, 1284:9, 1284:12, 1284:24,
1285:8, 1285:14, 1285:22, 1285:24,
1286:9, 1286:13, 1286:20, 1288:9,
1289:1, 1289:14, 1289:24, 1290:3,
1290:23, 1290:24, 1290:25, 1291:2,
1291:5, 1291:7, 1291:8, 1291:9,
1291:12, 1291:16, 1291:17, 1292:9,
1292:12, 1292:20, 1293:2, 1293:24,
1294:2, 1295:21, 1295:25, 1296:3,
1296:4, 1296:5, 1296:6, 1296:20,
1296:22, 1298:2, 1298:6, 1301:5,
1301:6, 1302:2, 1302:16, 1302:23,
1302:24, 1303:19, 1303:21, 1303:25,
1304:8, 1304:9, 1304:13, 1305:2,
1305:4, 1305:5, 1305:7, 1305:16,
1305:19, 1306:3, 1306:10, 1308:13,
1309:2, 1310:4, 1310:9, 1310:17,
1311:11, 1312:1, 1312:12, 1312:21,
1313:15, 1314:1, 1314:3, 1314:20,
1314:24, 1315:8, 1315:9, 1315:11,
1315:15, 1315:17, 1316:1, 1317:1,
1317:6, 1317:14, 1317:22, 1318:7,
1318:19, 1318:21, 1320:5, 1320:21,
1320:25, 1321:2, 1321:10, 1321:13,
1322:15, 1323:12, 1323:18, 1323:20,
1324:7, 1324:8, 1324:11, 1325:9,
1325:10, 1326:2, 1326:6, 1326:15,
1327:1, 1327:12, 1328:10, 1328:16,
1329:5, 1329:19, 1330:7, 1330:9,
1330:13, 1330:14, 1330:16, 1330:20,
1330:24, 1331:12, 1331:14, 1331:24,
1331:25, 1332:4, 1332:18, 1333:16,
1333:21, 1333:23, 1334:5, 1335:4,
1335:8, 1335:12, 1335:18, 1336:3,
1336:4, 1336:18, 1337:21, 1337:25,
1338:9, 1339:4, 1339:5, 1340:22,
1342:16, 1343:2, 1343:10, 1343:11,
1343:16, 1344:15, 1344:24, 1345:3,
1346:7, 1346:12, 1346:17, 1346:18,
1347:10, 1347:12, 1347:21, 1348:16,
1349:13, 1350:11, 1351:16, 1353:5,
1353:6, 1353:13, 1353:17, 1353:23,
1354:5, 1354:8, 1354:12, 1354:13,
1354:19, 1354:23, 1356:18, 1357:10,
1357:20, 1358:1, 1358:14, 1359:8,
1359:15, 1359:17, 1359:18, 1359:21,
1360:1, 1360:20, 1361:5, 1361:16,
1362:10, 1362:15, 1364:2, 1365:19,
1366:2, 1366:3, 1366:18, 1367:5
**and/or** - 1303:17, 1336:23
**Andrew** - 1241:19, 1274:9, 1347:14
**angle** - 1178:22
**angles** - 1178:23
**another** - 1186:8, 1195:18, 1203:8,
1214:16, 1224:18, 1226:19, 1229:2,

1229:16, 1238:19, 1240:8, 1241:13,
1255:1, 1264:5, 1272:10, 1292:16,
1296:12, 1297:14, 1297:20, 1333:1,
1333:2, 1342:6, 1350:16, 1354:7,
1355:10, 1356:23, 1362:18, 1363:14
**Another** - 1180:14, 1292:18, 1341:4
**Answer** - 1120:8
**answer** - 1127:5, 1132:13, 1138:23,
1139:17, 1165:9, 1165:16, 1179:8,
1189:23, 1190:7, 1193:18, 1210:3,
1238:24, 1244:18, 1244:20, 1305:20,
1316:1, 1317:1, 1320:5, 1322:23,
1330:24, 1334:3, 1358:16, 1359:3,
1361:14
**answered** - 1151:15, 1299:12, 1364:9
**answers** - 1164:6, 1302:2
**Anthony** - 1112:20, 1123:8, 1123:10,
1156:21, 1162:19
**anticipate** - 1285:7, 1285:19
**anticipated** - 1283:13
**anticipation** - 1356:11, 1360:23
**Anticrime** - 1243:9
**Any** - 1125:7, 1126:20, 1203:10,
1215:22, 1225:22, 1227:16, 1232:3,
1236:10, 1239:14, 1249:4, 1262:7,
1275:18, 1290:15, 1293:8, 1294:15,
1295:12, 1299:6, 1340:10, 1343:6,
1349:18
**any** - 1124:19, 1124:21, 1125:15,
1129:15, 1129:20, 1130:11, 1136:9,
1136:13, 1136:14, 1145:11, 1160:20,
1168:25, 1193:9, 1193:22, 1193:25,
1196:16, 1203:3, 1206:10, 1208:11,
1209:3, 1209:4, 1215:20, 1218:3,
1218:6, 1224:14, 1224:15, 1226:11,
1228:1, 1228:2, 1228:12, 1228:24,
1229:8, 1243:21, 1245:4, 1253:23,
1259:8, 1261:15, 1263:13, 1264:7,
1274:18, 1275:18, 1280:8, 1283:20,
1284:10, 1285:23, 1285:24, 1286:17,
1287:24, 1288:18, 1290:25, 1292:19,
1292:20, 1292:24, 1292:25, 1293:2,
1293:5, 1304:10, 1305:12, 1308:23,
1312:22, 1314:19, 1314:21, 1314:23,
1315:1, 1315:24, 1322:12, 1325:6,
1325:18, 1326:21, 1327:12, 1327:16,
1327:22, 1328:8, 1330:10, 1330:11,
1332:5, 1333:8, 1333:24, 1334:1,
1334:3, 1334:5, 1337:9, 1338:3,
1339:20, 1340:5, 1340:7, 1341:16,
1342:3, 1342:19, 1345:6, 1351:6,
1351:25, 1353:11, 1360:14, 1364:2
**anybody** - 1204:16, 1247:8, 1275:16,
1275:19, 1280:12, 1280:14, 1298:8,
1323:20, 1341:18, 1344:17, 1351:10,
1354:19
**Anybody** - 1275:17
**anymore** - 1194:13
**anyone** - 1176:20, 1235:11, 1258:18,
1260:7, 1260:8, 1260:11, 1260:12,
1280:11, 1296:6, 1296:7, 1327:17
**anything** - 1143:9, 1164:19, 1175:11,
1177:14, 1190:21, 1192:25, 1209:3,
1221:25, 1241:22, 1242:13, 1245:9,
1251:10, 1252:20, 1268:18, 1275:23,
1288:18, 1289:11, 1293:5, 1295:19,
1304:11, 1308:5, 1314:18, 1318:9,
1326:23, 1327:16, 1328:11, 1350:25,
1352:10
**Anything** - 1121:3, 1199:24
**anytime** - 1314:12
**anyway** - 1159:23, 1160:15, 1173:9,
1279:22, 1287:12
**anywhere** - 1334:3
**apparently** - 1243:3, 1243:4, 1244:7,
1280:7, 1315:5
**Apparently** - 1244:1, 1256:8
**Appeals** - 1247:23, 1288:6, 1288:8
**appear** - 1136:20, 1208:3
**Appearances** - 1112:11

**appearances** - 1205:20, 1221:16
**appeared** - 1247:6
**appears** - 1226:6, 1263:15, 1340:15
**appliances** - 1280:13
**application** - 1120:24, 1271:11,
1281:4, 1281:5, 1282:22, 1309:5,
1325:6, 1330:1, 1330:20, 1335:10,
1353:22
**applications** - 1254:6, 1281:19
**applied** - 1131:12
**applies** - 1228:9, 1356:14
**apply** - 1139:23, 1272:14, 1272:15,
1359:22
**apprehended** - 1243:20
**approach** - 1142:4, 1147:8, 1152:13,
1196:8, 1209:5, 1227:20
**approached** - 1120:1
**approaches** - 1143:10
**appropriate** - 1197:4, 1301:8, 1352:9
**approval** - 1351:16
**approximately** - 1225:1, 1246:23,
1258:8
**April** - 1137:3, 1137:5, 1149:7,
1156:9, 1156:10, 1207:2, 1245:14,
1246:3, 1262:13, 1264:16, 1265:18,
1265:23, 1270:11, 1317:11, 1326:2,
1326:3, 1335:15
**Are** - 1133:12, 1138:17, 1139:14,
1144:11, 1180:4, 1180:5, 1198:2,
1201:11, 1219:19, 1238:3, 1239:6,
1256:10, 1289:7, 1304:6, 1333:10,
1338:7, 1339:6, 1339:15
**are** - 1115:3, 1121:5, 1124:7,
1124:14, 1124:15, 1124:19, 1125:15,
1127:8, 1127:20, 1128:10, 1128:20,
1129:3, 1129:5, 1129:17, 1129:18,
1129:21, 1130:4, 1130:11, 1130:12,
1130:13, 1130:15, 1130:21, 1131:16,
1131:17, 1131:18, 1132:3, 1132:6,
1132:24, 1133:2, 1133:23, 1133:25,
1134:8, 1134:9, 1134:15, 1135:9,
1135:10, 1135:15, 1135:23, 1137:8,
1137:20, 1137:21, 1138:1, 1138:4,
1138:25, 1139:1, 1139:3, 1139:9,
1139:15, 1140:4, 1140:23, 1141:22,
1142:1, 1142:22, 1143:1, 1143:7,
1143:14, 1143:18, 1144:6, 1144:23,
1144:24, 1145:4, 1147:15, 1147:17,
1147:20, 1147:22, 1147:23, 1148:5,
1148:6, 1148:11, 1150:15, 1150:16,
1151:23, 1152:2, 1152:5, 1152:6,
1152:8, 1152:9, 1152:11, 1152:19,
1153:4, 1153:5, 1156:7, 1156:24,
1160:10, 1160:13, 1161:1, 1161:2,
1161:11, 1161:12, 1161:13, 1161:20,
1161:25, 1162:4, 1162:13, 1164:11,
1164:15, 1165:18, 1166:8, 1168:6,
1168:16, 1168:18, 1168:25, 1169:6,
1170:2, 1170:7, 1170:23, 1171:16,
1171:18, 1172:4, 1172:5, 1172:21,
1173:1, 1174:6, 1174:12, 1174:21,
1174:23, 1174:24, 1174:25, 1176:13,
1176:16, 1177:2, 1177:3, 1177:14,
1178:13, 1178:19, 1178:21, 1178:22,
1180:4, 1181:3, 1183:3, 1183:4,
1184:7, 1184:11, 1184:12, 1184:20,
1185:3, 1185:19, 1185:21, 1185:22,
1186:2, 1188:17, 1188:20, 1189:1,
1189:14, 1190:2, 1190:19, 1193:5,
1195:1, 1195:21, 1196:14, 1197:14,
1198:4, 1198:9, 1199:8, 1199:10,
1200:21, 1204:22, 1208:19, 1210:5,
1213:5, 1213:10, 1215:7, 1219:21,
1227:1, 1227:25, 1228:10, 1228:18,
1233:4, 1233:14, 1234:10, 1234:17,
1234:23, 1235:12, 1238:18, 1242:3,
1243:19, 1248:7, 1248:24, 1249:19,
1251:10, 1252:22, 1253:20, 1257:24,
1259:8, 1259:11, 1259:12, 1259:15,
1259:16, 1260:11, 1264:11, 1274:24,

1275:20, 1282:3, 1283:24, 1284:6,
1284:25, 1289:3, 1302:16, 1314:17,
1320:5, 1331:11, 1332:21, 1336:24,
1339:8, 1339:24, 1340:5, 1346:5,
1346:6, 1346:13, 1356:16, 1356:17,
1356:19, 1357:15, 1357:25, 1358:1,
1359:16, 1359:17, 1363:4, 1363:20,
1363:22
**area** - 1143:4, 1143:6, 1143:18,
1143:19, 1167:22, 1186:6, 1189:19,
1212:19, 1237:8, 1257:2, 1257:3,
1304:2
**areas** - 1128:24, 1186:2, 1190:10,
1190:13, 1190:15, 1254:4
**aren't** - 1154:9, 1156:4, 1161:1
**argue** - 1221:21, 1356:22, 1359:2,
1360:24, 1363:4, 1364:7
**arguing** - 1367:1
**argument** - 1351:17, 1353:13, 1367:2
**arguments** - 1221:25
**Arienne** - 1112:6, 1112:19, 1293:14
**arises** - 1113:13, 1196:14
**armed** - 1199:6
**Army** - 1201:5, 1271:15
**around** - 1124:12, 1130:16, 1137:23,
1149:18, 1160:22, 1188:13, 1207:23,
1219:4, 1222:8, 1237:10, 1246:8,
1246:25, 1248:7, 1259:4, 1261:6,
1261:19, 1278:6, 1279:11, 1302:15,
1307:9, 1310:6, 1323:6, 1323:9,
1323:24, 1324:25, 1326:22, 1337:21,
1338:11, 1344:25
**arrange** - 1322:8, 1343:16
**arrangement** - 1338:22
**arrangements** - 1268:10
**arrest** - 1243:14, 1348:8
**arrested** - 1204:20, 1222:4, 1244:11,
1255:7, 1262:12, 1262:14, 1263:3,
1274:20, 1295:18, 1322:11, 1328:9,
1340:1, 1340:6, 1340:8, 1344:24,
1348:2, 1348:5
**arrests** - 1267:19
**arrives** - 1121:13
**Art** - 1203:14
**Arthur** - 1117:2
**article** - 1350:19
**articulate** - 1363:24, 1366:2
**articulated** - 1362:1
**as** - 1114:21, 1115:16, 1116:11,
1123:6, 1123:10, 1124:1, 1124:17,
1124:21, 1124:23, 1125:5, 1126:9,
1126:19, 1130:17, 1130:20, 1130:23,
1130:24, 1131:13, 1132:9, 1132:10,
1143:10, 1144:4, 1144:16, 1147:8,
1147:17, 1147:21, 1148:7, 1148:8,
1149:5, 1152:1, 1152:10, 1154:14,
1154:21, 1155:9, 1158:19, 1160:14,
1161:23, 1163:13, 1163:14, 1164:11,
1166:18, 1167:5, 1170:7, 1174:15,
1178:12, 1179:21, 1180:8, 1184:7,
1184:8, 1184:9, 1184:11, 1185:12,
1185:17, 1186:7, 1192:1, 1192:13,
1192:18, 1192:19, 1194:12, 1195:6,
1199:11, 1200:7, 1200:17, 1203:2,
1203:15, 1204:1, 1204:7, 1205:6,
1205:11, 1205:19, 1206:18, 1207:10,
1207:11, 1207:13, 1207:17, 1208:4,
1208:14, 1208:17, 1213:2, 1215:5,
1216:8, 1216:16, 1216:20, 1216:21,
1217:4, 1217:10, 1218:18, 1218:19,
1218:25, 1219:7, 1219:9, 1219:17,
1222:7, 1222:11, 1222:12, 1223:5,
1223:11, 1224:13, 1224:18, 1225:4,
1226:9, 1226:18, 1226:22, 1227:2,
1227:7, 1227:17, 1228:11, 1229:2,
1229:6, 1229:13, 1229:15, 1229:25,
1230:24, 1231:9, 1231:19, 1231:22,
1231:25, 1234:4, 1235:4, 1235:21,
1236:12, 1237:8, 1237:9, 1239:4,
1240:2, 1240:8, 1240:13, 1240:19,

1241:16, 1243:6, 1243:7, 1244:4,
1245:1, 1245:21, 1248:1, 1248:5,
1248:6, 1248:17, 1250:17, 1251:16,
1252:20, 1260:23, 1262:23, 1264:2,
1266:1, 1266:12, 1266:14, 1268:4,
1269:10, 1270:20, 1272:7, 1272:14,
1272:22, 1273:8, 1273:19, 1274:9,
1275:7, 1275:9, 1275:10, 1275:13,
1275:20, 1276:17, 1282:3, 1282:17,
1284:11, 1284:20, 1287:17, 1288:13,
1289:22, 1289:23, 1290:4, 1291:21,
1292:25, 1293:20, 1293:22, 1294:7,
1295:5, 1296:8, 1296:14, 1297:3,
1297:17, 1298:20, 1299:22, 1302:25,
1303:5, 1304:19, 1305:6, 1305:15,
1306:11, 1307:12, 1309:16, 1309:23,
1309:24, 1311:7, 1311:10, 1312:24,
1313:19, 1314:9, 1315:14, 1317:16,
1318:3, 1318:7, 1320:2, 1320:9,
1321:4, 1322:20, 1324:17, 1325:13,
1325:16, 1325:17, 1325:25, 1326:17,
1326:24, 1331:5, 1331:7, 1332:8,
1335:9, 1335:11, 1335:25, 1336:2,
1336:7, 1337:3, 1337:16, 1339:22,
1342:2, 1343:23, 1345:6, 1346:21,
1347:23, 1347:24, 1349:9, 1349:23,
1352:6, 1353:13, 1354:20, 1355:10,
1357:3, 1358:2, 1358:20, 1358:23,
1360:14, 1364:21
**As** - 1137:3, 1182:12, 1208:9,
1211:12, 1211:15, 1223:3, 1231:2,
1234:5, 1254:15, 1270:24, 1273:19,
1275:20, 1293:22, 1311:19, 1312:25,
1317:24, 1339:12, 1364:17
**ascribed** - 1338:24
**aside** - 1272:14
**ask** - 1113:13, 1125:4, 1151:19,
1159:19, 1164:13, 1164:14, 1165:21,
1171:25, 1174:14, 1187:9, 1187:18,
1189:14, 1190:11, 1194:20, 1194:21,
1219:9, 1219:21, 1225:5, 1227:8,
1227:18, 1230:14, 1231:20, 1248:19,
1252:1, 1254:5, 1270:18, 1289:24,
1291:22, 1294:8, 1295:6, 1296:15,
1305:19, 1306:12, 1309:24, 1320:14,
1321:4, 1322:24, 1332:19, 1336:3,
1342:6, 1342:23, 1360:3, 1361:20,
1366:22
**asked** - 1113:12, 1116:4, 1117:8,
1117:19, 1117:22, 1119:21, 1120:2,
1146:3, 1151:13, 1175:25, 1188:24,
1189:19, 1189:24, 1192:20, 1194:14,
1195:18, 1218:3, 1218:5, 1218:17,
1223:4, 1231:4, 1260:14, 1260:16,
1268:8, 1274:3, 1279:13, 1279:16,
1280:2, 1281:7, 1289:4, 1291:3,
1292:19, 1293:16, 1296:5, 1298:11,
1302:18, 1303:4, 1303:7, 1303:10,
1313:24, 1321:23, 1330:23, 1333:8
**asking** - 1117:25, 1145:20, 1145:21,
1165:8, 1166:3, 1175:18, 1190:13,
1198:7, 1216:2, 1228:5, 1236:22,
1236:23, 1265:22, 1278:6, 1302:1,
1307:8, 1311:12, 1324:2
**asks** - 1205:1
**aspect** - 1222:9, 1229:21
**asserted** - 1213:14, 1295:22
**assertions** - 1213:14, 1228:1,
1230:18
**assigned** - 1226:13, 1229:9, 1262:19,
1270:7
**assignment** - 1231:3
**assignments** - 1184:22, 1326:25,
1330:17
**assist** - 1126:18, 1205:19
**assistance** - 1193:6, 1193:8
**Assistant** - 1112:15, 1150:1, 1219:25,
1224:12, 1224:21, 1226:12, 1306:15
**assistant** - 1202:5
**assisting** - 1202:6

**associate** - 1117:12, 1168:24,
1174:2, 1177:19, 1183:18, 1183:24,
1184:3, 1185:2, 1185:3, 1185:6,
1185:11, 1185:12, 1185:13, 1186:4,
1186:13, 1187:11, 1187:13, 1187:16,
1341:4
**associated** - 1152:22, 1173:23,
1181:15, 1203:4, 1213:24, 1242:4
**associates** - 1160:5, 1173:15,
1174:21, 1184:2, 1184:19, 1187:10,
1188:20, 1188:23
**association** - 1124:19
**Association** - 1124:24, 1176:23,
1176:24
**Associations** - 1176:24
**associations** - 1124:21
**assume** - 1302:21, 1357:23
**assumed** - 1309:11
**At** - 1118:6, 1132:17, 1142:5, 1142:6,
1163:5, 1201:19, 1205:4, 1211:2,
1241:7, 1245:4, 1248:14, 1252:15,
1270:5, 1271:19, 1286:19, 1318:12,
1325:16, 1333:24
**at** - 1113:7, 1113:11, 1120:24,
1121:15, 1121:18, 1121:24, 1122:4,
1125:17, 1126:2, 1127:3, 1131:25,
1132:9, 1132:11, 1134:15, 1135:2,
1136:7, 1138:3, 1143:7, 1144:8,
1146:14, 1148:6, 1149:23, 1150:6,
1150:21, 1151:11, 1154:4, 1155:3,
1157:14, 1158:4, 1158:19, 1162:25,
1164:5, 1164:6, 1164:15, 1164:24,
1165:1, 1165:6, 1166:10, 1171:5,
1172:6, 1175:10, 1176:16, 1178:24,
1182:13, 1185:18, 1188:9, 1189:6,
1192:15, 1193:25, 1199:2, 1202:3,
1202:8, 1202:23, 1202:24, 1203:5,
1203:6, 1205:3, 1205:8, 1211:24,
1213:17, 1213:22, 1216:2, 1218:20,
1219:4, 1224:4, 1224:19, 1225:5,
1225:8, 1226:7, 1228:13, 1228:14,
1230:16, 1231:20, 1232:1, 1234:17,
1237:3, 1237:7, 1241:7, 1242:11,
1243:21, 1245:8, 1245:12, 1246:4,
1246:15, 1246:21, 1248:2, 1250:20,
1251:15, 1252:5, 1252:8, 1252:13,
1253:11, 1253:18, 1256:8, 1256:14,
1258:4, 1258:14, 1258:15, 1258:17,
1258:25, 1259:2, 1260:15, 1260:22,
1261:9, 1261:21, 1266:12, 1266:20,
1267:16, 1268:25, 1269:3, 1272:15,
1275:1, 1275:11, 1277:3, 1278:10,
1280:8, 1280:18, 1282:24, 1283:23,
1284:20, 1285:7, 1285:20, 1286:6,
1286:24, 1287:1, 1289:24, 1290:8,
1290:25, 1291:15, 1292:3, 1292:25,
1295:24, 1297:3, 1297:20, 1298:13,
1298:19, 1299:1, 1302:3, 1303:12,
1305:8, 1305:11, 1306:1, 1306:17,
1306:23, 1308:19, 1309:19, 1313:11,
1314:5, 1314:20, 1315:18, 1317:17,
1317:19, 1318:10, 1322:16, 1322:20,
1324:13, 1327:12, 1328:1, 1328:8,
1328:14, 1329:11, 1330:2, 1330:4,
1332:3, 1333:15, 1333:21, 1335:15,
1342:2, 1343:22, 1347:11, 1349:15,
1350:13, 1350:21, 1353:12, 1355:5,
1355:11, 1359:3, 1359:19, 1363:11,
1363:12, 1363:24, 1364:18
**ate** - 1150:11
**attached** - 1254:9, 1312:10
**attack** - 1221:22, 1272:11, 1286:6
**attempt** - 1142:20, 1143:5, 1143:21,
1143:24, 1166:18, 1255:9, 1255:10,
1313:7
**attempted** - 1148:24, 1270:22,
1271:17, 1287:14, 1297:21
**attempting** - 1267:19, 1270:15,
1286:4, 1286:5, 1319:23, 1320:5
**attempts** - 1362:18

**attendance** - 1136:6
**attendant** - 1302:16
**attention** - 1114:5, 1149:3, 1149:4,
1192:23, 1197:12, 1221:10, 1240:21,
1269:6, 1276:11, 1280:23
**Attorney** - 1112:13, 1150:2, 1213:24,
1213:25, 1219:25, 1224:13, 1224:22,
1226:13, 1306:16, 1358:1
**attorney** - 1115:2, 1115:6, 1115:7,
1117:9, 1117:17, 1118:4, 1136:1,
1138:9, 1149:4, 1154:15, 1157:4,
1159:11, 1167:5, 1168:7, 1181:6,
1183:16, 1183:22, 1183:23, 1184:14,
1184:15, 1184:16, 1185:1, 1186:12,
1186:13, 1187:12, 1202:4, 1205:12,
1205:13, 1212:17, 1289:13, 1291:17,
1303:22, 1362:1, 1362:3
**Attorney's** - 1202:3, 1212:22, 1227:5,
1239:10, 1281:19, 1281:22, 1282:22,
1283:18
**attorney's** - 1157:3, 1188:5
**attorneys** - 1164:1, 1168:17, 1170:15,
1186:2, 1186:12, 1217:19, 1270:7,
1331:7, 1340:2
**Attorneys** - 1112:15
**attribution** - 1269:5, 1364:18
**attributions** - 1292:8
**audience** - 1259:11
**August** - 1112:6, 1122:15, 1202:18,
1206:2, 1208:13, 1208:14, 1213:1,
1318:18, 1318:19, 1320:15, 1320:23,
1321:7, 1321:8, 1321:18, 1322:6,
1337:13, 1341:23, 1367:10
**Ausa** - 1226:12, 1229:9
**author** - 1217:16
**authorities** - 1180:10
**authority** - 1243:3, 1285:18, 1288:5,
1303:12, 1325:8
**authorization** - 1243:6, 1318:16
**authorize** - 1182:12, 1323:21
**authorized** - 1317:15
**avail** - 1357:17, 1359:1, 1362:3,
1362:17
**available** - 1157:3, 1208:20, 1275:2,
1339:19
**Avakian** - 1261:24, 1262:4
**Avenue** - 1287:6
**avoid** - 1222:17, 1222:21, 1222:24,
1235:12, 1350:20
**avoiding** - 1176:1
**aware** - 1143:6, 1166:8, 1166:12,
1195:21, 1227:1, 1229:23, 1233:11
**away** - 1117:21, 1167:1, 1173:4,
1203:1, 1332:25, 1358:17, 1361:6,
1361:7, 1362:10
**awful** - 1188:18
**awhile** - 1193:16

**B**

**B** - 1200:5, 1205:18, 1272:22,
1291:22, 1360:19, 1368:8, 1369:2,
1369:9
**B/c** - 1291:8, 1296:8
**back** - 1117:22, 1123:24, 1135:15,
1142:4, 1149:19, 1150:14, 1150:18,
1160:2, 1160:3, 1193:24, 1194:3,
1194:8, 1196:4, 1196:22, 1205:4,
1208:1, 1212:10, 1212:12, 1216:9,
1234:8, 1238:6, 1253:7, 1255:9,
1257:14, 1257:21, 1260:2, 1260:5,
1261:11, 1266:8, 1279:9, 1288:25,
1293:2, 1293:19, 1294:1, 1295:8,
1298:14, 1304:3, 1305:9, 1305:23,
1307:4, 1313:5, 1314:7, 1321:6,
1321:7, 1322:8, 1329:9, 1330:7,
1332:3, 1340:4, 1340:5, 1350:11
**backed** - 1304:8
**backfire** - 1178:24
**background** - 1128:3, 1152:10,

1192:5, 1198:13, 1201:7, 1206:6,
1209:1, 1337:22
**backgrounds** - 1151:24
**bad** - 1159:15, 1159:18, 1172:25,
1223:2, 1277:7, 1281:15
**Bail** - 1355:6
**bail** - 1135:10, 1260:1, 1347:8
**ball** - 1149:20
**band** - 1243:6
**bane** - 1135:8, 1188:5, 1188:15
**banned** - 1178:3
**bar** - 1124:9, 1124:21, 1185:19,
1196:1, 1202:10, 1210:1, 1221:1,
1224:5, 1233:1, 1302:19
**Bar** - 1124:23, 1176:23, 1176:24,
1252:9, 1252:14
**barely** - 1366:24
**barriers** - 1132:5
**base** - 1135:2, 1263:10, 1263:12,
1280:10, 1280:16, 1280:18, 1280:19,
1280:20, 1280:21, 1313:13, 1313:15,
1313:20, 1313:25, 1314:13, 1314:24,
1315:2, 1322:13
**base-type** - 1313:13
**Based** - 1197:20, 1285:19
**based** - 1115:24, 1127:22, 1130:23,
1131:23, 1133:19, 1138:18, 1146:16,
1147:6, 1170:21, 1189:23, 1192:4,
1197:1, 1197:12, 1198:4, 1313:3,
1327:21, 1330:4, 1330:10
**basic** - 1142:24
**basically** - 1241:24, 1281:12
**Basically** - 1113:22
**basis** - 1145:21, 1145:23, 1145:24,
1146:3, 1216:9, 1337:18
**be** - 1113:4, 1113:7, 1113:9, 1113:11,
1114:16, 1117:10, 1117:11, 1117:23,
1118:2, 1119:25, 1121:17, 1122:1,
1123:1, 1124:1, 1125:4, 1125:16,
1127:24, 1128:1, 1128:8, 1128:11,
1128:14, 1128:24, 1129:2, 1129:4,
1129:21, 1131:16, 1132:18, 1132:20,
1134:20, 1136:8, 1136:16, 1136:17,
1138:12, 1139:22, 1140:6, 1140:12,
1140:13, 1140:15, 1140:16, 1141:11,
1142:7, 1142:14, 1142:18, 1143:2,
1143:8, 1143:10, 1143:12, 1143:13,
1143:14, 1144:8, 1145:1, 1145:20,
1146:2, 1146:12, 1147:4, 1147:20,
1148:7, 1148:19, 1148:20, 1148:21,
1150:18, 1152:21, 1153:6, 1154:8,
1154:11, 1157:14, 1159:2, 1159:24,
1160:20, 1160:21, 1161:12, 1161:16,
1163:5, 1163:16, 1163:18, 1164:5,
1164:7, 1164:19, 1165:8, 1165:10,
1165:23, 1166:3, 1166:6, 1166:9,
1166:15, 1167:8, 1167:20, 1170:5,
1170:15, 1170:21, 1171:17, 1171:18,
1174:16, 1175:2, 1178:1, 1178:3,
1178:17, 1179:15, 1179:16, 1179:25,
1180:11, 1180:23, 1181:7, 1181:11,
1181:17, 1182:20, 1184:9, 1185:10,
1185:13, 1185:21, 1186:1, 1188:19,
1190:6, 1191:6, 1191:8, 1192:7,
1192:16, 1196:7, 1196:9, 1197:1,
1197:11, 1198:5, 1198:17, 1201:15,
1203:11, 1206:21, 1211:18, 1212:20,
1212:22, 1213:8, 1213:9, 1213:10,
1213:16, 1214:18, 1214:22, 1215:3,
1215:7, 1215:8, 1218:4, 1219:23,
1221:23, 1223:3, 1224:19, 1227:11,
1230:4, 1233:16, 1234:11, 1235:22,
1237:8, 1238:6, 1238:10, 1239:8,
1240:10, 1241:6, 1241:10, 1245:18,
1247:12, 1248:21, 1249:16, 1250:7,
1251:15, 1252:15, 1255:7, 1258:19,
1258:20, 1259:7, 1259:10, 1260:24,
1262:7, 1263:16, 1265:4, 1265:5,
1265:13, 1266:10, 1268:25, 1269:3,
1269:8, 1269:24, 1270:21, 1271:21,

1272:9, 1272:13, 1272:25, 1274:4,
1275:5, 1275:7, 1276:16, 1277:6,
1280:1, 1280:9, 1282:20, 1284:23,
1285:25, 1286:1, 1286:2, 1286:23,
1290:2, 1291:2, 1296:18, 1297:17,
1297:20, 1298:21, 1301:8, 1301:15,
1301:22, 1304:13, 1304:15, 1305:20,
1306:14, 1307:1, 1309:17, 1310:2,
1312:17, 1313:4, 1313:9, 1313:14,
1314:5, 1317:17, 1318:6, 1319:14,
1320:25, 1321:25, 1325:4, 1325:8,
1326:3, 1326:25, 1327:1, 1328:5,
1329:5, 1329:20, 1330:14, 1331:14,
1331:17, 1331:18, 1331:21, 1331:22,
1332:18, 1333:6, 1333:19, 1333:21,
1335:17, 1336:25, 1337:16, 1337:20,
1339:19, 1342:25, 1345:19, 1348:15,
1350:23, 1352:5, 1352:9, 1354:8,
1356:12, 1356:13, 1357:22, 1360:25,
1361:21, 1362:4, 1362:5, 1362:20,
1363:1, 1363:3, 1363:5, 1363:23,
1364:7, 1364:18, 1365:5, 1365:6,
1365:17, 1366:3, 1366:9, 1366:12,
1367:6
  **Be** - 1222:17, 1350:20
  **bear** - 1227:2, 1229:24, 1283:2
  **Bear** - 1154:4, 1276:16
  **bearing** - 1215:15, 1234:15, 1251:19
  **bears** - 1223:6
  **beauty** - 1204:24, 1205:6
  **became** - 1175:12, 1205:24, 1205:25,
1207:18
  **because** - 1118:1, 1118:16, 1120:17,
1127:7, 1128:3, 1128:6, 1130:7,
1132:14, 1133:17, 1138:6, 1139:13,
1141:7, 1141:9, 1143:7, 1148:8,
1150:6, 1151:19, 1151:22, 1152:11,
1153:1, 1161:12, 1165:22, 1167:8,
1171:25, 1173:5, 1173:7, 1174:12,
1175:23, 1176:1, 1178:21, 1179:6,
1180:4, 1181:11, 1184:6, 1186:3,
1189:5, 1189:7, 1189:12, 1190:16,
1195:13, 1196:13, 1198:19, 1222:20,
1234:15, 1235:5, 1243:11, 1251:11,
1255:3, 1259:3, 1259:19, 1264:10,
1291:6, 1295:8, 1298:12, 1304:18,
1313:16, 1315:25, 1328:4, 1332:17,
1338:12, 1340:5, 1340:7, 1344:19,
1351:20, 1352:1, 1352:11, 1353:8,
1355:23, 1358:18, 1359:21, 1361:5,
1362:4, 1362:15
  **Because** - 1151:22, 1162:10,
1163:13, 1165:18, 1170:21, 1178:12,
1212:19, 1343:15, 1353:3, 1354:16,
1357:1
  **become** - 1166:8, 1169:11, 1170:4,
1207:16
  **becomes** - 1169:6, 1172:25, 1190:18,
1193:16, 1362:3
  **becoming** - 1204:17
  **been** - 1113:23, 1114:20, 1115:6,
1115:7, 1117:13, 1123:5, 1123:16,
1124:3, 1129:23, 1129:24, 1130:1,
1137:2, 1137:4, 1147:14, 1154:6,
1163:20, 1169:5, 1174:2, 1175:24,
1175:25, 1177:7, 1177:8, 1189:12,
1189:16, 1191:17, 1194:2, 1194:5,
1196:6, 1196:16, 1198:1, 1200:6,
1201:21, 1201:23, 1203:4, 1203:10,
1203:20, 1203:24, 1208:2, 1212:6,
1212:18, 1213:25, 1216:12, 1217:16,
1217:19, 1217:22, 1221:6, 1224:8,
1225:4, 1227:7, 1231:19, 1235:21,
1239:2, 1239:4, 1240:7, 1240:8,
1240:12, 1240:15, 1242:18, 1242:19,
1243:18, 1244:2, 1244:11, 1245:15,
1245:18, 1247:23, 1248:17, 1252:10,
1253:2, 1254:7, 1254:8, 1255:2,
1260:4, 1262:12, 1262:23, 1266:11,
1268:6, 1272:21, 1274:23, 1274:24,

1275:24, 1276:7, 1278:7, 1279:6,
1279:7, 1282:17, 1283:22, 1284:9,
1284:10, 1286:20, 1287:8, 1289:22,
1289:23, 1291:16, 1291:21, 1294:7,
1295:5, 1296:14, 1299:22, 1303:4,
1304:14, 1304:20, 1304:21, 1304:23,
1306:11, 1307:5, 1307:8, 1307:12,
1309:23, 1311:7, 1311:17, 1312:8,
1314:2, 1314:9, 1315:10, 1315:22,
1317:7, 1319:16, 1321:3, 1322:1,
1322:16, 1327:25, 1329:2, 1331:25,
1333:15, 1335:23, 1336:7, 1337:15,
1339:22, 1340:2, 1343:15, 1343:20,
1346:12, 1347:1, 1347:8, 1347:23,
1349:8, 1354:17, 1362:7, 1365:15
  **Before** - 1112:9, 1239:12, 1266:12,
1327:8, 1348:2, 1348:5
  **before** - 1132:24, 1137:17, 1138:11,
1140:9, 1146:12, 1149:7, 1156:9,
1165:15, 1171:10, 1205:12, 1205:13,
1206:17, 1208:2, 1211:5, 1211:7,
1211:9, 1211:10, 1222:4, 1227:17,
1238:13, 1259:21, 1261:11, 1262:23,
1265:9, 1270:8, 1270:25, 1275:11,
1276:8, 1281:21, 1292:15, 1294:2,
1302:1, 1310:11, 1310:12, 1311:18,
1318:12, 1318:24, 1322:8, 1322:11,
1323:2, 1323:7, 1324:1, 1326:1,
1331:16, 1338:10, 1340:4, 1348:17,
1350:20, 1359:13
  **began** - 1206:14, 1242:23, 1253:4,
1261:18, 1262:1, 1298:7, 1313:14,
1332:19
  **begin** - 1117:21, 1128:16, 1128:25,
1140:3, 1276:10
  **beginning** - 1131:25, 1132:7,
1154:14, 1262:6, 1262:8, 1276:10,
1337:15, 1339:25, 1348:16, 1363:12
  **behalf** - 1123:10, 1156:8, 1193:9,
1238:18, 1270:1, 1335:10, 1347:20
  **behind** - 1160:1
  **behooves** - 1226:22, 1229:20
  **being** - 1127:2, 1130:14, 1130:17,
1135:24, 1136:25, 1139:13, 1140:2,
1141:22, 1147:24, 1148:21, 1149:3,
1167:5, 1170:7, 1188:14, 1196:3,
1208:9, 1216:3, 1217:4, 1218:25,
1230:19, 1233:11, 1245:2, 1247:2,
1251:10, 1258:18, 1262:19, 1280:21,
1281:12, 1314:3, 1318:10, 1318:12,
1320:2, 1337:9, 1338:22, 1342:3,
1342:21
  **belief** - 1216:22, 1221:22, 1288:2
  **believability** - 1286:7
  **believable** - 1272:7
  **believe** - 1133:5, 1148:21, 1189:21,
1206:23, 1207:2, 1222:7, 1245:24,
1246:14, 1271:19, 1271:21, 1272:12,
1275:15, 1281:8, 1283:5, 1288:7,
1289:19, 1290:10, 1291:18, 1293:13,
1296:13, 1297:19, 1298:13, 1302:14,
1302:19, 1307:9, 1308:7, 1310:1,
1310:5, 1310:19, 1321:6, 1324:10,
1329:19, 1335:24, 1336:1, 1339:25,
1346:11, 1358:12
  **believed** - 1212:20, 1269:18,
1286:23, 1291:6, 1358:9
  **believes** - 1129:1, 1137:13, 1140:11,
1140:17, 1140:19, 1142:11, 1145:11,
1145:13, 1145:25, 1146:17, 1233:4,
1233:11, 1233:16, 1233:22, 1240:3,
1360:6
  **Bellfield** - 1246:12, 1246:18
  **belonging** - 1235:6, 1240:13
  **belongings** - 1118:10, 1118:19
  **below** - 1336:15
  **Ben** - 1244:3
  **benefit** - 1152:3, 1253:11, 1295:19,
1330:12
  **Benton** - 1112:12

  **Berg** - 1112:18
  **Berghendahl** - 1205:16, 1205:19,
1205:22, 1205:25, 1206:5
  **Bernfeld** - 1341:8
  **besides** - 1333:9
  **best** - 1133:5, 1138:20, 1138:21,
1141:17, 1141:20, 1142:8, 1146:18,
1192:16, 1216:7, 1258:11, 1302:25,
1332:8
  **Better** - 1250:14
  **better** - 1162:9, 1247:8
  **between** - 1113:9, 1176:2, 1183:22,
1185:18, 1187:12, 1187:15, 1190:19,
1242:5, 1244:7, 1262:6, 1280:24,
1293:23, 1298:22, 1312:12, 1315:1,
1315:17, 1330:20, 1366:19
  **beyond** - 1126:5, 1214:20, 1352:3,
1354:10, 1357:10, 1357:16
  **Bierball** - 1278:13
  **Big** - 1224:19, 1229:2, 1236:25
  **big** - 1160:13, 1169:6, 1169:11,
1296:4
  **bigamist** - 1253:24, 1254:2
  **bigger** - 1279:3
  **biggest** - 1241:20
  **Billing** - 1173:8, 1338:20
  **Billing** - 1338:17
  **binder** - 1263:18, 1263:24
  **binders** - 1263:18, 1263:24
  **birth** - 1298:1
  **bit** - 1115:8, 1118:19, 1123:19,
1157:2, 1168:6, 1191:14, 1200:20,
1225:19, 1266:2, 1302:13, 1333:12,
1333:14, 1366:18
  **bizarre** - 1333:6
  **black** - 1304:4
  **blank** - 1340:5
  **blessed** - 1132:7
  **blew** - 1292:10
  **blossom** - 1185:23
  **Blow** - 1324:19
  **blow** - 1225:18
  **blows** - 1146:8
  **board** - 1124:24
  **Bob** - 1222:20
  **bolstering** - 1221:10
  **bombs** - 1328:10
  **bona** - 1125:23, 1126:1, 1126:9,
1126:11, 1354:2, 1355:9, 1355:13,
1356:10, 1358:19, 1358:21, 1360:21,
1361:2, 1363:15
  **book** - 1118:8, 1203:14, 1218:24,
1251:1, 1263:15, 1263:16, 1263:17,
1296:5, 1351:24
  **bookkeeper** - 1339:4, 1339:5
  **books** - 1216:11
  **Books** - 1338:21
  **born** - 1123:20
  **Borrowing** - 1361:25
  **Boss** - 1226:9, 1226:24, 1229:6,
1229:22, 1235:4, 1236:24, 1241:4,
1268:22, 1336:23
  **boss** - 1140:3
  **bosses** - 1130:14
  **Boston** - 1123:23
  **both** - 1127:7, 1132:4, 1139:11,
1139:19, 1148:5, 1154:12, 1155:20,
1158:10, 1164:1, 1165:24, 1183:14,
1190:4, 1191:9, 1193:17, 1195:12,
1235:10, 1235:23, 1248:2, 1248:22,
1252:11, 1253:21, 1309:11, 1311:11,
1312:17, 1321:25, 1344:15, 1361:16,
1367:1
  **Both** - 1148:5, 1195:9, 1283:24,
1343:12
  **bottom** - 1165:19, 1166:3, 1191:5,
1289:5
  **bound** - 1138:7, 1352:7
  **bounds** - 1126:8, 1156:1, 1156:2,
1187:17, 1191:8

**box** - 1315:5, 1315:6, 1315:8
**boyfriend** - 1347:13
**boys** - 1175:10
**Brady** - 1221:12, 1224:15, 1227:3, 1228:24, 1229:25, 1230:1, 1230:2, 1230:3, 1236:23
**Brady-related** - 1227:3, 1229:25
**break** - 1113:11, 1113:14, 1121:9, 1147:16, 1152:1, 1180:15, 1237:2, 1238:13, 1279:16, 1279:19, 1302:1, 1350:17
**Brianna** - 1117:12
**bribe** - 1149:16, 1149:23, 1192:12, 1192:17, 1335:4
**bridge** - 1115:15
**brief** - 1186:9, 1189:8, 1247:24, 1257:7, 1257:10
**briefcase** - 1278:24
**briefs** - 1173:3
**Brigadier** - 1265:7
**bright** - 1192:1
**Bring** - 1114:10, 1122:21, 1157:24, 1238:5, 1301:20
**bring** - 1127:5, 1139:20, 1146:22, 1149:2, 1149:3, 1157:23, 1158:20, 1158:24, 1166:1, 1177:14, 1177:20, 1186:1, 1186:5, 1186:8, 1347:16, 1357:25, 1358:2
**bringing** - 1129:3, 1129:4, 1262:16, 1283:7
**broad** - 1214:25
**Bronx** - 1200:24, 1203:1
**Brooklyn** - 1112:5, 1112:21, 1150:21, 1287:3
**brother** - 1116:25, 1276:25, 1285:8, 1339:4
**brought** - 1150:19, 1178:10, 1207:2, 1207:20, 1207:23, 1212:6, 1212:7, 1212:24, 1216:23, 1221:9, 1258:19, 1313:1, 1313:5
**Brownell** - 1112:14, 1151:11, 1175:8, 1198:8
**Bruce** - 1124:1
**Budhan** - 1226:17, 1229:14
**Budhan-persaud** - 1226:17, 1229:14
**building** - 1122:3, 1207:3, 1286:14
**builds** - 1354:16
**built** - 1125:22, 1338:20, 1351:2
**bulk** - 1184:24
**bullet** - 1256:13
**burden** - 1351:3, 1351:7, 1351:10, 1351:17, 1352:10, 1353:6, 1353:18, 1356:19, 1356:22, 1356:23, 1357:4, 1357:9, 1357:13, 1359:7, 1359:13, 1361:22, 1363:17, 1364:2, 1364:3
**burden-shifting** - 1351:10, 1361:22, 1364:3
**bureau** - 1192:18, 1194:3, 1194:8
**Bureau** - 1177:11, 1178:2, 1189:11, 1297:24
**Burger** - 1164:24, 1165:6
**burning** - 1320:1
**business** - 1189:9, 1204:24, 1205:21, 1217:10, 1218:11, 1236:24, 1245:3, 1257:5, 1257:15, 1257:20, 1339:7, 1339:9, 1347:11, 1358:19
**business's** - 1314:1
**businessman** - 1268:8
**but** - 1113:9, 1114:5, 1115:25, 1119:18, 1124:22, 1135:19, 1137:8, 1139:1, 1145:12, 1147:15, 1150:16, 1151:17, 1152:5, 1153:7, 1155:19, 1156:4, 1158:12, 1158:16, 1158:19, 1158:22, 1159:25, 1160:9, 1164:19, 1166:3, 1170:3, 1171:11, 1171:15, 1172:25, 1174:13, 1175:11, 1175:23, 1176:9, 1177:14, 1179:19, 1184:11, 1184:12, 1184:21, 1186:5, 1188:10, 1188:16, 1189:3, 1189:8, 1190:5, 1190:11, 1192:8, 1192:16, 1193:8,

1193:12, 1194:11, 1195:5, 1197:19, 1198:5, 1198:10, 1199:6, 1199:14, 1199:17, 1202:24, 1204:2, 1204:15, 1205:11, 1207:12, 1207:16, 1213:11, 1215:8, 1215:13, 1215:20, 1216:1, 1217:4, 1218:10, 1218:25, 1219:10, 1228:1, 1228:12, 1234:13, 1235:4, 1237:9, 1242:17, 1244:6, 1245:4, 1250:13, 1251:15, 1251:17, 1255:3, 1256:6, 1260:23, 1261:10, 1263:2, 1263:12, 1266:1, 1268:24, 1270:19, 1271:18, 1272:11, 1272:16, 1276:10, 1280:16, 1280:22, 1283:6, 1283:17, 1285:20, 1291:6, 1292:10, 1297:19, 1298:5, 1299:17, 1301:3, 1305:22, 1306:4, 1312:1, 1312:5, 1313:13, 1314:20, 1315:17, 1315:25, 1318:2, 1320:9, 1326:8, 1330:7, 1330:18, 1331:15, 1333:21, 1335:16, 1338:5, 1338:23, 1346:1, 1347:12, 1352:6, 1352:8, 1362:9, 1366:9
**But** - 1120:19, 1126:7, 1128:14, 1129:2, 1129:4, 1132:12, 1133:1, 1133:10, 1134:3, 1135:23, 1137:5, 1141:25, 1142:10, 1144:22, 1145:4, 1146:10, 1149:8, 1154:8, 1165:21, 1165:24, 1167:9, 1174:15, 1175:7, 1175:15, 1176:1, 1176:9, 1177:24, 1179:9, 1184:23, 1188:18, 1190:9, 1191:5, 1194:1, 1194:6, 1219:2, 1241:21, 1263:15, 1271:24, 1273:16, 1287:12, 1296:7, 1309:9, 1323:6, 1346:23, 1353:16, 1355:21, 1357:8, 1358:24, 1361:11
**Buxton** - 1242:21, 1242:23, 1243:11, 1243:13, 1243:14, 1243:15, 1244:5, 1244:8, 1261:11, 1332:16
**By** - 1112:13, 1114:25, 1118:25, 1123:13, 1127:1, 1151:6, 1154:1, 1181:1, 1183:2, 1188:2, 1191:16, 1195:4, 1197:9, 1200:16, 1217:2, 1238:12, 1251:25, 1265:25, 1267:8, 1268:14, 1278:2, 1292:23, 1301:1, 1301:25, 1307:24, 1312:4, 1335:2, 1355:7, 1368:7, 1368:8
**by** - 1112:23, 1117:16, 1119:13, 1122:12, 1127:2, 1129:8, 1132:19, 1133:20, 1133:21, 1133:23, 1135:22, 1135:24, 1138:7, 1141:21, 1142:15, 1142:25, 1143:1, 1143:2, 1147:25, 1148:19, 1155:18, 1160:21, 1162:9, 1163:1, 1165:17, 1166:6, 1168:18, 1171:6, 1177:11, 1178:25, 1181:16, 1181:19, 1183:23, 1186:9, 1193:1, 1193:10, 1195:15, 1195:19, 1196:8, 1196:12, 1196:14, 1196:18, 1190:19, 1202:3, 1207:2, 1211:12, 1212:21, 1215:12, 1216:12, 1224:8, 1225:8, 1226:1, 1226:16, 1226:21, 1227:23, 1229:18, 1230:9, 1234:4, 1234:11, 1234:12, 1234:22, 1235:7, 1235:23, 1238:22, 1239:9, 1240:7, 1241:7, 1241:8, 1243:7, 1243:12, 1243:13, 1243:20, 1245:14, 1245:15, 1246:9, 1246:10, 1251:16, 1252:12, 1256:1, 1257:15, 1257:19, 1260:12, 1265:5, 1265:10, 1267:5, 1269:17, 1275:4, 1276:16, 1278:22, 1279:6, 1279:8, 1282:8, 1284:9, 1284:12, 1287:25, 1288:7, 1291:3, 1292:19, 1294:4, 1294:21, 1298:14, 1299:14, 1303:25, 1305:9, 1309:18, 1310:9, 1311:11, 1311:22, 1312:3, 1313:15, 1314:17, 1317:7, 1318:13, 1318:15, 1318:22, 1319:15, 1319:22, 1320:21, 1321:1, 1321:20, 1322:14, 1324:14, 1325:14, 1326:7, 1327:13, 1327:23, 1336:4, 1338:3, 1339:15, 1339:19, 1340:2, 1340:24, 1341:1, 1341:15, 1345:25, 1348:15, 1350:3, 1352:7, 1353:2,

1354:20, 1354:21, 1355:12, 1356:7, 1357:4, 1357:11, 1358:11, 1361:20, 1362:12, 1363:16, 1363:17, 1364:18, 1365:15
**bypass** - 1313:7

# C

**C** - 1123:4, 1123:8, 1266:20, 1279:25, 1361:6, 1368:5, 1369:2
**Cadman** - 1112:21
**California** - 1199:3
**Call** - 1240:1
**call** - 1114:17, 1114:18, 1117:17, 1121:14, 1123:9, 1132:10, 1132:11, 1134:1, 1136:4, 1140:23, 1141:22, 1145:12, 1148:13, 1148:14, 1148:16, 1150:1, 1150:3, 1150:4, 1160:23, 1163:5, 1167:24, 1176:5, 1194:11, 1198:15, 1202:5, 1203:6, 1205:6, 1205:7, 1207:24, 1208:20, 1240:4, 1247:12, 1269:6, 1284:19, 1289:1, 1293:20, 1295:9, 1298:5, 1298:16, 1312:16, 1323:11, 1330:16, 1331:5, 1331:11, 1331:12, 1334:2, 1344:18, 1344:21, 1345:12
**called** - 1118:12, 1132:20, 1143:2, 1147:4, 1159:3, 1163:1, 1202:2, 1202:13, 1203:14, 1204:24, 1205:12, 1211:8, 1214:18, 1233:11, 1235:4, 1241:10, 1241:25, 1243:13, 1254:16, 1257:15, 1258:15, 1262:11, 1267:22, 1268:7, 1274:21, 1281:4, 1281:24, 1287:2, 1298:1, 1298:8, 1301:5, 1317:14, 1324:13, 1328:18, 1331:24, 1339:6, 1359:8
**Calling** - 1141:4
**calling** - 1275:24
**Calling-the-police** - 1141:4
**calls** - 1149:25, 1198:14, 1200:4, 1306:10, 1310:4, 1312:11, 1313:15, 1320:7
**Camacho** - 1346:8, 1347:25
**came** - 1123:24, 1205:13, 1217:6, 1222:7, 1243:23, 1244:23, 1255:6, 1256:24, 1256:25, 1259:2, 1289:2, 1293:18, 1305:18, 1314:12, 1328:14, 1328:17
**cameras** - 1302:16
**camp** - 1199:20
**Campbell** - 1112:12
**Camu** - 1267:22
**can** - 1113:16, 1117:9, 1119:25, 1121:25, 1122:9, 1134:7, 1135:11, 1136:6, 1136:16, 1137:10, 1138:2, 1138:12, 1138:14, 1138:15, 1139:1, 1140:5, 1140:15, 1140:16, 1140:23, 1141:10, 1142:9, 1142:17, 1146:12, 1153:6, 1153:7, 1156:14, 1158:6, 1158:16, 1158:24, 1160:2, 1160:20, 1162:15, 1164:21, 1164:24, 1165:1, 1165:18, 1166:18, 1167:20, 1169:11, 1169:25, 1170:4, 1172:3, 1172:25, 1175:24, 1181:7, 1181:12, 1181:13, 1184:6, 1189:20, 1194:4, 1195:14, 1197:4, 1208:9, 1213:7, 1213:11, 1215:13, 1223:11, 1225:15, 1233:18, 1234:14, 1238:6, 1238:14, 1250:5, 1251:6, 1251:17, 1253:11, 1259:17, 1269:14, 1272:11, 1275:15, 1275:16, 1276:5, 1276:16, 1277:8, 1279:21, 1282:2, 1298:1, 1302:25, 1305:21, 1309:17, 1309:22, 1311:15, 1313:8, 1318:21, 1320:21, 1332:6, 1332:9, 1359:20, 1364:3, 1364:7, 1366:8, 1366:18, 1366:20
**Can** - 1124:5, 1136:19, 1151:20, 1164:19, 1164:21, 1170:5, 1177:19, 1183:21, 1188:5, 1213:19, 1223:9, 1225:13, 1225:18, 1253:19, 1319:8

**can't** - 1138:1, 1156:19, 1156:23, 1158:3, 1158:20, 1158:22, 1158:23, 1159:4, 1160:3, 1160:5, 1160:18, 1163:16, 1164:23, 1165:13, 1167:17, 1167:19, 1171:3, 1179:10, 1189:22, 1196:8, 1196:22, 1199:13, 1215:11, 1223:9, 1234:11, 1249:16, 1290:20, 1349:3, 1352:10, 1355:14, 1358:10, 1358:14, 1361:17
**Can't** - 1159:5, 1166:22, 1166:24, 1167:4
**candid** - 1331:17
**cannot** - 1142:12, 1142:14, 1167:17, 1269:13, 1295:21
**canon** - 1144:2
**canons** - 1191:18
**capital** - 1175:24, 1257:5, 1267:12
**caption** - 1207:11
**capture** - 1243:10
**car** - 1118:10, 1181:24, 1241:9, 1241:20, 1241:21, 1274:1, 1274:7
**card** - 1120:3, 1189:9, 1302:19
**cards** - 1117:17, 1117:19
**care** - 1159:22, 1262:20, 1315:2, 1315:6
**career** - 1123:22, 1131:2, 1163:24, 1185:23, 1303:2
**careers** - 1185:21
**careful** - 1143:8, 1152:21, 1154:8, 1181:11, 1185:22, 1222:17
**Caribbean** - 1119:21
**carried** - 1207:25
**carrying** - 1278:23
**cars** - 1258:22
**carve** - 1360:20
**carve-out** - 1360:20
**case** - 1115:22, 1116:25, 1117:3, 1118:16, 1121:9, 1125:17, 1126:18, 1127:2, 1127:17, 1128:2, 1128:9, 1128:12, 1128:13, 1128:20, 1128:24, 1130:10, 1130:11, 1130:19, 1132:22, 1133:11, 1133:16, 1133:19, 1134:21, 1135:1, 1135:15, 1135:21, 1135:23, 1137:6, 1138:4, 1138:5, 1139:24, 1141:7, 1141:8, 1146:15, 1147:3, 1147:8, 1147:9, 1147:17, 1149:14, 1150:4, 1150:7, 1151:14, 1151:15, 1152:19, 1152:23, 1154:22, 1155:10, 1156:19, 1157:11, 1162:3, 1166:15, 1169:6, 1169:11, 1169:16, 1170:8, 1171:17, 1174:7, 1175:7, 1180:16, 1184:20, 1184:21, 1184:25, 1185:10, 1186:1, 1186:14, 1187:9, 1188:10, 1188:21, 1190:3, 1192:9, 1192:20, 1192:21, 1193:1, 1193:5, 1193:17, 1198:8, 1198:16, 1199:4, 1200:18, 1202:19, 1202:20, 1204:12, 1205:7, 1205:22, 1206:4, 1207:16, 1207:18, 1208:15, 1209:4, 1210:2, 1211:20, 1211:23, 1213:6, 1213:13, 1214:14, 1216:19, 1216:24, 1217:18, 1217:20, 1218:10, 1219:8, 1219:15, 1221:12, 1221:16, 1221:20, 1222:1, 1222:20, 1222:21, 1223:2, 1228:15, 1230:12, 1230:15, 1230:18, 1230:19, 1234:18, 1237:3, 1240:8, 1251:13, 1251:21, 1256:22, 1257:2, 1262:9, 1263:19, 1270:5, 1270:7, 1274:21, 1275:1, 1275:2, 1275:3, 1275:8, 1275:16, 1275:18, 1280:7, 1280:25, 1283:17, 1289:20, 1296:2, 1301:11, 1302:10, 1303:14, 1305:20, 1306:2, 1306:6, 1310:2, 1319:3, 1325:21, 1329:1, 1331:9, 1331:10, 1331:18, 1337:7, 1338:18, 1339:17, 1340:19, 1340:22, 1342:4, 1343:2, 1343:3, 1348:14, 1350:18, 1351:15, 1351:24, 1352:1, 1352:9, 1352:11, 1353:12, 1353:16, 1354:9, 1355:17, 1357:22, 1360:25, 1362:12, 1362:13, 1362:14, 1362:22,

1366:10, 1366:21, 1366:25
**cases** - 1115:13, 1115:14, 1115:18, 1115:25, 1124:5, 1124:7, 1124:8, 1124:9, 1124:11, 1124:14, 1132:23, 1132:24, 1133:3, 1134:8, 1134:15, 1135:13, 1135:18, 1139:20, 1140:15, 1141:15, 1141:17, 1151:9, 1152:15, 1153:3, 1158:1, 1168:12, 1169:5, 1169:6, 1169:18, 1169:20, 1170:23, 1170:24, 1171:1, 1171:2, 1173:11, 1173:12, 1173:20, 1175:24, 1177:9, 1179:2, 1193:4, 1198:22, 1198:24, 1198:25, 1202:7, 1202:21, 1202:25, 1203:22, 1204:1, 1206:7, 1333:20, 1342:15, 1359:5, 1359:6, 1359:11
**cash** - 1182:5, 1182:6, 1257:19
**Cat** - 1112:23
**catalogue** - 1346:1
**catch** - 1118:16
**category** - 1353:24, 1354:11
**cause** - 1143:9, 1357:7
**caution** - 1262:17
**Cd-** 1328:10
**Cd's** - 1306:22, 1307:3, 1307:5, 1307:23, 1307:25, 1308:3, 1308:6, 1308:9, 1308:10, 1312:3, 1312:9
**Cds** - 1319:23, 1320:1
**cell** - 1118:10
**center** - 1116:11, 1297:21
**centers** - 1118:8
**certain** - 1116:4, 1138:20, 1140:22, 1140:24, 1149:7, 1170:23, 1184:23, 1185:3, 1186:2, 1191:22, 1199:7, 1208:18, 1230:14, 1284:11, 1309:1, 1309:13, 1339:12
**Certainly** - 1133:7, 1157:7
**certainly** - 1120:19, 1171:9, 1175:7, 1199:15, 1315:8, 1323:20, 1325:11, 1330:14, 1356:13, 1364:11
**challenges** - 1198:25
**Chamber** - 1265:6, 1268:5
**chambers** - 1150:5
**chance** - 1288:9, 1342:3, 1343:23
**change** - 1130:6, 1130:13, 1137:3, 1156:7, 1162:10, 1162:15, 1205:24, 1206:13, 1297:16
**changed** - 1137:4, 1139:13, 1140:10, 1206:15, 1315:12, 1335:9
**changes** - 1128:12, 1222:5
**chapter** - 1203:13, 1356:4, 1356:7, 1356:9, 1359:7, 1359:22, 1360:20, 1361:5
**charge** - 1206:7, 1206:8, 1207:11, 1207:24, 1215:1, 1270:6, 1350:24, 1351:24, 1352:6, 1353:5, 1353:15, 1353:16, 1353:21, 1359:19, 1361:21, 1361:22, 1362:21, 1363:24, 1364:3, 1364:6, 1366:2, 1366:12, 1366:14, 1367:5
**charged** - 1125:19, 1126:3, 1130:13, 1130:17, 1151:23, 1154:3, 1207:24, 1208:9, 1212:2, 1217:4, 1260:23, 1362:18
**charges** - 1127:20, 1206:15, 1207:22, 1230:5, 1212:14, 1214:15, 1214:16, 1214:22, 1216:22, 1251:13, 1358:2
**charging** - 1206:8, 1261:22, 1338:22
**Charles-** 1261:24
**chart** - 1310:5, 1310:7, 1310:18, 1310:20, 1312:10, 1312:15, 1320:6, 1321:24
**charts** - 1312:14
**chase** - 1365:4
**chatted** - 1118:19
**check** - 1148:10, 1152:7, 1274:22, 1345:7
**checking** - 1274:18
**checks** - 1205:2
**Chester-** 1290:4
**chief** - 1271:17, 1299:14

**child** - 1168:4
**children** - 1152:14
**Children** - 1201:13
**choice** - 1146:19, 1146:22
**chronological** - 1250:12, 1318:22
**chronology** - 1262:22
**church** - 1174:12, 1174:18
**Circuit** - 1288:8, 1351:14, 1351:15, 1351:16, 1352:7, 1352:12, 1353:14
**circuit** - 1132:16, 1288:5
**circular** - 1362:19
**circumstance** - 1129:14, 1179:11, 1181:22
**circumstances** - 1133:2, 1134:25, 1179:9, 1204:17, 1261:4, 1282:3, 1294:23
**cited** - 1359:6
**citizens** - 1196:4
**City** - 1162:5, 1202:16, 1202:23, 1203:9
**city** - 1168:17
**civil** - 1203:25, 1204:1
**claim** - 1131:16, 1216:19
**claimed** - 1217:9
**claiming** - 1216:16, 1280:6
**claims** - 1221:11, 1354:10
**clarified** - 1120:14, 1120:20
**clarity's** - 1318:17
**Clark** - 1243:21, 1243:23, 1244:1, 1244:7, 1244:12, 1245:2, 1248:1, 1301:6, 1302:3, 1303:23, 1304:6, 1304:16, 1304:17, 1304:18, 1304:19, 1305:4, 1313:10
**Clarke-** 1266:1, 1266:2, 1266:6, 1266:7, 1269:20, 1271:13, 1271:21, 1271:24, 1272:1, 1272:4, 1272:6, 1272:8, 1276:23, 1277:5, 1277:7, 1280:5, 1281:11, 1281:14, 1282:12, 1283:21, 1283:22, 1283:24, 1285:8, 1285:9, 1285:22, 1286:2, 1286:7, 1286:18, 1295:17, 1297:15, 1297:17, 1297:20, 1298:3, 1298:13, 1298:16, 1298:19, 1298:24, 1299:3, 1322:22, 1330:1, 1342:11, 1343:22
**Clarke's** - 1276:7
**Clarke/lily-** 1285:24
**Clarkes-** 1295:10, 1332:14
**Clay-** 1291:8, 1292:19
**Clayton** - 1240:5, 1240:18, 1240:19, 1267:17, 1267:19, 1268:14
**Cle-** 1203:6
**clear** - 1117:23, 1118:2, 1119:25, 1126:7, 1189:6, 1196:6, 1196:25, 1268:9, 1268:11, 1280:8, 1352:10
**Clement-** 1271:16
**Clerk** - 1114:22, 1123:7, 1200:8, 1283:19
**clicked** - 1309:2
**client** - 1116:21, 1117:24, 1118:3, 1120:2, 1120:10, 1120:17, 1127:2, 1127:4, 1127:18, 1127:19, 1128:4, 1128:7, 1128:13, 1128:15, 1128:16, 1128:17, 1128:18, 1128:21, 1128:22, 1128:24, 1129:2, 1129:8, 1129:10, 1129:12, 1133:9, 1134:21, 1135:20, 1138:7, 1138:19, 1140:24, 1142:13, 1146:17, 1147:15, 1149:12, 1154:5, 1154:15, 1155:3, 1155:20, 1155:24, 1156:5, 1156:16, 1156:17, 1156:25, 1162:20, 1163:2, 1167:12, 1167:19, 1168:18, 1171:8, 1171:13, 1171:17, 1172:22, 1172:24, 1173:5, 1174:2, 1177:18, 1179:7, 1179:16, 1182:16, 1184:23, 1188:4, 1188:8, 1188:24, 1193:10, 1205:1, 1205:22, 1206:14, 1208:22, 1211:18, 1211:21, 1211:22, 1211:23, 1212:13, 1213:7, 1213:8, 1214:13, 1216:13, 1224:17, 1228:3, 1229:1, 1233:6, 1238:18, 1263:21, 1267:17, 1271:22, 1279:13, 1324:7,

1325:14, 1326:24, 1327:25, 1329:2,
1329:8, 1330:6, 1330:7, 1337:16,
1337:18, 1338:22, 1338:25, 1347:20
**client's** - 1117:20, 1117:23, 1118:2,
1120:4, 1120:5, 1128:15, 1138:21,
1146:18, 1166:10, 1168:20, 1173:15,
1208:25, 1226:24, 1228:20, 1229:21,
1230:18
**clients** - 1131:11, 1131:12, 1135:7,
1135:9, 1135:10, 1135:13, 1137:21,
1137:23, 1138:2, 1147:21, 1156:8,
1168:9, 1171:25, 1174:21, 1176:13,
1176:20, 1178:11, 1188:17, 1188:21
**close** - 1128:10, 1148:7, 1165:21,
1296:21, 1323:18, 1332:15
**closely** - 1184:9
**closer** - 1174:5, 1306:4
**club** - 1175:10, 1252:16, 1252:17
**co** - 1256:21, 1284:21, 1343:1, 1343:3
**co-conspirator** - 1284:21
**co-counsel** - 1256:21, 1343:1, 1343:3
**Coates** - 1258:11
**cocaine** - 1217:6, 1227:2, 1228:21,
1229:24, 1230:23, 1240:17, 1285:9
**coconspirator** - 1272:4, 1272:5,
1276:7, 1277:8, 1285:21, 1285:22,
1285:23
**coconspirators** - 1280:6, 1284:10,
1284:12, 1284:23, 1284:25
**cocounsel** - 1239:20, 1281:6
**code** - 1154:18
**cognizant** - 1176:19
**cohesive** - 1359:25
**coke** - 1190:24
**collaborate** - 1366:18
**collar** - 1147:9, 1151:14, 1152:2,
1173:12
**collect** - 1171:14
**collecting** - 1277:6
**collection** - 1264:6
**collective** - 1248:22
**college** - 1201:4
**Collins** - 1244:4
**Colonel** - 1244:3
**Colorado** - 1115:21
**Come** - 1122:22, 1186:16, 1195:24,
1220:6, 1232:5
**come** - 1116:4, 1117:22, 1118:12,
1124:16, 1127:8, 1135:1, 1136:8,
1136:17, 1136:19, 1142:2, 1142:4,
1150:5, 1151:23, 1151:24, 1157:12,
1157:19, 1158:4, 1160:20, 1161:7,
1166:12, 1166:20, 1167:25, 1168:1,
1168:12, 1179:11, 1201:17, 1204:4,
1242:25, 1243:21, 1249:10, 1255:4,
1258:22, 1258:23, 1258:24, 1261:12,
1269:13, 1269:20, 1271:2, 1276:9,
1279:24, 1291:13, 1293:2, 1294:1,
1305:25, 1322:24
**comes** - 1137:11, 1162:19, 1164:18,
1164:24, 1165:12, 1167:11, 1179:14,
1230:5, 1238:7, 1258:9, 1289:2,
1358:21, 1367:2
**comfortable** - 1128:16, 1146:2,
1161:11, 1161:13, 1161:16
**comfortably** - 1364:24
**coming** - 1158:12, 1158:16, 1180:6,
1231:13, 1313:6, 1323:19, 1353:6
**commander** - 1244:2
**comments** - 1235:7
**Commerce** - 1265:6, 1268:5
**commissioner** - 1202:23
**commit** - 1156:5, 1165:9, 1179:5,
1182:13, 1206:9, 1233:4, 1243:16
**commitment** - 1139:19
**committed** - 1253:25, 1254:2,
1362:23
**committee** - 1339:16, 1339:20
**committing** - 1257:12
**common** - 1131:24, 1132:1, 1132:4,

1147:7, 1149:8, 1171:20, 1189:16,
1366:9
**communicate** - 1130:12, 1176:6
**communities** - 1198:19
**community** - 1124:16, 1175:25,
1198:13, 1199:9, 1337:23
**compact** - 1307:23, 1308:9
**companies** - 1278:7
**company** - 1314:20, 1315:12, 1317:6,
1317:10, 1318:1
**Company** - 1315:18
**compel** - 1136:19, 1157:19
**compelled** - 1136:8, 1136:17
**competing** - 1171:5
**complaint** - 1339:16
**complete** - 1133:2, 1147:24, 1326:4,
1350:3, 1350:4
**completed** - 1265:10, 1326:25,
1327:1
**completely** - 1285:25
**completion** - 1336:19
**compliant** - 1309:21
**Complicated** - 1169:20
**complicated** - 1169:22, 1183:25,
1184:15, 1185:14, 1360:16
**comply** - 1306:8, 1309:15, 1317:7,
1317:10
**compound** - 1247:11
**Compulsory** - 1136:8
**compulsory** - 1136:22, 1157:18,
1194:24, 1195:4
**computer** - 1113:18, 1122:15,
1266:19, 1283:6, 1308:18, 1308:24,
1309:3, 1312:19, 1314:18, 1314:24,
1322:2, 1322:10, 1322:13, 1338:20
**computers** - 1279:15
**conceal** - 1286:17
**conceded** - 1239:2
**conceding** - 1292:16
**concept** - 1139:5, 1277:6
**conceptual** - 1356:1
**concerned** - 1261:9
**concerning** - 1226:9, 1229:6,
1312:22, 1319:21, 1336:17
**concession** - 1333:1
**conclude** - 1213:8, 1215:20
**concluded** - 1235:7
**concludes** - 1208:5, 1235:11,
1336:17
**conclusion** - 1135:2, 1192:17, 1237:6
**conclusions** - 1193:12
**conduct** - 1130:24, 1131:1,
1131:5, 1131:8, 1138:20, 1174:16,
1193:9, 1213:2, 1282:23, 1352:2,
1354:4, 1353:9, 1353:10, 1353:12,
1354:20, 1354:23, 1357:5, 1357:10,
1357:11, 1357:12, 1357:14, 1358:15,
1359:4, 1360:14, 1362:5
**conducted** - 1145:24, 1240:7
**conducting** - 1192:2
**confer** - 1319:8, 1365:24
**conference** - 1199:3, 1335:16,
1363:25, 1366:12, 1366:14
**confessing** - 1346:6
**confidence** - 1128:4, 1152:16
**confident** - 1146:2
**confirm** - 1211:23, 1216:13, 1230:17,
1297:21
**confirmed** - 1213:22, 1213:25,
1215:12, 1231:8, 1262:3, 1298:16,
1301:5
**confirming** - 1213:16, 1214:12
**conformity** - 1306:24
**confront** - 1304:25
**confronted** - 1149:14
**confused** - 1252:15
**Congress** - 1242:1, 1355:12, 1359:21
**connect** - 1313:14
**connected** - 1139:1, 1153:4, 1160:10
**Connecticut** - 1115:23

**connection** - 1125:24, 1128:21,
1172:5, 1205:7, 1213:13, 1216:18,
1224:7, 1225:9, 1228:20, 1228:22,
1230:15, 1235:16, 1245:22, 1253:14,
1254:12, 1264:11, 1266:13, 1280:25,
1282:22, 1303:4, 1307:5, 1311:1,
1315:1, 1315:21, 1317:5, 1337:14,
1342:10, 1356:10, 1360:22
**connections** - 1139:3, 1198:23
**conscious** - 1185:16
**consequently** - 1285:22
**consider** - 1180:11, 1215:13,
1215:19, 1234:14, 1251:17, 1290:20,
1295:22, 1329:6
**consideration** - 1215:10
**considered** - 1213:4, 1213:5,
1234:12, 1251:16, 1276:16
**consisted** - 1354:22, 1357:5
**conspiracy** - 1206:9, 1266:10,
1285:25, 1363:1
**conspirator** - 1284:21
**conspired** - 1285:9
**constant** - 1174:19
**constantly** - 1178:22
**constitutional** - 1157:17, 1194:22
**construction** - 1362:8
**consultant** - 1343:2
**consume** - 1169:25
**consuming** - 1169:12, 1170:4
**contact** - 1143:5, 1175:25, 1196:3,
1255:1, 1255:10, 1260:25, 1287:14,
1298:15, 1332:2
**contacted** - 1217:17, 1298:9,
1298:18, 1313:23
**contacting** - 1287:12
**contacts** - 1142:13
**contained** - 1212:14, 1217:13,
1312:5, 1312:14, 1321:23, 1325:10,
1349:23
**containing** - 1306:16, 1306:22
**contend** - 1285:7, 1285:20
**content** - 1285:5
**contention** - 1132:12, 1132:13,
1261:20
**contest** - 1204:24, 1205:6, 1212:18
**context** - 1198:21, 1198:22, 1221:17,
1254:18
**contextual** - 1364:24
**Conti** - 1279:16, 1279:25, 1322:20
**contingency** - 1170:18, 1170:25
**continual** - 1337:18
**Continue** - 1276:12, 1276:22
**continue** - 1135:1, 1147:15, 1147:19,
1148:3, 1194:5, 1205:22, 1293:16,
1293:17, 1346:4
**Continued** - 1153:8, 1186:17,
1187:21, 1195:25, 1197:8, 1209:7,
1210:9, 1220:7, 1223:15, 1232:6,
1237:14, 1238:11, 1255:12, 1277:11,
1300:10, 1316:4, 1334:7, 1335:1,
1352:13, 1367:10, 1368:10
**continued** - 1253:6, 1253:7, 1258:3,
1259:22, 1260:5, 1274:17, 1337:19
**continuing** - 1203:6, 1255:2,
1259:24, 1271:2, 1271:13, 1342:17,
1344:25, 1345:1
**Continuing** - 1278:1
**continuous** - 1224:25
**continuously** - 1326:16
**contraband** - 1177:15
**contract** - 1299:14
**contractual** - 1173:4
**contrary** - 1212:4, 1279:6, 1327:25,
1344:14, 1350:13
**controlled** - 1243:12, 1255:11
**controversial** - 1135:21
**convenient** - 1308:20, 1322:16
**conversation** - 1120:13, 1130:6,
1193:22, 1193:25, 1194:2, 1194:6,
1253:9, 1264:17, 1276:12, 1279:5,

1291:15, 1326:21, 1327:11, 1327:13,
1330:19, 1331:1, 1331:20, 1332:20,
1333:6, 1333:12
  **conversational** - 1293:9
  **conversations** - 1130:3, 1174:10,
1191:2, 1193:19, 1197:11, 1262:10,
1262:16, 1262:19, 1263:25, 1264:17,
1277:2, 1277:4, 1285:17, 1305:23,
1305:25, 1306:9, 1306:16, 1306:22,
1312:22, 1312:25, 1313:4, 1314:25,
1315:23, 1322:22, 1325:22, 1325:23,
1337:12, 1342:6, 1344:5, 1344:11
  **converted** - 1314:17
  **convict** - 1174:6
  **convicted** - 1144:8, 1171:13,
1202:24, 1213:9
  **conviction** - 1197:1
  **convince** - 1166:19, 1168:3, 1179:17
  **convinced** - 1136:24
  **cook** - 1139:6
  **cooperate** - 1142:21, 1145:1,
1179:17, 1309:19, 1333:21
  **cooperating** - 1142:20, 1143:5,
1143:7, 1143:12, 1143:21, 1143:22,
1143:25, 1144:12, 1145:10, 1145:12,
1148:23, 1155:12, 1166:13, 1179:15,
1194:15, 1194:18, 1253:4, 1253:5,
1257:13, 1260:2, 1274:25, 1295:17
  **Cooperating** - 1143:4
  **cooperation** - 1139:13, 1144:16,
1144:17, 1245:10, 1258:3, 1264:18
  **cooperator** - 1286:21
  **cooperators** - 1224:14, 1275:14,
1275:15
  **cop** - 1141:12
  **copied** - 1283:19, 1299:24, 1300:2
  **copies** - 1208:24, 1256:24, 1256:25,
1257:2, 1281:18, 1306:9, 1306:16
  **copious** - 1162:25
  **copy** - 1218:6, 1218:16, 1231:22,
1249:14, 1257:21, 1262:25, 1263:4,
1264:10, 1282:21, 1290:6, 1311:18,
1319:7
  **cordial** - 1259:5, 1259:7
  **corners** - 1138:6
  **Correct** - 1120:12, 1120:15, 1125:13,
1161:25, 1163:4, 1182:18, 1263:5,
1263:11, 1283:1, 1283:3, 1284:1,
1286:8, 1297:7, 1299:13, 1308:4,
1311:6, 1315:19, 1345:21, 1350:2,
1350:10
  **correct** - 1114:2, 1116:25, 1119:10,
1120:11, 1135:6, 1140:25, 1154:16,
1155:16, 1155:18, 1155:22, 1156:6,
1156:11, 1157:9, 1158:5, 1158:15,
1161:5, 1161:24, 1163:12, 1164:3,
1164:4, 1164:7, 1167:17, 1168:7,
1168:14, 1170:4, 1172:14, 1172:22,
1176:11, 1176:21, 1178:6, 1181:7,
1183:16, 1183:20, 1184:16, 1185:16,
1185:20, 1189:2, 1189:22, 1194:15,
1194:18, 1194:20, 1195:10, 1197:15,
1197:16, 1197:23, 1204:7, 1204:8,
1204:9, 1204:10, 1207:12, 1216:17,
1224:22, 1235:18, 1238:19, 1238:20,
1238:22, 1238:23, 1247:3, 1252:7,
1262:25, 1263:1, 1264:19, 1265:19,
1267:13, 1268:19, 1282:25, 1285:6,
1285:13, 1285:15, 1286:16, 1287:6,
1287:7, 1288:6, 1294:19, 1296:9,
1297:6, 1299:12, 1299:20, 1301:7,
1302:4, 1306:25, 1307:1, 1307:25,
1308:24, 1310:16, 1310:18, 1315:18,
1317:5, 1318:13, 1318:18, 1325:2,
1326:8, 1326:17, 1326:19, 1327:6,
1327:7, 1330:21, 1337:2, 1339:18,
1340:16, 1340:23, 1341:24, 1341:25,
1343:20, 1345:16, 1345:20, 1346:10,
1349:13, 1350:6
  **correction** - 1288:23, 1289:4, 1293:1,

1302:15
  **correctional** - 1231:5
  **corrections** - 1119:15, 1119:17,
1197:23, 1197:24, 1202:15
  **correctly** - 1146:19
  **correspondence** - 1219:16, 1229:13,
1317:4, 1318:20, 1320:8, 1345:22
  **corroborate** - 1221:19
  **corrupt** - 1354:12, 1354:22, 1355:14,
1355:15, 1355:24, 1355:25, 1358:22,
1360:7, 1363:17, 1363:20
  **corrupt-persuasion** - 1355:15
  **Corruption** - 1202:14
  **Corruptly** - 1363:6
  **corruptly** - 1125:20, 1214:24, 1354:7,
1356:6, 1358:18, 1358:21, 1363:5
  **costs** - 1172:5, 1172:9, 1172:14,
1172:21, 1173:3
  **Could** - 1145:8, 1145:23, 1170:10,
1170:11, 1203:22, 1230:1, 1241:1,
1247:5, 1253:18, 1269:10, 1293:23,
1324:19, 1326:5
  **could** - 1119:18, 1123:18, 1145:15,
1156:19, 1157:13, 1158:17, 1166:15,
1167:18, 1174:18, 1177:13, 1178:3,
1181:17, 1181:24, 1188:19, 1191:25,
1194:2, 1194:5, 1207:9, 1215:19,
1216:8, 1216:11, 1216:13, 1218:7,
1221:3, 1225:19, 1232:1, 1234:8,
1243:14, 1255:1, 1256:15, 1257:18,
1269:3, 1271:10, 1271:25, 1272:13,
1274:3, 1275:7, 1275:10, 1279:4,
1279:17, 1293:1, 1297:24, 1309:14,
1310:3, 1317:17, 1330:13, 1330:14,
1330:16, 1332:17, 1335:12, 1342:19,
1344:1, 1346:17, 1347:11, 1353:15,
1361:1
  **couldn't** - 1163:14, 1191:3, 1266:10,
1272:9, 1279:12, 1315:3
  **counsel** - 1117:9, 1186:2, 1193:6,
1193:8, 1195:19, 1196:8, 1196:14,
1196:18, 1205:12, 1205:20, 1205:25,
1239:23, 1251:1, 1256:21, 1284:10,
1288:1, 1319:8, 1343:1, 1343:3
  **counselor** - 1284:24
  **count** - 1355:15, 1362:22, 1362:25,
1363:2
  **counter** - 1284:24
  **counterparts** - 1265:14
  **countries** - 1198:24
  **country** - 1115:19, 1124:12, 1162:5,
1168:18, 1262:6, 1269:16, 1269:17,
1303:17, 1344:25
  **counts** - 1363:20, 1366:8
  **couple** - 1113:24, 1119:3, 1181:2,
1204:2, 1214:22, 1258:16, 1335:6
  **courier** - 1217:7
  **course** - 1113:20, 1116:1, 1128:12,
1133:6, 1133:24, 1134:19, 1138:20,
1140:22, 1140:24, 1141:14, 1142:13,
1146:9, 1172:2, 1177:13, 1189:13,
1198:2, 1198:3, 1198:17, 1198:18,
1230:11, 1252:3, 1259:18, 1303:2,
1339:7, 1339:9, 1355:8, 1361:17
  **court** - 1113:2, 1115:15, 1115:16,
1115:20, 1121:22, 1124:16, 1130:5,
1136:17, 1138:9, 1138:10, 1155:20,
1155:23, 1156:2, 1156:16, 1157:9,
1157:12, 1157:13, 1157:19, 1158:17,
1162:1, 1166:19, 1166:20, 1167:25,
1168:1, 1168:4, 1168:12, 1172:18,
1173:6, 1180:20, 1181:14, 1181:16,
1183:11, 1191:9, 1192:10, 1195:11,
1195:14, 1197:7, 1199:5, 1201:14,
1211:1, 1211:21, 1217:5, 1218:15,
1222:19, 1223:1, 1224:1, 1226:23,
1228:10, 1229:21, 1234:2, 1234:13,
1236:19, 1238:2, 1247:23, 1250:25,
1269:14, 1269:25, 1271:11, 1272:16,
1281:4, 1281:6, 1281:7, 1281:9,

1281:21, 1283:6, 1283:9, 1283:12,
1283:14, 1283:23, 1284:9, 1287:17,
1293:23, 1301:19, 1324:14, 1328:13,
1334:1, 1334:3, 1335:7, 1336:17,
1343:18
  **Court** - 1112:1, 1112:20, 1113:3,
1113:13, 1113:19, 1114:3, 1114:7,
1114:9, 1114:14, 1114:16, 1118:22,
1120:8, 1120:25, 1121:3, 1121:5,
1121:8, 1121:14, 1121:17, 1121:20,
1121:23, 1122:3, 1122:6, 1122:11,
1122:17, 1122:19, 1122:21, 1122:22,
1123:1, 1123:11, 1125:7, 1125:9,
1125:14, 1126:23, 1127:12, 1127:15,
1137:12, 1138:11, 1140:10, 1141:9,
1142:17, 1149:12, 1150:23, 1151:2,
1165:16, 1175:16, 1175:18, 1175:21,
1180:13, 1180:15, 1180:18, 1180:21,
1180:23, 1182:8, 1182:23, 1183:12,
1186:16, 1187:2, 1187:14, 1191:12,
1193:4, 1195:24, 1196:2, 1196:13,
1196:19, 1197:4, 1199:24, 1200:1,
1200:3, 1200:12, 1200:14, 1207:7,
1209:6, 1210:5, 1214:5, 1214:8,
1215:24, 1220:6, 1221:2, 1221:5,
1222:11, 1222:16, 1222:24, 1223:11,
1224:2, 1224:4, 1224:10, 1225:13,
1225:15, 1225:18, 1225:21, 1225:24,
1226:3, 1226:8, 1227:14, 1227:16,
1227:19, 1227:21, 1227:25, 1228:5,
1228:8, 1229:5, 1230:3, 1232:3,
1232:5, 1233:2, 1233:15, 1233:21,
1234:1, 1234:5, 1234:7, 1234:10,
1234:21, 1234:24, 1236:4, 1236:7,
1236:10, 1236:12, 1236:17, 1236:21,
1237:2, 1237:5, 1237:12, 1238:3,
1238:5, 1238:10, 1239:14, 1239:16,
1240:20, 1244:16, 1244:19, 1247:22,
1249:4, 1249:8, 1249:10, 1249:16,
1249:21, 1249:24, 1250:1, 1250:7,
1250:13, 1250:20, 1250:24, 1251:1,
1251:3, 1251:6, 1254:4, 1260:15,
1267:3, 1267:7, 1273:4, 1273:7,
1274:20, 1276:15, 1276:22, 1283:19,
1284:4, 1287:20, 1288:4, 1288:5,
1288:7, 1290:15, 1290:17, 1290:19,
1292:6, 1294:15, 1294:17, 1295:12,
1295:14, 1295:21, 1296:25, 1299:6,
1299:8, 1300:8, 1301:10, 1301:17,
1301:20, 1301:22, 1306:20, 1306:24,
1307:19, 1309:18, 1310:23, 1311:19,
1311:23, 1316:1, 1317:1, 1319:9,
1319:12, 1319:17, 1320:20, 1321:15,
1336:8, 1340:10, 1340:12, 1341:14,
1343:6, 1343:8, 1345:8, 1345:11,
1348:8, 1348:10, 1349:5, 1349:18,
1349:20, 1350:15, 1350:17, 1350:23,
1350:25, 1351:9, 1351:18, 1353:1,
1353:20, 1354:16, 1355:5, 1355:21,
1356:5, 1356:12, 1356:25, 1357:19,
1358:16, 1359:10, 1359:23, 1360:10,
1360:18, 1361:8, 1361:13, 1361:19,
1362:16, 1362:20, 1363:2, 1363:4,
1363:6, 1363:10, 1363:23, 1364:5,
1364:10, 1364:14, 1364:19, 1365:1,
1365:4, 1365:8, 1365:12, 1365:19,
1365:22, 1366:5, 1366:13, 1367:3,
1367:9
  **Court's** - 1252:1
  **courthouse** - 1115:15, 1117:3,
1137:22, 1181:24, 1182:10, 1310:10
  **Courthouse** - 1112:4
  **courthouses** - 1117:18
  **courtroom** - 1124:8, 1132:18,
1137:10, 1139:21, 1143:17, 1157:14,
1183:9, 1185:7, 1190:20, 1191:7,
1191:8, 1214:16, 1237:4, 1350:22,
1359:16
  **courts** - 1124:13, 1125:2, 1132:16,
1141:7

**cousin** - 1295:9
**cover** - 1206:23, 1266:18, 1267:9, 1354:19
**Cr** - 1239:22
**cracking** - 1189:12
**craft** - 1366:1
**create** - 1198:25, 1272:18, 1348:12, 1348:14
**creates** - 1145:7
**credibility** - 1140:18, 1162:15, 1221:23, 1222:9, 1272:12, 1286:6
**credible** - 1146:24, 1222:10
**crew** - 1332:16
**crime** - 1127:3, 1129:25, 1139:2, 1140:1, 1147:9, 1149:15, 1151:15, 1152:2, 1152:9, 1152:20, 1156:5, 1159:2, 1166:14, 1173:20, 1174:23, 1192:21, 1260:19, 1357:15
**crimes** - 1125:19, 1126:3, 1151:23, 1152:5, 1152:8, 1174:2, 1198:23, 1212:2, 1243:16, 1257:13
**Criminal** - 1124:23, 1125:3, 1176:23
**criminal** - 1115:14, 1115:24, 1125:5, 1125:6, 1126:15, 1127:2, 1127:17, 1129:22, 1131:17, 1135:8, 1136:1, 1136:2, 1136:9, 1148:9, 1156:8, 1156:18, 1160:5, 1168:17, 1171:2, 1173:15, 1177:19, 1183:15, 1183:22, 1184:16, 1202:14, 1202:16, 1204:1, 1204:3, 1211:12, 1211:15, 1213:2, 1318:7, 1351:25
**criminals** - 1174:21, 1244:5, 1244:6, 1244:8, 1277:2
**cross** - 1146:20, 1166:1, 1183:14, 1183:15, 1190:1, 1190:18, 1192:21, 1194:14, 1203:12, 1210:6, 1215:7, 1215:8, 1217:21, 1218:1, 1254:5, 1254:11, 1272:9, 1293:5, 1305:17, 1306:6, 1342:14, 1342:18, 1365:5, 1365:20
**Cross** - 1118:24, 1151:5, 1183:1, 1203:14, 1278:1, 1368:4, 1368:6
**cross-examination** - 1146:20, 1166:1, 1183:14, 1183:15, 1190:1, 1192:21, 1194:14, 1210:6, 1254:5, 1254:11, 1305:17, 1306:6, 1342:14
**Cross-examination** - 1118:24, 1151:5, 1183:1, 1203:14, 1278:1, 1368:4, 1368:6
**cross-examine** - 1272:9
**cross-examined** - 1217:21
**cross-examiners** - 1203:12
**cross-words** - 1293:5
**crucial** - 1215:3
**Cs-1** - 1226:18, 1226:21, 1229:15, 1229:18
**cultural** - 1241:5, 1241:23, 1242:7, 1247:9, 1268:22
**culture** - 1241:22
**cumulative** - 1335:13, 1335:17, 1336:19
**Current** - 1364:14
**customs** - 1315:8
**cut** - 1165:7
**Cut** - 1365:4

**D**

**D** - 1114:19, 1205:18, 1235:21, 1236:13, 1295:11, 1342:22, 1368:3, 1369:6, 1369:10
**D'alessandro** - 1112:13, 1183:7, 1207:6, 1209:5, 1210:2, 1210:8, 1214:4, 1214:7, 1215:25, 1220:5, 1221:3, 1221:7, 1225:23, 1227:17, 1227:20, 1228:7, 1232:4, 1233:7, 1233:20, 1233:23, 1236:11, 1239:15, 1244:15, 1244:18, 1249:5, 1249:13, 1249:18, 1250:3, 1250:17, 1250:22, 1267:2, 1273:3, 1284:3, 1287:22,

1288:3, 1290:16, 1294:16, 1295:13, 1299:7, 1300:7, 1306:19, 1307:18, 1310:22, 1311:15, 1319:8, 1335:25, 1336:1, 1340:11, 1343:7, 1349:1, 1349:19, 1354:15, 1355:4, 1361:24, 1363:1, 1363:3, 1363:5, 1363:22, 1364:9, 1365:6, 1365:21, 1365:24
**dab** - 1345:15
**daily** - 1216:8
**damaging** - 1166:10, 1166:15
**dance** - 1252:16
**danger** - 1143:7
**dangerous** - 1143:4, 1143:19, 1165:22, 1167:22, 1177:3, 1177:5, 1261:2
**dangers** - 1173:23, 1176:9
**Daniel** - 1112:14
**Danny** - 1260:6
**dark** - 1304:5
**Darmuid** - 1281:6, 1343:2, 1343:10
**date** - 1225:8, 1236:25, 1297:25, 1308:2, 1319:24, 1320:1, 1326:2, 1328:8, 1332:24, 1335:9
**Dated** - 1236:18
**dated** - 1224:11, 1228:17, 1311:25, 1312:4, 1319:19, 1320:22, 1321:18, 1322:6
**dates** - 1312:12, 1320:7
**daughter** - 1201:15
**Dave** - 1252:11, 1253:21, 1257:6, 1259:25, 1260:18, 1260:21, 1325:23
**Dave's** - 1259:22
**David** - 1235:6, 1243:21, 1243:23, 1244:1, 1244:7, 1244:12, 1245:2, 1248:1, 1260:8, 1260:12, 1260:15, 1266:1, 1266:2, 1266:6, 1266:7, 1269:19, 1271:13, 1271:21, 1271:24, 1271:25, 1272:1, 1272:4, 1272:6, 1276:6, 1276:23, 1277:5, 1277:7, 1280:5, 1281:10, 1281:14, 1282:12, 1283:21, 1283:22, 1283:24, 1285:8, 1286:7, 1286:18, 1295:17, 1295:18, 1298:13, 1298:16, 1298:24, 1299:3, 1302:3, 1303:23, 1304:6, 1304:15, 1304:18, 1304:19, 1309:24, 1322:22, 1330:1, 1343:22
**David's** - 1235:9
**day** - 1117:6, 1121:5, 1126:2, 1132:9, 1132:17, 1138:4, 1142:5, 1142:6, 1169:7, 1181:17, 1188:10, 1211:9, 1263:3, 1278:19, 1292:2, 1293:24, 1294:3, 1294:5, 1295:3, 1303:24, 1322:8, 1331:13, 1333:7, 1340:18, 1344:24, 1350:17, 1351:23, 1352:2, 1366:20, 1366:23, 1367:5
**day-to-day** - 1169:7
**days** - 1113:24, 1211:5, 1246:23, 1246:24, 1265:1, 1265:3, 1346:2, 1364:17
**Dd** - 1328:23
**Dea** - 1212:11
**deal** - 1124:10, 1130:21, 1134:13, 1135:12, 1173:6, 1186:9, 1215:17, 1220:2, 1255:2
**dealer** - 1165:12, 1165:13, 1233:6, 1254:24, 1255:5, 1262:12, 1267:18, 1268:7
**dealers** - 1258:2, 1259:12
**Dealing** - 1152:22
**dealing** - 1133:24, 1173:24, 1186:12, 1215:16, 1233:19, 1234:16, 1235:11, 1259:11, 1320:8, 1320:9
**dealings** - 1235:9, 1258:10
**deals** - 1190:24, 1255:2, 1255:5
**dealt** - 1119:12, 1134:13, 1135:7, 1142:15, 1333:4
**dear** - 1131:18
**Dear** - 1239:23, 1321:19
**death** - 1124:11, 1134:10, 1134:16, 1142:7, 1169:18, 1199:2, 1259:22,

1260:5
**death-penalty** - 1124:11
**debt** - 1172:25
**deceased** - 1123:25
**deceit** - 1138:11
**December** - 1201:19, 1244:12, 1260:2, 1312:10, 1319:23, 1320:2, 1341:7
**decide** - 1126:5, 1142:18, 1145:15, 1146:14, 1192:7, 1214:19, 1215:15, 1234:16, 1282:4
**decided** - 1288:7, 1298:4, 1313:3, 1329:5
**decides** - 1132:10, 1173:5, 1191:6
**deciding** - 1331:13
**decision** - 1132:10, 1132:15, 1132:16, 1132:21, 1132:23, 1133:6, 1133:10, 1152:11, 1187:13, 1213:11, 1230:3, 1335:19
**declarant** - 1297:18
**declarations** - 1284:21
**decline** - 1194:19
**defend** - 1129:5
**defendant** - 1127:25, 1134:3, 1135:3, 1139:25, 1140:4, 1140:7, 1140:14, 1144:10, 1148:24, 1152:22, 1162:1, 1162:2, 1183:10, 1190:21, 1199:4, 1222:6, 1230:5, 1233:9, 1239:24, 1284:23, 1308:9, 1354:21, 1357:4, 1358:25, 1359:15, 1361:22
**Defendant's** - 1206:18, 1239:5, 1320:19, 1369:3
**defendant's** - 1157:16, 1160:5, 1194:23, 1195:2, 1215:2, 1251:11, 1336:15, 1354:23
**Defendants** - 1112:6, 1112:16, 1161:22
**defendants** - 1126:15, 1134:19, 1138:25, 1144:25, 1145:1, 1198:1, 1200:17, 1214:21
**Defendants'** - 1307:12
**Defenders** - 1124:25
**defense** - 1115:14, 1115:24, 1125:6, 1126:16, 1127:18, 1127:19, 1133:25, 1135:2, 1135:8, 1136:1, 1136:2, 1136:4, 1136:9, 1136:13, 1136:14, 1138:6, 1138:9, 1139:6, 1139:11, 1139:20, 1142:19, 1142:25, 1143:1, 1143:24, 1144:3, 1145:19, 1148:6, 1148:20, 1154:15, 1156:3, 1157:2, 1157:4, 1159:9, 1159:15, 1159:18, 1164:2, 1165:24, 1166:15, 1167:5, 1168:7, 1168:17, 1170:17, 1181:6, 1183:8, 1183:16, 1183:22, 1184:16, 1188:4, 1191:10, 1191:23, 1195:14, 1198:25, 1199:12, 1200:4, 1208:19, 1211:12, 1211:15, 1217:19, 1249:13, 1260:20, 1306:6, 1306:23, 1312:4, 1319:22, 1321:1, 1321:20, 1325:13, 1330:12, 1331:5, 1331:7, 1331:9, 1342:20, 1345:6, 1351:2, 1351:3, 1351:4, 1351:5, 1351:21, 1351:25, 1352:6, 1353:4, 1353:11, 1353:17, 1354:1, 1354:17, 1354:18, 1354:25, 1355:2, 1355:16, 1356:14, 1357:3, 1357:23, 1358:10, 1359:8, 1360:1, 1360:2, 1360:15, 1361:9, 1362:4, 1362:10, 1362:11, 1362:15, 1362:17, 1363:8, 1364:1, 1364:6, 1366:10
**Defense** - 1219:18, 1224:3, 1225:5, 1227:7, 1231:19, 1234:3, 1248:17, 1266:12, 1266:20, 1282:18, 1294:7, 1296:14, 1309:23, 1311:7, 1321:4, 1339:23, 1342:22, 1369:2
**defensible** - 1213:6
**definition** - 1134:2, 1363:16
**defraud** - 1355:16
**delay** - 1122:24
**delivered** - 1315:9
**delivery** - 1255:11, 1257:19

**Dell** - 1122:14
**delve** - 1170:13
**Delvin** - 1235:8
**demand** - 1309:17
**demanding** - 1188:17
**demonstrate** - 1146:24, 1253:24, 1266:9, 1318:6, 1328:4
**demonstrating** - 1363:17
**demonstration** - 1314:9
**denial** - 1133:2
**denied** - 1329:15
**dense** - 1213:2
**denying** - 1329:13, 1330:5
**Department** - 1243:10, 1245:17, 1246:5
**depended** - 1241:11
**depending** - 1138:16, 1259:10, 1366:15
**Depending** - 1364:5
**depends** - 1175:15, 1175:22, 1179:9, 1180:1, 1180:3, 1184:10, 1187:15, 1194:17, 1204:2
**Depoo** - 1269:2
**depose** - 1281:7, 1281:17, 1335:12
**deposed** - 1269:8, 1325:8
**deposition** - 1282:23, 1286:6, 1343:19
**depositions** - 1281:10, 1324:9, 1324:13, 1335:11, 1336:20
**Depot** - 1252:14
**deputized** - 1116:11
**deputy** - 1299:2, 1299:15
**derived** - 1284:13
**derogatory** - 1354:13
**Describe** - 1261:4
**describe** - 1119:18, 1144:15, 1183:21, 1210:7, 1213:19, 1308:16, 1312:13
**described** - 1126:19, 1213:20, 1218:24, 1230:19, 1327:17, 1337:15, 1346:21
**description** - 1274:8, 1346:22, 1348:6, 1357:12
**designed** - 1362:6
**desk** - 1162:25, 1288:22, 1289:3
**desktop** - 1122:15
**despite** - 1137:15
**destroy** - 1344:3
**detail** - 1209:3, 1344:10
**detailed** - 1215:1
**details** - 1208:11, 1308:12
**detainees** - 1116:2
**detected** - 1119:20
**detector** - 1121:25, 1122:5
**detectors** - 1118:7
**detention** - 1116:10, 1116:11, 1118:8, 1297:21
**determination** - 1336:18
**determine** - 1129:18, 1132:17, 1214:19, 1254:9, 1319:23
**determined** - 1177:15, 1230:21, 1319:25
**determining** - 1337:6
**Dev** - 1242:9, 1269:1
**develop** - 1128:3, 1129:10, 1185:23, 1211:22, 1261:20, 1329:10
**developed** - 1133:23, 1332:18
**developer** - 1203:2
**developing** - 1128:11
**devoting** - 1169:15
**dialect** - 1259:20
**dialogue** - 1262:2, 1271:1, 1293:17
**Diaramuid** - 1301:3
**Diarmuid** - 1239:20, 1256:23, 1270:5, 1301:2, 1301:3, 1306:3, 1307:16, 1326:8, 1326:10
**Did** - 1116:4, 1116:17, 1116:23, 1201:17, 1204:4, 1207:15, 1212:1, 1213:13, 1216:18, 1219:4, 1230:14, 1231:11, 1231:17, 1238:24, 1241:22,

1243:21, 1245:9, 1246:12, 1252:19, 1256:2, 1260:7, 1260:11, 1260:19, 1261:1, 1266:13, 1266:16, 1271:2, 1272:18, 1274:10, 1274:13, 1278:3, 1278:14, 1279:4, 1279:24, 1280:15, 1280:16, 1282:11, 1282:14, 1283:10, 1286:17, 1286:21, 1288:9, 1288:18, 1289:18, 1289:20, 1290:8, 1291:13, 1291:19, 1293:5, 1293:18, 1293:21, 1294:12, 1304:10, 1305:25, 1306:8, 1309:7, 1309:13, 1314:16, 1314:23, 1318:9, 1322:6, 1322:12, 1322:22, 1322:24, 1324:1, 1325:3, 1325:6, 1327:3, 1327:21, 1328:7, 1328:23, 1329:16, 1329:19, 1330:10, 1332:21, 1332:22, 1334:4, 1335:3, 1335:13, 1335:19, 1344:9, 1344:21
**did** - 1116:7, 1116:8, 1116:13, 1116:18, 1119:4, 1119:19, 1131:3, 1149:18, 1150:17, 1163:2, 1175:13, 1190:25, 1200:23, 1202:11, 1202:17, 1202:20, 1203:16, 1203:17, 1204:6, 1204:18, 1206:3, 1206:13, 1207:16, 1208:3, 1208:6, 1208:11, 1208:15, 1211:12, 1211:14, 1212:1, 1212:8, 1212:15, 1212:17, 1216:25, 1218:12, 1218:13, 1219:16, 1224:17, 1227:6, 1229:1, 1231:2, 1231:18, 1235:15, 1240:10, 1240:25, 1242:13, 1243:2, 1245:1, 1245:11, 1245:13, 1245:21, 1246:19, 1246:24, 1247:1, 1248:4, 1256:2, 1256:4, 1256:18, 1259:5, 1260:13, 1261:8, 1261:14, 1264:14, 1264:15, 1266:15, 1268:22, 1270:22, 1271:4, 1271:18, 1271:19, 1271:20, 1272:20, 1274:12, 1274:15, 1275:10, 1275:23, 1276:3, 1278:4, 1278:15, 1279:10, 1280:3, 1280:20, 1281:10, 1283:11, 1286:24, 1287:1, 1287:11, 1288:11, 1288:16, 1288:17, 1289:15, 1290:6, 1290:7, 1290:10, 1290:24, 1291:12, 1291:20, 1292:23, 1296:22, 1297:16, 1297:23, 1303:15, 1304:11, 1304:17, 1305:8, 1305:11, 1305:19, 1306:9, 1306:9, 1312:21, 1312:24, 1313:1, 1313:19, 1313:21, 1314:13, 1314:23, 1315:7, 1315:9, 1317:25, 1319:1, 1322:5, 1322:19, 1323:10, 1323:14, 1324:5, 1325:5, 1326:11, 1326:22, 1327:17, 1327:22, 1328:11, 1330:11, 1330:23, 1331:21, 1331:23, 1332:8, 1332:12, 1332:20, 1333:23, 1333:24, 1335:6, 1337:18, 1338:14, 1338:18, 1340:18, 1341:10, 1341:11, 1344:11, 1344:18, 1348:5, 1358:12, 1360:25, 1361:1
**didn't** - 1120:7, 1123:9, 1144:7, 1144:9, 1146:7, 1149:7, 1150:10, 1151:19, 1162:20, 1164:18, 1165:16, 1190:25, 1193:9, 1196:7, 1206:16, 1213:21, 1214:9, 1218:21, 1223:6, 1245:4, 1248:12, 1259:3, 1259:18, 1259:19, 1260:21, 1262:18, 1265:10, 1268:18, 1270:25, 1274:14, 1275:6, 1276:10, 1278:17, 1280:18, 1280:22, 1286:12, 1291:2, 1291:5, 1292:9, 1292:12, 1295:17, 1296:4, 1296:6, 1298:3, 1298:5, 1299:16, 1302:20, 1304:22, 1305:8, 1305:11, 1315:1, 1315:2, 1315:3, 1322:11, 1323:19, 1326:3, 1326:20, 1335:17, 1344:13, 1361:22, 1362:15
**died** - 1259:25
**differ** - 1130:4
**difference** - 1147:6, 1147:8, 1151:16, 1160:25
**differences** - 1173:11, 1183:22, 1187:11
**different** - 1119:15, 1125:1, 1130:10, 1130:17, 1133:6, 1133:17, 1134:19,

1140:23, 1147:12, 1148:3, 1151:14, 1151:18, 1151:21, 1151:24, 1152:7, 1152:10, 1152:14, 1152:23, 1164:13, 1165:18, 1167:10, 1184:12, 1208:19, 1213:22, 1219:13, 1237:1, 1259:2, 1259:8, 1312:12, 1313:6, 1354:6, 1365:23
**differently** - 1154:5, 1259:13, 1259:15
**difficult** - 1127:6, 1140:2, 1164:13, 1165:2, 1165:3, 1171:14, 1188:16, 1199:18, 1250:18
**difficulties** - 1137:23, 1346:1
**difficulty** - 1160:14, 1175:23, 1189:16, 1356:2
**digital** - 1315:13, 1322:22
**digress** - 1354:8
**dilemma** - 1145:7, 1361:25
**Dimension** - 1122:14
**Dione** - 1258:11
**diplomat** - 1245:14
**Direct** - 1114:24, 1123:12, 1200:15, 1238:11, 1335:1, 1368:4, 1368:5, 1368:9, 1368:10
**direct** - 1183:15, 1189:25, 1197:12, 1198:23, 1237:6, 1280:23, 1365:20
**directed** - 1306:3
**directing** - 1129:13
**direction** - 1306:24
**directly** - 1262:18
**directors** - 1124:24
**disabused** - 1233:22
**disagree** - 1359:17, 1359:20
**disagreements's** - 1366:19
**disappear** - 1333:23
**disbarred** - 1138:12
**disciplinary** - 1339:20
**disclose** - 1128:8, 1141:10, 1149:6, 1149:11, 1167:11, 1226:11, 1229:8, 1284:9
**disclosed** - 1224:19, 1240:20, 1284:9
**discloses** - 1144:11
**disclosing** - 1227:2, 1229:25
**disclosure** - 1236:23, 1308:6
**discourse** - 1221:15
**discover** - 1128:23, 1280:3, 1286:13
**discovery** - 1133:20, 1208:12, 1208:15, 1208:16, 1208:21, 1211:19, 1217:11, 1240:9, 1284:12, 1284:13, 1284:14, 1285:14, 1285:19
**discredit** - 1285:12
**discrediting** - 1282:12, 1282:14, 1283:20
**discretion** - 1191:22, 1191:25, 1192:4
**discuss** - 1121:9, 1149:12, 1180:15, 1181:18, 1237:2, 1242:12, 1281:10, 1301:11, 1331:22, 1350:18, 1363:24
**discussed** - 1133:9, 1224:4, 1281:12
**discussing** - 1128:16, 1135:13, 1188:9, 1198:7, 1199:3, 1291:16, 1354:17
**discussion** - 1293:9, 1330:19, 1333:4
**discussions** - 1191:17
**disk** - 1306:9
**disks** - 1307:23, 1308:9
**disposition** - 1147:2, 1335:20
**dispute** - 1125:15
**disputes** - 1320:24
**dissuade** - 1140:7, 1140:14, 1140:21, 1142:12, 1179:8
**distinct** - 1261:19, 1262:4
**distinction** - 1175:14, 1215:18
**distinguish** - 1241:13
**distinguished** - 1123:25
**distributed** - 1226:19, 1229:16
**distribution** - 1224:16
**distributions** - 1228:25
**district** - 1202:4
**District** - 1112:1, 1112:10, 1115:19, 1150:2, 1150:20, 1189:18, 1202:2,

1226:8, 1229:5, 1231:16, 1239:10, 1253:5, 1299:15, 1336:13, 1362:13
**Districts** - 1125:1
**divide** - 1241:22, 1241:23, 1242:5, 1242:7
**divided** - 1241:24
**Division** - 1243:9
**divorced** - 1254:7, 1254:8
**do** - 1115:13, 1116:1, 1116:3, 1116:7, 1124:14, 1126:17, 1127:6, 1127:7, 1128:1, 1128:11, 1128:19, 1130:3, 1130:11, 1130:15, 1130:23, 1131:1, 1131:20, 1134:3, 1134:16, 1134:17, 1134:25, 1135:4, 1135:12, 1135:14, 1137:17, 1137:20, 1138:3, 1138:24, 1140:8, 1141:1, 1141:25, 1142:8, 1142:22, 1143:8, 1144:2, 1144:4, 1144:5, 1144:7, 1144:9, 1146:15, 1148:11, 1148:14, 1149:9, 1153:7, 1154:9, 1156:14, 1156:19, 1156:21, 1156:23, 1156:24, 1157:1, 1158:3, 1158:7, 1158:22, 1158:23, 1158:24, 1159:4, 1159:20, 1159:24, 1160:2, 1160:3, 1160:4, 1160:9, 1160:15, 1160:16, 1160:18, 1161:17, 1161:18, 1162:20, 1163:2, 1164:21, 1164:23, 1165:1, 1165:11, 1165:22, 1166:22, 1167:4, 1167:20, 1167:21, 1168:22, 1171:15, 1171:16, 1173:5, 1174:17, 1175:11, 1176:9, 1177:23, 1177:24, 1178:16, 1178:18, 1180:13, 1182:19, 1182:20, 1184:1, 1184:6, 1184:9, 1184:22, 1185:3, 1185:5, 1185:6, 1185:11, 1185:19, 1186:3, 1186:4, 1186:7, 1186:8, 1188:10, 1188:13, 1189:22, 1190:25, 1191:22, 1192:8, 1192:13, 1192:16, 1193:1, 1194:24, 1195:8, 1199:20, 1200:17, 1206:20, 1206:21, 1209:3, 1211:2, 1211:4, 1211:16, 1211:17, 1211:20, 1218:17, 1219:22, 1219:23, 1222:17, 1225:3, 1227:4, 1227:9, 1231:22, 1232:1, 1235:21, 1238:16, 1239:8, 1248:20, 1248:21, 1249:21, 1250:17, 1251:3, 1251:5, 1255:2, 1255:3, 1256:2, 1258:18, 1264:20, 1265:20, 1266:17, 1266:20, 1272:8, 1272:24, 1272:25, 1276:17, 1279:13, 1281:21, 1282:5, 1282:7, 1282:19, 1282:20, 1283:7, 1285:11, 1286:5, 1288:2, 1289:6, 1290:1, 1290:2, 1293:4, 1296:11, 1296:17, 1296:18, 1297:23, 1297:24, 1298:21, 1299:10, 1302:5, 1306:13, 1306:14, 1311:3, 1311:9, 1312:8, 1314:16, 1319:8, 1320:4, 1320:11, 1320:18, 1325:15, 1328:4, 1330:24, 1331:2, 1331:3, 1331:19, 1332:21, 1333:23, 1334:5, 1335:11, 1337:21, 1337:22, 1338:21, 1339:12, 1342:18, 1342:24, 1342:25, 1343:16, 1343:23, 1344:20, 1345:19, 1347:15, 1347:16, 1348:13, 1348:20, 1349:10, 1350:5, 1350:9, 1350:15, 1353:23, 1357:6, 1358:10, 1361:3, 1363:9, 1364:2, 1364:23, 1365:6, 1366:7, 1366:10, 1366:14, 1366:17, 1367:4
**Do** - 1113:25, 1114:1, 1131:23, 1172:5, 1178:11, 1206:19, 1211:6, 1215:18, 1225:1, 1230:7, 1230:9, 1238:15, 1247:15, 1247:18, 1249:24, 1252:5, 1264:2, 1272:23, 1283:4, 1303:11, 1307:4, 1307:7, 1307:14, 1308:21, 1310:25, 1318:25, 1319:6, 1339:23, 1348:18, 1349:9, 1356:19
**Docket** - 1239:21
**docket** - 1274:19, 1274:21
**document** - 1208:10, 1217:12, 1227:8, 1234:25, 1250:11, 1250:19, 1251:8, 1251:10, 1252:3, 1256:9, 1257:24, 1258:4, 1259:21, 1268:21,

**documentary** - 1268:15
**documents** - 1133:23, 1218:4, 1218:7, 1221:23, 1237:8, 1237:9, 1247:25, 1248:1, 1249:19, 1249:21, 1250:3, 1253:24, 1254:9, 1254:10, 1256:25, 1257:1, 1257:2, 1264:6, 1264:9, 1265:8, 1267:19, 1318:22, 1325:24
**does** - 1126:7, 1127:22, 1134:21, 1136:2, 1145:5, 1160:25, 1172:24, 1179:7, 1185:7, 1186:12, 1191:24, 1215:15, 1233:9, 1239:23, 1259:23, 1260:20, 1264:6, 1264:7, 1273:16, 1278:18, 1279:19, 1291:5, 1295:19, 1298:8, 1340:24, 1355:25, 1356:17, 1356:18, 1360:6, 1362:3, 1362:10
**Does** - 1136:1, 1154:21, 1220:2, 1283:2, 1289:11, 1292:3, 1361:8, 1365:16
**doesn't** - 1129:2, 1130:6, 1133:10, 1139:11, 1141:6, 1143:8, 1143:12, 1144:13, 1157:21, 1160:7, 1167:23, 1196:21, 1210:7, 1221:14, 1233:23, 1250:8, 1295:19, 1346:15, 1353:10, 1354:1, 1356:6, 1356:7, 1356:9, 1358:6, 1358:19, 1358:24, 1360:12, 1360:20
**Doesn't** - 1233:2
**doing** - 1127:25, 1132:24, 1140:7, 1142:8, 1147:20, 1150:16, 1154:21, 1164:7, 1165:10, 1179:9, 1182:20, 1183:3, 1185:13, 1189:7, 1190:3, 1191:3, 1203:5, 1211:25, 1250:7, 1277:7, 1280:24, 1338:25, 1340:5, 1340:7, 1344:14, 1344:16, 1355:11, 1356:18
**dollars** - 1172:11, 1181:16, 1182:5, 1182:6, 1182:9, 1338:23
**Don't** - 1121:9, 1180:15, 1222:16, 1237:2, 1301:11, 1350:18
**don't** - 1113:10, 1114:3, 1119:17, 1120:19, 1125:23, 1128:9, 1131:1, 1132:5, 1133:8, 1133:12, 1133:14, 1133:19, 1133:18, 1141:2, 1141:12, 1141:21, 1143:15, 1143:16, 1143:23, 1144:5, 1152:17, 1155:19, 1158:7, 1158:22, 1159:22, 1160:15, 1162:8, 1162:12, 1163:23, 1164:25, 1165:5, 1165:17, 1166:20, 1167:19, 1167:20, 1167:22, 1170:12, 1171:1, 1171:4, 1178:16, 1178:20, 1178:23, 1185:17, 1185:20, 1189:3, 1193:1, 1193:5, 1193:12, 1194:12, 1196:2, 1196:4, 1196:15, 1197:5, 1199:15, 1211:4, 1211:9, 1215:21, 1216:1, 1222:5, 1222:24, 1225:18, 1239:19, 1246:14, 1249:19, 1250:4, 1250:7, 1250:22, 1258:17, 1272:10, 1280:21, 1284:21, 1286:9, 1289:11, 1293:13, 1309:9, 1309:15, 1315:6, 1318:17, 1322:23, 1331:7, 1331:8, 1333:19, 1333:20, 1338:12, 1345:9, 1345:10, 1346:18, 1351:5, 1351:22, 1351:23, 1353:1, 1353:24, 1354:13, 1358:16, 1359:3, 1359:12, 1359:21, 1360:15, 1361:15, 1363:10, 1366:3
**Donald** - 1327:23, 1328:1
**done** - 1145:20, 1166:6, 1173:20, 1178:1, 1178:17, 1186:1, 1192:14, 1197:19, 1197:21, 1204:1, 1265:14, 1293:3, 1327:2, 1340:2, 1348:15, 1351:9
**door** - 1117:16, 1118:14, 1160:3, 1160:4, 1293:2, 1302:12, 1302:15,

1304:3, 1346:17
**Dora** - 1336:12
**Dorminda** - 1346:7
**Doros** - 1341:2
**Double** - 1232:4
**double** - 1309:2
**double-clicked** - 1309:2
**doubt** - 1126:5, 1214:20, 1352:3, 1354:11, 1357:10, 1357:16
**dovetails** - 1355:22
**down** - 1118:12, 1118:15, 1128:15, 1136:20, 1147:17, 1149:17, 1152:1, 1160:6, 1160:24, 1161:7, 1171:18, 1174:1, 1183:12, 1189:12, 1190:14, 1192:18, 1196:5, 1202:24, 1230:22, 1231:25, 1241:6, 1244:10, 1246:13, 1247:9, 1261:4, 1264:19, 1266:17, 1266:18, 1266:24, 1268:23, 1288:9, 1289:1, 1289:2, 1289:3, 1302:21, 1302:24, 1325:11, 1350:24, 1367:2
**Downtown** - 1150:21
**dozen** - 1205:8, 1258:9
**dozens** - 1163:23, 1163:24
**Dozortsev** - 1116:20, 1116:21, 1116:23, 1117:2, 1117:20, 1117:24, 1118:12, 1120:9
**draft** - 1197:17, 1353:21
**drafting** - 1185:15
**draw** - 1175:14
**dress** - 1328:13, 1328:14
**dressed** - 1247:7
**drill** - 1350:18
**drive** - 1163:13, 1246:25
**driver** - 1130:18, 1241:9, 1241:20, 1241:21
**driving** - 1164:15
**drove** - 1117:15, 1246:8, 1258:25
**drug** - 1130:14, 1140:1, 1152:20, 1154:6, 1154:9, 1165:12, 1165:13, 1174:25, 1192:22, 1217:1, 1217:10, 1217:13, 1218:11, 1218:25, 1233:6, 1235:9, 1236:24, 1245:3, 1245:23, 1246:6, 1252:23, 1252:25, 1253:7, 1254:24, 1255:1, 1255:2, 1255:5, 1257:17, 1257:21, 1259:12, 1259:25, 1262:12, 1266:10, 1267:18, 1268:1, 1268:7, 1280:7
**Drug** - 1258:2
**drug-dealer** - 1254:24
**drugs** - 1208:9, 1218:22, 1226:19, 1229:16, 1246:3, 1253:2, 1253:6, 1253:10, 1255:10, 1260:4, 1261:23, 1262:16, 1266:5, 1267:25, 1268:2, 1272:1, 1272:2, 1276:24, 1277:7, 1292:17, 1305:2, 1333:2
**dual** - 1138:8, 1155:16, 1155:19
**Dubin** - 1256:25, 1341:16, 1343:1, 1343:11
**duly** - 1114:20, 1123:5, 1200:6
**Dun** - 1291:7, 1291:9, 1292:13
**dun** - 1291:7, 1291:9, 1292:13
**Dun-dun** - 1291:7, 1291:9, 1292:13
**During** - 1202:19, 1206:13, 1258:12, 1275:22, 1342:6
**during** - 1113:12, 1172:2, 1183:14, 1198:2, 1198:3, 1204:5, 1218:3, 1242:14, 1243:21, 1243:23, 1244:23, 1245:13, 1246:24, 1247:18, 1252:20, 1252:22, 1258:9, 1265:23, 1303:1, 1306:6, 1327:12, 1329:19, 1333:24, 1344:22, 1347:18, 1349:10, 1350:5
**Dutch** - 1241:20
**duty** - 1155:24
**dutybound** - 1138:10
**Dvd** - 1269:17

**E**

**E** - 1114:19, 1114:23, 1200:5, 1200:10, 1205:18, 1238:1, 1296:15,

1299:24, 1338:14, 1343:4, 1368:3, 1368:8, 1369:10
**e** - 1262:2, 1271:1, 1298:8, 1298:14, 1298:22, 1300:2, 1301:2, 1311:11, 1313:15, 1313:23, 1315:16, 1315:17, 1315:21, 1317:4, 1338:15, 1343:1
**E-mail** - 1299:24
**e-mail** - 1262:2, 1271:1, 1298:14, 1298:22, 1300:2, 1301:2, 1311:11, 1313:15, 1317:4, 1338:15, 1343:1
**e-mailed** - 1298:8, 1313:23
**E-mails** - 1338:14
**e-mails** - 1315:16, 1315:17, 1315:21
**E520** - 1122:14
**Each** - 1166:1, 1169:14
**each** - 1160:10, 1275:12, 1281:25, 1303:19, 1303:21, 1308:17, 1310:2, 1362:21, 1362:22, 1366:7
**Earlier** - 1330:19
**earlier** - 1126:19, 1163:6, 1264:3, 1329:13, 1335:21
**early** - 1119:23, 1131:2, 1131:4, 1135:14, 1280:23, 1282:9, 1297:14, 1304:5, 1312:21
**easier** - 1174:7, 1205:21
**East** - 1112:21, 1198:9
**Eastern** - 1112:1, 1125:1, 1150:2, 1150:20, 1189:17, 1231:16, 1239:10, 1253:5, 1299:15, 1336:13, 1362:13
**easy** - 1163:3, 1247:10, 1358:23
**eavesdrop** - 1315:22
**eavesdropping** - 1208:24, 1314:6
**education** - 1152:3, 1190:12, 1200:25, 1203:7, 1342:17
**educational** - 1201:7
**Edward** - 1114:12, 1114:18, 1114:23, 1243:3, 1271:14
**effective** - 1134:7, 1192:7
**efficient** - 1327:1
**effort** - 1139:23, 1156:5, 1171:21, 1193:13, 1193:19, 1214:24, 1266:17, 1286:17, 1317:4, 1322:17, 1325:18, 1338:3
**efforts** - 1216:7, 1219:4, 1233:13, 1313:19, 1313:22, 1330:12
**eight** - 1124:4, 1252:4, 1281:8
**Eighteen** - 1239:1
**either** - 1138:20, 1143:1, 1143:3, 1147:24, 1158:7, 1169:14, 1199:22, 1212:15, 1213:5, 1246:17, 1248:24, 1263:20, 1294:25, 1310:9, 1338:9, 1351:23, 1363:12, 1366:14
**electronic** - 1319:2
**electronically** - 1283:7, 1283:9
**element** - 1353:5, 1355:15, 1357:14
**elements** - 1354:25, 1361:5
**Elena** - 1341:7
**eligible** - 1162:1
**eliminate** - 1344:6
**Elmo** - 1311:21, 1348:23
**else** - 1151:11, 1160:1, 1163:16, 1166:5, 1176:20, 1192:13, 1270:4, 1270:9, 1339:5, 1350:25, 1365:8
**elsewhere** - 1188:19, 1201:24, 1248:3, 1360:1
**emphasize** - 1251:9
**employer** - 1235:5
**enclosure** - 1307:2
**encourage** - 1166:25
**end** - 1125:17, 1126:2, 1132:9, 1132:17, 1138:3, 1142:5, 1142:6, 1173:2, 1178:24, 1188:9, 1190:22, 1191:1, 1208:14, 1224:24, 1230:16, 1262:8, 1294:2, 1294:4, 1304:9, 1351:22, 1355:6, 1363:12
**endless** - 1325:23
**enemies** - 1242:4, 1280:7
**enemy** - 1266:9, 1276:6
**energy** - 1193:14
**enforce** - 1195:14

**enforcement** - 1142:14, 1267:23
**engage** - 1156:17, 1179:22
**engaged** - 1252:23, 1277:5
**engaging** - 1251:12, 1255:5
**English** - 1124:14, 1364:1
**enjoy** - 1124:14, 1364:1
**enough** - 1147:23, 1160:12, 1165:7, 1166:7, 1166:10, 1166:16, 1171:3, 1173:24, 1173:25, 1177:3, 1203:11, 1304:20
**ensure** - 1195:11
**Ensure** - 1195:13
**enter** - 1203:16
**entered** - 1302:21
**enterprise** - 1131:17
**Enterprises** - 1257:15
**entire** - 1216:24, 1252:3, 1291:11, 1359:7
**entirety** - 1327:12
**entitled** - 1137:8, 1137:9, 1156:7, 1352:5, 1364:7
**entrapment** - 1353:4
**entrenched** - 1319:25
**entrepreneur** - 1330:24, 1330:25, 1331:15
**entries** - 1253:19, 1295:16
**entry** - 1257:4, 1273:23
**enveloping** - 1194:10
**environment** - 1161:10
**equal** - 1195:9
**equipment** - 1255:9, 1263:7, 1263:15, 1264:8, 1276:25, 1277:3, 1278:13, 1279:7, 1280:9, 1280:10, 1280:12, 1307:11, 1308:17, 1309:10, 1309:17, 1311:12, 1312:7, 1312:23, 1313:1, 1314:6, 1314:10, 1314:12, 1315:10, 1315:13, 1315:22, 1317:5, 1318:3, 1318:10, 1318:21, 1321:22, 1322:7, 1322:10
**eradicating** - 1355:7
**escaped** - 1242:21
**escapes** - 1362:14
**escorted** - 1118:6
**Esq** - 1112:16, 1112:18
**essence** - 1215:24
**Essentially** - 1236:22
**essentially** - 1139:15, 1146:23, 1147:10, 1174:24, 1208:4, 1230:20, 1236:25, 1243:11, 1356:17, 1362:15
**established** - 1146:16, 1261:25
**estimate** - 1301:15, 1364:14
**estimated** - 1237:5, 1364:14
**et** - 1224:19, 1229:2
**ethical** - 1154:18, 1156:16, 1159:24, 1170:17, 1172:1, 1181:10, 1181:12, 1181:18
**ethics** - 1140:9, 1140:12, 1140:13, 1144:2, 1191:18, 1287:24, 1361:3
**evaluation** - 1305:21
**Evan** - 1112:16
**eve** - 1133:7
**Evelyn** - 1201:14
**Even** - 1150:11, 1156:7, 1156:25, 1182:16, 1286:12
**even** - 1141:6, 1149:10, 1156:18, 1162:13, 1167:8, 1189:9, 1194:22, 1199:16, 1205:13, 1214:13, 1233:23, 1262:17, 1266:3, 1290:19, 1298:10, 1305:15, 1330:3, 1338:21, 1346:24, 1354:24, 1362:21, 1366:24
**evening** - 1350:21
**event** - 1113:9, 1113:13, 1185:1, 1244:10, 1297:14, 1351:6
**events** - 1155:15, 1211:18, 1214:13, 1215:12, 1230:19, 1251:20, 1360:5
**ever** - 1116:23, 1131:23, 1134:16, 1148:22, 1175:2, 1178:25, 1182:12, 1185:24, 1191:2, 1197:17, 1201:22, 1203:3, 1203:20, 1204:13, 1212:1, 1212:2, 1256:2, 1280:15, 1280:16,

1280:20, 1286:17, 1286:22, 1288:9, 1293:5, 1303:4, 1305:9, 1314:9, 1314:13, 1322:6, 1326:22, 1327:3, 1329:16, 1337:24, 1344:9, 1344:11, 1346:3, 1348:2, 1348:5
**every** - 1130:10, 1154:12, 1160:20, 1169:14, 1171:21, 1183:9, 1186:13, 1188:4, 1193:16, 1217:7, 1250:11, 1284:16, 1303:19, 1303:21, 1338:9, 1338:11, 1348:14
**Every** - 1148:20, 1177:10, 1257:1, 1342:17
**everybody** - 1113:3, 1241:6, 1247:9, 1247:10, 1339:5, 1347:13
**Everybody** - 1241:10
**everyone** - 1123:2, 1151:11, 1197:2, 1238:10, 1356:15, 1356:18
**everything** - 1145:18, 1221:19, 1330:6, 1356:8, 1364:2
**Everything** - 1213:16
**everywhere** - 1115:25
**evidence** - 1113:23, 1122:16, 1125:17, 1132:19, 1136:3, 1137:6, 1137:7, 1137:9, 1138:14, 1140:12, 1140:16, 1145:2, 1148:1, 1149:10, 1150:8, 1150:19, 1207:5, 1219:6, 1219:9, 1220:4, 1223:8, 1228:19, 1234:3, 1239:13, 1249:3, 1251:9, 1252:3, 1261:20, 1262:23, 1267:1, 1267:21, 1268:21, 1273:2, 1281:17, 1284:2, 1284:22, 1284:24, 1290:14, 1292:5, 1294:14, 1295:11, 1296:24, 1297:2, 1299:5, 1300:6, 1306:18, 1307:17, 1309:14, 1309:19, 1310:21, 1311:14, 1312:2, 1314:13, 1315:16, 1317:17, 1319:6, 1320:17, 1321:9, 1321:13, 1324:16, 1327:22, 1336:6, 1340:9, 1341:11, 1343:5, 1345:10, 1345:11, 1347:23, 1349:6, 1349:16, 1353:6, 1354:21, 1358:12, 1366:16
**evidenced** - 1234:4
**Ex** - 1279:1
**ex** - 1261:25, 1317:14
**ex-fbi** - 1261:25
**exact** - 1299:16
**exactly** - 1190:11, 1213:19, 1288:8, 1302:6, 1324:22
**Exactly** - 1161:1, 1165:7, 1217:24, 1228:4, 1236:9, 1272:17, 1299:4, 1308:25, 1309:6, 1340:20
**Examination** - 1114:24, 1123:12, 1191:15, 1197:8, 1200:15, 1238:11, 1335:1, 1368:4, 1368:5, 1368:7, 1368:9, 1368:10
**examination** - 1118:24, 1146:20, 1151:5, 1166:1, 1173:10, 1183:1, 1183:14, 1183:15, 1189:25, 1190:1, 1192:21, 1194:14, 1203:14, 1210:6, 1254:5, 1254:11, 1278:1, 1305:17, 1306:6, 1342:14, 1364:11, 1368:4, 1368:6
**examine** - 1272:9
**examined** - 1114:20, 1123:5, 1200:6, 1215:7, 1215:8, 1217:21, 1218:1
**examiners** - 1203:12
**example** - 1156:17, 1157:11, 1160:6, 1163:3, 1172:8, 1178:10, 1185:9, 1185:14, 1190:11, 1193:23, 1199:19, 1214:22, 1215:11, 1240:1, 1273:20, 1312:6, 1357:21
**except** - 1123:2, 1183:10, 1206:11
**excepting** - 1359:19
**exception** - 1131:2
**excerpt** - 1228:12
**exchanges** - 1298:22
**exclusively** - 1285:21
**excruciatingly** - 1113:17
**exculpatory** - 1230:4
**Excuse** - 1214:5, 1276:15
**excuse** - 1248:25

**excused** - 1121:5, 1121:7, 1121:11, 1200:3, 1301:13
**execute** - 1317:22
**exercise** - 1328:5
**exercised** - 1173:7
**exhaustively** - 1226:16
**Exhibit** - 1113:22, 1122:13, 1122:14, 1122:15, 1122:16, 1206:18, 1224:3, 1225:5, 1227:7, 1231:19, 1234:3, 1239:5, 1248:17, 1248:18, 1262:24, 1266:12, 1266:20, 1282:18, 1294:7, 1296:14, 1297:8, 1297:9, 1307:13, 1309:23, 1311:7, 1320:19, 1321:4, 1324:15, 1324:17, 1339:23, 1342:22, 1347:24, 1349:2, 1349:23, 1349:24, 1369:2, 1369:3
**exhibit** - 1113:23, 1224:2, 1224:7, 1231:21, 1340:14, 1342:2, 1345:5, 1345:6, 1348:18, 1348:24, 1348:25
**exhibits** - 1324:18
**exist** - 1129:1
**existed** - 1139:11, 1219:13, 1241:23, 1313:15
**existence** - 1135:8, 1188:5, 1188:15
**exists** - 1166:5
**exited** - 1118:20
**expand** - 1261:14
**expect** - 1138:11
**expects** - 1156:2, 1191:9
**experience** - 1123:18, 1123:19, 1126:15, 1127:22, 1130:19, 1130:24, 1131:23, 1131:24, 1132:1, 1132:4, 1137:23, 1138:18, 1145:6, 1147:7, 1171:20, 1174:5, 1183:24, 1184:2, 1184:5, 1185:13, 1185:24, 1186:11, 1187:10, 1189:17, 1192:5, 1197:13, 1197:20, 1198:4, 1198:17, 1198:18, 1199:11, 1201:2, 1204:11, 1205:2, 1325:13
**experienced** - 1148:22, 1171:12, 1184:8, 1184:15, 1189:13, 1189:15, 1192:15
**experiences** - 1151:25, 1174:6, 1333:15
**expert** - 1125:5, 1172:16, 1181:17, 1181:20, 1181:21, 1186:6, 1187:4, 1212:21, 1269:3, 1308:19, 1312:19, 1322:2, 1343:11
**expertise** - 1212:19
**experts** - 1129:3, 1172:13, 1172:14, 1172:17, 1178:20
**explain** - 1144:9, 1145:8, 1145:23, 1151:20, 1162:8, 1165:17, 1175:19, 1187:11, 1188:5, 1191:3, 1191:25, 1193:8, 1208:16, 1253:19, 1343:18
**Explain** - 1133:22, 1165:3, 1170:19, 1171:6, 1254:1, 1254:2, 1254:18, 1305:14
**explicit** - 1355:12
**exploited** - 1139:13
**explore** - 1157:6, 1157:21
**Exploring** - 1155:5
**exponentially** - 1364:12
**exposure** - 1213:7
**express** - 1264:18
**Express** - 1278:25, 1311:11
**expressions** - 1342:15
**extent** - 1215:8, 1215:20, 1228:12, 1284:19
**extort** - 1148:24, 1179:22
**extortion** - 1179:23
**extradition** - 1212:20
**extraneous** - 1320:20
**Extraordinarily** - 1261:3
**extraordinary** - 1139:22, 1199:8
**extremely** - 1333:6
**eyes** - 1163:3, 1225:18, 1327:8
**eyewitness** - 1166:14, 1181:22, 1181:23

# F

**F** - 1238:1, 1318:24, 1319:13
**fabricating** - 1190:6
**fabrication** - 1142:11
**faced** - 1214:16
**faces** - 1140:4
**Facetious** - 1141:23
**facilities** - 1176:17, 1302:17
**facility** - 1116:10, 1116:11, 1117:5, 1117:8, 1117:16, 1117:21, 1118:7, 1118:20, 1119:4, 1178:3, 1231:5, 1299:10, 1299:14, 1300:4, 1301:5, 1302:3, 1302:7, 1302:10, 1346:21
**facing** - 1134:8, 1134:10, 1134:16, 1207:19, 1207:21
**facsimile** - 1225:8, 1235:23
**fact** - 1116:25, 1125:12, 1126:14, 1129:13, 1140:7, 1141:6, 1146:3, 1155:24, 1166:5, 1174:1, 1178:5, 1181:22, 1194:7, 1211:4, 1212:18, 1213:14, 1213:23, 1215:3, 1215:11, 1215:14, 1230:25, 1231:8, 1233:22, 1234:14, 1251:18, 1253:10, 1259:24, 1267:20, 1270:22, 1283:10, 1290:20, 1305:1, 1305:8, 1305:11, 1310:14, 1318:7, 1346:14, 1357:20, 1363:25
**fact-specific** - 1357:20, 1363:25
**factions** - 1241:24
**factor** - 1216:21
**facts** - 1126:18, 1133:2, 1133:12, 1133:15, 1134:22, 1206:15, 1211:22, 1213:10, 1216:2, 1216:8, 1217:3, 1354:14, 1367:1
**factual** - 1129:8, 1129:9, 1357:20
**fade** - 1361:6, 1361:7
**failure** - 1193:7, 1309:19
**Fair** - 1160:12, 1165:7, 1166:7, 1173:25, 1210:8, 1346:22
**fair** - 1152:17, 1154:10, 1155:20, 1155:25, 1158:4, 1158:8, 1161:8, 1161:13, 1161:18, 1162:5, 1163:7, 1163:21, 1166:10, 1166:15, 1169:12, 1169:13, 1169:18, 1170:8, 1170:12, 1170:16, 1171:13, 1171:14, 1173:24, 1174:21, 1174:25, 1176:13, 1177:3, 1177:5, 1179:3, 1186:4, 1187:9, 1215:10, 1221:16, 1222:12, 1284:15, 1297:12
**fairly** - 1351:15
**fairness** - 1301:14
**faith** - 1145:21, 1145:23, 1145:24, 1353:4, 1353:16, 1355:16, 1360:15
**fall** - 1172:24, 1216:5, 1216:7, 1230:12, 1341:8
**falls** - 1170:24, 1353:24, 1354:11
**false** - 1137:7, 1138:14, 1140:11, 1142:12, 1210:6, 1288:18, 1327:3, 1333:25, 1338:1, 1360:6, 1361:17
**falsely** - 1166:4, 1361:10, 1363:7
**Falsely-** 1361:11
**familiar** - 1181:3, 1183:9, 1183:11, 1189:14, 1236:7
**families** - 1129:25
**family** - 1128:15, 1152:13, 1323:18
**famous** - 1148:17
**fantasize** - 1138:24
**fantasy** - 1133:5, 1138:25
**Far-** 1252:14
**far** - 1162:22, 1315:14, 1325:17
**Farrar** - 1252:8, 1252:12
**fast** - 1192:18
**Fat** - 1241:10, 1333:11
**father's** - 1257:5
**favorable** - 1147:2
**faxed** - 1307:15
**Fbi** - 1150:3, 1194:8, 1245:16, 1246:5, 1261:21, 1261:25, 1318:2
**fbi** - 1261:25

**fear** - 1152:4, 1152:10, 1152:12
**February-** 1206:16, 1207:23, 1217:2, 1227:4, 1227:9, 1228:17, 1235:15, 1236:18, 1237:1, 1242:20, 1262:8
**Fed-** 1279:1
**federal** - 1115:15, 1115:16, 1115:18, 1115:20, 1116:11, 1124:13, 1144:17, 1209:4, 1211:8, 1286:14, 1286:22, 1287:2, 1298:10, 1299:11, 1302:17, 1303:1, 1303:5, 1333:20
**Federal** - 1124:25, 1278:24, 1311:11
**Fedex-** 1313:25, 1314:1, 1315:5, 1315:8
**fee** - 1170:12, 1170:21, 1171:2, 1172:17, 1181:4, 1181:6, 1181:9, 1181:15, 1181:17, 1338:21, 1338:22
**feel** - 1128:16, 1132:7, 1364:22
**feeling** - 1251:7
**feelings** - 1335:8
**feels** - 1146:2
**fees** - 1168:6, 1168:12, 1168:18, 1170:6, 1170:18, 1170:25, 1171:14, 1171:18, 1172:4, 1172:21, 1205:1
**Fees-** 1170:15
**feet** - 1293:1
**Feldman-** 1150:3
**fel-** 1265:10
**fellow** - 1243:7, 1253:1, 1253:22, 1278:13, 1279:6
**few** - 1124:20, 1127:25, 1157:6, 1169:3, 1216:15, 1346:2, 1350:23
**fide** - 1125:23, 1126:1, 1126:9, 1126:11, 1354:2, 1355:9, 1355:13, 1356:10, 1358:19, 1358:22, 1360:21, 1361:2, 1363:15
**field** - 1201:25, 1202:1, 1212:21
**fifteen** - 1118:18, 1188:13, 1268:20, 1305:16, 1305:18, 1365:18
**fifth** - 1297:5
**fifties** - 1119:22, 1304:5
**Fifty-** 1249:23
**fight** - 1277:1
**fighting** - 1113:24
**figure** - 1129:19, 1213:6, 1260:22
**figured** - 1301:17
**file** - 1264:10, 1273:10, 1273:11, 1283:6, 1283:9, 1296:20, 1308:24
**filed** - 1362:12
**files** - 1275:12, 1320:2
**filing** - 1319:2
**fill** - 1118:8, 1254:6, 1288:24
**filled** - 1118:7, 1288:12, 1288:16
**filling** - 1330:20
**filter** - 1140:16
**final** - 1189:19
**finally** - 1222:3, 1238:24, 1239:2, 1275:10, 1312:18
**Finally-** 1258:4, 1296:11, 1321:3
**finances** - 1170:13
**Find-** 1252:8
**find** - 1130:21, 1131:23, 1134:6, 1139:9, 1140:19, 1140:20, 1145:5, 1145:6, 1148:4, 1152:14, 1158:13, 1159:16, 1160:13, 1176:6, 1184:23, 1192:6, 1192:16, 1195:1, 1206:14, 1211:18, 1216:25, 1217:16, 1219:5, 1261:1, 1268:24, 1272:6, 1278:10, 1279:10, 1290:19, 1298:12, 1322:22, 1323:25, 1330:13, 1346:10, 1346:11, 1346:15, 1347:12, 1364:22
**finding** - 1126:18, 1325:17, 1346:23
**finds** - 1128:17, 1145:3, 1145:10, 1358:21
**Fine-** 1241:8, 1241:9, 1241:15, 1241:20
**fine** - 1154:2, 1197:6, 1352:12
**Fineman-** 1273:23, 1274:6, 1274:9, 1274:10, 1323:6, 1323:9, 1323:12, 1323:22, 1323:23, 1323:25, 1324:6, 1324:14, 1324:19, 1325:3, 1325:4,

1325:7, 1325:17, 1327:18, 1333:1,
1333:11, 1333:25, 1334:4, 1335:3,
1338:4, 1338:7, 1338:14, 1338:19,
1339:1, 1340:14, 1349:13
  **Fineman's**- 1340:15
  **Finemans**- 1241:19
  **Finemen**- 1333:16
  finish - 1287:19, 1360:10, 1366:15,
1366:20
  finished - 1264:9
  firewall - 1140:16, 1142:15, 1149:13
  firm - 1168:22, 1183:19
  firms - 1170:3
  first - 1113:8, 1114:6, 1114:11,
1131:20, 1134:12, 1135:15, 1140:14,
1141:3, 1146:1, 1150:1, 1150:11,
1156:9, 1156:10, 1159:11, 1201:25,
1202:1, 1204:11, 1204:13, 1205:9,
1206:2, 1206:3, 1206:25, 1208:1,
1208:12, 1208:13, 1211:17, 1212:17,
1217:19, 1218:19, 1221:8, 1231:12,
1246:14, 1246:17, 1258:9, 1267:9,
1267:16, 1281:13, 1290:3, 1295:25,
1296:3, 1308:5, 1321:17, 1323:6,
1323:9, 1326:5, 1326:20, 1330:5,
1332:24, 1336:11, 1336:14, 1351:13,
1351:20, 1352:5, 1362:24, 1366:14,
1366:17
  **First**- 1208:16, 1312:2, 1313:3,
1356:3
  fit - 1243:2
  fits - 1358:20
  fitting - 1364:25
  **Five**- 1229:13
  five - 1119:23, 1196:11, 1216:10,
1242:20, 1262:10, 1292:18, 1304:4,
1331:12
  five-six - 1119:23
  five-year - 1216:10
  fix - 1114:3, 1196:14
  flat - 1338:21, 1338:22
  flattered - 1337:17
  fled - 1260:1
  flesh - 1193:14
  flew - 1212:12
  flip - 1167:9, 1167:10, 1174:15
  floor - 1118:13
  **Florida**- 1115:23, 1118:16, 1303:16,
1318:2
  fly - 1231:4
  focus - 1192:22, 1214:9, 1219:18,
1240:21, 1265:25, 1276:11
  focused - 1173:15, 1266:2
  focusing - 1208:13, 1219:4
  **Fodeman**- 1112:14, 1113:16,
1113:20, 1113:22, 1114:6, 1118:23,
1118:25, 1120:21, 1122:9, 1122:12,
1125:8, 1126:23, 1126:24, 1127:11,
1151:3, 1151:4, 1151:6, 1151:8,
1154:1, 1175:19, 1180:14, 1180:24,
1180:25, 1181:1, 1182:22, 1187:3,
1188:24, 1189:19, 1195:23, 1196:17,
1196:20, 1196:24, 1198:7, 1199:25
  **Fodeman's**- 1190:5
  folks - 1190:2, 1233:5, 1234:13,
1341:17
  follow - 1129:7, 1129:9, 1129:15,
1131:9, 1142:9, 1151:20, 1175:13,
1179:23, 1253:13, 1253:19, 1278:3,
1284:14, 1284:17, 1325:3
  follow-up - 1151:20, 1175:13,
1253:19
  followed - 1180:1
  following - 1139:4, 1217:2, 1217:3,
1223:1, 1291:18, 1291:19, 1291:20,
1308:11, 1324:12, 1325:24
  **Following**- 1155:1, 1274:15
  follows - 1114:21, 1123:6, 1200:7,
1224:13
  foot - 1304:4

foot-nine - 1304:4
  for - 1113:10, 1113:13, 1113:24,
1115:7, 1115:22, 1117:13, 1117:25,
1118:12, 1118:18, 1120:25, 1121:8,
1122:1, 1122:2, 1122:24, 1123:24,
1124:2, 1124:4, 1124:24, 1124:25,
1125:10, 1126:10, 1127:6, 1128:20,
1130:6, 1132:1, 1132:4, 1133:1,
1134:1, 1134:12, 1138:12, 1138:15,
1138:17, 1139:11, 1143:24, 1144:5,
1144:15, 1145:7, 1145:20, 1145:21,
1146:20, 1148:5, 1149:16, 1152:10,
1152:13, 1156:17, 1157:6, 1157:11,
1158:16, 1159:15, 1159:18, 1160:5,
1161:21, 1162:1, 1162:2, 1163:10,
1163:21, 1165:25, 1167:22, 1168:25,
1169:3, 1171:9, 1172:1, 1172:13,
1175:3, 1175:5, 1176:17, 1177:2,
1178:10, 1178:16, 1178:22, 1178:24,
1179:15, 1181:11, 1181:12, 1181:24,
1182:1, 1182:6, 1183:10, 1183:11,
1184:21, 1184:24, 1185:9, 1185:14,
1186:3, 1186:5, 1188:12, 1189:17,
1190:6, 1190:11, 1191:9, 1191:20,
1194:11, 1195:3, 1195:12, 1197:2,
1198:25, 1199:4, 1199:14, 1200:8,
1201:6, 1202:4, 1202:7, 1202:13,
1203:5, 1203:7, 1205:17, 1205:21,
1206:11, 1206:18, 1211:19, 1211:21,
1212:5, 1213:7, 1214:9, 1214:10,
1214:13, 1215:10, 1215:14, 1216:10,
1217:6, 1218:3, 1218:5, 1219:17,
1221:12, 1224:16, 1225:4, 1226:20,
1227:8, 1227:18, 1228:6, 1229:17,
1231:20, 1233:15, 1235:21, 1236:23,
1237:2, 1239:4, 1248:18, 1249:6,
1249:16, 1250:18, 1251:1, 1253:3,
1253:5, 1253:11, 1254:16, 1254:20,
1257:5, 1258:24, 1260:25, 1262:22,
1265:1, 1266:11, 1268:8, 1269:4,
1269:19, 1271:8, 1272:21, 1272:22,
1274:7, 1274:13, 1274:17, 1274:18,
1278:7, 1279:4, 1281:9, 1281:25,
1282:1, 1282:17, 1282:23, 1283:11,
1283:23, 1288:5, 1288:8, 1289:14,
1289:22, 1289:24, 1290:21, 1291:21,
1292:11, 1294:8, 1295:5, 1295:9,
1295:10, 1295:22, 1295:25, 1296:15,
1297:12, 1298:20, 1299:15, 1299:17,
1299:22, 1302:12, 1302:18, 1303:8,
1305:16, 1306:11, 1307:13, 1309:19,
1309:24, 1311:8, 1311:12, 1313:16,
1313:17, 1314:25, 1315:16, 1318:1,
1318:2, 1318:17, 1318:24, 1320:1,
1320:4, 1320:12, 1320:25, 1321:3,
1321:23, 1322:9, 1323:5, 1324:2,
1324:3, 1326:2, 1326:3, 1327:1,
1327:24, 1328:1, 1329:3, 1330:2,
1330:16, 1330:23, 1331:14, 1335:23,
1336:2, 1336:14, 1337:23, 1338:25,
1339:19, 1339:22, 1339:23, 1340:18,
1342:23, 1345:19, 1347:2, 1347:8,
1349:8, 1350:8, 1350:17, 1350:18,
1351:25, 1354:8, 1354:18, 1356:17,
1356:18, 1356:23, 1361:8, 1361:20,
1362:6, 1362:21, 1363:10, 1363:24,
1364:17, 1365:9, 1365:24, 1366:2,
1366:22, 1366:23
  **For**- 1112:12, 1112:16, 1112:17,
1112:19, 1172:8, 1214:22, 1215:11,
1239:25, 1256:5, 1256:6, 1273:20,
1299:25, 1312:6, 1329:21, 1329:22,
1357:21
  forbid - 1191:2
  force - 1158:3, 1267:22
  forceful - 1304:10
  forcibly - 1158:24
  forefront - 1154:12
  foreign - 1178:15
  foremost - 1143:10

forever - 1364:18
  forfeiture - 1304:24
  **Forget**- 1357:24
  forgive - 1141:2, 1324:2
  forgotten - 1265:7
  form - 1118:8, 1156:18, 1209:2,
1273:9, 1288:12, 1288:16
  formal - 1336:12
  formally - 1206:1, 1341:23
  formative - 1200:25
  former - 1246:9, 1246:10, 1298:23,
1299:14
  formerly - 1123:9
  formidable - 1198:25
  forming - 1359:18
  forms - 1288:23, 1288:25
  forth - 1181:10, 1204:25, 1222:3,
1281:16, 1336:14
  forthcoming - 1132:3, 1152:5,
1161:12, 1165:23
  forthright - 1137:20, 1137:22
  forthrightly - 1134:14
  forties - 1304:5
  fortunate - 1203:11
  forty - 1141:16
  forward - 1128:18, 1188:22, 1338:5,
1353:6
  forwarded - 1306:9, 1307:16
  found - 1146:4, 1146:12, 1178:18,
1257:12, 1305:3, 1308:10, 1314:2,
1333:6, 1333:13, 1362:16
  four - 1138:6, 1196:11, 1216:10,
1241:8, 1241:15, 1245:19, 1259:1,
1265:3, 1285:14, 1306:22, 1307:3,
1307:22, 1308:9, 1312:3
  **Four**- 1229:4
  fourteen - 1268:20
  fourth - 1294:19, 1294:21, 1295:7
  frame - 1363:10
  frank - 1202:3
  **Frank**- 1230:10, 1230:11, 1230:14,
1231:15, 1231:22, 1235:1, 1240:24,
1252:6, 1298:22, 1303:15
  **Frankly**- 1204:13
  fraud - 1138:10, 1154:3, 1253:25,
1254:2, 1353:16, 1355:17
  fraudulent - 1360:14
  **Freddie**- 1242:10
  free - 1290:25, 1292:25
  frequently - 1161:4
  **Friday**- 1291:18, 1291:19
  friend - 1254:23, 1254:24, 1258:11,
1323:11, 1333:22
  friends - 1139:3, 1139:4, 1219:1,
1323:18, 1347:17
  **From**- 1204:9, 1314:12, 1332:10,
1332:11
  from - 1119:21, 1121:3, 1122:14,
1124:9, 1126:10, 1127:8, 1128:12,
1130:4, 1130:6, 1130:25, 1132:7,
1132:22, 1133:16, 1134:3, 1135:20,
1139:4, 1140:7, 1140:20, 1142:13,
1145:2, 1148:24, 1151:23, 1151:24,
1152:8, 1156:2, 1166:19, 1167:11,
1168:12, 1170:17, 1172:18, 1173:4,
1177:8, 1177:11, 1178:3, 1179:9,
1180:6, 1181:13, 1182:10, 1182:20,
1183:24, 1186:11, 1199:5, 1199:10,
1201:4, 1201:9, 1202:10, 1202:12,
1202:18, 1202:22, 1204:12, 1204:15,
1205:14, 1206:15, 1207:10, 1208:10,
1209:3, 1213:21, 1217:7, 1217:11,
1218:8, 1218:15, 1219:5, 1222:6,
1230:12, 1230:22, 1234:25, 1238:24,
1239:24, 1240:1, 1240:19, 1240:22,
1241:9, 1241:13, 1242:21, 1242:22,
1242:25, 1243:10, 1244:5, 1245:20,
1248:1, 1252:22, 1257:6, 1257:20,
1258:1, 1258:6, 1258:9, 1262:10,
1263:25, 1265:22, 1267:18, 1267:19,

1267:21, 1267:22, 1268:4, 1268:18, 1269:2, 1269:23, 1270:7, 1270:11, 1271:10, 1271:14, 1271:24, 1273:12, 1274:6, 1276:4, 1276:10, 1278:19, 1278:20, 1279:7, 1283:4, 1284:12, 1284:13, 1284:16, 1288:14, 1292:16, 1293:15, 1297:19, 1299:24, 1300:2, 1305:3, 1307:4, 1307:11, 1308:5, 1309:18, 1310:25, 1311:11, 1312:20, 1315:13, 1317:9, 1318:16, 1320:5, 1320:22, 1320:23, 1323:11, 1324:23, 1326:6, 1326:18, 1328:3, 1330:2, 1331:24, 1332:9, 1332:25, 1335:7, 1335:19, 1337:15, 1339:25, 1340:4, 1341:23, 1343:10, 1344:15, 1345:23, 1346:20, 1348:24, 1350:3, 1366:11
  **front** - 1133:8, 1136:20, 1160:4, 1163:18, 1218:24, 1248:12, 1288:22, 1302:10, 1351:23, 1357:1
  **Frost**- 1298:18, 1302:9, 1302:19, 1303:25, 1344:24, 1345:23, 1346:10, 1346:21, 1347:13, 1347:22, 1350:7
  **frustration** - 1264:18
  **fulfilled** - 1325:16
  **full** - 1169:15, 1319:7, 1364:17
  **fully** - 1128:8
  **functional** - 1278:11, 1315:11
  **furnish** - 1218:7, 1231:17
  **further:**1118:6, 1118:21, 1120:21, 1120:25, 1131:9, 1150:25, 1156:8, 1182:22, 1193:22, 1193:25, 1194:2, 1199:23, 1199:24, 1271:10, 1276:6, 1320:8, 1340:7, 1347:21
  **Further-** 1295:20
  **Furthermore**- 1322:1
  **future** - 1194:11, 1260:25

**G**

  **G**- 1205:18, 1320:13, 1320:19, 1343:4, 1369:3
  **Gadraj**- 1243:8, 1243:18
  **gain** - 1152:15, 1305:7
  **Gale**- 1346:7
  **game** - 1161:15, 1187:9, 1222:12
  **gang** - 1140:1, 1154:6, 1154:9, 1192:22, 1198:22, 1247:3, 1261:12, 1327:19
  **Gang** - 1260:8
  **gangs** - 1129:22, 1129:24, 1152:8, 1152:9, 1152:20, 1174:25, 1192:22
  **gather** - 1216:8
  **gathered** - 1217:2, 1217:3, 1281:3
  **gathering** - 1216:2
  **gave** - 1120:5, 1131:11, 1150:17, 1193:23, 1196:12, 1241:16, 1251:13, 1251:20, 1270:24, 1298:17, 1302:22, 1310:5, 1326:25, 1331:14
  **General** - 1213:24, 1265:7
  **general** - 1149:5, 1218:11, 1265:6, 1360:1
  **General's** - 1213:25
  **generalities** - 1170:15
  **generally** - 1130:8, 1135:19, 1151:23, 1184:13, 1184:17, 1258:20, 1265:20, 1289:3, 1294:1, 1331:7
  **Generally** - 1135:18, 1173:17, 1173:18, 1254:6
  **generated** - 1170:7
  **generating** - 1170:7
  **gentlemen** - 1163:15, 1228:8, 1267:4, 1295:21
  **Georgetown** - 1267:10, 1267:11
  **Gerald** - 1112:16, 1226:17, 1229:14, 1246:11, 1246:19, 1273:21
  **germane** - 1233:23
  **Gerry** - 1274:8, 1278:21
  **Get** - 1183:12, 1279:20
  **get** - 1117:21, 1118:17, 1119:8, 1121:9, 1133:4, 1134:13, 1136:18,

1139:1, 1139:7, 1140:2, 1142:6, 1142:7, 1143:17, 1146:4, 1146:21, 1148:7, 1162:11, 1163:14, 1171:7, 1171:9, 1171:21, 1172:19, 1173:9, 1174:7, 1175:5, 1178:14, 1180:4, 1180:5, 1192:18, 1193:15, 1193:16, 1194:3, 1194:4, 1199:5, 1199:7, 1199:8, 1205:4, 1207:15, 1209:2, 1209:3, 1210:3, 1211:2, 1211:4, 1211:6, 1211:7, 1211:9, 1212:8, 1221:16, 1230:8, 1243:14, 1245:7, 1247:12, 1247:20, 1247:25, 1260:25, 1263:12, 1265:8, 1265:10, 1265:14, 1267:19, 1267:21, 1268:18, 1269:13, 1271:25, 1278:14, 1279:9, 1279:12, 1279:19, 1280:1, 1280:13, 1281:21, 1284:14, 1284:16, 1288:9, 1288:19, 1289:9, 1293:17, 1294:4, 1295:9, 1299:17, 1302:24, 1303:12, 1309:14, 1313:19, 1314:19, 1314:22, 1317:7, 1322:6, 1322:17, 1330:16, 1337:22, 1337:25, 1353:9, 1354:24, 1357:7, 1358:2, 1358:6, 1358:8, 1358:13, 1360:4, 1360:5, 1361:9, 1361:16, 1366:11
  **gets** - 1117:18, 1163:1, 1291:7
  **getting** - 1134:18, 1135:15, 1147:2, 1160:22, 1170:18, 1172:6, 1178:16, 1195:15, 1244:6, 1258:1, 1264:19, 1271:8, 1281:13, 1308:12, 1331:8
  **gist** - 1187:4
  **give** - 1125:14, 1125:16, 1126:3, 1126:14, 1126:16, 1131:8, 1132:6, 1147:23, 1164:6, 1164:12, 1166:4, 1175:9, 1179:12, 1184:5, 1184:8, 1184:16, 1184:21, 1185:20, 1188:25, 1202:20, 1208:21, 1208:23, 1208:24, 1208:25, 1209:2, 1214:25, 1231:2, 1231:18, 1249:14, 1250:5, 1250:13, 1257:7, 1270:20, 1274:23, 1288:25, 1303:17, 1309:15, 1309:16, 1314:21, 1322:6, 1353:21, 1362:2, 1366:3
  **Give** - 1257:10
  **Given** - 1305:8, 1305:11
  **given** - 1126:14, 1193:18, 1203:13, 1204:2, 1216:14, 1240:8, 1243:5, 1256:24, 1256:25, 1257:2, 1277:1, 1283:16, 1314:9, 1348:20
  **gives** - 1359:24, 1366:12
  **giving** - 1190:12, 1203:1, 1211:24, 1214:25, 1302:2, 1346:3
  **glanced** - 1251:14
  **glass** - 1289:13
  **Gleeson** - 1112:9
  **Gleeson's** - 1157:14
  **glitch** - 1320:4
  **Go**- 1119:4, 1142:3, 1164:5, 1167:7, 1174:9, 1175:18, 1175:21, 1179:13, 1217:25, 1228:16, 1234:19, 1251:23, 1267:7, 1290:22, 1301:23, 1329:7
  **go** - 1113:6, 1116:4, 1116:13, 1116:17, 1117:8, 1117:10, 1119:4, 1129:19, 1131:7, 1131:9, 1131:15, 1135:4, 1135:11, 1138:15, 1140:5, 1147:11, 1151:13, 1151:14, 1151:17, 1152:12, 1152:14, 1153:7, 1157:23, 1158:13, 1159:7, 1159:8, 1160:6, 1160:15, 1161:9, 1161:10, 1161:17, 1162:9, 1166:18, 1166:25, 1167:1, 1174:4, 1176:19, 1178:12, 1178:13, 1178:14, 1178:20, 1184:22, 1188:11, 1192:2, 1192:5, 1194:8, 1194:9, 1195:5, 1196:4, 1196:15, 1204:14, 1204:24, 1223:1, 1223:15, 1241:14, 1247:11, 1248:13, 1250:9, 1263:17, 1264:25, 1269:22, 1276:9, 1278:18, 1278:20, 1279:21, 1282:1, 1284:6, 1286:1, 1286:9, 1287:18, 1289:1, 1291:8, 1293:16, 1296:5, 1297:24,

1298:19, 1303:25, 1305:5, 1305:9, 1305:23, 1323:13, 1326:5, 1330:7, 1330:21, 1332:3, 1332:21, 1332:22, 1333:8, 1333:13, 1334:4, 1335:4, 1343:16, 1344:10, 1346:17, 1350:18, 1350:19, 1368:1
  **goal** - 1148:8
  **God**- 1191:2
  **goes** - 1203:5, 1204:25, 1236:3, 1238:22, 1289:3, 1350:8
  **going** - 1121:14, 1121:17, 1125:14, 1126:2, 1126:5, 1126:14, 1126:16, 1134:16, 1137:17, 1139:16, 1140:6, 1141:21, 1142:5, 1142:6, 1144:5, 1144:6, 1145:12, 1146:6, 1148:18, 1151:19, 1152:4, 1152:11, 1154:9, 1159:23, 1159:25, 1164:25, 1165:5, 1167:24, 1171:18, 1174:19, 1176:5, 1179:15, 1179:24, 1187:18, 1188:4, 1188:24, 1189:6, 1190:19, 1191:6, 1193:14, 1193:19, 1193:24, 1194:10, 1194:25, 1196:5, 1196:10, 1202:1, 1202:8, 1205:11, 1205:19, 1206:17, 1211:20, 1212:10, 1212:25, 1213:8, 1213:23, 1215:4, 1221:21, 1222:13, 1222:24, 1223:3, 1223:7, 1237:8, 1239:13, 1248:5, 1250:9, 1250:11, 1251:8, 1253:13, 1255:4, 1266:16, 1267:14, 1271:9, 1271:21, 1272:8, 1291:2, 1295:16, 1297:2, 1297:17, 1301:15, 1312:20, 1323:21, 1326:1, 1331:11, 1331:13, 1331:17, 1331:18, 1331:21, 1331:23, 1337:20, 1338:5, 1344:2, 1344:6, 1345:19, 1346:15, 1348:23, 1349:8, 1353:17, 1353:21, 1357:25, 1358:1, 1359:2, 1360:24, 1361:20, 1363:4, 1364:4, 1364:5, 1364:19, 1364:20, 1365:5, 1365:17, 1366:21, 1366:23, 1367:4
  **Going** - 1128:18, 1150:14, 1208:1, 1269:5
  **gone** - 1141:10, 1146:13, 1176:10, 1230:16, 1262:1, 1293:2, 1347:3, 1364:11
  **Gonzalez** - 1230:10, 1230:11, 1230:14, 1230:16, 1230:21, 1231:3, 1231:4, 1231:15, 1231:17, 1231:18, 1231:22, 1235:1, 1240:24, 1248:22, 1252:5, 1252:6, 1252:10, 1255:7, 1256:16, 1256:20, 1258:21, 1261:8, 1298:10, 1298:14, 1298:22, 1299:11, 1303:15
  **Good** - 1113:3, 1114:14, 1114:15, 1119:1, 1119:2, 1122:22, 1151:7, 1151:8
  **good** - 1121:5, 1121:8, 1145:21, 1145:23, 1145:24, 1150:15, 1215:17, 1225:20, 1274:4, 1317:21, 1350:14, 1351:25, 1353:4, 1353:16, 1355:16, 1360:15
  **good-faith** - 1145:21, 1145:23, 1145:24, 1353:4, 1355:16, 1360:15
  **Got** - 1159:12, 1162:22, 1257:6
  **got** - 1118:19, 1144:7, 1146:5, 1148:11, 1159:11, 1162:24, 1166:2, 1179:18, 1188:11, 1207:3, 1218:16, 1244:6, 1245:6, 1251:1, 1259:3, 1261:11, 1271:10, 1280:19, 1294:23, 1299:20, 1302:7, 1306:4, 1323:11, 1326:20, 1326:22, 1340:6, 1347:9, 1347:22, 1363:19
  **gotten** - 1133:9, 1326:9
  **Gouveia** - 1268:4
  **governed** - 1177:11
  **government** - 1126:4, 1126:6, 1133:20, 1133:23, 1139:12, 1142:14, 1142:21, 1143:1, 1143:6, 1144:12, 1144:13, 1144:18, 1144:22, 1144:23, 1145:2, 1145:3, 1145:4, 1145:11, 1145:18, 1146:6, 1146:11, 1146:13,

1147:1, 1163:1, 1165:24, 1166:12,
1179:15, 1187:14, 1195:6, 1195:14,
1198:14, 1212:19, 1214:19, 1214:23,
1216:15, 1217:4, 1218:25, 1219:5,
1221:13, 1221:18, 1221:21, 1222:4,
1222:12, 1222:19, 1224:15, 1226:7,
1226:10, 1226:11, 1226:20, 1226:23,
1228:20, 1228:24, 1229:4, 1229:7,
1229:8, 1229:17, 1229:20, 1230:7,
1235:16, 1238:24, 1239:18, 1239:23,
1240:3, 1242:9, 1248:11, 1253:4,
1253:5, 1257:13, 1258:16, 1259:14,
1261:22, 1263:21, 1264:4, 1268:18,
1269:3, 1271:15, 1274:25, 1277:1,
1280:6, 1284:8, 1284:12, 1284:19,
1291:3, 1292:12, 1292:16, 1293:3,
1298:10, 1304:22, 1305:16, 1305:18,
1307:4, 1307:22, 1308:6, 1308:8,
1308:10, 1308:11, 1308:18, 1310:15,
1310:25, 1311:3, 1312:3, 1312:21,
1315:25, 1318:8, 1318:15, 1320:18,
1320:22, 1320:23, 1321:10, 1322:7,
1322:14, 1322:16, 1332:25, 1340:14,
1342:19, 1345:5, 1346:1, 1348:18,
1348:24, 1354:10, 1357:9, 1357:13,
1357:21, 1359:2, 1360:24, 1361:4,
1361:20, 1362:23, 1363:16, 1365:15,
1366:6, 1366:11, 1366:12
  **Government** - 1112:12, 1242:12,
1243:4, 1243:5, 1243:24, 1245:10,
1247:11, 1248:1, 1262:24, 1297:9,
1324:15, 1324:17, 1347:24, 1349:2,
1349:23
  **Government's** - 1122:13, 1122:14,
1122:16
  **government's** - 1218:20, 1221:10,
1233:17, 1266:4, 1320:25, 1321:19,
1361:2, 1362:22
  **grabbed** - 1212:11
  **Graduate** - 1201:8
  **graduate** - 1201:8
  **graduated** - 1201:9
  **graduating** - 1201:4
  **graduation** - 1202:10, 1202:12
  **grand** - 1211:6
  **grant** - 1269:15, 1281:7
  **granted** - 1335:10, 1336:15, 1342:1,
1343:15
  **Granted** - 1125:9, 1244:19
  **granting** - 1335:20, 1336:5
  **grants** - 1282:1
  **graveyard** - 1138:1, 1138:2
  **great** - 1124:10, 1135:12, 1138:5,
1143:6, 1143:7, 1152:4, 1152:11,
1164:16, 1164:20, 1179:19
  **greater** - 1141:8, 1184:4, 1184:5
  **green** - 1348:19
  **grew** - 1123:21
  **grievance** - 1339:15
  **ground** - 1215:10
  **grounds** - 1366:9
  **group** - 1243:13, 1244:4, 1245:20,
1265:16, 1267:23, 1320:6, 1333:9
  **groups** - 1242:5, 1243:8
  **grow** - 1200:23
  **growing** - 1200:24
  **grown** - 1123:20
  **grows** - 1348:16
  **Gt** - 1267:9, 1267:10, 1279:7, 1291:7
  **Gtt** - 1315:11
  **guard** - 1288:23, 1302:14, 1303:25
  **guards** - 1199:6, 1293:1
  **guess** - 1121:8, 1178:25, 1237:10,
1359:2
  **guessed** - 1177:16
  **guilt** - 1212:4
  **Guilty** - 1213:5
  **guilty** - 1212:2, 1212:14, 1213:3,
1214:15, 1216:22, 1274:22
  **Gulliver** - 1343:4, 1343:19

  **guns** - 1246:6
  **guy** - 1149:22, 1163:2, 1192:12,
1233:9, 1233:10, 1260:6, 1330:8,
1332:2, 1332:4, 1346:21
  **Guyana** - 1204:9, 1204:12, 1204:14,
1206:6, 1212:10, 1214:3, 1216:11,
1217:7, 1222:6, 1230:16, 1230:20,
1231:2, 1233:5, 1235:10, 1239:25,
1240:2, 1240:19, 1240:22, 1241:1,
1241:5, 1241:21, 1241:23, 1241:24,
1242:9, 1242:14, 1242:19, 1242:24,
1243:1, 1243:11, 1243:24, 1244:9,
1244:12, 1244:23, 1245:8, 1245:17,
1246:8, 1246:22, 1247:9, 1247:23,
1247:24, 1248:23, 1252:23, 1252:25,
1253:8, 1253:19, 1254:13, 1255:9,
1256:3, 1257:22, 1258:8, 1258:12,
1258:16, 1260:3, 1260:5, 1260:7,
1260:11, 1260:17, 1260:23, 1261:1,
1261:14, 1262:1, 1264:14, 1264:15,
1264:19, 1265:1, 1265:6, 1265:9,
1265:15, 1266:8, 1266:24, 1267:12,
1267:18, 1267:20, 1267:21, 1267:23,
1270:11, 1271:3, 1271:20, 1272:18,
1273:1, 1273:16, 1274:15, 1275:22,
1276:9, 1276:24, 1277:1, 1277:3,
1278:10, 1278:20, 1281:16, 1281:18,
1282:1, 1285:22, 1286:5, 1292:10,
1292:11, 1295:10, 1304:22, 1313:15,
1315:11, 1318:7, 1318:15, 1323:25,
1324:3, 1327:17, 1330:2, 1330:16,
1333:15, 1335:11, 1336:23, 1337:16,
1339:4, 1343:24, 1345:1
  **Guyana's** - 1247:11
  **Guyanese** - 1206:7, 1216:9, 1216:10,
1242:12, 1243:3, 1243:5, 1248:1,
1259:13, 1274:25, 1337:22, 1337:23,
1344:19

---

# H

  **H** - 1123:4, 1205:18, 1368:5
  **hac** - 1115:21
  **had** - 1117:8, 1117:10, 1117:11,
1117:16, 1117:22, 1118:1, 1118:15,
1118:16, 1119:21, 1120:13, 1145:5,
1148:9, 1149:10, 1150:6, 1150:8,
1150:11, 1150:19, 1152:3, 1158:10,
1161:4, 1169:5, 1174:20, 1178:25,
1185:1, 1185:24, 1192:14, 1194:1,
1194:8, 1199:4, 1202:21, 1204:11,
1205:12, 1206:6, 1206:7, 1208:2,
1208:3, 1208:8, 1212:6, 1212:17,
1212:18, 1212:24, 1215:23, 1216:19,
1216:23, 1217:2, 1217:3, 1217:4,
1217:10, 1217:16, 1217:17, 1217:18,
1217:21, 1218:1, 1218:3, 1218:7,
1218:9, 1218:17, 1218:20, 1218:24,
1219:9, 1219:13, 1221:18, 1222:20,
1230:16, 1230:21, 1230:25, 1239:2,
1240:7, 1240:8, 1240:12, 1240:15,
1240:20, 1242:18, 1242:19, 1243:4,
1243:5, 1243:6, 1243:8, 1243:17,
1243:18, 1244:2, 1244:4, 1244:11,
1244:12, 1245:15, 1245:16, 1245:18,
1247:10, 1247:20, 1247:23, 1248:5,
1250:17, 1253:1, 1253:2, 1253:21,
1253:22, 1253:24, 1254:5, 1254:10,
1255:2, 1257:3, 1258:2, 1258:10,
1259:25, 1260:1, 1260:4, 1261:7,
1261:12, 1261:20, 1262:1, 1262:3,
1262:12, 1262:14, 1263:20, 1263:21,
1265:17, 1266:8, 1267:17, 1268:6,
1268:8, 1268:10, 1268:24, 1270:6,
1270:8, 1270:12, 1270:23, 1272:6,
1274:3, 1274:22, 1276:5, 1276:25,
1277:1, 1277:4, 1278:20, 1278:23,
1279:7, 1280:8, 1280:10, 1281:3,
1287:10, 1290:3, 1291:16, 1292:11,
1293:9, 1295:8, 1296:8, 1298:6,

  1302:10, 1303:4, 1304:14, 1304:18,
1304:20, 1304:21, 1305:3, 1305:6,
1305:22, 1306:3, 1307:5, 1307:8,
1308:11, 1308:23, 1309:10, 1312:25,
1313:5, 1313:16, 1313:9, 1314:2,
1314:19, 1315:2, 1315:5, 1315:10,
1315:12, 1315:22, 1317:7, 1317:15,
1318:3, 1318:15, 1321:6, 1322:10,
1323:2, 1323:18, 1323:24, 1324:1,
1325:9, 1325:10, 1325:16, 1326:2,
1326:11, 1326:17, 1326:21, 1327:8,
1327:13, 1327:22, 1327:25, 1328:3,
1328:4, 1328:6, 1328:21, 1328:25,
1329:2, 1329:5, 1329:8, 1329:10,
1329:25, 1330:3, 1330:6, 1330:17,
1330:18, 1332:2, 1333:23, 1335:16,
1335:21, 1337:15, 1338:4, 1338:11,
1338:20, 1338:21, 1340:2, 1340:14,
1344:24, 1345:1, 1346:12, 1346:24,
1347:1, 1347:3, 1347:8, 1347:13,
1348:2, 1348:18, 1348:20, 1365:14,
1366:24
  **hadn't** - 1274:23, 1325:18, 1331:24,
1343:20
  **half** - 1117:13, 1178:23, 1188:12,
1190:16, 1202:5, 1205:8, 1219:11,
1237:10, 1283:23, 1331:12, 1365:19
  **hallway** - 1304:1
  **hand** - 1145:17, 1189:9, 1199:14,
1215:21
  **handcuffs** - 1157:24
  **handed** - 1120:3, 1197:21, 1310:9
  **handing** - 1221:5, 1251:2
  **handle** - 1115:14, 1115:18, 1124:6,
1154:4, 1154:5, 1165:18, 1184:6,
1203:23
  **handled** - 1203:24, 1203:25, 1206:6
  **handles** - 1184:24
  **Handley** - 1226:18, 1229:15
  **handling** - 1151:14, 1173:11
  **hands** - 1326:24
  **hands-on** - 1326:24
  **handwriting** - 1172:16, 1262:5,
1348:19
  **hang** - 1337:21
  **Hang** - 1125:10, 1236:4
  **happen** - 1131:4, 1133:10, 1134:20,
1136:22, 1139:5, 1140:11, 1141:9,
1143:2, 1149:1, 1156:20, 1156:22,
1158:1, 1161:4, 1170:10, 1170:11,
1171:13, 1172:1, 1177:22, 1177:23,
1192:8, 1194:10, 1204:18, 1206:16,
1212:8, 1213:22, 1255:6, 1273:17,
1304:11, 1322:11
  **happened** - 1117:4, 1117:6, 1133:19,
1134:3, 1134:11, 1149:24, 1150:6,
1150:10, 1158:10, 1169:9, 1190:24,
1205:23, 1231:7, 1251:17, 1266:23,
1270:12, 1271:7, 1278:5, 1278:16,
1288:21, 1292:3, 1302:6, 1302:11,
1337:1
  **happening** - 1274:21
  **happens** - 1132:8, 1135:19, 1136:24,
1138:11, 1139:23, 1148:25, 1149:2,
1159:13, 1169:17, 1169:21, 1171:11,
1171:15, 1176:8, 1186:10, 1190:18,
1193:11, 1195:11, 1195:13, 1303:23
  **Happens** - 1166:11
  **happy** - 1227:12
  **hard** - 1195:3, 1198:19, 1265:1
  **harder** - 1171:18
  **Harlem** - 1123:21
  **harm** - 1143:9, 1334:5, 1344:7,
1344:12, 1344:13, 1344:14, 1344:16,
1345:6
  **harmed** - 1177:8
  **has** - 1169:9, 1332:5
  **has** - 1124:11, 1125:22, 1126:6,
1128:2, 1129:12, 1129:15, 1129:20,
1130:18, 1136:4, 1136:10, 1136:13,

1137:3, 1137:13, 1138:8, 1139:11, 1140:10, 1140:17, 1142:3, 1142:21, 1142:24, 1143:8, 1143:22, 1144:1, 1145:12, 1145:24, 1146:1, 1146:3, 1146:13, 1148:24, 1149:6, 1149:9, 1149:12, 1157:17, 1160:6, 1167:10, 1172:19, 1174:2, 1175:23, 1176:8, 1181:11, 1182:19, 1183:25, 1185:12, 1187:7, 1189:12, 1189:16, 1191:8, 1191:17, 1192:4, 1192:7, 1193:4, 1195:6, 1199:18, 1203:24, 1211:10, 1214:19, 1216:12, 1219:15, 1221:6, 1221:7, 1221:9, 1226:7, 1228:20, 1229:4, 1235:3, 1235:4, 1235:10, 1235:21, 1240:3, 1250:5, 1251:19, 1262:23, 1266:11, 1272:21, 1273:9, 1281:23, 1282:4, 1284:8, 1284:9, 1284:10, 1285:23, 1286:20, 1288:6, 1291:4, 1307:12, 1311:17, 1312:8, 1315:20, 1319:16, 1319:18, 1319:21, 1321:3, 1322:1, 1335:9, 1343:15, 1350:4, 1351:16, 1351:17, 1352:2, 1354:10, 1357:4, 1357:6, 1357:9, 1359:14, 1359:25, 1361:3, 1363:16, 1364:11

**hasn't** - 1196:15
**hated** - 1281:15

**Have** - 1121:5, 1122:7, 1124:21, 1147:14, 1148:22, 1178:25, 1197:17, 1201:21, 1203:3, 1203:20, 1269:7, 1305:17, 1342:15, 1346:2, 1350:21

**have** - 1113:10, 1113:12, 1113:24, 1115:9, 1115:13, 1115:25, 1117:2, 1117:9, 1118:16, 1118:21, 1120:22, 1123:16, 1124:3, 1124:16, 1128:16, 1129:21, 1129:22, 1129:23, 1129:24, 1130:1, 1131:2, 1131:6, 1131:7, 1132:4, 1132:15, 1132:16, 1133:8, 1134:13, 1135:3, 1135:21, 1135:22, 1136:1, 1136:2, 1136:15, 1136:18, 1136:22, 1137:19, 1138:25, 1139:2, 1139:3, 1140:19, 1141:7, 1143:12, 1144:4, 1144:5, 1144:13, 1144:20, 1145:5, 1145:19, 1145:21, 1146:19, 1147:23, 1148:9, 1148:10, 1148:17, 1149:7, 1150:15, 1150:22, 1150:25, 1151:10, 1152:3, 1152:9, 1152:12, 1152:15, 1152:18, 1152:20, 1154:6, 1154:8, 1155:19, 1157:8, 1157:13, 1157:16, 1158:10, 1160:14, 1160:19, 1161:22, 1162:7, 1162:13, 1163:10, 1163:25, 1165:14, 1166:2, 1168:23, 1169:5, 1171:4, 1171:8, 1173:5, 1174:5, 1174:10, 1174:18, 1174:20, 1175:23, 1175:25, 1177:7, 1177:8, 1177:9, 1178:7, 1178:18, 1178:19, 1179:1, 1179:24, 1180:13, 1181:2, 1183:18, 1184:7, 1184:19, 1185:2, 1185:4, 1185:24, 1188:10, 1188:11, 1188:13, 1188:16, 1189:12, 1189:13, 1189:15, 1190:4, 1190:16, 1191:20, 1192:14, 1193:8, 1193:11, 1193:22, 1193:25, 1194:2, 1194:3, 1194:5, 1195:2, 1195:9, 1196:6, 1196:22, 1197:19, 1198:18, 1198:23, 1201:3, 1201:14, 1202:17, 1202:20, 1203:4, 1203:10, 1203:21, 1204:19, 1204:23, 1207:9, 1208:4, 1208:5, 1208:6, 1208:15, 1208:17, 1208:20, 1208:23, 1208:24, 1208:25, 1211:12, 1211:17, 1213:5, 1213:6, 1213:11, 1214:23, 1215:14, 1216:1, 1216:18, 1218:4, 1218:18, 1221:23, 1222:19, 1225:18, 1230:6, 1234:15, 1237:8, 1242:8, 1244:13, 1245:1, 1245:4, 1245:5, 1245:21, 1249:18, 1249:20, 1250:3, 1250:10, 1250:11, 1250:23, 1251:7, 1252:4, 1252:10, 1252:16, 1252:24, 1253:18, 1254:7, 1254:8, 1255:9, 1257:4, 1261:8, 1262:1, 1263:7,

1263:10, 1264:7, 1267:9, 1270:25, 1271:23, 1272:1, 1275:6, 1275:12, 1275:23, 1276:7, 1278:7, 1278:17, 1279:20, 1280:18, 1285:14, 1286:9, 1286:12, 1290:24, 1293:2, 1293:5, 1294:2, 1297:25, 1298:4, 1298:15, 1299:16, 1302:25, 1303:11, 1304:23, 1305:12, 1309:7, 1309:13, 1310:12, 1311:18, 1312:18, 1312:22, 1313:1, 1313:16, 1313:24, 1314:1, 1314:9, 1314:13, 1314:17, 1314:23, 1315:16, 1317:15, 1318:9, 1319:1, 1319:10, 1319:23, 1319:25, 1320:6, 1321:11, 1322:1, 1322:2, 1322:12, 1322:13, 1322:15, 1322:23, 1324:15, 1324:16, 1325:7, 1326:3, 1326:9, 1326:20, 1327:12, 1327:21, 1327:22, 1328:5, 1330:9, 1330:10, 1330:11, 1331:2, 1331:18, 1333:25, 1334:4, 1335:3, 1337:17, 1337:24, 1339:12, 1340:15, 1342:17, 1343:15, 1344:20, 1346:14, 1348:24, 1349:2, 1349:3, 1350:15, 1350:23, 1351:9, 1351:23, 1352:1, 1352:7, 1353:5, 1353:9, 1353:11, 1353:15, 1353:18, 1355:14, 1356:1, 1356:13, 1357:1, 1357:8, 1357:16, 1358:16, 1359:3, 1359:6, 1359:12, 1359:23, 1362:1, 1362:11, 1364:3, 1364:23, 1365:9, 1365:10, 1365:25, 1366:1, 1366:24

**haven't** - 1233:22, 1365:22
**having** - 1114:20, 1120:23, 1121:25, 1123:5, 1145:16, 1149:8, 1200:6, 1226:23, 1229:20, 1230:9, 1246:2, 1253:8, 1257:20, 1257:21, 1261:22, 1333:15, 1333:16, 1346:23, 1349:12, 1364:2

**he** - 1113:10, 1122:1, 1129:1, 1137:7, 1138:9, 1143:8, 1143:10, 1144:2, 1148:19, 1149:9, 1149:16, 1149:17, 1149:19, 1149:20, 1150:11, 1150:17, 1151:13, 1154:3, 1155:5, 1157:17, 1158:17, 1160:7, 1167:23, 1182:16, 1187:6, 1189:23, 1189:24, 1192:14, 1193:9, 1196:21, 1205:1, 1205:8, 1205:11, 1205:12, 1205:13, 1205:18, 1207:20, 1208:8, 1208:10, 1209:1, 1210:5, 1212:2, 1212:4, 1212:5, 1212:8, 1212:13, 1212:15, 1212:18, 1213:9, 1213:14, 1214:2, 1214:15, 1216:19, 1221:9, 1223:4, 1223:5, 1223:6, 1231:6, 1231:9, 1233:4, 1233:10, 1233:18, 1233:22, 1235:5, 1235:10, 1241:17, 1244:13, 1246:4, 1250:8, 1254:16, 1255:1, 1255:3, 1255:5, 1255:6, 1256:24, 1256:25, 1260:2, 1260:4, 1260:16, 1266:9, 1268:7, 1268:10, 1270:24, 1271:18, 1274:4, 1274:7, 1276:25, 1277:4, 1278:12, 1278:17, 1279:13, 1279:16, 1280:1, 1281:15, 1283:11, 1287:15, 1287:16, 1287:21, 1289:11, 1290:24, 1291:1, 1291:2, 1291:3, 1291:4, 1291:5, 1291:6, 1291:12, 1291:16, 1292:9, 1292:11, 1292:12, 1293:4, 1295:8, 1295:17, 1295:18, 1295:24, 1295:25, 1296:4, 1296:5, 1296:6, 1296:7, 1298:10, 1298:11, 1299:17, 1304:20, 1304:21, 1304:22, 1305:1, 1305:6, 1305:8, 1305:11, 1307:16, 1313:14, 1313:15, 1323:9, 1323:12, 1323:19, 1326:22, 1326:25, 1327:1, 1327:2, 1327:3, 1327:8, 1327:13, 1327:22, 1328:4, 1328:5, 1328:11, 1328:14, 1328:16, 1328:17, 1328:18, 1329:13, 1329:16, 1330:4, 1330:5, 1330:6, 1330:11, 1330:13, 1330:20, 1330:23, 1331:13, 1331:14, 1331:21, 1331:22, 1332:5, 1332:12, 1332:13,

1332:14, 1332:15, 1333:11, 1333:13, 1333:18, 1337:18, 1337:19, 1337:20, 1337:21, 1344:16, 1344:19, 1346:12, 1346:23, 1346:24, 1348:19, 1355:13, 1358:8, 1358:9, 1358:12, 1363:11

**He** - 1148:18, 1149:18, 1151:13, 1192:18, 1199:4, 1206:6, 1212:4, 1213:18, 1213:20, 1214:2, 1214:12, 1231:8, 1235:3, 1235:11, 1241:19, 1255:1, 1255:2, 1255:7, 1260:4, 1270:5, 1274:6, 1274:7, 1276:14, 1276:23, 1278:11, 1278:12, 1278:17, 1279:14, 1289:3, 1289:4, 1290:23, 1290:25, 1291:5, 1291:7, 1291:11, 1291:12, 1292:9, 1293:1, 1295:18, 1296:6, 1299:16, 1304:13, 1304:21, 1322:21, 1324:11, 1326:12, 1326:15, 1326:25, 1329:15, 1330:5, 1330:14, 1330:18, 1331:24, 1332:13, 1332:15, 1333:7, 1333:9, 1344:20, 1345:25, 1358:7

**he's** - 1121:14, 1126:13, 1126:15, 1134:21, 1138:10, 1162:1, 1163:1, 1167:23, 1187:17, 1196:23, 1221:24, 1233:3, 1233:11, 1233:24, 1251:12, 1343:11, 1345:19, 1346:23, 1358:4, 1359:14, 1359:15

**He's** - 1122:3, 1125:12, 1125:14, 1126:13, 1126:14, 1187:6, 1187:14, 1251:2, 1272:2, 1287:20

**head** - 1177:21, 1259:13, 1265:6, 1315:12
**Headley** - 1231:1, 1231:6, 1231:8, 1231:23, 1235:2, 1235:6, 1235:7, 1303:15
**Health** - 1318:16, 1343:24
**hear** - 1126:10, 1148:14, 1174:13, 1245:13, 1271:25, 1305:15, 1323:10, 1324:5, 1324:6, 1331:9, 1348:6
**heard** - 1165:15, 1177:7, 1177:9, 1185:25, 1190:22, 1204:5, 1204:13, 1208:17, 1215:16, 1235:3, 1235:4, 1235:11, 1247:2, 1247:4, 1252:16, 1263:7, 1265:23, 1266:8, 1292:12, 1298:6, 1308:5, 1313:24, 1314:16, 1323:2, 1323:5, 1323:6, 1323:9, 1323:20, 1323:22, 1323:23, 1327:11, 1327:12, 1331:16, 1331:24, 1365:12
**hearing** - 1217:22, 1256:14, 1266:25, 1307:4, 1310:3, 1310:25, 1332:25
**Hearsay** - 1214:7, 1249:5
**hearsay** - 1232:4
**heart** - 1128:10, 1234:17
**heavy** - 1118:14, 1235:12
**held** - 1132:16, 1135:10
**helicopter** - 1199:5
**help** - 1124:18, 1137:21, 1141:13, 1141:14, 1141:25, 1156:25, 1179:6, 1179:12, 1199:12, 1245:19, 1322:18, 1330:14, 1333:21, 1337:21
**helped** - 1262:3
**helpful** - 1218:4, 1230:5, 1289:20, 1289:21, 1363:23
**helping** - 1156:19, 1243:15, 1276:24, 1318:7
**Her** - 1347:5
**her** - 1117:22, 1119:22, 1120:1, 1120:3, 1120:11, 1120:17, 1127:21, 1155:7, 1193:10, 1213:10, 1218:7, 1218:11, 1218:16, 1218:17, 1225:8, 1252:20, 1253:6, 1254:16, 1254:17, 1255:1, 1255:2, 1255:10, 1256:8, 1257:14, 1257:19, 1258:3, 1258:10, 1258:17, 1271:1, 1294:23, 1296:20, 1302:18, 1302:20, 1317:16, 1317:19, 1317:20, 1317:21, 1321:7, 1335:16, 1346:10, 1346:11, 1346:13, 1347:3, 1347:8, 1347:10, 1347:11, 1347:13, 1347:15, 1347:16, 1347:17, 1348:6
**here** - 1113:7, 1113:8, 1113:11,

1122:1, 1122:2, 1124:12, 1124:25, 1125:11, 1126:2, 1126:13, 1150:21, 1157:23, 1159:20, 1162:4, 1175:14, 1179:10, 1181:23, 1183:5, 1183:11, 1185:7, 1187:17, 1189:17, 1195:6, 1195:15, 1196:15, 1201:14, 1203:8, 1214:14, 1215:7, 1215:8, 1216:11, 1221:20, 1228:9, 1231:15, 1236:19, 1241:17, 1247:2, 1252:3, 1263:24, 1264:6, 1269:17, 1272:2, 1275:24, 1283:16, 1286:5, 1287:22, 1305:15, 1308:8, 1315:3, 1330:15, 1335:25, 1336:13, 1346:1, 1350:1, 1350:20, 1354:6, 1355:8, 1357:11, 1358:6, 1359:3, 1361:12, 1364:18, 1364:22
**Here** - 1164:9, 1227:23, 1254:20
**Here's** - 1227:12, 1332:4, 1351:8
**here's** - 1167:1, 1171:2, 1298:15
**hereinafter** - 1285:8
**hero** - 1242:15, 1247:13, 1318:7
**herself** - 1362:3
**hesitation** - 1292:20
**Hey** - 1333:22
**hid** - 1146:8
**hidden** - 1152:6
**hide** - 1315:7
**hiding** - 1167:9, 1257:16
**high** - 1153:3, 1201:1
**higher** - 1155:22, 1247:23
**highlighted** - 1253:20, 1257:4, 1259:22, 1269:7, 1307:21, 1311:17, 1345:25, 1346:7
**highlighting** - 1234:4, 1349:3
**highlights** - 1346:6
**him** - 1113:8, 1122:4, 1127:20, 1127:21, 1128:22, 1129:2, 1149:16, 1150:5, 1155:7, 1156:18, 1157:23, 1157:24, 1158:4, 1165:13, 1179:17, 1193:10, 1194:3, 1194:4, 1195:3, 1199:6, 1204:17, 1205:9, 1205:13, 1206:15, 1207:20, 1207:24, 1209:1, 1212:11, 1212:12, 1212:25, 1213:10, 1214:11, 1214:14, 1215:4, 1215:5, 1234:11, 1235:4, 1235:6, 1243:5, 1244:14, 1246:15, 1247:18, 1248:2, 1250:5, 1250:13, 1251:19, 1255:3, 1255:8, 1255:9, 1260:14, 1260:16, 1261:22, 1262:14, 1264:20, 1265:15, 1270:24, 1272:1, 1272:9, 1274:13, 1277:1, 1277:2, 1277:10, 1278:14, 1279:13, 1279:16, 1280:2, 1286:24, 1287:1, 1287:15, 1288:14, 1288:24, 1289:5, 1289:6, 1289:9, 1291:5, 1291:9, 1292:24, 1293:3, 1293:5, 1293:15, 1293:17, 1296:4, 1296:5, 1298:11, 1298:12, 1304:25, 1305:4, 1313:24, 1318:19, 1323:19, 1323:21, 1324:3, 1326:18, 1327:1, 1327:9, 1327:23, 1328:3, 1328:13, 1328:18, 1328:19, 1329:7, 1329:8, 1329:12, 1330:3, 1330:6, 1330:8, 1330:23, 1330:25, 1331:14, 1331:17, 1331:24, 1331:25, 1332:1, 1332:6, 1332:19, 1333:8, 1333:22, 1334:2, 1337:18, 1337:19, 1337:24, 1337:25, 1338:8, 1338:23, 1339:2, 1340:16, 1344:15, 1346:4, 1347:3, 1347:9, 1348:20, 1350:13, 1358:6, 1358:7, 1358:8, 1358:13, 1360:4, 1360:5, 1361:10, 1362:3, 1363:6
**himself** - 1128:17, 1233:4, 1268:13, 1273:10, 1286:2, 1295:19, 1359:1
**hire** - 1161:23, 1161:25, 1172:13, 1199:16, 1199:17, 1205:11, 1205:19, 1261:18
**hired** - 1207:4, 1212:17, 1212:20, 1262:5
**His** - 1116:20, 1123:25, 1210:2, 1231:1, 1277:6, 1347:7, 1365:14
**his** - 1116:25, 1117:11, 1126:14,

1138:7, 1149:12, 1149:20, 1156:19, 1157:17, 1158:4, 1167:12, 1179:17, 1184:1, 1184:2, 1187:10, 1189:23, 1196:2, 1196:15, 1199:3, 1204:5, 1206:25, 1206:22, 1211:18, 1212:4, 1214:13, 1215:3, 1215:10, 1215:15, 1221:22, 1222:7, 1222:9, 1223:1, 1226:24, 1229:21, 1231:23, 1233:6, 1233:13, 1233:23, 1234:16, 1235:2, 1235:7, 1235:9, 1241:16, 1248:3, 1251:12, 1251:19, 1251:20, 1260:5, 1262:15, 1265:14, 1266:8, 1267:20, 1268:11, 1268:15, 1272:7, 1276:7, 1276:24, 1277:8, 1279:24, 1285:8, 1291:1, 1291:17, 1295:9, 1295:24, 1298:17, 1301:6, 1302:20, 1304:4, 1305:2, 1305:4, 1305:12, 1314:20, 1323:12, 1323:17, 1324:8, 1324:11, 1324:13, 1325:11, 1328:13, 1328:14, 1329:8, 1330:24, 1333:6, 1343:19, 1344:20, 1363:7, 1365:5, 1365:12, 1365:16
**historical** - 1125:15
**history** - 1148:9, 1148:10
**Hofstra** - 1203:5
**Hogan** - 1202:3
**hold** - 1146:20, 1247:20, 1365:11
**Hold** - 1175:16, 1317:13
**holes** - 1219:15, 1222:20, 1263:23
**Home** - 1243:7, 1252:14, 1271:17
**home** - 1123:20, 1163:13, 1248:3, 1252:9, 1258:17, 1276:9, 1278:20, 1278:24
**home-grown** - 1123:20
**homesick** - 1299:17
**homework** - 1145:20, 1148:12
**honest** - 1144:18
**honestly** - 1134:14
**honor** - 1159:20, 1160:23
**Honor** - 1114:8, 1120:22, 1120:23, 1121:2, 1121:4, 1121:6, 1122:18, 1122:20, 1125:8, 1126:22, 1126:24, 1150:22, 1151:1, 1151:4, 1180:25, 1182:24, 1199:25, 1207:5, 1221:4, 1225:11, 1225:23, 1227:12, 1227:13, 1227:17, 1231:25, 1232:1, 1232:4, 1233:14, 1236:2, 1239:15, 1249:5, 1249:18, 1267:2, 1273:3, 1276:21, 1290:16, 1301:24, 1311:18, 1316:3, 1317:3, 1340:11, 1343:5, 1349:17, 1349:19, 1350:14, 1361:25, 1365:16, 1366:1, 1367:8
**Honorable** - 1112:9, 1336:12
**honored** - 1160:20
**hope** - 1146:21, 1364:16
**Hopefully** - 1348:16
**hopefully** - 1162:14, 1305:6
**hopes** - 1147:2
**hoping** - 1304:15
**hostility** - 1336:18
**hotel** - 1258:14, 1258:20, 1258:22, 1261:11, 1261:12, 1278:22
**Hotel** - 1258:15
**hour** - 1188:12, 1237:10, 1251:8, 1265:3, 1350:16, 1365:19, 1365:20
**hours** - 1122:1, 1122:2, 1135:9, 1188:12, 1245:19, 1338:18, 1339:1, 1339:16, 1340:22, 1340:24, 1341:15, 1365:7
**house** - 1177:5, 1259:1, 1299:11
**How** - 1140:20, 1158:23, 1159:7, 1159:25, 1168:1, 1168:3, 1176:5, 1180:13, 1183:3, 1183:4, 1194:24, 1199:1, 1200:21, 1202:17, 1204:18, 1212:8, 1246:22, 1249:8, 1249:21, 1272:8, 1273:16, 1281:21, 1302:25, 1323:10, 1350:15, 1357:9
**how** - 1115:6, 1123:16, 1138:25, 1142:18, 1147:8, 1153:5, 1162:17, 1168:22, 1169:2, 1179:7, 1185:19,

1190:25, 1191:25, 1192:1, 1202:19, 1202:20, 1216:25, 1241:13, 1241:14, 1247:5, 1247:6, 1261:17, 1274:15, 1276:3, 1278:10, 1288:23, 1288:24, 1293:23, 1295:18, 1308:16, 1312:6, 1313:25, 1314:6, 1314:9, 1314:17, 1321:21, 1326:9, 1332:20, 1333:8, 1333:13, 1339:16, 1342:18, 1355:21, 1355:22, 1358:18, 1362:3, 1362:19, 1364:19, 1365:5, 1366:22, 1367:3
**However** - 1130:10, 1141:1, 1235:5
**however** - 1143:21, 1347:16
**Hubert** - 1285:9
**Hudson** - 1240:5, 1240:18, 1240:19, 1267:17, 1267:20, 1268:15
**hundreds** - 1170:2, 1325:20
**Hundreds** - 1303:3
**Hupert** - 1276:25
**hurt** - 1154:9, 1167:18, 1182:16
**hurts** - 1113:21
**husband** - 1270:23, 1271:1
**hypothetical** - 1361:25

---

**I**

**I** - 1113:8, 1113:10, 1113:11, 1113:12, 1113:16, 1113:20, 1113:22, 1113:24, 1115:2, 1115:5, 1115:11, 1115:14, 1115:18, 1115:25, 1116:3, 1116:4, 1116:8, 1116:18, 1117:2, 1117:8, 1117:10, 1117:11, 1117:12, 1117:20, 1117:22, 1117:23, 1117:25, 1118:1, 1118:2, 1118:4, 1118:15, 1118:16, 1118:18, 1118:21, 1119:8, 1119:16, 1119:17, 1119:18, 1119:20, 1119:21, 1119:22, 1120:3, 1120:7, 1120:19, 1120:22, 1120:25, 1121:8, 1121:12, 1121:25, 1122:9, 1123:4, 1123:8, 1123:9, 1123:20, 1123:21, 1123:22, 1123:24, 1124:2, 1124:3, 1124:7, 1124:14, 1124:23, 1125:4, 1125:16, 1126:19, 1127:5, 1129:23, 1129:24, 1130:1, 1130:8, 1131:1, 1131:2, 1131:3, 1131:4, 1131:6, 1132:1, 1132:3, 1132:12, 1133:7, 1133:8, 1133:18, 1134:2, 1134:5, 1134:6, 1135:1, 1135:2, 1135:18, 1135:19, 1137:16, 1137:19, 1138:23, 1138:24, 1139:12, 1140:9, 1140:19, 1141:22, 1142:2, 1143:23, 1144:7, 1145:18, 1146:5, 1146:19, 1148:4, 1148:13, 1148:14, 1148:16, 1148:21, 1148:25, 1149:14, 1149:18, 1149:23, 1149:24, 1150:1, 1150:5, 1150:6, 1150:10, 1150:14, 1150:18, 1150:20, 1150:22, 1150:25, 1151:12, 1151:15, 1152:17, 1152:25, 1154:11, 1155:15, 1155:18, 1157:6, 1158:7, 1158:20, 1158:22, 1159:6, 1159:8, 1159:18, 1159:19, 1159:22, 1160:19, 1162:12, 1162:13, 1162:20, 1163:2, 1163:15, 1163:23, 1163:25, 1164:18, 1164:24, 1164:25, 1165:5, 1165:7, 1165:16, 1166:2, 1167:15, 1167:17, 1167:22, 1167:24, 1170:12, 1171:25, 1172:25, 1173:2, 1173:4, 1174:5, 1175:7, 1175:15, 1175:22, 1175:24, 1176:23, 1177:1, 1177:10, 1178:7, 1178:12, 1178:25, 1179:2, 1179:6, 1179:9, 1179:14, 1179:16, 1179:18, 1179:24, 1180:7, 1180:8, 1180:11, 1181:2, 1181:16, 1182:7, 1182:18, 1183:10, 1183:11, 1183:23, 1184:9, 1184:11, 1185:7, 1185:16, 1186:3, 1187:9, 1187:14, 1187:17, 1188:3, 1188:15, 1189:21, 1189:23, 1189:24, 1190:5, 1190:11, 1191:20, 1192:10, 1192:11, 1192:13, 1192:14, 1192:18, 1193:21, 1193:22, 1193:23, 1193:24, 1194:7, 1194:8, 1194:10, 1194:12, 1196:2, 1196:3,

1196:5, 1196:7, 1196:15, 1196:22, 1196:25, 1197:5, 1197:11, 1197:19, 1198:7, 1198:8, 1198:9, 1199:2, 1200:5, 1200:10, 1200:11, 1200:17, 1200:24, 1200:25, 1201:5, 1201:14, 1201:18, 1201:20, 1202:1, 1202:2, 1202:4, 1202:6, 1202:12, 1202:18, 1202:21, 1202:24, 1202:25, 1203:4, 1203:11, 1203:17, 1203:21, 1204:6, 1204:13, 1204:24, 1205:8, 1205:10, 1205:12, 1205:18, 1205:20, 1205:24, 1206:14, 1206:20, 1206:23, 1207:2, 1207:3, 1207:9, 1210:6, 1211:14, 1212:20, 1214:8, 1216:1, 1216:8, 1216:11, 1216:13, 1216:21, 1217:2, 1217:17, 1217:19, 1218:3, 1218:5, 1218:15, 1218:16, 1218:18, 1218:19, 1219:10, 1219:14, 1219:18, 1219:20, 1219:21, 1219:22, 1219:24, 1221:3, 1221:23, 1222:11, 1222:23, 1223:3, 1223:9, 1224:8, 1224:23, 1225:3, 1225:4, 1225:5, 1225:7, 1225:8, 1225:11, 1225:13, 1225:18, 1225:19, 1226:1, 1226:9, 1227:6, 1227:7, 1227:8, 1227:9, 1227:23, 1227:25, 1229:7, 1229:13, 1230:11, 1230:16, 1230:21, 1231:4, 1231:12, 1231:20, 1231:22, 1232:1, 1233:25, 1234:3, 1234:8, 1234:22, 1236:2, 1236:15, 1237:10, 1238:1, 1238:14, 1238:16, 1238:21, 1239:1, 1239:2, 1239:7, 1240:21, 1240:22, 1240:25, 1241:6, 1241:7, 1241:12, 1242:8, 1242:9, 1242:10, 1242:15, 1243:4, 1244:18, 1245:6, 1245:7, 1245:11, 1245:14, 1246:9, 1246:14, 1246:17, 1246:21, 1246:23, 1247:8, 1247:12, 1247:17, 1247:20, 1248:2, 1248:5, 1248:11, 1248:12, 1248:17, 1248:19, 1248:20, 1249:3, 1249:18, 1249:19, 1249:20, 1250:4, 1250:10, 1250:15, 1250:17, 1250:21, 1250:22, 1251:5, 1251:7, 1251:9, 1252:1, 1252:4, 1252:10, 1252:12, 1252:21, 1252:22, 1253:8, 1253:11, 1253:18, 1254:15, 1255:7, 1256:15, 1256:20, 1256:21, 1258:8, 1258:14, 1258:16, 1258:17, 1258:20, 1258:25, 1259:1, 1259:3, 1259:7, 1259:10, 1259:11, 1259:12, 1259:13, 1259:18, 1259:19, 1260:5, 1260:14, 1260:15, 1260:16, 1260:17, 1260:21, 1260:23, 1260:24, 1261:6, 1261:7, 1261:11, 1261:18, 1262:1, 1262:8, 1262:19, 1262:22, 1264:2, 1264:15, 1264:16, 1264:20, 1264:25, 1265:3, 1265:5, 1265:9, 1265:13, 1265:16, 1266:7, 1266:15, 1266:18, 1266:19, 1266:22, 1266:25, 1267:1, 1267:5, 1268:3, 1268:5, 1268:11, 1268:21, 1268:24, 1269:3, 1269:5, 1269:22, 1269:23, 1269:24, 1270:8, 1270:25, 1271:4, 1271:9, 1271:13, 1271:15, 1271:16, 1271:17, 1271:19, 1271:23, 1272:1, 1272:3, 1272:5, 1272:10, 1272:12, 1272:20, 1272:24, 1273:1, 1273:2, 1273:6, 1273:18, 1273:19, 1274:3, 1274:8, 1274:12, 1274:14, 1275:15, 1276:5, 1276:6, 1276:7, 1277:6, 1277:8, 1277:10, 1278:4, 1278:6, 1278:9, 1278:19, 1278:20, 1278:23, 1279:11, 1279:16, 1279:25, 1280:2, 1280:4, 1280:12, 1280:18, 1280:19, 1280:21, 1280:22, 1281:5, 1281:7, 1281:24, 1281:25, 1282:19, 1283:5, 1283:11, 1284:2, 1284:7, 1285:7, 1285:11, 1285:14, 1285:19, 1286:4, 1286:9, 1287:11, 1287:19, 1287:21, 1288:7, 1288:11, 1288:17, 1289:6, 1289:11, 1289:19, 1289:22, 1289:24, 1290:1, 1290:3, 1290:7,

1290:10, 1290:23, 1291:17, 1291:22, 1292:2, 1292:8, 1293:1, 1293:13, 1293:16, 1294:7, 1294:8, 1294:13, 1295:5, 1295:7, 1296:11, 1296:13, 1296:17, 1297:8, 1297:19, 1298:4, 1298:5, 1298:7, 1298:8, 1298:9, 1298:12, 1298:13, 1298:17, 1298:19, 1299:5, 1299:24, 1300:2, 1301:5, 1301:14, 1301:15, 1301:16, 1301:17, 1302:1, 1302:5, 1302:9, 1302:10, 1302:14, 1302:15, 1302:18, 1302:19, 1302:20, 1302:21, 1303:10, 1303:14, 1303:15, 1303:21, 1303:25, 1304:4, 1304:6, 1304:14, 1304:15, 1304:18, 1304:19, 1304:20, 1304:25, 1305:1, 1305:3, 1305:4, 1305:18, 1305:20, 1305:22, 1305:23, 1306:9, 1306:11, 1306:12, 1306:13, 1306:15, 1306:18, 1306:22, 1307:9, 1307:17, 1307:21, 1308:7, 1309:5, 1309:9, 1309:11, 1309:23, 1309:24, 1310:1, 1310:5, 1310:12, 1310:19, 1310:21, 1311:7, 1311:10, 1311:13, 1311:21, 1311:22, 1312:24, 1313:5, 1313:6, 1313:11, 1313:14, 1313:21, 1313:23, 1314:2, 1314:7, 1314:19, 1315:1, 1315:2, 1315:6, 1315:7, 1315:14, 1317:6, 1317:11, 1318:19, 1318:21, 1319:1, 1319:6, 1319:10, 1319:15, 1320:11, 1320:14, 1320:17, 1320:18, 1321:3, 1321:4, 1321:6, 1321:9, 1321:12, 1321:13, 1322:5, 1322:11, 1322:23, 1323:5, 1323:6, 1323:9, 1323:11, 1323:15, 1323:19, 1323:20, 1323:24, 1324:1, 1324:9, 1325:8, 1325:9, 1325:10, 1325:18, 1326:2, 1326:3, 1326:9, 1326:17, 1326:24, 1328:25, 1329:2, 1329:8, 1329:11, 1330:5, 1330:6, 1330:7, 1330:13, 1330:17, 1330:25, 1331:13, 1331:14, 1331:15, 1331:17, 1331:21, 1331:24, 1332:2, 1332:6, 1332:17, 1332:19, 1332:23, 1333:6, 1333:8, 1333:10, 1333:13, 1333:18, 1333:22, 1333:23, 1334:2, 1334:18, 1336:1, 1336:6, 1336:7, 1336:16, 1337:19, 1338:8, 1338:11, 1338:12, 1338:22, 1339:22, 1339:25, 1340:9, 1341:6, 1341:10, 1341:11, 1341:13, 1342:6, 1342:10, 1342:16, 1342:23, 1342:24, 1343:1, 1343:4, 1343:14, 1344:13, 1344:14, 1344:15, 1344:16, 1344:22, 1344:24, 1345:1, 1345:2, 1345:9, 1345:10, 1346:20, 1347:3, 1347:14, 1348:19, 1348:19, 1349:4, 1349:16, 1350:23, 1351:5, 1351:8, 1351:11, 1351:12, 1351:13, 1351:15, 1351:19, 1351:22, 1351:23, 1352:5, 1352:6, 1352:8, 1352:10, 1353:1, 1353:8, 1353:13, 1353:15, 1353:16, 1353:18, 1353:22, 1353:23, 1353:25, 1354:4, 1354:13, 1355:9, 1355:11, 1355:17, 1355:20, 1355:23, 1356:1, 1356:21, 1356:22, 1356:23, 1357:1, 1357:8, 1357:16, 1357:19, 1357:22, 1358:16, 1358:18, 1359:2, 1359:3, 1359:6, 1359:8, 1359:12, 1359:17, 1359:20, 1359:23, 1360:9, 1360:11, 1360:13, 1360:14, 1360:15, 1360:16, 1361:2, 1361:17, 1361:24, 1362:8, 1362:13, 1362:18, 1362:20, 1362:22, 1363:9, 1363:11, 1364:1, 1364:2, 1364:5, 1364:16, 1364:18, 1364:21, 1364:22, 1365:6, 1365:8, 1365:10, 1365:11, 1366:12, 1366:3, 1366:9, 1366:11, 1366:22, 1367:3, 1368:5, 1368:8, 1369:3

I'd - 1158:16, 1159:10, 1164:19, 1164:20, 1177:18, 1179:5, 1192:22, 1366:10

I'll - 1113:14, 1140:22, 1147:16, 1152:1, 1179:12, 1196:14, 1199:19, 1214:25, 1222:13, 1222:15, 1223:11, 1227:11, 1231:24, 1231:25, 1236:20, 1248:8, 1280:19, 1280:23, 1311:17, 1336:11, 1345:12, 1349:3, 1361:15, 1364:18, 1367:5

I'm - 1113:6, 1113:10, 1114:6, 1115:14, 1115:19, 1115:21, 1115:24, 1119:16, 1120:23, 1121:25, 1123:15, 1123:20, 1124:24, 1126:2, 1127:2, 1127:14, 1134:5, 1141:21, 1145:17, 1149:22, 1151:16, 1151:19, 1155:18, 1158:1, 1158:6, 1158:7, 1159:22, 1159:25, 1160:16, 1160:17, 1162:23, 1165:12, 1171:12, 1172:6, 1175:17, 1175:20, 1179:10, 1180:6, 1181:21, 1183:4, 1183:9, 1184:18, 1185:16, 1187:18, 1189:3, 1192:13, 1196:23, 1201:12, 1206:17, 1208:13, 1214:10, 1214:25, 1215:4, 1221:20, 1221:21, 1221:24, 1222:13, 1222:21, 1222:24, 1223:7, 1227:12, 1231:25, 1233:2, 1233:21, 1239:13, 1248:7, 1251:8, 1259:11, 1265:22, 1267:14, 1270:8, 1271:20, 1280:15, 1283:11, 1289:8, 1289:23, 1295:16, 1297:2, 1299:25, 1301:15, 1302:14, 1304:6, 1316:3, 1317:3, 1318:24, 1321:12, 1328:23, 1333:1, 1341:10, 1346:6, 1346:17, 1348:23, 1349:8, 1351:9, 1351:19, 1351:20, 1352:7, 1353:17, 1353:19, 1353:21, 1353:22, 1354:12, 1355:21, 1355:22, 1355:25, 1356:12, 1358:1, 1359:18, 1361:13, 1363:3, 1364:4, 1364:19

I've - 1115:7, 1124:7, 1125:1, 1133:9, 1165:15, 1201:23, 1203:7, 1203:11, 1203:24, 1203:25, 1204:1, 1247:4, 1251:14, 1265:7, 1279:6, 1283:22, 1286:23, 1331:16

I-got-you - 1146:5
I-tunes - 1309:5
Ice - 1226:17, 1229:14
iceberg - 1139:21
id - 1117:17
idea - 1171:2, 1179:19, 1202:20, 1218:18, 1254:25, 1257:10, 1271:23, 1331:22

ideas - 1128:9, 1150:16
identically - 1345:1
identification - 1206:18, 1207:17, 1219:17, 1225:4, 1227:8, 1231:20, 1235:21, 1239:4, 1248:18, 1266:11, 1272:22, 1282:17, 1289:23, 1289:24, 1291:21, 1294:8, 1295:5, 1296:15, 1298:21, 1299:23, 1299:25, 1302:18, 1306:11, 1307:13, 1309:24, 1311:8, 1318:24, 1320:12, 1321:4, 1335:23, 1336:3, 1339:22, 1339:23, 1342:23, 1349:8

identified - 1347:24, 1348:20
identify - 1269:7, 1284:11, 1310:3, 1357:20
identifying - 1226:23, 1229:21
identity - 1226:22, 1229:19, 1284:10
If - 1113:13, 1121:14, 1129:12, 1134:21, 1135:21, 1136:3, 1144:4, 1155:12, 1157:25, 1159:19, 1160:24, 1164:13, 1165:8, 1165:19, 1171:17, 1175:19, 1179:5, 1179:24, 1180:8, 1181:23, 1193:5, 1196:13, 1208:22, 1208:23, 1210:5, 1213:8, 1221:3, 1222:24, 1250:8, 1280:21, 1297:25, 1309:1, 1309:15, 1315:7, 1320:17, 1326:20, 1331:21, 1338:11, 1346:18, 1350:19, 1353:12, 1358:9, 1358:21, 1360:3, 1360:11, 1361:4, 1361:14, 1363:19

if - 1117:8, 1117:10, 1117:11, 1119:8,

1119:23, 1120:19, 1122:9, 1129:3, 1129:20, 1134:16, 1136:3, 1140:15, 1141:7, 1142:3, 1142:10, 1146:19, 1148:18, 1151:15, 1155:12, 1155:18, 1156:17, 1156:18, 1156:25, 1157:11, 1157:21, 1158:22, 1159:25, 1161:12, 1161:25, 1162:1, 1164:23, 1165:12, 1165:21, 1166:9, 1167:18, 1167:24, 1171:17, 1172:8, 1172:24, 1173:4, 1179:16, 1180:7, 1182:16, 1184:7, 1185:12, 1189:14, 1190:7, 1191:2, 1194:4, 1194:6, 1194:15, 1194:17, 1196:17, 1197:21, 1199:16, 1207:9, 1213:7, 1215:15, 1215:20, 1215:21, 1216:1, 1218:12, 1218:13, 1224:14, 1226:11, 1227:8, 1228:2, 1228:12, 1229:8, 1231:6, 1233:4, 1233:23, 1238:14, 1242:13, 1244:13, 1246:22, 1248:19, 1253:23, 1254:9, 1255:6, 1257:18, 1269:13, 1272:8, 1274:3, 1274:23, 1274:25, 1277:8, 1279:13, 1279:16, 1280:15, 1282:1, 1284:7, 1284:25, 1286:4, 1289:24, 1290:19, 1291:4, 1291:7, 1291:22, 1291:25, 1292:19, 1294:8, 1295:6, 1296:5, 1296:15, 1298:2, 1298:11, 1303:3, 1305:15, 1306:12, 1309:17, 1310:3, 1313:8, 1313:15, 1313:24, 1314:1, 1318:21, 1320:14, 1321:4, 1321:13, 1324:13, 1328:6, 1330:3, 1331:17, 1331:18, 1332:19, 1336:3, 1337:19, 1339:16, 1342:23, 1344:1, 1345:9, 1351:23, 1353:11, 1353:15, 1354:24, 1355:10, 1355:12, 1356:16, 1357:19, 1359:1, 1361:15, 1362:20, 1362:21, 1363:8, 1363:14, 1363:15, 1363:19, 1364:18, 1366:11

**ignored** - 1322:1

**Iii** - 1186:6

**Illustratively** - 1226:16

**immediate** - 1226:15, 1229:12

**immediately** - 1268:8, 1290:12, 1291:25, 1293:18, 1294:25, 1296:21, 1296:22

**immigration** - 1273:20

**impact** - 1245:21, 1247:25

**impacted** - 1216:23

**impart** - 1297:12

**imparted** - 1187:11, 1215:5, 1215:9, 1297:16

**imparts** - 1257:11

**impeach** - 1162:15, 1284:24, 1286:15

**imperative** - 1128:14

**impermissible** - 1356:23

**implicating** - 1285:24

**import** - 1285:9

**importance** - 1337:17, 1337:21

**important** - 1138:4, 1145:14, 1185:18, 1188:7, 1193:17, 1193:18

**importation** - 1208:9

**impression** - 1166:5, 1313:11, 1344:15

**imprint** - 1150:9, 1150:12, 1150:18

**improperly** - 1351:17

**impropriety** - 1196:13, 1196:16, 1221:12, 1223:2

**In** - 1113:2, 1116:25, 1118:8, 1118:9, 1121:22, 1128:11, 1128:19, 1132:22, 1132:23, 1134:14, 1140:7, 1140:15, 1141:6, 1149:14, 1150:8, 1154:2, 1170:6, 1178:5, 1184:19, 1196:8, 1198:17, 1204:2, 1211:4, 1216:5, 1216:7, 1217:16, 1220:3, 1224:7, 1225:10, 1233:13, 1235:15, 1236:1, 1238:2, 1240:12, 1242:16, 1242:18, 1244:25, 1250:25, 1262:8, 1263:1, 1264:22, 1275:25, 1284:13, 1289:2, 1296:2, 1301:19, 1303:14, 1308:10, 1308:18, 1310:12, 1311:25, 1319:13, 1321:19, 1323:24, 1326:21, 1331:12, 1346:3, 1348:12, 1351:6

**in** - 1113:9, 1113:23, 1114:10, 1115:3, 1115:11, 1115:13, 1115:14, 1115:15, 1115:16, 1115:19, 1115:20, 1115:21, 1115:22, 1115:24, 1116:1, 1116:11, 1116:25, 1117:3, 1117:5, 1118:9, 1118:11, 1118:13, 1118:15, 1118:16, 1119:22, 1120:3, 1120:9, 1121:20, 1122:3, 1122:16, 1122:21, 1123:21, 1123:22, 1123:23, 1124:4, 1124:8, 1124:11, 1124:12, 1124:16, 1124:25, 1125:1, 1125:2, 1125:15, 1125:20, 1125:24, 1126:2, 1126:8, 1126:15, 1126:17, 1126:18, 1127:2, 1127:17, 1128:7, 1128:21, 1129:3, 1129:4, 1129:10, 1129:23, 1129:25, 1130:3, 1130:5, 1130:11, 1130:13, 1130:19, 1131:2, 1131:10, 1131:19, 1131:21, 1132:2, 1132:18, 1133:2, 1133:5, 1133:8, 1133:11, 1133:24, 1134:1, 1134:8, 1134:9, 1134:18, 1134:21, 1135:3, 1135:7, 1135:9, 1135:12, 1135:14, 1135:23, 1136:19, 1136:20, 1137:3, 1137:5, 1137:6, 1137:9, 1137:10, 1137:15, 1137:22, 1138:7, 1138:13, 1138:20, 1139:1, 1139:7, 1139:14, 1139:20, 1139:25, 1140:1, 1141:16, 1141:18, 1141:19, 1142:1, 1142:9, 1142:10, 1143:10, 1143:17, 1144:17, 1146:17, 1146:23, 1147:2, 1147:17, 1147:20, 1148:2, 1148:7, 1148:21, 1148:25, 1149:20, 1150:2, 1151:9, 1152:2, 1152:6, 1152:8, 1152:17, 1152:23, 1153:2, 1153:4, 1153:5, 1153:6, 1154:8, 1154:11, 1154:14, 1155:7, 1155:19, 1155:24, 1156:5, 1156:17, 1156:19, 1157:11, 1157:23, 1157:24, 1158:1, 1158:17, 1160:20, 1161:10, 1162:4, 1162:19, 1163:18, 1163:20, 1164:18, 1164:22, 1164:24, 1165:12, 1166:5, 1167:8, 1167:17, 1167:20, 1167:22, 1168:4, 1168:9, 1168:12, 1168:16, 1168:17, 1168:22, 1169:3, 1169:14, 1170:3, 1170:15, 1170:16, 1171:2, 1171:21, 1171:25, 1172:5, 1172:25, 1173:1, 1173:2, 1173:8, 1173:11, 1174:1, 1174:11, 1174:15, 1174:17, 1174:18, 1174:25, 1175:8, 1176:16, 1177:2, 1177:14, 1178:10, 1178:12, 1178:13, 1178:15, 1178:20, 1178:22, 1179:14, 1179:22, 1179:25, 1180:16, 1181:23, 1181:24, 1182:5, 1182:6, 1183:9, 1183:18, 1184:21, 1185:1, 1185:3, 1185:7, 1185:16, 1185:24, 1186:2, 1186:5, 1186:8, 1186:11, 1186:14, 1187:9, 1188:18, 1188:23, 1189:7, 1189:8, 1189:11, 1189:17, 1189:18, 1190:4, 1190:16, 1190:20, 1190:25, 1191:6, 1191:8, 1192:6, 1192:8, 1192:11, 1192:20, 1192:21, 1192:25, 1193:1, 1193:16, 1193:19, 1194:6, 1194:7, 1194:24, 1195:21, 1196:10, 1197:2, 1197:19, 1197:20, 1198:4, 1198:18, 1198:21, 1198:22, 1199:3, 1199:13, 1199:20, 1199:21, 1200:18, 1200:24, 1201:4, 1201:9, 1201:14, 1201:18, 1201:19, 1201:20, 1201:21, 1201:23, 1201:25, 1202:1, 1202:2, 1202:6, 1202:14, 1202:16, 1203:3, 1203:8, 1203:12, 1203:13, 1203:15, 1203:20, 1203:23, 1204:15, 1204:21, 1204:22, 1204:23, 1205:7, 1205:20, 1205:22, 1206:7, 1207:2, 1207:3, 1207:15, 1207:16, 1207:18, 1208:14, 1208:15, 1209:4, 1211:16, 1211:20, 1212:3, 1212:10, 1212:14, 1212:17, 1212:21, 1212:24, 1212:25, 1213:13, 1213:23, 1214:2, 1214:16, 1214:22, 1214:25, 1215:2, 1215:3, 1215:10, 1215:16, 1216:2, 1216:11, 1216:18, 1216:21, 1217:5, 1217:10, 1217:12, 1217:15, 1217:18, 1217:20, 1217:23, 1218:4, 1218:10, 1218:11, 1218:12, 1218:17, 1218:23, 1219:8, 1219:11, 1219:14, 1219:15, 1219:25, 1221:8, 1221:11, 1221:14, 1221:16, 1221:17, 1221:20, 1222:3, 1222:8, 1222:14, 1222:19, 1222:20, 1222:25, 1223:7, 1223:8, 1223:12, 1225:9, 1226:8, 1226:16, 1226:25, 1227:1, 1228:1, 1228:11, 1228:14, 1228:22, 1228:23, 1229:5, 1229:13, 1229:22, 1229:23, 1230:8, 1230:11, 1230:15, 1230:19, 1230:20, 1230:23, 1230:24, 1230:25, 1231:2, 1231:8, 1231:10, 1231:12, 1231:15, 1231:23, 1233:5, 1233:8, 1233:9, 1233:19, 1233:22, 1234:16, 1235:2, 1235:6, 1235:7, 1235:9, 1235:10, 1235:12, 1235:13, 1235:16, 1235:20, 1235:25, 1236:24, 1237:9, 1238:5, 1238:6, 1238:7, 1238:17, 1239:10, 1239:18, 1239:21, 1240:1, 1240:2, 1240:4, 1240:8, 1240:17, 1241:1, 1241:17, 1241:21, 1241:23, 1241:24, 1242:9, 1242:14, 1242:19, 1242:20, 1242:22, 1243:11, 1243:13, 1243:15, 1243:23, 1244:8, 1244:11, 1244:12, 1244:23, 1244:25, 1245:1, 1245:3, 1245:7, 1245:8, 1245:14, 1245:22, 1245:24, 1246:3, 1246:8, 1246:20, 1246:22, 1247:5, 1247:9, 1247:23, 1248:9, 1248:12, 1248:23, 1250:2, 1250:11, 1250:15, 1250:21, 1251:8, 1251:10, 1251:11, 1251:12, 1251:13, 1251:14, 1251:15, 1251:16, 1251:18, 1252:3, 1252:4, 1252:9, 1252:13, 1252:14, 1252:15, 1252:18, 1252:23, 1252:25, 1253:2, 1253:5, 1253:8, 1253:10, 1253:14, 1253:20, 1253:25, 1254:6, 1254:11, 1254:12, 1254:13, 1254:15, 1254:18, 1255:5, 1256:22, 1257:1, 1257:2, 1257:3, 1257:4, 1257:5, 1257:6, 1257:8, 1257:18, 1257:21, 1257:22, 1257:23, 1258:8, 1258:12, 1258:14, 1258:16, 1258:20, 1258:22, 1258:23, 1259:25, 1260:3, 1260:7, 1260:11, 1260:22, 1260:23, 1261:1, 1261:12, 1261:14, 1261:15, 1262:9, 1262:13, 1262:15, 1262:23, 1262:25, 1263:2, 1263:12, 1263:13, 1263:19, 1264:10, 1264:14, 1264:15, 1264:16, 1264:19, 1265:3, 1265:15, 1265:18, 1265:23, 1266:2, 1266:8, 1266:10, 1266:13, 1266:18, 1266:24, 1267:9, 1267:20, 1267:23, 1267:24, 1268:1, 1268:6, 1268:11, 1268:21, 1268:25, 1269:16, 1270:6, 1270:11, 1270:22, 1271:2, 1271:9, 1271:20, 1272:16, 1272:18, 1273:8, 1273:19, 1274:1, 1274:4, 1274:10, 1274:13, 1274:16, 1274:25, 1275:2, 1275:3, 1275:7, 1275:16, 1275:18, 1275:22, 1276:9, 1276:16, 1276:23, 1276:24, 1277:2, 1277:4, 1277:5, 1278:13, 1278:14, 1278:24, 1279:8, 1279:10, 1279:12, 1279:15, 1279:19, 1279:22, 1280:6, 1280:9, 1280:10, 1280:24, 1281:12, 1281:16, 1281:17, 1281:24, 1282:9, 1282:10, 1282:11, 1282:14, 1282:22, 1283:6, 1283:9, 1283:10, 1283:16, 1283:20, 1283:23, 1283:24, 1285:22, 1285:24, 1286:5, 1286:14, 1286:22, 1287:3, 1287:17, 1288:5, 1288:19, 1288:25, 1290:20, 1291:1, 1291:15, 1292:5, 1292:10, 1292:17, 1292:24, 1293:12, 1295:9, 1295:11, 1296:7, 1296:13, 1296:19, 1297:2, 1297:14, 1298:1, 1298:3, 1298:23, 1298:24, 1299:10, 1300:6,

1301:11, 1301:14, 1301:20, 1302:10,
1302:12, 1302:14, 1302:23, 1303:1,
1303:4, 1303:7, 1303:12, 1303:16,
1303:19, 1304:1, 1304:3, 1304:4,
1304:5, 1304:10, 1304:22, 1305:4,
1305:20, 1306:2, 1306:3, 1306:7,
1306:23, 1307:4, 1307:7, 1307:9,
1307:17, 1307:22, 1308:6, 1308:8,
1308:23, 1309:20, 1309:24, 1310:2,
1310:8, 1310:9, 1310:10, 1310:14,
1310:19, 1310:21, 1311:1, 1311:13,
1311:17, 1312:2, 1312:5, 1312:14,
1312:21, 1313:5, 1314:7, 1314:8,
1314:13, 1314:18, 1314:22, 1315:7,
1315:13, 1315:16, 1315:21, 1317:5,
1318:2, 1318:6, 1318:14, 1318:19,
1318:22, 1319:2, 1320:3, 1321:6,
1321:13, 1321:24, 1322:13, 1323:9,
1323:13, 1324:3, 1324:8, 1324:11,
1324:16, 1325:10, 1325:16, 1325:20,
1325:21, 1325:24, 1326:11, 1326:21,
1327:9, 1327:14, 1327:16, 1327:17,
1327:23, 1328:13, 1328:17, 1328:18,
1329:9, 1329:25, 1330:15, 1330:16,
1330:17, 1330:19, 1331:1, 1331:12,
1331:17, 1331:24, 1332:14, 1332:20,
1333:2, 1333:6, 1333:9, 1333:12,
1333:14, 1333:15, 1333:20, 1334:3,
1334:4, 1335:3, 1335:11, 1335:12,
1335:16, 1336:13, 1336:23, 1336:24,
1337:12, 1337:14, 1337:16, 1337:23,
1338:14, 1338:17, 1339:4, 1339:6,
1340:2, 1340:9, 1340:14, 1341:4,
1341:15, 1342:3, 1342:15, 1342:19,
1343:24, 1344:11, 1345:1, 1345:6,
1345:10, 1345:11, 1345:15, 1345:22,
1345:25, 1346:10, 1346:11, 1347:15,
1347:16, 1347:23, 1348:15, 1349:6,
1349:23, 1351:1, 1351:23, 1351:25,
1352:2, 1352:11, 1353:15, 1353:16,
1353:24, 1354:13, 1354:16, 1354:17,
1354:20, 1355:15, 1355:16, 1356:3,
1356:9, 1356:10, 1356:11, 1356:13,
1357:1, 1357:16, 1359:1, 1359:6,
1359:11, 1359:12, 1359:13, 1359:15,
1359:16, 1359:23, 1360:16, 1360:19,
1360:22, 1360:25, 1362:9, 1362:12,
1362:20, 1362:23, 1363:25, 1366:1,
1366:10, 1366:20, 1366:21, 1367:4
**inaccurate** - 1245:25
**inadequate** - 1311:4
**inappropriate** - 1222:18, 1222:25
**incapable** - 1344:16
**incarcerated** - 1176:13, 1176:20
**incident** - 1204:14, 1261:10
**include** - 1122:13, 1154:21, 1266:16,
1340:24, 1363:20
**included** - 1341:1, 1362:22
**includes** - 1126:12, 1158:12,
1211:21, 1349:22
**Including** - 1285:17
**including** - 1115:23, 1162:3, 1199:11,
1218:7, 1235:8, 1253:1, 1258:10,
1265:5, 1271:15, 1306:22, 1308:17,
1312:7, 1321:21, 1359:5
**inconsistent** - 1332:4
**increased** - 1270:17
**Incsr** - 1268:7
**incur** - 1172:3
**incurred** - 1172:4, 1172:5
**indeed** - 1262:3
**Indeed** - 1244:11
**independent** - 1162:14
**Index** - 1368:1
**Indian** - 1242:23
**indicate** - 1274:20, 1312:9, 1335:13
**indicated** - 1266:4, 1291:15, 1312:11
**indicates** - 1311:10
**indicating** - 1232:1, 1236:3, 1348:25
**indication** - 1274:23, 1314:19

**indictment** - 1130:13, 1206:7,
1206:22, 1206:23, 1206:24, 1206:25,
1207:10, 1207:19, 1208:2, 1208:7,
1212:3, 1212:14, 1217:3, 1245:25,
1336:24, 1362:24
**indigent** - 1168:9
**individual** - 1129:11, 1144:17,
1149:15, 1174:1, 1204:4, 1224:18,
1226:19, 1229:2, 1229:16, 1240:2,
1253:9, 1274:3, 1287:18, 1313:23,
1323:11, 1343:4
**individuals** - 1130:1, 1171:16,
1213:22, 1224:18, 1226:9, 1227:1,
1229:6, 1229:23, 1230:22, 1253:1,
1284:11, 1284:19, 1284:23, 1303:18,
1315:18
**induce** - 1233:13
**inducing** - 1233:3
**ineffective** - 1193:6, 1193:7
**influence** - 1125:21, 1150:7, 1214:24,
1358:5, 1358:11
**influencing** - 1358:3
**info** - 1295:18
**inform** - 1137:12, 1140:10, 1142:16
**informant** - 1323:25, 1337:16,
1337:19
**informants** - 1337:16
**informants** - 1198:15
**information** - 1120:5, 1131:9,
1135:22, 1135:24, 1141:11, 1144:12,
1144:13, 1144:25, 1145:6, 1145:7,
1145:13, 1145:15, 1145:19, 1146:4,
1146:10, 1146:12, 1146:14, 1146:20,
1146:22, 1146:25, 1147:17, 1147:23,
1148:4, 1149:6, 1149:11, 1167:9,
1167:11, 1175:5, 1175:9, 1175:12,
1177:12, 1184:23, 1185:3, 1185:9,
1187:10, 1192:6, 1193:20, 1198:6,
1198:10, 1198:16, 1199:7, 1199:9,
1206:6, 1206:11, 1208:3, 1208:6,
1208:22, 1209:1, 1210:3, 1211:23,
1215:9, 1216:14, 1217:11, 1224:15,
1226:8, 1226:15, 1226:21, 1226:25,
1228:24, 1229:6, 1229:11, 1229:18,
1230:4, 1230:22, 1238:18, 1241:3,
1242:6, 1244:23, 1246:6, 1253:13,
1254:12, 1256:9, 1256:12, 1257:10,
1258:1, 1258:6, 1266:7, 1269:23,
1270:19, 1270:21, 1270:24, 1271:10,
1275:19, 1277:9, 1277:19, 1281:3,
1281:21, 1285:15, 1289:20, 1293:15,
1296:8, 1297:12, 1297:16, 1297:22,
1304:19, 1304:20, 1305:7, 1305:21,
1311:4, 1311:5, 1311:12, 1312:6,
1312:8, 1312:13, 1314:19, 1315:20,
1315:21, 1317:5, 1318:3, 1318:5,
1319:19, 1319:21, 1321:1, 1321:21,
1321:23, 1322:1, 1327:4, 1329:11,
1330:15, 1332:8, 1332:17, 1332:23,
1347:21, 1350:19
**ingredient** - 1357:15
**ingredients** - 1126:3
**initial** - 1211:24, 1213:17, 1254:12
**initially** - 1120:6, 1201:18, 1246:9,
1252:17, 1281:8
**Initially** - 1208:20
**inmate** - 1116:17, 1116:19, 1117:9,
1117:11, 1119:16, 1188:25, 1297:20,
1298:1, 1298:17, 1302:24, 1323:17
**inmate's** - 1117:10, 1118:1
**inmates** - 1118:13, 1289:1, 1303:1
**innocence** - 1355:8
**innocent** - 1134:21, 1212:5, 1212:13,
1213:15
**inquiries** - 1313:15
**inquiry** - 1222:11
**insistent** - 1329:2
**insists** - 1134:21
**inspect** - 1307:10, 1308:19, 1309:11,
1309:16, 1310:5, 1312:19, 1322:2,

1322:9, 1322:10
**inspected** - 1322:13
**inspection** - 1313:16, 1322:9,
1339:15, 1339:19
**instance** - 1231:12, 1289:2, 1345:22
**instances** - 1303:11
**instincts** - 1179:21
**Institute** - 1203:8
**institution** - 1177:10, 1231:13
**instruct** - 1113:25, 1114:1
**instruction** - 1197:5, 1215:22,
1227:18, 1227:19, 1228:5, 1228:9,
1234:7, 1250:16, 1250:22, 1251:22,
1267:4, 1351:10, 1355:18
**instructions** - 1125:17, 1223:1
**insular** - 1198:13
**intend** - 1249:21, 1333:24, 1353:23,
1363:11, 1367:4
**intended** - 1306:1, 1306:5, 1306:17
**intense** - 1237:9
**intent** - 1215:3, 1228:2, 1318:4,
1355:14, 1355:16, 1357:7, 1363:17
**intention** - 1337:24, 1346:3, 1354:24
**interacted** - 1120:1
**interaction** - 1138:18, 1176:2,
1176:4, 1180:3, 1187:6
**interactions** - 1187:7, 1234:17
**intercept** - 1277:2, 1313:12
**intercepted** - 1277:3, 1277:4,
1285:18, 1312:12, 1312:16, 1312:17,
1321:25
**interception** - 1240:1
**interchangeable** - 1344:4
**Interest** - 1171:7, 1257:6
**interest** - 1146:18, 1171:7, 1257:23,
1282:11, 1282:14, 1283:20, 1305:5,
1332:12, 1332:15, 1332:17
**interested** - 1137:21, 1148:5, 1148:6,
1148:7, 1253:8, 1257:18
**interesting** - 1113:19, 1124:7,
1133:17
**interests** - 1138:21, 1138:22,
1141:17, 1141:20, 1171:5
**International** - 1118:17
**international** - 1124:9, 1130:2
**Internet** - 1205:3
**interoffice** - 1273:9
**interpretation** - 1359:24
**interpreter** - 1178:14, 1178:15
**interpreters** - 1178:10, 1178:20
**interrupt** - 1214:9
**Interrupting** - 1262:22
**interview** - 1131:3, 1131:16, 1135:11,
1139:9, 1142:20, 1143:20, 1143:21,
1143:25, 1159:23, 1161:18, 1174:4,
1195:22, 1196:10, 1196:11, 1222:7,
1230:14, 1231:5, 1231:23, 1235:2,
1248:10, 1259:3, 1270:23, 1270:24,
1275:14, 1275:15, 1275:16, 1289:16
**interviewed** - 1149:24, 1258:19,
1293:10, 1304:13, 1347:9
**interviewing** - 1127:24, 1147:18,
1195:18, 1259:6, 1325:17, 1325:20
**interviews** - 1130:24, 1131:5, 1131:8,
1211:7, 1228:22, 1248:14, 1258:13,
1259:5
**intimately** - 1252:11
**intimidate** - 1292:24
**intimidation** - 1125:20, 1354:7,
1354:11, 1354:22, 1355:25, 1359:2,
1360:7
**into** - 1115:10, 1117:18, 1117:21,
1118:6, 1118:14, 1124:3, 1125:22,
1146:13, 1149:20, 1150:5, 1157:19,
1170:13, 1174:4, 1186:1, 1194:9,
1199:20, 1207:5, 1217:1, 1220:4,
1228:19, 1228:21, 1230:5, 1234:3,
1239:13, 1243:2, 1243:14, 1248:11,
1249:3, 1251:9, 1257:16, 1262:16,
1263:24, 1267:1, 1269:24, 1271:11,

1273:2, 1275:2, 1279:12, 1279:16,
1280:1, 1284:2, 1285:9, 1288:12,
1289:13, 1290:14, 1294:14, 1296:24,
1299:5, 1303:25, 1306:18, 1308:12,
1309:14, 1313:1, 1319:6, 1320:17,
1321:9, 1322:17, 1327:8, 1328:7,
1336:6, 1338:20, 1339:17, 1341:10,
1343:5, 1344:10, 1349:16, 1351:2,
1354:11, 1364:25
**introduce** - 1306:10, 1306:23,
1310:4, 1320:12
**introduced** - 1245:18, 1276:3, 1314:4
**introducing** - 1221:24, 1250:12
**introduction** - 1126:20
**investigate** - 1128:23, 1129:1,
1129:14, 1129:19, 1135:1, 1142:3,
1147:8, 1193:4, 1193:5, 1193:7,
1212:23, 1226:10, 1229:7, 1230:17,
1230:18, 1241:3, 1256:16, 1271:12,
1271:13, 1328:1, 1328:3
**investigated** - 1128:25, 1202:15,
1202:22, 1202:25
**investigating** - 1152:15, 1152:19,
1154:21, 1218:5, 1270:14, 1275:4
**Investigation** - 1202:14
**investigation** - 1131:17, 1133:24,
1134:22, 1135:5, 1135:14, 1144:11,
1145:25, 1174:17, 1191:7, 1192:2,
1193:2, 1193:9, 1193:10, 1198:3,
1213:3, 1213:13, 1213:17, 1217:1,
1261:15, 1265:24, 1274:16, 1284:13,
1286:18, 1325:25, 1327:21, 1333:17
**investigations** - 1169:22, 1226:8,
1229:5
**investigator** - 1131:7, 1131:8,
1136:14, 1158:13, 1159:9, 1161:19,
1162:3, 1162:8, 1162:24, 1163:6,
1163:10, 1172:9, 1175:3, 1175:13,
1230:9, 1230:11, 1231:11, 1231:12,
1231:13, 1231:14, 1235:1, 1240:24,
1252:6, 1257:1, 1270:23, 1298:23,
1303:17, 1344:20
**investigator's** - 1302:20
**investigators** - 1129:4, 1136:11,
1142:3, 1161:22, 1161:23, 1161:25,
1162:4, 1185:10, 1187:7, 1261:18,
1261:24, 1262:5, 1265:2, 1270:17,
1284:18, 1298:18, 1302:9, 1344:19,
1344:21, 1344:25, 1347:20
**invited** - 1366:6
**involve** - 1124:15, 1171:1, 1179:2,
1211:22
**involved** - 1124:11, 1129:23,
1129:25, 1152:2, 1167:8, 1174:25,
1179:25, 1184:9, 1184:21, 1187:12,
1203:3, 1217:18, 1227:1, 1229:23,
1230:23, 1245:2, 1252:11, 1252:25,
1268:1, 1277:10, 1278:8, 1292:17,
1324:7, 1328:6, 1333:2, 1333:19
**involvement** - 1130:18, 1218:11,
1226:24, 1229:21, 1291:1
**involves** - 1135:5
**involving** - 1124:9, 1133:3, 1149:15,
1152:19, 1192:11, 1192:21, 1199:4
**Irizarry** - 1282:21, 1286:14, 1306:3,
1306:25, 1310:11, 1335:7, 1335:10,
1335:13, 1335:19, 1336:5, 1336:12,
1337:8, 1342:1
**Irizarry's** - 1306:8
**Irizzary** - 1317:8, 1317:10, 1317:11,
1317:25, 1319:4, 1319:5, 1319:19,
1322:9, 1325:6, 1326:1, 1328:21
**irrelevant** - 1336:8
**Irving** - 1112:6, 1112:19, 1214:17,
1262:20, 1289:19, 1290:3, 1293:14,
1293:16, 1293:18, 1294:1, 1294:21,
1295:8, 1298:4, 1298:16, 1299:24,
1300:2, 1312:24, 1315:6, 1338:10,
1340:22
**Irving's** - 1293:24, 1296:19

**Is** - 1118:2, 1120:2, 1129:7, 1136:9,
1136:25, 1142:19, 1143:20, 1143:24,
1151:13, 1152:17, 1168:14, 1191:13,
1193:18, 1202:8, 1204:11, 1215:24,
1217:22, 1225:20, 1227:13, 1228:5,
1235:25, 1291:9, 1317:13, 1324:21,
1339:9, 1340:5, 1344:1, 1345:5,
1351:10
**is** - 1113:8, 1113:23, 1114:11, 1115:1,
1115:24, 1116:10, 1117:24, 1119:10,
1120:4, 1120:11, 1120:17, 1120:24,
1121:17, 1122:12, 1122:16, 1123:8,
1123:14, 1123:25, 1124:10, 1124:12,
1125:11, 1125:17, 1125:25, 1126:7,
1126:8, 1127:3, 1127:17, 1127:18,
1127:19, 1128:1, 1128:5, 1128:7,
1128:14, 1128:18, 1129:12, 1129:14,
1129:19, 1130:10, 1130:11, 1130:16,
1130:17, 1130:18, 1131:7, 1131:12,
1131:20, 1132:10, 1132:12, 1132:15,
1132:21, 1132:23, 1133:1, 1133:5,
1133:6, 1133:7, 1133:22, 1134:15,
1134:17, 1135:11, 1136:15, 1136:25,
1137:8, 1137:11, 1137:12, 1137:13,
1137:16, 1137:17, 1138:3, 1138:5,
1138:7, 1138:9, 1138:16, 1138:19,
1138:20, 1138:23, 1139:17, 1139:18,
1139:21, 1139:22, 1139:23, 1139:25,
1140:2, 1140:5, 1140:8, 1140:22,
1141:10, 1141:16, 1141:19, 1141:25,
1142:5, 1142:8, 1142:11, 1142:12,
1142:16, 1142:19, 1142:24, 1142:25,
1143:4, 1143:6, 1143:18, 1143:22,
1144:6, 1144:17, 1144:18, 1144:23,
1145:11, 1145:16, 1146:19, 1146:22,
1146:24, 1147:6, 1147:7, 1147:9,
1147:11, 1147:12, 1147:15, 1147:24,
1147:25, 1148:2, 1148:4, 1148:9,
1148:19, 1149:1, 1149:2, 1149:9,
1150:9, 1151:16, 1151:17, 1151:18,
1152:4, 1152:7, 1152:10, 1152:22,
1153:3, 1154:3, 1154:9, 1154:13,
1154:15, 1155:16, 1155:20, 1155:22,
1155:25, 1156:1, 1156:4, 1156:6,
1156:15, 1157:9, 1157:16, 1157:18,
1158:3, 1158:4, 1158:8, 1158:19,
1159:15, 1160:14, 1160:19, 1161:8,
1161:18, 1161:20, 1161:23, 1162:7,
1162:8, 1163:21, 1164:1, 1164:2,
1164:25, 1165:3, 1165:4, 1165:9,
1165:10, 1165:19, 1166:3, 1166:12,
1166:13, 1167:8, 1167:10, 1167:22,
1168:10, 1169:12, 1169:14, 1170:12,
1170:16, 1170:24, 1171:2, 1171:4,
1171:5, 1171:13, 1171:14, 1172:1,
1172:22, 1173:23, 1174:1, 1174:7,
1174:15, 1175:23, 1176:4, 1176:6,
1176:20, 1176:24, 1177:25, 1178:15,
1178:18, 1179:8, 1179:15, 1179:21,
1181:6, 1181:7, 1181:11, 1181:17,
1181:19, 1181:21, 1181:22, 1182:11,
1182:18, 1183:10, 1184:1, 1185:7,
1186:3, 1186:5, 1186:7, 1186:13,
1187:10, 1187:12, 1188:4, 1188:8,
1188:9, 1188:16, 1188:19, 1189:5,
1189:7, 1190:7, 1190:9, 1190:17,
1191:5, 1191:6, 1192:22, 1192:25,
1193:5, 1193:7, 1193:18, 1194:11,
1194:19, 1194:20, 1194:21, 1195:19,
1196:2, 1196:7, 1196:8, 1196:18,
1197:15, 1197:19, 1197:22, 1198:4,
1198:13, 1199:1, 1199:12, 1201:14,
1201:15, 1204:13, 1204:20, 1204:23,
1205:12, 1206:19, 1206:25, 1208:4,
1208:17, 1210:2, 1211:17, 1211:19,
1211:23, 1211:24, 1212:1, 1213:3,
1213:8, 1213:12, 1214:19, 1214:20,
1214:23, 1215:6, 1217:13, 1218:17,
1218:19, 1221:12, 1221:14, 1221:17,
1221:21, 1221:22, 1222:2, 1222:4,

1222:6, 1222:9, 1222:12, 1223:2,
1224:11, 1225:6, 1225:7, 1225:24,
1226:4, 1226:10, 1226:11, 1226:15,
1226:24, 1228:17, 1229:7, 1229:8,
1229:11, 1229:21, 1233:5, 1233:6,
1233:7, 1233:9, 1233:10, 1233:12,
1233:15, 1233:16, 1233:18, 1234:25,
1235:3, 1235:6, 1236:3, 1236:19,
1236:25, 1239:9, 1239:24, 1239:25,
1240:2, 1240:4, 1240:6, 1240:18,
1241:24, 1247:22, 1248:22, 1249:8,
1249:9, 1249:13, 1250:11, 1251:12,
1251:14, 1251:15, 1251:16, 1252:3,
1252:9, 1252:15, 1252:17, 1254:5,
1254:23, 1256:9, 1256:12, 1257:7,
1257:24, 1258:6, 1260:21, 1261:6,
1262:25, 1263:2, 1263:15, 1263:17,
1264:8, 1264:11, 1264:17, 1265:11,
1266:21, 1266:22, 1267:10, 1268:4,
1268:22, 1269:12, 1272:11, 1272:21,
1273:8, 1273:14, 1273:23, 1274:1,
1275:15, 1277:9, 1278:21, 1281:14,
1282:24, 1284:14, 1285:3, 1286:5,
1286:16, 1287:2, 1287:18, 1287:23,
1287:25, 1291:8, 1292:15, 1295:6,
1295:7, 1295:17, 1296:19, 1297:8,
1297:9, 1297:14, 1298:2, 1298:12,
1299:1, 1299:12, 1300:1, 1301:2,
1301:6, 1307:22, 1307:24, 1308:5,
1308:8, 1309:15, 1309:17, 1309:18,
1310:1, 1310:7, 1311:10, 1312:2,
1312:20, 1313:6, 1313:12, 1319:13,
1320:12, 1320:22, 1322:6, 1324:22,
1324:23, 1325:12, 1325:13, 1328:16,
1329:7, 1329:24, 1330:20, 1331:9,
1332:5, 1333:8, 1334:3, 1335:25,
1336:2, 1336:12, 1336:15, 1336:18,
1337:12, 1337:22, 1338:24, 1339:1,
1339:4, 1339:11, 1339:25, 1341:3,
1342:22, 1343:1, 1343:10, 1344:1,
1345:11, 1345:13, 1345:22, 1346:1,
1346:10, 1346:13, 1346:14, 1347:18,
1347:24, 1349:10, 1349:12, 1349:15,
1349:22, 1350:7, 1350:14, 1351:3,
1351:5, 1351:6, 1351:20, 1351:25,
1352:5, 1353:8, 1353:10, 1353:23,
1353:25, 1354:4, 1354:5, 1354:9,
1354:10, 1354:13, 1354:18, 1355:11,
1355:12, 1356:8, 1356:17, 1356:19,
1356:23, 1357:7, 1357:9, 1357:12,
1357:13, 1357:14, 1357:16, 1357:23,
1358:9, 1358:15, 1358:25, 1359:2,
1359:7, 1359:13, 1359:14, 1360:6,
1360:20, 1360:24, 1361:14, 1361:16,
1361:20, 1362:7, 1362:19, 1362:24,
1363:14, 1363:24, 1364:1, 1364:6,
1364:14, 1364:22, 1364:24, 1365:1,
1365:5, 1365:8, 1365:10, 1365:12,
1365:13, 1365:14, 1365:16, 1365:23,
1366:20, 1366:25, 1367:1
**isn't** - 1147:18, 1172:24, 1194:22,
1285:3, 1326:23
**Isn't** - 1179:19
**issue** - 1132:12, 1132:13, 1157:13,
1170:12, 1186:10, 1196:21, 1207:16,
1207:18, 1220:2, 1223:4, 1225:9,
1233:12, 1235:16, 1238:14, 1241:12,
1242:6, 1352:8, 1363:13, 1364:24,
1366:3
**issued** - 1181:16, 1335:22, 1336:4,
1337:8
**issues** - 1137:24, 1247:25
**It** - 1113:19, 1114:6, 1118:15,
1119:20, 1122:12, 1126:1, 1126:9,
1127:24, 1143:6, 1143:13, 1146:12,
1146:13, 1171:15, 1175:22, 1176:8,
1186:3, 1202:9, 1204:13, 1206:8,
1207:18, 1215:3, 1216:21, 1218:22,
1221:7, 1225:7, 1226:22, 1229:20,
1236:3, 1236:7, 1239:20, 1239:21,

1239:23, 1241:11, 1246:17, 1249:9,
1251:19, 1260:21, 1266:25, 1269:6,
1279:15, 1279:24, 1284:8, 1300:2,
1301:5, 1310:9, 1313:6, 1318:14,
1320:6, 1320:15, 1322:10, 1322:18,
1324:22, 1328:5, 1336:14, 1339:11,
1341:1, 1343:18, 1345:11, 1354:8,
1355:5, 1355:6, 1355:18, 1356:6,
1356:7, 1356:13, 1356:16, 1357:3,
1358:4, 1359:13, 1361:7, 1363:1,
1363:3, 1365:20, 1366:3
   it - 1114:2, 1114:22, 1118:2, 1119:13,
1120:9, 1120:14, 1120:20, 1120:25,
1123:7, 1123:9, 1125:22, 1125:25,
1126:6, 1126:7, 1126:18, 1127:13,
1128:14, 1129:15, 1129:19, 1129:20,
1131:21, 1132:6, 1132:10, 1132:15,
1133:1, 1133:16, 1134:17, 1137:11,
1137:17, 1138:15, 1138:16, 1138:19,
1139:1, 1139:10, 1139:11, 1139:13,
1139:22, 1139:23, 1140:2, 1140:22,
1141:1, 1141:10, 1142:3, 1142:4,
1142:14, 1143:6, 1143:12, 1144:5,
1145:3, 1145:5, 1145:16, 1146:1,
1146:5, 1146:8, 1146:12, 1146:13,
1147:9, 1147:12, 1147:17, 1148:13,
1148:14, 1148:15, 1148:16, 1149:1,
1149:3, 1149:7, 1149:9, 1149:12,
1149:17, 1149:20, 1149:21, 1150:20,
1151:13, 1152:1, 1152:17, 1154:2,
1154:11, 1154:13, 1156:19, 1156:21,
1156:23, 1156:24, 1156:25, 1157:1,
1158:7, 1158:8, 1158:10, 1158:22,
1158:23, 1159:4, 1159:12, 1160:15,
1160:25, 1161:18, 1162:8, 1162:9,
1162:17, 1162:20, 1163:2, 1163:3,
1163:13, 1164:1, 1164:13, 1164:16,
1165:10, 1165:11, 1165:21, 1166:1,
1166:9, 1166:22, 1167:4, 1167:11,
1167:20, 1167:24, 1169:15, 1170:12,
1171:13, 1171:17, 1171:19, 1172:24,
1172:25, 1173:5, 1173:8, 1174:7,
1174:15, 1174:18, 1175:13, 1175:15,
1175:19, 1175:22, 1175:23, 1176:9,
1177:14, 1177:19, 1177:20, 1177:23,
1177:24, 1179:6, 1179:9, 1179:20,
1180:1, 1180:3, 1180:7, 1180:8,
1184:6, 1184:10, 1185:16, 1186:3,
1186:5, 1187:5, 1188:9, 1188:13,
1188:14, 1188:16, 1189:10, 1189:12,
1190:3, 1191:24, 1192:14, 1192:16,
1192:17, 1192:18, 1193:14, 1193:18,
1194:6, 1194:12, 1194:17, 1194:22,
1195:13, 1196:14, 1196:25, 1197:19,
1198:22, 1198:24, 1201:4, 1203:5,
1204:2, 1204:13, 1204:18, 1205:6,
1205:7, 1205:17, 1205:21, 1205:24,
1206:11, 1206:21, 1207:9, 1207:15,
1207:25, 1208:10, 1213:18, 1215:14,
1215:15, 1215:20, 1218:13, 1218:22,
1219:15, 1219:18, 1219:23, 1220:4,
1221:3, 1221:9, 1221:13, 1221:14,
1222:13, 1222:15, 1222:16, 1222:20,
1222:24, 1223:6, 1223:7, 1223:9,
1223:10, 1223:11, 1224:24, 1224:25,
1225:6, 1225:13, 1225:15, 1225:19,
1227:25, 1228:2, 1230:6, 1231:25,
1232:1, 1233:3, 1233:23, 1234:8,
1234:15, 1235:22, 1236:21, 1239:6,
1239:12, 1239:13, 1239:19, 1244:20,
1244:21, 1245:4, 1245:5, 1248:21,
1249:8, 1249:13, 1249:14, 1249:16,
1249:20, 1250:13, 1250:17, 1250:21,
1251:2, 1251:3, 1251:11, 1252:13,
1253:18, 1254:20, 1255:3, 1256:14,
1256:20, 1257:15, 1258:25, 1260:12,
1260:13, 1260:16, 1260:22, 1262:18,
1263:10, 1263:12, 1263:16, 1264:8,
1264:10, 1264:21, 1265:11, 1266:3,
1267:1, 1269:11, 1269:17, 1271:10,

1272:15, 1272:25, 1273:6, 1273:16,
1274:9, 1274:25, 1276:11, 1278:17,
1278:25, 1279:8, 1279:13, 1279:22,
1280:8, 1280:9, 1280:15, 1280:16,
1280:22, 1282:7, 1282:14, 1282:20,
1283:5, 1283:9, 1283:11, 1284:2,
1284:14, 1284:17, 1285:3, 1286:1,
1286:9, 1288:2, 1288:12, 1289:25,
1290:2, 1290:10, 1290:11, 1291:6,
1292:3, 1292:10, 1292:20, 1293:23,
1294:9, 1295:3, 1295:6, 1296:5,
1296:6, 1296:18, 1296:22, 1297:2,
1297:3, 1298:21, 1299:12, 1299:17,
1302:21, 1305:2, 1305:4, 1305:22,
1306:14, 1306:18, 1308:8, 1308:16,
1310:5, 1310:17, 1311:10, 1311:21,
1311:22, 1312:1, 1313:14, 1313:16,
1314:1, 1314:2, 1314:20, 1315:3,
1315:4, 1315:7, 1315:9, 1315:24,
1317:14, 1317:17, 1318:9, 1318:10,
1318:12, 1319:13, 1319:15, 1319:22,
1320:17, 1320:21, 1321:10, 1322:13,
1322:15, 1323:10, 1324:2, 1326:9,
1326:18, 1326:20, 1328:3, 1329:15,
1331:15, 1331:23, 1332:17, 1333:18,
1335:8, 1337:6, 1337:12, 1337:18,
1337:24, 1338:5, 1339:2, 1339:9,
1340:15, 1342:25, 1343:16, 1343:23,
1345:12, 1346:14, 1347:15, 1347:16,
1348:12, 1349:15, 1349:22, 1350:20,
1351:6, 1351:17, 1351:19, 1351:20,
1351:23, 1351:24, 1352:1, 1353:14,
1353:16, 1353:17, 1353:19, 1354:1,
1354:10, 1354:19, 1354:23, 1355:11,
1355:17, 1355:24, 1355:25, 1356:3,
1356:4, 1356:8, 1356:12, 1357:9,
1357:21, 1358:6, 1358:9, 1358:20,
1358:21, 1358:25, 1359:12, 1359:21,
1360:3, 1360:9, 1360:13, 1361:3,
1361:5, 1361:8, 1361:23, 1362:4,
1362:5, 1362:9, 1362:11, 1362:13,
1362:16, 1362:18, 1362:20, 1363:10,
1363:11, 1363:13, 1363:23, 1364:4,
1364:7, 1364:19, 1365:7, 1365:12,
1365:13, 1366:13, 1366:17, 1367:2
   it's - 1118:3, 1124:17, 1129:19,
1132:16, 1132:17, 1133:16, 1134:6,
1135:21, 1138:17, 1139:14, 1145:13,
1145:14, 1147:9, 1148:3, 1148:18,
1151:22, 1152:22, 1156:2, 1158:21,
1158:22, 1159:18, 1161:18, 1164:16,
1165:5, 1169:11, 1171:9, 1171:11,
1176:1, 1176:9, 1178:3, 1181:16,
1187:9, 1187:17, 1188:7, 1188:14,
1191:8, 1192:2, 1194:23, 1195:1,
1195:13, 1195:14, 1197:20, 1197:22,
1199:17, 1199:18, 1206:23, 1207:9,
1207:13, 1221:8, 1233:8, 1233:15,
1234:5, 1237:7, 1248:6, 1250:8,
1272:12, 1282:4, 1297:2, 1298:9,
1301:2, 1301:3, 1321:13, 1336:7,
1345:9, 1345:10, 1346:19, 1351:6,
1352:4, 1352:12, 1353:3, 1353:12,
1355:15, 1356:4, 1357:22, 1358:21,
1358:22, 1359:1, 1359:8, 1360:7,
1360:16, 1360:20, 1362:21, 1363:14,
1363:15
   It's - 1113:11, 1127:6, 1128:6,
1129:10, 1144:18, 1156:1, 1157:17,
1164:22, 1171:11, 1176:8, 1177:15,
1178:2, 1193:3, 1194:22, 1199:17,
1206:22, 1222:10, 1223:2, 1224:12,
1234:20, 1250:13, 1250:18, 1263:18,
1266:23, 1274:21, 1317:14, 1319:1,
1325:15, 1332:4, 1342:21, 1346:14,
1349:15, 1349:22, 1351:3, 1353:11,
1354:1, 1355:2, 1355:8, 1357:3,
1360:7, 1362:16, 1365:17, 1367:1
   item - 1268:22, 1320:25
   items - 1302:23

its - 1133:24, 1221:17, 1222:5,
1306:23, 1336:18, 1363:17, 1364:13
itself - 1251:7, 1351:24

## J

J- 1112:12
Jack- 1270:8
Jackson- 1253:23, 1270:23
Jacques- 1212:22
Jag- 1257:15
Jagnarain- 1217:21, 1217:22, 1218:5,
1218:6, 1218:9, 1218:24, 1230:25,
1231:10, 1248:2, 1252:12, 1252:19,
1252:21, 1252:25, 1253:16, 1253:22,
1254:10, 1255:10, 1256:10, 1257:12,
1258:2, 1266:1, 1269:20, 1271:13,
1281:17, 1281:18, 1282:15, 1283:22,
1283:24, 1286:10, 1286:18, 1347:1,
1347:15
jail - 1116:5, 1116:9, 1138:15, 1139:7,
1139:14, 1149:24, 1152:10, 1152:12,
1155:7, 1177:12, 1178:13, 1188:20,
1196:10, 1204:22, 1230:25, 1242:21,
1286:22, 1286:25, 1287:1, 1303:5,
1303:12, 1323:13, 1326:11
jails - 1116:1, 1117:18, 1134:18,
1135:3, 1135:7, 1135:9, 1135:12,
1135:13, 1137:11, 1137:16, 1174:11,
1176:10, 1176:12, 1177:2, 1177:8,
1178:22, 1188:19, 1188:24, 1189:6,
1190:16, 1303:1, 1303:14
Jamaica- 1116:12, 1117:5, 1117:15,
1119:21, 1119:22
January- 1219:5, 1219:24, 1224:11,
1224:22, 1225:2, 1225:8, 1226:4,
1230:17, 1240:22, 1241:18, 1242:14,
1243:22, 1246:16, 1246:20, 1248:23,
1260:7, 1266:8, 1279:11, 1280:24,
1282:10, 1324:8, 1324:10, 1324:24,
1325:1, 1329:9
january - 1282:10
Javier- 1112:18
Jerry- 1278:10, 1278:21
Jersey- 1173:23, 1201:19
jest - 1153:6
job - 1126:2, 1132:17, 1139:23,
1165:14, 1179:1, 1186:8, 1201:25,
1202:1, 1202:12, 1202:17, 1363:7
John- 1112:9, 1205:16, 1279:16,
1279:25, 1322:20
Johnson- 1351:14, 1351:24, 1353:12
joke - 1153:6
Jones- 1295:25, 1310:10, 1310:17,
1320:23, 1321:6
Josh- 1266:25, 1343:1, 1343:11
Judge- 1112:10, 1121:12, 1122:9,
1122:24, 1124:2, 1124:3, 1157:14,
1175:17, 1175:20, 1180:14, 1196:25,
1200:11, 1282:21, 1286:13, 1299:25,
1301:8, 1301:14, 1306:3, 1306:8,
1306:25, 1310:11, 1317:8, 1317:10,
1317:11, 1317:25, 1319:4, 1319:5,
1319:19, 1322:9, 1324:16, 1325:6,
1326:1, 1328:21, 1335:7, 1335:9,
1335:13, 1335:19, 1336:4, 1336:13,
1337:8, 1342:1, 1345:7, 1351:23,
1364:22
judge - 1123:25, 1150:4, 1202:24,
1217:5, 1219:14, 1247:22, 1281:20,
1282:1, 1282:3, 1282:4, 1282:7,
1283:19, 1286:14, 1317:15, 1317:25,
1319:2, 1325:7, 1337:6
judge's - 1214:16, 1317:20
judges - 1138:11, 1202:15
judgment - 1168:18, 1173:8, 1194:11,
1228:13
July- 1167:20, 1296:13, 1296:20,
1296:22, 1310:20, 1311:1, 1311:11,
1311:25, 1318:19, 1319:11, 1319:19,

1320:11, 1337:13, 1343:3, 1343:10,
1349:11, 1349:13
**jump** - 1222:25
**juncture** - 1224:20
**June**- 1115:11, 1116:14, 1119:5,
1201:10, 1310:6, 1310:20, 1312:4,
1312:11, 1312:14, 1321:24, 1335:6,
1335:9, 1335:22, 1336:5, 1337:1,
1337:8, 1344:21, 1345:13, 1348:12,
1349:11, 1349:13
**June/july**- 1350:5
**junior** - 1201:1
**junk** - 1193:15, 1223:8
**jurisdiction** - 1137:5, 1195:21
**jurisdictions** - 1115:22
**jurors** - 1127:6, 1127:7
**Jury**- 1114:13, 1114:15, 1121:11,
1122:25, 1180:17, 1180:22, 1237:4,
1238:9, 1301:13, 1301:21, 1350:22
**jury** - 1112:10, 1113:2, 1114:10,
1115:6, 1115:12, 1116:9, 1117:5,
1121:22, 1122:21, 1123:19, 1124:5,
1132:23, 1132:25, 1133:8, 1144:15,
1145:17, 1146:6, 1151:20, 1163:15,
1163:19, 1164:25, 1165:5, 1166:4,
1183:21, 1192:10, 1196:7, 1197:4,
1200:20, 1201:2, 1201:7, 1203:22,
1211:6, 1214:10, 1218:10, 1221:14,
1222:17, 1222:18, 1223:13, 1224:8,
1238:2, 1238:5, 1238:7, 1240:23,
1247:21, 1254:1, 1254:3, 1262:23,
1272:6, 1277:9, 1301:19, 1301:20,
1305:14, 1305:21, 1311:22, 1315:20,
1319:15, 1320:21, 1337:5, 1343:1,
1343:11, 1354:9, 1357:9, 1358:21,
1363:4, 1363:10, 1367:5
**jury's** - 1250:8
**Just**- 1119:3, 1175:14, 1184:14,
1189:19, 1191:14, 1199:2, 1238:6,
1245:12, 1257:7, 1264:13, 1280:8,
1318:17
**just** - 1113:8, 1115:9, 1115:22,
1117:23, 1117:25, 1118:2, 1118:4,
1119:25, 1124:15, 1125:10, 1130:7,
1139:21, 1141:8, 1143:2, 1147:25,
1150:22, 1151:12, 1154:17, 1155:15,
1158:6, 1158:12, 1158:17, 1163:13,
1174:8, 1182:11, 1186:9, 1188:21,
1190:2, 1190:17, 1191:21, 1192:2,
1192:14, 1193:3, 1194:6, 1208:3,
1210:2, 1221:11, 1222:18, 1223:10,
1241:13, 1242:3, 1248:8, 1252:2,
1252:19, 1268:21, 1275:6, 1280:14,
1288:8, 1301:14, 1305:6, 1307:21,
1315:3, 1315:15, 1330:7, 1347:14,
1350:1, 1354:8, 1354:13, 1354:17,
1355:12, 1356:16, 1358:6, 1359:18,
1361:7, 1361:21, 1362:21, 1363:14,
1364:23
**Justice**- 1125:3
**justice** - 1126:4, 1202:14, 1202:16
**Justin**- 1313:7, 1318:2, 1322:19,
1322:20, 1365:14

**K**

**Kasoon** - 1242:10
**Keep** - 1302:13
**keep** - 1188:21, 1193:19, 1331:23,
1338:3, 1338:5, 1338:24, 1339:9,
1339:12, 1339:21
**keeping** - 1264:9
**Kentucky** - 1201:8
**kept** - 1243:15, 1317:17, 1339:6
**Kern** - 1313:7, 1322:19, 1322:20,
1365:14
**key** - 1302:22
**keys** - 1118:10
**Khan** - 1196:10, 1204:5, 1204:7,
1205:7, 1205:10, 1205:18, 1205:21,

1206:8, 1206:13, 1206:22, 1206:23,
1207:10, 1207:12, 1207:13, 1207:17,
1207:19, 1211:13, 1211:25, 1212:1,
1212:10, 1212:17, 1213:13, 1213:16,
1213:23, 1214:5, 1214:13, 1214:14,
1214:15, 1215:4, 1215:6, 1215:12,
1216:3, 1216:16, 1216:19, 1216:22,
1217:4, 1217:5, 1217:10, 1219:9,
1220:1, 1221:12, 1221:20, 1231:9,
1233:8, 1233:13, 1233:14, 1233:18,
1235:3, 1235:9, 1235:11, 1239:21,
1240:16, 1242:14, 1242:15, 1243:2,
1243:3, 1243:17, 1244:9, 1244:11,
1245:3, 1245:19, 1245:22, 1246:2,
1260:12, 1260:13, 1261:20, 1262:3,
1262:9, 1262:18, 1263:19, 1268:5,
1268:8, 1269:19, 1270:1, 1271:22,
1273:10, 1274:3, 1275:3, 1276:5,
1276:12, 1276:17, 1276:25, 1278:8,
1281:15, 1285:9, 1285:21, 1285:24,
1286:24, 1296:2, 1296:19, 1303:14,
1304:7, 1305:3, 1310:2, 1312:22,
1313:1, 1313:3, 1314:5, 1317:17,
1318:13, 1318:17, 1319:2, 1323:12,
1323:13, 1323:17, 1323:18, 1323:24,
1324:7, 1324:12, 1324:23, 1326:7,
1326:11, 1326:21, 1326:24, 1329:13,
1330:9, 1330:21, 1331:13, 1332:3,
1332:9, 1335:10, 1336:24, 1340:18,
1344:15
**Khan's** - 1212:24, 1213:14, 1215:5,
1217:7, 1218:20, 1245:9, 1253:11,
1260:22, 1266:9, 1272:5, 1278:7,
1280:6, 1280:7, 1309:7, 1339:3
**kidnap** - 1158:20
**kidnapped** - 1212:6, 1212:7, 1212:18,
1245:15, 1258:18
**kidnapping** - 1159:3, 1212:20,
1213:20, 1246:6
**Kill** - 1342:14
**kill** - 1179:16, 1342:11, 1342:13,
1342:18, 1362:18
**killed** - 1243:20, 1244:14, 1260:3,
1260:8, 1260:12, 1260:15, 1260:18,
1261:12
**killers** - 1327:24
**killing** - 1328:5
**kills** - 1343:22
**kilograms** - 1240:16
**kind** - 1115:12, 1145:6, 1148:25,
1152:23, 1187:9, 1189:14, 1344:2,
1352:1, 1355:6, 1355:14, 1355:17,
1358:20
**kinds** - 1137:23, 1170:3, 1170:23,
1173:24, 1198:14, 1198:24
**King** - 1164:24, 1165:6
**knew** - 1120:16, 1150:18, 1207:10,
1213:20, 1218:19, 1219:10, 1223:5,
1230:22, 1241:14, 1257:20, 1260:16,
1271:24, 1272:3, 1278:9, 1279:13,
1279:16, 1287:10, 1291:3, 1292:9,
1292:19, 1296:3, 1296:7, 1305:1,
1313:25, 1331:21
**knock** - 1346:17
**know** - 1119:17, 1120:19, 1127:7,
1131:18, 1132:2, 1132:22, 1132:24,
1133:16, 1133:19, 1133:21, 1134:3,
1134:4, 1134:5, 1134:6, 1134:10,
1137:25, 1139:5, 1141:22, 1144:16,
1144:19, 1146:11, 1148:2, 1148:3,
1148:8, 1148:9, 1148:18, 1148:22,
1150:5, 1152:1, 1153:5, 1158:22,
1159:9, 1161:20, 1162:12, 1163:23,
1165:25, 1167:1, 1167:14, 1172:6,
1174:21, 1174:23, 1174:25, 1176:3,
1177:10, 1179:21, 1180:3, 1180:7,
1183:5, 1184:12, 1184:19, 1188:14,
1193:14, 1193:23, 1193:24, 1194:24,
1196:2, 1198:15, 1204:20, 1206:3,
1216:1, 1216:15, 1218:13, 1218:17,

1218:21, 1224:17, 1229:1, 1235:9,
1247:9, 1247:10, 1249:19, 1249:24,
1250:4, 1250:8, 1250:18, 1254:1,
1260:21, 1283:4, 1291:2, 1291:5,
1291:6, 1292:9, 1292:12, 1296:6,
1298:5, 1298:8, 1299:10, 1303:11,
1304:20, 1309:9, 1312:18, 1314:23,
1315:1, 1315:14, 1320:4, 1322:23,
1332:1, 1337:3, 1345:9, 1345:10,
1346:19, 1350:17, 1351:15, 1351:22,
1353:1, 1359:17, 1361:16, 1364:5,
1364:21, 1365:16, 1366:3
**knowingly** - 1354:6, 1358:4, 1358:5
**knowledge** - 1131:24, 1147:7,
1198:11, 1198:12, 1226:16, 1229:12,
1275:19, 1314:23, 1336:22
**Known** - 1204:7
**known** - 1207:10, 1207:11, 1207:13,
1216:16, 1216:20, 1217:10, 1218:18,
1219:7, 1222:12, 1224:18, 1226:9,
1226:11, 1229:2, 1229:6, 1229:8,
1240:2, 1240:13, 1240:19, 1242:10,
1274:9, 1290:4, 1337:17
**Kridder** - 1318:2
**Krishna** - 1226:18, 1229:15
**Kuklinski** - 1194:9

**L**

**L**- 1112:13, 1112:16, 1200:5, 1200:10,
1205:18, 1343:4, 1368:8
**laborer** - 1331:2, 1331:19
**laden** - 1237:8
**ladies** - 1163:15, 1228:8, 1267:4,
1295:21
**lady** - 1183:10
**landed** - 1112:10, 1246:21
**language** - 1178:16, 1236:25,
1259:17, 1272:11, 1344:2, 1359:20
**laptop** - 1248:5, 1248:6, 1248:12,
1248:13, 1263:7, 1275:24, 1276:13,
1277:4, 1278:21, 1278:23, 1278:24,
1279:17, 1279:18, 1280:1, 1280:9,
1280:16, 1308:23, 1313:4, 1313:8,
1314:24, 1322:17, 1324:16
**laptops** - 1278:9, 1279:2, 1279:4,
1279:9, 1280:14, 1305:24, 1309:7,
1309:12, 1313:13
**large** - 1170:6, 1202:19, 1202:20,
1227:13
**larger** - 1279:17, 1280:2, 1326:6
**Larry**- 1298:18, 1302:9, 1302:19,
1344:24
**last** - 1122:15, 1133:11, 1140:13,
1157:12, 1182:11, 1198:18, 1204:2,
1207:19, 1235:20, 1265:7, 1282:24,
1295:24, 1355:18
**late** - 1230:12, 1250:13, 1250:14,
1304:5, 1348:11, 1366:15
**later** - 1144:6, 1162:11, 1207:15,
1207:23, 1215:1, 1225:2, 1240:9,
1245:5, 1253:11, 1263:12, 1268:20,
1280:10, 1292:15, 1292:18, 1304:20,
1310:14, 1333:12, 1335:6, 1343:23,
1356:15
**launder** - 1257:14
**Law**- 1201:9, 1203:5, 1203:8
**law** - 1123:22, 1125:5, 1125:20,
1125:22, 1125:25, 1126:7, 1138:6,
1138:7, 1138:22, 1141:6, 1142:14,
1142:16, 1148:2, 1148:17, 1156:2,
1156:15, 1170:2, 1186:6, 1191:8,
1191:18, 1191:21, 1191:22, 1193:1,
1201:17, 1201:18, 1202:1, 1202:8,
1202:10, 1202:12, 1203:16, 1204:1,
1204:3, 1208:18, 1272:10, 1282:6,
1285:19, 1287:17, 1287:24, 1352:7,
1359:14, 1361:17
**lawful** - 1125:23, 1126:8, 1352:2,
1353:10, 1353:12, 1354:2, 1354:23,

1357:5, 1357:16, 1358:15, 1359:4, 1360:21, 1361:1, 1361:4, 1362:4, 1362:5

**Lawrence**- 1112:18, 1345:23

**laws** - 1206:10, 1208:17

**lawyer** - 1115:14, 1115:24, 1117:10, 1117:11, 1123:15, 1123:16, 1123:20, 1127:4, 1127:24, 1128:3, 1128:6, 1128:11, 1128:14, 1128:21, 1128:22, 1128:23, 1128:25, 1129:2, 1129:3, 1129:4, 1129:9, 1129:11, 1129:13, 1129:14, 1130:23, 1134:17, 1135:9, 1135:11, 1136:2, 1136:4, 1136:6, 1136:10, 1136:14, 1137:2, 1137:4, 1137:6, 1137:12, 1137:13, 1138:6, 1138:8, 1138:12, 1140:6, 1140:8, 1140:10, 1140:11, 1140:14, 1140:17, 1141:6, 1141:7, 1141:10, 1141:13, 1142:11, 1142:12, 1142:13, 1142:16, 1142:19, 1143:8, 1143:20, 1143:24, 1144:1, 1144:4, 1145:7, 1145:10, 1145:11, 1145:13, 1145:15, 1145:18, 1145:19, 1145:24, 1145:25, 1146:1, 1146:2, 1146:3, 1146:10, 1146:16, 1146:17, 1146:25, 1148:20, 1149:9, 1156:14, 1157:11, 1158:3, 1158:19, 1159:20, 1159:24, 1160:8, 1160:16, 1160:18, 1160:19, 1160:21, 1160:23, 1160:24, 1161:9, 1163:13, 1163:14, 1163:17, 1163:18, 1164:11, 1165:8, 1165:10, 1165:18, 1165:19, 1165:20, 1165:22, 1166:6, 1166:18, 1167:10, 1167:22, 1171:7, 1172:3, 1173:2, 1174:16, 1179:22, 1182:12, 1182:18, 1182:19, 1182:20, 1183:9, 1184:1, 1184:11, 1184:24, 1185:17, 1186:7, 1186:8, 1188:7, 1188:14, 1191:6, 1191:7, 1191:23, 1192:1, 1192:4, 1192:7, 1193:8, 1194:14, 1194:20, 1194:21, 1195:2, 1195:22, 1196:12, 1196:22, 1199:3, 1199:11, 1204:18, 1204:20, 1204:21, 1204:25, 1211:12, 1211:15, 1212:21, 1213:2, 1215:6, 1260:20, 1270:1, 1287:10, 1287:13, 1287:14, 1287:23, 1303:5, 1303:8, 1320:23, 1325:13, 1331:5, 1333:22, 1337:3, 1339:12, 1342:21, 1343:11, 1354:18, 1355:11, 1355:12, 1357:24, 1359:14, 1360:3, 1360:6, 1361:8, 1361:9

**lawyer's** - 1127:18, 1127:19, 1128:18, 1132:16, 1132:17, 1138:5, 1139:23, 1143:10, 1144:2, 1149:6, 1154:12, 1156:16, 1160:1, 1184:5

**lawyer-specific** - 1354:18

**Lawyers**- 1143:13, 1156:23, 1156:24, 1204:19

**lawyers** - 1126:17, 1127:6, 1127:7, 1128:1, 1128:8, 1128:19, 1130:24, 1131:24, 1132:4, 1133:18, 1134:2, 1134:3, 1134:5, 1135:12, 1137:22, 1138:12, 1138:19, 1139:19, 1139:20, 1143:5, 1143:15, 1145:5, 1147:7, 1147:20, 1156:3, 1156:4, 1156:7, 1159:22, 1160:14, 1161:10, 1165:25, 1168:22, 1169:4, 1170:3, 1170:17, 1171:20, 1173:1, 1176:24, 1177:11, 1185:17, 1185:18, 1185:19, 1186:5, 1187:8, 1188:18, 1189:3, 1189:14, 1189:15, 1189:17, 1190:4, 1190:6, 1191:9, 1192:16, 1192:25, 1193:4, 1199:12, 1202:15, 1203:7, 1204:22, 1204:23, 1205:8, 1217:18, 1218:17, 1270:10, 1340:25, 1342:16, 1342:20, 1356:16, 1356:17

**lawyers'** - 1131:7

**lay** - 1181:13, 1181:19, 1281:24

**lead** - 1155:5, 1183:23, 1184:1, 1184:24, 1186:12, 1186:13, 1187:12, 1205:24, 1219:25, 1278:3

**leaders** - 1129:21

**leading** - 1139:16, 1222:2

**leads** - 1155:1, 1325:14

**learn** - 1133:12, 1133:14, 1166:12, 1193:19, 1241:3, 1241:4, 1241:22, 1242:13, 1245:9, 1252:19, 1268:23, 1275:10, 1275:23, 1276:4, 1289:20, 1332:8

**learned** - 1241:1, 1241:6, 1242:15, 1245:12, 1245:14, 1252:21, 1252:22, 1253:21, 1257:7, 1265:20, 1266:3, 1266:4, 1268:24, 1297:19

**learning** - 1231:2

**Learning**- 1155:9

**least** - 1148:6, 1205:8, 1213:22, 1241:8, 1275:11, 1277:3, 1298:19, 1332:3, 1333:21, 1355:11

**leave** - 1143:15, 1165:25, 1258:23, 1259:21, 1265:9, 1278:20, 1289:11, 1290:25, 1292:25

**leaves** - 1141:8, 1180:17, 1237:4, 1350:22

**leaving** - 1141:7, 1287:21, 1293:20

**lectured** - 1203:6, 1203:7

**led** - 1245:24, 1268:23

**ledger** - 1217:13, 1217:15, 1217:17, 1217:18, 1218:6, 1218:18, 1230:24, 1257:6, 1257:21, 1257:23

**ledgers** - 1235:6

**left** - 1118:19, 1183:8, 1196:7, 1259:2, 1265:9, 1289:15, 1292:11, 1304:1, 1304:9, 1304:13

**legal** - 1123:22, 1125:24, 1126:1, 1126:9, 1126:11, 1126:17, 1189:2, 1201:25, 1202:1, 1203:7, 1247:24, 1270:6, 1326:1, 1342:17, 1343:2, 1354:2, 1355:9, 1355:13, 1356:10, 1358:20, 1358:22, 1360:22, 1361:3, 1362:5, 1363:15

**legal-representation** - 1125:24, 1356:10, 1360:22

**legally** - 1212:23

**Legon**- 1186:4

**Lemonier**- 1346:7

**length** - 1155:3

**Leslie**- 1318:16

**Leslyn**- 1346:8, 1347:25

**Lesniak**- 1245:15, 1245:17, 1245:20, 1246:7

**less** - 1158:8, 1171:18, 1184:7, 1184:15, 1189:15, 1225:2, 1259:5

**Let**- 1125:11, 1164:14, 1164:16, 1164:20, 1174:8, 1177:16, 1179:12, 1214:9, 1219:17, 1222:2, 1231:19, 1266:11, 1272:21, 1282:17, 1291:21, 1296:14, 1297:14, 1298:20, 1299:22, 1307:12, 1322:24, 1328:7, 1335:23, 1336:2, 1342:22, 1347:23, 1353:23, 1360:3, 1360:10, 1364:23

**let** - 1119:8, 1149:5, 1150:4, 1159:19, 1160:1, 1167:15, 1172:3, 1219:18, 1222:14, 1266:12, 1312:18, 1360:25

**Let's**- 1127:15, 1142:3, 1147:16, 1157:21, 1161:22, 1162:17, 1168:6, 1170:15, 1170:19, 1180:15, 1194:4, 1200:20, 1237:2, 1246:19, 1251:3, 1252:4, 1263:17, 1350:17

**let's** - 1159:7, 1276:8, 1357:23

**letter** - 1177:19, 1189:8, 1219:22, 1219:24, 1220:2, 1221:8, 1221:11, 1221:17, 1223:8, 1224:11, 1224:21, 1224:23, 1225:1, 1225:5, 1225:7, 1226:2, 1226:5, 1227:9, 1228:1, 1228:12, 1228:17, 1235:23, 1236:16, 1239:9, 1292:16, 1306:15, 1307:7, 1307:10, 1307:15, 1310:14, 1310:19, 1311:10, 1311:25, 1312:4, 1312:5, 1312:11, 1314:4, 1319:1, 1319:11, 1319:19, 1320:15, 1321:7, 1321:17

**letters** - 1221:15, 1222:3, 1228:11, 1231:10, 1235:20, 1238:17, 1257:6

**level** - 1130:22, 1139:18, 1139:21, 1153:1, 1153:2, 1184:2, 1184:4, 1247:9

**Levitt**- 1270:9

**liaison** - 1261:25

**liberty** - 1171:1

**license** - 1138:15, 1254:8, 1302:20

**licensed** - 1162:4, 1162:24, 1359:14

**lie** - 1131:25, 1139:6, 1147:25

**lied** - 1254:5, 1254:10, 1330:8

**lieutenant** - 1140:3

**life** - 1130:20, 1132:2, 1134:9, 1134:15, 1141:18, 1142:6, 1148:2, 1174:5, 1174:6, 1207:25, 1327:9, 1364:13

**light** - 1215:9, 1215:21, 1228:2, 1228:13, 1251:12, 1333:14

**Like**- 1169:18

**like** - 1118:10, 1119:19, 1123:20, 1124:17, 1129:22, 1130:2, 1130:14, 1133:8, 1140:1, 1142:15, 1144:8, 1144:24, 1146:5, 1148:2, 1148:14, 1152:20, 1164:20, 1165:1, 1166:25, 1169:25, 1170:3, 1170:24, 1171:5, 1177:18, 1179:5, 1179:10, 1179:11, 1182:21, 1185:3, 1185:14, 1192:22, 1193:1, 1197:11, 1199:20, 1215:16, 1222:17, 1240:21, 1256:18, 1258:25, 1271:14, 1283:8, 1284:7, 1284:22, 1289:12, 1293:5, 1295:17, 1296:11, 1298:19, 1304:11, 1308:23, 1309:5, 1309:16, 1314:18, 1320:11, 1321:13, 1326:23, 1331:2, 1332:21, 1332:23, 1336:16, 1337:16, 1338:8, 1338:10, 1339:13, 1342:7, 1347:7, 1347:16, 1351:13, 1352:8, 1353:3, 1355:5, 1355:8, 1355:16, 1359:16, 1366:10

**likelihood** - 1141:8, 1213:9

**likely** - 1161:12, 1171:19, 1233:3, 1297:20

**Lilly** - 1240:14, 1245:6, 1262:11, 1262:12, 1263:16, 1263:25, 1264:6, 1266:3, 1266:5, 1270:21, 1271:24, 1271:25, 1272:5, 1285:15, 1285:23, 1290:4, 1290:23, 1291:1, 1291:4, 1292:9, 1292:11, 1292:19, 1294:10, 1295:17, 1295:24, 1296:3, 1296:7, 1297:5, 1297:8, 1297:9, 1297:12, 1297:15, 1297:20, 1305:2, 1305:3, 1305:6, 1325:22

**Lilly's**- 1285:18

**limit** - 1147:16, 1156:12, 1156:15

**limited** - 1208:22, 1215:18, 1315:17

**limiting** - 1215:22, 1228:9, 1234:7, 1250:15, 1267:4

**limits** - 1155:25, 1156:1

**linchpin** - 1144:22

**line** - 1165:19, 1166:3, 1173:16, 1190:19, 1191:5, 1192:1, 1273:9, 1273:20, 1289:5

**lines** - 1274:17

**Lipton**- 1112:16, 1249:14, 1250:10, 1251:2, 1346:5

**list** - 1135:16, 1211:3, 1211:4, 1218:23, 1266:16, 1275:6, 1280:4, 1286:12, 1304:21, 1310:1, 1323:18, 1325:7, 1343:20, 1348:14, 1348:15, 1348:17, 1348:20, 1349:10

**listed** - 1312:15, 1324:14, 1339:2

**listen** - 1128:1, 1128:22, 1129:12, 1165:21, 1193:13, 1290:25, 1367:3

**Listen**- 1316:1, 1317:1

**listened** - 1262:7

**listening** - 1141:1, 1139:15, 1262:15, 1262:20, 1266:3, 1331:14

**lists** - 1320:2, 1348:13

**lit** - 1266:2

**litigation** - 1203:25, 1204:1, 1221:11

**little** - 1115:8, 1123:19, 1126:19,

1130:17, 1149:20, 1157:2, 1168:6,
1191:14, 1199:20, 1199:21, 1200:20,
1206:5, 1207:15, 1225:19, 1236:20,
1250:13, 1262:10, 1263:6, 1302:13,
1330:17, 1333:12, 1333:14, 1356:1,
1366:18
  **live** - 1123:21, 1132:2, 1332:21
  **Lives**- 1274:1
  **lives** - 1128:2, 1181:23
  **living** - 1330:24
  **load** - 1202:20
  **loans** - 1257:6
  **lobby** - 1258:20, 1261:12
  **local** - 1135:7, 1205:12, 1205:20
  **locate** - 1270:15, 1270:18, 1270:22,
1273:20, 1274:3, 1330:13
  **located** - 1116:11, 1278:20, 1298:9
  **locater** - 1298:2
  **location** - 1298:24, 1347:21
  **locked** - 1150:15
  **locker** - 1118:11, 1288:25, 1302:22,
1302:23
  **logistical** - 1120:23
  **long** - 1113:17, 1115:6, 1123:16,
1202:17, 1246:22, 1249:8, 1260:23,
1274:24, 1275:20, 1293:23, 1347:2,
1354:20, 1364:19, 1365:5, 1365:17,
1366:22, 1367:3
  **longer** - 1263:2, 1278:11, 1278:12
  **Loo**- 1253:1, 1253:8, 1254:16,
1254:21, 1254:23, 1256:5, 1256:6
  **look** - 1119:19, 1120:7, 1146:14,
1185:3, 1191:5, 1205:3, 1225:5,
1231:20, 1253:18, 1260:15, 1266:12,
1274:13, 1275:1, 1289:24, 1337:23,
1342:19, 1353:12, 1366:8
  **Look**- 1133:18, 1164:18, 1167:1,
1167:19
  **looked** - 1302:15
  **Looking**- 1282:24
  **looking** - 1178:22, 1178:24, 1216:9,
1258:4, 1261:19, 1266:20, 1267:16,
1274:17, 1317:6, 1324:3, 1347:2,
1349:15, 1350:18
  **looks** - 1199:19, 1232:1, 1236:7
  **Loose**- 1124:1
  **lose** - 1138:14
  **loses** - 1171:17
  **loss** - 1171:1
  **lost** - 1272:2
  **lot** - 1127:23, 1134:18, 1137:16,
1138:1, 1140:4, 1146:13, 1148:2,
1148:8, 1150:14, 1175:23, 1176:8,
1179:2, 1180:1, 1180:2, 1184:1,
1188:8, 1188:18, 1190:2, 1191:17,
1191:21, 1193:15, 1198:21, 1203:25,
1221:7, 1221:11, 1221:23, 1237:9,
1242:4, 1258:23, 1259:18, 1267:15,
1297:13, 1304:19, 1335:14, 1350:4,
1354:14, 1364:23, 1366:21
  **loud** - 1353:24, 1359:18
  **loved** - 1168:20
  **loves** - 1166:2
  **Lower**- 1198:9
  **lunch** - 1237:2, 1238:13, 1365:20
  **Lunch**- 1182:2, 1182:3
  **Luncheon**- 1237:13
  **lying** - 1235:12, 1330:5, 1330:7

# M

  **M** - 1112:20, 1200:5, 1200:10, 1368:8
  **made** - 1113:20, 1129:8, 1132:21,
1132:23, 1133:7, 1140:15, 1144:24,
1150:1, 1198:8, 1208:22, 1214:11,
1234:11, 1234:14, 1240:22, 1247:18,
1248:12, 1256:18, 1268:10, 1273:1,
1286:20, 1290:20, 1307:11, 1308:17,
1309:17, 1312:7, 1321:21, 1322:17,
1325:18, 1330:11, 1335:21, 1337:17,

  **mail** - 1177:20, 1235:23, 1262:2,
1271:1, 1298:14, 1298:22, 1299:24,
1300:2, 1301:2, 1311:11, 1313:15,
1317:4, 1338:15, 1343:1
  **mailed** - 1278:25, 1298:8, 1313:23
  **mails** - 1315:16, 1315:17, 1315:21,
1338:14
  **main** - 1118:13
  **maintained** - 1212:5
  **maintaining** - 1240:15, 1272:4
  **Major** - 1271:14
  **make** - 1139:6, 1140:3, 1152:11,
1155:15, 1160:25, 1167:15, 1171:21,
1176:4, 1185:22, 1199:5, 1205:20,
1205:21, 1208:20, 1211:21, 1213:11,
1219:4, 1221:24, 1231:11, 1233:3,
1233:23, 1248:8, 1280:8, 1281:3,
1286:17, 1288:18, 1305:21, 1309:13,
1309:21, 1313:14, 1313:19, 1315:24,
1317:15, 1325:6, 1326:6, 1331:8,
1332:6, 1353:10, 1357:20, 1366:4
  **Make** - 1244:20
  **makes** - 1131:21, 1139:10, 1144:16,
1144:19, 1357:18, 1366:13, 1366:17
  **making** - 1150:14, 1187:13, 1216:7,
1256:13, 1257:22, 1333:18
  **Malcolm** - 1148:16, 1148:17
  **man** - 1246:12, 1304:4, 1333:7
  **Man** - 1207:12, 1207:14, 1207:17,
1214:2, 1216:16, 1216:20, 1216:25,
1217:4, 1217:10, 1217:15, 1218:14,
1218:18, 1219:2, 1219:3, 1219:7,
1219:10, 1220:2, 1222:6, 1222:10,
1222:12, 1223:6, 1224:19, 1225:9,
1226:9, 1226:18, 1226:20, 1226:21,
1226:22, 1226:24, 1226:25, 1227:5,
1229:2, 1229:6, 1229:7, 1229:15,
1229:17, 1229:18, 1229:19, 1229:22,
1230:24, 1231:10, 1233:5, 1233:8,
1233:10, 1233:11, 1233:12, 1233:17,
1233:18, 1235:4, 1235:5, 1235:18,
1235:25, 1236:24, 1236:25, 1239:25,
1240:15, 1240:20, 1241:4, 1241:8,
1241:9, 1241:10, 1241:15, 1241:16,
1268:22, 1292:17, 1292:20, 1333:11,
1336:23, 1358:7, 1363:7
  **Man-named** - 1233:5
  **manager** - 1140:3
  **Mancuso** - 1112:20
  **Manhattan** - 1115:16, 1115:17,
1115:25, 1136:20, 1202:2
  **manipulate** - 1140:5
  **manipulative** - 1178:13
  **manner** - 1131:12, 1268:1, 1328:13,
1328:14
  **mannered** - 1247:7
  **Mans** - 1241:20
  **Many** - 1135:10, 1137:21, 1158:2,
1176:12, 1176:13, 1287:9, 1333:19,
1333:20
  **many** - 1131:6, 1134:2, 1134:14,
1135:7, 1143:7, 1161:23, 1168:17,
1168:22, 1169:2, 1173:1, 1176:22,
1183:11, 1186:5, 1189:13, 1196:20,
1202:22, 1205:7, 1216:8, 1218:24,
1240:20, 1242:17, 1242:22, 1243:19,
1245:24, 1249:21, 1252:21, 1261:7,
1262:13, 1265:10, 1275:9, 1287:8,
1288:23, 1288:24, 1302:25, 1305:3,
1323:18, 1325:25, 1329:4, 1333:16
  **map** - 1211:19
  **March** - 1119:10, 1201:20, 1231:23,
1262:9, 1268:6, 1290:5, 1290:9,
1291:23, 1297:19, 1298:24, 1299:24,
1300:3, 1303:7, 1303:8, 1306:4,
1306:7, 1312:13, 1323:9, 1328:25,
1331:24
  **Mario** - 1347:7
  **Mark** - 1150:2, 1313:24

  **mark** - 1336:2
  **marked** - 1206:18, 1207:8, 1219:17,
1224:6, 1225:4, 1227:7, 1227:22,
1231:19, 1234:6, 1235:21, 1236:14,
1239:4, 1239:17, 1248:17, 1251:24,
1262:23, 1266:11, 1267:6, 1272:21,
1273:5, 1282:17, 1284:5, 1289:22,
1289:23, 1290:18, 1291:21, 1292:7,
1294:7, 1294:18, 1295:5, 1295:15,
1296:14, 1297:1, 1298:20, 1299:9,
1299:22, 1300:9, 1306:11, 1306:21,
1307:12, 1307:20, 1309:23, 1310:24,
1311:7, 1311:20, 1319:14, 1321:3,
1321:13, 1321:16, 1324:17, 1335:23,
1336:10, 1339:22, 1340:13, 1342:22,
1343:9, 1347:23, 1349:9, 1349:21
  **market** - 1203:1
  **markings** - 1350:1
  **marred** - 1253:22
  **marriage** - 1254:8
  **married** - 1201:11, 1201:12, 1253:21
  **Marshal** - 1299:2, 1299:15
  **marshal** - 1299:2
  **Marshal's** - 1298:23
  **Marshals** - 1195:16, 1231:15
  **marshals** - 1157:23
  **massacring** - 1242:24
  **material** - 1133:21, 1133:22, 1145:14,
1211:8, 1218:8, 1229:25, 1230:2,
1236:23, 1320:21, 1336:18, 1336:25,
1337:3, 1337:5
  **materials** - 1188:25, 1189:1, 1189:2,
1208:19, 1263:19, 1317:22
  **matter** - 1142:18, 1146:23, 1147:22,
1149:2, 1165:5, 1196:9, 1221:13,
1239:21, 1311:1, 1320:3, 1337:7
  **matters** - 1185:14, 1215:3, 1226:14,
1229:10, 1241:2, 1242:12, 1283:6,
1295:22, 1345:2
  **may** - 1113:9, 1113:11, 1121:12,
1141:11, 1142:7, 1164:6, 1165:20,
1184:9, 1195:5, 1195:22, 1196:6,
1198:5, 1204:20, 1205:4, 1211:18,
1213:10, 1215:14, 1224:7, 1227:23,
1234:15, 1234:24, 1259:12, 1284:7,
1301:15, 1306:23, 1312:18, 1319:9,
1319:17, 1321:15, 1326:9, 1331:11,
1336:25, 1348:23, 1350:24, 1360:1,
1361:21, 1364:7, 1364:8, 1364:17,
1366:3, 1366:4, 1366:22
  **May** - 1150:22, 1200:11, 1226:1,
1227:20, 1234:22, 1236:15, 1246:3,
1251:5, 1273:6, 1280:24, 1294:12,
1296:8, 1307:7, 1307:9, 1307:15,
1307:22, 1307:24, 1311:22, 1312:2,
1319:15, 1323:1, 1323:6, 1327:6,
1328:8, 1328:19, 1328:21, 1328:23,
1329:19, 1329:20, 1332:24, 1333:4,
1333:24, 1334:2, 1334:4, 1335:3,
1341:13, 1351:8, 1356:23, 1365:24
  **Maybe** - 1164:16, 1233:2, 1366:9,
1366:17
  **maybe** - 1119:24, 1152:18, 1158:19,
1170:23, 1182:3, 1188:15, 1237:11,
1251:9, 1265:13, 1277:9, 1309:11,
1330:16, 1351:25, 1366:18
  **Mazurek** - 1289:8
  **Mcclean** - 1265:8
  **Mcdonald** - 1165:4
  **Mcdonald's** - 1165:1, 1165:6
  **Mdc** - 1287:2, 1288:12, 1288:14,
1288:22, 1291:14
  **me** - 1113:25, 1114:1, 1117:8,
1117:13, 1117:19, 1117:22, 1119:8,
1124:11, 1124:17, 1125:11, 1126:1,
1126:9, 1130:6, 1134:6, 1135:3,
1141:2, 1149:5, 1149:18, 1149:23,
1150:17, 1155:18, 1159:19, 1160:1,
1162:22, 1164:14, 1164:16, 1164:20,
1165:8, 1167:15, 1167:24, 1172:3,

1174:8, 1177:16, 1179:12, 1179:22, 1180:3, 1180:5, 1183:8, 1186:3, 1192:14, 1194:1, 1194:3, 1199:20, 1199:22, 1204:14, 1205:11, 1205:18, 1205:19, 1206:5, 1212:5, 1213:17, 1214:5, 1214:9, 1216:12, 1217:21, 1218:2, 1218:19, 1219:17, 1219:18, 1222:2, 1231:18, 1231:19, 1231:23, 1233:22, 1235:20, 1237:7, 1239:4, 1241:13, 1245:4, 1245:5, 1245:24, 1246:21, 1247:24, 1248:6, 1248:7, 1248:25, 1249:14, 1250:12, 1250:18, 1250:20, 1252:23, 1253:2, 1258:23, 1260:14, 1262:3, 1265:8, 1266:11, 1266:12, 1267:17, 1268:10, 1271:18, 1272:21, 1274:3, 1274:6, 1274:7, 1276:5, 1276:14, 1276:15, 1278:11, 1278:12, 1278:22, 1282:17, 1287:16, 1289:24, 1291:21, 1293:20, 1295:6, 1295:8, 1295:9, 1296:14, 1297:14, 1298:11, 1298:14, 1298:20, 1299:22, 1302:2, 1302:18, 1307:12, 1307:16, 1310:9, 1310:19, 1315:12, 1320:16, 1321:8, 1322:24, 1324:2, 1324:8, 1324:12, 1327:25, 1328:3, 1328:6, 1328:7, 1329:9, 1329:21, 1330:4, 1330:5, 1330:6, 1330:8, 1330:16, 1331:15, 1332:4, 1332:5, 1332:6, 1332:12, 1332:13, 1332:14, 1332:15, 1332:17, 1333:7, 1333:10, 1333:14, 1335:23, 1336:2, 1337:15, 1337:18, 1342:22, 1343:18, 1346:5, 1347:23, 1351:23, 1353:23, 1355:6, 1355:18, 1356:4, 1356:8, 1356:16, 1357:1, 1357:17, 1358:4, 1358:9, 1358:20, 1358:23, 1358:25, 1359:13, 1360:3, 1360:10, 1360:11, 1360:25, 1362:14, 1363:11, 1364:19, 1364:23, 1365:22, 1366:13

**mean** - 1120:7, 1127:22, 1135:18, 1135:19, 1138:24, 1139:12, 1148:4, 1158:21, 1165:17, 1166:25, 1171:6, 1175:15, 1176:23, 1177:1, 1179:2, 1181:19, 1182:18, 1183:23, 1189:4, 1189:24, 1190:5, 1238:21, 1259:11, 1259:23, 1267:5, 1272:10, 1279:19, 1287:4, 1346:15, 1353:1, 1354:13

**meaning** - 1335:17, 1344:6, 1351:18, 1356:8

**Meaning** - 1136:6
**means** - 1115:21, 1127:23, 1127:24, 1144:3, 1145:24, 1157:21, 1170:19, 1170:20, 1208:16, 1226:16, 1230:2, 1233:13, 1254:18, 1269:11, 1337:3, 1337:5
**meant** - 1148:19, 1155:18, 1188:6, 1202:5
**measure** - 1250:18
**mechanical** - 1112:23
**mechanism** - 1309:3
**meet** - 1116:2, 1128:15, 1132:6, 1158:24, 1161:10, 1162:10, 1206:14, 1246:12, 1246:20, 1259:12, 1268:12, 1271:18, 1274:10, 1290:24, 1298:19, 1305:19, 1305:20, 1318:17, 1329:11, 1332:20, 1338:24, 1339:2, 1347:11
**meeting** - 1118:15, 1127:25, 1135:13, 1163:6, 1163:11, 1204:17, 1205:5, 1205:10, 1211:22, 1241:7, 1244:25, 1246:4, 1246:15, 1246:16, 1247:18, 1247:23, 1266:8, 1268:9, 1268:12, 1269:1, 1271:14, 1290:3, 1290:8, 1292:1, 1292:3, 1297:3, 1304:9, 1329:19, 1329:20, 1330:5, 1332:3, 1332:24, 1333:24, 1338:11, 1339:1, 1344:18, 1344:23, 1347:19
**meetings** - 1243:23, 1248:9, 1248:11, 1297:15, 1338:4, 1338:7, 1338:8, 1338:19, 1340:16, 1345:17, 1345:18, 1348:21, 1349:12

**meets** - 1205:1, 1305:15
**member** - 1124:19, 1201:5, 1244:1, 1247:22, 1262:20, 1269:2, 1350:4
**members** - 1168:25, 1174:23, 1174:24, 1183:21, 1242:8, 1243:5, 1243:12, 1244:13, 1256:16, 1271:15, 1323:18
**memo** - 1266:13, 1266:22, 1270:12, 1294:23, 1295:3, 1324:8, 1324:11, 1324:21
**memoranda** - 1338:7
**memorandum** - 1272:18, 1273:9, 1289:15, 1290:3, 1291:23, 1291:25, 1294:2, 1294:4, 1295:7, 1296:19, 1324:11, 1329:10, 1336:4, 1338:10, 1338:12
**memorandums** - 1326:15
**memos** - 1256:18, 1256:21, 1293:21, 1293:25, 1324:7, 1328:3, 1338:13
**men** - 1219:6, 1246:24
**Men** - 1219:13, 1235:16, 1358:8
**mental** - 1214:21, 1251:20, 1354:6, 1355:15, 1358:24
**mention** - 1282:11, 1282:14, 1338:7, 1338:14
**mentioned** - 1214:12, 1247:20, 1252:19, 1270:8
**message** - 1287:16, 1352:1
**messages** - 1177:7
**met** - 1117:16, 1162:13, 1204:4, 1205:9, 1241:7, 1241:15, 1241:17, 1242:8, 1242:9, 1242:10, 1246:15, 1246:18, 1247:5, 1247:8, 1248:2, 1258:8, 1259:1, 1261:7, 1265:17, 1268:5, 1271:9, 1271:15, 1271:16, 1278:9, 1290:23, 1291:5, 1292:23, 1295:25, 1302:9, 1305:17, 1317:11, 1318:19, 1322:25, 1325:9, 1325:10, 1327:6, 1333:16, 1333:22, 1338:9, 1361:5, 1363:16
**metal** - 1118:7, 1118:14, 1121:24, 1122:4
**methodology** - 1279:20
**Mexican** - 1199:4
**Mexico** - 1199:7, 1199:21
**Meyers** - 1314:20, 1315:17, 1315:18
**Meyers's** - 1314:16
**Miami** - 1167:1, 1167:20, 1205:14, 1318:14
**Michigan** - 1362:14
**mid** - 1282:10
**mid-2007** - 1276:11
**mid-january** - 1282:10
**middle** - 1201:4, 1345:15, 1364:14
**Middle** - 1325:1, 1364:16
**might** - 1154:4, 1154:5, 1184:16, 1185:4, 1185:10, 1185:13, 1186:1, 1188:25, 1190:11, 1192:14, 1194:3, 1218:4, 1230:4, 1245:18, 1247:25, 1253:24, 1254:4, 1270:20, 1274:4, 1274:23, 1275:5, 1297:20, 1310:4, 1313:4, 1317:17, 1322:23, 1338:11, 1354:8, 1357:22, 1362:20, 1363:23
**Might** - 1209:5, 1349:2
**military** - 1201:2, 1243:1, 1243:11, 1243:15, 1244:2, 1244:3, 1244:4, 1244:13
**million** - 1338:23
**mind** - 1143:10, 1148:13, 1154:12, 1204:15, 1215:2, 1215:10, 1215:15, 1216:3, 1218:12, 1228:2, 1228:13, 1233:24, 1234:16, 1249:7, 1251:12, 1251:20, 1276:16, 1331:8, 1334:4, 1335:3, 1359:12, 1359:24
**mindful** - 1143:14
**mine** - 1141:24, 1248:23
**Minister** - 1243:7, 1243:18, 1271:16, 1271:17, 1318:16, 1343:24
**ministers** - 1247:12
**minor** - 1130:18

**minute** - 1113:11, 1113:14, 1113:16, 1125:10, 1163:15, 1314:22, 1351:1
**minutes** - 1118:18, 1121:20, 1157:6, 1180:14, 1180:16, 1180:18, 1188:13, 1196:9, 1216:15, 1248:16, 1249:2, 1289:14, 1292:18, 1301:12, 1365:18
**miracle** - 1236:7
**mis** - 1364:21
**mis-estimated** - 1364:21
**misapprehension** - 1196:6, 1197:1
**miscellaneous** - 1269:6
**misdemeanor** - 1178:4
**mislead** - 1166:4
**Miss** - 1262:20, 1321:6
**missing** - 1233:2
**misspeak** - 1328:23
**misstatement** - 1268:11
**mistake** - 1113:20, 1113:21
**mistaken** - 1151:16
**mitigate** - 1213:7
**mixed** - 1352:4
**mode** - 1247:13
**model** - 1141:4
**modification** - 1319:24, 1320:1
**modified** - 1320:2
**modify** - 1358:19, 1358:24, 1359:21, 1360:2
**moment** - 1137:15, 1150:22, 1191:21, 1230:8, 1262:22, 1265:11, 1279:4, 1315:15, 1326:18, 1354:8, 1359:4, 1365:24
**moments** - 1133:11, 1140:9
**Monday** - 1157:12, 1157:14, 1157:22, 1365:1, 1365:25, 1366:19
**money** - 1146:7, 1148:24, 1172:9, 1172:14, 1172:16, 1190:25, 1253:8, 1257:5, 1257:14, 1257:19, 1257:23
**monies** - 1257:17
**month** - 1115:8, 1201:16, 1208:13, 1219:11, 1240:23, 1307:24
**months** - 1207:23, 1213:1, 1239:1, 1245:5, 1268:20, 1308:1, 1308:2, 1328:1, 1331:12, 1332:25
**Moore** - 1345:3
**More** - 1258:6
**more** - 1125:16, 1139:25, 1140:2, 1152:5, 1161:12, 1164:16, 1171:14, 1174:5, 1180:13, 1181:2, 1184:4, 1184:6, 1185:12, 1185:13, 1185:14, 1186:2, 1189:15, 1192:15, 1193:19, 1198:13, 1198:25, 1199:9, 1199:10, 1226:13, 1229:10, 1233:3, 1233:17, 1236:20, 1242:3, 1257:24, 1258:9, 1261:1, 1262:10, 1264:15, 1265:13, 1265:14, 1265:15, 1266:2, 1266:7, 1271:15, 1296:12, 1307:24, 1311:5, 1311:12, 1313:1, 1313:4, 1324:2, 1332:23, 1344:10, 1350:5, 1350:15, 1352:10, 1354:4, 1360:1, 1363:25, 1366:4, 1366:23
**Morgan** - 1241:19, 1274:9
**morning** - 1113:3, 1114:11, 1114:14, 1114:15, 1119:1, 1119:2, 1122:22, 1150:5, 1151:7, 1151:8, 1191:18, 1364:15, 1364:16, 1367:5
**Morris** - 1112:14
**Most** - 1142:12, 1143:5, 1147:20, 1172:17
**most** - 1118:8, 1124:14, 1127:7, 1132:1, 1132:24, 1161:9, 1171:20, 1184:21, 1186:4, 1189:3, 1199:12, 1199:14, 1265:16, 1269:18
**mostly** - 1204:3, 1258:14
**mother** - 1346:13
**motion** - 1335:20, 1336:5, 1336:15, 1342:1
**motions** - 1185:15, 1185:25, 1186:9, 1329:5
**motive** - 1322:12
**mouth** - 1149:20, 1152:18, 1155:19

**move** - 1127:11, 1177:16, 1187:18,
1244:18, 1297:14, 1318:21, 1330:16
**moved** - 1200:24
**moves** - 1188:22
**Mr** - 1113:6, 1113:7, 1113:10,
1113:15, 1113:16, 1113:20, 1113:21,
1113:22, 1114:6, 1114:8, 1114:12,
1114:17, 1114:18, 1114:25, 1115:1,
1117:24, 1118:12, 1118:21, 1118:22,
1118:23, 1118:25, 1119:1, 1120:21,
1120:22, 1121:2, 1121:4, 1121:12,
1121:16, 1121:19, 1121:24, 1121:25,
1122:1, 1122:4, 1122:9, 1122:12,
1122:18, 1122:19, 1122:20, 1122:22,
1123:9, 1123:10, 1123:13, 1123:14,
1125:4, 1125:8, 1125:10, 1125:13,
1126:10, 1126:21, 1126:22, 1126:23,
1126:24, 1126:25, 1127:1, 1127:11,
1150:22, 1150:25, 1151:2, 1151:3,
1151:4, 1151:6, 1151:7, 1151:8,
1151:11, 1151:12, 1151:19, 1154:1,
1161:17, 1168:22, 1175:8, 1175:19,
1177:18, 1179:19, 1180:14, 1180:21,
1180:24, 1180:25, 1181:1, 1181:3,
1182:7, 1182:22, 1182:23, 1182:24,
1183:2, 1183:3, 1183:4, 1183:14,
1185:24, 1186:11, 1186:15, 1187:3,
1187:6, 1187:20, 1188:2, 1188:3,
1188:24, 1189:19, 1190:5, 1191:11,
1191:12, 1191:14, 1191:16, 1191:17,
1195:23, 1196:5, 1196:9, 1196:17,
1196:20, 1196:23, 1196:24, 1196:25,
1197:6, 1197:9, 1197:10, 1198:7,
1198:8, 1199:23, 1199:25, 1200:1,
1200:2, 1200:3, 1200:11, 1200:16,
1200:17, 1205:10, 1205:18, 1205:19,
1205:21, 1205:22, 1205:25, 1206:5,
1206:8, 1206:13, 1206:17, 1206:22,
1206:23, 1207:5, 1207:6, 1207:10,
1209:5, 1210:2, 1210:8, 1211:13,
1211:25, 1212:10, 1212:17, 1212:24,
1213:14, 1213:16, 1213:23, 1213:25,
1214:4, 1214:7, 1214:11, 1214:17,
1215:2, 1215:6, 1215:9, 1215:12,
1215:14, 1215:19, 1215:23, 1215:25,
1216:22, 1219:19, 1220:4, 1220:5,
1221:3, 1221:6, 1221:7, 1221:18,
1221:22, 1222:4, 1222:15, 1222:23,
1223:9, 1223:14, 1224:3, 1224:7,
1224:11, 1225:11, 1225:14, 1225:17,
1225:20, 1225:23, 1226:1, 1226:4,
1226:14, 1227:11, 1227:17, 1227:20,
1227:23, 1228:4, 1228:7, 1228:11,
1228:14, 1228:17, 1229:10, 1230:16,
1230:21, 1231:3, 1231:4, 1231:6,
1231:8, 1231:17, 1231:18, 1231:24,
1232:4, 1233:7, 1233:20, 1233:25,
1234:3, 1234:9, 1234:13, 1234:15,
1234:19, 1234:20, 1234:22, 1235:3,
1235:7, 1236:2, 1236:5, 1236:9,
1236:11, 1236:15, 1236:18, 1236:22,
1237:7, 1238:4, 1238:12, 1238:13,
1239:13, 1239:15, 1244:15, 1244:18,
1244:21, 1244:22, 1245:17, 1245:19,
1245:20, 1248:22, 1249:3, 1249:5,
1249:6, 1249:9, 1249:11, 1249:13,
1249:14, 1249:18, 1249:23, 1249:25,
1250:2, 1250:3, 1250:5, 1250:10,
1250:17, 1250:22, 1251:2, 1251:5,
1251:18, 1251:23, 1251:25, 1252:10,
1253:11, 1255:7, 1256:1, 1256:16,
1256:20, 1256:24, 1256:25, 1258:21,
1261:6, 1261:7, 1261:8, 1262:4,
1264:18, 1265:2, 1265:13, 1265:14,
1265:15, 1267:1, 1267:2, 1267:8,
1268:4, 1268:8, 1269:10, 1270:20,
1273:2, 1273:3, 1273:6, 1274:3,
1276:20, 1278:2, 1283:11, 1284:2,
1284:3, 1287:15, 1287:19, 1287:21,
1287:22, 1288:3, 1288:13, 1289:2,

1290:14, 1290:16, 1290:20, 1290:22,
1291:15, 1291:24, 1292:5, 1292:8,
1292:25, 1293:10, 1294:14, 1294:16,
1294:19, 1295:8, 1295:11, 1295:13,
1296:24, 1298:3, 1298:8, 1298:9,
1298:14, 1298:19, 1299:5, 1299:7,
1299:11, 1299:25, 1300:6, 1300:7,
1301:1, 1301:8, 1301:14, 1301:23,
1301:24, 1301:25, 1303:25, 1306:18,
1306:19, 1307:17, 1307:18, 1310:21,
1310:22, 1311:13, 1311:15, 1311:16,
1311:24, 1312:1, 1312:3, 1312:22,
1313:1, 1313:3, 1313:7, 1314:5,
1314:16, 1314:20, 1315:15, 1315:17,
1317:2, 1317:12, 1319:6, 1319:8,
1319:10, 1319:13, 1319:18, 1320:17,
1320:22, 1321:9, 1321:17, 1321:18,
1321:19, 1323:24, 1324:15, 1324:23,
1326:8, 1326:11, 1326:17, 1327:6,
1332:9, 1332:10, 1332:11, 1335:2,
1335:10, 1335:24, 1335:25, 1336:1,
1336:6, 1339:3, 1340:9, 1340:11,
1341:10, 1341:13, 1341:16, 1343:5,
1343:7, 1344:15, 1344:18, 1345:2,
1345:5, 1345:9, 1345:12, 1346:5,
1347:13, 1347:22, 1348:9, 1348:11,
1348:19, 1348:23, 1349:1, 1349:2,
1349:16, 1349:19, 1350:14, 1350:16,
1350:24, 1351:8, 1351:11, 1351:12,
1351:13, 1351:19, 1353:3, 1354:15,
1355:4, 1355:19, 1355:20, 1356:3,
1356:6, 1356:21, 1357:1, 1358:14,
1359:5, 1359:11, 1360:9, 1360:13,
1360:19, 1360:25, 1361:1, 1361:11,
1361:14, 1361:24, 1362:12, 1363:1,
1363:3, 1363:5, 1363:9, 1363:22,
1364:4, 1364:9, 1364:13, 1364:16,
1364:21, 1365:3, 1365:6, 1365:10,
1365:14, 1365:15, 1365:21, 1365:24,
1366:6, 1366:25, 1367:7, 1367:8,
1368:7, 1368:8
**Ms** - 1198:24, 1214:17, 1218:24,
1225:7, 1227:9, 1230:25, 1289:19,
1290:3, 1293:18, 1293:24, 1294:1,
1294:21, 1295:8, 1296:19, 1298:4,
1298:16, 1299:24, 1300:2, 1310:10,
1310:15, 1312:24, 1315:6, 1338:10,
1340:22, 1346:20, 1347:15
**Mt** - 1200:25
**much** - 1125:15, 1153:23, 1152:24,
1153:1, 1155:9, 1180:13, 1184:8,
1185:20, 1188:21, 1259:19, 1304:19,
1330:18, 1339:16, 1350:15
**multiple** - 1233:4, 1358:8
**murder** - 1146:7, 1179:25, 1190:23,
1260:22, 1327:23, 1328:2, 1328:9
**murderous** - 1327:19
**must** - 1128:3, 1193:4, 1284:23
**mutual** - 1322:9
**mutually** - 1308:19, 1322:16
**my** - 1115:7, 1116:15, 1117:12,
1117:19, 1117:23, 1117:24, 1118:3,
1120:9, 1120:24, 1122:24, 1123:22,
1124:10, 1124:12, 1124:16, 1125:2,
1125:20, 1126:17, 1130:6, 1130:7,
1131:2, 1131:6, 1133:7, 1133:9,
1135:1, 1154:17, 1159:10, 1159:19,
1163:3, 1177:16, 1177:19, 1179:21,
1185:17, 1186:3, 1196:19, 1199:11,
1200:13, 1200:25, 1201:14, 1204:15,
1212:19, 1216:13, 1216:22, 1219:12,
1224:17, 1226:24, 1228:20, 1228:25,
1229:21, 1230:17, 1231:13, 1243:23,
1247:24, 1248:6, 1248:12, 1248:13,
1256:16, 1261:24, 1262:20, 1263:21,
1265:1, 1266:19, 1266:25, 1267:17,
1268:24, 1269:1, 1272:1, 1273:18,
1278:24, 1281:5, 1282:22, 1283:5,
1283:13, 1285:19, 1295:10, 1298:18,
1298:22, 1301:15, 1302:9, 1302:18,

1302:19, 1305:3, 1310:9, 1313:25,
1317:9, 1327:25, 1329:2, 1329:8,
1330:6, 1330:7, 1333:14, 1333:16,
1335:8, 1335:10, 1337:16, 1341:18,
1346:1, 1349:10, 1351:8, 1356:20,
1359:13, 1364:9
**My** - 1113:7, 1113:8, 1123:8, 1148:16,
1179:21, 1201:15, 1202:1, 1203:24,
1273:1, 1285:23, 1288:2, 1328:16,
1337:18, 1352:5
**Myers** - 1318:2, 1318:15
**Myself** - 1168:24
**myself** - 1131:1, 1131:5, 1149:1,
1149:22, 1169:3, 1179:10, 1192:11,
1239:20, 1265:1, 1266:25, 1296:19,
1303:17, 1306:3, 1330:9, 1338:9,
1357:17

---

# N

**N** - 1114:19, 1114:23, 1123:4,
1205:18, 1238:1, 1279:25, 1368:3,
1368:5
**name** - 1114:22, 1116:19, 1116:20,
1117:20, 1117:23, 1118:1, 1118:2,
1118:4, 1119:13, 1119:17, 1120:4,
1120:5, 1123:7, 1123:8, 1123:25,
1189:10, 1200:8, 1204:5, 1205:15,
1206:22, 1212:21, 1216:25, 1230:9,
1231:1, 1238:22, 1241:8, 1241:16,
1243:7, 1243:21, 1245:15, 1246:10,
1246:11, 1247:14, 1252:5, 1252:12,
1258:17, 1265:7, 1266:8, 1267:18,
1268:15, 1274:6, 1279:24, 1292:19,
1297:25, 1298:5, 1298:9, 1298:11,
1298:12, 1299:10, 1323:2, 1323:5,
1323:6, 1323:9, 1323:12, 1323:22,
1323:23, 1325:11, 1329:9, 1340:15,
1343:19, 1347:7, 1359:12, 1362:14,
1365:12, 1365:14
**named** - 1150:2, 1204:5, 1217:14,
1217:21, 1222:6, 1226:19, 1229:16,
1230:11, 1231:14, 1233:5, 1233:9,
1233:10, 1235:18, 1236:24, 1240:24,
1241:15, 1242:21, 1246:12, 1253:1,
1253:22, 1260:6, 1268:6, 1313:24,
1318:2, 1333:5, 1343:4
**narcotic** - 1206:9
**narcotics** - 1267:23
**narrative** - 1244:20
**narrow** - 1357:11
**nasty** - 1259:16
**National** - 1242:1
**national** - 1242:15, 1247:13
**natural** - 1134:9
**naturally** - 1128:9, 1184:5, 1184:8,
1190:3
**nature** - 1135:22, 1151:22, 1173:15,
1178:25, 1184:13, 1336:19
**near** - 1131:18, 1252:9, 1252:14,
1256:13, 1290:11
**necessarily** - 1143:12, 1346:15
**necessary** - 1128:5, 1128:6, 1138:17,
1138:19, 1157:25, 1221:8, 1282:5
**Need** - 1268:15
**need** - 1113:11, 1128:1, 1128:24,
1149:8, 1162:2, 1174:3, 1185:25,
1193:24, 1194:11, 1194:13, 1198:13,
1221:14, 1280:13, 1284:21, 1325:14,
1366:22
**needed** - 1129:3, 1219:14, 1262:7,
1269:23, 1281:3, 1311:4, 1313:14,
1337:22, 1350:8
**needn't** - 1340:15
**needs** - 1134:20, 1358:25
**negatively** - 1281:14
**neighbor** - 1332:13, 1332:14
**neighborhood** - 1175:8, 1198:12
**neighborhoods** - 1152:9
**Neither** - 1361:21

**neither** - 1362:4
**neutralize** - 1342:7, 1342:19, 1344:3
**neutralizing** - 1342:20
**Never** - 1166:21, 1303:6, 1314:15, 1327:5, 1327:10, 1327:15, 1327:20, 1328:12, 1334:6, 1338:2, 1348:4, 1348:7
**never** - 1131:2, 1131:4, 1134:13, 1135:2, 1148:13, 1153:5, 1162:12, 1162:13, 1163:18, 1166:6, 1173:4, 1182:18, 1182:19, 1193:14, 1197:19, 1212:4, 1235:10, 1243:14, 1250:14, 1254:7, 1255:4, 1256:6, 1259:3, 1276:7, 1280:12, 1280:13, 1287:14, 1291:5, 1293:2, 1295:19, 1298:6, 1303:10, 1303:21, 1313:5, 1314:19, 1315:2, 1323:20, 1327:8, 1330:8
**New** - 1112:1, 1112:5, 1112:21, 1115:4, 1115:23, 1116:12, 1123:22, 1123:24, 1124:23, 1124:25, 1125:1, 1162:5, 1200:25, 1201:9, 1201:19, 1201:20, 1201:21, 1201:23, 1202:13, 1202:16, 1202:23, 1203:9, 1205:20, 1231:16, 1235:10, 1239:10, 1240:17, 1253:6, 1257:2, 1257:3, 1257:21, 1268:2, 1287:3, 1298:18, 1303:16, 1314:3, 1336:14
**new** - 1141:10
**Newark** - 1118:17
**news** - 1121:8
**newspaper** - 1350:19
**newspapers** - 1127:9, 1216:9, 1216:10
**next** - 1114:17, 1153:8, 1162:24, 1177:16, 1177:17, 1186:17, 1187:21, 1195:25, 1201:15, 1204:24, 1204:25, 1205:23, 1209:7, 1210:9, 1219:11, 1220:7, 1223:15, 1232:6, 1237:14, 1251:8, 1255:12, 1261:11, 1263:15, 1264:8, 1268:3, 1269:5, 1273:20, 1273:23, 1277:11, 1300:10, 1316:4, 1317:9, 1322:8, 1323:22, 1324:5, 1334:7, 1335:12, 1346:2, 1352:13
**nice** - 1119:24, 1299:15, 1299:16, 1350:21
**nicely** - 1157:8, 1158:8
**nickname** - 1216:19, 1227:2, 1229:24, 1238:21, 1241:4, 1241:7, 1267:20, 1336:23
**nicknamed** - 1239:25
**nicknames** - 1226:12, 1226:24, 1229:9, 1229:22
**Nicolai** - 1116:20, 1116:21, 1116:23, 1117:20, 1118:18, 1120:9, 1120:17
**Nicole** - 1119:13
**Nigel** - 1240:13, 1286:20, 1286:21, 1286:22, 1287:10, 1288:10, 1288:19, 1290:4, 1292:23, 1293:14, 1294:10, 1296:12, 1296:20, 1304:14, 1338:8
**night** - 1158:13, 1202:8
**nine** - 1115:8, 1123:17, 1253:18, 1254:20, 1281:8, 1304:4
**Nita** - 1203:4
**no** - 1117:25, 1118:21, 1135:18, 1136:22, 1137:19, 1140:17, 1142:24, 1143:22, 1144:1, 1148:3, 1150:25, 1165:9, 1165:10, 1166:3, 1182:10, 1182:19, 1188:13, 1190:7, 1192:1, 1193:22, 1193:24, 1194:7, 1196:3, 1199:23, 1207:25, 1218:18, 1226:16, 1263:2, 1264:11, 1278:11, 1278:12, 1279:11, 1279:14, 1286:19, 1323:15, 1330:2, 1331:12, 1333:10, 1333:11, 1333:12, 1334:2, 1334:3, 1335:17, 1346:3, 1350:1, 1357:13, 1357:18, 1362:10, 1365:25
**No** - 1114:5, 1116:22, 1116:24, 1119:11, 1119:14, 1121:2, 1121:4, 1125:8, 1126:22, 1126:24, 1134:24, 1136:12, 1136:21, 1136:23, 1142:25,

1154:11, 1158:16, 1159:1, 1164:22, 1165:8, 1166:23, 1167:2, 1167:3, 1168:2, 1168:3, 1168:5, 1171:23, 1171:25, 1177:21, 1177:24, 1181:8, 1182:15, 1193:3, 1199:25, 1200:2, 1200:14, 1207:6, 1215:23, 1224:25, 1227:21, 1239:15, 1252:17, 1260:10, 1260:14, 1263:14, 1264:9, 1270:3, 1271:23, 1279:6, 1284:3, 1288:20, 1289:13, 1290:16, 1293:7, 1293:9, 1295:13, 1299:7, 1300:7, 1304:12, 1305:10, 1306:19, 1307:18, 1310:22, 1314:11, 1322:8, 1324:4, 1325:9, 1325:18, 1326:24, 1327:25, 1329:18, 1329:23, 1335:5, 1338:6, 1340:11, 1343:7, 1344:8, 1345:8, 1349:19, 1360:13
**nobody** - 1114:5, 1271:23, 1331:25
**non** - 1315:11
**non-functional** - 1315:11
**None** - 1228:9, 1294:16, 1321:25, 1337:11, 1342:5
**none** - 1118:9, 1194:1, 1235:8, 1261:6, 1276:16, 1279:7
**nonfunctional** - 1315:14
**nonhearsay** - 1249:16
**nonlawyer** - 1355:2
**nonlawyer-specific** - 1355:2
**nonlawyers** - 1354:19
**nonsense** - 1129:18, 1129:19, 1180:8, 1180:9
**Nor** - 1177:14
**nor** - 1261:8, 1362:5
**Norman** - 1265:7
**northeast** - 1231:5
**Not** - 1138:24, 1157:1, 1217:3, 1219:8, 1242:17, 1246:14, 1250:2, 1268:20, 1276:21
**not** - 1113:2, 1113:23, 1114:6, 1117:24, 1118:3, 1119:9, 1120:6, 1120:9, 1120:16, 1120:17, 1121:14, 1121:22, 1122:16, 1125:12, 1125:14, 1126:1, 1126:7, 1126:13, 1127:8, 1129:15, 1129:22, 1131:3, 1132:3, 1132:11, 1133:1, 1133:9, 1136:25, 1137:4, 1137:6, 1137:9, 1137:21, 1138:4, 1138:10, 1138:20, 1139:9, 1139:10, 1139:16, 1140:6, 1140:21, 1140:24, 1140:25, 1141:11, 1141:12, 1141:24, 1142:5, 1143:2, 1143:5, 1144:20, 1145:5, 1146:24, 1147:4, 1147:15, 1147:25, 1149:16, 1151:16, 1152:5, 1152:10, 1152:11, 1154:17, 1155:25, 1156:1, 1156:7, 1156:24, 1158:12, 1158:17, 1159:10, 1159:25, 1160:3, 1160:21, 1161:25, 1162:9, 1164:16, 1165:3, 1165:4, 1165:10, 1165:13, 1165:20, 1166:19, 1167:8, 1167:23, 1167:25, 1168:1, 1168:4, 1174:13, 1176:8, 1176:9, 1177:25, 1178:18, 1179:17, 1181:11, 1181:19, 1181:21, 1184:7, 1184:8, 1184:9, 1186:5, 1186:7, 1186:10, 1189:8, 1189:14, 1189:20, 1190:3, 1190:8, 1190:10, 1190:12, 1192:8, 1193:7, 1194:12, 1195:21, 1196:23, 1197:14, 1198:4, 1199:5, 1199:14, 1199:17, 1204:15, 1204:21, 1205:10, 1207:11, 1209:3, 1210:2, 1210:4, 1211:4, 1212:13, 1212:19, 1212:23, 1214:2, 1214:14, 1214:15, 1215:6, 1215:7, 1215:19, 1216:22, 1218:2, 1218:9, 1218:25, 1219:9, 1219:16, 1221:8, 1221:12, 1221:13, 1221:14, 1221:20, 1221:22, 1221:24, 1222:13, 1222:19, 1223:1, 1223:7, 1224:17, 1224:24, 1227:25, 1229:1, 1231:9, 1233:3, 1233:6, 1233:10, 1233:12, 1233:18, 1237:7, 1237:9, 1238:2, 1239:23, 1240:15, 1241:19, 1244:20, 1245:22,

1251:9, 1251:19, 1252:15, 1256:7, 1260:21, 1261:10, 1264:19, 1265:16, 1265:25, 1267:14, 1268:7, 1269:20, 1271:18, 1272:7, 1272:8, 1272:16, 1272:9, 1274:12, 1274:22, 1277:10, 1280:15, 1282:4, 1282:24, 1283:2, 1283:16, 1284:8, 1284:9, 1285:20, 1290:12, 1290:24, 1291:5, 1291:25, 1297:2, 1297:20, 1301:19, 1303:3, 1304:19, 1305:2, 1306:4, 1307:2, 1309:9, 1311:21, 1312:5, 1312:8, 1313:12, 1315:24, 1318:1, 1318:7, 1320:3, 1320:4, 1320:5, 1325:10, 1325:11, 1325:19, 1326:7, 1329:8, 1330:18, 1331:11, 1332:22, 1333:9, 1333:12, 1333:18, 1335:15, 1338:4, 1338:11, 1340:24, 1343:18, 1346:14, 1348:12, 1349:15, 1349:22, 1351:6, 1351:9, 1351:11, 1351:12, 1351:19, 1351:20, 1351:25, 1352:6, 1352:7, 1353:3, 1353:11, 1353:17, 1353:19, 1353:25, 1354:12, 1354:18, 1355:7, 1355:8, 1355:21, 1355:22, 1355:25, 1356:12, 1357:8, 1358:22, 1359:9, 1359:18, 1359:23, 1360:1, 1360:7, 1361:1, 1361:4, 1361:11, 1363:13, 1363:16, 1363:20, 1364:1, 1364:3, 1364:4, 1364:5, 1365:17, 1366:23, 1366:24
**notations** - 1257:22
**notebook** - 1118:10, 1250:5, 1250:10, 1250:11, 1275:24
**notes** - 1162:25, 1248:4, 1248:5, 1248:6, 1248:8, 1248:10, 1248:13, 1248:22, 1248:24, 1251:14, 1251:15, 1251:16, 1266:25, 1273:1, 1273:19
**Nothing** - 1201:21, 1182:22
**nothing** - 1120:22, 1120:25, 1188:10, 1189:1, 1189:4, 1190:9, 1190:13, 1190:15, 1190:20, 1192:13, 1208:10, 1209:3, 1222:25, 1328:4, 1356:3
**notice** - 1273:8, 1364:17, 1364:23
**notified** - 1314:2
**notify** - 1121:12
**notifying** - 1288:1
**notion** - 1196:7
**notwithstanding** - 1218:1
**November** - 1213:1, 1217:12
**now** - 1117:14, 1123:25, 1124:7, 1134:17, 1140:4, 1141:10, 1142:16, 1149:6, 1196:15, 1218:9, 1223:10, 1238:17, 1241:1, 1249:20, 1250:14, 1251:3, 1259:8, 1266:2, 1269:6, 1281:3, 1283:6, 1299:1, 1314:17, 1321:7, 1324:16, 1332:2, 1335:11, 1343:15, 1344:19, 1344:20, 1357:2, 1360:17, 1366:24
**Now** - 1115:12, 1116:1, 1117:4, 1117:22, 1128:12, 1130:23, 1132:9, 1157:2, 1158:19, 1159:15, 1163:20, 1164:11, 1166:8, 1166:18, 1167:5, 1168:22, 1169:5, 1170:12, 1172:2, 1176:10, 1184:11, 1186:11, 1188:3, 1188:23, 1192:20, 1195:18, 1207:9, 1240:21, 1252:1, 1258:18, 1262:25, 1264:14, 1305:23, 1313:18, 1315:15, 1325:12, 1327:6, 1366:13
**nowhere** - 1139:16
**number** - 1149:18, 1158:1, 1189:10, 1206:15, 1219:12, 1225:25, 1226:14, 1226:20, 1229:10, 1229:17, 1240:6, 1241:2, 1249:13, 1264:1, 1264:2, 1264:4, 1264:7, 1270:17, 1272:13, 1295:9, 1298:1, 1298:17, 1301:6, 1307:6, 1312:16, 1313:25, 1314:1, 1324:12, 1340:21, 1341:15, 1348:24, 1348:25, 1366:19
**Number** - 1239:22, 1272:14, 1329:25, 1330:4
**numbers** - 1218:23, 1240:12,

1260:25, 1312:17, 1321:25
**numerous** - 1176:10, 1285:17, 1287:14

# O

**O** - 1114:19, 1114:23, 1123:4, 1123:8, 1200:5, 1238:1, 1279:25, 1368:3, 1368:5, 1368:8
**o'clock** - 1112:6, 1113:7, 1120:24, 1121:18, 1237:3
**oath** - 1123:3, 1138:8, 1254:6, 1254:9, 1254:10, 1285:3
**object** - 1182:7, 1361:2
**Objection** - 1127:11, 1186:15, 1195:23, 1214:4, 1220:5, 1244:15, 1288:3
**objection** - 1125:7, 1126:20, 1187:2, 1187:18, 1196:2, 1207:6, 1214:5, 1215:22, 1215:24, 1221:2, 1225:22, 1227:16, 1232:3, 1236:10, 1239:14, 1249:4, 1249:5, 1267:2, 1273:3, 1284:3, 1290:15, 1294:15, 1295:12, 1295:13, 1299:6, 1300:7, 1306:19, 1307:18, 1310:22, 1340:10, 1343:6, 1349:18, 1365:25
**obligated** - 1129:14, 1133:25, 1137:6, 1137:12, 1140:8, 1142:16, 1188:10, 1211:15
**obligation** - 1127:4, 1127:18, 1127:19, 1128:19, 1129:7, 1144:1, 1144:4, 1147:10, 1147:11, 1149:6, 1149:9, 1149:11, 1149:12, 1149:13, 1151:17, 1154:14, 1155:16, 1155:20, 1155:22, 1164:1, 1167:11, 1172:1, 1172:13, 1173:4, 1182:19, 1194:21, 1194:22, 1320:6, 1325:15, 1325:16
**obligations** - 1156:16
**observing** - 1198:5
**obstruction** - 1126:4
**obstruction-of-justice** - 1126:4
**obtain** - 1216:11, 1262:5, 1269:23, 1275:9, 1293:14, 1317:4, 1320:5, 1347:20
**obtained** - 1217:11, 1317:9
**obtaining** - 1303:19, 1318:4
**obvious** - 1156:4, 1158:19, 1158:21, 1158:22, 1161:20, 1192:17
**obviously** - 1138:23, 1162:4, 1226:21, 1229:18, 1355:14, 1361:6
**Obviously** - 1363:8
**occasion** - 1169:5, 1174:20, 1178:25, 1185:25, 1246:14, 1279:14, 1303:7
**occasionally** - 1148:25
**occasions** - 1158:10, 1161:1, 1166:8, 1168:16, 1176:10, 1293:16, 1303:20, 1307:6, 1333:15
**occupation** - 1115:1, 1123:14
**occurred** - 1230:19, 1251:21, 1256:6, 1261:17, 1290:8, 1297:3, 1309:14
**October** - 1202:18, 1203:19, 1213:1, 1257:8, 1260:3, 1264:16, 1271:2, 1271:20, 1272:19, 1273:1, 1273:16, 1274:10, 1274:13, 1274:15, 1275:23, 1275:25, 1276:9, 1312:12, 1313:5, 1323:24, 1324:2, 1328:22, 1329:1, 1329:9
**odd** - 1356:13
**Of** - 1112:1, 1112:3, 1112:9, 1119:6, 1177:13, 1259:18
**of** - 1113:20, 1114:3, 1115:3, 1115:11, 1115:12, 1115:20, 1116:1, 1116:14, 1116:19, 1118:4, 1119:3, 1119:9, 1119:13, 1119:17, 1124:5, 1124:10, 1124:12, 1124:19, 1124:21, 1124:23, 1124:24, 1125:1, 1125:15, 1125:17, 1125:19, 1126:2, 1126:3, 1126:4, 1126:8, 1126:9, 1126:11, 1126:12, 1126:16, 1126:18, 1127:3, 1127:4, 1127:7, 1128:4, 1128:7,

1128:12, 1128:24, 1129:7, 1129:9, 1129:10, 1129:11, 1129:22, 1130:1, 1130:14, 1131:2, 1131:12, 1131:16, 1131:24, 1132:9, 1132:12, 1132:13, 1132:15, 1132:17, 1132:19, 1133:7, 1133:8, 1133:13, 1133:20, 1133:21, 1133:24, 1134:1, 1134:5, 1134:9, 1134:14, 1134:18, 1134:19, 1135:2, 1135:3, 1135:8, 1135:12, 1135:16, 1135:22, 1136:6, 1136:9, 1136:16, 1136:20, 1137:3, 1137:9, 1137:16, 1137:18, 1137:23, 1138:2, 1138:4, 1138:6, 1138:7, 1138:10, 1138:11, 1138:14, 1138:20, 1139:1, 1139:5, 1139:12, 1139:18, 1139:21, 1140:2, 1140:4, 1140:9, 1140:12, 1140:13, 1140:16, 1140:22, 1140:24, 1141:14, 1141:15, 1141:19, 1142:5, 1142:6, 1142:8, 1142:15, 1142:17, 1143:6, 1143:11, 1143:14, 1143:20, 1144:2, 1144:22, 1145:6, 1146:3, 1146:5, 1146:13, 1146:25, 1147:7, 1148:2, 1148:8, 1148:9, 1148:10, 1148:16, 1148:22, 1148:25, 1149:4, 1149:10, 1149:19, 1149:24, 1150:14, 1151:22, 1152:3, 1152:4, 1152:7, 1152:8, 1152:10, 1152:12, 1152:19, 1152:23, 1153:1, 1153:2, 1154:6, 1154:12, 1156:1, 1156:2, 1156:8, 1156:15, 1156:18, 1157:18, 1157:19, 1158:1, 1160:22, 1162:15, 1163:15, 1163:18, 1163:24, 1164:1, 1164:23, 1166:2, 1166:5, 1166:8, 1166:12, 1167:5, 1167:20, 1169:6, 1169:7, 1169:15, 1170:2, 1170:3, 1170:6, 1170:7, 1170:21, 1170:23, 1171:1, 1171:4, 1171:7, 1171:12, 1171:20, 1172:2, 1172:8, 1172:11, 1172:13, 1172:22, 1173:3, 1173:5, 1173:14, 1173:15, 1173:23, 1173:24, 1174:2, 1174:15, 1174:21, 1174:23, 1174:24, 1175:9, 1175:23, 1175:24, 1176:8, 1176:13, 1176:19, 1176:22, 1176:25, 1177:1, 1177:2, 1177:7, 1177:9, 1177:10, 1177:11, 1177:12, 1177:16, 1178:2, 1179:1, 1179:2, 1179:5, 1179:17, 1180:1, 1180:2, 1180:5, 1180:11, 1181:9, 1182:13, 1183:15, 1183:21, 1183:22, 1183:23, 1184:3, 1184:13, 1184:14, 1184:19, 1184:20, 1184:23, 1184:24, 1185:2, 1185:4, 1185:6, 1185:16, 1185:21, 1185:25, 1186:1, 1186:4, 1186:6, 1186:9, 1186:14, 1187:3, 1187:5, 1187:9, 1187:12, 1187:17, 1188:5, 1188:8, 1188:9, 1188:14, 1188:15, 1188:18, 1188:23, 1189:11, 1189:13, 1189:15, 1190:2, 1190:10, 1190:16, 1191:1, 1191:8, 1191:9, 1191:17, 1191:18, 1191:20, 1191:21, 1191:22, 1192:12, 1193:6, 1193:8, 1193:9, 1193:15, 1193:17, 1193:23, 1194:18, 1194:20, 1194:21, 1194:23, 1195:1, 1196:3, 1196:9, 1196:13, 1196:16, 1197:12, 1198:2, 1198:3, 1198:5, 1198:10, 1198:12, 1199:7, 1199:13, 1199:14, 1199:19, 1200:17, 1200:22, 1201:4, 1201:5, 1201:8, 1201:10, 1201:19, 1201:20, 1201:21, 1201:22, 1202:14, 1202:18, 1202:23, 1202:25, 1203:8, 1203:9, 1203:10, 1203:12, 1203:14, 1203:15, 1203:16, 1203:22, 1203:25, 1204:2, 1204:13, 1204:14, 1204:17, 1205:2, 1205:7, 1205:8, 1205:24, 1206:2, 1206:9, 1206:13, 1206:15, 1206:23, 1207:2, 1207:17, 1207:23, 1208:6, 1208:8, 1208:9, 1208:12, 1208:14, 1208:17, 1208:24, 1209:3, 1211:2,

1211:18, 1211:21, 1211:22, 1211:23, 1212:2, 1212:5, 1212:14, 1212:19, 1212:21, 1213:1, 1213:3, 1213:17, 1213:18, 1214:12, 1214:15, 1214:18, 1214:21, 1214:22, 1215:3, 1215:12, 1215:15, 1215:17, 1215:19, 1215:24, 1216:5, 1216:7, 1216:10, 1216:13, 1216:21, 1216:22, 1217:2, 1217:11, 1217:12, 1217:16, 1218:6, 1218:9, 1218:16, 1218:19, 1218:23, 1218:24, 1219:5, 1219:6, 1219:12, 1219:15, 1219:25, 1221:7, 1221:8, 1221:10, 1221:11, 1221:12, 1221:22, 1222:7, 1222:13, 1223:2, 1224:14, 1224:15, 1224:16, 1224:21, 1224:24, 1225:4, 1226:2, 1226:13, 1226:14, 1226:15, 1226:17, 1226:22, 1226:24, 1227:1, 1227:5, 1228:1, 1228:2, 1228:9, 1228:10, 1228:12, 1228:13, 1228:14, 1228:21, 1228:22, 1228:24, 1228:25, 1229:10, 1229:12, 1229:14, 1229:19, 1229:21, 1229:23, 1229:24, 1230:1, 1230:5, 1230:10, 1230:12, 1230:16, 1230:17, 1230:21, 1230:22, 1231:2, 1231:16, 1231:22, 1231:23, 1233:11, 1233:22, 1233:23, 1234:12, 1234:13, 1234:16, 1234:17, 1235:2, 1235:8, 1235:11, 1235:15, 1235:16, 1235:20, 1235:25, 1236:7, 1236:15, 1236:23, 1237:5, 1237:6, 1237:9, 1238:17, 1238:18, 1239:10, 1239:21, 1240:1, 1240:9, 1240:12, 1240:17, 1240:22, 1241:2, 1241:5, 1241:8, 1241:17, 1241:18, 1241:19, 1242:4, 1242:5, 1242:8, 1242:8, 1242:11, 1242:14, 1242:20, 1242:21, 1242:23, 1242:24, 1243:1, 1243:3, 1243:5, 1243:6, 1243:7, 1243:9, 1243:12, 1243:17, 1243:19, 1243:24, 1244:1, 1244:13, 1245:2, 1245:8, 1245:9, 1245:13, 1245:14, 1245:15, 1245:24, 1246:2, 1246:3, 1246:6, 1246:10, 1246:11, 1246:20, 1247:2, 1247:11, 1247:13, 1247:14, 1247:17, 1247:20, 1247:22, 1248:10, 1248:12, 1248:22, 1248:23, 1249:6, 1249:14, 1250:3, 1250:12, 1251:10, 1251:12, 1251:19, 1252:2, 1252:3, 1252:12, 1253:6, 1254:4, 1254:23, 1254:25, 1256:9, 1256:12, 1256:14, 1256:16, 1256:23, 1256:25, 1257:2, 1257:8, 1257:10, 1257:16, 1257:19, 1257:24, 1258:9, 1259:3, 1259:13, 1259:18, 1259:19, 1260:3, 1260:8, 1260:19, 1261:6, 1261:7, 1261:24, 1262:6, 1262:8, 1262:9, 1262:17, 1262:20, 1263:18, 1263:19, 1263:24, 1263:25, 1264:6, 1264:16, 1265:6, 1265:10, 1265:16, 1265:18, 1265:23, 1266:5, 1266:9, 1266:16, 1266:17, 1266:22, 1266:23, 1266:25, 1267:12, 1267:14, 1267:15, 1267:19, 1267:23, 1267:24, 1268:5, 1268:6, 1268:21, 1269:2, 1269:14, 1269:16, 1269:18, 1270:1, 1270:6, 1270:9, 1270:11, 1270:12, 1270:17, 1270:24, 1271:2, 1271:8, 1271:15, 1271:17, 1272:1, 1272:4, 1272:5, 1272:10, 1272:13, 1273:1, 1273:4, 1274:8, 1274:10, 1274:13, 1274:15, 1275:12, 1275:18, 1275:23, 1276:5, 1276:6, 1276:9, 1276:16, 1276:17, 1277:1, 1278:13, 1279:7, 1279:11, 1279:12, 1279:15, 1280:4, 1280:5, 1281:10, 1281:18, 1282:21, 1282:24, 1283:19, 1284:10, 1284:16, 1284:22, 1285:18, 1285:19, 1285:22, 1285:23, 1286:7, 1286:18, 1286:23, 1287:17, 1287:23, 1287:24, 1288:5, 1288:8, 1289:9, 1289:15, 1290:3, 1290:6, 1291:7, 1291:23, 1292:12, 1293:1, 1294:2, 1294:4,

1295:7, 1295:22, 1296:1, 1296:8,
1296:13, 1297:10, 1297:12, 1297:24,
1297:25, 1298:5, 1298:6, 1298:9,
1298:11, 1298:18, 1298:22, 1298:24,
1299:10, 1300:4, 1302:9, 1302:10,
1303:2, 1303:7, 1303:11, 1303:20,
1304:1, 1304:4, 1304:8, 1304:9,
1304:19, 1304:22, 1305:2, 1305:21,
1306:4, 1306:7, 1306:9, 1306:16,
1306:24, 1307:6, 1307:7, 1307:22,
1308:6, 1308:8, 1308:13, 1308:17,
1309:7, 1309:10, 1309:20, 1310:2,
1312:5, 1312:12, 1312:13, 1312:17,
1312:21, 1312:25, 1313:5, 1313:18,
1313:19, 1314:12, 1314:17, 1315:12,
1315:24, 1317:12, 1317:16, 1317:19,
1317:24, 1318:4, 1318:15, 1318:16,
1318:18, 1318:20, 1319:11, 1320:7,
1321:12, 1321:23, 1321:25, 1322:18,
1323:6, 1323:9, 1323:12, 1323:20,
1323:24, 1324:8, 1324:9, 1324:12,
1324:14, 1325:1, 1325:7, 1325:8,
1325:12, 1325:20, 1325:21, 1325:23,
1325:24, 1325:25, 1326:5, 1327:16,
1327:18, 1327:23, 1328:10, 1328:13,
1328:14, 1328:19, 1328:21, 1328:22,
1328:25, 1329:7, 1329:9, 1329:19,
1329:20, 1330:14, 1330:15, 1330:17,
1331:12, 1331:24, 1332:12, 1332:13,
1332:14, 1332:15, 1332:16, 1333:4,
1333:14, 1333:18, 1335:6, 1335:9,
1335:10, 1335:14, 1335:20, 1335:24,
1336:12, 1336:13, 1336:19, 1337:8,
1337:9, 1337:16, 1337:20, 1337:22,
1338:11, 1339:6, 1339:7, 1339:9,
1339:21, 1339:25, 1340:21, 1341:6,
1341:7, 1341:8, 1341:15, 1341:16,
1342:3, 1342:21, 1343:19, 1343:24,
1344:1, 1344:2, 1344:10, 1344:16,
1344:22, 1344:23, 1345:15, 1346:1,
1346:20, 1347:8, 1347:11, 1347:18,
1347:20, 1347:21, 1347:25, 1348:3,
1348:6, 1348:12, 1348:13, 1348:14,
1348:19, 1348:20, 1348:25, 1349:10,
1349:12, 1349:13, 1350:4, 1350:8,
1351:16, 1351:20, 1351:22, 1351:23,
1352:1, 1352:4, 1352:9, 1352:10,
1352:11, 1353:5, 1353:6, 1354:2,
1354:4, 1354:9, 1354:11, 1354:14,
1354:19, 1354:21, 1354:23, 1354:25,
1355:6, 1355:8, 1355:10, 1355:14,
1355:17, 1355:23, 1355:24, 1356:8,
1356:9, 1356:11, 1357:1, 1357:4,
1357:5, 1357:10, 1357:11, 1357:15,
1357:17, 1358:2, 1358:12, 1358:20,
1359:1, 1359:19, 1359:20, 1359:24,
1360:3, 1360:5, 1360:21, 1360:23,
1361:5, 1361:15, 1361:17, 1361:21,
1362:4, 1362:9, 1362:13, 1362:14,
1362:17, 1362:22, 1363:11, 1363:12,
1363:14, 1363:17, 1364:13, 1364:14,
1364:16, 1365:20, 1366:1, 1366:8,
1366:10, 1366:19, 1366:21, 1366:24
 **off** - 1135:2, 1149:19, 1151:12,
1165:7, 1173:10, 1187:18, 1283:5,
1301:15, 1325:22, 1325:23, 1339:3,
1344:18, 1344:21
 **offense** - 1114:5, 1354:25, 1361:6,
1362:23
 **offer** - 1199:19, 1225:11, 1228:12,
1234:3, 1236:2, 1239:13, 1249:3,
1249:22, 1267:1, 1273:2, 1284:2,
1284:20, 1284:22, 1299:5, 1306:18,
1307:17, 1310:21, 1311:13, 1311:17,
1319:6, 1320:17, 1320:18, 1321:9,
1336:6, 1340:9, 1341:10, 1349:16
 **Offer** - 1207:5, 1220:4, 1227:11,
1231:24, 1290:14, 1295:11, 1343:5
 **Offered** - 1292:5, 1294:14, 1296:24,
1300:6

 **offered** - 1149:16, 1227:25, 1228:10,
1249:6, 1249:16, 1251:11, 1284:25
 **offering** - 1227:12, 1231:25, 1250:8,
1319:10, 1321:12
 **office** - 1136:19, 1139:15, 1158:4,
1158:12, 1158:20, 1161:7, 1162:19,
1169:3, 1169:14, 1169:25, 1177:20,
1202:3, 1202:6, 1213:25, 1231:15,
1262:25, 1263:2, 1270:8, 1278:25,
1279:1, 1279:15, 1280:9, 1280:10,
1293:24, 1294:1, 1310:8, 1310:9,
1313:7, 1322:13, 1327:8, 1328:15,
1340:3, 1341:4, 1341:16, 1341:18
 **Office** - 1203:15, 1212:22, 1227:5,
1239:10, 1281:19, 1281:22, 1282:22,
1283:18, 1298:23
 **officer** - 1117:16, 1117:19, 1118:19,
1119:15, 1119:17, 1124:21, 1138:9,
1246:9, 1246:10
 **officers** - 1243:6, 1243:18, 1289:4
 **offices** - 1170:2, 1242:11, 1258:16
 **official** - 1125:24, 1253:23, 1356:11,
1360:23
 **officials** - 1202:22, 1213:21, 1242:11,
1244:3, 1248:12
 **often** - 1138:3, 1161:9, 1165:25,
1166:11, 1169:8, 1169:21, 1186:10,
1194:11, 1195:11, 1204:19, 1254:8
 **Often** - 1159:14, 1169:10
 **oftentimes** - 1130:19, 1132:14,
1133:6, 1160:14, 1174:10, 1188:17,
1188:20, 1189:24, 1199:11, 1204:23
 **Oftentimes** - 1129:17, 1131:15,
1134:12, 1139:10, 1144:14, 1190:3,
1199:8
 **Oh** - 1117:25, 1190:22
 **Ohio** - 1231:4, 1235:2
 **Okay** - 1113:5, 1121:23, 1123:1,
1127:14, 1127:16, 1145:9, 1162:20,
1179:18, 1192:24, 1238:3, 1250:1,
1251:22, 1349:5
 **okay** - 1118:3, 1154:4, 1162:25,
1179:8, 1183:4
 **old** - 1137:25, 1149:10, 1200:21,
1230:3, 1351:15
 **on** - 1113:14, 1113:18, 1114:2,
1119:9, 1121:17, 1121:25, 1122:9,
1122:15, 1122:22, 1123:10, 1124:7,
1124:8, 1124:24, 1125:2, 1125:5,
1125:10, 1127:6, 1127:22, 1130:22,
1130:23, 1131:3, 1131:4, 1131:23,
1133:7, 1133:8, 1133:19, 1135:2,
1136:18, 1137:1, 1137:11, 1138:16,
1138:18, 1139:7, 1142:22, 1143:20,
1144:6, 1144:8, 1145:15, 1145:16,
1146:16, 1147:6, 1147:23, 1149:17,
1150:4, 1150:9, 1150:18, 1151:9,
1153:7, 1153:8, 1154:2, 1154:12,
1155:1, 1156:8, 1157:22, 1159:16,
1162:11, 1163:1, 1163:14, 1163:23,
1164:23, 1169:14, 1170:21, 1171:5,
1172:24, 1173:15, 1174:12, 1174:18,
1174:19, 1175:7, 1175:13, 1175:16,
1176:10, 1176:22, 1177:8, 1179:9,
1180:3, 1180:7, 1183:8, 1184:19,
1185:10, 1186:6, 1186:7, 1186:9,
1187:15, 1189:10, 1189:12, 1189:23,
1190:4, 1192:4, 1192:12, 1192:21,
1192:23, 1193:5, 1193:9, 1194:4,
1194:14, 1194:17, 1194:25, 1195:24,
1197:1, 1197:5, 1197:13, 1197:20,
1198:4, 1198:9, 1198:14, 1202:23,
1203:5, 1204:2, 1205:2, 1206:6,
1207:9, 1208:3, 1208:6, 1208:13,
1209:7, 1210:9, 1212:11, 1212:25,
1215:9, 1215:15, 1216:8, 1216:11,
1216:23, 1217:25, 1218:23, 1219:24,
1220:7, 1223:6, 1223:15, 1224:22,
1225:2, 1225:8, 1225:15, 1227:5,
1227:9, 1228:2, 1228:13, 1228:19,

1230:7, 1232:6, 1235:25, 1236:3,
1236:4, 1237:14, 1238:18, 1238:24,
1240:9, 1241:11, 1242:6, 1242:23,
1244:7, 1244:9, 1245:9, 1245:21,
1246:14, 1246:17, 1247:8, 1247:14,
1247:24, 1247:25, 1248:4, 1248:13,
1250:7, 1251:12, 1251:19, 1252:4,
1254:5, 1254:10, 1254:20, 1255:12,
1256:9, 1256:13, 1256:24, 1256:25,
1257:7, 1257:23, 1257:25, 1259:8,
1259:10, 1260:1, 1261:10, 1262:4,
1262:15, 1262:21, 1263:6, 1263:16,
1264:1, 1264:5, 1264:10, 1264:17,
1265:3, 1265:15, 1265:21, 1265:25,
1266:1, 1266:2, 1266:4, 1266:7,
1266:19, 1267:9, 1268:14, 1268:24,
1270:1, 1270:2, 1270:5, 1270:7,
1270:21, 1271:7, 1271:25, 1272:16,
1273:20, 1273:23, 1274:10, 1275:12,
1276:11, 1277:3, 1279:17, 1280:4,
1280:15, 1280:17, 1280:20, 1280:22,
1281:17, 1282:6, 1284:14, 1285:19,
1286:1, 1286:5, 1286:9, 1287:3,
1288:13, 1290:4, 1290:9, 1291:23,
1293:16, 1294:12, 1295:3, 1295:18,
1296:20, 1296:22, 1297:14, 1297:16,
1297:18, 1297:19, 1297:24, 1299:24,
1300:2, 1300:10, 1302:10, 1303:7,
1303:19, 1303:23, 1304:19, 1304:20,
1304:21, 1305:1, 1305:17, 1305:23,
1306:6, 1308:13, 1309:2, 1309:3,
1310:25, 1311:11, 1311:15, 1311:18,
1311:21, 1312:2, 1312:10, 1312:12,
1312:20, 1313:4, 1313:8, 1315:23,
1316:4, 1317:6, 1317:13, 1318:20,
1320:1, 1320:2, 1320:11, 1320:15,
1321:8, 1321:17, 1323:17, 1324:8,
1324:24, 1325:25, 1326:24, 1327:6,
1327:9, 1327:21, 1328:7, 1328:19,
1328:21, 1329:7, 1330:10, 1330:19,
1332:9, 1332:24, 1333:4, 1333:15,
1333:24, 1334:2, 1334:4, 1335:3,
1335:10, 1336:5, 1336:14, 1336:18,
1337:1, 1337:8, 1337:17, 1337:25,
1338:5, 1338:18, 1340:18, 1340:22,
1341:12, 1342:14, 1343:2, 1343:3,
1343:20, 1343:23, 1344:5, 1344:7,
1345:1, 1346:17, 1347:14, 1347:19,
1348:2, 1348:5, 1348:17, 1348:20,
1348:23, 1349:3, 1350:8, 1350:11,
1351:16, 1352:13, 1353:3, 1356:15,
1361:16, 1363:25, 1364:6, 1364:11,
1364:13, 1364:17, 1364:19, 1365:11,
1365:25, 1366:15, 1366:21, 1367:5
 **On** - 1116:14, 1119:5, 1225:15,
1226:5, 1260:16, 1279:14, 1285:14,
1300:4, 1303:21, 1307:6, 1317:11,
1332:24, 1335:6, 1335:9, 1335:22,
1336:11, 1336:21, 1366:3
 **Once** - 1150:19, 1160:19, 1228:18,
1337:8
 **once** - 1127:17, 1131:4, 1149:9,
1150:8, 1175:8, 1193:16, 1196:7,
1196:21, 1258:25, 1324:2, 1333:13,
1363:23
 **One** - 1125:19, 1139:18, 1146:19,
1208:17, 1214:18, 1230:21, 1233:16,
1241:3, 1241:19, 1259:21, 1261:1,
1263:19, 1265:18, 1276:5, 1297:24,
1324:14, 1339:21, 1342:18, 1354:5
 **one** - 1115:8, 1118:9, 1128:7,
1129:10, 1131:2, 1135:3, 1141:9,
1142:25, 1146:9, 1146:19, 1149:2,
1162:11, 1166:3, 1166:5, 1171:12,
1173:14, 1175:16, 1176:5, 1177:17,
1179:12, 1179:17, 1180:11, 1181:11,
1182:11, 1185:4, 1185:6, 1189:19,
1200:17, 1203:12, 1205:8, 1206:8,
1207:2, 1208:4, 1213:3, 1218:10,
1218:16, 1218:19, 1222:7, 1226:13,

1229:9, 1233:17, 1236:4, 1239:18,
1240:12, 1241:7, 1241:13, 1241:17,
1244:8, 1245:18, 1247:14, 1247:17,
1249:19, 1250:6, 1253:9, 1254:4,
1258:6, 1258:17, 1261:10, 1261:24,
1263:18, 1266:5, 1266:13, 1268:14,
1268:22, 1269:3, 1269:5, 1272:13,
1279:2, 1279:3, 1279:14, 1280:2,
1285:8, 1286:23, 1295:16, 1295:24,
1295:25, 1296:12, 1298:18, 1302:9,
1303:20, 1303:21, 1312:15, 1317:14,
1321:13, 1322:18, 1328:7, 1329:25,
1333:4, 1333:14, 1339:1, 1342:10,
1344:20, 1346:20, 1347:8, 1348:20,
1351:18, 1354:4, 1357:13, 1358:7,
1359:11, 1362:21, 1366:8, 1367:5
  **ones** - 1168:20, 1234:15, 1249:24,
1250:4, 1271:23
  **online** - 1350:20
  **Only** - 1249:6
  **only** - 1113:12, 1120:16, 1120:19,
1129:18, 1134:7, 1135:10, 1138:24,
1178:18, 1181:17, 1199:5, 1205:11,
1207:11, 1214:2, 1217:3, 1218:9,
1218:25, 1219:8, 1219:10, 1222:6,
1235:4, 1239:24, 1251:14, 1265:22,
1265:25, 1270:1, 1291:3, 1291:6,
1291:7, 1292:9, 1292:12, 1309:10,
1312:15, 1315:24, 1318:1, 1322:15,
1326:7, 1335:15, 1338:5, 1346:12,
1358:7, 1359:13, 1363:12, 1363:13
  **onto** - 1177:16, 1269:5, 1339:2
  **Open** - 1180:20, 1188:1, 1197:7,
1211:1, 1224:1, 1234:2
  **open** - 1113:2, 1121:22, 1133:8,
1188:1, 1238:2, 1250:25, 1279:22,
1301:19, 1315:5, 1315:6, 1315:8
  **opened** - 1302:12, 1302:15, 1304:3
  **openly** - 1244:12
  **operated** - 1279:8
  **operating** - 1263:13
  **operational** - 1314:14
  **opinions** - 1218:5
  **opportunity** - 1195:9, 1203:13,
1281:7, 1282:23, 1309:16
  **opposed** - 1297:17
  **opposite** - 1193:3
  **option** - 1149:2
  **options** - 1147:21, 1197:23
  **or** - 1115:1, 1118:14, 1119:21,
1119:23, 1120:1, 1122:13, 1123:14,
1125:17, 1125:20, 1127:21, 1129:1,
1129:13, 1129:15, 1131:16, 1132:11,
1134:9, 1135:16, 1136:10, 1137:7,
1137:13, 1138:10, 1138:14, 1138:19,
1138:22, 1139:8, 1139:9, 1139:10,
1139:14, 1140:1, 1140:3, 1140:11,
1140:21, 1140:22, 1140:23, 1140:24,
1141:21, 1142:11, 1142:14, 1142:15,
1142:20, 1142:21, 1142:25, 1143:1,
1143:2, 1143:20, 1145:11, 1146:7,
1147:9, 1147:14, 1147:19, 1148:22,
1148:23, 1152:13, 1152:14, 1152:20,
1155:5, 1155:7, 1157:13, 1158:6,
1158:7, 1159:9, 1165:6, 1166:1,
1166:2, 1166:4, 1169:15, 1176:20,
1177:20, 1177:21, 1178:15, 1181:22,
1182:12, 1184:16, 1185:15, 1185:25,
1186:6, 1186:9, 1189:8, 1189:20,
1190:21, 1192:21, 1192:22, 1193:10,
1194:12, 1195:14, 1197:17, 1199:21,
1203:6, 1203:12, 1204:22, 1205:5,
1206:10, 1207:22, 1208:11, 1208:13,
1208:23, 1212:13, 1212:15, 1212:23,
1213:6, 1213:10, 1214:15, 1216:10,
1216:19, 1217:2, 1219:4, 1219:6,
1219:9, 1221:13, 1221:25, 1222:16,
1224:17, 1224:18, 1224:19, 1225:2,
1226:13, 1228:25, 1229:1, 1229:2,
1229:10, 1230:4, 1230:17, 1231:11,

1232:1, 1233:10, 1233:11, 1235:10,
1236:24, 1236:25, 1238:22, 1238:25,
1239:25, 1241:8, 1241:22, 1243:20,
1245:22, 1246:17, 1248:14, 1248:25,
1258:6, 1251:17, 1251:19, 1253:8,
1254:2, 1254:7, 1254:8, 1256:13,
1257:19, 1258:6, 1258:9, 1259:1,
1260:21, 1261:7, 1263:6, 1263:13,
1263:21, 1265:3, 1265:8, 1265:9,
1265:20, 1269:17, 1273:10, 1275:11,
1275:22, 1276:9, 1278:24, 1279:21,
1281:8, 1282:4, 1284:6, 1284:20,
1284:22, 1284:25, 1286:6, 1286:18,
1288:18, 1288:23, 1289:14, 1290:12,
1294:25, 1296:21, 1297:25, 1299:2,
1302:15, 1303:12, 1305:5, 1306:18,
1306:1, 1306:6, 1307:9, 1307:21,
1309:5, 1309:9, 1310:10, 1313:10,
1314:8, 1314:12, 1314:16, 1314:23,
1315:22, 1318:4, 1319:7, 1320:12,
1322:12, 1323:23, 1324:24, 1325:6,
1326:21, 1326:23, 1327:18, 1328:8,
1328:9, 1328:10, 1328:21, 1329:16,
1330:11, 1330:23, 1331:19, 1331:22,
1331:25, 1332:5, 1333:18, 1333:25,
1335:14, 1337:13, 1338:4, 1338:9,
1338:14, 1339:1, 1339:16, 1339:19,
1340:24, 1348:19, 1349:13, 1350:3,
1350:19, 1351:24, 1353:4, 1354:1,
1354:7, 1354:22, 1355:13, 1356:1,
1356:9, 1356:10, 1356:15, 1356:22,
1357:7, 1357:14, 1359:3, 1360:21,
1360:22, 1362:3, 1363:12, 1364:22,
1366:6, 1366:15
  **Or** - 1147:4, 1168:20, 1197:24,
1199:22
  **Oracle** - 1247:15, 1247:20, 1247:21,
1247:22
  **oracle** - 1247:19
  **oral** - 1317:24
  **orange** - 1348:19, 1350:1
  **order** - 1128:11, 1235:12, 1250:2,
1250:12, 1271:9, 1317:9, 1317:25,
1318:23, 1335:7, 1335:16, 1335:22,
1336:4, 1336:12, 1336:21, 1337:8,
1343:15, 1357:16, 1366:1
  **ordered** - 1218:15, 1366:6
  **ordering** - 1130:16
  **orders** - 1139:4, 1306:8
  **ordinary** - 1135:23, 1339:7, 1339:9
  **organization** - 1235:10, 1267:22
  **organizations** - 1130:2, 1130:14,
1174:24
  **organized** - 1129:25, 1139:2, 1140:1,
1147:9, 1149:15, 1151:15, 1152:9,
1152:20, 1173:20, 1174:23, 1192:21,
1198:23, 1199:9, 1243:6, 1243:8,
1243:17
  **orient** - 1125:11
  **original** - 1206:24, 1206:25, 1307:11,
1308:19, 1309:17, 1312:19, 1322:2,
1348:25
  **originally** - 1200:24
  **originals** - 1309:7, 1321:2
  **other** - 1121:15, 1125:21, 1128:19,
1130:24, 1131:24, 1134:3, 1134:20,
1138:18, 1140:15, 1146:22, 1146:24,
1150:8, 1154:2, 1158:23, 1160:11,
1167:12, 1168:16, 1168:25, 1169:4,
1170:2, 1171:24, 1176:6, 1176:24,
1178:20, 1184:16, 1185:14, 1186:12,
1187:7, 1198:23, 1204:23, 1206:11,
1208:4, 1208:6, 1208:11, 1214:24,
1215:5, 1215:7, 1218:6, 1219:6,
1219:7, 1222:12, 1222:13, 1223:5,
1223:8, 1224:16, 1226:8, 1226:11,
1226:14, 1227:1, 1228:25, 1229:5,
1229:8, 1229:11, 1229:23, 1230:23,
1233:11, 1233:14, 1234:11, 1235:16,
1236:23, 1236:24, 1242:1, 1242:25,

1244:3, 1244:12, 1246:16, 1250:6,
1253:9, 1256:9, 1256:21, 1262:4,
1262:13, 1262:14, 1264:14, 1269:20,
1270:6, 1270:9, 1272:12, 1277:7,
1284:13, 1285:14, 1286:15, 1292:19,
1293:10, 1293:12, 1302:16, 1308:24,
1309:19, 1312:1, 1313:10, 1315:18,
1318:20, 1320:8, 1322:13, 1325:7,
1325:25, 1328:8, 1332:8, 1333:5,
1333:8, 1333:10, 1333:11, 1334:1,
1334:5, 1336:16, 1338:9, 1338:17,
1342:13, 1342:15, 1344:21, 1344:25,
1346:3, 1363:19, 1363:20
  **Other** - 1209:2, 1235:18, 1258:23
  **others** - 1125:21, 1163:9, 1206:10,
1215:16, 1226:22, 1229:19, 1234:17,
1241:21, 1242:22, 1244:25, 1251:9,
1256:19, 1260:6, 1261:7, 1265:2,
1265:8, 1273:8, 1280:5, 1325:9,
1344:16
  **otherwise** - 1134:23, 1284:22,
1326:15
  **our** - 1117:17, 1117:19, 1118:10,
1118:19, 1128:7, 1132:15, 1132:16,
1135:9, 1142:2, 1154:17, 1171:25,
1180:15, 1186:4, 1188:15, 1206:9,
1213:17, 1216:7, 1271:11, 1276:11,
1279:15, 1282:6, 1283:8, 1284:17,
1302:23, 1303:17, 1312:19, 1317:16,
1317:21, 1320:5, 1320:24, 1322:2,
1322:10, 1329:25, 1331:8, 1333:9,
1338:20, 1338:24, 1339:5, 1341:4,
1354:5, 1365:20, 1366:10, 1366:14,
1367:4, 1367:6
  **ourselves** - 1261:9
  **out** - 1117:15, 1118:8, 1118:9,
1118:16, 1119:9, 1126:8, 1129:19,
1129:20, 1130:21, 1131:7, 1131:9,
1131:15, 1135:4, 1135:14, 1135:20,
1135:24, 1139:1, 1139:9, 1140:2,
1140:16, 1140:20, 1142:3, 1144:21,
1145:3, 1145:5, 1145:6, 1145:10,
1146:5, 1146:12, 1148:10, 1149:24,
1152:8, 1152:12, 1153:7, 1157:23,
1158:13, 1158:16, 1159:8, 1159:16,
1160:13, 1160:15, 1161:9, 1161:10,
1161:17, 1162:9, 1162:17, 1164:12,
1164:20, 1166:25, 1175:5, 1175:7,
1175:11, 1175:13, 1177:8, 1177:12,
1177:13, 1180:5, 1183:8, 1184:22,
1184:23, 1188:25, 1189:1, 1189:7,
1189:20, 1189:25, 1192:16, 1193:14,
1193:15, 1195:1, 1195:2, 1199:2,
1199:13, 1204:15, 1205:2, 1206:14,
1208:6, 1211:18, 1211:20, 1213:6,
1216:25, 1217:16, 1219:5, 1219:11,
1228:10, 1229:13, 1234:13, 1243:19,
1244:6, 1248:13, 1254:6, 1257:12,
1260:1, 1262:17, 1273:18, 1275:5,
1278:10, 1279:2, 1279:10, 1281:24,
1288:12, 1288:16, 1288:25, 1291:7,
1292:8, 1293:2, 1298:7, 1298:12,
1301:17, 1304:8, 1305:3, 1317:12,
1317:16, 1327:24, 1330:20, 1334:4,
1335:4, 1336:8, 1344:9, 1347:9,
1353:9, 1353:24, 1356:6, 1359:18,
1360:20, 1361:15, 1363:11
  **outcome** - 1170:21
  **outset** - 1237:7
  **Outside** - 1187:3
  **outside** - 1139:7, 1177:8, 1186:1,
1187:4, 1187:17, 1192:3, 1199:10,
1270:7, 1340:25, 1341:18
  **outsiders** - 1198:20
  **outstanding** - 1212:21, 1320:24
  **over** - 1115:8, 1125:18, 1133:25,
1150:20, 1203:24, 1208:18, 1230:6,
1251:2, 1262:19, 1267:14, 1270:15,
1283:8, 1285:18, 1289:3, 1298:5,
1298:19, 1306:1, 1306:5, 1307:5,

1307:8, 1307:25, 1308:3, 1335:18, 1346:12
**Over** - 1189:11
**overburden** - 1185:17
**overcome** - 1132:5, 1353:7
**overhear** - 1315:22
**overlapping** - 1352:11, 1353:2, 1353:8
**Overruled** - 1182:8, 1225:24, 1236:12, 1267:3, 1273:4, 1288:4
**overseeing** - 1244:4
**own** - 1115:7, 1117:5, 1131:6, 1133:7, 1135:1, 1138:21, 1147:6, 1148:11, 1148:16, 1150:9, 1163:3, 1204:22, 1214:13, 1219:12, 1243:13, 1251:12, 1333:14, 1333:16, 1364:13
**owned** - 1142:25, 1143:1, 1274:7
**owner** - 1260:16
**owns** - 1274:1

**P**

**P** - 1114:19, 1114:23, 1368:3
**pace** - 1221:25
**pad** - 1149:17, 1149:19, 1150:9, 1150:17, 1150:18, 1192:18
**page** - 1114:3, 1150:11, 1153:8, 1186:17, 1187:21, 1195:25, 1208:5, 1208:6, 1209:7, 1210:9, 1220:7, 1223:15, 1226:5, 1227:13, 1228:19, 1232:6, 1236:3, 1237:14, 1252:4, 1253:18, 1254:15, 1254:20, 1255:12, 1256:9, 1257:25, 1258:4, 1267:9, 1267:16, 1268:3, 1268:14, 1268:21, 1269:5, 1272:22, 1273:23, 1277:11, 1282:24, 1285:14, 1286:9, 1293:16, 1295:16, 1300:10, 1308:16, 1316:4, 1321:17, 1324:19, 1326:5, 1334:7, 1336:11, 1336:14, 1336:21, 1341:12, 1341:13, 1349:23, 1350:7, 1352:13
**Page** - 1284:8, 1336:16, 1341:15, 1368:2
**pages** - 1249:9, 1250:3, 1252:2, 1257:24, 1267:15, 1292:15, 1340:4, 1340:5, 1350:8
**paid** - 1168:18, 1170:16, 1171:7, 1171:10, 1171:21, 1172:19, 1173:9, 1181:17
**Paige** - 1219:24, 1224:12, 1226:5, 1228:18, 1235:24, 1236:19
**Palm** - 1260:15
**Panasonic** - 1275:24
**panel** - 1125:3
**paper** - 1149:19, 1152:6, 1152:7, 1192:12, 1297:18
**papers** - 1152:6, 1359:13, 1362:12
**Paragraph** - 1321:17
**paragraph** - 1206:8, 1206:25, 1208:5, 1226:6, 1239:18
**paragraphs** - 1227:24, 1228:19
**parameters** - 1149:7, 1192:3, 1199:18
**parent's** - 1257:14, 1257:19
**parentheses** - 1235:7, 1319:13
**parents** - 1168:3
**park** - 1258:22
**parked** - 1117:15
**parking** - 1258:22
**Parliament** - 1242:8, 1269:2
**parliament** - 1242:9
**parole** - 1141:19, 1207:25
**Part** - 1144:2, 1157:18
**part** - 1130:1, 1131:16, 1142:7, 1143:20, 1154:6, 1167:5, 1169:6, 1173:23, 1184:20, 1184:21, 1186:9, 1188:14, 1194:23, 1195:1, 1199:7, 1217:11, 1220:3, 1224:13, 1224:21, 1225:10, 1225:11, 1235:25, 1236:1, 1236:2, 1236:3, 1240:8, 1247:2, 1247:12, 1259:22, 1260:19, 1264:22,

1264:23, 1264:25, 1265:12, 1267:23, 1311:17, 1312:2, 1326:6, 1327:11, 1327:18, 1332:16, 1333:4, 1342:21, 1355:24, 1357:6
**parte** - 1317:14
**participate** - 1194:24
**participated** - 1163:20, 1257:1, 1327:14, 1327:23
**participating** - 1138:13, 1164:22
**particular** - 1130:11, 1143:9, 1173:2, 1186:10, 1187:16, 1203:2, 1215:12, 1240:4, 1263:24, 1356:14, 1357:20, 1359:12, 1364:6
**particularly** - 1134:8, 1145:12, 1152:21, 1175:24, 1243:24
**parties** - 1312:17, 1321:25, 1366:2
**partly** - 1265:11
**partner** - 1187:16
**parts** - 1236:15, 1238:17, 1325:25, 1336:8, 1336:11, 1336:16
**Party** - 1241:25, 1242:2
**party** - 1139:12, 1142:24, 1143:3, 1241:25, 1243:12, 1244:1
**Pass** - 1117:17
**password** - 1279:14, 1279:19, 1279:20, 1279:21, 1279:23, 1313:8
**past** - 1138:1, 1138:2, 1151:9, 1204:15, 1206:7, 1254:6, 1279:19, 1279:20, 1279:21
**Paul** - 1246:10, 1246:19, 1273:21, 1274:8, 1278:21
**Pause** - 1122:8, 1150:24, 1227:15, 1232:2, 1236:6, 1249:15
**Pay** - 1182:1
**pay** - 1171:19, 1171:25, 1173:3, 1181:7, 1181:12, 1181:13, 1181:24, 1182:5, 1182:9, 1338:23
**paying** - 1114:5, 1168:1, 1168:3, 1172:24, 1181:11, 1346:3, 1347:19
**payment** - 1199:6
**payments** - 1181:10
**pedigree** - 1210:3
**Pegasus** - 1258:16
**penalty** - 1124:11, 1134:10, 1134:16, 1142:7, 1169:18, 1199:2, 1207:20
**pendency** - 1349:10
**pending** - 1127:20, 1329:5
**penetrate** - 1198:19
**penitentiary** - 1134:9, 1141:16, 1141:19
**Penitentiary** - 1149:23, 1193:23
**Pennsylvania** - 1115:20
**People** - 1128:9, 1130:13, 1141:2, 1180:1, 1198:11, 1198:12, 1204:22, 1258:20, 1258:22, 1279:20
**people** - 1124:8, 1124:15, 1128:8, 1129:17, 1129:21, 1129:23, 1129:24, 1130:3, 1130:8, 1130:15, 1130:16, 1130:21, 1131:16, 1131:18, 1131:21, 1132:2, 1132:3, 1132:5, 1132:6, 1132:14, 1133:1, 1133:18, 1134:7, 1134:8, 1134:9, 1134:12, 1134:13, 1137:15, 1137:20, 1138:15, 1138:24, 1139:1, 1139:2, 1139:3, 1139:9, 1139:18, 1139:20, 1141:16, 1141:18, 1141:21, 1141:25, 1142:1, 1142:9, 1143:14, 1144:24, 1144:25, 1145:1, 1148:8, 1150:15, 1151:22, 1152:2, 1152:8, 1152:21, 1153:4, 1153:5, 1154:8, 1154:9, 1158:23, 1158:24, 1160:9, 1160:10, 1160:15, 1161:10, 1161:16, 1161:18, 1162:10, 1169:3, 1171:16, 1173:24, 1174:6, 1174:11, 1174:13, 1176:9, 1177:5, 1177:8, 1177:24, 1178:5, 1178:12, 1178:21, 1180:1, 1180:4, 1183:5, 1189:7, 1189:25, 1190:2, 1190:6, 1190:22, 1193:13, 1194:25, 1196:14, 1198:3, 1198:9, 1198:12, 1198:14, 1198:15, 1199:12, 1199:15, 1214:12, 1215:5,

1215:7, 1215:11, 1215:16, 1217:20, 1218:23, 1218:25, 1219:7, 1222:12, 1223:5, 1230:23, 1233:11, 1233:14, 1234:11, 1235:8, 1235:18, 1236:23, 1236:24, 1241:8, 1241:12, 1241:15, 1241:17, 1242:1, 1242:20, 1242:22, 1242:24, 1243:10, 1243:15, 1243:19, 1244:8, 1248:7, 1252:22, 1258:8, 1258:10, 1258:23, 1258:24, 1259:1, 1259:6, 1259:11, 1260:25, 1261:6, 1261:12, 1262:13, 1262:14, 1265:5, 1265:16, 1266:5, 1267:25, 1268:12, 1269:7, 1269:18, 1270:18, 1270:19, 1270:20, 1271:14, 1272:12, 1275:2, 1275:5, 1275:12, 1278:6, 1278:7, 1279:15, 1281:8, 1286:15, 1298:7, 1299:16, 1313:10, 1313:23, 1323:19, 1324:13, 1324:14, 1325:7, 1325:20, 1330:1, 1330:13, 1330:16, 1332:20, 1333:3, 1333:19, 1333:20, 1335:4, 1335:14, 1335:18, 1336:23, 1337:23, 1338:24, 1341:15, 1345:1, 1346:15, 1346:24, 1347:8, 1347:21, 1357:7
**People's** - 1242:1, 1242:2
**people's** - 1143:14
**per** - 1193:7, 1270:19, 1312:16
**percent** - 1353:22
**percentage** - 1170:6
**Pereria** - 1246:11, 1246:19, 1246:25, 1258:21, 1261:7, 1265:2, 1265:14, 1278:21
**perform** - 1261:18
**Perhaps** - 1147:5, 1156:4
**perhaps** - 1130:4, 1267:25, 1274:24, 1283:6, 1330:14
**period** - 1156:8, 1206:11, 1208:8, 1208:13, 1216:10, 1219:12, 1242:19, 1245:13, 1280:23, 1347:18, 1349:11, 1349:12, 1350:5
**perjured** - 1362:2
**perjurious** - 1137:7, 1137:9
**perjuriously** - 1137:14
**perjury** - 1138:14, 1140:11, 1141:9, 1164:22, 1165:9, 1165:20, 1223:4, 1233:4, 1233:19, 1358:2
**permissible** - 1317:13
**permission** - 1252:1, 1282:1, 1303:12
**permit** - 1282:4, 1323:17
**permitted** - 1125:4, 1142:19, 1156:4, 1163:5, 1164:11, 1269:12, 1272:8, 1275:14, 1287:18, 1287:24, 1287:25, 1324:14
**permitting** - 1214:10
**Persaud** - 1252:11, 1253:21, 1259:25, 1260:1, 1260:8, 1260:12, 1260:15, 1260:18, 1325:23
**persaud** - 1226:17, 1229:14
**Persaud's** - 1260:21
**persists** - 1142:10
**person** - 1118:4, 1119:12, 1119:13, 1119:18, 1128:2, 1129:5, 1130:6, 1130:7, 1130:12, 1130:17, 1130:18, 1130:20, 1131:3, 1135:25, 1136:10, 1136:13, 1136:16, 1136:19, 1137:8, 1140:20, 1141:9, 1142:10, 1144:6, 1145:16, 1147:16, 1150:17, 1154:4, 1157:19, 1157:21, 1158:14, 1158:16, 1158:20, 1159:16, 1160:19, 1160:24, 1162:14, 1163:16, 1165:6, 1165:20, 1166:9, 1166:14, 1166:18, 1167:18, 1169:14, 1171:17, 1175:2, 1175:5, 1175:8, 1175:11, 1175:13, 1175:25, 1176:2, 1178:3, 1178:15, 1188:12, 1193:25, 1194:1, 1196:10, 1196:11, 1196:21, 1197:17, 1199:13, 1212:20, 1217:9, 1217:14, 1218:17, 1218:22, 1222:6, 1226:11, 1226:18, 1229:8, 1229:15, 1230:14, 1230:24, 1231:9, 1239:24, 1240:19, 1245:18, 1248:25, 1260:17, 1269:13, 1269:16, 1272:15,

1273:21, 1278:9, 1281:15, 1281:16,
1281:25, 1288:23, 1289:2, 1298:2,
1299:1, 1302:15, 1303:9, 1303:12,
1303:13, 1304:8, 1313:6, 1322:18,
1323:20, 1325:10, 1329:14, 1329:17,
1330:2, 1334:5, 1338:9, 1344:12,
1354:7, 1362:1, 1362:17, 1362:18,
1365:9
  **person's** - 1141:13, 1162:15,
1258:17, 1259:1, 1274:6, 1297:25,
1303:5, 1303:21, 1358:3
  **personal** - 1170:13, 1302:23
  **personality** - 1130:8
  **personally** - 1130:23
  **persons** - 1214:24, 1279:8
  **persuade** - 1138:19, 1140:21,
1140:24, 1141:18, 1214:24, 1265:13,
1305:4
  **persuaded** - 1363:5, 1363:6
  **persuades** - 1354:7, 1356:7, 1358:21
  **persuading** - 1125:20
  **persuasion** - 1354:12, 1354:22,
1355:15, 1355:24, 1355:25, 1360:7,
1363:21
  **pertains** - 1225:12
  **pertinent** - 1224:13
  **Peter** - 1231:1, 1231:23, 1235:2,
1303:15
  **Peters** - 1271:14
  **Petersen** - 1219:24, 1224:12, 1225:7,
1226:5, 1227:9, 1228:18, 1235:24,
1236:19
  **Peterson** - 1310:10, 1310:15
  **ph** - 1347:17
  **Phantom** - 1260:8
  **phenomenon** - 1251:7
  **philosophy** - 1133:17, 1148:16
  **phone** - 1118:10, 1189:10, 1194:4,
1262:15, 1271:25, 1347:14
  **photo** - 1296:4
  **photograph** - 1296:7, 1347:25,
1348:3
  **physical** - 1271:11
  **physically** - 1195:15, 1283:7, 1283:10
  **pick** - 1146:16, 1184:22
  **picked** - 1135:22, 1246:9, 1246:21
  **pictures** - 1260:24
  **piece** - 1149:19, 1184:23, 1192:12,
1284:16, 1309:10, 1350:7, 1350:20
  **pieces** - 1313:12, 1318:20, 1324:17
  **place** - 1123:3, 1126:8, 1130:4,
1130:7, 1131:20, 1175:10, 1176:16,
1177:2, 1189:13, 1248:14, 1258:13,
1258:14, 1258:15, 1258:17, 1260:14,
1261:2, 1287:8, 1299:15, 1324:9,
1329:25, 1347:11
  **places** - 1177:3, 1284:7, 1345:25
  **plain** - 1356:8, 1359:20
  **plainly** - 1164:17
  **plan** - 1161:15, 1273:18, 1367:6
  **plane** - 1118:16, 1212:12
  **play** - 1162:17, 1309:1
  **played** - 1217:1, 1309:2
  **players** - 1328:10
  **plays** - 1355:18
  **Plaza** - 1112:21
  **plea** - 1141:16, 1147:2, 1213:3
  **pleas** - 1213:5
  **Please** - 1113:4, 1114:16, 1123:1,
1180:23, 1200:8, 1238:10, 1301:22,
1312:13, 1347:10, 1350:23
  **please** - 1114:10, 1114:22, 1122:21,
1122:23, 1123:3, 1123:7, 1145:23,
1177:20, 1180:21, 1236:4, 1238:5,
1238:6, 1244:21, 1249:10, 1301:20,
1308:16, 1312:18, 1316:2
  **pleasure** - 1124:17
  **pled** - 1274:22
  **plenty** - 1197:2
  **plugged** - 1263:12

**Plus** - 1305:1
  **Pnc** - 1241:25, 1243:12, 1244:1
  **point** - 1118:6, 1135:15, 1137:18,
1150:14, 1154:2, 1158:19, 1163:5,
1167:15, 1193:21, 1201:22, 1205:4,
1245:4, 1252:15, 1253:12, 1256:8,
1260:22, 1265:25, 1270:5, 1271:19,
1280:18, 1283:23, 1286:19, 1291:15,
1292:8, 1313:11, 1314:6, 1314:20,
1325:16, 1328:1, 1330:2, 1331:25,
1333:16, 1342:3, 1343:22, 1347:18,
1363:11
  **pointed** - 1208:4, 1219:11, 1229:13
  **pointing** - 1327:23
  **points** - 1256:13
  **police** - 1140:23, 1141:4, 1141:22,
1202:15, 1202:22, 1202:23, 1243:6,
1243:9, 1243:14, 1243:17, 1243:20,
1246:9, 1246:10, 1267:22, 1271:18
  **Police** - 1243:10
  **political** - 1241:25, 1242:3, 1242:7,
1242:11
  **poor** - 1173:7
  **population** - 1242:23
  **portion** - 1169:15, 1224:8, 1226:2,
1227:12, 1234:24, 1269:7, 1319:11,
1319:15, 1321:14
  **portions** - 1221:20, 1228:18,
1234:22, 1307:21
  **position** - 1147:21, 1166:10, 1213:12,
1222:5, 1239:24, 1268:25, 1282:6,
1351:8, 1352:5
  **positions** - 1125:2
  **possession** - 1226:25, 1229:23,
1230:5, 1278:13, 1307:22, 1308:8
  **possibility** - 1141:19, 1334:2, 1337:9
  **possible** - 1148:8, 1155:9, 1155:12,
1155:13, 1192:19, 1194:15, 1194:17,
1233:15, 1284:11
  **possibly** - 1185:2, 1186:11, 1188:23,
1190:9
  **potential** - 1144:20, 1148:23,
1190:21, 1213:7, 1224:15, 1228:24,
1274:18, 1275:18
  **potentially** - 1172:11, 1256:15,
1275:7, 1306:17, 1330:15
  **pounds** - 1119:24, 1209:2
  **power** - 1136:1, 1136:3, 1136:5,
1136:16, 1157:3, 1157:8, 1313:13
  **Ppp** - 1242:2
  **practice** - 1115:3, 1115:7, 1115:10,
1115:11, 1115:12, 1115:13, 1116:1,
1124:3, 1124:4, 1131:6, 1131:7,
1133:7, 1137:22, 1148:2, 1168:10,
1168:16, 1169:7, 1183:11, 1189:17,
1192:25, 1201:17, 1201:18, 1201:21,
1201:23, 1203:8, 1203:16, 1203:20,
1203:23, 1203:24, 1248:6, 1359:14
  **practices** - 1173:8
  **practicing** - 1115:7, 1148:17
  **Practicing** - 1203:8
  **Prea** - 1347:17
  **precisely** - 1354:9
  **precluded** - 1182:20, 1309:18
  **precludes** - 1177:11
  **predicament** - 1128:17
  **prefer** - 1167:24, 1174:13
  **preferable** - 1161:18
  **preference** - 1161:20, 1162:7,
1365:22
  **preliminaries** - 1119:9
  **preparation** - 1134:1, 1139:22,
1190:5, 1197:12, 1199:4, 1202:5,
1331:6
  **prepare** - 1162:2, 1164:2, 1202:7,
1223:12, 1266:13, 1289:15, 1305:16,
1338:10, 1338:12
  **Prepared** - 1294:25
  **prepared** - 1148:20, 1148:21,
1230:25, 1263:21, 1266:22, 1281:5,

1281:23, 1284:23, 1289:19, 1290:11,
1291:25, 1293:21, 1293:22, 1293:25,
1295:3, 1296:21, 1310:8, 1310:9,
1324:11, 1326:15, 1330:7, 1332:3
  **preparing** - 1128:20, 1163:20,
1254:16
  **preponderance** - 1354:21, 1357:4,
1358:12
  **preposterous** - 1362:16
  **presence** - 1317:12, 1317:16,
1347:16
  **present** - 1113:2, 1114:13, 1121:22,
1122:25, 1137:6, 1138:5, 1147:1,
1163:10, 1180:22, 1190:19, 1238:2,
1238:9, 1244:13, 1272:16, 1293:12,
1301:19, 1301:21, 1333:25
  **presentation** - 1137:9, 1138:14,
1317:15
  **presented** - 1132:18, 1132:19,
1140:12, 1191:6, 1197:17, 1302:18,
1302:19, 1317:19
  **presenting** - 1142:10
  **presently** - 1353:23
  **presents** - 1191:7
  **preserve** - 1352:8
  **president** - 1124:23
  **pressed** - 1364:23
  **pressing** - 1364:22
  **presumption** - 1355:7
  **pretrial** - 1116:2, 1161:4, 1176:13
  **pretty** - 1135:23, 1188:21
  **prevent** - 1170:17, 1244:5
  **previously** - 1254:7
  **primarily** - 1271:8, 1314:25
  **principal** - 1218:20, 1286:23
  **principally** - 1285:20
  **principles** - 1359:24
  **printers** - 1173:6
  **printing** - 1173:3
  **printout** - 1339:25
  **prior** - 1137:5, 1164:2, 1172:18,
1211:6, 1226:7, 1228:21, 1229:4,
1229:13, 1254:15, 1267:19, 1268:24,
1321:19, 1335:8
  **prison** - 1152:4, 1235:12, 1287:3,
1293:20, 1298:5, 1298:6, 1298:9,
1298:11, 1298:13, 1298:25
  **Prison** - 1192:11, 1194:9
  **prisoners** - 1299:11
  **prisons** - 1303:16, 1323:17
  **Prisons** - 1177:11, 1178:2, 1189:12
  **Prisons'** - 1297:25
  **private** - 1116:10, 1124:3, 1124:4,
1168:6, 1172:8, 1175:2, 1203:16,
1203:20, 1212:12, 1302:9, 1302:20,
1347:20
  **privilege** - 1152:3
  **pro** - 1115:21
  **proactively** - 1129:5
  **probability** - 1245:2
  **Probably** - 1196:20, 1350:16
  **probably** - 1132:1, 1132:4, 1163:23,
1337:13, 1357:22, 1364:2, 1365:17,
1365:21, 1366:13
  **problem** - 1120:23, 1121:25, 1139:11,
1142:17, 1233:7, 1250:23, 1276:21,
1357:8, 1362:7
  **problems** - 1124:16, 1148:10,
1160:13, 1171:12, 1189:5, 1189:6
  **proceed** - 1251:5, 1251:6, 1274:16
  **Proceed** - 1200:14, 1225:24
  **proceeding** - 1125:25, 1136:7,
1144:9, 1282:5, 1317:13, 1317:14,
1356:11, 1359:16, 1360:23
  **Proceedings** - 1112:23
  **proceedings** - 1138:13, 1172:18,
1211:2, 1274:4, 1326:1
  **proceeds** - 1253:7
  **process** - 1117:21, 1136:8, 1136:9,
1136:22, 1139:12, 1157:18, 1194:24,

1195:4, 1199:18, 1204:19, 1205:5,
1208:21, 1269:12, 1269:23, 1325:20,
1325:21, 1335:12
  **processed** - 1209:1
  **processing** - 1236:8
  **produce** - 1313:16, 1315:4
  **produced** - 1112:23, 1308:9, 1312:3,
1312:9, 1313:9, 1321:1, 1321:20
  **produces** - 1355:1
  **profession** - 1115:1, 1123:14,
1197:19, 1197:20
  **professional** - 1123:18, 1123:19,
1182:19
  **proffer** - 1295:24
  **proficient** - 1186:7
  **program** - 1203:4, 1279:21, 1320:1,
1320:5, 1338:20
  **programs** - 1176:22, 1203:7, 1342:17
  **progress** - 1221:25
  **Progressive** - 1242:2
  **prohibit** - 1125:23, 1354:1, 1356:7,
1356:9, 1360:21
  **prohibited** - 1354:20
  **prohibition** - 1125:19, 1136:25
  **prohibits** - 1125:25, 1356:18
  **prolific** - 1326:12
  **prominently** - 1243:23
  **promise** - 1171:3
  **promised** - 1265:5, 1295:8
  **promptly** - 1350:21
  **prong** - 1218:19
  **proof** - 1179:24, 1217:9, 1251:16,
1268:15, 1276:6, 1276:17, 1295:22,
1357:4
  **proper** - 1176:4
  **properties** - 1304:22
  **prophylactic** - 1250:18
  **propose** - 1197:4
  **proposed** - 1145:14, 1197:17,
1197:21, 1331:13, 1353:21
  **proposition** - 1216:3, 1263:17,
1331:22, 1357:14, 1361:18
  **prosecuted** - 1202:22, 1202:24,
1219:14, 1358:9
  **prosecuting** - 1149:4, 1221:13
  **prosecution** - 1148:6, 1164:1,
1183:6, 1191:9, 1217:1, 1219:25,
1226:17, 1229:14, 1269:15, 1285:7,
1285:20, 1286:2, 1291:1, 1319:18,
1319:21, 1320:6, 1320:15, 1331:10,
1352:2, 1353:5
  **prosecution's** - 1155:9
  **prosecutions** - 1226:14, 1229:11
  **Prosecutor** - 1202:13, 1203:16
  **prosecutor** - 1203:15, 1216:23,
1219:8, 1223:1, 1225:7, 1230:6,
1311:25
  **prosecutors** - 1139:19, 1146:23,
1150:20, 1202:6, 1202:16, 1207:3,
1207:24, 1208:18, 1209:4, 1217:12,
1219:6, 1240:8, 1262:9, 1272:3,
1283:16, 1284:17, 1296:1, 1305:5,
1306:2, 1306:7, 1307:10, 1307:15,
1309:15, 1310:2, 1310:19, 1311:12,
1313:10, 1313:17, 1315:3, 1317:12,
1317:16
  **prospective** - 1158:6, 1182:13,
1189:21, 1218:21, 1336:21
  **prostitutes** - 1191:1
  **protect** - 1199:10
  **protecting** - 1244:8
  **protection** - 1196:4
  **prove** - 1126:5, 1134:23, 1149:3,
1214:23, 1215:6, 1215:13, 1228:1,
1228:10, 1234:12, 1251:10, 1352:1,
1352:3, 1353:11, 1357:16, 1358:11,
1362:11
  **proved** - 1126:6, 1214:20, 1354:10,
1354:25
  **proves** - 1353:5, 1354:21, 1361:4

  **provide** - 1146:10, 1157:20, 1162:1,
1185:9, 1191:22, 1276:6
  **provided** - 1115:16, 1135:24,
1175:12, 1193:10, 1206:5, 1215:12,
1217:12, 1218:8, 1221:6, 1226:20,
1229:17, 1231:22, 1262:9, 1263:22,
1281:18, 1284:12, 1310:1, 1310:20,
1312:8, 1312:15, 1312:18, 1313:25,
1319:22, 1320:6, 1321:25, 1322:1,
1365:15
  **provides** - 1133:20, 1155:5
  **providing** - 1125:23, 1126:17,
1190:10, 1246:5, 1315:25, 1317:21,
1354:2, 1355:13, 1356:9, 1360:21
  **proving** - 1357:10, 1357:15, 1362:8,
1362:19
  **provision** - 1125:22, 1126:4, 1126:9,
1354:5, 1355:6, 1355:10
  **provisions** - 1125:23
  **public** - 1185:3, 1244:10, 1274:18
  **publication** - 1342:20
  **publish** - 1224:8, 1226:1, 1227:23,
1234:22, 1236:15, 1252:2, 1273:6,
1307:21, 1311:22, 1319:15, 1320:21,
1341:13
  **published** - 1203:10
  **pudgy** - 1346:21
  **Puerto** - 1190:25
  **pull** - 1174:19, 1199:13
  **punish** - 1354:2, 1356:9, 1360:21
  **purchased** - 1318:10, 1318:14
  **purport** - 1358:16
  **purportedly** - 1208:11, 1217:13,
1336:22
  **purpose** - 1171:4, 1215:19, 1249:17,
1256:12, 1271:8, 1315:17, 1318:4,
1328:18, 1328:19, 1329:7
  **purposes** - 1214:10, 1274:8
  **pursuant** - 1116:15, 1285:18
  **pursue** - 1133:6, 1144:3, 1147:22,
1325:14
  **pursuing** - 1142:13
  **pursuit** - 1265:16
  **put** - 1118:10, 1121:25, 1122:9,
1131:2, 1135:2, 1137:11, 1152:17,
1154:2, 1155:19, 1163:23, 1164:16,
1176:22, 1177:2, 1197:10, 1206:17,
1212:11, 1221:15, 1225:15, 1234:8,
1237:9, 1248:13, 1262:22, 1263:19,
1265:3, 1266:12, 1266:18, 1269:24,
1271:10, 1286:5, 1288:25, 1298:1,
1302:23, 1311:21, 1323:17, 1339:2,
1339:17, 1347:8, 1348:23, 1351:16,
1366:7, 1366:9
  **putting** - 1137:1, 1221:20, 1263:23,
1305:1, 1318:24, 1325:11

### Q

  **Qaeda** - 1130:2
  **quarrel** - 1361:1, 1361:17
  **quarreling** - 1357:13
  **Queens** - 1116:10, 1116:12, 1117:4,
1181:23, 1182:10, 1240:17, 1297:21,
1299:11, 1300:4, 1301:5, 1302:3,
1302:7, 1346:20
  **question** - 1120:8, 1127:5, 1127:15,
1127:17, 1132:13, 1138:23, 1146:2,
1147:16, 1151:12, 1151:20, 1154:11,
1164:13, 1164:16, 1165:2, 1165:3,
1175:18, 1177:16, 1182:11, 1183:25,
1189:23, 1189:24, 1190:5, 1190:7,
1190:18, 1191:20, 1195:18, 1198:18,
1212:1, 1216:1, 1244:20, 1259:21,
1261:1, 1266:13, 1283:13, 1287:19,
1299:12, 1300:4, 1303:10, 1316:1,
1316:2, 1317:1, 1317:2, 1317:9,
1322:24, 1324:1, 1328:7, 1342:6,
1351:9, 1356:20, 1356:21, 1362:2,
1364:9

  **questioning** - 1214:9, 1238:14
  **Questions** - 1332:22
  **questions** - 1118:21, 1119:3,
1145:21, 1145:22, 1150:25, 1164:5,
1181:2, 1189:15, 1190:4, 1192:20,
1196:20, 1197:10, 1198:8, 1199:23,
1252:2, 1302:2, 1302:4, 1307:8,
1308:11, 1308:12, 1312:5, 1350:24
  **Quick** - 1338:21
  **quicker** - 1330:17
  **quickly** - 1236:20, 1275:9
  **quite** - 1279:6
  **quote** - 1240:4, 1312:10

### R

  **R-** 1114:19, 1123:4, 1123:8, 1200:5,
1205:18, 1238:1, 1343:4, 1368:3,
1368:5, 1368:8
  **race** - 1241:9, 1241:20, 1241:21
  **race-car** - 1241:9, 1241:20, 1241:21
  **racketeering** - 1124:10, 1169:20
  **radar** - 1124:15
  **radio** - 1314:17
  **rain** - 1148:19
  **raincoat** - 1148:19
  **raise** - 1304:10, 1362:15
  **Raise-** 1215:21
  **raised** - 1123:21, 1145:17, 1196:16,
1293:8, 1308:12, 1329:8
  **Ramos-** 1226:14, 1229:10
  **Ramotaur** - 1347:7
  **Ramsammy-** 1271:16, 1318:16,
1343:23
  **Randy-** 1269:2
  **range** - 1124:9
  **rare** - 1135:19, 1171:15, 1171:16,
1175:23, 1186:3
  **Rarely-** 1171:11
  **rather** - 1158:17, 1159:10, 1251:17,
1283:7, 1343:22, 1345:6
  **Ravi-** 1242:9, 1269:1
  **raw** - 1174:12
  **Rawle-** 1343:4, 1343:19
  **Rawlins-** 1332:16
  **re** - 1346:2
  **reach** - 1256:8, 1298:7, 1331:25,
1332:1, 1347:10
  **reached** - 1193:21, 1287:15
  **reaches** - 1137:17
  **reaching** - 1199:14
  **react** - 1179:7
  **read** - 1113:22, 1113:24, 1122:13,
1218:16, 1223:10, 1223:12, 1228:11,
1236:20, 1239:19, 1294:4, 1294:12,
1295:3, 1296:22, 1297:2, 1307:21,
1310:12, 1311:21, 1321:13, 1323:23,
1336:11, 1336:16, 1360:11
  **reading** - 1113:17, 1216:8, 1216:11,
1224:8, 1226:1, 1227:23, 1234:22,
1286:9, 1311:22, 1319:15, 1320:21
  **reads** - 1224:13
  **Ready-** 1113:5
  **ready** - 1113:6, 1123:1, 1326:3,
1331:8, 1365:10
  **Reagan-** 1313:24
  **real** - 1165:14, 1180:7, 1305:2
  **reality** - 1132:15, 1172:25, 1199:17
  **realize** - 1140:3, 1178:23
  **really** - 1134:7, 1141:25, 1148:10,
1150:15, 1153:5, 1169:25, 1186:7,
1198:10, 1198:17, 1276:10, 1302:20,
1326:3, 1331:7, 1331:8, 1331:9,
1331:19, 1353:10, 1353:11, 1358:9,
1358:12, 1359:9, 1364:1, 1366:25,
1367:1
  **realm** - 1226:15, 1229:12
  **reason** - 1120:16, 1120:19, 1130:20,
1131:19, 1162:7, 1163:9, 1167:6,
1171:9, 1177:2, 1193:22, 1194:5,

1194:7, 1266:1, 1277:9, 1298:12,
1317:21, 1320:4, 1322:12, 1322:15,
1329:3, 1332:19, 1351:20, 1356:23
  **reasonable** - 1126:5, 1214:20,
1252:3, 1354:11, 1357:10, 1357:16
  **reasons** - 1161:21, 1171:24, 1173:14,
1176:17, 1336:14, 1339:21
  **rebuilding** - 1202:25
  **recall** - 1119:22, 1175:7, 1238:15,
1246:22, 1247:15, 1247:18, 1258:17,
1280:21, 1332:9, 1332:20, 1343:4,
1344:21
  **recap** - 1184:14
  **receive** - 1223:7, 1223:11, 1238:24,
1326:13, 1335:7, 1335:19
  **Received** - 1207:7, 1227:21, 1236:12,
1239:16, 1267:3, 1273:4, 1284:4,
1290:17, 1292:6, 1294:17, 1295:14,
1296:25, 1299:8, 1300:8, 1306:20,
1307:19, 1310:23, 1320:20, 1321:15,
1336:9, 1340:12, 1343:8, 1349:20
  **received** - 1207:9, 1234:5, 1234:25,
1236:15, 1290:6, 1292:15, 1311:10,
1311:19, 1322:4, 1324:23, 1326:18,
1345:22
  **receiving** - 1307:7
  **recent** - 1137:3, 1189:11
  **recently** - 1199:2
  **reception** - 1304:2
  **Recess** - 1121:21, 1180:19, 1301:18
  **recess** - 1237:13
  **recognition** - 1355:12
  **recognize** - 1200:17, 1206:19,
1206:21, 1219:21, 1219:22, 1219:23,
1227:8, 1231:21, 1235:22, 1239:8,
1248:19, 1248:21, 1256:15, 1264:2,
1266:20, 1272:23, 1272:25, 1282:20,
1289:25, 1290:2, 1291:22, 1294:9,
1295:6, 1296:15, 1296:18, 1298:21,
1299:23, 1306:12, 1306:14, 1307:14,
1309:25, 1311:9, 1318:25, 1320:14,
1321:5, 1336:3, 1339:23, 1342:23,
1342:25, 1349:9
  **recognized** - 1296:5, 1362:19
  **recognizes** - 1125:25
  **recollection** - 1328:16
  **recommend** - 1204:21, 1204:22
  **record** - 1115:9, 1122:9, 1197:2,
1200:9, 1253:9, 1279:4
  **recorded** - 1112:23, 1191:3, 1194:4,
1248:24, 1255:3, 1264:17, 1285:17,
1344:5
  **recorder** - 1256:2
  **recording** - 1255:9, 1256:6, 1256:12,
1309:1, 1309:2, 1338:18
  **recordings** - 1247:17, 1280:5,
1306:5, 1307:11, 1308:13, 1308:17,
1308:19, 1308:23, 1309:8, 1309:10,
1309:22, 1312:7, 1312:19, 1313:9,
1319:22, 1320:2, 1320:9, 1321:1,
1321:20, 1321:21, 1322:3, 1338:17
  **records** - 1185:4, 1217:14, 1274:18,
1274:20, 1275:9, 1338:17, 1339:3,
1339:6, 1339:10, 1339:13, 1339:15,
1341:12
  **recovered** - 1122:14
  **red** - 1274:1, 1274:7
  **redact** - 1222:15, 1222:16, 1223:9,
1320:20, 1336:7, 1336:8
  **redacted** - 1223:11, 1223:12,
1227:11, 1231:24, 1234:4, 1234:5,
1236:12, 1311:19, 1319:7, 1319:11,
1319:14, 1320:18, 1320:19, 1321:12,
1336:7, 1342:2, 1369:3
  **redaction** - 1224:4, 1311:15, 1321:11,
1335:25
  **redirect** - 1191:13, 1196:15, 1197:5
  **Redirect** - 1191:15, 1197:8, 1368:7
  **reduce** - 1366:18
  **refer** - 1234:13, 1268:3

  **Reference** - 1219:3
  **reference** - 1198:8, 1217:14, 1218:22,
1218:23, 1219:12, 1240:2, 1240:4,
1240:5, 1247:14, 1247:19, 1252:8,
1257:25, 1259:24, 1268:4, 1268:22,
1269:1, 1338:18
  **referenced** - 1226:18, 1229:15,
1310:14, 1310:18, 1315:15
  **References** - 1286:20
  **referencing** - 1318:22
  **referred** - 1230:24, 1231:9, 1235:4,
1235:6, 1240:16, 1241:7, 1264:3
  **referring** - 1119:16, 1222:22, 1240:10
  **reflect** - 1290:8, 1292:3
  **reflected** - 1257:6, 1297:3
  **reflection** - 1266:23
  **Reform**- 1355:6
  **refusal** - 1305:12
  **refuse** - 1305:19
  **refused** - 1304:13, 1305:20, 1314:20
  **refute** - 1212:15
  **regard** - 1269:19, 1281:18, 1296:20,
1333:7, 1355:9, 1355:17, 1356:16,
1363:14
  **regarding** - 1189:19, 1227:19,
1231:23, 1248:2, 1298:24, 1312:3,
1312:6, 1313:10, 1321:1, 1321:20,
1321:21, 1343:3, 1345:23
  **registration** - 1298:17, 1301:6
  **regular** - 1235:23
  **regularly** - 1178:21, 1326:14
  **reinvent** - 1352:8
  **rejected** - 1351:17, 1353:14
  **relate** - 1131:20, 1262:18
  **related** - 1218:25, 1227:3, 1229:25,
1263:19, 1295:10
  **relates** - 1215:19, 1355:21
  **relating** - 1131:11, 1198:16, 1285:15
  **relation** - 1264:7
  **relationship** - 1125:2, 1128:4,
1128:6, 1128:12, 1129:11, 1130:16,
1173:5, 1184:1, 1184:13, 1185:18,
1187:15, 1261:21, 1338:4, 1345:15
  **relatives** - 1168:20, 1179:17
  **relevant** - 1138:4, 1221:15, 1222:9,
1282:4, 1336:11
  **reliable** - 1144:19
  **Reluctantly**- 1124:22
  **rely** - 1141:10, 1198:14
  **relying** - 1350:11, 1350:13
  **remainder** - 1213:18
  **remains** - 1286:1
  **remark** - 1331:15
  **remarks** - 1331:16
  **remember** - 1225:1, 1227:4, 1230:7,
1230:9, 1258:18, 1265:20, 1288:14,
1296:11, 1302:4, 1307:4, 1307:7,
1310:25, 1311:3, 1330:24, 1330:25,
1331:3, 1348:18, 1348:21
  **Remember**- 1173:16
  **remind** - 1234:25
  **Remind**- 1302:8
  **reminded** - 1204:14
  **reminds** - 1346:5, 1355:6
  **repeat** - 1251:7, 1335:18, 1340:15
  **repeatedly** - 1193:4
  **repetition** - 1236:19
  **report** - 1137:5, 1231:17, 1231:18,
1231:22, 1235:2, 1235:13, 1268:6,
1268:7
  **Reporter**- 1112:20
  **reporter** - 1205:17
  **reporters** - 1173:6, 1218:15
  **represent** - 1116:23, 1117:2,
1124:17, 1127:20, 1132:14, 1133:1,
1134:7, 1134:12, 1135:25, 1137:20,
1144:10, 1148:9, 1150:15, 1154:15,
1155:24, 1156:5, 1160:10, 1168:9,
1199:15, 1204:20, 1304:7
  **representation** - 1125:24, 1126:1,

1126:9, 1126:11, 1126:15, 1126:17,
1137:8, 1138:7, 1171:8, 1172:5,
1174:16, 1196:12, 1206:13, 1354:3,
1355:10, 1355:13, 1356:10, 1358:20,
1358:22, 1360:22, 1362:5, 1363:16
  **representative** - 1288:14
  **represented** - 1116:25, 1129:21,
1129:23, 1129:24, 1130:1, 1195:19,
1196:8, 1196:12, 1196:14, 1196:18,
1216:12, 1217:5, 1217:20, 1226:7,
1229:4, 1287:25
  **representing** - 1129:6, 1130:3,
1130:12, 1133:18, 1154:3, 1172:2,
1172:4, 1204:15, 1359:15
  **request** - 1113:14, 1116:15, 1117:9,
1199:5, 1211:21, 1222:2, 1269:14,
1312:16, 1320:25, 1321:2, 1322:2,
1361:23, 1364:4
  **requested** - 1164:5, 1194:8, 1312:6,
1321:20, 1321:24
  **requesting** - 1351:19, 1351:20,
1353:19
  **requests** - 1308:18, 1312:20, 1321:19
  **require** - 1136:6, 1136:10, 1172:17
  **required** - 1208:21, 1214:21,
1226:10, 1229:7, 1282:6, 1284:9,
1363:17
  **requirement** - 1325:15
  **requires** - 1126:4, 1208:18
  **requisite** - 1214:20
  **reread** - 1113:25
  **rescue** - 1245:17
  **rescued** - 1245:20
  **research** - 1212:23, 1219:12, 1270:6
  **reserve** - 1201:6
  **reserves** - 1336:18
  **resist** - 1136:15
  **resolve** - 1146:23
  **resolved** - 1142:18
  **resort** - 1140:13
  **resource** - 1124:17
  **resources** - 1157:3
  **respect** - 1160:20, 1286:10, 1359:7,
1366:7
  **respectful** - 1328:17
  **respectfully** - 1359:17, 1359:20
  **respond** - 1141:2, 1141:3, 1219:16
  **responded** - 1312:4
  **response** - 1179:20, 1179:21, 1233:9,
1308:6, 1310:12, 1321:7, 1366:11
  **responsibility** - 1172:22, 1184:24,
1217:8, 1339:12
  **responsible** - 1217:6
  **rest** - 1134:9, 1222:13, 1270:12,
1365:20
  **result** - 1156:19, 1170:7, 1171:3,
1222:7, 1231:2, 1242:20, 1270:24,
1312:25, 1313:19, 1317:24
  **results** - 1266:17
  **resume** - 1120:24, 1121:20, 1123:1,
1180:16, 1237:3, 1301:11
  **resumed** - 1113:1, 1238:8, 1368:9
  **retain** - 1172:8
  **retained** - 1127:2, 1127:17, 1135:15,
1205:9, 1206:1, 1206:3, 1208:1,
1318:13, 1318:19, 1341:23
  **retainer** - 1211:13
  **retired** - 1265:6
  **return** - 1291:13, 1291:17, 1291:19,
1294:23
  **returned** - 1231:4, 1255:8, 1270:11,
1295:1
  **returning** - 1293:24
  **reveal** - 1213:14
  **review** - 1285:19, 1285:23, 1317:21,
1321:2, 1352:9
  **reviewed** - 1257:20, 1285:14
  **reviewing** - 1263:20, 1308:10,
1325:21
  **Ricardo**- 1291:8

**Ricco**- 1113:8, 1113:10, 1121:12, 1121:24, 1122:1, 1122:22, 1123:8, 1123:10, 1123:14, 1125:4, 1126:10, 1151:7, 1156:21, 1161:17, 1168:22, 1175:19, 1177:18, 1179:7, 1179:19, 1180:21, 1181:3, 1183:3, 1183:14, 1185:24, 1186:11, 1188:3, 1191:1, 1191:11, 1191:17, 1197:10, 1200:3
**Ricco's**- 1162:19, 1179:19
**Richard**- 1194:9, 1235:8, 1270:9
**ridiculous** - 1158:21, 1362:16
**Right**- 1141:24, 1161:12, 1161:14, 1167:13, 1171:4, 1173:13, 1178:8, 1178:9, 1182:2, 1182:4, 1273:22, 1304:14, 1308:14, 1333:3, 1341:1, 1356:5
**right** - 1114:9, 1118:1, 1120:18, 1121:16, 1121:19, 1122:6, 1123:11, 1125:12, 1126:13, 1126:20, 1132:7, 1134:17, 1136:7, 1136:13, 1136:15, 1136:22, 1141:5, 1142:24, 1143:20, 1143:22, 1143:23, 1143:24, 1144:1, 1146:20, 1147:13, 1150:13, 1150:21, 1152:13, 1154:7, 1157:16, 1157:17, 1157:18, 1158:9, 1158:18, 1158:21, 1159:2, 1159:16, 1159:17, 1160:18, 1161:4, 1161:16, 1161:23, 1162:6, 1162:18, 1162:24, 1162:25, 1163:2, 1163:17, 1164:8, 1164:10, 1165:4, 1167:16, 1168:10, 1170:14, 1172:19, 1173:21, 1181:25, 1183:8, 1183:19, 1185:4, 1185:10, 1185:15, 1187:20, 1190:12, 1190:13, 1194:19, 1194:20, 1194:23, 1195:2, 1195:5, 1195:6, 1195:7, 1195:16, 1196:23, 1197:22, 1210:7, 1216:16, 1222:4, 1225:17, 1233:19, 1235:13, 1236:19, 1240:21, 1249:1, 1250:24, 1251:4, 1254:19, 1254:20, 1254:21, 1257:8, 1259:8, 1263:4, 1263:6, 1263:8, 1264:6, 1264:12, 1268:14, 1269:15, 1272:9, 1286:2, 1286:7, 1286:10, 1286:15, 1287:10, 1292:17, 1292:21, 1294:1, 1296:10, 1297:10, 1297:11, 1299:20, 1308:3, 1308:6, 1310:15, 1311:19, 1311:24, 1314:8, 1315:23, 1319:12, 1320:9, 1322:4, 1327:9, 1329:14, 1333:2, 1333:5, 1335:25, 1336:13, 1337:1, 1337:12, 1340:22, 1340:25, 1342:8, 1342:11, 1343:16, 1345:23, 1346:24, 1347:2, 1347:21, 1348:13, 1349:24, 1350:1, 1350:5, 1350:9, 1353:20, 1355:3, 1358:17, 1361:19, 1363:7, 1364:10, 1365:8, 1365:19, 1366:5, 1367:9
**rights** - 1143:14, 1203:25, 1212:24
**rise** - 1121:10, 1180:5, 1180:16, 1237:3, 1238:6, 1251:13, 1251:20, 1350:21
**risk** - 1143:7, 1176:1, 1261:2
**risky** - 1176:1
**rival** - 1241:24
**rivalry** - 1244:7
**Rms**- 1273:12, 1290:23
**road** - 1196:5
**robbing** - 1242:24

**Roger**- 1204:7, 1205:7, 1207:12, 1207:13, 1207:17, 1207:19, 1212:1, 1214:13, 1214:15, 1215:4, 1216:3, 1216:16, 1216:19, 1217:4, 1217:5, 1217:7, 1217:9, 1218:20, 1219:9, 1231:9, 1233:8, 1233:13, 1233:14, 1233:18, 1235:3, 1235:9, 1235:11, 1240:16, 1242:14, 1242:15, 1243:2, 1243:3, 1243:17, 1244:9, 1244:11, 1245:2, 1245:9, 1245:22, 1246:2, 1260:12, 1260:13, 1260:22, 1261:20, 1262:3, 1262:18, 1266:9, 1268:5, 1269:19, 1270:1, 1271:22, 1272:4, 1272:5, 1275:3, 1276:5, 1276:12, 1278:7, 1278:8, 1280:6, 1280:7, 1281:15, 1286:24, 1291:2, 1291:4, 1291:5, 1291:6, 1291:8, 1292:9, 1292:10, 1292:12, 1296:3, 1303:14, 1304:7, 1305:2, 1318:6, 1318:13, 1323:12, 1323:13, 1323:17, 1323:18, 1323:21, 1324:7, 1324:12, 1324:23, 1326:7, 1326:21, 1326:24, 1330:21, 1332:3, 1333:9, 1340:18
**Roger's**- 1291:1, 1296:7, 1304:21
**Rohee**- 1271:16
**role** - 1140:2, 1183:15, 1183:22, 1183:23, 1211:16, 1355:17
**roles** - 1187:12, 1205:24
**rolled** - 1149:19
**Ronald**- 1243:8
**Ronchurjee**- 1260:6
**Rondell**- 1332:15
**room** - 1118:13, 1118:15, 1194:9, 1262:25, 1263:4, 1264:10, 1279:12, 1289:1, 1289:13, 1304:1, 1304:8, 1330:2
**root** - 1243:19
**Roxio**- 1319:25, 1320:5
**Rule**- 1125:5, 1137:3, 1210:4, 1272:12, 1274:4, 1281:4, 1281:10, 1281:13, 1282:23, 1324:9, 1324:13, 1325:4, 1325:8, 1325:10, 1329:25, 1336:5, 1336:15, 1342:1, 1343:13
**rule** - 1113:14, 1142:24, 1149:5, 1171:4, 1178:6, 1178:11, 1189:5, 1191:20, 1192:1, 1196:3, 1210:7, 1269:8, 1269:11, 1271:9, 1272:10, 1272:14, 1275:15, 1324:11, 1324:13, 1357:17
**Rules**- 1137:3
**rules** - 1140:9, 1140:12, 1140:13, 1142:22, 1149:10, 1154:19, 1154:20, 1156:7, 1156:15, 1159:24, 1170:17, 1176:16, 1176:19, 1176:25, 1177:1, 1177:2, 1178:2, 1178:19, 1178:21, 1181:10, 1181:12, 1181:18, 1189:14, 1189:16, 1191:18, 1191:22, 1192:25, 1269:13, 1282:3, 1287:24, 1287:25, 1309:20
**ruling** - 1233:25
**rumors** - 1292:9, 1292:10
**run** - 1202:3, 1299:14, 1339:25, 1350:19
**running** - 1222:19, 1262:2

## S

**S**- 1114:19, 1114:23, 1200:5, 1200:10, 1224:3, 1225:5, 1227:7, 1235:21, 1236:13, 1238:1, 1282:18, 1289:22, 1289:23, 1291:22, 1294:7, 1298:20, 1299:5, 1336:2, 1339:23, 1340:9, 1343:8, 1345:4, 1349:9, 1349:22, 1368:3, 1368:8, 1369:4, 1369:5, 1369:6, 1369:8, 1369:9, 1369:11, 1369:14, 1369:15
**s** - 1369:15
**S-302-a** - 1219:18
**S-303** - 1231:20, 1234:4, 1369:6
**S-304** - 1239:5, 1369:7

**S-305-a** - 1248:18, 1369:7
**S-308-b** - 1306:12, 1369:12
**S-308-d** - 1309:23
**S-308-e** - 1311:7
**S301** - 1206:18, 1369:4
**S305** - 1266:20, 1272:22, 1369:2
**S305c** - 1266:12
**S308** - 1318:24, 1319:13, 1320:12, 1320:19, 1321:4, 1321:12, 1369:3
**safety** - 1261:2
**said** - 1117:20, 1117:22, 1117:25, 1118:1, 1118:2, 1118:3, 1120:3, 1137:15, 1140:10, 1140:19, 1141:3, 1141:7, 1149:8, 1149:18, 1151:13, 1152:18, 1153:6, 1155:15, 1157:8, 1158:3, 1160:6, 1162:7, 1162:12, 1163:16, 1176:10, 1185:12, 1188:16, 1191:21, 1192:14, 1193:4, 1194:1, 1196:24, 1214:11, 1214:13, 1215:14, 1216:21, 1218:3, 1218:18, 1219:14, 1221:19, 1221:20, 1222:19, 1222:20, 1223:6, 1233:8, 1233:12, 1234:13, 1254:15, 1259:19, 1265:11, 1268:7, 1273:19, 1276:5, 1276:14, 1276:17, 1276:23, 1278:12, 1278:17, 1279:14, 1288:6, 1288:13, 1291:1, 1291:4, 1291:5, 1291:7, 1292:9, 1292:11, 1292:20, 1295:17, 1295:18, 1295:24, 1295:25, 1296:3, 1296:6, 1296:7, 1298:14, 1298:18, 1299:17, 1303:21, 1304:6, 1315:5, 1323:11, 1323:12, 1323:15, 1324:12, 1326:17, 1328:25, 1329:4, 1330:4, 1333:10, 1342:10, 1344:5, 1344:19, 1344:20, 1347:9, 1348:10, 1352:12, 1353:13
**sake** - 1318:17
**same** - 1130:8, 1147:10, 1147:11, 1151:17, 1201:19, 1217:22, 1225:7, 1226:5, 1227:2, 1229:24, 1229:25, 1234:7, 1236:22, 1236:25, 1240:20, 1246:4, 1259:10, 1274:17, 1286:10, 1292:2, 1295:3, 1297:9, 1318:21, 1335:14, 1335:18, 1345:2, 1347:1, 1349:22, 1352:3, 1357:14, 1361:25, 1367:1
**Same**- 1227:17, 1228:8, 1236:11, 1267:2, 1267:4, 1273:3, 1286:9, 1294:23
**samples** - 1262:5
**sanction** - 1141:6
**sanctioned** - 1138:12
**sanctioning** - 1344:12, 1344:13
**Sand's** - 1351:23
**Sapone**- 1114:12, 1114:18, 1114:23, 1115:1, 1119:1
**sat** - 1118:15, 1279:12, 1289:14
**satisfied** - 1147:22, 1147:23, 1194:12, 1330:9
**Sattaur** - 1346:2
**saved** - 1113:18, 1122:15
**saw** - 1118:18, 1122:4, 1139:8, 1163:2, 1205:8, 1216:15, 1218:13, 1261:4, 1302:15, 1342:2, 1349:6
**Say** - 1365:19
**say** - 1123:9, 1123:20, 1127:5, 1128:2, 1129:12, 1132:9, 1132:13, 1133:18, 1134:2, 1137:4, 1137:15, 1137:19, 1139:7, 1140:12, 1140:13, 1140:21, 1143:23, 1144:6, 1146:11, 1148:18, 1149:5, 1150:10, 1152:17, 1154:10, 1155:21, 1155:25, 1157:13, 1158:4, 1158:6, 1158:7, 1158:8, 1158:16, 1158:17, 1159:8, 1159:16, 1159:18, 1159:22, 1161:8, 1161:13, 1161:18, 1162:5, 1162:12, 1162:25, 1163:14, 1163:21, 1164:12, 1164:19, 1164:20, 1164:21, 1164:25, 1165:13, 1165:20, 1169:12, 1169:13, 1169:18, 1170:8, 1170:12, 1170:16, 1171:14, 1174:8, 1174:21, 1174:25, 1176:14,

1176:23, 1177:5, 1179:3, 1180:1,
1182:18, 1184:9, 1184:11, 1189:4,
1190:11, 1193:13, 1194:7, 1194:17,
1208:14, 1212:7, 1218:12, 1218:13,
1218:21, 1222:25, 1223:2, 1233:14,
1237:7, 1238:21, 1239:12, 1241:15,
1243:4, 1246:19, 1247:17, 1259:16,
1260:12, 1262:8, 1264:20, 1269:13,
1271:19, 1272:10, 1273:20, 1279:19,
1280:4, 1280:24, 1281:15, 1285:3,
1286:1, 1288:18, 1289:11, 1291:4,
1293:1, 1297:8, 1304:4, 1305:17,
1315:3, 1323:14, 1326:22, 1326:24,
1328:11, 1328:23, 1330:7, 1331:1,
1331:2, 1331:18, 1332:4, 1332:6,
1333:21, 1351:13, 1351:19, 1353:8,
1358:1, 1358:7, 1359:6, 1359:11,
1363:13
 **saying** - 1119:22, 1137:25, 1147:15,
1149:22, 1154:17, 1160:19, 1167:17,
1180:1, 1194:4, 1195:5, 1206:10,
1213:21, 1213:23, 1221:24, 1233:9,
1233:15, 1239:2, 1254:7, 1307:10,
1311:3, 1330:25, 1333:14, 1335:14,
1355:10, 1355:23, 1365:2
 **says** - 1125:22, 1138:1, 1142:16,
1144:2, 1144:20, 1159:9, 1159:19,
1162:19, 1163:2, 1164:18, 1164:24,
1165:12, 1177:18, 1179:5, 1179:14,
1193:1, 1210:5, 1222:5, 1239:18,
1239:23, 1254:20, 1259:22, 1263:16,
1268:14, 1269:7, 1273:9, 1273:16,
1284:8, 1288:8, 1288:23, 1290:23,
1292:9, 1292:20, 1301:5, 1308:8,
1308:16, 1312:1, 1324:19, 1333:7,
1333:9, 1333:11, 1333:13, 1336:14,
1336:21, 1343:18, 1345:25, 1354:1,
1355:7, 1356:3, 1356:7, 1357:3,
1357:21, 1359:13, 1360:15, 1360:16
 **scan** - 1177:20, 1283:9
 **scare** - 1292:24
 **scared** - 1152:12
 **scenario** - 1159:7, 1159:11, 1160:20
 **scenarios** - 1357:21
 **scene** - 1131:18, 1260:19
 **schedule** - 1258:24
 **scheduling** - 1351:1
 **school** - 1123:22, 1123:24, 1134:5,
1201:1, 1202:2, 1202:8, 1202:10,
1202:12, 1332:21, 1332:22
 **School** - 1201:9, 1203:5
 **scope** - 1187:3
 **scratch** - 1135:20
 **screen** - 1124:15, 1207:9, 1208:3,
1225:15, 1225:16, 1280:5, 1288:13,
1349:3
 **script** - 1164:11, 1189:20, 1189:25,
1254:16, 1254:18, 1254:25
 **Script** - 1254:20
 **se** - 1193:7, 1270:19
 **Sean** - 1246:12, 1246:18
 **search** - 1148:4, 1208:23
 **seat** - 1122:7, 1250:20
 **seated** - 1113:4, 1114:16, 1123:2,
1162:24, 1180:23, 1183:9, 1238:6,
1238:10, 1304:1, 1350:23
 **Second** - 1233:18, 1288:8, 1351:14,
1351:15, 1351:16, 1352:7, 1352:12,
1353:13
 **second** - 1113:7, 1150:3, 1150:11,
1175:16, 1205:5, 1205:25, 1211:19,
1226:5, 1236:3, 1236:4, 1246:15,
1246:17, 1259:21, 1281:16, 1308:16,
1322:17, 1326:20, 1357:6, 1365:11
 **secret** - 1283:20, 1315:24, 1317:18,
1338:5
 **section** - 1218:16, 1351:16
 **Secure** - 1117:17
 **security** - 1176:17, 1188:11
 **see** - 1117:8, 1117:9, 1117:10,

1117:11, 1118:13, 1129:15, 1134:22,
1136:3, 1138:10, 1139:18, 1139:20,
1140:15, 1141:14, 1142:3, 1143:16,
1149:18, 1153:1, 1153:2, 1158:17,
1159:6, 1162:17, 1164:18, 1173:8,
1178:12, 1180:6, 1188:12, 1188:17,
1194:4, 1197:21, 1198:21, 1198:22,
1198:24, 1204:24, 1204:25, 1205:13,
1207:3, 1208:9, 1213:7, 1216:13,
1219:19, 1221:3, 1225:13, 1225:19,
1231:6, 1234:8, 1239:6, 1247:12,
1252:5, 1253:23, 1271:17, 1274:22,
1279:17, 1280:15, 1282:18, 1285:1,
1285:10, 1287:15, 1287:18, 1287:25,
1288:19, 1289:5, 1289:6, 1289:9,
1293:14, 1293:21, 1296:5, 1297:15,
1302:3, 1302:21, 1303:13, 1303:15,
1303:23, 1305:18, 1308:21, 1313:8,
1314:13, 1318:21, 1321:10, 1323:13,
1323:19, 1328:14, 1329:2, 1346:8,
1347:3, 1349:3, 1350:20
 **See** - 1268:16, 1269:8, 1273:23,
1357:19
 **seed** - 1301:22
 **seeing** - 1118:5, 1293:3, 1328:18,
1328:19, 1329:7
 **seek** - 1149:13, 1310:4, 1313:1
 **seeking** - 1238:18, 1315:20, 1315:21,
1351:10
 **seem** - 1356:4, 1356:8
 **seemed** - 1213:16, 1241:6, 1241:10,
1242:25, 1247:9, 1247:10, 1247:12,
1271:23, 1327:1, 1328:5, 1331:25
 **seems** - 1126:1, 1354:19, 1355:5,
1355:18, 1356:16, 1358:4, 1366:13
 **seen** - 1121:24, 1158:1, 1235:10,
1238:17, 1286:1, 1288:12, 1315:2,
1315:16, 1315:20, 1328:13, 1329:8,
1338:10, 1348:3
 **seizures** - 1228:22, 1267:24
 **select** - 1202:21, 1202:25
 **selected** - 1132:23, 1203:11
 **selecting** - 1132:25
 **selection** - 1205:5
 **sell** - 1253:7, 1255:10
 **selling** - 1253:2, 1253:10, 1276:24
 **Selwyn** - 1221:19, 1223:5, 1233:7,
1233:19, 1241:16, 1247:17, 1322:25,
1323:2, 1323:5, 1327:18, 1328:7,
1330:10, 1330:11, 1337:9, 1337:14,
1337:15, 1338:14, 1342:7, 1344:9,
1344:23, 1345:15, 1345:18, 1347:19,
1349:13, 1350:11, 1364:16
 **seminar** - 1342:18
 **Semmelman** - 1212:22, 1270:8
 **Send** - 1175:7
 **send** - 1160:1, 1160:9, 1160:18,
1175:5, 1177:19, 1196:22, 1253:6,
1253:7, 1255:8, 1256:2, 1257:14,
1283:8, 1319:1
 **sending** - 1260:4, 1266:5, 1344:9
 **sends** - 1352:1
 **sense** - 1131:21, 1139:10, 1149:8,
1198:5, 1242:16, 1353:11, 1357:18,
1366:4, 1366:14, 1366:17
 **sent** - 1175:11, 1177:7, 1188:20,
1225:8, 1231:11, 1231:12, 1235:23,
1239:9, 1245:16, 1246:2, 1262:4,
1287:15, 1295:7, 1306:15, 1307:10,
1314:3, 1319:1, 1324:7, 1324:8,
1326:7, 1343:1
 **sentence** - 1142:6, 1252:15, 1318:1
 **sentenced** - 1274:23, 1274:24
 **separate** - 1243:8
 **September** - 1213:1, 1222:3, 1238:25,
1239:9, 1263:3, 1268:19, 1341:24,
1348:2, 1348:5
 **series** - 1235:20, 1243:17, 1298:22
 **serious** - 1133:3
 **Serra** - 1117:12

 **serve** - 1144:21, 1194:25
 **served** - 1124:21, 1124:23, 1125:1,
1136:16, 1202:4, 1283:17, 1317:6
 **Service** - 1195:16
 **service** - 1181:24, 1199:6, 1279:15
 **services** - 1125:24, 1157:19, 1162:2,
1172:8, 1356:10, 1360:22
 **Sessler** - 1270:20
 **set** - 1135:14, 1181:10, 1218:9,
1222:3, 1238:3, 1268:12, 1326:2,
1327:8, 1335:11, 1336:14
 **sets** - 1328:11
 **setting** - 1241:5
 **seventeen** - 1240:16, 1249:9
 **several** - 1124:8, 1238:17, 1242:8,
1244:3, 1252:2, 1258:7, 1313:23,
1327:11, 1336:11, 1336:22
 **Shaheed** - 1204:5, 1207:13, 1220:1,
1239:21
 **shaking** - 1177:21
 **shall** - 1137:4
 **Shall** - 1142:16
 **Sham** - 1278:13
 **Shamlaj** - 1347:17
 **Shannon** - 1295:25, 1310:17, 1320:23
 **share** - 1186:4, 1256:18, 1256:21,
1302:22
 **shared** - 1192:10, 1256:20
 **Shargel** - 1112:16, 1113:6, 1113:15,
1114:12, 1114:17, 1114:18, 1114:25,
1118:21, 1118:22, 1120:22, 1121:2,
1121:12, 1121:16, 1121:19, 1121:24,
1122:4, 1122:19, 1122:20, 1123:9,
1123:13, 1125:4, 1125:10, 1125:13,
1126:21, 1126:22, 1126:25, 1127:1,
1150:22, 1150:25, 1151:2, 1151:12,
1151:19, 1182:7, 1186:15, 1191:14,
1191:16, 1196:5, 1196:17, 1196:23,
1196:25, 1197:6, 1197:9, 1199:23,
1200:11, 1200:16, 1206:17, 1207:5,
1215:23, 1220:4, 1221:6, 1221:18,
1222:15, 1222:23, 1223:9, 1223:14,
1224:3, 1224:7, 1224:11, 1225:11,
1225:14, 1225:17, 1225:20, 1226:1,
1226:4, 1227:11, 1227:23, 1228:4,
1228:11, 1228:17, 1231:24, 1234:3,
1234:9, 1234:19, 1234:20, 1234:22,
1235:3, 1236:2, 1236:5, 1236:9,
1236:15, 1236:18, 1236:22, 1237:7,
1238:4, 1238:12, 1239:13, 1244:21,
1244:22, 1249:3, 1249:6, 1249:9,
1249:11, 1249:23, 1249:25, 1250:2,
1250:5, 1250:10, 1251:5, 1251:23,
1251:25, 1256:1, 1267:1, 1267:8,
1273:2, 1273:6, 1278:2, 1284:2,
1287:19, 1287:21, 1290:14, 1290:22,
1292:5, 1292:8, 1294:14, 1295:11,
1296:24, 1299:5, 1299:25, 1300:6,
1301:1, 1301:8, 1301:14, 1301:23,
1301:24, 1301:25, 1306:18, 1307:17,
1310:21, 1311:13, 1311:16, 1311:24,
1319:6, 1319:10, 1319:13, 1319:18,
1320:17, 1320:22, 1321:9, 1321:17,
1324:15, 1335:2, 1335:24, 1336:6,
1340:9, 1341:10, 1341:13, 1343:5,
1345:5, 1345:9, 1345:12, 1346:5,
1348:9, 1348:11, 1348:23, 1349:2,
1349:16, 1350:14, 1350:16, 1351:8,
1351:11, 1351:13, 1351:19, 1353:3,
1355:19, 1355:20, 1356:3, 1356:6,
1356:21, 1357:1, 1358:14, 1359:5,
1359:11, 1360:9, 1360:13, 1360:19,
1361:11, 1361:14, 1362:12, 1363:9,
1364:4, 1364:13, 1364:16, 1364:21,
1365:3, 1365:15, 1366:6, 1366:25,
1367:7, 1368:8
 **Sharwin** - 1262:11, 1290:4
 **She** - 1117:20, 1118:3, 1118:7,
1118:9, 1119:22, 1119:23, 1218:18,
1257:14, 1293:20, 1296:4, 1302:18,

1302:22, 1318:1, 1321:7, 1329:4, 1335:15, 1341:6
**she** - 1117:22, 1117:25, 1119:23, 1120:1, 1120:3, 1120:16, 1129:1, 1155:5, 1218:2, 1218:3, 1218:10, 1218:21, 1252:17, 1253:3, 1253:4, 1253:6, 1253:7, 1253:10, 1253:21, 1253:22, 1253:24, 1257:5, 1257:16, 1257:22, 1259:24, 1260:5, 1293:18, 1293:20, 1294:25, 1295:25, 1296:3, 1296:4, 1302:21, 1302:23, 1302:24, 1317:22, 1328:24, 1328:25, 1329:1, 1329:4, 1329:5, 1335:13, 1335:17, 1335:22, 1338:11, 1341:3, 1341:5, 1343:23, 1346:11, 1347:9, 1347:11, 1347:12, 1355:13
**She's** - 1117:13
**shed** - 1228:13
**sheds** - 1215:9, 1215:20, 1228:2, 1251:11
**sheet** - 1206:23, 1274:22
**sheets** - 1274:19
**Shelly** - 1291:7, 1291:9
**Shen** - 1253:23, 1270:22
**Sherwyn** - 1240:14
**shifting** - 1351:4, 1351:10, 1352:11, 1356:19, 1356:22, 1356:23, 1361:22, 1364:2, 1364:3
**shifts** - 1351:6, 1351:17
**ship** - 1314:1, 1339:3
**shipment** - 1217:7
**shipments** - 1224:16, 1228:21, 1228:25, 1268:1
**shipping** - 1268:2
**shirt** - 1328:16
**Shoo** - 1253:1, 1253:8, 1254:16, 1254:21, 1254:23, 1256:5, 1256:6
**Shop** - 1318:14
**short** - 1113:9, 1118:15, 1121:9, 1146:25, 1219:6, 1245:7, 1344:11, 1362:21
**Short** - 1207:12, 1207:14, 1207:17, 1214:2, 1216:16, 1216:20, 1216:25, 1217:4, 1217:10, 1217:14, 1218:13, 1218:18, 1219:2, 1219:3, 1219:7, 1219:10, 1219:13, 1220:2, 1222:6, 1222:10, 1222:12, 1223:5, 1224:19, 1225:9, 1226:9, 1226:18, 1226:20, 1226:21, 1226:22, 1226:24, 1227:5, 1229:2, 1229:6, 1229:7, 1229:17, 1229:18, 1229:19, 1229:22, 1230:24, 1231:9, 1233:5, 1233:8, 1233:10, 1233:11, 1233:12, 1233:17, 1233:18, 1235:4, 1235:5, 1235:16, 1235:18, 1235:25, 1236:24, 1240:15, 1240:19, 1241:4, 1241:10, 1292:16, 1292:20, 1336:23, 1358:7, 1358:8, 1363:7
**shortcut** - 1238:14, 1286:4
**shortest** - 1230:1
**shortly** - 1248:15, 1248:25, 1265:8, 1275:22, 1290:12, 1292:1, 1293:21, 1294:25
**Shortly** - 1331:1
**Shortman** - 1238:14, 1238:19, 1238:21, 1238:22, 1240:3, 1264:5, 1267:18, 1268:16, 1333:2, 1333:5, 1333:7, 1333:8, 1333:11
**Shortmen** - 1333:16
**shot** - 1267:24
**Should** - 1287:19
**should** - 1113:11, 1113:24, 1122:13, 1127:24, 1128:11, 1129:2, 1129:3, 1129:4, 1129:9, 1129:11, 1134:20, 1137:2, 1139:5, 1139:22, 1140:6, 1140:13, 1140:14, 1141:1, 1142:18, 1143:10, 1143:13, 1143:15, 1144:3, 1148:7, 1148:20, 1148:21, 1154:11, 1160:19, 1160:21, 1160:23, 1163:18, 1164:7, 1165:8, 1165:19, 1165:23, 1166:3, 1166:6, 1167:8, 1170:15,

1171:13, 1173:9, 1174:16, 1177:25, 1182:19, 1190:5, 1190:8, 1192:2, 1224:19, 1291:17, 1309:16, 1314:5, 1317:22, 1326:25, 1334:4, 1335:4, 1343:18, 1352:5, 1352:9, 1359:21, 1365:6
**shouldn't** - 1145:20, 1160:9, 1165:10, 1165:22, 1170:21, 1173:7, 1188:16, 1197:1, 1210:6, 1250:15, 1250:21, 1251:15
**show** - 1142:4, 1219:17, 1222:16, 1225:4, 1227:7, 1227:12, 1231:19, 1231:24, 1235:20, 1239:4, 1248:17, 1258:23, 1266:11, 1267:20, 1267:25, 1268:21, 1269:17, 1272:6, 1272:21, 1277:8, 1282:17, 1289:22, 1291:21, 1294:7, 1295:5, 1296:11, 1296:14, 1298:3, 1298:20, 1299:22, 1306:11, 1307:12, 1309:23, 1311:7, 1320:12, 1321:3, 1321:10, 1335:23, 1336:2, 1338:25, 1339:22, 1342:22, 1347:23, 1349:8, 1353:9, 1359:14
**showed** - 1219:12, 1296:4, 1314:5
**showing** - 1249:19, 1253:10, 1289:23, 1340:1
**shown** - 1185:19, 1285:23, 1322:16
**shows** - 1208:10
**sick** - 1299:17
**side** - 1166:2, 1167:9, 1167:10, 1174:15, 1183:8, 1224:4, 1244:8, 1263:6, 1309:20
**Side** - 1196:1, 1198:9, 1210:1, 1221:1, 1233:1
**Sidebar** - 1187:1, 1249:12
**sidebar** - 1195:24
**sides** - 1127:7, 1148:5, 1154:12, 1165:24, 1190:4, 1193:17, 1195:9, 1195:12
**sigh** - 1292:13
**sign** - 1283:10, 1317:20, 1317:25
**signature** - 1283:2, 1283:8
**signed** - 1282:25, 1317:7, 1318:1, 1365:9
**significance** - 1216:18, 1245:1, 1245:4, 1245:5, 1252:24, 1359:25
**significant** - 1172:3, 1337:6
**significantly** - 1356:15
**signify** - 1230:4
**silly** - 1331:15, 1331:16
**Simels** - 1112:5, 1112:17, 1121:25, 1122:4, 1196:9, 1200:4, 1200:10, 1200:17, 1214:11, 1214:17, 1215:9, 1215:13, 1215:14, 1215:19, 1219:19, 1222:4, 1222:20, 1233:16, 1234:13, 1234:15, 1238:8, 1238:13, 1269:10, 1276:17, 1276:18, 1276:20, 1290:20, 1304:6, 1312:1, 1315:15, 1317:2, 1320:12, 1321:18, 1321:19, 1350:24, 1357:23, 1357:24, 1360:25, 1361:1, 1368:9
**Simels's** - 1123:10, 1215:2, 1221:22, 1228:14, 1249:6, 1251:18
**simple** - 1152:1, 1179:21
**simply** - 1242:3, 1290:23, 1301:2, 1320:3, 1338:12, 1361:7
**since** - 1126:7, 1201:22, 1201:23, 1203:20, 1223:9, 1230:18, 1266:7, 1272:3, 1275:6, 1313:11, 1331:25, 1358:24
**Since** - 1226:12, 1229:9, 1329:1
**single** - 1169:16, 1186:13, 1348:14, 1356:6
**Sir** - 1124:19, 1312:20
**sir** - 1116:16, 1138:17, 1174:22, 1182:12, 1195:17, 1215:23, 1215:25, 1238:16, 1238:23, 1239:7, 1247:16, 1258:18, 1285:4, 1286:22, 1288:9, 1291:20, 1308:22, 1314:23, 1316:2, 1320:10, 1327:22, 1338:1
**sit** - 1128:14, 1136:20, 1145:15,

1160:24, 1174:1, 1288:9
**site** - 1205:3, 1297:25
**sitting** - 1149:22, 1179:10, 1246:4, 1248:9, 1258:21, 1259:8, 1264:12, 1350:11
**situation** - 1134:14, 1142:1, 1144:18, 1148:22, 1149:1, 1149:14, 1165:19, 1173:1, 1192:10, 1194:6, 1353:3, 1353:8, 1359:1
**situations** - 1132:6, 1133:12, 1133:14, 1144:11, 1144:24, 1147:14, 1148:23, 1170:6, 1177:7, 1177:10, 1184:12
**six** - 1119:23, 1196:11, 1201:6, 1207:23, 1328:1
**sixties** - 1119:23
**Sixty** - 1200:22
**Sixty-two** - 1200:22
**skill** - 1130:20, 1184:2, 1184:4, 1184:7, 1185:12, 1192:5
**skilled** - 1184:4
**skin** - 1304:5
**slacks** - 1328:16
**slide** - 1231:25
**slight** - 1120:23
**slip** - 1170:24
**slow** - 1250:9
**slower** - 1301:15
**Smack** - 1345:15
**small** - 1169:25, 1184:20, 1279:2, 1313:4, 1313:8, 1348:16
**smaller** - 1322:18
**smiling** - 1159:6
**Smith** - 1315:18, 1318:1, 1318:15
**snapshot** - 1221:14
**so** - 1118:16, 1119:25, 1122:19, 1125:25, 1135:10, 1141:12, 1142:17, 1144:2, 1146:8, 1148:5, 1152:12, 1152:24, 1153:1, 1153:6, 1158:21, 1162:13, 1162:17, 1162:22, 1165:12, 1167:12, 1167:14, 1169:11, 1170:23, 1171:4, 1171:21, 1173:8, 1176:3, 1178:13, 1186:8, 1189:13, 1190:20, 1192:17, 1193:25, 1204:25, 1225:19, 1234:8, 1248:2, 1251:8, 1253:11, 1256:15, 1258:25, 1259:17, 1268:11, 1271:10, 1275:10, 1275:11, 1279:17, 1281:16, 1282:5, 1283:9, 1289:14, 1294:13, 1308:7, 1308:13, 1309:11, 1309:22, 1310:3, 1313:8, 1315:3, 1317:17, 1325:15, 1336:1, 1338:25, 1339:6, 1345:2, 1346:17, 1346:18, 1348:24, 1349:3, 1356:4, 1356:18, 1366:8, 1366:18
**So** - 1115:24, 1117:12, 1121:17, 1122:17, 1122:20, 1126:13, 1127:10, 1130:19, 1131:20, 1136:16, 1139:5, 1140:6, 1142:7, 1143:18, 1146:3, 1156:17, 1157:11, 1160:5, 1171:2, 1171:9, 1174:18, 1178:18, 1181:12, 1194:10, 1195:1, 1204:23, 1207:8, 1218:8, 1218:19, 1224:6, 1227:22, 1234:6, 1236:14, 1239:17, 1239:18, 1248:9, 1248:24, 1251:14, 1251:24, 1253:13, 1255:7, 1257:18, 1264:11, 1266:7, 1267:6, 1269:22, 1270:11, 1272:3, 1273:5, 1284:5, 1290:18, 1292:7, 1294:18, 1295:15, 1297:1, 1297:21, 1298:7, 1299:9, 1300:9, 1302:1, 1306:21, 1307:20, 1308:8, 1309:21, 1310:24, 1311:20, 1311:21, 1313:6, 1313:19, 1320:8, 1321:16, 1326:7, 1326:17, 1330:8, 1333:13, 1333:18, 1335:11, 1336:10, 1339:19, 1340:13, 1343:9, 1349:21, 1352:4, 1353:15, 1353:19, 1359:17, 1366:11, 1367:3
**so-called** - 1339:6
**society** - 1128:7, 1153:2
**software** - 1314:18

**Solano** - 1112:18, 1113:21, 1114:8, 1121:4, 1122:18, 1182:23, 1182:24, 1183:2, 1183:4, 1187:6, 1187:20, 1188:2, 1191:11, 1191:12, 1200:1, 1202:2, 1351:12, 1365:10, 1365:14, 1367:8, 1368:7
**sold** - 1261:22
**sole** - 1354:23
**solely** - 1354:23, 1357:5, 1359:4, 1362:6
**solely-lawful** - 1359:4
**Some** - 1133:18, 1137:20, 1143:14, 1152:3, 1171:16, 1177:1, 1258:15, 1259:3
**some** - 1118:9, 1119:9, 1121:14, 1132:6, 1132:22, 1133:14, 1135:18, 1138:15, 1140:11, 1140:15, 1141:15, 1141:17, 1144:24, 1145:13, 1145:25, 1146:1, 1149:10, 1156:17, 1162:14, 1173:14, 1175:9, 1175:13, 1177:1, 1178:14, 1181:22, 1184:16, 1185:2, 1185:9, 1185:14, 1186:6, 1188:25, 1192:15, 1204:1, 1205:4, 1206:5, 1206:6, 1211:19, 1211:23, 1215:9, 1216:13, 1216:18, 1230:17, 1247:2, 1251:9, 1252:2, 1255:10, 1263:24, 1263:25, 1267:14, 1267:15, 1268:15, 1269:24, 1270:9, 1303:12, 1312:4, 1313:13, 1314:5, 1314:20, 1327:18, 1330:17, 1330:18, 1332:12, 1337:20, 1344:10, 1350:8, 1353:6, 1365:9, 1366:3
**Somebody** - 1181:21, 1204:20
**somebody** - 1139:7, 1162:14, 1177:13, 1179:9, 1179:22, 1179:24, 1204:14, 1254:5, 1337:22
**somehow** - 1244:6, 1314:24, 1327:3
**someone** - 1121:17, 1127:3, 1137:17, 1140:21, 1142:21, 1153:7, 1154:3, 1157:11, 1160:1, 1160:18, 1166:25, 1172:2, 1172:4, 1175:25, 1179:6, 1182:12, 1182:13, 1195:15, 1196:8, 1196:17, 1196:22, 1224:16, 1228:25, 1238:21, 1287:25, 1289:7, 1339:2, 1339:16, 1357:24, 1357:25, 1360:4, 1360:5, 1361:14
**Someone** - 1119:15, 1199:19
**someone's** - 1168:3, 1358:5
**something** - 1120:11, 1127:25, 1131:19, 1134:17, 1142:2, 1142:10, 1142:12, 1142:15, 1147:24, 1147:25, 1150:6, 1152:20, 1153:6, 1153:7, 1163:16, 1164:7, 1166:5, 1174:3, 1177:25, 1178:16, 1179:11, 1181:6, 1182:21, 1184:22, 1185:11, 1189:8, 1193:16, 1194:1, 1198:5, 1198:15, 1222:18, 1233:2, 1257:7, 1331:2, 1332:6, 1347:7, 1351:6, 1351:13, 1360:1
**sometimes** - 1131:9, 1131:25, 1132:5, 1133:10, 1145:2, 1146:10, 1152:4, 1152:12, 1159:15, 1161:7, 1174:13, 1185:25, 1211:5, 1211:9, 1211:10
**Sometimes** - 1137:25, 1142:1, 1168:9, 1169:11, 1170:9, 1184:20, 1193:15, 1204:21
**Somewhere** - 1282:10
**somewhere** - 1237:10, 1302:22, 1304:4, 1313:16, 1324:25
**son** - 1201:15
**soon** - 1293:22
**Sorry** - 1122:24, 1165:7, 1183:13, 1214:6, 1275:17, 1276:20, 1332:11
**sorry** - 1119:16, 1127:14, 1152:25, 1158:7, 1175:17, 1175:20, 1181:21, 1184:18, 1189:3, 1299:25, 1302:14, 1316:3, 1317:3, 1328:23, 1333:1, 1341:10, 1363:3
**sort** - 1140:16, 1146:5, 1169:6,

1177:16, 1184:14, 1186:1, 1279:12, 1333:18, 1352:4
**sorts** - 1126:11, 1126:16, 1275:18
**sought** - 1268:11, 1280:13, 1319:18, 1319:21
**source** - 1167:11, 1224:16, 1224:17, 1228:24, 1229:1, 1230:22, 1242:6, 1257:16, 1258:6, 1272:1, 1272:7, 1278:19, 1305:2, 1312:13, 1313:13, 1321:23, 1330:15
**sources** - 1127:8, 1198:5, 1198:10, 1199:11, 1258:7
**Southern** - 1124:25, 1189:18
**Spanish** - 1178:15
**speak** - 1136:10, 1136:15, 1146:8, 1147:16, 1158:4, 1161:2, 1176:3, 1180:5, 1194:18, 1231:6, 1258:23, 1259:16, 1260:25, 1293:17, 1304:18, 1305:19, 1346:18, 1347:12
**speaker** - 1312:16
**speaking** - 1130:4, 1131:12, 1131:19, 1155:12, 1158:13, 1159:10, 1173:18, 1198:20, 1233:24, 1248:25, 1272:15, 1346:13
**Speaking** - 1154:24, 1155:3
**speaks** - 1194:15
**Special** - 1202:13, 1203:16
**specialize** - 1115:13
**specialized** - 1186:2
**specific** - 1272:11, 1298:5, 1335:15, 1354:18, 1355:2, 1357:20, 1358:6, 1360:25, 1363:25
**specifically** - 1281:25, 1282:11, 1282:14, 1303:8, 1319:22
**specter** - 1152:19, 1196:3, 1196:13, 1196:16
**speculating** - 1275:7
**spell** - 1114:22, 1123:7, 1200:8
**Spell** - 1205:17
**spelling** - 1252:13
**spend** - 1134:18, 1135:9, 1135:12, 1141:17, 1188:7, 1188:18, 1193:13, 1339:1
**spending** - 1134:8
**spends** - 1134:17
**spent** - 1188:9, 1190:25, 1200:25, 1270:14, 1338:18, 1340:22, 1340:24, 1341:1, 1341:15
**Spent** - 1341:23
**spite** - 1199:13
**spoke** - 1113:8, 1140:9, 1217:19, 1231:8, 1247:8, 1260:16, 1260:17, 1271:23, 1274:8, 1344:16, 1347:14, 1347:17
**spoken** - 1243:4, 1247:7, 1347:13
**spring** - 1145:16, 1246:3, 1312:21, 1344:22
**spur** - 1265:15
**Spy** - 1318:14
**Ss** - 1283:8
**St-1** - 1122:12
**stable** - 1188:21
**Stadium** - 1203:1
**staff** - 1168:25, 1178:19, 1256:17, 1262:20, 1350:4
**stage** - 1127:3, 1211:2, 1216:2, 1359:19
**stages** - 1211:24, 1213:17
**stake** - 1134:15
**stamp** - 1351:16
**stand** - 1121:17, 1131:3, 1136:18, 1137:1, 1137:12, 1139:16, 1144:8, 1145:16, 1159:17, 1162:12, 1163:1, 1163:6, 1163:14, 1259:9, 1337:25, 1361:16, 1364:17
**standing** - 1289:4
**start** - 1132:25, 1151:12, 1193:12, 1200:20, 1209:3, 1350:21
**started** - 1123:22, 1157:12, 1173:10, 1239:1, 1242:20, 1270:25, 1278:6

**starting** - 1135:20, 1135:23, 1265:25
**starts** - 1171:10, 1211:9, 1233:9, 1299:10, 1348:15
**state** - 1115:16, 1115:18, 1200:8, 1214:21, 1215:15, 1228:2, 1228:13, 1233:23, 1234:16, 1249:6, 1251:12, 1251:19, 1251:20, 1358:24
**State** - 1114:22, 1115:3, 1123:7, 1149:23, 1192:11, 1193:23, 1194:8, 1201:19, 1201:20, 1201:21, 1202:13, 1245:16, 1246:5
**statement** - 1148:18, 1208:22, 1268:9, 1284:15, 1288:18
**statements** - 1133:25, 1135:16, 1210:3, 1211:6, 1214:11, 1215:19, 1228:9, 1228:10, 1234:10, 1234:12, 1234:14, 1284:20, 1284:25, 1285:21, 1285:24, 1290:20, 1330:10
**States** - 1112:1, 1112:3, 1112:10, 1112:13, 1150:2, 1193:3, 1201:5, 1203:13, 1205:14, 1212:6, 1212:7, 1212:9, 1212:12, 1212:24, 1212:25, 1216:12, 1217:6, 1224:13, 1224:22, 1226:13, 1227:5, 1228:21, 1231:1, 1239:21, 1245:16, 1246:3, 1253:3, 1253:25, 1255:4, 1255:6, 1255:8, 1260:1, 1261:19, 1261:22, 1261:23, 1262:16, 1269:14, 1269:21, 1270:16, 1279:1, 1279:9, 1281:22, 1283:18, 1285:10, 1288:7, 1299:2, 1303:1, 1304:23, 1306:15, 1313:2, 1330:15, 1336:13, 1351:14
**states** - 1253:25, 1354:6
**stating** - 1257:3
**status** - 1208:12
**statute** - 1354:16, 1354:20, 1355:23, 1356:14, 1359:25, 1360:6, 1360:8, 1360:9, 1360:12, 1360:14, 1361:8, 1362:19, 1363:18, 1364:8
**statutory** - 1359:24, 1362:8
**stay** - 1245:7, 1280:20
**staying** - 1258:14
**Staying** - 1287:22
**Stearns** - 1154:4
**stenographer** - 1172:19
**stenography** - 1112:23
**step** - 1180:21, 1211:19, 1335:12, 1350:24
**steps** - 1140:15, 1179:23, 1179:25, 1180:11, 1185:22, 1199:8, 1212:15, 1279:10, 1279:11, 1309:13
**stepson** - 1201:14
**Steve** - 1183:7
**Steven** - 1112:13, 1186:4, 1245:15, 1246:7
**stick** - 1127:15
**Still** - 1343:13
**still** - 1117:2, 1123:21, 1216:1, 1233:18, 1253:10, 1256:10, 1292:15, 1347:19, 1353:24
**Stipulate** - 1222:16
**stipulated** - 1122:17, 1122:19, 1122:20
**stipulation** - 1113:17
**stock** - 1154:3
**Stockholm** - 1346:2
**stole** - 1257:5
**stood** - 1204:14
**stop** - 1134:22, 1147:19, 1284:7, 1358:14
**Stop** - 1140:22, 1141:21
**stopped** - 1309:18
**story** - 1139:6, 1162:10, 1335:18, 1361:16
**straight** - 1115:9
**strange** - 1333:14
**strategies** - 1146:16
**strategy** - 1186:14, 1187:13
**Street** - 1287:3, 1287:4, 1287:5, 1346:2

**street** - 1129:24, 1139:2, 1152:1, 1152:8, 1153:5, 1153:7
**strenuously** - 1361:2
**strike** - 1127:11, 1244:18
**Strike** - 1127:13
**strikes** - 1126:9, 1358:9, 1358:20, 1358:23, 1358:25
**strokes** - 1214:25
**struck** - 1247:6
**Structure** - 1244:17, 1244:21
**struggle** - 1138:5
**struggling** - 1133:3
**stuck** - 1149:20
**stuff** - 1189:6, 1191:2, 1191:4, 1193:15, 1221:11, 1222:13, 1291:7
**style** - 1348:12
**Subject** - 1224:4
**subject** - 1224:24, 1225:12, 1227:5, 1245:9, 1276:3, 1280:20, 1291:11, 1297:10, 1304:23, 1314:12, 1317:20, 1317:21, 1318:21, 1339:15, 1343:13, 1345:2
**submission** - 1317:24
**submissions** - 1226:7, 1229:5
**submit** - 1223:13, 1226:10, 1229:7, 1269:25
**submitted** - 1281:6, 1281:9, 1282:6, 1282:8, 1282:21, 1283:11, 1283:14
**suborn** - 1138:13, 1165:20, 1233:18
**suborning** - 1164:22, 1223:4
**subpoena** - 1136:1, 1136:2, 1136:5, 1136:16, 1136:17, 1136:19, 1157:3, 1157:8, 1157:13, 1157:16, 1181:16, 1194:25, 1195:5, 1195:6, 1195:10, 1195:15, 1317:6, 1317:7, 1317:10, 1339:19, 1365:9
**subpoenas** - 1317:20, 1317:23
**Subsection** - 1361:6
**subsequent** - 1120:13, 1260:17, 1337:12
**substantial** - 1169:15, 1207:18, 1216:21
**Substantially** - 1261:16
**substantially** - 1216:23
**substantive** - 1362:24, 1363:20
**Substantive** - 1363:2
**subway** - 1182:1, 1182:10
**successful** - 1268:8, 1303:19, 1304:14, 1304:15, 1322:20
**such** - 1137:1, 1143:22, 1144:1, 1146:1, 1154:21, 1163:10, 1174:17, 1175:2, 1177:9, 1177:10, 1182:20, 1205:6, 1284:19, 1284:22, 1285:23, 1339:9, 1344:7
**suffer** - 1173:7
**sufficiently** - 1223:6, 1227:13
**suggest** - 1221:21, 1327:3, 1329:16
**suggested** - 1194:3, 1323:24, 1351:24
**suggesting** - 1196:17, 1233:21, 1314:5, 1318:8, 1344:14, 1356:13, 1356:17, 1356:19, 1359:19
**suggestion** - 1222:18, 1223:2, 1223:3, 1325:3, 1351:22, 1361:3
**suggestions** - 1129:7, 1129:8, 1129:9
**suggests** - 1355:18
**sum** - 1365:1, 1366:19
**Summarize** - 1236:21
**summations** - 1366:20, 1366:22, 1366:23, 1367:4
**summer** - 1230:12, 1270:12, 1312:21, 1313:18, 1341:6, 1344:23, 1346:10
**summing** - 1365:25
**summon** - 1195:9
**Sunday** - 1174:12, 1174:18
**superseded** - 1208:2
**superseding** - 1207:22
**supplied** - 1311:4, 1325:14
**support** - 1139:4, 1241:25, 1242:1, 1261:20, 1320:6

**supported** - 1147:25, 1216:3, 1268:19, 1281:15
**supporters** - 1243:12
**supporting** - 1221:23, 1222:9
**Suppose** - 1358:8
**supposed** - 1189:9, 1244:5, 1338:23
**supposedly** - 1212:10
**Supreme** - 1193:3, 1230:3
**sure** - 1114:6, 1155:15, 1158:1, 1167:15, 1171:12, 1176:4, 1185:22, 1196:23, 1283:11, 1309:13, 1309:21, 1353:22, 1354:12, 1355:21, 1355:22, 1355:25, 1356:12
**Sure** - 1177:2, 1159:21, 1161:6, 1234:9, 1236:5, 1311:16, 1330:13, 1363:9
**surprise** - 1146:5, 1166:2
**sustain** - 1187:18
**Sustained** - 1127:12, 1186:16, 1244:16
**Sv** - 1324:17, 1326:5
**swallowed** - 1149:21
**swearing** - 1285:5
**switch** - 1324:16
**sworn** - 1114:20, 1123:5, 1197:15, 1213:21, 1276:6
**sworn/affirmed** - 1200:6
**swung** - 1278:22
**system** - 1144:17, 1202:14, 1202:16, 1209:4, 1211:8, 1278:11, 1298:3, 1319:2, 1338:20

---

# T

**T** - 1123:4, 1200:5, 1238:1, 1279:7, 1279:25, 1368:5, 1368:8
**table** - 1151:11, 1183:6, 1189:9, 1250:20
**tailor** - 1347:3, 1347:5
**Tailor** - 1347:4, 1347:7
**Take** - 1250:20
**take** - 1113:16, 1120:25, 1130:4, 1140:21, 1140:24, 1141:14, 1146:14, 1148:19, 1158:24, 1159:7, 1163:3, 1177:13, 1177:19, 1180:15, 1182:10, 1212:15, 1222:5, 1227:25, 1239:24, 1248:4, 1248:6, 1260:14, 1260:24, 1262:20, 1264:14, 1269:16, 1275:1, 1276:8, 1279:10, 1282:1, 1309:13, 1324:9, 1335:13, 1335:20, 1343:19, 1353:16, 1353:17, 1359:20, 1361:15, 1364:20, 1366:3, 1366:8, 1366:23, 1367:4
**Taken** - 1364:13
**taken** - 1134:20, 1189:13, 1199:8, 1283:4, 1283:5, 1350:3
**takes** - 1138:9, 1365:20
**taking** - 1162:25, 1177:12, 1180:12, 1185:22, 1188:25, 1189:1, 1189:7, 1248:5, 1258:13, 1258:15, 1335:20, 1343:22, 1345:7
**Taliban** - 1243:13, 1245:15, 1245:20, 1276:24, 1278:9, 1281:16
**talk** - 1128:10, 1128:15, 1130:8, 1130:20, 1131:21, 1136:20, 1137:16, 1138:3, 1139:2, 1139:15, 1140:22, 1142:8, 1143:15, 1143:16, 1143:23, 1144:25, 1158:17, 1159:8, 1159:10, 1159:25, 1160:1, 1160:6, 1160:7, 1160:10, 1160:24, 1161:7, 1161:22, 1163:6, 1168:6, 1170:15, 1170:19, 1174:11, 1174:18, 1174:20, 1178:10, 1178:19, 1179:1, 1181:12, 1188:20, 1190:16, 1190:17, 1190:19, 1191:21, 1192:8, 1192:15, 1194:6, 1194:25, 1195:4, 1196:21, 1197:2, 1211:17, 1254:17, 1259:12, 1259:13, 1259:15, 1275:20, 1280:9, 1287:16, 1288:9, 1289:11, 1290:25, 1291:11, 1291:17, 1293:18, 1304:17, 1305:6, 1305:8,

**talked** - 1305:11, 1305:12, 1342:20, 1347:9, 1347:15, 1350:25
**talked** - 1188:3, 1289:14
**talking** - 1143:18, 1160:16, 1170:3, 1173:10, 1174:6, 1174:7, 1187:6, 1187:7, 1190:20, 1190:22, 1190:23, 1190:24, 1191:1, 1191:3, 1193:11, 1196:11, 1198:1, 1207:1, 1218:10, 1248:7, 1254:15, 1256:10, 1271:20, 1280:16, 1283:22, 1324:21, 1343:13, 1345:2, 1351:4, 1360:17, 1360:19, 1361:12, 1361:13, 1366:21
**talks** - 1205:1, 1363:11
**Tall** - 1241:10
**Talmen** - 1333:16
**tape** - 1253:9, 1256:2, 1272:16, 1280:5, 1285:17, 1305:1, 1306:5, 1307:11, 1309:22, 1319:22, 1344:5
**tape-record** - 1253:9
**tape-recordings** - 1306:5, 1307:11, 1309:22
**tapes** - 1208:25, 1233:8, 1247:14, 1247:17, 1262:7, 1262:21, 1304:21
**target** - 1280:4, 1304:21
**targets** - 1280:4
**tasked** - 1357:15
**tasks** - 1261:19, 1262:4, 1265:10
**Tavern** - 1252:14
**teaching** - 1203:3
**tear** - 1145:3
**technicalities** - 1284:21
**Telegraph** - 1315:12
**telegraph** - 1278:10
**telephone** - 1149:25, 1150:1, 1203:13, 1226:20, 1229:17, 1240:6, 1262:2, 1271:1, 1278:10, 1285:18, 1295:9, 1312:16, 1312:17, 1321:24, 1328:19
**Telephone** - 1315:11
**television** - 1127:8, 1328:10
**Tell** - 1115:6, 1116:9, 1117:5, 1123:19, 1134:6, 1201:7, 1225:6, 1243:25, 1247:21, 1261:17, 1264:23, 1267:14, 1271:7, 1276:3, 1288:21, 1302:6, 1315:6, 1337:5, 1347:6
**tell** - 1115:12, 1117:4, 1123:18, 1124:5, 1129:2, 1129:17, 1130:15, 1131:6, 1136:13, 1141:15, 1142:2, 1146:6, 1146:7, 1162:11, 1165:1, 1165:13, 1165:21, 1165:25, 1167:17, 1167:18, 1167:19, 1172:25, 1174:13, 1174:14, 1175:22, 1178:11, 1178:18, 1182:12, 1186:12, 1201:2, 1203:22, 1213:10, 1213:11, 1219:14, 1222:2, 1230:1, 1241:1, 1245:12, 1247:5, 1250:20, 1260:7, 1260:9, 1260:11, 1261:4, 1264:23, 1267:15, 1269:10, 1272:1, 1288:24, 1289:24, 1293:23, 1295:6, 1298:2, 1298:11, 1301:15, 1302:6, 1302:25, 1304:22, 1305:5, 1309:24, 1313:22, 1315:8, 1327:17, 1328:9, 1329:16, 1332:6, 1332:12, 1337:19, 1344:1, 1346:18, 1347:10, 1347:15, 1353:23, 1354:9, 1356:24, 1361:16
**telling** - 1139:10, 1141:21, 1145:17, 1147:18, 1148:11, 1160:15, 1160:25, 1167:23, 1178:15, 1200:20, 1212:16, 1213:17, 1213:25, 1218:2, 1218:9, 1231:12, 1245:22, 1286:13, 1299:1, 1327:25, 1328:3, 1332:5, 1333:10, 1345:19, 1346:23
**tells** - 1135:3, 1177:13, 1196:21, 1299:12
**Tells** - 1299:14
**ten** - 1113:11, 1113:14, 1121:20, 1180:14, 1190:24, 1213:22, 1214:12, 1215:7, 1215:11, 1301:11, 1303:14, 1305:16, 1305:18, 1344:25
**Ten** - 1180:18, 1182:5

**ten-minute** - 1113:11, 1113:14
**tenure** - 1203:15
**term** - 1181:3, 1188:15, 1198:10
**termed** - 1124:1
**terminal** - 1203:1
**terms** - 1126:8, 1174:15, 1184:19, 1186:14, 1188:23, 1215:3, 1216:21, 1230:1, 1330:17, 1344:4
**terrific** - 1186:8
**Terrorism**- 1169:22
**terrorism** - 1124:10, 1169:22
**terrorist** - 1174:24
**test** - 1180:4
**testified** - 1114:21, 1123:6, 1137:13, 1182:17, 1183:5, 1183:14, 1183:18, 1187:15, 1188:23, 1200:7, 1208:14, 1211:11, 1221:9, 1241:17, 1270:20, 1291:4
**testify** - 1125:5, 1136:18, 1149:16, 1166:4, 1166:9, 1166:19, 1167:19, 1167:23, 1168:4, 1181:24, 1182:9, 1187:4, 1189:21, 1190:6, 1215:4, 1223:5, 1255:4, 1268:25, 1269:14, 1269:19, 1271:10, 1274:5, 1281:14, 1281:25, 1286:6, 1325:11, 1336:22, 1337:25, 1357:7, 1357:8, 1358:13, 1360:4, 1360:5, 1361:10, 1363:6, 1365:11
**testifying** - 1179:16, 1291:2
**testimony** - 1119:8, 1125:14, 1125:21, 1126:14, 1126:16, 1131:11, 1144:19, 1145:14, 1157:20, 1162:16, 1163:21, 1181:12, 1183:12, 1190:6, 1190:10, 1196:9, 1197:10, 1197:11, 1198:2, 1211:7, 1214:10, 1214:25, 1215:17, 1218:12, 1218:13, 1218:15, 1218:16, 1221:22, 1247:2, 1251:18, 1252:16, 1263:8, 1269:16, 1282:2, 1284:25, 1285:24, 1314:16, 1333:25, 1335:14, 1335:17, 1336:17, 1336:19, 1336:25, 1354:24, 1358:3, 1358:5, 1358:11, 1362:2, 1365:16, 1366:24
**than** - 1130:17, 1134:20, 1152:7, 1154:5, 1167:12, 1208:4, 1208:7, 1209:2, 1224:17, 1225:2, 1228:25, 1233:3, 1233:17, 1242:3, 1246:16, 1247:8, 1250:14, 1259:5, 1259:8, 1259:13, 1262:10, 1265:14, 1283:7, 1301:15, 1307:24, 1322:13, 1343:22, 1345:6, 1352:10, 1354:4, 1366:23
**thank** - 1227:14
**Thank**- 1118:22, 1121:6, 1126:24, 1126:25, 1151:2, 1151:4, 1180:25, 1182:22, 1182:24, 1191:11, 1191:12, 1199:23, 1234:1, 1237:12, 1249:20, 1301:24, 1367:8
**thanks** - 1158:16
**that** - 1113:9, 1113:12, 1113:13, 1113:17, 1113:21, 1113:23, 1115:22, 1116:7, 1116:15, 1117:6, 1117:10, 1117:17, 1118:3, 1118:6, 1118:15, 1119:10, 1119:25, 1120:1, 1120:2, 1120:5, 1120:9, 1120:11, 1120:16, 1120:17, 1121:17, 1124:7, 1124:11, 1124:14, 1124:15, 1125:4, 1125:15, 1125:22, 1125:25, 1126:7, 1126:11, 1126:20, 1127:5, 1127:8, 1127:20, 1127:22, 1127:24, 1127:25, 1128:5, 1128:10, 1128:11, 1128:12, 1128:14, 1128:17, 1128:24, 1129:1, 1129:5, 1129:15, 1129:17, 1129:18, 1129:19, 1130:4, 1130:11, 1130:12, 1130:13, 1130:22, 1131:3, 1131:4, 1131:10, 1131:11, 1131:12, 1131:15, 1131:24, 1132:1, 1132:4, 1132:7, 1132:12, 1132:15, 1132:21, 1132:22, 1132:23, 1133:4, 1133:5, 1133:6, 1133:8, 1133:10, 1133:23, 1133:25, 1134:1, 1134:6, 1134:7, 1134:19, 1134:21, 1134:22, 1135:9, 1135:11, 1135:18,

1135:22, 1135:25, 1136:3, 1136:4, 1136:6, 1136:9, 1136:14, 1136:16, 1136:22, 1136:24, 1137:4, 1137:6, 1137:12, 1137:13, 1137:15, 1137:22, 1137:25, 1138:3, 1138:9, 1138:10, 1138:11, 1138:20, 1138:23, 1139:8, 1139:18, 1139:19, 1139:20, 1139:23, 1140:1, 1140:4, 1140:8, 1140:10, 1140:11, 1140:13, 1140:14, 1140:17, 1140:19, 1140:20, 1140:23, 1141:8, 1141:11, 1141:16, 1141:18, 1142:1, 1142:8, 1142:11, 1142:12, 1142:13, 1142:15, 1142:17, 1142:23, 1142:24, 1143:8, 1143:9, 1143:10, 1143:11, 1143:18, 1144:2, 1144:3, 1144:4, 1144:7, 1144:12, 1144:13, 1144:15, 1144:19, 1144:20, 1144:23, 1145:5, 1145:6, 1145:8, 1145:10, 1145:11, 1145:13, 1145:14, 1145:15, 1145:16, 1145:19, 1145:24, 1145:25, 1146:1, 1146:2, 1146:3, 1146:4, 1146:8, 1146:10, 1146:21, 1146:23, 1146:24, 1147:1, 1147:4, 1147:15, 1147:16, 1147:17, 1147:18, 1147:22, 1147:24, 1148:7, 1148:9, 1148:19, 1148:25, 1149:2, 1149:7, 1149:8, 1149:9, 1149:11, 1149:14, 1149:23, 1150:3, 1150:5, 1150:6, 1150:9, 1150:10, 1150:14, 1150:18, 1151:12, 1152:8, 1152:9, 1152:18, 1152:20, 1152:23, 1153:1, 1153:2, 1154:4, 1154:8, 1154:9, 1154:10, 1154:11, 1154:14, 1154:16, 1154:17, 1154:21, 1155:5, 1155:16, 1155:18, 1155:20, 1155:25, 1156:6, 1156:18, 1157:6, 1157:8, 1157:9, 1157:17, 1157:18, 1158:1, 1158:4, 1158:8, 1158:12, 1158:19, 1158:20, 1158:25, 1159:15, 1159:16, 1159:20, 1159:24, 1160:2, 1160:7, 1160:9, 1160:14, 1160:18, 1160:19, 1160:21, 1160:22, 1160:23, 1161:4, 1161:8, 1161:11, 1161:17, 1161:18, 1161:19, 1161:21, 1161:23, 1162:2, 1162:8, 1162:12, 1162:15, 1162:17, 1163:5, 1163:10, 1163:21, 1164:3, 1164:5, 1164:7, 1164:21, 1164:23, 1164:25, 1165:1, 1165:3, 1165:10, 1165:15, 1165:16, 1165:17, 1165:18, 1165:19, 1165:22, 1165:25, 1166:1, 1166:3, 1166:9, 1166:12, 1166:13, 1166:14, 1166:18, 1167:9, 1167:10, 1167:18, 1167:19, 1167:21, 1167:22, 1168:10, 1168:14, 1169:6, 1169:9, 1169:12, 1169:16, 1170:6, 1170:7, 1170:16, 1170:19, 1170:24, 1171:4, 1171:6, 1171:9, 1171:12, 1171:13, 1171:14, 1171:15, 1171:25, 1172:1, 1172:3, 1172:5, 1172:9, 1172:14, 1172:22, 1173:1, 1173:6, 1173:8, 1173:14, 1173:16, 1173:23, 1174:3, 1174:4, 1174:6, 1174:10, 1174:17, 1174:18, 1174:25, 1175:5, 1175:9, 1175:11, 1175:12, 1175:22, 1176:2, 1176:3, 1176:4, 1176:5, 1176:6, 1176:16, 1177:2, 1177:25, 1178:16, 1178:21, 1178:23, 1179:7, 1179:8, 1179:9, 1179:11, 1179:14, 1179:16, 1179:17, 1179:19, 1179:24, 1179:25, 1180:11, 1181:6, 1181:7, 1181:11, 1181:17, 1181:18, 1182:6, 1182:7, 1182:16, 1182:18, 1182:19, 1182:21, 1183:5, 1183:18, 1183:23, 1183:25, 1184:5, 1184:11, 1184:12, 1184:13, 1185:2, 1185:7, 1185:17, 1185:19, 1185:20, 1185:22, 1186:2, 1186:6, 1186:13, 1187:11, 1187:15, 1188:6, 1188:7, 1188:9, 1188:16, 1188:19, 1188:25, 1189:1, 1189:3, 1189:13, 1189:16, 1189:17, 1189:22,

1190:2, 1190:13, 1190:16, 1190:17, 1190:23, 1191:7, 1191:25, 1192:7, 1192:12, 1192:13, 1192:15, 1192:18, 1192:22, 1192:25, 1193:1, 1193:4, 1193:10, 1193:16, 1193:18, 1193:21, 1193:24, 1193:25, 1194:1, 1194:5, 1194:6, 1194:8, 1194:10, 1194:12, 1194:14, 1195:11, 1195:13, 1195:21, 1195:22, 1196:4, 1196:5, 1196:6, 1197:15, 1197:20, 1197:22, 1198:7, 1198:8, 1198:19, 1198:21, 1198:22, 1198:23, 1199:1, 1199:12, 1199:18, 1199:20, 1199:21, 1201:22, 1201:23, 1202:3, 1202:17, 1202:19, 1202:23, 1202:24, 1203:2, 1203:5, 1203:18, 1203:22, 1204:11, 1204:14, 1204:19, 1205:21, 1206:11, 1206:13, 1206:19, 1206:25, 1207:9, 1207:10, 1207:15, 1207:16, 1207:20, 1208:2, 1208:8, 1208:15, 1208:23, 1208:24, 1209:2, 1210:5, 1211:2, 1211:7, 1211:9, 1211:21, 1212:2, 1212:8, 1212:13, 1212:14, 1212:21, 1213:3, 1213:11, 1213:14, 1213:19, 1213:21, 1213:23, 1214:13, 1214:18, 1214:19, 1215:4, 1215:5, 1215:8, 1215:11, 1215:13, 1215:14, 1215:16, 1215:24, 1216:2, 1216:11, 1216:14, 1216:15, 1216:18, 1216:22, 1216:25, 1217:5, 1217:6, 1217:9, 1217:12, 1217:13, 1217:14, 1217:15, 1217:17, 1217:18, 1217:20, 1217:22, 1218:4, 1218:7, 1218:8, 1218:10, 1218:16, 1218:17, 1218:19, 1219:4, 1219:10, 1219:12, 1219:13, 1219:15, 1219:16, 1219:19, 1221:9, 1221:19, 1221:23, 1222:21, 1223:5, 1224:8, 1224:15, 1224:17, 1224:19, 1224:21, 1225:5, 1225:8, 1225:11, 1225:20, 1226:1, 1226:10, 1226:25, 1227:8, 1227:13, 1228:5, 1228:11, 1228:24, 1229:1, 1229:15, 1230:4, 1230:5, 1230:8, 1230:19, 1230:23, 1230:24, 1231:2, 1231:11, 1233:4, 1233:13, 1233:16, 1233:17, 1234:14, 1234:17, 1234:23, 1235:3, 1235:8, 1235:13, 1236:2, 1238:15, 1239:2, 1239:24, 1240:3, 1240:7, 1240:8, 1240:12, 1240:15, 1240:22, 1240:23, 1241:2, 1241:6, 1241:12, 1241:17, 1241:23, 1242:14, 1242:15, 1242:25, 1243:2, 1243:25, 1244:13, 1244:25, 1245:1, 1245:4, 1245:7, 1245:12, 1245:13, 1245:14, 1245:16, 1245:17, 1245:21, 1245:24, 1246:4, 1247:4, 1247:8, 1247:15, 1247:17, 1247:25, 1248:14, 1248:19, 1248:24, 1250:5, 1250:11, 1251:1, 1251:13, 1251:16, 1251:18, 1251:20, 1252:9, 1252:16, 1252:23, 1252:24, 1253:2, 1253:10, 1253:11, 1253:13, 1253:19, 1253:21, 1254:2, 1254:4, 1254:7, 1254:15, 1255:1, 1255:3, 1255:4, 1255:7, 1256:2, 1256:8, 1256:13, 1257:5, 1257:10, 1257:12, 1257:21, 1257:22, 1258:4, 1258:9, 1259:15, 1259:16, 1259:17, 1259:23, 1259:24, 1260:8, 1260:9, 1260:22, 1261:2, 1261:6, 1261:17, 1261:20, 1262:3, 1262:7, 1262:14, 1262:25, 1263:2, 1263:7, 1263:17, 1263:18, 1263:19, 1263:20, 1263:21, 1264:2, 1264:4, 1264:7, 1264:8, 1264:9, 1264:11, 1264:20, 1264:23, 1264:25, 1265:8, 1265:11, 1265:12, 1265:21, 1266:5, 1266:9, 1266:12, 1266:16, 1266:17, 1266:21, 1266:22, 1267:5, 1267:15, 1267:17, 1267:20, 1267:24, 1268:7, 1268:15, 1268:16, 1268:19, 1268:23, 1268:25, 1269:1, 1269:5, 1269:8, 1269:12, 1269:13, 1269:14, 1269:16, 1269:18,

1270:13, 1270:21, 1270:24, 1271:2,
1271:21, 1271:24, 1272:2, 1272:3,
1272:4, 1272:5, 1272:6, 1272:8,
1273:1, 1273:9, 1273:16, 1273:24,
1274:1, 1274:7, 1274:9, 1274:24,
1275:10, 1275:15, 1275:22, 1276:3,
1276:6, 1276:7, 1276:14, 1276:23,
1276:25, 1277:3, 1277:8, 1277:9,
1278:3, 1278:6, 1278:11, 1278:21,
1279:17, 1279:19, 1279:24, 1280:8,
1280:12, 1280:18, 1280:22, 1281:4,
1281:6, 1281:14, 1281:23, 1282:4,
1282:6, 1282:8, 1282:18, 1283:9,
1283:23, 1284:13, 1284:14, 1284:22,
1284:24, 1285:1, 1285:7, 1285:8,
1285:10, 1285:19, 1285:21, 1285:23,
1286:6, 1286:14, 1286:21, 1287:10,
1288:5, 1288:8, 1289:12, 1289:15,
1289:24, 1290:24, 1291:5, 1291:8,
1291:9, 1291:15, 1291:17, 1292:2,
1292:10, 1292:13, 1293:2, 1293:6,
1293:24, 1295:6, 1295:17, 1295:18,
1295:19, 1297:3, 1297:5, 1297:14,
1297:20, 1297:21, 1298:1, 1298:2,
1298:3, 1298:13, 1299:2, 1301:15,
1301:17, 1302:1, 1302:7, 1302:10,
1302:16, 1303:9, 1303:10, 1303:23,
1304:8, 1304:11, 1304:15, 1304:20,
1304:21, 1304:22, 1304:23, 1305:1,
1305:8, 1305:11, 1305:12, 1305:14,
1305:17, 1305:21, 1306:1, 1306:5,
1306:22, 1307:5, 1307:15, 1308:2,
1308:5, 1308:8, 1308:9, 1308:18,
1308:21, 1308:23, 1309:2, 1309:5,
1309:9, 1309:10, 1309:11, 1309:13,
1309:15, 1309:18, 1309:19, 1309:21,
1309:22, 1310:1, 1310:2, 1310:3,
1310:4, 1310:14, 1310:20, 1311:3,
1311:4, 1311:10, 1311:17, 1311:18,
1312:5, 1312:9, 1312:11, 1312:17,
1312:25, 1313:4, 1313:5, 1313:8,
1313:9, 1313:11, 1313:12, 1313:13,
1313:15, 1313:19, 1314:2, 1314:4,
1314:5, 1314:7, 1314:13, 1314:18,
1314:22, 1314:24, 1315:10, 1315:16,
1315:22, 1317:7, 1317:10, 1317:13,
1317:14, 1317:17, 1317:19, 1317:20,
1317:24, 1318:1, 1318:3, 1318:6,
1318:12, 1318:25, 1319:1, 1319:10,
1319:15, 1319:16, 1319:25, 1320:1,
1320:4, 1320:14, 1320:15, 1320:18,
1321:25, 1322:4, 1322:17, 1322:23,
1323:2, 1323:8, 1323:12, 1323:22,
1324:5, 1324:9, 1324:12, 1324:19,
1324:20, 1324:21, 1325:3, 1325:15,
1326:4, 1326:18, 1326:21, 1326:22,
1326:23, 1326:25, 1327:3, 1327:12,
1327:13, 1327:17, 1327:18, 1327:21,
1327:22, 1328:1, 1328:4, 1328:5,
1328:8, 1328:11, 1328:23, 1329:1,
1329:2, 1329:4, 1329:5, 1329:13,
1329:16, 1329:19, 1329:20, 1329:24,
1330:11, 1330:13, 1330:14, 1330:24,
1331:1, 1331:2, 1331:3, 1331:13,
1331:15, 1331:21, 1331:22, 1331:25,
1332:12, 1332:13, 1332:14, 1332:17,
1332:23, 1333:1, 1333:7, 1333:15,
1334:2, 1334:4, 1335:3, 1335:8,
1335:9, 1335:12, 1335:16, 1335:25,
1336:17, 1336:22, 1337:12, 1337:13,
1337:20, 1337:21, 1337:25, 1338:4,
1338:7, 1338:23, 1338:24, 1339:1,
1340:2, 1340:4, 1340:5, 1340:18,
1340:22, 1342:2, 1343:15, 1344:2,
1344:9, 1344:16, 1345:22, 1346:8,
1346:14, 1347:1, 1347:6, 1347:8,
1347:10, 1347:18, 1348:18, 1348:19,
1348:21, 1348:25, 1349:12, 1349:22,
1350:8, 1351:6, 1351:16, 1352:3,
1352:5, 1352:6, 1353:7, 1353:9,

1353:12, 1353:15, 1353:18, 1354:1,
1354:10, 1354:11, 1354:13, 1354:17,
1354:20, 1354:21, 1354:25, 1355:3,
1355:7, 1355:10, 1355:11, 1355:12,
1355:19, 1355:20, 1355:21, 1355:22,
1356:7, 1356:8, 1356:14, 1356:19,
1357:4, 1357:8, 1357:9, 1357:10,
1357:12, 1357:13, 1357:15, 1357:17,
1357:22, 1357:23, 1357:25, 1358:3,
1358:10, 1358:12, 1358:15, 1358:17,
1358:24, 1358:25, 1359:5, 1359:6,
1359:7, 1359:13, 1359:14, 1359:17,
1359:19, 1359:20, 1359:21, 1359:24,
1359:25, 1360:2, 1360:6, 1360:8,
1360:11, 1360:13, 1360:14, 1360:16,
1360:19, 1360:20, 1360:24, 1360:25,
1361:4, 1361:16, 1361:17, 1361:18,
1361:24, 1361:25, 1362:2, 1362:7,
1362:8, 1362:9, 1362:16, 1362:23,
1363:9, 1363:14, 1363:20, 1364:24,
1365:1, 1366:3, 1366:10

**That**- 1127:23, 1139:11, 1145:6,
1148:25, 1156:9, 1157:21, 1159:2,
1165:3, 1166:6, 1169:17, 1169:21,
1175:11, 1178:3, 1180:11, 1186:10,
1196:19, 1206:16, 1210:2, 1210:7,
1212:25, 1218:1, 1224:23, 1224:24,
1245:24, 1259:24, 1266:22, 1273:10,
1274:23, 1286:16, 1294:21, 1307:1,
1312:7, 1317:9, 1319:13, 1322:15,
1330:8, 1331:20, 1332:16, 1332:19,
1336:4, 1340:24, 1342:13, 1351:18,
1358:22, 1366:20, 1367:5

**That's**- 1131:19, 1135:6, 1141:5,
1146:9, 1150:10, 1150:13, 1154:7,
1154:19, 1154:20, 1155:22, 1156:11,
1157:16, 1158:5, 1158:9, 1158:15,
1158:18, 1162:6, 1163:9, 1163:12,
1164:4, 1164:8, 1164:10, 1164:13,
1165:2, 1169:13, 1171:15, 1171:20,
1181:25, 1183:20, 1184:17, 1185:6,
1185:11, 1185:16, 1186:10, 1196:24,
1197:6, 1197:16, 1197:23, 1204:8,
1204:10, 1210:3, 1211:8, 1211:24,
1216:17, 1224:21, 1238:20, 1238:23,
1241:14, 1252:7, 1254:18, 1264:4,
1265:19, 1267:12, 1267:13, 1285:6,
1285:12, 1285:13, 1287:7, 1294:10,
1296:10, 1297:11, 1301:7, 1306:25,
1307:15, 1310:16, 1325:2, 1327:7,
1337:2, 1339:18, 1340:7, 1340:23,
1341:25, 1350:6, 1355:17, 1356:1,
1357:17, 1359:23, 1361:13, 1364:7,
1364:20

**that's** - 1117:3, 1120:19, 1121:8,
1126:13, 1130:7, 1131:17, 1132:1,
1132:3, 1135:19, 1135:24, 1139:15,
1140:25, 1142:5, 1144:7, 1147:24,
1151:21, 1154:17, 1158:21, 1164:7,
1164:20, 1165:21, 1165:22, 1171:15,
1171:21, 1174:3, 1177:10, 1177:14,
1181:15, 1181:16, 1183:25, 1184:12,
1184:17, 1185:4, 1187:4, 1190:3,
1190:7, 1193:21, 1194:12, 1198:21,
1207:2, 1212:19, 1215:10, 1224:8,
1226:2, 1252:5, 1252:12, 1263:10,
1273:12, 1279:22, 1285:15, 1288:6,
1320:8, 1325:9, 1326:9, 1333:7,
1333:13, 1354:18, 1357:12, 1358:18,
1360:1, 1361:11, 1367:2

**The**- 1112:9, 1113:3, 1113:13,
1113:19, 1114:3, 1114:7, 1114:9,
1114:14, 1114:15, 1114:16, 1114:22,
1114:23, 1116:10, 1117:19, 1118:22,
1121:5, 1121:6, 1121:8, 1121:14,
1121:17, 1121:20, 1121:23, 1121:25,
1122:3, 1122:6, 1122:11, 1122:17,
1122:19, 1122:21, 1122:22, 1122:24,
1123:1, 1123:7, 1123:8, 1123:11,

1124:7, 1124:14, 1125:7, 1125:9,
1125:14, 1126:23, 1127:12, 1127:14,
1127:15, 1127:16, 1127:17, 1127:19,
1129:3, 1129:11, 1131:11, 1132:15,
1138:8, 1139:17, 1139:21, 1140:13,
1143:22, 1144:1, 1147:11, 1149:9,
1150:1, 1150:23, 1151:2, 1151:13,
1151:17, 1152:10, 1157:16, 1157:23,
1158:16, 1160:23, 1161:15, 1161:20,
1162:19, 1163:18, 1165:9, 1165:16,
1167:9, 1170:17, 1171:4, 1175:16,
1175:17, 1175:18, 1175:20, 1175:21,
1175:22, 1180:13, 1180:15, 1180:18,
1180:21, 1180:23, 1181:17, 1182:8,
1182:11, 1182:23, 1183:12, 1183:13,
1184:4, 1184:7, 1184:14, 1185:6,
1186:16, 1187:2, 1187:14, 1190:18,
1191:12, 1193:3, 1193:7, 1194:3,
1194:19, 1194:21, 1195:24, 1196:2,
1196:11, 1196:13, 1196:19, 1197:4,
1198:14, 1199:9, 1199:24, 1200:1,
1200:3, 1200:4, 1200:8, 1200:10,
1200:12, 1200:13, 1200:14, 1203:14,
1204:24, 1204:25, 1206:2, 1206:15,
1207:7, 1209:6, 1210:5, 1211:18,
1212:17, 1214:5, 1214:6, 1214:8,
1215:24, 1220:6, 1221:2, 1221:5,
1221:8, 1221:14, 1221:18, 1222:11,
1222:13, 1222:16, 1222:24, 1223:11,
1224:2, 1224:4, 1224:10, 1224:11,
1225:13, 1225:15, 1225:18, 1225:21,
1225:24, 1226:3, 1226:7, 1226:20,
1227:14, 1227:16, 1227:19, 1227:21,
1227:25, 1228:5, 1228:8, 1228:20,
1229:17, 1231:14, 1232:3, 1232:5,
1233:2, 1233:7, 1233:12, 1233:15,
1233:21, 1234:1, 1234:5, 1234:7,
1234:10, 1234:21, 1234:24, 1235:2,
1235:23, 1236:4, 1236:7, 1236:10,
1236:12, 1236:17, 1236:19, 1236:21,
1237:2, 1237:5, 1237:12, 1238:3,
1238:5, 1238:10, 1239:14, 1239:16,
1239:18, 1239:23, 1240:3, 1240:16,
1243:14, 1244:16, 1244:19, 1247:22,
1249:4, 1249:8, 1249:10, 1249:16,
1249:21, 1249:24, 1250:1, 1250:7,
1250:13, 1250:20, 1250:24, 1251:1,
1251:3, 1251:6, 1259:21, 1263:3,
1264:25, 1266:1, 1267:3, 1267:7,
1273:4, 1273:7, 1275:15, 1276:12,
1276:15, 1276:21, 1276:22, 1276:23,
1278:19, 1281:13, 1281:16, 1282:8,
1284:4, 1287:20, 1288:4, 1288:22,
1289:5, 1289:9, 1290:15, 1290:17,
1290:19, 1291:23, 1292:6, 1294:15,
1294:17, 1295:12, 1295:14, 1295:21,
1296:3, 1296:25, 1299:6, 1299:8,
1300:8, 1301:10, 1301:17, 1301:20,
1301:22, 1302:12, 1304:3, 1304:8,
1306:15, 1306:20, 1307:19, 1307:22,
1308:8, 1310:19, 1310:23, 1311:19,
1311:23, 1316:1, 1316:3, 1317:1,
1317:3, 1318:14, 1319:9, 1319:12,
1319:17, 1319:18, 1319:21, 1320:6,
1320:20, 1320:23, 1321:15, 1334:3,
1336:8, 1337:6, 1340:4, 1340:10,
1340:12, 1341:14, 1343:6, 1343:8,
1343:13, 1345:8, 1345:11, 1346:12,
1347:18, 1348:8, 1348:10, 1348:15,
1349:5, 1349:18, 1349:20, 1350:3,
1350:15, 1350:17, 1350:23, 1350:25,
1351:9, 1351:14, 1351:18, 1351:20,
1353:1, 1353:20, 1354:16, 1355:5,
1355:21, 1356:5, 1356:12, 1356:25,
1357:14, 1357:19, 1358:16, 1359:10,
1359:23, 1360:10, 1360:18, 1360:24,
1361:8, 1361:13, 1361:14, 1361:19,
1362:2, 1362:7, 1362:17, 1362:20,
1362:23, 1363:2, 1363:4, 1363:6,
1363:10, 1363:23, 1364:5, 1364:10,

1364:14, 1364:19, 1365:1, 1365:4,
1365:8, 1365:12, 1365:14, 1365:19,
1365:22, 1366:5, 1366:13, 1367:3,
1367:9
 **the** - 1112:12, 1112:16, 1113:9,
1113:12, 1113:14, 1113:18, 1113:23,
1114:3, 1114:6, 1114:10, 1115:3,
1115:6, 1115:9, 1115:12, 1115:14,
1115:15, 1115:16, 1115:19, 1115:20,
1116:1, 1116:9, 1116:19, 1117:4,
1117:5, 1117:8, 1117:16, 1117:17,
1117:18, 1117:21, 1117:25, 1118:4,
1118:6, 1118:7, 1118:13, 1118:14,
1118:19, 1118:20, 1119:4, 1119:9,
1119:12, 1119:13, 1119:16, 1119:17,
1119:18, 1119:21, 1120:3, 1120:8,
1120:19, 1121:9, 1121:24, 1122:3,
1122:4, 1122:9, 1122:21, 1123:2,
1123:3, 1123:19, 1124:5, 1124:8,
1124:12, 1124:14, 1124:15, 1124:23,
1124:24, 1124:25, 1125:2, 1125:15,
1125:17, 1125:19, 1125:20, 1125:21,
1125:25, 1126:2, 1126:3, 1126:4,
1126:6, 1126:7, 1126:8, 1126:11,
1126:15, 1126:16, 1126:18, 1127:3,
1127:4, 1127:15, 1127:18, 1127:20,
1127:24, 1127:25, 1128:2, 1128:3,
1128:4, 1128:6, 1128:7, 1128:9,
1128:10, 1128:11, 1128:14, 1128:15,
1128:16, 1128:17, 1128:18, 1128:20,
1128:21, 1128:22, 1128:23, 1128:24,
1128:25, 1129:2, 1129:4, 1129:5,
1129:7, 1129:8, 1129:9, 1129:10,
1129:12, 1129:13, 1129:14, 1129:18,
1129:22, 1130:3, 1130:4, 1130:8,
1130:9, 1130:12, 1130:19, 1131:1,
1131:3, 1131:5, 1131:8, 1131:12,
1131:15, 1131:16, 1131:18, 1131:19,
1131:20, 1131:23, 1131:24, 1131:25,
1132:7, 1132:9, 1132:13, 1132:16,
1132:17, 1132:18, 1132:19, 1132:23,
1132:25, 1133:4, 1133:5, 1133:7,
1133:11, 1133:12, 1133:13, 1133:15,
1133:19, 1133:20, 1133:23, 1133:24,
1133:25, 1134:1, 1134:3, 1134:5,
1134:6, 1134:7, 1134:8, 1134:10,
1134:12, 1134:16, 1134:17, 1134:18,
1134:22, 1135:1, 1135:2, 1135:8,
1135:9, 1135:10, 1135:11, 1135:13,
1135:14, 1135:15, 1135:22, 1135:24,
1136:2, 1136:4, 1136:6, 1136:13,
1136:16, 1136:18, 1137:1, 1137:3,
1137:7, 1137:10, 1137:11, 1137:12,
1137:13, 1137:15, 1137:18, 1138:1,
1138:2, 1138:3, 1138:4, 1138:5,
1138:6, 1138:7, 1138:8, 1138:9,
1138:10, 1138:11, 1138:12, 1138:20,
1138:21, 1138:22, 1138:23, 1139:1,
1139:7, 1139:10, 1139:11, 1139:12,
1139:18, 1139:20, 1139:21, 1139:23,
1139:25, 1140:1, 1140:2, 1140:4,
1140:6, 1140:7, 1140:9, 1140:10,
1140:12, 1140:14, 1140:17, 1140:23,
1141:4, 1141:6, 1141:7, 1141:8,
1141:9, 1141:10, 1141:12, 1141:19,
1141:22, 1142:1, 1142:5, 1142:6,
1142:7, 1142:8, 1142:10, 1142:11,
1142:12, 1142:13, 1142:16, 1142:17,
1142:18, 1142:21, 1142:22, 1142:24,
1142:25, 1143:1, 1143:6, 1143:8,
1143:17, 1143:18, 1143:20, 1143:22,
1143:24, 1143:25, 1144:2, 1144:3,
1144:6, 1144:10, 1144:12, 1144:13,
1144:15, 1144:17, 1144:18, 1144:20,
1144:21, 1144:22, 1145:2, 1145:3,
1145:4, 1145:7, 1145:11, 1145:13,
1145:14, 1145:16, 1145:17, 1145:18,
1145:19, 1145:20, 1145:24, 1145:25,
1146:1, 1146:2, 1146:3, 1146:4,
1146:5, 1146:6, 1146:7, 1146:8,

1146:11, 1146:13, 1146:14, 1146:15,
1146:17, 1146:20, 1146:21, 1146:22,
1146:23, 1146:24, 1146:25, 1147:1,
1147:2, 1147:4, 1147:10, 1147:11,
1147:16, 1147:17, 1147:18, 1147:25,
1148:4, 1148:5, 1148:6, 1148:8,
1148:16, 1149:2, 1149:3, 1149:4,
1149:10, 1149:11, 1149:14, 1149:17,
1149:18, 1149:19, 1149:24, 1150:2,
1150:3, 1150:4, 1150:7, 1150:8,
1150:11, 1150:12, 1150:14, 1150:17,
1150:18, 1150:19, 1150:20, 1151:9,
1151:11, 1151:14, 1151:17, 1151:18,
1151:20, 1151:22, 1152:3, 1152:4,
1152:6, 1152:7, 1152:8, 1152:15,
1152:19, 1152:21, 1153:1, 1153:2,
1153:4, 1153:5, 1153:7, 1154:5,
1154:8, 1154:11, 1154:12, 1154:14,
1154:19, 1154:20, 1154:21, 1155:5,
1155:7, 1155:9, 1155:20, 1155:22,
1155:24, 1156:1, 1156:2, 1156:7,
1156:15, 1156:16, 1156:25, 1157:2,
1157:3, 1157:8, 1157:12, 1157:13,
1157:14, 1157:18, 1157:19, 1159:9,
1159:11, 1159:16, 1159:18, 1159:24,
1160:3, 1160:4, 1160:13, 1160:21,
1160:23, 1160:24, 1160:25, 1161:9,
1161:10, 1161:22, 1162:1, 1162:2,
1162:5, 1162:7, 1162:11, 1162:25,
1163:1, 1163:2, 1163:3, 1163:6,
1163:9, 1163:13, 1163:14, 1163:15,
1163:19, 1164:5, 1164:6, 1164:23,
1164:25, 1165:4, 1165:9, 1165:19,
1165:20, 1165:24, 1166:2, 1166:3,
1166:4, 1166:12, 1166:13, 1166:15,
1167:6, 1167:10, 1167:15, 1167:20,
1168:2, 1168:17, 1168:18, 1169:3,
1169:6, 1169:14, 1170:3, 1170:12,
1170:21, 1171:1, 1171:2, 1171:4,
1171:5, 1171:7, 1171:8, 1171:10,
1171:12, 1171:17, 1171:20, 1171:25,
1172:2, 1172:8, 1172:13, 1172:18,
1172:21, 1172:22, 1172:24, 1173:3,
1173:5, 1173:6, 1173:10, 1173:14,
1173:15, 1173:23, 1174:5, 1174:6,
1174:7, 1174:10, 1174:15, 1174:17,
1175:8, 1175:9, 1175:10, 1175:14,
1176:1, 1176:2, 1176:22, 1176:23,
1177:2, 1177:8, 1177:11, 1177:17,
1178:2, 1178:3, 1178:12, 1178:14,
1178:15, 1178:19, 1178:20, 1178:21,
1178:22, 1178:23, 1178:24, 1178:25,
1179:8, 1179:15, 1179:23, 1180:10,
1180:11, 1180:15, 1181:10, 1181:12,
1181:16, 1181:18, 1183:5, 1183:8,
1183:10, 1183:12, 1183:15, 1183:21,
1183:22, 1183:23, 1184:1, 1184:2,
1184:3, 1184:4, 1184:5, 1184:13,
1184:14, 1184:15, 1184:20, 1184:21,
1184:23, 1184:24, 1184:25, 1185:1,
1185:2, 1185:4, 1185:6, 1185:7,
1185:8, 1185:10, 1185:12, 1185:18,
1185:19, 1185:20, 1185:25, 1186:1,
1186:7, 1186:8, 1186:9, 1186:12,
1186:14, 1187:3, 1187:4, 1187:11,
1187:12, 1187:14, 1187:15, 1187:17,
1187:18, 1188:5, 1188:7, 1188:8,
1188:9, 1188:10, 1188:11, 1188:15,
1188:17, 1188:18, 1188:19, 1188:24,
1188:25, 1189:5, 1189:6, 1189:9,
1189:11, 1189:14, 1189:15, 1189:17,
1189:18, 1189:21, 1189:24, 1190:3,
1190:4, 1190:7, 1190:10, 1190:12,
1190:16, 1190:18, 1190:21, 1190:24,
1191:5, 1191:6, 1191:8, 1191:9,
1191:10, 1191:20, 1191:22, 1192:2,
1192:4, 1192:6, 1192:8, 1192:9,
1192:10, 1192:16, 1192:18, 1192:25,
1193:3, 1193:9, 1193:10, 1193:11,
1193:12, 1193:17, 1193:21, 1194:4,

1194:5, 1194:7, 1194:8, 1194:17,
1194:18, 1194:19, 1194:20, 1194:21,
1194:24, 1195:1, 1195:4, 1195:5,
1195:6, 1195:11, 1195:13, 1195:14,
1195:15, 1196:3, 1196:7, 1196:10,
1196:13, 1196:20, 1196:24, 1197:12,
1197:19, 1197:20, 1197:21, 1198:2,
1198:3, 1198:5, 1198:9, 1198:10,
1198:12, 1198:13, 1198:16, 1198:17,
1198:18, 1198:22, 1198:25, 1199:3,
1199:5, 1199:6, 1199:9, 1199:10,
1199:11, 1199:13, 1199:15, 1199:17,
1200:8, 1200:17, 1200:20, 1200:24,
1201:2, 1201:4, 1201:5, 1201:7,
1201:8, 1201:19, 1201:20, 1201:21,
1201:25, 1202:1, 1202:2, 1202:4,
1202:6, 1202:10, 1202:13, 1202:14,
1202:16, 1202:19, 1202:22, 1202:23,
1202:25, 1203:1, 1203:4, 1203:7,
1203:8, 1203:12, 1203:15, 1203:16,
1203:22, 1203:24, 1204:2, 1204:5,
1204:11, 1204:13, 1204:15, 1204:17,
1204:23, 1204:25, 1205:2, 1205:7,
1205:9, 1205:10, 1205:13, 1205:17,
1205:22, 1206:2, 1206:3, 1206:7,
1206:10, 1206:11, 1206:14, 1206:17,
1206:23, 1206:25, 1207:2, 1207:3,
1207:9, 1207:10, 1207:11, 1207:16,
1207:18, 1207:19, 1207:20, 1207:23,
1208:1, 1208:2, 1208:3, 1208:6,
1208:8, 1208:10, 1208:12, 1208:13,
1208:14, 1208:15, 1208:17, 1208:19,
1208:25, 1209:4, 1210:2, 1211:2,
1211:5, 1211:6, 1211:8, 1211:10,
1211:12, 1211:17, 1211:18, 1211:20,
1211:21, 1211:22, 1211:23, 1211:24,
1212:1, 1212:2, 1212:3, 1212:4,
1212:5, 1212:6, 1212:7, 1212:8,
1212:12, 1212:14, 1212:18, 1212:21,
1212:22, 1212:23, 1212:24, 1212:25,
1213:3, 1213:9, 1213:10, 1213:13,
1213:14, 1213:17, 1213:18, 1213:20,
1213:24, 1214:1, 1214:2, 1214:9,
1214:10, 1214:14, 1214:15, 1214:16,
1214:18, 1214:19, 1214:20, 1214:21,
1214:23, 1215:8, 1215:11, 1215:14,
1215:18, 1215:20, 1215:22, 1215:24,
1216:1, 1216:3, 1216:5, 1216:7,
1216:9, 1216:11, 1216:13, 1216:15,
1216:18, 1216:19, 1216:22, 1216:25,
1216:25, 1217:2, 1217:3, 1217:4,
1217:6, 1217:10, 1217:11, 1217:16,
1217:17, 1217:18, 1217:19, 1217:22,
1218:2, 1218:3, 1218:6, 1218:10,
1218:11, 1218:12, 1218:13, 1218:15,
1218:17, 1218:18, 1218:19, 1218:21,
1218:23, 1218:24, 1218:25, 1219:5,
1219:8, 1219:10, 1219:14, 1219:15,
1219:22, 1219:25, 1220:2, 1221:9,
1221:10, 1221:12, 1221:13, 1221:15,
1221:19, 1221:20, 1221:21, 1221:25,
1222:4, 1222:5, 1222:6, 1222:8,
1222:11, 1222:17, 1222:18, 1222:19,
1222:21, 1223:1, 1223:2, 1223:8,
1223:13, 1224:8, 1224:13, 1224:15,
1224:16, 1224:17, 1224:21, 1224:23,
1224:24, 1225:9, 1225:12, 1225:15,
1225:24, 1226:2, 1226:5, 1226:8,
1226:10, 1226:11, 1226:12, 1226:14,
1226:17, 1226:22, 1226:23, 1227:2,
1227:4, 1227:5, 1227:9, 1227:12,
1228:1, 1228:2, 1228:5, 1228:10,
1228:12, 1228:13, 1228:14, 1228:21,
1228:22, 1228:23, 1228:24, 1228:25,
1229:1, 1229:4, 1229:5, 1229:7,
1229:8, 1229:9, 1229:10, 1229:14,
1229:19, 1229:20, 1229:24, 1230:1,
1230:7, 1230:9, 1230:11, 1230:12,
1230:16, 1230:18, 1230:19, 1230:21,
1230:23, 1230:24, 1230:25, 1231:5,

1231:9, 1231:10, 1231:12, 1231:15,
1233:5, 1233:8, 1233:12, 1233:17,
1233:22, 1233:25, 1234:4, 1234:7,
1234:11, 1234:12, 1234:14, 1234:15,
1234:17, 1234:22, 1234:25, 1235:5,
1235:6, 1235:15, 1235:20, 1235:25,
1236:3, 1236:15, 1236:22, 1236:24,
1236:25, 1237:3, 1237:5, 1237:7,
1238:5, 1238:6, 1238:7, 1238:13,
1238:14, 1238:21, 1238:22, 1238:24,
1239:9, 1239:10, 1239:21, 1239:24,
1240:1, 1240:3, 1240:6, 1240:7,
1240:10, 1240:12, 1240:13, 1240:20,
1240:22, 1240:23, 1240:24, 1241:4,
1241:8, 1241:9, 1241:12, 1241:16,
1241:17, 1241:20, 1241:22, 1241:25,
1242:1, 1242:2, 1242:4, 1242:5,
1242:6, 1242:11, 1242:19, 1242:22,
1242:23, 1242:25, 1243:3, 1243:4,
1243:5, 1243:7, 1243:9, 1243:10,
1243:11, 1243:12, 1243:13, 1243:15,
1243:20, 1243:21, 1243:24, 1244:1,
1244:2, 1244:4, 1244:5, 1244:6,
1244:7, 1244:8, 1244:13, 1244:18,
1244:23, 1245:2, 1245:3, 1245:6,
1245:8, 1245:9, 1245:10, 1245:15,
1245:16, 1245:18, 1245:20, 1245:22,
1245:24, 1245:25, 1246:3, 1246:4,
1246:6, 1246:10, 1246:14, 1246:16,
1246:17, 1246:21, 1247:10, 1247:13,
1247:14, 1247:17, 1247:19, 1247:20,
1247:21, 1248:1, 1248:6, 1248:10,
1248:11, 1248:14, 1248:22, 1248:23,
1248:24, 1248:25, 1250:2, 1250:5,
1250:6, 1250:7, 1250:11, 1250:20,
1250:22, 1251:8, 1251:10, 1251:11,
1251:13, 1251:20, 1251:22, 1252:1,
1252:3, 1252:5, 1252:12, 1252:13,
1252:14, 1252:16, 1252:17, 1253:2,
1253:3, 1253:4, 1253:5, 1253:25,
1254:1, 1254:2, 1254:4, 1254:6,
1254:9, 1254:25, 1255:4, 1255:6,
1255:8, 1256:6, 1256:12, 1256:13,
1256:14, 1256:21, 1256:22, 1257:1,
1257:2, 1257:3, 1257:4, 1257:12,
1257:13, 1257:16, 1257:17, 1257:18,
1257:20, 1257:22, 1257:23, 1258:10,
1258:12, 1258:14, 1258:15, 1258:16,
1258:20, 1258:22, 1259:1, 1259:6,
1259:9, 1259:10, 1259:13, 1259:19,
1259:24, 1259:25, 1260:1, 1260:4,
1260:8, 1260:14, 1260:15, 1260:16,
1260:17, 1260:19, 1260:25, 1261:4,
1261:6, 1261:7, 1261:10, 1261:11,
1261:12, 1261:14, 1261:19, 1261:20,
1261:21, 1261:23, 1261:25, 1262:5,
1262:6, 1262:8, 1262:9, 1262:11,
1262:13, 1262:14, 1262:16, 1262:18,
1262:21, 1262:22, 1262:23, 1262:25,
1263:6, 1263:7, 1263:10, 1263:12,
1263:15, 1263:16, 1263:18, 1263:19,
1263:21, 1263:24, 1263:25, 1264:1,
1264:2, 1264:4, 1264:7, 1264:10,
1264:17, 1264:18, 1264:23, 1265:3,
1265:5, 1265:6, 1265:7, 1265:10,
1265:12, 1265:16, 1266:3, 1266:4,
1266:5, 1266:8, 1266:17, 1266:22,
1267:9, 1267:12, 1267:14, 1267:15,
1267:18, 1267:21, 1267:23, 1267:24,
1267:25, 1268:1, 1268:2, 1268:3,
1268:5, 1268:7, 1268:9, 1268:10,
1268:12, 1268:13, 1268:14, 1268:18,
1269:2, 1269:5, 1269:12, 1269:13,
1269:14, 1269:15, 1269:16, 1269:18,
1269:21, 1269:22, 1269:23, 1270:1,
1270:5, 1270:6, 1270:7, 1270:12,
1270:14, 1270:15, 1270:17, 1271:7,
1271:8, 1271:9, 1271:11, 1271:14,
1271:15, 1271:16, 1271:17, 1271:20,
1271:23, 1271:24, 1271:25, 1272:1,

1272:3, 1272:6, 1272:13, 1272:15,
1273:1, 1273:8, 1273:10, 1273:11,
1273:20, 1273:23, 1274:4, 1274:6,
1274:15, 1274:16, 1274:17, 1274:19,
1274:25, 1275:3, 1275:7, 1275:10,
1275:24, 1276:5, 1276:8, 1276:10,
1276:12, 1276:17, 1276:24, 1276:25,
1277:1, 1277:3, 1277:9, 1278:6,
1278:8, 1278:10, 1278:12, 1278:13,
1278:22, 1278:23, 1279:13, 1279:9,
1279:8, 1279:9, 1279:13, 1279:14,
1279:15, 1279:16, 1279:17, 1279:19,
1279:20, 1279:21, 1279:24, 1280:1,
1280:2, 1280:4, 1280:5, 1280:7,
1280:8, 1280:9, 1280:10, 1280:13,
1280:16, 1280:19, 1280:20, 1280:21,
1280:23, 1281:3, 1281:4, 1281:6,
1281:7, 1281:9, 1281:10, 1281:12,
1281:15, 1281:19, 1281:21, 1281:22,
1282:1, 1282:5, 1282:6, 1282:7,
1282:21, 1282:22, 1282:23, 1282:24,
1283:6, 1283:8, 1283:11, 1283:14,
1283:17, 1283:19, 1284:4, 1284:8,
1284:9, 1284:10, 1284:12, 1284:16,
1284:19, 1284:23, 1284:24, 1285:5,
1285:7, 1285:9, 1285:19, 1285:20,
1286:6, 1286:13, 1286:23, 1286:24,
1287:2, 1287:12, 1287:14, 1287:17,
1287:19, 1287:24, 1288:7, 1288:8,
1288:12, 1288:13, 1288:16, 1288:22,
1288:25, 1289:1, 1289:2, 1290:3,
1290:8, 1290:11, 1290:21, 1291:3,
1291:11, 1291:13, 1291:15, 1291:18,
1291:19, 1291:20, 1291:23, 1292:1,
1292:3, 1292:10, 1292:11, 1292:16,
1292:23, 1293:3, 1293:20, 1293:21,
1293:23, 1293:24, 1294:1, 1294:2,
1294:3, 1294:4, 1294:10, 1295:3,
1295:7, 1295:9, 1295:10, 1295:22,
1295:24, 1295:25, 1296:1, 1296:2,
1296:19, 1297:5, 1297:9, 1297:10,
1297:15, 1297:20, 1297:24, 1298:1,
1298:3, 1298:5, 1298:6, 1298:8,
1298:10, 1298:11, 1298:12, 1298:15,
1298:23, 1298:24, 1299:1, 1299:10,
1299:12, 1299:14, 1299:15, 1299:16,
1299:20, 1300:4, 1301:5, 1301:11,
1301:20, 1302:1, 1302:3, 1302:9,
1302:10, 1302:15, 1302:16, 1302:23,
1302:24, 1303:1, 1303:5, 1303:8,
1303:9, 1303:14, 1303:16, 1303:25,
1304:1, 1304:3, 1304:8, 1304:9,
1304:22, 1305:1, 1305:2, 1305:5,
1305:8, 1305:9, 1305:11, 1305:14,
1305:15, 1305:18, 1305:20, 1305:21,
1305:23, 1306:1, 1306:2, 1306:6,
1306:7, 1306:15, 1306:16, 1306:23,
1306:24, 1307:4, 1307:5, 1307:9,
1307:10, 1307:11, 1307:15, 1307:21,
1307:22, 1307:24, 1307:25, 1308:2,
1308:3, 1308:5, 1308:6, 1308:9,
1308:10, 1308:11, 1308:12, 1308:13,
1308:16, 1308:17, 1308:18, 1308:19,
1308:23, 1309:2, 1309:3, 1309:7,
1309:8, 1309:9, 1309:10, 1309:15,
1309:17, 1309:18, 1309:19, 1309:20,
1310:1, 1310:2, 1310:5, 1310:10,
1310:14, 1310:20, 1310:25, 1311:3,
1311:11, 1311:12, 1311:17, 1311:18,
1311:21, 1311:22, 1311:25, 1312:2,
1312:3, 1312:4, 1312:5, 1312:7,
1312:9, 1312:10, 1312:11, 1312:13,
1312:14, 1312:15, 1312:17, 1312:19,
1312:20, 1312:21, 1312:25, 1313:1,
1313:4, 1313:7, 1313:9, 1313:11,
1313:12, 1313:17, 1313:18, 1313:20,
1313:25, 1314:1, 1314:12, 1314:18,
1314:24, 1314:25, 1315:1, 1315:2,
1315:3, 1315:5, 1315:6, 1315:8,
1315:12, 1315:18, 1315:20, 1315:22,

1315:23, 1315:25, 1316:1, 1317:1,
1317:6, 1317:7, 1317:10, 1317:12,
1317:15, 1317:16, 1317:17, 1317:19,
1317:20, 1317:22, 1317:25, 1318:4,
1318:7, 1318:10, 1318:12, 1318:15,
1318:16, 1318:21, 1319:2, 1319:11,
1319:15, 1319:22, 1319:23, 1319:25,
1320:1, 1320:2, 1320:4, 1320:6,
1320:7, 1320:9, 1320:15, 1320:17,
1320:20, 1320:21, 1320:22, 1320:25,
1321:1, 1321:2, 1321:10, 1321:17,
1321:19, 1321:20, 1321:21, 1321:22,
1321:23, 1321:24, 1322:2, 1322:6,
1322:7, 1322:8, 1322:12, 1322:14,
1322:15, 1322:16, 1322:17, 1322:18,
1322:23, 1323:5, 1323:6, 1323:9,
1323:17, 1323:22, 1323:23, 1323:25,
1324:8, 1324:9, 1324:11, 1324:12,
1324:13, 1324:14, 1324:15, 1324:16,
1324:17, 1324:19, 1325:3, 1325:7,
1325:8, 1325:9, 1325:10, 1325:16,
1325:20, 1325:21, 1325:22, 1325:23,
1325:25, 1326:5, 1326:6, 1326:11,
1326:22, 1327:6, 1327:11, 1327:12,
1327:16, 1327:21, 1327:23, 1327:24,
1327:25, 1328:1, 1328:4, 1328:8,
1328:9, 1328:19, 1328:20, 1328:22,
1328:23, 1328:24, 1329:1, 1329:3,
1329:7, 1329:9, 1329:11, 1329:19,
1329:20, 1330:1, 1330:4, 1330:10,
1330:15, 1330:17, 1330:19, 1331:9,
1331:20, 1331:22, 1332:6, 1332:9,
1332:13, 1332:14, 1332:16, 1332:19,
1332:20, 1332:24, 1332:25, 1333:4,
1333:12, 1333:24, 1333:25, 1335:7,
1335:8, 1335:11, 1335:12, 1335:14,
1335:15, 1335:18, 1335:20, 1336:3,
1336:4, 1336:5, 1336:8, 1336:11,
1336:12, 1336:13, 1336:14, 1336:16,
1336:17, 1336:18, 1336:19, 1336:21,
1336:23, 1336:24, 1337:5, 1337:6,
1337:7, 1337:8, 1337:13, 1337:15,
1337:23, 1337:25, 1338:4, 1338:5,
1338:8, 1338:12, 1338:18, 1338:22,
1338:25, 1339:2, 1339:4, 1339:6,
1339:9, 1339:17, 1339:21, 1339:25,
1340:1, 1340:2, 1340:4, 1340:18,
1340:21, 1340:22, 1341:1, 1341:6,
1341:8, 1341:15, 1342:1, 1342:2,
1342:3, 1342:7, 1342:10, 1342:11,
1342:13, 1342:14, 1342:16, 1342:21,
1343:2, 1343:3, 1343:15, 1343:19,
1343:20, 1343:23, 1344:1, 1344:5,
1344:12, 1344:14, 1344:15, 1344:21,
1344:22, 1344:23, 1344:24, 1344:25,
1345:1, 1345:2, 1345:15, 1345:19,
1345:25, 1346:1, 1346:7, 1346:10,
1346:11, 1346:14, 1346:15, 1346:17,
1346:20, 1346:24, 1347:1, 1347:8,
1347:14, 1347:20, 1348:14, 1348:16,
1348:17, 1348:20, 1348:23, 1348:24,
1348:25, 1349:3, 1349:10, 1349:12,
1349:22, 1349:23, 1350:4, 1350:7,
1350:13, 1350:17, 1350:18, 1350:24,
1351:7, 1351:10, 1351:14, 1351:15,
1351:17, 1351:21, 1351:22, 1351:24,
1351:25, 1352:1, 1352:2, 1352:3,
1352:8, 1352:9, 1352:10, 1352:11,
1353:4, 1353:5, 1353:9, 1353:12,
1353:13, 1353:24, 1354:1, 1354:2,
1354:9, 1354:10, 1354:11, 1354:16,
1354:19, 1354:20, 1354:21, 1354:23,
1354:25, 1355:5, 1355:6, 1355:7,
1355:11, 1355:14, 1355:17, 1355:18,
1355:21, 1355:22, 1355:23, 1355:24,
1356:7, 1356:8, 1356:9, 1356:18,
1356:22, 1357:4, 1357:5, 1357:6,
1357:8, 1357:9, 1357:10, 1357:12,
1357:15, 1357:20, 1357:21, 1357:22,
1357:25, 1358:1, 1358:10, 1358:12,

1358:14, 1358:15, 1358:16, 1358:19,
1358:21, 1358:24, 1359:2, 1359:3,
1359:4, 1359:5, 1359:6, 1359:7,
1359:12, 1359:13, 1359:14, 1359:15,
1359:19, 1359:22, 1360:5, 1360:9,
1360:10, 1360:11, 1360:12, 1360:13,
1360:20, 1360:21, 1361:2, 1361:4,
1361:5, 1361:8, 1361:15, 1361:16,
1361:17, 1361:20, 1361:25, 1362:4,
1362:6, 1362:8, 1362:10, 1362:12,
1362:14, 1362:15, 1362:16, 1362:17,
1362:19, 1362:20, 1362:21, 1362:22,
1362:24, 1363:4, 1363:10, 1363:12,
1363:13, 1363:16, 1363:17, 1363:24,
1363:25, 1364:7, 1364:14, 1364:16,
1364:17, 1365:4, 1365:15, 1365:19,
1365:20, 1366:1, 1366:2, 1366:6,
1366:8, 1366:10, 1366:11, 1366:12,
1366:15, 1366:18, 1366:20, 1367:1,
1367:5

**Their**- 1139:4, 1185:21

**their** - 1125:21, 1128:2, 1128:3,
1128:8, 1128:10, 1134:9, 1134:14,
1134:15, 1135:13, 1136:10, 1138:21,
1139:5, 1141:17, 1141:19, 1144:18,
1144:19, 1145:4, 1145:17, 1145:20,
1147:20, 1147:21, 1152:5, 1152:13,
1152:14, 1152:15, 1156:5, 1162:10,
1163:21, 1164:2, 1168:4, 1168:18,
1168:20, 1169:15, 1180:3, 1181:13,
1185:23, 1186:14, 1188:5, 1190:25,
1192:4, 1192:5, 1204:22, 1212:18,
1213:12, 1214:24, 1217:9, 1218:2,
1222:20, 1226:25, 1229:22, 1235:5,
1243:13, 1247:22, 1257:16, 1258:22,
1259:16, 1274:21, 1278:23, 1282:2,
1284:20, 1284:25, 1305:16, 1333:1,
1333:22, 1336:22, 1337:17, 1366:7

**them** - 1114:1, 1117:17, 1124:17,
1124:18, 1130:16, 1130:22, 1131:1,
1131:19, 1131:22, 1133:3, 1133:4,
1133:20, 1134:13, 1135:11, 1136:10,
1136:15, 1139:4, 1139:5, 1140:2,
1140:3, 1141:13, 1141:14, 1141:18,
1142:4, 1142:5, 1142:7, 1143:1,
1143:17, 1146:7, 1147:24, 1147:25,
1152:4, 1152:10, 1152:13, 1158:20,
1158:24, 1164:12, 1165:1, 1165:21,
1166:19, 1167:23, 1167:24, 1174:11,
1174:14, 1176:6, 1178:6, 1178:11,
1178:16, 1184:6, 1184:8, 1184:21,
1185:4, 1185:20, 1185:21, 1194:10,
1196:12, 1198:14, 1198:15, 1204:21,
1208:22, 1213:11, 1218:3, 1218:5,
1219:11, 1224:18, 1229:2, 1239:1,
1243:15, 1245:19, 1246:5, 1246:20,
1247:2, 1247:5, 1247:10, 1248:12,
1248:13, 1250:12, 1251:15, 1253:7,
1256:15, 1256:16, 1259:3, 1259:18,
1262:3, 1263:23, 1270:18, 1271:10,
1278:23, 1279:10, 1279:12, 1283:7,
1283:8, 1288:24, 1288:25, 1290:21,
1294:2, 1305:5, 1310:5, 1314:1,
1315:6, 1317:7, 1329:6, 1330:14,
1330:16, 1331:12, 1332:22, 1337:17,
1338:25, 1339:21, 1342:16, 1346:19,
1348:15, 1357:7, 1357:25, 1358:2,
1366:7

**themselves** - 1150:17, 1166:19,
1199:10, 1199:13, 1219:13

**Then**- 1162:25, 1194:14, 1205:5,
1285:3, 1299:11, 1333:8, 1333:12,
1351:4, 1357:6, 1362:3, 1363:11

**then** - 1118:18, 1120:13, 1128:25,
1129:14, 1131:8, 1135:21, 1140:15,
1141:8, 1142:15, 1144:5, 1145:18,
1146:4, 1146:13, 1162:11, 1163:14,
1164:20, 1168:16, 1190:7, 1193:13,
1200:24, 1203:20, 1208:5, 1218:15,
1219:25, 1223:9, 1224:19, 1243:19,

1248:7, 1252:3, 1262:6, 1262:19,
1266:17, 1269:17, 1291:25, 1296:4,
1298:4, 1298:9, 1298:10, 1298:15,
1298:17, 1298:23, 1304:19, 1307:16,
1314:16, 1320:25, 1323:7, 1333:23,
1347:14, 1353:6, 1354:24, 1355:13,
1358:4, 1358:22, 1361:6, 1362:3,
1362:10, 1363:16, 1363:23

**theories** - 1363:19, 1363:20, 1366:2,
1366:7

**theory** - 1133:8, 1148:16, 1219:15,
1354:9, 1354:13, 1362:22, 1363:8,
1363:24, 1364:6, 1366:10

**there** - 1113:9, 1116:4, 1118:9,
1119:9, 1119:12, 1123:21, 1125:16,
1129:7, 1132:12, 1133:12, 1136:9,
1136:25, 1137:16, 1138:17, 1139:8,
1139:14, 1140:23, 1141:13, 1143:20,
1143:24, 1144:11, 1145:4, 1147:6,
1147:7, 1147:14, 1147:19, 1149:22,
1151:16, 1159:8, 1161:1, 1161:20,
1162:4, 1162:14, 1162:20, 1163:2,
1163:15, 1164:9, 1165:18, 1166:8,
1168:16, 1168:25, 1169:5, 1170:2,
1170:23, 1170:24, 1173:1, 1175:23,
1176:16, 1179:25, 1184:11, 1184:12,
1189:12, 1190:2, 1190:9, 1191:13,
1191:17, 1192:12, 1192:25, 1193:24,
1193:25, 1194:1, 1194:7, 1194:10,
1195:2, 1196:9, 1196:15, 1196:22,
1197:1, 1197:10, 1198:3, 1201:17,
1202:4, 1202:18, 1202:19, 1204:4,
1205:6, 1207:22, 1208:23, 1213:20,
1214:22, 1214:23, 1217:14, 1219:2,
1219:6, 1219:12, 1222:18, 1223:12,
1230:22, 1231:5, 1231:13, 1233:4,
1240:2, 1240:3, 1240:10, 1240:23,
1241:6, 1241:21, 1242:18, 1242:22,
1244:10, 1246:13, 1253:13, 1253:18,
1254:20, 1258:25, 1259:11, 1260:24,
1261:5, 1264:5, 1264:11, 1264:12,
1264:25, 1265:4, 1266:17, 1268:4,
1268:14, 1271:2, 1277:4, 1279:2,
1279:22, 1280:21, 1283:20, 1287:12,
1288:21, 1289:3, 1291:13, 1292:16,
1296:8, 1296:12, 1298:16, 1298:17,
1299:16, 1301:6, 1305:25, 1307:2,
1308:12, 1313:4, 1313:8, 1313:13,
1315:1, 1315:7, 1322:15, 1322:24,
1324:25, 1329:4, 1332:5, 1333:1,
1333:5, 1333:8, 1335:17, 1337:9,
1338:3, 1338:7, 1341:5, 1341:6,
1341:8, 1342:3, 1342:10, 1345:6,
1346:5, 1346:6, 1346:11, 1346:16,
1346:17, 1348:18, 1353:13, 1354:4,
1358:14, 1362:13, 1362:14, 1365:8,
1366:9

**There-** 1132:6, 1138:1, 1143:22,
1144:24, 1161:1, 1170:2, 1194:5,
1196:3, 1198:9, 1201:18, 1208:19,
1240:7, 1241:2, 1241:8, 1247:14,
1252:21, 1256:9, 1257:24, 1261:10,
1264:17, 1268:4, 1269:12, 1273:23,
1280:4, 1281:12, 1282:3, 1284:6,
1292:25, 1293:10, 1294:19, 1307:2,
1314:4, 1318:20, 1323:1, 1330:2,
1334:2, 1351:22, 1362:12, 1363:22,
1366:2, 1366:20

**there's** - 1118:8, 1120:25, 1133:14,
1133:17, 1135:18, 1136:3, 1137:2,
1137:25, 1141:8, 1155:15, 1167:9,
1172:13, 1189:4, 1189:6, 1190:12,
1190:15, 1190:20, 1191:21, 1193:22,
1194:11, 1205:5, 1214:5, 1222:25,
1223:3, 1224:18, 1229:1, 1233:17,
1236:19, 1252:8, 1330:19, 1333:10,
1333:12, 1335:24, 1351:4, 1354:5,
1354:14, 1357:11, 1358:8, 1359:1,
1359:11, 1362:10

**There's-** 1136:22, 1144:1, 1152:6,

1156:12, 1181:15, 1185:18, 1188:13,
1189:1, 1190:15, 1192:1, 1197:2,
1221:7, 1221:11, 1230:3, 1242:4,
1269:5, 1272:10, 1281:23, 1288:5,
1297:12, 1350:1, 1351:2, 1358:7

**thereabouts** - 1307:9

**thereafter** - 1213:18, 1248:15,
1248:25, 1290:12, 1292:1, 1296:22

**therefore** - 1135:10, 1266:10

**These**- 1133:23, 1169:25, 1215:7,
1234:10, 1253:1

**these** - 1125:22, 1134:15, 1135:3,
1139:9, 1140:7, 1141:15, 1144:9,
1153:2, 1173:24, 1174:11, 1189:14,
1215:19, 1227:24, 1227:25, 1228:9,
1228:11, 1228:18, 1234:12, 1234:13,
1234:14, 1235:8, 1235:20, 1242:12,
1243:10, 1243:19, 1246:24, 1248:24,
1251:14, 1251:15, 1251:18, 1256:24,
1257:1, 1257:2, 1258:12, 1259:5,
1272:2, 1275:5, 1275:12, 1278:9,
1279:4, 1283:16, 1290:19, 1293:24,
1295:22, 1309:14, 1312:20, 1313:12,
1315:20, 1315:25, 1326:14, 1332:20,
1336:9, 1339:24, 1341:9, 1341:12,
1342:15, 1344:10, 1346:23, 1347:21,
1363:19

**They**- 1117:17, 1118:12, 1128:1,
1130:15, 1131:17, 1131:18, 1133:19,
1133:21, 1136:8, 1136:17, 1137:10,
1137:20, 1137:21, 1139:2, 1139:3,
1139:6, 1143:16, 1144:6, 1145:20,
1147:23, 1150:15, 1151:23, 1152:9,
1152:11, 1169:3, 1173:7, 1177:5,
1178:23, 1184:9, 1208:25, 1213:11,
1217:9, 1217:20, 1218:8, 1219:15,
1230:6, 1241:13, 1242:8, 1246:2,
1246:21, 1247:1, 1247:7, 1247:9,
1247:10, 1247:11, 1247:12, 1251:10,
1258:14, 1259:15, 1262:15, 1265:16,
1279:12, 1289:1, 1298:16, 1337:17,
1339:8, 1364:21

**they** - 1119:19, 1124:16, 1128:20,
1129:5, 1130:14, 1130:21, 1131:21,
1132:6, 1132:9, 1132:14, 1133:5,
1133:25, 1134:15, 1134:20, 1136:14,
1136:15, 1136:17, 1137:8, 1137:10,
1138:2, 1138:3, 1138:13, 1138:25,
1139:1, 1139:8, 1139:9, 1142:1,
1142:9, 1143:14, 1143:16, 1143:17,
1144:19, 1144:20, 1144:21, 1144:23,
1145:1, 1145:6, 1145:15, 1145:19,
1145:21, 1146:4, 1147:22, 1148:7,
1148:11, 1150:16, 1151:24, 1152:5,
1152:11, 1157:12, 1160:10, 1160:13,
1160:15, 1161:7, 1161:11, 1161:12,
1161:13, 1161:23, 1161:25, 1162:11,
1164:7, 1165:10, 1165:21, 1171:18,
1173:2, 1173:8, 1174:12, 1174:14,
1174:23, 1174:24, 1174:25, 1184:6,
1184:7, 1184:20, 1185:6, 1185:19,
1185:22, 1188:17, 1189:4, 1189:14,
1189:25, 1190:7, 1190:24, 1190:25,
1192:6, 1195:8, 1198:20, 1199:10,
1199:15, 1199:16, 1199:17, 1202:25,
1203:6, 1205:3, 1205:4, 1207:24,
1208:19, 1208:23, 1208:24, 1212:24,
1217:21, 1218:1, 1218:2, 1218:4,
1218:7, 1218:21, 1219:9, 1219:10,
1219:13, 1222:5, 1222:19, 1224:17,
1227:1, 1229:1, 1235:11, 1239:1,
1241:13, 1242:3, 1243:18, 1244:5,
1245:18, 1247:5, 1247:6, 1249:19,
1249:24, 1252:23, 1253:2, 1253:6,
1254:8, 1256:8, 1258:25, 1259:2,
1259:3, 1259:16, 1259:17, 1259:19,
1262:14, 1265:8, 1266:10, 1268:2,
1269:15, 1270:18, 1270:19, 1274:23,
1274:24, 1275:2, 1275:20, 1277:9,
1278:8, 1278:20, 1278:22, 1279:20,

1279:21, 1280:14, 1291:8, 1293:21,
1293:22, 1299:11, 1305:22, 1307:10,
1309:9, 1309:11, 1309:16, 1310:2,
1310:3, 1310:4, 1311:4, 1312:9,
1314:2, 1315:5, 1315:11, 1315:4,
1315:12, 1319:7, 1322:10, 1325:9,
1332:21, 1333:23, 1338:18, 1339:19,
1346:18, 1353:6, 1357:15, 1357:25,
1358:1, 1362:15, 1364:6
  **they'll** - 1139:6, 1139:7, 1146:21,
1186:8, 1281:25, 1298:2
  **They'll**- 1139:6, 1146:11
  **They're**- 1344:4
  **they're** - 1160:24, 1178:23, 1189:7,
1197:14, 1199:14, 1204:21, 1208:21,
1229:23, 1298:2
  **thing** - 1139:18, 1144:19, 1149:1,
1162:11, 1165:4, 1166:5, 1182:20,
1186:13, 1192:16, 1211:17, 1212:17,
1236:22, 1260:19, 1284:6, 1286:9,
1286:10, 1297:24, 1335:14, 1346:12,
1351:4, 1351:25, 1354:1, 1355:18,
1366:14, 1366:17
  **things** - 1113:18, 1118:9, 1125:21,
1126:11, 1126:16, 1128:10, 1129:1,
1129:17, 1138:3, 1140:1, 1140:5,
1140:7, 1144:10, 1147:15, 1154:9,
1154:21, 1170:24, 1173:14, 1174:13,
1180:2, 1185:2, 1185:4, 1185:6,
1185:20, 1188:9, 1188:21, 1203:2,
1210:5, 1213:3, 1214:18, 1215:4,
1215:6, 1221:12, 1222:17, 1230:21,
1233:16, 1251:18, 1252:21, 1259:16,
1263:20, 1266:16, 1267:9, 1267:14,
1267:15, 1276:5, 1277:18, 1288:25,
1302:16, 1304:25, 1305:3, 1312:1,
1320:9, 1332:12, 1337:25, 1345:19,
1348:13, 1348:14, 1350:5, 1350:8
  **think** - 1119:21, 1131:1, 1132:1,
1132:3, 1132:14, 1134:20, 1137:10,
1137:16, 1138:2, 1138:23, 1147:18,
1151:15, 1154:11, 1160:22, 1164:25,
1165:5, 1166:14, 1167:18, 1167:22,
1174:5, 1175:24, 1179:6, 1179:16,
1181:16, 1185:16, 1187:9, 1187:17,
1188:3, 1189:7, 1190:2, 1192:7,
1193:21, 1199:16, 1205:10, 1205:18,
1210:5, 1210:6, 1213:12, 1222:11,
1223:3, 1240:23, 1246:23, 1258:16,
1270:9, 1277:9, 1279:4, 1281:25,
1283:5, 1291:16, 1292:2, 1294:13,
1314:7, 1323:5, 1323:19, 1324:1,
1326:9, 1326:17, 1331:11, 1337:20,
1341:6, 1341:11, 1342:10, 1344:9,
1344:11, 1344:13, 1346:20, 1348:19,
1351:5, 1352:10, 1353:25, 1354:4,
1355:11, 1355:23, 1357:22, 1358:18,
1360:9, 1360:13, 1360:14, 1360:15,
1360:16, 1361:24, 1362:13, 1362:18,
1362:20, 1364:1, 1365:6, 1365:11
  **thinking** - 1140:5, 1153:6, 1179:10,
1186:14, 1245:1, 1245:8, 1245:21,
1353:24, 1359:18
  **thinking-out-loud** - 1353:24
  **thinks** - 1128:24, 1205:1
  **Third**- 1271:6
  **third** - 1139:12, 1150:4, 1205:5,
1205:10, 1271:5, 1271:7, 1294:10
  **third-party** - 1139:12
  **this** - 1114:2, 1114:11, 1115:15,
1116:14, 1117:3, 1118:9, 1119:6,
1121:1, 1122:9, 1125:11, 1125:15,
1125:16, 1126:3, 1127:5, 1137:5,
1137:22, 1139:8, 1140:22, 1142:5,
1142:6, 1144:7, 1144:8, 1144:20,
1146:7, 1146:12, 1146:19, 1149:5,
1149:6, 1149:10, 1152:18, 1156:4,
1157:11, 1158:13, 1158:19, 1159:7,
1159:19, 1160:6, 1160:15, 1162:1,
1163:16, 1164:14, 1164:21, 1166:1,

1173:2, 1173:10, 1173:21, 1174:8,
1177:1, 1177:19, 1178:6, 1178:11,
1181:24, 1182:10, 1182:11, 1183:9,
1183:11, 1187:3, 1187:9, 1187:15,
1189:5, 1190:23, 1191:1, 1191:4,
1191:17, 1191:20, 1192:20, 1193:15,
1195:5, 1195:21, 1197:2, 1197:5,
1198:4, 1198:17, 1199:19, 1200:18,
1202:8, 1204:11, 1204:19, 1207:3,
1207:5, 1208:5, 1208:7, 1208:11,
1214:10, 1214:25, 1215:2, 1216:2,
1217:1, 1217:9, 1217:23, 1218:1,
1219:11, 1219:21, 1220:2, 1221:8,
1221:11, 1221:16, 1221:17, 1221:24,
1222:2, 1222:8, 1222:13, 1222:17,
1223:3, 1223:8, 1224:7, 1224:20,
1225:9, 1226:4, 1226:6, 1226:15,
1228:12, 1229:11, 1230:12, 1230:15,
1231:20, 1231:21, 1232:1, 1233:9,
1233:10, 1233:23, 1234:16, 1234:25,
1235:13, 1235:16, 1235:25, 1236:16,
1236:20, 1237:8, 1237:9, 1239:8,
1239:18, 1240:4, 1242:7, 1243:13,
1244:17, 1245:23, 1248:4, 1249:3,
1249:18, 1250:7, 1250:15, 1251:7,
1251:8, 1251:13, 1251:21, 1252:2,
1252:4, 1252:15, 1252:20, 1252:22,
1254:12, 1254:13, 1254:18, 1256:9,
1256:12, 1256:18, 1256:21, 1257:7,
1257:8, 1257:24, 1257:25, 1258:1,
1258:6, 1259:21, 1261:2, 1261:10,
1263:2, 1263:3, 1263:7, 1263:15,
1264:6, 1265:23, 1265:25, 1266:14,
1267:16, 1268:11, 1268:14, 1268:21,
1270:2, 1270:5, 1270:12, 1271:19,
1272:14, 1272:23, 1273:2, 1273:8,
1273:9, 1274:10, 1276:8, 1276:16,
1278:18, 1279:6, 1279:7, 1280:20,
1280:25, 1281:21, 1282:11, 1282:24,
1283:4, 1283:10, 1283:13, 1283:14,
1283:16, 1283:17, 1283:24, 1285:3,
1286:4, 1286:14, 1287:17, 1288:5,
1289:2, 1290:6, 1290:8, 1290:11,
1290:14, 1291:22, 1291:25, 1292:15,
1294:12, 1296:8, 1296:15, 1296:21,
1297:8, 1297:9, 1298:9, 1299:1,
1299:23, 1301:2, 1301:8, 1303:7,
1305:20, 1306:12, 1307:2, 1307:14,
1307:17, 1307:24, 1309:25, 1310:1,
1310:8, 1310:18, 1311:1, 1311:9,
1311:13, 1311:25, 1312:1, 1312:20,
1312:22, 1314:6, 1314:8, 1314:9,
1315:10, 1317:5, 1318:4, 1318:20,
1318:22, 1319:6, 1320:3, 1321:5,
1321:9, 1322:24, 1323:20, 1324:1,
1324:21, 1325:10, 1325:16, 1325:21,
1326:7, 1326:17, 1326:22, 1326:23,
1327:3, 1328:7, 1330:2, 1330:8,
1331:5, 1331:15, 1331:17, 1332:3,
1332:4, 1332:24, 1333:25, 1336:6,
1336:12, 1337:8, 1339:1, 1339:13,
1340:14, 1340:21, 1341:10, 1341:16,
1342:23, 1343:5, 1343:22, 1344:1,
1345:5, 1345:6, 1345:22, 1347:18,
1348:3, 1349:4, 1349:6, 1349:9,
1349:10, 1349:16, 1349:22, 1350:3,
1350:5, 1350:7, 1350:14, 1351:4,
1351:20, 1351:25, 1352:11, 1353:13,
1353:24, 1353:25, 1354:18, 1355:9,
1355:17, 1356:3, 1356:22, 1357:1,
1357:17, 1357:20, 1357:23, 1358:9,
1358:13, 1358:18, 1358:25, 1359:7,
1359:16, 1360:3, 1360:6, 1360:8,
1360:15, 1360:16, 1360:25, 1361:4,
1361:5, 1361:6, 1361:22, 1362:23,
1363:11, 1363:14, 1364:8, 1364:24,
1366:7, 1366:21, 1366:25
  **This**- 1139:21, 1149:22, 1159:13,
1206:25, 1208:4, 1211:20, 1221:6,
1221:12, 1221:14, 1222:2, 1222:7,

1222:9, 1223:6, 1228:17, 1236:2,
1239:9, 1244:23, 1248:22, 1252:17,
1258:9, 1263:24, 1271:5, 1271:8,
1273:14, 1276:10, 1290:23, 1295:7,
1296:19, 1297:2, 1297:5, 1299:10,
1300:1, 1308:5, 1310:7, 1310:14,
1311:10, 1315:13, 1320:22, 1322:6,
1324:23, 1336:24, 1337:1, 1339:25,
1340:21, 1343:1, 1343:10, 1345:13,
1345:22, 1347:16, 1347:24, 1350:7,
1353:8, 1353:25, 1358:19, 1361:21,
1364:11
  **those** - 1128:23, 1129:1, 1130:3,
1134:25, 1135:16, 1137:16, 1137:23,
1145:21, 1146:16, 1151:23, 1168:12,
1170:6, 1171:14, 1171:16, 1171:18,
1172:21, 1176:16, 1176:19, 1176:25,
1177:1, 1177:2, 1189:16, 1191:2,
1196:14, 1198:14, 1198:24, 1208:20,
1215:6, 1224:14, 1226:12, 1226:13,
1228:23, 1229:9, 1229:10, 1241:24,
1242:22, 1246:24, 1251:16, 1253:19,
1254:10, 1262:2, 1264:11, 1265:10,
1270:18, 1272:13, 1275:2, 1286:15,
1293:12, 1302:4, 1303:18, 1303:20,
1304:25, 1308:10, 1309:22, 1313:22,
1339:3, 1339:15, 1341:16
  **Those**- 1124:9, 1171:1, 1198:24
  **though** - 1124:14, 1150:11, 1189:5,
1199:16, 1224:24, 1259:11, 1262:18,
1266:3, 1286:12, 1298:10, 1338:21,
1346:24, 1357:19
  **thought** - 1119:16, 1137:7, 1150:6,
1179:24, 1180:7, 1180:8, 1219:14,
1252:17, 1257:16, 1269:3, 1274:4,
1275:1, 1278:12, 1280:14, 1287:21,
1301:16, 1304:14, 1305:22, 1326:18,
1326:25, 1328:6, 1328:25, 1329:11,
1330:3, 1330:5, 1330:6, 1332:17,
1333:18, 1337:19, 1344:14, 1359:18,
1360:10
  **thoughts** - 1128:9
  **thousand** - 1182:5, 1182:9, 1262:10
  **Thousands**- 1172:11
  **thousands** - 1303:3, 1325:24
  **threat** - 1358:5, 1358:11, 1358:19,
1359:3
  **threaten** - 1358:25, 1361:9
  **threatened** - 1357:24, 1358:8
  **threatening** - 1354:12, 1354:22,
1356:1
  **threatens** - 1354:7, 1357:25, 1360:4,
1361:15, 1362:1
  **Three**- 1224:14
  **three** - 1149:24, 1227:24, 1228:19,
1241:8, 1246:23, 1246:24, 1253:3,
1257:3, 1259:1, 1263:23, 1265:1,
1265:3, 1284:7, 1293:10, 1293:12,
1293:16, 1318:22, 1327:16, 1333:15,
1345:17, 1345:18, 1355:22, 1355:23,
1364:24
  **three-week** - 1364:24
  **Through**- 1261:24
  **through** - 1118:7, 1118:14, 1129:15,
1152:7, 1160:3, 1160:4, 1164:5,
1173:20, 1188:11, 1190:4, 1204:19,
1216:9, 1261:21, 1263:23, 1269:22,
1272:12, 1284:6, 1285:21, 1291:8,
1292:13, 1296:5, 1296:6, 1318:14,
1318:15, 1319:2, 1325:25, 1326:1,
1326:9, 1329:25, 1340:1, 1341:7,
1353:10
  **Throughout**- 1344:22
  **throughout** - 1115:19, 1162:5,
1163:24, 1168:17, 1213:18, 1247:24,
1313:18, 1341:7, 1341:8, 1344:23
  **throwaway** - 1312:5
  **Thursday**- 1366:14, 1366:17
  **Tic**- 1252:8, 1252:9, 1252:13
  **tickets** - 1167:1

**tighter** - 1199:9
**till** - 1268:18, 1328:22, 1329:1, 1366:24
**Timber** - 1339:4
**time** - 1113:12, 1114:6, 1116:4, 1130:9, 1130:25, 1131:2, 1133:13, 1134:12, 1134:17, 1134:18, 1135:12, 1137:11, 1140:4, 1141:17, 1144:21, 1169:15, 1171:5, 1178:23, 1185:8, 1188:8, 1188:9, 1188:18, 1192:15, 1193:13, 1201:17, 1201:19, 1201:24, 1202:3, 1202:19, 1202:23, 1202:24, 1204:4, 1204:11, 1204:13, 1205:9, 1208:1, 1208:8, 1216:10, 1219:4, 1221:14, 1222:8, 1228:14, 1237:5, 1243:21, 1245:8, 1245:12, 1246:13, 1246:4, 1248:14, 1250:8, 1252:13, 1252:15, 1256:14, 1258:12, 1259:10, 1261:21, 1269:3, 1270:14, 1271:2, 1272:15, 1274:24, 1276:8, 1280:8, 1290:11, 1290:25, 1291:13, 1292:25, 1293:2, 1295:25, 1296:3, 1297:5, 1299:1, 1301:9, 1305:25, 1308:5, 1308:20, 1317:19, 1318:10, 1318:12, 1322:16, 1322:24, 1323:6, 1323:22, 1324:8, 1325:16, 1326:3, 1326:22, 1327:12, 1328:8, 1329:6, 1329:10, 1333:24, 1338:17, 1338:24, 1339:3, 1339:6, 1341:1, 1341:21, 1342:16, 1342:17, 1345:7, 1347:2, 1347:18, 1349:12, 1350:14
**times** - 1138:17, 1139:14, 1145:4, 1158:2, 1161:9, 1161:10, 1196:11, 1208:19, 1240:20, 1258:24, 1259:2, 1259:18, 1261:9, 1264:25, 1287:8, 1287:9, 1287:14, 1293:10, 1293:12, 1302:25, 1305:16, 1305:18, 1327:11
**tip** - 1139:21
**tires** - 1361:15
**Title**- 1186:6, 1288:13
**to** - 1113:6, 1113:8, 1113:25, 1114:1, 1115:3, 1115:9, 1115:10, 1115:11, 1116:2, 1116:4, 1116:15, 1116:17, 1117:4, 1117:8, 1117:9, 1117:10, 1117:11, 1117:15, 1117:21, 1117:22, 1117:23, 1118:2, 1118:8, 1118:12, 1118:13, 1118:16, 1118:17, 1119:4, 1119:16, 1120:7, 1121:14, 1121:17, 1123:1, 1123:20, 1123:22, 1123:24, 1124:1, 1124:16, 1124:17, 1125:4, 1125:11, 1125:14, 1125:19, 1125:21, 1126:1, 1126:2, 1126:4, 1126:5, 1126:10, 1126:14, 1126:16, 1126:20, 1127:4, 1127:5, 1127:6, 1127:11, 1127:15, 1127:18, 1127:19, 1128:1, 1128:2, 1128:8, 1128:10, 1128:11, 1128:13, 1128:14, 1128:16, 1128:22, 1128:24, 1128:25, 1129:5, 1129:7, 1129:12, 1129:14, 1129:15, 1129:18, 1129:19, 1129:21, 1130:7, 1130:8, 1130:11, 1130:15, 1130:20, 1130:21, 1130:25, 1131:6, 1131:7, 1131:11, 1131:12, 1131:15, 1131:16, 1131:18, 1131:19, 1131:20, 1131:21, 1132:5, 1132:6, 1132:10, 1132:13, 1132:17, 1132:22, 1132:24, 1133:1, 1133:4, 1133:5, 1133:8, 1133:9, 1133:16, 1133:19, 1133:20, 1133:21, 1133:25, 1134:2, 1134:4, 1134:5, 1134:6, 1134:10, 1134:13, 1134:16, 1134:17, 1134:19, 1134:20, 1134:22, 1135:1, 1135:3, 1135:11, 1135:14, 1135:15, 1135:24, 1136:3, 1136:4, 1136:8, 1136:10, 1136:13, 1136:14, 1136:15, 1136:17, 1136:18, 1136:19, 1136:20, 1136:22, 1137:4, 1137:5, 1137:6, 1137:8, 1137:9, 1137:10, 1137:11, 1137:12, 1137:13, 1137:17, 1137:19, 1138:4, 1138:5, 1138:9, 1138:10, 1138:15, 1138:19, 1138:23, 1139:1,

1139:4, 1139:7, 1139:8, 1139:9, 1139:15, 1139:16, 1139:20, 1139:23, 1140:2, 1140:3, 1140:5, 1140:6, 1140:8, 1140:10, 1140:14, 1140:16, 1140:19, 1140:20, 1140:21, 1140:24, 1141:2, 1141:3, 1141:10, 1141:13, 1141:14, 1141:15, 1141:16, 1141:18, 1141:21, 1141:25, 1142:2, 1142:4, 1142:5, 1142:6, 1142:7, 1142:8, 1142:9, 1142:19, 1142:20, 1142:21, 1142:24, 1143:2, 1143:5, 1143:8, 1143:9, 1143:12, 1143:15, 1143:16, 1143:20, 1143:21, 1143:23, 1143:24, 1144:1, 1144:4, 1144:5, 1144:6, 1144:9, 1144:10, 1144:21, 1145:1, 1145:12, 1145:14, 1146:1, 1146:2, 1146:4, 1146:6, 1146:8, 1146:11, 1146:15, 1146:19, 1146:22, 1146:23, 1146:24, 1147:1, 1147:8, 1147:15, 1147:16, 1147:17, 1147:20, 1147:21, 1147:23, 1147:24, 1147:25, 1148:3, 1148:7, 1148:10, 1148:11, 1148:14, 1148:17, 1148:18, 1148:24, 1149:1, 1149:2, 1149:3, 1149:6, 1149:9, 1149:11, 1149:12, 1149:13, 1149:16, 1149:22, 1149:23, 1150:1, 1150:3, 1150:4, 1150:5, 1150:14, 1150:20, 1151:12, 1151:19, 1151:20, 1152:4, 1152:11, 1152:12, 1152:13, 1152:14, 1152:15, 1152:17, 1152:21, 1153:4, 1154:2, 1154:6, 1154:8, 1154:9, 1154:10, 1154:15, 1154:24, 1155:3, 1155:12, 1155:15, 1155:19, 1155:20, 1155:21, 1155:22, 1155:24, 1155:25, 1156:4, 1156:5, 1156:7, 1156:14, 1156:16, 1156:17, 1156:24, 1157:1, 1157:3, 1157:6, 1157:8, 1157:12, 1157:16, 1157:17, 1157:18, 1157:19, 1158:3, 1158:4, 1158:7, 1158:8, 1158:12, 1158:17, 1158:20, 1158:23, 1158:24, 1159:8, 1159:10, 1159:16, 1159:23, 1159:24, 1159:25, 1160:1, 1160:4, 1160:6, 1160:7, 1160:9, 1160:10, 1160:18, 1160:21, 1160:24, 1161:2, 1161:7, 1161:8, 1161:12, 1161:13, 1161:16, 1161:18, 1161:23, 1161:25, 1162:2, 1162:5, 1162:7, 1162:9, 1162:13, 1162:19, 1162:24, 1163:3, 1163:5, 1163:6, 1163:7, 1163:13, 1163:21, 1164:2, 1164:11, 1164:12, 1164:19, 1164:21, 1164:25, 1165:5, 1165:9, 1165:11, 1165:13, 1165:20, 1166:2, 1166:4, 1166:9, 1166:10, 1166:12, 1166:14, 1166:15, 1166:18, 1166:19, 1166:20, 1167:1, 1167:9, 1167:10, 1167:11, 1167:23, 1167:24, 1167:25, 1168:1, 1168:3, 1168:4, 1169:7, 1169:12, 1169:13, 1169:16, 1169:18, 1170:8, 1170:12, 1170:15, 1170:16, 1171:7, 1171:8, 1171:9, 1171:14, 1171:18, 1171:19, 1171:21, 1172:1, 1172:19, 1173:5, 1173:8, 1174:3, 1174:6, 1174:7, 1174:11, 1174:13, 1174:16, 1174:20, 1174:21, 1174:25, 1175:2, 1175:5, 1175:9, 1175:11, 1175:14, 1175:19, 1175:25, 1176:3, 1176:5, 1176:10, 1176:13, 1176:24, 1177:5, 1177:14, 1177:18, 1177:19, 1177:20, 1178:10, 1178:14, 1178:16, 1178:17, 1178:18, 1178:19, 1178:20, 1179:1, 1179:3, 1179:5, 1179:7, 1179:10, 1179:15, 1179:17, 1179:22, 1179:23, 1179:25, 1180:4, 1180:5, 1180:6, 1181:7, 1181:10, 1181:11, 1181:13, 1181:22, 1181:23, 1182:7, 1182:9, 1182:10, 1182:13, 1182:20, 1183:12, 1183:21, 1184:1, 1184:6, 1184:8, 1184:14, 1184:22, 1185:9, 1185:19, 1185:21, 1185:22, 1185:23, 1186:1, 1186:3,

1186:5, 1186:7, 1186:8, 1186:9, 1187:4, 1187:9, 1187:11, 1187:18, 1188:4, 1188:10, 1188:11, 1188:12, 1188:13, 1188:17, 1188:20, 1188:21, 1188:24, 1189:8, 1189:21, 1189:23, 1190:5, 1190:6, 1190:10, 1190:19, 1190:20, 1190:22, 1191:6, 1191:8, 1191:22, 1192:1, 1192:5, 1192:6, 1192:7, 1192:13, 1192:14, 1192:15, 1192:16, 1192:18, 1192:22, 1193:7, 1193:8, 1193:10, 1193:13, 1193:14, 1193:17, 1193:18, 1193:19, 1193:22, 1193:24, 1194:1, 1194:3, 1194:5, 1194:8, 1194:10, 1194:12, 1194:15, 1194:18, 1194:19, 1194:20, 1194:21, 1194:23, 1194:25, 1195:2, 1195:5, 1195:6, 1195:9, 1195:24, 1196:4, 1196:6, 1196:7, 1196:10, 1196:11, 1196:15, 1196:21, 1196:25, 1197:2, 1197:11, 1197:12, 1197:15, 1197:21, 1198:8, 1198:13, 1198:16, 1198:19, 1198:20, 1198:23, 1199:5, 1199:6, 1199:7, 1199:8, 1199:12, 1200:24, 1201:17, 1201:18, 1201:21, 1201:23, 1202:1, 1202:6, 1202:8, 1202:10, 1203:1, 1203:11, 1203:13, 1204:20, 1204:21, 1204:24, 1204:25, 1205:3, 1205:4, 1205:11, 1205:13, 1205:19, 1205:22, 1206:9, 1206:11, 1206:14, 1206:17, 1206:21, 1207:3, 1207:11, 1207:15, 1208:1, 1208:14, 1208:18, 1208:19, 1208:20, 1208:21, 1208:22, 1208:23, 1208:24, 1208:25, 1209:3, 1211:15, 1211:17, 1211:19, 1211:20, 1211:22, 1211:23, 1212:1, 1212:1, 1212:5, 1212:6, 1212:7, 1212:8, 1212:10, 1212:12, 1212:15, 1212:18, 1212:20, 1212:22, 1212:23, 1212:25, 1213:5, 1213:6, 1213:8, 1213:9, 1213:11, 1213:16, 1213:20, 1214:8, 1214:9, 1214:11, 1214:18, 1214:19, 1214:23, 1214:24, 1215:4, 1215:5, 1215:6, 1215:7, 1215:8, 1215:9, 1215:13, 1215:14, 1215:20, 1215:22, 1216:7, 1216:12, 1217:5, 1217:6, 1217:12, 1217:14, 1217:16, 1217:19, 1217:20, 1218:4, 1218:8, 1218:19, 1218:22, 1218:24, 1219:2, 1219:3, 1219:5, 1219:8, 1219:9, 1219:11, 1219:14, 1219:16, 1219:19, 1219:21, 1219:23, 1219:24, 1221:9, 1221:15, 1221:16, 1221:18, 1221:20, 1221:21, 1221:24, 1222:9, 1222:11, 1222:13, 1222:17, 1222:18, 1222:19, 1222:21, 1222:22, 1222:24, 1223:1, 1223:3, 1223:5, 1223:7, 1223:12, 1223:13, 1224:4, 1224:8, 1224:12, 1224:18, 1224:21, 1225:5, 1225:7, 1225:8, 1225:12, 1226:5, 1226:8, 1226:10, 1226:11, 1226:13, 1226:14, 1226:19, 1226:22, 1226:23, 1226:25, 1227:4, 1227:9, 1227:12, 1228:1, 1228:10, 1228:12, 1228:18, 1228:20, 1229:2, 1229:5, 1229:7, 1229:8, 1229:9, 1229:10, 1229:16, 1229:20, 1229:22, 1230:4, 1230:5, 1230:6, 1230:7, 1230:8, 1230:14, 1230:16, 1230:17, 1230:18, 1230:24, 1231:4, 1231:5, 1231:6, 1231:8, 1231:9, 1231:20, 1231:22, 1233:3, 1233:13, 1233:16, 1233:21, 1233:23, 1233:24, 1234:10, 1234:11, 1234:12, 1234:13, 1234:14, 1234:15, 1235:4, 1235:6, 1235:12, 1235:15, 1235:22, 1235:23, 1236:3, 1236:20, 1237:8, 1237:9, 1239:8, 1239:8, 1239:9, 1239:13, 1239:20, 1240:2, 1240:4, 1240:5, 1240:8, 1240:10, 1240:11, 1240:13, 1240:16, 1240:20, 1240:21, 1240:22, 1241:2, 1241:3, 1241:4, 1241:6, 1241:7,

1241:10, 1242:12, 1242:14, 1242:17,
1242:18, 1242:21, 1242:23, 1242:25,
1243:4, 1243:8, 1243:10, 1243:14,
1243:15, 1243:19, 1244:5, 1244:18,
1244:23, 1245:2, 1245:4, 1245:5,
1245:7, 1245:8, 1245:17, 1245:18,
1245:19, 1245:21, 1245:24, 1246:3,
1247:6, 1247:9, 1247:10, 1247:12,
1247:14, 1247:19, 1247:20, 1247:24,
1247:25, 1248:6, 1248:7, 1248:21,
1248:23, 1249:21, 1250:7, 1250:9,
1250:11, 1250:13, 1250:17, 1250:18,
1251:8, 1251:9, 1251:13, 1251:18,
1251:20, 1252:1, 1252:8, 1252:15,
1252:23, 1252:24, 1253:2, 1253:6,
1253:7, 1253:8, 1253:13, 1253:23,
1254:1, 1254:2, 1254:4, 1254:9,
1254:10, 1254:13, 1254:16, 1254:17,
1255:2, 1255:3, 1255:4, 1255:6,
1255:8, 1255:9, 1255:10, 1256:3,
1256:8, 1256:15, 1257:13, 1257:14,
1257:19, 1257:25, 1258:3, 1258:19,
1258:22, 1258:23, 1258:24, 1259:1,
1259:3, 1259:4, 1259:6, 1259:7,
1259:10, 1259:13, 1259:24, 1260:3,
1260:4, 1260:5, 1260:14, 1260:15,
1260:16, 1260:17, 1260:23, 1260:24,
1260:25, 1261:11, 1261:14, 1261:18,
1261:19, 1261:20, 1261:23, 1262:1,
1262:3, 1262:4, 1262:7, 1262:15,
1262:18, 1262:19, 1262:20, 1262:22,
1263:12, 1263:15, 1263:19, 1263:22,
1264:3, 1264:4, 1264:7, 1264:8,
1264:14, 1264:15, 1264:20, 1265:1,
1265:13, 1265:15, 1265:25, 1266:3,
1266:5, 1266:9, 1266:13, 1266:16,
1266:18, 1266:25, 1267:9, 1267:19,
1267:20, 1267:21, 1268:2, 1268:3,
1268:4, 1268:9, 1268:10, 1268:11,
1268:23, 1268:24, 1268:25, 1269:1,
1269:6, 1269:7, 1269:12, 1269:13,
1269:14, 1269:15, 1269:19, 1269:20,
1269:22, 1269:23, 1269:24, 1269:25,
1270:9, 1270:12, 1270:15, 1270:18,
1270:21, 1270:22, 1270:25, 1271:3,
1271:9, 1271:11, 1271:12, 1271:13,
1271:17, 1271:20, 1271:21, 1271:23,
1272:6, 1272:7, 1272:8, 1272:9,
1272:10, 1272:15, 1272:18, 1272:25,
1273:1, 1273:9, 1273:10, 1273:18,
1273:23, 1274:5, 1274:8, 1274:15,
1274:22, 1274:24, 1275:4, 1275:5,
1275:7, 1275:9, 1275:13, 1275:14,
1275:20, 1275:22, 1276:3, 1276:5,
1276:9, 1276:10, 1276:14, 1276:18,
1277:1, 1277:2, 1277:8, 1278:10,
1278:12, 1278:19, 1278:20, 1278:24,
1279:1, 1279:6, 1279:9, 1279:10,
1279:13, 1279:16, 1280:1, 1280:2,
1280:8, 1280:13, 1280:15, 1280:20,
1280:22, 1280:23, 1281:3, 1281:4,
1281:6, 1281:7, 1281:9, 1281:15,
1281:18, 1281:19, 1281:25, 1282:1,
1282:3, 1282:4, 1282:5, 1282:7,
1282:20, 1282:21, 1282:23, 1283:8,
1283:11, 1283:14, 1283:16, 1283:19,
1284:7, 1284:9, 1284:11, 1284:17,
1284:23, 1284:24, 1285:5, 1285:9,
1285:12, 1285:15, 1285:18, 1286:1,
1286:5, 1286:9, 1286:10, 1286:13,
1286:14, 1286:17, 1286:20, 1286:23,
1287:2, 1287:8, 1287:14, 1287:15,
1287:16, 1287:17, 1287:18, 1287:25,
1288:9, 1288:18, 1288:19, 1288:22,
1289:1, 1289:3, 1289:9, 1289:11,
1289:20, 1289:24, 1290:2, 1290:20,
1290:24, 1290:25, 1291:2, 1291:9,
1291:11, 1291:13, 1291:16, 1291:17,
1291:23, 1292:8, 1292:24, 1292:25,
1293:4, 1293:14, 1293:16, 1293:17,

1293:18, 1293:24, 1294:1, 1294:4,
1294:10, 1294:19, 1295:9, 1295:10,
1295:16, 1296:5, 1296:11, 1296:12,
1296:18, 1296:19, 1296:20, 1296:21,
1297:2, 1297:14, 1297:14, 1297:15,
1297:16, 1297:17, 1297:21, 1298:4,
1298:5, 1298:7, 1298:12, 1298:14,
1298:15, 1298:19, 1298:21, 1299:2,
1300:4, 1301:2, 1301:14, 1302:2,
1302:7, 1302:16, 1302:19, 1302:21,
1302:22, 1302:24, 1303:5, 1303:11,
1303:12, 1303:13, 1303:14, 1303:15,
1303:16, 1303:17, 1303:25, 1304:1,
1304:3, 1304:13, 1304:17, 1304:18,
1304:20, 1304:23, 1304:25, 1305:4,
1305:5, 1305:6, 1305:8, 1305:11,
1305:12, 1305:14, 1305:16, 1305:17,
1305:18, 1305:19, 1305:20, 1305:22,
1305:23, 1306:1, 1306:4, 1306:5,
1306:6, 1306:10, 1306:14, 1306:15,
1306:17, 1307:10, 1307:15, 1307:16,
1307:21, 1308:6, 1308:9, 1309:1,
1309:7, 1309:11, 1309:13, 1309:16,
1309:19, 1309:21, 1309:24, 1310:1,
1310:4, 1310:5, 1310:9, 1310:12,
1310:15, 1310:17, 1310:19, 1311:22,
1312:1, 1312:4, 1312:10, 1313:1,
1313:6, 1313:7, 1313:9, 1313:14,
1313:15, 1313:16, 1313:19, 1313:25,
1314:1, 1314:3, 1314:9, 1314:19,
1314:21, 1314:22, 1315:5, 1315:6,
1315:7, 1315:8, 1315:13, 1315:22,
1315:24, 1315:25, 1316:1, 1317:1,
1317:4, 1317:6, 1317:7, 1317:15,
1317:16, 1317:19, 1317:20, 1317:21,
1317:24, 1318:6, 1318:9, 1318:21,
1319:2, 1319:15, 1319:19, 1319:22,
1319:23, 1320:5, 1320:6, 1320:11,
1320:16, 1320:21, 1320:24, 1321:2,
1321:6, 1321:7, 1321:10, 1321:11,
1321:13, 1321:18, 1322:2, 1322:6,
1322:8, 1322:9, 1322:10, 1322:13,
1322:16, 1322:17, 1322:23, 1323:13,
1323:17, 1323:19, 1323:21, 1323:25,
1324:1, 1324:9, 1324:12, 1324:16,
1324:19, 1325:6, 1325:7, 1325:11,
1325:14, 1325:24, 1326:3, 1326:5,
1326:6, 1326:7, 1326:8, 1326:11,
1327:1, 1327:17, 1327:25, 1328:1,
1328:3, 1328:4, 1328:5, 1328:8,
1328:14, 1329:5, 1329:6, 1329:9,
1329:10, 1329:11, 1329:16, 1330:1,
1330:4, 1330:5, 1330:7, 1330:8,
1330:11, 1330:12, 1330:16, 1330:21,
1331:2, 1331:11, 1331:14, 1331:17,
1331:18, 1331:21, 1331:25, 1332:1,
1332:3, 1332:6, 1332:12, 1332:15,
1332:17, 1332:19, 1332:21, 1332:22,
1333:6, 1333:7, 1333:14, 1333:19,
1333:20, 1333:21, 1333:22, 1333:23,
1333:25, 1334:5, 1335:8, 1335:10,
1335:11, 1335:18, 1335:20, 1336:7,
1336:16, 1336:22, 1336:24, 1337:6,
1337:7, 1337:12, 1337:15, 1337:16,
1337:17, 1337:19, 1337:20, 1337:22,
1337:23, 1337:24, 1337:25, 1338:3,
1338:5, 1338:23, 1339:3, 1339:4,
1339:9, 1339:12, 1339:15, 1341:9,
1341:12, 1341:23, 1342:6, 1342:18,
1342:25, 1343:1, 1343:2, 1343:10,
1343:15, 1343:16, 1343:18, 1343:19,
1344:2, 1344:6, 1344:12, 1344:14,
1344:16, 1344:25, 1345:1, 1345:2,
1345:7, 1345:19, 1346:4, 1346:10,
1346:11, 1346:13, 1346:15, 1346:18,
1347:3, 1347:9, 1347:10, 1347:12,
1347:13, 1347:14, 1347:15, 1347:16,
1347:17, 1347:20, 1348:12, 1348:13,
1348:15, 1348:20, 1348:23, 1349:3,
1349:8, 1349:10, 1350:5, 1350:9,

1351:13, 1351:19, 1352:1, 1352:2,
1352:5, 1352:7, 1352:8, 1353:9,
1353:11, 1353:17, 1353:21, 1353:23,
1354:5, 1354:8, 1354:9, 1354:19,
1354:24, 1355:11, 1355:16, 1355:18,
1355:21, 1355:25, 1356:4, 1356:8,
1356:13, 1356:14, 1356:16, 1357:3,
1357:6, 1357:7, 1357:8, 1357:16,
1357:17, 1357:25, 1358:1, 1358:2,
1358:4, 1358:5, 1358:6, 1358:7,
1358:8, 1358:11, 1358:13, 1358:16,
1358:21, 1358:25, 1359:2, 1359:4,
1359:6, 1359:7, 1359:14, 1359:19,
1359:22, 1359:25, 1360:4, 1360:5,
1360:11, 1360:24, 1361:2, 1361:3,
1361:9, 1361:10, 1361:20, 1362:2,
1362:11, 1362:18, 1363:4, 1363:6,
1363:11, 1363:13, 1363:14, 1363:24,
1364:3, 1364:4, 1364:5, 1364:7,
1364:20, 1364:23, 1365:1, 1365:4,
1365:5, 1365:6, 1365:10, 1365:15,
1365:16, 1365:17, 1365:20, 1365:25,
1366:1, 1366:2, 1366:7, 1366:10,
1366:11, 1366:13, 1366:14, 1366:17,
1366:23, 1367:2, 1367:3, 1367:4,
1367:10

**To** - 1182:10, 1212:4, 1234:25,
1242:17, 1273:11, 1284:19, 1340:18,
1350:13

**to-do** - 1348:20, 1349:10

**Tock** - 1252:8, 1252:9, 1252:13

**today** - 1124:10, 1130:5, 1314:8,
1365:12

**Today's** - 1205:2

**together** - 1151:9, 1198:9, 1243:8,
1243:18, 1256:16, 1266:10, 1267:14,
1281:5, 1302:12, 1302:14

**Together-** 1244:2

**told** - 1120:11, 1120:17, 1141:11,
1145:17, 1145:18, 1146:1, 1146:6,
1147:24, 1147:25, 1149:18, 1154:14,
1157:2, 1178:5, 1178:12, 1179:22,
1194:10, 1205:11, 1208:8, 1209:1,
1212:13, 1213:18, 1214:2, 1215:5,
1217:20, 1218:2, 1235:13, 1240:23,
1241:13, 1244:12, 1251:18, 1252:10,
1253:2, 1255:1, 1260:5, 1262:17,
1265:22, 1267:17, 1268:10, 1274:6,
1274:7, 1278:11, 1278:20, 1278:22,
1278:23, 1279:6, 1279:7, 1280:21,
1280:22, 1291:9, 1292:11, 1293:3,
1295:24, 1298:12, 1302:23, 1303:25,
1315:6, 1315:10, 1315:11, 1315:12,
1327:13, 1327:16, 1327:22, 1329:13,
1330:6, 1330:13, 1331:17, 1332:4,
1332:13, 1332:14, 1332:15, 1337:18,
1337:24, 1338:22, 1357:9, 1364:19,
1365:22

**tomorrow** - 1150:5, 1364:15,
1365:11, 1366:15

**Tony-** 1179:7

**too** - 1185:20, 1196:20, 1320:18,
1329:4, 1336:25, 1354:19

**took** - 1117:12, 1117:19, 1175:9,
1190:5, 1202:12, 1238:13, 1248:14,
1258:14, 1258:16, 1279:11, 1302:1

**top** - 1203:12, 1208:6, 1252:5, 1263:7

**topic** - 1164:23, 1187:19, 1235:25,
1281:10, 1281:13

**topics** - 1281:12

**tore** - 1149:19

**torture** - 1328:10

**total** - 1341:15

**Total-** 1341:21

**totals** - 1340:21

**touch** - 1278:14

**touched** - 1280:12

**toward** - 1263:6

**towards** - 1129:13, 1147:2

**town** - 1199:21

**track** - 1171:18, 1310:2
**tracking** - 1257:18
**tracks** - 1308:13
**trade** - 1230:23
**trafficked** - 1246:2
**trafficking** - 1227:1, 1229:24, 1246:6, 1252:23, 1252:25, 1253:10, 1259:25
**trail** - 1152:6, 1152:7
**training** - 1176:22, 1192:5, 1199:2
**Transcript** - 1112:9
**transcript** - 1112:23, 1114:4
**transcripts** - 1263:20, 1263:25, 1264:11, 1264:13, 1266:4
**Transcripts** - 1172:18
**transportation** - 1181:13
**travel** - 1269:15
**travelled** - 1264:15
**travelling** - 1267:12
**treading** - 1193:5
**treat** - 1180:8, 1299:16
**treated** - 1338:8
**Trenton**- 1149:23, 1192:11, 1193:23, 1194:8
**trial** - 1113:12, 1125:16, 1128:20, 1132:11, 1133:4, 1133:7, 1133:13, 1133:15, 1134:1, 1135:2, 1137:18, 1146:13, 1146:25, 1148:4, 1150:4, 1157:12, 1164:2, 1164:5, 1164:6, 1166:10, 1170:22, 1171:5, 1171:10, 1202:5, 1202:7, 1204:5, 1211:5, 1211:9, 1217:20, 1217:23, 1218:3, 1218:8, 1218:21, 1260:22, 1269:1, 1275:11, 1284:20, 1285:7, 1285:20, 1305:16, 1306:1, 1306:4, 1306:17, 1306:23, 1309:14, 1309:19, 1317:17, 1326:2, 1328:22, 1328:24, 1329:11, 1331:13, 1348:17, 1364:24
**Trial**- 1112:9, 1113:1
**trials** - 1169:23
**tried** - 1134:13, 1149:22, 1179:22, 1189:23, 1221:18, 1279:13, 1314:19
**trigger** - 1332:6
**Trinidad**- 1212:11, 1212:18, 1213:24
**trip** - 1150:16, 1240:22, 1242:14, 1243:22, 1244:23, 1245:8, 1246:16, 1248:4, 1248:23, 1252:20, 1252:22, 1254:13, 1257:8, 1258:9, 1260:17, 1261:10, 1261:11, 1261:14, 1265:18, 1265:21, 1265:23, 1266:14, 1266:22, 1268:24, 1271:5, 1271:6, 1271:7, 1271:8, 1271:20, 1272:18, 1273:1, 1273:18, 1274:10, 1274:15, 1275:22, 1291:13, 1295:10
**trips** - 1247:24, 1264:14, 1327:16, 1327:17
**trouble** - 1346:23
**troubling** - 1149:1
**true** - 1120:6, 1120:9, 1133:12, 1133:15, 1147:15, 1156:9, 1165:4, 1171:15, 1184:17, 1193:21, 1198:21, 1215:6, 1215:13, 1233:16, 1239:3, 1251:17, 1251:19, 1264:21, 1264:23, 1264:24, 1264:25, 1265:11, 1265:12, 1273:8, 1326:23, 1346:14, 1347:17, 1349:15, 1349:22
**truly** - 1351:3
**trumped** - 1356:15
**trust** - 1128:4, 1128:7, 1128:12, 1129:11, 1199:15, 1199:16
**truth** - 1139:10, 1145:17, 1146:7, 1147:19, 1148:5, 1160:25, 1214:1, 1215:20, 1218:2, 1228:1, 1228:10, 1233:22, 1234:12, 1245:22, 1251:10, 1276:17, 1290:21, 1295:22, 1305:5, 1332:7, 1353:9, 1362:6
**truthful** - 1136:25, 1144:23, 1216:4, 1354:24
**truthfully** - 1357:7, 1357:8, 1358:13
**Try**- 1222:21
**try** - 1130:8, 1130:21, 1133:19,

1140:14, 1142:4, 1148:3, 1152:14, 1159:8, 1159:25, 1162:13, 1211:23, 1213:6, 1213:9, 1221:20, 1230:17, 1230:18, 1236:20, 1241:3, 1243:8, 1243:10, 1246:17, 1259:10, 1266:9, 1272:6, 1280:20, 1280:22, 1284:17, 1292:23, 1298:19, 1323:25, 1324:1
**Trying**- 1346:11
**trying** - 1130:11, 1140:6, 1141:15, 1141:18, 1144:9, 1148:7, 1160:21, 1180:4, 1180:5, 1180:6, 1192:6, 1199:12, 1214:14, 1214:16, 1217:16, 1247:20, 1247:25, 1253:23, 1258:24, 1259:7, 1265:13, 1267:21, 1270:9, 1275:4, 1275:9, 1315:7, 1315:24, 1322:8, 1326:3, 1346:10, 1347:10, 1347:12, 1352:7, 1353:9
**Tuesday**- 1367:5
**tunes** - 1309:5
**turn** - 1133:25, 1208:18, 1230:6, 1275:5, 1280:15, 1280:16, 1280:20, 1280:22, 1295:16, 1306:5, 1324:19
**Turn**- 1124:1
**turned** - 1149:17, 1149:19, 1150:20, 1262:19, 1275:2, 1305:25, 1307:5, 1307:8, 1307:25, 1308:3
**Turned**- 1279:2
**twenty** - 1123:17, 1124:4, 1245:19
**twenty-eight** - 1124:4
**twenty-four** - 1124:5
**twenty-nine** - 1123:17
**twice** - 1203:5, 1264:15, 1362:11
**Two**- 1292:15, 1308:1, 1308:2
**two** - 1117:13, 1118:14, 1124:24, 1167:1, 1188:12, 1200:22, 1208:6, 1211:5, 1227:13, 1228:19, 1233:16, 1237:11, 1241:24, 1242:5, 1245:5, 1253:3, 1268:21, 1272:13, 1272:22, 1279:2, 1281:12, 1281:17, 1284:6, 1284:8, 1289:3, 1289:9, 1291:3, 1292:8, 1293:1, 1295:16, 1315:1, 1330:4, 1336:16, 1336:21, 1339:1, 1364:17, 1364:25, 1365:7
**type** - 1124:5, 1136:9, 1143:11, 1145:7, 1203:8, 1205:2, 1294:2, 1313:13
**types** - 1203:22
**typewriter** - 1326:11, 1326:12, 1326:13
**typewritten** - 1326:15
**typical** - 1302:16, 1344:1
**typically** - 1124:5
**typing** - 1248:10

## U

**U**- 1343:4
**Ultimately** - 1192:4, 1192:7, 1205:24, 1207:19, 1213:24, 1280:2
**ultimately** - 1128:25, 1129:20, 1132:9, 1132:15, 1136:24, 1140:17, 1140:19, 1142:11, 1142:17, 1148:4, 1149:11, 1172:21, 1176:3, 1190:19, 1191:5, 1191:6, 1206:15, 1213:8, 1269:24, 1277:9, 1278:18, 1280:19, 1287:15, 1299:20, 1315:9
**Un**- 1346:11
**unable** - 1256:8
**uncertain** - 1192:13
**uncommon** - 1133:1, 1186:5, 1186:10
**uncorroborated** - 1285:25
**undated** - 1310:7
**under** - 1123:3, 1124:15, 1125:5, 1131:17, 1134:25, 1149:10, 1179:10, 1211:8, 1253:19, 1254:5, 1254:10, 1255:11, 1256:10, 1269:6, 1269:12, 1285:3, 1287:24, 1313:11, 1325:8, 1344:15
**undercover** - 1142:22

**underneath** - 1263:10
**Understand** - 1267:5
**understand** - 1127:6, 1133:4, 1134:19, 1142:1, 1142:9, 1164:6, 1165:16, 1167:15, 1174:3, 1176:16, 1177:1, 1177:25, 1179:14, 1189:3, 1215:18, 1215:21, 1216:12, 1222:21, 1222:23, 1233:25, 1240:10, 1251:22, 1259:17, 1259:18, 1259:19, 1269:10, 1280:19, 1309:7, 1312:8, 1320:24, 1336:7, 1352:6, 1353:22, 1356:20, 1356:21, 1362:8
**understanding** - 1173:23, 1181:9, 1196:19, 1221:17, 1275:13, 1286:21, 1287:17, 1287:23, 1290:11, 1314:17, 1325:12, 1325:13
**Understood** - 1214:8, 1228:8, 1234:18, 1276:19, 1354:15
**understood** - 1119:8, 1269:22, 1272:15, 1290:21, 1295:23, 1297:3
**undertake** - 1328:6
**unfortunately** - 1132:2
**Unit** - 1243:9
**United** - 1112:1, 1112:3, 1112:10, 1112:13, 1150:2, 1193:3, 1201:5, 1203:13, 1205:14, 1212:6, 1212:7, 1212:9, 1212:12, 1212:23, 1212:25, 1216:12, 1217:6, 1224:12, 1224:22, 1226:13, 1227:5, 1228:21, 1231:1, 1239:21, 1245:16, 1246:3, 1253:3, 1253:25, 1255:4, 1255:6, 1255:8, 1260:1, 1261:19, 1261:22, 1261:23, 1262:16, 1269:14, 1269:21, 1270:15, 1279:1, 1279:9, 1281:22, 1283:18, 1285:10, 1288:7, 1299:2, 1303:1, 1304:23, 1306:15, 1313:2, 1330:15, 1336:12, 1351:14
**universe** - 1357:11
**University** - 1201:8
**unlawful** - 1352:4, 1357:12
**unless** - 1143:6, 1145:21, 1193:21, 1194:25, 1248:7, 1358:11, 1363:11
**unnecessary** - 1221:10
**unquote** - 1312:10
**unresolved** - 1320:24
**unsworn** - 1163:18
**until** - 1133:10, 1133:13, 1133:15, 1147:22, 1197:14, 1202:18, 1204:14, 1206:16, 1210:6, 1211:4, 1211:9, 1230:12, 1276:11, 1279:11, 1306:4, 1314:8, 1318:17, 1331:9, 1336:19, 1341:6, 1344:24, 1349:11
**untrue** - 1120:11
**unusual** - 1366:25
**up** - 1113:16, 1122:22, 1123:21, 1131:10, 1133:4, 1135:22, 1139:6, 1145:3, 1146:8, 1149:20, 1150:15, 1150:17, 1151:20, 1155:1, 1157:22, 1160:21, 1166:1, 1167:24, 1173:2, 1175:13, 1178:14, 1179:11, 1180:21, 1184:22, 1185:3, 1186:16, 1190:2, 1190:22, 1191:1, 1195:24, 1196:6, 1196:25, 1199:14, 1200:23, 1200:24, 1220:6, 1225:19, 1232:5, 1234:8, 1243:21, 1243:23, 1246:9, 1246:21, 1249:10, 1253:14, 1253:18, 1253:19, 1258:23, 1268:5, 1268:9, 1268:11, 1268:12, 1279:22, 1284:14, 1284:17, 1288:22, 1292:10, 1294:2, 1298:3, 1302:13, 1304:3, 1314:1, 1314:8, 1314:13, 1324:20, 1325:3, 1328:8, 1331:8, 1333:18, 1337:12, 1340:21, 1344:24, 1346:3, 1347:8, 1352:4, 1362:8, 1362:9, 1365:1, 1365:25, 1366:15, 1366:19
**Upon** - 1202:10
**upon** - 1141:10, 1214:18, 1283:17, 1294:23, 1313:3, 1330:4, 1350:13
**upset** - 1272:2
**upstairs** - 1118:12, 1293:3

**Upstate** - 1303:16
**uptown** - 1123:21
**Us** - 1112:4, 1112:15, 1212:22, 1213:21, 1219:25, 1231:15, 1239:10, 1245:10, 1268:9, 1268:12, 1268:13, 1281:19, 1282:22, 1292:11, 1298:23, 1299:15, 1358:1
**us** - 1117:4, 1117:21, 1123:18, 1154:14, 1157:2, 1170:17, 1175:9, 1202:20, 1205:7, 1208:21, 1213:18, 1213:20, 1214:2, 1217:12, 1218:4, 1218:8, 1225:6, 1230:1, 1230:6, 1231:6, 1231:9, 1234:25, 1239:9, 1239:11, 1240:8, 1241:1, 1243:25, 1245:12, 1247:5, 1255:1, 1257:7, 1257:10, 1257:22, 1261:4, 1261:17, 1262:9, 1262:19, 1263:22, 1264:4, 1264:23, 1267:14, 1267:15, 1267:25, 1269:4, 1269:10, 1269:12, 1270:20, 1270:24, 1271:7, 1276:3, 1281:7, 1282:1, 1288:21, 1290:24, 1290:25, 1293:1, 1295:24, 1298:17, 1302:6, 1302:8, 1302:12, 1302:22, 1302:24, 1302:25, 1305:6, 1305:19, 1309:16, 1309:24, 1312:18, 1313:3, 1313:22, 1314:21, 1315:11, 1324:7, 1327:22, 1329:4, 1329:13, 1331:14, 1335:11, 1337:21, 1344:1, 1347:6, 1354:9, 1363:24, 1366:1, 1366:12
**use** - 1160:5, 1172:13, 1175:2, 1198:10, 1215:11, 1226:12, 1229:9, 1230:4, 1230:11, 1248:6, 1248:12, 1253:11, 1254:11, 1254:16, 1259:15, 1270:21, 1277:1, 1279:21, 1306:1, 1306:5, 1306:17, 1309:22, 1319:25, 1329:11, 1330:1, 1342:16, 1342:18, 1344:2, 1349:4
**used** - 1124:1, 1130:15, 1139:4, 1140:5, 1145:1, 1148:17, 1148:18, 1188:15, 1212:22, 1217:19, 1308:18, 1312:7, 1315:22, 1318:10, 1318:12, 1321:22, 1332:18, 1336:23, 1342:7, 1342:15, 1358:4, 1358:5
**useful** - 1126:1, 1126:10, 1228:13, 1251:11, 1270:21, 1314:25, 1354:8, 1362:20
**uses** - 1238:22, 1354:6
**Using** - 1146:25
**using** - 1125:20, 1158:23, 1176:5, 1195:15, 1242:24, 1263:18, 1270:18, 1278:12, 1309:3, 1330:3, 1330:8, 1337:13, 1345:6
**usually** - 1154:13, 1161:9, 1184:24
**utilize** - 1130:19, 1145:19, 1157:18
**utilized** - 1175:8
**utilizes** - 1146:4
**utilizing** - 1309:18

## V

**V** - 1343:4
**v** - 1112:4
**valid** - 1317:21
**validity** - 1129:16, 1146:1
**valuable** - 1175:12, 1193:17
**value** - 1129:20, 1140:17, 1142:4, 1146:5, 1305:12, 1305:14, 1305:22, 1330:11, 1330:18, 1332:5
**Van** - 1341:2
**varied** - 1203:24, 1363:19
**varies** - 1132:22, 1133:16, 1140:20
**various** - 1115:22, 1203:6, 1230:23, 1241:12, 1242:11, 1247:24, 1265:5, 1298:7, 1340:1, 1340:2
**Vaughn** - 1215:16, 1221:19, 1223:5, 1223:6, 1233:3, 1233:7, 1233:19, 1233:23, 1233:24, 1234:16, 1241:16, 1247:18, 1264:18, 1265:13, 1322:25, 1323:5, 1327:6, 1327:13, 1327:18, 1328:7, 1329:16, 1329:20, 1330:10,

1330:11, 1330:20, 1332:10, 1332:11, 1337:9, 1337:14, 1337:15, 1338:14, 1342:3, 1342:7, 1344:10, 1344:18, 1344:23, 1345:2, 1345:16, 1345:18, 1347:19, 1348:9, 1349:13, 1350:11, 1363:3, 1364:17
**Vaughn's** - 1323:2
**vendors** - 1173:6
**verify** - 1212:15
**vernacular** - 1342:21
**Vernon** - 1200:25
**version** - 1211:18, 1215:12, 1215:13, 1223:12, 1227:11, 1321:12, 1360:5
**versions** - 1214:12
**versus** - 1151:15, 1152:2, 1171:7, 1173:11
**Very** - 1113:15, 1152:24, 1153:1, 1206:5, 1244:22, 1289:21, 1367:7
**very** - 1118:15, 1119:24, 1123:25, 1124:7, 1127:25, 1130:18, 1131:4, 1132:3, 1133:3, 1133:11, 1135:19, 1143:4, 1143:18, 1148:5, 1148:6, 1148:17, 1149:1, 1152:4, 1153:3, 1163:9, 1171:9, 1171:16, 1175:12, 1176:1, 1177:2, 1178:6, 1178:13, 1179:21, 1183:25, 1184:7, 1184:19, 1184:20, 1185:16, 1185:18, 1188:7, 1188:16, 1188:17, 1193:16, 1199:17, 1202:21, 1208:21, 1211:24, 1242:18, 1242:19, 1244:9, 1250:18, 1252:11, 1253:8, 1257:7, 1257:10, 1259:7, 1261:8, 1272:2, 1293:9, 1299:16, 1318:20, 1324:7, 1326:24, 1327:1, 1328:17, 1332:15, 1335:15, 1352:3, 1351:5, 1357:14, 1364:22
**via** - 1195:9
**vice** - 1115:21
**videotape** - 1269:17
**videotapes** - 1267:24
**Vietnam** - 1201:5
**view** - 1218:2, 1251:11, 1268:11, 1297:16, 1324:9
**vigorous** - 1265:15
**vigorously** - 1144:3
**village** - 1242:21, 1242:22
**violate** - 1357:21, 1360:6, 1360:8, 1360:9, 1360:12, 1360:13, 1361:8
**violated** - 1212:24, 1361:5
**violates** - 1361:17, 1362:2
**violating** - 1159:24, 1354:4, 1355:23
**violation** - 1178:2, 1196:3, 1309:20, 1362:9
**violations** - 1206:9
**violence** - 1119:9, 1153:1, 1153:2, 1173:11, 1174:3, 1179:1, 1179:3, 1179:6, 1182:13, 1242:4
**violent** - 1154:6, 1154:8, 1166:14, 1174:12, 1192:22, 1242:19, 1247:3, 1327:14, 1327:19, 1329:14, 1329:17
**Vishnu** - 1226:17, 1229:14
**visit** - 1116:1, 1116:17, 1128:22, 1176:19, 1184:22, 1188:4, 1188:24, 1231:11, 1244:25, 1246:17, 1286:22, 1286:24, 1287:1, 1291:23, 1294:10, 1294:11, 1294:19, 1294:21, 1295:7, 1296:12, 1296:20, 1297:5, 1297:15, 1299:3, 1300:4, 1302:2, 1303:4, 1323:21, 1330:21, 1344:7, 1346:2
**visited** - 1297:6, 1302:25
**visiting** - 1199:19, 1289:1, 1303:9
**Visiting** - 1155:7
**visits** - 1305:3
**voice** - 1302:13, 1304:10
**voices** - 1293:8
**vs** - 1239:21

## W

**W** - 1114:19, 1368:3
**Waddell** - 1328:9

**wage** - 1242:23
**waging** - 1244:9
**wait** - 1146:20, 1163:15, 1188:12, 1210:6, 1259:4, 1302:24, 1306:4
**Waite** - 1119:13, 1346:20
**waiting** - 1113:10, 1122:1, 1122:10, 1188:18, 1211:19, 1287:20
**walk** - 1173:4, 1288:22
**walked** - 1117:15, 1117:20, 1120:3, 1149:24, 1293:2, 1304:3, 1304:5, 1327:8
**walking** - 1199:20, 1248:7
**want** - 1113:25, 1114:1, 1117:23, 1118:2, 1127:5, 1128:7, 1131:20, 1132:24, 1133:19, 1133:21, 1134:2, 1134:4, 1134:5, 1134:10, 1136:3, 1136:14, 1137:10, 1139:8, 1141:25, 1142:7, 1143:15, 1143:16, 1143:23, 1147:1, 1147:20, 1151:12, 1152:17, 1155:19, 1157:6, 1158:7, 1159:16, 1159:19, 1160:7, 1161:16, 1161:16, 1161:23, 1164:12, 1164:19, 1167:23, 1170:12, 1171:19, 1172:16, 1174:11, 1176:3, 1178:17, 1181:23, 1185:21, 1188:17, 1189:24, 1196:4, 1196:7, 1196:15, 1196:21, 1197:5, 1200:13, 1205:3, 1205:4, 1214:9, 1245:7, 1250:7, 1254:8, 1259:3, 1262:22, 1269:6, 1286:14, 1287:25, 1288:23, 1288:24, 1289:11, 1292:8, 1301:14, 1304:17, 1305:23, 1307:21, 1310:5, 1318:21, 1319:7, 1333:19, 1333:20, 1333:21, 1335:18, 1342:6, 1343:19, 1346:18, 1347:9, 1347:15, 1348:14, 1348:15, 1351:19, 1358:6, 1360:11, 1363:8, 1365:1, 1366:16
**wanted** - 1118:4, 1150:5, 1157:11, 1192:15, 1192:18, 1196:6, 1196:25, 1252:1, 1254:1, 1254:9, 1255:3, 1256:15, 1260:23, 1260:24, 1266:7, 1266:18, 1267:23, 1268:24, 1269:22, 1273:18, 1281:16, 1285:12, 1287:16, 1291:16, 1291:17, 1293:4, 1298:12, 1299:2, 1304:18, 1304:25, 1305:4, 1305:22, 1306:1, 1306:10, 1307:10, 1309:1, 1309:11, 1309:21, 1315:3, 1317:20, 1317:22, 1318:6, 1322:9, 1322:10, 1322:12, 1323:13, 1323:19, 1324:12, 1327:2, 1329:5, 1330:1, 1332:23
**wanting** - 1333:19
**wants** - 1136:4, 1146:17, 1156:17, 1175:19, 1186:7, 1295:18, 1347:11, 1347:12, 1358:7, 1361:22
**War** - 1201:5
**war** - 1242:23, 1244:9
**warden** - 1303:12
**warned** - 1178:5
**warrants** - 1208:23
**Was** - 1116:21, 1205:6, 1225:9, 1254:12, 1276:8, 1283:13, 1283:16, 1283:20, 1290:11, 1291:25, 1296:21, 1310:8, 1322:20, 1331:5, 1338:3, 1341:19
**was** - 1113:16, 1113:19, 1114:5, 1114:6, 1114:20, 1115:11, 1116:15, 1116:19, 1116:20, 1117:20, 1117:23, 1117:25, 1118:9, 1118:15, 1119:12, 1119:20, 1119:22, 1119:23, 1120:5, 1120:9, 1120:11, 1120:17, 1121:24, 1122:1, 1122:13, 1122:15, 1123:5, 1123:25, 1137:6, 1137:7, 1139:8, 1139:13, 1146:1, 1146:6, 1148:25, 1149:14, 1149:23, 1150:1, 1150:3, 1150:4, 1150:8, 1150:9, 1150:14, 1150:17, 1154:5, 1156:9, 1162:20, 1163:2, 1163:15, 1167:24, 1173:15, 1179:24, 1180:7, 1180:8, 1189:24, 1192:11, 1192:12, 1192:17, 1193:10, 1193:24, 1194:1, 1194:6, 1194:7,

1196:11, 1196:17, 1196:21, 1198:7,
1199:2, 1200:6, 1200:24, 1201:4,
1201:5, 1201:18, 1201:20, 1201:25,
1202:1, 1202:3, 1202:6, 1202:9,
1202:13, 1202:18, 1203:11, 1203:18,
1204:13, 1205:8, 1205:10, 1205:11,
1205:15, 1205:19, 1205:20, 1206:8,
1206:11, 1206:22, 1207:4, 1207:10,
1207:19, 1207:20, 1207:22, 1208:8,
1208:12, 1209:1, 1210:3, 1212:2,
1212:5, 1212:10, 1212:13, 1212:15,
1212:25, 1213:14, 1213:16, 1213:19,
1213:23, 1214:2, 1214:8, 1214:15,
1214:23, 1215:2, 1215:10, 1215:13,
1215:14, 1216:1, 1216:3, 1216:8,
1216:14, 1216:15, 1216:16, 1216:19,
1216:21, 1216:22, 1217:5, 1217:7,
1217:9, 1217:10, 1217:13, 1217:14,
1218:2, 1218:9, 1218:10, 1218:22,
1219:2, 1219:6, 1219:10, 1221:13,
1222:3, 1222:18, 1223:4, 1224:23,
1224:24, 1224:25, 1226:20, 1229:17,
1230:23, 1230:24, 1230:25, 1231:1,
1231:9, 1231:13, 1231:14, 1235:5,
1238:14, 1239:2, 1239:20, 1239:21,
1240:12, 1240:15, 1240:19, 1241:3,
1241:9, 1241:15, 1241:17, 1241:19,
1241:20, 1242:6, 1242:10, 1242:15,
1243:11, 1244:1, 1244:9, 1245:20,
1245:22, 1246:4, 1246:9, 1246:17,
1247:14, 1247:20, 1247:21, 1248:5,
1248:11, 1248:25, 1252:6, 1252:11,
1252:12, 1252:13, 1252:17, 1252:25,
1253:4, 1253:8, 1253:10, 1253:13,
1253:24, 1254:2, 1254:15, 1255:4,
1255:5, 1256:24, 1256:25, 1257:2,
1257:12, 1257:13, 1257:15, 1257:16,
1257:22, 1258:8, 1258:14, 1258:15,
1258:17, 1258:20, 1259:7, 1259:24,
1260:2, 1260:3, 1260:5, 1260:12,
1260:15, 1260:23, 1261:2, 1261:6,
1261:10, 1261:22, 1261:25, 1262:4,
1262:11, 1262:14, 1263:3, 1263:12,
1263:24, 1264:2, 1264:5, 1264:10,
1264:21, 1264:23, 1264:25, 1265:11,
1265:13, 1265:18, 1266:2, 1266:5,
1266:9, 1266:19, 1266:25, 1267:17,
1267:20, 1267:22, 1268:6, 1268:7,
1268:15, 1269:1, 1269:23, 1270:1,
1270:5, 1270:6, 1271:5, 1271:8,
1271:14, 1271:16, 1271:21, 1271:24,
1272:4, 1272:5, 1272:7, 1272:8,
1272:15, 1274:6, 1274:9, 1274:20,
1274:21, 1274:25, 1275:1, 1275:13,
1276:3, 1276:5, 1276:6, 1276:8,
1276:10, 1276:23, 1277:6, 1277:8,
1277:10, 1278:13, 1278:19, 1278:20,
1278:25, 1279:14, 1279:15, 1279:17,
1280:4, 1280:21, 1280:22, 1281:4,
1281:13, 1281:15, 1281:17, 1281:23,
1282:8, 1283:4, 1283:5, 1283:17,
1285:21, 1286:21, 1287:21, 1290:11,
1290:23, 1290:24, 1291:2, 1291:3,
1291:6, 1291:9, 1291:11, 1291:12,
1291:13, 1292:10, 1292:16, 1292:25,
1293:10, 1293:13, 1293:20, 1293:23,
1294:19, 1294:21, 1295:3, 1295:10,
1295:18, 1296:4, 1296:7, 1296:12,
1297:5, 1297:17, 1298:10, 1298:11,
1298:13, 1298:16, 1299:17, 1299:24,
1300:2, 1302:1, 1302:12, 1303:10,
1303:21, 1304:8, 1304:15, 1305:1,
1305:2, 1305:4, 1305:14, 1307:2,
1309:2, 1309:3, 1309:9, 1310:9,
1310:14, 1310:17, 1311:4, 1313:11,
1313:13, 1314:2, 1314:3, 1314:4,
1314:5, 1314:7, 1314:8, 1314:24,
1315:1, 1315:7, 1315:10, 1315:13,
1317:4, 1317:6, 1317:9, 1317:14,
1318:4, 1318:6, 1318:8, 1318:10,

1318:12, 1318:14, 1318:19, 1320:15,
1321:7, 1322:11, 1322:15, 1322:21,
1323:1, 1323:8, 1323:11, 1323:12,
1323:22, 1324:7, 1324:14, 1325:10,
1326:13, 1326:12, 1326:24, 1326:24,
1327:3, 1327:18, 1328:6, 1328:13,
1328:14, 1328:16, 1328:18, 1328:19,
1329:1, 1329:3, 1329:13, 1329:16,
1330:2, 1330:5, 1330:6, 1330:7,
1330:13, 1330:23, 1330:24, 1331:13,
1331:14, 1331:15, 1331:20, 1332:2,
1332:13, 1332:14, 1332:15, 1332:16,
1332:17, 1332:19, 1333:1, 1333:13,
1333:18, 1334:2, 1335:12, 1335:15,
1336:4, 1337:6, 1337:9, 1337:19,
1337:20, 1337:24, 1341:5, 1341:6,
1341:8, 1342:3, 1342:10, 1342:13,
1344:13, 1344:14, 1344:15, 1344:16,
1344:23, 1344:24, 1345:2, 1346:23,
1347:7, 1347:17, 1348:12, 1348:18,
1350:3, 1351:22, 1351:24, 1352:2,
1352:4, 1353:13, 1354:23, 1357:23,
1358:13, 1361:1, 1361:4, 1362:12,
1362:13, 1362:14, 1362:17, 1362:23,
1364:17, 1364:19
**wasn't** - 1175:11, 1193:24, 1194:10,
1196:5, 1196:19, 1218:22, 1258:25,
1260:23, 1264:24, 1265:12, 1266:4,
1278:23, 1323:20, 1331:21, 1341:16
**Wasn't** - 1341:18
**wasted** - 1188:8
**watch** - 1302:20
**watching** - 1261:9
**water** - 1178:14, 1199:14
**waves** - 1314:17
**way** - 1119:9, 1129:18, 1130:4,
1130:8, 1131:10, 1131:21, 1132:19,
1133:4, 1133:5, 1133:20, 1133:21,
1134:7, 1135:11, 1140:5, 1142:8,
1142:9, 1142:15, 1146:23, 1147:11,
1151:13, 1151:14, 1151:17, 1152:6,
1152:14, 1166:1, 1168:2, 1168:3,
1174:17, 1177:21, 1185:20, 1188:13,
1188:16, 1189:24, 1192:6, 1195:4,
1199:19, 1211:12, 1212:24, 1252:12,
1257:12, 1261:15, 1262:13, 1263:13,
1268:14, 1272:6, 1279:16, 1292:23,
1292:24, 1298:3, 1304:10, 1305:9,
1307:24, 1330:14, 1331:12, 1353:15,
1354:4, 1354:5, 1354:13, 1355:7,
1355:10, 1355:17, 1357:23, 1358:2,
1358:10, 1360:3, 1360:11, 1361:20,
1363:14, 1363:25, 1364:8, 1366:20
**ways** - 1129:10, 1140:23, 1158:10,
1160:22, 1165:18, 1355:22, 1355:23
**wayside** - 1265:10
**we** - 1114:3, 1118:6, 1118:18,
1119:25, 1120:24, 1132:2, 1134:1,
1134:18, 1135:9, 1135:12, 1136:3,
1144:16, 1144:25, 1146:12, 1148:9,
1151:10, 1153:1, 1153:2, 1160:14,
1162:17, 1173:14, 1173:20, 1175:8,
1176:22, 1176:23, 1178:12, 1178:18,
1179:16, 1185:17, 1186:4, 1189:21,
1194:13, 1195:4, 1199:15, 1202:5,
1204:19, 1208:3, 1208:8, 1208:20,
1209:5, 1211:17, 1211:25, 1212:17,
1216:7, 1216:8, 1216:15, 1217:2,
1218:9, 1222:7, 1227:20, 1230:3,
1231:4, 1238:3, 1238:13, 1240:20,
1241:2, 1241:14, 1252:16, 1252:17,
1253:23, 1255:3, 1255:8, 1256:10,
1257:18, 1257:20, 1259:21, 1261:8,
1261:9, 1261:25, 1263:7, 1263:10,
1263:18, 1263:20, 1264:9, 1265:1,
1265:25, 1266:1, 1266:3, 1266:4,
1270:8, 1270:14, 1270:17, 1270:25,
1271:10, 1271:24, 1271:25, 1272:2,
1275:1, 1275:6, 1275:10, 1275:11,
1275:23, 1276:10, 1278:24, 1279:17,

1281:3, 1281:16, 1282:5, 1283:6,
1283:7, 1283:9, 1284:16, 1284:17,
1284:21, 1286:24, 1289:13, 1291:16,
1291:17, 1293:3, 1293:9, 1297:21,
1302:1, 1303:15, 1304:1, 1304:9,
1305:7, 1305:15, 1306:4, 1306:5,
1306:10, 1306:16, 1309:10, 1309:21,
1309:22, 1310:1, 1310:4, 1310:10,
1310:20, 1312:6, 1312:18, 1313:3,
1313:5, 1313:8, 1313:16, 1314:13,
1315:3, 1315:15, 1315:25, 1317:20,
1317:22, 1319:8, 1319:25, 1321:20,
1324:1, 1324:16, 1324:19, 1325:15,
1326:1, 1326:5, 1327:12, 1329:25,
1330:1, 1330:3, 1331:8, 1331:9,
1331:11, 1333:8, 1333:13, 1335:11,
1335:12, 1335:16, 1337:21, 1338:9,
1338:11, 1338:21, 1338:23, 1338:24,
1338:25, 1339:2, 1339:21, 1340:1,
1340:7, 1340:14, 1342:2, 1342:18,
1343:18, 1344:24, 1346:11, 1347:9,
1347:10, 1347:12, 1347:15, 1348:16,
1350:13, 1351:4, 1357:19, 1359:3,
1359:16, 1361:1, 1361:16, 1363:10,
1365:6, 1365:24, 1366:1, 1366:8,
1366:20
**We** - 1114:18, 1117:15, 1117:16,
1118:7, 1118:10, 1118:13, 1118:14,
1123:9, 1128:7, 1173:10, 1198:15,
1198:21, 1198:22, 1202:15, 1202:21,
1206:7, 1208:8, 1208:17, 1211:8,
1213:20, 1213:22, 1217:10, 1227:17,
1237:8, 1240:15, 1247:11, 1250:3,
1250:5, 1250:7, 1253:21, 1254:9,
1255:2, 1256:4, 1257:3, 1257:12,
1258:24, 1261:12, 1261:19, 1262:5,
1262:17, 1263:23, 1264:9, 1265:2,
1267:9, 1267:18, 1267:21, 1267:23,
1269:18, 1270:6, 1270:14, 1270:17,
1270:22, 1271:12, 1271:13, 1273:8,
1274:17, 1274:18, 1274:22, 1275:9,
1278:15, 1278:19, 1279:12, 1279:13,
1280:13, 1280:14, 1281:3, 1281:6,
1281:18, 1282:6, 1283:8, 1284:6,
1287:14, 1291:20, 1298:4, 1302:12,
1302:14, 1302:22, 1302:23, 1303:25,
1304:3, 1311:15, 1312:8, 1312:16,
1313:23, 1313:25, 1315:10, 1315:24,
1317:19, 1318:6, 1318:15, 1319:10,
1319:25, 1320:4, 1320:20, 1320:24,
1321:23, 1321:24, 1322:8, 1322:9,
1322:23, 1324:15, 1325:20, 1325:21,
1326:2, 1328:3, 1329:10, 1331:7,
1331:11, 1338:20, 1338:25, 1342:17,
1347:9, 1349:3, 1349:6, 1355:3,
1362:11, 1364:23, 1365:25, 1366:23
**We'll** - 1121:20, 1143:16, 1180:16,
1230:8, 1237:3, 1245:7, 1263:12,
1301:11, 1314:22, 1350:20, 1350:25,
1366:19
**we'll** - 1207:15, 1344:10
**We're** - 1123:1, 1193:11, 1214:14,
1214:16, 1366:23, 1367:4
**we're** - 1122:10, 1164:23, 1170:3,
1211:19, 1211:20, 1330:8, 1331:8,
1338:22, 1338:25, 1347:10, 1355:7,
1359:19, 1360:17, 1360:19, 1361:1,
1361:24, 1362:9, 1367:1
**We've** - 1151:9, 1198:1, 1328:13
**we've** - 1113:23, 1217:22, 1238:17,
1288:12, 1327:11, 1354:17, 1362:7
**weapon** - 1261:8
**weapons** - 1242:25, 1261:8
**wear** - 1194:9
**web** - 1205:3, 1297:25
**week** - 1167:20, 1206:2, 1208:13,
1211:5, 1211:10, 1225:2, 1261:11,
1275:11, 1291:20, 1364:24, 1366:24
**weeks** - 1208:12, 1291:3, 1335:6,
1364:25

**well** - 1113:15, 1115:16, 1119:8,
1119:23, 1124:15, 1130:24, 1131:13,
1137:2, 1148:13, 1195:6, 1199:20,
1204:1, 1226:15, 1229:11, 1242:10,
1243:7, 1244:22, 1247:7, 1248:1,
1252:20, 1266:1, 1266:14, 1268:4,
1273:8, 1309:16, 1312:24, 1318:3,
1320:9, 1325:25, 1326:17, 1328:25,
1335:25, 1343:23, 1358:20, 1364:21,
1367:7
**Well** - 1115:9, 1120:3, 1120:7, 1120:9,
1123:20, 1127:5, 1128:21, 1129:9,
1129:18, 1130:6, 1132:12, 1132:22,
1134:2, 1135:8, 1137:2, 1140:12,
1142:24, 1144:16, 1145:1, 1147:11,
1148:18, 1158:22, 1159:19, 1159:22,
1163:14, 1164:20, 1164:25, 1165:15,
1165:20, 1167:15, 1172:25, 1179:8,
1181:10, 1183:25, 1189:3, 1189:23,
1194:23, 1206:14, 1211:17, 1254:4,
1267:17, 1270:14, 1273:18, 1275:6,
1278:6, 1304:18, 1305:15, 1323:5,
1331:1, 1332:12, 1355:8, 1356:12,
1359:5, 1361:20
**well-known** - 1242:10
**well-mannered** - 1247:7
**well-spoken** - 1247:7
**Went** - 1287:2, 1288:22
**went** - 1117:4, 1118:7, 1118:13,
1118:14, 1123:22, 1124:3, 1173:20,
1175:13, 1205:13, 1217:20, 1240:23,
1241:2, 1242:21, 1248:11, 1260:2,
1260:4, 1264:15, 1264:16, 1271:3,
1273:19, 1278:19, 1278:24, 1279:13,
1287:12, 1287:15, 1288:12, 1288:21,
1289:13, 1293:14, 1296:6, 1302:12,
1302:14, 1303:15, 1323:25, 1333:22,
1364:18
**Were** - 1205:9, 1259:8, 1263:16,
1270:1, 1303:7, 1303:19, 1304:10,
1327:16
**were** - 1113:18, 1115:9, 1117:16,
1118:4, 1118:6, 1119:9, 1119:16,
1120:16, 1134:16, 1137:16, 1166:9,
1175:18, 1188:4, 1192:20, 1194:14,
1195:18, 1197:10, 1197:21, 1198:19,
1201:17, 1202:19, 1202:25, 1204:17,
1206:1, 1206:3, 1206:10, 1207:1,
1208:1, 1208:8, 1208:23, 1211:15,
1211:25, 1212:14, 1213:20, 1214:11,
1215:6, 1216:2, 1216:7, 1217:18,
1219:12, 1224:16, 1226:12, 1228:25,
1229:9, 1230:19, 1234:11, 1234:14,
1235:13, 1241:2, 1241:11, 1241:21,
1243:12, 1243:13, 1244:5, 1244:9,
1244:13, 1245:8, 1245:25, 1246:2,
1246:8, 1246:12, 1246:22, 1247:7,
1248:4, 1248:9, 1248:10, 1251:18,
1252:21, 1252:23, 1253:13, 1253:23,
1256:8, 1256:13, 1256:14, 1257:18,
1257:25, 1258:12, 1258:15, 1258:24,
1258:25, 1259:5, 1259:6, 1260:7,
1260:11, 1261:8, 1261:9, 1261:13,
1261:19, 1262:15, 1262:17, 1262:19,
1263:3, 1263:18, 1263:20, 1263:23,
1264:9, 1264:25, 1265:16, 1265:22,
1265:25, 1266:2, 1266:16, 1266:24,
1267:12, 1267:15, 1267:18, 1267:21,
1267:24, 1267:25, 1268:1, 1268:2,
1270:7, 1270:14, 1270:17, 1270:19,
1271:9, 1271:12, 1271:13, 1272:3,
1272:8, 1274:17, 1274:18, 1274:24,
1275:4, 1275:6, 1275:9, 1275:11,
1275:13, 1277:4, 1278:8, 1278:9,
1279:2, 1280:6, 1280:7, 1280:10,
1280:14, 1280:24, 1281:12, 1286:12,
1286:13, 1290:20, 1292:10, 1292:25,
1293:3, 1293:10, 1293:21, 1293:22,
1293:25, 1302:2, 1302:7, 1303:5,
1303:8, 1303:9, 1303:25, 1304:1,

1307:11, 1308:12, 1308:17, 1308:23,
1309:21, 1310:10, 1312:7, 1312:9,
1312:11, 1313:8, 1313:12, 1313:22,
1315:16, 1315:20, 1315:21, 1315:24,
1315:25, 1318:13, 1318:20, 1321:21,
1322:8, 1324:3, 1324:9, 1324:21,
1325:9, 1325:20, 1325:21, 1326:1,
1327:13, 1328:9, 1329:4, 1332:12,
1332:25, 1333:5, 1335:11, 1337:25,
1340:1, 1340:8, 1341:23, 1344:6,
1344:9, 1344:11, 1344:18, 1346:3,
1347:12, 1347:19, 1348:3, 1348:5,
1349:12, 1350:12, 1351:4
**weren't** - 1119:12, 1198:20, 1270:18,
1293:12, 1324:3, 1338:11, 1340:5,
1340:7, 1350:11, 1350:13
**Western** - 1115:19
**what** - 1115:1, 1115:13, 1116:19,
1117:4, 1117:5, 1117:19, 1117:22,
1123:14, 1125:25, 1126:3, 1126:7,
1127:6, 1127:7, 1127:17, 1128:2,
1128:18, 1128:19, 1129:12, 1129:20,
1130:10, 1130:15, 1131:20, 1132:17,
1132:18, 1132:24, 1133:4, 1133:19,
1133:22, 1134:3, 1134:10, 1134:20,
1135:3, 1136:24, 1137:11, 1137:15,
1137:17, 1138:3, 1138:16, 1139:5,
1141:3, 1141:25, 1142:8, 1142:22,
1144:16, 1145:25, 1146:15, 1146:16,
1146:17, 1147:21, 1148:11, 1148:14,
1150:9, 1150:10, 1150:16, 1155:15,
1156:2, 1156:14, 1157:21, 1159:10,
1159:16, 1160:3, 1160:13, 1160:16,
1160:25, 1164:6, 1164:12, 1164:20,
1165:17, 1170:19, 1171:6, 1172:6,
1177:13, 1178:18, 1178:19, 1178:21,
1179:10, 1182:18, 1187:6, 1187:10,
1188:5, 1189:20, 1189:23, 1190:10,
1190:18, 1190:19, 1190:23, 1191:3,
1191:5, 1191:7, 1191:9, 1192:8,
1192:13, 1192:16, 1192:22, 1193:5,
1193:11, 1193:13, 1193:14, 1196:2,
1196:6, 1196:24, 1197:11, 1201:2,
1202:5, 1202:12, 1203:6, 1204:23,
1205:1, 1205:11, 1206:3, 1206:19,
1207:20, 1207:24, 1208:3, 1208:15,
1208:16, 1208:20, 1211:15, 1211:18,
1211:20, 1211:24, 1212:15, 1212:25,
1213:10, 1213:11, 1213:16, 1213:19,
1213:23, 1214:13, 1215:9, 1216:12,
1218:3, 1218:9, 1218:10, 1218:13,
1221:17, 1221:24, 1222:21, 1225:6,
1230:1, 1231:25, 1234:12, 1235:21,
1239:2, 1239:12, 1241:1, 1242:13,
1242:16, 1245:1, 1245:8, 1245:12,
1245:13, 1250:8, 1251:12, 1254:18,
1257:10, 1258:17, 1259:19, 1260:16,
1260:20, 1261:4, 1262:23, 1263:15,
1265:20, 1265:22, 1265:23, 1266:11,
1266:18, 1266:19, 1266:21, 1266:23,
1266:25, 1267:5, 1267:10, 1268:6,
1269:10, 1269:22, 1270:12, 1271:7,
1272:11, 1272:21, 1273:18, 1274:21,
1275:4, 1275:13, 1275:17, 1275:23,
1276:3, 1276:17, 1279:9, 1279:14,
1279:17, 1281:4, 1281:25, 1282:3,
1285:12, 1286:4, 1288:21, 1290:8,
1291:3, 1291:8, 1291:9, 1291:16,
1292:3, 1295:6, 1297:3, 1298:11,
1300:1, 1301:6, 1302:6, 1302:11,
1305:14, 1307:8, 1307:12, 1309:2,
1310:4, 1310:12, 1313:3, 1313:22,
1317:16, 1320:11, 1321:3, 1324:23,
1324:24, 1325:12, 1325:13, 1327:2,
1328:19, 1330:4, 1330:23, 1331:5,
1331:9, 1331:18, 1332:4, 1332:5,
1333:13, 1333:23, 1336:2, 1337:3,
1337:5, 1337:21, 1338:25, 1339:24,
1340:18, 1342:22, 1353:1, 1353:22,
1353:23, 1354:9, 1354:10, 1354:12,

1355:25, 1356:12, 1356:16, 1356:17,
1356:19, 1357:6, 1357:19, 1358:25,
1359:23, 1360:15, 1360:16, 1360:24,
1360:25, 1361:11, 1361:13, 1361:20,
1363:24, 1363:25, 1364:6, 1364:14,
1364:22, 1365:1, 1365:16, 1365:22,
1366:1, 1366:11, 1367:2
**What** - 1115:12, 1119:19, 1120:4,
1127:3, 1127:22, 1134:25, 1136:15,
1148:14, 1148:19, 1150:17, 1155:18,
1158:3, 1164:15, 1165:16, 1201:25,
1204:17, 1205:15, 1205:23, 1206:21,
1206:6, 1208:12, 1215:2, 1216:25,
1218:12, 1219:23, 1224:2, 1225:24,
1231:7, 1233:8, 1233:15, 1233:21,
1235:21, 1239:8, 1240:6, 1240:10,
1242:6, 1242:13, 1245:21, 1248:21,
1249:13, 1252:24, 1255:6, 1256:12,
1259:23, 1265:11, 1268:22, 1272:25,
1274:1, 1278:5, 1278:16, 1280:3,
1280:24, 1282:20, 1286:4, 1290:2,
1296:18, 1297:23, 1298:21, 1303:23,
1306:14, 1318:4, 1323:14, 1323:22,
1328:13, 1328:14, 1328:18, 1329:3,
1329:7, 1332:8, 1332:21, 1338:21,
1342:25, 1363:4, 1365:5, 1365:8,
1366:25
**what's** - 1152:13, 1202:2, 1205:3,
1206:18, 1219:17, 1221:7, 1223:12,
1225:4, 1227:7, 1228:11, 1231:19,
1239:4, 1241:25, 1248:17, 1251:16,
1270:10, 1279:24, 1282:17, 1287:2,
1289:22, 1289:23, 1291:21, 1294:7,
1295:5, 1296:14, 1298:20, 1299:22,
1306:11, 1309:23, 1311:7, 1315:7,
1335:23, 1339:22, 1347:23, 1349:8
**What's** - 1120:5, 1142:22, 1181:9,
1187:2, 1221:2, 1237:5, 1254:25,
1287:17, 1287:23, 1348:25, 1362:24
**whatever** - 1133:20, 1162:2, 1164:19,
1205:3, 1251:14, 1251:15, 1275:1,
1293:4, 1305:21, 1309:3, 1314:24,
1318:9, 1331:19, 1335:8, 1351:6,
1357:11, 1357:18
**Whatever** - 1337:24
**wheel** - 1352:8
**When** - 1113:16, 1116:13, 1117:21,
1119:4, 1119:25, 1132:21, 1135:14,
1137:11, 1140:21, 1145:2, 1145:10,
1149:2, 1172:4, 1174:20, 1182:18,
1192:11, 1194:17, 1203:18, 1206:1,
1206:3, 1207:22, 1213:2, 1231:4,
1238:21, 1241:15, 1247:17, 1248:11,
1256:18, 1256:24, 1256:25, 1257:4,
1258:25, 1259:5, 1268:5, 1276:8,
1278:22, 1279:9, 1280:19, 1281:9,
1292:19, 1297:8, 1303:15, 1315:5,
1323:4, 1323:8, 1324:5, 1328:21,
1341:5, 1344:5
**when** - 1113:18, 1115:9, 1116:4,
1117:4, 1119:25, 1120:1, 1120:3,
1121:12, 1125:16, 1128:19, 1132:7,
1132:14, 1135:18, 1138:17, 1139:15,
1140:10, 1143:17, 1144:6, 1144:17,
1144:24, 1145:4, 1145:16, 1149:23,
1152:18, 1153:4, 1156:7, 1157:12,
1160:9, 1161:17, 1166:5, 1167:11,
1174:1, 1174:3, 1176:19, 1176:23,
1178:14, 1179:22, 1189:4, 1190:18,
1192:11, 1193:11, 1194:7, 1195:4,
1198:7, 1199:14, 1204:4, 1207:3,
1207:19, 1208:1, 1208:19, 1209:1,
1222:17, 1223:4, 1233:24, 1238:7,
1242:20, 1245:5, 1246:12, 1246:21,
1247:5, 1251:12, 1254:6, 1254:16,
1255:8, 1256:13, 1260:4, 1260:11,
1261:21, 1264:25, 1266:23, 1277:19,
1274:8, 1275:10, 1276:14, 1276:23,
1279:14, 1280:10, 1283:6, 1284:14,
1288:21, 1291:13, 1292:23, 1293:24,

1302:7, 1303:15, 1303:23, 1305:25,
1309:13, 1310:10, 1312:18, 1314:2,
1314:12, 1322:24, 1323:24, 1323:25,
1324:2, 1324:5, 1328:14, 1328:17,
1328:18, 1337:18, 1338:24, 1339:2,
1340:1, 1340:15, 1341:23, 1344:2,
1344:22, 1347:9, 1347:18, 1358:20,
1366:9, 1366:12, 1366:15
  **whenever** - 1319:25
  **where** - 1118:13, 1120:13, 1127:3,
1130:21, 1132:3, 1133:12, 1133:14,
1134:8, 1134:9, 1134:10, 1134:15,
1134:16, 1136:24, 1138:13, 1138:25,
1144:11, 1145:6, 1147:14, 1148:23,
1158:10, 1161:1, 1166:8, 1168:18,
1169:5, 1169:6, 1170:2, 1170:24,
1175:24, 1177:7, 1177:8, 1178:25,
1180:6, 1185:1, 1185:25, 1186:1,
1193:22, 1200:25, 1202:11, 1208:21,
1217:18, 1218:16, 1222:2, 1258:12,
1259:1, 1260:14, 1261:2, 1264:18,
1267:12, 1271:24, 1278:9, 1278:25,
1279:21, 1283:4, 1289:3, 1289:13,
1294:23, 1298:2, 1298:9, 1299:11,
1299:12, 1302:21, 1303:11, 1314:4,
1330:20, 1332:1, 1342:10, 1346:11,
1351:24, 1352:2, 1353:4, 1356:1,
1362:1, 1362:13, 1362:24
  **Where** - 1200:23, 1243:2, 1257:25,
1278:18, 1332:21
  **wherever** - 1347:11, 1347:12
  **Whether** - 1233:10, 1314:8
  **whether** - 1126:6, 1129:15, 1134:22,
1139:9, 1139:10, 1139:14, 1147:9,
1165:5, 1189:20, 1194:12, 1195:13,
1195:14, 1212:23, 1213:6, 1214:15,
1214:19, 1216:13, 1219:6, 1219:9,
1221:13, 1223:4, 1245:21, 1251:19,
1252:24, 1254:1, 1257:19, 1260:11,
1260:21, 1275:13, 1278:8, 1279:22,
1280:9, 1286:1, 1287:18, 1287:23,
1297:16, 1303:5, 1303:8, 1306:6,
1309:9, 1309:24, 1321:10, 1325:14,
1331:19, 1333:5, 1364:1
  **Which**- 1287:1, 1349:12
  **which** - 1113:22, 1115:21, 1116:9,
1116:10, 1128:1, 1129:10, 1131:21,
1132:10, 1142:9, 1150:8, 1188:19,
1192:6, 1202:5, 1205:12, 1206:22,
1207:3, 1207:25, 1208:18, 1211:24,
1212:5, 1214:10, 1214:23, 1216:23,
1225:8, 1228:23, 1230:3, 1234:10,
1238:17, 1242:19, 1249:19, 1249:24,
1250:4, 1250:19, 1257:15, 1258:15,
1262:11, 1267:22, 1267:25, 1268:1,
1269:13, 1277:2, 1277:4, 1281:24,
1287:2, 1307:11, 1307:16, 1310:3,
1313:5, 1331:15, 1336:24, 1337:22,
1350:3, 1350:7, 1351:3, 1351:5,
1353:10, 1354:5, 1356:7, 1357:3,
1357:14, 1359:1, 1359:2
  **while** - 1122:10, 1188:21, 1202:1,
1202:8, 1207:16, 1211:19, 1245:7,
1248:9, 1248:24, 1251:20, 1257:13,
1258:8, 1260:1, 1260:7, 1312:20,
1344:11
  **While** - 1164:23, 1188:7, 1246:8,
1248:4, 1253:4, 1261:6, 1344:18
  **whistle** - 1138:1, 1138:2
  **White** - 1239:20, 1256:23, 1256:24,
1270:5, 1281:6, 1283:11, 1298:8,
1301:2, 1301:3, 1306:3, 1307:16,
1312:3, 1317:12, 1326:8, 1326:10,
1326:17, 1341:16, 1343:2, 1343:10
  **white** - 1147:9, 1151:14, 1152:2,
1173:11, 1346:21
  **white-collar** - 1147:9, 1151:14,
1152:2
  **Who** - 1114:11, 1240:18, 1252:9,
1270:4, 1341:3, 1343:22, 1365:12

  **who** - 1115:24, 1119:20, 1123:25,
1124:16, 1129:21, 1129:23, 1129:24,
1130:1, 1130:13, 1130:17, 1130:18,
1131:16, 1131:18, 1132:9, 1132:19,
1133:2, 1133:4, 1138:2, 1139:3,
1140:4, 1141:9, 1142:21, 1143:14,
1145:1, 1147:20, 1151:23, 1152:2,
1152:3, 1152:8, 1154:3, 1154:5,
1158:13, 1160:6, 1162:12, 1162:15,
1166:9, 1168:25, 1172:24, 1173:1,
1174:1, 1174:2, 1174:21, 1176:20,
1178:5, 1178:20, 1181:19, 1181:21,
1181:23, 1183:10, 1184:1, 1185:7,
1187:12, 1194:24, 1195:1, 1195:19,
1198:4, 1198:15, 1199:19, 1201:15,
1202:3, 1204:22, 1206:10, 1212:20,
1217:16, 1217:17, 1217:18, 1217:19,
1217:20, 1218:17, 1218:18, 1218:21,
1230:22, 1230:24, 1233:5, 1238:21,
1239:25, 1240:3, 1240:20, 1241:11,
1241:16, 1241:25, 1242:1, 1242:10,
1243:5, 1243:12, 1243:13, 1243:19,
1244:4, 1244:9, 1245:18, 1246:8,
1247:21, 1247:22, 1247:23, 1252:6,
1252:11, 1252:13, 1252:22, 1254:5,
1257:1, 1258:2, 1258:10, 1259:6,
1259:12, 1260:13, 1260:17, 1261:25,
1262:1, 1262:2, 1262:12, 1266:5,
1267:25, 1268:5, 1268:12, 1268:25,
1269:3, 1269:7, 1269:18, 1270:1,
1270:7, 1270:9, 1270:20, 1271:9,
1271:16, 1272:7, 1272:15, 1274:3,
1274:20, 1274:22, 1275:5, 1275:7,
1275:10, 1278:7, 1279:8, 1279:15,
1280:5, 1280:7, 1281:13, 1286:13,
1287:25, 1295:10, 1297:9, 1298:15,
1299:1, 1302:7, 1310:17, 1313:6,
1318:3, 1318:9, 1323:11, 1323:12,
1325:7, 1332:2, 1332:16, 1335:12,
1341:8, 1347:8, 1362:1, 1365:10
  **who's** - 1175:25, 1195:2
  **whoever** - 1348:15
  **Whoever**- 1354:6
  **whole** - 1139:12, 1284:6, 1350:4,
1359:22
  **whom** - 1152:21, 1208:10, 1218:24,
1276:4
  **whose** - 1132:10
  **Why** - 1114:3, 1128:5, 1165:17,
1246:1, 1249:16, 1250:15, 1256:7,
1304:17, 1323:16, 1325:19, 1337:12,
1360:7, 1363:10
  **why** - 1125:11, 1126:13, 1131:19,
1144:7, 1144:9, 1151:20, 1162:7,
1162:8, 1163:9, 1165:3, 1171:21,
1187:17, 1188:19, 1193:8, 1239:18,
1250:20, 1254:1, 1277:6, 1277:10,
1282:6, 1312:9, 1317:21, 1317:22,
1319:23, 1322:12, 1325:9, 1329:24,
1331:21, 1331:23, 1332:19, 1343:18,
1356:24, 1359:7
  **wife** - 1201:14
  **will** - 1113:7, 1125:16, 1126:18,
1128:21, 1128:22, 1128:23, 1128:25,
1130:13, 1131:4, 1131:8, 1131:9,
1132:18, 1132:20, 1134:1, 1134:2,
1135:21, 1136:8, 1136:17, 1136:18,
1138:3, 1140:11, 1140:12, 1141:9,
1143:5, 1145:3, 1145:15, 1145:19,
1146:10, 1146:14, 1146:16, 1146:17,
1147:22, 1161:9, 1161:10, 1162:1,
1171:17, 1173:2, 1179:6, 1179:17,
1184:21, 1192:7, 1192:8, 1195:11,
1196:9, 1198:17, 1201:15, 1213:9,
1214:18, 1214:22, 1215:3, 1221:23,
1228:11, 1250:10, 1251:7, 1269:8,
1277:9, 1282:4, 1284:19, 1284:20,
1285:7, 1285:20, 1285:25, 1286:2,
1311:21, 1319:13, 1320:18, 1320:20,
1321:9, 1336:22, 1363:9, 1364:2,

1366:9, 1367:3, 1367:6
  **Will** - 1346:2
  **Willems** - 1339:4
  **willing** - 1161:2, 1164:19, 1275:20,
1291:11
  **willingness** - 1194:17
  **Windows** - 1309:5
  **wink** - 1326:23
  **wire** - 1194:10, 1240:12, 1257:19
  **Wired** - 1257:4
  **wiretap** - 1240:7, 1245:6, 1262:10,
1262:11, 1262:15, 1262:21, 1263:25,
1280:13, 1325:22, 1325:23
  **wiretapped** - 1280:12
  **wiretapping** - 1280:11, 1314:25
  **Wiretaps** - 1263:16, 1264:7
  **wiretaps** - 1186:6, 1263:17, 1266:3,
1271:25, 1297:10
  **wiring** - 1257:15
  **wished** - 1310:3
  **wishes** - 1320:18, 1321:11
  **With** - 1146:21, 1250:22
  **with** - 1115:7, 1116:2, 1117:9,
1117:13, 1117:23, 1118:19, 1119:12,
1120:1, 1124:3, 1124:8, 1125:2,
1125:24, 1127:25, 1128:3, 1128:7,
1128:15, 1128:18, 1128:21, 1129:11,
1130:12, 1130:14, 1130:16, 1130:21,
1130:24, 1131:1, 1132:5, 1133:3,
1133:9, 1133:10, 1133:24, 1134:13,
1134:14, 1135:7, 1135:9, 1135:11,
1135:13, 1135:16, 1135:24, 1136:16,
1137:23, 1138:18, 1141:17, 1142:2,
1142:4, 1142:15, 1142:21, 1144:18,
1144:21, 1144:22, 1146:15, 1147:1,
1149:12, 1151:11, 1151:12, 1151:23,
1152:21, 1152:22, 1154:3, 1155:5,
1156:18, 1158:13, 1160:17, 1160:24,
1161:2, 1161:11, 1161:19, 1162:10,
1162:14, 1162:23, 1163:3, 1172:5,
1173:6, 1173:7, 1173:11, 1173:24,
1174:1, 1174:7, 1174:10, 1175:7,
1176:6, 1178:5, 1178:13, 1179:1,
1180:3, 1181:3, 1181:15, 1183:9,
1183:11, 1184:1, 1184:2, 1185:7,
1186:9, 1186:12, 1187:7, 1187:10,
1187:12, 1187:14, 1188:8, 1188:10,
1189:1, 1189:5, 1189:6, 1189:9,
1189:14, 1189:16, 1190:9, 1190:10,
1190:15, 1190:16, 1190:20, 1191:2,
1192:10, 1193:12, 1193:25, 1194:9,
1196:7, 1196:15, 1197:17, 1197:23,
1198:11, 1198:12, 1198:19, 1198:24,
1199:3, 1200:20, 1202:12, 1203:4,
1204:11, 1205:7, 1205:10, 1206:8,
1206:10, 1206:14, 1207:24, 1207:25,
1208:9, 1208:10, 1211:13, 1211:22,
1211:25, 1212:18, 1212:22, 1213:13,
1213:22, 1213:24, 1215:16, 1216:18,
1220:2, 1222:25, 1224:7, 1225:9,
1228:22, 1230:15, 1231:15, 1231:17,
1233:19, 1234:16, 1235:9, 1235:11,
1235:16, 1237:8, 1238:15, 1240:23,
1241:12, 1242:4, 1242:8, 1242:9,
1242:10, 1242:11, 1242:12, 1243:3,
1243:9, 1243:18, 1243:24, 1244:2,
1245:2, 1245:7, 1245:10, 1245:22,
1246:4, 1246:19, 1247:18, 1247:23,
1248:2, 1248:5, 1248:11, 1250:15,
1252:1, 1252:6, 1252:10, 1252:11,
1252:15, 1253:4, 1253:9, 1253:14,
1254:13, 1255:2, 1256:12, 1256:16,
1256:18, 1256:20, 1256:21, 1257:13,
1257:22, 1258:2, 1258:3, 1258:8,
1258:10, 1258:21, 1259:11, 1260:6,
1261:21, 1261:22, 1261:25, 1262:2,
1262:9, 1262:13, 1263:17, 1264:7,
1264:17, 1266:14, 1267:18, 1268:5,
1268:9, 1268:12, 1268:13, 1269:1,
1269:15, 1269:19, 1270:19, 1271:1,

1271:9, 1271:14, 1271:15, 1271:16,
1271:18, 1271:25, 1274:21, 1274:25,
1275:19, 1276:12, 1276:24, 1277:10,
1278:8, 1278:9, 1278:14, 1279:22,
1280:20, 1280:25, 1281:5, 1281:18,
1282:22, 1283:8, 1284:17, 1285:9,
1286:10, 1286:15, 1289:7, 1289:8,
1290:4, 1290:23, 1290:24, 1291:6,
1292:23, 1293:5, 1296:8, 1296:20,
1297:15, 1298:10, 1298:23, 1302:7,
1303:4, 1304:14, 1304:15, 1304:25,
1305:2, 1305:15, 1305:18, 1305:19,
1305:20, 1306:8, 1306:24, 1307:2,
1307:5, 1309:19, 1311:1, 1312:22,
1312:25, 1313:14, 1315:22, 1317:5,
1317:7, 1317:10, 1317:11, 1318:9,
1318:17, 1319:8, 1320:4, 1320:8,
1320:9, 1322:18, 1322:22, 1325:3,
1325:12, 1326:21, 1328:4, 1329:11,
1332:2, 1332:4, 1332:15, 1332:22,
1333:4, 1333:22, 1335:16, 1337:14,
1337:18, 1338:4, 1338:7, 1338:8,
1338:9, 1338:19, 1338:24, 1339:1,
1339:2, 1340:16, 1342:7, 1342:10,
1342:13, 1344:15, 1344:18, 1344:23,
1345:15, 1345:18, 1347:3, 1347:15,
1347:17, 1347:19, 1349:13, 1353:6,
1353:17, 1355:19, 1355:20, 1355:22,
1356:10, 1356:16, 1357:6, 1357:8,
1357:13, 1357:15, 1359:6, 1359:8,
1360:14, 1360:22, 1361:3, 1361:17,
1361:24, 1362:7, 1362:10, 1362:18,
1363:14, 1366:1, 1366:7
   **withdraw** - 1172:3
   **Withdrawn** - 1254:19
   **withdrawn** - 1230:8, 1313:18
   **withheld** - 1145:13
   **withhold** - 1145:2, 1226:25, 1229:22
   **withholding** - 1144:25
   **within** - 1138:6, 1156:1, 1156:2,
1156:15, 1191:8, 1226:15, 1229:11,
1245:19, 1293:1, 1365:7
   **Within** - 1191:20, 1191:21, 1248:16,
1249:2
   **without** - 1135:10, 1141:19, 1155:25,
1156:1, 1159:10, 1160:7, 1195:5,
1206:10, 1227:2, 1229:24, 1287:12,
1288:1, 1292:20
   **Without** - 1308:11
   **Witness** - 1114:23, 1121:6, 1121:7,
1122:24, 1123:8, 1127:14, 1127:16,
1175:17, 1175:20, 1175:22, 1183:13,
1200:10, 1200:13, 1214:6, 1276:21,
1276:23, 1316:3, 1317:3, 1368:2
   **witness** - 1113:7, 1113:8, 1113:9,
1113:10, 1114:11, 1114:17, 1121:1,
1121:15, 1123:2, 1123:3, 1123:10,
1125:11, 1125:12, 1126:10, 1126:14,
1129:13, 1131:3, 1136:4, 1136:7,
1136:18, 1136:25, 1137:1, 1137:11,
1137:13, 1138:19, 1139:8, 1139:16,
1140:24, 1142:20, 1142:25, 1143:1,
1143:2, 1143:5, 1143:9, 1143:11,
1143:13, 1143:21, 1143:22, 1143:25,
1146:8, 1144:12, 1145:10, 1145:11,
1145:12, 1145:16, 1146:3, 1146:8,
1146:24, 1147:4, 1147:14, 1147:17,
1147:18, 1148:23, 1157:8, 1158:3,
1158:6, 1159:8, 1159:9, 1159:19,
1160:6, 1162:12, 1162:19, 1163:1,
1163:16, 1163:18, 1164:6, 1164:12,
1164:18, 1164:24, 1164:25, 1165:9,
1165:12, 1165:23, 1166:3, 1166:9,
1166:13, 1167:18, 1167:19, 1167:23,
1168:1, 1176:5, 1179:5, 1179:14,
1181:3, 1181:6, 1181:7, 1181:9,
1181:13, 1181:15, 1181:17, 1181:18,
1181:19, 1181:21, 1182:14, 1182:16,
1189:21, 1190:10, 1190:21, 1194:18,
1195:9, 1195:19, 1195:22, 1196:24,

1206:17, 1211:2, 1211:4, 1211:10,
1221:9, 1221:10, 1221:19, 1233:12,
1233:13, 1234:11, 1241:16, 1253:5,
1259:9, 1271:21, 1272:9, 1274:4,
1274:18, 1275:3, 1275:6, 1275:7,
1275:18, 1286:2, 1286:12, 1297:17,
1305:15, 1305:17, 1325:4, 1329:20,
1331:5, 1331:14, 1331:18, 1331:21,
1331:23, 1337:10, 1337:13, 1337:20,
1337:25, 1342:3, 1342:8, 1342:11,
1342:13, 1342:14, 1344:3, 1344:6,
1344:7, 1361:9, 1365:9, 1365:10
   **witness'** - 1187:3, 1194:19, 1272:11
   **witnesses** - 1128:23, 1131:13,
1131:15, 1131:25, 1132:10, 1132:19,
1134:1, 1135:16, 1135:17, 1143:4,
1143:7, 1143:13, 1144:4, 1152:22,
1154:24, 1155:12, 1161:2, 1163:21,
1163:24, 1164:2, 1165:25, 1176:6,
1176:20, 1179:2, 1181:10, 1194:15,
1195:1, 1195:6, 1197:21, 1198:2,
1198:4, 1198:10, 1198:15, 1218:20,
1222:8, 1224:14, 1228:22, 1268:25,
1269:3, 1269:24, 1270:15, 1270:19,
1271:9, 1275:5, 1275:11, 1281:13,
1281:17, 1284:20, 1286:5, 1286:13,
1286:15, 1286:24, 1331:11, 1333:20,
1336:21, 1342:13, 1342:19, 1342:21,
1345:23, 1346:20
   **witnesses's** - 1133:24
   **witnesses/cooperators** - 1228:23
   **woman** - 1119:20, 1119:24, 1119:25,
1120:1, 1217:21, 1218:1, 1226:5,
1252:10, 1254:2, 1302:14, 1328:10,
1348:3
   **won't** - 1284:6, 1343:23
   **Won't** - 1156:20, 1177:22, 1177:23
   **wondering** - 1357:19
   **Woolworth** - 1347:14
   **word** - 1141:24, 1236:7, 1337:13,
1344:20
   **words** - 1117:5, 1128:19, 1137:16,
1146:24, 1150:8, 1152:17, 1154:2,
1155:19, 1188:4, 1190:12, 1259:15,
1284:14, 1293:5, 1338:17, 1342:7,
1346:3
   **wore** - 1328:16
   **work** - 1124:7, 1124:10, 1124:11,
1124:12, 1124:14, 1125:2, 1135:4,
1135:5, 1139:19, 1139:22, 1140:6,
1142:5, 1142:22, 1144:17, 1144:21,
1146:13, 1146:17, 1147:20, 1151:18,
1164:24, 1165:1, 1168:25, 1169:3,
1174:17, 1175:13, 1178:5, 1184:6,
1184:8, 1184:15, 1184:19, 1185:7,
1185:17, 1186:9, 1194:11, 1202:11,
1258:3, 1265:1, 1339:17, 1340:2,
1340:6, 1340:7, 1340:24, 1344:25,
1345:1, 1364:8
   **worked** - 1123:24, 1124:2, 1124:8,
1151:9, 1154:4, 1190:4, 1198:9,
1198:19, 1202:2, 1258:2, 1278:7,
1278:11, 1279:8, 1280:15, 1314:6,
1314:10, 1346:12
   **working** - 1117:13, 1124:2, 1129:5,
1150:3, 1169:14, 1175:7, 1185:10,
1188:19, 1195:2, 1252:13, 1252:18,
1264:9, 1270:2, 1270:5, 1291:6,
1302:10, 1346:4
   **works** - 1162:17, 1162:6, 1191:25,
1357:23, 1358:10, 1358:18
   **world** - 1132:2, 1335:9
   **worried** - 1261:13
   **worst** - 1134:6
   **worthy** - 1221:22
   **would** - 1122:1, 1131:6, 1134:22,
1134:25, 1135:22, 1137:19, 1143:9,
1146:25, 1147:4, 1147:19, 1148:14,
1150:6, 1150:18, 1154:9, 1156:25,
1159:2, 1159:16, 1159:24, 1160:16,

1162:2, 1163:5, 1163:10, 1164:5,
1166:9, 1167:24, 1175:5, 1175:22,
1179:8, 1179:11, 1179:25, 1180:7,
1180:8, 1180:11, 1182:5, 1182:12,
1182:16, 1182:20, 1184:5, 1184:8,
1185:2, 1185:6, 1185:11, 1192:14,
1192:16, 1193:8, 1197:11, 1199:16,
1199:17, 1205:21, 1208:24, 1208:25,
1211:21, 1218:4, 1218:21, 1227:18,
1231:6, 1231:20, 1237:10, 1240:21,
1244:13, 1245:5, 1247:11, 1247:12,
1248:13, 1252:24, 1255:6, 1255:7,
1255:8, 1256:21, 1257:14, 1258:20,
1258:22, 1258:23, 1259:12, 1259:13,
1260:22, 1262:8, 1264:25, 1265:1,
1265:3, 1265:4, 1265:5, 1265:8,
1265:9, 1266:18, 1267:25, 1268:25,
1269:18, 1269:19, 1269:20, 1269:25,
1270:21, 1272:14, 1273:18, 1273:19,
1274:20, 1274:22, 1275:1, 1275:11,
1276:7, 1277:6, 1281:13, 1284:7,
1284:16, 1286:6, 1291:4, 1292:2,
1293:20, 1294:1, 1294:2, 1294:4,
1294:13, 1295:8, 1296:11, 1298:11,
1298:19, 1299:17, 1301:8, 1301:16,
1302:24, 1304:4, 1304:15, 1304:19,
1304:23, 1305:6, 1305:7, 1305:20,
1307:1, 1310:2, 1313:16, 1319:1,
1319:6, 1320:11, 1321:13, 1322:15,
1325:8, 1326:13, 1326:25, 1328:4,
1329:11, 1329:20, 1330:8, 1331:5,
1331:22, 1334:2, 1335:17, 1336:16,
1337:20, 1337:21, 1338:10, 1338:21,
1338:24, 1338:25, 1339:19, 1344:2,
1347:16, 1351:13, 1352:8, 1353:16,
1356:4, 1356:8, 1356:12, 1356:13,
1360:9, 1360:13, 1361:6, 1361:7,
1362:4, 1362:5, 1363:1, 1363:3,
1364:1, 1366:12
   **Would** - 1123:3, 1147:19, 1175:2,
1180:10, 1182:9, 1201:2, 1234:8,
1249:10, 1280:1, 1363:5
   **wouldn't** - 1156:21, 1159:18,
1174:11, 1199:20, 1315:8, 1328:5,
1335:13, 1346:19, 1360:8
   **Wouldn't** - 1156:22
   **wrap** - 1328:7
   **wrestling** - 1361:24, 1362:7
   **Wright** - 1124:1, 1124:2, 1124:3
   **write** - 1164:11, 1164:20, 1189:20,
1203:13, 1219:8, 1235:15, 1268:23
   **writer** - 1242:10, 1326:12, 1343:2
   **writes** - 1312:1, 1320:24
   **writing** - 1154:14, 1186:5, 1190:13,
1225:1, 1227:4, 1230:7, 1239:1,
1270:6, 1321:7, 1359:6
   **writings** - 1203:10
   **written** - 1203:11, 1217:17, 1221:15,
1222:3, 1303:11, 1321:6, 1326:13,
1362:19
   **wrong** - 1155:18, 1189:1, 1190:9,
1190:13, 1190:15, 1190:16, 1190:20,
1272:13, 1296:4
   **wrongdoing** - 1277:5
   **wrote** - 1118:9, 1149:16, 1192:12,
1192:18, 1219:24, 1224:21, 1224:23,
1225:7, 1227:9, 1298:14, 1302:21,
1303:14, 1303:16, 1310:15, 1310:17,
1310:19, 1312:3, 1320:15

---

## X

   **X** - 1112:2, 1112:7, 1148:16, 1148:17,
1179:14

---

## Y

   **Y** - 1123:4, 1368:5
   **Yankee** - 1203:1
   **yeah** - 1194:23

**Yeah** - 1118:3, 1162:20
**year** - 1115:8, 1116:14, 1119:6,
1124:2, 1202:4, 1203:5, 1204:2,
1208:15, 1216:10, 1270:13, 1283:23,
1342:18
**years** - 1115:8, 1117:14, 1123:17,
1124:4, 1124:24, 1141:16, 1183:11,
1189:11, 1190:24, 1200:22, 1201:6,
1203:6, 1203:24, 1204:2, 1253:3,
1279:8, 1325:12
**yellow** - 1234:4, 1253:20, 1257:4,
1311:18, 1345:25
**Yes** - 1113:19, 1114:8, 1114:18,
1116:6, 1116:16, 1117:1, 1119:7,
1122:4, 1122:11, 1122:18, 1133:14,
1136:2, 1149:18, 1150:23, 1151:10,
1151:16, 1151:17, 1151:22, 1154:17,
1154:23, 1154:25, 1155:2, 1155:4,
1155:6, 1155:8, 1155:11, 1155:14,
1155:17, 1156:13, 1156:15, 1157:5,
1157:10, 1158:11, 1159:3, 1159:14,
1161:3, 1162:21, 1162:23, 1163:8,
1163:22, 1166:11, 1166:17, 1168:8,
1168:11, 1168:13, 1168:15, 1168:19,
1168:21, 1169:1, 1169:8, 1169:19,
1169:24, 1170:11, 1171:1, 1172:7,
1172:10, 1172:12, 1172:15, 1172:20,
1172:23, 1173:19, 1173:22, 1174:22,
1175:1, 1175:4, 1176:15, 1176:18,
1176:22, 1177:4, 1177:6, 1178:12,
1179:4, 1181:5, 1183:7, 1183:17,
1188:7, 1191:19, 1191:24, 1192:1,
1194:16, 1195:8, 1195:11, 1195:17,
1195:20, 1197:25, 1198:7, 1198:21,
1200:12, 1200:19, 1201:14, 1203:11,
1207:2, 1207:13, 1209:6, 1215:25,
1216:6, 1216:21, 1221:5, 1224:10,
1225:14, 1225:21, 1225:23, 1226:3,
1227:14, 1227:25, 1228:7, 1230:16,
1233:20, 1234:21, 1235:14, 1235:17,
1235:19, 1236:17, 1238:4, 1247:16,
1249:11, 1249:25, 1253:15, 1253:17,
1254:14, 1254:22, 1256:11, 1257:9,
1258:5, 1263:9, 1266:18, 1268:17,
1269:9, 1273:7, 1273:13, 1273:15,
1273:25, 1275:21, 1276:1, 1276:2,
1282:16, 1282:19, 1283:15, 1284:16,
1285:2, 1285:4, 1285:16, 1286:3,
1286:11, 1286:24, 1288:15, 1289:10,
1289:17, 1290:13, 1291:10, 1292:4,
1292:14, 1292:22, 1293:11, 1294:6,
1294:20, 1294:22, 1294:24, 1295:2,
1295:4, 1296:23, 1297:4, 1297:19,
1299:19, 1299:21, 1300:5, 1301:4,
1301:10, 1302:5, 1305:13, 1305:20,
1307:3, 1308:15, 1308:22, 1309:4,
1310:13, 1310:19, 1311:2, 1311:10,
1311:23, 1318:11, 1320:10, 1321:6,
1323:3, 1330:22, 1331:4, 1333:6,
1335:8, 1337:4, 1338:16, 1339:14,
1340:17, 1341:14, 1341:20, 1341:22,
1342:9, 1342:12, 1343:17, 1343:21,
1343:25, 1345:14, 1345:24, 1346:9,
1346:25, 1347:22, 1348:1, 1348:22,
1349:7, 1349:10, 1349:14, 1349:25,
1355:4, 1356:25, 1365:3, 1365:21
**yes** - 1124:22, 1137:2, 1137:19,
1138:23, 1139:17, 1161:20, 1244:25,
1291:20, 1292:20, 1297:13, 1322:19,
1330:25, 1345:17, 1361:14
**yesterday** - 1113:17, 1122:2,
1288:14, 1314:4, 1340:14
**yet** - 1196:12, 1226:25, 1229:22,
1296:12, 1312:10
**York** - 1112:1, 1112:5, 1112:21,
1115:4, 1116:12, 1123:22, 1123:24,
1124:23, 1124:25, 1125:1, 1162:5,
1200:25, 1201:9, 1201:20, 1201:22,
1201:23, 1202:13, 1202:16, 1202:23,
1203:9, 1205:20, 1231:16, 1235:10,

1239:10, 1240:17, 1253:6, 1257:2,
1257:3, 1257:21, 1268:2, 1287:3,
1298:18, 1303:16, 1314:3, 1336:14
**You** - 1117:8, 1119:9, 1120:5,
1120:11, 1121:5, 1121:8, 1129:21,
1132:2, 1133:16, 1135:3, 1137:15,
1138:1, 1138:14, 1139:2, 1139:8,
1140:19, 1141:21, 1143:1, 1143:2,
1144:4, 1144:7, 1144:19, 1146:5,
1146:11, 1148:2, 1148:3, 1152:1,
1152:14, 1154:14, 1155:15, 1157:8,
1158:10, 1158:23, 1159:4, 1159:7,
1159:9, 1159:11, 1159:22, 1160:3,
1160:9, 1161:16, 1161:20, 1162:10,
1162:24, 1163:16, 1164:23, 1165:25,
1166:12, 1166:25, 1167:17, 1168:6,
1172:13, 1172:16, 1174:23, 1175:5,
1175:18, 1177:16, 1179:21, 1180:3,
1180:7, 1183:5, 1183:8, 1183:18,
1188:14, 1190:22, 1193:12, 1193:14,
1195:18, 1197:4, 1199:13, 1199:16,
1200:13, 1208:5, 1209:3, 1211:4,
1211:7, 1212:7, 1213:5, 1216:15,
1222:21, 1223:11, 1225:15, 1231:21,
1234:24, 1235:13, 1238:6, 1251:1,
1251:6, 1251:22, 1252:19, 1259:16,
1265:11, 1268:18, 1275:16, 1279:19,
1286:1, 1287:10, 1288:12, 1288:16,
1288:24, 1289:1, 1290:6, 1292:13,
1293:12, 1294:4, 1295:3, 1296:8,
1299:20, 1299:23, 1302:4, 1308:23,
1314:16, 1315:20, 1317:9, 1318:17,
1319:9, 1319:17, 1321:15, 1322:4,
1322:17, 1326:13, 1329:13, 1337:3,
1342:19, 1346:17, 1348:10, 1350:11,
1350:17, 1350:24, 1358:10, 1361:22,
1364:7, 1365:1, 1365:9, 1365:22,
1366:6
**you** - 1113:25, 1114:1, 1115:3,
1115:9, 1115:13, 1116:1, 1116:4,
1116:7, 1116:13, 1116:17, 1116:23,
1116:25, 1117:4, 1117:18, 1117:22,
1117:23, 1117:25, 1118:1, 1118:4,
1118:13, 1118:22, 1119:4, 1119:12,
1119:16, 1120:1, 1120:2, 1120:13,
1120:16, 1120:17, 1121:3, 1121:6,
1121:8, 1121:12, 1123:3, 1123:16,
1123:18, 1124:5, 1124:19, 1124:21,
1125:11, 1125:16, 1126:2, 1126:3,
1126:10, 1126:18, 1126:24, 1126:25,
1129:10, 1129:17, 1129:18, 1129:22,
1130:4, 1130:11, 1130:12, 1130:19,
1130:23, 1131:6, 1131:8, 1131:9,
1131:11, 1131:15, 1131:20, 1131:23,
1132:4, 1132:5, 1132:6, 1132:7,
1132:14, 1132:22, 1132:24, 1133:1,
1133:12, 1133:14, 1134:7, 1134:10,
1134:12, 1134:16, 1134:25, 1135:14,
1135:16, 1135:20, 1135:21, 1135:22,
1135:23, 1135:24, 1135:25, 1136:20,
1137:20, 1137:21, 1137:25, 1138:17,
1139:5, 1139:15, 1140:4, 1140:5,
1140:20, 1140:21, 1140:23, 1141:1,
1141:3, 1141:12, 1141:17, 1141:22,
1141:25, 1142:2, 1142:6, 1142:7,
1143:15, 1143:18, 1143:23, 1144:5,
1144:7, 1144:9, 1145:8, 1145:17,
1145:23, 1146:5, 1146:6, 1146:7,
1146:8, 1147:8, 1147:11, 1147:15,
1147:17, 1147:18, 1147:19, 1148:3,
1148:8, 1148:9, 1148:10, 1148:11,
1148:14, 1148:18, 1148:22, 1149:8,
1150:8, 1150:15, 1150:19, 1151:2,
1151:4, 1151:13, 1151:14, 1151:15,
1151:17, 1151:19, 1151:20, 1152:7,
1152:12, 1152:15, 1152:18, 1152:20,
1153:5, 1154:4, 1154:5, 1154:8,
1155:5, 1155:15, 1155:18, 1155:19,
1156:17, 1156:18, 1156:19, 1157:2,
1157:8, 1158:3, 1158:17, 1158:20,

1158:22, 1158:24, 1159:6, 1159:8,
1159:10, 1159:16, 1159:19, 1159:20,
1159:23, 1159:25, 1160:1, 1160:2,
1160:5, 1160:7, 1160:9, 1160:17,
1160:20, 1161:2, 1161:8, 1161:17,
1162:7, 1162:8, 1162:11, 1162:12,
1162:13, 1162:23, 1162:24, 1163:5,
1163:10, 1163:13, 1164:11, 1164:12,
1164:13, 1164:14, 1164:15, 1164:19,
1164:21, 1164:24, 1165:1, 1165:7,
1165:13, 1165:17, 1165:21, 1166:2,
1166:8, 1166:14, 1166:18, 1167:1,
1167:8, 1167:14, 1167:17, 1167:18,
1167:19, 1167:20, 1167:24, 1168:9,
1168:22, 1168:25, 1169:5, 1171:2,
1171:4, 1171:6, 1171:15, 1171:21,
1172:6, 1172:8, 1173:1, 1173:5,
1173:6, 1173:7, 1173:8, 1173:9,
1174:1, 1174:3, 1174:4, 1174:5,
1174:10, 1174:11, 1174:13, 1174:14,
1174:15, 1174:17, 1174:18, 1174:20,
1174:21, 1174:23, 1174:24, 1175:2,
1175:3, 1175:6, 1175:22, 1175:24,
1176:1, 1176:2, 1176:3, 1176:10,
1176:16, 1176:19, 1177:1, 1177:9,
1177:13, 1177:14, 1177:18, 1177:20,
1177:25, 1178:5, 1178:11, 1178:12,
1178:13, 1178:14, 1178:16, 1178:18,
1178:19, 1178:25, 1179:1, 1179:5,
1179:8, 1179:12, 1179:18, 1180:4,
1180:5, 1180:10, 1180:13, 1180:25,
1181:3, 1181:12, 1181:13, 1181:19,
1181:23, 1181:24, 1182:5, 1182:9,
1182:12, 1182:22, 1182:24, 1183:3,
1183:4, 1183:5, 1183:14, 1183:18,
1183:21, 1184:5, 1184:8, 1184:11,
1184:15, 1184:19, 1184:21, 1185:1,
1185:2, 1185:4, 1185:12, 1185:20,
1185:21, 1185:24, 1186:1, 1187:18,
1188:3, 1188:5, 1188:6, 1188:11,
1188:12, 1188:13, 1188:18, 1188:19,
1188:23, 1188:25, 1189:1, 1189:19,
1189:20, 1189:22, 1190:11, 1190:12,
1190:16, 1190:18, 1190:19, 1190:22,
1191:1, 1191:3, 1191:11, 1191:12,
1191:20, 1191:21, 1191:25, 1192:20,
1193:1, 1193:5, 1193:11, 1193:12,
1193:13, 1193:15, 1193:16, 1193:21,
1193:23, 1194:14, 1194:17, 1194:18,
1194:24, 1194:25, 1195:21, 1196:8,
1196:21, 1196:22, 1197:17, 1198:13,
1198:18, 1199:11, 1199:16, 1199:17,
1199:23, 1200:17, 1200:20, 1200:21,
1200:23, 1201:2, 1201:11, 1201:17,
1201:21, 1202:11, 1202:17, 1202:19,
1202:20, 1203:3, 1203:16, 1203:20,
1203:22, 1204:4, 1204:11, 1204:23,
1204:24, 1204:25, 1205:1, 1205:2,
1205:4, 1205:6, 1205:9, 1206:1,
1206:3, 1206:19, 1206:21, 1206:25,
1207:10, 1208:1, 1208:3, 1208:4,
1208:6, 1208:9, 1208:15, 1208:23,
1208:24, 1208:25, 1209:2, 1210:3,
1210:5, 1210:6, 1211:2, 1211:4,
1211:6, 1211:12, 1211:15, 1211:24,
1212:1, 1212:2, 1212:13, 1212:15,
1212:16, 1213:2, 1213:6, 1213:7,
1213:8, 1213:9, 1213:11, 1213:12,
1213:19, 1214:18, 1214:25, 1215:1,
1215:11, 1215:13, 1215:18, 1215:19,
1215:20, 1215:21, 1216:1, 1216:2,
1216:25, 1218:12, 1218:13, 1218:17,
1219:4, 1219:14, 1219:17, 1219:19,
1219:21, 1219:23, 1222:2, 1222:17,
1222:24, 1224:21, 1225:1, 1225:4,
1225:5, 1225:18, 1226:12, 1227:4,
1227:7, 1227:8, 1227:14, 1229:9,
1230:1, 1230:7, 1230:9, 1230:14,
1231:2, 1231:11, 1231:17, 1231:19,
1231:20, 1231:25, 1233:21, 1234:1,

1234:8, 1234:12, 1234:13, 1234:25,
1235:15, 1235:20, 1235:22, 1237:12,
1238:15, 1238:17, 1238:24, 1239:4,
1239:6, 1239:8, 1239:12, 1239:19,
1240:10, 1240:22, 1240:23, 1241:1,
1241:11, 1241:13, 1241:15, 1241:17,
1241:22, 1242:13, 1244:23, 1245:8,
1245:9, 1245:12, 1245:13, 1245:22,
1246:8, 1246:12, 1246:19, 1246:22,
1246:25, 1247:5, 1247:6, 1247:15,
1247:18, 1248:4, 1248:9, 1248:10,
1248:17, 1248:19, 1248:21, 1248:24,
1249:10, 1249:14, 1249:20, 1249:21,
1251:16, 1251:17, 1252:1, 1252:5,
1252:6, 1252:19, 1252:24, 1253:13,
1253:18, 1253:19, 1254:1, 1254:4,
1254:6, 1254:7, 1254:8, 1254:15,
1256:2, 1256:13, 1256:18, 1257:4,
1257:7, 1257:25, 1258:12, 1258:18,
1258:19, 1259:5, 1259:6, 1259:8,
1259:17, 1260:7, 1260:9, 1260:11,
1261:1, 1261:4, 1261:14, 1262:23,
1263:3, 1264:14, 1264:18, 1265:20,
1265:21, 1265:22, 1265:23, 1266:11,
1266:12, 1266:13, 1266:16, 1266:20,
1266:23, 1267:12, 1268:3, 1268:21,
1268:22, 1268:23, 1269:10, 1269:13,
1269:14, 1269:15, 1270:1, 1270:11,
1270:12, 1271:2, 1271:19, 1271:21,
1272:8, 1272:9, 1272:11, 1272:14,
1272:18, 1272:21, 1272:23, 1272:25,
1273:12, 1273:20, 1274:10, 1274:13,
1275:4, 1275:13, 1275:15, 1275:20,
1275:23, 1276:3, 1276:4, 1276:6,
1276:8, 1276:9, 1276:16, 1277:8,
1278:3, 1278:14, 1279:4, 1279:9,
1279:10, 1280:3, 1280:8, 1280:10,
1280:11, 1280:13, 1280:15, 1280:16,
1280:19, 1280:20, 1280:24, 1281:9,
1281:10, 1281:21, 1282:8, 1282:17,
1282:20, 1283:4, 1283:10, 1283:13,
1284:14, 1285:1, 1285:3, 1285:10,
1285:12, 1286:12, 1286:14, 1286:17,
1286:21, 1287:1, 1287:4, 1287:12,
1287:25, 1288:2, 1288:9, 1288:14,
1288:16, 1288:18, 1288:21, 1288:22,
1288:23, 1288:24, 1289:5, 1289:7,
1289:9, 1289:11, 1289:15, 1289:18,
1289:20, 1289:22, 1289:23, 1289:24,
1289:25, 1290:2, 1290:6, 1290:19,
1290:20, 1291:9, 1291:19, 1291:21,
1291:22, 1292:15, 1292:23, 1293:5,
1293:18, 1293:21, 1293:23, 1294:7,
1294:8, 1294:9, 1294:12, 1294:23,
1295:5, 1295:6, 1295:21, 1296:8,
1296:11, 1296:14, 1296:15, 1296:18,
1296:22, 1297:3, 1297:16, 1297:23,
1297:24, 1297:25, 1298:1, 1298:2,
1298:15, 1298:20, 1298:21, 1299:2,
1299:10, 1299:12, 1299:14, 1299:16,
1299:18, 1299:22, 1301:15, 1301:24,
1302:1, 1302:2, 1302:7, 1302:25,
1303:4, 1303:5, 1303:7, 1303:8,
1303:9, 1303:11, 1303:19, 1303:23,
1304:6, 1304:10, 1304:13, 1304:17,
1305:8, 1305:11, 1305:12, 1305:17,
1305:18, 1305:19, 1305:21, 1305:25,
1306:1, 1306:8, 1306:11, 1306:12,
1306:14, 1307:4, 1307:7, 1307:12,
1307:14, 1307:25, 1308:2, 1308:5,
1308:21, 1309:1, 1309:7, 1309:13,
1309:14, 1309:15, 1309:17, 1309:23,
1309:24, 1309:25, 1310:15, 1310:17,
1310:25, 1311:3, 1311:4, 1311:7,
1311:9, 1311:18, 1312:4, 1312:15,
1312:21, 1312:25, 1313:1, 1313:19,
1313:24, 1314:5, 1314:9, 1314:13,
1314:16, 1314:23, 1315:15, 1315:17,
1315:21, 1318:4, 1318:12, 1318:24,
1318:25, 1320:14, 1320:21, 1321:3,

1321:4, 1322:1, 1322:6, 1322:12,
1322:22, 1322:24, 1322:25, 1323:2,
1323:10, 1323:14, 1323:22, 1324:1,
1324:3, 1324:5, 1324:21, 1324:23,
1325:12, 1326:3, 1326:15, 1326:16,
1326:6, 1327:8, 1327:13, 1327:16,
1327:17, 1327:18, 1327:21, 1327:22,
1328:8, 1328:9, 1328:14, 1328:18,
1328:23, 1329:16, 1329:19, 1329:22,
1330:11, 1330:20, 1330:23, 1330:24,
1331:1, 1331:2, 1331:3, 1331:5,
1331:18, 1331:19, 1331:21, 1331:22,
1331:23, 1332:8, 1332:9, 1332:19,
1332:20, 1332:21, 1332:22, 1332:25,
1333:10, 1333:24, 1334:4, 1335:3,
1335:6, 1335:19, 1335:20, 1335:21,
1335:23, 1336:2, 1336:3, 1337:24,
1338:3, 1338:4, 1338:14, 1338:18,
1339:12, 1339:17, 1339:22, 1339:23,
1340:5, 1340:6, 1340:15, 1340:18,
1340:22, 1341:23, 1342:6, 1342:7,
1342:10, 1342:15, 1342:22, 1342:23,
1342:25, 1343:10, 1343:15, 1344:1,
1344:2, 1344:5, 1344:6, 1344:9,
1344:11, 1344:18, 1344:20, 1344:21,
1345:19, 1345:20, 1345:22, 1346:3,
1346:14, 1346:18, 1346:19, 1346:23,
1347:1, 1347:16, 1347:18, 1347:19,
1347:23, 1348:2, 1348:5, 1348:18,
1348:20, 1348:21, 1349:8, 1349:9,
1349:12, 1350:3, 1350:8, 1350:12,
1350:15, 1350:19, 1352:1, 1352:8,
1353:1, 1353:5, 1353:9, 1353:11,
1353:12, 1353:15, 1353:21, 1363:23,
1355:8, 1356:13, 1356:16, 1356:19,
1356:24, 1358:2, 1358:11, 1358:14,
1359:6, 1359:8, 1359:17, 1359:20,
1359:21, 1360:3, 1360:11, 1361:15,
1362:1, 1362:16, 1363:4, 1363:8,
1363:23, 1364:1, 1364:17, 1364:19,
1365:5, 1366:15, 1366:18, 1366:19,
1366:22, 1367:3, 1367:4, 1367:8
You'll - 1223:12, 1336:8
you'll - 1113:13, 1144:8, 1215:15
You're - 1141:12, 1141:13, 1165:13,
1200:3, 1225:17, 1263:2, 1285:5,
1299:1
   you're - 1118:3, 1121:14, 1126:5,
1130:10, 1131:19, 1133:3, 1135:19,
1136:24, 1141:12, 1141:15, 1142:8,
1143:2, 1144:5, 1154:2, 1160:3,
1160:14, 1165:8, 1170:7, 1172:4,
1174:6, 1176:5, 1176:19, 1177:21,
1188:10, 1189:8, 1190:23, 1191:3,
1193:14, 1194:12, 1194:25, 1199:12,
1202:8, 1210:7, 1228:5, 1233:15,
1234:15, 1250:8, 1264:19, 1286:4,
1286:13, 1331:17, 1331:18, 1331:19,
1332:5, 1337:13, 1338:23, 1344:2,
1344:5, 1346:15, 1352:7, 1364:5,
1365:2
You've - 1135:7, 1158:1, 1161:4,
1163:23, 1177:7, 1178:10, 1247:2,
1364:9
   you've - 1115:6, 1163:20, 1171:12,
1173:20, 1176:10, 1204:4, 1208:14,
1208:17, 1215:16, 1254:7, 1287:8,
1338:10, 1354:24, 1363:19
young - 1130:18, 1141:18, 1179:22,
1183:10, 1185:1, 1185:17, 1185:19,
1188:20
   younger - 1184:14
   your - 1114:8, 1114:11, 1114:17,
1114:22, 1115:1, 1115:12, 1116:1,
1116:21, 1117:5, 1118:2, 1119:8,
1120:2, 1120:4, 1120:5, 1120:17,
1120:22, 1121:2, 1121:4, 1121:6,
1122:18, 1122:20, 1123:7, 1123:14,

1123:18, 1123:19, 1125:8, 1126:2,
1126:22, 1126:24, 1127:22, 1130:19,
1130:20, 1130:23, 1131:23, 1134:22,
1135:4, 1135:20, 1136:19, 1137:16,
1138:14, 1138:18, 1139:14, 1147:6,
1148:11, 1148:19, 1149:8, 1150:9,
1150:22, 1150:25, 1151:4, 1152:18,
1154:14, 1154:15, 1155:3, 1155:19,
1155:20, 1155:24, 1158:12, 1158:20,
1160:1, 1161:7, 1162:20, 1162:25,
1163:5, 1163:24, 1166:10, 1166:15,
1167:18, 1168:9, 1168:12, 1168:16,
1168:22, 1169:7, 1170:6, 1170:13,
1173:8, 1174:6, 1174:16, 1176:13,
1177:20, 1177:21, 1178:19, 1179:1,
1179:2, 1179:6, 1179:16, 1180:25,
1181:9, 1182:16, 1182:24, 1183:19,
1183:24, 1185:24, 1186:11, 1187:2,
1188:3, 1189:9, 1189:10, 1190:7,
1190:11, 1192:23, 1197:12, 1197:13,
1197:20, 1198:2, 1198:4, 1198:17,
1198:18, 1199:14, 1199:25, 1200:8,
1201:7, 1201:25, 1203:10, 1203:15,
1203:23, 1205:2, 1205:3, 1206:13,
1206:25, 1211:16, 1211:7, 1212:13,
1213:7, 1213:8, 1213:13, 1215:10,
1215:21, 1215:24, 1216:3, 1218:12,
1219:15, 1221:2, 1221:3, 1225:11,
1225:18, 1225:23, 1226:15, 1227:12,
1227:13, 1227:17, 1228:2, 1228:13,
1229:11, 1231:25, 1232:4, 1233:14,
1236:2, 1237:6, 1238:18, 1239:15,
1240:21, 1242:6, 1243:21, 1245:1,
1245:21, 1247:18, 1249:5, 1261:2,
1261:14, 1262:25, 1263:3, 1267:2,
1269:6, 1271:22, 1272:18, 1273:3,
1274:10, 1275:13, 1276:21, 1279:1,
1280:9, 1280:23, 1282:11, 1282:14,
1283:2, 1283:20, 1286:17, 1286:20,
1287:17, 1287:23, 1288:25, 1289:20,
1290:11, 1290:16, 1297:16, 1301:24,
1302:2, 1302:13, 1303:2, 1304:10,
1308:6, 1310:8, 1311:18, 1312:11,
1316:3, 1317:3, 1322:13, 1325:12,
1325:13, 1327:8, 1327:9, 1327:16,
1328:14, 1328:18, 1328:19, 1330:12,
1333:22, 1337:24, 1338:3, 1339:7,
1339:9, 1340:11, 1341:16, 1343:5,
1344:19, 1345:15, 1347:11, 1347:15,
1348:12, 1349:16, 1349:19, 1350:4,
1352:2, 1353:22, 1354:9, 1354:12,
1355:18, 1356:21, 1359:18, 1361:15,
1361:25, 1364:6, 1365:16, 1365:20,
1365:22, 1365:25, 1366:22, 1367:8
Your - 1120:23, 1130:16, 1141:24,
1163:2, 1249:18, 1317:4, 1350:14
   yourself - 1162:9, 1169:25, 1170:4,
1183:18, 1200:21, 1203:3, 1362:17

Z

zealous - 1171:8
zealously - 1127:20, 1154:15,
1155:24, 1156:5
zoom - 1252:4