1370

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,              :      08-CR-640

                      v.               :      U.S. Courthouse
                                              Brooklyn, New York
ROBERT SIMELS,                         :
ARIENNE IRVING,                               August 5, 2009
                      Defendants.      :      9:30 o'clock a.m.

- - - - - - - - - - - - - - - - - - - X

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE, and a jury.

APPEARANCES:

For the Government:                    BENTON J. CAMPBELL
                                       United States Attorney
                                       By:   STEVEN L. D'ALESSANDRO
                                             MORRIS FODEMAN
                                             DANIEL BROWNELL
                                       Assistant U.S. Attorneys

For the Defendants:                    GERALD SHARGEL, ESQ.
                                       EVAN L. LIPTON, ESQ.
                                       For Robert Simels

                                       JAVIER A. SOLANO, ESQ.
                                       LAWRENCE BERG, ESQ.
                                       For Arienne Irving

Court Reporter:                        Anthony M. Mancuso
                                       225 Cadman Plaza East
                                       Brooklyn, New York 11201
                                       (718) 613-2419

Proceedings recorded by mechanical stenography, transcript
produced by CAT.

1371

1    (Trial resumed.)

2    (In open court; jury not present.)

3    THE COURT:  Good morning.  Ready?

4    MR. SHARGEL:  Ready.

5    MR. D'ALESSANDRO:  Your Honor, there's two things we

6    need to deal with initially, if I may.

7    I explained to Mr. Shargel and to Mr. Solano

8    something I wanted to put on the record.  I don't think

9    there's any issue that needs to be addressed, but I wanted to

10   put it on the record anyway.

11   This morning on my way to the courtroom, there was

12   an elevator that was open.  I got on it.  I believe it was

13   Juror No. Six then walked into the elevator, as well.  It was

14   obviously an awkward moment for both of us.  He said, We can't

15   say hello.  I just walked right off and got off the elevator.

16   I want just to put it on the record, and I have advised

17   defense counsel about it.

18   THE COURT:  Okay.  Thank you.

19   MR. D'ALESSANDRO:  The other issue is, do you want

20   to address the letter?

21   MR. SHARGEL:  To avoid a sidebar, there's a letter

22   that's on your screen or should be on your screen that we

23   wanted to put into evidence.  The government has an objection

24   to it, or at least an objection to parts of it.  I'm not quite

25   sure which parts.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

1       THE COURT:  I can't read it so well.  Can you blow

2   it up for me?

3       What's it's all about?

4       MR. SHARGEL:  This is a letter to the President of

5   Guyana asking for assistance in uncovering materials -- it's

6   dated August 28, 2008, so it's during the Fineman period --

7   asking for materials to impeach Clark and matters consistent

8   with Mr. Simels's testimony.  I think this reflects his

9   then-existing state of mind.

10      It's not offered for the truth of the matters

11  asserted in there.  It certainly shows that he was, A, not

12  relying on Fineman, as he testified, not relying on him

13  exclusively, and, B, that the testimony that he's giving here

14  in court is consistently reflected in a document that he wrote

15  at the time, particularly since.  I don't think I have to

16  anticipate admissibility under Rule 801, prior consistent

17  statements.  I expect that the government might suggest that

18  somehow, that this is some sort of recent fabrication.  I

19  don't want to go there at this moment.  I think this is

20  admissible just to show his state of mind and what he was

21  doing at the time.

22      THE COURT:  Let's take a short time out, so that I

23  can read it.

24      (Pause.)

25      THE COURT:  All right.

1373

1      How many pages is it?

2      MR. SHARGEL:  I think it's eight pages.

3      (Pause.)

4      THE COURT:  Okay.  What's the number of this

5  exhibit?

6      MR. LIPTON:  351.

7      THE COURT:  Do I have a hard copy of it up here?

8      MR. LIPTON:  No, sir.

9      THE COURT:  What's the government's view?

10      MR. D'ALESSANDRO:  It's obviously hearsay.  We think

11  it's cumulative evidence, as well.  Your Honor has been

12  permitting notes, reports, letterwriting, all to demonstrate

13  the defendant's state of mind, with limiting instructions as

14  to hearsay.  This is more of the same.

15      I don't have a problem with the fact that a letter

16  was written to the President.  I don't have a problem with the

17  fact that there were specific requests that were made of the

18  President.  I'm not arguing about that.  The whole

19  introductory description of the events, and the government

20  doesn't understand the sociological nuances, and the defendant

21  seeks to inflame the jury with this.  It's more of the same.

22  It's just cumulative, and I'm just concerned that once --

23  maybe one letter, two letters, three letters, four letters.

24  And I understand that your Honor has been very good about

25  giving instructions.  At some point, the jury may disregard

1374

1    the instruction.  I just don't see the relevance of it.

2         MR. SHARGEL:  Can I say one thing in response?

3         THE COURT:  Yes.

4         MR. SHARGEL:  The memos of the meetings in Guyana

5    that were admitted for example were earlier.  There's another

6    one that I'll introduce from June.  This is August 28, this is

7    shortly before the defendants in this case are arrested, and I

8    want to be able to establish that they were not relying on

9    Fineman, they were not relying on Selwyn Vaughn.  This shows

10   that they were desperately trying to gather information from

11   any source available to defend the case.

12        THE COURT:  Why aren't you just offering the

13   requests for documents?  Why are you offering the world

14   according to Bob Simels?

15        MR. SHARGEL:  The world according to Bob Simels is

16   relevant to the case.  It really is.

17        THE COURT:  The probative value, as I understand it,

18   as you've described it, is that they were not relying on

19   Fineman.  They were doing all this other stuff, seeking other

20   sources of information.

21        MR. SHARGEL:  True.

22        THE COURT:  You get that with the document requests;

23   right?

24        MR. SHARGEL:  I do get that.  But why isn't Bob

25   Simels -- even if he has a viewpoint or world view that is

1375

1    antagonistic to the government, what is the downside?  I don't

2    see that it's a 403 issue that weighs in favor of the

3    government.

4            THE COURT:  I think Mr. D'Alessandro is exactly

5    right.  I think there comes a point where there's a risk that,

6    notwithstanding the reiterated instruction about the limited

7    use to which this information can be put, that these diatribes

8    against the government by Simels might be used for a purpose

9    other than assessing his state of mind.

10           I think the probative value as you've described it

11   is just about 100 percent established by the request for

12   documents.

13           I'll allow it in.  I'm going to direct you to redact

14   it, except for the request for documents.

15           MR. SHARGEL:  Very well.

16           One more loose end.  I don't know if your Honor has

17   had an opportunity to listen to the recording for the name

18   Leslyn?

19           THE COURT:  I have.  The first one is clear.  The

20   second one is a horse race.  You'll argue if it, if you're

21   going to use it.  Are you going to use it?

22           MR. D'ALESSANDRO:  It depends what the defendant

23   testifies to.

24           THE COURT:  It strikes me there's something for both

25   sides in it.  I'm not going to preclude it on audibility

1376

1    grounds.   You agree the first one is clear?

2         MR. SHARGEL:  I think the first one is clear.  If

3    I'm not mistaken, it was in an alternate transcript that we

4    prepared.

5         THE COURT:  It's clear?

6         MR. SHARGEL:  Clear.

7         I'm not -- I'm going to elect not to submit an

8    alternate transcript to the jury.  I'll make my argument in

9    summation.

10        THE COURT:  Fair enough.

11        MR. SHARGEL:  Thank you, your Honor.

12        I'm ready to go.

13        THE COURT:  Bring in the jury, please.

14        Has the government submitted a proposed charge on

15   the eavesdropping-equipment count?

16        MR. D'ALESSANDRO:  We have not.  If we can do that

17   by the end of the business day?  We anticipate that we may be

18   done before 5:00 o'clock.  I don't know if I'm wrong on that.

19        MR. SHARGEL:  This may go more quickly than I

20   anticipated yesterday.

21        THE COURT:  I assumed once I said we're summing up

22   Monday, everything will quicken up.

23        (Jury present.)

24        THE COURT:  Good morning, everybody.

25        THE JURY:  Good morning.

Simels - direct - Shargel                    1377

1          THE COURT:  Please be seated.

2          Let me tell you where we are in terms of the

3    schedule we've been talking about out here.

4          You're going to get a long week.  You're going to be

5    done today.  We're going to be done with the evidence today,

6    and rather than -- what I want to avoid, since we're not going

7    to sit on Friday, what I want to avoid is a situation where

8    you hear summations and then break for three days, and I need

9    some time to talk to the lawyers about the content of the jury

10   instructions.  So, we'll finish up at some point today.

11         I think all the evidence will be concluded today,

12   and then rather than start summations and then have that

13   three-day break, you'll come back Monday morning, you'll hear

14   summations on Monday, I'll probably charge you on Monday, as

15   well, and you'll commence your deliberations either late

16   Monday or Tuesday.

17         So, that's our deal.

18         Go ahead, Mr. Shargel.

19         MR. SHARGEL:  Thank you, your Honor.

20   R O B E R T      S I M E L S,

21

22         called as a witness, having been previously duly

23         sworn, was examined and testified as follows:

24   DIRECT EXAMINATION (Continued)

25   BY MR. SHARGEL:

Simels - direct - Shargel                    1378

1    Q     Mr. Simels, good morning.

2    A     Good morning.

3    Q     When we ended the day yesterday, you had testified to

4    facts about the equipment that was used to intercept the

5    conversations in Guyana -- correct?

6    A     That's correct.

7    Q     -- and the equipment that came to the United States,

8    first the laptops and then that other device we've been

9    calling the base; correct?

10   A     Right.  Laptops in October 2007 and the base at the end

11   of June 2008.

12   Q     Were there conversations that you learned had been

13   wiretapped and overheard in Guyana during the period 2002 to

14   2004 that were unrelated to cell phones or interceptions of

15   cell phones?

16   A     Yes, there were.  Yes.

17   Q     And what were those?  Could you tell us?

18   A     It was my understanding that my clients had arranged for

19   a hardwiring; that is, actually wiring the telephone lines of

20   the Police Chief of Guyana.

21   Q     Did the wiretap of the telephone lines of the Police

22   Chief of Guyana produce conversations that were relevant to

23   your defense?

24   A     Yes.

25   Q     And were they turned over to the government?

Simels - direct - Shargel                1379

1    A    In March of 2008, they were part of the initial four CD's

2    I gave the government.

3    Q    We have a letter dated March 18 that's already in

4    evidence as Defense Exhibit 308-B.   308-B is a letter

5    transmitting the four CD's.

6              We saw this yesterday; correct.

7    A    Yes.

8    Q    Let me show you what has been marked as Defense Exhibit

9    308-A for identification?

10             First, before I even show you this exhibit, when did

11   you receive the so-called Felix conversations.

12   A    I received them from my cocounsel Diarmuid White prior to

13   my sending out the letter to the government on March 18.

14   Q    Let me show you what was marked as 308-A for

15   identification, and ask you if you recognize that?

16   A    I do.   That's the letter that Mr. White sent to me with

17   regard to the Felix conversations.

18   Q    The Felix conversations were obtained separate and apart

19   from the other conversations?

20   A    Yes.   We never had them.

21   Q    On August 15, did you appear in court on the Khan matter?

22   A    Yes, we did.

23   Q    Did the subject of the Felix conversations come up?

24   A    It did.

25   Q    Could you tell us, as best you recall, what occurred?

Simels - direct - Shargel                    1380

1  A     One of the areas that the prosecution had continued to

2  ask for was the opportunity to inspect certain equipment, why

3  we got the laptops and the base.  I tried to explain to the

4  judge that, as in the Felix conversations, we didn't have that

5  equipment in the United States.  It was still in Guyana.

6  Q     Have you ever seen that equipment?

7  A     Never.

8  Q     Did you see that equipment on any of your trips to

9  Guyana?

10 A     Never.

11 Q     Do you have any idea in whose possession they were?

12 Let's talk about the relevant time period, 2008.  Any

13 knowledge as to where that equipment was?

14 A     I have no idea.

15 Q     Yesterday, at the end of the day, we talked about

16 different ways of gathering information to help defend the

17 case.  You told us about trips to Guyana, three trips that

18 we've discussed so far, and the investigation.  How did you

19 plan on using this information?

20 A     All of the information we were gathering was for the

21 purpose of developing additional leads, contacting other

22 people, verifying information we had received, and pursuing

23 our investigation, giving the notes to my investigators, my

24 cocounsel, and see what ideas everybody had about how to

25 proceed.

Simels - direct - Shargel                1381

1    Q    When Mr. Vaughn came and met you for the first time on

2    May 13, 2008, did you discuss any of the information that you

3    had gathered previously?

4    A    Yes.

5    Q    Did you ask him about Agricola?

6    A    I did.

7    Q    Did you ask him about the Buxton kidnapping?

8    A    The United States Ambassador Lesniak.  I asked him about

9    that as well David Clark.

10   A    Yes.

11   Q    The Shortman topic that you were pursuing at the time?

12   A    Yes.

13   Q    Did you ask him specifically whether he knew who killed

14   Donald Allison?

15   A    I did direct that question to him.

16   Q    Tell the jury why were you directing these questions to

17   him.

18   A    Well, at all times, as I said, not only was I attempting

19   to verify what my client was telling me or not, but I was

20   trying to develop leads.  I was trying to probe information.

21   I was trying to probe what this man was telling me, Vaughn, on

22   that day.  I wanted to know whether he had firsthand

23   information; that is, information that can be used in a

24   courtroom, or just hearsay or third-party information.

25         So, that's part of what you do.  You ask questions.

Simels - direct - Shargel                1382

You see what they know.  You check their demeanor.  You see
whether you think they would look good on the witness stand,
not look good, be articulate, not articulate, and decide
whether they had evidence that a judge would permit a jury to
hear.

Q   On May 13, 2008, again, remind us the first meeting with
Mr. Vaughn, what other contribution did you think that he can
make to the defense of Roger Khan?

A   He indicated to me he had the ability to find people in
the Guyanese community.

Q   In fact, there was one point on the tape where you
actually spelled out his name in a different way.  Can you
remind of what that was?

A   Yes.  I spelled it out based on what he told me,
F I N D M A N

Q   Now, the next time that you meet Mr. Vaughn after May 13
2008 was June 11; correct?

A   Correct.

Q   Why did you wait a month or nearly a month to meet with
him again?

A   I wasn't happy with his demeanor.  I was not happy with
his answers.  I thought he had lied to me during the first
meeting.  I sent a message down to my client saying I didn't
think this fellow was credible.  I didn't think he was
consistent with I had been led to believe he would say.  We

Simels - direct - Shargel                    1383

1  had the June 2 decision by Judge Irizarry, granting us a

2  Rule 15 in Guyana.  All those factors made him a nonfactor, to

3  me.

4  Q   So, during the meeting of June 11, 2008, there is a

5  reference by Mr. Khan  -- I'm sorry.  Withdrawn.  --

6  Mr. Vaughn to some people's mothers.

7            Do you remember that?

8  A   I do.

9            MR. SHARGEL:  Can we have that on the screen?

10  June 11.

11  Q   Mr. Vaughn says: "Um, I think" --

12            MR. SHARGEL:  Actually, can we have the attribution

13  or two before this.

14  Q   Vaughn is first saying: "We don't have a lot of time to

15  play around with, so, you know, if I'm -- if I am going to go

16  out there, I must know, well, what I am out there to do,

17  because we don't have time to waste, and we don't have such a

18  margin to correct mistakes."

19            There had been discussion up until this point of

20  things you wanted to find out to prepare your defense; right.

21  A   Correct.

22  Q   So, you say; "Right.  I agree.  I agree."

23            The fact is that trial was approaching, wasn't it.

24  A   October 27.

25  Q   And Mr. Vaughn says: "So, whatever we do, we just got one

Simels - direct - Shargel                    1384

1   shot at it."

2          And you say: "Well, I'm persuaded that some people

3   will go back to Clark and say, I've been approached."

4          And Vaughn says:  "Um, I think if you know key

5   people, you get certain key people, it would cause him to

6   rethink his position.  One thing I've learned is that a man,

7   whether he's a criminal, he's a preacher, he always values his

8   mother, because if you're not certain with anyone else to be

9   at your side, your mother very likely will be there.  You

10  don't ever want anything to happen to her."

11         He puts that thought out there; right, Mr. Simels.

12  A    Yes.

13  Q    Let's look at what you say next?

14         You say: "The one that told us, was it you who told

15  us that Leslyn had a prior case?  Somebody told that.

16         "No, no, no, no.  I know who told us that."

17         It goes on.  I don't have to read the whole thing.

18  It goes on, and you do not respond to this comment; right;

19  correct.

20  A    Correct.

21  Q    Could you tell the jury why you don't respond to this

22  comment?

23  A    I either ignored it as stupidity at the time, which I

24  think is what I did, or I didn't hear him fully say it.  I

25  would ignore these kind of remarks made to me.

Simels - direct - Shargel                1385

1   Q    Did you understand what he was driving at at the time?

2   A    I didn't give it much thought at the time to what he was

3   saying to me.   Not uncommon.

4   Q    Did you write an e-mail to him two days later?

5   A    I did, because I did think about it.

6   Q    What did you think when you were thinking about it?

7   A    I decided that in light of some of the thoughts that he

8   had expressed during the meeting, it was important to

9   reinforce to him not to do anything stupid out there and not

10  to say things that might be misconstrued by anybody as being

11  improper or taking any actions that would be improper.

12            MR. SHARGEL:   May we see Government's Exhibit 208 on

13  the screen?   Please blow it up.

14  Q    So, this is you writing to fine.man@hotmail.com?

15  A    Correct.

16  Q    You know this went right to Investigator Mazzella; right?

17  A    Yes.

18  Q    But at the time, you thought -- did you think this was

19  being sent to Selwyn Vaughn?

20  A    I did.

21  Q    And simply says "Be careful," meaning Roger?

22  A    Yes.

23  Q    Simply says:   "Be careful in your efforts to gather

24  information and not do anything that can be misconstrued by

25  anyone.   These are difficult times, and people will draw the

Simels - direct - Shargel                1386

1   most unfavorable inferences.  So, be cautious.  Have

2   authorization for payment for gathering materials."

3         Do you see that.

4   A    I do.

5   Q    By the way, authorization for payment was authorization

6   from Roger Khan; right?

7   A    Correct.

8   Q    And that was to do what?

9   A    Give him a thousand dollars to be able to go out, go to

10  the bars to look for the people we were looking for, to travel

11  around the park, to come see me, things of that nature.

12  Q    Was that thousand dollars given by you to influence his

13  testimony as a witness?

14  A    Not at all.

15  Q    There were other times during these conversations where

16  you cautioned Selwyn Vaughn; is that correct?

17  A    Correct.

18        MR. SHARGEL:   Can we have July 30, page five?

19  Transcript of July 30, page five.

20  Q    The top of the page, if we can blow up that part?

21        "So, what's cooking?"

22        You say: "Your friend says he appreciates everything

23  you're doing."

24        That refers to Roger Khan; right.

25  A    Yes.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                1387

1    Q    And he says: "Aha."

2         And you said that:  "He can't remind you enough to

3    be careful, be careful, be careful."

4         He says: "All right."

5         "This, uh, they have a shity case against him, and

6    let's not make it better by doing something silly."

7         Vaughn says: "Sure, I agree."

8         What was the purpose of saying this to him.

9    A    I was trying to reinforce to him, Don't do anything that

10   makes the government's weak case against Roger better by doing

11   something, harassing somebody, suggesting anything other than

12   that he was out there to arrange meetings for me with the

13   witnesses.

14   Q    Did there come a time when -- going back to June of

15   2008 -- did there come a time when you went to Guyana again

16   A    I did.

17   Q    And this now is the fourth trip that you made to Guyana?

18   A    It is.

19   Q    Tell us what you learned on the trip to Guyana in June of

20   2008.

21   A    I learned a number of things during that trip.  One of

22   them related to an additional witness, who we thought was

23   probably the most important witness on Clark we had

24   discovered.

25   Q    Who was that?

Simels - direct - Shargel                1388

1    A     His name was Rawle Gulliver.

2    Q     And how did Mr. Gulliver fit into the case?

3    A     Major Peters had found for me a person that the military

4    had use for in the 2000 to 2006 period as an informant inside

5    the Village of Buxton, who had been planted there as an

6    undercover agent to observe the criminals in Buxton, and he

7    was giving me a firsthand account of what he observed with

8    regard to David Clark, Colonel Ben, Colonel Collins, Collins

9    and others and their interaction with the criminals, their

10   supplying the criminals with rounds of ammunition, including

11   David Clark, their participation in murders, and their removal

12   of bodies of sugar-cane workers who had been removed by David

13   Clark in his car, and other things.

14             THE COURT:  If you conclude these statements were

15   made to Mr. Simels, you can't consider them for the truth.

16   Understood?

17             Go ahead, Mr. Shargel.  I'm sorry for the

18   interruption.

19             MR. SHARGEL:  That's perfectly fine.

20   Q     Mr. Simels, what use were you going to make of

21   Mr. Gulliver, Rawle Gulliver?

22   A     At this point, it became essential to me that I try to,

23   one, confirm all the details of his account, and, secondly,

24   then try to add him onto the Rule 15 witness list.

25   Q     What else did you learn -- what else, if anything, did

Simels - direct - Shargel                    1389

1    you learn in Guyana during that trip, June 2008?

2            How long were you there, by the way.

3    A    I think four days.

4    Q    And during those four days in Guyana, who did you go with

5    on this occasion?

6    A    I went with Mr. Avakian.

7    Q    What did you learn in addition to the potential use of

8    Mr. Gulliver as a witness?

9    A    Well, I heard various rumors while I was there, one

10   regarding a fellow named Ryan.  I explored the rumor.  I heard

11   from his father that his son was a madman.  I heard that he

12   was smoked coke all the time, so he was -- I'm interested, but

13   I'm not really concerned about this person's history.

14           I learned about the fact -- I met with Kevin, Barry

15   Dataram while he was there, and asked him about the

16   transaction involving Vijay Jagnarain's son, and he gave me

17   the details of the transaction.  He told me that it was not

18   Roger, but that it was a fellow named Imran Khan, who had

19   actually participated in the transaction.

20   Q    Who is Imran Khan?

21   A    A drug dealer.

22   Q    Related to Roger Khan?

23   A    Not really.  Just similar last names.  Khan down there is

24   similar to Smith and Jones, perhaps.

25           I met Imran Khan.  I asked him about the

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                1390

1    transaction.  He denied the transaction to me, but admitted

2    knowing and participating at one time in his life with Dave

3    Persaud, although he denied the specifics of the Son

4    transaction.

5           I believe that I was in a position, once I obtained

6    a picture of Imran Khan, to develop that evidence with regard

7    to Son.

8    Q    Now, when you returned from Guyana in June of 2008 -- by

9    the way, do you recall when it was you returned, the date?

10   A    I believe I got back either the evening of the 18th or

11   the morning of the 1st.

12   Q    Then you met with Mr. Vaughn on the 20th; correct?

13   A    I did.

14   Q    When you got back from Guyana, did you have notes?

15   A    I did.

16   Q    And did you take notes in the fashion similar to what

17   occurred on earlier three trips in connection with your

18   investigation, your personal investigation?

19   A    I did.  I made them either shortly at the -- right at the

20   time I was meeting with the people or shortly thereafter.

21   Q    Let me show you what's been marked as Defense Exhibit

22   305-D for identification, and ask if you recognize that, 305-D

23   as in David.

24   A    Yes.

25   Q    What do you recognize it to be?

Simels - direct - Shargel                    1391

1   A     This was my e-mail, with attached copies of my memos from

2   Guyana in both Word Perfect and Word versions.

3   Q     Why did you have it in two different versions?

4   A     I was sending it to myself, to my laptop, so I could have

5   it on my hard drive, download it and put it on my hard drive

6   from the Word.  The Word copies were for Diarmuid White.  The

7   Word Perfect was for our files, as we use Word Perfect.

8   Q     Attached to this document, you have the memorandum that

9   you prepared from your notes in Guyana; correct?

10  A     Correct.

11            MR. SHARGEL:  I offer 305-D in evidence.

12            THE COURT:  Any objection?

13            MR. D'ALESSANDRO:  No, your Honor.

14            THE COURT:  Received.

15            (So marked.)

16            THE COURT:  Did you say B or D?

17            MR. SHARGEL:  D as in David.

18  Q     Turning to -- the pages aren't numbered.

19            Turning to the fourth page of the exhibit.  This is

20  information, as you told us, you learned, information about

21  Ryan Pemberton; correct.

22  A     Right.

23  Q     This was impeachment material that you were gathering?

24  A     Yes.  "Glenn" referred to Glenn Hanoman, who tried to get

25  the criminal history on this person, and the other information

Simels - direct - Shargel                1392

1    is about him smoking blackjack, coke in a cigarette.

2    Q     This is all information you gathered down there?

3    A     It is.

4    Q     Turning now, four pages later: "Clark is an Islamic

5    fundamentalist and hates America."  This is part of the number

6    of the topics that came up with Leslyn Camacho later on;

7    correct?

8    A     I met with a captain in the military who provided me with

9    this information.

10   Q     And this is just a record of the information that you

11   learned; correct?

12   A     He told me he thought there were tapes of the seminars in

13   which Clark had preached his anti-American philosophy to those

14   who were in guerilla training.  I wanted to obtain copies of

15   those to use against Clark at trial, or at least to show it to

16   the government before trial.

17   Q     Did you rely on this document at all in preparing the

18   proposed affidavit, the draft affidavit for Leslyn Camacho?

19   A     This was certainly one of the main sources, among other

20   information, I had to prepare that affidavit.

21   Q     Two more pages that I would like to focus on.  One is

22   three pages later.  You testified learning information about a

23   potential witness named Rawle Gulliver, and seeing him down;

24   there, is that correct?

25   A     That's correct.

Simels - direct - Shargel                    1393

1   Q     You took information about him.  Date of birth.  Why do

2   you want to know the date of birth, by the way?

3   A     Well, that's information, among other things, we have to

4   turn over to the prosecution before our witnesses are called

5   on the witness stand, so they can check the background of the

6   witness.  I also wanted to be able to independently confirm

7   information, if I can, about them.

8   Q     So, we're not going to go into detail.  It's in evidence.

9   This contains information that was provided to you by Rawle

10  Gulliver; correct?

11  A     This was the information -- these are my notes of my

12  meeting with him, yes.

13  Q     It goes on for some pages?

14  A     That's correct.

15  Q     Now, you told us about Imran Khan.

16        Clark would provide weapons, ammo to Buxton;

17  correct?  Did you learn that before.

18  A     I learned that before, and Rawle Gulliver was confirming

19  it.

20  Q     Then finally: "Clark had a drug venture going with

21  Semple, Sergeant Williams, and Imran Khan.  Williams caught in

22  New York."

23        You mentioned Imran Khan here.

24  A     That's correct.

25  Q     These were notes that were taken by you in June of 2008;

Simels - direct - Shargel                    1394

1    correct?

2    A    Correct.

3    Q    When you got back to New York and met with Mr. Khan on

4    June 20, did you discuss with him the information that you

5    learned from Mr. Gulliver?

6    A    I started to.

7    Q    Tell me what happened or tell the jury what happened.

8    A    As I started to discuss it and give him the account

9    Mr. Gulliver had given me, Mr. Vaughn said that the person was

10   making up the fact that he had observed Rondel Rawlins being

11   treated by Clark's wife, given medical care, because that he,

12   Vaughn, had been the one who had arranged for the house where

13   the care was given.

14        This told me two things immediately about Vaughn.

15   One, that he was lying to me up to that point, because he told

16   me he only met Roger Khan in 2005 and was not involved in

17   these events before then, and I knew that the events with

18   Rawlins getting hurt was in 2003.

19        And, secondly, I thought that he was dismissing this

20   person's account because he didn't want that person to become

21   the star in our horizon with regard to Roger.  He wanted to

22   continue to be the star.

23   Q    Did you take other steps to check out the information

24   that Mr. Gulliver had given you?

25   A    Yes.

Simels - direct - Shargel                    1395

1    Q    And what steps did you take?

2    A    I attempted to confirm with various people in Guyana

3    whether any of this was true.  He had told us about a map that

4    he had prepared.  We attempted to get a copy of the map that

5    he had prepared from the military.  We attempted to get

6    photographs of the events that he described to us.  Much of it

7    was being reported to me was being confirmed.  I did not have

8    the reports in my possession before I was arrested.

9    Q    Let me show you what's been marked as Defense Exhibit

10   S-310-B for identification.

11          MR. SHARGEL:  I'm sorry.  For identification, your

12   Honor.

13   Q    Showing you what's been marked as defendant's 310-B for

14   identification.  I ask you to look at it, and tell me whether

15   you recognize it.

16   A    I do.

17   Q    What do you recognize it to be?

18   A    It's my e-mail to Paul Rodriguez and Gerald Pereria,

19   asking them about Mr. Gulliver's account.

20          MR. SHARGEL:  I offer in evidence 310-B.

21          THE COURT:  Any objection?

22          MR. D'ALESSANDRO:  No, your Honor.

23          THE COURT:  Received.

24          (So marked.)

25   Q    This e-mail, as you said, is to Paul Rodriguez and Gerald

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                1396

1   Pereria.  You met them on your first trip to Guyana; right?

2   A    Correct.

3   Q    And you say: "Here are my notes.  Perhaps you can look

4   and correct or add as may be appropriate"; correct?

5   A    That's correct.

6   Q    So, essentially, this looks familiar.  You just

7   cut-and-pasted this with the e-mail, your notes from the memos

8   that we just saw in evidence?

9   A    That's exactly what I did.

10  Q    You wanted to find out if this information was accurate;

11  right?

12           MR. D'ALESSANDRO:  Objection to form.

13           THE COURT:  Sustained.

14  Q    What was your intention in writing this?

15           THE COURT:  Don't lead.

16           MR. SHARGEL:  Sorry.

17           THE COURT:  Don't lead.

18           MR. SHARGEL:  All right.

19  A    I was attempting to confirm whether it was accurate.

20  Q    On June 20, do you remember the attribution -- I'm sure

21  you can't correct the attribution -- the don't-kill-the-mother

22  attribution?

23  A    Yes, I remember.

24  Q    During that conversation -- you explain in your own

25  words.  I don't want to lead.  You explain what did you have

Simels - direct - Shargel                    1397

1  in mind when you said that.

2  A    I discussed this person when I was in Guyana, Vaughn, and

3  I was told in short that he was making himself bigger than he

4  is and that he was really a wuss.  That was their description

5  to me.  I sort of made it emphatic to him when I came back not

6  to do anything stupid, that that would settle the matter with

7  him.

8            So, when I met with him, I said to him, All he says

9  is, Don't kill the mother.  Vaughn had no respect for me.  I

10 mean, I was a nobody except a lawyer.  Certainly didn't trust

11 me at the first meeting, and wanted Roger's authorization to

12 talk to me.  So, in my world, I viewed him as being somebody

13 who would only respect Roger.

14 Q    What did you tell him with respect to Roger?

15 A    I wanted him to understand that if he did anything

16 violent, anything, the person who is going to get hurt is

17 Roger, not me, and that if he wanted to make sure that Roger

18 didn't get hurt -- and that would include if somebody got

19 hurt, Roger would be taken out of the what they call general

20 population, where I could meet with him regularly and he had

21 access to his typewriter and the law library and every other

22 aspect of the jail, he would be thrown in what they call the

23 Special Housing Unit, locked down twenty-four hours a day in a

24 cell, no access to the library or books, no access to me,

25 basically -- and I was trying to emphasize to this guy, You

Simels - direct - Shargel                    1398

1    don't want that to happen.  If you like Roger, you don't want

2    that to happen, because that will screw up Roger completely

3    and our preparation of the defense.

4    Q    By the way, are you familiar with the concept in our

5    criminal law called forfeiture by wrongdoing?

6    A    I certainly am.

7    Q    Were you familiar with the concept of forfeiture by

8    wrongdoing in the summer of 2008?

9    A    Yes, absolutely.

10   Q    Could you explain to the jury what forfeiture by

11   wrongdoing meant to you at the time?

12              MR. D'ALESSANDRO:  Objection, your Honor.

13              THE COURT:  Come up.

14              (Sidebar.)

15              THE COURT:  Yes.

16              MR. D'ALESSANDRO:  Obviously, I thought it was

17   better to object before the answer was given.  I don't know

18   what the answer is going to be to this.  If it's something

19   akin to an instruction of what the law is, that's your Honor's

20   job, to instruct the jury on what the law is on any defenses

21   to the crimes charged.  If it's articulating his

22   misunderstanding of the law and he did something because he

23   was ignorant, ignorance of the law is no defense.  I don't see

24   any relevance to this question.

25              MR. SHARGEL:  I think the objection is far afield.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                    1399

1    I wanted to simply point out that he knew at the time that if

2    something -- some harm came to Clark and they connected it to

3    the defendant, that Clark's statements, unsworn and sworn,

4    would be admitted into evidence, he would have no opportunity

5    to cross-examine him, and he was not gaining an advantage by

6    having witnesses dispatched.

7              THE COURT:  He's not going to say that Roger Khan

8    would forfeit his right to cross-examine Clark if Clark's

9    sister was killed; right?

10             MR. SHARGEL:  No.  They didn't make that argument.

11   That's really weight, not admissibility.

12             THE COURT:  Overruled.

13             (In open court.)

14             MR. SHARGEL:  MR. SHARGEL:  May I put the question

15   again, your Honor?

16             THE COURT:  Yes.

17   Q    What did you understand -- and I'm asking for your

18   understanding in 2008 -- what was your understanding as to the

19   law in connection with forfeiture by wrongdoing?

20   A    If something happens to a witness, Alicia Jagnarain,

21   anybody in this case, and they are not able to testify at the

22   trial, the prosecution is allowed to introduce not only their

23   prior testimony, but all of the notes that the prosecutors

24   took from this person, and, worse, we don't get to

25   cross-examine the person, because we don't get to

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                1400

1    cross-examine notes and we don't get to cross-examine

2    testimony.

3              So, I didn't want anything to happen to the

4    witnesses, because we were ready to attack on the witness

5    stand Alicia and the other witnesses with credible evidence.

6    Q    Right after --

7              THE COURT:  Excuse me.  I have permitted the witness

8    to testify to his understanding, and that was the question

9    Mr. Shargel posed, because it's relevant to his state of mind.

10   What the law actually is, you'll take from me, not from this

11   witness or any other.  All right?

12             Go ahead, Mr. Shargel.

13             MR. SHARGEL:  Thank you, your Honor.

14             By the way, I was reminded that Defense Exhibit

15   308-A that I laid a foundation but I didn't move into

16   evidence.  I would like to move that into evidence now.

17             THE COURT:  Any objection?

18             MR. D'ALESSANDRO:  No, your Honor.

19             THE COURT:  Received.

20             (So marked.)

21   Q    Now, there was reference or mention during the

22   conversation of June 20, 2008 to George Allison; do you recall

23   that?

24   A    I do.

25   Q    Let my put the question to you:  Did you have any

Simels - direct - Shargel                1401

1   intention to have Vaughn or anyone else harm George Allison in

2   any way?

3   A    No.  We wanted to see George Allison.  We wanted to talk

4   to him.  We thought he knew a lot about Clark.

5   Q    Was George Allison a potential witness for you?

6   A    No.  I would assume he would be arrested by the

7   government the minute he showed up.  He had been on the Lilly

8   wiretap sending drugs to the United States.  Ultimately, I was

9   correct.  He was arrested in 2009.

10          MR. D'ALESSANDRO:   Objection.

11          THE COURT:  Overruled.

12   Q    Now, I would like to turn your attention to certain

13   people that you've discussed already in your testimony at some

14   length, but certain people who have been the subject of an

15   accusation that you tampered with and ask you questions about

16   those people.

17   A    Sure.

18   Q    First of all, did you authorize, encourage or suggest to

19   Selwyn Vaughn that he bribe anyone?

20   A    Never.

21   Q    Alicia Jagnarain.  Can you just briefly, very briefly, in

22   a sentence or two, and I'll ask you this with respect to each

23   such person, remind us all who she is and what her

24   significance was in the case?  Just a couple of sentences.

25   A    Alicia Jagnarain was a drug dealer who had together with

1    her boyfriend, Dave Persaud, run drugs from Guyana to Queens

2    and distributed through New York.  She was arrested in 2003,

3    started to cooperate, and got a reduced sentence from the

4    government for her cooperation, and had told them she had a

5    ledger which had the name "Shortman" in it, a drug ledger.

6    Q    That might have been six sentences?

7         When did she first come to your attention.

8    A    She first came to my attention in my meetings in

9    January '07 in Guyana.

10   Q    What was the defense strategy with regard to her?

11   A    We had developed evidence that she had engaged in drug

12   trafficking, continued to sell drugs while cooperating with

13   the government.

14        We had evidence through our handwriting expert that

15   she may have fabricated the ledger and created it after she

16   began cooperating.

17        We had evidence that she had lied to the government

18   in her debriefings.

19        We had a lot of evidence on Alicia.

20        THE COURT:  Excuse me, Mr. Simels.

21        Again, this is very important, because to the extent

22   the witness believes this evidence exists, it's very important

23   to his state of mind.  But I feel the need to continually

24   continue to remind you of the fact that this information

25   imparted to Mr. Simels, pursuant to his efforts in defending

Simels - direct - Shargel                1403

1   Roger Khan, is hearsay.  Don't consider it for the truth, but

2   his belief.  That if you conclude that these things were

3   imparted to him and that he believed them, it's relevant to

4   his state of mind in dealing with Selwyn Vaughn.

5          It's an important distinction.  All right.  I wanted

6   to remind you of it.

7          I'm sorry, Mr. Simels.  Go ahead.

8          THE WITNESS:  No, your Honor.

9   Q    Did your investigation produce information that was

10  helpful to the defense?

11  A    Very helpful to the defense.  We were able to corroborate

12  almost everything that we had looked into and led to believe.

13  Q    Did you ever try to keep your defense interest in Alicia

14  Jagnarain a secret?

15  A    Never.

16  Q    She was mentioned in court files?  Yes or no.

17  A    She was mentioned in court files.

18  Q    Before you met Selwyn Vaughn, did you make any effort to

19  interview, either through an investigator or yourself, to

20  interview Alicia Jagnarain?

21  A    All three of our New York investigators, yes.

22  Q    Was your investigation of Alicia Jagnarain completely

23  successful?

24  A    No.

25  Q    Why not?

Simels - direct - Shargel                    1404

1    A    There was still more we can do, and certainly one of the

2    things I wanted to do was to speak directly to Alicia

3    Jagnarain.

4    Q    Were you able to accomplish that?

5    A    No.

6    Q    You never met her?

7    A    Never.

8    Q    What did you think that Selwyn Vaughn could do for you in

9    connection with Alicia Jagnarain?

10   A    I think he was Guyanese and can go into a Guyana

11   community, Tic Tock Tavern, any other areas in Queens that are

12   primarily Guyanese, and be successful in locating her and

13   telling us where we could find her.  Otherwise, we had been

14   unsuccessful through our investigators and our other efforts,

15   including my secretary.

16   Q    Your secretary was Guyanese?

17   A    My secretary was Guyanese.

18   Q    Did she make any effort to find people?

19   A    She went out looking for Farrar, and she when out looking

20   for Alicia.

21   Q    Let's turn our attention to Farrar.  Do you have a last

22   name for her?

23   A    Farrar?

24   Q    Farrar.

25   A    Singh, S I N G H.

Simels - direct - Shargel                    1405

1   Q     Remind us who she is or who she was in 2008?

2   A     We had been told, beginning in January of '07, my notes

3   of the Guyana trip, that Farrar Singh had an intimate

4   relationship with David Persaud and with Alicia Jagnarain, and

5   they continued that relationship over the course of years.

6   Q     Were you or the investigators that you employed

7   successful in finding her?

8   A     None of the three were.

9   Q     By the way, is she a witness in the case?

10  A     No.

11  Q     For either side?

12  A     For nobody.

13  Q     What was she supposed to do?

14  A     I just wanted to know if she knew anything about Alicia

15  that we could use, and whether she had stayed in contact with

16  Alicia and whether she could make contact with Alicia on our

17  behalf.  We cannot use in court the fact that they had an

18  intimate relationship.  It would not have been a permissible

19  question to ask Alicia.  She was our -- only background

20  information to us and our ability to contact Alicia.

21  Q     Up to this date, have you ever met Farrar Singh in your

22  life?

23  A     No.

24  Q     Have you ever seen her in person?

25  A     No.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - direct - Shargel                    1406

1    Q     You have a picture.  Have you ever seen her in person?

2    A     I have not seen anything beyond the picture.  It's a

3    picture that came from us.

4    Q     What did you think that Selwyn Vaughn could do?  How

5    could he help with regard to Farrar Singh?

6    A     First, we were told that Farrar Singh was a bartender in

7    the Tic Tock Tavern.  Then we were told she was a dancer.

8    Then we were told -- Peter Headley told me she worked in a

9    strip club off Liberty Avenue, when I went out to interview

10   him.  So, we were looking in those locations to see if we

11   could find her.

12   Q     Peter Headley is the person that you interviewed at a

13   prison in Ohio?

14   A     That's correct.

15   Q     Was there a discussion about paying money to Farrar

16   Singh?

17   A     There was.

18   Q     What was that about?

19   A     Mr. Vaughn had said he had located her in a Brazilian

20   strip club, and that things going on there were the normal

21   things that would happen in a Brazilian strip club.  I

22   therefore was led to believe she was a lap dancer, and perhaps

23   she would be willing, if we could give her information -- pay

24   her, give us information.

25   Q     Now, what was your understanding, in the summer of 2008

Simels - direct - Shargel                1407

1    and indeed throughout your entire career in the law, as to

2    whether you can pay someone, not a witness, but pay someone

3    for information?

4    A    That you can do that.

5    Q    Let me turn our attention to Vijay Jagnarain.  I'll refer

6    to him, as everyone has, as "Son."  That's his nickname;

7    right?

8    A    Correct.

9    Q    Up until today, have you ever met Vijay Jagnarain, have

10   you ever met Son?

11   A    No.

12   Q    Have you ever seen him in person?

13   A    No.

14   Q    Tell us or remind us who he is.

15   A    Vijay Jagnarain was a drug dealer who was working for a

16   law firm in New York while he was selling drugs that he was

17   getting from Guyana.

18   Q    Did you say a law firm?

19   A    A law firm.  He worked at Skadden Arps.

20   Q    What was his expected testimony, very briefly?

21   A    If he testified at the trial?

22   Q    If he testified at the trial.

23   A    I anticipated he would say that he had gone into one drug

24   transaction in Guyana, and had met Roger Khan for a few

25   moments.

Simels - direct - Shargel                    1408

1    Q    Was there an investigation of Son?

2    A    We did investigate him.

3    Q    What did the investigation -- what -- tell us briefly,

4    what did the investigation accomplish?

5    A    Once we heard the name, which came from a government

6    transcript that was given to us, we searched the court

7    records.   We looked at the court records.

8              We found a copy of the document that charged him

9    with the crime of drug trafficking.   We got a copy of the plea

10   minutes with regard to when he pled guilty.   We obtained

11   information about who had put up his bail.   We sent for, by

12   subpoena to Skadden Arps, the law firm he works for, and to

13   Home Depot, where we determined that he was working at that

14   time, information about his employment applications to see

15   whether he had lied on them or what the circumstances were of

16   his termination from Skadden Arps.

17   Q    Let me ask you a question:   There's been a lot of

18   testimony from both sides about court records.   We're talking

19   about public court records, are we?

20   A    Public court records that you get on the first floor of

21   this building.

22   Q    That's available to anyone in the normal course of court

23   activity?

24   A    Anybody.

25   Q    Why did you want to see Son?   What was the purpose behind

1    your desire to see him?

2    A    I at least had been told in Guyana by Barry Dataram and

3    through my contact with Imran Khan that it was not Roger Khan

4    who had seen or had any interaction with Son, but it was Imran

5    Khan.   And Imram Khan is like Roger Khan's double, so we

6    wanted to be able to confront Son with that fact that we

7    thought he was lying, or perhaps, as often happens in

8    cooperation agreements, you tell the government what you think

9    they might want to hear.

10   Q    Were you successful in finding him?

11   A    We were successful, yes.

12   Q    And in what sense were you successful?

13   A    We had an address.  I sent Deborah Martin, the

14   investigator who was here, to go interview him and ask him

15   what he knew about Roger Khan and drug transactions.

16   Q    You heard testimony that he refused to speak to her;

17   right?

18   A    Correct.

19   Q    Did you ever get to speak to him?  I think I put this

20   question.  Forgive me if I have.  Did you ever get to speak to

21   him?

22   A    Never got to talk to him.

23   Q    Did there come a time when you heard that he had a

24   brother in Guyana who was a judge?

25   A    Yes.

Simels - direct - Shargel                    1410

1  Q     And did you have any interest in contacting the judge?

2  A     I did.  I thought that if we were in a position to

3  contact his brother, who we knew or believed to be a judge in

4  Guyana, that he could explain to his brother that he could

5  meet with us, that he could not -- we wanted him to tell him,

6  Don't lie, that no cooperation agreement is worth getting up

7  there and lying and then being exposed.  So, I wanted to get

8  his brother a transcript of what he had said, so the brother

9  could read it as a judge and give his brother advice, maybe

10  have him back off of not meeting with us, and back off of his

11  account, that he was lying.

12              (Continued on next page.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1   CONTINUED DIRECT EXAMINATION

2   BY MR. SHARGEL:

3   Q    How did you think Selwyn Vaughn would help in this matter

4   with Son?

5   A    I thought as we were trying -- a couple of things.  If

6   he could speak to anybody down in Guyana, might get people

7   down there moving a little quicker to make that kind of

8   contact with the brother, the judge and secondly, if he would

9   possibly go see him, explain to him we want to talk.

10  Q    Do you know of any prohibition -- your understanding of

11  the law -- do you know of any prohibition that would keep you

12  from sending someone to speak to Son?

13  A    There's no prohibition.  In fact, there's a requirement I

14  try to do that.

15  Q    We heard the name, first name Ryan.  We know now that to

16  be Ryan Pemberton?

17  A    Yes.

18  Q    Remind of us who he is, what his role was in the Khan

19  case from your perspective back in 2008.

20  A    I heard of Ryan during my June, 2008 meeting in Guyana.

21  I was told that his wife had left him and said that he was

22  cooperating with the DEA against Roger and that he was a crack

23  head and his father thought he was a madman; he was hiding

24  upstairs in his father's attic.

25  Q    When were you told this?

Simels-direct-Shargel                          1412

1   A     In June of 2008 when I was in Guyana.

2   Q     Did you ever meet Ryan Pemberton?

3   A     No.

4   Q     Ever see him in your life?

5   A     No.

6   Q     When did you first hear his name?

7   A     June, 2008 when I was in Guyana.

8   Q     What steps did you take to pursue that rumor, what you

9   had heard about Ryan Pemberton?

10  A     I e-mailed Glen Hanoman, an attorney in Guyana, ask him

11  if he knew anything about the person's background and asked

12  people in Guyana to follow up, see what was the story.

13  Q     Did you drive by his house in Guyana?

14  A     I did.

15  Q     Tell us what happened.

16  A     I was out with Paul Rodriguez in a car, Chuck Avakian in

17  the car, going to a couple of meetings, spring by Ryan's

18  father's house to talk to us.  We drove by the house.  We

19  stopped across the street, Paul hit the horn twice, didn't

20  come down.  We left.

21  Q     Did you ever prepare an affidavit for Ryan Pemberton?

22  A     I did.

23  Q     Is that the affidavit that we saw in evidence, the

24  government put in evidence?

25  A     That's correct.

Simels-direct-Shargel                                    1413

1   Q    That affidavit was unsigned; is that correct?

2   A    Unsigned.

3   Q    Did that affidavit ever leave your office for Guyana?

4   A    No.

5   Q    David Clarke, I don't know we need to be reminded about

6   him, but the only time you saw him was in the Queens facility

7   for about how long?

8   A    Ten seconds, 15 seconds.

9   Q    You had been investigating him during what period of

10  time?

11  A    I began investigating David Clarke from January of 07,

12  2007; that is, until I was arrested.

13  Q    By the way, with respect --

14            MR. SHARGEL:    Might I have a moment, your Honor?

15            THE COURT:    Yes.

16            (Pause.)

17  Q    May I show you an Exhibit 531 for identification?

18  Q    Do you recognize Exhibit 351?

19  A    I do.

20  Q    What do you recognize it to be?

21  A    It's a copy of a letter that I sent to the president of

22  Guyana, Bharrat Jagdeo, August 28th, 2008.

23            MR. SHARGEL:    Subject to agreed-upon redaction, I

24  offer this in evidence.

25            THE COURT:    Yes, redacted, to be clear, I wasn't

Simels-direct-Shargel                    1414

1    explicit, redact the footnotes.

2              MR. SHARGEL:    I'm not going to publish it now.

3              THE COURT:    I assume someone is going to prepare a

4    redacted copy?

5              MR. SHARGEL:    Yes.  It will be agreed upon.  We'll

6    show it to the court.

7              THE COURT:    Thank you.

8              MR. SHARGEL:    With that understanding --

9              THE COURT:    Received, 531.

10             (So marked.)

11   Q    This is a letter, not being published at the moment, this

12   is a letter that is directed to the President of Guyana,

13   right?

14   A    Correct.

15   Q    The president of the country?

16   A    Correct.

17   Q    You wrote to the president of the country, correct?

18   A    I did.

19   Q    You asked him for certain materials?

20   A    That's correct.

21   Q    Would you just tell the jury your recollection or give

22   the jury a description of the materials that you were seeking

23   from the President of Guyana but just limit it to that, just

24   identify what the materials sought were.

25   A    We asked the President of Guyana, based upon a

Simels-direct-Shargel                    1415

1   conversation I had in my June meeting in Guyana, to provide us

2   with documents from both the military, from the police

3   department, records relating to David Clarke, Alicia

4   Jagnarain, David Persaud, all the other witnesses who we

5   anticipated the government might call at the Roger Khan trial.

6   Q    David Persaud was already dead at that point, wasn't he?

7   A    It was relevant to us that -- and the Allison killings --

8   because the government had filed a motion in the Roger Khan

9   case, request for the judge in the Roger Khan case they be

10  able to introduce evidence of David Persaud's death and of

11  Donald Allison's death.  We wanted copies of all the police

12  reports, all the investigation relating to the death of

13  Allison, all the police reports relating to the death of David

14  Persaud.  We were asking the president of the country to

15  provide that to us.

16  Q    What was the purpose of speaking to Selwyn Vaughn about

17  David Clarke during the meetings that you had with him?

18  A    First, he told us in the very first meeting that he grew

19  up in the same village; that he went to school with Clarke's

20  brother, Hubert; that he, like George Allison, were all

21  neighbors, lived next to each other, childhood friends.  We

22  were interested in his perspectives what he knew about David

23  Clarke and his brother Hubert.

24  Q    By the end of June, 2008, into early July of 2008, in

25  your view did Selwyn Vaughn accomplish anything for you that

1   would help the investigation?

2   A    As of what date, I'm sorry?

3   Q    Right up through June and into early July.  You met him

4   May 13th and now I'm taking you  --  actually from that date,

5   day one, May 13th right up to the end of June.  I want to stay

6   with that, perhaps the beginning of July, the first eight days

7   in July.  What did Selwyn Vaughn accomplish for you?

8   A    Accomplished nothing except wasting my time.

9   Q    Why did you keep seeing him?

10  A    One, my client wanted me to keep seeing him.  My client

11  was facing a case where he could go to jail for the rest of

12  his life with no parole.  You listen to your client.

13         Number two, I dealt with reluctant witnesses in the

14  past, people who aren't forthcoming.  You keep working with

15  them, probing them.  They're even a source of information even

16  if they don't think they're being a source of information.

17         He was giving us background in terms of Allison that

18  we didn't know.  He was giving us background about a number of

19  people that we didn't know or we could verify with third

20  parties.

21  Q    Did you make efforts to check out or verify what it is

22  that he was telling you?

23  A    We sought to check out everything he told us.  We either

24  got confirmation or we didn't.

25  Q    Do you remember getting a call from Selwyn Vaughn on

1    July 9th, 2008 where he said in actual words that he's

2    penetrated the heart of the case, penetrated the heart being

3    his words; that he has exciting news for you?  Do you remember

4    that?

5    A    I remember the call.

6    Q    When did you finally meet with him?  Remind us when you

7    finally met with him on the topic of penetrating the heart and

8    exciting news.

9    A    Nine days later, July 18th.

10   Q    What did he tell you on July 18th?

11   A    He told me when he came in --

12              MR. SHARGEL:    Actually, could we put it on the

13   screen, July 18th?

14   Q    Is this as you understood it the exciting news he had to

15   tell you?

16   A    This, I gathered, was the exciting news he had.

17   Q    Tells you right.  Clarke is willing to play, but he want

18   to know, what you want he do?  What's in it for him?

19   A    Yes.

20   Q    Your response, Clarke is willing to take a plea and not

21   cooperate you mean?  What was that?

22   A    He had a little bit of an accent, have a little bit of

23   hearing problem.  Maybe I heard the word "play" as "plea".

24   Q    Vaughn clarifies, he says he's willing, he's willing to

25   play.  Well, I mean about what he wants to know exactly you

Simels-direct-Shargel                                    1418

1    know, what he'd be required to do and what's in it for him.   I

2    at any time go to see him as yet became let me talk to you

3    first and then  -- what does he want?  That's the key, I mean.

4    You continue the conversation.

5    A     Right.

6    Q     I believe this is in evidence.

7              Did you have in mind before Selwyn Vaughn walks into

8    the room that you were going to bribe David Clarke or bribe

9    anyone else?

10   A     No, the only thing he was supposed to be doing for me was

11   finding people.

12   Q     Why did you continue the conversation after this?  Why

13   didn't you kick him out of the room?

14   A     I thought it would be really helpful to us.  If I thought

15   a witness was trying to extort money from us, just like

16   Mr. Ricco was talking about, it's a very major step for us.

17   If we could have gotten evidence of David Clarke, in

18   conjunction with Leslyn Camacho was trying to solicit money

19   from us, whether it be $100 or 5,000 or 10,000, whatever it

20   would be, it would be in Roger Khan's interest, my client's

21   interest.  If I could develop that information, give it to the

22   government at some point or expose him on the witness stand,

23   David Clarke, that would be a home run for us.

24   Q     Have you heard the expression, a "sting operation"?

25   A     Many times.

1    Q    What did you understand it to mean?

2    A    It meant I was pretending to go along with their plan so

3    that we could develop evidence of what they want and

4    specifically what they wanted, not what we were going to

5    offer.

6    Q    Did you ever intend to actually pay money to Leslyn

7    Camacho or David Clarke?

8    A    Not a cent.

9    Q    There were many calls and we could kind of summarize it,

10   but just for context, there were many calls that were going

11   back and forth trying to arrange payment of money; do you

12   recall those?

13   A    I do.

14   Q    What did you see as the issue?  Tell us what was going on

15   in this series of calls between this meeting on July 18th and

16   actually right through to your arrest on September 10th.  What

17   was going on?

18   A    I told Vaughn to be very careful in the way he approached

19   this matter; that the request hadn't come from them, not as

20   though we were offering.  He began to call me and met with me

21   again on July 30th, but contact me about this bribe that they

22   were soliciting.  I wanted to make sure that we were following

23   what we had to follow.  This guy is an unlicensed

24   investigator, somewhat of a maverick, in my view.  I want to

25   keep him under control.  Yet, I have to let him have the

Simels-direct-Shargel                    1420

1    opportunity to play this thing out.

2    Q    Why didn't you simply, as he suggested more than once,

3    why didn't you simply give the money to Selwyn Vaughn rather

4    than Leslyn Camacho?

5    A    Because I have no desire to, one, pay anybody any money;

6    two, getting Leslyn Camacho to accept money was not the

7    object.  She was not going to be a witness in the case.  The

8    object was to get David Clarke to make the request, whether it

9    was through her or David Clarke directly himself.

10             MR. SHARGEL:   Might we have Government Exhibit 814

11   on the screen?  Please highlight the last one -- actually, if

12   you would highlight the last bullet.

13   Q    This is a memorandum of a meeting with Roger Khan.  Did

14   you understand when you received this memorandum, in evidence,

15   R K is Roger Khan?

16   A    Yes.

17   Q    Wanted to know if we could record Leslyn's meeting with

18   us, is that it?

19   A    Yes.

20   Q    Actually going further up the bullet above, there's

21   mention of the fact Leslyn was coming to the office?

22   A    Yes.

23   Q    It's on the top part.  Leslyn Camacho, the third bullet

24   is going to come see us next week, yes?

25   A    I see that.

1  Q    After that, you have the bullet that says, as you said,

2  Roger Khan wants to know if you could record Leslyn's

3  meetings.

4  A    Yes.

5  Q    Did you intend with this sting operation to record Leslyn

6  Camacho?

7  A    It was my intention when and if she showed up to the

8  office to tape record her.  We have many, available and ready

9  for her; that she came in, I could get her to tell us on tape

10 that she was seeking money on behalf of Clarke, that was a

11 step in our direction towards getting to Clarke and proving to

12 the government that we had been extorted.

13 Q    Let me show you what's been marked for identification as

14 S 350 for identification . Do you recognize that?

15 A    I do.

16 Q    What do you recognize it to be?

17 A    This was a drawer in my office, a number of items,

18 including a tape recorder on the far lower right side.

19 Q    We heard testimony at the time of the search and arrest

20 on September 10th, 2008, the agents took photographs

21 throughout the office suite actually?

22 A    Correct.

23 Q    This is one of the photographs that was provided to us by

24 the government as a picture taken on September 10th, 2008?

25 A    Yes, this is their photo.

Simels-direct-Shargel                                     1422

1    Q    Which room is this in in the office suite?

2    A    The area where I physically sit in my office space.

3    Q    This item --

4              MR. SHARGEL:   Offered into evidence, your Honor.

5              THE COURT:   Any objection?

6              MR. D'ALESSANDRO:    No, your Honor.

7              THE COURT:    Received, S 350.

8              (So marked.)

9    Q    This item over here, what is that item?

10   A    Tape recording device, digital tape recording device.

11   Q    Was that workable, fully operable on September 10th,

12   2008?

13   A    Yes.

14   Q    Tell us what you intended to do with this tape recorder.

15   A    To record Leslyn Camacho as Mr. Khan mentioned to Arienne

16   Irving.

17   Q    You never met Leslyn Camacho, right?

18   A    Never met her.

19   Q    What time was the meeting finally scheduled?  Had it been

20   changed a few times, correct?

21   A    He told us he was going to bring her in the week before,

22   didn't show up with her.  He called, said he forgot.  He was

23   going out of town, told us he could do it the next week,

24   called my office to set up an appointment to come in.  I think

25   it was set for 1:30 in the afternoon.

Simels-direct-Shargel                                1423

1    Q     At the time that you were arrested --  when were you

2    arrested?

3    A     About 12:30, thereabouts.

4    Q     An hour before the scheduled appointment?

5    A     Yes.

6    Q     When you were arrested, how much money did you have in

7    your pocket?

8    A     $110.

9    Q     There was, as we saw at the conference room table a

10   proposed affidavit?

11   A     Yes.

12   Q     What was the intention of having the affidavit, the

13   proposed affidavit?

14   A     Depending how the meeting went with Leslyn, if she showed

15   up.  If she read through the affidavit, didn't want to give us

16   any corrections that might be appropriate, I was putting in

17   everything I knew about David.  If she didn't sign it, said I

18   don't know this, I don't know that, can you modify that, we

19   would have done that.  If she said to us I'm not signing

20   anything, I would hand her the $40 check and the subpoena.

21   She would at least have had that information in her head, all

22   that I knew about David Clarke, so when she next went to see

23   David Clarke at the Queens prison, she could tell David

24   Clarke, you know, they know about the murders, this, know

25   about that.  You better think about that.

Simels-direct-Shargel                    1424

1  Q    Mr. Simels, was there a time that Selwyn Vaughn on the

2  recorded conversations made a suggestion that you come out to

3  Queens or wherever to meet Leslyn Camacho?

4  A    Yes, we discussed that.

5  Q    Do you remember telling him that you won't have a printer

6  if you go out?

7  A    Correct.

8  Q    What did that signify, the fact you wouldn't have a

9  printer?  Why would you need a printer if she was going to

10 sign what you put in front of her?

11 A    I didn't want her to sign what I put in front of her,

12 only what she knew.  She has to tell us what's right, not

13 right.  That's why I left blanks in it.  I would have no idea

14 how many boyfriends, girlfriends this guy had or for how long

15 he had known her or what she knew or didn't know.  Once she

16 gave me the information, if she was willing to sign an

17 affidavit, we would have printed it out at the office.  I

18 couldn't do that in the field.

19 Q    What else did you prepare for her that day?

20 A    A subpoena, a federal subpoena to appear as a witness in

21 the federal courthouse, as well a $40 check, a witness fee

22 which is required when you serve a subpoena.

23 Q    There's been testimony in the case about a locked drawer

24 in your office; do you recall that?

25 A    Yes.

Simels-direct-Shargel                    1425

1    Q    There were photographs of the contents of the locked

2    drawer, correct?

3    A    Yes.

4    Q    The contents of the locked drawer, some of the contents

5    were admitted as well, right?

6    A    Yes.

7    Q    There was $2,500 in a white plastic bag with a smiley

8    face on it.

9    A    Correct.

10   Q    Was that money to pay Leslyn Camacho?

11   A    No.

12   Q    We heard testimony about a blue Post-It that said Khan

13   and then a dollar sign?

14   A    Correct.

15   Q    Was that -- by the way, was that your handwriting?

16   A    No.

17   Q    Was that anyone else's handwriting in your office?

18   A    It was not Arienne Irving's handwriting as well.

19   It was from the secretary who had been terminated months

20   before.

21   Q    When is the last time you had Khan money in that drawer?

22   A    About two weeks before I was arrested, we received money.

23   I deposited that money.  It was kept in the drawer overnight

24   so it would be in a safe place before it went to the bank.

25   Q    What money was that?

Simels-direct-Shargel                    1426

1    A    I believe $25,000.

2    Q    May I put before you what is marked as Defense Exhibit?

3    S 352 for identification.   Do you recognize S 352 for

4    identification?

5    A    I do.

6    Q    What do you recognize it to be?

7    A    It's a Currency Transaction Report that was filled out by

8    the bank when I deposited the $25,000 on August 28th, 2008.

9    Q    The money in the white plastic bag, who did that belong

10   to?

11            MR. SHARGEL:    I'm sorry, I'll offer that into

12   evidence.

13            THE COURT:    Any objection?

14            MR. D'ALESSANDRO:    No.

15            THE COURT:    Received.

16            (So marked.)

17   Q    Who did the money in the white plastic bag belong to?

18   A    I met with a client named Rafael Morgan on September 6th

19   who had a case pending in Arizona, wanted us to work on the

20   case and I was trying to not work on the case but to get him

21   an Arizona attorney.   He had given us $2500 for consultation.

22   I put it in the drawer to be deposited.

23   Q    What is the fee Roger Khan agreed to pay you for your

24   services in connection with this matter?

25   A    He initially agreed to pay us one fee.   That changed over

1    the course of time as the case expanded.

2    Q     Be specific.   What is the one fee he agreed to pay?

3    A     I think he was originally supposed to pay us, which

4    included the cost of investigators, all the other expenses,

5    $1,250,000, somewhere around that number.

6    Q     How much did he ultimately pay you?

7    A     I think he paid us $1,200,000 or thereabouts.

8    Q     How much did he owe you as of September 10th, 2008?

9    A     He owed about $1,450,000 to cover the costs of all the

10   other attorneys, all the other investigators, experts, my fees

11   for the trial coming up.

12   Q     Did you tell Roger Khan during the course of this summer

13   that you were going to withdraw from the case?

14   A     That was a constant source of discussion between Mr. Khan

15   and I.   I reached a point where I could no longer work on this

16   case with the amount of costs that we were incurring.   Every

17   dollar that was coming in was going out as an expenditure to

18   third parties, to Mr. White, Mr. Dubin, Michael Levine, our

19   expert who was going to testify at the trial, every expert,

20   court reporter but not to us.   We were getting no money for

21   our own overhead.   So, I kept telling Mr. Khan and his brother

22   and Paul Rodriguez and everybody else who was participating in

23   getting money, that we were going to withdraw from the case

24   and in fact told them I was going to resign as of the end of

25   the first week of September but I had to make an application

1    to the court first to do so.

2    Q    Tell us how that works.  Can you with a walk off the

3    case, see you later, I'm not your lawyer anymore?

4    A    Particularly in a federal case you could not do that.

5    You have to get permission of the court.  I thought I needed

6    to have an answer by early September so that I could make an

7    application to Judge Irizarry if he was not going to pay us,

8    pay for the investigators, pay for the services he wanted in

9    court; that at least I could make an application to Judge

10   Irizarry, hope she would let me off the case so that he could

11   get other counsel in time for the October 27th meeting --

12   excuse me, October 27th court date or she would adjourn it for

13   a few more months.

14          Mr. White was available to try the case in January.

15   He was apparently willing to.  The concept I would withdraw,

16   Mr. White stays in, he proceeds in January.

17   Q    Did you tell Mr. Khan that the lawyers were working on

18   the case no longer wanted to work because they hadn't received

19   the agreed-upon fees?

20   A    I told him Darmuid White had basically abandoned the

21   project; that Josh Dubin, who he was asking to do many things

22   said to me unless he gets money up front, another 50,000 or

23   $100,000 up front, would not do anything.  I told him he was

24   walking away.  I told him Mike Levine was walking away.

25   Q    Levine was who?

Simels-direct-Shargel                          1429

1   A    A drug enforcement agent working on the case with us --

2   former.  He used to be an expert witness and to prove --

3   Q    That's all we need.

4   A    Okay.

5   Q    Let me show you what's been marked as S 314-E for

6   identification.  I ask if you recognize this.

7   A    An e-mail I sent to the brother of Roger Khan with a copy

8   to the former FBI agent who was working on the case.

9            MR. SHARGEL:    Offer this into evidence you.

10           THE COURT:    Any objection?

11           MR. D'ALESSANDRO:    No objection.

12           THE COURT:    Received.

13           (So marked.)

14           MR. SHARGEL:    May I publish this?

15           THE COURT:    Yes.

16  Q    This was written on August 28th, 2008.  You say to

17  Rafeek Khan everyone is jumping off the ship, my DEA expert

18  advises me today he's quitting, handwriting expert will do

19  nothing further.  You had need for a handwriting person in the

20  case?

21  A    Yes.

22  Q    And Darmuid has stopped working for the most part.  I

23  said at the end of the month I was shutting down and I will

24  have to focus on paying clients.  I don't understand the

25  difficulty.  While appreciating we're talking about a lot of

Simels-direct-Shargel                          1430

1  money, we're approaching trial.  I sent money to Vic, Paul,

2  Reagan, Sean and I'm getting nothing in return.  What was that

3  money for?

4  A    Vic, his lawyer, wanted money that we had had to file as

5  filing fees with regard to the Rule 15 depositions in Guyana.

6  Q    Were the Rule 15 depositions an expensive proposition?

7  A    Very expensive.  We had to pay for the costs not only of

8  court reporters going to Guyana and a DVD person going to

9  Guyana to video or shoot the proceeding, but we had to pay for

10 the government's travel, had to pay for their accommodations,

11 pay for the video conferencing setup, wanted a video

12 conference to have it beamed back to New York to this

13 courthouse.  All of that was part of our expense.

14 Q    When you say the government's travel, you're talking

15 about the prosecutors in that case?

16 A    The prosecutors and case agent, yes.

17 Q    Vic doesn't check in, I'm being told the only way the

18 deposition order will be signed by the Guyanese courts -- did

19 you need the cooperation of the Guyanese Court's as well?

20 A    Yes, when the Rule 15 order was signed by Judge Irizarry,

21 it then goes to our State Department which then makes a

22 request of the Guyanese government.  The Guyanese courts have

23 to sign off on it directing the people show up for the

24 proceedings.

25 Q    The deposition order will be signed by the Guyanese

Simels-direct-Shargel                    1431

1   courts that will allow it to happen is for me to come and

2   speak to the Oracle.  I'm not going anywhere without the fund

3   issue resolved.  Does that mean the payment?

4   A    The payments.

5   Q    If we don't get those depositions, it will greatly hurt

6   us at trial.  Is that true?

7   A    That's true.

8   Q    I'll show you one more document for identification,

9   marked for identification only, 314-F.  Do you recognize

10  314-F?

11  A    I do.

12  Q    What do you recognize it to be?

13  A    It's an e-mail that I sent to Roger Khan's brother,

14  Rafeek, on September 2nd, 2008.

15            MR. SHARGEL:    Offered into evidence.

16            THE COURT:    Any objection?

17            MR. D'ALESSANDRO:    One moment, your Honor.

18            (Pause.)

19            MR. SHARGEL:    May I have a word with

20  Mr. D'Alessandro?

21            THE COURT:    Yes.

22            (Pause.)

23            THE COURT:    What's happening?

24            MR. D'ALESSANDRO:    Additional information.  No

25  objection, your Honor.

1           THE COURT:  Received, 314-F.

2           (So marked.)

3    Q    This is dated September 2nd, a few days after the last

4    E-mail.  This is, again, to Rafeek Khan, the brother?

5    A    Yes.

6    Q    I'm going to see Roger on Friday.  I will advise him at

7    that time I'm going to resign.  I'm under the impression that

8    everyone thinks Roger will ultimately plead guilty.  The

9    government has advised they will not accept a plea for less

10   than 20 years.  Roger has understandably rejected that course.

11   I simply cannot continue with promises of payment.

12           That was written by you?

13   A    Yes.

14   Q    What's your recollection of how many hours you had been

15   working on this case, you and Ms. Irving, since August of 2006

16   right up to the day you were arrested?

17   A    Almost 3800 hours.

18   Q    The trial was expected to last how long?

19   A    Approximately three months.

20   Q    Three months every day?

21   A    Three months every day.

22   Q    Here are my final questions to you.  In all the hours

23   that you were in recorded conversation with Selwyn Vaughn,

24   during any of those conversations or by anything you said, did

25   you intend to violate the law?

Simels-direct-Shargel                                    1433

1   A    No.

2   Q    Did you intend to encourage false testimony on the

3   witness stand?

4   A    Never.

5   Q    Did you encourage people to absent themselves from a

6   trial?

7   A    No.

8   Q    Did you intend to corrupt any person in any way?

9   A    No.

10  Q    When you went to visit David Clarke in the Queens

11  facility, did you lie to that corrections officer?

12  A    I did not.

13  Q    Did you know that when the base was brought to the United

14  States that that was somehow violating the law?

15  A    No.

16  Q    Did you think the lap tops, the Panasonic Tough Brooks

17  were somehow there to record conversations?

18  A    No.

19       MR. SHARGEL:   I have no further questions, your

20  Honor.

21       THE COURT:   Thank you, Mr. Shargel.

22       Mr. D'Alessandro, what's your preference, want to

23  start now, take a break in a few minutes or take a break now?

24       MR. D'ALESSANDRO:   Let's start now if I may?

25

SS      OCR      CM      CRR      CSR

Simels-cross-D'Alessandro                        1434

1    CROSS-EXAMINATION

2    BY MR. D'ALESSANDRO:

3    Q    Good morning, Mr. Simels.  My name is Steven

4    D'Alessandro.  We've never met before, right?

5    A    I've seen you for the last year.

6    Q    Never been introduced before?

7    A    No, we haven't been formally introduced.

8    Q    We just saw some e-mail traffic about you telling Rafeek

9    Khan, Roger Khan's brother, right?

10   A    Yes.

11   Q    And you were threatening to withdraw from the case,

12   right?

13   A    Yes.

14   Q    You explained to the jury that you can't just say I'm

15   done and walk away, right?

16   A    That's correct.

17   Q    You have to apply to the judge, right?

18   A    Correct.

19   Q    The judge decides, right?

20   A    Yes.

21   Q    The Roger Khan case had already been adjourned for trial

22   once, correct?

23   A    By the court, yes.

24   Q    By the court.  It was adjourned once, yes?

25   A    Yes.

Simels-cross-D'Alessandro                    1435

1   Q    Jury selection was scheduled to begin in October of 2008,

2   correct?

3   A    Actually November 3rd.

4   Q    Jury selection is part of the trial, correct?

5   A    Yes.

6   Q    You knew when filing this application you weren't going

7   to get off the case?

8   A    Actually, I thought I would get off the case.  I thought

9   Judge Irizarry --

10   Q    It's a yes or no question.

11   A    I thought I would get off the case.

12   Q    You thought you would get off the case even though the

13   trial had already been adjourned once.  There were foreign

14   dispositions scheduled.  There were three months.  The trial

15   was going to be three months, like the actual -- from the

16   first day of testimony until the end was supposed to be three

17   months?

18   A    That's what we anticipated, yes.

19   Q    Plus jury selection?

20   A    Yes.

21   Q    All this time blocked out by the government, the defense

22   and by the court and it was your impression that filing an

23   application, you were confident you were going to get off the

24   case; yes or no?

25   A    I was very confident, yes.

Simels-cross-D'Alessandro                                1436

1    Q    I want to briefly address this issue with regards to

2    Leslyn Camacho.   She was coming in and your intention was to

3    get her on tape, correct?

4    A    If we could.

5    Q    If you could get her on tape, it was to get her to offer

6    to say whatever you wanted her for money, right?

7    A    No, I wanted her to solicit a bribe from me.

8    Q    The bribe would be I'll say whatever you want me to say

9    if you give me money, right?

10   A    Well, her and David Clarke --  I'm not interested in her.

11   She wasn't going to be a witness.

12   Q    You understand that offering to pay someone money for

13   their testimony is a crime, right?

14   A    I wasn't going to offer anybody to pay --

15   Q    Yes or no question.

16        You understand that paying a witness money for their

17   testimony is a crime, correct?

18   A    Paying for false testimony, yes, that's a crime.

19   Q    Paying for any testimony is a crime.

20   A    Well, we always pay to have people appear.   That's a

21   different issue.

22   Q    Let's be specific.   Beyond the $40 witness fee, beyond

23   that, your understanding is beyond that.   Paying for a person

24   to testify is a crime, correct?

25   A    I would say yes.

SS      OCR      CM      CRR      CSR

1    Q    Not that hard.  5,000, or 10,000 or $20,000 for someone

2    to testify --  not talking expert witnesses --  that's a

3    crime, right?

4    A    If I was offering somebody money, is that what you're

5    asking?

6    Q    What I'm asking you, if a person offers a witness money,

7    5,000 or 10,000 or $20,000 for their testimony, that is a

8    crime, yes or no?

9    A    I would assume it would be.

10   Q    You assume it or is it a crime?

11   A    It's a crime.

12   Q    You worked for the DA's office; is that right, at one

13   point, the Special Prosecutors's office?

14   A    Yes.

15   Q    You know about how to conduct an investigation or

16   investigations?

17   A    I think I do.

18   Q    You understand part of the issue that's ultimately

19   decided when doing an investigation is whether or not a person

20   knows they're committing a crime, right?

21   A    That's a factor, yes.

22   Q    It is a factor, yes?

23   A    Yes.

24   Q    So, one of your intentions is to bring Leslyn Camacho in

25   to see if she's going to solicit from you a bribe and if she

Simels-cross-D'Alessandro                    1438

1    does, you want to get it on tape, correct?

2    A    That's correct.

3    Q    For that to have any weight, she needs to understand

4    it's a crime, right?

5    A    No.

6    Q    It's your understanding that this, for lack of a better

7    description, sting, is going to discredit people if this woman

8    comes in, she asks for money thinking it's perfectly legal

9    what she's doing?

10   A    Concept would be my saying to here I understand you want

11   to ask me something.  Let her say to me what it is she wanted.

12   If she said to me I want money and David Clarke wants money to

13   testify in a certain way, that would be good.  I would think I

14   would have enough to go to the prosecutor's office, your

15   office or anybody else and establish they were trying to

16   commit a crime.

17   Q    But in order for a crime to have been committed, the

18   person needs to understand what they're doing is a crime, yes

19   or no?

20   A    That would be for your office to decide whether they

21   would prosecute.  It would only be for me to have her say it.

22   Q    She could say anything and then you're going to run.

23   Your interest is not whether or not there's any merit to it.

24   You want to get her on tape saying something, you're going to

25   run to my office?

1   A    The person comes to me and says I want $5,000 or $10,000

2   and David Clarke will change his testimony, I've arranged that

3   with him, yes, I think that would be enough for your office to

4   consider whether to investigate David Clarke.

5   Q    Wouldn't it be for my office to make a decision whether

6   that person committed a crime for them to know whether or not

7   they knew what they were doing was illegal; yes or no?

8   A    That would be up to you.

9              MR. SHARGEL:    Excuse me.  If that's the tone

10  that's going to be set for the whole cross-examination, I

11  object.

12             THE COURT:    He's got a good point.  No need to

13  yell.

14             MR. D'ALESSANDRO:    Very well, your Honor.

15  Q    Yes or no.  It's important for my office to make a

16  decision whether or not these people committed a crime?  It

17  would be important for us to know whether or not they knew

18  what they were doing was illegal; yes or no?

19  A    Based upon what I said, I think you would be able to

20  conclude what they were doing was illegal.

21             MR. D'ALESSANDRO:    Could you please direct the

22  witness to answer my question?

23             THE COURT:    Is that the best answer you could give?

24  A    Yes, I guess your office would have to conclude they

25  thought they were up to no good, criminal conduct.

Simels-cross-D'Alessandro                    1440

1   Q    So, evidence they knew what they were doing would be

2   relevant, correct, what they were doing was illegal, would be

3   relevant, correct?

4   A    Yes, that's what I hoped to solicit.

5   Q    On the contrary, if there was evidence that the person

6   didn't know what they were doing was illegal, that was also to

7   be important, correct?

8   A    Yes.

9   Q    In fact, that would also be something you would want to

10  bring to our attention, correct?

11  A    You don't want somebody falsely prosecuted, right?

12          MR. SHARGEL:   I object to the form of the question.

13          THE COURT:   Overruled.

14  A    I don't follow your example, sir.  I'm sorry.

15  Q    Let me take it step by step.  If you agree with me that

16  it's important for my office, in determining whether or not to

17  prosecute someone, for us to understand whether or not what

18  they're doing on tape you're trying to capture them on is a

19  crime.  With me so far?

20  A    Yes.

21  Q    Fair to say that, yes?

22  A    Yes.

23  Q    By the same token, if there was evidence that the person

24  didn't know what they were doing was a crime, that would also

25  be important, correct?

Simels-cross-D'Alessandro                           1441

1   A    I don't figure out how someone would not know what they

2   were doing when soliciting money from me for testimony.

3   Q    If somebody told them it's not a crime, that's how

4   somebody could know, correct?

5   A    I think I was experienced enough to be able to get out of

6   Leslyn Camacho enough detailed information that your office

7   could have used.

8   Q    Please answer my question.

9        If somebody told that person that what they were

10  doing was not a crime, that would be important evidence for my

11  office to have in determining whether or not the person

12  committed a crime; yes or no?

13  A    I can't answer that.  I don't know how your office would

14  evaluate that.

15  Q    You don't know how a prosecutor's office would evaluate

16  evidence of whether or not a person understood what they were

17  doing was a crime?

18  A    In the example you're giving me, yes.  I can't answer how

19  that would have happened.  I wouldn't know that information to

20  be able to give you.  If Leslyn Camacho came in and said to me

21  I want money and David Clarke wants money to testify a certain

22  way at Roger Khan's trial, I would think you, in your office,

23  would have plenty to work with.

24  Q    All we would have would be that little snippet, right,

25  what you decided to record; yes or no?

SS        OCR        CM        CRR        CSR

1   A     Depending on how long the conversation went on, for 45

2   minutes or an hour, you would have an hour's worth of tape.

3   Q     Only when you decide to hit record and stop, correct?

4   A     If I edited the tape, I couldn't come to you with it,

5   could I?  You're not supposed to have edited tapes when you

6   present evidence.

7   Q     The tape that you would present to my office would be

8   created by you; yes or no?

9   A     Yes, it would be started the same way the tapes were

10  started in this case, start and when the conversation ended,

11  when the person walked out, we would say the time is now

12  blank-blank.  The person now left the office.  That would be

13  the end of the tape.  If it ran an hour and a half or ran

14  20 minutes or 5 minutes, you would have the entirety of the

15  tape.

16  Q     What we would have is just that tape, yes?

17  A     If I came to you at that point, yes.

18  Q     I want to put on the screen R-13 --  one moment.

19        (Pause.)

20  Q     This is page 9, line 37.

21        MR. D'ALESSANDRO:    It's in evidence, your Honor.

22  Q     I'll put this on the screen, a portion of the transcript

23  of the July 30th meeting between yourself and Selwyn Vaughn.

24  For the record, it's 401 T-26, on page 9, line 37.  You say

25  she's interested in getting paid for her time to come.  I'll

1   give her $500 to come in and meet with us, signs the document,

2   she gets the other, she'll get half the money.  By then when

3   she testifies, she gets the other half.  But on the other side

4   of the coin, she has to understand I'm not paying her to bribe

5   her as a witness.  I don't want her to say anything that's

6   theoretically untrue.  So, you know if you pay a witness for

7   their testimony, it's a crime.  You pay them because you're

8   paying them because of a witness fee because you want her to

9   assist us when she wouldn't otherwise, those are lawful

10  payments for us.  I just want to make sure we're all talking

11  on the same page here.  She has to understand, I mean, and you

12  continue about her flying off to Guyana tomorrow.

13          Sir, if the government hadn't recorded that, you

14  wouldn't have known about that, correct?

15  A    Yes.

16  Q    What the government would be presented with was a

17  recording in which you say, hopefully, Leslyn Camacho would

18  say to give me money and we'll testify the way you want,

19  correct?

20  A    Something of that nature, yes.

21  Q    But the government wouldn't have this which is your

22  direction to Selwyn Vaughn to explain to this woman it's okay,

23  5,000, $10,000, for you to testify, it's okay.  It's a lawful

24  payment, correct?

25  A    That's not what this says.

Simels-cross-D'Alessandro                    1444

1   Q     You say by then when she testifies she gets the other

2   half but on the other side of the coin, and it talks about the

3   first part of it, if she signs the document, she gets the

4   other, she will get half the money.   That's half of the

5   $10,000 being negotiated, that's $5,000?

6   A     That wasn't being negotiated.   That's what I was luring

7   her in with based upon what he told me based on your

8   suggestion of July, 2008.

9   Q     She's coming into your office, thinking it's perfectly

10   appropriate to get $5,000 to sign this document because a

11   lawyer told me it's okay?

12   A     She's not thinking that from me.

13   Q     She's thinking that from Selwyn Vaughn getting it from

14   you, correct?

15   A     If you recall, July 18th, you sent him in.   He says to me

16   she says, Leslyn says and David say they want to play; that

17   they want money for their testimony.   That's what you had your

18   person present to me.   So, I respond sure, if they want to

19   bribe, they want to extort me, let's play the game.

20   Q     But if a lawyer interjects and tells that person it's

21   perfectly legal , what is about to happen is perfectly legal,

22   how is that a crime?

23   A     I didn't interject.

24   Q     You interjected through Selwyn Vaughn, asked Vaughn to

25   instruct this woman this is lawful, come into my office, take

Simels-cross-D'Alessandro                    1445

1   the money.

2   A    No.  As you recall, I'm sort of luring him in here

3   telling him she doesn't want to come in because I'm not going

4   to give her the money.  You all ask me to give the money up

5   front, I wouldn't do that because I wanted to meet this woman.

6   Therefore, I said I'll give her 250 or $500, her day's time,

7   day's work time to come in and meet with me.  Further lure,

8   I'll give her the $500 because she walks into the door, never

9   did any of that, never had the intention, didn't have the

10  money, wasn't going to do it.

11          THE COURT:   Would this be a good time for a break?

12          MR. D'ALESSANDRO:   Yes.

13          THE COURT:   Don't discuss the case.  We'll resume

14  in ten minutes.  All rise.

15          (Jury leaves courtroom.)

16          (Recess.)

17          (Jury enters courtroom.)

18  Q    Mr. Simels, before the break we were discussing

19  Leslyn Camacho; do you recall?

20  A    Yes.

21  Q    It's your testimony you were never going to give her any

22  money for her testimony; is that right?

23  A    Other than the $40 witness fee; yes, sir, that's correct.

24  Q    You weren't going to pay her in July; is that correct?

25  A    That's correct.

Simels-cross-D'Alessandro                    1446

1   Q     Weren't going to pay her in August?

2   A     Correct.

3   Q     Weren't going to pay her when she was walking through the

4   door, correct?

5   A     That's correct.

6   Q     You're aware --  well, it's stipulated you visited Roger

7   Khan on July 29th, 2008 at the MCC.

8   A     That's correct.

9   Q     You met him in the visiting room, correct?

10  A     Myself and Josh Dubin, the jury consultant attorney, both

11  of us met him that day, yes.

12  Q     Josh Dubin wasn't there for the whole meeting, was he?

13  A     He left at a certain point.  I remained there, yes.

14  Q     There was a part of the meeting in which it was just you

15  and Mr. Khan, correct?

16  A     That's correct.

17  Q     The visiting room at the MCC for attorneys, it's a

18  private room, correct?

19  A     It's supposed to be.

20  Q     It's designed that way so you could have open and frank

21  conversations with your clients, right?

22  A     Supposed to be.

23  Q     It's supposed to be that way.  You don't believe at the

24  time you're having conversations those are being listened to

25  at all, correct?

Simels-cross-D'Alessandro                    1447

1   A     Certainly not by the government.

2   Q     Did there come a point you learned that your meeting on

3   July 29th, 2008 was in fact recorded?

4   A     After I was arrested.

5              MR. D'ALESSANDRO:    At this time the government

6   would offer Government Exhibit -- we'll caught it 900 -- let's

7   say 1000.

8              THE COURT:    Okay.

9              MR. SHARGEL:    Note my objection.

10             THE COURT:    The objection I already ruled on.   This

11  is received.

12             (So marked.)

13             MR. D'ALESSANDRO:    Might I have a moment, your

14  Honor?

15             THE COURT:    Yes.

16             (Pause.)

17             MR. D'ALESSANDRO:    There's a transcript that I

18  could put up on the Elmo?

19             THE COURT:    You may.

20             MR. SHARGEL:    Might we have an instruction with

21  regard to the transcript, this transcript is offered by the

22  government as an aide?

23             THE COURT:    Yes.

24             The instruction I gave you before applies here as

25  well; that should there be any difference between what you

1   hear on the tape and what you see on the transcripts that the

2   government is putting on the overhead as an aide, it's the

3   tape that's the evidence, not the transcript.

4            That's the instruction you want?

5            MR. SHARGEL:    Yes, sir.

6            THE COURT:    Are you going to play the tape.

7            MR. D'ALESSANDRO:   21 minutes, 48 seconds.

8            (Audio played.)

9            (Continued on next page.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Simels - cross/D'Alessandro

1449

1     (Tape stops.)

2  BY MR. D'ALESSANDRO:

3  Q    That is you and Mr. Khan speaking, correct?  Recognize

4  those voices?

5  A    It appears to be, yes.

6  Q    And you're talking about Leslyn Camacho in that portion

7  of the conversation, aren't you?

8  A    No, actually if you really heard it or you were there

9  rather than what's --

10  Q    A yes or no question.

11  A    The answer is no.

12  Q    And you are actually discussing, when you say -- I will

13  direct you specifically to it -- when you talk about money

14  theoretically in case she's for real, you're telling Roger

15  Khan, You gotta get me money in case Leslyn Camacho is willing

16  to come in and say what we want to say so I have that money;

17  correct?

18  A    100 percent not true.  If you had --

19        THE COURT:  Don't volunteer.

20        THE WITNESS:  I'm sorry, your Honor.

21        THE COURT:  Mr. Shargel can conduct a redirect if he

22  wants, but Mr. D'Alessandro has a right to insist that you

23  answer only the questions he poses.

24        THE WITNESS:  I apologize, your Honor.

25  Q    The reason why you're going to Roger Khan for this money

Simels - cross/D'Alessandro                    1450

1   is because he's late with his fees; correct?

2   A    Since my answer to the prior question was no, the answer

3   to this question would be no as well.

4   Q    Roger Khan is behind on the amount of money he owes you;

5   correct?

6   A    At that time, yes, July 29, correct.

7   Q    You are paying monies for attorneys, right, the money

8   that's coming in you're giving to other counsel, correct?

9   A    Correct.

10  Q    You have investigators that want money.  Money that comes

11  in you pay the investigators; correct?

12  A    Correct.

13  Q    Transcripts, money comes in goes to the court reporter,

14  correct?

15  A    Correct.

16  Q    WestLaw to do research, comes in, going out, right?

17  A    Correct.

18  Q    Nothing in your pocket, right?

19  A    Not really.

20  Q    So if there's an expense to pay for this woman Leslyn

21  Camacho in case she's for real, you are not reaching into your

22  pocket anymore; correct?

23  A    No, that's not what it says.

24  Q    And you are trying to explain in this conversation, isn't

25  it correct, sir, of how important this is and Roger Khan

Simels - cross/D'Alessandro                                1451

1    explains it is, because he understands, I could go away to

2    jail for a hundred years, bro.

3           Did you hear that portion of the conversation where

4    he says, I could go away for a hundred years, bro?

5    A    He was concerned about losing me as his counsel, that's

6    what that was about.

7    Q    He's concerned about going to jail, about losing the case

8    and going to jail for a hundred years; yes or no?

9    A    He said that.

10   Q    He said that.  So did you have any reason to disbelieve

11   that he was afraid of going to jail for a hundred years?

12   A    He was saying it in the context of my telling him I was

13   going to seek to withdraw from the case and he didn't want

14   other counsel besides me.  The same way -- I won't respond.

15   Q    Roger Khan, CCE, continuing criminal enterprise, correct,

16   that's what he's charged with?

17   A    One of the 17 charges against him, yes.

18   Q    A lot of charges this guy faces, fair to say, 17 charges

19   is a lot?

20   A    It is.

21   Q    If he's convicted life in jail; correct?

22   A    Correct.

23   Q    And life in the federal system is life, right?

24   A    Yes.

25   Q    It is lifetime prison without the possibility of parole,

Simels - cross/D'Alessandro                    1452

1   right?

2   A    That was the charge he was charged with.

3   Q    You bring to Roger Khan a key to the jail, Leslyn Camacho

4   is willing to say what we want her to say to get to David

5   Clarke but you gotta give me the money -- that's what you're

6   explaining to him here, right?

7   A    100 percent not true, sir.

8   Q    And he understands the significance of this offer because

9   if we don't do this I could go to jail for hundred years,

10  right?

11  A    Again, not true, sir.

12            MR. D'ALESSANDRO:   Go on to 26:08 of the recording.

13            (Tape plays.)

14            (Tape stops.)

15  Q    This is still you and Roger Khan talking, correct?

16  A    Yes, sir.

17  Q    And you begin this attribution by talking about, I have

18  to go back, August 1 is when I'm going to start my review,

19  right?

20  A    That's part of the discussion, yes.

21  Q    And you're talking about reviewing 3500 material for

22  witnesses; correct?

23  A    That's part of the discussion, yes.

24  Q    I don't mean to be difficult.

25  A    Yes.

Simels - cross/D'Alessandro                    1453

1    Q    I want to get clear answers from you.

2    A    Yes.   That's part of the discussion.   This was a very

3    long tape.

4    Q    I understand that.   That's why I'm playing this portion.

5    I want to get the context right.   What I'm asking you is that

6    when you're talking about August 1, which is this weekend,

7    you're going to start to review from Alicia, you're explaining

8    to Roger I'm going to start reviewing the 3500 material for

9    Alicia Jagnarain and others, correct?

10   A    Yes.

11   Q    You're scheduled to go see Saigo in where he's in South

12   Carolina.   Saigo is a person that you believe to be a witness,

13   correct?

14   A    No.   He was not a witness.   He was a witness who I was

15   hoping would deconstruct the government's case.

16   Q    You say he wasn't going to be a witness but he was a

17   witness.   I don't understand.

18   A    I'll be glad to explain.   Saigo --

19   Q    I am not asking you to explain.

20   A    I thought you said you didn't understand and wanted an

21   explanation.   I'm glad to do so, sir.

22   Q    Was Saigo a witness in the Roger Khan case?

23   A    No.

24   Q    A person that has information, they know something, fair

25   to say that person is a witness?

Simels - cross/D'Alessandro

1 A    A witness is everybody I guess if you use that

2 nomenclature -- that term, people with information, sources of

3 information, you want to call them witnesses.   Sometimes I do

4 sometimes I don't.

5         But certainly I thought Saigo was a person who was a

6 source of information and would critically harm the

7 prosecution's case against Roger Khan.

8 Q    A person with information to critically hurt the

9 government's case, you don't consider them a witness?

10 A    No.   Because your case agent on the Roger Khan case had

11 worked with Mr. Saigo and made tape recordings of the people

12 in Guyana who had really imported the drugs and it was not

13 Roger Khan.

14         All wanted to do was ask him questions about the

15 tape recordings that I had already obtained through other

16 counsel that I was going to use when your case agent got on

17 the witness stand to show he was creating a false impression.

18 Q    This is a person who had information relevant to your

19 client.   A person with information, fair to say that that is a

20 witness?

21 A    No.   Ray Denny was sent there specifically for the

22 purpose --

23 Q    A yes or no question.

24 A    No.

25 Q    So if I see a crime occur, I'm there, I see it, I have

Simels - cross/D'Alessandro                    1455

1    information about that, that doesn't make me a witness, is

2    that what you're saying?

3    A    Potentially that does.

4    Q    Potentially that does.  So a person that has information

5    though that could discredit the theory of the government's

6    case is not a witness?

7    A    Correct.  In this instance, yes, correct.

8    Q    So not all people that have information which could help

9    the jury determine the truth is not a witness, in your view;

10   is that right?

11   A    Not all people with information can be witnesses; that is

12   appear in a courtroom and testify.  Sometimes they don't have

13   firsthand knowledge, sometimes their evidence is inadmissible

14   that the judge won't permit.  Sometimes it's third party

15   hearsay.  Sometimes you just want to follow the leads.

16            I wanted to follow the leads that Saigo could give

17   me because I had already heard his tape recordings between he

18   and Clayton Hudson and others in Guyana.  I just wanted his

19   input on what he said on those tapes and what the agent had

20   said to him about why he wasn't being called at Roger Khan's

21   trial, that's what I wanted to know from Saigo.

22   Q    Thank you.  You say, you continue that George supposedly,

23   according to Fineman and Leslyn, is back in North Carolina.

24   See that?

25   A    That's what your transcript says, yes.

Simels - cross/D'Alessandro                    1456

1   Q    You didn't hear that?

2   A    Something similar to that.

3   Q    George is a reference to George Allison, correct?

4   A    That's correct.

5   Q    George Allison, Chinaman, correct?

6   A    That would be correct.

7   Q    Chinaman, George Allison, brother of Donald Allison,

8   correct?

9   A    As far as I knew, yes..

10  Q    Donald Allison murdered in Guyana; correct?

11  A    Yes.

12  Q    So and Fineman is a reference to Selwyn Vaughn, correct?

13  A    Yes.

14  Q    And Leslyn is a reference to Leslyn Camacho; correct?

15  A    If it says Leslyn at that point, that would be correct.

16  But I also didn't write a letter to Leslyn, as you'll see at

17  the top of the next page, I wrote a letter to the prosecutor.

18  Q    I didn't ask a question.

19  A    Okay.  That's why I don't think it says Leslyn.

20        THE COURT:  Let me remind you of the instruction.

21  Don't volunteer additional information.  Mr. Shargel will be

22  able to conduct a redirect.

23        THE WITNESS:  Fine, your Honor.

24        THE COURT:  Listen to the question posed and limit

25  your answer to the question posed.

Simels - cross/D'Alessandro                    1457

1    THE WITNESS:   Yes, your Honor.

2  BY MR. D'ALESSANDRO:

3  Q    You're talking about Fineman, talking about George

4  Allison, Fineman got the information, he's telling you, from

5  Leslyn Camacho; correct?

6  A    Fineman told me he had information, he gave me

7  information about George Allison, why he.

8  Q    The source of his information, he quite clearly told you,

9  was Leslyn Camacho, correct?

10  A    One of the people he said he got information from about

11  George Allison, yes.

12  Q    He specifically told you that Leslyn Camacho was going to

13  get you information about George Allison, correct?

14  A    What he said is Leslyn Camacho has his telephone number,

15  that's what he said to me.   She has his telephone number and

16  she's going to give me his telephone number.   That's what I

17  thought I was getting from Leslyn Camacho.

18  Q    So the next part where he says, if we can arrange this, I

19  mean if she wants it, I want to do it.

20         You're referring to Leslyn Camacho, she wants the

21  money for the bribe to say what you want her to say and help

22  your client, you want to do it; correct?

23  A    No.

24  Q    Khan responds to this by saying, she has to lower the

25  amount; did you hear that?

1458

Simels - cross/D'Alessandro

1    A    Not referring to Leslyn Camacho, but, yes.

2    Q    She has to lower the amount -- you understood that's what

3    he said; correct?

4    A    We were in plea discussions, we were talking about

5    amounts, yes.

6    Q    You say hum.  He says she has to lower the amount.  He

7    then says there'll be other days, and just to jump ahead, you

8    say, you know I wrote her a stinging letter.  That's in

9    reference to an AUSA, correct?

10   A    The stinging letter was with regard to, I think either

11   Shannon Jones or Paige Peterson.

12   Q    When you say her you're referring to Shannon Jones or

13   Paige Peterson --

14   A    I could have been saying I was writing to Judge Irizzary,

15   I'm not sure of the context because it's inaudible.  That's my

16   recollection as to what I was talking about that day is the

17   government's failure to provide us transcripts in a timely

18   fashion.

19   Q    So it was either the assistant or the court, somebody you

20   wrote a stinging letter to, right?

21   A    Yes.

22   Q    When Khan says she has to lower the amount, she has to

23   lower the amount, isn't it true, sir, that he is referring to

24   Leslyn Camacho's bribe amount, she has to lower the amount?

25   A    The answer is no.

Simels - cross/D'Alessandro                     1459

1   Q    Didn't happen, not what was said?

2   A    That's correct, that's not what was said.

3   Q    You heard it --

4   A    I was there I heard what the conversation was.  You can't

5   hear it because it's inaudible.

6   Q    Let's do this, let's go to July 30, 2008, R 26.  I'll put

7   it on the screen.  This is the next day, right, this meeting

8   that we just played was July 29, right, so this is the next

9   day.  Page 11 line 18 you say, and he said -- that's Khan,

10  right?

11  A    Right.

12  Q    He said try to get the numbers down, whatever you save on

13  the 10,000 he'll make up to you.  Vaughn: So I have to get the

14  numbers down?  You say, the numbers she wants.  He says, from

15  the 10,000?  And you respond, you get her number down, well,

16  he said, we'll make it up to you rather than her.  He'd rather

17  give you the?

18  A    That's how Roger asked in part for me to play this guy

19  because he thought he was playing us.

20  Q    This conversation on July 30 was a direct reference to

21  the portion of what we just heard you talking to Roger about,

22  isn't that right?

23  A    Well, you didn't hear the conversation with Roger on the

24  29 --

25  Q    Yes or no, please.  Yes or no?

Simels - cross/D'Alessandro

1    A    In part.

2    Q    In part.  So in part this portion we're talking about,

3    she has to lower the amount.  He's telling you, if you want

4    this to happen fine, but she needs to lower the amount.

5           You then go back the very next day and just happen

6    to be saying the exact same thing that Roger Khan told you but

7    to Vaughn, isn't that right?

8    A    You'd have to know the whole conversations on the 29 to

9    put it in the right context.  But, yes, there is similarity

10   between those two portions of the transcripts.

11   Q    And there is similarity because it's the same

12   conversation?

13   A    No.

14   Q    Relating a conversation from July 29 at the MCC with

15   Roger Khan discussing this bribe, you were relating that very

16   same conversation to Selwyn Vaugh the very next day, isn't

17   that right?

18   A    I was telling Roger Khan what our strategy was to get

19   evidence of it.  That's why on September 5 he wanted to make

20   sure I was going to tape record the conversation so that we

21   could get evidence that she was soliciting a bribe on behalf

22   of David Clarke to us.

23          Why would we tape record the meeting otherwise?

24   Q    You would tape record the meeting --

25          THE COURT:  Excuse me.  Will you step out.  Don't

Simels - cross/D'Alessandro

1  discuss the case.

2          (Jury leaves.)

3          THE COURT:  Sit down, please.

4          Do you understand my instruction?

5          THE WITNESS:  I think I do, your Honor.

6          THE COURT:  You're not abiding by it.  Your career

7  is at stake, your liberty is at stake.  It's an important case

8  to both sides.  Emotions are getting a little high.

9          I don't want to jeopardize your interest in front of

10  the jury, but I'm not going to put up anymore with this.  You

11  just started to talk about that's what happened on September

12  5.  You can't do it.

13          THE WITNESS:  All right, your Honor.

14          THE COURT:  I instructed you not to do it, you're

15  not abiding by my instruction.  I'm going to start stepping on

16  you in front of the jury.  It's not going to help your case.

17          THE WITNESS:  I know.

18          THE COURT:  Understood?

19          THE WITNESS:  Understood.

20          THE COURT:  Bring the jury back in, please.

21          Do you think you'll go past the lunch hour?

22          MR. D'ALESSANDRO:  Yes, Judge.

23          THE COURT:  Do you have a witness?

24          MR. SOLANO:  I do.

25          THE COURT:  Just one?

Simels - cross/D'Alessandro                    1462

 1            MR. SOLANO:  Yes.

 2            THE COURT:  That Kern fellow?

 3            MR. SOLANO:  Yes.

 4            THE COURT:  Any other evidence I'm going to hear

 5    today except for the end of Mr. Simels' testimony and Kern?

 6            MR. SOLANO:  No, your Honor.  I have a stipulation,

 7    one stipulation with two pieces of evidence.

 8            THE COURT:  You anticipate a rebuttal case?

 9            MR. D'ALESSANDRO:  Not at this time, your Honor.

10            (Jury present.)

11            THE COURT:  I told you it was going to be a short

12    break.  Be seated everyone.

13            Go ahead, Mr. D'Alessandro.

14            MR. D'ALESSANDRO:  Thank you, your Honor.

15    BY MR. D'ALESSANDRO:

16    Q    Mr. Simels, by the way, you didn't anticipate that this

17    tape was going to be played at the beginnings of the trial; is

18    that correct?

19            MR. SHARGEL:  I object to that, Judge.

20            THE COURT:  Overruled.

21    A    I thought of the possibility, yes.

22    Q    Moving on to 1:01:40 of the recording.

23            (Tape plays.)

24            (Tape stops.)

25    Q    This is the same conversation on July 29, 2008, between

1463

Simels - cross/D'Alessandro

1    yourself and Roger Khan at the MCC; is that correct?

2    A    Yes.

3    Q    And you are explaining in this conversation about the

4    need for Roger Khan to get together some money, right?

5    A    Yes.

6    Q    And in a portion of this you tell him that you need money

7    to sling at anything that Fineman tells me is true; did you

8    hear that portion of the tape?

9    A    No, not that way.

10   Q    Did you hear the reference to Fineman?

11   A    I did.

12   Q    And that's Selwyn Vaughn, correct?

13   A    Yes.

14   Q    And the money that you needed to sling at Fineman for

15   anything that's true, that included whether or not Leslyn

16   Camacho is actually going to say what we hope she's going to

17   say for money; isn't that correct?

18   A    100 percent false.

19   Q    This is money, the bribe money again; correct?

20   A    We're not bribing them, they're soliciting a bribe from

21   us.

22   Q    They're soliciting a bribe from you when on July 30 you

23   give Selwyn Vaughn directions to tell them, these people that

24   are going to perpetrate a crime, Look, tell them I'm an

25   attorney and it's perfectly legal; that's the crime that you

Simels - cross/D'Alessandro

1464

1    are thinking they're perpetuating, correct?

2    A    I think you're misquoting.  They were drug dealers I was

3    talking to.  Leslyn Camacho was a drug dealer.  David Clarke

4    was a drug dealer.  These weren't innocent babes coming to me.

5    Q    So therefore it's okay for you to present inaccurate

6    evidence to my office with regards to them that could possibly

7    lead to their prosecution?

8    A    Inaccurate?

9            MR. SHARGEL:  I object as argumentative.

10           THE COURT:  Sustained.  We've covered that.  You

11   covered that topic.

12   Q    Now, there was some testimony yesterday with regards to

13   your beliefs as to Roger Khan.  Do you recall at the beginning

14   of your testimony yesterday?

15   A    Yes, I do.

16   Q    And at one point you testified that you disbelieved that

17   Roger Khan was guilty of the crimes because he was involved in

18   the return of a person who had been kidnapped; correct?

19   A    I think that's somewhat inaccurate.

20   Q    Let me see if I can fine tune it then.  You explained to

21   the jury that how could Roger Khan be a drug dealer if at the

22   same time he's helping the United States return somebody who

23   is kidnapped?

24   A    What I said was that some of the transactions alleged in

25   Roger Khan's indictment occurred in the spring of 2003, April,

Simels - cross/D'Alessandro                    1465

1    May, June of 2003.  At the same time I knew that he had been

2    meeting with Agent Carbeneaux of the FBI and other agents of

3    the FBI, Agent Neelon of the State Department, working with

4    them on rooting out crime in Guyana and crime in terms of

5    transactions between the United States and Guyana, on both

6    weapons and drugs.

7              So part of our argument would have been to the jury,

8    unless this guy is very devious and meeting with the FBI and

9    State Department all day and then sending a shipment to the

10   United States, it might be a factor for the jury to listen to.

11   That's what I said.

12   Q    Because it doesn't make sense that he's cooperating at

13   one hand and at the same time -- helping root out crime and at

14   the same time sending drugs, right?

15   A    Somewhat inconsistent.

16   Q    What is inconsistent?

17   A    It's inconsistent to be -- trying to help the United

18   States capture people who are committing crimes, including

19   drug crimes, and at the same time sending drugs to the United

20   States.  That was the point.

21   Q    So it's unlikely, correct?

22   A    I said it was a factor for the jury to consider, just

23   like I told the court about that.

24   Q    So you also testified that Alicia Jagnarain was a

25   cooperator; correct?

Simels - cross/D'Alessandro

1  A    Yes, she was a cooperator.

2  Q    And so you began to investigate her, right?

3  A    We did.

4  Q    And you met a guy, I think it's a guy, Shoo Loo, is that

5  a guy --

6  A    Shoo Loo is a man.

7  Q    A man.  And Shoo Loo told you that Alicia was selling

8  drugs, right?

9  A    He was one who did, one of them.

10 Q    Now  --

11 A    After, after her cooperation began.

12 Q    She's cooperating, but your information is that she's

13 still committing crimes; correct?

14 A    After her cooperation began, correct.

15 Q    Right, so she's cooperating, she's presently cooperating,

16 but your information is that she's still committing crimes,

17 right?

18 A    Yes.

19 Q    And you believed that, right?

20 A    They told me they could call her and get her on tape

21 confirming it, so I was willing to give them the opportunity

22 to try to do that.

23 Q    So, when your client, who is charged with being a drug

24 dealer, and your information is that he's also cooperating at

25 the same time, is thrown out to pasture, but when Alicia, who

1467

Simels - cross/D'Alessandro

1   is a potential witness is a cooperator, and your information

2   is that she's still committing crimes, got to track that down,

3   right?

4              MR. SHARGEL:   Objection to the form of that

5   question.

6              THE COURT:   Overruled.

7   A    Two totally distinct matters.   One, you have the FBI on

8   the ground and the State Department on the ground in Guyana --

9   Q    A yes or no question.   Yes or no question.

10  A    Then the answer is no.

11  Q    And you said that you were going to get her on tape,

12  right?

13  A    They said they could get her on tape.

14  Q    And I think you testified that you were going to give

15  them a recorder, right, Shoo Loo a recorder?

16  A    And Gonzalez arranged to send him a recorder, yes or no?

17  Q    And it was to record -- Shoo Loo couldn't come to the

18  United States, right?

19  A    He was a drug dealer.

20  Q    A drug dealer, and your concern was if he came here he

21  would be arrested, right?

22  A    He was concerned.   I wasn't concerned.

23  Q    He said look, I'm a drug dealer, I can't come to the

24  United States I'm going to get arrested and you believe him,

25  right?

Simels - cross/D'Alessandro

1468

1 A    Most people don't admit to drug dealing unless they
2 probably are engaged in that business.
3 Q    So you tell him go ahead and send drugs to Alicia because
4 that's going to help our case, right?
5 A    No, I didn't say that at all.
6 Q    You give a recording device for this guy Shoo Loo to do
7 what you said was going to be a controlled delivery, right?
8 A    I was hoping that he would therefore get her on tape
9 saying I want you to send a kilogram of cocaine to New York
10 and I'll pay X amount of dollars.  That would be pretty good
11 evidence to discredit and neutralize her.
12 Q    I'll get to neutralize in a minute.
13       That's not a controlled delivery though, right?
14 A    They weren't actually sending drugs to the United States.
15 Q    You described it during your direct testimony by Mr.
16 Shargel to do a controlled delivery, yes or no?
17 A    I think I used that term, that's correct.
18 Q    And you have been practicing for how many years?
19 A    Thirty-five years.
20 Q    And in those 35 years you've defended people who have
21 been arrested for drugs; correct?
22 A    Yes.
23 Q    And part of the way that law enforcement arrests some
24 people is through these controlled deliveries; correct?
25 A    That's correct.

1469

Simels - cross/D'Alessandro

1    Q    And your understanding of that term is when drugs

2    actually come in and under the control of law enforcement are

3    delivered to a person; correct?

4    A    You're right.

5    Q    So when you were explaining this to the jury yesterday,

6    you were explaining that you wanted Shoo Loo to actually send

7    drugs to Alicia, correct?

8    A    It was really a misuse of a term.  I wanted a tape

9    recording -- I think I made clear yesterday -- of Alicia

10   asking for drugs during a period of time she was cooperating.

11   I also went to see people -- sorry.

12   Q    You mentioned that term neutralize, so why don't we just

13   address that.  You described it yesterday as I think the word

14   was vernacular of lawyers; is that correct?

15   A    We use it quite often, yes.

16   Q    Okay.  And just lawyers speak, right?

17   A    No.  We do as well.

18   Q    Who is "we"?

19   A    Lawyers.

20   Q    Lawyers use it.  You described it as part of the lawyers'

21   vernacular?

22   A    You look at any magazine advertising CLE courses,

23   continuing legal education courses, they say neutralizing a

24   government's witness; neutralizing the expert; neutralizing

25   this, that's the name of the subject matter that is generally

Simels - cross/D'Alessandro

1   associated.

2   Q    So the CLE courses, their term is neutralize the

3   government's witness and things like that?

4   A    Neutralize an expert, neutralize a government witness,

5   neutralize the DNA, whatever it may be.

6   Q    So you attended these CLE courses?

7   A    Some.

8   Q    For the jury, CLE is an acronym for continuing legal

9   education, right?

10  A    Yes, we're required to do that every year.

11  Q    The lawyers go and they keep up their knowledge of the

12  law under requirement by the bar, correct?

13  A    That's correct.

14  Q    And Selwyn Vaughn is not a lawyer, to your knowledge,

15  right?

16  A    No.

17  Q    He's not a practicing attorney, right?

18  A    Correct.

19  Q    He's not -- you weren't teaching any CLE courses during

20  your time with him, correct?

21  A    No.

22  Q    To your knowledge, he was working for Roger Khan; is that

23  right?

24  A    In 2008?

25  Q    Withdrawn.   The truth is when you used the term with him,

1   he's not a lawyer, you're not using lawyer speak with him;

2   correct?

3   A    Sometimes I slip into lawyer's speak versus trying to

4   speak street as I was trying to do with him, you're right.

5   Q    Sometimes you purposely speak street, right?

6   A    You try to deal with your audience, if you can.  At least

7   I do.

8   Q    And just so everyone is clear, so I'm clear, when you say

9   speak street, we're talking about talking the language of

10  criminals?

11  A    No, I think you can talk -- people can be criminals at

12  all different levels of society, but you may want to relate

13  differently to people depending on their educational

14  backgrounds, their cultural backgrounds.

15       This is a fellow from Guyana, a third world country.

16  There was a certain way of relating to him.  They speak a

17  certain way down there that I had become accustomed to in

18  terms of my three meetings down there prior to meeting him and

19  in terms of my communication with him.  Yes.

20  Q    You weren't speaking patois to him or Guyanese dialect

21  slang, were you?

22  A    They sometimes speak in a very perhaps unappealing

23  fashion for society in terms of the use of certain words.  So

24  I spoke down -- I spoke down from, hopefully, the way I

25  normally speak to try to speak in a manner in which he would

Simels - cross/D'Alessandro                                    1472

1    appreciate.

2    Q    Are you talking about swear words?

3    A    Some.

4    Q    And what are some of the other types of words that are

5    used?  Kill, is that a word that Guyanese use which is

6    unappealing?

7    A    Kill, depending on the context, is a perfectly

8    appropriate word.  Such as kill the witness on

9    cross-examination.

10   Q    Neutralize the witness?

11   A    Neutralize is an appropriate word as well.

12              MR. D'ALESSANDRO:  Can we play R 10, one hour and

13   two minutes into the conversation.

14              I have the transcript, page 23, June 11, 2008.

15   Q    You met with Selwyn Vaughn at that time, right?

16   A    June 11,2008?

17   Q    Yes.

18   A    Yes, I did meet with him that day.

19   Q    One hour and two minutes.

20              (Tape plays-tape stops.)

21   Q    This conversation, you're talking about David Clarke,

22   correct?

23   A    At that point, yes.

24   Q    And you're talking about neutralizing David Clarke,

25   correct?

Simels - cross/D'Alessandro

1    A    At that point, yes.

2    Q    And when you say the term neutralize Clarke, Selwyn

3    Vaughn says, neutralize Clarke, we gotta buy them or we gotta

4    drive fear in them, is the only options.   You heard him say

5    that?

6    A    I heard him say it since I listened to the tape.

7             THE COURT:   Listen to the question and answer the

8    question.

9    A    I don't recall, sir.

10            THE COURT:   Excuse me.   Stop volunteering additional

11   information.

12            THE WITNESS:   Yes, your Honor.   I don't recall, sir.

13            THE COURT:   Follow my instruction.   Do you

14   understand me?

15            THE WITNESS:   Yes, your Honor.

16   Q    You don't recall him saying that?

17   A    I don't recall hearing that.

18   Q    I can play it again.   Does your recollection need

19   refreshing?

20   A    My recollection doesn't need refreshing.   I can hear it

21   on the tape now.

22            THE COURT:   You can play it again.

23            (Tape plays-tape stops.)

24   Q    Crystal clear; correct.

25   A    You want me to explain?  It's not crystal clear, no.

Simels - cross/D'Alessandro                    1474

1    Q    You don't hear him saying that on the tape?

2    A    Crystal clear to me what was happening at that moment.

3    Q    I'm not asking you that.  Do you hear Selwyn Vaughn in

4    this portion of the recording say, neutralize Clarke, we

5    either try to buy them or we gotta drive fear in them, is the

6    only option?

7    A    I can hear him say that here.

8    Q    You hear yourself say, I agree with you, I agree with

9    you; do you hear that?

10   A    There's the rest of the sentence, but yes, that's true.

11   Q    Crystal clear; correct --

12   A    No.

13   Q    -- in the recording.  You can't hear it?

14   A    I can hear the recording, Mr. D'Alessandro.  That's not

15   what I'm saying.

16   Q    The recording is crystal clear, correct?

17   A    The recording is crystal clear.

18   Q    There is no inaudibility in this portion of the

19   conversation, correct?

20            THE COURT:  We get it.

21   Q    When you're talking to Selwyn Vaughn about neutralizing

22   Clarke, and he says to you, we either try to buy them -- he's

23   talking about witnesses, family members of David Clarke;

24   correct?

25   A    That would appear to be what he means.

Simels - cross/D'Alessandro

1  Q    And then he says, or, if they won't take money, we gotta

2  drive fear in them, meaning we have to scare them; correct?

3  A    That's one interpretation.

4  Q    Is the only option, correct -- you hear that?

5  A    I'm sorry, what's the question?

6  Q    Do you hear him say, is the only option?

7  A    I can hear that on the tape.

8  Q    And you say, I agree with you, I agree with you, yes?

9  A    Those were my words.

10  Q    You are agreeing with Selwyn Vaughn that the only option

11  for Roger Khan is to neutralize Clarke through payment of

12  money to him or his family or by driving fear in himself or

13  his family; correct?

14  A    No.  I was focused on a different issue at that moment.

15  Q    This guy is just spouting out about crimes of witnesses,

16  paying them off, hurting them or their family, and you're

17  focused on something else, that's your testimony?

18  A    We were losing electricity at that moment.  I had flipped

19  around, as you can see from the rest of the sentence, to look

20  at my computer and why it was all going down that day.  And

21  then I was trying to reboot the system.  He did mention those

22  kinds of things.  I tried to dissuade him of them.

23  Q    This is dissuading him by telling him, I agree with you,

24  I agree with you, that's dissuading Selwyn Vaughn from taking

25  steps in furtherance of what he's explaining to you, that's

Simels - cross/D'Alessandro

1    your testimony?

2    A    I think I did later on, yes.  That's why I sent the June

3    13 e-mail to him.

4    Q    You testified yesterday that Selwyn Vaughn, after your

5    first meeting with him, you decided that he was not going to

6    testify; correct?

7    A    He wasn't going to testify before my first meeting.

8    Q    So you made the decision before even speaking to the guy

9    that he was not going to testify, is that your testimony?

10   A    I didn't think it was a possibility at that point, no.

11   Q    And there was nothing that happened following that, is

12   your testimony, your subsequent meetings, phone calls,

13   e-mails, that changed your mind, correct?

14   A    One, he was going to be arrested if he walked into court

15   because he had a visa problem, according to him.  Number two,

16   I already had my list of people before Judge Irizzary on the

17   Rule 15 and she had already ruled on them.  So there was no

18   place for him, plus he didn't have any admissible evidence I

19   could use.

20   Q    And you testified that you just told him that he was

21   going to be a witness because you understood him to be an

22   informant and you just wanted to flatter him, that was one of

23   the words you used?

24   A    That was one of the words I was attempting to flatter

25   him, yes, and make him feel more important.

Simels - cross/D'Alessandro

1  Q    The Rule 15 witness list that you were talking about,

2  that's for people who are out of the country, right?

3  A    That would be for people out of the country, but since he

4  was an illegal alien, so to speak, he violated his visa, when

5  he walked into this building he'd be arrested because we'd

6  have to give you his date of birth and information about him.

7  He'd be locked up by INS and put in a jail to be sent back

8  home.

9  Q    That's how you're going to flatter him, Come on, you're

10 illegally here, come on and testify?

11 A    I wasn't attempting to flatter him by that information.

12 I'm telling you that that's a reason why I knew he couldn't be

13 a witness.  I already had my Rule 15 list of who was going to

14 testify.  The judge already said she didn't want cumulative

15 testimony.  That's where I was at.

16 Q    And the reason why you didn't want him to testify is

17 because, I think you said after the first meeting, you said

18 this guy is just not telling the truth, right?

19 A    Based upon what my client told me, yes, that's what I

20 concluded.

21 Q    And even though you thought that he was a liar, you still

22 felt that he could help out in some way, right?

23 A    I did.

24 Q    One way was even though he's liar, he could come back and

25 provide you with information, correct?

Simels - cross/D'Alessandro

1  A    Most confidential informants are liars.  I thought we

2  could utilize his skills and his ability as a Guyanese to go

3  into the Guyanese community.

4        That's the reason I asked him to come back, plus he

5  wanted a letter from my client which perhaps would have led to

6  him being more truthful.

7  Q    If you already decided before the guy even bothers to

8  step into the door that he's not going to testify, nothing

9  happens at the first meeting which changes your view on him,

10  you nevertheless ask him to write a letter so you can deliver

11  it to your client for Khan to say go ahead and talk to him;

12  that's your testimony?

13  A    I didn't want Khan to speak directly to him, so I said to

14  him -- he wanted to communicate with Khan.  I facilitated that

15  communication, yes.

16  Q    You could have just said, like you did back in March of

17  08, you're not talking to him, right?

18  A    March of 07.

19  Q    March of 07, I stand corrected.  You could have said

20  that, right?

21  A    I could have.

22  Q    You're not talking to him?

23  A    As you pointed out, my client was facing a hundred years

24  plus in jail.  I was trying to follow his request that I meet

25  with this person.

Simels - cross/D'Alessandro                          1479

1   Q    Just to be clear, I didn't point it out, your client told

2   you that during the Title III --

3              THE COURT:   That's enough.

4              MR. SHARGEL:   Objection.

5   Q    So even though this guy is in your view a liar, you're

6   going to send him out to bring back information to you even

7   though he's an informant and in your view informants are

8   liars, still valuable that he can bring back information,

9   correct?

10  A    Of course.

11  Q    Even those he's a liar?

12  A    Of course.

13  Q    Let me play R 3, page 29.  I'm sorry, 1:06:25.  This is

14  the May 13 meeting.

15              (Tape plays-tape stops.)

16              MR. D'ALESSANDRO:   It's in evidence, your Honor, is

17  a transcript, we're on line 4.  1:06:25.

18  Q    I want to direct your attention to line 6 of that

19  transcript.  You say, assuming we go to trial in October,

20  which is then we're supposed to trial now, October 27 -- I

21  believe you testified earlier the trial was supposed to happen

22  sometimes in November, does that refresh your recollection as

23  to when the trial was supposed to start?

24  A    No.  October 27 was the date that Judge Irizzary set in

25  March but she had been advised by the jury clerk we couldn't

Simels - cross/D'Alessandro

1  start until November third.

2  Q    You explain in this portion of the conversation that --

3  actually, you offer Selwyn Vaughn to testify, whether in the

4  United States or in Guyana; correct?  You asked him --

5  A    I said what it says here.

6  Q    You asked him if he's willing to testify, either in the

7  United States or in Guyana; correct?

8  A    Yes.

9  Q    And so if he goes back to Guyana, it really wouldn't

10  matter if he was illegal or not, he's in Guyana, he can

11  testify there, right?

12  A    He couldn't testify because he wasn't on the Rule 15

13  list.

14  Q    This was the first time that Selwyn Vaughn as a witness

15  is really offered, right?

16          Selwyn Vaughn doesn't say, Hey, can I come testify?

17  You're the one that puts that out there; correct?

18  A    I did put it out there.

19  Q    Moving on, R 3, 1:19:07, page 38, starting at line 19.

20          (Tape plays-tape stops.)

21  Q    In this portion of the conversation, you explain to

22  Selwyn Vaughn that if he does testify he's going to be subject

23  to cross-examination.  Do you recall that portion of the

24  conversation?

25  A    I do.

Simels - cross/D'Alessandro

1    Q    And you then go on to explain to him that if he testifies

2    and he's cross-examining, you explain to him if they ask who

3    Ricardo is you can say you know Ricardo, correct?

4    A    Yes.

5    Q    You could say whether you know Fatman, you can certainly

6    say you know Ricardo, you can certainly say I know him by his

7    nickname Fatman; correct?

8    A    Yes.

9    Q    You then go on to explain to Vaughn all these other

10   people that you believe are referred to as Fatman; correct?

11   A    No, I only mentioned one, Derek Walters.

12   Q    Who calls himself Patrick Obermueller?

13   A    Yes.  He was a defendant in the Lilly case.

14   Q    And then there's -- he's related to Whitney Caesar?

15   A    He was related to Whitney Caesar, who was also a

16   defendant in the Lilly case.

17   Q    You explain to him that, look, you get on the stand,

18   right, if they ask you questions on cross-examination you can

19   say, I know Fatman is Ricardo, correct, what you're telling

20   him?

21   A    No.  I'm sort of probing him here, but --

22   Q    You're probing him for information?

23   A    No I'm probing him because he had flipped three times in

24   the May 13 meeting between that's how we all go, meaning

25   Shortman, Fatman, Tallman, so forth, to him saying, no, the

Simels - cross/D'Alessandro

1    only Shortman in our group is Roger, to then saying again

2    that's how we go.

3           I was trying to get an understanding from him as to

4    what he -- his perception was as to how a response to the word

5    Fatman would be, is it just Ricardo, is it Derek Walters also,

6    is it other people?

7    Q    And that's the question you're posing to him here?

8    A    No, that's the topic I'm discussing with him here.

9    Q    You tell him that they're going to ask you who Ricardo

10   is, whether you know Fatman, and you tell him, you can

11   certainly say I know him by the nickname Fatman, but I also

12   know many other people by the name Fatman, which is true,

13   right?  And then you continue on.

14          You're telling him, are you not, that, look, you

15   take the stand, you can say you know these people, but you

16   gotta say there's plenty of other people that are named

17   Fatman, and then you give him the information he needs to

18   withstand cross-examination; isn't that what you're doing

19   here?

20   A    He could never have been a witness in our case and

21   therefore this is all talk with him --

22          THE COURT:  Does that mean the answer is no?

23          THE WITNESS:  The answer is no, your Honor.

24          THE COURT:  Could you answer the question, please.

25          THE WITNESS:  Sorry, your Honor.

Simels - cross/D'Alessandro

1  A    The answer is no.

2  Q    Your testimony is that that is okay because in my mind

3  I'm never really going to call this guy as a witness, right?

4  A    In my mind I was never going to call him as a witness,

5  that's correct.

6  Q    So it's okay to coach him to say certain things because

7  he's never really going to testify, is that your testimony?

8  A    You can't suborn -- yes, that's my testimony.  You can't

9  suborn somebody by talking to him in the office and not using

10  him as a witness.  You only can make them perjure themselves

11  if you're going to call them as a witness in a case.  I'm just

12  talking with this guy for an hour and blank in my office.

13  Q    You're talking for an hour and blank in your office to

14  make sure that when he takes the stand on the behalf of his

15  boss, Roger Khan, what comes out of his mouth is scripted by

16  you to make sure it is helpful to the defense, true?

17  A    Absolutely false.

18  Q    So you can coach the witness as much as you want, you can

19  coach the person as much as you want and then, but I was never

20  really going to call him as a witness, it's okay; is that your

21  testimony?

22  A    He wasn't a witness and he wasn't going to be a witness

23  and it was five and a half months until the Khan trial.  I

24  hadn't decided who if anyone would be a witness.

25  Q    Five and a half months away from trial and you decided, I

1484

Simels - cross/D'Alessandro

1    don't even know if I'm going to call anybody, that's your

2    testimony?

3    A    That's possible.

4    Q    And again, the reason why you're telling him, oh, you

5    could testify, this is flattery, correct?

6    A    I wanted to keep him around through the summer because of

7    the various number of issues that come up.  Finding people --

8         THE COURT:  The question was, was it to flatter him?

9         THE WITNESS:  Yes.  And because my client wanted me

10   to explore the possibility, yes.

11   Q    Explore the possibility of him testifying?

12   A    My client thought he should be a witness.

13   Q    And that's why on the July 11 meeting, before you even

14   asked him another question, you give him a document written by

15   your client as to what exactly Fineman will testify to;

16   correct?

17   A    What Fineman would testify to?

18   Q    Yes.

19   A    I thought -- I thought we had shown him a document by

20   e-mail saying, tell me -- the beginning of the meeting, yes, I

21   showed him a document at the beginning of the meeting.  Sorry.

22   Q    And that document was written by your client; correct?

23   A    Yes.

24   Q    And that document in part had a portion attributed to

25   Fineman; correct?

Simels - cross/D'Alessandro

1485

1   A    Correct.

2   Q    And that Fineman was Selwyn Vaughn, correct?

3   A    Yes.

4   Q    And that portion of that document written by your client

5   was directed to Fineman to tell him what he will testify to,

6   correct?

7   A    No.

8   Q    On the screen is 3500 SV 31.

9        THE COURT:  Is this in evidence?

10       MR. D'ALESSANDRO:  Yes, it is, your Honor.

11  Q    This is the portion we have been talking about, right,

12  the portion of the document you handed to your client --

13  handed to Selwyn Vaughn on June 11, 2008, at the beginning of

14  the meeting, correct?  Yes?

15  A    Actually, I didn't hand him this particular document on

16  that date.  But something else.

17  Q    This --

18  A    Similar to this, but something else.

19  Q    You were here when Selwyn Vaughn identified this as the

20  document, correct?

21  A    I heard him say that.

22  Q    In this document, attributed to Fineman it says in part,

23  the second sentence, Fineman will testify of his relationship

24  with Khan and the reason he was recruited.  See that?

25  A    I see the words.

Simels - cross/D'Alessandro                              1486

1   Q    He will testify of the many meetings he attended in

2   Buxton and in Agricola for David Clarke, Rondell and other TPM

3   operatives to discuss methods and plans to kill Khan and his

4   supporters.  See that?

5   A    I see that, the words.

6   Q    He will testify that, he will testify that, he will

7   testify that, Fineman will testify that.  And Fineman was a

8   high-ranking member of the PMT and will testify to many

9   meetings he attended where strategies were discussed to

10  eliminate Khan.  See that?

11  A    Yes, sir.

12  Q    This is a script for Fineman to testify to, written by

13  your client that you handed him on June 11, 2008, correct?

14  A    You're 100 percent incorrect.  This was a memo Roger Khan

15  wrote to Mr. White and myself on January 18, 2008, five months

16  before I ever met this guy, in which he's proposing to us, if

17  you look at the rest of the document, the people he thinks we

18  should --

19             THE COURT:  Answer the question.

20             THE WITNESS:  I thought I was, your Honor.

21             THE COURT:  No, you weren't.

22             THE WITNESS:  It's not a script for this person.

23  That's the distinct answer to the question.

24  Q    At this time, June 11th, 2008, Selwyn Vaughn met with

25  you, you explained to him the perils that his boss Roger Khan

Simels - cross/D'Alessandro                    1487

1  faced, right?  Selwyn Vaughn described Roger Khan as the boss,

2  right, you remember that, in the May 13 meeting?

3  A    I heard him use that term.

4  Q    And you explained to him that his boss was on trial, was

5  going to be on trial; there's all these witnesses lining up

6  against him, you explained all that to him, right?

7  A    I think I told him it was a weak case that the government

8  had on the May 13 meeting, and that I thought we had plenty to

9  cross-examine Alicia Jagnarain and Lilly and that I didn't

10  think much of their case and that's why the government the

11  changed their theory of the prosecution.

12  Q    Is that a yes?

13         THE COURT:  Move on.  Ask another question.

14  Q    Explaining all these things to Selwyn Vaughn, explaining

15  to him, telling him that you wanted him to testify, you hand

16  him on July 11 this document from your client in order to make

17  sure he understands what he's going to testify on Roger Khan's

18  behalf, correct?

19  A    No, not at all.

20         MR. D'ALESSANDRO:  R 13, can we have that up, 55:43,

21  page 29, line 27 is where the transcript starts.

22  Q    Just to orient you, Mr. Simels, this is the June 20/2008

23  meeting.  Do you recall meeting Selwyn Vaughn?

24  A    I did.

25  Q    55:43.

Simels - cross/D'Alessandro

1     (Tape plays-tape stops.

2  Q    You end that portion of the recording we just heard by

3  saying, once again, Selwyn Vaughn, the key is going to be your

4  testimony, did you hear that part?

5  A    I did.

6  Q    And the key for Selwyn Vaughn to be relevant to your

7  testimony is to get him to say what Roger Khan needs to be

8  said, correct?

9  A    False.

10 Q    Right, false testimony?

11 A    No, false to your question.

12 Q    You begin this portion by explaining to him, But I mean,

13 listen, the key from your perspective -- and when you say your

14 perspective, you're talking about Selwyn Vaughn; correct?

15 A    What I'd like him to do.

16 Q    Fair enough.

17      What you want Selwyn Vaughn to do is to find these

18 people who we are looking for, great.  If we can persuade them

19 somehow that they shouldn't testify, that's great.  Talking

20 about witnesses, right?

21 A    Yes.

22 Q    These are people --

23 A    Yes.

24 Q    These are people who in your mind are going to testify,

25 right?

Simels - cross/D'Alessandro                    1489

1    A    Yes.

2    Q    If Selwyn Vaughn can persuade these people somehow that

3    they shouldn't testify, that's great?

4    A    I don't think I say if he persuades them.  I said if we

5    can persuade them.  I meant me.

6    Q    You said "we"?

7    A    I understand.  "We" meaning he gets them to me, I get to

8    speak to them.

9    Q    "We" means more than one person, right?

10   A    "We" means he gets them, I speak to them.

11   Q    That is not my question.  "We" means more than one

12   person, correct?

13   A    Yes.

14   Q    "We" means that there is one or more persons that have an

15   agreement to do something, correct?

16        We, we do something, that's an agreement, right?

17   A    I don't understand your question.  If we to something,

18   I'm saying to him, if we can persuade them.

19   Q    There's an agreement between him and you and Khan and

20   anybody else, if we can persuade these witnesses not to

21   testify somehow, that's great; correct?

22   A    Those are the words there.

23   Q    We, not just you, we --

24        MR. SHARGEL:  I object to the repetition, Judge.

25        THE COURT:  Yes.  Sustained.

1490

Simels - cross/D'Alessandro

1    Q    If we can persuade them that David should meet with me --

2    make a distinction there, right -- "we" at the beginning, "me"

3    at the end, right?

4            MR. SHARGEL:  Same objection. .

5            THE COURT:  Sustained.  We get it.

6    Q    Let me finish this thought.

7            If we can persuade them that David should meet with

8    me to talk to me, that couldn't hurt.  Talking about getting

9    David Clarke to talk to you; correct?

10   A    Yes.

11   Q    Through Selwyn Vaughn; correct?

12   A    Yes.

13   Q    To neutralize David Clarke; correct?

14   A    To speak to David Clarke.

15   Q    The ultimate goal to neutralize him, right?

16   A    The ultimate idea is to have him after our meeting go

17   back to the prosecutors in your office and tell them the

18   truth, or ultimately for me to be able to use him to make sure

19   I had him on cross-examination.

20   Q    And the truth as you want to present to the jury;

21   correct?

22   A    No, I wanted him -- I wanted to tell David Clarke what I

23   knew, tell him how I was going to support the fact that he had

24   participated in murders in Guyana.

25           I was persuaded in my mind he probably had not told

Simels - cross/D'Alessandro

1491

1  the government about that and I was hoping he would go back

2  and tell them that before I exposed him on the witness stand.

3  That was any thought process.

4  Q     If we could persuade Alicia that she ought to talk to me,

5  if she has in the back of her mind that her, her involvement

6  is not a good thing, great.  Her involvement meaning a

7  cooperator, right?

8  A     That's right.

9  Q     Her being a witness on behalf of the government, that's

10  her involvement in this case, right?

11  A     That would be correct.

12  Q     And if we can persuade her that she ought to talk to me

13  and has in the back of her mind that her being a government

14  cooperating witness against Roger Khan is not a good thing, if

15  we can accomplish that, you say, great.  Correct?

16  A     Yes, those are my words.

17  Q     Chinaman, whatever the situation is with him --

18  open-ended, right?  Not a lot of direction about Chinaman in

19  that attribution?

20  A     You're asking me what my words meant?

21  Q     I'm asking you if in these words that you used is there

22  any direction that you're giving Selwyn Vaughn?

23  A     I had already spoken to him about Chinaman, I believe, at

24  that point and I wanted to speak to him and find out --

25              THE COURT:  That's not the question.  In those words

Simels - cross/D'Alessandro

1492

1    is there any direction to Vaughn?

2            THE WITNESS:  In these words, no, your Honor.

3            THE COURT:  That's the question.  Listen to the

4    question and answer the question posed.

5            THE WITNESS:  Sorry, your Honor.

6    Q    You believe at some portion other than this you gave

7    Selwyn Vaughn some direction on how to deal with Chinaman;

8    correct?

9    A    On more than one occasion.

10   Q    Let's go to R 14.  It's 1:40.  This is a telephone call

11   from July 2, 2008 between you and Selwyn Vaughn, just you to

12   orient yourself.  We're going to begin at line 38, 1:40 in the

13   conversation.

14           (Tape plays-tape stops.)

15   Q    Now, following this e-mail -- excuse me, this phone

16   conversation, you recall an e-mail being sent about the

17   whereabouts of David Clarke to Selwyn Vaughn?

18   A    Yes.

19   Q    And that was sent by Arienee Irving?

20   A    Yes.

21   Q    And that was for Selwyn Vaughn to go see David Clarke;

22   correct?

23   A    That was telling him what she'd learned on the phone that

24   there were -- she got two different answers as to what the

25   procedure was.

Simels - cross/D'Alessandro                    1493

1   Q    You're giving him the procedures of how to get in to see

2   an inmate, not because you guys are having just a pleasant

3   conversation, it's for a purpose, right?

4        You gave him that information so that he could go

5   see David Clarke, correct?

6   A    He said he would try to do it and we wanted him to see if

7   he could do it, yes.

8   Q    And you explain to him what Roger's view is, Roger is

9   behind the scenes in all this, too, he's saying yeah, go send

10  Selwyn to go see him, right?

11  A    That's what I said to him, yes.

12  Q    Roger is telling you make sure Selwyn does this, right?

13  A    No.

14  Q    He's not?

15  A    Roger doesn't dictate to me what to do or not to do, no.

16  Q    Nobody dictates to you what to do and what not to do?

17           MR. SHARGEL:   Objection.

18           THE COURT:   Don't do that.

19           MR. D'ALESSANDRO:   Withdrawn.

20  Q    Whether Roger instructed you to do it, Roger's behind you

21  in this decision, right?

22  A    I'm telling him that, yes.

23  Q    And David Clarke is a central witness in the case against

24  Roger Khan; correct?

25  A    Possibly.  We thought so.

Simels - cross/D'Alessandro                              1494

1   Q    And you're sending Selwyn Vaughn to go make contact with

2   him, David Clarke; correct?

3   A    If he could.

4   Q    That's yes?

5   A    I didn't think he could because he was a person who told

6   me he had a problem with his visa and had overstayed.   I

7   assumed if they did the background check that every Bureau of

8   Prisons does, he wouldn't get in and might be arrested.

9   Q    This is the Queens Private Correctional Facility, right?

10  A    Governed by the Bureau of Prisons.

11  Q    The same one that you were able to get in without any

12  trouble to see David Clarke; correct?

13  A    I had no trouble because I presented my credentials as an

14  attorney and --

15            THE COURT:   Stop.   You can't keep volunteering

16  additional information.

17            THE WITNESS:   No, I had no problems getting in.

18            THE COURT:   Abide by my instructions?

19            THE WITNESS:   Yes, your Honor.

20            THE COURT:   Answer the question as posed.

21            THE WITNESS:   Yes, your Honor.

22  Q    You didn't represent and --it's stipulated that you don't

23  represent David Clarke, not now, not never?

24  A    I've never represented David Clarke, no.

25  Q    Let's just be clear here.   You sent Selwyn Vaughn to go

Simels - cross/D'Alessandro

1495

1   see David Clarke in prison, right?

2   A     I gave Selwyn Vaughn the information to go try to see if

3   he could see him, yes.

4           THE COURT:  Let's break for lunch.  Don't discuss

5   the case.  We'll resume at two o'clock.

6           All rise.

7           (Jury leaves.)

8           THE COURT:  Two o'clock.

9           (Luncheon recess.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Simels - cross - D'Alessandro                    1496

1          A F T E R N O O N    S E S S I O N

2          (In open court; jury not present.)

3          THE COURT:  Okay.  Ready?

4          MR. SHARGEL:  Ready.

5          THE COURT:  Would you bring in the jury, please.

6          You can be seated in the back, if you like.  Just

7    please rise when the jury comes in.

8          (Jury present.)

9          THE COURT:  Please be seated, everyone.

10          Mr. D'Alessandro.

11          MR. D'ALESSANDRO:  Thank you, your Honor.

12    ROBERT SIMELS, resumed.

13    CROSS-EXAMINATION (Continued)

14    BY MR. D'ALESSANDRO:

15    Q    Mr. Simels, before the break for lunch, we were talking

16    about a portion of the July 2, 2008 phone conversation you had

17    with Mr. Selwyn Vaughn.  Do you recall those questions?

18    A    I do, sir.

19    Q    And we were talking about the portion of the conversation

20    in which Selwyn Vaughn is going to go see David Clark?

21    A    Yes, sir.

22    Q    Now, in this conversation, you explain to Selwyn, do you

23    not: "Depending on what we find out, Roger's view, if you can

24    go to see him" -- and that's David Clark, "him"; correct?

25    A    Yes.

Simels - cross - D'Alessandro          1497

1  Q     -- "even if you just talk about bullshit, nothing

2  related to the case, if when you testify you can demonstrate

3  that he has been meeting with you, right, it would give you

4  more credibility on the witness stand that he's, you know, uh,

5  been seen."

6          You saw that portion of the transcript and heard

7  that recording.

8  A     Yes.

9  Q     You're explaining to Selwyn Vaughn to go see David Clark

10  in preparation for Selwyn Vaughn to testify at Khan's trial,

11  are you not?

12  A     I am.

13  Q     You are explaining to him: "If you go see David Clark,

14  and even if he doesn't want to meet with you or he doesn't

15  want to talk with you about substantive matters -- the Mets,

16  the Yankees or whatever it is, bullshit -- that it would give

17  him credibility on the witness stand."

18          Those were your words; correct.

19  A     Yes, sir.

20  Q     And that would corroborate him on the witness stand

21  before a jury were he to say, I know David Clark, we're

22  friends, he hates America, he told me all these horrible

23  things about Roger Khan.   That would corroborate him if you

24  can present to the jury evidence that he's been meeting with

25  him in the jail, wouldn't it?

1   A    I don't think I could answer that yes or no, sir.

2   Q    If you have a witness who is going to testify, and that

3   witness is going to testify about things, their interaction

4   with another person -- are you with me so far?

5   A    I am, sir.

6   Q    -- the person is going to say these things they know

7   about or heard about that individual, it would be important

8   and fair to say, to corroborate for the jury, the relationship

9   between the witness who is testifying and the person they are

10  talking about; fair to say?

11  A    I agree with that.

12  Q    So, therefore, if Selwyn Vaughn were to take the stand

13  and say these things -- David Clark hates America, all these

14  things you want to present to the jury at Khan's trial -- it

15  would corroborate Selwyn Vaughn's credibility if you were able

16  to present evidence that he's been meeting with David Clark in

17  jail; correct?

18  A    I don't think I can answer that yes or no, either, sir.

19  Q    Now, I want to talk about the money that was recovered

20  from your office.  Okay?

21  A    Yes, sir.

22  Q    It was $2500 cash?

23  A    Yes, sir.

24  Q    And it was in a locked drawer in your office; is that

25  right?

Simels - cross - D'Alessandro                1499

1   A     Yes, sir.

2   Q     And also recovered in evidence was a blue Post-It note;

3   right?  It was recovered from your desk drawer with the money;

4   correct?

5   A     A Post-It note, yes, sir.

6   Q     And the Post-It note said "Khan money" on it.

7         MR. D'ALESSANDRO:  It is in evidence, Government's

8   Exhibit 605.

9         THE COURT:  Yes.

10  Q     That's what we're talking about; right?

11  A     Yes, sir.

12  Q     And that was next to the bag that had the money; right?

13  A     It was in the drawer, yes, sir.

14  Q     It was next to the bag that had the money; correct?

15  A     Yes, sir.

16  Q     It was not just next to it, it was right next to it;

17  right?

18  A     Yes, sir.

19  Q     And what it was on was a green box; correct?

20  A     That's correct, sir.

21  Q     And what was in that box?

22  A     A watch and jewelry, including a cross, a gold cross that

23  had been returned to me by, I think, either Agent Fitzpatrick,

24  Fitzsimmons, something of that nature, from the DEA sometime

25  before then.

Simels - cross - D'Alessandro                    1500

1    Q    And whose watch and jewelry was that?

2    A    Belonged to a client by the name of the Kenneth McGriff.

3    Q    That's Supreme?

4    A    That's one of his nicknames, yes, sir.

5    Q    You were holding onto it?

6    A    He was in jail, and I was holding onto it, yes, sir.

7    Q    There was not any Khan money in there?

8    A    No, sir.

9    Q    The Post-It note was on a box that had the watch and

10   jewelry for Kenneth McGriff, but had a Post-It note on it that

11   said Khan money; right?

12   A    Yes, sir.

13   Q    And right next to it was a white plastic bag that had

14   $25,000, in evidence?

15             THE COURT:   You said 25,000.

16             MR. D'ALESSANDRO:   Excuse me, your Honor.

17   Q    2500.  I apologize?

18             $2500; correct.

19   A    Yes, sir.

20   Q    This is money you got from Khan, this is Khan's money; is

21   that correct?

22   A    Absolutely not, sir.

23   Q    This is the money that you had in your desk ready to give

24   to Leslyn Camacho for her testimony; isn't that right?

25   A    Absolutely not, sir.

Simels - cross - D'Alessandro                    1501

1    Q     This is $2500, presuming you are able to lower the amount

2    because Khan wanted you to negotiate with her, and you

3    explained to Selwyn Vaughn this is the first installment for

4    testimony; correct?

5    A     Absolutely not.

6    Q     Now, in preparation for Khan's trial, you spent a lot of

7    time with him; fair to say?

8    A     Yes, sir.

9    Q     You spent a lot of time with people that knew him; right?

10   A     Yes, sir.

11   Q     People like Paul Rodriguez?

12   A     Yes.

13   Q     Gerald Pereria?

14   A     Yes, sir.

15   Q     Barry Dataram?

16   A     Some.

17   Q     Lloyd Roberts?

18   A     Never.

19   Q     Fredroy Willibas?

20   A     I never met him, sir.

21   Q     You knew his nickname?

22   A     I did.

23   Q     His nickname was Fudgey?

24   A     Yes.

25   Q     You spoke to them?

Simels - cross - D'Alessandro                    1502

1    A    I did.  Well, Fudgey I spoke to.

2    Q    Sean Bellfield?

3    A    Yes, sir, I met him.

4              MR. D'ALESSANDRO:   One moment, your Honor.

5              (Pause.)

6    Q    Government's Exhibit 3, Roger Khan; correct?

7    A    Yes, sir.

8    Q    Your client?

9    A    Yes, sir.

10   Q    Government's Exhibit 1, Ricardo Rodrigues; correct?

11   A    Yes.

12   Q    Fatman?

13   A    Yes, sir.

14   Q    Government's Exhibit 28, Barry Dataram; correct?

15   A    Yes, sir.

16   Q    Also called Kevin?

17   A    Yes, sir.

18   Q    Also Mogatoni?

19   A    Yes.

20   Q    Letch?

21   A    No, sir.

22   Q    What do you know him as?

23   A    Well, I know him as Kevin and Mogatoni, and I know him as

24   Barry Dataram.

25   Q    When you met him, you met him in Guyana; right?

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - cross - D'Alessandro                1503

1    A    Yes, sir.

2    Q    And the circumstances under which you met him, he had

3    been arrested; right?

4    A    I think that may be accurate, yes.

5    Q    When you met him, he was released from jail, was out on

6    bond, and he didn't go back; correct?

7    A    I don't know that for sure, sir.  But --

8    Q    That was your understanding?

9    A    I knew he had a case.

10   Q    So, as you sit here today, you don't know whether or not

11   he was arrested, had bond posted and didn't go back to court?

12   A    That could be the circumstance.  I don't recall that.

13   Q    He was arrested for drugs; right?

14   A    I don't think so, sir.

15   Q    Government's Exhibit 6, Paul Rodriguez?

16   A    Doesn't look like Paul, but it's close.

17   Q    Also known as Pablo?

18   A    Paul Rodriguez is know as Pablo.

19   Q    He's related to Ricardo Rodrigues?

20   A    I don't know that, sir.

21   Q    Exhibit 13, Gerald Pereria?

22   A    Yes, sir.

23   Q    So, Paul and Gerald were two of the guys that drove you

24   around?

25   A    They were two, Yes, sir.

Simels - cross - D'Alessandro                    1504

1   Q    Fredroy Willibas, never met him?

2   A    Never met him.

3   Q    Lloyd Roberts, never met him?

4   A    Never met him.

5   Q    Sean Bellfield, Government's Exhibit 21?

6   A    I met him.

7   Q    Also known as Backup?

8   A    Yes, sir.

9   Q    Government's Exhibit 18, this is Ray Lammay, isn't it?

10  A    Yes, sir.

11  Q    Met him?

12  A    I did meet him.

13  Q    Involved in drugs in Guyana, isn't he?

14  A    I believe he was.

15  Q    Government's Exhibit 33, Clay Hudson, you met him?

16  A    I did, sir.

17  Q    Also involved in drugs?

18  A    I believe so, sir.

19  Q    Ricardo, Gerald Pereria, Lloyd Roberts, Sean Bellfield,

20  these are all guys that were working for Roger Khan; correct?

21  A    I'm sorry?  Would you repeat that?

22  Q    Sure.  Paul Rodriguez, Gerald Pereria, Fred Willibas,

23  Lloyd Roberts and Sean Bellfield, these guys were working for

24  Roger Khan?

25  A    When I met them?

Simels - cross - D'Alessandro          1505

1    Q    Excuse me?

2    A    When I met them, is that what you are asking?

3    Q    When you met them, were three working for Roger Khan?

4    A    I believe that Mr. Rodriguez was working for him, yes,

5    sir.

6    Q    What about Gerald Pereria?

7    A    I don't believe so, sir.

8    Q    He was driving you around to help you with Roger Khan's

9    case, and you don't believe he was working for Roger anymore?

10   A    That's correct.

11   Q    You believe he was working for Ricardo Rodrigues; right?

12   A    For a company that Rodrigues was running, yes, sir.

13   Q    Ricardo Rodrigues is involved in drugs, isn't he?

14   A    I believe so.

15   Q    So, Gerald Pereria was working for Ricardo Rodrigues?

16   A    In a lawful company in Guyana, as far as I knew.

17   Q    Previously, he was working for Roger Khan; correct?

18   A    I don't know that, sir.

19   Q    Well, you spent all this time with Roger Khan.  You

20   talked to people that were associated with him.  This guy

21   Gerald is driving you around.  You are saying you have no idea

22   whether or not he was working for Roger Khan previously?

23   A    I only knew him as an ex-police officer who was helping

24   us to locate people and to drive me around and make sure I was

25   safe.

Simels - cross - D'Alessandro                1506

1    Q    What about Fredroy Willibas, do you know whether he was

2    working for Khan at any point?

3    A    I don't know, sir.

4    Q    Lloyd Roberts?

5    A    I don't know, sir.

6    Q    Sean Bellfield?

7    A    Well, all three of those people were police officers in

8    Guyana, sir.

9    Q    Which three?

10   A    Bellfield, who was a well-recognized police officer.

11            I think Lloyd Roberts was.

12            I think Fudgey was.

13            And Paul Rodrigues.

14   Q    And they were previously arrested; that's why they were

15   ex-police officers; correct?

16   A    Would you like to go one by one?  I can tell you what I

17   know.

18   Q    Let's start out generally.  Do you know whether Paul

19   Rodriguez was previously arrested?

20   A    Not by the Guyanese, no, sir.

21   Q    You're talking about people in Surinam?

22   A    He was arrested in Surinam in June of 2006, and the

23   charges dismissed in around November 2006, but he was

24   terminated for being AWOL from June to November 2006.  That's

25   my understanding.

Simels - cross - D'Alessandro                    1507

1   Q    Sean Bellfield was also arrested?

2   A    And the same circumstance.

3   Q    Roger Khan was arrested with him, too?

4   A    Yes, sir, and the charges were dismissed, as well.

5   Q    They were arrested with wiretapping equipment; correct?

6   A    No, sir.

7   Q    They were arrested with guns; right?

8   A    No, sir.

9   Q    They were arrested with drugs; correct?

10  A    No, sir.

11  Q    You knew that these people -- Rodriguez, Pereria,

12  Roberts, Bellfield -- they were involved in violent acts,

13  didn't you?

14  A    I knew they were very highly-decorated police officers in

15  the Guyanese police force.

16          THE COURT:  Listen to the question.

17          THE WITNESS:  I'm sorry.  I thought I was.

18          THE COURT:   No.   The question didn't have anything

19  to do with that.

20          THE WITNESS:  I'm sorry, sir.

21          THE COURT:   Pose the question again.

22          Listen to the question and answer the question.

23          THE WITNESS:  Yes, sir.

24  Q    Paul Rodriguez, Gerald Pereria, Sean Bellfield, Lloyd

25  Roberts, you knew they were involved in violent acts?  Yes or

Simels - cross - D'Alessandro          1508

1    no?

2    A     No, sir.

3    Q     You had no idea that they had anything to do with people

4    being shot or people being killed?

5    A     No, sir.

6    Q     No reason to suspect it?

7    A     No, sir.

8              MR. D'ALESSANDRO:   Can we play -- I apologize, your

9    Honor.  Can we play R-3, one hour, two minutes and twenty

10   seconds, May 13, 2008 meeting, Mr. Simels, to orient you.  I'm

11   going to start at the bottom of page 26.  I'll put it on the

12   Elmo for everybody.

13             (Tape plays.)

14             (Tape stops.)

15   Q     Starting at the beginning of page 26, Pereria is Gerald

16   Pereria?

17   A     Yes, sir.

18   Q     Pablo on Paul Rodriguez, that's Paul Rodriguez; right?

19   A     Yes.

20   Q     Sean is Sean Bellfield; correct?

21   A     Yes, sir.

22   Q     Roberts is Lloyd Roberts; correct?

23   A     Yes, sir.

24   Q     You asked Selwyn Vaughn in this conversation, when you

25   were with them; that means when you were with Paul Rodriguez,

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - cross - D'Alessandro          1509

1   Gerald Pereria, Lloyd Roberts and Sean Bellfield; right?

2   A     Yes, sir.

3   Q     When you were with them, did you ever see them actually

4   kill someone, or was it always the police who actually did the

5   killing?  Do you see that question?

6   A     I do, sir.

7   Q     You were asking him that question, because you understood

8   that these guys were around when people were being murdered;

9   correct?

10  A     No, sir.

11  Q     You just asked him if these four guys were there when

12  people -- you just asked Selwyn Vaughn, who has already told

13  you he knows these guys, if he was in a position to actually

14  see them kill people, even though you didn't have been

15  suspicion that they were near any murders or near any

16  killings?

17  A     Yes, sir.

18  Q     You had no reason to suspect that these people were

19  involved or near any murders, and yet you asked the question

20  any ways?

21  A     I certainly did.

22  Q     And Selwyn Vaughn returns by telling you: "No one

23  actually knew, you know."

24        And you say:  "Who did it?"  Meaning who was

25  actually responsible for killing these people; correct.

ANTHONY M. MANCUSO,   CSR   OFFICIAL COURT REPORTER

Simels - cross - D'Alessandro                    1510

A     Yes, sir.

Q     And he says: "Because with everybody firing, you know,"
meaning Paul Rodriguez, Gerald Pereria, Lloyd Roberts and Sean
Bellfield; right?

A     That's what he says, sir, yes.

Q     Because with these guys, all of them firing, you know it
was hard to determine who might have fired the fatal shot;
correct?

A     That's what he said, sir, yes.

Q     He was explaining to you that when these guys fire a
volley of bullets at somebody, it's kind of hard to say which
of the four was the one whose bullet hit the mark and killed
them?

A     That's what he was saying, sir.

Q     And despite this, you had no idea, no suspicion, that
these guys were involved in any type of killing?

          MR. SHARGEL:  I object.  This is the third time he
put the same question to him.

          THE COURT:  He said "despite this."  I will allow it
this one more time.

          Go ahead.  You can answer the question.

A     I didn't know, sir, one way or the other.

Q     And yet you wanted to find out more information from him
about this; is that correct?

A     I definitely wanted to find out more information.

Simels - cross - D'Alessandro          1511

1  Q    So, you fashioned a message to be sent from Selwyn Vaughn

2  to Roger Khan; correct?

3  A    Yes, sir.

4  Q    And you asked -- and you said: "Just give it to us,"

5  meaning yourself and Arienne --  "and we can get it into the

6  jail without anybody ever seeing it"; correct?

7  A    Yes, sir.

8  Q    And that's -- you're talking about smuggling in a message

9  from --

10          MR. SHARGEL:  I object to the form of the question.

11          THE COURT:  Overruled.

12  Q    You're talking about smuggling in a message from Selwyn

13  Vaughn, who is telling you that he's an associate of Roger

14  Khan, smuggling in that message to Roger; correct?

15  A    No, sir.

16  Q    Well, you're explaining to him that Selwyn Vaughn, who is

17  not a lawyer; right, we've established that already; right?

18  A    Yes, sir.

19  Q    He's not on the legal team; right?

20  A    Yes, sir.

21  Q    You said a number of times that you weren't even going to

22  call this guy as a witness?

23  A    That's correct, sir.

24  Q    Yet he's telling you that he is an associate of Roger

25  Khan's; correct?

Simels - cross - D'Alessandro          1512

1   A   Yes, sir.

2   Q   He's telling you that Roger Khan is the boss; correct?

3   A   Yes, sir.

4   Q   And he's telling you about the fact that four guys who

5   are associated with Roger Khan were present when people were

6   killed; correct?

7   A   Yes, sir.

8   Q   And you wanted to get more information about it, so you

9   get Roger Khan -- you ask Selwyn Vaughn to give you a message,

10  so that you can bring it in to Roger Khan; correct?

11  A   Absolutely.

12  Q   You explain that the way you're going do this is, If you

13  give it to us as his attorneys, we can just bring it into the

14  jail, because the jail never checks our stuff; correct?

15  A   Yes, sir.

16  Q   And it's not legal correspondence; correct?

17  A   No, sir.

18  Q   You are not supposed to be bringing in things that are

19  not legal correspondence to the jail; correct?

20  A   I don't agree, sir.

21  Q   You heard the testimony of Luis Rodriguez; correct?

22  A   Yes.

23  Q   And Luis Rodriguez works for the MCC; correct?  Do you

24  remember that testimony?

25  A   Yes, sir.

Simels - cross - D'Alessandro          1513

1    Q    And he works for the Special Investigation Services for

2    the MCC; do you remember that testimony?

3    A    I heard that, yes, sir.

4    Q    And you testified that lawyers aren't supposed to bring

5    in things which are not legal mail; right?

6    A    I think he said we could bring up to an inch of materials

7    in.  I thought that's what I heard.  I'm sorry, sir.

8    Q    He said, did he not, that it was legal mail, up to an

9    inch of legal mail?

10   A    I didn't hear that as you are phrasing it, sir, I'm

11   sorry.

12   Q    If he did say it, it would have been the first time you

13   knew that you were not supposed to bring in things to a client

14   other than legal correspondence; is that what you are saying?

15   A    Yes, sir.

16   Q    So, if Selwyn Vaughn had written saying, Hey, let me know

17   who you want me to kill, you could bring that in; correct?

18   A    I would not bring that in.

19   Q    You could bring that in; correct?

20   A    No, I would not bring in evidence of a crime.  I would

21   not.

22   Q    And then you have Roger Khan bring something out, rather,

23   he writes a message, and it comes right out for Selwyn Vaughn;

24   right?

25   A    Yes, Roger Khan wrote a note.  Yes, sir.

Simels - cross - D'Alessandro                1514

1    Q    It was not for you; right?

2    A    No, sir.

3    Q    It was not for Arienne, Ms. Irving?

4    A    No, sir.

5    Q    It was not for a member of the defense team; right?

6    A    No, sir.

7    Q    It was for Selwyn Vaughn; right?

8    A    Yes, sir.

9    Q    Not legal mail; right?

10   A    No, sir.

11           THE COURT:  No, it's not right, or, no, it was not

12   legal mail?

13           THE WITNESS:  It wasn't legal mail, your Honor.  I'm

14   sorry.

15   Q    And the message that Roger wrote was, among other things,

16   directing Selwyn Vaughn to tell his lawyers all; right?

17   A    Yes, sir.

18   Q    So, it was authorization from Selwyn Vaughn's boss to

19   say, tell my lawyers everything, I trust them; right?

20   A    Authorization from Roger to have him tell me all, yes,

21   sir.

22   Q    And did you ever revisit the issue again, about who was

23   responsible for the killing of these people?

24   A    I don't recall specifically whether we addressed that

25   issue.  But we certainly were talking about other matters of a

Simels - cross - D'Alessandro                1515

1    similar nature, if that's responsive.

2    Q    Well, did you talk about this specific issue?  Do you

3    recall?

4    A    I don't recall, sir.

5    Q    You sent a note through -- to Roger Khan at the MCC

6    specifically to get more information about this issue, and you

7    don't recall whether or not you ever followed up with

8    questions?

9    A    No.  The note was intended to have him tell me all.  It

10   meant on every subject matter, sir, not simply that particular

11   question.

12   Q    Fair enough.  But you would have to ask the question for

13   him to give it to you; right?

14   A    That's correct, sir.

15   Q    So, if you didn't ask the question, he's not going to

16   give you the answer; is that fair?

17   A    One would have hoped he would volunteer, yes, sir.

18              (Continued on next page.)

19

20

21

22

23

24

25

1516

1    CONTINUED CROSS-EXAMINATION

2    BY MR. D'ALESSANDRO:

3    Q    You didn't ask him any questions about whether he was

4    involved in bombing attempts, right?  Never asked him anything

5    like that?

6    A    No, I never asked him anything like that.

7    Q    You didn't ask him any questions about the torture of a

8    woman who was believed mistakenly to be involved in

9    kidnapping --

10   A    I did not, sir.

11   Q    David Clarke -- we went through this on direct.  I want

12   to go through it again.

13           David Clarke was somebody that you viewed to be

14   everything to the government's case, right?

15   A    No.

16   Q    You did not believe him to be everything to the

17   government's case?

18   A    I did not.

19           MR. D'ALESSANDRO:    Might I have a moment, your

20   Honor?

21           THE COURT:    Yes.

22           (Pause.)

23           MR. D'ALESSANDRO:    Page 9, line 27 of --

24           THE COURT:    What's the date?

25           MR. D'ALESSANDRO:    May 13th, 2008, T3, line 27.

1517

1   Q     You say in this portion of it, talking about David

2   Clarke, how important is David Clarke to this case?  You say

3   he's everything to this case now.   Their whole case is based

4   upon it.

5             You said that?

6   A     I did say is that.

7   Q     David Clarke is somebody you viewed to be the centerpiece

8   of the government's case, right?

9   A     I did say that.

10  Q     You believed that the government's whole case would fall

11  apart if David Clarke didn't testify; is that right?

12  A     Can I ask for clarification?  You mean what I told him or

13  did I really believe that?

14  Q     You told Selwyn Vaughn this?

15  A     Yes.

16  Q     You didn't believe this?

17  A     I did not, sir.

18  Q     This is the first thing you believed the government's

19  whole theory of the case changed because you believed that

20  this man was now a cooperating witness, correct?

21  A     Yes, I believed that theory changed because of him; yes,

22  sir.

23  Q     Because of one witness the entire theory of the

24  government's case has changed and you don't think that person

25  is everything to the government's case?

1518

1    A    No, sir, I did not.

2    Q    You said it but you didn't mean it that he was the

3    centerpiece of the government's case?

4    A    That's correct.

5    Q    You're just lying to Selwyn Vaughn?

6    A    I was telling him what I wanted him to hear.

7    Q    Was it the truth or was it a lie?

8    A    It was partially true and partially not true.

9    Q    David Clarke being a witness was the partially true part?

10   A    Yes.

11   Q    The fact that he was important to the government's case,

12   that was a lie?

13   A    No, that was true, too.  He wasn't everything.

14   Q    You're identifying a witness.  You're just puffing him up

15   as just more important than he is?

16   A    To Mr. Vaughn; yes, sir.

17   Q    This is a person that following these conversations you

18   spent a great deal of time discussing with him finding out

19   where his family is and discussing whether or not they would

20   accept money, correct?

21   A    I can't agree with your characterization.  We discussed

22   David Clarke and his family, yes.

23   Q    Did you or did you not discuss with him whether or not

24   family members would accept money?

25   A    He said that.

1519

1  Q   When he said that, you never responded to him?

2  A   I think I understand, I understand.

3  Q   Is it your testimony you did not understand?

4  A   I understood what he was saying.

5  Q   You never had a substantive conversation with him back

6  and forth about paying David Clarke's family?

7  A   I don't recall it as such, sir.

8  Q   You don't recall having any conversation about paying

9  David Clarke?

10 A   I recall having conversation about David Clarke, money

11 and property; yes, sir.

12 Q   What you were discussing was --  this was your idea,

13 wasn't it, that you could pay David Clarke by buying a piece

14 of property in Guyana, correct?

15 A   That came from me; yes, sir.

16 Q   It was your idea to pay more than the property was

17 actually worth, right?

18 A   That's what I said, sir.

19 Q   Because no one ever really knew how much property costs

20 in Guyana, right?

21 A   I think in words or substance.  That's correct.

22 Q   Meaning that you could pay the guy and no one would know,

23 right?  That's the idea behind that transaction, right?

24 A   That's what I said to Vaughn.

25 Q   No trail left behind, right?  You would cover your trail,

1520

1  right?

2  A    I think that's what I said to Vaughn.

3  Q    That transaction would cover your trail, correct?

4  A    Yes, sir.

5  Q    The whole reason why you're talking about it with him,

6  right?

7  A    No, sir.

8  Q    You're coming up with this idea how to hide a payment to

9  a witness and it's not about covering the trail?

10  A    No, sir.

11  Q    Alicia Jagnarain, she could authenticate the drug

12  ledgers, right, if she testified?

13  A    Yes, sir.

14  Q    She could authenticate the voices on the Dave Persaud

15  tape, correct?

16  A    I don't know, sir.

17  Q    Well, one of the people you understood on the tapes was

18  Dave Persaud, correct?

19  A    Yes, sir.

20  Q    Your understanding was that Alicia Jagnarain was

21  familiar, if not intimate, with Dave Persaud, correct?

22  A    Yes, sir.

23  Q    She would be in a position, am I correct, to testify that

24  she heard and she recognized the voice of Dave Persaud on the

25  tapes?

1    A    Yes.

2    Q    So, she could authenticate the tapes; is that correct?

3    A    In that way, yes, sir.

4    Q    She's an important witness, correct?

5    A    Yes, sir.

6    Q    She's an important witness because she could put in drug

7    ledgers and recordings that linked to your client, correct?

8    A    I can agree with the first part, not the last part, sir.

9    Q    You don't believe they link to your client at all?

10   A    I didn't really think so; no, sir.

11   Q    Son was also somebody that we talked about, sir?

12   A    Yes.

13   Q    A guy who lives in the DC area, right?

14   A    Yes, sir.

15   Q    Sent Deb Martin to go see him?

16   A    Yes.

17   Q    It was testified she was an FBI ex-agent?

18   A    Yes.

19   Q    26 or 27 years experience?

20   A    That's what she said.

21   Q    She testified, if you recall, she went there, found him.

22   He was very polite but he said I don't want to talk to you

23   unless my attorney gives permission; do you recall that?

24   A    Yes, sir.

25   Q    You recall telling Selwyn Vaughn that Vijay Jainairne's

1522

1   attorney is not giving permission to contact, to be contacted,

2   correct?

3   A    That's what I told Vaughn.

4   Q    Despite that, you had an e-mail sent by Ms. Irving

5   directing Selwyn Vaughn to go see Vijay Jainairne, correct?

6   A    I believe on July 30th; yes, sir.

7   Q    Even though this witness had made it clear he didn't want

8   to talk without his attorney giving permission.   His attorney

9   wasn't giving permission, correct?

10   A    No, sir.

11   Q    Was it correct he said he doesn't want to talk without

12   his attorney's permission?

13   A    That's what Deb Martin reported; yes, sir.

14   Q    You lied to Selwyn Vaughn when you said his attorney

15   wouldn't give permission?

16   A    I never spoke to his attorney.

17   Q    You lied to Selwyn Vaughn?

18   A    I did.

19   Q    It was important to lie to Selwyn Vaughn about his

20   attorney not giving permission to contact Vijay Jainairne.   It

21   was important enough for you to say that that you lied about

22   it?

23   A    Whether it was important or not, one way or the other, I

24   just said it to him.

25   Q    He would have gone to see Vijay Jainairne simply by you

SS        OCR        CM        CRR        CSR

1523

1    telling him go see Vijay Jainairne, correct?

2    A    Possible.

3    Q    You're telling the guy to go see David Clarke in prison.

4    He says he's going to go see David Clarke, right?

5    A    That's what I told us him; yes, sir.

6    Q    You told him see Vijay Jainairne.   Do you understand he's

7    going to see Vijay Jainairne, correct?

8    A    That's my intent, yes, sir.

9    Q    Intent to send him to go see Vijay Jainairne?

10   A    Yes, sir.

11   Q    You could have just told him go see Vijay Jainairne,

12   right, and he would have gone to see him, correct?

13   A    That was what I would hope; yes, sir.

14   Q    Whether or not he's represented, his attorney says you

15   can or cannot meet him, it's completely immaterial, right?

16   A    That's true.

17   Q    But nevertheless, it was important for you to lie to him

18   about that.

19   A    I didn't say it was important.   I just said I said it.

20   Q    Said it because you just lied?

21   A    Because I was just talking.   My methodology, that's what

22   I say.

23   Q    Let's explore this a little bit if I can.   Your

24   methodology is just to say things whether they're true or

25   untrue?

1524

1    A    With respect to him.  You're talking with respect to

2    Vaughn, right?

3    Q    You weren't specific in your response.  You said your

4    methodology.

5    A    I was talking about Vaughn.

6    Q    You speak only to Vaughn when you just lie?

7    A    Not only Vaughn, but I wasn't lying to him.  I was giving

8    him what information I wanted him to have.

9    Q    But it's untrue.

10   A    So?

11   Q    So that's a lie.

12   A    It's a lie; yes, sir.

13   Q    And you decided what information to give to which

14   person --  withdrawn.

15            There was a meeting on July 11th, 2008 with

16   Selwyn Vaughn; do you recall that?

17   A    No, sir, there was not.

18   Q    I'm sorry, June 11th.  I apologize.  You're right.

19   June 11th, right?

20   A    Yes, sir.

21   Q    In that meeting with Selwyn Vaughn, he discusses --  at

22   this point you've already identified various people who you

23   didn't believe it but you told him were central to the

24   government's case like David Clarke, right?  Talked about

25   David Clarke?

1525

1    A    Yes.

2    Q    Alicia Jagnarain by then?

3    A    Yes, sir, I believe so.

4    Q    Started talking about family members, right, the idea of

5    getting to David Clarke through family members was discussed,

6    correct?

7    A    That was a topic as well, sir.

8    Q    George Allison was a topic?

9    A    Yes, sir.

10   Q    You really kind of are focusing on witnesses or --

11   excuse me, I'll use your definition, just persons, right,

12   people, right?  Alicia Jagnarain is a person.   David Clarke is

13   a person.   George Allison is a person, right?

14   A    The first two I thought potentially could be witnesses.

15   The last I did not think could be a witness; yes, sir.

16   Q    You were concerned George Allison was a cooperator,

17   right?

18   A    I didn't know one way or the other.

19   Q    But if he was a cooperator, that could be problematic,

20   right?

21   A    Probably wouldn't talk to us.

22   Q    Please answer my question.

23   A    I'm sorry, I thought I did, sir.

24   Q    It's all right.

25   A    You asked me problematic.   That's how I'm responding.

1526

1    The answer is no.

2    Q    So, another witness the government had to put Khan in

3    drugs would not be problematic for you?

4    A    No, I didn't think it would be.

5    Q    So, there's conversation also about Leslyn Camacho by

6    then, correct?

7    A    I believe so, sir.

8    Q    At the end of the conversation -- during the

9    conversation, Selwyn Vaughn starts telling you things about

10   his network; do you recall that?

11   A    I believe so, sir.

12   Q    He's got a network of people that he can start to use to

13   locate these people, right?

14   A    That's what he said.

15   Q    Do you recall him describing his network of people of

16   being those that spent time in jail with Gerald; do you recall

17   that?

18   A    People like that, I think he said; yes, sir.

19   Q    People like that, that were in jail with Gerald?

20   A    Yes.

21   Q    People close to Roger he described; do you recall that?

22   A    That's what he said.

23   Q    He's got a network of people who are close to Roger and

24   used to be in jail, right?

25   A    That's what he said.

1527

```
1   Q    Close to Roger, criminals, right?
2   A    That's what he was suggesting.  Yes, I think so.
3   Q    This group was the group he was going to use with himself
4   to find people that you sent him to go find, correct?
5   A    I think that's what he was saying; yes, sir.
6   Q    That's what you understood, though, right?
7   A    That's what I think he was saying; yes, sir.
8   Q    I'm sorry.  If I misunderstand you, I apologize.  It's
9   what you understood, correct?
10  A    I understood his words; yes, sir.  That's what he was
11  saying.
12  Q    In order to help him do this, he also suggested the fact
13  that he was going to need unregistered phones; do you recall
14  that?
15  A    He said something like that; yes, sir.
16  Q    He said unregistered phones, correct?
17  A    I accept what you say; yes, sir.
18  Q    As a prosecutor, former prosecutor and a criminal defense
19  attorney, you know about unregistered phones, right?
20  A    I do.
21  Q    Some people call them drop phones, right?
22  A    I think so.
23  Q    You've heard that phrase?
24  A    I actually hadn't.
25  Q    Hadn't?
```

1528

1    A     No.

2    Q     Please don't adopt what I'm saying.

3                MR. SHARGEL:    I object to this colloquy.

4                THE COURT:    Overruled.

5    Q     Please, just don't adopt what I'm saying.  I want you to

6    answer my questions, okay?

7                These phones are used --  there's legitimate uses

8    for a phone not having a subscriber, right?

9    A     Many.

10   Q     Many.  There's also an unlawful purpose for using

11   unregistered phones, right?

12   A     I would think so.

13   Q     Well, you would think so.

14               Have you ever had a case where a client or an

15   associate were using unregistered phones?

16   A     Not that I'm aware of, sir.

17   Q     You've done wiretap cases before, right?

18   A     Some.

19   Q     You know then one of the primary ways the government

20   identifies the speaker of the phone is by simply going to the

21   phone company, saying whose phone is this registered to,

22   right?

23   A     Yes, sir.

24   Q     If a person using that phone doesn't have a correct

25   subscriber or no subscriber,  it makes it more difficult,

1529

1    correct?

2    A    Yes, sir.

3    Q    So, in your years of experience as a prosecutor or as a

4    defense attorney, you're familiar that criminals use

5    unregistered phones in order to hide just from law enforcement

6    finding them, right?

7    A    Yes.

8    Q    Now we have Selwyn Vaughn with his network of criminals

9    getting unregistered phones to find the people that you direct

10   him to find.   That's your understanding of this meeting,

11   correct?

12   A    That's what he said.

13   Q    That's your understanding?

14   A    That's what he said.   That's what I understood him to

15   mean.

16   Q    In order to do this, he explained that he needed some

17   expense money, right?

18   A    Yes, sir.

19   Q    The money was going to be to pay his network of guys, get

20   these unregistered phones?

21   A    That's what he said; yes, sir.

22   Q    Just to be clear, when you say that's what he said,

23   "that's what I understood," correct?

24   A    That's my understanding of his meaning; yes, sir.

25   Q    After this meeting, you sent Ms. Irving to go visit

1530

1    Roger Khan, correct?

2    A    I believe she went on the 13th, perhaps, sir.

3    Q    13th of June?

4    A    Yes, sir.

5    Q    Before she went, you discussed with her the substance of

6    your conversation with Selwyn Vaughn, correct?

7    A    I probably did sir; yes, sir.

8    Q    Do you recall it or not?

9    A    I don't recall what I said to her; no, sir.

10   Q    You explained that typically after meeting with a

11   client --  first of all, sending an associate to go see a

12   client, it's an important function, right, having interface

13   with the client?

14   A    Yes, sir.

15   Q    A client asks questions.  The associate needs to be able

16   to get answers, right?

17   A    Yes, sir.

18   Q    Otherwise there's really no point.  You're going to have

19   to wind up going the next day anyway, right?

20   A    I don't totally agree with that, no.

21   Q    If a client is not getting the answers he or she wants,

22   the associate can't give them, then you sending the associate

23   really didn't help you at all, right?

24   A    In part; yes, sir.

25   Q    You're winding up giving the associate more information

1531

1   to go back or just go yourself, right?

2   A    Very likely; yes, sir.

3   Q    You can't have the client wondering or not getting any

4   information, right?

5   A    Yes, sir.

6   Q    While you don't have a recollection, your testimony is

7   you probably told Ms. Irving the substance of your

8   conversation with Selwyn Vaughn before she went to go see

9   Roger Khan, correct?

10  A    Yes, sir.

11  Q    When she came back, I think you testified on direct, it

12  was typically her practice to create memos after meeting

13  Roger Khan, correct?

14  A    Yes, sir.

15  Q    These memos are for you to read, right?

16  A    Yes, sir.

17  Q    They also go into the file, right?

18  A    Yes, sir.

19  Q    They serve an important function in that regard, right?

20  A    Yes, sir.

21  Q    They need to be accurate, right?

22  A    Yes, sir.

23  Q    They need to have as much information about what's going

24  on as possible, right?

25  A    Yes, sir.

1532

1  Q    If there's not information contained in the memo, you

2  would either go back to Ms. Irving, say what's this about,

3  fair?

4  A    Yes, sir, that's fair.

5  Q    After the June 13th meeting, Ms. Irving created one of

6  those memos we discussed, correct?

7  A    Yes, sir.

8           MR. D'ALESSANDRO:    This is in evidence, your Honor.

9  I'll put it up on the screen, 554.

10  Q    That's you, RMS?

11  A    Yes, sir.

12  Q    The first bullet point, RK, Roger Khan, right?

13  A    Yes, sir.

14  Q    Roger Khan told Rob Simels --  he couldn't speak to you,

15  right?

16  A    Correct.

17  Q    You weren't at this meeting?

18  A    No.

19  Q    Ms. Irving is passing along what Roger Khan said to her

20  to pass along to you, correct?

21  A    Yes, sir.

22  Q    Roger Khan told RMS you, your discretion, in giving money

23  to Fineman, correct, for his investigation to use?

24  A    Yes.

25  Q    Fineman is Selwyn Vaughn?

1533

1   A    Yes, sir.

2   Q    He, Roger Khan, correct?

3   A    Yes.

4   Q    Said started with $1,000 and see if he, that's Fineman,

5   correct?

6   A    Yes.

7   Q    Get some results and then RMS can decide if he want to

8   give more money, correct?

9   A    Yes, sir.

10  Q    What that is saying, that Roger said go ahead, give my

11  man some money and if he produces, then if you want to you can

12  give him more, right?

13  A    Yes, sir.

14  Q    This money was the direct response to Selwyn Vaughn's

15  request for money, correct?

16  A    Yes, sir.

17  Q    And that's money to use his network of criminals to pay

18  for unregistered phones to find the people that you guys

19  wanted him to find, correct?

20  A    Yes, sir.

21  Q    It continues.   RK said to make sure to tell Fineman to

22  not do anything stupid in terms of Clarke's mother, and that

23  he will leave it to RMS to decide if someone should go speak

24  to her.   He leaves it to RMS legal opinion about my

25  ramification.   You see that?

1534

1  A    Yes.

2  Q    That is in direct response to Selwyn Vaughn's suggestion

3  about the possibility of harm coming to a witness' mother,

4  correct?

5  A    Yes, sir.

6  Q    So, you, from reading this memo, does it refresh your

7  recollection, sir, that you told Arienne Irving before she met

8  with Roger Khan on June 13th, 2008 that Fineman needs money.

9  He needs it for specific reasons in order to do what we needs

10 him to do and Selwyn Vaughn is willing to approach witnesses'

11 mothers, find out what he thinks about them, does it refresh

12 your recollection?

13 A    Doesn't refresh my recollection what I told her.  I have

14 a sense what I told her if you want me to tell you that.

15 Q    Sir, when you got this memo, you understood what

16 Roger Khan meant, correct?

17 A    Yes, sir.

18 Q    Did you go back to Ms. Irving and say what did you mean

19 by this line, I don't understand it?

20 A    I don't think I did, sir.

21 Q    This memo was enough for you to what Roger Khan wants you

22 to do?

23 A    Yes, sir.

24 Q    On the 4th point, Roger Khan said he want to wait until

25 the judge rules on the 404(b) motion before writing down what

1  Fineman should testify to as we may not need everything if the

2  judge doesn't let it in.  You see that?

3  A    I do.

4  Q    Roger Khan is explaining to you is that let's find out

5  how the judge rules on a specific motion before I write down

6  the script of what I want Fineman to say on the stand, right?

7  A    Totally false, sir.

8  Q    The memo is false?

9  A    No, totally false what you're saying.

10  Q    That's not your understanding?

11  A    Not at all, sir.

12        MR. D'ALESSANDRO:    Might I have a moment, your

13  Honor?

14        THE COURT:    Yes.

15        (Pause.)

16  Q    After this meeting, you understood that you were

17  authorized by Roger Khan to give Selwyn Vaughn a thousand

18  dollars, right?

19  A    Yes, sir.

20  Q    That was for, as it's couched in the memo, is

21  investigation, right?

22  A    (No response).

23  Q    The memo describes it as his investigation, correct?

24  A    That's what it says; yes, sir.  That's what it was for.

25  Q    On June 20th, 2008, you gave him the money, correct?

1536

1   A    I'm sorry?

2   Q    On June 20th, 2008 you gave Selwyn Vaughn the money?

3   A    I did.

4   Q    A thousand dollars?

5   A    A thousand dollars.

6   Q    That's a thousand dollars that's reference in the memo,

7   correct?

8   A    Yes, sir.

9         MR. D'ALESSANDRO:    In evidence, Government Exhibit

10  901.

11  Q    $1,000 cash, you gave to Selwyn Vaughn during the

12  June 20th, 2008 meeting, correct?

13  A    I gave him a thousand dollars; yes, sir.

14  Q    From this memo, I believe you testified you didn't need

15  to have any more conversation with Ms. Irving about what

16  Roger Khan wanted, correct?

17  A    Correct.

18  Q    You knew just from this memo what needed to be done,

19  correct?

20  A    Yes, sir, I did.

21        MR. D'ALESSANDRO:    R 13, page 21, line 31.

22        (Audio played.)

23  Q    In that portion of the conversation, page 21, line 31,

24  you hand Selwyn Vaughn this thousand dollars, correct?

25  A    I hand him a thousand dollars; yes, sir.

1537

1    Q    Then explained to him with regards to David Clarke, he

2    said, meaning Roger Khan, don't kill the mother, correct?

3    A    That's what I said, sir.

4    Q    You're telling him Roger Khan says don't kill

5    David Clarke's mother, correct?

6    A    That's what I said, sir, yes.

7    Q    You explain to him the reason why you don't want him to

8    kill David Clarke's mother is because the government will, as

9    you say, go crazy, right?

10   A    Yes, sir.

11   Q    It's your experience that the government does take a

12   murder rather seriously, right?

13   A    Yes, sir.

14   Q    We take the murder --

15             MR. SHARGEL:   Objection to the form of the

16   question.

17   Q    It's your experience that the government takes the murder

18   of a family member of a prospective witness very seriously,

19   correct?

20   A    Yes, sir.

21   Q    There would be an investigation, correct?

22   A    No question.

23   Q    You're explaining to him get David Clarke off the stand

24   by whatever means necessary, just don't kill his mother.

25   Isn't that what you're saying?

1538

1    A    No.

2    Q    Is it your testimony that you're trying to discourage him

3    from committing violent acts against David Clarke or his

4    family in this conversation?

5    A    Yes.

6    Q    You're telling a man --  you're giving this guy a

7    thousand dollars cash to go out with his band of criminals

8    with unregistered phones to find the family members of federal

9    witnesses, correct, David Clarke, right?

10   A    No, sir.

11   Q    You're giving this man a thousand dollars to go out with

12   his band of criminals, unregistered phones, very hard for the

13   government to find out, track who is using them, what's going

14   on, and your only instruction is don't kill his mother?

15   A    No, sir.

16   Q    That's not your only instruction to him?

17   A    No, that wasn't what I was setting him out to do, sir.

18   Q    There's more?

19   A    Look at the end of the tape, you'll see what I actually

20   tell him to do is go find various people.  I give him a list

21   of who I want him specifically to see, Loretta Wilshire,

22   Alicia Housman, Allen -- if you go to the end of the tape,

23   that's what I talk about, I say I need a Guyanese

24   investigator.  He says you got one now.

25   Q    He tells you, sir, does he not, with regards to the

1539

1    investigator, that he can't go out with your investigator

2    because your investigator and him would have different

3    agendas, yes or no?

4    A    Those are his words, absolutely.

5    Q    You understand in this person's mind what he's telling

6    you, what you understand is that I'm not doing this for a

7    lawful purpose, right?

8    A    No, sir.

9    Q    So, then, but I'm doing it for a lawful purpose but I

10   can't go out with your investigator, Deb Martin?

11   A    If you read what he said later on, he says I can't go out

12   with a flat footer, a guy that looks like a cop.  That's what

13   he's telling me.  So, as he's explaining to me it doesn't

14   matter, he himself has to be able to go, not with a white

15   police-looking person into the community because he won't

16   accomplish anything for me, just like the white investigators

17   did not accomplish anything up to that point for me.

18   Q    The word is agenda, sir.  He says agenda.

19   A    He did use that word.

20   Q    That means plan, correct?

21   A    That's his word.  You'll have to ask him his meaning.

22   Q    I'm interested in what you understand.  He used the word

23   agenda.  Does agenda also mean plan?

24   A    Yes, sir.

25   Q    It means strategy, right?

1540

1    A    Yes, sir.

2    Q    It means these are the things we need to accomplish,

3    correct?  The agenda, you have an agenda for the meeting.

4    Thanks for the meeting.  Here's our agenda, the things we need

5    to accomplish, right?

6    A    Not that way, but yes.

7    Q    The plan, the reason for Deb Martin is different than

8    his.  He explained that to you, correct?

9    A    I'm sorry, could you say that again?

10   Q    He explained that to you.  Deb Martin's agenda and his,

11   Deb Martin's purpose, his purpose differ, correct?

12   A    No, that's not how I took it, sir.

13   Q    You tell this man -- you don't tell him, right, look

14   don't kill the guy's mother.  Don't kill anybody.  You don't

15   say that, right?

16   A    I didn't say don't kill anybody; no, sir.

17   Q    You didn't say look, just do this.  What are you talking

18   about unregistered phone?  Just go and see these people and if

19   there's any problem, walk away.  You don't say that, right?

20   A    No, sir, I did not.

21   Q    You just say put pressure on David Clarke, just don't

22   kill his mother, right?  You say well, he would like as much

23   pressure being put on Clarke as possible but he thinks if

24   Clarke's mother gets killed, the government would go crazy,

25   correct?

1541

A     That's what I said, sir, yes.

Q     You put a ceiling on his activity to kill the mother but everything else --

          MR. SHARGEL:    I object, argumentative.

          THE COURT:    Overruled.

          (Continued on next page.)

Simels - cross - D'Alessandro

1    BY MR. D'ALESSANDRO:

2    Q.    The ceiling, Don't kill the mother, but everything that

3    falls underneath is okay; that's what you are telling us?

4    A.    100 percent false, sir.

5    Q.    You didn't say these words on line eleven through line

6    twelve?

7          You said the words in this transcript; correct?

8    A.    I said words in that transcript, sir.

9    Q.    You then mention Leslyn Camacho and George.

10         That's George Allison; right.

11   A.    Yes.

12   Q.    It's Chinaman, Donald Allison's brother; right?

13   A.    Yes, sir.

14   Q.    Donald Allison, you heard testimony, was murdered;

15   right?

16   A.    Yes, sir.

17   Q.    And Selwyn Vaughn says, on line 26: "So, you want  --

18   what you want me to go with them now, George and these other

19   people?"

20         You say: "What's that?"

21         And he asks for clarification. "What will he want me to

22   do with them, George and the other people?"

23         Do you see that?

24   A.    Yes.

25   Q.    Selwyn Vaughn is asking you:  "Thanks for the thousand

Simels - cross - D'Alessandro

1    dollars.  I'm going to go out and get my phones and go out

2    with my network of guys, George and Leslyn.  What do you want

3    me to do with them"; right?

4        He's asking you; right?

5    A.   That's what he says there, sir, yes.

6    Q.   And you tell him  "With George," -- that's Roger Khan;

7    right?

8    A.   Yes, sir.

9    Q.   Arienne Irving is providing you with these instructions

10   from Roger Khan; isn't that right?

11   A.   No, sir.

12   Q.   It's not in this memo, 554, about George Allison; right?

13   A.   Nor is there anything about don't-kill-the-mother in

14   that memo; that's correct.

15   Q.   Don't do anything stupid?

16   A.   That's what she reported to me Roger Khan said to her.

17   Q.   That's a verbatim transcript of what Roger Khan said?

18   A.   Arienne usually take things down that way, yes.

19   Q.    With George, he said  -- that's Roger  --  "You can

20   deal with George however you think.  That's you Mr. Robert

21   Simels. "Do you think George has to be dealt with in terms of

22   finding out where he is in this thing?"

23   A.   No, I was talking about Vaughn there.

24   Q.   Talking about Vaughn who?

25   A.   Vaughn.  He says: "You can deal with George however you

Simels - cross - D'Alessandro

1    do."

2    Q.    In terms of finding out where he is in this thing?

3    A.    Yes, sir.

4    Q.    And Vaughn is talking about  -- with you by this point

5    neutralizing the witness. "We either need to bribe them, buy

6    them, or strike fear in them"; right?

7          You already said that?

8    A.    I think he did that on a different day.

9          Yes, sir he made those comments.

10   Q.    Fair enough, it was a different day, it was before this?

11   A.    That's true, sir.

12   Q.    So, this guy, with his unregistered phones and his

13   criminal associates, who has in his mind, as you understand

14   it, Send me out to these people, we'll neutralize them by

15   either paying them off or striking fear in them, you can find

16   out, deal with him  -- has to be dealt with in terms of

17   finding out where he is in this thing.  If he's cooperating,

18   that's a bad thing, bad for Roger Khan; correct?

19   A.    Yes, sir.

20   Q.    So, not quite accurate when you testified earlier that

21   George Allison was cooperating, didn't make any difference;

22   correct?

23   A.    It didn't really, sir.

24   Q.    You're explaining to Selwyn Vaughn, though, if George

25   Allison is cooperating, it's a bad thing?

Simels - cross - D'Alessandro

1    A.   Any cooperator is a bad thing, yes, sir.

2    Q.   But when I asked you those questions earlier, you said

3    it didn't matter?

4    A.   I didn't think George Allison played significantly one

5    way or the other in Roger Khan's case.

6    Q.   This guy meant nothing to you?

7    A.   No, sir, other than the information he can provide on

8    David Clark.

9    Q.   Then you say: "He wants to talk to you.  We want him to

10   talk to us about Clark."

11        Then you say: "I, I don't think he  "-- meaning

12   Roger Khan  --  "cares about Chinaman in terms of,  'cause I,

13   I don't think they'll"  -- meaning the government; correct.

14   A.   Yes, sir.

15   Q.   --  "put the heat, the heat on him," meaning Roger

16   Khan; correct?

17   A.   Yes, sir.

18   Q.    "That screwing around with the mother would, I mean

19   doing something violent to her"; correct?

20   A.   Those are the words, yes, sir.

21   Q.   You told this man, David Clark, don't kill his mother,

22   because the government goes crazy and he'll be in the SHU,

23   but with George, you don't think that the government will put

24   the same amount of pressure on Roger Khan if something

25   violent happens to his mother; that's what you are telling

1546

Simels - cross - Solano

1  him; right?

2  A.   Absolutely you have that wrong.

3  Q.   Selwyn Vaughn was a loaded weapon that you just aimed at

4  a group of witnesses and just said, Here is a thousand

5  dollars, get it done; right?

6          MR. SHARGEL:   Judge, I object to this.

7          THE COURT:   Overruled.

8  A.   Absolutely false.

9  Q.   The only instruction you gave him is, Just don't kill

10  David Clark's mother; right?

11  A.   No, sir.

12          MR. D'ALESSANDRO:   I have nothing further of this

13  witness, your Honor.

14          THE COURT:   Thank you.

15          Mr. Solano.

16          MR. SOLANO:   Thank you, your Honor.

17  CROSS-EXAMINATION

18  BY MR. SOLANO:

19  Q.   Good afternoon, Mr. Simels.

20  A.   Good afternoon, sir.

21  Q.   Let me just start asking you some questions about

22  Arienne's employment in general, and then I'll move on to the

23  meetings.

24  A.   Okay.

25  Q.   You were retained by Roger Khan or Roger Khan's family

1547

Simels - cross - Solano

1   in August of 2006; correct?

2   A.   That's correct, sir.

3   Q.   And Arienne Irving didn't start working at your firm

4   until sometime in December, mid-December, of 2006; right?

5   A.   That's correct, sir.

6          THE COURT:  Come on up for a second.

7          Sorry to interrupt, Mr. Solano.

8          (Sidebar.)

9          THE COURT:  What you are doing now is fine, it's all

10   introductory, but unless you persuade me otherwise, I'm going

11   to tell you, when you get to the key stuff, not to lead.

12          MR. SOLANO:  Okay.

13          THE COURT:   All right.

14          MR. SOLANO:  Sure.

15          THE COURT:   If you want to persuade me otherwise,

16   that's why I invited you up here.

17          MR. SOLANO:  Sure.

18          THE COURT:   You are sure you do want to persuade

19   me?

20          MR. SOLANO:  I'm sure I'm not going to lead.

21          (In open court.)

22          MR. SOLANO:  May I continue, your Honor?

23          THE COURT:   You may.

24          I apologize for the interruption.

25   BY MR. SOLANO:

ANTHONY M. MANCUSO, CSR, OFFICIAL COURT REPORTER

Simels - cross - Solano

1    Q.   So, she began working in August  -- I'm sorry  --

2    mid-December of 2006; correct?

3    A.   Yes, sir.

4    Q.   And who else, if anyone, did you have working at your

5    firm around that time, in terms of associates?

6    A.   I think when Ms. Irving started, that Alexandra Van

7    Doros was a senior associate.  I don't know whether Alana

8    Bernfeld was still with us or not at that point.

9    Q.   When you say that Ms. Van Doros was a senior associate,

10   was she more senior than Arienne Irving?

11   A.   Much more.

12   Q.   Much more senior?

13   A.   Yes.

14   Q.   I think during the direct examination of Mr. Shargel,

15   you talked about some of the things that were being done on

16   the Roger Khan case in those beginning months of your

17   retention.

18        Do you recall that?

19   A.   Yes.

20   Q.   You described a bail application or some legal documents

21   that were going to be filed in terms of bail?

22   A.   Yes, sir.

23   Q.   And which one of the associates, if anyone, was working

24   on that?

25   A.   Well, Alana Bernfeld and Alexandra Van Doros.

Simels - cross - Solano

1   Q.   Arienne wasn't working on that?

2   A.   Yes, sir.

3   Q.   Is it fair to describe Ms. Irving's role during the time

4   of the Khan defense one of getting documents together for

5   witnesses?

6   A.   Yes, sir.

7   Q.   In fact, Mr. White was retained, Diarmuid White was

8   retained, to do the legal writing?

9   A.   Yes, sir.

10  Q.   Did Arienne do any legal writing with regard to the

11  Roger Khan case?

12  A.   I don't think so, but she might have contributed

13  something in the summer of 2008.

14  Q.   Contributed maybe a portion of a legal writing?

15  A.   Yes, sir.  She had done research for me.

16  Q.   By the way, approximately how much was Ms. Irving's

17  salary when she began in December of 2006?

18  A.   Approximately 50, $55,000, somewhere in that

19  neighborhood.

20  Q.   And that was a salary, it was not by hour; right?

21  A.   Yes, sir.

22  Q.   It was salary?

23  A.   Yes, sir.

24  Q.   And she was required to work whatever amount of time she

25  needed to get whatever assignment she had completed?

1550

Simels - cross - Solano

1  A.   That's correct, sir.

2  Q.   Now, we talked a lot about or we've heard a lot about

3  that  -- the memos that Ms. Irving wrote.   Approximately how

4  many memos did Ms. Irving write from the time that she

5  started working on the Khan case when she came in in December

6  of 2006 until the arrest on September 10 of 2008, just an

7  approximation?

8  A.   I'm estimating, but probably a couple of hundred, maybe

9  300.

10 Q.   You stated during cross-examination that Ms. Irving's

11 habit was to sort of write things verbatim, or something to

12 that effect.

13      Can you explain what you meant by that?

14 A.   In every time I've been with her at a meeting, she's

15 taken very copious notes, very accurate notes, of what is

16 being described, and when she translates it into a typed

17 memo, she puts those copious or accurate notes into the memo.

18 Q.   As far as your understanding  -- you've had an

19 opportunity to read her memos after meetings; correct?

20 A.   Yes.

21 Q.   And was it ever her practice to change meanings in

22 memos, or would she pretty much put it down word for word?

23 A.   She had put it down as her notes indicated, sir.

24 Q.   Now, did she ever go to Guyana, by the way?

25 A.   She did not.

1551

Simels - cross - Solano

1    Q.    We talked a little bit about the investigators in this

2    case.  Was one of her duties providing information to

3    investigators?

4    A.    Yes, sir.

5    Q.    And she  -- some of the investigators were people like

6    Mr. Gonzalez?

7    A.    One of them, yes, sir.

8    Q.    And Chuck Avakian?

9    A.    Yes.

10   Q.    And the list goes on?

11   A.    At least ten or more investigators, yes, sir.

12   Q.    Let me bring your attention to the May 13, 2008 meeting?

13         You set that meeting up with Mr. Vaughn; correct.

14   A.    Yes, sir.

15   Q.    And that was as a result of him calling you on May 13,

16   2008?

17   A.    Yes, sir.

18   Q.    Before that meeting actually occurred on May 13, you

19   didn't tell Ms. Irving that Fineman  -- that this person

20   Fineman was coming in?

21   A.    I did not.

22   Q.    He just showed up and he happened to be at the office?

23   A.    I probably told her that somebody called and said they

24   were coming in, and for her to be available, yes.

25   Q.    Why did you need her to be available?

ANTHONY M. MANGUSO, CSR, OFFICIAL COURT REPORTER

Simels - cross - Solano

1   A.   She was working on the Khan case, and I wanted her to

2   sit in to hear whatever this person had to say.

3   Q.   She came in on the May 13 meeting to take notes?

4   A.   Primarily, she was there for that purpose, yes.

5   Q.   When you say "Primarily," what was the other roles or

6   duties that she had in that meeting?

7   A.   If she was not in there, I would have to sort of fill

8   her in on some of the meeting afterwards.  So, it was easier

9   to have her there.

10  Q.   Now, she was coming in and out of that May 13 meeting;

11  correct?

12  A.   Yes, sir.

13  Q.   And I think  -- and tell me if I'm wrong  -- when they

14  played the May 13 meeting, you could hear her heels when

15  she's coming into the meeting or leaving the meeting;

16  correct?

17  A.   Yes, sir.

18  Q.   And after the May 13 meeting, she created a memorandum?

19  A.   Yes, sir.

20  Q.   That's in evidence and you've read that; correct?

21  A.   Yes, sir.

22  Q.   Now, specifically to the June 11 meeting, you set that

23  meeting up with Fineman; correct?

24  A.   Yes, sir.

25  Q.   Might have had nothing to do with setting up the June 11

1553

Simels - cross - Solano

1    meeting?

2    A.    No.

3          MR. D'ALESSANDRO:  Objection to form.

4          THE COURT:  Sustained.

5    Q.    Did Arienne Irving have anything to do with setting up

6    the meeting on June 11?

7    A.    No, sir.

8    Q.    Just to be clear:  Was Ms. Irving present on the June 11

9    meeting?

10   A.    No, sir.

11   Q.    Where was Ms. Irving?

12   A.    At jury duty.

13   Q.    And she was  -- do you recall how many days she was in

14   jury duty?

15   A.    It was that week.  I don't recall how many days.

16   Q.    If I told you the 11th and the 12th of June, would that

17   refresh your recollection?

18   A.    It's possible those were the only two days.

19   Q.    In fact, there's a portion of that recording which I

20   would like to show you  -- if I can just have one second to

21   turn to it, your Honor?

22         THE COURT:  Yes, you may.

23   Q.    This is T-10, page 30, line 25, and if I can just give

24   you this introductory to this piece of the transcript.

25         You had gone and you were having a conversation with

1554

Simels - cross - Solano

1    Fineman; correct.

2    A.    Yes, sir.

3    Q.    At some point, you needed some information that you

4    cannot locate; right?

5    A.    Yes, sir.

6    Q.    And then you called Arienne Irving?

7    A.    Yes, sir.

8    Q.    And left a message?

9    A.    Yes, sir.

10   Q.    And then she calls back?

11   A.    That's correct, sir.

12   Q.    And then the unidentified female says, beginning on line

13   25, "Arienne is on line one."

14         That's Juanita Singh, the secretary.

15   A.    That was Juanita, yes, sir.

16   Q.    Then you say: "Okay, Arienne."

17         Ms. Irving says: "Hey, Robert, how is it going?"

18         You then continuing:   "All right.   Good.   A couple of

19   things.   Where do I find Leslyn Camacho's address?"

20         Ms. Irving responds: "It is, um, it's actually in,

21   there's a file that's labeled  'Leslyn Camacho.'"

22

23         And you say: "Where?"

24         She says: "You know, actually, it might be easier for

25   you to find it.   It's on the to-do list."

Simels - cross - Solano

1    Without me having to go on, she describes to you where

2    this piece of information is.

3    A.    Yes, sir.

4    Q.    Before you asked her for that piece of information, did

5    you explain to her why you needed the information?

6    A.    No, sir.

7    Q.    Just asked her; right?

8    A.    Yes, sir.

9    Q.    If I can continue on page 32, line 17, you then say:

10   "I'm sitting here with Fineman."

11       Ms. Irving says: "Is that why you need the names looked

12   up?"

13       You say: "Yeah, yeah, okay."

14       That's because she didn't know that Fineman would be

15   sitting with you on that for a meeting.

16   A.    Correct, sir.

17   Q.    In fact, was it your practice, Mr. Simels, to tell

18   Ms. Irving everything about what was going on with the case

19   at all times?

20   A.    Not at all times, sir, no, sir.

21   Q.    Now, let me turn your attention to the June 20 meeting,

22   which is 401-T-13.  If I could specifically go to page 17,

23   line 31.  At this meeting, the June 20 meeting, Ms. Irving

24   was also in and out of that meeting; right?

25   A.    Yes, sir.

1556

Simels - cross - Solano

1    Q.    Again, you could hear her heels when she's coming in and

2    out of the meeting?

3    A.    Yes, sir.

4    Q.    Beginning on line 31, you say: "Well, the point of the

5    matter is that none of these prosecutors had ever been to

6    Georgetown or to Guyana.   Don't, yeah."

7          Ms. Irving says: "Who is it?"

8          That is in response to Juanita, the secretary, saying

9    that somebody was on the line.

10   A.    That's correct.

11   Q.    Ms. Irving responds  -- you respond: "Who?"

12         And Ms. Irving responds: "The person you asked for,

13   Reagan"; right?

14         Can you remind the members of the jury who Reagan is.

15   A.    Mark Reagan was an employee of Willems Timber, was a

16   major timber company that Roger Khan owned in Guyana with

17   others, and he worked in the office.

18   Q.    Did you have any reason to believe at any point that

19   Reagan was anything other than a Willems Timber employee?

20   A.    Never.

21   Q.    So, continuing on page 18, line 2, you say: "Oh, good,

22   you know Reagan; right?"

23         Then you have a conversation with Vaughn regarding

24   Reagan, and then you go on to some other things; correct.

25   A.    Yes, sir.

1557

Simels - cross - Solano

1    Q.   Right before that conversation, Ms. Irving leaves the

2    office to go speak to Reagan; correct?

3    A.   That's correct.

4    Q.   And in fact, she stays out of the office at that time

5    for at least forty minutes; correct?

6    A.   She was out quite while talking to Reagan, yes, sir.

7    Q.   Talking to Reagan; correct?

8    A.   Yes, sir.

9    Q.   In fact, if I can show you  -- I believe this is

10   Government's Exhibit 804 in evidence, your Honor.  Page four.

11   The date there is Friday, June 20; correct?

12   A.   Yes, sir.

13   Q.   And the  "irvingaj," that you know to be Ms. Irving's

14   e-mail address; correct?

15   A.   That's her Yahoo account.

16   Q.    "Reaganmark" would be Reagan?

17   A.   Yes.

18   Q.   What time does this instant-message session begin?

19   A.   It says 1:36 in the afternoon.

20   Q.   1:36 p.m.?

21   A.   Yes, sir.

22   Q.   Do you recall the time that the meeting began with

23   Fineman on the 20th of June?

24   A.   Sometime after 1:00 o'clock in the afternoon, Mr.

25   Solano.

ANTHONY M. MANCUSO, CSR, OFFICIAL COURT REPORTER

1558

Simels - cross - Solano

1    Q.   This session continues from page four, continues through

2    page five, and ends on page six?

3    A.   Correct.

4    Q.   What time does the session end?

5    A.   1402, which I take to mean 2:02 in the afternoon.

6    Q.   So, about thirty minutes is Ms. Irving on an instant

7    message with Reagan?

8    A.   That's correct.

9    Q.   By the way, the June 20 meeting that you had with

10   Fineman, that was in your office?

11   A.   Yes, sir.

12   Q.   And Ms. Irving, when she was instant-messaging Reagan,

13   she was doing that from her office; correct?

14   A.   Yes, sir.

15   Q.   In fact, do you recall there's a portion of the June 20

16   meeting where you walk out and then you come back in and you

17   tell Fineman, We're on the line with Reagan; correct?

18   A.   That's correct.

19   Q.   Because you had gone out, you had spoken to Ms. Irving

20   when she was on the line with him; correct?

21   A.   Yes, sir.

22   Q.   During the time that she's speaking to Reagan, that's

23   when this conversation about money, about Clark's mother,

24   that's when all that stuff happens; right?

25   A.   I presume so, sir.

ANTHONY M. MANCUSO, CSR, OFFICIAL COURT REPORTER

1559

Simels - cross - Solano

1  Q.   Now, by the way, if I can just show you Government's

2  Exhibit 554?

3         THE COURT:  It's in evidence; right?

4         MR. SOLANO:  Yes, your Honor.

5  Q.   This is the June 13 memo.  You saw this, Mr. Simels;

6  correct?

7  A.   Yes.

8  Q.   Now, you testified on cross-examination that after

9  having the meeting with Fineman on June 11, that you informed

10  Ms. Irving of the meeting that you had with Fineman.

11        Do you recall that testimony.

12  A.   Yes.

13  Q.   You didn't tell Ms. Irving every single detail of that

14  meeting; correct?

15  A.   I did not.

16  Q.   In fact, what you told Ms. Irving, if anything, was to

17  ask Roger if he would okay money for a Fineman investigation?

18  A.   I think yes.

19  Q.   In fact, you actually went to visit Roger on the 9th of

20  June; correct?

21  A.   Very possible.

22  Q.   Okay.

23        MR. SOLANO:  One second, your Honor.

24        (Pause.)

25  Q.   Mr. Simels, did Arienne Irving ever use the word  "Kill

1560

Simels - cross - Solano

1   the mother" or  "Don't kill the mother" in any form?

2   A.   Never.

3   Q.   Did you ever tell Arienne Irving, in any way or any

4   form, about doing harm to David Clark's mother?

5   A.   I did not.

6   Q.   Okay.

7       What did you understand  -- I'm going to look at now the

8   June 13 memo, the second bullet point  -- that Roger Khan

9   said to make sure to tell Fineman not to do anything stupid

10  in terms of Clark's mother, and that he will leave it up to

11  RMS to decide if someone should go speak to her.  He leaves

12  it up to RMS legal opinion about any ramifications.

13      What did you understand that to mean.

14  A.   I took Ms. Irving's remarks, her and that of Roger's, to

15  be responsive to my questions that I sent her to ask him, to

16  ask Roger Khan about.  And I took it to mean that I should

17  tell him, Don't do anything stupid.

18      I told  -- she told me he authorized a thousand dollars

19  to give him for investigative purposes and see what he could

20  develop, and how I would explain to this guy  -- and how I

21  would explain to Vaughn what the legal ramifications would be

22  if he did anything violent to anybody, and that we would be

23  harmed beyond belief if he did anything violent to anybody.

24  That's what I took it to mean, and that's what we discussed.

25  Q.   Now, there's another bullet point here on Government's

ANTHONY M. MANCUSO, CSR, OFFICIAL COURT REPORTER

Simels - cross - Solano

1  Exhibit 554.  Before I get to that, let me back up a second?

2      You testified during the direct examination of

3  Mr. Shargel that there was something about an anonymous jury

4  motion pending.  Do you recall that.

5  A.   Yes, sir.

6  Q.   At the time of this memo, was that motion still pending?

7  A.   No.  It was already decided.

8  Q.   It was already decided?

9  A.   Yes.

10  Q.   What was the result of that?

11  A.   The judge had directed that there be an anonymous jury.

12  Q.   Bringing your attention to this bullet point back on

13  Government's Exhibit 554 that begins  "RK said he wants to

14  wait until the judge rules on the 404(b) motion and before

15  writing down what Fineman should testify to."

16      What did you understand that to mean.

17  A.   Because we didn't know where we were in the status of

18  the case.  There were certain motions pending before the

19  judge.  One of them was a 404(b) motion.  That was a motion

20  that the prosecutors had filed asking the judge for

21  permission to introduce evidence of the Donald Allison murder

22  and of the Dave Persaud murder.  That had not been decided by

23  the judge and was not decided by the judge throughout the

24  summer and into September of 2008.

25      So, we didn't know whether or not the Donald Allison

1562

Simels - cross - Solano

1  murder or whether the Dave Persaud murder would be part of

2  our case or not part of our case.  We were waiting for the

3  judge to make a decision on that, to be able to figure out if

4  we needed any witnesses regarding that or no witnesses

5  regarding that.  If we didn't need witnesses regarding that

6  issue, we didn't have to conduct an investigation.  Then we

7  wouldn't have to worry about somebody to testify about those

8  issues.

9  Q.   Did you understand that to mean to write down a script

10 for Fineman as to what to testify to?

11 A.   No, I did not take it that way.

12 Q.   Turning your attention to the July 18 meeting.

13      Was Ms. Irving present at that meeting.

14 A.   I believe her to be in Ireland at that time.

15 Q.   On the July 30 meeting, was Ms. Irving at the meeting on

16 July 30?

17 A.   She may have been in and out of that meeting.  I don't

18 recall.

19 Q.   You don't recall?

20 A.   No.

21         MR. SOLANO:  If I may have a second, your Honor?

22         THE COURT:  About how much more do you have?

23         MR. SOLANO:  Ten, fifteen minutes.

24         THE COURT:  Okay.

25         Let's take a break.  Don't discuss the case.

1563

Simels - cross - Solano

1    We'll resume in ten minutes.

2    All rise.

3    (Jury excused.)

4    THE COURT:  We're in recess in the case on trial.

5    (Recess taken.)

6    (Continued on next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Simels-cross-Solano                                      1564

1    CONTINUING CROSS-EXAMINATION

2    BY MR. SOLANO:

3             (Jury enters courtroom)

4             THE COURT:   Go ahead, Mr. Solano.

5    Q    Mr. Simels, before we broke, I was asking you questions

6    about the time that you had visited Roger Khan before the

7    June 11th meeting with Selwyn Vaughn.   You told me you don't

8    recall the date you visited him.   I'm showing you Government

9    Exhibit 7103, have you take a look at this line that begins

10   June 10th.   Tell me if that refreshes your recollection when

11   was the last time you met with Roger before the June 11th

12   meeting with Selwyn Vaughn.

13   A    It does refresh my recollection.   It would have been

14   June 10th.

15   Q    You stated that after reading Ms. Irving's June 13th

16   memo, her meeting with Roger Khan, you understood that to mean

17   certain things, correct?

18   A    I did.

19   Q    Did that have anything to do with any conversations you

20   had with her?

21   A    No, nor -- no, I'm sorry, no.

22   Q    Between the June 11th meeting with Selwyn Vaughn and the

23   June 20th meeting with Selwyn Vaughn, did you go anywhere?

24   A    I went to Guyana.

25   Q    There was some discussion about both on direct

Simels-cross-Solano                      1565

1  examination and cross-examination about payments that were

2  being offered either to Leslyn Camacho or David Clarke; do you

3  recall that?

4  A    Yes, sir.

5  Q    Did you at any point --  withdrawn.

6          The July 18th meeting was one of those meetings

7  where these discussions came up, correct?

8  A    Yes, sir.

9  Q    You believe Ms. Irving to be in Ireland on that date,

10  correct?

11  A    Yes, with her family, yes.

12  Q    Did you ever discuss with Ms. Irving the substance of

13  that July 18th memo --  meeting -- you had with Selwyn Vaughn?

14  A    I did not.

15  Q    Did you ever discuss with Ms. Irving at all any

16  discussions you had with Selwyn Vaughn about paying

17  Leslyn Camacho?

18  A    None.

19  Q    Did you have any discussions with Ms. Irving regarding

20  the possibility of paying David Clarke?

21  A    No.

22  Q    The money that was located in that drawer in your office,

23  that was a locked drawer?

24  A    It's a locked drawer.

25  Q    Did Ms. Irving have a key to that drawer?

Simels-cross-Solano                          1566

1   A    No.

2   Q    On September 10th when you were both arrested, do you

3   recall if Ms. Irving at the time of the proposed meeting or

4   the prospective meeting, do you recall what Ms. Irving was

5   doing?

6   A    I think she was working on a different matter.

7   Q    Do you recall the name of that client?

8   A    I don't, but I know his case was ending here in the

9   Eastern District of New York.  I know she was working on a

10  sentencing submission to go to Judge Irizarry on a different

11  matter.

12  Q    If I could have one second to get a photograph and I'll

13  be done.

14        (Pause.)

15        THE COURT:   Is this in evidence?

16        MR. SOLANO:   It is, your Honor.

17  Q    I'll show you what's in evidence as Irving Exhibit 5.  Is

18  that the sentencing memo you're talking about that Ms. Irving

19  was working on at the time of the meeting with which

20  Ms. Comacho was to occur?

21  A    Yes.

22  Q    Does the name Orlando Jones --

23  A    Orlando James.

24  Q    I'm sorry.

25  A    That's who it was.

Simels-redirect-Shargel                1567

1          MR. SOLANO:    Nothing further.

2          THE COURT:    Any redirect?

3          MR. SHARGEL:    Yes, your Honor.

4    REDIRECT EXAMINATION

5    BY MR. SHARGEL:

6    Q    The meeting at the jail on July 29th, 2008, you remember

7    being asked questions about that?

8    A    I do.

9    Q    Do you remember what time of day it was?

10   A    Morning hours, I believe.

11   Q    Do you remember how long the meeting took place?

12   A    An hour, hour and a half, maybe.

13   Q    You were actually with Mr. Khan for an hour, an hour and

14   a half or was that the entire time that you were at the MCC?

15   A    I believe that's the entire time.  I don't recall

16   specifically.  I think approximately that amount of time

17   between Mr. Dubin and myself meeting with Mr. Khan, somewhere

18   in that neighborhood.

19   Q    Mr. Dubin was there for part of the meeting?

20   A    Yes.

21   Q    Then there came a time he left?

22   A    That's correct, sir.

23         MR. SHARGEL:    I would like to play what's been

24   marked into evidence, the recording, without the transcript,

25   the recording of N-15, beginning at 21:48.

Simels-redirect-Shargel                    1568

1   Q    Beginning at 21:48, the same reference made when you were

2   on cross-examination, the page --

3            THE COURT:    Would you do me a favor, put it on the

4   Elmo?

5   Q   I'm not going to publish it to the jury so I'm oriented

6   as to what you're playing.

7            THE COURT:   You're playing all three segments?

8            MR. SHARGEL: Yes.

9            (Pause.)

10           MR. SHARGEL:   May I proceed?

11           (Audio played.)

12           MR. SHARGEL:   The next segment, 26:08,

13   approximately five minutes later.

14           (Audio played.)

15           MR. SHARGEL:   The next segment, the last segment,

16   101:40, 1 hour and 40 seconds into the conversation.  I would

17   like that played.

18           (Audio played.)

19           MR. SHARGEL:   Thank you.

20   Q    You talk on this tape about needing money to pay

21   Leslyn Camacho?

22   A    No, I did not.

23   Q    Did you, by the way, ever write a letter to

24   Leslyn Camacho?

25   A    I never did.

Simels-redirect-Shargel                1569

1   Q    At any time during those two years of your

2   representation?

3   A    Never.

4   Q    There were questions asked on cross-examination about

5   trying to tape Alicia Jagnarain.  You remember those

6   questions?

7   A    Yes, I do.

8   Q    I show you what's been marked for identification as

9   Defense Exhibit 362-A for identification.  I ask you to look

10  at this document.  I'll try to bring it in a little.  I'll ask

11  you, as I have, whether you recognize this document.

12  A    Yes, I do.

13  Q    What do you recognize it to be?

14  A    An exchange between Gerald Pereria and by e-mail on

15  February 2nd, 2007 shortly after I came back from Guyana.

16           MR. SHARGEL:   I offer it into evidence.

17           THE COURT:   Any objection?

18           MR. SHARGEL:   The entire e-mail.

19           MR. D'ALESSANDRO:   No objection.

20           THE COURT:   Received.

21           (So marked.)

22  Q    This is to Pereria, heard about him on February 2nd,

23  2007.  Thank you for all your help.  Second, do we have a last

24  name for Wilfred?  Third, on your address is it La Penstance?

25  Fourth, they apparently moved Roger out of the very bad

Simels-redirect-Shargel                    1570

1   location at the federal prison to a little better location.   I

2   have spoken to the prosecutors today and they are going to

3   advise if they will insure he is put into general population.

4   I'll know by Monday.   We need to stay on top of Shoo Loo about

5   calling Alicia.

6              Please remind us who Shoo Loo is.

7   A    Shoo Loo was a person who was involved in drug dealing in

8   Guyana who told me he could contact Alicia by telephone and

9   demonstrate to us through the call that she was still

10  continuing to traffic in drugs after her cooperation had been

11  had.

12  Q    Did the people in Guyana tell you they needed a tape

13  recorder?

14  A    They did.

15  Q    Let me show you what's been marked for identification as

16  Defense Exhibit S 362-D, ask you if you recognize this.

17  A    I do, sir.

18  Q    What do you recognize it to be?

19  A    An exchange between Mr. Pereria and I regarding the tape

20  recording equipment I was to send to Guyana.

21  Q    What's the date?

22  A    February 8th, 2007.

23              MR. SHARGEL:   Offer into evidence.

24              THE COURT:   Any objection?

25              MR. D'ALESSANDRO:   None.

Simels-redirect-Shargel                    1571

1          THE COURT:    Received, S 362-D.

2          (So marked.)

3    Q    Starting the e-mail chain from the bottom, who should I

4    send from you to Hanoman with a copy to Gerald Pereria.   Who

5    should I send the tape recording equipment to, you see that?

6    A    Yes, sir.

7    Q    Then the answer is send to Pereria, send the tape

8    recording equipment to me.   You could either use DHL or

9    Fed Ex.

10          Did you in fact follow up by sending a tape recorder

11   to this gentleman?

12   A    I did.

13   Q    Mr. D'Alessandro played a copy of T-10, actually

14   transcript page 10, June 11th conversation at page 23 of the

15   transcript.

16          MR. SHARGEL:    Could we put that up on the screen

17   and play that portion again?   This is in evidence.

18          Does your Honor have the computer?

19          THE COURT:    I have it set for laptop.   There it is.

20   I can't quite read it.

21          MR. SHARGEL:    Here's what I'll do.   Can I use this

22   zoom?

23          THE COURT:    You're zooming in on nothing.

24   Q    The last part, it says right there, you were asked

25   questions --

1       MR. SHARGEL:    You have that, your Honor?

2       THE COURT:    I didn't say anything.

3       MR. SHARGEL:    I thought you said something.

4       THE COURT:    Sitting here minding my own business.

5       MR. SHARGEL:    Very sensitive.

6   Q    This transcript you're familiar with, you were asked

7   questions about this on cross-examination, this part of the

8   conversation on June 11th, 2008, correct?

9   A    Yes, sir.

10  Q    This is when Mr. Vaughn talks about Clarke, right?

11  A    Yes.

12  Q    You say neutralize Clarke.  Then Mr. Vaughn picks up on

13  that, neutralize Clarke.  We either try to buy them or we

14  gotta drive fear in them, is the only option.  Your response

15  is I agree with you.  I agree with you.  You see that?

16  A    Yes.

17  Q    Do you recall when asked questions about this on

18  cross-examination, that's where the yellow highlighting which

19  is not there now stopped, correct?

20  A    That's correct.

21  Q    It goes on to say or you go on to say I'm not sure if

22  it's the weather outside, the, the drain on electricity, but

23  my computer shut down earlier.  He says wow.  You talk about

24  having refuted the whole thing.  Were you facing Mr. Vaughn

25  when that conversation was happening or somewhere else, and if

Simels-redirect-Shargel                    1573

1  somewhere else, tell us.

2  A    I was facing to the rear as I would type because my

3  computer is behind my desk near the window.  So, I had swung

4  around to face the computer and was listening to Juanita sing

5  as she was coming in about the electrical problems.

6  Q    Juanita entered the office during this time?

7  A    Yes.

8  Q    Juanita is your secretary, you told us?

9  A    Yes.

10 Q    Let me show you what's been marked for identification as

11 Defense Exhibit S 361.  Do you recognize that, sir?

12 A    Yes, sir.

13 Q    What do you recognize it to be?

14 A    That was --  that's my office.

15 Q    Is that the photograph that you recognize as having been

16 taken by the searching agents on September 10th, 2008?

17 A    It is, sir.

18 Q    Is this as it appeared, as your office appeared and

19 furniture was placed when you met with Selwyn Vaughn on

20 June 11th, 2008?

21 A    Yes, sir.

22 Q    No different?

23 A    No different.

24 Q    This is your chair.  Again, the agents took this

25 photograph, federal agents?

Simels-redirect-Shargel                    1574

1    A    Yes, sir.

2    Q    The chair is over here and the computer --

3             THE COURT:    Over where?

4             MR. SHARGEL:    I didn't offer it in evidence, that's

5    why.

6             I offer S 361 in evidence.

7             MR. D'ALESSANDRO:    No objection.

8             THE COURT:    Received.

9             (So marked.)

10            THE COURT:    Point on the Elmo, not the other item.

11            MR. SHARGEL:    Judge, I'm doing the best I can.

12            THE COURT:    Go ahead.

13   Q    Here's the office.    There's a computer monitor on the

14   desk?

15   A    Not on the desk.

16   Q    This round thing, this semicircle is a desk?

17   A    That's correct.

18   Q    Over here we have the chair, correct?

19   A    Yes, sir.

20   Q    That's where you sit, right?

21   A    Correct, sir.

22   Q    The computer monitor is on this shelf by the window,

23   right?

24   A    Correct, sir.

25   Q    When you're on the computer -- forgive me for stating the

SS      OCR      CM      CRR      CSR

1    obvious -- your back is turn to anyone sitting at your desk?

2    A    Correct, sir.

3         MR. SHARGEL:    3500 SV 31 in evidence on the screen,

4    particularly the page about Fineman.

5    Q    Are you familiar, sir, if not by exhibit number with the

6    January 18th, you heard about this on cross-examination, the

7    January 18th submission that Mr. Khan made and sent to you and

8    Darmuid White?

9    A    I recall it; yes, sir.

10   Q    In connection with the Rule 15 depositions?

11   A    Yes.

12   Q    This portion which has been referred to on

13   cross-examination, this portion deals with what Fineman could

14   or would testify according to Roger Khan, right?

15   A    Yes, sir.

16   Q    Tell us whether Roger Khan ever said to you in any of

17   your conversations with him that this is information that he

18   can testify to but it's not really true; did he ever say

19   anything like that?

20   A    No.

21   Q    Did he ever wing-wing, testify to, some hidden footnote

22   or anything like that?

23   A    No, sir.

24   Q    When Selwyn Vaughn is in your office and you show him

25   this document, you ask him to read what's contained on this

Simels-redirect-Shargel                    1576

1  page and I think a little on to the next page as to what he

2  would testify to according to Khan.  Did he ever say to you on

3  any of those conversations, during any of those conversations,

4  that it was false in whole or in part, ever say anything like

5  that to you?

6  A    Never.

7  Q    You were asked questions about Mr. Rodriguez,

8  Mr. Roberts, Mr. Bellfield.  Why were you asking --  I'll put

9  this before you now.

10              Why were you asking the questions about them?

11              What were your thoughts about whether they had

12  participated in violence?

13  A    Like with every other person, I was asking him what he

14  knew to help me broaden my base of knowledge.  I didn't know

15  whether Paul Rodriguez or Bellfield or anybody else was

16  involved in one thing versus another, except as they portrayed

17  themselves to me.  I was asking him because I didn't know, I

18  wanted to hear what he had to say but he never indicated

19  anything to me.

20              (Continued on next page.)

21

22

23

24

25

SS      OCR      CM      CRR      CSR

1          THE COURT: Try not to cover what you've covered

2    earlier.

3          MR. SHARGEL: I don't have very much longer.

4          THE COURT:   Something that sounds familiar.

5          MR. SHARGEL: I understand that, Judge. I have very

6    little left.

7    REDIRECT EXAMINATION CONTINUED

8    BY MR SHARGEL:

9    Q    You were asked questions about the note that was taken

10   from the MCC -- a note by Roger Khan that said tell my letter

11   all, you can trust my lawyer, you remember all, underscored

12   twice; you remember that?

13   A    Yes.

14   Q    Did that pertain to the legal defense of Roger Khan as

15   opposed to the social matter?

16   A    Yes, it did, and I wanted him to tell Vaughn to tell us

17   everything that he knew, so that we could evaluate the

18   information he had.

19   Q    Just two other areas that I want to go into.  One is that

20   Mr. D'Alessandro asked you questions about whether you asked

21   Selwyn Vaughn at any time had you been involved in bombings or

22   torture and the answer is no, you didn't?

23   A    I did not.

24   Q    But did you have any basis to ask him such questions?

25   A    I had no basis.  I've been told he was a totally

Simels - redirect/ Shargel                    1578

1   different kind of person than anyone involved in that kind of

2   activity.

3            MR. SHARGEL:  Can you put May 13 page 25 and then 26

4   on the screen.

5   Q    Do we not have questions.  I asked, and this is the first

6   meeting on May 13th:  What did you know, if anything, about

7   Donald Allison dying and he says:  Well, I know he was killed.

8   And I don't think we have to read the whole thing.  The fact

9   is that you specifically asked him about whether he had

10  personal knowledge of who killed Donald Allison and his answer

11  was, no, right?

12  A    Correct, sir.

13  Q    And on the next page, page 26 you specifically asked him

14  --

15           THE COURT:  Remember, I will let you sum up later.

16           MR. SHARGEL:  I understand, Judge.  This is actually

17  a question.

18  Q    You asked him specifically about Donald Allison, did he

19  know whether Roger Khan committed the murder, right?

20  A    I did.  I asked him if Roger ever told him that he did

21  it.

22  Q    And his answer was what?

23  A    His answer was no.

24  Q    And we don't even need it on the screen, page six, you

25  asked him about David Persaud and the circumstances of that

Simels - redirect/ Shargel                    1579

1   murder, right?

2   A     I did.

3   Q     I have got one more question.  You remember being asked on

4   cross-examination -- I don't think this was on touched at all

5   on direct examination, but you remember being asked about

6   money to David Clarke's family?

7   A     Yes.

8   Q     Did you, sir, ever pay a quarter of a cent, did you ever

9   pay any money to David Clarke's family?

10  A     Never.

11  Q     Did you ever pay any money to any of the other family

12  members relating to people that were alleged to have been

13  targets of corruption of some sort?

14  A     Not a cent.

15              MR. SHARGEL:  I have no further questions.

16              THE COURT:  Thank you, Mr. Shargel.

17              Anything further from the government?

18              MR. D'ALESSANDRO:  One moment, Your Honor.

19              Nothing further.

20              THE COURT:  How about from you, Mr. Solano?

21              MR. SOLANO:  No.

22              THE COURT:  You can step down.

23              THE WITNESS:  Thank you, Your Honor.

24              THE COURT:  Anything further from the Defendant

25  Simels?

Simels - redirect/ Shargel                    1580

1        MR. SHARGEL:  No, sir.  Defendant Simels rests.

2        THE COURT:  Anything from the Defendant Irving?

3        MR. SOLANO:  Yes.  Ms. Irving calls Justin Kern.

4        THE COURT:  Come up here, please. Good afternoon.

5   Mr. Solano, take a seat on the bench while the witness is

6   sworn.

7   J U S T I N   K E R N ,  having been first duly

8   sworn/affirmed, testified as follows:

9   DIRECT EXAMINATION

10  Q     Good afternoon, Mr. Kern.

11  A     How are you?

12  Q     Mr. Kern, are you employed?

13  A     Yes, I am.

14  Q     By whom who are you employed?

15  A     BMB Consulting.

16  Q     And in what capacity are you employed by that company?

17  A     I'm a I.T.  consultant systems engineering.

18  Q     And can you explain, briefly, for the members of the jury

19  what that means?

20  A     Essentially companies outsource their I.T.  work to us.

21  We do network integration, network design, server sport,

22  desktop support.  Pretty much anything computer related to a

23  company they would outsource to us.

24  Q     How long have you been worked for BMB?

25  A     About a year and a half.

Simels - redirect/ Shargel                    1581

1  Q    Do you have any training in I.T.  that gives you specific

2  knowledge of I.T.  work?

3  A    I have my MCSE which Microsoft certified systems engineer

4  and I also have a Bachelor's degree in computer information

5  systems and several credits towards my masters in computer

6  science.

7  Q    Did there ever come a time when your company was hired by

8  the Robert Simels law firm?

9  A    Yes.

10  Q    Approximately when was that?

11  A    I believe, it was March '08.

12  Q    And did you have an opportunity during that time to or

13  any time after that to do any sort of service support work for

14  the Simels law office?

15  A    Yes.

16  Q    And what specific work did you do with regard to the

17  servers?

18  A    I believe in -- like it would have been April '08 we did

19  a spec of their systems just to find out pretty much the land

20  of their systems, any problems they might have with their

21  systems, things they can do to improve the network flow.  So

22  we gave suggestions and shortly thereafter we made several

23  upgrades to their systems.

24  Q    And I'm going to show you what's in evidence as Irving 8.

25  I ask you take a look at that?

Simels - redirect/ Shargel                    1582

1        Do you recognize what that is, sir?

2    A    Servers.   Their servers and systems.

3    Q    So these two pieces right here, those are the servers?

4    A    Correct.

5    Q    What's this piece right here in the middle?

6    A    It's a UPC, a battery backup, also known -- UPS stands

7    for uninterruptible power supply, power source.

8    Q    And can you explain to the members of the jury what the

9    function of the power supply is?

10   A    Essentially, it has a battery in it.  It does --

11   uninterruptible power supply.  If power to the building is

12   lost this will keep anything that's plugged into sustained for

13   power as long as the batteries stay alive.

14   Q    Now, did you have an opportunity to look at the back of

15   this piece?

16   A    Yes, I did.

17   Q    And can you explain to the members of the jury what the

18   back -- how the back appeared?

19   A    Essentially, it has, I believe, there's eight power ports

20   that you would normally plug in any type of device to.  In

21   this case there are two servers, a monitor, and it has a USB

22   port in the back.  It has a serial port.  These are both data

23   connections that would go out to a computer. It's got a cord

24   that goes into the wall.  It's got a reset switch.  Let me

25   think what else. I think that's about it.

Simels - redirect/ Shargel                    1583

1    Q    The reset switch, what is that for?

2    A    If the power coming into the building is overloaded or

3    the amount of power being drawn from the device is overloaded.

4    It essentially asks act like a circuit-breaker that you put in

5    your home to prevent damage to the device, it kicks off and

6    shuts down the device.

7    Q    And the serial port connection, can you describe what

8    that looks like?

9    A    It's got  several ports.  It is a little plug.  It's like

10   it's got eight pins in it that you plug a cable into it, and

11   the other end of the cable would normally go into a computer.

12   Q    Is that the connection that has a two little screws on

13   the side?

14   A    Correct.

15   Q    Now, is this the only UPS or power supply in Mr. Simels'

16   office?

17   A    No, it is not.

18   Q    Were there other ones that were the same or different?

19   A    Well, there was, I believe, the identical model was in

20   the same room, a couple feet over to it.  There was also

21   smaller ones on the desktops.

22   Q    I'm going to show you what's in evidence as Irving 7. Let

23   me zoom in. This piece right here in the middle between the

24   copy and the file, is that another one?

25   A    Correct.

1584

1  Q    Now, can you describe the size of this power supply?

2  A    Probably, say, maybe 24 inches long, six inches wide,

3  maybe seven or eight inches tall.

4  Q    Can you give us an idea of the weight, is it light, is it

5  heavy?

6  A    Definitely got a lot of weight to it.  It's probably,

7  maybe, 60 pounds or so.

8  Q    Let me just show you one more photograph.

9         This is Irving 6 in evidence, do you recognize what

10  this is?

11  A    Yeah, it a similar device.  It is more for desktops as

12  opposed to servers, but it is a battery backup.

13  Q    And do you recall where this UPS power supply was

14  located?

15  A    Yes, there was one of those in Arienne's office.

16         MR. SOLANO:  I have nothing further, Your Honor.

17         THE COURT:  Thank you, Mr. Solarno.

18         Any cross Mr. D'Alessandro?

19         MR. D'ALESSANDRO:  No.

20         THE COURT:  How about you from you, Mr. Shargel?

21         MR. SHARGEL:  No, sir.

22         THE COURT:  You are excused.  Have a good day.

23         Anything further from Ms. Irving?

24         MR. SOLANO:  Yes.  May I come up.

25         THE COURT:  Yes.

1585

1    (The following took place at side bar)

2    MR. SOLANO:  There is a stipulation that I want to

3    read into the record, two other pieces of evidence, one of

4    which is the pass book that is in the Court's possession.  I

5    believe I would just like to show it -- the stamp of the 11th

6    and 18th.  I believe, I referenced it.

7    THE COURT:  You an exhibit?  Passport?

8    THE CLERK:  Oh.

9    MR. SOLANO:  I intend to read the stipulation and

10   then show the jury the certificate that she is on jury duty

11   from 11 to the 12th and the passport.

12   (End of side-bar)

13   (Continued on next page)

14

15

16

17

18

19

20

21

22

23

24

25

1586

1          (The following took place in open court)

2          MR. SOLANO:   May I read the stipulation, Your Honor?

3          THE COURT:   Yes.

4          MR. SOLANO:   It is hereby stipulated and --

5          THE COURT:   Skip the preliminary.   Just read the

6     facts of the stipulation.

7          MR. SOLANO:   Irving Defense Exhibit 15.   I'm sorry.

8     Irving Defense Exhibit 14 is a certified jury certificate and

9     is a true and accurate record of Arienne Irving's jury service

10    on June 11, 2008 and June 12, 2008 in the New York County

11    Criminal Court.

12         THE COURT:   Okay.   That is received.

13         (Arienne Irving Defendant Exhibit 14 received and

14    marked in evidence)

15         MR. SOLANO:   Irving Defense Exhibit 15 is Arienne

16    Irving's official United States passport which reflects travel

17    to Ireland on July 11, 2008 and return to the United States on

18    July 20th, 2008.

19         THE COURT:   Received.

20         (Arienne Defendant Exhibit 15 received and marked in

21    evidence)

22         MR. SOLANO:   If I can just turn to the appropriate

23    pages, Your Honor.

24         THE COURT:   Sure. Go right ahead. Okay.

25         The exit stamp.

1587

1    MR. SOLANO:   Yes, it is entry back in the U.S.

2    THE COURT:   Got it. All right.

3    MR. SOLANO:   I have nothing further, Your Honor.

4    THE COURT:   All right. Ms. Irving rests?

5    MR. SOLANO:   Yes, she does.

6    THE COURT:   Government rests?

7    MR. D'ALESSANDRO:   Yes, Your Honor.

8    THE COURT:   Mr. Simels rests?

9    MR. SHARGEL:   Yes.

10   THE COURT:   All right. Well, I already told you the

11   plan. We will put our heads together on the jury charge and I

12   really don't want to break up the summations over a couple of

13   days, so you get tomorrow off.  Somebody asked whether you

14   have to go to work, yes, you got to go to work. At least I'm

15   not telling you can't. Put the case out of your heads. All

16   right. Don't talk about it.  Don't go looking for information

17   about it, don't go online gathering up information about

18   anything, even tangentially related to what you heard

19   testimony about. I want you to remain quarantined in terms of

20   information available to you, the evidence on which you will

21   base your verdict.  So I don't want outside information

22   tainting you.

23   We will begin promptly at 9:30 on Monday morning.

24   First order of business for you would be I will have one or

25   two minutes of instruction for you, and then, you will hear

1588

1    summations, and it will likely take the whole day. I am not

2    certain it will. After that I will charge you on the law, and

3    it's only after that, that it will be appropriate for you to

4    discuss the case among yourselves.  So you won't do that.  You

5    will follow my instruction not to discuss the case. So you

6    have four days off which I think is a good thing, and you'll

7    come back, hear summations and we will complete the rest of

8    the trial.

9           All right. Safe home.  Have a nice rest of the we

10   weekend and we will see you on Monday morning.

11          All rise.  Good night, ladies and gentlemen.

12          (Whereupon, the jury exited)

13          THE COURT:  Is it useful to give you the evening to

14   exchange, if you haven't already, the theory of the case,

15   charges?  If that is going to maybe bear fruit on an agreed

16   upon, at least to some extent -- not saying you have to agree

17   on everything, but to some extent, if you agree upon charges,

18   I think that's a good thing and might bear fruit in that

19   regard and my inclination would be to have you submit what you

20   agree upon and what you disagree about first thing in the

21   morning and then come back.  I think if you come back at,

22   like, two o'clock I'll give you a proposed charge and we'll

23   convene at 2:45 for a charge conference. If it is really not

24   going to be that useful, I would just as soon you tell me that

25   and I'll go to work on it now, and we will not wait until

1589

1    tomorrow to hear back from you.

2         MR. SHARGEL:  My suggestion is that we start in the

3    morning. I think that it might be an empty exercise.  The only

4    thing that I was anticipating was that the government -- and I

5    know that they've been busy and I've been busy, but that we

6    were going to get from the government what their proposals

7    were and in answer to Your Honor's question about which

8    sections of 1512 are really in play and what their theory of

9    prosecution is with respect to each of the counts in the

10   indictment. I don't have that yet.  So my point is that I

11   think it would be better -- if I may suggest -- that we

12   convene in the morning, if it fits with Your Honor's schedule.

13        THE COURT:  Well, I'm probably not going to convene

14   in the morning because I want to give a little more thought to

15   the charge, especially if I don't have joint input. I'm going

16   to do theory. I want to tell jurors specifically --  I am not

17   talking about anything lengthy -- with respect to each charge

18   the government alleges that this -- that the defendants did

19   this in that they gave -- offered Selwyn Vaughn money,

20   whatever the case may be.  I'm not going to foist the defense

21   theory on you. If you want to include it, get it to me.

22        MR. SHARGEL: I do want it included but wouldn't it

23   make sense for me to see what the government's theory is.

24        THE COURT:  It might make sense but I don't see why

25   that a necessary condition.

1590

1      MR. SHARGEL:  I will get it to you by mid morning.

2      THE COURT:  If you don't know what the theory is now

3  -

4      MR. SHARGEL:  I think I do.  I think you heard it

5  several times but I will get it to you by mid morning in

6  writing.

7      THE COURT:  So let me tell you that -- get it to me

8  by ten o'clock in the morning whatever it is you want in that

9  regard and I'm going to try to do what government's

10  allegations are and if I get a defense request I will consider

11  it.  If it is based on the evidence, I think are you entitled

12  to it, then you get it.

13      MR. SHARGEL: Very well.

14      THE COURT:  I'll see you at -- probably roll it back

15  a little bit.  Why don't you come by at one o'clock.  You will

16  get a copy of the charge and we will do a charge conference at

17  two o'clock.

18      MR. SHARGEL:  At this time I renew my Rule 29

19  motions at the end of the entire case and move under Rule 29 A

20  for a judgment of acquittal, for the reasons I stated at the

21  end of the government's case.

22      THE COURT:  And your motion to renew as well?

23      MR. SOLANO:  They are, Your Honor. Specifically, I

24  want to point out one other point.  With regard to the Leslyn

25  Camacho briery count, I think now after hearing Mr. Simels

1591

1    testimony as well, there is absolutely no evidence at all in

2    regard to that bribery count, so I want to at least consider

3    or reconsider the count in respect to that charge.

4         THE COURT:  Denied. You will raise it again, should

5    the jury find the defendant guilty of that charge.

6         Okay.  Anything else we need to do tonight?

7         MR. D'ALESSANDRO:   A few points, Your Honor.  For

8    the record, we would -- I believe we put the T3 in as at 1000

9    and we would, obviously, mark the government -- the

10   stipulation as -- excuse me, the transcript as 1000 T.

11        More importantly on that issue, there's a concern

12   that the government has that the jury may be left with a

13   misimpression about the Title III in that there is some reason

14   why they didn't hear it beforehand. What we propose, and this

15   goes in -- I think, Your Honor described as the thinking out

16   loud category -- we would request that Your Honor instruct the

17   jury that the recording was previously excluded.  Based upon a

18   motion made by the government during the trial it was

19   permitted into evidence.

20        MR. SHARGEL:  I object to that.

21        THE COURT:  Put it in writing. We will deal with it

22   at the charge conference.

23        MR. FODEMAN:   Thank you Judge.

24        MR. D'ALESSANDRO:  Just to get the timeline, by ten

25   o'clock in the morning we will present the government's theory

1592

1    of the case and convene by one?

2         THE COURT:  Yes.

3         MR. SHARGEL:  What time do you want us to be here,

4    Your Honor?

5         THE COURT:  It will be available at one. Two o'clock

6    to actually meet for the charge conference.  You'll have a

7    chance to read it.

8         MR. SHARGEL:  Two o'clock.  Very well.

9         THE COURT:  Good night.

10        Could I trouble you to gather up all the exhibits in

11   the 3500 material that you provided for me.  I'm grateful, but

12   you can take it away now.  Just leave my transcripts. Thank

13   you.

14             (Proceedings adjourned as above set forth)

15                  *   *   *   *   *   *   *   *

16

17

18

19

20

21

22

23

24

25

1      **INDEX**

2      **WITNESS:**                                                    **PAGE:**

3
              R O B E R T     S I M E L S           1377
4             DIRECT EXAMINATION (Continued)        1377
              CROSS-EXAMINATION                     1434
5             ROBERT SIMELS, resumed.               1496
              CROSS-EXAMINATION (Continued)         1496
6             CROSS-EXAMINATION                     1546
              REDIRECT EXAMINATION                  1567
7             J U S T I N   K E R N                 1580
              DIRECT EXAMINATION                    1580
8
                          * * * * *
9

10    1000                                          1447
      305-D                                         1391
11    S-310-B                                       1395
      308-A                                         1400
12    531                                           1414
      S 350                                         1422
13    S 352                                         1426
      S 314-E                                       1429
14    314-F                                         1432
      362-A                                         1569
15    S 362-D                                       1571
      S 361                                         1574
16    Arienne Irving Defendant Exhibit 14           1586
      Arienne Defendant Exhibit 15                  1586

17                        * * * * *

18

19

20

21

22

23

24

25

## $

**$1,000** - 1533:4, 1536:11
**$1,200,000** - 1427:7
**$1,250,000** - 1427:5
**$1,450,000** - 1427:9
**$10,000** - 1439:1, 1443:23, 1444:5
**$100** - 1418:19
**$100,000** - 1428:23
**$110** - 1423:8
**$2,500** - 1425:7
**$20,000** - 1437:1, 1437:7
**$25,000** - 1426:1, 1426:8, 1500:14
**$2500** - 1426:21, 1498:22, 1500:18, 1501:1
**$40** - 1423:20, 1424:21, 1436:22, 1445:23
**$5,000** - 1439:1, 1444:5, 1444:10
**$500** - 1443:1, 1445:6, 1445:8
**$55,000** - 1549:18

## '

**'07** - 1402:9, 1405:2
**'08** - 1581:11, 1581:18
**'cause** - 1545:12
**'leslyn** - 1554:21

## 0

**07** - 1413:11, 1478:18, 1478:19
**08** - 1478:17
**08-cr-640** - 1370:3

## 1

**1** - 1452:18, 1453:6, 1502:10, 1568:16
**10** - 1472:12, 1550:6, 1571:14
**10,000** - 1418:19, 1437:1, 1437:7, 1459:13, 1459:15
**100** - 1375:11, 1449:18, 1452:7, 1463:18, 1486:14, 1542:4
**1000** - 1447:7, 1591:8, 1591:10, 1593:10
**101:40** - 1568:16
**10th** - 1419:16, 1421:20, 1421:24, 1422:11, 1427:8, 1564:10, 1564:14, 1566:2, 1573:16
**11** - 1382:17, 1383:4, 1383:10, 1459:9, 1472:14, 1484:13, 1485:13, 1486:13, 1487:16, 1552:22, 1552:25, 1553:6, 1553:8, 1559:9, 1585:11, 1586:10, 1586:17
**11,2008** - 1472:16
**11201** - 1370:21
**11th** - 1486:24, 1524:15, 1524:18, 1524:19, 1553:16, 1564:7, 1564:11, 1564:22, 1571:14, 1572:8, 1573:20, 1585:5
**12** - 1586:10
**12:30** - 1423:3
**12th** - 1553:16, 1585:11
**13** - 1381:2, 1382:6, 1382:16, 1476:3, 1479:14, 1481:24, 1487:2, 1487:8, 1487:20, 1503:21, 1508:10, 1536:21, 1551:12, 1551:15, 1551:18, 1552:3, 1552:10, 1552:14, 1552:18, 1559:5, 1560:8, 1578:3
**1377** - 1593:3, 1593:4
**1391** - 1593:10
**1395** - 1593:11
**13th** - 1416:4, 1416:5, 1516:25, 1530:2, 1530:3, 1532:5, 1534:8, 1564:15, 1578:6
**14** - 1492:10, 1586:8, 1586:13, 1593:16
**1400** - 1593:11
**1402** - 1558:5
**1414** - 1593:12

**1422** - 1593:12
**1426** - 1593:13
**1429** - 1593:13
**1432** - 1593:14
**1434** - 1593:4
**1447** - 1593:10
**1496** - 1593:5
**15** - 1379:21, 1383:2, 1388:24, 1413:8, 1430:5, 1430:6, 1430:20, 1476:17, 1477:1, 1477:13, 1480:12, 1575:10, 1586:7, 1586:15, 1586:20, 1593:16
**1512** - 1589:8
**1546** - 1593:6
**1567** - 1593:6
**1569** - 1593:14
**1571** - 1593:15
**1574** - 1593:15
**1580** - 1593:7
**1586** - 1593:16
**17** - 1451:17, 1451:18, 1555:9, 1555:22
**18** - 1379:3, 1379:13, 1459:9, 1486:15, 1504:9, 1556:21, 1562:12
**18th** - 1390:10, 1417:9, 1417:10, 1417:13, 1419:15, 1444:15, 1565:6, 1565:13, 1575:6, 1575:7, 1585:6
**19** - 1480:19
**1:00** - 1557:24
**1:01:40** - 1462:22
**1:06:25** - 1479:13, 1479:17
**1:19:07** - 1480:19
**1:30** - 1422:25
**1:36** - 1557:19, 1557:20
**1:40** - 1492:10, 1492:12
**1st** - 1390:11

## 2

**2** - 1383:1, 1492:11, 1496:16, 1556:21
**20** - 1394:4, 1396:20, 1400:22, 1432:10, 1442:14, 1555:21, 1555:23, 1557:11, 1558:9, 1558:15
**20/2008** - 1487:22
**2000** - 1384:4
**2002** - 1378:13
**2003** - 1394:18, 1402:2, 1464:25, 1465:1
**2004** - 1378:14
**2005** - 1394:16
**2006** - 1388:4, 1432:15, 1506:22, 1506:23, 1506:24, 1547:1, 1547:4, 1548:2, 1549:17, 1550:6
**2007** - 1378:10, 1413:12, 1569:15, 1569:23, 1570:22
**2008** - 1372:6, 1378:11, 1379:1, 1380:12, 1381:2, 1382:6, 1382:17, 1383:4, 1387:15, 1387:20, 1389:1, 1390:8, 1393:25, 1398:8, 1399:18, 1400:22, 1405:1, 1406:25, 1411:19, 1411:20, 1412:1, 1412:7, 1413:22, 1415:24, 1417:1, 1421:20, 1421:24, 1422:12, 1426:8, 1427:8, 1429:16, 1431:14, 1435:1, 1444:8, 1446:7, 1447:3, 1459:6, 1462:25, 1470:24, 1472:14, 1485:13, 1486:13, 1486:15, 1486:24, 1492:11, 1496:16, 1508:10, 1516:25, 1524:15, 1534:8, 1535:25, 1536:2, 1536:12, 1536:12, 1549:13, 1550:6, 1551:12, 1551:16, 1561:24, 1567:6, 1572:8, 1573:16, 1573:20, 1586:10, 1586:17, 1586:18
**2009** - 1370:6, 1401:9
**208** - 1385:12
**20th** - 1390:12, 1535:25, 1536:2, 1536:12, 1557:23, 1564:23, 1586:18
**21** - 1447:8, 1504:5, 1536:21, 1536:23
**21:48** - 1567:25, 1568:1
**225** - 1370:21
**23** - 1472:14, 1571:14

**24** - 1584:2
**25** - 1553:23, 1554:13, 1578:3
**25,000** - 1500:15
**250** - 1445:6
**2500** - 1500:17
**26** - 1459:6, 1508:11, 1508:15, 1521:19, 1542:17, 1578:3, 1578:13
**26:08** - 1452:12, 1568:12
**27** - 1383:24, 1479:20, 1479:24, 1487:21, 1516:23, 1516:25, 1521:19
**27th** - 1428:11, 1428:12
**28** - 1372:6, 1374:6, 1502:14
**28th** - 1413:22, 1426:8, 1429:16
**29** - 1450:6, 1459:8, 1459:24, 1460:8, 1460:14, 1462:25, 1479:13, 1487:21, 1590:18, 1590:19
**29th** - 1446:7, 1447:3, 1567:6
**2:02** - 1558:5
**2:45** - 1588:23
**2nd** - 1431:14, 1432:3, 1569:15, 1569:22

## 3

**3** - 1479:13, 1480:19, 1502:6
**30** - 1386:18, 1386:19, 1459:6, 1459:20, 1463:22, 1553:23, 1562:15, 1562:16
**300** - 1550:9
**305-d** - 1390:22, 1391:11, 1593:10
**308-a** - 1379:9, 1379:14, 1400:15, 1593:11
**308-b** - 1379:4
**30th** - 1419:21, 1442:23, 1522:6
**31** - 1485:8, 1536:21, 1536:23, 1555:23, 1556:4, 1575:3
**310-b** - 1395:13, 1395:20
**314-e** - 1429:5, 1593:13
**314-f** - 1431:9, 1431:10, 1432:1, 1593:14
**32** - 1555:9
**33** - 1504:15
**35** - 1468:20
**350** - 1421:14, 1422:7, 1593:12
**3500** - 1442:1, 1453:8, 1485:8, 1575:3, 1592:11
**351** - 1373:6, 1413:18
**352** - 1426:3, 1593:13
**361** - 1573:11, 1574:6, 1593:15
**362-a** - 1569:9, 1593:14
**362-d** - 1570:16, 1571:1, 1593:15
**37** - 1442:20, 1442:24
**38** - 1480:19, 1492:12
**3800** - 1442:17
**3rd** - 1435:3

## 4

**4** - 1479:17
**40** - 1568:16
**401** - 1442:24
**401-t-13** - 1555:22
**403** - 1375:2
**404(b** - 1534:25, 1561:14, 1561:19
**45** - 1442:1
**48** - 1448:7
**4th** - 1534:24

## 5

**5** - 1370:6, 1442:14, 1460:19, 1461:12, 1566:17
**5,000** - 1418:19, 1437:1, 1437:7, 1443:23
**50** - 1549:18
**50,000** - 1428:22
**531** - 1413:17, 1414:9, 1593:12
**554** - 1532:9, 1543:12, 1559:2, 1561:1, 1561:13
**55:43** - 1487:20, 1487:25

**5:00** - 1376:18

## 6

**6** - 1479:18, 1503:15, 1584:9
**60** - 1584:7
**605** - 1499:8
**613-2419** - 1370:22
**6th** - 1426:18

## 7

**7** - 1583:22
**7103** - 1564:9
**718** - 1370:22

## 8

**8** - 1581:24
**801** - 1372:16
**804** - 1557:10
**814** - 1420:10
**8th** - 1570:22

## 9

**9** - 1442:20, 1442:24, 1516:23
**900** - 1447:6
**901** - 1536:10
**9:30** - 1370:6, 1587:23
**9th** - 1417:1, 1559:19

## A

**a** - 1370:10, 1371:21, 1372:4,
1372:14, 1372:22, 1373:7, 1373:15,
1373:16, 1374:25, 1375:2, 1375:5,
1375:8, 1375:20, 1376:14, 1377:4,
1377:7, 1377:22, 1378:19, 1379:3,
1379:4, 1381:23, 1382:4, 1382:12,
1382:19, 1382:23, 1383:1, 1383:2,
1383:4, 1383:14, 1383:17, 1384:6,
1384:7, 1384:15, 1386:9, 1386:13,
1387:5, 1387:14, 1387:15, 1387:21,
1388:3, 1388:7, 1389:8, 1389:10,
1389:11, 1389:18, 1390:5, 1390:6,
1392:1, 1392:8, 1392:10, 1392:22,
1393:20, 1395:3, 1395:4, 1397:4,
1397:10, 1397:23, 1399:20, 1400:15,
1401:4, 1401:5, 1401:22, 1401:24,
1401:25, 1402:3, 1402:4, 1402:5,
1402:19, 1403:14, 1404:10, 1404:21,
1405:9, 1405:18, 1406:1, 1406:2,
1406:6, 1406:7, 1406:8, 1406:12,
1406:15, 1406:19, 1406:21, 1406:22,
1407:2, 1407:15, 1407:18, 1407:24,
1408:5, 1408:8, 1408:9, 1408:17,
1409:23, 1409:24, 1410:2, 1410:3,
1410:8, 1410:9, 1411:5, 1411:7,
1411:13, 1411:22, 1411:23, 1412:16,
1412:17, 1413:14, 1413:21, 1414:3,
1414:11, 1414:12, 1414:22, 1414:25,
1415:8, 1416:11, 1416:15, 1416:16,
1416:18, 1416:25, 1417:20, 1417:22,
1418:15, 1418:16, 1418:23, 1418:24,
1419:8, 1419:24, 1420:7, 1420:13,
1421:10, 1421:17, 1421:18, 1421:24,
1422:20, 1423:9, 1424:1, 1424:2,
1424:5, 1424:8, 1424:9, 1424:20,
1424:21, 1424:22, 1424:23, 1425:7,
1425:12, 1425:13, 1425:24, 1426:7,
1426:18, 1426:19, 1427:14, 1427:15,
1428:2, 1428:4, 1428:13, 1429:7,
1429:19, 1429:25, 1430:8, 1430:11,
1430:21, 1431:19, 1432:3, 1432:9,
1433:5, 1433:23, 1435:10, 1436:7,
1436:11, 1436:13, 1436:16, 1436:17,
1436:18, 1436:19, 1436:20, 1436:23,
1436:24, 1437:2, 1437:6, 1437:7,
1437:10, 1437:11, 1437:19, 1437:20,

1437:21, 1437:22, 1437:25, 1438:4,
1438:6, 1438:13, 1438:16, 1438:17,
1438:18, 1439:5, 1439:6, 1439:12,
1439:15, 1439:16, 1440:18, 1440:24,
1441:3, 1441:10, 1441:12, 1441:15,
1441:16, 1441:17, 1441:21, 1442:13,
1442:22, 1443:5, 1443:6, 1443:7,
1443:8, 1443:16, 1443:23, 1444:10,
1444:20, 1444:22, 1445:11, 1446:13,
1446:14, 1446:17, 1447:2, 1447:13,
1447:17, 1449:21, 1449:22, 1451:2,
1451:4, 1451:8, 1451:11, 1451:19,
1452:3, 1453:2, 1453:12, 1453:14,
1453:16, 1453:22, 1453:25, 1454:5,
1454:9, 1454:17, 1454:18, 1454:19,
1454:25, 1455:1, 1455:4, 1455:6,
1455:9, 1455:12, 1456:3, 1456:12,
1456:14, 1456:16, 1456:17, 1456:18,
1456:22, 1458:8, 1458:17, 1458:20,
1459:20, 1460:14, 1460:21, 1461:8,
1461:23, 1462:6, 1462:8, 1462:11,
1463:6, 1463:20, 1463:22, 1463:24,
1464:3, 1464:4, 1464:18, 1464:21,
1465:9, 1465:10, 1465:22, 1465:24,
1466:1, 1466:4, 1466:5, 1466:6,
1466:23, 1467:1, 1467:15, 1467:16,
1467:19, 1467:23, 1468:6, 1468:7,
1468:9, 1468:12, 1468:13, 1468:16,
1469:3, 1469:8, 1469:10, 1469:23,
1470:4, 1470:14, 1470:17, 1471:1,
1471:15, 1471:16, 1471:22, 1471:25,
1472:5, 1472:7, 1475:14, 1476:10,
1476:15, 1476:21, 1477:7, 1477:12,
1477:13, 1477:21, 1478:2, 1478:5,
1478:10, 1478:23, 1479:5, 1479:11,
1479:17, 1480:14, 1481:13, 1481:15,
1482:4, 1482:20, 1483:3, 1483:4,
1483:10, 1483:11, 1483:20, 1483:22,
1483:23, 1483:24, 1483:25, 1484:12,
1484:14, 1484:19, 1484:21, 1484:24,
1486:7, 1486:12, 1486:14, 1486:22,
1487:7, 1487:12, 1490:2, 1491:6,
1491:9, 1491:13, 1491:14, 1491:18,
1492:10, 1493:2, 1493:3, 1493:23,
1494:5, 1494:6, 1496:16, 1497:21,
1498:2, 1498:24, 1499:2, 1499:19,
1499:22, 1500:2, 1500:9, 1500:10,
1500:13, 1501:6, 1501:9, 1503:9,
1505:12, 1505:16, 1506:10, 1509:13,
1510:10, 1511:1, 1511:8, 1511:12,
1511:17, 1511:21, 1511:22, 1512:9,
1513:13, 1513:20, 1513:23, 1513:25,
1514:5, 1514:25, 1515:5, 1516:7,
1516:19, 1517:20, 1518:7, 1518:9,
1518:12, 1518:14, 1518:17, 1518:18,
1519:5, 1519:13, 1520:8, 1520:9,
1520:23, 1523:2, 1524:11, 1524:12,
1524:15, 1525:7, 1525:8, 1525:12,
1525:13, 1525:15, 1525:16, 1525:19,
1526:12, 1526:23, 1527:18, 1528:8,
1528:14, 1528:24, 1529:3, 1530:10,
1530:11, 1530:21, 1531:6, 1534:3,
1534:14, 1535:5, 1535:12, 1535:17,
1536:6, 1536:13, 1536:25, 1537:11,
1537:18, 1538:6, 1538:11, 1538:20,
1538:23, 1539:6, 1539:9, 1539:12,
1539:14, 1541:2, 1543:17, 1544:8,
1544:10, 1544:18, 1544:25, 1545:1,
1546:3, 1546:4, 1547:6, 1548:7,
1548:9, 1548:20, 1549:14, 1549:20,
1550:2, 1550:8, 1550:14, 1550:16,
1551:1, 1551:15, 1552:18, 1553:19,
1553:25, 1554:8, 1554:21, 1555:15,
1556:15, 1556:19, 1556:22, 1558:5,
1559:17, 1560:18, 1561:1, 1561:19,
1562:3, 1562:9, 1562:21, 1562:25,
1564:9, 1565:23, 1565:24, 1565:25,
1566:6, 1566:9, 1566:10, 1566:12,
1567:12, 1567:14, 1567:21, 1568:3,
1568:23, 1569:10, 1569:23, 1570:1,

1570:7, 1570:12, 1571:4, 1571:10,
1571:13, 1574:13, 1574:16, 1576:1,
1577:10, 1577:25, 1578:17, 1579:8,
1579:14, 1580:5, 1580:17, 1580:22,
1580:25, 1581:4, 1581:7, 1581:19,
1581:25, 1582:6, 1582:10, 1582:21,
1582:22, 1582:23, 1582:24, 1583:4,
1583:9, 1583:10, 1583:11, 1583:12,
1583:20, 1584:6, 1584:11, 1584:12,
1584:22, 1585:2, 1586:8, 1586:9,
1587:12, 1588:6, 1588:9, 1588:18,
1588:22, 1588:23, 1589:14, 1589:25,
1590:10, 1590:15, 1590:16, 1590:20,
1591:11, 1591:12, 1591:17, 1592:6
**A** - 1370:18, 1372:11, 1382:15,
1389:21, 1407:19, 1424:20, 1429:1,
1449:10, 1451:18, 1453:24, 1454:1,
1454:8, 1454:19, 1454:23, 1466:7,
1467:9, 1467:20, 1496:1, 1499:5,
1499:22, 1521:13, 1530:15, 1536:4,
1536:5, 1554:18, 1590:19, 1591:7
**abandoned** - 1428:20
**Abide** - 1494:18
**abiding** - 1461:6, 1461:15
**ability** - 1382:9, 1405:20, 1478:2
**able** - 1374:8, 1386:9, 1393:6,
1399:21, 1403:11, 1404:4, 1409:6,
1415:10, 1439:19, 1441:5, 1441:20,
1456:22, 1490:18, 1494:11, 1498:15,
1501:1, 1530:15, 1539:14, 1562:3
**About** - 1423:3, 1425:22, 1562:22,
1580:25
**about** - 1371:17, 1372:3, 1373:18,
1373:24, 1375:6, 1375:11, 1377:3,
1377:9, 1378:4, 1380:12, 1380:15,
1380:17, 1380:24, 1381:5, 1381:7,
1381:8, 1385:5, 1385:6, 1389:13,
1389:14, 1389:15, 1389:25, 1391:20,
1392:1, 1392:22, 1393:1, 1393:7,
1393:15, 1394:14, 1395:3, 1395:19,
1401:4, 1401:15, 1405:14, 1406:15,
1406:18, 1408:11, 1408:14, 1408:18,
1408:19, 1409:15, 1412:9, 1412:11,
1413:5, 1413:7, 1415:16, 1415:22,
1416:18, 1417:25, 1418:16, 1419:21,
1423:17, 1423:22, 1423:24, 1423:25,
1424:23, 1425:12, 1427:9, 1429:25,
1430:15, 1434:8, 1437:15, 1443:12,
1443:14, 1444:2, 1444:21, 1449:6,
1449:13, 1451:5, 1451:6, 1451:7,
1452:17, 1452:21, 1453:6, 1454:14,
1455:1, 1455:20, 1457:3, 1457:7,
1457:10, 1457:13, 1458:4, 1458:16,
1459:21, 1460:2, 1461:11, 1463:3,
1465:23, 1471:9, 1472:2, 1472:21,
1472:24, 1474:21, 1474:23, 1475:15,
1477:1, 1477:6, 1485:11, 1488:14,
1488:20, 1490:8, 1491:1, 1491:18,
1491:23, 1492:16, 1496:16, 1496:19,
1497:1, 1497:15, 1497:23, 1498:3,
1498:7, 1498:10, 1498:19, 1499:10,
1505:6, 1506:1, 1506:21, 1510:24,
1511:8, 1511:12, 1512:4, 1512:8,
1514:22, 1514:25, 1515:2, 1515:6,
1516:3, 1516:7, 1517:1, 1519:6,
1519:8, 1519:10, 1520:5, 1520:9,
1521:11, 1522:19, 1522:21, 1523:18,
1524:5, 1524:24, 1525:4, 1526:5,
1526:9, 1527:19, 1531:23, 1532:2,
1533:24, 1534:3, 1534:11, 1536:15,
1538:23, 1540:18, 1543:12, 1543:13,
1543:23, 1543:24, 1544:4, 1545:10,
1545:12, 1546:21, 1548:15, 1550:2,
1551:1, 1555:18, 1558:6, 1558:23,
1560:4, 1560:12, 1560:16, 1561:3,
1562:7, 1564:6, 1564:25, 1565:1,
1565:16, 1566:18, 1567:7, 1568:20,
1569:4, 1569:22, 1570:4, 1572:7,
1572:10, 1572:17, 1572:23, 1573:5,
1575:4, 1575:6, 1576:7, 1576:10,

1576:11, 1577:9, 1577:20, 1578:6,
1578:9, 1578:18, 1578:25, 1579:5,
1579:20, 1582:25, 1584:20, 1587:16,
1587:17, 1587:19, 1588:20, 1589:7,
1591:13
**above** - 1420:20, 1592:14
**absent** - 1433:5
**absolutely** - 1398:9, 1539:4, 1591:1
**Absolutely** - 1483:17, 1500:22,
1500:25, 1501:5, 1512:11, 1546:2,
1546:8
**accent** - 1417:22
**accept** - 1420:6, 1432:9, 1518:20,
1518:24, 1527:17
**access** - 1397:21, 1397:24
**accommodations** - 1430:10
**accomplish** - 1404:4, 1408:4,
1415:25, 1416:7, 1491:15, 1539:16,
1539:17, 1540:2, 1540:5
**Accomplished** - 1416:8
**according** - 1374:14, 1374:15,
1455:23, 1476:15, 1575:14, 1576:2
**account** - 1388:7, 1388:23, 1394:8,
1394:20, 1395:19, 1410:11, 1557:15
**accurate** - 1396:10, 1396:19, 1503:4,
1531:21, 1544:20, 1550:15, 1550:17,
1586:9
**accusation** - 1401:15
**accustomed** - 1471:17
**acquittal** - 1590:20
**acronym** - 1470:8
**across** - 1412:19
**act** - 1583:4
**actions** - 1385:11
**activity** - 1408:23, 1541:2, 1578:2
**acts** - 1507:12, 1507:25, 1538:3
**actual** - 1417:1, 1435:15
**actually** - 1378:19, 1382:12, 1389:19,
1400:10, 1416:4, 1419:6, 1419:16,
1420:11, 1421:21, 1449:8, 1449:12,
1463:16, 1468:14, 1469:2, 1469:6,
1480:3, 1509:3, 1509:4, 1509:13,
1509:23, 1509:25, 1519:17, 1527:24,
1538:19, 1551:18, 1554:20, 1554:24,
1559:19, 1567:13, 1571:13, 1578:16,
1592:6
**Actually** - 1383:12, 1417:12, 1420:20,
1435:3, 1435:8, 1485:15
**add** - 1388:24, 1396:4
**addition** - 1389:7
**Additional** - 1431:24
**additional** - 1380:21, 1387:22,
1456:21, 1473:10, 1494:16
**address** - 1371:20, 1409:13, 1436:1,
1469:13, 1554:19, 1557:14, 1569:24
**addressed** - 1371:9, 1514:24
**adjourn** - 1428:12
**adjourned** - 1434:21, 1434:24,
1435:13, 1592:14
**admissibility** - 1372:16, 1399:11
**admissible** - 1372:20, 1476:18
**admit** - 1468:1
**admitted** - 1374:5, 1390:1, 1399:4,
1425:5
**adopt** - 1528:2, 1528:5
**advantage** - 1399:5
**advertising** - 1469:22
**advice** - 1410:9
**advise** - 1432:6, 1570:3
**advised** - 1371:16, 1432:9, 1479:25
**advises** - 1429:18
**affidavit** - 1392:18, 1392:20, 1412:21,
1412:23, 1413:1, 1413:3, 1423:10,
1423:12, 1423:13, 1423:15, 1424:17
**afield** - 1398:25
**afraid** - 1451:11
**After** - 1421:1, 1447:4, 1466:11,
1466:14, 1529:25, 1532:5, 1535:16,
1588:2
**after** - 1382:16, 1400:6, 1402:15,

1418:12, 1432:3, 1466:11, 1476:4,
1477:17, 1490:16, 1530:10, 1531:12,
1550:19, 1552:18, 1557:24, 1559:8,
1564:15, 1569:15, 1570:10, 1581:13,
1588:3, 1590:25
**afternoon** - 1422:25, 1546:19,
1546:20, 1557:19, 1557:24, 1558:5,
1580:4, 1580:10
**afterwards** - 1552:8
**Again** - 1402:21, 1452:11, 1556:1,
1573:24
**again** - 1382:6, 1382:20, 1387:15,
1399:15, 1419:21, 1432:4, 1463:19,
1473:18, 1473:22, 1482:1, 1484:4,
1488:3, 1507:21, 1514:22, 1516:12,
1540:9, 1571:17, 1591:4
**against** - 1375:8, 1387:5, 1387:10,
1392:15, 1411:22, 1451:17, 1454:7,
1487:6, 1491:14, 1493:23, 1538:3
**agenda** - 1539:18, 1539:23, 1540:3,
1540:4, 1540:10
**agendas** - 1539:3
**agent** - 1388:6, 1429:1, 1429:8,
1430:16, 1454:10, 1454:16, 1455:19,
1521:17
**Agent** - 1462:5, 1465:3, 1499:23
**agents** - 1421:20, 1465:2, 1573:16,
1573:24, 1573:25
**agree** - 1376:1, 1383:22, 1387:7,
1440:15, 1474:8, 1475:8, 1475:23,
1475:24, 1498:11, 1512:20, 1518:21,
1521:8, 1530:20, 1572:15, 1588:16,
1588:17, 1588:20
**agreed** - 1413:23, 1414:5, 1426:23,
1426:25, 1427:2, 1428:19, 1588:15
**agreed-upon** - 1413:23, 1428:19
**agreeing** - 1475:10
**agreement** - 1410:6, 1489:15,
1489:16, 1489:19
**agreements** - 1409:8
**Agricola** - 1381:5, 1486:2
**Aha** - 1387:1
**ahead** - 1377:18, 1388:17, 1400:12,
1403:7, 1458:7, 1462:13, 1468:3,
1478:11, 1510:21, 1533:10, 1564:4,
1574:12, 1586:24
**aide** - 1447:22, 1448:2
**aimed** - 1546:3
**akin** - 1398:19
**Alana** - 1548:7, 1548:25
**Alexandra** - 1548:6, 1548:25
**Alicia** - 1399:20, 1400:5, 1401:21,
1401:25, 1402:19, 1403:13, 1403:20,
1403:22, 1404:2, 1404:9, 1404:20,
1405:4, 1405:14, 1405:16, 1405:19,
1405:20, 1415:3, 1453:7, 1453:9,
1465:24, 1466:7, 1466:25, 1468:3,
1469:7, 1469:9, 1487:9, 1491:4,
1520:11, 1520:20, 1525:2, 1525:12,
1538:22, 1569:5, 1570:5, 1570:8
**alien** - 1477:4
**alive** - 1582:13
**All** - 1372:25, 1380:20, 1383:2,
1387:4, 1396:18, 1397:8, 1400:11,
1403:5, 1403:21, 1430:13, 1435:21,
1441:24, 1445:14, 1454:14, 1461:13,
1495:6, 1547:13, 1554:18, 1563:2,
1587:2, 1587:4, 1587:10, 1587:15,
1588:9, 1588:11
**all** - 1372:3, 1373:12, 1374:19,
1377:11, 1381:18, 1386:14, 1388:23,
1389:12, 1392:2, 1392:17, 1399:23,
1401:18, 1401:23, 1415:4, 1415:11,
1415:12, 1415:13, 1415:20, 1423:21,
1427:4, 1427:9, 1427:10, 1427:25,
1428:6, 1428:9, 1429:2, 1430:6,
1431:13, 1435:22, 1437:15, 1437:19,
1442:2, 1442:13, 1447:20, 1447:22,
1448:2, 1450:20, 1453:20, 1458:9,
1461:7, 1463:24, 1470:4, 1470:8,
1472:11, 1476:21, 1477:4, 1479:7,
1482:3, 1483:12, 1483:13, 1489:14,
1489:16, 1489:19, 1492:16, 1493:2,
1494:13, 1505:23, 1511:13, 1511:24,
1513:6, 1513:8, 1521:4, 1521:6,
1521:17, 1522:4, 1528:10, 1528:14,

1504:20, 1505:19, 1506:7, 1510:6,
1514:16, 1514:20, 1515:9, 1521:9,
1525:24, 1530:11, 1530:23, 1535:11,
1547:9, 1555:19, 1555:20, 1558:24,
1565:15, 1568:7, 1569:23, 1577:11,
1579:4, 1591:1, 1592:10
**allegations** - 1590:10
**alleged** - 1464:24, 1579:12
**alleges** - 1589:18
**Allen** - 1538:22
**Allison** - 1381:14, 1400:22, 1401:1,
1401:3, 1401:5, 1415:7, 1415:13,
1415:20, 1416:17, 1456:3, 1456:5,
1456:7, 1456:10, 1457:4, 1457:7,
1457:11, 1457:13, 1525:8, 1525:13,
1525:16, 1542:10, 1542:14, 1543:12,
1544:21, 1544:25, 1545:4, 1561:21,
1561:25, 1578:7, 1578:10, 1578:18
**Allison's** - 1415:11, 1542:12
**allow** - 1375:13, 1431:1, 1510:19
**allowed** - 1399:22
**Almost** - 1432:17
**almost** - 1403:12
**along** - 1419:2, 1532:19, 1532:20
**already** - 1379:3, 1401:13, 1415:6,
1434:21, 1435:13, 1447:10, 1454:15,
1455:17, 1476:16, 1476:17, 1477:13,
1477:14, 1478:7, 1491:23, 1509:12,
1511:17, 1524:22, 1544:7, 1561:7,
1561:8, 1587:10, 1588:14
**also** - 1393:6, 1440:6, 1440:9,
1440:24, 1456:16, 1465:24, 1466:24,
1469:11, 1481:15, 1482:5, 1482:11,
1499:2, 1507:1, 1521:11, 1526:5,
1527:12, 1528:10, 1531:17, 1539:23,
1555:24, 1581:4, 1582:6, 1583:20
**Also** - 1502:16, 1502:18, 1503:17,
1504:7, 1504:17
**alternate** - 1376:3, 1376:8
**although** - 1390:3
**always** - 1384:7, 1436:20, 1509:4
**Am** - 1370:6
**am** - 1383:15, 1383:16, 1398:6,
1453:19, 1497:12, 1498:5, 1520:23,
1580:13, 1588:1, 1589:16
**Ambassador** - 1381:8
**America** - 1370:3, 1392:5, 1497:22,
1498:13
**american** - 1392:13
**ammo** - 1393:16
**ammunition** - 1388:10
**among** - 1392:19, 1393:3, 1514:15,
1588:4
**amount** - 1427:16, 1450:4, 1457:25,
1458:2, 1458:6, 1458:22, 1458:23,
1458:24, 1460:3, 1460:4, 1468:10,
1501:1, 1545:24, 1549:24, 1567:16,
1583:3
**amounts** - 1458:5
**An** - 1423:4, 1429:7, 1567:12,
1569:14, 1570:19
**an** - 1371:12, 1371:14, 1371:23,
1371:24, 1375:17, 1376:3, 1376:7,
1385:4, 1387:22, 1388:4, 1388:5,
1392:4, 1398:19, 1399:5, 1401:14,
1403:5, 1403:19, 1405:3, 1405:17,
1408:1, 1409:13, 1412:10, 1412:21,
1413:17, 1417:22, 1419:23, 1422:24,
1424:16, 1426:21, 1427:17, 1427:25,
1428:6, 1428:9, 1429:2, 1430:6,
1431:13, 1435:22, 1437:15, 1437:19,
1442:2, 1442:13, 1447:20, 1447:22,
1448:2, 1450:20, 1453:20, 1458:9,
1461:7, 1463:24, 1470:4, 1470:8,
1472:11, 1476:21, 1477:4, 1479:7,
1482:3, 1483:12, 1483:13, 1489:14,
1489:16, 1489:19, 1492:16, 1493:2,
1494:13, 1505:23, 1511:13, 1511:24,
1513:6, 1513:8, 1521:4, 1521:6,
1521:17, 1522:4, 1528:10, 1528:14,

1530:11, 1530:12, 1531:19, 1537:21,
1540:3, 1550:6, 1550:18, 1556:15,
1558:6, 1561:3, 1561:11, 1562:6,
1567:13, 1581:12, 1582:14, 1584:4,
1585:7, 1588:15, 1589:3
  **And** - 1373:24, 1378:17, 1378:25,
1383:25, 1384:2, 1384:4, 1385:21,
1386:8, 1387:1, 1387:2, 1387:17,
1388:2, 1389:4, 1390:16, 1392:10,
1394:19, 1395:1, 1396:3, 1409:5,
1409:12, 1410:1, 1429:22, 1434:11,
1449:6, 1449:12, 1450:24, 1451:23,
1452:8, 1452:17, 1452:21, 1456:14,
1459:15, 1460:11, 1463:3, 1463:6,
1463:12, 1463:14, 1464:16, 1466:2,
1466:4, 1466:7, 1466:19, 1467:11,
1467:14, 1467:16, 1467:17, 1468:18,
1468:20, 1468:23, 1469:1, 1469:16,
1470:14, 1471:8, 1472:4, 1472:24,
1473:2, 1475:1, 1475:8, 1475:20,
1476:11, 1476:20, 1477:16, 1477:21,
1480:9, 1481:1, 1481:14, 1482:7,
1482:13, 1484:4, 1484:9, 1484:13,
1484:22, 1484:24, 1485:2, 1485:4,
1486:7, 1487:4, 1488:6, 1490:20,
1491:12, 1492:19, 1492:21, 1493:8,
1493:23, 1494:1, 1496:19, 1497:20,
1498:24, 1499:2, 1499:6, 1499:12,
1499:19, 1499:21, 1500:1, 1500:13,
1503:2, 1506:13, 1506:14, 1507:2,
1509:22, 1509:24, 1510:2, 1510:15,
1510:23, 1511:4, 1511:8, 1512:4,
1512:8, 1512:16, 1512:23, 1513:1,
1513:4, 1513:22, 1514:15, 1514:22,
1524:13, 1533:17, 1542:17, 1542:21,
1543:6, 1544:4, 1547:3, 1548:4,
1548:23, 1549:20, 1549:24, 1550:21,
1551:5, 1551:8, 1551:10, 1551:15,
1552:13, 1552:18, 1553:13, 1554:6,
1554:8, 1554:10, 1554:12, 1554:23,
1556:12, 1557:4, 1557:13, 1558:12,
1560:16, 1578:8, 1578:13, 1578:22,
1578:24, 1580:16, 1580:18, 1581:12,
1581:16, 1581:24, 1582:8, 1582:17,
1583:7, 1584:13, 1590:22
  **and** - 1370:10, 1371:7, 1371:15,
1371:16, 1372:7, 1372:13, 1372:20,
1373:19, 1373:20, 1373:22, 1374:7,
1377:6, 1377:8, 1377:12, 1377:15,
1377:23, 1378:7, 1378:8, 1378:10,
1378:13, 1379:15, 1379:18, 1380:3,
1380:18, 1380:22, 1380:24, 1381:1,
1382:3, 1383:17, 1384:3, 1384:18,
1385:9, 1385:24, 1385:25, 1387:5,
1388:6, 1388:9, 1388:11, 1388:13,
1388:23, 1389:15, 1389:16, 1389:24,
1390:2, 1390:22, 1391:2, 1391:5,
1391:25, 1392:5, 1392:23, 1393:18,
1393:21, 1394:3, 1394:8, 1394:16,
1394:17, 1395:14, 1395:18, 1395:25,
1396:4, 1396:7, 1397:2, 1397:4,
1397:11, 1397:17, 1397:18, 1397:20,
1397:21, 1397:25, 1398:3, 1398:22,
1399:2, 1399:3, 1399:5, 1399:17,
1399:21, 1399:24, 1400:1, 1400:5,
1400:8, 1401:15, 1401:22, 1401:23,
1402:2, 1402:3, 1402:4, 1402:15,
1403:3, 1403:12, 1404:1, 1404:10,
1404:12, 1404:14, 1404:19, 1405:4,
1405:15, 1405:16, 1405:20, 1406:20,
1406:22, 1407:1, 1407:24, 1408:12,
1409:2, 1409:14, 1409:15, 1410:7,
1410:9, 1410:10, 1411:8, 1411:21,
1411:22, 1411:23, 1412:11, 1415:7,
1415:10, 1415:23, 1416:13, 1416:4,
1417:7, 1417:20, 1418:1, 1418:3,
1419:3, 1419:9, 1419:11, 1419:15,
1419:20, 1421:7, 1421:8, 1421:11,
1421:19, 1423:20, 1425:13, 1426:20,
1427:15, 1427:21, 1427:22, 1427:24,

1429:2, 1429:23, 1430:2, 1430:8,
1430:16, 1431:1, 1432:15, 1434:15,
1435:22, 1436:2, 1436:10, 1437:25,
1438:12, 1438:15, 1438:22, 1439:1,
1439:2, 1441:20, 1441:21, 1442:3,
1442:10, 1442:13, 1442:23, 1443:1,
1443:11, 1443:18, 1444:2, 1444:16,
1444:20, 1445:7, 1446:10, 1446:15,
1446:20, 1448:1, 1449:3, 1449:16,
1450:25, 1451:8, 1451:13, 1452:15,
1453:9, 1453:20, 1454:6, 1454:11,
1454:12, 1455:12, 1455:18, 1455:19,
1455:23, 1456:12, 1456:24, 1457:15,
1457:21, 1458:7, 1459:9, 1460:5,
1462:5, 1463:1, 1463:25, 1465:2,
1465:4, 1465:5, 1465:6, 1465:8,
1465:9, 1465:13, 1465:19, 1466:20,
1466:24, 1467:1, 1467:8, 1467:20,
1467:24, 1468:3, 1468:10, 1468:11,
1469:2, 1470:3, 1470:11, 1471:18,
1472:12, 1472:19, 1473:7, 1474:22,
1475:16, 1475:20, 1476:17, 1476:22,
1476:25, 1477:6, 1477:7, 1477:10,
1477:24, 1478:2, 1478:11, 1479:7,
1481:2, 1482:10, 1482:17, 1482:20,
1483:9, 1483:12, 1483:13, 1483:19,
1483:22, 1483:23, 1483:25, 1485:24,
1486:2, 1486:3, 1486:8, 1486:15,
1487:8, 1487:9, 1487:10, 1488:13,
1489:19, 1490:17, 1491:1, 1491:2,
1491:13, 1491:24, 1492:4, 1492:11,
1493:6, 1493:16, 1494:6, 1494:8,
1494:14, 1494:22, 1496:24, 1497:6,
1497:14, 1498:2, 1498:8, 1498:9,
1498:13, 1499:22, 1500:1, 1500:6,
1500:9, 1501:2, 1502:23, 1503:6,
1503:11, 1503:23, 1504:23, 1505:9,
1505:24, 1506:22, 1507:4, 1507:22,
1508:9, 1509:1, 1509:19, 1510:3,
1510:12, 1511:4, 1511:5, 1513:23,
1515:6, 1517:24, 1518:8, 1518:19,
1518:22, 1519:6, 1519:11, 1519:22,
1520:9, 1520:24, 1521:7, 1523:12,
1526:23, 1527:18, 1533:4, 1533:7,
1533:11, 1533:22, 1534:10, 1534:18,
1538:14, 1539:2, 1540:10, 1540:18,
1542:9, 1542:18, 1542:22, 1543:1,
1543:2, 1544:12, 1545:22, 1546:4,
1546:22, 1548:25, 1550:16, 1551:22,
1551:23, 1551:24, 1552:1, 1552:10,
1552:13, 1552:20, 1553:16, 1553:23,
1553:25, 1555:24, 1556:1, 1556:17,
1556:24, 1558:2, 1558:16, 1560:10,
1560:14, 1560:19, 1560:25, 1560:22,
1560:24, 1561:14, 1561:22, 1561:23,
1561:24, 1562:17, 1564:22, 1565:1,
1566:12, 1567:12, 1567:13, 1567:17,
1568:16, 1569:14, 1570:2, 1570:8,
1570:19, 1571:17, 1572:25, 1573:4,
1573:18, 1574:2, 1575:7, 1575:24,
1576:1, 1577:16, 1577:22, 1578:3,
1578:5, 1578:7, 1578:10, 1578:25,
1580:25, 1581:4, 1581:5, 1581:22,
1582:2, 1582:21, 1583:5, 1583:10,
1583:24, 1585:6, 1585:9, 1585:11,
1586:4, 1586:8, 1586:9, 1586:10,
1586:13, 1586:17, 1586:20, 1587:11,
1587:25, 1588:1, 1588:2, 1588:6,
1588:7, 1588:10, 1588:11, 1588:18,
1588:19, 1588:20, 1588:21, 1588:22,
1588:25, 1589:4, 1589:5, 1589:7,
1589:8, 1590:9, 1590:10, 1590:16,
1590:19, 1591:9, 1591:14, 1592:1
  **anonymous** - 1561:3, 1561:11
  **another** - 1374:5, 1428:22, 1484:14,
1487:13, 1498:4, 1562:2, 1560:25,
1576:16, 1583:24
  **Answer** - 1486:19, 1494:20
  **answer** - 1398:17, 1398:18, 1428:6,
1439:22, 1439:23, 1441:8, 1441:13,

1441:18, 1449:11, 1449:23, 1450:2,
1456:25, 1458:25, 1467:10, 1473:7,
1482:22, 1482:23, 1482:24, 1483:1,
1486:23, 1492:4, 1498:1, 1498:18,
1507:22, 1510:21, 1515:16, 1525:22,
1526:1, 1528:6, 1571:7, 1577:22,
1578:10, 1578:22, 1578:23, 1589:7
  **answers** - 1382:22, 1453:1, 1492:24,
1530:16, 1530:21
  **antagonistic** - 1375:1
  **Anthony** - 1370:20
  **anti** - 1392:13
  **anti-american** - 1392:13
  **anticipate** - 1372:16, 1376:17,
1462:8, 1462:16
  **anticipated** - 1376:20, 1407:23,
1415:5, 1435:18
  **anticipating** - 1589:4
  **Any** - 1380:12, 1391:12, 1395:21,
1400:17, 1422:5, 1426:13, 1429:10,
1431:16, 1462:4, 1545:1, 1567:2,
1569:17, 1570:24, 1584:18
  **any** - 1371:9, 1374:11, 1380:8,
1380:11, 1381:2, 1385:11, 1395:3,
1398:20, 1398:24, 1400:11, 1400:25,
1401:2, 1403:18, 1404:11, 1404:18,
1409:4, 1410:1, 1411:10, 1411:11,
1418:2, 1420:5, 1423:16, 1432:24,
1433:8, 1436:19, 1438:3, 1438:23,
1445:9, 1445:21, 1447:25, 1451:10,
1469:22, 1470:19, 1476:18, 1491:3,
1491:22, 1492:1, 1494:11, 1500:7,
1506:2, 1509:15, 1509:19, 1509:20,
1510:16, 1516:3, 1516:7, 1519:8,
1531:3, 1536:15, 1540:19, 1544:21,
1549:10, 1556:18, 1560:1, 1560:3,
1560:12, 1562:4, 1564:19, 1565:5,
1565:15, 1565:19, 1569:1, 1575:16,
1576:3, 1577:21, 1577:24, 1579:9,
1579:11, 1581:1, 1581:13, 1581:20,
1582:20
  **Anybody** - 1408:24
  **anybody** - 1385:10, 1399:21, 1411:6,
1420:5, 1436:14, 1438:15, 1484:1,
1489:20, 1511:6, 1540:14, 1540:16,
1560:22, 1560:23, 1576:15
  **anymore** - 1428:3, 1450:22, 1461:10,
1505:9
  **anyone** - 1384:8, 1385:25, 1401:1,
1401:19, 1408:22, 1418:9, 1425:17,
1483:24, 1548:4, 1548:23, 1575:1,
1578:1
  **Anything** - 1579:17, 1579:24, 1580:2,
1584:23, 1591:6
  **anything** - 1384:10, 1385:9, 1385:24,
1387:9, 1387:11, 1388:25, 1397:6,
1397:15, 1397:16, 1400:3, 1405:14,
1406:2, 1412:11, 1415:25, 1423:20,
1428:23, 1432:24, 1438:22, 1443:5,
1463:7, 1463:15, 1507:18, 1508:3,
1516:4, 1516:6, 1533:22, 1539:16,
1539:17, 1543:13, 1543:15, 1553:5,
1556:19, 1559:16, 1560:9, 1560:17,
1560:22, 1560:23, 1564:19, 1572:2,
1575:19, 1575:22, 1576:4, 1576:19,
1578:6, 1580:22, 1582:12, 1587:18,
1589:17
  **anyway** - 1371:10, 1530:19
  **anywhere** - 1431:2, 1564:23
  **apart** - 1379:18, 1517:11
  **apologize** - 1449:24, 1500:17,
1508:8, 1524:18, 1527:8, 1547:24
  **apparently** - 1428:15, 1569:25
  **appear** - 1379:21, 1424:20, 1436:20,
1455:12, 1474:25
  **Appearances** - 1370:11
  **appeared** - 1573:18, 1582:18
  **appears** - 1449:5
  **application** - 1427:25, 1428:7,
1428:9, 1435:6, 1435:23, 1548:20

**applications** - 1408:14
**applies** - 1447:24
**apply** - 1434:17
**appointment** - 1422:24, 1423:4
**appreciate** - 1472:1
**appreciates** - 1386:22
**appreciating** - 1429:25
**approach** - 1534:10
**approached** - 1384:3, 1419:18
**approaching** - 1383:23, 1430:1
**appropriate** - 1396:4, 1423:16,
1444:10, 1472:8, 1472:11, 1586:22,
1588:3
**approximately** - 1549:16, 1567:16,
1568:13
**Approximately** - 1432:19, 1549:18,
1550:3, 1581:10
**approximation** - 1550:7
**April** - 1464:25, 1581:18
**are** - 1374:7, 1374:13, 1377:2,
1385:25, 1393:4, 1393:11, 1396:3,
1398:4, 1399:21, 1404:11, 1408:19,
1432:22, 1443:9, 1446:24, 1449:12,
1450:7, 1450:21, 1450:24, 1461:8,
1463:3, 1463:24, 1464:1, 1465:18,
1468:2, 1469:2, 1472:4, 1475:10,
1477:2, 1478:1, 1479:7, 1481:10,
1482:14, 1482:16, 1488:18, 1488:22,
1488:24, 1489:22, 1491:16, 1493:2,
1497:11, 1497:13, 1498:4, 1498:9,
1501:1, 1504:20, 1505:2, 1505:21,
1512:5, 1512:18, 1513:5, 1513:10,
1513:14, 1525:10, 1526:23, 1528:7,
1531:15, 1539:4, 1540:2, 1540:17,
1542:3, 1545:20, 1545:25, 1547:9,
1547:18, 1570:2, 1580:11, 1580:12,
1580:14, 1580:16, 1582:3, 1582:21,
1582:22, 1584:22, 1589:8, 1590:10,
1590:11, 1590:23
**Are** - 1375:21, 1448:6, 1472:2, 1575:5
**area** - 1422:2, 1521:13
**areas** - 1380:1, 1404:11, 1577:19
**aren't** - 1374:12, 1391:18, 1416:14,
1449:7, 1513:4
**argue** - 1375:20
**arguing** - 1373:18
**argument** - 1376:8, 1399:10, 1465:7
**argumentative** - 1464:9, 1541:4
**Arienee** - 1492:19
**Arienne** - 1370:6, 1370:19, 1422:15,
1425:18, 1511:5, 1514:3, 1534:7,
1543:9, 1543:18, 1547:3, 1548:10,
1549:1, 1549:10, 1553:5, 1554:6,
1554:13, 1554:16, 1559:25, 1560:3,
1586:9, 1586:13, 1586:15, 1586:20,
1593:16
**Arienne's** - 1546:22, 1584:15
**Arizona** - 1426:19, 1426:21
**around** - 1383:15, 1386:11, 1427:5,
1475:19, 1484:6, 1503:24, 1505:8,
1505:21, 1505:24, 1506:23, 1509:8,
1545:18, 1548:5, 1573:4
**Arps** - 1407:19, 1408:12, 1408:16
**arrange** - 1387:12, 1419:11, 1457:18
**arranged** - 1378:18, 1394:12, 1439:2,
1467:16
**arrest** - 1419:16, 1421:19, 1550:6
**arrested** - 1374:7, 1395:8, 1401:6,
1401:9, 1402:2, 1413:12, 1423:1,
1423:2, 1423:6, 1425:22, 1432:16,
1447:4, 1467:21, 1467:24, 1468:21,
1476:14, 1477:5, 1494:8, 1503:3,
1503:11, 1503:13, 1506:14, 1506:19,
1506:22, 1507:1, 1507:3, 1507:5,
1507:7, 1507:9, 1566:2
**arrests** - 1468:23
**articulate** - 1382:3
**articulating** - 1398:21
**As** - 1394:8, 1416:2, 1445:2, 1456:9,
1478:23, 1527:18, 1550:18

**as** - 1371:13, 1372:12, 1373:11,
1373:13, 1374:17, 1374:18, 1375:10,
1377:14, 1377:22, 1377:23, 1379:4,
1379:8, 1379:14, 1379:25, 1380:4,
1380:13, 1381:9, 1381:18, 1384:23,
1385:10, 1386:13, 1388:4, 1388:5,
1389:8, 1390:21, 1390:23, 1391:7,
1391:17, 1391:20, 1395:9, 1395:13,
1395:25, 1396:4, 1397:12, 1399:18,
1407:1, 1407:6, 1409:7, 1410:9,
1411:5, 1417:14, 1417:23, 1418:2,
1419:14, 1419:19, 1420:2, 1421:1,
1421:13, 1421:24, 1422:15, 1423:9,
1424:20, 1424:21, 1425:5, 1425:18,
1426:2, 1427:1, 1427:8, 1427:17,
1427:24, 1429:5, 1430:4, 1430:19,
1443:5, 1447:22, 1447:24, 1448:2,
1450:3, 1451:5, 1456:9, 1456:16,
1458:16, 1464:9, 1464:13, 1469:13,
1469:17, 1469:20, 1471:4, 1472:8,
1472:11, 1475:19, 1478:2, 1479:22,
1480:14, 1481:10, 1482:3, 1482:4,
1483:3, 1483:4, 1483:10, 1483:11,
1483:18, 1483:19, 1483:20, 1484:15,
1485:19, 1487:1, 1490:20, 1492:24,
1494:13, 1494:20, 1502:22, 1502:23,
1503:10, 1503:17, 1503:18, 1504:7,
1505:16, 1505:23, 1507:4, 1511:22,
1512:13, 1513:10, 1518:15, 1519:7,
1525:7, 1529:3, 1531:23, 1531:24,
1535:1, 1535:20, 1535:23, 1537:8,
1539:13, 1540:22, 1540:23, 1544:13,
1550:18, 1550:23, 1551:15, 1562:10,
1566:17, 1568:6, 1569:8, 1569:11,
1570:15, 1573:8, 1573:5, 1573:10,
1573:15, 1573:18, 1576:1, 1576:16,
1577:14, 1580:8, 1581:24, 1582:13,
1583:22, 1584:11, 1588:24, 1590:22,
1591:1, 1591:8, 1591:10, 1591:15,
1592:14
**Ask** - 1487:13
**ask** - 1379:15, 1380:2, 1381:5,
1381:7, 1381:13, 1381:25, 1390:22,
1395:14, 1401:15, 1401:22, 1405:19,
1408:17, 1409:14, 1412:10, 1429:6,
1438:11, 1445:4, 1454:14, 1456:18,
1478:10, 1481:2, 1481:18, 1482:9,
1512:9, 1515:12, 1515:15, 1516:3,
1516:7, 1517:12, 1539:21, 1559:17,
1560:15, 1560:16, 1569:9, 1569:10,
1570:16, 1575:25, 1577:24, 1581:25
**asked** - 1381:8, 1389:15, 1389:25,
1412:11, 1414:19, 1414:25, 1444:24,
1459:18, 1478:4, 1480:4, 1480:6,
1484:14, 1508:24, 1509:11, 1509:12,
1509:19, 1511:4, 1516:4, 1516:6,
1525:25, 1545:2, 1555:4, 1555:7,
1556:12, 1567:7, 1569:4, 1571:24,
1572:6, 1572:17, 1576:7, 1577:9,
1577:20, 1578:5, 1578:9, 1578:13,
1578:18, 1578:20, 1578:25, 1579:3,
1579:5, 1587:13
**asking** - 1373:5, 1372:7, 1395:19,
1399:17, 1415:14, 1428:21, 1437:5,
1437:6, 1453:5, 1453:19, 1469:10,
1474:3, 1491:20, 1491:21, 1505:2,
1509:7, 1542:25, 1543:4, 1546:21,
1561:20, 1564:5, 1576:8, 1576:10,
1576:13, 1576:17
**asks** - 1438:8, 1530:15, 1542:21,
1583:4
**aspect** - 1397:22
**asserted** - 1372:11
**assessing** - 1372:5
**assignment** - 1549:25
**assist** - 1443:9
**assistance** - 1372:5
**assistant** - 1458:19
**Assistant** - 1370:15
**associate** - 1511:13, 1511:24,

1528:15, 1530:11, 1530:15, 1530:22,
1530:25, 1548:7, 1548:9
**associated** - 1470:1, 1505:20, 1512:5
**associates** - 1544:13, 1548:5,
1548:23
**assume** - 1401:6, 1414:3, 1437:9,
1437:10
**assumed** - 1376:21, 1494:7
**assuming** - 1479:19
**At** - 1373:25, 1388:22, 1423:1, 1447:5,
1450:6, 1465:1, 1471:6, 1472:23,
1473:1, 1486:24, 1526:8, 1551:11,
1553:12, 1554:3, 1555:23, 1561:6,
1569:1, 1587:14, 1590:18
**at** - 1371:24, 1372:15, 1372:19,
1372:21, 1377:10, 1378:10, 1380:15,
1381:11, 1381:18, 1384:1, 1384:9,
1384:13, 1384:23, 1385:1, 1385:2,
1385:18, 1386:14, 1390:2, 1390:19,
1392:15, 1392:17, 1395:14, 1397:11,
1398:11, 1399:1, 1399:21, 1401:13,
1406:12, 1407:19, 1407:21, 1407:22,
1408:7, 1408:13, 1409:2, 1414:11,
1415:5, 1415:6, 1418:2, 1418:22,
1421:19, 1423:9, 1423:21, 1423:23,
1424:17, 1427:19, 1428:9, 1429:23,
1431:6, 1432:6, 1437:12, 1441:22,
1442:17, 1446:7, 1446:13, 1446:17,
1446:23, 1446:25, 1455:20, 1456:15,
1456:16, 1460:14, 1461:7, 1462:9,
1462:17, 1463:1, 1463:7, 1463:14,
1464:13, 1464:16, 1464:21, 1465:12,
1465:13, 1465:19, 1466:24, 1468:5,
1469:22, 1471:11, 1472:15, 1474:2,
1475:14, 1475:18, 1475:20, 1476:10,
1477:15, 1478:9, 1480:19, 1484:21,
1485:13, 1486:17, 1487:19, 1490:2,
1490:3, 1491:23, 1492:6, 1492:12,
1495:5, 1497:10, 1498:14, 1506:2,
1508:11, 1508:15, 1510:11, 1515:5,
1521:9, 1524:21, 1530:23, 1532:17,
1535:11, 1538:19, 1546:3, 1547:3,
1548:4, 1548:8, 1550:14, 1551:22,
1555:19, 1555:20, 1556:18, 1557:4,
1557:5, 1560:7, 1562:13, 1562:14,
1562:15, 1564:9, 1565:5, 1565:15,
1566:3, 1566:19, 1567:6, 1567:14,
1567:25, 1568:1, 1569:10, 1570:1,
1571:14, 1575:1, 1577:21, 1579:4,
1581:25, 1582:14, 1585:1, 1587:23,
1588:16, 1588:21, 1588:23, 1590:14,
1590:15, 1590:16, 1590:19, 1590:20,
1591:1, 1591:2, 1591:8, 1591:22,
1592:5
**attached** - 1391:1
**Attached** - 1391:8
**attack** - 1400:4
**attempted** - 1395:2, 1395:4, 1395:5
**attempting** - 1381:18, 1396:19,
1476:24, 1477:11
**attempts** - 1516:4
**attended** - 1470:6, 1486:1, 1486:9
**attention** - 1401:12, 1402:7, 1402:8,
1404:21, 1407:5, 1440:10, 1479:18,
1551:12, 1555:21, 1561:12, 1562:12
**attic** - 1411:24
**Attorney** - 1370:13
**attorney** - 1410:12, 1426:21, 1446:10,
1463:25, 1470:17, 1494:14, 1521:23,
1522:1, 1522:8, 1522:14, 1522:16,
1522:20, 1523:14, 1527:19, 1529:4
**attorney's** - 1522:12
**Attorneys** - 1370:15
**attorneys** - 1427:10, 1446:17, 1450:7,
1512:13
**attributed** - 1484:24, 1485:22
**attribution** - 1383:12, 1396:20,
1396:21, 1396:22, 1452:17, 1491:19
**audibility** - 1375:25
**audience** - 1471:6

**Audio** - 1448:8, 1536:22, 1568:11, 1568:14, 1568:18
**August** - 1370:6, 1372:6, 1374:6, 1379:21, 1413:22, 1426:8, 1429:16, 1432:15, 1446:1, 1452:18, 1453:6, 1547:1, 1548:1
**Ausa** - 1458:9
**authenticate** - 1520:11, 1520:14, 1521:2
**authorization** - 1386:2, 1386:5, 1397:11, 1514:18
**Authorization** - 1514:20
**authorize** - 1401:18
**authorized** - 1535:17, 1560:18
**available** - 1374:11, 1408:22, 1421:8, 1428:14, 1551:24, 1551:25, 1587:20, 1592:5
**Avakian** - 1389:6, 1412:16, 1551:8
**Avenue** - 1406:9
**avoid** - 1371:21, 1377:6, 1377:7
**aware** - 1446:6, 1528:16
**away** - 1428:24, 1434:15, 1451:1, 1451:4, 1483:25, 1540:19, 1592:12
**awkward** - 1371:14
**Awol** - 1506:24

# B

**B** - 1372:13, 1377:20, 1391:16, 1593:3
**babes** - 1464:4
**Bachelor's** - 1581:4
**back** - 1377:13, 1384:3, 1387:14, 1390:10, 1390:14, 1394:3, 1397:5, 1410:10, 1411:19, 1419:11, 1430:12, 1452:18, 1455:23, 1460:5, 1461:20, 1477:7, 1477:24, 1478:4, 1478:16, 1479:6, 1479:8, 1480:9, 1490:17, 1491:1, 1491:5, 1491:13, 1496:6, 1503:6, 1503:11, 1519:5, 1531:1, 1531:11, 1532:2, 1534:18, 1554:10, 1558:16, 1561:1, 1561:12, 1569:15, 1575:1, 1582:14, 1582:18, 1582:22, 1587:1, 1588:7, 1588:21, 1589:1, 1590:14
**background** - 1393:5, 1405:19, 1412:11, 1416:17, 1416:18, 1494:7
**backgrounds** - 1471:14
**Backup** - 1504:7
**backup** - 1582:6, 1584:12
**bad** - 1544:18, 1544:25, 1545:1, 1569:25
**bag** - 1425:7, 1426:9, 1426:17, 1499:12, 1499:14, 1500:13
**bail** - 1408:11, 1548:20, 1548:21
**band** - 1538:7, 1538:12
**bank** - 1425:24, 1426:8
**bar** - 1470:12, 1585:1, 1585:12
**Barry** - 1389:14, 1409:2, 1501:15, 1502:14, 1502:24
**bars** - 1386:10
**bartender** - 1406:6
**base** - 1378:9, 1378:10, 1380:3, 1433:13, 1576:14, 1587:21
**Based** - 1439:19, 1477:19, 1591:17
**based** - 1382:14, 1414:25, 1444:7, 1517:3, 1590:11
**basically** - 1397:25, 1428:20
**basis** - 1577:24, 1577:25
**batteries** - 1582:13
**battery** - 1582:6, 1582:10, 1584:12
**be** - 1371:9, 1371:22, 1374:8, 1375:7, 1375:8, 1376:17, 1377:1, 1377:4, 1377:5, 1377:11, 1381:23, 1382:3, 1384:8, 1384:9, 1385:10, 1385:11, 1385:24, 1386:1, 1386:9, 1387:3, 1390:25, 1393:6, 1394:22, 1395:17, 1396:4, 1397:19, 1397:22, 1398:18, 1399:4, 1401:6, 1404:12, 1406:23, 1409:6, 1410:3, 1411:16, 1413:5, 1413:20, 1413:25, 1414:5, 1415:9,

1418:1, 1418:10, 1418:14, 1418:19, 1418:20, 1418:23, 1419:18, 1420:7, 1421:16, 1423:16, 1425:24, 1426:6, 1426:22, 1429:2, 1430:18, 1430:25, 1432:15, 1435:16, 1436:8, 1436:11, 1436:22, 1437:9, 1438:10, 1438:13, 1438:20, 1438:21, 1439:3, 1439:5, 1439:8, 1439:10, 1439:17, 1439:19, 1440:1, 1440:2, 1440:7, 1440:9, 1440:25, 1441:5, 1441:10, 1441:20, 1441:24, 1442:7, 1442:9, 1442:12, 1443:16, 1445:11, 1446:19, 1446:22, 1446:23, 1447:25, 1449:5, 1450:3, 1452:24, 1453:12, 1453:16, 1453:18, 1455:11, 1456:6, 1456:16, 1456:21, 1458:7, 1460:6, 1462:11, 1462:17, 1464:21, 1465:10, 1465:17, 1467:21, 1468:7, 1468:10, 1470:5, 1471:11, 1474:25, 1476:14, 1476:21, 1477:3, 1477:5, 1477:7, 1477:12, 1479:1, 1480:22, 1482:5, 1483:22, 1483:24, 1484:12, 1487:5, 1488:3, 1488:6, 1488:7, 1490:18, 1491:11, 1494:8, 1494:25, 1496:6, 1496:9, 1498:7, 1503:4, 1503:12, 1511:11, 1512:18, 1516:8, 1516:13, 1516:16, 1517:7, 1520:23, 1522:1, 1525:14, 1525:15, 1525:19, 1526:3, 1526:4, 1526:24, 1529:19, 1529:22, 1530:15, 1531:21, 1536:18, 1537:21, 1539:14, 1543:21, 1544:16, 1545:22, 1548:21, 1551:22, 1551:24, 1551:25, 1553:8, 1554:24, 1555:14, 1557:13, 1557:16, 1560:15, 1560:21, 1560:22, 1561:11, 1562:1, 1562:3, 1562:14, 1565:9, 1566:13, 1569:13, 1570:18, 1573:13, 1587:24, 1588:3, 1588:19, 1588:24, 1589:3, 1589:11, 1589:20, 1591:12, 1592:3, 1592:5
**Be** - 1385:21, 1385:23, 1427:2, 1462:12
**beamed** - 1430:12
**bear** - 1588:15, 1588:18
**became** - 1388:22, 1418:2
**because** - 1383:17, 1384:8, 1385:5, 1394:11, 1394:15, 1394:20, 1398:2, 1398:22, 1399:25, 1400:4, 1400:9, 1402:21, 1415:8, 1428:18, 1443:7, 1443:8, 1444:10, 1445:3, 1445:5, 1445:8, 1450:1, 1451:1, 1452:8, 1455:17, 1458:15, 1459:5, 1459:19, 1460:11, 1464:17, 1468:3, 1476:15, 1476:21, 1477:5, 1477:17, 1480:12, 1481:23, 1483:2, 1483:6, 1484:6, 1484:9, 1493:2, 1494:5, 1494:13, 1501:2, 1509:7, 1512:14, 1517:19, 1517:21, 1521:6, 1523:20, 1537:8, 1539:2, 1539:15, 1545:22, 1555:14, 1573:2, 1576:17, 1589:14
**Because** - 1420:5, 1454:10, 1465:12, 1510:2, 1510:6, 1517:23, 1519:19, 1523:21, 1558:19, 1561:17
**become** - 1394:20, 1471:17
**been** - 1373:11, 1373:24, 1377:3, 1377:22, 1378:8, 1378:12, 1379:6, 1382:25, 1383:19, 1384:3, 1388:5, 1388:12, 1390:21, 1394:12, 1395:9, 1395:13, 1401:7, 1401:14, 1402:6, 1404:13, 1405:2, 1405:18, 1408:17, 1409:2, 1413:9, 1421:12, 1421:13, 1422:19, 1424:23, 1425:19, 1429:5, 1432:14, 1434:6, 1434:7, 1434:21, 1435:13, 1437:18, 1458:14, 1464:18, 1465:1, 1465:7, 1468:18, 1468:21, 1479:25, 1482:20, 1485:11, 1497:3, 1497:5, 1497:24, 1498:16, 1499:23, 1503:3, 1509:14, 1513:12, 1550:14, 1556:5, 1561:22, 1562:17, 1564:13, 1567:23, 1569:8, 1570:10, 1570:15, 1573:10, 1573:15, 1575:12, 1577:21,

1577:25, 1579:12, 1580:7, 1580:24, 1581:18, 1589:5
**before** - 1374:7, 1376:18, 1379:10, 1383:13, 1392:16, 1393:4, 1393:17, 1393:18, 1394:17, 1395:8, 1398:17, 1418:7, 1422:21, 1423:4, 1425:20, 1425:22, 1425:24, 1426:2, 1434:4, 1434:6, 1445:18, 1447:24, 1476:7, 1476:8, 1476:16, 1478:7, 1484:13, 1486:16, 1491:2, 1496:15, 1497:21, 1499:25, 1528:17, 1531:8, 1534:7, 1534:25, 1535:5, 1544:10, 1557:1, 1561:14, 1561:18, 1564:5, 1564:6, 1564:11, 1576:9
**Before** - 1370:9, 1403:18, 1530:5, 1551:18, 1555:4, 1561:1
**beforehand** - 1591:14
**began** - 1402:16, 1413:11, 1419:20, 1466:2, 1466:11, 1466:14, 1548:1, 1549:17, 1557:22
**begin** - 1435:1, 1452:17, 1488:12, 1492:12, 1557:18, 1587:23
**Beginning** - 1556:4, 1568:1
**beginning** - 1405:2, 1416:6, 1464:13, 1484:20, 1484:21, 1485:13, 1490:2, 1508:15, 1548:16, 1554:12, 1567:25
**beginnings** - 1462:17
**begins** - 1563:11, 1564:9
**behalf** - 1405:17, 1421:10, 1460:21, 1483:14, 1487:18, 1491:9
**behind** - 1408:25, 1450:4, 1493:9, 1493:20, 1519:23, 1519:25, 1573:3
**being** - 1385:10, 1385:19, 1394:10, 1395:7, 1397:12, 1410:7, 1414:11, 1416:16, 1417:22, 1430:17, 1444:5, 1444:6, 1446:24, 1455:20, 1466:23, 1478:6, 1491:9, 1491:13, 1492:16, 1506:24, 1508:4, 1509:8, 1518:9, 1526:16, 1540:23, 1548:15, 1550:16, 1565:2, 1567:7, 1579:3, 1579:5, 1583:3
**belief** - 1403:2, 1560:23
**beliefs** - 1464:13
**believe** - 1371:12, 1382:25, 1390:5, 1390:10, 1403:12, 1406:22, 1418:6, 1426:1, 1446:23, 1453:12, 1467:24, 1479:21, 1481:10, 1491:23, 1492:6, 1504:14, 1504:18, 1505:4, 1505:7, 1505:9, 1505:11, 1505:14, 1516:16, 1517:13, 1517:16, 1521:9, 1522:6, 1524:23, 1525:3, 1526:7, 1526:11, 1530:2, 1536:14, 1556:18, 1557:9, 1562:14, 1565:9, 1567:10, 1567:15, 1581:11, 1581:18, 1582:19, 1583:19, 1585:5, 1585:6, 1591:8
**believed** - 1403:3, 1410:3, 1466:19, 1516:8, 1517:10, 1517:18, 1517:19, 1517:21
**believes** - 1402:22
**Bellfield** - 1502:2, 1504:5, 1504:19, 1504:23, 1506:6, 1506:10, 1507:1, 1507:12, 1507:24, 1508:20, 1509:1, 1510:4, 1576:8, 1576:15
**belong** - 1426:9, 1426:17
**Belonged** - 1500:2
**Ben** - 1380:5
**bench** - 1580:5
**Benton** - 1370:12
**Berg** - 1370:18
**Bernfeld** - 1548:8, 1548:25
**besides** - 1451:14
**best** - 1379:25, 1439:23, 1574:11
**better** - 1387:6, 1387:10, 1398:17, 1423:25, 1438:6, 1570:1, 1589:11
**Between** - 1564:22
**between** - 1419:15, 1427:14, 1442:23, 1447:25, 1455:17, 1460:10, 1462:25, 1465:5, 1481:24, 1489:19, 1492:11, 1498:9, 1567:17, 1569:14, 1570:19, 1583:23
**beyond** - 1406:2, 1436:22, 1436:23,

1560:23
**Beyond** - 1436:22
**Bharrat** - 1413:22
**bigger** - 1397:3
**birth** - 1393:1, 1393:2, 1477:6
**bit** - 1417:22, 1523:23, 1551:1, 1590:15
**blackjack** - 1392:1
**blank** - 1442:12, 1483:12, 1483:13
**blank-blank** - 1442:12
**blanks** - 1424:13
**blocked** - 1435:21
**blow** - 1372:1, 1385:13, 1386:20
**blue** - 1425:12, 1499:2
**Bmb** - 1580:15, 1580:24
**Bob** - 1374:14, 1374:15, 1374:24
**bodies** - 1388:12
**bombing** - 1516:4
**bombings** - 1577:21
**bond** - 1503:6, 1503:11
**book** - 1585:4
**books** - 1397:24
**boss** - 1483:15, 1486:25, 1487:1, 1487:4, 1512:2, 1514:18
**both** - 1371:14, 1375:24, 1391:2, 1408:18, 1415:2, 1446:10, 1461:8, 1465:5, 1564:25, 1566:2, 1582:22
**bothers** - 1478:7
**bottom** - 1508:11, 1571:3
**box** - 1499:19, 1499:21, 1500:9
**boyfriend** - 1402:1
**boyfriends** - 1424:14
**Brazilian** - 1406:19, 1406:21
**break** - 1377:8, 1377:13, 1433:23, 1445:11, 1445:18, 1462:12, 1495:4, 1496:15, 1562:25, 1587:12
**breaker** - 1583:4
**bribe** - 1401:19, 1418:8, 1419:21, 1436:7, 1436:8, 1437:25, 1443:4, 1444:19, 1457:21, 1458:24, 1460:15, 1460:21, 1463:19, 1463:20, 1463:22, 1544:5
**bribery** - 1591:2
**bribing** - 1463:20
**briefly** - 1401:21, 1407:20, 1408:3, 1436:1, 1580:18
**briery** - 1590:25
**Bring** - 1376:13, 1461:20
**bring** - 1422:21, 1437:24, 1440:10, 1452:3, 1479:6, 1479:8, 1496:5, 1512:10, 1512:13, 1513:4, 1513:6, 1513:13, 1513:17, 1513:18, 1513:19, 1513:20, 1513:22, 1551:12, 1569:10
**Bringing** - 1561:12
**bringing** - 1512:18
**bro** - 1451:2, 1451:4
**broaden** - 1576:14
**broke** - 1564:5
**Brooklyn** - 1370:5, 1370:21
**Brooks** - 1433:16
**brother** - 1409:24, 1410:3, 1410:4, 1410:8, 1410:9, 1411:8, 1415:20, 1415:23, 1427:21, 1429:7, 1431:13, 1432:4, 1434:9, 1456:7, 1542:12
**brought** - 1433:13
**Brownell** - 1370:14
**building** - 1408:21, 1477:5, 1582:11, 1583:2
**bullet** - 1420:12, 1420:20, 1420:23, 1421:1, 1510:12, 1532:12, 1560:8, 1560:25, 1561:12
**bullets** - 1510:11
**bullshit** - 1497:1, 1497:16
**Bureau** - 1494:7, 1494:10
**business** - 1376:17, 1468:2, 1572:4, 1587:24
**busy** - 1589:5
**But** - 1374:24, 1385:18, 1402:23, 1438:17, 1443:3, 1443:21, 1444:20, 1454:5, 1456:16, 1460:9, 1485:16,

1488:12, 1503:7, 1514:25, 1515:12, 1523:17, 1524:9, 1525:19, 1545:2, 1577:24
**but** - 1371:9, 1381:19, 1389:12, 1389:18, 1390:1, 1399:23, 1400:15, 1401:14, 1403:1, 1407:2, 1409:4, 1413:6, 1414:23, 1417:17, 1419:10, 1419:21, 1426:20, 1427:20, 1427:25, 1430:9, 1444:2, 1449:22, 1452:5, 1453:16, 1458:1, 1460:4, 1460:6, 1461:10, 1466:12, 1466:16, 1466:25, 1471:12, 1474:10, 1477:3, 1479:25, 1481:21, 1482:11, 1482:15, 1483:19, 1485:18, 1500:10, 1503:16, 1506:23, 1518:2, 1521:22, 1524:7, 1524:23, 1539:9, 1540:6, 1540:23, 1541:2, 1542:2, 1545:23, 1547:10, 1549:12, 1550:8, 1566:8, 1572:22, 1575:18, 1576:18, 1579:5, 1584:12, 1588:17, 1589:5, 1589:22, 1589:24, 1590:5, 1592:11
**Buxton** - 1381:7, 1388:5, 1388:6, 1393:16, 1486:2
**buy** - 1473:3, 1474:5, 1474:22, 1544:5, 1572:13
**buying** - 1519:13
**by** - 1370:23, 1370:24, 1375:8, 1375:11, 1376:17, 1383:1, 1383:5, 1385:10, 1385:24, 1386:12, 1387:6, 1387:10, 1388:12, 1389:2, 1390:8, 1393:2, 1393:9, 1393:25, 1394:11, 1398:5, 1398:7, 1398:10, 1399:5, 1399:19, 1401:6, 1408:11, 1409:2, 1412:13, 1412:17, 1412:18, 1421:23, 1425:15, 1426:7, 1428:6, 1430:18, 1430:20, 1430:25, 1432:12, 1432:24, 1435:21, 1435:22, 1440:15, 1442:8, 1444:1, 1447:1, 1447:21, 1452:17, 1457:24, 1461:6, 1461:15, 1462:16, 1468:15, 1470:12, 1475:12, 1475:23, 1477:7, 1477:11, 1479:25, 1481:6, 1482:11, 1482:12, 1483:9, 1483:15, 1484:14, 1484:19, 1484:22, 1485:4, 1486:12, 1488:2, 1488:12, 1492:19, 1494:10, 1494:18, 1499:23, 1500:2, 1506:16, 1506:20, 1509:22, 1519:13, 1522:4, 1522:25, 1525:2, 1526:5, 1528:20, 1534:19, 1535:17, 1537:24, 1544:4, 1544:14, 1546:25, 1549:20, 1550:13, 1550:24, 1559:1, 1561:22, 1561:23, 1568:23, 1569:14, 1570:4, 1570:8, 1571:10, 1573:16, 1574:22, 1575:5, 1577:10, 1580:16, 1581:7, 1590:1, 1590:5, 1590:8, 1590:15, 1591:18, 1591:24, 1592:1
**By** - 1370:13, 1377:25, 1386:5, 1398:4, 1400:14, 1405:9, 1411:2, 1413:13, 1415:24, 1434:2, 1434:23, 1434:24, 1440:23, 1443:2, 1449:2, 1457:2, 1462:15, 1496:14, 1516:2, 1542:1, 1546:18, 1547:25, 1549:16, 1558:9, 1564:2, 1567:5, 1577:8, 1580:14

---

## C

**cable** - 1583:10, 1583:11
**Cadman** - 1370:21
**Caesar** - 1481:14, 1481:15
**call** - 1397:19, 1397:22, 1415:5, 1416:25, 1417:5, 1419:20, 1454:3, 1466:20, 1483:3, 1483:4, 1483:11, 1483:20, 1484:1, 1492:10, 1511:22, 1527:21, 1570:9
**called** - 1377:22, 1379:11, 1393:4, 1398:5, 1422:22, 1422:24, 1455:20, 1502:16, 1551:23, 1554:6
**calling** - 1378:9, 1551:15, 1570:5
**calls** - 1419:9, 1419:10, 1419:15, 1476:12, 1481:12, 1554:10, 1580:3

**Camacho** - 1392:6, 1392:18, 1418:18, 1419:7, 1420:4, 1420:6, 1420:23, 1421:6, 1422:15, 1422:17, 1424:3, 1425:10, 1436:2, 1437:24, 1441:6, 1441:20, 1443:17, 1445:19, 1449:6, 1449:15, 1450:21, 1452:3, 1456:14, 1457:5, 1457:9, 1457:12, 1457:14, 1457:17, 1457:20, 1458:1, 1463:16, 1464:3, 1500:24, 1526:5, 1542:9, 1554:21, 1565:2, 1565:17, 1568:21, 1568:24, 1590:25
**Camacho's** - 1458:24, 1554:19
**came** - 1378:7, 1381:1, 1392:6, 1397:5, 1399:2, 1402:8, 1406:3, 1408:5, 1417:11, 1421:9, 1441:20, 1442:17, 1467:20, 1519:15, 1531:11, 1550:5, 1552:3, 1565:7, 1567:21, 1569:15
**Campbell** - 1370:12
**can** - 1372:23, 1375:7, 1376:16, 1381:23, 1382:7, 1383:12, 1385:24, 1386:20, 1393:5, 1393:7, 1396:3, 1404:1, 1404:10, 1407:2, 1407:4, 1423:18, 1449:21, 1455:11, 1457:18, 1464:20, 1471:6, 1471:11, 1473:18, 1473:20, 1473:22, 1474:7, 1474:14, 1475:7, 1475:19, 1478:10, 1479:8, 1480:10, 1480:16, 1481:3, 1481:5, 1481:6, 1481:18, 1482:10, 1482:15, 1483:10, 1483:18, 1487:20, 1488:18, 1489:2, 1489:5, 1489:18, 1489:20, 1490:1, 1490:7, 1491:12, 1491:15, 1496:6, 1496:23, 1497:2, 1497:24, 1498:18, 1506:16, 1510:21, 1511:5, 1512:10, 1512:13, 1521:8, 1523:15, 1523:23, 1526:12, 1533:7, 1533:11, 1543:19, 1543:25, 1544:15, 1545:7, 1553:20, 1553:23, 1555:9, 1557:9, 1559:1, 1574:11, 1575:18, 1577:11, 1579:22, 1580:18, 1581:21, 1582:8, 1582:17, 1583:7, 1584:1, 1586:22, 1592:12
**Can** - 1372:1, 1374:2, 1382:12, 1383:9, 1386:18, 1401:21, 1428:2, 1472:12, 1508:8, 1508:9, 1517:12, 1550:13, 1556:14, 1571:21, 1578:3, 1584:4
**can't** - 1371:14, 1372:1, 1387:2, 1388:15, 1396:21, 1434:14, 1441:13, 1441:18, 1459:4, 1461:12, 1467:23, 1474:13, 1483:8, 1494:15, 1518:21, 1530:22, 1531:3, 1539:1, 1539:10, 1539:11, 1571:20, 1587:15
**cane** - 1388:12
**cannot** - 1405:17, 1432:11, 1523:15, 1554:4
**capacity** - 1580:16
**captain** - 1392:8
**capture** - 1440:18, 1465:18
**car** - 1388:13, 1412:16, 1412:17
**Carbeneaux** - 1465:2
**care** - 1394:11, 1394:13
**career** - 1407:1, 1461:6
**careful** - 1385:21, 1385:23, 1387:3, 1419:18
**cares** - 1545:12
**Carolina** - 1453:12, 1455:23
**case** - 1374:7, 1374:11, 1374:16, 1380:17, 1384:15, 1387:5, 1387:10, 1388:2, 1399:21, 1401:24, 1405:9, 1411:19, 1415:9, 1416:11, 1417:2, 1420:7, 1424:23, 1426:19, 1426:20, 1427:1, 1427:13, 1427:16, 1427:23, 1428:3, 1428:4, 1428:10, 1428:14, 1428:18, 1429:1, 1429:5, 1429:20, 1430:15, 1430:16, 1432:15, 1434:11, 1434:21, 1435:7, 1435:8, 1435:11, 1435:12, 1435:24, 1442:10, 1445:13, 1449:14, 1449:15, 1450:21, 1451:7, 1451:13, 1453:15, 1453:22, 1454:7,

1454:9, 1454:10, 1454:16, 1455:6,
1461:1, 1461:7, 1461:16, 1462:8,
1468:4, 1481:13, 1481:16, 1482:20,
1483:11, 1487:7, 1487:10, 1491:10,
1493:23, 1495:5, 1497:2, 1503:9,
1505:9, 1516:14, 1516:17, 1517:2,
1517:3, 1517:8, 1517:10, 1517:19,
1517:24, 1517:25, 1518:3, 1518:11,
1524:24, 1528:14, 1545:5, 1548:16,
1549:11, 1550:5, 1551:2, 1552:1,
1555:18, 1561:18, 1562:2, 1562:25,
1563:4, 1566:8, 1582:21, 1587:15,
1588:4, 1588:5, 1588:14, 1589:20,
1590:19, 1590:21, 1592:1
   **cases** - 1528:17
   **cash** - 1498:22, 1536:11, 1538:7
   **Cat** - 1370:24
   **category** - 1591:16
   **caught** - 1393:21, 1447:6
   **cause** - 1384:5
   **cautioned** - 1386:16
   **cautious** - 1386:1
   **Cce** - 1451:15
   **Cd's** - 1379:1, 1379:5
   **ceiling** - 1541:2, 1542:2
   **cell** - 1378:14, 1378:15, 1397:24
   **cent** - 1419:8, 1579:8, 1579:14
   **centerpiece** - 1517:7, 1518:3
   **central** - 1493:23, 1524:23
   **certain** - 1380:2, 1384:5, 1384:8,
1401:12, 1401:14, 1414:19, 1438:13,
1441:21, 1446:13, 1471:16, 1471:17,
1471:23, 1483:6, 1561:18, 1564:17,
1588:2
   **certainly** - 1372:11, 1392:19, 1398:6,
1404:1, 1454:5, 1481:5, 1481:6,
1482:11, 1509:21, 1514:25
   **Certainly** - 1397:10, 1447:1
   **certificate** - 1585:10, 1586:8
   **certified** - 1581:3, 1586:8
   **chain** - 1571:3
   **chair** - 1573:24, 1574:2, 1574:18
   **chance** - 1592:7
   **change** - 1439:2, 1550:21
   **changed** - 1422:20, 1426:25,
1476:13, 1487:11, 1517:19, 1517:21,
1517:24
   **changes** - 1478:9
   **characterization** - 1518:21
   **charge** - 1376:14, 1377:14, 1452:2,
1587:11, 1588:2, 1588:22, 1588:23,
1589:15, 1589:17, 1590:16, 1591:3,
1591:5, 1591:22, 1592:6
   **charged** - 1398:21, 1408:8, 1451:16,
1452:2, 1466:23
   **charges** - 1451:17, 1451:18, 1506:23,
1507:4, 1588:15, 1588:17
   **check** - 1382:1, 1393:5, 1394:23,
1416:21, 1416:23, 1423:20, 1424:21,
1430:17, 1494:7
   **checks** - 1512:14
   **Chief** - 1378:20, 1378:22
   **childhood** - 1415:21
   **Chinaman** - 1456:5, 1456:7, 1491:17,
1491:18, 1491:23, 1492:7, 1542:12,
1545:12
   **Chuck** - 1412:16, 1551:8
   **cigarette** - 1392:1
   **circuit** - 1583:4
   **circuit-breaker** - 1583:4
   **circumstance** - 1503:12, 1507:2
   **circumstances** - 1408:15, 1503:2,
1578:25
   **clarification** - 1517:12, 1542:21
   **clarifies** - 1417:24
   **Clark** - 1372:7, 1381:9, 1384:3,
1387:23, 1388:8, 1388:11, 1388:13,
1392:4, 1392:13, 1392:15, 1393:16,
1393:20, 1399:2, 1399:8, 1401:4,
1496:20, 1496:24, 1497:9, 1497:13,

1497:21, 1498:13, 1498:16, 1545:8,
1545:10, 1545:21
   **Clark's** - 1394:11, 1399:3, 1399:8,
1546:10, 1558:23, 1560:4, 1560:10
   **Clarke** - 1415:5, 1413:11, 1415:3,
1415:17, 1415:23, 1417:17, 1417:20,
1418:8, 1418:17, 1418:23, 1419:7,
1420:8, 1420:9, 1421:10, 1421:11,
1423:22, 1423:23, 1423:24, 1433:10,
1436:10, 1438:12, 1439:2, 1439:4,
1441:21, 1452:5, 1460:22, 1464:3,
1472:21, 1472:24, 1473:2, 1473:3,
1474:4, 1474:22, 1474:23, 1475:11,
1486:2, 1490:9, 1490:13, 1490:14,
1490:22, 1492:17, 1492:21, 1493:5,
1493:23, 1494:2, 1494:12, 1494:23,
1494:24, 1495:1, 1516:11, 1516:13,
1517:2, 1517:7, 1517:11, 1518:9,
1518:22, 1519:9, 1519:10, 1519:13,
1523:3, 1523:4, 1524:24, 1524:25,
1525:5, 1525:12, 1537:1, 1537:23,
1538:3, 1538:9, 1540:21, 1540:23,
1565:2, 1565:20, 1572:10, 1572:12,
1572:13
   **Clarke's** - 1415:19, 1519:6, 1533:22,
1537:5, 1537:8, 1540:24, 1579:6,
1579:9
   **Clay** - 1504:15
   **Clayton** - 1455:18
   **Cle** - 1469:22, 1470:2, 1470:6, 1470:8,
1470:19
   **clear** - 1375:19, 1376:1, 1376:2,
1376:5, 1413:25, 1453:1, 1469:9,
1471:8, 1473:24, 1473:25, 1474:2,
1474:11, 1474:16, 1474:17, 1479:1,
1494:25, 1522:7, 1529:22, 1553:8
   **Clear** - 1376:6
   **clearly** - 1457:8
   **clerk** - 1479:25
   **Clerk** - 1585:8
   **client** - 1381:19, 1382:23, 1416:10,
1416:12, 1426:18, 1454:19, 1457:22,
1466:23, 1477:19, 1478:5, 1478:11,
1478:23, 1479:1, 1484:9, 1484:12,
1484:15, 1484:22, 1485:4, 1485:12,
1486:13, 1487:16, 1500:2, 1502:8,
1513:13, 1521:7, 1521:9, 1528:14,
1530:11, 1530:12, 1530:13, 1530:15,
1530:21, 1531:3, 1566:7
   **client's** - 1418:20
   **clients** - 1378:18, 1429:24, 1446:21
   **Close** - 1527:1
   **close** - 1503:16, 1526:21, 1526:23
   **club** - 1406:9, 1406:20, 1406:21
   **coach** - 1483:6, 1483:18, 1483:19
   **cocaine** - 1468:9
   **cocounsel** - 1379:12, 1380:24
   **coin** - 1443:4, 1444:2
   **coke** - 1389:12, 1392:1
   **Collins** - 1388:8
   **colloquy** - 1528:3
   **Colonel** - 1388:8
   **Comacho** - 1566:20
   **Come** - 1398:13, 1477:9, 1547:6,
1580:4
   **come** - 1377:13, 1379:23, 1386:11,
1387:14, 1387:15, 1402:7, 1409:23,
1412:20, 1419:19, 1420:24, 1422:24,
1424:2, 1431:1, 1442:4, 1442:25,
1443:1, 1444:25, 1445:3, 1445:7,
1447:2, 1449:16, 1467:17, 1467:23,
1469:2, 1477:10, 1477:24, 1478:4,
1480:16, 1484:7, 1558:16, 1581:7,
1584:24, 1588:7, 1588:21, 1590:15,
1496:7, 1513:23
   **coming** - 1420:21, 1427:11, 1427:17,
1436:2, 1444:9, 1450:8, 1464:4,
1520:8, 1534:3, 1551:20, 1551:24,

1552:10, 1552:15, 1556:1, 1573:5,
1583:2
   **commence** - 1377:15
   **comment** - 1384:18, 1384:22
   **comments** - 1544:9
   **commit** - 1438:16
   **committed** - 1438:17, 1439:6,
1439:16, 1441:12, 1578:19
   **committing** - 1437:20, 1465:18,
1466:13, 1466:16, 1467:2, 1538:3
   **communicate** - 1478:14
   **communication** - 1471:19, 1478:15
   **community** - 1382:10, 1404:11,
1478:3, 1539:15
   **companies** - 1580:20
   **company** - 1505:12, 1505:16,
1528:21, 1556:16, 1580:16, 1580:23,
1581:7
   **complete** - 1588:7
   **completed** - 1549:25
   **completely** - 1398:2, 1403:22,
1523:15
   **computer** - 1475:20, 1571:18,
1572:23, 1573:3, 1573:4, 1574:2,
1574:13, 1574:22, 1574:25, 1580:22,
1581:4, 1581:5, 1582:23, 1583:11
   **concept** - 1398:4, 1398:7, 1428:15
   **Concept** - 1431:12
   **concern** - 1467:20, 1591:11
   **concerned** - 1373:22, 1389:13,
1451:5, 1451:7, 1467:22, 1525:16
   **conclude** - 1388:14, 1403:2, 1439:20,
1439:24
   **concluded** - 1377:11, 1477:20
   **condition** - 1589:25
   **conduct** - 1437:15, 1439:25, 1449:21,
1456:22, 1562:6
   **conference** - 1423:9, 1430:12,
1588:23, 1590:16, 1591:22, 1592:6
   **conferencing** - 1430:11
   **confident** - 1435:23, 1435:25
   **confidential** - 1478:1
   **confirm** - 1388:23, 1393:6, 1395:2,
1396:19
   **confirmation** - 1416:24
   **confirmed** - 1395:7
   **confirming** - 1393:18, 1466:21
   **confront** - 1409:6
   **conjunction** - 1418:18
   **connected** - 1399:2
   **connection** - 1390:17, 1399:19,
1404:9, 1426:24, 1575:10, 1583:7,
1583:12
   **connections** - 1582:23
   **consider** - 1388:15, 1403:1, 1439:4,
1454:9, 1465:22, 1590:10, 1591:2
   **consistent** - 1372:7, 1372:16,
1382:25
   **consistently** - 1372:14
   **constant** - 1427:14
   **consultant** - 1446:10, 1580:17
   **consultation** - 1426:21
   **Consulting** - 1580:15
   **contact** - 1405:15, 1405:16, 1405:20,
1409:3, 1410:3, 1411:8, 1419:21,
1494:1, 1522:1, 1522:20, 1570:8
   **contacted** - 1522:1
   **contacting** - 1380:21, 1410:1
   **contained** - 1532:1, 1575:25
   **contains** - 1393:9
   **content** - 1377:9
   **contents** - 1425:1, 1425:4
   **context** - 1419:10, 1451:12, 1453:5,
1458:15, 1460:9, 1472:7
   **continually** - 1402:23
   **continue** - 1394:22, 1402:24, 1418:4,
1418:12, 1432:11, 1443:12, 1455:22,
1482:13, 1547:22, 1555:9
   **continued** - 1380:1, 1402:12, 1405:5
   **Continued** - 1377:24, 1410:12,

1411:1, 1448:9, 1496:13, 1515:18,
1516:1, 1541:6, 1563:6, 1576:20,
1577:7, 1585:13, 1593:4, 1593:5
   **continues** - 1533:21, 1558:1
   **Continuing** - 1564:1
   **continuing** - 1451:15, 1469:23,
1470:8, 1554:18, 1556:21, 1570:10
   **contrary** - 1440:5
   **contributed** - 1549:12
   **Contributed** - 1549:14
   **contribution** - 1382:7
   **control** - 1419:25, 1469:2
   **controlled** - 1468:7, 1468:13,
1468:16, 1468:24
   **convene** - 1588:23, 1589:12,
1589:13, 1592:1
   **conversation** - 1396:24, 1400:22,
1415:1, 1418:4, 1418:12, 1432:23,
1442:1, 1442:10, 1449:7, 1450:24,
1451:3, 1459:4, 1459:20, 1459:23,
1460:12, 1460:14, 1460:16, 1460:20,
1462:25, 1463:3, 1472:13, 1472:21,
1474:19, 1480:2, 1480:21, 1480:24,
1492:13, 1492:16, 1493:3, 1496:16,
1496:19, 1496:22, 1508:24, 1519:5,
1519:8, 1519:10, 1526:5, 1526:8,
1526:9, 1530:6, 1531:8, 1536:15,
1536:23, 1538:4, 1553:25, 1556:23,
1557:1, 1558:23, 1568:16, 1571:14,
1572:8, 1572:25
   **conversations** - 1378:5, 1378:12,
1378:22, 1379:11, 1379:17, 1379:18,
1379:19, 1379:23, 1380:4, 1386:15,
1424:2, 1432:24, 1433:17, 1446:21,
1446:24, 1460:8, 1518:17, 1564:19,
1575:17, 1576:3
   **convicted** - 1451:21
   **cooking** - 1386:21
   **cooperate** - 1402:3, 1417:21
   **cooperating** - 1402:12, 1402:16,
1411:22, 1465:12, 1466:12, 1466:15,
1466:24, 1469:10, 1491:14, 1517:20,
1544:17, 1544:21, 1544:25
   **cooperation** - 1402:4, 1409:8,
1410:6, 1430:19, 1466:11, 1466:14,
1570:10
   **cooperator** - 1465:25, 1466:1,
1467:1, 1491:7, 1525:16, 1525:19,
1545:1
   **cop** - 1539:12
   **copies** - 1391:1, 1391:6, 1392:14,
1415:11
   **copious** - 1550:15, 1550:17
   **copy** - 1373:7, 1395:4, 1408:8,
1408:9, 1413:21, 1414:4, 1429:7,
1571:4, 1571:13, 1583:24, 1590:16
   **cord** - 1582:23
   **Correct** - 1382:18, 1383:21, 1384:20,
1385:15, 1386:7, 1386:17, 1391:10,
1394:2, 1396:2, 1407:8, 1409:18,
1414:14, 1414:16, 1421:22, 1424:7,
1425:9, 1425:14, 1434:18, 1446:2,
1450:9, 1450:12, 1450:15, 1450:17,
1451:22, 1455:7, 1470:18, 1485:1,
1491:15, 1532:16, 1536:17, 1555:16,
1558:3, 1574:21, 1574:24, 1575:2,
1578:12, 1582:4, 1583:14, 1583:25
   **correct** - 1378:5, 1378:6, 1378:9,
1379:6, 1382:17, 1383:18, 1384:19,
1386:16, 1390:12, 1391:9, 1391:21,
1392:7, 1392:11, 1392:24, 1392:25,
1393:10, 1393:14, 1393:17, 1393:24,
1394:1, 1396:4, 1396:5, 1396:21,
1401:9, 1406:14, 1412:25, 1413:1,
1414:17, 1414:20, 1422:20, 1425:2,
1434:16, 1434:22, 1435:2, 1435:4,
1436:3, 1436:17, 1436:24, 1438:1,
1438:2, 1440:2, 1440:3, 1440:7,
1440:10, 1440:25, 1441:4, 1442:3,
1443:14, 1443:19, 1443:24, 1444:14,

1445:23, 1445:24, 1445:25, 1446:4,
1446:5, 1446:8, 1446:9, 1446:15,
1446:16, 1446:18, 1446:25, 1449:3,
1449:17, 1450:1, 1450:5, 1450:6,
1450:8, 1450:11, 1450:14, 1450:22,
1450:25, 1451:15, 1451:22, 1452:15,
1452:22, 1453:9, 1453:13, 1455:7,
1456:3, 1456:4, 1456:5, 1456:6,
1456:8, 1456:10, 1456:12, 1456:14,
1456:15, 1457:5, 1457:9, 1457:13,
1457:22, 1458:3, 1458:9, 1459:2,
1462:18, 1463:1, 1463:12, 1463:17,
1463:19, 1464:1, 1464:18, 1465:21,
1465:25, 1466:13, 1466:14, 1468:17,
1468:21, 1468:24, 1468:25, 1469:3,
1469:7, 1469:14, 1470:12, 1470:13,
1470:20, 1471:2, 1472:22, 1472:25,
1473:24, 1474:11, 1474:16, 1474:19,
1474:24, 1475:2, 1475:4, 1475:13,
1476:6, 1476:13, 1477:25, 1479:9,
1480:4, 1480:7, 1480:17, 1481:3,
1481:7, 1481:10, 1481:19, 1483:5,
1484:5, 1484:16, 1484:22, 1484:25,
1485:2, 1485:6, 1485:14, 1485:20,
1486:13, 1487:18, 1488:8, 1488:14,
1489:12, 1489:15, 1489:21, 1490:9,
1490:11, 1490:13, 1490:21, 1491:11,
1492:8, 1492:22, 1493:5, 1493:24,
1494:2, 1494:12, 1496:24, 1497:18,
1498:17, 1499:4, 1499:14, 1499:19,
1499:20, 1500:18, 1500:21, 1501:4,
1502:6, 1502:10, 1502:14, 1503:6,
1504:20, 1505:10, 1505:17, 1506:15,
1507:5, 1507:9, 1508:20, 1508:22,
1509:9, 1509:25, 1510:8, 1510:24,
1511:2, 1511:6, 1511:14, 1511:23,
1511:25, 1512:2, 1512:6, 1512:10,
1512:14, 1512:16, 1512:19, 1512:21,
1512:23, 1513:17, 1513:19, 1515:14,
1517:20, 1518:4, 1518:20, 1519:14,
1519:21, 1520:3, 1520:15, 1520:18,
1520:21, 1520:23, 1521:2, 1521:4,
1521:7, 1522:2, 1522:5, 1522:9,
1522:11, 1523:1, 1523:7, 1523:12,
1525:6, 1526:6, 1527:4, 1527:9,
1527:16, 1528:24, 1529:1, 1529:11,
1529:23, 1530:1, 1530:6, 1531:9,
1531:13, 1532:6, 1532:20, 1532:23,
1533:2, 1533:5, 1533:8, 1533:15,
1533:19, 1534:4, 1534:16, 1535:23,
1535:25, 1536:7, 1536:12, 1536:16,
1536:19, 1536:24, 1537:2, 1537:5,
1537:19, 1537:21, 1538:9, 1539:20,
1540:3, 1540:8, 1540:11, 1540:25,
1542:7, 1543:14, 1544:18, 1544:22,
1545:13, 1545:16, 1545:19, 1547:1,
1547:2, 1547:5, 1548:2, 1550:1,
1550:19, 1551:13, 1552:11, 1552:16,
1552:20, 1552:23, 1554:1, 1554:11,
1556:10, 1556:24, 1557:2, 1557:3,
1557:5, 1557:7, 1557:11, 1557:14,
1558:8, 1558:13, 1558:17, 1558:18,
1558:20, 1559:6, 1559:14, 1559:20,
1564:17, 1565:7, 1565:10, 1567:22,
1572:8, 1572:19, 1572:20, 1574:17,
1574:18
   **corrected** - 1478:19
   **Correctional** - 1494:9
   **corrections** - 1423:16, 1433:11
   **correspondence** - 1512:16, 1512:19,
1513:14
   **corroborate** - 1403:11, 1497:20,
1497:23, 1498:8, 1498:15
   **corrupt** - 1433:8
   **corruption** - 1579:13
   **cost** - 1427:4
   **costs** - 1427:9, 1427:16, 1430:7,
1519:19
   **couched** - 1535:20
   **could** - 1391:4, 1397:20, 1404:8,

1404:13, 1405:15, 1405:16, 1406:4,
1406:5, 1406:11, 1406:23, 1410:4,
1410:5, 1410:9, 1411:6, 1416:11,
1416:19, 1417:12, 1418:17, 1418:21,
1419:3, 1419:9, 1420:17, 1421:2,
1421:9, 1422:23, 1423:23, 1427:15,
1428:4, 1428:6, 1428:9, 1428:10,
1436:4, 1436:5, 1438:22, 1439:23,
1441:4, 1441:7, 1442:5, 1446:20,
1447:18, 1451:1, 1451:4, 1452:9,
1455:5, 1455:8, 1455:16, 1458:14,
1460:21, 1464:6, 1464:21, 1466:20,
1467:13, 1476:19, 1477:22, 1477:24,
1478:2, 1478:16, 1478:19, 1478:21,
1481:5, 1482:20, 1484:5, 1491:4,
1493:4, 1493:7, 1494:3, 1494:5,
1495:3, 1498:1, 1503:12, 1513:6,
1513:17, 1513:19, 1519:13, 1519:22,
1520:11, 1520:14, 1521:2, 1521:6,
1523:11, 1525:14, 1525:15, 1525:19,
1540:9, 1552:14, 1555:22, 1556:1,
1560:19, 1566:12, 1570:8, 1571:8,
1575:13, 1577:17
   **Could** - 1378:17, 1379:25, 1384:21,
1398:10, 1439:21, 1482:24, 1571:16,
1592:10
   **couldn't** - 1424:18, 1442:4, 1467:17,
1477:12, 1479:25, 1480:12, 1490:8,
1532:14
   **counsel** - 1371:17, 1428:11, 1450:8,
1451:5, 1451:14, 1454:16
   **count** - 1376:15, 1590:25, 1591:2,
1591:3
   **country** - 1414:15, 1414:17, 1415:14,
1471:15, 1477:2, 1477:3
   **counts** - 1589:9
   **County** - 1586:10
   **couple** - 1401:24, 1411:5, 1412:17,
1550:8, 1554:18, 1583:20, 1587:12
   **course** - 1405:5, 1408:22, 1427:1,
1427:12, 1432:10, 1470:10, 1479:12
   **courses** - 1469:22, 1469:23, 1470:2,
1470:6, 1470:19
   **Court** - 1370:1, 1370:20, 1371:3,
1371:18, 1372:1, 1372:22, 1372:25,
1373:4, 1373:7, 1373:9, 1374:3,
1374:12, 1374:17, 1374:22, 1375:4,
1375:19, 1375:24, 1376:5, 1376:10,
1376:13, 1376:21, 1376:24, 1377:1,
1388:14, 1391:12, 1391:14, 1391:16,
1395:21, 1395:23, 1396:13, 1396:15,
1396:17, 1398:13, 1398:15, 1399:7,
1399:12, 1399:16, 1400:7, 1400:17,
1400:19, 1401:11, 1402:20, 1413:15,
1413:25, 1414:3, 1414:7, 1414:9,
1422:5, 1422:7, 1426:13, 1426:15,
1429:10, 1429:12, 1429:15, 1431:16,
1431:21, 1431:23, 1432:1, 1433:21,
1439:12, 1439:23, 1440:13, 1445:11,
1445:13, 1447:8, 1447:10, 1447:15,
1447:19, 1447:23, 1448:6, 1449:19,
1449:21, 1456:20, 1456:24, 1460:25,
1461:3, 1461:6, 1461:14, 1461:18,
1461:20, 1461:23, 1461:25, 1462:2,
1462:4, 1462:8, 1462:11, 1462:20,
1464:10, 1467:6, 1473:7, 1473:10,
1473:13, 1473:22, 1474:20, 1479:3,
1482:22, 1482:24, 1484:8, 1485:9,
1486:19, 1486:21, 1487:13, 1489:25,
1490:5, 1491:25, 1492:3, 1493:18,
1494:15, 1494:18, 1494:20, 1495:4,
1495:8, 1496:3, 1496:5, 1496:9,
1499:9, 1500:15, 1507:16, 1507:18,
1507:21, 1510:19, 1511:11, 1514:11,
1516:21, 1516:24, 1528:4, 1535:14,
1541:5, 1546:7, 1546:14, 1547:6,
1547:9, 1547:13, 1547:15, 1547:18,
1547:23, 1553:4, 1553:22, 1559:3,
1562:22, 1562:24, 1563:4, 1564:4,
1566:15, 1567:2, 1568:3, 1568:7,

1569:17, 1569:20, 1570:24, 1571:1, 1571:19, 1571:23, 1572:2, 1572:4, 1574:3, 1574:8, 1574:10, 1574:12, 1577:1, 1577:4, 1578:15, 1579:16, 1579:20, 1579:22, 1579:24, 1580:2, 1580:4, 1584:17, 1584:20, 1584:22, 1584:25, 1585:7, 1586:3, 1586:5, 1586:11, 1586:12, 1586:19, 1586:24, 1587:2, 1587:4, 1587:6, 1587:8, 1587:10, 1588:13, 1589:13, 1589:24, 1590:2, 1590:7, 1590:14, 1590:22, 1591:4, 1591:21, 1592:2, 1592:5, 1592:9
**court** - 1371:2, 1372:14, 1379:21, 1399:13, 1403:16, 1403:17, 1405:17, 1408:6, 1408:7, 1408:18, 1408:19, 1408:20, 1408:22, 1414:6, 1427:20, 1428:1, 1428:5, 1428:9, 1428:12, 1430:8, 1434:23, 1434:24, 1435:22, 1450:13, 1458:19, 1465:23, 1476:14, 1496:2, 1503:11, 1547:21, 1586:1
**Court's** - 1430:19, 1585:4
**Courthouse** - 1370:4
**courthouse** - 1424:21, 1430:13
**courtroom** - 1371:11, 1381:24, 1445:15, 1445:17, 1455:12, 1564:3
**courts** - 1430:18, 1430:22, 1431:1
**cover** - 1427:9, 1519:25, 1520:3, 1577:1
**covered** - 1464:10, 1464:11, 1577:1
**covering** - 1520:9
**crack** - 1411:22
**crazy** - 1537:9, 1540:24, 1545:22
**create** - 1531:12
**created** - 1402:15, 1442:8, 1532:5, 1552:18
**creating** - 1454:17
**credentials** - 1494:13
**credibility** - 1497:4, 1497:17, 1498:15
**credible** - 1382:24, 1400:5
**credits** - 1581:5
**crime** - 1408:9, 1436:13, 1436:17, 1436:18, 1436:19, 1436:24, 1437:3, 1437:8, 1437:10, 1437:11, 1437:20, 1438:4, 1438:16, 1438:17, 1438:18, 1439:6, 1439:16, 1440:19, 1440:24, 1441:3, 1441:10, 1441:12, 1441:17, 1443:7, 1444:22, 1454:25, 1463:24, 1463:25, 1465:4, 1465:13, 1513:20
**crimes** - 1398:21, 1464:17, 1465:18, 1465:19, 1466:13, 1466:16, 1467:2, 1475:15
**criminal** - 1384:7, 1391:25, 1398:5, 1439:25, 1451:15, 1527:18, 1544:13
**Criminal** - 1586:11
**criminals** - 1388:6, 1388:9, 1388:10, 1471:10, 1471:11, 1527:1, 1529:4, 1529:8, 1533:17, 1538:7, 1538:12
**critically** - 1454:6, 1454:8
**cross** - 1399:5, 1399:8, 1399:25, 1400:1, 1439:10, 1472:9, 1480:23, 1481:2, 1481:18, 1482:18, 1487:9, 1490:19, 1499:22, 1550:10, 1559:8, 1565:1, 1568:2, 1569:4, 1572:7, 1572:18, 1575:6, 1575:13, 1579:4, 1584:18
**Cross** - 1434:1, 1496:13, 1516:1, 1546:17, 1564:1, 1593:4, 1593:5, 1593:6
**cross-examination** - 1439:10, 1472:9, 1480:23, 1481:18, 1482:18, 1490:19, 1550:10, 1559:8, 1565:1, 1568:2, 1569:4, 1572:7, 1572:18, 1575:6, 1575:13, 1579:4
**Cross-examination** - 1434:1, 1496:13, 1516:1, 1546:17, 1564:1, 1593:4, 1593:5, 1593:6
**cross-examine** - 1399:5, 1399:8, 1399:25, 1400:1, 1487:9
**cross-examining** - 1481:2

**Crystal** - 1473:24, 1474:2, 1474:11
**crystal** - 1473:25, 1474:16, 1474:17
**cultural** - 1471:14
**cumulative** - 1373:11, 1373:22, 1477:14
**Currency** - 1426:7
**cut** - 1396:7
**cut-and-pasted** - 1396:7

## D

**D** - 1382:15, 1391:16, 1391:17
**D'alessandro** - 1370:13, 1371:5, 1371:19, 1373:10, 1375:4, 1375:22, 1376:16, 1391:13, 1395:22, 1396:12, 1398:12, 1398:16, 1400:18, 1401:10, 1422:6, 1426:14, 1429:11, 1431:17, 1431:20, 1431:24, 1433:22, 1433:24, 1434:2, 1434:4, 1439:14, 1439:21, 1442:21, 1445:12, 1447:5, 1447:13, 1447:17, 1448:7, 1449:2, 1449:22, 1452:12, 1457:2, 1461:22, 1462:9, 1462:13, 1462:14, 1462:15, 1472:12, 1474:14, 1479:16, 1485:10, 1487:20, 1493:19, 1496:10, 1496:11, 1496:14, 1499:7, 1500:16, 1502:4, 1508:8, 1516:2, 1516:19, 1516:23, 1516:25, 1532:8, 1535:12, 1536:9, 1536:21, 1542:1, 1546:12, 1553:3, 1569:19, 1570:25, 1571:13, 1574:7, 1577:20, 1579:18, 1584:18, 1584:19, 1587:7, 1591:7, 1591:24
**Da's** - 1437:12
**damage** - 1406:7, 1406:22
**dancer** - 1370:14
**Daniel** - 1370:14
**Darmuid** - 1428:20, 1429:22, 1575:8
**data** - 1582:22
**Dataram** - 1389:15, 1409:2, 1501:15, 1502:14, 1502:24
**date** - 1390:9, 1393:2, 1405:21, 1416:2, 1416:4, 1428:12, 1477:6, 1479:24, 1485:16, 1516:24, 1557:11, 1564:8, 1565:9, 1570:21
**dated** - 1372:6, 1379:3, 1432:3
**Dave** - 1390:2, 1402:1, 1520:14, 1520:18, 1520:21, 1520:24, 1561:22, 1562:1
**David** - 1381:9, 1388:8, 1388:11, 1388:12, 1390:23, 1391:17, 1405:4, 1413:5, 1413:11, 1415:3, 1415:4, 1415:6, 1415:10, 1415:13, 1415:17, 1415:22, 1418:8, 1418:17, 1418:23, 1419:7, 1420:8, 1420:9, 1423:17, 1423:22, 1423:23, 1433:10, 1436:10, 1438:12, 1439:2, 1439:4, 1441:21, 1444:16, 1452:4, 1460:22, 1464:3, 1472:21, 1472:24, 1474:23, 1486:2, 1490:1, 1490:7, 1490:9, 1490:13, 1490:14, 1490:22, 1492:17, 1492:21, 1493:5, 1493:23, 1494:2, 1494:12, 1494:23, 1494:24, 1495:1, 1496:20, 1496:24, 1497:9, 1497:13, 1497:21, 1498:13, 1498:16, 1516:11, 1516:13, 1517:1, 1517:2, 1517:7, 1517:11, 1518:9, 1518:22, 1519:6, 1519:9, 1519:10, 1519:13, 1523:3, 1523:4, 1524:24, 1524:25, 1525:5, 1525:12, 1537:1, 1537:5, 1537:8, 1537:23, 1538:3, 1538:9, 1540:21, 1545:8, 1545:21, 1546:10, 1560:4, 1565:2, 1565:20, 1578:25, 1579:6, 1579:9
**day** - 1376:17, 1377:13, 1378:3, 1380:15, 1381:22, 1397:23, 1416:5, 1424:19, 1432:16, 1432:20, 1432:21, 1435:16, 1446:11, 1458:16, 1459:7, 1459:9, 1460:5, 1460:16, 1465:9, 1472:18, 1475:20, 1530:19, 1544:8, 1544:10, 1567:9, 1584:22, 1588:1

**day's** - 1445:6, 1445:7
**days** - 1377:8, 1385:4, 1389:3, 1389:4, 1416:6, 1417:9, 1432:3, 1458:7, 1553:13, 1553:15, 1553:18, 1587:13, 1588:6
**Dc** - 1521:13
**Dea** - 1411:22, 1429:17, 1499:24
**dead** - 1415:6
**deal** - 1371:6, 1377:17, 1471:6, 1492:7, 1518:18, 1543:20, 1543:25, 1544:16, 1591:21
**dealer** - 1389:21, 1401:25, 1407:15, 1464:3, 1464:4, 1464:21, 1466:24, 1467:19, 1467:20, 1467:23
**dealers** - 1464:2
**dealing** - 1403:4, 1468:1, 1570:7
**deals** - 1575:13
**dealt** - 1416:13, 1543:21, 1544:16
**death** - 1415:10, 1415:11, 1415:12, 1415:13
**Deb** - 1521:15, 1522:13, 1539:10, 1540:7, 1540:10, 1540:11
**Deborah** - 1409:13
**debriefings** - 1402:18
**December** - 1547:4, 1549:17, 1550:5
**december** - 1547:4, 1548:2
**decide** - 1382:3, 1438:20, 1442:3, 1533:7, 1533:23, 1560:11
**decided** - 1385:7, 1437:19, 1441:25, 1476:5, 1478:7, 1483:24, 1483:25, 1524:13, 1561:7, 1561:8, 1561:22, 1561:23
**decides** - 1434:19
**decision** - 1383:1, 1439:5, 1439:16, 1476:8, 1493:21, 1562:3
**deconstruct** - 1453:15
**decorated** - 1507:14
**defend** - 1374:11, 1380:16
**defendant** - 1373:20, 1375:22, 1399:3, 1481:13, 1481:16, 1591:5
**Defendant** - 1579:24, 1580:1, 1580:2, 1586:13, 1586:20, 1593:16
**defendant's** - 1373:13, 1395:13
**defendants** - 1374:7, 1589:18
**Defendants** - 1370:6, 1370:16
**defended** - 1468:20
**defending** - 1402:25
**defense** - 1371:17, 1378:23, 1382:8, 1383:20, 1398:3, 1398:23, 1402:10, 1403:10, 1403:11, 1403:13, 1435:21, 1483:16, 1514:5, 1527:18, 1529:4, 1549:4, 1577:14, 1589:20, 1590:10
**Defense** - 1379:4, 1379:8, 1390:21, 1395:9, 1400:14, 1426:2, 1569:9, 1570:16, 1573:11, 1586:7, 1586:8, 1586:15
**defenses** - 1398:20
**definitely** - 1510:25
**Definitely** - 1584:6
**definition** - 1525:11
**degree** - 1581:4
**deliberations** - 1377:15
**deliver** - 1478:10
**delivered** - 1469:3
**deliveries** - 1468:24
**delivery** - 1468:7, 1468:13, 1468:16
**demeanor** - 1382:1, 1382:21
**demonstrate** - 1373:12, 1497:2, 1570:9
**denied** - 1390:1, 1390:3
**Denied** - 1591:4
**Denny** - 1454:21
**department** - 1415:3
**Department** - 1430:21, 1465:3, 1465:9, 1467:8
**Depending** - 1423:14, 1442:1, 1496:23
**depending** - 1471:13, 1472:7
**depends** - 1375:22
**deposited** - 1425:23, 1426:8, 1426:22

**deposition** - 1430:18, 1430:25
**depositions** - 1430:5, 1430:6, 1431:5, 1575:10
**Depot** - 1408:13
**Derek** - 1481:11, 1482:5
**describe** - 1549:3, 1583:7, 1584:1
**described** - 1374:18, 1375:10, 1395:6, 1468:15, 1469:13, 1469:20, 1487:1, 1526:21, 1548:20, 1550:16, 1591:15
**describes** - 1535:23, 1555:1
**describing** - 1526:15
**description** - 1373:19, 1397:4, 1414:22, 1438:7
**design** - 1580:21
**designed** - 1446:20
**desire** - 1409:1, 1420:5
**desk** - 1499:3, 1500:23, 1573:3, 1574:14, 1574:15, 1574:16, 1575:1
**desktop** - 1580:22
**desktops** - 1583:21, 1584:11
**desperately** - 1374:10
**Despite** - 1522:4
**despite** - 1510:15, 1510:19
**detail** - 1393:8, 1559:13
**detailed** - 1441:6
**details** - 1388:23, 1389:17
**determine** - 1455:9, 1510:7
**determined** - 1408:13
**determining** - 1440:16, 1441:11
**develop** - 1381:20, 1390:6, 1418:21, 1419:3, 1560:20
**developed** - 1402:11
**developing** - 1380:21
**device** - 1378:8, 1422:10, 1468:6, 1582:20, 1583:3, 1583:5, 1583:6, 1584:11
**devious** - 1465:8
**Dhl** - 1571:8
**dialect** - 1471:20
**Diarmuid** - 1379:12, 1391:6, 1549:7
**diatribes** - 1375:7
**dictate** - 1493:15
**dictates** - 1493:16
**Did** - 1378:21, 1379:23, 1380:8, 1381:5, 1381:7, 1381:13, 1385:1, 1385:4, 1387:14, 1391:16, 1392:17, 1393:17, 1394:23, 1400:25, 1403:9, 1403:13, 1404:18, 1407:18, 1409:19, 1409:20, 1409:23, 1412:2, 1412:13, 1412:21, 1413:3, 1416:21, 1418:7, 1419:6, 1420:13, 1421:5, 1427:12, 1428:17, 1433:2, 1433:5, 1433:8, 1433:13, 1433:16, 1447:2, 1451:3, 1463:10, 1518:23, 1534:18, 1549:10, 1553:5, 1556:18, 1560:3, 1562:9, 1564:19, 1565:5, 1565:12, 1565:15, 1565:19, 1565:25, 1568:23, 1570:12, 1571:10, 1575:21, 1576:2, 1577:14, 1579:8, 1579:11, 1581:7
**did** - 1379:10, 1379:21, 1379:22, 1379:24, 1380:18, 1381:2, 1381:6, 1381:15, 1382:7, 1382:19, 1384:24, 1385:5, 1385:6, 1385:18, 1385:20, 1387:15, 1387:16, 1388:2, 1388:25, 1389:4, 1389:7, 1390:13, 1390:14, 1390:15, 1390:16, 1390:19, 1391:3, 1394:4, 1395:1, 1395:7, 1396:9, 1396:25, 1397:14, 1397:15, 1398:22, 1399:17, 1401:18, 1402:7, 1403:18, 1404:8, 1406:4, 1408:2, 1408:3, 1408:4, 1408:25, 1410:1, 1410:2, 1411:3, 1412:6, 1412:8, 1412:14, 1412:22, 1414:18, 1415:25, 1416:7, 1416:9, 1417:6, 1417:10, 1418:12, 1419:1, 1419:14, 1423:6, 1424:8, 1424:19, 1426:9, 1426:17, 1427:6, 1427:8, 1430:18, 1432:24, 1433:11, 1433:12, 1445:9, 1451:10, 1457:25, 1463:7, 1463:11, 1466:3, 1466:9,

1472:18, 1475:21, 1476:2, 1477:23, 1478:16, 1480:18, 1487:24, 1488:4, 1488:5, 1494:7, 1501:22, 1502:1, 1504:12, 1504:16, 1509:3, 1509:4, 1509:21, 1509:24, 1513:8, 1513:12, 1514:22, 1515:2, 1516:10, 1516:16, 1516:18, 1517:6, 1517:9, 1517:13, 1517:17, 1518:1, 1518:23, 1519:3, 1522:18, 1525:15, 1525:23, 1530:7, 1534:18, 1534:20, 1536:3, 1536:20, 1539:17, 1539:19, 1540:20, 1544:8, 1548:4, 1550:4, 1550:24, 1550:25, 1551:21, 1551:25, 1555:4, 1559:15, 1559:25, 1560:5, 1560:7, 1560:13, 1560:22, 1560:23, 1561:16, 1562:11, 1564:18, 1564:23, 1565:14, 1568:22, 1568:25, 1570:14, 1571:12, 1575:18, 1577:16, 1577:23, 1577:24, 1578:6, 1578:18, 1578:20, 1579:2, 1579:8, 1581:12, 1581:16, 1581:18, 1582:14, 1582:16, 1589:18
**didn't** - 1380:4, 1382:23, 1382:24, 1384:24, 1385:2, 1394:20, 1397:10, 1397:18, 1399:10, 1400:3, 1400:15, 1412:19, 1416:18, 1416:19, 1416:24, 1418:13, 1420:2, 1420:3, 1422:22, 1423:15, 1423:17, 1424:11, 1424:15, 1440:6, 1440:24, 1444:23, 1445:9, 1451:13, 1453:20, 1456:1, 1456:16, 1456:18, 1459:23, 1462:16, 1468:5, 1476:10, 1476:18, 1477:14, 1477:16, 1478:13, 1479:1, 1485:15, 1487:9, 1494:5, 1494:22, 1503:6, 1503:11, 1507:13, 1507:18, 1509:14, 1510:22, 1513:10, 1515:15, 1516:3, 1516:7, 1517:11, 1517:16, 1518:2, 1521:10, 1522:7, 1523:19, 1524:23, 1525:18, 1526:4, 1530:23, 1536:14, 1540:16, 1540:17, 1542:5, 1544:21, 1544:23, 1545:3, 1545:4, 1547:3, 1551:19, 1555:14, 1559:13, 1561:17, 1561:25, 1562:5, 1562:6, 1572:2, 1574:4, 1576:14, 1576:17, 1577:22, 1591:14
**Didn't** - 1459:1
**differ** - 1540:11
**difference** - 1447:25, 1544:21
**different** - 1380:16, 1382:12, 1391:3, 1436:21, 1471:12, 1475:14, 1492:24, 1539:2, 1540:7, 1544:8, 1544:10, 1566:6, 1566:10, 1573:22, 1573:23, 1578:1, 1583:18
**differently** - 1471:13
**difficult** - 1385:25, 1452:24, 1528:25
**difficulty** - 1429:25
**digital** - 1422:10
**Direct** - 1377:24, 1411:1, 1580:9, 1593:4, 1593:7
**direct** - 1375:13, 1381:15, 1439:21, 1449:13, 1459:20, 1468:15, 1479:18, 1516:11, 1529:9, 1531:11, 1533:14, 1534:2, 1548:14, 1561:2, 1564:25, 1579:5
**directed** - 1414:12, 1485:5, 1561:11
**directing** - 1381:16, 1430:23, 1514:16, 1522:5
**direction** - 1421:11, 1443:22, 1491:18, 1491:22, 1492:1, 1492:7
**directions** - 1463:23
**directly** - 1404:2, 1420:9, 1478:13
**disagree** - 1588:20
**disbelieve** - 1451:10
**disbelieved** - 1464:16
**discourage** - 1538:2
**discovered** - 1387:24
**discredit** - 1438:7, 1455:5, 1468:11
**discretion** - 1532:22
**discuss** - 1381:2, 1394:4, 1394:8, 1445:13, 1461:1, 1486:3, 1495:4, 1518:23, 1562:25, 1565:12, 1565:15, 1588:4, 1588:5

**discussed** - 1380:18, 1397:2, 1401:13, 1424:4, 1486:9, 1518:21, 1525:5, 1530:5, 1532:6, 1560:24
**discusses** - 1524:21
**discussing** - 1445:18, 1449:12, 1460:15, 1482:8, 1518:18, 1518:19, 1519:12
**discussion** - 1383:19, 1406:15, 1427:14, 1452:20, 1452:23, 1453:2, 1564:25
**discussions** - 1458:4, 1565:7, 1565:16, 1565:19
**dismissed** - 1506:23, 1507:4
**dismissing** - 1394:19
**dispatched** - 1399:6
**dispositions** - 1435:14
**disregard** - 1373:25
**dissuade** - 1475:22
**dissuading** - 1475:23, 1475:24
**distinct** - 1467:7, 1486:23
**distinction** - 1403:5, 1490:2
**distributed** - 1402:2
**District** - 1370:1, 1370:10, 1566:9
**Dna** - 1470:5
**Do** - 1373:7, 1380:11, 1383:7, 1386:3, 1404:21, 1411:10, 1413:18, 1416:25, 1417:3, 1421:14, 1424:5, 1426:3, 1431:9, 1461:4, 1461:21, 1461:23, 1464:13, 1473:13, 1474:3, 1475:6, 1480:23, 1487:23, 1496:17, 1506:18, 1509:5, 1512:23, 1515:2, 1523:6, 1526:15, 1530:8, 1542:23, 1543:21, 1548:18, 1557:22, 1559:11, 1561:4, 1566:7, 1567:9, 1567:11, 1572:17, 1573:11, 1578:5, 1581:1, 1582:1
**do** - 1371:19, 1374:24, 1376:16, 1379:16, 1381:25, 1383:8, 1383:16, 1383:25, 1384:18, 1385:9, 1385:24, 1384:4, 1386:8, 1387:9, 1390:9, 1390:25, 1393:1, 1395:16, 1395:17, 1396:20, 1397:6, 1400:22, 1400:24, 1404:1, 1404:2, 1404:8, 1405:13, 1406:4, 1407:4, 1411:11, 1411:14, 1413:19, 1413:20, 1417:18, 1418:1, 1419:11, 1419:13, 1421:15, 1421:16, 1422:14, 1422:23, 1424:18, 1424:24, 1426:5, 1426:6, 1428:1, 1428:4, 1428:21, 1428:23, 1429:18, 1431:11, 1431:12, 1437:17, 1445:5, 1445:10, 1445:19, 1450:16, 1452:9, 1453:21, 1454:3, 1454:14, 1457:19, 1457:22, 1459:6, 1461:5, 1461:12, 1461:14, 1461:24, 1464:15, 1466:22, 1468:6, 1468:16, 1469:17, 1470:10, 1471:4, 1471:7, 1474:9, 1480:25, 1488:15, 1488:17, 1489:15, 1489:16, 1493:6, 1493:7, 1493:15, 1493:16, 1493:18, 1493:20, 1496:18, 1496:22, 1502:22, 1506:1, 1507:19, 1508:3, 1509:6, 1512:12, 1513:2, 1521:23, 1524:16, 1526:10, 1526:16, 1526:21, 1527:12, 1527:13, 1527:20, 1529:16, 1533:22, 1534:9, 1534:10, 1534:22, 1535:3, 1538:17, 1538:20, 1540:17, 1542:22, 1543:2, 1543:3, 1543:15, 1544:1, 1547:18, 1548:8, 1549:10, 1552:25, 1553:5, 1553:13, 1554:19, 1554:25, 1558:15, 1560:9, 1560:17, 1562:22, 1564:19, 1565:2, 1566:2, 1566:4, 1567:8, 1568:3, 1569:7, 1569:12, 1569:13, 1569:23, 1570:17, 1570:18, 1571:21, 1573:13, 1580:21, 1581:13, 1581:16, 1581:21, 1584:9, 1584:13, 1588:4, 1589:16, 1589:22, 1590:4, 1590:9, 1590:16, 1591:6, 1592:3
**document** - 1372:14, 1374:22, 1391:8, 1392:17, 1408:8, 1431:8, 1443:1, 1444:3, 1444:10, 1484:14, 1484:19, 1484:21, 1484:22, 1484:24, 1485:4, 1485:12, 1485:15, 1485:20,

1485:22, 1486:17, 1487:16, 1569:10, 1569:11, 1575:25
**documents** - 1374:13, 1375:12, 1375:14, 1415:2, 1548:20, 1549:4
**does** - 1418:3, 1438:1, 1455:3, 1455:4, 1479:22, 1480:22, 1493:12, 1494:8, 1534:6, 1534:11, 1537:11, 1538:25, 1557:18, 1558:4, 1564:13, 1582:10, 1587:5
**Does** - 1431:3, 1473:18, 1482:22, 1539:23, 1566:22, 1571:18
**Doesn't** - 1503:16, 1534:13
**doesn't** - 1373:20, 1430:17, 1445:3, 1455:1, 1465:12, 1473:20, 1480:16, 1493:15, 1497:14, 1522:11, 1528:24, 1535:2, 1539:13
**doing** - 1372:21, 1374:19, 1386:23, 1387:6, 1387:10, 1418:10, 1437:19, 1438:9, 1438:18, 1439:7, 1439:18, 1439:20, 1440:1, 1440:2, 1440:6, 1440:18, 1440:24, 1441:2, 1441:10, 1441:17, 1482:18, 1539:6, 1539:9, 1545:19, 1547:9, 1558:13, 1560:4, 1566:5, 1574:11
**dollar** - 1425:13, 1427:17
**dollars** - 1386:9, 1386:12, 1468:10, 1535:18, 1536:4, 1536:5, 1536:6, 1536:13, 1536:24, 1536:25, 1538:7, 1538:11, 1543:1, 1546:5, 1560:18
**don't** - 1371:8, 1372:15, 1372:19, 1373:15, 1373:16, 1374:1, 1375:1, 1375:16, 1376:18, 1383:14, 1383:17, 1384:10, 1384:17, 1384:21, 1396:21, 1396:25, 1398:1, 1398:17, 1398:23, 1399:24, 1399:25, 1400:1, 1413:5, 1416:16, 1423:18, 1429:24, 1431:15, 1440:11, 1440:14, 1441:1, 1441:13, 1441:15, 1443:5, 1446:23, 1452:9, 1452:24, 1453:17, 1454:4, 1454:9, 1455:12, 1456:19, 1461:9, 1468:1, 1469:12, 1473:9, 1473:12, 1473:16, 1473:17, 1474:1, 1484:1, 1489:4, 1489:17, 1494:22, 1498:1, 1498:18, 1503:7, 1503:10, 1503:12, 1503:14, 1503:20, 1505:7, 1505:9, 1505:18, 1506:3, 1506:5, 1512:20, 1514:24, 1515:4, 1515:7, 1517:24, 1519:7, 1519:8, 1520:16, 1521:9, 1521:22, 1528:2, 1528:5, 1530:9, 1530:20, 1531:6, 1534:19, 1534:20, 1537:2, 1537:4, 1537:7, 1537:24, 1538:14, 1540:13, 1540:14, 1540:16, 1540:19, 1540:21, 1543:13, 1545:11, 1545:13, 1545:21, 1545:23, 1546:9, 1548:7, 1562:19, 1553:15, 1562:17, 1562:19, 1564:7, 1566:8, 1567:15, 1577:3, 1578:8, 1578:24, 1579:4, 1587:12, 1587:17, 1587:21, 1589:10, 1589:15, 1589:24, 1590:2, 1590:15
**Don't** - 1387:9, 1396:15, 1396:17, 1397:9, 1403:1, 1410:6, 1445:13, 1449:19, 1456:21, 1460:25, 1493:18, 1495:4, 1540:14, 1542:2, 1543:15, 1556:6, 1560:1, 1560:17, 1562:25, 1587:16
**don't-kill-the-mother** - 1396:21, 1543:13
**Donald** - 1381:14, 1415:11, 1456:7, 1456:10, 1542:12, 1542:14, 1561:21, 1561:25, 1578:7, 1578:10, 1578:18
**done** - 1376:18, 1377:5, 1423:19, 1434:15, 1528:17, 1536:18, 1546:5, 1548:15, 1549:15, 1566:13
**door** - 1445:8, 1446:4, 1478:8
**Doros** - 1548:7, 1548:9, 1548:25
**double** - 1409:5
**down** - 1382:23, 1389:23, 1392:2, 1392:23, 1397:23, 1411:6, 1411:7, 1412:20, 1429:23, 1459:12, 1459:14, 1459:15, 1461:3, 1467:2, 1471:17,

1471:18, 1471:24, 1475:20, 1534:25, 1535:5, 1543:18, 1550:22, 1550:23, 1561:15, 1562:9, 1572:23, 1579:22, 1583:6
**download** - 1391:5
**downside** - 1375:1
**draft** - 1392:18
**drain** - 1572:22
**draw** - 1385:25
**drawer** - 1421:17, 1424:23, 1425:2, 1425:4, 1425:21, 1425:23, 1426:22, 1498:24, 1499:3, 1499:13, 1565:22, 1565:23, 1565:24, 1565:25
**drawn** - 1583:3
**drive** - 1391:5, 1412:13, 1473:4, 1474:5, 1475:2, 1505:24, 1572:14
**driving** - 1385:1, 1475:12, 1505:8, 1505:21
**drop** - 1527:21
**drove** - 1412:18, 1503:23
**drug** - 1389:21, 1393:20, 1401:25, 1402:5, 1402:11, 1407:15, 1407:23, 1408:9, 1409:15, 1429:1, 1464:2, 1464:3, 1464:4, 1464:21, 1465:19, 1466:23, 1467:19, 1467:20, 1467:23, 1468:1, 1520:11, 1521:6, 1570:7
**drugs** - 1401:8, 1402:1, 1402:12, 1407:16, 1454:12, 1465:6, 1465:14, 1465:19, 1466:8, 1468:3, 1468:14, 1468:21, 1469:1, 1469:7, 1469:10, 1503:13, 1504:13, 1504:17, 1505:13, 1507:9, 1526:3, 1570:10
**Dubin** - 1427:18, 1428:21, 1446:10, 1446:12, 1567:17, 1567:19
**During** - 1396:24, 1558:22
**during** - 1372:6, 1378:13, 1382:22, 1383:4, 1385:8, 1386:15, 1387:21, 1389:1, 1389:4, 1400:21, 1411:20, 1413:9, 1415:17, 1427:12, 1432:24, 1468:15, 1469:10, 1470:19, 1479:2, 1526:8, 1536:11, 1548:14, 1549:3, 1550:10, 1561:2, 1569:1, 1573:6, 1576:3, 1581:12, 1591:18
**duties** - 1551:2, 1552:6
**duty** - 1553:12, 1553:14, 1585:10
**Dvd** - 1430:8
**dying** - 1578:7

# E

**e** - 1385:4, 1391:1, 1395:18, 1395:25, 1396:7, 1412:10, 1429:7, 1431:13, 1434:8, 1476:3, 1476:13, 1484:20, 1492:15, 1492:16, 1522:4, 1557:14, 1569:14, 1569:18, 1571:3
**E** - 1377:20, 1432:4, 1496:1, 1580:7, 1593:3, 1593:7
**e-mail** - 1385:4, 1391:1, 1395:18, 1395:25, 1396:7, 1429:7, 1431:13, 1434:8, 1476:3, 1484:20, 1492:15, 1492:16, 1522:4, 1557:14, 1569:14, 1569:18, 1571:3
**E-mail** - 1432:4
**e-mailed** - 1412:10
**e-mails** - 1476:13
**each** - 1401:22, 1415:21, 1589:9, 1589:17
**earlier** - 1374:5, 1390:17, 1479:21, 1544:20, 1545:2, 1572:23, 1577:2
**early** - 1415:24, 1416:3, 1428:6
**easier** - 1552:8, 1554:24
**East** - 1370:21
**Eastern** - 1370:1, 1566:9
**eavesdropping** - 1376:15
**eavesdropping-equipment** - 1376:15
**edited** - 1442:4, 1442:5
**education** - 1469:23, 1470:9
**educational** - 1471:13
**effect** - 1550:12

**effort** - 1403:18, 1404:18
**efforts** - 1385:23, 1402:25, 1404:14, 1416:21
**eight** - 1373:2, 1416:6, 1582:19, 1583:10, 1584:3
**either** - 1377:15, 1384:23, 1390:10, 1390:19, 1403:19, 1405:11, 1416:23, 1458:10, 1458:19, 1474:5, 1474:22, 1480:6, 1498:18, 1499:23, 1532:2, 1544:5, 1544:15, 1565:2, 1571:8, 1572:13
**elect** - 1376:7
**electrical** - 1573:5
**electricity** - 1475:18, 1572:22
**elevator** - 1371:12, 1371:13, 1371:15
**eleven** - 1542:5
**eliminate** - 1486:10
**Elmo** - 1447:18, 1508:12, 1568:4, 1574:10
**else** - 1384:8, 1388:25, 1401:1, 1418:9, 1424:19, 1427:22, 1438:15, 1475:17, 1485:16, 1485:18, 1489:20, 1541:3, 1548:4, 1572:25, 1573:1, 1576:15, 1582:25, 1591:6
**else's** - 1425:17
**Emotions** - 1461:8
**emphasize** - 1397:25
**emphatic** - 1397:5
**employed** - 1405:6, 1580:12, 1580:14, 1580:16
**employee** - 1556:15, 1556:19
**employment** - 1408:14, 1546:22
**empty** - 1589:3
**encourage** - 1401:18, 1433:2, 1433:5
**end** - 1375:16, 1376:17, 1378:10, 1380:15, 1415:24, 1416:5, 1427:24, 1429:23, 1435:16, 1442:13, 1462:5, 1488:2, 1490:3, 1526:8, 1538:19, 1538:22, 1558:4, 1583:11, 1590:19, 1590:21
**End** - 1585:12
**ended** - 1378:3, 1442:10, 1491:18
**ending** - 1566:8
**ends** - 1558:2
**enforcement** - 1429:1, 1468:23, 1469:2, 1529:5
**engaged** - 1402:11, 1468:2
**engineer** - 1581:3
**engineering** - 1580:17
**enough** - 1376:10, 1387:2, 1438:14, 1439:3, 1441:5, 1441:6, 1479:3, 1488:16, 1515:12, 1522:21, 1534:21, 1544:10
**entered** - 1573:6
**enterprise** - 1451:15
**enters** - 1445:17, 1564:3
**entire** - 1407:1, 1517:23, 1567:14, 1567:15, 1569:18, 1590:19
**entirety** - 1442:14
**entitled** - 1590:11
**entry** - 1587:1
**equipment** - 1376:15, 1378:4, 1378:7, 1380:2, 1380:5, 1380:6, 1380:8, 1380:13, 1507:5, 1570:20, 1571:5, 1571:8
**especially** - 1589:15
**Esq** - 1370:16, 1370:18
**essential** - 1388:22
**essentially** - 1396:6, 1583:4
**Essentially** - 1580:20, 1582:10, 1582:19
**establish** - 1374:8, 1438:15
**established** - 1375:11, 1511:17
**estimating** - 1550:8
**evaluate** - 1441:14, 1441:15, 1577:17
**Evan** - 1370:16
**even** - 1374:25, 1379:10, 1416:15, 1435:12, 1476:8, 1477:21, 1477:24, 1478:7, 1479:5, 1479:6, 1484:1, 1484:13, 1497:1, 1497:14, 1509:14,

1511:21, 1578:24, 1587:18
**Even** - 1479:11, 1522:7
**evening** - 1390:10, 1588:13
**events** - 1373:19, 1394:17, 1395:6
**ever** - 1380:6, 1384:10, 1403:13,
1405:21, 1405:24, 1406:1, 1407:9,
1407:10, 1407:12, 1409:19, 1409:20,
1412:2, 1412:21, 1413:3, 1419:6,
1486:16, 1509:3, 1511:6, 1514:22,
1515:7, 1519:19, 1528:14, 1550:21,
1550:24, 1556:5, 1559:25, 1560:3,
1565:12, 1565:15, 1568:23, 1575:16,
1575:18, 1575:21, 1576:2, 1576:4,
1578:20, 1579:8, 1579:11, 1581:7
**Ever** - 1412:4
**Every** - 1427:16
**every** - 1397:21, 1427:19, 1432:20,
1432:21, 1470:10, 1494:7, 1515:10,
1550:14, 1559:13, 1576:13
**everybody** - 1376:24, 1380:24,
1427:22, 1454:1, 1508:12, 1510:2
**everyone** - 1407:6, 1429:17, 1432:8,
1462:12, 1471:8, 1496:9
**everything** - 1376:22, 1386:22,
1403:12, 1416:23, 1423:17, 1514:19,
1516:14, 1516:16, 1517:3, 1517:25,
1518:13, 1535:1, 1541:3, 1542:2,
1555:18, 1577:17, 1588:17
**evidence** - 1371:23, 1373:11, 1377:5,
1377:11, 1379:4, 1382:4, 1390:6,
1391:11, 1393:8, 1395:20, 1396:8,
1399:4, 1400:5, 1400:16, 1402:11,
1402:14, 1402:17, 1402:19, 1402:22,
1412:23, 1412:24, 1413:24, 1415:10,
1418:6, 1418:17, 1419:3, 1420:14,
1422:4, 1426:12, 1429:9, 1431:15,
1440:1, 1440:5, 1440:23, 1441:10,
1441:16, 1442:6, 1442:21, 1448:3,
1455:13, 1460:19, 1460:21, 1462:4,
1462:7, 1464:6, 1468:11, 1476:18,
1479:16, 1485:9, 1497:24, 1498:16,
1499:2, 1499:7, 1500:14, 1513:20,
1532:8, 1536:9, 1552:20, 1557:10,
1559:3, 1561:21, 1566:15, 1566:17,
1567:24, 1569:16, 1570:23, 1571:17,
1574:4, 1574:6, 1575:3, 1581:24,
1583:22, 1584:9, 1585:3, 1586:14,
1586:21, 1587:20, 1590:11, 1591:1,
1591:19
**Ex** - 1571:9
**ex** - 1505:23, 1506:15, 1521:17
**ex-agent** - 1521:17
**ex-police** - 1505:23, 1506:15
**exact** - 1460:6
**exactly** - 1375:4, 1396:9, 1417:25,
1484:15
**examination** - 1434:1, 1439:10,
1472:9, 1480:23, 1481:18, 1482:18,
1490:19, 1496:13, 1516:1, 1546:17,
1548:14, 1550:10, 1559:8, 1561:2,
1564:1, 1565:1, 1568:2, 1569:4,
1572:7, 1572:18, 1575:6, 1575:13,
1579:4, 1579:5, 1593:4, 1593:5, 1593:6
**Examination** - 1377:24, 1411:1,
1567:4, 1577:7, 1580:9, 1593:4,
1593:6, 1593:7
**examine** - 1399:5, 1399:8, 1399:25,
1400:1, 1487:9
**examined** - 1377:23
**examining** - 1481:2
**example** - 1374:5, 1440:14, 1441:18
**except** - 1375:14, 1397:10, 1416:8,
1462:5, 1576:16
**exchange** - 1569:14, 1570:19,
1588:14
**exciting** - 1417:3, 1417:8, 1417:14,
1417:16
**excluded** - 1591:17
**exclusively** - 1372:13
**Excuse** - 1400:7, 1402:20, 1439:9,

1460:25, 1473:10, 1500:16, 1505:1
**excuse** - 1428:12, 1492:15, 1525:11,
1591:10
**excused** - 1563:3, 1584:22
**exercise** - 1589:3
**Exhibit** - 1379:4, 1379:8, 1385:12,
1390:21, 1395:9, 1400:14, 1413:17,
1413:18, 1420:10, 1426:2, 1447:6,
1499:8, 1502:6, 1502:10, 1502:14,
1503:15, 1503:21, 1504:5, 1504:9,
1504:15, 1536:9, 1557:10, 1559:2,
1561:1, 1561:13, 1564:9, 1566:17,
1569:9, 1570:16, 1573:11, 1586:7,
1586:8, 1586:13, 1586:15, 1586:20,
1593:16
**exhibit** - 1373:5, 1379:10, 1391:19,
1575:5, 1585:7
**exhibits** - 1592:10
**existing** - 1372:9
**exists** - 1402:22
**exit** - 1586:25
**exited** - 1588:12
**expanded** - 1427:1
**expect** - 1372:17
**expected** - 1407:20, 1432:18
**expenditure** - 1427:17
**expense** - 1430:13, 1450:20, 1529:17
**expenses** - 1427:4
**expensive** - 1430:6, 1430:7
**experience** - 1521:19, 1529:3,
1537:11, 1537:17
**experienced** - 1441:5
**expert** - 1402:14, 1427:19, 1429:2,
1429:17, 1429:18, 1437:2, 1469:24,
1470:4
**experts** - 1427:10
**explain** - 1380:3, 1396:24, 1396:25,
1398:10, 1410:4, 1411:9, 1443:22,
1450:24, 1453:18, 1453:19, 1473:25,
1480:2, 1480:21, 1481:1, 1481:2,
1481:9, 1481:17, 1493:8, 1496:22,
1512:12, 1537:7, 1550:13, 1555:5,
1560:20, 1560:21, 1580:18, 1582:8,
1582:17
**explained** - 1371:7, 1434:14,
1464:20, 1486:25, 1487:4, 1487:6,
1501:3, 1529:16, 1530:10, 1537:1,
1540:8, 1540:10
**Explaining** - 1487:14
**explaining** - 1452:6, 1453:7, 1463:3,
1469:5, 1469:6, 1475:25, 1487:14,
1488:12, 1497:9, 1497:13, 1510:10,
1511:16, 1535:4, 1537:23, 1539:13,
1544:24
**explains** - 1451:1
**explanation** - 1453:21
**explicit** - 1414:1
**explore** - 1484:10, 1523:23
**Explore** - 1484:11
**explored** - 1389:10
**expose** - 1410:25
**exposed** - 1410:7, 1491:2
**expressed** - 1385:8
**expression** - 1418:24
**extent** - 1402:21, 1588:16, 1588:17
**extort** - 1418:15, 1444:19
**extorted** - 1421:12

## F

**F-** 1382:15, 1496:1
**fabricated** - 1402:15
**fabrication** - 1372:18
**face** - 1425:8, 1573:4
**faced** - 1487:1
**faces** - 1451:18
**facilitated** - 1478:14
**Facility** - 1494:9
**facility** - 1413:6, 1433:11
**facing** - 1416:11, 1478:23, 1572:24,

1573:2
**fact** - 1373:15, 1373:17, 1382:11,
1383:23, 1389:14, 1394:10, 1402:24,
1405:17, 1409:6, 1411:13, 1420:21,
1424:8, 1427:24, 1440:9, 1447:3,
1450:23, 1512:4, 1518:11, 1527:12,
1549:7, 1553:19, 1555:17, 1557:4,
1557:9, 1558:15, 1559:16, 1559:19,
1571:10, 1578:8
**factor** - 1437:21, 1437:22, 1465:10,
1465:22
**factors** - 1383:2
**facts** - 1378:4, 1586:6
**failure** - 1458:17
**Fair** - 1376:10, 1440:21, 1488:16,
1515:12, 1544:10
**fair** - 1451:18, 1453:24, 1454:19,
1498:8, 1498:10, 1501:7, 1515:16,
1532:3, 1532:4, 1549:3
**fall** - 1517:10
**falls** - 1542:3
**false** - 1433:2, 1436:18, 1454:17,
1463:18, 1483:17, 1488:10, 1488:11,
1535:7, 1535:8, 1535:9, 1542:4,
1546:8, 1576:4
**False-** 1488:9
**falsely** - 1440:11
**familiar** - 1396:6, 1398:4, 1398:7,
1520:21, 1529:4, 1572:6, 1575:5,
1577:4
**family** - 1474:23, 1475:12, 1475:13,
1475:16, 1518:19, 1518:22, 1518:24,
1519:6, 1525:4, 1525:5, 1537:18,
1538:4, 1538:8, 1546:25, 1565:11,
1579:6, 1579:9, 1579:11
**far** - 1380:18, 1398:25, 1421:18,
1440:19, 1456:9, 1498:4, 1505:16,
1550:18
**Farrar-** 1404:19, 1404:21, 1404:23,
1404:24, 1405:3, 1405:21, 1406:5,
1406:6, 1406:15
**fashion** - 1390:16, 1458:18, 1471:23
**fashioned** - 1511:1
**fatal** - 1510:7
**father** - 1389:11, 1411:23
**father's** - 1411:24, 1412:18
**Fatman-** 1481:5, 1481:7, 1481:10,
1481:19, 1481:25, 1482:5, 1482:10,
1482:11, 1482:12, 1482:17, 1502:12
**favor** - 1375:2, 1568:3
**Fbi-** 1429:8, 1465:2, 1465:3, 1465:8,
1467:7, 1521:17
**fear** - 1473:4, 1474:5, 1475:2,
1475:12, 1544:6, 1544:15, 1572:14
**February-** 1569:15, 1569:22, 1570:22
**Fed-** 1571:9
**federal** - 1424:20, 1424:21, 1428:4,
1451:23, 1538:8, 1570:1, 1573:25
**fee** - 1424:21, 1426:23, 1426:25,
1427:2, 1436:22, 1443:8, 1445:23
**feel** - 1402:23, 1476:25
**fees** - 1427:10, 1428:19, 1430:5,
1450:1
**feet** - 1583:20
**Felix-** 1379:11, 1379:17, 1379:18,
1379:23, 1380:4
**fellow** - 1382:24, 1389:10, 1389:18,
1462:2, 1471:15
**felt** - 1477:22
**female** - 1554:12
**few** - 1407:24, 1422:20, 1428:13,
1432:3, 1433:23, 1591:7
**field** - 1424:18
**fifteen** - 1562:23
**figure** - 1441:1, 1562:3
**file** - 1430:4, 1531:17, 1554:21,
1583:24
**filed** - 1415:8, 1548:21, 1561:20
**files** - 1391:7, 1403:16, 1403:17
**filing** - 1430:5, 1435:6, 1435:22

**fill** - 1552:7
**filled** - 1426:7
**final** - 1432:22
**finally** - 1393:20, 1417:6, 1417:7, 1422:19
**find** - 1382:9, 1383:20, 1396:10, 1404:13, 1404:18, 1406:11, 1488:17, 1491:24, 1496:23, 1510:23, 1510:25, 1527:4, 1529:9, 1529:10, 1533:18, 1533:19, 1534:11, 1535:4, 1538:8, 1538:13, 1538:20, 1544:15, 1554:19, 1554:25, 1581:19, 1591:5
**finding** - 1405:7, 1409:10, 1418:11, 1518:18, 1529:6, 1543:22, 1544:2, 1544:17
**Finding**- 1484:7
**fine** - 1388:19, 1460:4, 1464:20, 1547:9
**Fine**- 1456:23
**fine.man@hotmail.com** - 1385:14
**Fineman**- 1372:6, 1372:12, 1374:9, 1374:19, 1455:23, 1456:12, 1457:3, 1457:4, 1457:6, 1463:7, 1463:10, 1463:14, 1484:15, 1484:17, 1484:25, 1485:2, 1485:5, 1485:22, 1485:23, 1486:7, 1486:12, 1532:23, 1532:25, 1533:4, 1533:21, 1534:8, 1535:1, 1535:6, 1551:19, 1551:20, 1552:23, 1554:1, 1555:10, 1555:14, 1557:23, 1558:10, 1558:17, 1559:9, 1559:10, 1559:17, 1560:9, 1561:15, 1562:10, 1575:4, 1575:13
**finish** - 1377:10, 1490:6
**fire** - 1510:10
**fired** - 1510:7
**firing** - 1510:2, 1510:6
**firm** - 1407:16, 1407:18, 1407:19, 1408:12, 1547:3, 1548:5, 1581:8
**first** - 1375:19, 1376:1, 1376:2, 1378:8, 1381:1, 1382:6, 1382:22, 1383:14, 1396:1, 1397:11, 1402:7, 1402:8, 1408:20, 1411:15, 1412:6, 1415:18, 1416:6, 1418:3, 1427:25, 1428:1, 1435:16, 1444:3, 1476:5, 1476:7, 1477:17, 1478:9, 1480:14, 1501:3, 1513:12, 1517:18, 1521:8, 1525:14, 1530:11, 1532:12, 1578:5, 1580:7, 1588:20
**First**- 1379:10, 1401:18, 1406:6, 1415:18, 1587:24
**firsthand** - 1381:22, 1388:7, 1455:13
**fit** - 1388:2
**fits** - 1589:12
**Fitzpatrick**- 1499:23
**Fitzsimmons**- 1499:24
**Five**- 1483:25
**five** - 1386:18, 1386:19, 1468:19, 1483:23, 1486:15, 1558:2, 1568:13
**flat** - 1539:12
**flatter** - 1476:22, 1476:24, 1477:9, 1477:11, 1484:8
**flattery** - 1484:5
**flipped** - 1475:18, 1481:23
**floor** - 1408:20
**flow** - 1581:21
**flying** - 1443:12
**focus** - 1392:21, 1429:24
**focused** - 1475:14, 1475:17
**focusing** - 1525:10
**Fodeman**- 1370:14, 1591:23
**foist** - 1589:20
**follow** - 1412:12, 1419:23, 1440:14, 1455:15, 1455:16, 1478:24, 1571:10, 1588:5
**Follow**- 1473:13
**followed** - 1515:7
**following** - 1419:22, 1476:11, 1492:15, 1518:17, 1585:1, 1586:1
**follows** - 1377:23, 1580:8
**footer** - 1539:12

**footnote** - 1575:21
**footnotes** - 1414:1
**for** - 1371:14, 1372:2, 1372:5, 1372:7, 1372:10, 1374:5, 1374:13, 1375:8, 1375:11, 1375:14, 1375:17, 1375:24, 1377:8, 1378:18, 1379:9, 1379:14, 1380:2, 1380:20, 1381:1, 1386:2, 1386:5, 1386:10, 1387:12, 1388:3, 1388:4, 1388:15, 1388:17, 1390:22, 1391:6, 1391:7, 1392:18, 1393:13, 1394:12, 1395:10, 1395:13, 1397:9, 1399:17, 1401:5, 1402:4, 1403:1, 1404:8, 1404:19, 1404:20, 1404:22, 1407:3, 1407:15, 1407:24, 1408:11, 1408:12, 1412:21, 1413:3, 1413:7, 1413:17, 1414:19, 1415:9, 1415:25, 1416:7, 1416:11, 1417:3, 1417:18, 1418:1, 1418:10, 1418:16, 1418:23, 1419:10, 1421:9, 1421:13, 1421:14, 1422:25, 1424:14, 1424:19, 1426:3, 1426:21, 1426:23, 1427:11, 1427:20, 1428:8, 1428:11, 1428:12, 1429:5, 1429:19, 1429:22, 1430:3, 1430:7, 1430:9, 1430:10, 1430:13, 1431:1, 1431:8, 1431:9, 1432:9, 1434:5, 1434:21, 1436:6, 1436:12, 1436:16, 1436:18, 1436:19, 1436:23, 1437:1, 1437:7, 1437:12, 1438:6, 1438:8, 1438:17, 1438:20, 1438:21, 1439:3, 1439:5, 1439:6, 1439:10, 1439:15, 1439:17, 1440:16, 1440:17, 1441:2, 1441:10, 1442:1, 1442:25, 1443:6, 1443:10, 1443:23, 1444:17, 1445:11, 1445:22, 1446:12, 1446:17, 1449:14, 1449:25, 1450:7, 1450:20, 1450:21, 1451:2, 1451:4, 1451:8, 1451:11, 1452:9, 1452:21, 1453:8, 1454:21, 1457:21, 1459:18, 1462:5, 1463:4, 1463:14, 1463:17, 1464:5, 1465:10, 1465:22, 1468:6, 1468:18, 1468:21, 1469:10, 1470:8, 1470:22, 1471:23, 1475:11, 1476:18, 1477:2, 1477:3, 1478:11, 1481:22, 1483:12, 1483:13, 1486:2, 1486:12, 1486:22, 1486:6, 1488:18, 1490:18, 1492:22, 1493:3, 1495:4, 1496:15, 1497:10, 1498:8, 1500:10, 1500:24, 1501:3, 1501:6, 1503:7, 1503:13, 1504:20, 1504:23, 1505:3, 1505:4, 1505:9, 1505:11, 1505:15, 1505:17, 1505:22, 1506:2, 1506:24, 1508:12, 1509:25, 1512:23, 1513:1, 1513:23, 1514:1, 1514:3, 1514:5, 1514:7, 1514:23, 1515:12, 1517:12, 1522:21, 1523:17, 1526:3, 1528:8, 1528:10, 1531:15, 1532:23, 1533:15, 1533:18, 1534:9, 1534:21, 1535:20, 1535:24, 1538:12, 1539:6, 1539:9, 1539:16, 1539:17, 1540:3, 1540:4, 1540:7, 1542:21, 1542:25, 1544:18, 1547:6, 1547:24, 1549:4, 1549:15, 1550:22, 1551:24, 1552:4, 1554:24, 1555:4, 1555:15, 1556:12, 1557:5, 1559:17, 1560:19, 1561:20, 1562:2, 1562:10, 1567:13, 1567:19, 1569:8, 1569:9, 1569:23, 1569:24, 1570:15, 1571:19, 1573:10, 1574:25, 1580:18, 1580:24, 1581:13, 1582:7, 1582:12, 1583:1, 1584:1, 1587:16, 1587:24, 1587:25, 1588:3, 1588:23, 1589:23, 1590:20, 1592:6, 1592:11
**For**- 1370:12, 1370:16, 1370:17, 1370:19, 1395:11, 1405:11, 1405:12, 1438:3, 1442:24, 1470:8, 1505:12, 1591:7
**force** - 1507:15
**foreign** - 1435:13
**forfeit** - 1399:8
**forfeiture** - 1398:5, 1398:7, 1398:10, 1399:19

**Forgive**- 1409:20
**forgive** - 1574:25
**forgot** - 1422:22
**form** - 1396:12, 1440:12, 1467:4, 1511:10, 1537:15, 1553:3, 1560:1, 1560:4
**formally** - 1434:7
**former** - 1429:2, 1429:8, 1527:18
**forth** - 1419:11, 1481:25, 1519:6, 1592:14
**forthcoming** - 1416:14
**forty** - 1557:5
**found** - 1388:3, 1408:8, 1521:21
**foundation** - 1400:15
**four** - 1373:23, 1379:1, 1379:5, 1389:3, 1389:4, 1392:4, 1397:23, 1509:11, 1510:12, 1512:4, 1557:10, 1558:1, 1588:6
**fourth** - 1387:17, 1391:19
**Fourth**- 1569:25
**frank** - 1446:20
**Fred**- 1504:22
**Fredroy**- 1501:19, 1504:1, 1506:1
**Friday**- 1377:7, 1432:6, 1557:11
**friend** - 1386:22
**friends** - 1415:21, 1497:22
**From**- 1536:14
**from** - 1374:6, 1374:10, 1379:12, 1379:19, 1386:6, 1389:11, 1390:8, 1390:14, 1391:1, 1391:6, 1391:9, 1394:5, 1395:5, 1396:7, 1399:24, 1400:10, 1402:1, 1402:3, 1406:3, 1407:17, 1408:5, 1408:16, 1408:18, 1411:12, 1411:19, 1413:11, 1414:23, 1415:2, 1416:4, 1416:25, 1418:15, 1418:19, 1419:19, 1425:19, 1427:13, 1427:23, 1433:5, 1434:11, 1435:15, 1436:7, 1437:25, 1441:2, 1444:12, 1444:13, 1451:13, 1453:1, 1453:7, 1455:21, 1457:4, 1457:10, 1457:17, 1459:14, 1460:14, 1463:20, 1463:22, 1471:15, 1471:24, 1475:19, 1475:24, 1478:5, 1482:3, 1483:25, 1487:16, 1488:13, 1492:11, 1498:20, 1499:3, 1499:24, 1500:20, 1503:5, 1506:24, 1510:23, 1511:1, 1511:9, 1511:12, 1514:18, 1514:20, 1519:15, 1529:5, 1534:6, 1536:18, 1538:3, 1543:10, 1550:4, 1558:1, 1558:13, 1569:15, 1571:3, 1571:4, 1577:10, 1579:17, 1579:20, 1579:24, 1580:2, 1583:3, 1584:20, 1584:23, 1585:11, 1589:1, 1589:6
**front** - 1424:10, 1424:11, 1428:22, 1428:23, 1445:5, 1461:9, 1461:16
**fruit** - 1588:15, 1588:18
**Fudgey**- 1501:23, 1502:1, 1506:12
**fully** - 1384:24, 1422:11
**function** - 1530:12, 1531:19, 1582:9
**fund** - 1431:2
**fundamentalist** - 1392:5
**furniture** - 1573:19
**Further**- 1445:7
**further** - 1420:20, 1429:19, 1433:19, 1546:12, 1567:1, 1579:15, 1579:17, 1579:19, 1579:24, 1584:16, 1584:23, 1587:3
**furtherance** - 1475:25

## G

**G**- 1404:25
**gaining** - 1399:5
**game** - 1444:19
**gather** - 1374:10, 1385:23, 1592:10
**gathered** - 1381:3, 1392:2, 1417:16
**gathering** - 1380:16, 1380:20, 1386:2, 1391:23, 1587:17
**gave** - 1379:2, 1389:16, 1424:16, 1447:24, 1457:6, 1492:6, 1493:4,

1495:2, 1535:25, 1536:2, 1536:11, 1536:13, 1546:9, 1581:22, 1589:19
**general** - 1397:19, 1546:22, 1570:3
**generally** - 1469:25, 1506:18
**gentleman** - 1571:11
**gentlemen** - 1588:11
**George** - 1400:22, 1401:1, 1401:3, 1401:5, 1415:20, 1455:22, 1456:3, 1456:5, 1456:7, 1457:3, 1457:7, 1457:11, 1457:13, 1525:8, 1525:13, 1525:16, 1542:9, 1542:10, 1542:18, 1542:22, 1543:2, 1543:6, 1543:12, 1543:19, 1543:20, 1543:21, 1543:25, 1544:21, 1544:24, 1545:4, 1545:23
**Georgetown** - 1556:6
**Gerald** - 1370:16, 1395:18, 1395:25, 1501:13, 1503:21, 1503:23, 1504:19, 1504:22, 1505:6, 1505:15, 1505:21, 1507:24, 1508:15, 1509:1, 1510:3, 1526:16, 1526:19, 1569:14, 1571:4
**get** - 1374:22, 1374:24, 1377:4, 1384:5, 1391:24, 1395:4, 1395:5, 1397:16, 1397:18, 1399:24, 1399:25, 1400:1, 1408:20, 1409:19, 1409:20, 1410:7, 1411:6, 1420:8, 1421:9, 1426:20, 1428:5, 1428:11, 1431:5, 1435:7, 1435:8, 1435:11, 1435:12, 1435:23, 1436:3, 1436:5, 1438:1, 1438:24, 1441:5, 1443:2, 1444:4, 1444:10, 1449:15, 1452:4, 1453:1, 1453:5, 1457:13, 1459:12, 1459:13, 1459:15, 1460:18, 1460:21, 1463:4, 1466:20, 1467:11, 1467:13, 1467:24, 1468:8, 1468:12, 1474:20, 1481:17, 1482:3, 1488:7, 1489:7, 1490:5, 1493:1, 1494:8, 1494:11, 1511:5, 1512:8, 1512:9, 1515:6, 1529:19, 1530:16, 1537:23, 1543:1, 1546:5, 1547:11, 1549:25, 1561:1, 1566:12, 1587:13, 1589:6, 1589:21, 1590:1, 1590:5, 1590:7, 1590:10, 1590:12, 1590:16, 1591:24
**Get** - 1533:7
**gets** - 1428:22, 1443:2, 1443:3, 1444:1, 1444:3, 1489:7, 1489:10, 1540:24
**getting** - 1394:18, 1407:17, 1410:6, 1416:25, 1420:6, 1421:11, 1427:20, 1427:23, 1430:2, 1442:25, 1444:13, 1457:17, 1461:8, 1490:8, 1494:17, 1525:5, 1529:9, 1530:21, 1531:3, 1549:4
**girlfriends** - 1424:14
**Give** - 1385:22, 1394:8, 1406:23, 1406:24, 1410:9, 1414:21, 1418:21, 1420:3, 1423:15, 1436:9, 1439:23, 1441:20, 1443:1, 1443:18, 1445:4, 1445:6, 1445:8, 1445:21, 1452:5, 1455:16, 1457:16, 1459:17, 1463:23, 1466:21, 1467:14, 1468:6, 1477:6, 1482:17, 1484:14, 1497:3, 1497:16, 1500:23, 1511:4, 1512:9, 1512:13, 1515:13, 1515:16, 1522:15, 1524:13, 1530:22, 1533:8, 1533:10, 1533:12, 1535:17, 1538:20, 1553:23, 1560:19, 1584:4, 1588:13, 1588:22, 1589:14
**given** - 1386:12, 1394:9, 1394:11, 1394:13, 1394:24, 1398:17, 1408:6, 1426:21
**gives** - 1521:23, 1581:1
**giving** - 1372:13, 1373:25, 1380:23, 1388:7, 1416:17, 1416:18, 1441:18, 1450:8, 1491:22, 1493:1, 1522:1, 1522:8, 1492:9, 1522:20, 1524:7, 1530:25, 1532:22, 1538:6, 1538:11
**glad** - 1453:18, 1453:21
**Gleeson** - 1370:9
**Glen** - 1412:10
**Glenn** - 1391:24

**Go** - 1377:18, 1388:17, 1400:12, 1403:7, 1452:12, 1462:13, 1510:21, 1564:4, 1574:12, 1586:24
**go** - 1372:19, 1376:12, 1376:19, 1383:15, 1384:3, 1386:9, 1389:4, 1393:8, 1404:10, 1409:14, 1411:9, 1416:11, 1418:2, 1419:2, 1424:6, 1438:14, 1451:1, 1451:4, 1452:9, 1452:18, 1453:11, 1459:6, 1460:5, 1461:21, 1468:3, 1470:11, 1478:2, 1478:11, 1479:19, 1481:1, 1481:9, 1481:24, 1482:2, 1490:16, 1491:1, 1492:10, 1492:21, 1493:4, 1493:9, 1493:10, 1494:1, 1494:21, 1495:2, 1496:20, 1496:24, 1497:9, 1497:13, 1503:6, 1503:11, 1506:16, 1516:12, 1521:15, 1522:5, 1523:1, 1523:3, 1523:4, 1523:9, 1523:11, 1527:4, 1529:25, 1530:11, 1531:1, 1531:8, 1531:17, 1532:2, 1533:10, 1533:23, 1534:18, 1537:9, 1538:7, 1538:11, 1538:20, 1538:22, 1539:1, 1539:10, 1539:11, 1539:14, 1540:18, 1540:24, 1542:18, 1543:1, 1550:24, 1555:1, 1555:22, 1556:24, 1557:2, 1560:11, 1564:23, 1566:10, 1572:21, 1577:19, 1582:23, 1583:11, 1587:14, 1587:16, 1587:17, 1588:25
**goal** - 1490:15
**goes** - 1384:17, 1384:18, 1393:13, 1430:21, 1450:13, 1480:9, 1545:22, 1551:10, 1572:21, 1582:24, 1591:15
**going** - 1375:13, 1375:21, 1375:25, 1376:7, 1377:4, 1377:5, 1377:6, 1383:15, 1387:14, 1388:20, 1393:8, 1393:20, 1397:16, 1398:18, 1399:7, 1406:20, 1412:17, 1414:2, 1414:3, 1418:8, 1419:4, 1419:10, 1419:14, 1419:17, 1420:7, 1420:20, 1420:24, 1422:21, 1422:23, 1424:9, 1427:13, 1427:17, 1427:19, 1427:23, 1427:24, 1428:7, 1430:8, 1431:2, 1432:6, 1432:7, 1435:6, 1435:15, 1435:23, 1436:11, 1436:14, 1437:25, 1438:7, 1438:22, 1438:24, 1439:17, 1445:3, 1445:10, 1445:21, 1445:24, 1446:1, 1446:3, 1448:6, 1449:25, 1450:16, 1451:7, 1451:8, 1451:11, 1451:13, 1452:18, 1453:7, 1453:8, 1453:16, 1454:16, 1457:12, 1457:16, 1460:20, 1461:10, 1461:15, 1461:16, 1462:4, 1462:11, 1462:17, 1463:16, 1463:24, 1467:11, 1467:14, 1467:24, 1468:4, 1468:7, 1475:20, 1476:5, 1476:7, 1476:9, 1476:14, 1476:21, 1477:9, 1477:13, 1478:8, 1479:6, 1480:22, 1482:9, 1483:3, 1483:4, 1483:7, 1483:11, 1483:20, 1483:22, 1484:1, 1487:5, 1487:17, 1488:3, 1488:24, 1490:23, 1492:12, 1496:20, 1498:2, 1498:3, 1498:6, 1508:11, 1511:21, 1512:12, 1515:15, 1523:4, 1523:7, 1527:3, 1527:13, 1528:20, 1529:19, 1530:18, 1530:19, 1531:23, 1538:13, 1543:1, 1547:10, 1547:20, 1548:21, 1554:17, 1555:18, 1560:7, 1568:5, 1570:2, 1581:24, 1583:22, 1588:15, 1588:24, 1589:6, 1589:13, 1589:15, 1589:20, 1590:9
**gold** - 1499:22
**gone** - 1407:23, 1522:25, 1523:12, 1553:25, 1558:19
**Gonzalez** - 1467:16, 1551:6
**good** - 1373:24, 1378:1, 1382:2, 1382:3, 1438:13, 1439:12, 1439:25, 1445:11, 1468:10, 1491:6, 1491:14, 1556:21, 1582:24, 1588:6, 1588:18
**Good** - 1371:3, 1376:24, 1376:25, 1378:2, 1434:3, 1546:19, 1546:20, 1554:18, 1580:4, 1580:10, 1588:11,

1592:9
**got** - 1371:12, 1371:15, 1380:3, 1383:25, 1390:10, 1390:14, 1394:3, 1397:18, 1402:3, 1408:9, 1409:22, 1416:24, 1439:12, 1454:16, 1457:4, 1457:10, 1467:2, 1492:24, 1500:20, 1526:12, 1526:23, 1534:15, 1538:24, 1579:3, 1582:23, 1582:24, 1583:9, 1583:10, 1584:6, 1587:14
**Got** - 1587:2
**gotta** - 1449:15, 1452:5, 1473:3, 1474:5, 1475:1, 1482:16, 1572:14
**gotten** - 1418:17
**Governed** - 1494:10
**Government** - 1370:12, 1420:10, 1447:6, 1536:9, 1564:8, 1587:6
**government** - 1371:23, 1372:17, 1373:19, 1375:1, 1375:3, 1375:8, 1376:14, 1378:25, 1379:2, 1379:13, 1392:16, 1401:7, 1402:4, 1402:13, 1402:17, 1408:5, 1409:8, 1412:24, 1415:5, 1415:8, 1418:22, 1421:12, 1421:24, 1430:22, 1432:9, 1435:21, 1443:13, 1443:16, 1443:21, 1447:1, 1447:5, 1447:22, 1448:2, 1470:4, 1487:7, 1487:10, 1491:1, 1491:9, 1491:13, 1526:2, 1528:19, 1537:8, 1537:11, 1537:17, 1538:13, 1540:24, 1545:13, 1545:22, 1545:23, 1579:17, 1589:4, 1589:6, 1589:18, 1591:9, 1591:12, 1591:18
**Government's** - 1385:12, 1499:7, 1502:6, 1502:10, 1502:14, 1503:15, 1504:5, 1504:9, 1504:15, 1557:10, 1559:1, 1560:25, 1561:13
**government's** - 1373:9, 1387:10, 1430:10, 1430:14, 1453:15, 1454:9, 1455:5, 1458:17, 1469:24, 1470:3, 1516:14, 1516:17, 1517:8, 1517:10, 1517:18, 1517:24, 1517:25, 1518:3, 1518:11, 1524:24, 1589:23, 1590:9, 1590:21, 1591:25
**granting** - 1383:1
**grateful** - 1592:11
**great** - 1488:18, 1488:19, 1489:3, 1489:21, 1491:6, 1491:15, 1518:18
**greatly** - 1431:5
**green** - 1499:19
**grew** - 1415:18
**ground** - 1467:8
**grounds** - 1376:1
**group** - 1482:1, 1527:3, 1546:4
**guerilla** - 1392:14
**guess** - 1439:24, 1454:1
**guilty** - 1408:10, 1432:8, 1464:17, 1591:5
**Gulliver** - 1388:1, 1388:2, 1388:21, 1389:8, 1392:23, 1393:10, 1393:18, 1394:5, 1394:9, 1394:24
**Gulliver's** - 1395:19
**guns** - 1507:7
**guy** - 1397:25, 1419:23, 1424:14, 1451:18, 1459:18, 1465:8, 1466:4, 1466:5, 1468:6, 1475:15, 1476:8, 1477:18, 1478:7, 1479:5, 1483:3, 1483:12, 1486:16, 1505:20, 1513:22, 1519:22, 1521:13, 1523:3, 1538:6, 1539:12, 1544:12, 1545:6, 1560:20
**guy's** - 1540:14
**Guyana** - 1372:5, 1374:4, 1378:5, 1378:13, 1378:20, 1378:22, 1380:5, 1380:9, 1380:17, 1383:2, 1387:15, 1387:17, 1387:19, 1389:1, 1389:4, 1390:8, 1390:14, 1391:2, 1391:9, 1395:2, 1396:1, 1397:2, 1402:1, 1402:9, 1404:10, 1405:3, 1407:17, 1407:24, 1409:2, 1409:24, 1410:4, 1411:6, 1411:20, 1412:1, 1412:7, 1412:10, 1412:12, 1412:13, 1413:3, 1413:22, 1414:12, 1414:23, 1414:25,

1415:1, 1430:5, 1430:8, 1430:9,
1443:12, 1454:12, 1455:18, 1456:10,
1465:4, 1465:5, 1467:8, 1471:15,
1480:4, 1480:7, 1480:9, 1480:10,
1490:24, 1502:25, 1504:13, 1505:16,
1506:8, 1519:14, 1519:20, 1550:24,
1556:6, 1556:16, 1564:24, 1569:15,
1570:8, 1570:12, 1570:20
 **Guyanese** - 1382:10, 1404:10,
1404:12, 1404:16, 1404:17, 1430:18,
1430:19, 1430:22, 1430:25, 1471:20,
1472:5, 1478:2, 1478:3, 1506:20,
1507:15, 1538:23
 **guys** - 1493:2, 1503:23, 1504:20,
1504:23, 1509:8, 1509:11, 1509:13,
1510:6, 1510:10, 1510:16, 1512:4,
1529:19, 1533:18, 1543:2

## H

 **H** - 1404:25
 **habit** - 1550:11
 **Had** - 1422:19
 **had** - 1375:17, 1378:3, 1378:12,
1378:18, 1379:20, 1380:1, 1380:22,
1380:24, 1381:3, 1381:22, 1382:4,
1382:9, 1382:22, 1382:25, 1383:1,
1383:19, 1384:15, 1385:8, 1387:23,
1388:3, 1388:4, 1388:5, 1388:12,
1389:18, 1392:13, 1392:20, 1393:20,
1394:9, 1394:10, 1394:12, 1394:24,
1395:3, 1395:4, 1395:5, 1397:9,
1397:20, 1401:7, 1401:25, 1402:4,
1402:5, 1402:11, 1402:14, 1402:17,
1402:19, 1403:12, 1404:13, 1405:2,
1405:3, 1405:15, 1405:17, 1406:19,
1407:23, 1407:24, 1408:11, 1408:15,
1409:2, 1409:4, 1409:13, 1409:23,
1410:8, 1411:21, 1412:9, 1413:9,
1415:1, 1415:8, 1415:17, 1417:14,
1417:16, 1417:22, 1419:23, 1421:12,
1423:21, 1424:14, 1424:15, 1425:19,
1425:21, 1426:19, 1426:21, 1427:25,
1428:20, 1429:19, 1430:4, 1430:7,
1430:9, 1430:10, 1432:14, 1434:21,
1435:13, 1444:17, 1445:9, 1449:18,
1454:10, 1454:12, 1454:15, 1454:18,
1455:17, 1455:19, 1457:6, 1464:18,
1465:1, 1471:17, 1475:18, 1476:15,
1476:16, 1476:17, 1477:13, 1479:25,
1481:23, 1484:19, 1484:24, 1487:8,
1490:19, 1490:23, 1490:25, 1491:23,
1494:6, 1494:13, 1494:17, 1496:16,
1499:12, 1499:14, 1499:23, 1500:9,
1500:10, 1500:13, 1500:23, 1503:2,
1503:9, 1503:11, 1508:3, 1508:18,
1510:15, 1513:16, 1519:5, 1522:4,
1522:7, 1526:2, 1528:14, 1549:15,
1549:25, 1550:18, 1550:23, 1552:2,
1552:6, 1552:25, 1553:25, 1556:5,
1558:9, 1558:19, 1559:10, 1561:11,
1561:20, 1561:22, 1564:6, 1564:20,
1565:13, 1565:16, 1570:10, 1570:11,
1573:3, 1576:11, 1576:18, 1577:18,
1577:21, 1577:25, 1578:9
 **hadn't** - 1419:19, 1428:18, 1443:13,
1483:24, 1527:24
 **Hadn't** - 1527:25
 **half** - 1442:13, 1443:2, 1443:3,
1444:2, 1444:4, 1483:23, 1483:25,
1567:12, 1567:14, 1580:25
 **hand** - 1423:20, 1465:13, 1485:15,
1487:15, 1536:24, 1536:25
 **handed** - 1485:12, 1485:13, 1486:13
 **handwriting** - 1402:14, 1425:15,
1425:17, 1425:18, 1429:18, 1429:19
 **Hanoman** - 1391:24, 1412:10, 1571:4
 **happen** - 1384:10, 1398:1, 1398:2,
1400:3, 1406:21, 1431:1, 1444:21,
1459:1, 1460:4, 1460:5, 1479:21

 **happened** - 1394:7, 1412:15,
1441:19, 1461:11, 1476:11, 1551:22
 **happening** - 1431:23, 1474:2,
1572:25
 **happens** - 1399:20, 1409:7, 1478:9,
1545:25, 1558:24
 **happy** - 1382:21
 **harassing** - 1387:11
 **hard** - 1373:7, 1391:5, 1437:1,
1510:7, 1510:11, 1538:12
 **hardwiring** - 1378:19
 **harm** - 1399:2, 1401:1, 1454:6,
1534:3, 1560:4
 **harmed** - 1560:23
 **has** - 1371:23, 1373:11, 1373:24,
1374:25, 1375:16, 1379:8, 1407:6,
1417:3, 1424:12, 1429:22, 1432:9,
1432:10, 1443:4, 1443:11, 1449:22,
1453:24, 1455:4, 1457:14, 1457:15,
1457:24, 1458:2, 1458:6, 1458:22,
1458:24, 1460:3, 1491:5, 1491:13,
1497:3, 1509:12, 1517:24, 1539:14,
1543:21, 1544:13, 1544:16, 1575:12,
1582:10, 1582:19, 1582:21, 1582:22,
1583:12, 1591:12
 **Has** - 1376:14
 **hates** - 1392:5, 1497:22, 1498:13
 **Have** - 1380:6, 1386:1, 1405:24,
1406:1, 1407:12, 1418:24, 1528:14,
1584:22, 1588:9
 **have** - 1371:16, 1372:15, 1373:7,
1373:15, 1373:16, 1375:19, 1376:16,
1377:12, 1379:3, 1380:4, 1380:11,
1380:14, 1383:9, 1383:12, 1383:14,
1383:17, 1384:17, 1386:18, 1387:5,
1390:14, 1391:3, 1391:4, 1391:8,
1393:3, 1395:7, 1396:25, 1399:4,
1400:7, 1400:25, 1401:1, 1401:14,
1402:6, 1402:15, 1404:21, 1405:18,
1405:21, 1406:1, 1406:2, 1407:9,
1409:20, 1410:1, 1410:10, 1413:14,
1417:22, 1418:7, 1418:17, 1419:25,
1420:5, 1420:10, 1421:1, 1421:8,
1423:6, 1423:19, 1423:21, 1424:5,
1430:9, 1430:13, 1424:17, 1428:5,
1428:6, 1429:24, 1430:12, 1430:22,
1431:19, 1433:19, 1434:17, 1436:20,
1438:3, 1438:14, 1438:17, 1438:21,
1439:24, 1441:7, 1441:11, 1441:19,
1441:23, 1441:24, 1442:2, 1442:5,
1442:14, 1442:16, 1443:14, 1443:21,
1445:9, 1446:20, 1447:13, 1447:20,
1449:16, 1450:10, 1451:10, 1452:17,
1454:25, 1455:8, 1455:12, 1458:14,
1459:13, 1460:8, 1461:23, 1462:6,
1465:7, 1467:7, 1468:18, 1468:20,
1472:14, 1475:2, 1476:18, 1477:6,
1478:5, 1478:16, 1478:19, 1478:21,
1482:20, 1485:11, 1487:20, 1489:14,
1490:16, 1498:2, 1505:21, 1507:18,
1509:14, 1510:7, 1513:12, 1513:22,
1514:20, 1515:9, 1515:12, 1515:17,
1516:19, 1522:25, 1523:11, 1523:12,
1524:8, 1528:24, 1529:8, 1530:18,
1531:3, 1531:6, 1531:23, 1534:13,
1535:12, 1536:15, 1539:2, 1539:21,
1540:3, 1546:2, 1546:12, 1548:4,
1549:12, 1552:7, 1552:9, 1552:25,
1553:5, 1553:20, 1556:18, 1556:23,
1562:6, 1562:7, 1562:17, 1562:21,
1562:22, 1564:9, 1564:13, 1564:19,
1565:19, 1565:25, 1566:12, 1569:11,
1569:23, 1570:2, 1571:18, 1571:19,
1572:1, 1574:18, 1577:3, 1577:5,
1577:24, 1578:5, 1578:8, 1579:3,
1579:12, 1579:15, 1580:24, 1581:1,
1581:3, 1581:4, 1581:12, 1581:18,
1581:20, 1582:14, 1584:16, 1587:3,
1587:14, 1587:24, 1588:6, 1588:16,
1588:19, 1589:10, 1589:15, 1592:6

 **haven't** - 1434:7, 1588:14
 **having** - 1377:22, 1399:6, 1423:12,
1446:24, 1493:2, 1519:8, 1519:10,
1528:8, 1530:12, 1553:25, 1555:1,
1559:9, 1572:24, 1573:15, 1580:7
 **he** - 1372:11, 1372:12, 1372:14,
1372:20, 1374:25, 1381:13, 1381:22,
1382:7, 1382:9, 1382:14, 1382:22,
1382:24, 1382:25, 1384:7, 1385:1,
1385:2, 1385:7, 1386:22, 1387:1,
1387:12, 1388:6, 1388:7, 1389:11,
1389:12, 1389:15, 1389:16, 1390:3,
1392:12, 1394:10, 1394:11, 1394:15,
1394:16, 1394:19, 1394:20, 1395:4,
1395:5, 1395:6, 1397:3, 1397:4,
1397:8, 1397:15, 1397:17, 1397:20,
1397:22, 1398:22, 1399:1, 1399:4,
1399:5, 1401:4, 1401:6, 1401:7,
1401:19, 1403:3, 1404:10, 1406:5,
1406:19, 1407:14, 1407:16, 1407:21,
1407:22, 1407:23, 1408:10, 1408:12,
1408:13, 1408:15, 1409:7, 1409:15,
1409:16, 1409:23, 1410:4, 1410:5,
1410:8, 1410:11, 1411:6, 1411:8,
1411:18, 1411:21, 1411:22, 1411:23,
1412:11, 1415:6, 1415:18, 1415:19,
1415:20, 1415:22, 1416:11, 1416:22,
1416:23, 1417:1, 1417:3, 1417:10,
1417:11, 1417:14, 1417:16, 1417:17,
1417:18, 1417:24, 1417:25, 1418:3,
1418:10, 1419:18, 1420:2, 1422:21,
1422:22, 1422:23, 1424:15, 1427:2,
1427:3, 1427:6, 1427:7, 1427:8,
1428:7, 1428:8, 1428:10, 1428:16,
1428:21, 1428:22, 1428:23, 1444:7,
1446:12, 1449:21, 1449:23, 1450:4,
1451:1, 1451:4, 1451:11, 1451:13,
1452:2, 1452:8, 1453:16, 1454:17,
1455:17, 1455:19, 1455:20, 1457:6,
1457:7, 1457:8, 1457:10, 1457:14,
1457:15, 1457:18, 1458:3, 1458:23,
1459:9, 1459:16, 1459:19, 1460:19,
1464:17, 1465:1, 1467:20, 1468:8,
1470:22, 1471:25, 1474:22, 1474:25,
1475:1, 1476:5, 1476:9, 1476:14,
1476:15, 1476:18, 1476:20, 1477:3,
1477:4, 1477:5, 1477:12, 1477:21,
1477:22, 1477:24, 1478:4, 1478:14,
1479:8, 1480:9, 1480:10, 1480:12,
1480:22, 1481:1, 1481:23, 1482:4,
1482:17, 1483:14, 1483:22, 1484:12,
1485:5, 1485:24, 1486:1, 1486:6,
1486:9, 1486:17, 1487:17, 1489:4,
1489:7, 1489:10, 1490:23, 1490:25,
1491:1, 1493:4, 1493:6, 1493:7,
1494:3, 1494:5, 1494:6, 1494:8,
1495:3, 1497:3, 1497:14, 1497:21,
1497:22, 1503:2, 1503:5, 1503:6,
1503:9, 1503:11, 1504:13, 1504:14,
1505:9, 1505:11, 1505:13, 1505:17,
1505:22, 1506:1, 1506:23, 1509:13,
1510:2, 1510:5, 1510:9, 1510:14,
1510:17, 1511:24, 1513:1, 1513:6,
1513:8, 1513:12, 1513:23, 1515:17,
1516:3, 1518:2, 1518:11, 1518:15,
1519:1, 1519:4, 1521:22, 1522:7,
1522:11, 1523:12, 1524:21, 1525:19,
1526:12, 1526:14, 1526:18, 1526:21,
1526:22, 1526:25, 1527:2, 1527:3,
1527:5, 1527:7, 1527:10, 1527:12,
1527:13, 1529:12, 1529:14, 1529:16,
1529:21, 1529:22, 1530:21, 1532:14,
1533:4, 1533:7, 1533:11, 1533:23,
1534:11, 1534:24, 1537:1, 1538:25,
1539:1, 1539:11, 1539:14, 1539:15,
1540:22, 1540:23, 1542:21, 1543:5,
1543:19, 1543:22, 1544:2, 1544:8,
1544:9, 1544:17, 1545:7, 1545:11,
1551:22, 1556:17, 1559:17, 1560:10,
1560:18, 1560:19, 1560:22, 1560:23,

1561:13, 1567:21, 1570:3, 1570:8,
1575:17, 1575:18, 1575:21, 1576:1,
1576:2, 1576:13, 1576:18, 1577:17,
1577:18, 1577:25, 1578:7, 1578:9,
1578:18, 1578:20
  **He** - 1371:14, 1382:9, 1384:11,
1387:2, 1387:4, 1389:17, 1390:1,
1392:12, 1394:21, 1395:3, 1401:7,
1401:9, 1407:19, 1416:17, 1416:18,
1417:11, 1417:22, 1419:20, 1422:21,
1422:22, 1426:21, 1426:25, 1427:9,
1428:15, 1429:2, 1444:15, 1446:13,
1451:5, 1451:9, 1451:10, 1451:12,
1453:14, 1457:12, 1458:6, 1459:12,
1459:14, 1466:9, 1467:19, 1467:22,
1467:23, 1475:21, 1476:7, 1480:12,
1481:13, 1481:15, 1482:20, 1483:22,
1486:1, 1486:6, 1493:6, 1500:6,
1503:13, 1505:8, 1506:22, 1510:10,
1510:19, 1513:8, 1518:13, 1518:25,
1521:22, 1522:25, 1523:4, 1527:15,
1527:16, 1533:2, 1533:24, 1534:9,
1538:24, 1538:25, 1539:18, 1539:19,
1539:22, 1540:8, 1540:10, 1543:25,
1545:9, 1551:22, 1560:11, 1572:23
  **He'd** - 1369:16, 1477:7
  **he'd** - 1418:1, 1477:5
  **he'll** - 1459:13, 1545:22
  **He's** - 1399:7, 1439:12, 1451:7,
1460:3, 1470:17, 1470:19, 1493:14,
1503:19, 1511:19, 1512:2, 1526:12,
1526:23, 1543:4
  **he's** - 1372:13, 1384:7, 1417:1,
1417:24, 1429:18, 1450:1, 1451:16,
1451:21, 1453:11, 1457:4, 1464:22,
1465:12, 1466:24, 1471:1, 1474:22,
1475:25, 1477:24, 1478:8, 1479:7,
1479:11, 1480:6, 1480:10, 1480:22,
1481:2, 1481:14, 1483:7, 1486:16,
1487:17, 1493:9, 1497:4, 1497:24,
1498:16, 1511:13, 1511:24, 1512:4,
1515:15, 1517:3, 1523:4, 1523:6,
1523:14, 1539:5, 1539:13, 1544:17
  **head** - 1411:23, 1423:21
  **Headley** - 1406:8, 1406:12
  **heads** - 1587:11, 1587:15
  **hear** - 1377:8, 1377:13, 1382:5,
1384:24, 1409:9, 1412:6, 1448:1,
1451:3, 1456:1, 1457:25, 1459:5,
1459:23, 1462:4, 1463:8, 1463:10,
1473:20, 1474:1, 1474:3, 1474:7,
1474:8, 1474:9, 1474:13, 1474:14,
1475:4, 1475:6, 1475:7, 1488:4,
1513:10, 1518:6, 1552:2, 1552:14,
1556:1, 1576:18, 1587:25, 1588:7,
1589:1, 1591:14
  **heard** - 1389:9, 1389:10, 1389:11,
1408:5, 1409:16, 1409:23, 1411:15,
1411:20, 1412:9, 1417:23, 1418:24,
1421:19, 1425:12, 1449:8, 1455:17,
1459:3, 1459:4, 1459:21, 1473:4,
1473:6, 1485:21, 1487:3, 1488:2,
1497:6, 1498:7, 1512:21, 1513:3,
1513:7, 1520:24, 1527:23, 1542:14,
1550:2, 1569:22, 1575:6, 1587:18,
1590:4
  **hearing** - 1417:23, 1473:17, 1590:25
  **hearsay** - 1373:10, 1373:14, 1381:24,
1403:1, 1455:15
  **heart** - 1417:2, 1417:7
  **heat** - 1545:15
  **heavy** - 1584:5
  **heels** - 1552:14, 1556:1
  **hello** - 1371:15
  **help** - 1380:16, 1406:5, 1411:3,
1416:1, 1455:8, 1457:21, 1461:16,
1465:17, 1468:4, 1477:22, 1505:8,
1527:12, 1530:23, 1569:23, 1576:14
  **helpful** - 1403:10, 1403:11, 1418:14,
1483:16

  **helping** - 1464:22, 1465:13, 1505:23
  **Her** - 1491:6, 1491:9
  **her** - 1384:10, 1401:23, 1402:1,
1402:4, 1402:10, 1402:18, 1404:6,
1404:12, 1404:13, 1404:22, 1405:7,
1405:24, 1406:1, 1406:11, 1406:19,
1406:23, 1406:24, 1409:16, 1420:9,
1421:8, 1421:9, 1422:18, 1422:21,
1422:22, 1423:20, 1423:21, 1424:10,
1424:11, 1424:15, 1424:19, 1436:3,
1436:5, 1436:6, 1436:7, 1436:10,
1438:11, 1438:21, 1438:24, 1442:25,
1443:1, 1443:4, 1443:5, 1443:8,
1443:12, 1444:7, 1445:4, 1445:6,
1445:8, 1445:21, 1445:22, 1445:24,
1446:1, 1446:3, 1452:4, 1457:21,
1458:8, 1458:12, 1459:15, 1459:16,
1466:2, 1466:11, 1466:14, 1466:20,
1467:11, 1467:13, 1468:8, 1468:11,
1491:5, 1491:10, 1491:12, 1491:13,
1500:24, 1501:2, 1530:5, 1530:9,
1531:12, 1532:19, 1533:24, 1534:13,
1534:14, 1543:16, 1545:19, 1550:14,
1550:19, 1550:21, 1550:23, 1551:2,
1551:23, 1551:24, 1551:25, 1552:1,
1552:8, 1552:9, 1552:14, 1555:4,
1555:5, 1555:7, 1556:1, 1557:15,
1558:13, 1560:11, 1560:14, 1560:15,
1562:14, 1564:16, 1564:20, 1565:11,
1570:10
  **here** - 1372:13, 1373:7, 1377:3,
1393:23, 1409:14, 1422:9, 1438:10,
1443:11, 1445:2, 1447:24, 1452:6,
1467:20, 1474:7, 1477:10, 1480:5,
1481:21, 1482:7, 1482:8, 1482:19,
1485:19, 1494:25, 1503:10, 1547:16,
1555:10, 1560:25, 1566:8, 1572:4,
1574:2, 1574:18, 1580:4, 1582:3,
1582:5, 1583:23, 1592:3
  **Here** - 1396:3, 1432:22, 1546:4
  **Here's** - 1540:4, 1571:21, 1574:13
  **hereby** - 1586:4
  **Hey** - 1480:16, 1513:16, 1554:17
  **hidden** - 1575:21
  **hide** - 1520:8, 1529:5
  **hiding** - 1411:23
  **high** - 1461:8, 1486:8
  **high-ranking** - 1486:8
  **highlight** - 1420:11, 1420:12
  **highlighting** - 1572:18
  **highly** - 1507:14
  **highly-decorated** - 1507:14
  **him** - 1372:12, 1381:5, 1381:7,
1381:8, 1381:13, 1381:15, 1381:17,
1382:20, 1383:2, 1384:5, 1384:24,
1385:4, 1385:9, 1386:9, 1387:5,
1387:8, 1387:9, 1388:24, 1389:15,
1389:25, 1392:1, 1392:23, 1393:1,
1393:12, 1394:4, 1394:8, 1397:5,
1397:7, 1397:8, 1397:12, 1397:14,
1397:15, 1397:20, 1399:5, 1401:4,
1403:3, 1406:10, 1407:6, 1407:12,
1408:2, 1408:8, 1409:1, 1409:10,
1409:14, 1409:19, 1409:21, 1409:22,
1410:5, 1410:10, 1411:9, 1411:21,
1412:4, 1412:10, 1413:6, 1413:9,
1414:19, 1415:17, 1416:3, 1416:9,
1416:10, 1417:6, 1417:7, 1417:18,
1418:1, 1418:2, 1418:13, 1418:22,
1419:25, 1424:5, 1426:20, 1428:20,
1428:23, 1428:24, 1432:6, 1439:3,
1444:15, 1445:2, 1445:3, 1446:9,
1446:11, 1451:12, 1451:17, 1452:6,
1454:14, 1455:20, 1463:6, 1467:16,
1467:24, 1468:3, 1470:20, 1470:25,
1471:1, 1471:4, 1471:16, 1471:18,
1471:19, 1471:20, 1472:18, 1473:4,
1473:6, 1473:16, 1474:1, 1474:7,
1475:6, 1475:12, 1475:22, 1475:23,
1476:3, 1476:5, 1476:15, 1476:18,

1476:20, 1476:21, 1476:22, 1476:25,
1477:6, 1477:9, 1477:11, 1477:16,
1478:4, 1478:6, 1478:9, 1478:10,
1478:11, 1478:13, 1478:14, 1478:17,
1478:22, 1479:6, 1480:4, 1480:6,
1481:1, 1481:2, 1481:6, 1481:17,
1481:20, 1481:21, 1481:22, 1481:23,
1481:25, 1482:3, 1482:7, 1482:8,
1482:9, 1482:10, 1482:11, 1482:14,
1482:17, 1482:21, 1483:4, 1483:6,
1483:9, 1483:10, 1483:20, 1484:4,
1484:6, 1484:8, 1484:11, 1484:14,
1484:19, 1484:21, 1485:5, 1485:15,
1485:21, 1486:13, 1486:25, 1487:3,
1487:4, 1487:6, 1487:7, 1487:15,
1487:16, 1488:7, 1488:12, 1488:15,
1489:18, 1489:19, 1490:15, 1490:16,
1490:18, 1490:19, 1490:22, 1490:23,
1491:2, 1491:17, 1491:23, 1491:24,
1492:23, 1493:1, 1493:4, 1493:6,
1493:8, 1493:10, 1493:11, 1493:22,
1494:2, 1495:3, 1496:24, 1497:13,
1497:17, 1497:20, 1497:23, 1497:25,
1501:7, 1501:9, 1501:20, 1502:3,
1502:22, 1502:23, 1502:25, 1503:2,
1503:5, 1504:1, 1504:2, 1504:3,
1504:4, 1504:6, 1504:11, 1504:12,
1504:15, 1505:4, 1505:20, 1505:23,
1507:3, 1509:7, 1509:11, 1510:18,
1510:23, 1511:16, 1514:20, 1515:9,
1515:13, 1516:3, 1516:4, 1516:6,
1516:7, 1516:16, 1517:12, 1517:21,
1518:6, 1518:14, 1518:18, 1518:23,
1519:1, 1519:5, 1520:5, 1521:15,
1521:21, 1522:24, 1523:1, 1523:5,
1523:6, 1523:9, 1523:11, 1523:12,
1523:15, 1523:17, 1524:1, 1524:7,
1524:8, 1524:23, 1526:15, 1527:4,
1527:12, 1529:10, 1529:14, 1533:12,
1533:19, 1534:10, 1535:25, 1536:13,
1536:25, 1537:1, 1537:4, 1537:7,
1537:23, 1538:2, 1538:16, 1538:17,
1538:20, 1538:21, 1539:2, 1539:21,
1540:13, 1543:6, 1544:16, 1545:9,
1545:15, 1546:1, 1546:9, 1551:15,
1558:20, 1560:15, 1560:17, 1560:19,
1564:8, 1569:22, 1575:17, 1575:24,
1575:25, 1576:13, 1576:17, 1577:16,
1577:24, 1578:9, 1578:13, 1578:18,
1578:20, 1578:25
  **himself** - 1397:3, 1420:9, 1475:12,
1481:12, 1527:3, 1539:14
  **hired** - 1581:7
  **His** - 1388:1, 1501:23, 1522:8,
1578:23
  **his** - 1372:8, 1372:20, 1375:9,
1382:12, 1382:21, 1382:22, 1384:6,
1384:7, 1386:12, 1388:13, 1388:23,
1389:11, 1390:2, 1392:13, 1397:21,
1398:21, 1399:8, 1400:8, 1400:9,
1402:23, 1402:25, 1403:2, 1403:4,
1407:6, 1407:20, 1408:11, 1408:14,
1408:16, 1410:3, 1410:4, 1410:8,
1410:9, 1410:10, 1411:18, 1411:21,
1411:23, 1411:24, 1412:6, 1412:13,
1415:22, 1415:23, 1416:12, 1417:3,
1427:21, 1430:4, 1439:2, 1450:1,
1451:5, 1455:17, 1455:18, 1457:8,
1457:14, 1457:15, 1457:16, 1475:12,
1475:13, 1477:4, 1477:6, 1478:2,
1478:24, 1481:6, 1482:4, 1483:14,
1483:15, 1485:23, 1486:3, 1486:25,
1487:4, 1494:6, 1500:4, 1501:21,
1512:13, 1514:16, 1518:19, 1518:22,
1522:8, 1522:12, 1522:14, 1522:16,
1522:19, 1523:14, 1526:10, 1526:15,
1527:10, 1529:8, 1529:19, 1529:24,
1532:23, 1533:17, 1535:23, 1537:24,
1538:3, 1538:7, 1538:12, 1538:14,
1539:4, 1539:21, 1540:8, 1540:10,

1540:11, 1540:22, 1541:2, 1544:12,
1544:13, 1545:21, 1545:25, 1566:8,
1578:10, 1578:22
  **history** - 1389:13, 1391:25
  **hit** - 1412:19, 1442:3, 1510:12
  **holding** - 1500:5, 1500:6
  **Home** - 1408:13
  **home** - 1418:23, 1477:8, 1583:5,
1588:9
  **Honor** - 1371:5, 1373:11, 1373:24,
1375:16, 1376:11, 1377:19, 1391:13,
1395:12, 1395:22, 1398:12, 1399:15,
1400:13, 1400:18, 1403:8, 1413:14,
1422:4, 1422:6, 1431:17, 1431:25,
1433:20, 1439:14, 1442:21, 1447:14,
1449:20, 1449:24, 1456:23, 1457:1,
1461:5, 1461:13, 1462:6, 1462:9,
1462:14, 1473:12, 1473:15, 1479:16,
1482:23, 1482:25, 1485:10, 1486:20,
1492:2, 1492:5, 1494:19, 1494:21,
1496:11, 1500:16, 1502:4, 1508:9,
1514:13, 1516:20, 1532:8, 1535:13,
1546:13, 1546:16, 1547:22, 1553:21,
1557:10, 1559:4, 1559:23, 1562:21,
1566:16, 1567:3, 1571:18, 1572:1,
1579:18, 1579:23, 1584:16, 1586:2,
1586:23, 1587:3, 1587:7, 1590:23,
1591:7, 1591:15, 1591:16, 1592:4
  **Honor's** - 1398:19, 1589:7, 1589:12
  **Honorable** - 1370:9
  **hope** - 1428:10, 1463:16, 1523:13
  **hoped** - 1440:4, 1515:17
  **hopefully** - 1443:17, 1471:24
  **hoping** - 1453:15, 1468:8, 1491:1
  **horizon** - 1394:21
  **horn** - 1412:19
  **horrible** - 1497:22
  **horse** - 1375:20
  **hour** - 1423:4, 1442:2, 1442:13,
1461:21, 1472:12, 1472:19, 1483:12,
1483:13, 1508:9, 1549:20, 1567:12,
1567:13, 1568:16
  **hour's** - 1442:2
  **hours** - 1397:23, 1432:14, 1432:17,
1432:22, 1567:10
  **house** - 1394:12, 1412:13, 1412:18
  **Housing** - 1397:23
  **Housman** - 1538:22
  **How** - 1373:1, 1380:18, 1389:2,
1406:4, 1411:3, 1427:6, 1427:8,
1579:20, 1580:11, 1580:24, 1584:20
  **how** - 1380:24, 1388:2, 1413:7,
1423:6, 1423:14, 1424:14, 1428:2,
1432:14, 1432:18, 1437:15, 1441:1,
1441:3, 1441:13, 1441:15, 1441:18,
1442:1, 1444:22, 1450:25, 1459:18,
1464:21, 1468:18, 1477:9, 1481:24,
1482:2, 1482:4, 1490:23, 1492:7,
1493:1, 1517:2, 1519:19, 1520:8,
1525:25, 1535:5, 1540:12, 1549:16,
1550:3, 1553:13, 1553:15, 1554:17,
1560:20, 1562:22, 1567:11, 1582:18
  **however** - 1543:20, 1543:25
  **Hubert** - 1415:20, 1415:23
  **Hudson** - 1455:18, 1504:15
  **hum** - 1458:6
  **hundred** - 1451:2, 1451:4, 1451:8,
1451:11, 1452:9, 1478:23, 1550:8
  **hurt** - 1394:18, 1397:16, 1397:18,
1397:19, 1431:5, 1454:8, 1490:8
  **hurting** - 1475:16

## I

  **I** - 1371:6, 1371:7, 1371:8, 1371:9,
1371:12, 1371:15, 1371:16, 1372:1,
1372:8, 1372:15, 1372:17, 1372:18,
1372:19, 1372:22, 1373:2, 1373:7,
1373:15, 1373:16, 1373:24, 1374:1,
1374:2, 1374:7, 1374:17, 1374:24,

1375:1, 1375:4, 1375:5, 1375:10,
1375:16, 1375:19, 1376:2, 1376:18,
1376:19, 1376:21, 1377:6, 1377:7,
1377:8, 1377:11, 1377:20, 1379:2,
1379:10, 1379:12, 1379:16, 1380:3,
1380:14, 1381:6, 1381:8, 1381:15,
1381:18, 1381:19, 1381:20, 1381:21,
1381:22, 1382:14, 1382:15, 1382:21,
1382:22, 1382:23, 1382:24, 1382:25,
1383:8, 1383:11, 1383:15, 1383:16,
1383:22, 1384:4, 1384:16, 1384:17,
1384:23, 1384:24, 1385:2, 1385:5,
1385:7, 1385:20, 1386:4, 1387:7,
1387:9, 1387:16, 1387:21, 1388:22,
1389:3, 1389:6, 1389:9, 1389:10,
1389:11, 1389:14, 1389:25, 1390:5,
1390:10, 1390:13, 1390:15, 1390:19,
1390:20, 1391:4, 1391:11, 1392:8,
1392:14, 1392:20, 1392:21, 1393:6,
1393:7, 1393:18, 1394:6, 1394:8,
1394:17, 1394:19, 1395:2, 1395:7,
1395:8, 1395:14, 1395:16, 1395:20,
1396:9, 1396:19, 1396:23, 1396:25,
1397:2, 1397:3, 1397:5, 1397:8,
1397:10, 1397:12, 1397:13, 1397:15,
1397:20, 1397:25, 1398:6, 1398:16,
1398:17, 1398:23, 1398:25, 1399:1,
1399:14, 1400:3, 1400:7, 1400:14,
1400:15, 1400:16, 1400:24, 1401:6,
1401:8, 1401:12, 1402:23, 1403:5,
1404:2, 1404:10, 1404:25, 1405:14,
1406:2, 1406:9, 1406:21, 1407:23,
1409:2, 1409:13, 1409:19, 1409:20,
1410:2, 1410:7, 1411:5, 1411:13,
1411:20, 1411:21, 1412:1, 1412:7,
1412:10, 1412:14, 1412:16, 1412:22,
1413:5, 1413:11, 1413:12, 1413:14,
1413:17, 1413:19, 1413:21, 1413:23,
1413:25, 1414:3, 1414:18, 1415:1,
1416:5, 1416:13, 1417:5, 1417:16,
1417:23, 1417:25, 1418:1, 1418:3,
1418:6, 1418:14, 1418:21, 1419:2,
1419:13, 1419:18, 1419:22, 1419:24,
1419:25, 1420:5, 1420:25, 1421:9,
1421:15, 1422:2, 1422:24, 1423:16,
1423:17, 1423:18, 1423:20, 1423:22,
1424:11, 1424:13, 1424:17, 1425:22,
1425:23, 1426:1, 1426:2, 1426:5,
1426:8, 1426:18, 1426:20, 1426:22,
1427:3, 1427:7, 1427:15, 1427:21,
1427:24, 1427:25, 1428:5, 1428:6,
1428:9, 1428:15, 1428:20, 1428:23,
1428:24, 1429:6, 1429:7, 1429:14,
1429:22, 1429:23, 1429:24, 1430:1,
1431:11, 1431:13, 1431:19, 1431:23,
1432:11, 1433:12, 1433:19, 1433:24,
1435:8, 1435:11, 1435:25, 1436:1,
1436:7, 1436:14, 1436:25, 1437:4,
1437:9, 1437:17, 1438:10, 1438:12,
1438:13, 1439:1, 1439:3, 1439:10,
1439:19, 1439:24, 1440:4, 1440:12,
1440:14, 1441:1, 1441:5, 1441:13,
1441:18, 1441:19, 1441:21, 1441:22,
1442:4, 1442:5, 1442:17, 1442:18,
1443:5, 1443:10, 1443:11, 1444:6,
1444:18, 1444:23, 1445:5, 1445:6,
1446:13, 1447:4, 1447:10, 1447:13,
1447:17, 1447:24, 1449:12, 1449:16,
1449:24, 1451:1, 1451:4, 1451:12,
1451:14, 1452:9, 1452:17, 1452:24,
1453:1, 1453:4, 1453:5, 1453:14,
1453:17, 1453:19, 1453:20, 1454:1,
1454:3, 1454:4, 1454:5, 1454:15,
1454:16, 1454:25, 1455:16, 1455:17,
1455:18, 1455:21, 1456:9, 1456:16,
1456:17, 1456:18, 1456:19, 1457:16,
1457:17, 1457:18, 1457:19, 1458:8,
1458:10, 1458:14, 1458:16, 1459:4,
1459:13, 1460:18, 1460:20, 1461:5,
1461:9, 1461:14, 1461:17, 1461:24,

1462:6, 1462:11, 1462:19, 1462:21,
1463:11, 1464:2, 1464:9, 1464:15,
1464:19, 1464:20, 1464:24, 1465:1,
1465:11, 1465:22, 1465:23, 1466:4,
1466:21, 1467:14, 1467:22, 1467:23,
1468:5, 1468:8, 1468:9, 1468:17,
1469:8, 1469:9, 1469:11, 1469:13,
1471:3, 1471:4, 1471:7, 1471:11,
1471:17, 1471:24, 1472:14, 1472:18,
1473:6, 1473:9, 1473:12, 1473:17,
1473:18, 1473:20, 1474:7, 1474:8,
1474:14, 1475:7, 1475:8, 1475:14,
1475:18, 1475:21, 1475:22, 1475:23,
1475:24, 1476:2, 1476:10, 1476:16,
1476:18, 1476:24, 1477:11, 1477:12,
1477:13, 1477:15, 1477:17, 1477:19,
1477:23, 1478:1, 1478:4, 1478:13,
1478:14, 1478:19, 1478:21, 1478:24,
1479:1, 1479:18, 1479:20, 1480:5,
1480:16, 1480:18, 1480:25, 1481:6,
1481:11, 1481:19, 1482:3, 1482:11,
1483:4, 1483:19, 1483:23, 1483:25,
1484:6, 1484:19, 1484:20, 1485:15,
1485:21, 1485:25, 1486:5, 1486:16,
1486:20, 1487:3, 1487:7, 1487:8,
1487:9, 1487:24, 1488:5, 1488:12,
1489:4, 1489:5, 1489:7, 1489:10,
1489:17, 1489:24, 1490:19, 1490:22,
1490:23, 1490:25, 1491:1, 1491:2,
1491:23, 1491:24, 1493:11, 1494:5,
1494:6, 1494:13, 1494:17, 1495:2,
1496:1, 1496:18, 1497:12, 1497:21,
1498:1, 1498:5, 1498:11, 1498:18,
1498:19, 1499:23, 1500:6, 1500:17,
1501:20, 1501:22, 1502:1, 1502:3,
1502:23, 1503:4, 1503:7, 1503:9,
1503:12, 1503:14, 1503:20, 1504:6,
1504:12, 1504:14, 1504:16, 1504:18,
1504:25, 1505:2, 1505:4, 1505:7,
1505:14, 1505:16, 1505:18, 1505:23,
1505:24, 1506:3, 1506:5, 1506:11,
1506:12, 1506:16, 1507:14, 1507:17,
1508:8, 1509:6, 1509:21, 1510:17,
1510:19, 1510:22, 1510:25, 1511:10,
1512:20, 1513:3, 1513:6, 1513:7,
1513:10, 1513:18, 1513:20, 1514:19,
1514:24, 1515:4, 1516:6, 1516:10,
1516:11, 1516:18, 1516:19, 1517:6,
1517:9, 1517:12, 1517:13, 1517:17,
1517:21, 1518:1, 1518:6, 1518:21,
1519:2, 1519:4, 1519:7, 1519:10,
1519:18, 1519:21, 1519:24, 1520:2,
1520:16, 1520:23, 1521:8, 1521:10,
1521:22, 1522:3, 1522:6, 1522:16,
1522:18, 1522:23, 1522:5, 1523:13,
1523:19, 1523:21, 1523:22, 1523:23,
1524:5, 1524:7, 1524:8, 1524:18,
1525:3, 1525:14, 1525:15, 1525:18,
1525:23, 1526:4, 1526:7, 1526:11,
1526:18, 1527:2, 1527:5, 1527:7,
1527:8, 1527:10, 1527:17, 1527:20,
1527:22, 1527:24, 1528:3, 1528:5,
1528:12, 1529:14, 1529:23, 1530:2,
1530:7, 1530:9, 1530:20, 1531:11,
1534:13, 1534:14, 1534:19, 1534:20,
1535:3, 1535:5, 1535:6, 1535:12,
1536:3, 1536:13, 1536:14, 1536:20,
1536:25, 1537:3, 1537:6, 1538:17,
1538:19, 1538:20, 1538:21, 1538:23,
1539:9, 1539:11, 1540:12, 1540:16,
1540:20, 1541:1, 1541:4, 1542:8,
1543:23, 1544:8, 1545:2, 1545:4,
1545:11, 1545:12, 1545:13, 1545:18,
1546:6, 1546:12, 1547:16, 1547:22,
1547:24, 1548:6, 1548:7, 1548:14,
1549:12, 1551:21, 1551:23, 1552:1,
1552:7, 1552:13, 1553:15, 1553:16,
1553:19, 1553:20, 1553:23, 1554:19,
1555:9, 1555:22, 1557:9, 1558:5,
1558:25, 1559:1, 1559:15, 1559:18,

1560:5, 1560:14, 1560:15, 1560:16,
1560:18, 1560:20, 1560:24, 1561:1,
1562:11, 1562:14, 1562:17, 1562:21,
1564:5, 1564:18, 1564:24, 1565:14,
1566:6, 1566:8, 1566:9, 1566:12,
1567:8, 1567:10, 1567:15, 1567:16,
1567:23, 1568:10, 1568:16, 1568:22,
1568:25, 1569:7, 1569:8, 1569:9,
1569:11, 1569:12, 1569:15, 1569:16,
1570:1, 1570:17, 1570:19, 1570:20,
1571:3, 1571:5, 1571:12, 1571:19,
1571:20, 1571:21, 1572:2, 1572:3,
1572:15, 1573:2, 1573:3, 1574:4,
1574:6, 1574:11, 1575:9, 1576:1,
1576:13, 1576:14, 1576:17, 1577:3,
1577:5, 1577:16, 1577:19, 1577:23,
1577:25, 1578:5, 1578:7, 1578:8,
1578:15, 1578:16, 1578:20, 1579:2,
1579:3, 1579:4, 1579:15, 1580:7,
1580:13, 1581:3, 1581:4, 1581:11,
1581:18, 1581:25, 1582:16, 1582:19,
1582:25, 1583:19, 1584:16, 1584:24,
1585:2, 1585:4, 1585:5, 1585:6,
1585:9, 1586:2, 1586:22, 1587:3,
1587:10, 1587:11, 1587:19, 1587:21,
1587:24, 1588:1, 1588:2, 1588:6,
1588:18, 1588:21, 1588:24, 1589:3,
1589:4, 1589:10, 1589:11, 1589:14,
1589:15, 1589:16, 1589:22, 1589:24,
1590:1, 1590:4, 1590:5, 1590:10,
1590:11, 1590:18, 1590:20, 1590:23,
1590:25, 1591:2, 1591:8, 1591:15,
1591:20, 1592:10, 1593:3, 1593:7
  **I'd** - 1488:15
  **I'll** - 1374:6, 1375:13, 1376:8,
1377:14, 1401:22, 1407:5, 1426:11,
1431:8, 1436:8, 1442:22, 1442:25,
1445:6, 1445:8, 1453:18, 1459:6,
1468:10, 1468:12, 1508:11, 1525:11,
1532:9, 1546:22, 1566:12, 1566:17,
1569:10, 1570:4, 1571:21, 1576:8,
1588:22, 1588:25, 1590:14
  **I'm** - 1371:24, 1373:18, 1373:22,
1375:13, 1375:25, 1376:3, 1376:7,
1376:12, 1376:18, 1383:5, 1383:15,
1384:2, 1388:17, 1389:12, 1389:13,
1395:11, 1396:20, 1399:17, 1403:7,
1414:2, 1416:2, 1416:4, 1423:19,
1426:11, 1428:3, 1430:2, 1430:17,
1431:2, 1432:6, 1432:7, 1434:14,
1436:10, 1437:6, 1440:14, 1443:4,
1445:2, 1445:3, 1449:20, 1452:18,
1453:4, 1453:5, 1453:8, 1453:21,
1454:25, 1458:15, 1461:10, 1461:15,
1462:4, 1463:24, 1467:23, 1467:24,
1471:8, 1474:3, 1474:15, 1475:5,
1477:12, 1479:13, 1481:21, 1481:23,
1482:8, 1483:3, 1483:11, 1484:1,
1489:18, 1491:21, 1493:22, 1504:21,
1507:17, 1507:20, 1508:10, 1513:7,
1513:10, 1514:13, 1524:18, 1525:23,
1525:25, 1527:8, 1528:2, 1528:5,
1528:16, 1536:1, 1536:9, 1539:9,
1539:22, 1540:9, 1543:1, 1547:10,
1547:20, 1548:1, 1550:8, 1552:13,
1555:10, 1560:7, 1564:8, 1564:21,
1566:24, 1568:5, 1572:21, 1574:11,
1580:17, 1581:24, 1583:22, 1586:7,
1587:14, 1589:13, 1589:15, 1589:20,
1590:9, 1592:11
  **I've** - 1384:3, 1384:6, 1434:5, 1439:2,
1494:24, 1550:14, 1577:25, 1589:5
  **idea** - 1380:11, 1380:14, 1424:13,
1490:16, 1505:21, 1508:3, 1510:15,
1519:12, 1519:16, 1519:23, 1520:8,
1525:4, 1584:4
  **ideas** - 1380:24
  **identical** - 1583:19
  **identification** - 1379:9, 1379:15,
1390:22, 1395:10, 1395:11, 1395:14,

1413:17, 1421:13, 1421:14, 1426:3,
1426:4, 1429:6, 1431:8, 1431:9,
1569:8, 1569:9, 1570:15, 1573:10
  **identified** - 1485:19, 1524:22
  **identifies** - 1518:20
  **identify** - 1414:24
  **identifying** - 1518:14
  **if** - 1376:2, 1376:16, 1388:14, 1398:1,
1398:18, 1398:21, 1399:20, 1407:21,
1407:22, 1411:5, 1418:14, 1418:17,
1418:21, 1423:15, 1423:17, 1423:19,
1431:5, 1436:4, 1436:5, 1437:4,
1438:12, 1439:9, 1440:15, 1441:3,
1441:9, 1441:20, 1442:4, 1442:13,
1442:17, 1444:15, 1449:18, 1451:21,
1456:15, 1478:7, 1488:18, 1489:2,
1489:17, 1490:1, 1490:7, 1491:4,
1494:3, 1497:13, 1498:2, 1512:12,
1513:12, 1527:8, 1528:24, 1530:21,
1532:1, 1539:11, 1544:17, 1547:15,
1552:7, 1553:16, 1555:9, 1555:22,
1562:5, 1562:21, 1566:12, 1582:11,
1583:2, 1586:22, 1588:15, 1588:23,
1589:21, 1590:2, 1590:11
  **if** - 1371:6, 1374:25, 1375:16,
1375:20, 1376:18, 1379:15, 1383:15,
1384:4, 1384:8, 1386:20, 1388:25,
1390:22, 1393:7, 1396:10, 1397:15,
1397:17, 1397:18, 1399:1, 1399:8,
1403:2, 1405:14, 1406:10, 1406:23,
1409:20, 1410:2, 1411:8, 1412:11,
1416:16, 1420:11, 1420:17, 1421:2,
1421:7, 1423:14, 1424:6, 1424:9,
1424:16, 1428:7, 1429:6, 1433:24,
1436:9, 1437:6, 1437:25, 1438:7,
1440:5, 1440:23, 1443:6, 1443:13,
1444:3, 1444:18, 1444:20, 1449:8,
1449:21, 1450:20, 1452:9, 1454:1,
1454:25, 1457:18, 1457:19, 1460:3,
1464:20, 1464:21, 1467:20, 1471:6,
1475:1, 1476:14, 1480:6, 1480:9,
1480:10, 1480:22, 1481:1, 1481:2,
1481:18, 1483:11, 1483:24, 1484:1,
1486:16, 1489:4, 1489:18, 1489:20,
1491:5, 1491:12, 1491:14, 1491:21,
1493:6, 1494:7, 1495:2, 1496:6,
1496:23, 1497:1, 1497:2, 1497:14,
1497:23, 1498:12, 1498:15, 1509:11,
1509:13, 1513:16, 1515:1, 1515:15,
1517:11, 1520:12, 1520:21, 1521:21,
1523:23, 1525:19, 1533:4, 1533:7,
1533:11, 1533:23, 1534:14, 1535:1,
1538:22, 1540:18, 1540:23, 1544:24,
1545:24, 1548:4, 1548:12, 1552:13,
1553:20, 1553:23, 1557:9, 1559:1,
1559:16, 1559:17, 1560:11, 1560:22,
1560:23, 1562:3, 1564:10, 1566:3,
1570:3, 1570:16, 1572:21, 1572:25,
1575:5, 1578:6, 1578:20, 1588:14,
1588:17, 1588:21, 1589:11, 1589:12,
1589:15, 1590:10
  **ignorance** - 1398:23
  **ignorant** - 1398:23
  **ignore** - 1384:25
  **ignored** - 1384:23
  **iii** - 1479:2, 1591:13
  **illegal** - 1439:7, 1439:18, 1439:20,
1440:2, 1440:6, 1477:4, 1480:10
  **illegally** - 1477:10
  **immaterial** - 1523:15
  **immediately** - 1394:14
  **imparted** - 1402:25, 1403:3
  **impeach** - 1372:7
  **impeachment** - 1391:23
  **important** - 1385:8, 1387:23,
1402:21, 1402:22, 1403:5, 1439:15,
1439:17, 1440:7, 1440:16, 1440:25,
1441:10, 1450:25, 1461:7, 1476:25,
1498:7, 1517:2, 1518:11, 1518:15,
1521:4, 1521:6, 1522:19, 1522:21,

1522:23, 1523:17, 1523:19, 1530:12,
1531:19
  **importantly** - 1591:11
  **imported** - 1454:12
  **impression** - 1432:7, 1435:22,
1454:17
  **improper** - 1385:11
  **improve** - 1581:21
  **Imran** - 1409:5
  **Imran** - 1389:18, 1389:20, 1389:25,
1390:6, 1393:15, 1393:21, 1393:23,
1409:3, 1409:4
  **in** - 1372:5, 1372:11, 1372:14, 1374:2,
1374:4, 1374:7, 1375:2, 1375:13,
1375:25, 1376:3, 1376:8, 1376:13,
1377:2, 1378:5, 1378:10, 1378:13,
1379:3, 1379:21, 1380:4, 1380:5,
1380:11, 1381:23, 1382:9, 1382:12,
1383:2, 1385:7, 1385:23, 1387:19,
1388:4, 1388:6, 1388:11, 1388:13,
1389:1, 1389:4, 1389:7, 1389:19,
1390:2, 1390:5, 1390:8, 1390:16,
1390:17, 1390:23, 1391:2, 1391:3,
1391:9, 1391:11, 1391:17, 1392:1,
1392:8, 1392:12, 1392:14, 1392:17,
1393:8, 1393:21, 1393:25, 1394:16,
1394:18, 1394:21, 1395:2, 1395:8,
1395:20, 1396:8, 1396:14, 1396:24,
1397:1, 1397:2, 1397:3, 1397:12,
1397:22, 1397:23, 1398:4, 1398:8,
1399:18, 1399:19, 1399:21, 1401:1,
1401:9, 1401:13, 1401:21, 1401:24,
1402:2, 1402:5, 1402:8, 1402:9,
1402:11, 1402:18, 1402:25, 1403:4,
1403:13, 1403:16, 1403:17, 1404:8,
1404:11, 1404:12, 1405:1, 1405:2,
1405:7, 1405:9, 1405:15, 1405:17,
1405:21, 1405:24, 1406:1, 1406:6,
1406:8, 1406:10, 1406:13, 1406:19,
1406:21, 1406:25, 1407:1, 1407:12,
1407:16, 1407:24, 1408:22, 1409:2,
1409:7, 1409:10, 1409:12, 1409:24,
1410:1, 1410:2, 1410:3, 1411:3,
1411:6, 1411:18, 1411:19, 1411:20,
1411:24, 1412:1, 1412:4, 1412:7,
1412:10, 1412:12, 1412:13, 1412:16,
1412:23, 1412:24, 1413:6, 1413:24,
1415:1, 1415:8, 1415:9, 1415:18,
1415:19, 1415:22, 1415:24, 1416:7,
1416:13, 1416:17, 1417:1, 1417:11,
1417:18, 1418:1, 1418:6, 1418:7,
1418:17, 1418:20, 1419:15, 1419:18,
1419:24, 1420:7, 1420:14, 1421:9,
1421:11, 1421:17, 1422:1, 1422:2,
1422:21, 1422:24, 1422:25, 1423:6,
1423:16, 1423:21, 1424:10, 1424:11,
1424:13, 1424:18, 1424:20, 1424:23,
1424:24, 1425:7, 1425:17, 1425:21,
1425:23, 1425:24, 1426:9, 1426:17,
1426:19, 1426:22, 1426:24, 1427:17,
1427:22, 1427:24, 1428:4, 1428:8,
1428:11, 1428:14, 1428:16, 1429:19,
1430:2, 1430:5, 1430:15, 1430:17,
1432:23, 1433:8, 1433:10, 1433:23,
1435:1, 1436:2, 1436:10, 1437:24,
1438:8, 1438:13, 1438:17, 1440:16,
1441:11, 1441:20, 1441:22, 1442:10,
1442:21, 1442:25, 1443:1, 1443:17,
1444:7, 1444:15, 1445:2, 1445:3,
1445:7, 1445:14, 1445:24, 1446:1,
1446:9, 1446:14, 1447:3, 1449:6,
1449:14, 1449:15, 1449:16, 1450:8,
1450:11, 1450:13, 1450:16, 1450:18,
1450:21, 1450:24, 1451:12, 1451:21,
1451:23, 1453:11, 1453:22, 1454:12,
1455:9, 1455:12, 1455:18, 1455:23,
1456:10, 1458:4, 1458:8, 1458:17,
1459:18, 1460:2, 1460:9, 1461:9,
1461:16, 1461:20, 1463:3, 1463:6,
1464:17, 1464:24, 1464:25, 1465:4,

1467:8, 1468:2, 1468:12, 1468:20, 1469:2, 1471:17, 1471:19, 1471:22, 1471:23, 1471:25, 1473:4, 1474:3, 1474:5, 1474:13, 1474:18, 1475:2, 1475:12, 1475:25, 1477:7, 1477:22, 1478:16, 1478:24, 1479:5, 1479:7, 1479:16, 1479:19, 1479:22, 1479:24, 1480:2, 1480:3, 1480:4, 1480:6, 1480:7, 1480:10, 1481:13, 1481:16, 1481:23, 1482:1, 1482:20, 1483:2, 1483:9, 1483:11, 1483:12, 1483:13, 1484:24, 1485:9, 1485:22, 1486:1, 1486:2, 1486:16, 1487:2, 1487:16, 1488:24, 1490:17, 1490:24, 1490:25, 1491:5, 1491:10, 1491:13, 1491:18, 1491:21, 1492:12, 1493:1, 1493:9, 1493:21, 1493:23, 1494:8, 1494:11, 1494:17, 1495:1, 1496:5, 1496:6, 1496:7, 1496:20, 1496:22, 1497:10, 1497:25, 1498:16, 1498:24, 1499:2, 1499:7, 1499:13, 1499:21, 1500:6, 1500:7, 1500:14, 1500:23, 1501:6, 1502:25, 1504:13, 1504:17, 1505:13, 1505:16, 1506:7, 1506:21, 1506:22, 1506:23, 1507:12, 1507:14, 1507:25, 1508:24, 1509:13, 1510:16, 1511:8, 1511:12, 1511:14, 1512:10, 1512:18, 1513:5, 1513:7, 1513:13, 1513:17, 1513:18, 1513:19, 1513:20, 1516:4, 1516:8, 1517:1, 1519:14, 1519:20, 1519:21, 1520:23, 1521:6, 1521:13, 1523:3, 1524:3, 1526:2, 1526:16, 1526:19, 1526:24, 1529:3, 1529:5, 1531:19, 1532:1, 1532:8, 1532:22, 1533:22, 1534:2, 1534:9, 1535:2, 1535:20, 1536:6, 1538:4, 1539:5, 1539:22, 1542:7, 1542:8, 1543:12, 1543:13, 1543:21, 1543:22, 1544:2, 1544:6, 1544:13, 1544:15, 1544:16, 1544:17, 1545:5, 1545:12, 1545:22, 1546:22, 1547:1, 1547:4, 1548:1, 1548:5, 1548:16, 1548:21, 1549:13, 1549:17, 1549:18, 1550:5, 1550:21, 1551:1, 1551:20, 1551:24, 1552:2, 1552:3, 1552:6, 1552:7, 1552:8, 1552:10, 1552:20, 1553:9, 1554:20, 1555:24, 1556:1, 1556:8, 1556:16, 1556:17, 1557:4, 1557:10, 1557:19, 1557:24, 1558:5, 1558:10, 1558:16, 1559:3, 1560:1, 1560:3, 1560:10, 1561:17, 1562:14, 1562:17, 1563:1, 1563:4, 1565:9, 1565:22, 1566:8, 1566:15, 1566:17, 1567:18, 1569:10, 1570:7, 1570:10, 1570:12, 1571:10, 1571:17, 1571:23, 1572:14, 1573:5, 1574:4, 1574:6, 1575:3, 1575:16, 1575:24, 1576:4, 1576:12, 1576:16, 1577:21, 1578:1, 1580:16, 1581:1, 1581:4, 1581:5, 1581:18, 1581:24, 1582:5, 1582:10, 1582:20, 1582:22, 1583:4, 1583:10, 1583:15, 1583:19, 1583:22, 1583:23, 1584:9, 1584:15, 1585:4, 1586:1, 1586:10, 1586:14, 1586:20, 1587:1, 1587:19, 1588:18, 1588:20, 1589:2, 1589:7, 1589:8, 1589:9, 1589:12, 1589:14, 1589:19, 1590:5, 1590:8, 1591:1, 1591:3, 1591:8, 1591:13, 1591:15, 1591:21, 1591:25, 1592:10
**inaccurate** - 1464:5, 1464:19

**Inaccurate** - 1464:8
**inadmissible** - 1455:13
**inaudibility** - 1474:18
**inaudible** - 1458:15, 1459:5
**inch** - 1513:6, 1513:9
**inches** - 1584:2, 1584:3
**inclination** - 1588:19
**include** - 1397:18, 1589:21
**included** - 1427:4, 1463:15, 1589:22
**including** - 1388:10, 1404:15, 1421:18, 1465:18, 1499:22
**inconsistent** - 1465:15, 1465:16, 1465:17
**incorrect** - 1486:14
**incurring** - 1427:16
**indeed** - 1407:1
**independently** - 1393:6
**Index** - 1593:1
**indicated** - 1382:9, 1502:23, 1576:18
**indictment** - 1464:25, 1589:10
**individual** - 1498:7
**inferences** - 1386:1
**inflame** - 1373:21
**influence** - 1386:12
**informant** - 1388:4, 1476:22, 1479:7
**informants** - 1477:1, 1479:7
**information** - 1374:10, 1374:20, 1375:7, 1380:16, 1380:19, 1380:20, 1380:22, 1381:2, 1381:20, 1381:23, 1381:24, 1385:24, 1391:20, 1391:25, 1392:2, 1392:9, 1392:10, 1392:20, 1392:22, 1393:1, 1393:3, 1393:7, 1393:9, 1393:11, 1394:4, 1394:23, 1396:10, 1402:24, 1403:9, 1405:20, 1406:23, 1406:24, 1407:3, 1408:11, 1408:14, 1416:15, 1416:16, 1418:21, 1423:21, 1424:16, 1431:24, 1441:6, 1441:19, 1453:24, 1454:2, 1454:3, 1454:6, 1454:8, 1454:18, 1454:19, 1455:1, 1455:4, 1455:8, 1455:11, 1456:21, 1457:4, 1457:6, 1457:7, 1457:8, 1457:10, 1457:13, 1466:12, 1466:16, 1466:24, 1467:1, 1473:11, 1477:6, 1477:11, 1477:25, 1479:6, 1479:8, 1481:22, 1482:17, 1493:4, 1494:16, 1495:2, 1510:23, 1510:25, 1512:8, 1515:6, 1524:8, 1524:13, 1530:25, 1531:4, 1531:23, 1532:1, 1545:7, 1551:2, 1554:3, 1555:2, 1555:4, 1555:5, 1575:17, 1577:18, 1581:4, 1587:16, 1587:17, 1587:20, 1587:21
**informed** - 1559:9
**initial** - 1379:1
**initially** - 1371:6, 1426:25
**inmate** - 1493:2
**innocent** - 1464:4
**input** - 1455:19, 1589:15
**Ins** - 1477:7
**inside** - 1388:4
**insist** - 1449:22
**inspect** - 1380:2
**installment** - 1501:3
**instance** - 1455:7
**instant** - 1557:18, 1558:6, 1558:12
**instant-message** - 1557:18
**instant-messaging** - 1558:12
**instruct** - 1398:20, 1444:25, 1591:16
**instructed** - 1461:14, 1493:20
**instruction** - 1374:1, 1375:6, 1398:19, 1447:20, 1447:24, 1448:4, 1456:20, 1461:4, 1461:15, 1473:13, 1538:14, 1538:16, 1546:9, 1587:25, 1588:5
**instructions** - 1373:13, 1373:25, 1377:10, 1494:18, 1543:9
**insure** - 1570:3
**integration** - 1580:21
**intend** - 1419:6, 1421:5, 1432:25, 1433:2, 1433:8, 1585:9

**intended** - 1422:14, 1515:9
**intent** - 1523:8
**Intent** - 1523:9
**intention** - 1396:14, 1401:1, 1421:7, 1423:12, 1436:2, 1445:9
**intentions** - 1437:24
**interaction** - 1388:9, 1409:4, 1498:3
**intercept** - 1378:4
**interceptions** - 1378:14
**interest** - 1403:13, 1410:1, 1418:20, 1418:21, 1438:23, 1461:9
**interested** - 1389:12, 1415:22, 1436:10, 1442:25, 1539:22
**interface** - 1530:12
**interject** - 1444:23
**interjected** - 1444:24
**interjects** - 1444:20
**interpretation** - 1475:3
**interrupt** - 1547:7
**interruption** - 1388:18, 1547:24
**interview** - 1403:19, 1403:20, 1406:9, 1409:14
**interviewed** - 1406:12
**intimate** - 1405:3, 1405:18, 1520:21
**into** - 1371:9, 1371:23, 1388:2, 1393:8, 1399:4, 1400:15, 1400:16, 1403:12, 1404:10, 1407:23, 1415:24, 1416:3, 1418:7, 1422:4, 1426:11, 1429:9, 1431:15, 1444:9, 1444:25, 1445:8, 1450:21, 1471:3, 1472:13, 1476:14, 1477:5, 1478:3, 1478:8, 1511:5, 1512:13, 1531:17, 1539:15, 1550:16, 1550:17, 1552:15, 1561:24, 1567:24, 1568:16, 1569:16, 1570:3, 1570:23, 1577:19, 1582:12, 1582:24, 1583:2, 1583:10, 1583:11, 1585:3, 1591:19
**introduce** - 1374:6, 1399:22, 1415:10, 1561:21
**introduced** - 1434:6, 1434:7
**introductory** - 1373:19, 1547:10, 1553:24
**investigate** - 1408:2, 1439:4, 1466:2
**investigating** - 1413:9, 1413:11
**investigation** - 1380:18, 1380:23, 1390:18, 1403:9, 1403:22, 1408:1, 1408:3, 1408:4, 1415:12, 1416:1, 1437:15, 1437:19, 1532:23, 1535:21, 1535:23, 1537:21, 1559:17, 1562:6
**Investigation** - 1513:1
**investigations** - 1437:16
**investigative** - 1560:19
**Investigator** - 1385:16
**investigator** - 1403:19, 1409:14, 1419:24, 1538:24, 1539:1, 1539:2, 1539:10
**investigators** - 1380:23, 1403:21, 1404:14, 1405:6, 1427:4, 1427:10, 1428:8, 1450:10, 1450:11, 1539:16, 1551:1, 1551:3, 1551:5, 1551:11
**invited** - 1547:16
**Involved** - 1504:13
**involved** - 1394:16, 1464:17, 1504:17, 1505:13, 1507:12, 1507:25, 1509:19, 1510:16, 1516:4, 1516:8, 1570:7, 1576:16, 1577:21, 1578:1
**involvement** - 1491:5, 1491:6, 1491:10
**involving** - 1389:16
**Ireland** - 1562:14, 1565:9, 1586:17
**Irizarry** - 1383:1, 1428:7, 1428:10, 1430:20, 1435:9, 1566:10
**Irizzary** - 1458:14, 1476:16, 1479:24
**Irving** - 1370:6, 1370:19, 1422:16, 1432:15, 1492:19, 1514:3, 1522:4, 1529:25, 1531:7, 1532:2, 1532:5, 1532:19, 1534:7, 1534:18, 1536:15, 1543:9, 1547:3, 1548:6, 1548:10, 1550:3, 1550:4, 1551:19, 1553:5, 1553:8, 1553:11, 1554:6, 1554:17,

1554:20, 1555:11, 1555:18, 1555:23,
1556:7, 1556:11, 1556:12, 1557:1,
1558:6, 1558:12, 1558:19, 1559:10,
1559:13, 1559:16, 1559:25, 1560:3,
1562:13, 1562:15, 1565:9, 1565:12,
1565:15, 1565:19, 1565:25, 1566:3,
1566:4, 1566:17, 1566:18, 1580:2,
1580:3, 1581:24, 1583:22, 1584:9,
1584:23, 1586:7, 1586:8, 1586:13,
1586:15, 1587:4, 1593:16

**Irving's** - 1425:18, 1549:3, 1549:16,
1550:10, 1557:13, 1560:14, 1564:15,
1586:9, 1586:16

**irvingaj** - 1557:13

**is** - 1412:23, 1417:14, 1431:6,
1439:23, 1475:4, 1485:9, 1487:12,
1519:3, 1538:2, 1549:3, 1555:11,
1566:15, 1566:17, 1573:15, 1573:18,
1583:12, 1588:13

**is** - 1371:19, 1372:4, 1372:14,
1372:18, 1372:19, 1373:1, 1373:14,
1374:6, 1374:15, 1374:16, 1374:18,
1374:25, 1375:1, 1375:4, 1375:11,
1375:19, 1375:20, 1376:1, 1376:2,
1377:7, 1378:19, 1379:4, 1381:23,
1383:4, 1383:14, 1383:23, 1384:6,
1384:24, 1385:14, 1386:16, 1387:17,
1387:18, 1389:20, 1389:23, 1391:19,
1392:1, 1392:2, 1392:3, 1392:4,
1392:5, 1392:10, 1392:21, 1392:24,
1395:25, 1397:4, 1397:9, 1397:16,
1398:18, 1398:19, 1398:20, 1398:23,
1398:25, 1399:22, 1400:10, 1401:23,
1402:21, 1403:1, 1405:1, 1405:9,
1406:12, 1407:14, 1409:5, 1410:6,
1411:18, 1413:1, 1413:12, 1414:3,
1414:11, 1414:12, 1416:21, 1417:17,
1417:20, 1418:6, 1419:23, 1420:13,
1420:15, 1420:18, 1420:24, 1421:23,
1421:25, 1422:1, 1422:9, 1424:22,
1425:21, 1426:2, 1426:23, 1427:2,
1429:17, 1431:1, 1432:3, 1432:4,
1434:3, 1435:4, 1436:13, 1436:17,
1436:19, 1436:23, 1436:24, 1437:4,
1437:7, 1437:10, 1437:12, 1437:19,
1437:22, 1437:24, 1438:7, 1438:11,
1438:18, 1438:23, 1440:18, 1442:11,
1442:16, 1442:20, 1443:21, 1444:21,
1444:22, 1444:25, 1445:22, 1445:24,
1447:11, 1447:21, 1448:2, 1449:3,
1449:11, 1449:15, 1450:1, 1450:4,
1450:25, 1451:1, 1451:19, 1451:20,
1451:23, 1451:25, 1452:4, 1452:15,
1452:18, 1453:5, 1453:6, 1453:12,
1453:25, 1454:1, 1454:18, 1454:19,
1455:1, 1455:6, 1455:9, 1455:10,
1455:11, 1455:13, 1455:23, 1456:3,
1456:12, 1456:14, 1457:14, 1458:16,
1458:23, 1458:25, 1459:7, 1459:8,
1460:9, 1460:11, 1461:7, 1462:17,
1462:25, 1463:1, 1463:7, 1463:16,
1463:19, 1464:23, 1465:8, 1465:16,
1466:4, 1466:6, 1466:12, 1466:16,
1466:23, 1466:24, 1466:25, 1467:1,
1467:2, 1467:10, 1468:24, 1469:1,
1469:14, 1469:18, 1469:25, 1470:2,
1470:8, 1470:14, 1470:22, 1470:25,
1471:8, 1471:15, 1472:5, 1472:7,
1472:11, 1473:4, 1474:5, 1474:16,
1474:17, 1474:18, 1475:6, 1475:11,
1475:15, 1475:23, 1476:9, 1476:11,
1477:16, 1477:18, 1479:5, 1479:13,
1479:16, 1479:20, 1480:15, 1481:3,
1481:19, 1482:1, 1482:5, 1482:6,
1482:10, 1482:12, 1482:21, 1482:22,
1482:23, 1483:1, 1483:2, 1483:7,
1483:15, 1483:16, 1483:20, 1484:5,
1485:8, 1485:10, 1485:11, 1486:12,
1487:21, 1487:22, 1488:3, 1488:7,
1488:17, 1489:11, 1489:14, 1490:16,

1491:6, 1491:14, 1491:17, 1491:21,
1492:1, 1492:10, 1493:8, 1493:12,
1493:23, 1494:9, 1496:20, 1497:16,
1498:2, 1498:3, 1498:6, 1498:9,
1498:24, 1499:7, 1500:20, 1500:23,
1501:1, 1501:3, 1503:18, 1504:9,
1505:2, 1505:13, 1505:21, 1508:15,
1508:20, 1508:22, 1510:17, 1510:24,
1511:13, 1511:16, 1511:24, 1512:2,
1512:12, 1513:14, 1515:16, 1517:2,
1517:3, 1517:6, 1517:7, 1517:11,
1517:18, 1517:25, 1518:15, 1518:17,
1518:19, 1521:2, 1522:1, 1523:24,
1525:12, 1525:13, 1526:1, 1528:20,
1528:21, 1530:21, 1531:6, 1532:8,
1532:19, 1532:25, 1533:10, 1534:2,
1534:10, 1535:4, 1535:8, 1535:20,
1537:8, 1538:13, 1538:14, 1538:20,
1539:6, 1539:18, 1540:7, 1542:3,
1542:25, 1543:9, 1543:13, 1543:22,
1544:2, 1544:4, 1544:17, 1544:25,
1545:1, 1546:4, 1546:9, 1547:9,
1550:15, 1553:23, 1554:13, 1554:17,
1554:20, 1555:2, 1555:22, 1556:5,
1556:7, 1556:8, 1556:14, 1557:9,
1557:11, 1558:6, 1559:5, 1566:16,
1569:22, 1569:24, 1570:3, 1570:6,
1571:7, 1571:17, 1571:19, 1572:10,
1572:14, 1572:15, 1572:19, 1573:3,
1573:8, 1573:17, 1573:24, 1574:2,
1574:16, 1574:22, 1575:1, 1575:17,
1575:24, 1577:19, 1577:22, 1578:5,
1578:9, 1578:16, 1580:5, 1582:1,
1582:9, 1582:11, 1583:1, 1583:2,
1583:3, 1583:9, 1583:15, 1583:17,
1583:24, 1584:4, 1584:9, 1584:10,
1584:11, 1584:12, 1585:2, 1585:4,
1585:10, 1586:4, 1586:8, 1586:9,
1586:12, 1586:15, 1587:1, 1588:6,
1588:15, 1588:23, 1589:2, 1589:9,
1589:10, 1589:23, 1590:2, 1590:8,
1590:11, 1591:1, 1591:13

**Islamic** - 1392:4

**isn't** - 1374:24, 1450:24, 1458:23,
1459:22, 1460:7, 1460:16, 1463:17,
1482:18, 1500:24, 1504:9, 1504:13,
1505:13, 1543:10

**Isn't** - 1537:25

**issue** - 1371:9, 1371:19, 1375:2,
1419:14, 1431:3, 1436:1, 1436:21,
1437:18, 1475:14, 1514:22, 1514:25,
1515:2, 1515:6, 1562:6, 1591:11

**issues** - 1484:7, 1562:8

**It** - 1371:13, 1372:11, 1374:16,
1375:22, 1375:24, 1378:18, 1379:24,
1380:5, 1384:17, 1384:18, 1387:18,
1392:3, 1393:13, 1405:18, 1414:5,
1415:7, 1419:2, 1421:7, 1425:18,
1425:19, 1425:23, 1434:24, 1437:22,
1438:21, 1439:16, 1449:5, 1451:20,
1451:25, 1469:8, 1498:22, 1499:3,
1499:7, 1499:13, 1499:14, 1499:16,
1514:1, 1514:3, 1514:5, 1514:7,
1514:13, 1515:9, 1518:8, 1519:16,
1521:17, 1522:19, 1522:20, 1533:21,
1539:25, 1540:2, 1544:23, 1549:22,
1553:15, 1554:20, 1557:19, 1561:7,
1561:8, 1564:13, 1566:16, 1572:21,
1573:17, 1580:17, 1580:20, 1581:1,
1581:2, 1582:10, 1582:22, 1583:4,
1583:9, 1584:11, 1586:4, 1589:24,
1592:5

**it** - 1371:10, 1371:12, 1371:16,
1371:17, 1371:24, 1372:1, 1372:2,
1372:23, 1373:1, 1373:7, 1374:1,
1374:17, 1374:18, 1375:10, 1375:13,
1375:14, 1375:20, 1375:21, 1375:25,
1376:3, 1382:14, 1383:23, 1384:1,
1384:5, 1384:14, 1384:23, 1384:24,
1385:2, 1385:5, 1385:6, 1385:8,

1385:13, 1387:6, 1388:22, 1389:17,
1389:18, 1390:9, 1390:25, 1391:3,
1391:4, 1391:5, 1392:15, 1393:19,
1394:8, 1395:6, 1395:14, 1395:15,
1395:17, 1396:19, 1397:5, 1398:16,
1399:2, 1402:5, 1402:15, 1403:1,
1403:6, 1409:3, 1409:4, 1410:9,
1413:20, 1414:2, 1414:6, 1414:23,
1416:21, 1417:12, 1417:14, 1417:18,
1418:1, 1418:14, 1418:19, 1418:20,
1418:21, 1419:1, 1419:9, 1420:8,
1420:18, 1421:16, 1422:19, 1422:23,
1422:25, 1423:17, 1424:13, 1424:17,
1425:8, 1425:12, 1425:24, 1426:6,
1426:22, 1428:12, 1430:12, 1430:21,
1430:23, 1431:1, 1431:5, 1431:12,
1435:22, 1436:5, 1437:9, 1437:10,
1438:1, 1438:11, 1438:21, 1438:23,
1439:5, 1440:15, 1442:4, 1442:9,
1442:13, 1444:2, 1444:3, 1444:13,
1445:10, 1446:14, 1447:6, 1449:8,
1449:13, 1450:23, 1450:25, 1451:1,
1451:12, 1454:12, 1454:25, 1456:15,
1456:19, 1457:19, 1457:22, 1458:19,
1458:23, 1459:3, 1459:5, 1459:7,
1459:16, 1460:9, 1460:19, 1461:6,
1461:12, 1461:14, 1462:11, 1464:20,
1465:10, 1465:12, 1465:22, 1466:21,
1467:17, 1468:15, 1469:13, 1469:15,
1469:20, 1470:5, 1473:6, 1473:18,
1473:20, 1473:22, 1474:13, 1474:20,
1475:20, 1476:10, 1478:11, 1479:1,
1480:5, 1480:9, 1480:18, 1482:5,
1482:6, 1483:16, 1483:23, 1484:8,
1485:10, 1485:22, 1487:7, 1490:5,
1493:6, 1493:7, 1493:20, 1497:3,
1497:16, 1497:25, 1498:7, 1498:14,
1498:24, 1499:2, 1499:5, 1499:6,
1499:16, 1499:19, 1500:5, 1500:6,
1500:9, 1500:10, 1500:13, 1504:9,
1508:6, 1508:11, 1509:4, 1509:24,
1510:6, 1510:19, 1511:4, 1511:5,
1511:6, 1512:8, 1512:10, 1512:13,
1513:8, 1513:10, 1513:12, 1513:23,
1514:11, 1514:18, 1515:3, 1516:12,
1517:1, 1517:4, 1518:2, 1518:7,
1519:3, 1519:7, 1519:13, 1520:5,
1522:7, 1522:11, 1522:22, 1522:23,
1522:24, 1523:17, 1523:19, 1523:20,
1524:23, 1526:4, 1528:25, 1530:8,
1531:11, 1532:9, 1533:23, 1533:24,
1534:6, 1534:9, 1534:11, 1534:19,
1535:2, 1535:23, 1535:24, 1538:2,
1539:9, 1539:13, 1540:12, 1544:10,
1544:14, 1545:3, 1546:5, 1549:3,
1549:20, 1550:16, 1550:21, 1550:22,
1550:23, 1552:8, 1553:21, 1554:17,
1554:24, 1554:25, 1555:17, 1556:7,
1560:10, 1560:12, 1560:16, 1560:24,
1562:11, 1566:25, 1567:9, 1568:3,
1568:5, 1569:10, 1569:13, 1569:16,
1569:24, 1570:18, 1571:19, 1571:20,
1571:24, 1573:13, 1573:18, 1574:4,
1575:9, 1576:4, 1577:16, 1578:21,
1578:24, 1581:11, 1581:18, 1582:10,
1582:19, 1582:21, 1582:25, 1583:5,
1583:10, 1583:17, 1583:20, 1584:4,
1584:6, 1584:11, 1584:12, 1585:5,
1585:6, 1587:1, 1587:2, 1587:16,
1587:17, 1588:1, 1588:2, 1588:3,
1588:13, 1588:23, 1588:25, 1589:3,
1589:11, 1589:12, 1589:16, 1589:22,
1590:1, 1590:4, 1590:5, 1590:7,
1590:8, 1590:11, 1590:12, 1590:14,
1591:4, 1591:14, 1591:18, 1591:21,
1592:7, 1592:12

**it's** - 1372:3, 1372:5, 1372:6, 1373:2,
1373:11, 1375:2, 1398:18, 1398:21,
1400:9, 1402:22, 1403:3, 1418:16,
1438:4, 1438:8, 1440:16, 1441:3,

1442:24, 1443:7, 1443:22, 1443:23,
1444:9, 1444:11, 1444:20, 1446:6,
1446:17, 1448:2, 1455:14, 1458:15,
1459:5, 1460:11, 1463:25, 1464:5,
1465:21, 1466:4, 1483:6, 1483:20,
1493:3, 1494:22, 1503:16, 1510:11,
1512:16, 1514:11, 1520:9, 1523:15,
1524:9, 1530:12, 1535:20, 1544:25,
1547:9, 1554:20, 1572:22, 1575:18,
1583:10, 1588:3
**It's** - 1372:10, 1373:10, 1373:21,
1373:22, 1376:5, 1393:8, 1395:18,
1403:5, 1406:2, 1413:21, 1420:23,
1426:7, 1431:13, 1435:10, 1437:11,
1438:6, 1439:15, 1442:21, 1443:23,
1445:21, 1446:19, 1446:20, 1446:23,
1461:7, 1461:16, 1465:17, 1473:25,
1479:16, 1486:22, 1492:10, 1524:12,
1525:24, 1527:8, 1537:11, 1537:17,
1542:12, 1543:12, 1553:18, 1554:25,
1559:3, 1565:24, 1582:6, 1582:23,
1582:24, 1583:9, 1584:6
**item** - 1422:3, 1442:9, 1574:10
**items** - 1421:17

## J

**J** - 1370:12, 1580:7, 1593:7
**Jagdeo** - 1413:22
**Jagnarain** - 1399:20, 1401:21,
1401:25, 1403:14, 1403:20, 1403:22,
1404:3, 1404:9, 1405:4, 1407:5,
1407:9, 1407:15, 1415:4, 1453:9,
1465:24, 1487:9, 1520:11, 1520:20,
1525:2, 1525:12, 1569:5
**Jagnarain's** - 1389:16
**jail** - 1397:22, 1416:11, 1451:2,
1451:7, 1451:8, 1451:11, 1451:21,
1452:3, 1452:9, 1477:7, 1478:24,
1497:25, 1498:17, 1500:6, 1503:5,
1511:6, 1512:14, 1512:19, 1526:16,
1526:19, 1526:24, 1567:6
**Jainairne** - 1522:5, 1522:20, 1522:25,
1523:1, 1523:6, 1523:7, 1523:9,
1523:11
**Jainairne's** - 1521:25
**James** - 1566:23
**January** - 1402:9, 1405:2, 1413:11,
1428:14, 1428:16, 1486:15, 1575:6,
1575:7
**Javier** - 1370:18
**jeopardize** - 1461:9
**jewelry** - 1499:22, 1500:1, 1500:10
**job** - 1398:20
**John** - 1370:9
**joint** - 1589:15
**Jones** - 1389:24, 1458:11, 1458:12,
1566:22
**Josh** - 1428:21, 1446:10, 1446:12
**Juanita** - 1554:14, 1554:15, 1556:8,
1573:4, 1573:6, 1573:8
**Judge** - 1370:10, 1383:1, 1428:7,
1428:9, 1430:20, 1435:9, 1458:14,
1461:22, 1462:19, 1476:16, 1479:24,
1489:24, 1546:6, 1566:10, 1574:11,
1577:5, 1578:16, 1591:23
**judge** - 1380:4, 1382:4, 1409:24,
1410:1, 1410:3, 1410:9, 1411:8,
1415:9, 1434:17, 1434:19, 1455:14,
1477:14, 1534:25, 1535:2, 1535:5,
1561:11, 1561:14, 1561:19, 1561:20,
1561:23, 1562:3
**judgment** - 1590:20
**July** - 1386:18, 1386:19, 1415:24,
1416:3, 1416:6, 1416:7, 1417:1,
1417:9, 1417:10, 1417:13, 1419:15,
1419:21, 1442:23, 1444:8, 1444:15,
1445:24, 1446:7, 1447:3, 1450:6,
1459:6, 1459:8, 1459:20, 1460:14,
1462:25, 1463:22, 1484:13, 1487:16,

1492:11, 1496:16, 1522:6, 1524:15,
1562:12, 1562:15, 1562:16, 1565:6,
1565:13, 1567:6, 1586:17, 1586:18
**jump** - 1458:7
**jumping** - 1429:17
**June** - 1374:6, 1378:11, 1382:17,
1383:1, 1383:4, 1383:10, 1387:14,
1387:19, 1389:1, 1390:8, 1393:25,
1394:4, 1396:20, 1400:22, 1411:20,
1412:1, 1412:7, 1415:1, 1415:24,
1416:3, 1416:5, 1465:1, 1472:14,
1472:16, 1476:2, 1485:13, 1486:13,
1486:24, 1487:22, 1506:22, 1506:24,
1524:18, 1524:19, 1530:3, 1532:5,
1534:8, 1535:25, 1536:2, 1536:12,
1552:22, 1552:25, 1553:6, 1553:8,
1553:16, 1555:21, 1555:23, 1557:11,
1557:23, 1558:9, 1558:15, 1559:5,
1559:9, 1559:20, 1560:8, 1564:7,
1564:10, 1564:11, 1564:14, 1564:15,
1564:22, 1564:23, 1571:14, 1572:8,
1573:20, 1586:10
**Juror** - 1371:13
**jurors** - 1589:16
**jury** - 1370:10, 1371:2, 1373:21,
1373:25, 1376:8, 1376:13, 1377:9,
1381:16, 1382:4, 1384:21, 1394:7,
1398:10, 1398:20, 1414:21, 1414:22,
1434:14, 1435:19, 1446:10, 1455:9,
1461:10, 1461:16, 1461:20, 1464:21,
1465:7, 1465:10, 1465:22, 1469:5,
1470:8, 1479:25, 1490:20, 1496:2,
1496:5, 1496:7, 1497:21, 1497:24,
1498:8, 1498:14, 1553:12, 1553:14,
1556:14, 1561:3, 1561:11, 1568:5,
1580:18, 1582:8, 1582:17, 1585:10,
1586:8, 1586:9, 1587:11, 1588:12,
1591:5, 1591:12, 1591:17
**Jury** - 1376:23, 1376:25, 1435:1,
1435:4, 1445:15, 1445:17, 1461:2,
1462:10, 1495:7, 1496:8, 1563:3,
1564:3
**Just** - 1389:23, 1401:24, 1461:25,
1479:1, 1487:22, 1496:6, 1511:4,
1529:22, 1540:18, 1546:9, 1553:8,
1555:7, 1577:19, 1586:5, 1591:24,
1592:12
**just** - 1371:15, 1371:16, 1372:20,
1373:22, 1374:1, 1374:12, 1375:11,
1381:24, 1383:25, 1392:10, 1396:6,
1396:8, 1401:21, 1405:14, 1414:21,
1414:23, 1418:15, 1419:10, 1434:8,
1434:14, 1442:16, 1443:10, 1446:14,
1455:15, 1455:18, 1458:7, 1459:8,
1459:21, 1460:5, 1461:11, 1465:22,
1469:12, 1469:16, 1471:8, 1475:15,
1476:20, 1476:22, 1477:18, 1478:16,
1482:5, 1483:11, 1488:2, 1489:23,
1492:11, 1493:2, 1494:25, 1497:1,
1499:16, 1509:11, 1509:12, 1512:13,
1518:5, 1518:14, 1518:15, 1522:24,
1523:11, 1523:19, 1523:20, 1523:21,
1523:24, 1524:6, 1525:11, 1528:5,
1529:5, 1531:1, 1536:18, 1537:24,
1539:16, 1540:17, 1540:21, 1546:3,
1546:4, 1546:21, 1550:6, 1551:22,
1553:20, 1553:23, 1559:1, 1581:19,
1584:8, 1585:5, 1586:22, 1588:24
**Justin** - 1580:3

## K

**K** - 1420:15, 1580:7, 1593:7
**keep** - 1403:13, 1411:11, 1416:9,
1416:10, 1416:14, 1419:25, 1470:11,
1484:6, 1494:15, 1582:12
**Kenneth** - 1500:2, 1500:10
**kept** - 1425:23, 1427:21
**Kern** - 1462:2, 1462:5, 1580:3,
1580:10, 1580:12

**Kevin** - 1389:14, 1502:16, 1502:23
**key** - 1384:4, 1384:5, 1418:3, 1452:3,
1488:3, 1488:6, 1488:13, 1547:11,
1565:25
**Khan** - 1379:21, 1382:8, 1383:5,
1386:6, 1386:24, 1389:18, 1389:20,
1389:22, 1389:23, 1389:25, 1390:6,
1393:15, 1393:21, 1393:23, 1394:3,
1394:16, 1399:7, 1403:1, 1407:24,
1409:3, 1409:5, 1409:15, 1411:18,
1415:5, 1415:8, 1415:9, 1420:13,
1420:15, 1421:2, 1422:15, 1425:12,
1425:21, 1426:23, 1427:12, 1427:14,
1427:21, 1428:17, 1429:7, 1429:17,
1432:4, 1434:9, 1434:21, 1446:7,
1446:15, 1449:3, 1449:15, 1449:25,
1450:4, 1450:25, 1451:15, 1452:3,
1452:15, 1453:22, 1454:7, 1454:10,
1454:13, 1457:24, 1458:22, 1459:9,
1460:6, 1460:15, 1460:18, 1463:1,
1463:4, 1464:13, 1464:17, 1464:21,
1470:22, 1475:11, 1478:11, 1478:13,
1478:14, 1483:15, 1483:23, 1485:24,
1486:3, 1486:10, 1486:14, 1486:25,
1487:1, 1488:7, 1489:19, 1491:14,
1493:24, 1497:23, 1499:6, 1500:7,
1500:11, 1500:20, 1501:2, 1502:6,
1504:20, 1504:24, 1505:3, 1505:17,
1505:19, 1505:22, 1506:2, 1507:3,
1511:2, 1511:14, 1512:2, 1512:5,
1512:9, 1512:10, 1513:22, 1513:25,
1515:5, 1526:2, 1530:1, 1531:9,
1531:13, 1532:12, 1532:14, 1532:19,
1532:22, 1533:2, 1534:8, 1534:16,
1534:21, 1534:24, 1535:4, 1535:17,
1536:16, 1537:2, 1537:4, 1543:6,
1543:10, 1543:16, 1543:17, 1544:18,
1545:12, 1545:16, 1545:24, 1546:25,
1548:16, 1549:4, 1549:11, 1550:5,
1552:1, 1556:16, 1560:8, 1560:16,
1564:6, 1564:16, 1567:13, 1567:17,
1575:7, 1575:14, 1575:16, 1576:2,
1577:10, 1577:14, 1577:14, 1578:19
**Khan's** - 1409:5, 1418:20, 1431:13,
1434:9, 1441:22, 1455:20, 1464:25,
1487:17, 1497:10, 1498:14, 1500:20,
1501:6, 1505:8, 1511:25, 1545:5,
1546:25
**kick** - 1418:13
**kicks** - 1583:5
**kidnapped** - 1464:18, 1464:23
**kidnapping** - 1381:7, 1516:9
**Kill** - 1472:5, 1472:7, 1559:25
**kill** - 1396:21, 1397:9, 1472:8, 1486:3,
1509:4, 1509:14, 1513:17, 1537:2,
1537:4, 1537:8, 1537:24, 1538:14,
1540:14, 1540:16, 1540:22, 1541:2,
1542:2, 1543:13, 1545:21, 1546:9,
1560:1
**killed** - 1381:13, 1399:9, 1508:4,
1510:12, 1512:6, 1540:24, 1578:7,
1578:10
**killing** - 1509:5, 1509:25, 1510:16,
1514:23
**killings** - 1415:7, 1509:16
**kilogram** - 1468:9
**kind** - 1384:25, 1411:7, 1419:9,
1510:11, 1525:10, 1578:1
**kinds** - 1475:22
**knew** - 1381:13, 1394:17, 1399:1,
1401:4, 1405:14, 1409:15, 1410:3,
1412:11, 1415:22, 1423:17, 1423:22,
1424:12, 1424:15, 1435:6, 1439:7,
1439:17, 1440:1, 1456:9, 1465:1,
1477:12, 1490:23, 1501:9, 1501:21,
1503:9, 1505:16, 1505:23, 1507:11,
1507:14, 1507:25, 1509:23, 1513:13,
1519:19, 1536:18, 1576:14, 1577:17
**know** - 1375:16, 1376:18, 1381:22,
1382:1, 1383:15, 1383:16, 1384:4,

1384:16, 1385:16, 1393:2, 1398:17, 1405:14, 1411:10, 1411:11, 1411:15, 1413:5, 1416:18, 1416:19, 1417:18, 1417:25, 1418:1, 1420:17, 1421:2, 1423:18, 1423:24, 1424:15, 1433:13, 1437:15, 1439:6, 1439:17, 1440:6, 1440:24, 1441:1, 1441:4, 1441:13, 1441:15, 1441:19, 1443:6, 1453:24, 1455:21, 1458:8, 1460:8, 1461:17, 1481:3, 1481:5, 1481:6, 1481:19, 1482:10, 1482:11, 1482:12, 1482:15, 1484:1, 1497:4, 1497:21, 1498:6, 1502:22, 1502:23, 1503:7, 1503:10, 1503:18, 1503:20, 1505:18, 1506:1, 1506:3, 1506:5, 1506:17, 1506:18, 1509:23, 1510:2, 1510:6, 1510:22, 1513:16, 1519:22, 1520:16, 1525:18, 1527:19, 1528:19, 1548:7, 1554:24, 1555:14, 1556:22, 1557:13, 1561:17, 1561:25, 1566:8, 1566:9, 1570:4, 1576:14, 1576:17, 1578:6, 1578:7, 1578:19, 1589:5, 1590:2
  **knowing** - 1390:2
  **knowledge** - 1380:13, 1455:13, 1470:11, 1470:14, 1470:22, 1576:14, 1578:10, 1581:2
  **known** - 1424:15, 1443:14, 1503:17, 1504:7, 1582:6
  **knows** - 1437:20, 1509:13

**L**

  **L-** 1370:13, 1370:16, 1377:20, 1593:3
  **La-** 1569:24
  **labeled** - 1554:21
  **lack** - 1438:6
  **ladies** - 1588:11
  **laid** - 1400:15
  **Lammay-** 1504:9
  **land** - 1581:19
  **language** - 1471:9
  **lap** - 1406:22, 1433:16
  **laptop** - 1391:4, 1571:19
  **laptops** - 1378:8, 1380:3
  **Laptops-** 1378:10
  **last** - 1389:23, 1404:21, 1420:11, 1420:12, 1425:21, 1432:3, 1432:18, 1434:5, 1521:8, 1525:15, 1564:11, 1568:15, 1569:23, 1571:24
  **late** - 1377:15, 1450:1
  **later** - 1385:4, 1392:4, 1392:6, 1392:22, 1417:9, 1428:3, 1476:2, 1539:11, 1568:13, 1578:15
  **law** - 1397:21, 1398:5, 1398:19, 1398:20, 1398:22, 1398:23, 1399:19, 1400:10, 1407:1, 1407:16, 1407:18, 1407:19, 1408:12, 1411:11, 1432:25, 1433:14, 1468:23, 1469:2, 1470:12, 1529:5, 1581:8, 1581:14, 1588:2
  **lawful** - 1443:9, 1443:23, 1444:25, 1505:16, 1539:7, 1539:9
  **Lawrence-** 1370:18
  **lawyer** - 1397:10, 1428:3, 1430:4, 1444:11, 1444:20, 1470:14, 1471:1, 1511:17, 1577:11
  **lawyer's** - 1471:3
  **lawyers** - 1377:9, 1428:17, 1469:14, 1469:16, 1470:11, 1513:4, 1514:16, 1514:19
  **Lawyers-** 1469:19, 1469:20
  **lawyers'** - 1469:20
  **lead** - 1396:15, 1396:17, 1396:25, 1464:7, 1547:11, 1547:20
  **leads** - 1380:21, 1381:20, 1455:15, 1455:16
  **learn** - 1388:25, 1389:1, 1389:7, 1393:17
  **learned** - 1378:12, 1384:6, 1387:19, 1387:21, 1389:14, 1391:20, 1392:11, 1393:18, 1394:5, 1447:2, 1492:23

**learning** - 1392:22
  **least** - 1371:24, 1392:15, 1409:2, 1423:21, 1428:9, 1471:6, 1551:11, 1557:5, 1587:14, 1588:16, 1591:2
  **leave** - 1413:3, 1533:23, 1560:10, 1592:12
  **leaves** - 1445:15, 1461:2, 1495:7, 1533:24, 1557:1, 1560:11
  **leaving** - 1552:15
  **led** - 1382:25, 1403:12, 1406:22, 1478:5
  **ledger** - 1402:5, 1402:15
  **ledgers** - 1520:12, 1521:7
  **left** - 1411:21, 1412:20, 1424:13, 1442:12, 1446:13, 1519:25, 1554:8, 1567:21, 1577:6, 1591:12
  **legal** - 1438:8, 1444:21, 1463:25, 1469:23, 1470:8, 1511:19, 1512:16, 1512:19, 1513:5, 1513:8, 1513:9, 1513:14, 1514:9, 1514:12, 1514:13, 1533:24, 1548:20, 1549:8, 1549:10, 1549:14, 1560:12, 1560:21, 1577:14
  **legitimate** - 1528:7
  **length** - 1401:14
  **lengthy** - 1589:17
  **Leslyn** 1375:18, 1384:15, 1392:6, 1392:18, 1418:18, 1419:6, 1420:4, 1420:6, 1420:21, 1420:23, 1421:5, 1422:15, 1422:17, 1423:14, 1424:3, 1425:10, 1436:2, 1437:24, 1441:6, 1441:20, 1443:17, 1444:16, 1445:19, 1449:6, 1449:15, 1450:20, 1452:3, 1455:23, 1456:14, 1456:15, 1456:16, 1456:19, 1457:5, 1457:9, 1457:12, 1457:14, 1457:17, 1457:20, 1458:1, 1458:24, 1463:15, 1464:3, 1500:24, 1526:5, 1542:9, 1543:2, 1554:19, 1565:2, 1565:17, 1568:21, 1568:24, 1590:24
  **Leslyn's** 1420:17, 1421:2
  **Lesniak-** 1381:8
  **less** - 1432:9
  **Let-** 1377:2, 1379:8, 1379:14, 1390:21, 1395:9, 1400:25, 1407:5, 1408:17, 1421:13, 1429:5, 1438:11, 1440:15, 1456:20, 1464:20, 1479:13, 1490:6, 1546:21, 1551:12, 1570:15, 1573:10, 1582:24, 1583:22, 1584:8
  **let** - 1418:2, 1419:25, 1428:10, 1513:16, 1533:2, 1555:21, 1561:1, 1578:15, 1590:7
  **let's** - 1387:6, 1444:19, 1447:6, 1459:6, 1535:4
  **Let's-** 1372:22, 1380:12, 1384:13, 1404:21, 1433:24, 1436:22, 1459:6, 1492:10, 1494:25, 1495:4, 1506:18, 1523:23, 1562:25
  **Letch-** 1502:20
  **letter** - 1371:20, 1371:21, 1372:4, 1373:15, 1373:23, 1379:3, 1379:4, 1379:13, 1379:16, 1413:21, 1414:11, 1414:12, 1456:16, 1456:17, 1458:8, 1458:10, 1458:20, 1478:5, 1478:10, 1568:23, 1577:10
  **letters** - 1373:23
  **letterwriting** - 1373:12
  **levels** - 1471:12
  **Levine-** 1427:18, 1428:24, 1428:25
  **liar** - 1477:21, 1477:24, 1479:5, 1479:11
  **liars** - 1478:1, 1479:8
  **liberty** - 1461:7
  **Liberty-** 1406:9
  **library** - 1397:21, 1397:24
  **lie** - 1410:6, 1433:11, 1518:7, 1518:12, 1522:19, 1523:17, 1524:6, 1524:11, 1524:14
  **lied** - 1382:22, 1402:17, 1408:15, 1522:14, 1522:17, 1522:21, 1523:20
  **life** - 1390:2, 1405:22, 1412:4,

1416:12, 1451:21, 1451:23
  **lifetime** - 1451:25
  **light** - 1385:7, 1584:4
  **Like-** 1576:13
  **like** - 1384:21, 1398:1, 1400:16, 1401:12, 1409:5, 1415:20, 1418:15, 1435:15, 1465:23, 1470:3, 1478:16, 1488:15, 1496:6, 1501:11, 1503:16, 1506:16, 1516:5, 1516:6, 1524:24, 1526:18, 1526:19, 1527:15, 1539:12, 1539:16, 1540:22, 1551:5, 1553:20, 1567:23, 1568:17, 1575:19, 1575:22, 1576:4, 1581:18, 1583:4, 1583:8, 1583:9, 1585:5, 1588:22
  **likely** - 1384:9, 1531:2, 1588:1
  **Lilly-** 1401:7, 1481:13, 1481:16, 1487:9
  **limit** - 1414:23, 1456:24
  **limited** - 1375:6
  **limiting** - 1373:13
  **line** - 1442:20, 1442:24, 1459:9, 1479:17, 1479:18, 1480:19, 1487:21, 1492:12, 1516:23, 1516:25, 1534:19, 1536:21, 1536:23, 1542:5, 1542:17, 1553:23, 1554:12, 1554:13, 1555:9, 1555:23, 1556:4, 1556:9, 1556:21, 1558:17, 1558:20, 1564:9
  **lines** - 1378:19, 1378:21
  **lining** - 1487:5
  **link** - 1521:9
  **linked** - 1521:7
  **Lipton-** 1370:16, 1373:6, 1373:8
  **list** - 1388:24, 1476:16, 1477:1, 1477:13, 1480:13, 1538:20, 1551:10, 1554:25
  **listen** - 1375:17, 1416:12, 1465:10, 1488:13
  **Listen-** 1456:24, 1473:7, 1492:3, 1507:16, 1507:22
  **listened** - 1446:24, 1473:6
  **listening** - 1573:4
  **little** - 1411:7, 1417:22, 1441:24, 1461:8, 1523:23, 1551:1, 1569:10, 1570:1, 1576:1, 1577:6, 1583:9, 1583:12, 1589:14, 1590:15
  **lived** - 1415:21
  **lives** - 1521:13
  **Lloyd-** 1501:17, 1504:3, 1504:19, 1504:23, 1506:4, 1506:11, 1507:24, 1508:22, 1509:1, 1510:3
  **loaded** - 1546:3
  **locate** - 1505:24, 1526:13, 1554:4
  **located** - 1406:19, 1565:22, 1584:14
  **locating** - 1404:12
  **location** - 1570:1
  **locations** - 1406:10
  **locked** - 1397:23, 1424:23, 1425:1, 1425:4, 1477:7, 1498:24, 1565:23, 1565:24
  **long** - 1377:4, 1389:2, 1413:7, 1424:14, 1432:18, 1442:1, 1453:3, 1567:11, 1580:24, 1582:13, 1584:2
  **longer** - 1427:15, 1428:18, 1577:3
  **Loo-** 1466:4, 1466:6, 1466:7, 1467:15, 1467:17, 1468:6, 1469:6, 1570:4, 1570:6, 1570:7
  **look** - 1382:2, 1382:3, 1384:13, 1386:10, 1395:14, 1396:3, 1467:23, 1469:22, 1475:19, 1481:17, 1482:14, 1486:17, 1503:16, 1540:13, 1540:17, 1560:7, 1564:9, 1569:9, 1581:25, 1582:14
  **Look-** 1463:24, 1538:19
  **looked** - 1403:12, 1408:7, 1555:11
  **looking** - 1386:10, 1404:19, 1406:10, 1488:18, 1539:15, 1587:16
  **looks** - 1396:6, 1539:12, 1583:8
  **loose** - 1375:16
  **Loretta-** 1538:21
  **losing** - 1451:5, 1451:7, 1475:18

**lost** - 1582:12
**lot** - 1383:14, 1401:4, 1402:19, 1408:17, 1429:25, 1451:18, 1451:19, 1491:18, 1501:6, 1501:9, 1550:2, 1584:6
**loud** - 1591:16
**lower** - 1421:18, 1457:24, 1458:2, 1458:6, 1458:22, 1458:23, 1458:24, 1460:3, 1460:4, 1501:1
**Luis** - 1512:21, 1512:23
**lunch** - 1461:21, 1495:4, 1496:15
**Luncheon** - 1495:9
**lure** - 1445:7
**luring** - 1444:6, 1445:2
**lying** - 1394:15, 1409:7, 1410:7, 1410:11, 1518:5, 1524:7

# M

**M** - 1370:20, 1377:20, 1382:15, 1593:3
**made** - 1373:17, 1383:2, 1384:25, 1387:17, 1388:15, 1390:19, 1397:5, 1424:2, 1454:11, 1469:9, 1476:8, 1522:7, 1544:9, 1568:1, 1575:7, 1581:22, 1591:18
**madman** - 1389:11, 1411:23
**magazine** - 1469:22
**mail** - 1385:4, 1391:1, 1395:18, 1395:25, 1396:7, 1429:7, 1431:13, 1432:4, 1434:8, 1476:3, 1484:20, 1492:15, 1492:16, 1513:5, 1513:8, 1513:9, 1514:9, 1514:12, 1514:13, 1522:4, 1557:14, 1569:14, 1569:18, 1571:3
**mailed** - 1412:10
**mails** - 1476:13
**main** - 1392:19
**major** - 1418:16, 1556:16
**Major** - 1388:3
**make** - 1376:8, 1382:8, 1387:6, 1388:20, 1397:17, 1399:10, 1403:18, 1404:18, 1405:16, 1411:7, 1416:21, 1419:22, 1420:8, 1427:25, 1428:6, 1428:9, 1439:5, 1439:15, 1443:10, 1455:1, 1459:13, 1459:16, 1460:19, 1465:12, 1476:25, 1483:10, 1483:14, 1483:16, 1487:16, 1490:2, 1490:18, 1493:12, 1494:1, 1505:24, 1533:21, 1544:21, 1560:9, 1562:3, 1589:23, 1589:24
**makes** - 1387:10, 1430:21, 1528:25
**making** - 1394:10, 1397:3
**man** - 1381:21, 1384:6, 1466:6, 1466:7, 1517:20, 1533:11, 1538:6, 1538:11, 1540:13, 1545:21
**Mancuso** - 1370:20
**manner** - 1471:25
**Many** - 1418:25, 1528:9, 1528:10
**many** - 1373:1, 1419:9, 1419:10, 1421:8, 1424:14, 1428:21, 1432:14, 1468:18, 1482:12, 1486:1, 1486:8, 1550:4, 1553:13, 1553:15
**map** - 1395:3, 1395:4
**March** - 1379:1, 1379:3, 1379:13, 1478:16, 1478:18, 1478:19, 1479:25, 1581:11
**margin** - 1383:18
**mark** - 1510:12, 1591:9
**Mark** - 1556:15
**marked** - 1379:8, 1379:14, 1390:21, 1391:15, 1395:9, 1395:13, 1395:24, 1400:20, 1414:10, 1421:13, 1422:8, 1426:2, 1426:16, 1429:5, 1429:13, 1431:9, 1432:2, 1447:12, 1567:24, 1569:8, 1569:21, 1570:15, 1571:2, 1573:10, 1574:9, 1586:14, 1586:20
**Martin** - 1409:13, 1521:15, 1522:13, 1539:10, 1540:7
**Martin's** - 1540:10, 1540:11

**masters** - 1581:5
**material** - 1391:23, 1452:21, 1453:8, 1592:11
**materials** - 1372:5, 1372:7, 1386:2, 1414:19, 1414:22, 1414:24, 1513:6
**matter** - 1379:21, 1397:6, 1411:3, 1419:19, 1426:24, 1469:25, 1480:10, 1515:10, 1539:14, 1545:3, 1556:5, 1566:6, 1566:11, 1577:15
**matters** - 1372:7, 1372:10, 1467:7, 1497:15, 1514:25
**maverick** - 1419:24
**May** - 1381:2, 1382:6, 1382:16, 1385:12, 1399:14, 1413:17, 1416:4, 1416:5, 1426:2, 1429:14, 1431:19, 1465:1, 1479:14, 1481:24, 1487:2, 1487:8, 1508:10, 1516:25, 1547:22, 1551:12, 1551:15, 1551:18, 1552:3, 1552:10, 1552:14, 1552:18, 1568:10, 1578:3, 1578:6, 1584:24, 1586:2
**may** - 1371:6, 1373:25, 1376:17, 1376:19, 1396:4, 1402:15, 1433:24, 1447:19, 1470:5, 1471:12, 1503:4, 1535:1, 1547:23, 1553:22, 1562:17, 1562:21, 1584:11, 1589:20, 1591:12
**maybe** - 1373:23, 1410:9, 1549:14, 1550:8, 1567:12, 1584:2, 1584:3, 1584:7, 1588:15
**Maybe** - 1417:23
**Mazzella** - 1385:16
**Mcc** - 1446:7, 1446:17, 1460:14, 1463:1, 1512:23, 1513:2, 1515:5, 1567:14, 1577:10
**Mcgriff** - 1500:2, 1500:10
**Mcse** - 1581:3
**me** - 1372:2, 1375:24, 1377:2, 1379:8, 1379:14, 1379:16, 1381:19, 1381:21, 1382:9, 1382:14, 1382:22, 1383:3, 1384:25, 1385:3, 1386:11, 1387:12, 1388:3, 1388:7, 1388:22, 1389:16, 1389:17, 1390:1, 1390:21, 1392:8, 1392:12, 1394:7, 1394:9, 1394:14, 1394:15, 1394:16, 1395:7, 1395:9, 1395:14, 1397:5, 1397:9, 1397:17, 1397:24, 1400:7, 1400:12, 1400:20, 1406:8, 1407:5, 1408:17, 1409:20, 1416:10, 1417:11, 1418:2, 1418:10, 1419:20, 1419:21, 1421:13, 1424:16, 1428:10, 1428:12, 1428:22, 1429:5, 1429:18, 1431:1, 1436:7, 1436:8, 1436:9, 1438:11, 1438:12, 1438:21, 1439:1, 1439:9, 1440:15, 1440:19, 1441:2, 1441:18, 1441:20, 1443:18, 1444:7, 1444:11, 1444:12, 1444:15, 1444:18, 1444:19, 1445:4, 1445:7, 1449:15, 1451:5, 1451:14, 1452:5, 1455:1, 1455:17, 1456:20, 1457:6, 1457:15, 1457:16, 1459:18, 1460:25, 1463:7, 1464:4, 1464:20, 1466:20, 1473:10, 1473:14, 1473:25, 1474:2, 1477:19, 1479:13, 1484:9, 1484:20, 1489:5, 1489:7, 1490:1, 1490:2, 1490:6, 1490:8, 1490:18, 1491:4, 1491:12, 1491:20, 1492:15, 1493:15, 1494:6, 1497:22, 1498:4, 1499:23, 1500:16, 1505:1, 1505:24, 1513:16, 1513:17, 1514:22, 1515:9, 1519:15, 1525:11, 1525:25, 1534:14, 1539:13, 1539:16, 1539:17, 1542:18, 1542:21, 1543:3, 1543:16, 1544:14, 1546:21, 1547:10, 1547:15, 1547:19, 1549:15, 1551:12, 1552:13, 1555:1, 1555:21, 1560:18, 1561:1, 1564:7, 1564:10, 1568:3, 1570:8, 1570:15, 1571:8, 1576:10, 1574:25, 1576:14, 1576:17, 1576:19, 1582:24, 1583:23, 1584:8, 1588:24, 1589:21, 1589:23, 1590:7, 1591:10, 1592:11
**mean** - 1397:10, 1417:21, 1417:25, 1418:3, 1419:1, 1431:3, 1443:11,

1452:24, 1457:19, 1482:22, 1488:12, 1517:12, 1518:2, 1529:15, 1534:18, 1539:23, 1545:18, 1558:5, 1560:13, 1560:16, 1560:24, 1561:16, 1562:9, 1564:16
**meaning** - 1385:21, 1475:2, 1481:24, 1489:7, 1491:6, 1510:3, 1511:5, 1529:24, 1537:2, 1539:21, 1545:11, 1545:13, 1545:15
**Meaning** - 1509:24, 1519:22
**meanings** - 1550:21
**means** - 1474:25, 1489:9, 1489:10, 1489:11, 1489:14, 1508:25, 1537:24, 1539:20, 1539:25, 1540:2, 1580:19
**meant** - 1398:11, 1419:2, 1489:5, 1491:20, 1515:10, 1534:16, 1545:6, 1550:13
**mechanical** - 1370:23
**medical** - 1394:11
**meet** - 1382:16, 1382:19, 1397:20, 1410:5, 1412:2, 1417:6, 1424:3, 1443:1, 1445:5, 1445:7, 1472:18, 1478:24, 1490:1, 1490:7, 1497:14, 1504:12, 1523:15, 1592:6
**meeting** - 1382:6, 1382:23, 1383:4, 1385:8, 1390:20, 1393:12, 1397:11, 1410:10, 1411:20, 1415:1, 1415:18, 1419:15, 1420:13, 1420:17, 1422:19, 1423:14, 1428:11, 1442:23, 1446:12, 1446:14, 1447:2, 1459:7, 1460:23, 1460:24, 1465:2, 1465:8, 1471:18, 1476:5, 1476:7, 1477:17, 1478:9, 1479:14, 1481:24, 1484:13, 1484:20, 1483:1, 1485:14, 1487:2, 1487:8, 1487:23, 1490:16, 1497:3, 1497:24, 1498:16, 1508:10, 1524:15, 1524:21, 1529:10, 1529:25, 1530:10, 1531:12, 1532:5, 1532:17, 1535:16, 1536:12, 1540:3, 1540:4, 1550:14, 1551:12, 1551:1, 1551:18, 1552:3, 1552:6, 1552:8, 1552:10, 1552:14, 1552:15, 1552:18, 1552:22, 1552:23, 1553:1, 1553:6, 1553:9, 1555:15, 1555:21, 1555:23, 1555:24, 1556:2, 1557:22, 1558:2, 1558:16, 1559:9, 1559:10, 1559:14, 1562:12, 1562:13, 1562:15, 1562:17, 1564:7, 1564:12, 1564:16, 1564:22, 1564:23, 1565:6, 1565:13, 1566:3, 1566:4, 1566:19, 1567:6, 1567:11, 1567:17, 1567:19, 1578:6
**meetings** - 1374:4, 1387:12, 1402:8, 1412:17, 1415:17, 1421:3, 1471:18, 1476:12, 1486:1, 1486:9, 1546:23, 1550:19, 1565:6
**member** - 1486:8, 1514:5, 1537:18
**members** - 1474:23, 1518:24, 1525:4, 1525:5, 1538:8, 1556:14, 1579:12, 1580:18, 1582:8, 1582:17
**memo** - 1486:14, 1532:1, 1534:6, 1534:15, 1534:21, 1535:8, 1535:20, 1535:23, 1536:6, 1536:14, 1536:18, 1543:12, 1543:14, 1550:17, 1559:5, 1560:8, 1561:6, 1564:16, 1565:13, 1568:18
**memorandum** - 1391:8, 1420:13, 1420:14, 1552:18
**memos** - 1374:4, 1391:1, 1396:7, 1531:12, 1531:15, 1532:6, 1550:3, 1550:4, 1550:19, 1550:22
**mention** - 1400:21, 1420:21, 1475:21, 1542:9
**mentioned** - 1393:23, 1403:16, 1403:17, 1422:15, 1469:12, 1481:11
**merit** - 1438:23
**message** - 1382:23, 1511:1, 1511:8, 1511:12, 1511:14, 1512:9, 1513:23, 1514:15, 1554:8, 1557:18, 1558:7
**messaging** - 1558:12
**met** - 1381:1, 1389:14, 1389:25, 1390:12, 1392:8, 1394:3, 1394:16,

1396:1, 1397:8, 1403:18, 1404:6,
1405:21, 1407:9, 1407:10, 1407:24,
1416:3, 1417:7, 1419:20, 1422:17,
1422:18, 1426:18, 1434:4, 1446:9,
1446:11, 1466:4, 1472:15, 1486:16,
1486:24, 1501:20, 1502:3, 1502:25,
1503:2, 1503:5, 1504:1, 1504:2,
1504:3, 1504:4, 1504:6, 1504:15,
1504:25, 1505:2, 1505:3, 1534:7,
1564:11, 1573:19
  **Met** - 1504:11
  **methodology** - 1523:21, 1523:24,
1524:4
  **methods** - 1486:3
  **Mets** - 1497:15
  **Michael** - 1427:18
  **Microsoft** - 1581:3
  **mid** - 1547:4, 1548:2, 1590:1, 1590:5
  **mid-december** - 1547:4, 1548:2
  **middle** - 1582:5, 1583:23
  **might** - 1372:17, 1375:8, 1385:10,
1402:6, 1409:9, 1411:6, 1415:5,
1423:16, 1465:10, 1494:8, 1510:7,
1549:12, 1554:24, 1581:20, 1588:18,
1589:3, 1589:24
  **Might** - 1413:14, 1420:10, 1447:13,
1447:20, 1516:19, 1535:12, 1552:25
  **Mike** - 1428:24
  **military** - 1388:3, 1392:8, 1395:5,
1415:2
  **mind** - 1372:9, 1372:20, 1373:13,
1375:9, 1397:1, 1400:9, 1402:23,
1403:4, 1418:7, 1476:13, 1483:2,
1483:4, 1488:24, 1490:25, 1491:5,
1491:13, 1539:5, 1544:13
  **minding** - 1572:4
  **minute** - 1401:7, 1468:12
  **minutes** - 1408:10, 1433:23, 1442:2,
1442:14, 1445:14, 1448:7, 1472:13,
1472:19, 1508:9, 1557:5, 1558:6,
1562:23, 1563:1, 1568:13, 1587:25
  **misconstrued** - 1385:10, 1385:24
  **misimpression** - 1591:13
  **misquoting** - 1464:2
  **mistaken** - 1376:3
  **mistakenly** - 1516:8
  **mistakes** - 1383:18
  **misunderstand** - 1527:8
  **misunderstanding** - 1398:22
  **misuse** - 1469:8
  **model** - 1583:19
  **modify** - 1423:18
  **Mogatoni** - 1502:18, 1502:23
  **moment** - 1371:14, 1372:19, 1413:14,
1414:11, 1431:17, 1442:18, 1447:13,
1474:2, 1475:14, 1475:18, 1502:4,
1516:19, 1535:12, 1579:18
  **moments** - 1407:25
  **Monday** - 1376:22, 1377:13, 1377:14,
1377:16, 1570:4, 1587:23, 1588:10
  **money** - 1406:15, 1418:15, 1418:18,
1419:6, 1419:11, 1420:3, 1420:5,
1420:6, 1421:10, 1423:6, 1425:10,
1425:21, 1425:22, 1425:23, 1425:25,
1426:9, 1426:17, 1427:20, 1427:23,
1428:22, 1430:1, 1430:3, 1430:4,
1436:6, 1436:9, 1436:12, 1436:16,
1437:4, 1437:6, 1438:8, 1438:12,
1441:2, 1441:21, 1443:2, 1443:18,
1444:4, 1444:17, 1445:1, 1445:4,
1445:10, 1445:22, 1449:13, 1449:15,
1449:16, 1449:25, 1450:4, 1450:7,
1450:10, 1450:13, 1452:5, 1457:21,
1463:4, 1463:6, 1463:14, 1463:17,
1463:19, 1475:1, 1475:12, 1498:19,
1499:3, 1499:6, 1499:12, 1499:14,
1500:7, 1500:11, 1500:20, 1500:23,
1518:20, 1518:24, 1519:10, 1529:17,
1529:19, 1532:22, 1533:8, 1533:11,
1533:14, 1533:15, 1533:17, 1534:8,

1535:25, 1536:2, 1558:23, 1559:17,
1565:22, 1568:20, 1579:6, 1579:9,
1579:11, 1589:19
  **Money** - 1450:10
  **monies** - 1450:7
  **monitor** - 1574:13, 1574:22, 1582:21
  **month** - 1382:19, 1429:23
  **months** - 1425:19, 1428:13, 1432:19,
1432:20, 1432:21, 1435:14, 1435:15,
1435:17, 1483:23, 1483:25, 1486:15,
1548:16
  **More** - 1591:11
  **more** - 1373:14, 1373:21, 1375:16,
1376:19, 1392:21, 1404:1, 1420:2,
1428:13, 1431:8, 1476:25, 1478:6,
1489:9, 1489:11, 1489:14, 1492:9,
1497:4, 1510:20, 1510:23, 1510:25,
1512:8, 1515:6, 1518:15, 1519:16,
1528:25, 1530:25, 1533:8, 1533:12,
1536:15, 1538:18, 1548:10, 1548:11,
1548:12, 1551:11, 1562:22, 1579:3,
1584:8, 1584:11, 1589:14
  **Morgan** - 1426:18
  **morning** - 1371:3, 1371:11, 1376:24,
1376:25, 1377:13, 1378:1, 1387:22,
1390:11, 1434:3, 1587:23, 1588:10,
1588:21, 1589:3, 1589:12, 1589:14,
1590:1, 1590:5, 1590:8, 1591:25
  **Morning** - 1567:10
  **Morris** - 1370:14
  **Most** - 1468:1, 1478:1
  **most** - 1386:1, 1387:23, 1429:22
  **mother** - 1384:8, 1384:9, 1396:21,
1397:9, 1533:22, 1534:3, 1537:2,
1537:5, 1537:8, 1537:24, 1538:14,
1540:14, 1540:22, 1540:24, 1541:2,
1542:2, 1543:13, 1545:18, 1545:21,
1545:25, 1546:10, 1558:23, 1560:1,
1560:4, 1560:10
  **mothers** - 1383:6, 1534:11
  **motion** - 1415:8, 1534:25, 1535:5,
1561:4, 1561:6, 1561:14, 1561:19,
1590:22, 1591:18
  **motions** - 1561:18, 1590:19
  **mouth** - 1483:15
  **Move** - 1487:13
  **move** - 1400:15, 1400:16, 1546:22,
1590:19
  **moved** - 1569:25
  **Moving** - 1462:22, 1480:19
  **moving** - 1411:7
  **Mr** - 1371:4, 1371:5, 1371:7, 1371:19,
1371:21, 1372:4, 1372:8, 1373:2,
1373:6, 1373:8, 1373:10, 1374:2,
1374:4, 1374:15, 1374:21, 1374:24,
1375:4, 1375:15, 1375:22, 1376:2,
1376:6, 1376:11, 1376:16, 1376:19,
1377:18, 1377:19, 1377:25, 1378:1,
1379:16, 1381:1, 1382:7, 1382:16,
1383:5, 1383:6, 1383:9, 1383:11,
1383:12, 1383:25, 1384:11, 1385:12,
1386:18, 1388:2, 1388:15, 1388:17,
1388:19, 1388:20, 1388:21, 1389:6,
1389:8, 1390:12, 1391:11, 1391:13,
1391:17, 1394:3, 1394:5, 1394:9,
1394:24, 1395:11, 1395:19, 1395:20,
1395:22, 1396:12, 1396:16, 1396:18,
1398:12, 1398:16, 1398:25, 1399:10,
1399:14, 1400:9, 1400:12, 1400:13,
1400:18, 1401:10, 1402:20, 1402:25,
1403:7, 1406:19, 1411:2, 1413:14,
1413:23, 1414:2, 1414:5, 1414:8,
1417:12, 1418:16, 1420:10, 1422:4,
1422:6, 1422:15, 1424:1, 1426:11,
1426:14, 1427:14, 1427:18, 1427:21,
1428:14, 1428:16, 1428:17, 1429:9,
1429:11, 1429:14, 1431:15, 1431:17,
1431:19, 1431:20, 1431:24, 1433:19,
1433:21, 1433:22, 1433:24, 1434:2,
1434:3, 1439:9, 1439:14, 1439:21,

1440:12, 1442:21, 1445:12, 1445:18,
1446:15, 1447:5, 1447:9, 1447:13,
1447:17, 1448:5, 1448:7, 1449:2,
1449:3, 1449:21, 1449:22, 1452:12,
1454:11, 1456:24, 1457:2, 1461:22,
1461:24, 1462:1, 1462:3, 1462:5,
1462:6, 1462:9, 1462:13, 1462:14,
1462:15, 1462:16, 1462:19, 1464:9,
1467:4, 1468:15, 1472:12, 1474:14,
1479:4, 1479:16, 1485:10, 1486:15,
1487:20, 1487:22, 1489:24, 1490:4,
1493:17, 1493:19, 1496:4, 1496:10,
1496:11, 1496:14, 1496:15, 1496:17,
1499:7, 1500:16, 1502:4, 1505:4,
1508:8, 1508:10, 1510:17, 1511:10,
1516:2, 1516:19, 1516:23, 1516:25,
1518:16, 1528:3, 1532:8, 1535:12,
1536:9, 1536:21, 1537:15, 1541:4,
1542:1, 1543:20, 1546:6, 1546:12,
1546:15, 1546:16, 1546:18, 1546:19,
1547:7, 1547:12, 1547:14, 1547:17,
1547:20, 1547:22, 1547:25, 1548:14,
1549:7, 1551:6, 1551:13, 1553:3,
1555:17, 1557:24, 1559:4, 1559:5,
1559:23, 1559:25, 1561:3, 1562:21,
1562:23, 1564:2, 1564:4, 1564:5,
1566:16, 1567:1, 1567:3, 1567:5,
1567:13, 1567:17, 1567:19, 1567:23,
1568:8, 1568:10, 1568:12, 1568:15,
1568:19, 1569:16, 1569:18, 1569:19,
1570:19, 1570:23, 1570:25, 1571:13,
1571:16, 1571:21, 1572:1, 1572:3,
1572:5, 1572:10, 1572:12, 1572:24,
1574:4, 1574:7, 1574:11, 1575:3,
1575:7, 1576:7, 1576:8, 1577:3,
1577:5, 1577:8, 1577:20, 1578:3,
1578:16, 1579:15, 1579:16, 1579:18,
1579:20, 1579:21, 1580:1, 1580:3,
1580:5, 1580:10, 1580:12, 1583:15,
1584:16, 1584:17, 1584:18, 1584:19,
1584:20, 1584:21, 1584:24, 1585:2,
1585:9, 1586:2, 1586:4, 1586:7,
1586:15, 1586:22, 1587:1, 1587:3,
1587:5, 1587:7, 1587:8, 1587:9,
1588:22, 1589:2, 1590:1, 1590:4,
1590:13, 1590:18, 1590:23, 1590:25,
1591:7, 1591:20, 1591:23, 1591:24,
1592:3, 1592:8
  **Mr.shargel** - 1447:20
  **Ms** - 1432:15, 1514:3, 1522:4,
1529:25, 1531:7, 1532:2, 1532:5,
1532:19, 1534:18, 1536:15, 1548:6,
1548:9, 1549:3, 1549:16, 1550:3,
1550:4, 1550:10, 1551:19, 1553:8,
1553:11, 1554:17, 1554:20, 1555:11,
1555:18, 1555:23, 1556:7, 1556:11,
1556:12, 1557:1, 1557:13, 1558:6,
1558:12, 1558:19, 1559:10, 1559:13,
1559:16, 1560:14, 1562:13, 1562:15,
1564:15, 1565:9, 1565:12, 1565:15,
1565:19, 1565:25, 1566:3, 1566:4,
1566:18, 1566:20, 1580:3, 1584:23,
1587:4
  **Much** - 1395:6, 1548:11, 1548:12
  **much** - 1385:2, 1423:6, 1427:6,
1427:8, 1483:18, 1483:19, 1487:10,
1519:19, 1531:23, 1540:22, 1549:16,
1550:22, 1562:22, 1577:3, 1580:22,
1581:19
  **murder** - 1537:12, 1537:14, 1537:17,
1561:21, 1561:22, 1562:1, 1578:19,
1579:1
  **murdered** - 1456:10, 1509:8, 1542:14
  **murders** - 1388:11, 1423:24,
1490:24, 1509:15, 1509:19
  **must** - 1383:16
  **my** - 1371:11, 1376:8, 1378:18,
1379:12, 1379:13, 1380:23, 1381:19,
1382:23, 1391:1, 1391:4, 1391:5,
1393:11, 1395:8, 1395:18, 1396:3,

1397:12, 1400:25, 1402:8, 1404:15,
1405:2, 1409:3, 1411:20, 1415:1,
1416:8, 1416:10, 1418:20, 1419:24,
1421:7, 1421:17, 1422:2, 1422:24,
1427:10, 1429:17, 1432:22, 1438:10,
1438:25, 1439:5, 1439:15, 1439:22,
1440:16, 1441:8, 1441:10, 1442:7,
1444:25, 1447:9, 1450:2, 1451:12,
1452:18, 1458:15, 1461:4, 1461:15,
1464:6, 1471:18, 1471:19, 1473:13,
1475:9, 1475:20, 1476:7, 1476:16,
1477:13, 1477:19, 1478:5, 1478:23,
1483:2, 1483:4, 1483:8, 1483:12,
1484:9, 1489:11, 1490:25, 1491:16,
1491:20, 1494:13, 1494:18, 1506:25,
1514:19, 1521:23, 1523:8, 1525:22,
1528:6, 1529:24, 1533:10, 1533:24,
1534:13, 1543:1, 1543:2, 1560:15,
1564:13, 1572:4, 1572:23, 1573:2,
1573:3, 1573:14, 1576:14, 1577:10,
1577:11, 1581:3, 1581:5, 1588:5,
1588:19, 1589:10, 1590:18, 1592:12
**My** - 1404:17, 1416:10, 1434:3,
1473:20, 1484:12, 1523:21, 1589:2
**myself** - 1391:4, 1486:15, 1567:17
**Myself** - 1446:10

# N

**N** - 1382:15, 1404:25, 1496:1, 1580:7,
1593:7
**N-15** - 1567:25
**name** - 1375:17, 1382:12, 1388:1,
1402:5, 1404:22, 1408:5, 1411:15,
1412:6, 1434:3, 1469:25, 1482:12,
1500:2, 1566:7, 1566:22, 1569:24
**named** - 1389:10, 1389:18, 1392:23,
1426:18, 1482:16
**names** - 1389:23, 1555:11
**nature** - 1386:11, 1443:20, 1499:24,
1515:1
**near** - 1509:15, 1509:19, 1573:3
**nearly** - 1382:19
**necessary** - 1537:24, 1589:25
**need** - 1371:6, 1377:8, 1402:23,
1413:5, 1424:9, 1429:3, 1429:19,
1430:19, 1439:12, 1463:4, 1463:6,
1473:18, 1473:20, 1527:13, 1531:21,
1531:23, 1535:1, 1536:14, 1538:23,
1540:2, 1540:4, 1544:5, 1551:25,
1555:11, 1562:5, 1570:4, 1578:24,
1591:6
**needed** - 1428:5, 1463:14, 1529:16,
1536:18, 1549:25, 1554:3, 1555:5,
1562:4, 1570:12
**needing** - 1568:20
**needs** - 1371:9, 1438:3, 1438:18,
1460:4, 1482:17, 1488:7, 1530:15,
1534:8, 1534:9
**Neelon** - 1465:3
**negotiate** - 1501:2
**negotiated** - 1444:5, 1444:6
**neighborhood** - 1549:19, 1567:18
**neighbors** - 1415:21
**network** - 1526:10, 1526:12, 1526:15,
1526:23, 1529:8, 1529:19, 1533:17,
1543:2, 1580:21, 1581:21
**Neutralize** - 1470:4, 1472:10, 1472:11
**neutralize** - 1468:11, 1468:12,
1469:12, 1470:2, 1470:4, 1470:5,
1473:2, 1473:3, 1474:4, 1475:11,
1490:13, 1490:15, 1544:14, 1572:12,
1572:13
**neutralizing** - 1469:23, 1469:24,
1472:24, 1474:21, 1544:5
**never** - 1379:20, 1404:6, 1422:17,
1434:4, 1445:8, 1445:9, 1445:21,
1482:20, 1483:3, 1483:4, 1483:7,
1483:19, 1494:23, 1494:24, 1501:20,
1504:1, 1504:3, 1512:14, 1516:6,

1519:1, 1519:5, 1522:16, 1568:25,
1576:18
**Never** - 1380:7, 1380:10, 1401:20,
1403:15, 1404:7, 1409:22, 1422:18,
1433:4, 1434:6, 1501:18, 1504:2,
1504:4, 1516:4, 1556:20, 1560:2,
1569:3, 1576:6, 1579:10
**nevertheless** - 1478:10, 1523:17
**New** - 1370:1, 1370:5, 1370:21,
1393:22, 1394:3, 1402:2, 1403:21,
1407:16, 1430:12, 1468:9, 1566:9,
1586:10
**news** - 1417:3, 1417:8, 1417:14,
1417:16
**next** - 1382:16, 1384:13, 1410:12,
1415:21, 1420:24, 1422:23, 1423:22,
1448:9, 1456:17, 1457:18, 1459:7,
1459:8, 1460:5, 1460:16, 1499:12,
1499:14, 1499:16, 1500:13, 1515:18,
1530:19, 1541:6, 1563:6, 1568:12,
1568:15, 1576:1, 1576:20, 1578:13,
1585:13
**nice** - 1588:9
**nickname** - 1407:6, 1481:7, 1482:11,
1501:21, 1501:23
**nicknames** - 1500:4
**night** - 1588:11, 1592:9
**Nine** - 1417:9
**no** - 1380:14, 1384:16, 1397:9,
1397:24, 1398:23, 1399:4, 1403:16,
1410:6, 1411:13, 1416:12, 1420:5,
1424:13, 1427:15, 1427:20, 1428:18,
1433:19, 1435:10, 1435:24, 1436:15,
1437:8, 1438:19, 1439:7, 1439:15,
1439:18, 1439:25, 1441:12, 1441:25,
1442:8, 1449:10, 1449:11, 1450:2,
1450:3, 1451:8, 1454:23, 1458:25,
1459:25, 1467:9, 1467:10, 1467:16,
1468:16, 1473:25, 1474:18, 1476:10,
1476:17, 1481:25, 1482:22, 1482:23,
1483:1, 1492:2, 1493:15, 1494:13,
1494:17, 1494:24, 1498:1, 1498:18,
1505:21, 1506:20, 1508:1, 1508:3,
1509:18, 1510:15, 1514:11, 1519:19,
1519:22, 1521:10, 1526:1, 1528:25,
1530:9, 1530:18, 1530:20, 1539:3,
1540:16, 1555:20, 1562:4, 1564:21,
1577:22, 1577:25, 1578:11, 1578:23,
1579:15, 1591:1
**No** - 1371:13, 1373:8, 1384:16,
1391:13, 1395:22, 1399:10, 1400:18,
1401:3, 1401:6, 1403:8, 1403:24,
1404:5, 1405:10, 1405:23, 1405:25,
1407:11, 1407:13, 1412:3, 1412:5,
1413:4, 1418:10, 1422:6, 1425:11,
1425:16, 1426:14, 1429:11, 1431:24,
1433:1, 1433:7, 1433:9, 1433:15,
1433:18, 1434:7, 1436:7, 1438:5,
1439:12, 1445:2, 1449:8, 1450:23,
1453:14, 1453:23, 1454:10, 1454:21,
1454:24, 1457:23, 1460:13, 1462:6,
1463:9, 1468:5, 1469:17, 1470:16,
1470:21, 1471:11, 1474:12, 1475:14,
1479:24, 1481:11, 1481:21, 1481:23,
1482:8, 1485:7, 1486:21, 1487:19,
1488:11, 1490:22, 1493:13, 1494:17,
1500:8, 1502:21, 1507:6, 1507:8,
1507:10, 1507:18, 1508:2, 1508:5,
1508:6, 1508:7, 1509:10, 1509:22,
1511:15, 1512:17, 1513:20, 1514:2,
1514:4, 1514:6, 1514:10, 1514:11,
1515:9, 1516:6, 1516:15, 1518:1,
1518:13, 1519:23, 1520:7, 1520:10,
1522:10, 1524:17, 1526:4, 1528:1,
1532:18, 1535:9, 1535:22, 1537:22,
1538:1, 1538:10, 1538:15, 1538:17,
1539:8, 1540:12, 1540:20, 1543:11,
1543:23, 1545:7, 1546:11, 1553:2,
1553:7, 1553:10, 1555:6, 1561:7,
1562:11, 1562:20, 1564:21, 1565:21,

1566:1, 1568:22, 1569:19, 1573:22,
1573:23, 1574:7, 1575:20, 1575:23,
1579:21, 1580:1, 1583:17, 1584:19,
1584:21
**Nobody** - 1493:16
**nobody** - 1397:10, 1405:12
**nomenclature** - 1454:2
**None** - 1405:8, 1565:18, 1570:25
**none** - 1556:5
**nonfactor** - 1383:2
**nor** - 1564:21
**Nor** - 1543:13
**normal** - 1406:20, 1408:22
**normally** - 1471:25, 1582:20, 1583:11
**North** - 1455:23
**not** - 1371:2, 1371:24, 1372:10,
1372:11, 1372:12, 1373:18, 1374:8,
1374:9, 1374:18, 1375:25, 1376:3,
1376:7, 1376:16, 1377:6, 1381:18,
1381:19, 1382:3, 1382:21, 1384:8,
1384:18, 1385:9, 1385:24, 1387:6,
1389:13, 1389:17, 1393:8, 1394:16,
1395:7, 1397:5, 1397:17, 1399:5,
1399:7, 1399:11, 1399:21, 1399:22,
1400:10, 1403:25, 1405:18, 1406:2,
1407:2, 1409:3, 1410:5, 1410:10,
1414:2, 1414:11, 1417:20, 1419:4,
1419:19, 1420:6, 1420:7, 1423:19,
1424:12, 1425:18, 1426:20, 1427:20,
1428:3, 1428:4, 1428:7, 1428:23,
1430:7, 1431:2, 1432:9, 1433:12,
1436:10, 1437:2, 1437:19, 1438:23,
1439:6, 1439:16, 1439:17, 1440:16,
1440:17, 1441:1, 1441:3, 1441:10,
1441:11, 1441:16, 1442:5, 1443:4,
1443:25, 1444:12, 1445:3, 1447:1,
1448:3, 1449:18, 1450:21, 1450:23,
1452:7, 1452:11, 1453:14, 1453:19,
1454:12, 1455:6, 1455:8, 1455:9,
1458:15, 1459:1, 1459:2, 1461:6,
1461:10, 1461:14, 1461:15, 1461:16,
1463:9, 1463:15, 1463:20, 1468:13,
1470:14, 1470:17, 1470:19, 1471:1,
1473:25, 1474:3, 1474:14, 1476:5,
1476:9, 1477:18, 1478:8, 1478:17,
1478:22, 1480:10, 1482:14, 1483:9,
1486:22, 1487:19, 1489:11, 1489:20,
1489:23, 1490:25, 1491:6, 1491:14,
1491:25, 1493:2, 1493:14, 1493:15,
1493:16, 1494:23, 1496:2, 1496:23,
1497:11, 1499:16, 1500:7, 1500:22,
1500:25, 1501:5, 1503:10, 1505:22,
1511:17, 1511:19, 1512:16, 1512:18,
1512:19, 1513:5, 1513:8, 1513:13,
1513:18, 1513:20, 1513:21, 1514:1,
1514:3, 1514:5, 1514:11, 1515:7,
1515:10, 1515:15, 1516:10, 1516:16,
1516:18, 1517:17, 1518:1, 1518:8,
1518:19, 1518:23, 1519:3, 1520:9,
1520:21, 1521:8, 1522:1, 1522:20,
1522:23, 1523:14, 1524:17, 1525:15,
1526:3, 1528:8, 1530:8, 1530:21,
1531:3, 1532:1, 1533:22, 1535:1,
1535:10, 1538:16, 1538:25, 1539:6,
1539:14, 1539:17, 1540:12, 1540:20,
1543:12, 1544:20, 1547:11, 1547:20,
1548:8, 1549:20, 1550:25, 1551:21,
1552:7, 1559:15, 1560:5, 1560:9,
1561:22, 1561:23, 1561:25, 1562:2,
1562:11, 1565:14, 1568:5, 1568:22,
1572:19, 1572:21, 1574:10, 1575:5,
1575:18, 1577:1, 1577:23, 1578:5,
1583:17, 1587:15, 1588:1, 1588:5,
1588:16, 1588:23, 1588:25, 1589:13,
1589:16, 1589:20
**Not** - 1385:3, 1386:14, 1389:23,
1419:8, 1437:1, 1450:19, 1455:11,
1458:1, 1462:9, 1491:18, 1506:20,
1514:9, 1524:7, 1528:16, 1535:11,
1540:6, 1555:20, 1574:15, 1579:14

**note** - 1499:2, 1499:5, 1499:6, 1500:9, 1500:10, 1513:25, 1515:5, 1515:9, 1577:9, 1577:10
**Note** - 1447:9
**notes** - 1373:12, 1380:23, 1390:14, 1390:16, 1391:9, 1393:11, 1393:25, 1396:3, 1396:7, 1399:23, 1400:1, 1405:2, 1550:15, 1550:17, 1550:23, 1552:3
**Nothing** - 1450:18, 1567:1, 1579:19
**nothing** - 1416:8, 1429:19, 1430:2, 1476:11, 1478:8, 1497:1, 1545:6, 1546:12, 1552:25, 1571:23, 1584:16, 1587:3
**notwithstanding** - 1375:6
**November** - 1435:3, 1479:22, 1480:1, 1506:23, 1506:24
**Now** - 1382:16, 1390:8, 1393:15, 1400:21, 1401:12, 1406:25, 1464:12, 1466:10, 1492:15, 1496:22, 1498:19, 1501:6, 1529:8, 1550:2, 1550:24, 1552:10, 1552:22, 1555:21, 1559:1, 1559:8, 1560:25, 1582:14, 1583:15, 1584:1
**now** - 1387:17, 1392:4, 1400:16, 1411:15, 1414:2, 1416:4, 1433:23, 1433:24, 1442:11, 1442:12, 1473:21, 1479:20, 1494:23, 1517:3, 1517:20, 1538:24, 1542:18, 1547:9, 1560:7, 1572:19, 1576:9, 1588:25, 1590:2, 1590:25, 1592:12
**nuances** - 1373:20
**Number** - 1416:13, 1476:15
**number** - 1373:4, 1387:21, 1392:5, 1416:18, 1421:17, 1427:5, 1457:14, 1457:15, 1457:16, 1459:15, 1484:7, 1511:21, 1575:5
**numbered** - 1391:18
**numbers** - 1459:12, 1459:14

# O

**O** - 1377:20, 1496:1, 1593:3
**o'clock** - 1370:6, 1376:18, 1495:5, 1495:8, 1557:24, 1588:22, 1590:8, 1590:15, 1590:17, 1591:25, 1592:5, 1592:8
**Obermueller** - 1481:12
**object** - 1398:17, 1420:7, 1420:8, 1439:11, 1440:12, 1462:19, 1464:9, 1489:24, 1510:17, 1511:10, 1528:3, 1541:4, 1546:6, 1591:20
**objection** - 1371:23, 1371:24, 1391:12, 1395:21, 1398:25, 1400:17, 1422:5, 1426:13, 1429:10, 1429:11, 1431:16, 1431:25, 1447:9, 1447:10, 1490:4, 1569:17, 1569:19, 1570:24, 1574:7
**Objection** - 1396:12, 1398:12, 1401:10, 1467:4, 1479:4, 1493:17, 1537:15, 1553:3
**observe** - 1388:6
**observed** - 1388:7, 1394:10
**obtain** - 1392:14
**obtained** - 1379:18, 1390:5, 1408:10, 1454:15
**obvious** - 1575:1
**Obviously** - 1398:16
**obviously** - 1371:14, 1373:10, 1591:9
**occasion** - 1389:5, 1492:9
**occur** - 1454:25, 1566:20
**occurred** - 1379:25, 1390:17, 1464:25, 1551:18
**October** - 1378:10, 1383:24, 1428:11, 1428:12, 1435:1, 1479:19, 1479:20, 1479:24
**Of** - 1370:1, 1370:3, 1370:9, 1479:10, 1479:12
**of** - 1371:14, 1371:24, 1372:4, 1372:9, 1372:10, 1372:18, 1372:20,

1373:4, 1373:7, 1373:13, 1373:14, 1373:17, 1373:19, 1373:21, 1374:1, 1374:4, 1374:20, 1375:2, 1375:9, 1376:17, 1377:2, 1377:9, 1378:11, 1378:14, 1378:19, 1378:20, 1378:21, 1378:22, 1379:1, 1379:23, 1380:1, 1380:8, 1380:15, 1380:16, 1380:20, 1380:21, 1381:2, 1381:25, 1382:8, 1382:13, 1383:4, 1383:14, 1383:19, 1384:25, 1385:7, 1386:11, 1386:19, 1386:20, 1387:8, 1387:14, 1387:19, 1387:21, 1388:5, 1388:7, 1388:10, 1388:12, 1388:20, 1388:23, 1389:7, 1389:17, 1390:3, 1390:6, 1390:8, 1390:10, 1390:11, 1391:1, 1391:19, 1392:5, 1392:6, 1392:10, 1392:12, 1392:14, 1392:19, 1393:1, 1393:2, 1393:5, 1393:11, 1393:25, 1395:3, 1395:4, 1395:6, 1397:5, 1397:19, 1397:22, 1398:3, 1398:7, 1398:8, 1398:19, 1398:22, 1398:23, 1399:23, 1400:9, 1400:22, 1401:14, 1401:18, 1401:24, 1402:19, 1402:23, 1402:24, 1403:4, 1403:6, 1403:21, 1403:22, 1404:1, 1405:2, 1405:3, 1405:5, 1405:8, 1406:25, 1408:1, 1408:8, 1408:9, 1408:15, 1408:17, 1408:20, 1408:22, 1410:8, 1410:10, 1411:5, 1411:7, 1411:10, 1411:11, 1411:18, 1411:20, 1412:1, 1412:17, 1413:9, 1413:11, 1413:21, 1414:12, 1414:15, 1414:17, 1414:22, 1414:23, 1414:25, 1415:10, 1415:11, 1415:12, 1415:13, 1415:14, 1415:16, 1415:24, 1416:2, 1416:5, 1416:6, 1416:11, 1416:14, 1416:16, 1416:18, 1416:22, 1417:2, 1417:7, 1417:22, 1418:13, 1418:17, 1419:3, 1419:9, 1419:11, 1419:15, 1419:24, 1420:13, 1420:21, 1421:10, 1421:17, 1421:19, 1421:23, 1422:23, 1423:12, 1424:10, 1424:11, 1425:1, 1425:4, 1427:1, 1427:4, 1427:8, 1427:9, 1427:12, 1427:14, 1427:16, 1427:24, 1427:25, 1428:5, 1429:7, 1429:23, 1429:25, 1430:7, 1430:19, 1430:19, 1430:22, 1432:11, 1432:14, 1432:15, 1432:24, 1435:1, 1435:4, 1435:16, 1437:18, 1437:24, 1438:6, 1440:12, 1441:5, 1441:16, 1442:2, 1442:13, 1442:14, 1442:22, 1442:23, 1443:4, 1443:8, 1443:20, 1444:2, 1444:3, 1444:4, 1444:8, 1445:2, 1445:9, 1446:11, 1446:14, 1449:7, 1450:4, 1450:25, 1451:3, 1451:11, 1451:12, 1451:17, 1451:18, 1451:25, 1452:8, 1452:12, 1452:20, 1452:23, 1453:2, 1454:2, 1454:6, 1454:11, 1455:5, 1456:7, 1456:17, 1456:20, 1457:8, 1457:10, 1458:15, 1459:21, 1460:10, 1460:19, 1460:22, 1461:9, 1461:16, 1462:5, 1462:7, 1462:17, 1462:21, 1462:22, 1463:6, 1463:8, 1464:14, 1464:17, 1464:18, 1464:24, 1464:25, 1465:1, 1465:2, 1465:3, 1465:4, 1465:7, 1466:9, 1467:4, 1468:9, 1468:10, 1468:23, 1469:1, 1469:2, 1469:8, 1469:9, 1469:10, 1469:14, 1469:20, 1469:25, 1470:11, 1471:9, 1471:12, 1471:16, 1471:18, 1471:19, 1471:23, 1472:4, 1474:4, 1474:10, 1474:18, 1474:23, 1475:11, 1475:15, 1475:19, 1475:22, 1475:25, 1476:16, 1476:22, 1476:24, 1477:2, 1477:3, 1477:6, 1477:13, 1478:16, 1478:18, 1478:19, 1479:18, 1480:2, 1480:21, 1480:23, 1481:21, 1482:16, 1483:14, 1483:15, 1484:6, 1484:7, 1484:11, 1484:20, 1484:21, 1485:4, 1485:12, 1485:13, 1485:23, 1486:1, 1486:8, 1486:17, 1487:10, 1487:11,

1488:2, 1491:5, 1491:9, 1491:13, 1491:18, 1492:17, 1493:1, 1494:7, 1494:10, 1496:16, 1496:19, 1497:6, 1499:24, 1500:2, 1500:4, 1501:6, 1501:9, 1503:23, 1506:7, 1506:22, 1508:11, 1508:15, 1510:6, 1510:11, 1510:12, 1510:16, 1511:10, 1511:13, 1511:21, 1511:24, 1512:21, 1513:6, 1513:9, 1513:20, 1514:5, 1514:23, 1514:25, 1516:7, 1516:23, 1517:1, 1517:8, 1517:19, 1517:21, 1517:23, 1518:3, 1518:18, 1519:14, 1520:17, 1520:24, 1525:4, 1525:10, 1526:8, 1526:12, 1526:15, 1526:23, 1528:16, 1528:19, 1528:20, 1529:3, 1529:8, 1529:10, 1529:19, 1529:24, 1530:3, 1530:5, 1530:11, 1531:7, 1532:5, 1533:17, 1533:22, 1534:3, 1535:6, 1536:23, 1537:15, 1537:18, 1538:7, 1538:8, 1538:12, 1538:19, 1538:21, 1538:22, 1543:2, 1543:17, 1543:21, 1544:2, 1544:16, 1545:12, 1545:24, 1546:4, 1546:12, 1547:1, 1547:4, 1548:2, 1548:5, 1548:14, 1548:15, 1548:16, 1548:21, 1548:23, 1549:4, 1549:13, 1549:14, 1549:17, 1549:24, 1550:6, 1550:8, 1550:11, 1550:15, 1551:2, 1551:5, 1551:7, 1551:15, 1552:7, 1552:8, 1552:10, 1553:16, 1553:19, 1553:24, 1554:18, 1555:2, 1555:4, 1555:24, 1556:2, 1556:4, 1556:5, 1556:14, 1556:15, 1557:4, 1557:23, 1558:15, 1559:10, 1559:13, 1559:19, 1560:10, 1560:14, 1561:2, 1561:6, 1561:10, 1561:17, 1561:19, 1561:21, 1561:22, 1561:24, 1562:1, 1562:2, 1562:17, 1565:6, 1565:12, 1565:20, 1566:3, 1566:7, 1566:9, 1566:19, 1567:9, 1567:16, 1567:19, 1567:25, 1569:1, 1569:25, 1570:4, 1571:13, 1571:14, 1572:7, 1575:16, 1576:3, 1576:14, 1577:14, 1578:1, 1578:10, 1578:25, 1579:8, 1579:11, 1579:13, 1580:18, 1581:2, 1581:13, 1581:19, 1581:20, 1582:8, 1582:9, 1582:14, 1582:17, 1582:20, 1583:3, 1583:11, 1584:1, 1584:4, 1584:6, 1584:15, 1585:3, 1585:5, 1585:12, 1586:6, 1586:9, 1587:12, 1587:15, 1587:19, 1587:24, 1587:25, 1588:7, 1588:9, 1588:14, 1589:8, 1589:9, 1590:16, 1590:19, 1590:20, 1590:21, 1591:5, 1592:1
**off** - 1371:15, 1406:9, 1410:10, 1428:2, 1428:10, 1429:17, 1430:23, 1435:7, 1435:8, 1435:11, 1435:12, 1435:23, 1443:12, 1475:16, 1537:23, 1544:15, 1583:5, 1587:13, 1588:6
**Offer** - 1429:9, 1570:23
**offer** - 1391:11, 1395:20, 1413:24, 1419:5, 1426:11, 1436:5, 1436:14, 1447:6, 1452:8, 1480:3, 1569:16, 1574:4, 1574:6
**Offered** - 1422:4, 1431:15
**offered** - 1372:10, 1447:21, 1480:15, 1565:2, 1589:19
**offering** - 1374:12, 1374:13, 1419:20, 1436:12, 1437:4
**offers** - 1437:6
**office** - 1413:3, 1420:21, 1421:8, 1421:17, 1421:21, 1422:1, 1422:2, 1422:24, 1424:17, 1424:24, 1425:17, 1437:12, 1437:13, 1438:14, 1438:15, 1438:20, 1438:25, 1439:3, 1439:5, 1439:15, 1439:24, 1440:16, 1441:6, 1441:11, 1441:13, 1441:15, 1441:22, 1442:7, 1442:12, 1444:9, 1444:25, 1464:6, 1483:9, 1483:12, 1483:13, 1490:17, 1498:20, 1498:24, 1551:22, 1556:17, 1557:2, 1557:4, 1558:10,

1558:13, 1565:22, 1573:6, 1573:14,
1573:18, 1574:13, 1575:24, 1581:14,
1583:16, 1584:15
  **officer** - 1433:11, 1505:23, 1506:10
  **officers** - 1506:7, 1506:15, 1507:14
  **official** - 1586:16
  **often** - 1409:7, 1469:15
  **oh** - 1484:4
  **Oh-** 1556:21, 1585:8
  **Ohio-** 1406:13
  **Okay-** 1371:18, 1373:4, 1429:4,
1447:8, 1456:19, 1469:16, 1496:3,
1498:20, 1546:24, 1547:12, 1554:16,
1559:22, 1560:6, 1562:24, 1586:12,
1586:24, 1591:6
  **okay** - 1443:22, 1443:23, 1444:11,
1464:5, 1483:2, 1483:6, 1483:20,
1528:6, 1542:3, 1555:13, 1559:17
  **on** - 1371:8, 1371:10, 1371:11,
1371:12, 1371:16, 1371:22, 1372:12,
1374:8, 1374:9, 1374:18, 1375:25,
1376:14, 1376:18, 1377:7, 1377:14,
1379:13, 1379:21, 1380:8, 1380:19,
1381:1, 1381:21, 1382:2, 1382:11,
1382:14, 1383:9, 1384:17, 1384:18,
1385:12, 1387:19, 1387:23, 1389:5,
1390:12, 1390:17, 1391:5, 1391:25,
1392:6, 1392:17, 1392:21, 1393:5,
1393:13, 1394:3, 1396:1, 1398:20,
1400:4, 1401:7, 1402:19, 1405:16,
1406:20, 1408:15, 1408:20, 1410:12,
1416:25, 1417:7, 1417:10, 1417:12,
1418:22, 1419:14, 1419:15, 1419:16,
1419:17, 1419:22, 1420:11, 1420:23,
1421:9, 1421:10, 1421:18, 1421:20,
1421:24, 1422:11, 1424:1, 1426:8,
1426:8, 1426:18, 1426:19, 1426:20,
1427:15, 1428:17, 1429:1, 1429:8,
1429:16, 1429:24, 1430:23, 1431:14,
1432:6, 1432:15, 1433:2, 1436:3,
1436:5, 1438:1, 1438:24, 1440:18,
1442:1, 1442:18, 1442:22, 1442:24,
1443:3, 1443:11, 1444:2, 1444:7,
1446:7, 1447:2, 1447:10, 1447:18,
1448:1, 1448:2, 1448:9, 1450:4,
1452:12, 1454:10, 1454:16, 1455:19,
1459:7, 1459:12, 1459:20, 1459:23,
1460:8, 1460:19, 1460:21, 1461:11,
1461:15, 1462:22, 1462:25, 1463:22,
1465:4, 1465:5, 1466:20, 1467:7,
1467:8, 1467:11, 1467:13, 1468:8,
1471:13, 1472:7, 1472:8, 1473:21,
1474:1, 1475:7, 1475:14, 1475:17,
1476:2, 1476:16, 1476:17, 1477:9,
1477:10, 1478:9, 1479:17, 1480:12,
1480:19, 1481:1, 1481:9, 1481:17,
1481:18, 1482:13, 1483:14, 1484:13,
1485:13, 1485:15, 1486:13, 1486:15,
1487:4, 1487:5, 1487:8, 1487:13,
1487:16, 1487:17, 1490:19, 1491:2,
1491:9, 1492:7, 1492:23, 1496:23,
1497:4, 1497:17, 1497:20, 1499:6,
1499:19, 1500:9, 1500:10, 1503:5,
1508:11, 1508:18, 1511:19, 1515:10,
1515:18, 1516:11, 1520:14, 1520:17,
1520:24, 1522:6, 1524:15, 1525:10,
1530:2, 1531:11, 1531:24, 1532:9,
1534:8, 1534:25, 1535:5, 1535:6,
1538:14, 1539:11, 1540:21, 1540:23,
1541:2, 1541:6, 1542:5, 1542:17,
1544:8, 1545:7, 1545:15, 1545:24,
1546:22, 1547:6, 1548:15, 1548:24,
1549:1, 1550:5, 1550:6, 1551:10,
1551:15, 1551:18, 1552:1, 1552:3,
1552:8, 1553:6, 1553:8, 1554:12,
1554:13, 1554:25, 1555:1, 1555:9,
1555:15, 1555:18, 1556:4, 1556:9,
1556:21, 1556:24, 1557:23, 1558:2,
1558:6, 1558:17, 1558:20, 1559:8,
1559:9, 1559:19, 1560:25, 1561:12,

1561:14, 1562:3, 1562:15, 1563:4,
1563:6, 1564:25, 1565:9, 1566:6,
1566:9, 1566:10, 1566:19, 1567:6,
1568:2, 1568:3, 1568:20, 1569:4,
1569:14, 1569:22, 1569:24, 1570:4,
1571:16, 1571:23, 1572:7, 1572:8,
1572:12, 1572:17, 1572:21, 1572:22,
1573:16, 1573:19, 1574:10, 1574:13,
1574:15, 1574:22, 1574:25, 1575:3,
1575:6, 1575:12, 1575:25, 1576:1,
1576:2, 1576:20, 1578:4, 1578:6,
1578:13, 1578:24, 1579:3, 1579:4,
1579:5, 1580:5, 1583:12, 1583:21,
1585:10, 1585:13, 1586:10, 1586:17,
1587:11, 1587:20, 1587:23, 1588:2,
1588:10, 1588:15, 1588:17, 1588:25,
1589:21, 1590:11, 1591:11
  **On-** 1379:21, 1382:6, 1396:20,
1440:5, 1485:8, 1492:9, 1534:24,
1535:25, 1536:2, 1562:15, 1566:2
  **Once-** 1408:5, 1424:15
  **once** - 1373:22, 1376:21, 1390:5,
1420:2, 1434:22, 1434:24, 1435:13,
1488:3
  **One-** 1375:16, 1380:1, 1384:6,
1387:21, 1392:21, 1394:15, 1416:10,
1431:17, 1451:17, 1457:10, 1467:7,
1472:19, 1476:14, 1477:24, 1502:4,
1515:17, 1551:7, 1559:23, 1561:19,
1577:19, 1579:19
  **one** - 1373:23, 1374:2, 1374:6,
1375:19, 1375:20, 1376:1, 1376:2,
1382:11, 1383:25, 1384:14, 1388:23,
1389:9, 1390:2, 1392:19, 1394:12,
1404:1, 1407:23, 1416:5, 1420:5,
1420:11, 1421:23, 1426:25, 1427:2,
1431:8, 1437:12, 1437:24, 1442:18,
1461:25, 1462:7, 1464:16, 1465:13,
1466:9, 1472:12, 1475:3, 1476:22,
1476:24, 1480:17, 1481:11, 1489:9,
1489:11, 1489:14, 1492:9, 1494:11,
1500:4, 1506:16, 1508:9, 1509:22,
1510:12, 1510:20, 1510:22, 1517:23,
1519:19, 1519:22, 1520:17, 1522:23,
1525:18, 1528:19, 1532:5, 1538:24,
1545:4, 1548:23, 1549:4, 1551:2,
1553:20, 1554:13, 1565:6, 1566:12,
1576:16, 1579:3, 1583:24, 1584:8,
1584:15, 1585:3, 1587:24, 1590:15,
1590:24, 1592:1, 1592:5
  **ones** - 1583:18, 1583:21
  **online** - 1587:17
  **Only** - 1442:3
  **only** - 1381:18, 1394:16, 1397:13,
1399:22, 1405:19, 1413:6, 1418:10,
1424:12, 1430:7, 1430:17, 1431:9,
1438:21, 1449:23, 1473:4, 1474:6,
1475:4, 1475:6, 1475:10, 1481:11,
1482:1, 1483:10, 1505:23, 1524:6,
1524:7, 1538:14, 1538:16, 1546:9,
1553:18, 1572:14, 1583:15, 1588:3,
1589:3
  **onto** - 1388:24, 1500:5, 1500:6
  **open** - 1371:2, 1371:12, 1399:13,
1446:20, 1491:18, 1496:2, 1547:21,
1586:1
  **open-ended** - 1491:18
  **operable** - 1422:11
  **operation** - 1418:24, 1421:5
  **operatives** - 1486:3
  **opinion** - 1533:24, 1560:12
  **opportunity** - 1375:17, 1380:2,
1399:4, 1420:1, 1466:21, 1550:19,
1581:12, 1582:14
  **opposed** - 1577:15, 1584:12
  **option** - 1474:6, 1475:4, 1475:6,
1475:10, 1572:14
  **options** - 1473:4
  **or** - 1371:22, 1371:24, 1374:25,
1377:16, 1378:14, 1381:19, 1381:24,

1382:19, 1383:13, 1384:24, 1385:11,
1390:10, 1390:20, 1391:16, 1392:15,
1394:7, 1396:4, 1397:24, 1400:11,
1400:21, 1401:1, 1401:18, 1401:22,
1403:16, 1403:19, 1405:1, 1405:6,
1407:14, 1408:15, 1409:4, 1409:7,
1410:3, 1414:21, 1416:19, 1416:21,
1416:24, 1418:8, 1418:19, 1418:22,
1419:7, 1420:9, 1424:3, 1424:14,
1424:15, 1427:7, 1428:12, 1428:22,
1430:9, 1432:24, 1433:23, 1435:10,
1435:24, 1436:15, 1437:1, 1437:7,
1437:8, 1437:10, 1437:15, 1437:19,
1438:15, 1438:19, 1438:23, 1439:1,
1439:6, 1439:7, 1439:15, 1439:16,
1439:17, 1439:18, 1440:16, 1440:17,
1441:11, 1441:12, 1441:16, 1441:25,
1442:2, 1442:8, 1442:13, 1442:14,
1445:6, 1449:8, 1449:10, 1451:8,
1454:23, 1458:11, 1458:12, 1458:19,
1459:25, 1463:15, 1467:9, 1467:16,
1468:16, 1471:20, 1473:3, 1474:5,
1475:1, 1475:12, 1475:16, 1480:4,
1480:7, 1480:10, 1489:14, 1490:18,
1493:15, 1497:14, 1497:16, 1498:1,
1498:7, 1498:18, 1503:10, 1505:22,
1507:25, 1508:4, 1509:4, 1509:15,
1509:19, 1510:22, 1514:11, 1515:7,
1517:12, 1518:7, 1518:19, 1518:23,
1519:21, 1521:19, 1522:23, 1523:14,
1523:15, 1523:24, 1525:10, 1525:18,
1528:14, 1528:25, 1529:3, 1530:8,
1530:21, 1531:1, 1531:3, 1538:3,
1539:3, 1544:6, 1544:15, 1545:5,
1546:25, 1548:8, 1548:20, 1550:2,
1550:11, 1550:17, 1550:22, 1551:11,
1552:5, 1552:15, 1556:6, 1560:1,
1560:3, 1561:25, 1562:1, 1562:2,
1562:4, 1565:2, 1566:3, 1567:14,
1571:8, 1572:13, 1572:21, 1572:25,
1575:14, 1575:22, 1576:4, 1576:15,
1577:21, 1581:12, 1583:2, 1583:15,
1583:18, 1584:3, 1584:7, 1587:24,
1591:3
  **Oracle-** 1431:2
  **order** - 1430:18, 1430:20, 1430:25,
1438:17, 1487:16, 1527:12, 1529:5,
1529:16, 1534:9, 1587:24
  **orient** - 1487:22, 1492:12, 1508:10
  **oriented** - 1568:5
  **originally** - 1427:3
  **Orlando-** 1566:22, 1566:23
  **Other-** 1445:23
  **other** - 1371:19, 1374:19, 1375:9,
1378:8, 1379:19, 1380:21, 1382:7,
1386:15, 1387:11, 1388:13, 1391:25,
1392:19, 1393:3, 1394:23, 1397:21,
1400:5, 1400:11, 1404:11, 1404:14,
1415:4, 1415:21, 1427:4, 1427:10,
1428:11, 1443:2, 1443:3, 1444:1,
1444:2, 1444:4, 1450:8, 1451:14,
1454:15, 1458:7, 1462:4, 1465:2,
1472:4, 1481:9, 1482:6, 1482:12,
1482:16, 1486:2, 1492:6, 1510:22,
1513:14, 1514:15, 1514:25, 1522:23,
1525:18, 1542:18, 1542:22, 1545:5,
1545:7, 1552:5, 1556:19, 1556:24,
1574:10, 1576:13, 1577:19, 1579:11,
1583:11, 1583:18, 1585:3, 1590:24
  **others** - 1388:9, 1453:9, 1455:18,
1556:17
  **Otherwise-** 1404:13, 1530:18
  **otherwise** - 1443:9, 1460:23,
1547:10, 1547:15
  **ought** - 1491:4, 1491:12
  **our** - 1377:17, 1380:23, 1391:7,
1393:4, 1394:21, 1398:3, 1398:4,
1402:14, 1403:21, 1404:14, 1404:21,
1405:16, 1405:19, 1405:20, 1407:5,
1421:11, 1427:18, 1427:21, 1430:13,

1430:21, 1440:10, 1460:18, 1465:7, 1468:4, 1482:1, 1482:20, 1490:16, 1512:14, 1540:4, 1562:2, 1587:11
**out** - 1372:22, 1377:3, 1379:13, 1382:12, 1382:14, 1383:16, 1383:20, 1384:11, 1385:9, 1386:9, 1387:12, 1394:23, 1396:10, 1397:19, 1399:1, 1404:19, 1406:9, 1412:16, 1416:21, 1416:23, 1418:13, 1420:1, 1422:23, 1424:2, 1424:6, 1424:17, 1426:7, 1427:17, 1435:21, 1441:1, 1441:5, 1442:11, 1450:16, 1460:25, 1465:4, 1465:13, 1466:25, 1475:15, 1477:2, 1477:3, 1477:22, 1478:23, 1479:1, 1479:6, 1480:17, 1480:18, 1483:15, 1491:24, 1496:23, 1503:5, 1506:18, 1510:23, 1510:25, 1513:22, 1513:23, 1518:18, 1534:11, 1535:4, 1538:7, 1538:11, 1538:13, 1538:17, 1539:1, 1539:10, 1539:11, 1543:1, 1543:22, 1544:2, 1544:14, 1544:16, 1544:17, 1552:10, 1555:24, 1556:2, 1557:4, 1557:6, 1558:16, 1558:19, 1562:3, 1562:17, 1569:25, 1581:19, 1582:23, 1587:15, 1590:24, 1591:15
**outside** - 1572:22, 1587:21
**outsource** - 1580:20, 1580:23
**over** - 1378:25, 1393:4, 1405:5, 1422:9, 1426:25, 1574:2, 1583:20, 1587:12
**Over** - 1574:3, 1574:18
**overhead** - 1427:21, 1448:2
**overheard** - 1378:13
**overloaded** - 1382:2, 1583:3
**overnight** - 1425:23
**Overruled** - 1399:12, 1401:11, 1440:13, 1462:20, 1467:6, 1511:11, 1528:4, 1541:5, 1546:7
**overstayed** - 1494:6
**owe** - 1427:8
**owed** - 1427:9
**owes** - 1450:4
**own** - 1396:24, 1427:21, 1572:4
**owned** - 1556:16

# P

**Pablo** - 1503:17, 1503:18, 1508:18
**page** - 1386:18, 1386:19, 1386:20, 1391:19, 1410:12, 1442:20, 1442:24, 1443:11, 1448:9, 1456:17, 1472:14, 1479:13, 1480:19, 1487:21, 1508:11, 1508:15, 1515:18, 1536:21, 1536:23, 1541:6, 1553:23, 1555:9, 1555:22, 1556:21, 1558:1, 1558:2, 1563:6, 1568:2, 1571:14, 1575:4, 1576:1, 1576:20, 1578:3, 1578:13, 1578:24, 1585:13
**Page** - 1459:9, 1516:23, 1557:10, 1593:2
**pages** - 1373:1, 1373:2, 1391:18, 1392:4, 1392:21, 1392:22, 1393:13, 1586:23
**paid** - 1427:7, 1442:25
**Paige** - 1458:1, 1458:13
**Panasonic** - 1433:16
**park** - 1386:11
**parole** - 1416:12, 1451:25
**part** - 1379:1, 1381:25, 1386:20, 1392:5, 1420:23, 1429:22, 1430:13, 1435:4, 1437:18, 1444:3, 1446:14, 1452:20, 1452:23, 1453:2, 1457:18, 1459:18, 1460:1, 1460:2, 1465:7, 1468:23, 1469:20, 1484:24, 1485:22, 1488:4, 1519:18, 1521:8, 1530:24, 1562:1, 1562:2, 1567:19, 1571:24, 1572:7, 1576:4
**partially** - 1518:8, 1518:9
**participated** - 1389:19, 1490:24, 1576:12

**participating** - 1390:2, 1427:22
**participation** - 1388:11
**particular** - 1485:15, 1515:10
**Particularly** - 1428:4
**particularly** - 1372:15, 1575:4
**parties** - 1416:20, 1427:18
**parts** - 1371:24, 1371:25
**party** - 1381:24, 1455:14
**pass** - 1532:20, 1585:4
**passing** - 1532:19
**Passport** - 1585:7
**passport** - 1585:11, 1586:16
**past** - 1416:14, 1461:21
**pasted** - 1396:7
**pasture** - 1466:25
**patois** - 1471:20
**Patrick** - 1481:12
**Paul** - 1395:18, 1395:25, 1412:16, 1412:19, 1427:22, 1430:1, 1501:11, 1503:15, 1503:16, 1503:18, 1503:23, 1504:22, 1506:13, 1506:18, 1507:24, 1508:18, 1508:25, 1510:3, 1576:15
**Pause** - 1372:24, 1373:3, 1413:16, 1431:18, 1431:22, 1442:19, 1447:16, 1502:5, 1516:22, 1535:15, 1559:24, 1566:14, 1568:9
**pay** - 1406:23, 1407:2, 1419:6, 1420:5, 1425:10, 1426:23, 1426:25, 1427:2, 1427:3, 1427:6, 1428:7, 1428:8, 1430:7, 1430:9, 1430:10, 1430:11, 1436:12, 1436:14, 1436:20, 1443:6, 1443:7, 1445:24, 1446:1, 1446:3, 1450:11, 1450:20, 1468:10, 1519:13, 1519:16, 1519:22, 1529:19, 1533:17, 1568:20, 1579:8, 1579:9, 1579:11
**Paying** - 1436:18, 1436:19, 1436:23
**paying** - 1406:15, 1429:24, 1436:16, 1443:4, 1443:8, 1450:7, 1475:16, 1519:6, 1519:8, 1544:15, 1565:16, 1565:20
**payment** - 1386:2, 1386:5, 1419:11, 1431:3, 1432:11, 1443:24, 1457:11, 1520:8
**payments** - 1431:4, 1443:10, 1565:1
**Pemberton** - 1391:21, 1411:16, 1412:2, 1412:9, 1412:21
**pending** - 1426:19, 1561:4, 1561:6, 1561:18
**penetrated** - 1417:2
**penetrating** - 1417:7
**Penstance** - 1569:24
**People** - 1501:11, 1526:18, 1526:19, 1526:21
**people** - 1380:22, 1382:9, 1384:2, 1384:5, 1385:25, 1386:10, 1390:20, 1395:2, 1401:13, 1401:14, 1401:16, 1404:18, 1411:6, 1412:12, 1416:14, 1416:19, 1418:11, 1430:23, 1433:5, 1436:20, 1438:7, 1439:16, 1454:2, 1454:11, 1455:8, 1455:11, 1457:10, 1463:23, 1465:18, 1468:1, 1468:20, 1468:24, 1469:11, 1471:11, 1471:13, 1476:16, 1477:2, 1477:3, 1481:10, 1482:6, 1482:12, 1482:15, 1482:16, 1484:7, 1486:17, 1488:18, 1488:22, 1488:24, 1489:2, 1501:9, 1505:20, 1505:24, 1506:7, 1506:21, 1507:11, 1508:3, 1508:4, 1509:8, 1509:12, 1509:14, 1509:18, 1509:25, 1512:5, 1514:23, 1520:17, 1524:22, 1525:12, 1526:12, 1526:13, 1526:15, 1526:23, 1527:4, 1527:21, 1529:9, 1533:18, 1538:20, 1540:18, 1542:19, 1542:22, 1544:14, 1551:5, 1570:12, 1579:12
**people's** - 1383:6
**percent** - 1375:11, 1449:18, 1452:7, 1463:18, 1486:14, 1542:4
**perception** - 1482:4
**Pereria** - 1395:18, 1396:1, 1501:13,

1503:21, 1504:19, 1504:22, 1505:6, 1505:15, 1507:11, 1507:24, 1508:15, 1508:16, 1509:1, 1510:3, 1569:14, 1569:22, 1570:19, 1571:4, 1571:7
**Perfect** - 1391:2, 1391:7
**perfectly** - 1388:19, 1438:8, 1444:9, 1444:21, 1463:25, 1472:7
**Perhaps** - 1396:3
**perhaps** - 1389:24, 1406:22, 1409:7, 1416:6, 1471:22, 1478:5, 1530:2
**perils** - 1486:25
**period** - 1372:6, 1378:13, 1380:12, 1388:4, 1413:9, 1469:10
**perjure** - 1483:10
**permissible** - 1405:18
**permission** - 1428:5, 1521:23, 1522:1, 1522:8, 1522:9, 1522:12, 1522:15, 1522:20, 1561:21
**permit** - 1382:4, 1455:14
**permitted** - 1400:7, 1591:19
**permitting** - 1373:12
**perpetrate** - 1463:24
**perpetuating** - 1464:1
**Persaud** - 1390:3, 1402:1, 1405:4, 1415:4, 1415:6, 1415:14, 1520:14, 1520:18, 1520:21, 1520:24, 1561:22, 1562:1, 1578:25
**Persaud's** - 1415:10
**person** - 1388:3, 1391:25, 1394:9, 1394:20, 1397:2, 1397:16, 1399:24, 1399:25, 1401:23, 1405:24, 1406:1, 1406:12, 1407:12, 1429:19, 1430:8, 1433:8, 1436:23, 1437:6, 1437:19, 1438:18, 1439:1, 1439:6, 1440:5, 1440:23, 1441:9, 1441:11, 1441:16, 1442:11, 1442:12, 1444:18, 1444:20, 1453:12, 1453:24, 1453:25, 1454:5, 1454:8, 1454:18, 1454:19, 1455:4, 1464:18, 1469:3, 1478:25, 1483:19, 1486:22, 1489:9, 1489:12, 1494:5, 1498:4, 1498:6, 1498:9, 1517:24, 1518:17, 1524:14, 1525:12, 1525:13, 1528:24, 1539:15, 1551:19, 1552:2, 1556:12, 1570:7, 1576:13, 1578:1
**person's** - 1389:13, 1394:20, 1412:11, 1539:5
**personal** - 1390:18, 1578:10
**persons** - 1489:14, 1525:11
**perspective** - 1411:19, 1488:13, 1488:14
**perspectives** - 1415:22
**persuade** - 1488:18, 1489:2, 1489:5, 1489:18, 1489:20, 1490:1, 1490:7, 1491:4, 1491:12, 1547:10, 1547:15, 1547:18
**persuaded** - 1384:2, 1490:25
**persuades** - 1489:4
**pertain** - 1577:14
**Peter** - 1406:8, 1406:12
**Peters** - 1388:3
**Peterson** - 1458:11, 1458:13
**philosophy** - 1392:13
**phone** - 1476:12, 1492:15, 1492:23, 1496:16, 1528:8, 1528:20, 1528:21, 1528:24, 1540:18
**phones** - 1378:14, 1378:15, 1527:13, 1527:16, 1527:19, 1527:21, 1528:7, 1528:11, 1528:15, 1529:5, 1529:9, 1529:20, 1533:18, 1538:8, 1538:12, 1543:1, 1544:12
**photo** - 1421:25
**photograph** - 1566:12, 1573:15, 1573:25, 1584:8
**photographs** - 1395:6, 1421:20, 1421:23, 1425:1
**phrase** - 1527:23
**phrasing** - 1513:10
**physically** - 1422:2
**picks** - 1572:12
**picture** - 1390:6, 1406:1, 1406:2,

1406:3, 1421:24

**piece** - 1519:13, 1553:24, 1555:2, 1555:4, 1582:5, 1582:15, 1583:23
**pieces** - 1462:7, 1582:3, 1585:3
**pins** - 1583:10
**place** - 1425:24, 1476:18, 1567:11, 1585:1, 1586:1
**placed** - 1573:19
**plan** - 1380:19, 1419:2, 1539:20, 1539:23, 1540:7, 1587:11
**plans** - 1486:3
**planted** - 1388:5
**plastic** - 1425:7, 1426:9, 1426:17, 1500:13
**play** - 1383:15, 1417:17, 1417:23, 1417:25, 1420:1, 1444:16, 1444:19, 1448:6, 1459:18, 1472:12, 1473:18, 1473:22, 1479:13, 1508:8, 1508:9, 1567:23, 1571:17, 1589:8
**played** - 1448:8, 1459:8, 1462:17, 1536:22, 1545:4, 1552:14, 1568:11, 1568:14, 1568:17, 1568:18, 1571:13
**playing** - 1453:4, 1459:19, 1568:6, 1568:7
**plays** - 1452:13, 1462:23, 1472:20, 1473:23, 1479:15, 1480:20, 1488:1, 1492:14, 1508:13
**plays-tape** - 1472:20, 1473:23, 1479:15, 1480:20, 1488:1, 1492:14
**Plaza** - 1370:21
**plea** - 1408:9, 1417:20, 1417:23, 1432:9, 1458:4
**plead** - 1432:8
**pleasant** - 1493:2
**please** - 1376:13, 1439:21, 1459:25, 1461:3, 1461:20, 1482:24, 1496:5, 1496:7, 1580:4
**Please** - 1377:1, 1385:13, 1420:11, 1441:8, 1496:9, 1525:22, 1528:2, 1528:5, 1570:6
**pled** - 1408:10
**plenty** - 1441:23, 1482:16, 1487:8
**plug** - 1582:20, 1583:9, 1583:10
**plugged** - 1582:12
**plus** - 1476:18, 1478:4, 1478:24
**Plus** - 1435:19
**Pm** - 1557:20
**Pmt** - 1486:8
**pocket** - 1423:7, 1450:18, 1450:22
**point** - 1373:25, 1375:5, 1377:10, 1382:11, 1383:19, 1388:22, 1394:15, 1399:1, 1415:6, 1418:22, 1427:15, 1437:13, 1439:12, 1442:17, 1446:13, 1447:2, 1456:15, 1464:16, 1465:20, 1472:23, 1473:1, 1476:10, 1479:1, 1491:24, 1506:2, 1524:22, 1530:18, 1532:12, 1534:24, 1539:17, 1544:4, 1548:8, 1554:3, 1556:4, 1556:18, 1560:8, 1560:25, 1561:12, 1565:5, 1589:10, 1590:24
**Point** - 1574:10
**pointed** - 1478:23
**points** - 1591:7
**police** - 1415:2, 1415:11, 1415:13, 1505:23, 1506:7, 1506:10, 1506:15, 1507:14, 1507:15, 1509:4, 1539:15
**Police** - 1378:20, 1378:21
**police-looking** - 1539:15
**polite** - 1521:22
**population** - 1397:20, 1570:3
**port** - 1582:22, 1583:7
**portion** - 1442:22, 1449:6, 1451:3, 1453:4, 1459:21, 1460:2, 1463:6, 1463:8, 1474:4, 1474:18, 1480:2, 1480:21, 1480:23, 1484:24, 1485:4, 1485:11, 1485:12, 1488:2, 1488:12, 1492:6, 1496:16, 1496:19, 1497:6, 1517:1, 1536:23, 1549:14, 1553:19, 1558:15, 1571:17, 1575:12, 1575:13
**portions** - 1460:10

**portrayed** - 1576:16
**ports** - 1582:19, 1583:9
**Pose** - 1507:21
**posed** - 1400:9, 1456:24, 1456:25, 1492:4, 1494:20
**poses** - 1449:23
**posing** - 1482:7
**position** - 1384:6, 1390:5, 1410:2, 1509:13, 1520:23
**possession** - 1380:11, 1395:8, 1585:4
**possibility** - 1451:25, 1462:21, 1476:10, 1484:10, 1484:11, 1534:3, 1565:20
**possible** - 1484:3, 1531:24, 1540:23, 1553:18, 1559:21
**Possible** - 1523:2
**Possibly** - 1493:25
**possibly** - 1411:9, 1464:6
**Post** - 1425:12, 1499:2, 1499:5, 1499:6, 1500:9, 1500:10
**Post-it** - 1425:12, 1499:2, 1499:5, 1499:6, 1500:9, 1500:10
**posted** - 1503:11
**potential** - 1389:7, 1392:23, 1401:5, 1467:1
**Potentially** - 1455:3, 1455:4
**potentially** - 1525:14
**pounds** - 1584:7
**power** - 1582:7, 1582:9, 1582:11, 1582:13, 1582:19, 1583:2, 1583:3, 1583:15, 1584:1, 1584:13
**practice** - 1531:12, 1550:21, 1555:17
**practicing** - 1468:18, 1470:17
**preached** - 1392:13
**preacher** - 1384:7
**preclude** - 1375:25
**preference** - 1433:22
**preliminary** - 1586:5
**preparation** - 1398:3, 1497:10, 1501:6
**prepare** - 1383:20, 1392:20, 1412:21, 1414:3, 1424:19
**prepared** - 1376:4, 1391:9, 1395:4, 1395:5
**preparing** - 1392:17
**present** - 1371:2, 1376:23, 1442:6, 1442:7, 1444:18, 1462:10, 1464:5, 1490:20, 1496:2, 1496:8, 1497:24, 1498:14, 1498:16, 1512:5, 1553:8, 1562:13, 1591:25
**presented** - 1443:16, 1494:13
**presently** - 1466:15
**President** - 1372:4, 1373:16, 1373:18, 1414:12, 1414:23, 1414:25
**president** - 1413:21, 1414:15, 1414:17, 1415:14
**pressure** - 1540:21, 1540:23, 1545:24
**presume** - 1558:25
**presuming** - 1501:1
**pretending** - 1419:2
**Pretty** - 1580:22
**pretty** - 1468:10, 1550:22, 1581:19
**prevent** - 1583:5
**previously** - 1377:22, 1381:3, 1505:22, 1506:14, 1506:19, 1591:17
**Previously** - 1505:17
**Primarily** - 1552:4, 1552:5
**primarily** - 1404:12
**primary** - 1528:19
**printed** - 1424:17
**printer** - 1424:5, 1424:9
**prior** - 1372:16, 1379:12, 1384:15, 1399:23, 1450:2, 1471:18
**prison** - 1406:13, 1423:23, 1451:25, 1495:1, 1523:3, 1570:1
**Prisons** - 1494:8, 1494:10
**private** - 1446:18
**Private** - 1494:9
**probably** - 1377:14, 1387:23, 1468:2,

1490:25, 1530:7, 1531:7, 1550:8, 1551:23, 1584:6, 1589:13, 1590:14
**Probably** - 1525:21, 1584:2
**probative** - 1374:17, 1375:10
**probe** - 1381:20, 1381:21
**probing** - 1416:15, 1481:21, 1481:22, 1481:23
**problem** - 1373:15, 1373:16, 1417:23, 1476:15, 1494:6, 1540:19
**problematic** - 1525:19, 1525:25, 1526:3
**problems** - 1494:17, 1573:5, 1581:20
**procedure** - 1492:25
**procedures** - 1493:1
**proceed** - 1380:25, 1568:10
**proceeding** - 1430:9
**Proceedings** - 1370:23, 1592:14
**proceedings** - 1430:24
**proceeds** - 1428:16
**process** - 1491:3
**produce** - 1378:22, 1403:9
**produced** - 1370:24
**produces** - 1533:11
**prohibition** - 1411:10, 1411:11, 1411:13
**project** - 1428:21
**promises** - 1432:11
**promptly** - 1587:23
**property** - 1519:11, 1519:14, 1519:16, 1519:19
**proposals** - 1589:6
**propose** - 1591:14
**proposed** - 1376:14, 1392:18, 1423:10, 1423:13, 1566:3, 1588:22
**proposing** - 1486:16
**proposition** - 1430:6
**prosecute** - 1438:21, 1440:17
**prosecuted** - 1440:11
**prosecution** - 1380:1, 1393:4, 1399:22, 1464:7, 1487:11, 1589:9
**prosecution's** - 1454:7
**prosecutor** - 1456:17, 1527:18, 1529:3
**prosecutor's** - 1438:14, 1441:15
**prosecutors** - 1399:23, 1430:15, 1430:16, 1490:17, 1556:5, 1561:20, 1570:2
**Prosecutors's** - 1437:13
**prospective** - 1537:18, 1566:4
**prove** - 1429:2
**provide** - 1393:16, 1415:1, 1415:15, 1458:17, 1477:25, 1545:7
**provided** - 1392:8, 1393:9, 1421:23, 1592:11
**providing** - 1543:9, 1551:2
**proving** - 1421:11
**public** - 1408:19
**Public** - 1408:20
**publish** - 1414:2, 1429:14, 1568:5
**published** - 1414:11
**puffing** - 1518:14
**purpose** - 1375:8, 1380:21, 1387:8, 1408:25, 1415:16, 1454:22, 1493:3, 1528:10, 1539:7, 1539:9, 1540:11, 1552:4
**purposely** - 1471:5
**purposes** - 1560:19
**pursuant** - 1402:25
**pursue** - 1412:8
**pursuing** - 1380:22, 1381:11
**Put** - 1587:15, 1591:21
**put** - 1371:8, 1371:10, 1371:16, 1371:23, 1375:7, 1391:5, 1399:14, 1400:25, 1408:11, 1409:19, 1412:24, 1417:12, 1424:10, 1424:11, 1426:2, 1426:22, 1442:18, 1442:22, 1447:18, 1459:6, 1460:9, 1461:10, 1477:7, 1480:18, 1508:11, 1510:18, 1521:6, 1526:2, 1532:9, 1540:21, 1540:23, 1541:2, 1545:15, 1545:23, 1550:22,

1550:23, 1568:3, 1570:3, 1571:16,
1576:8, 1578:3, 1583:4, 1587:11,
1591:8
  **puts** - 1384:11, 1480:17, 1550:17
  **putting** - 1423:16, 1448:2

## Q

  **quarantined** - 1587:19
  **quarter** - 1579:8
  **Queens** - 1402:1, 1404:11, 1413:6,
1423:23, 1424:3, 1433:10, 1494:9
  **question** - 1381:15, 1398:24,
1399:14, 1400:8, 1400:25, 1405:19,
1408:17, 1409:20, 1435:10, 1436:15,
1439:22, 1440:12, 1441:8, 1449:10,
1450:2, 1450:3, 1454:23, 1456:18,
1456:24, 1456:25, 1467:5, 1467:9,
1473:7, 1473:8, 1475:5, 1482:7,
1482:24, 1484:8, 1484:14, 1486:19,
1486:23, 1487:13, 1488:11, 1489:11,
1489:17, 1491:25, 1492:3, 1492:4,
1494:20, 1507:16, 1507:18, 1507:21,
1507:22, 1509:5, 1509:7, 1509:19,
1510:18, 1510:21, 1511:10, 1515:11,
1515:12, 1515:15, 1525:22, 1537:16,
1537:22, 1578:17, 1579:3, 1589:7
  **questions** - 1381:16, 1381:25,
1401:15, 1432:22, 1433:19, 1449:23,
1454:14, 1481:18, 1496:17, 1515:8,
1516:3, 1516:7, 1528:6, 1530:15,
1545:2, 1546:21, 1560:15, 1564:5,
1567:7, 1569:4, 1569:6, 1571:25,
1572:7, 1572:17, 1576:7, 1576:10,
1577:9, 1577:20, 1577:24, 1578:5,
1579:15
  **quicken** - 1376:22
  **quicker** - 1411:7
  **quickly** - 1376:19
  **quite** - 1371:24, 1457:8, 1469:15,
1544:20, 1557:6, 1571:20
  **quitting** - 1429:18

## R

  **R**- 1377:20, 1420:15, 1459:6,
1472:12, 1479:13, 1480:19, 1487:20,
1492:10, 1496:1, 1536:21, 1580:7,
1593:3, 1593:7
  **R-13**- 1442:18
  **R-3**- 1508:9
  **race** - 1375:20
  **Rafael**- 1426:18
  **Rafeek**- 1429:17, 1431:14, 1432:4,
1434:8
  **raise** - 1591:4
  **ramification** - 1533:25
  **ramifications** - 1560:12, 1560:21
  **ran** - 1442:13
  **ranking** - 1486:8
  **rather** - 1377:6, 1377:12, 1420:3,
1449:9, 1459:16, 1513:22, 1537:12
  **Rawle**- 1388:1, 1388:21, 1392:23,
1393:9, 1393:18
  **Rawlins**- 1394:10, 1394:18
  **Ray**- 1454:21, 1504:9
  **reached** - 1427:15
  **reaching** - 1450:21
  **read** - 1372:1, 1372:23, 1384:17,
1410:9, 1423:15, 1531:15, 1539:11,
1550:19, 1552:20, 1571:20, 1575:25,
1578:8, 1585:3, 1585:9, 1586:2,
1586:5, 1592:7
  **reading** - 1534:6, 1564:15
  **Ready**- 1371:3, 1371:4, 1496:3,
1496:4
  **ready** - 1376:12, 1400:4, 1421:8,
1500:23
  **Reagan**- 1430:2, 1556:13, 1556:14,
1556:15, 1556:19, 1556:22, 1556:24,

1557:2, 1557:6, 1557:7, 1557:16,
1558:7, 1558:12, 1558:17, 1558:22
  **Reaganmark**- 1557:16
  **real** - 1449:14, 1450:21
  **really** - 1374:16, 1389:13, 1389:23,
1397:4, 1399:11, 1418:14, 1449:8,
1450:19, 1454:12, 1469:8, 1480:9,
1480:15, 1483:3, 1483:7, 1483:20,
1517:13, 1519:19, 1521:10, 1525:10,
1530:18, 1530:23, 1544:23, 1575:18,
1587:12, 1588:23, 1589:8
  **rear** - 1573:2
  **reason** - 1449:25, 1451:10, 1477:12,
1477:16, 1478:4, 1484:4, 1485:24,
1508:6, 1509:18, 1520:5, 1537:7,
1540:7, 1556:18, 1591:13
  **reasons** - 1534:9, 1590:20
  **reboot** - 1475:21
  **rebuttal** - 1462:8
  **recall** - 1379:25, 1390:9, 1400:22,
1419:12, 1424:24, 1444:15, 1445:2,
1445:19, 1464:13, 1473:9, 1473:12,
1473:16, 1473:17, 1480:23, 1487:23,
1492:16, 1496:17, 1503:12, 1514:24,
1516:17, 1518:10, 1519:5, 1519:7,
1519:8, 1519:10, 1521:21, 1521:23,
1521:25, 1524:16, 1526:10, 1526:15,
1526:16, 1526:21, 1527:13, 1530:8,
1530:9, 1548:18, 1553:13, 1553:15,
1557:22, 1558:15, 1559:11, 1561:4,
1562:18, 1562:19, 1564:8, 1565:3,
1566:3, 1566:4, 1566:7, 1567:15,
1572:17, 1575:9, 1584:13
  **receive** - 1379:11
  **Received**- 1391:14, 1395:23,
1400:19, 1414:9, 1422:7, 1426:15,
1429:12, 1432:1, 1569:20, 1571:1,
1574:8, 1586:19
  **received** - 1379:12, 1380:22,
1420:14, 1425:22, 1428:18, 1447:11,
1586:12, 1586:13, 1586:20
  **recent** - 1372:18
  **recess** - 1495:9, 1563:4
  **Recess**- 1445:16, 1563:5
  **Recognize**- 1449:3
  **recognize** - 1379:15, 1390:22,
1390:25, 1395:15, 1395:17, 1413:18,
1413:20, 1421:14, 1421:16, 1426:3,
1426:6, 1429:6, 1431:9, 1431:12,
1569:11, 1569:13, 1570:16, 1570:18,
1573:11, 1573:13, 1573:15, 1582:1,
1584:9
  **recognized** - 1506:10, 1520:24
  **recollection** - 1414:21, 1432:14,
1458:16, 1473:18, 1473:20, 1479:22,
1531:6, 1534:7, 1534:12, 1534:13,
1553:17, 1564:10, 1564:13
  **reconsider** - 1591:3
  **record** - 1373:4, 1371:10, 1371:16,
1392:10, 1420:17, 1421:2, 1421:5,
1421:8, 1422:15, 1433:17, 1441:25,
1442:3, 1442:24, 1460:20, 1460:23,
1460:24, 1467:17, 1585:3, 1586:9,
1591:8
  **recorded** - 1370:23, 1424:2, 1432:23,
1443:13, 1447:3
  **recorder** - 1421:18, 1422:14,
1467:15, 1467:16, 1570:13, 1571:10
  **recording** - 1375:17, 1422:10,
1443:17, 1452:12, 1462:22, 1468:6,
1469:9, 1474:4, 1474:13, 1474:14,
1474:16, 1474:17, 1488:2, 1497:7,
1553:19, 1567:24, 1567:25, 1570:20,
1571:5, 1571:8, 1591:17
  **recordings** - 1454:11, 1454:15,
1455:17, 1521:7
  **records** - 1408:7, 1408:18, 1408:19,
1408:20, 1415:3
  **recovered** - 1498:19, 1499:2, 1499:3
  **recruited** - 1485:24

  **redact** - 1375:13, 1414:1
  **redacted** - 1413:25, 1414:4
  **redaction** - 1413:23
  **Redirect**- 1567:4, 1577:7, 1593:6
  **redirect** - 1449:21, 1456:22, 1567:2
  **reduced** - 1402:3
  **refer** - 1407:5
  **reference** - 1383:5, 1400:21, 1456:3,
1456:12, 1456:14, 1458:9, 1459:20,
1463:10, 1536:6, 1568:1
  **referenced** - 1585:6
  **referred** - 1391:24, 1481:10, 1575:12
  **referring** - 1457:20, 1458:1, 1458:12,
1458:23
  **refers** - 1386:24
  **reflected** - 1372:14
  **reflects** - 1372:8, 1586:16
  **refresh** - 1479:22, 1534:6, 1534:11,
1534:13, 1553:17, 1564:13
  **refreshes** - 1564:10
  **refreshing** - 1473:19, 1473:20
  **refused** - 1409:16
  **refuted** - 1572:24
  **regard** - 1379:17, 1388:8, 1390:6,
1394:21, 1402:10, 1406:5, 1408:10,
1430:5, 1447:21, 1458:10, 1531:19,
1549:10, 1581:16, 1588:19, 1590:9,
1590:24, 1591:2
  **regarding** - 1389:10, 1556:23,
1562:4, 1562:5, 1565:19, 1570:19
  **regards** - 1436:1, 1464:6, 1464:12,
1537:1, 1538:25
  **registered** - 1528:21
  **regularly** - 1397:20
  **reinforce** - 1385:9, 1387:9
  **reiterated** - 1375:9
  **rejected** - 1432:10
  **relate** - 1471:12
  **Related**- 1389:22
  **related** - 1387:22, 1481:14, 1481:15,
1497:2, 1503:19, 1580:22, 1587:18
  **relating** - 1415:3, 1415:12, 1415:13,
1460:15, 1471:16, 1579:12
  **Relating** - 1460:14
  **relationship** - 1405:4, 1405:5,
1405:18, 1485:23, 1498:8
  **released** - 1503:5
  **relevance** - 1374:1, 1398:24
  **relevant** - 1374:16, 1378:22, 1380:12,
1400:9, 1403:3, 1415:7, 1440:2,
1440:3, 1454:18, 1488:6
  **reluctant** - 1416:13
  **rely** - 1392:17
  **relying** - 1372:12, 1374:8, 1374:9,
1374:18
  **remain** - 1587:19
  **remained** - 1446:13
  **remarks** - 1384:25, 1560:14
  **Remember**- 1578:15
  **remember** - 1383:7, 1396:20,
1396:23, 1416:25, 1417:3, 1417:5,
1424:5, 1487:2, 1512:24, 1513:2,
1567:6, 1567:9, 1567:11, 1569:5,
1577:11, 1577:12, 1579:3, 1579:5
  **Remind**- 1405:1, 1411:18, 1417:6
  **remind** - 1382:6, 1382:13, 1387:2,
1401:23, 1402:24, 1403:6, 1407:14,
1456:20, 1556:14, 1570:6
  **reminded** - 1400:14, 1413:5
  **removal** - 1388:11
  **removed** - 1388:12
  **renew** - 1590:18, 1590:22
  **repeat** - 1504:21
  **repetition** - 1489:24
  **Report**- 1426:7
  **reported** - 1395:7, 1522:13, 1543:16
  **Reporter**- 1370:20
  **reporter** - 1427:20, 1450:13
  **reporters** - 1430:8
  **reports** - 1373:12, 1395:8, 1415:12,

1415:13
**represent** - 1494:22, 1494:23
**representation** - 1569:2
**represented** - 1494:24, 1523:14
**request** - 1375:11, 1375:14, 1415:9, 1419:19, 1420:8, 1430:22, 1478:24, 1533:15, 1590:10, 1591:16
**requests** - 1373:17, 1374:13, 1374:22
**required** - 1418:1, 1424:22, 1470:10, 1549:24
**requirement** - 1411:13, 1470:12
**research** - 1450:16, 1549:15
**reset** - 1582:24, 1583:1
**resign** - 1427:24, 1432:7
**resolved** - 1431:3
**respect** - 1397:9, 1397:13, 1397:14, 1401:22, 1413:13, 1524:1, 1589:9, 1589:17, 1591:3
**respond** - 1384:18, 1384:21, 1444:18, 1451:14, 1459:15, 1556:11
**responded** - 1519:1
**responding** - 1525:25
**responds** - 1457:24, 1554:20, 1556:11, 1556:12
**response** - 1374:2, 1417:20, 1482:4, 1524:3, 1533:14, 1534:2, 1535:22, 1556:8, 1572:14
**responsible** - 1509:25, 1514:23
**responsive** - 1515:1, 1560:15
**rest** - 1416:11, 1474:10, 1475:19, 1486:17, 1588:7, 1588:9
**rests** - 1580:1, 1587:4, 1587:6, 1587:8
**result** - 1551:15, 1561:10
**results** - 1537:7
**resume** - 1445:13, 1495:5, 1563:1
**resumed** - 1371:1, 1496:12, 1593:5
**retained** - 1546:25, 1549:7, 1549:8
**retention** - 1548:17
**rethink** - 1384:6
**return** - 1430:2, 1464:18, 1464:22, 1586:17
**returned** - 1390:8, 1390:9, 1499:23
**returns** - 1509:22
**review** - 1452:18, 1453:7
**reviewing** - 1452:21, 1453:8
**revisit** - 1514:22
**Ricardo** - 1481:3, 1481:6, 1481:19, 1482:5, 1482:9, 1502:10, 1503:19, 1504:19, 1505:11, 1505:13, 1505:15
**Ricco** - 1418:16
**Right** - 1378:10, 1383:22, 1391:22, 1400:6, 1416:3, 1418:5, 1459:11, 1466:15, 1488:10, 1557:1
**right** - 1371:15, 1372:25, 1374:23, 1375:5, 1383:20, 1384:11, 1384:18, 1385:16, 1386:6, 1386:24, 1387:4, 1390:19, 1396:1, 1396:11, 1396:18, 1399:8, 1399:9, 1400:11, 1403:5, 1407:7, 1409:17, 1414:13, 1416:5, 1417:17, 1419:16, 1421:18, 1422:17, 1424:12, 1424:13, 1425:5, 1432:16, 1434:4, 1434:9, 1434:12, 1434:15, 1434:17, 1434:19, 1436:6, 1436:9, 1436:13, 1437:3, 1437:12, 1437:20, 1438:4, 1440:11, 1441:24, 1445:22, 1446:21, 1449:22, 1450:7, 1450:16, 1450:18, 1451:23, 1452:1, 1452:6, 1452:10, 1452:19, 1453:5, 1455:10, 1458:20, 1459:7, 1459:8, 1459:10, 1459:22, 1460:7, 1460:9, 1460:17, 1461:13, 1463:4, 1465:14, 1466:2, 1466:8, 1466:17, 1466:19, 1467:3, 1467:12, 1467:15, 1467:18, 1467:21, 1467:25, 1468:4, 1468:7, 1468:13, 1469:4, 1469:16, 1470:9, 1470:15, 1470:17, 1470:23, 1471:4, 1471:5, 1472:15, 1477:2, 1477:18, 1477:22, 1478:17, 1478:20, 1480:11, 1480:15, 1481:18, 1482:13, 1483:3, 1485:11,

1487:1, 1487:2, 1487:6, 1488:20, 1488:25, 1489:9, 1489:16, 1490:2, 1490:3, 1490:15, 1491:7, 1491:8, 1491:10, 1491:18, 1493:3, 1493:10, 1493:12, 1493:21, 1494:9, 1495:1, 1497:3, 1498:25, 1499:3, 1499:10, 1499:12, 1499:16, 1499:17, 1500:11, 1500:13, 1500:24, 1501:9, 1502:25, 1503:3, 1503:13, 1505:11, 1507:7, 1508:18, 1509:1, 1510:4, 1511:17, 1511:19, 1513:5, 1513:23, 1513:24, 1514:1, 1514:5, 1514:7, 1514:9, 1514:11, 1514:16, 1514:19, 1515:13, 1516:4, 1516:14, 1517:8, 1517:11, 1519:17, 1519:20, 1519:23, 1519:25, 1520:1, 1520:6, 1520:12, 1521:13, 1523:4, 1523:12, 1523:15, 1524:2, 1524:18, 1524:19, 1524:24, 1525:4, 1525:11, 1525:12, 1525:13, 1525:17, 1525:20, 1525:24, 1526:13, 1526:24, 1527:1, 1527:6, 1527:19, 1527:21, 1528:8, 1528:11, 1528:17, 1528:22, 1529:6, 1529:17, 1530:12, 1530:16, 1530:19, 1530:23, 1531:1, 1531:4, 1531:15, 1531:17, 1531:19, 1531:21, 1531:24, 1532:12, 1532:15, 1533:12, 1535:6, 1535:18, 1535:21, 1537:9, 1537:12, 1538:9, 1539:7, 1539:25, 1540:5, 1540:13, 1540:15, 1540:19, 1540:22, 1542:10, 1542:12, 1542:15, 1543:3, 1543:4, 1543:7, 1543:10, 1543:12, 1544:6, 1546:1, 1546:5, 1546:10, 1547:4, 1547:13, 1549:20, 1554:4, 1554:18, 1555:7, 1555:24, 1556:13, 1556:22, 1558:24, 1559:3, 1571:24, 1572:10, 1574:20, 1574:23, 1575:14, 1578:11, 1578:19, 1579:1, 1582:3, 1582:5, 1583:23, 1586:24, 1587:2, 1587:4, 1587:10, 1587:16, 1588:9
**rise** - 1445:14, 1495:6, 1496:7, 1563:2, 1588:11
**risk** - 1375:5
**Rk** - 1532:12, 1533:21, 1561:13
**Rms** - 1532:10, 1532:22, 1533:7, 1533:23, 1533:24, 1560:11, 1560:12
**Rob** - 1532:14
**Robert** - 1370:5, 1370:17, 1496:12, 1543:20, 1554:17, 1581:8, 1593:5
**Roberts** - 1501:17, 1504:3, 1504:19, 1504:23, 1506:4, 1506:11, 1507:12, 1507:25, 1508:22, 1509:1, 1510:3, 1576:8
**Rodrigues** - 1502:10, 1503:19, 1505:11, 1505:12, 1505:13, 1505:15, 1506:13
**Rodriguez** - 1395:18, 1395:25, 1412:16, 1427:22, 1501:11, 1503:15, 1503:18, 1504:22, 1505:4, 1506:19, 1507:11, 1507:24, 1508:18, 1508:25, 1510:3, 1512:21, 1512:23, 1576:7, 1576:15
**Roger** - 1382:8, 1385:21, 1386:6, 1386:24, 1387:10, 1389:18, 1389:22, 1396:16, 1394:21, 1397:13, 1397:14, 1397:17, 1397:19, 1398:1, 1398:2, 1399:7, 1403:1, 1407:24, 1409:3, 1409:5, 1409:15, 1411:22, 1415:5, 1415:8, 1415:9, 1418:20, 1420:13, 1420:15, 1421:2, 1426:23, 1427:12, 1429:7, 1431:13, 1432:6, 1432:8, 1432:10, 1434:9, 1434:21, 1441:22, 1446:6, 1449:14, 1449:25, 1450:4, 1450:25, 1451:15, 1452:3, 1452:15, 1453:8, 1453:22, 1454:7, 1454:10, 1454:13, 1455:22, 1459:18, 1459:22, 1463:1, 1463:4, 1464:13, 1464:17, 1464:21, 1464:25, 1470:22, 1475:11, 1482:1, 1483:15, 1486:14, 1486:25,

1487:1, 1487:17, 1488:7, 1491:14, 1493:8, 1493:12, 1493:15, 1493:20, 1493:24, 1497:23, 1502:6, 1504:20, 1504:24, 1505:3, 1505:8, 1505:9, 1505:17, 1505:19, 1505:22, 1507:3, 1511:2, 1511:13, 1511:14, 1511:24, 1512:2, 1512:5, 1512:9, 1512:10, 1513:22, 1513:25, 1514:15, 1514:20, 1515:5, 1526:21, 1526:23, 1527:1, 1530:1, 1531:9, 1531:13, 1532:12, 1532:14, 1532:19, 1532:22, 1533:2, 1533:10, 1534:8, 1534:16, 1534:21, 1534:24, 1535:4, 1535:17, 1536:16, 1537:2, 1537:4, 1543:6, 1543:10, 1543:16, 1543:17, 1543:19, 1544:18, 1545:5, 1545:12, 1545:15, 1545:24, 1546:25, 1548:16, 1549:11, 1556:16, 1559:17, 1559:19, 1560:8, 1560:16, 1564:6, 1564:11, 1564:16, 1569:25, 1575:14, 1575:16, 1577:10, 1577:14, 1578:19, 1578:20
**Roger's** - 1397:11, 1493:8, 1493:20, 1496:23, 1560:14
**role** - 1411:18, 1549:3
**roles** - 1552:5
**roll** - 1590:14
**Rondel** - 1394:10
**Rondell** - 1486:2
**room** - 1418:8, 1418:13, 1422:1, 1423:9, 1446:9, 1446:17, 1446:18, 1583:20
**root** - 1465:13
**rooting** - 1465:4
**round** - 1574:16
**rounds** - 1388:10
**Rule** - 1372:16, 1383:2, 1388:24, 1430:5, 1430:6, 1430:20, 1476:17, 1477:1, 1477:13, 1480:12, 1575:10, 1590:18, 1590:19
**ruled** - 1447:10, 1476:17
**rules** - 1534:25, 1535:5, 1561:14
**rumor** - 1389:10, 1412:8
**rumors** - 1389:9
**run** - 1402:1, 1418:23, 1438:22, 1438:25
**running** - 1505:12
**Ryan** - 1390:10, 1391:21, 1411:15, 1411:16, 1411:20, 1412:2, 1412:9, 1412:21
**Ryan's** - 1412:17

**S**

**S** - 1377:20, 1404:25, 1421:14, 1422:7, 1426:3, 1429:5, 1496:1, 1570:16, 1571:1, 1573:11, 1574:6, 1580:7, 1593:3, 1593:7, 1593:12, 1593:13, 1593:15
**S-310-b** - 1395:10, 1593:11
**Safe** - 1588:9
**safe** - 1425:24, 1505:25
**Said** - 1523:20, 1533:4
**said** - 1371:14, 1376:21, 1381:18, 1387:2, 1394:9, 1395:25, 1397:1, 1397:8, 1406:19, 1410:8, 1411:21, 1417:1, 1421:1, 1422:22, 1423:17, 1423:19, 1425:12, 1428:22, 1429:23, 1432:24, 1438:12, 1439:19, 1441:20, 1445:6, 1451:9, 1451:10, 1453:20, 1455:19, 1455:20, 1457:10, 1457:14, 1457:15, 1458:3, 1459:1, 1459:2, 1459:9, 1459:12, 1459:16, 1464:24, 1465:11, 1465:22, 1467:11, 1467:13, 1467:23, 1468:7, 1477:14, 1477:17, 1478:13, 1478:16, 1478:19, 1480:5, 1488:8, 1489:4, 1489:6, 1493:6, 1493:11, 1499:6, 1500:11, 1500:15, 1510:9, 1510:19, 1511:4, 1511:21, 1513:6, 1513:8, 1517:5, 1518:2, 1518:25, 1519:1, 1519:18, 1519:24,

1520:2, 1521:20, 1521:22, 1522:11,
1522:14, 1522:24, 1523:19, 1524:3,
1526:14, 1526:18, 1526:22, 1526:25,
1527:15, 1527:16, 1529:12, 1529:14,
1529:21, 1529:22, 1530:9, 1532:19,
1533:10, 1533:21, 1534:24, 1537:2,
1537:3, 1537:6, 1539:11, 1541:1,
1542:7, 1542:8, 1543:16, 1543:17,
1543:19, 1544:7, 1545:2, 1546:4,
1551:23, 1560:9, 1561:13, 1572:3,
1575:16, 1577:10
  **Saigo** - 1453:11, 1453:12, 1453:18,
1453:22, 1454:5, 1454:11, 1455:16,
1455:21
  **salary** - 1549:17, 1549:20, 1549:22
  **same** - 1373:14, 1373:21, 1415:19,
1440:23, 1442:9, 1443:11, 1451:14,
1460:6, 1460:11, 1460:16, 1462:25,
1464:22, 1465:1, 1465:13, 1465:14,
1465:19, 1466:25, 1494:11, 1507:2,
1510:18, 1545:24, 1568:1, 1583:18,
1583:20
  **Same** - 1490:4
  **save** - 1459:12
  **saw** - 1379:6, 1396:8, 1412:23,
1413:6, 1423:9, 1434:8, 1497:6, 1559:5
  **say** - 1371:15, 1374:2, 1382:25,
1383:22, 1384:2, 1384:3, 1384:13,
1384:14, 1384:24, 1385:10, 1386:22,
1391:16, 1396:3, 1399:7, 1407:18,
1407:23, 1429:16, 1430:14, 1434:14,
1436:6, 1436:8, 1436:25, 1438:11,
1438:21, 1438:22, 1440:21, 1442:11,
1442:24, 1443:5, 1443:17, 1443:18,
1444:1, 1444:16, 1447:7, 1449:12,
1449:16, 1451:18, 1452:4, 1453:16,
1453:25, 1454:19, 1455:22, 1457:21,
1458:6, 1458:8, 1458:12, 1459:9,
1459:14, 1463:16, 1463:17, 1468:5,
1469:23, 1471:8, 1473:2, 1473:4,
1473:6, 1474:4, 1474:7, 1474:8,
1475:6, 1475:8, 1478:11, 1479:19,
1480:16, 1481:3, 1481:5, 1481:6,
1481:19, 1482:11, 1482:15, 1482:16,
1483:6, 1485:21, 1488:7, 1488:13,
1489:4, 1491:15, 1497:21, 1498:6,
1498:8, 1498:10, 1498:13, 1501:7,
1509:24, 1510:11, 1513:12, 1514:19,
1517:1, 1517:2, 1517:6, 1517:9,
1522:21, 1523:19, 1523:22, 1523:24,
1527:17, 1529:22, 1532:2, 1534:18,
1535:6, 1537:9, 1538:23, 1540:9,
1540:15, 1540:16, 1540:17, 1540:19,
1540:21, 1540:22, 1542:5, 1542:20,
1545:9, 1545:11, 1548:9, 1552:2,
1552:5, 1554:16, 1554:23, 1555:9,
1555:13, 1556:4, 1556:21, 1572:2,
1572:12, 1572:21, 1575:18, 1576:2,
1576:4, 1576:18, 1584:2
  **saying** - 1382:23, 1383:14, 1385:3,
1387:8, 1438:10, 1438:24, 1451:12,
1455:2, 1457:24, 1458:14, 1460:6,
1468:9, 1473:16, 1474:1, 1474:15,
1481:25, 1482:1, 1484:20, 1488:3,
1489:18, 1493:9, 1505:21, 1510:14,
1513:14, 1513:16, 1519:4, 1527:5,
1527:7, 1527:11, 1528:2, 1528:5,
1528:21, 1533:10, 1535:9, 1537:25,
1556:8, 1588:16
  **says** - 1383:11, 1383:25, 1384:4,
1385:21, 1385:23, 1386:22, 1387:1,
1387:4, 1387:7, 1397:8, 1417:24,
1421:1, 1439:1, 1443:25, 1444:15,
1444:16, 1450:23, 1451:4, 1455:25,
1456:15, 1456:19, 1457:18, 1458:6,
1458:7, 1458:22, 1459:14, 1473:3,
1474:22, 1475:1, 1480:5, 1485:22,
1510:2, 1510:5, 1523:4, 1523:14,
1535:24, 1537:4, 1538:24, 1539:11,
1539:18, 1542:17, 1543:5, 1543:25,

1554:12, 1554:17, 1554:24, 1555:11,
1556:7, 1557:19, 1571:24, 1572:23,
1578:7
  **scare** - 1475:2
  **scenes** - 1493:9
  **schedule** - 1377:3, 1589:12
  **scheduled** - 1422:19, 1423:4, 1435:1,
1435:14, 1453:11
  **school** - 1415:19
  **science** - 1581:6
  **screen** - 1371:22, 1383:9, 1385:13,
1417:13, 1420:11, 1442:18, 1442:22,
1459:7, 1485:8, 1532:9, 1571:16,
1575:3, 1578:4, 1578:24
  **screw** - 1398:2
  **screws** - 1545:18
  **screws** - 1583:12
  **script** - 1486:12, 1486:22, 1535:6,
1562:9
  **scripted** - 1483:15
  **Sean** - 1430:2, 1502:2, 1504:5,
1504:19, 1504:23, 1506:6, 1507:1,
1507:24, 1508:20, 1509:1, 1510:3
  **search** - 1421:19
  **searched** - 1408:6
  **searching** - 1573:16
  **seat** - 1580:5
  **seated** - 1377:1, 1462:12, 1496:6,
1496:9
  **second** - 1375:20, 1485:23, 1547:6,
1553:20, 1559:23, 1560:8, 1561:1,
1562:21, 1566:12
  **Second** - 1569:23
  **secondly** - 1388:23, 1394:19, 1411:8
  **seconds** - 1413:8, 1448:7, 1508:10,
1568:16
  **secret** - 1403:14
  **secretary** - 1404:15, 1404:16,
1404:17, 1425:19, 1554:14, 1556:8,
1573:8
  **sections** - 1589:8
  **See** - 1455:24, 1485:24, 1486:4,
1486:10
  **see** - 1374:1, 1375:2, 1380:8,
1380:24, 1382:1, 1385:12, 1386:3,
1386:11, 1388:23, 1401:3, 1406:10,
1408:14, 1408:25, 1409:1, 1411:9,
1412:4, 1412:12, 1418:2, 1419:14,
1420:24, 1420:25, 1423:22, 1428:3,
1432:6, 1437:25, 1448:1, 1453:11,
1454:25, 1456:16, 1464:20, 1469:11,
1475:19, 1485:25, 1486:5, 1492:21,
1493:1, 1493:5, 1493:6, 1493:10,
1494:12, 1495:1, 1495:2, 1495:3,
1496:20, 1496:24, 1497:9, 1497:13,
1509:3, 1509:5, 1509:14, 1521:15,
1522:5, 1522:25, 1523:1, 1523:3,
1523:4, 1523:6, 1523:7, 1523:9,
1523:11, 1523:12, 1530:11, 1531:8,
1533:4, 1533:25, 1535:2, 1538:19,
1538:21, 1540:18, 1542:23, 1560:19,
1571:5, 1572:15, 1588:10, 1589:23,
1589:24, 1590:14
  **seeing** - 1392:23, 1416:9, 1416:10,
1511:6
  **seek** - 1451:13
  **seeking** - 1374:19, 1414:22, 1421:10
  **seeks** - 1373:21
  **seen** - 1380:6, 1405:24, 1406:1,
1406:2, 1407:12, 1409:4, 1434:5,
1497:5
  **segment** - 1568:12, 1568:15
  **segments** - 1568:7
  **selection** - 1435:1, 1435:4, 1435:19
  **sell** - 1402:12
  **selling** - 1407:16, 1466:7
  **Selwyn** - 1374:9, 1385:19, 1386:16,
1401:19, 1403:4, 1403:18, 1404:8,
1406:4, 1411:3, 1415:16, 1415:25,
1416:7, 1416:25, 1418:7, 1420:3,

1424:1, 1432:23, 1442:23, 1443:22,
1444:13, 1444:24, 1456:12, 1460:16,
1463:12, 1463:23, 1470:14, 1472:15,
1473:2, 1474:3, 1474:21, 1475:10,
1475:24, 1476:4, 1480:3, 1480:14,
1480:16, 1480:22, 1485:2, 1485:13,
1485:19, 1486:24, 1487:1, 1487:14,
1487:23, 1488:3, 1488:6, 1488:14,
1488:17, 1489:2, 1490:11, 1491:22,
1492:7, 1492:11, 1492:17, 1492:21,
1493:10, 1493:12, 1494:1, 1494:25,
1495:2, 1496:17, 1496:20, 1496:22,
1497:9, 1497:10, 1498:12, 1498:15,
1501:3, 1508:24, 1509:12, 1509:22,
1511:1, 1511:12, 1511:16, 1512:9,
1513:16, 1513:23, 1514:7, 1514:16,
1514:18, 1517:14, 1518:5, 1521:25,
1522:5, 1522:14, 1522:17, 1522:19,
1524:16, 1524:21, 1526:9, 1529:8,
1530:6, 1531:8, 1532:25, 1533:14,
1534:2, 1534:10, 1535:17, 1536:2,
1536:11, 1536:24, 1542:17, 1542:25,
1544:24, 1546:3, 1564:7, 1564:12,
1564:22, 1564:23, 1565:13, 1565:16,
1573:19, 1575:24, 1577:21, 1589:19
  **semicircle** - 1574:16
  **seminars** - 1392:12
  **Semple** - 1393:21
  **send** - 1467:16, 1468:3, 1468:9,
1469:6, 1479:6, 1493:9, 1523:9,
1570:20, 1571:4, 1571:5, 1571:7
  **Send** - 1544:14
  **sending** - 1379:13, 1391:4, 1401:8,
1411:12, 1465:9, 1465:14, 1465:19,
1468:14, 1494:1, 1530:11, 1530:22,
1571:10
  **senior** - 1548:7, 1548:9, 1548:10,
1548:12
  **sense** - 1409:12, 1465:12, 1534:14,
1589:23, 1589:24
  **sensitive** - 1572:5
  **sent** - 1379:16, 1382:23, 1385:19,
1408:11, 1409:13, 1413:21, 1429:7,
1430:1, 1431:13, 1444:15, 1454:21,
1476:2, 1477:7, 1492:16, 1492:19,
1494:25, 1511:1, 1515:5, 1522:4,
1527:4, 1529:25, 1560:15, 1575:7
  **Sent** - 1521:15
  **sentence** - 1401:22, 1402:3, 1474:10,
1475:19, 1485:23
  **sentences** - 1401:24, 1402:6
  **sentencing** - 1566:10, 1566:18
  **separate** - 1379:18
  **September** - 1419:16, 1421:20,
1421:24, 1422:11, 1426:18, 1427:8,
1427:25, 1428:6, 1431:14, 1432:3,
1460:19, 1461:11, 1550:6, 1561:24,
1566:2, 1573:16
  **Sergeant** - 1393:21
  **serial** - 1582:22, 1583:7
  **series** - 1419:15
  **seriously** - 1537:12, 1537:18
  **serve** - 1424:22, 1531:19
  **server** - 1580:21
  **servers** - 1581:17, 1582:2, 1582:3,
1582:21, 1584:12
  **Servers** - 1582:2
  **service** - 1581:13, 1586:9
  **Services** - 1513:1
  **services** - 1426:24, 1428:8
  **session** - 1557:18, 1558:1, 1558:4
  **set** - 1422:24, 1422:25, 1439:10,
1479:24, 1551:13, 1552:22, 1571:19,
1592:14
  **settle** - 1538:17, 1552:25, 1553:5
  **settle** - 1397:6
  **setup** - 1430:11
  **seven** - 1584:3
  **several** - 1581:5, 1581:22, 1583:9,
1590:5

**Shannon** - 1458:11, 1458:12
**Shargel** - 1370:16, 1371:4, 1371:7, 1371:21, 1372:4, 1373:2, 1374:2, 1374:4, 1374:15, 1374:21, 1374:24, 1375:15, 1376:2, 1376:6, 1376:11, 1376:19, 1377:18, 1377:19, 1377:25, 1383:9, 1383:12, 1385:12, 1386:18, 1388:17, 1388:19, 1391:11, 1391:17, 1395:11, 1395:20, 1396:16, 1396:18, 1398:25, 1399:10, 1399:14, 1400:9, 1400:12, 1400:13, 1411:2, 1413:14, 1413:23, 1414:2, 1414:5, 1414:8, 1417:12, 1420:10, 1422:4, 1426:11, 1429:9, 1429:14, 1431:15, 1431:19, 1433:19, 1433:21, 1439:9, 1440:12, 1447:9, 1448:5, 1449:21, 1456:21, 1462:19, 1464:9, 1467:4, 1468:16, 1479:4, 1489:24, 1490:4, 1493:17, 1496:4, 1510:17, 1511:10, 1528:3, 1537:15, 1541:4, 1546:6, 1548:14, 1561:3, 1567:3, 1567:5, 1567:23, 1568:8, 1568:10, 1568:12, 1568:15, 1568:19, 1569:16, 1569:18, 1570:23, 1571:16, 1571:21, 1572:1, 1572:3, 1572:5, 1574:4, 1574:11, 1575:3, 1577:3, 1577:5, 1577:8, 1578:3, 1578:16, 1579:15, 1579:16, 1580:1, 1584:20, 1584:21, 1587:9, 1589:2, 1589:22, 1590:1, 1590:4, 1590:13, 1590:18, 1591:20, 1592:3, 1592:8
**she** - 1401:23, 1402:4, 1402:7, 1402:11, 1402:15, 1402:17, 1404:18, 1404:19, 1405:1, 1405:9, 1405:13, 1405:14, 1405:15, 1405:16, 1406:7, 1406:8, 1406:22, 1406:23, 1421:7, 1421:9, 1421:10, 1423:14, 1423:15, 1423:17, 1423:19, 1423:22, 1423:23, 1424:9, 1424:12, 1424:15, 1424:16, 1428:10, 1428:12, 1437:25, 1438:3, 1438:8, 1438:11, 1438:12, 1443:2, 1443:3, 1443:4, 1443:9, 1444:1, 1444:3, 1444:4, 1444:16, 1445:3, 1445:8, 1446:3, 1457:19, 1457:20, 1457:24, 1458:6, 1458:22, 1458:24, 1459:14, 1460:3, 1460:4, 1460:21, 1466:1, 1469:10, 1476:17, 1477:14, 1479:25, 1491:4, 1491:5, 1491:12, 1492:24, 1520:11, 1520:12, 1520:24, 1521:2, 1521:6, 1521:17, 1521:20, 1521:21, 1530:2, 1530:5, 1530:21, 1531:8, 1531:11, 1534:7, 1543:16, 1548:1, 1548:10, 1549:12, 1549:17, 1549:24, 1549:25, 1550:4, 1550:5, 1550:16, 1550:17, 1550:22, 1550:24, 1551:5, 1552:4, 1552:6, 1552:7, 1552:10, 1552:18, 1553:13, 1554:10, 1555:1, 1555:14, 1557:4, 1558:12, 1558:13, 1558:20, 1560:18, 1566:6, 1566:9, 1570:9, 1573:5, 1585:10, 1587:5
**She** - 1402:2, 1402:8, 1403:16, 1403:17, 1404:19, 1405:19, 1420:7, 1423:21, 1424:12, 1436:2, 1436:11, 1438:22, 1443:11, 1457:15, 1458:2, 1520:14, 1520:23, 1521:21, 1549:15, 1550:23, 1550:25, 1552:1, 1552:3, 1554:24, 1557:6, 1562:17
**she'd** - 1492:23
**she'll** - 1443:2
**she's** - 1437:25, 1438:9, 1442:25, 1449:14, 1450:21, 1457:16, 1463:16, 1466:12, 1466:15, 1466:16, 1467:2, 1550:14, 1552:15, 1556:1, 1558:22
**She's** - 1444:9, 1444:12, 1444:13, 1466:12, 1521:4, 1521:6
**shelf** - 1574:22
**ship** - 1429:17
**shipment** - 1465:9
**shity** - 1387:5
**Shoo** - 1466:4, 1466:6, 1466:7,

1467:15, 1467:17, 1468:6, 1469:6, 1570:4, 1570:6, 1570:7
**shoot** - 1430:9
**short** - 1372:22, 1397:3, 1462:11
**shortly** - 1374:7, 1390:19, 1390:20, 1569:15, 1581:22
**Shortman** - 1381:11, 1402:5, 1481:25, 1482:1
**shot** - 1384:1, 1508:4, 1510:7
**should** - 1371:22, 1447:25, 1484:12, 1486:18, 1490:1, 1490:7, 1533:23, 1535:1, 1560:11, 1560:16, 1561:15, 1571:3, 1571:5, 1591:4
**shouldn't** - 1488:19, 1489:3
**show** - 1372:20, 1379:8, 1379:10, 1379:14, 1390:21, 1392:15, 1395:9, 1413:17, 1414:6, 1421:13, 1422:22, 1429:5, 1430:23, 1431:8, 1454:17, 1553:20, 1557:9, 1559:1, 1566:17, 1569:8, 1570:15, 1573:10, 1575:24, 1581:24, 1583:22, 1584:8, 1585:5, 1585:10
**showed** - 1401:7, 1421:7, 1423:14, 1484:21, 1551:22
**Showing** - 1395:13
**Showing** - 1564:8
**shown** - 1484:19
**shows** - 1372:11, 1374:9
**Shu** - 1545:22
**shut** - 1572:23
**shuts** - 1583:6
**shutting** - 1429:23
**side** - 1384:9, 1405:11, 1421:18, 1443:3, 1444:2, 1583:13, 1585:1, 1585:12
**side-bar** - 1585:12
**Sidebar** - 1398:14, 1547:8
**sidebar** - 1371:21
**sides** - 1375:25, 1408:18, 1461:8
**sign** - 1423:17, 1424:10, 1424:11, 1424:16, 1425:13, 1430:23, 1484:10
**signed** - 1430:18, 1430:20, 1430:25
**significance** - 1401:24, 1452:8
**significantly** - 1545:4
**signify** - 1424:8
**signing** - 1423:19
**signs** - 1443:1, 1444:3
**silly** - 1387:6
**Simels** - 1370:5, 1370:17, 1374:14, 1374:15, 1374:24, 1375:8, 1378:1, 1384:11, 1388:15, 1388:20, 1402:20, 1402:25, 1403:7, 1424:1, 1434:3, 1445:18, 1462:16, 1487:22, 1496:12, 1496:15, 1508:10, 1532:14, 1543:21, 1546:19, 1555:17, 1559:5, 1559:25, 1564:5, 1579:25, 1580:1, 1581:8, 1581:14, 1587:8, 1590:25, 1593:5
**Simels'** - 1462:5, 1583:15
**Simels's** - 1372:8
**Similar** - 1485:18
**similar** - 1389:23, 1389:24, 1390:16, 1456:2, 1515:1, 1584:11
**similarity** - 1490:9, 1460:11
**simply** - 1385:21, 1399:1, 1420:2, 1420:3, 1432:11, 1515:10, 1522:25, 1528:20
**Simply** - 1385:23
**since** - 1372:15, 1377:6, 1432:15, 1473:6, 1477:3
**Since** - 1450:2
**sing** - 1573:4
**Singh** - 1404:25, 1405:3, 1405:21, 1406:5, 1406:6, 1406:16, 1554:14
**single** - 1559:13
**Sir** - 1443:13, 1534:15
**sir** - 1373:8, 1440:14, 1445:23, 1448:5, 1450:25, 1452:7, 1452:11, 1452:16, 1453:21, 1458:23, 1473:9, 1473:12, 1486:11, 1496:18, 1496:21, 1497:19, 1498:1, 1498:5, 1498:18,

1498:21, 1498:23, 1499:1, 1499:5, 1499:11, 1499:13, 1499:15, 1499:18, 1499:20, 1500:4, 1500:6, 1500:8, 1500:12, 1500:19, 1500:22, 1500:25, 1501:8, 1501:10, 1501:14, 1501:20, 1502:3, 1502:7, 1502:9, 1502:13, 1502:15, 1502:17, 1502:21, 1503:1, 1503:7, 1503:14, 1503:20, 1503:22, 1503:25, 1504:8, 1504:10, 1504:16, 1504:18, 1505:5, 1505:7, 1505:12, 1505:18, 1506:3, 1506:5, 1506:8, 1506:20, 1507:4, 1507:6, 1507:8, 1507:10, 1507:20, 1507:23, 1508:2, 1508:5, 1508:7, 1508:17, 1508:21, 1508:23, 1509:2, 1509:6, 1509:10, 1509:17, 1510:1, 1510:5, 1510:9, 1510:14, 1510:22, 1511:3, 1511:7, 1511:15, 1511:18, 1511:20, 1511:23, 1512:1, 1512:3, 1512:7, 1512:15, 1512:17, 1512:20, 1512:25, 1513:3, 1513:7, 1513:10, 1513:15, 1513:25, 1514:2, 1514:4, 1514:6, 1514:8, 1514:10, 1514:17, 1514:21, 1515:4, 1515:10, 1515:14, 1515:17, 1516:10, 1517:17, 1517:22, 1518:1, 1518:16, 1519:7, 1519:11, 1519:15, 1519:18, 1520:4, 1520:7, 1520:10, 1520:13, 1520:16, 1520:19, 1520:22, 1521:3, 1521:5, 1521:8, 1521:10, 1521:11, 1521:14, 1521:24, 1522:6, 1522:10, 1522:13, 1523:5, 1523:8, 1523:10, 1523:13, 1524:12, 1524:17, 1524:20, 1525:3, 1525:7, 1525:9, 1525:15, 1525:23, 1526:7, 1526:11, 1526:18, 1527:5, 1527:7, 1527:10, 1527:15, 1527:17, 1528:16, 1528:23, 1529:2, 1529:18, 1529:21, 1529:24, 1530:2, 1530:4, 1530:7, 1530:9, 1530:14, 1530:17, 1530:24, 1531:2, 1531:5, 1531:10, 1531:14, 1531:16, 1531:18, 1531:20, 1531:22, 1531:25, 1532:4, 1532:7, 1532:11, 1532:13, 1532:21, 1533:1, 1533:9, 1533:13, 1533:16, 1533:20, 1534:5, 1534:7, 1534:17, 1534:20, 1534:23, 1535:7, 1535:11, 1535:19, 1535:24, 1536:8, 1536:13, 1536:20, 1536:25, 1537:3, 1537:6, 1537:10, 1537:13, 1537:20, 1538:10, 1538:15, 1538:17, 1538:25, 1539:8, 1539:18, 1539:24, 1540:1, 1540:12, 1540:16, 1540:20, 1541:1, 1542:4, 1542:8, 1542:13, 1542:16, 1543:5, 1543:8, 1543:11, 1544:3, 1544:9, 1544:11, 1544:19, 1544:23, 1545:1, 1545:7, 1545:14, 1545:17, 1545:20, 1546:11, 1546:20, 1547:2, 1547:5, 1548:3, 1548:22, 1549:2, 1549:6, 1549:9, 1549:15, 1549:21, 1549:23, 1550:1, 1550:23, 1551:4, 1551:7, 1551:11, 1551:14, 1551:17, 1552:12, 1552:17, 1552:19, 1552:21, 1552:24, 1553:7, 1553:10, 1554:2, 1554:5, 1554:7, 1554:9, 1554:11, 1554:15, 1555:3, 1555:6, 1555:8, 1555:16, 1555:20, 1555:25, 1556:3, 1556:25, 1557:6, 1557:8, 1557:12, 1557:21, 1558:11, 1558:14, 1558:21, 1558:25, 1561:5, 1565:4, 1565:8, 1567:22, 1570:17, 1571:6, 1572:9, 1573:11, 1573:12, 1573:17, 1573:21, 1574:1, 1574:19, 1574:21, 1574:24, 1575:2, 1575:5, 1575:9, 1575:15, 1575:23, 1578:12, 1579:8, 1580:1, 1582:1, 1584:21
**sister** - 1399:9
**Sit** - 1461:3
**sit** - 1377:7, 1422:2, 1503:10, 1552:2, 1574:20
**Sitting** - 1572:4
**sitting** - 1555:10, 1555:15, 1575:1

**situation** - 1377:7, 1491:17
**Six** - 1371:13
**six** - 1402:6, 1558:2, 1578:24, 1584:2
**size** - 1584:1
**Skadden** - 1407:19, 1408:12, 1408:16
**skills** - 1478:2
**Skip** - 1586:5
**slang** - 1471:21
**sling** - 1463:7, 1463:14
**slip** - 1471:3
**smaller** - 1583:21
**smiley** - 1425:7
**Smith** - 1389:24
**smoked** - 1389:12
**smoking** - 1392:1
**smuggling** - 1511:8, 1511:12, 1511:14
**snippet** - 1441:24
**So** - 1377:10, 1377:17, 1381:25, 1383:4, 1383:22, 1383:25, 1385:14, 1386:1, 1386:21, 1391:15, 1393:8, 1395:24, 1396:6, 1397:8, 1397:12, 1400:3, 1400:20, 1406:10, 1410:7, 1414:10, 1422:8, 1426:16, 1427:21, 1429:13, 1432:2, 1437:24, 1440:1, 1443:6, 1444:18, 1447:12, 1450:20, 1451:10, 1454:25, 1455:4, 1455:8, 1456:12, 1457:18, 1458:19, 1459:13, 1460:2, 1464:5, 1465:7, 1465:21, 1465:24, 1466:23, 1468:3, 1469:5, 1470:2, 1470:6, 1471:23, 1476:8, 1476:17, 1479:5, 1483:6, 1483:18, 1498:12, 1503:10, 1503:23, 1505:15, 1511:1, 1513:16, 1514:18, 1515:15, 1521:2, 1524:10, 1524:11, 1526:2, 1526:5, 1529:3, 1534:6, 1539:9, 1539:13, 1542:17, 1544:12, 1544:20, 1548:1, 1552:8, 1556:21, 1558:6, 1561:25, 1569:21, 1571:2, 1573:3, 1574:9, 1581:21, 1582:3, 1587:21, 1588:4, 1588:5, 1589:10, 1590:7
**so** - 1372:1, 1372:6, 1372:22, 1379:11, 1380:18, 1383:15, 1389:12, 1391:4, 1393:5, 1409:5, 1410:8, 1419:2, 1423:22, 1425:24, 1428:1, 1428:6, 1428:10, 1440:19, 1446:20, 1449:16, 1453:21, 1459:8, 1460:20, 1466:2, 1466:15, 1466:21, 1469:12, 1471:8, 1477:4, 1478:10, 1478:13, 1480:9, 1481:25, 1493:4, 1493:25, 1498:4, 1503:14, 1504:18, 1505:7, 1505:14, 1512:8, 1512:10, 1521:10, 1525:3, 1526:7, 1526:11, 1527:2, 1527:22, 1528:12, 1528:13, 1549:12, 1558:25, 1568:5, 1577:17, 1584:7, 1587:13, 1591:2
**so-called** - 1379:11
**social** - 1577:15
**society** - 1471:12, 1471:23
**sociological** - 1373:20
**Solano** - 1370:18, 1371:7, 1461:24, 1462:1, 1462:3, 1462:6, 1546:15, 1546:16, 1546:18, 1547:7, 1547:12, 1547:14, 1547:17, 1547:20, 1547:22, 1547:25, 1557:25, 1559:4, 1559:23, 1562:21, 1562:23, 1564:2, 1564:4, 1566:16, 1567:1, 1579:20, 1579:21, 1580:3, 1580:5, 1584:16, 1584:24, 1585:2, 1585:9, 1586:2, 1586:4, 1586:7, 1586:15, 1586:22, 1587:1, 1587:3, 1587:5, 1590:23
**Solarno** - 1584:17
**solicit** - 1418:18, 1436:7, 1437:25, 1440:4
**soliciting** - 1419:22, 1441:2, 1460:21, 1463:20, 1463:22
**some** - 1372:18, 1373:25, 1377:9, 1377:10, 1383:6, 1384:2, 1385:7, 1393:13, 1399:2, 1401:13, 1418:22, 1425:4, 1434:8, 1463:4, 1464:12,

1464:24, 1468:23, 1472:4, 1477:22, 1492:6, 1492:7, 1529:16, 1533:7, 1533:11, 1546:21, 1548:15, 1548:20, 1551:5, 1552:8, 1554:3, 1556:24, 1564:25, 1575:21, 1579:13, 1588:16, 1588:17, 1591:13
**Some** - 1470:7, 1472:3, 1501:16, 1527:21, 1528:18
**somebody** - 1387:11, 1397:12, 1397:18, 1437:4, 1440:11, 1441:3, 1441:4, 1441:9, 1458:19, 1464:22, 1483:9, 1510:11, 1516:13, 1517:7, 1521:11, 1551:23, 1556:9, 1562:7
**Somebody** - 1384:15, 1587:13
**somehow** - 1372:18, 1433:14, 1433:17, 1488:19, 1489:2, 1489:21
**someone** - 1407:2, 1411:12, 1414:3, 1436:12, 1437:1, 1440:17, 1441:1, 1509:4, 1533:23, 1560:11
**something** - 1371:8, 1375:24, 1387:6, 1387:11, 1398:18, 1398:22, 1399:2, 1399:20, 1438:11, 1438:24, 1440:9, 1453:24, 1475:17, 1485:16, 1485:18, 1489:15, 1489:16, 1489:17, 1499:24, 1513:22, 1527:15, 1545:19, 1545:24, 1549:13, 1550:11, 1561:3, 1572:3
**Something** - 1443:20, 1456:2, 1577:4
**Sometime** - 1557:24
**sometime** - 1499:24, 1547:4
**sometimes** - 1454:4, 1455:13, 1471:22, 1479:22
**Sometimes** - 1454:3, 1455:12, 1455:14, 1455:15, 1471:3, 1471:5
**somewhat** - 1419:24, 1464:19
**Somewhat** - 1465:15
**somewhere** - 1427:5, 1549:18, 1567:17, 1572:25, 1573:1
**son** - 1389:11, 1389:16
**Son** - 1390:3, 1390:7, 1407:6, 1407:10, 1408:1, 1408:25, 1409:4, 1409:6, 1411:4, 1411:12, 1521:11
**soon** - 1588:24
**Sorry** - 1396:16, 1482:25, 1484:21, 1492:5, 1547:7
**sorry** - 1383:5, 1388:17, 1395:11, 1403:7, 1416:2, 1426:11, 1440:14, 1449:20, 1469:11, 1475:5, 1479:13, 1504:21, 1507:17, 1507:20, 1513:7, 1513:11, 1514:14, 1524:18, 1525:23, 1527:8, 1536:1, 1540:9, 1548:1, 1564:21, 1566:24, 1586:7
**sort** - 1372:18, 1397:5, 1445:2, 1481:21, 1550:11, 1552:7, 1579:13, 1581:13
**soughs** - 1414:24, 1416:23
**sounds** - 1577:4
**source** - 1374:11, 1416:15, 1416:16, 1427:14, 1454:6, 1457:8, 1582:7
**sources** - 1374:20, 1392:19, 1454:2
**South** - 1453:11
**space** - 1422:2
**speak** - 1404:2, 1409:16, 1409:19, 1409:20, 1411:6, 1411:12, 1431:2, 1469:16, 1471:1, 1471:3, 1471:4, 1471:5, 1471:9, 1471:16, 1471:22, 1471:25, 1477:4, 1478:13, 1489:8, 1489:10, 1490:14, 1491:24, 1524:6, 1532:14, 1533:23, 1557:2, 1560:11
**speaker** - 1528:20
**speaking** - 1415:16, 1449:3, 1471:20, 1476:8, 1558:22
**spec** - 1581:19
**Special** - 1397:23, 1437:13, 1513:1
**specific** - 1373:17, 1427:2, 1436:22, 1515:2, 1524:3, 1534:9, 1535:5, 1581:1, 1581:16
**specifically** - 1381:13, 1419:4, 1449:13, 1454:21, 1457:12, 1514:24, 1515:6, 1538:21, 1552:22, 1555:22, 1567:16, 1578:9, 1578:13, 1578:18,

1589:16
**Specifically** - 1590:23
**specifics** - 1390:3
**spelled** - 1382:12, 1382:14
**spent** - 1501:6, 1501:9, 1505:19, 1518:18, 1526:16
**spoke** - 1471:24, 1501:25, 1502:1, 1522:16
**spoken** - 1491:23, 1558:19, 1570:2
**sport** - 1580:21
**spouting** - 1475:15
**spring** - 1412:17, 1464:25
**stake** - 1461:7
**stamp** - 1585:5, 1586:25
**stand** - 1382:2, 1393:5, 1400:5, 1418:22, 1433:3, 1454:17, 1478:19, 1481:17, 1482:15, 1483:14, 1491:2, 1497:4, 1497:17, 1497:20, 1498:12, 1535:6, 1537:23
**stands** - 1582:6
**star** - 1394:21, 1394:22
**start** - 1377:12, 1433:23, 1433:24, 1442:10, 1452:18, 1453:7, 1453:8, 1461:15, 1479:23, 1480:1, 1506:18, 1508:11, 1526:12, 1546:21, 1547:3, 1589:2
**Started** - 1525:4
**started** - 1394:6, 1394:8, 1402:3, 1442:9, 1442:10, 1461:11, 1533:4, 1548:6, 1550:5
**Starting** - 1508:15, 1571:3
**starting** - 1480:19
**starts** - 1487:21, 1526:9
**State** - 1430:21, 1465:3, 1465:9, 1467:8
**state** - 1372:9, 1372:20, 1373:13, 1375:9, 1400:9, 1402:23, 1403:4
**stated** - 1550:10, 1564:15, 1590:20
**statements** - 1372:17, 1388:14, 1399:3
**States** - 1370:1, 1370:3, 1370:10, 1370:13, 1378:7, 1380:5, 1381:8, 1401:8, 1433:14, 1464:22, 1465:5, 1465:10, 1465:18, 1465:20, 1467:18, 1467:24, 1468:14, 1480:4, 1480:7, 1586:16, 1586:17
**stating** - 1574:25
**status** - 1561:17
**stay** - 1416:5, 1570:4, 1582:13
**stayed** - 1405:15
**stays** - 1428:16, 1557:4
**stenography** - 1370:23
**step** - 1418:16, 1421:11, 1440:15, 1460:25, 1478:8, 1579:22
**stepping** - 1461:15
**steps** - 1394:23, 1395:1, 1412:8, 1475:25
**Steven** - 1370:13, 1434:3
**still** - 1380:5, 1404:1, 1452:15, 1466:13, 1466:16, 1467:2, 1477:21, 1479:8, 1548:8, 1561:6, 1570:9
**sting** - 1418:24, 1421:5, 1438:7
**stinging** - 1458:8, 1458:10, 1468:20
**stipulated** - 1446:6, 1494:22, 1586:4
**stipulation** - 1462:6, 1462:7, 1585:2, 1585:9, 1586:2, 1586:6, 1591:10
**Stop** - 1473:10, 1494:15
**stop** - 1442:3
**stopped** - 1412:19, 1429:22, 1572:19
**stops** - 1449:1, 1452:14, 1462:24, 1472:20, 1473:23, 1479:15, 1480:20, 1488:1, 1492:14, 1508:14
**story** - 1412:12
**strategies** - 1486:9
**strategy** - 1402:10, 1460:18, 1539:25
**street** - 1412:19, 1471:4, 1471:5, 1471:9
**strike** - 1544:6
**strikes** - 1375:24
**striking** - 1544:15

**strip** - 1406:9, 1406:20, 1406:21
**stuff** - 1374:19, 1512:14, 1547:11, 1558:24
**stupid** - 1385:9, 1397:6, 1533:22, 1543:15, 1560:9, 1560:17
**stupidity** - 1384:23
**subject** - 1379:23, 1401:14, 1469:25, 1480:22, 1515:10
**Subject** - 1413:23
**submission** - 1566:10, 1575:7
**submit** - 1376:7, 1588:19
**submitted** - 1376:14
**suborn** - 1483:8, 1483:9
**subpoena** - 1408:12, 1423:20, 1424:20, 1424:22
**subscriber** - 1528:8, 1528:25
**subsequent** - 1476:12
**substance** - 1519:21, 1530:5, 1531:7, 1565:12
**substantive** - 1497:15, 1519:5
**successful** - 1403:23, 1404:12, 1405:7, 1409:10, 1409:11, 1409:12
**such** - 1383:17, 1401:23, 1519:7, 1577:24
**Such** - 1472:8
**sugar** - 1388:12
**sugar-cane** - 1388:12
**suggest** - 1372:17, 1401:18, 1589:11
**suggested** - 1420:2, 1527:12
**suggesting** - 1387:11, 1527:2
**suggestion** - 1424:2, 1444:8, 1534:2, 1589:2
**suggestions** - 1581:22
**suite** - 1421:21, 1422:1
**sum** - 1578:15
**summarize** - 1419:9
**summation** - 1376:9
**summations** - 1377:8, 1377:12, 1377:14, 1587:12, 1588:1, 1588:7
**summer** - 1398:8, 1406:25, 1427:12, 1484:6, 1549:13, 1561:24
**summing** - 1376:21
**supply** - 1582:7, 1582:9, 1582:11, 1583:15, 1584:1, 1584:13
**supplying** - 1388:10
**support** - 1490:23, 1580:22, 1581:13
**supporters** - 1486:4
**Supposed** - 1446:22
**supposed** - 1405:13, 1418:10, 1427:3, 1435:16, 1442:5, 1446:19, 1446:23, 1479:20, 1479:21, 1479:23, 1512:18, 1513:4, 1513:13
**supposedly** - 1455:22
**Supreme** - 1500:3
**Sure** - 1387:7, 1401:17, 1504:22, 1547:14, 1547:17, 1586:24
**sure** - 1371:25, 1396:20, 1397:17, 1419:22, 1443:10, 1444:18, 1458:15, 1460:20, 1483:14, 1483:16, 1487:17, 1490:18, 1493:12, 1503:7, 1505:24, 1533:21, 1547:18, 1547:20, 1560:9, 1572:21
**Surinam** - 1506:21, 1506:22
**suspect** - 1508:6, 1509:18
**suspicion** - 1509:15, 1510:15
**Sustained** - 1396:13, 1464:10, 1489:25, 1490:5, 1553:4
**sustained** - 1582:12
**Sv** - 1485:8, 1575:3
**swear** - 1472:2
**switch** - 1582:24, 1583:1
**sworn** - 1377:23, 1399:3, 1580:6
**sworn/affirmed** - 1580:8
**swung** - 1573:13
**system** - 1451:23, 1475:21
**systems** - 1580:17, 1581:3, 1581:5, 1581:19, 1581:20, 1581:21, 1581:23, 1582:2

**T**

**T-** 1377:20, 1496:1, 1580:7, 1591:10, 1593:3, 1593:7
**T-10-** 1553:23, 1571:13
**T-26-** 1442:24
**T3-** 1516:25, 1591:8
**table** - 1423:9
**tainting** - 1587:22
**take** - 1372:22, 1390:16, 1394:23, 1395:1, 1400:10, 1412:8, 1417:20, 1433:23, 1440:15, 1444:25, 1475:1, 1482:15, 1498:12, 1537:13, 1537:14, 1543:18, 1552:3, 1558:5, 1562:11, 1562:25, 1564:9, 1580:5, 1581:25, 1588:1, 1592:12
**taken** - 1393:25, 1397:19, 1421:24, 1550:15, 1563:5, 1573:16, 1577:9
**takes** - 1483:14, 1537:17
**taking** - 1385:11, 1416:4, 1475:24
**talk** - 1377:3, 1380:12, 1397:12, 1401:3, 1409:22, 1411:9, 1412:18, 1418:2, 1449:13, 1461:11, 1471:11, 1478:11, 1482:21, 1490:8, 1490:9, 1491:4, 1491:12, 1497:1, 1497:15, 1498:19, 1515:2, 1521:22, 1522:8, 1522:11, 1525:21, 1538:23, 1545:9, 1545:10, 1568:20, 1572:23, 1587:16
**Talked-** 1524:24
**talked** - 1380:15, 1505:20, 1521:11, 1548:15, 1550:2, 1551:1
**talking** - 1377:3, 1408:18, 1418:16, 1429:25, 1430:14, 1437:2, 1443:10, 1449:6, 1452:15, 1452:17, 1452:21, 1453:6, 1457:3, 1458:4, 1458:16, 1459:21, 1460:2, 1464:3, 1471:9, 1472:2, 1472:21, 1472:24, 1474:21, 1474:23, 1477:1, 1478:17, 1478:22, 1483:9, 1483:12, 1483:13, 1485:11, 1488:14, 1496:15, 1496:19, 1498:10, 1499:10, 1506:21, 1511:8, 1511:12, 1514:25, 1517:1, 1520:5, 1523:21, 1524:1, 1524:5, 1525:4, 1540:17, 1543:23, 1544:4, 1557:6, 1566:18, 1589:17
**Talking-** 1488:19, 1490:8, 1543:24, 1557:7
**talks** - 1444:2, 1572:10
**tall** - 1584:3
**Tallman-** 1481:25
**tampered** - 1401:15
**tangentially** - 1587:18
**Tape-** 1422:10, 1449:1, 1452:13, 1452:14, 1462:23, 1462:24, 1472:20, 1473:23, 1479:15, 1480:20, 1488:1, 1492:14, 1508:13, 1508:14
**tape** - 1382:11, 1421:8, 1421:9, 1421:18, 1422:10, 1422:14, 1436:3, 1436:5, 1438:1, 1438:24, 1440:18, 1442:2, 1442:4, 1442:7, 1442:13, 1442:15, 1442:16, 1448:1, 1448:3, 1448:6, 1453:3, 1454:11, 1454:15, 1455:17, 1460:20, 1460:23, 1460:24, 1462:17, 1463:8, 1466:20, 1467:11, 1467:13, 1468:8, 1469:8, 1472:20, 1473:6, 1473:21, 1473:23, 1474:1, 1475:7, 1479:15, 1480:20, 1488:1, 1492:14, 1520:15, 1538:19, 1538:22, 1568:20, 1569:5, 1570:12, 1570:19, 1571:5, 1571:7, 1571:10
**tapes** - 1392:12, 1442:5, 1442:9, 1455:19, 1520:17, 1520:25, 1521:2
**targets** - 1587:12
**Tavern-** 1404:11, 1406:7
**teaching** - 1470:19
**team** - 1511:19, 1514:5
**telephone** - 1378:19, 1378:21, 1457:14, 1457:15, 1457:16, 1492:10, 1570:8

**tell** - 1377:2, 1378:17, 1379:25, 1384:21, 1394:7, 1395:14, 1397:14, 1408:3, 1409:8, 1410:5, 1414:21, 1417:10, 1417:15, 1421:9, 1423:23, 1424:12, 1427:12, 1428:17, 1463:6, 1463:23, 1463:24, 1468:3, 1482:9, 1482:10, 1484:20, 1485:5, 1490:17, 1490:22, 1490:23, 1491:2, 1506:16, 1514:16, 1514:19, 1514:20, 1515:9, 1533:21, 1534:14, 1538:20, 1540:13, 1543:6, 1547:11, 1551:19, 1552:13, 1555:17, 1558:17, 1559:13, 1560:3, 1560:9, 1560:17, 1570:12, 1573:1, 1577:10, 1577:16, 1588:24, 1589:16, 1590:7
**Tell-** 1381:16, 1387:19, 1394:7, 1407:14, 1412:15, 1419:14, 1422:14, 1428:2, 1564:10, 1575:16
**telling** - 1381:19, 1381:21, 1404:13, 1416:22, 1424:5, 1427:21, 1434:8, 1445:3, 1449:14, 1451:12, 1457:4, 1460:3, 1460:18, 1475:23, 1477:12, 1477:18, 1481:19, 1482:14, 1484:4, 1487:15, 1492:23, 1493:12, 1493:22, 1509:22, 1511:13, 1511:24, 1512:2, 1512:4, 1518:6, 1521:25, 1523:1, 1523:3, 1526:9, 1537:4, 1538:6, 1539:5, 1539:13, 1542:3, 1545:25, 1587:15
**tells** - 1444:20, 1463:7, 1538:25
**Tells-** 1417:17
**Ten-** 1413:8, 1562:23
**ten** - 1445:14, 1551:11, 1563:1, 1590:8, 1591:24
**term** - 1454:2, 1468:17, 1469:1, 1469:8, 1469:12, 1470:2, 1470:25, 1473:2, 1487:3
**terminated** - 1425:19, 1506:24
**termination** - 1408:16
**terms** - 1377:2, 1416:17, 1465:4, 1471:18, 1471:19, 1471:23, 1533:22, 1543:21, 1544:2, 1544:16, 1545:12, 1548:5, 1548:21, 1560:10, 1587:19
**testified** - 1372:12, 1377:23, 1378:3, 1392:22, 1407:21, 1407:22, 1464:16, 1465:24, 1467:14, 1476:4, 1476:20, 1479:21, 1513:4, 1520:12, 1521:17, 1521:21, 1531:11, 1536:14, 1544:20, 1559:8, 1561:2, 1580:8
**testifies** - 1375:23, 1443:3, 1444:1, 1481:1
**testify** - 1399:21, 1400:8, 1427:19, 1436:24, 1437:2, 1438:13, 1441:21, 1443:18, 1443:23, 1455:12, 1476:6, 1476:7, 1476:9, 1477:10, 1477:14, 1477:16, 1478:8, 1480:3, 1480:6, 1480:11, 1480:12, 1480:16, 1480:22, 1483:7, 1484:5, 1484:15, 1484:17, 1485:5, 1485:23, 1486:1, 1486:6, 1486:7, 1486:8, 1486:12, 1487:15, 1487:17, 1488:19, 1488:24, 1489:3, 1489:21, 1497:2, 1497:10, 1498:2, 1498:3, 1517:11, 1520:23, 1535:1, 1561:15, 1562:7, 1562:10, 1575:14, 1575:18, 1575:21, 1576:2
**testifying** - 1484:11, 1498:9
**testimony** - 1372:8, 1372:13, 1386:13, 1399:23, 1400:2, 1401:13, 1407:20, 1408:18, 1409:16, 1421:19, 1424:23, 1425:12, 1433:2, 1435:16, 1436:13, 1436:17, 1436:18, 1436:19, 1437:7, 1439:2, 1441:2, 1443:7, 1444:17, 1445:21, 1445:22, 1462:5, 1464:12, 1464:14, 1468:15, 1475:17, 1476:1, 1476:9, 1476:12, 1477:15, 1478:12, 1483:2, 1483:7, 1483:8, 1483:21, 1484:2, 1488:4, 1488:7, 1488:10, 1500:24, 1501:4, 1512:21, 1512:24, 1513:2, 1519:3, 1531:6, 1538:2, 1542:14, 1559:11, 1587:19,

**than** - 1591:1
**than** - 1375:9, 1376:19, 1377:6,
1377:12, 1387:11, 1397:3, 1420:2,
1420:4, 1432:10, 1445:23, 1449:9,
1459:16, 1489:9, 1489:11, 1492:6,
1492:9, 1513:14, 1518:15, 1519:16,
1540:7, 1545:7, 1548:10, 1556:19,
1578:1
**Thank** - 1371:18, 1376:11, 1377:19,
1400:13, 1414:7, 1433:21, 1455:22,
1462:14, 1496:11, 1546:14, 1546:16,
1568:19, 1569:23, 1579:16, 1579:23,
1584:17, 1591:23, 1592:12
**Thanks** - 1540:4, 1542:25
**That** - 1386:24, 1397:4, 1402:6,
1403:2, 1407:4, 1413:1, 1426:25,
1427:14, 1432:12, 1438:20, 1439:8,
1442:12, 1444:6, 1449:3, 1452:2,
1456:6, 1462:2, 1465:20, 1468:10,
1474:25, 1476:24, 1477:3, 1489:11,
1491:3, 1491:11, 1492:23, 1497:23,
1503:8, 1503:12, 1519:15, 1520:3,
1523:13, 1525:7, 1534:2, 1535:20,
1539:20, 1545:18, 1554:15, 1556:8,
1561:19, 1561:22, 1573:14, 1586:12
**that** - 1371:9, 1371:12, 1371:22,
1372:11, 1372:13, 1372:14, 1372:17,
1372:18, 1372:22, 1373:15, 1373:17,
1373:18, 1373:22, 1373:24, 1374:5,
1374:6, 1374:8, 1374:10, 1374:18,
1374:22, 1374:24, 1374:25, 1375:2,
1375:5, 1375:7, 1376:3, 1376:16,
1376:17, 1376:18, 1377:12, 1378:4,
1378:7, 1378:8, 1378:12, 1378:14,
1378:18, 1378:19, 1378:22, 1379:15,
1379:16, 1380:1, 1380:4, 1380:6,
1380:8, 1380:13, 1380:17, 1381:2,
1381:9, 1381:11, 1381:15, 1381:22,
1381:23, 1382:4, 1382:7, 1382:13,
1382:16, 1383:7, 1383:9, 1383:23,
1384:2, 1384:6, 1384:11, 1384:14,
1384:15, 1384:16, 1385:7, 1385:10,
1385:11, 1385:24, 1386:3, 1386:8,
1386:11, 1386:12, 1386:16, 1386:20,
1387:2, 1387:9, 1387:12, 1387:17,
1387:21, 1387:25, 1388:3, 1388:22,
1389:1, 1389:11, 1389:17, 1389:18,
1390:5, 1390:6, 1390:22, 1391:8,
1391:23, 1392:6, 1392:10, 1392:20,
1392:21, 1392:24, 1393:9, 1393:17,
1393:18, 1393:25, 1394:4, 1394:9,
1394:10, 1394:11, 1394:15, 1394:17,
1394:19, 1394:20, 1394:24, 1395:3,
1395:4, 1395:6, 1396:8, 1396:24,
1397:1, 1397:3, 1397:4, 1397:6,
1397:15, 1397:17, 1397:18, 1398:1,
1398:2, 1399:1, 1399:3, 1399:7,
1399:10, 1399:23, 1400:8, 1400:14,
1400:15, 1400:16, 1400:23, 1401:13,
1401:15, 1401:19, 1402:11, 1402:14,
1402:17, 1402:24, 1403:2, 1403:3,
1403:9, 1403:12, 1404:4, 1404:8,
1404:11, 1405:3, 1405:5, 1405:6,
1405:15, 1405:17, 1406:3, 1406:4,
1406:6, 1406:12, 1406:18, 1406:20,
1406:21, 1407:4, 1407:16, 1407:23,
1408:6, 1408:8, 1408:13, 1408:20,
1409:3, 1409:6, 1409:16, 1409:23,
1410:2, 1410:4, 1410:5, 1410:6,
1410:11, 1411:7, 1411:11, 1411:14,
1411:15, 1411:21, 1411:22, 1412:8,
1412:23, 1413:1, 1413:3, 1413:12,
1413:21, 1414:8, 1414:12, 1414:22,
1414:23, 1415:6, 1415:7, 1415:15,
1415:17, 1415:18, 1415:19, 1415:20,
1415:25, 1416:4, 1416:6, 1416:17,
1416:19, 1416:22, 1417:1, 1417:3,
1417:4, 1417:21, 1418:8, 1418:21,
1418:23, 1419:3, 1419:10, 1419:19,
1419:21, 1419:22, 1420:18, 1420:25,

1421:1, 1421:9, 1421:10, 1421:12,
1421:14, 1421:23, 1422:9, 1422:11,
1423:1, 1423:16, 1423:18, 1423:19,
1423:21, 1423:22, 1423:25, 1424:1,
1424:2, 1424:4, 1424:5, 1424:8,
1424:18, 1424:19, 1424:24, 1425:10,
1425:12, 1425:15, 1425:17, 1425:21,
1425:23, 1425:25, 1426:7, 1426:9,
1426:11, 1427:5, 1427:13, 1427:16,
1427:17, 1427:23, 1428:2, 1428:4,
1428:6, 1428:9, 1428:10, 1428:17,
1428:21, 1430:2, 1430:4, 1430:13,
1430:15, 1431:1, 1431:3, 1431:6,
1431:13, 1432:7, 1432:10, 1432:23,
1433:11, 1433:13, 1433:14, 1434:14,
1435:22, 1436:12, 1436:16, 1436:23,
1437:1, 1437:4, 1437:7, 1437:12,
1438:3, 1438:6, 1438:13, 1439:2,
1439:3, 1439:6, 1439:23, 1440:5,
1440:6, 1440:9, 1440:15, 1440:21,
1440:23, 1440:24, 1441:6, 1441:9,
1441:10, 1441:13, 1441:14, 1441:19,
1441:24, 1442:7, 1442:16, 1442:17,
1443:13, 1443:14, 1443:20, 1444:12,
1444:13, 1444:16, 1444:20, 1444:22,
1445:5, 1445:9, 1445:22, 1445:24,
1446:11, 1446:20, 1446:23, 1447:2,
1447:17, 1447:25, 1448:1, 1449:6,
1449:16, 1449:22, 1450:6, 1450:10,
1451:3, 1451:6, 1451:9, 1451:10,
1451:11, 1453:4, 1453:5, 1453:12,
1453:24, 1453:25, 1454:1, 1454:2,
1454:15, 1454:16, 1454:19, 1455:1,
1455:2, 1455:3, 1455:4, 1455:5,
1455:8, 1455:10, 1455:11, 1455:14,
1455:16, 1455:22, 1455:24, 1456:1,
1456:2, 1456:15, 1457:12, 1457:25,
1458:16, 1458:23, 1459:8, 1459:22,
1460:6, 1460:7, 1460:15, 1460:17,
1460:20, 1460:21, 1462:16, 1462:18,
1462:19, 1463:1, 1463:6, 1463:7,
1463:8, 1463:9, 1463:14, 1463:15,
1463:17, 1463:23, 1463:25, 1464:6,
1464:10, 1464:11, 1464:16, 1464:21,
1464:24, 1465:1, 1465:12, 1465:23,
1465:24, 1466:4, 1466:7, 1466:12,
1466:16, 1466:19, 1466:22, 1466:24,
1467:2, 1467:4, 1467:11, 1467:14,
1468:2, 1468:5, 1468:8, 1468:17,
1468:23, 1469:1, 1469:6, 1469:12,
1469:13, 1469:14, 1469:25, 1470:3,
1470:10, 1470:22, 1471:17, 1472:4,
1472:5, 1472:15, 1472:18, 1472:23,
1473:1, 1473:5, 1473:16, 1473:17,
1474:1, 1474:2, 1474:3, 1474:7,
1474:9, 1475:4, 1475:7, 1475:10,
1475:14, 1475:18, 1475:20, 1476:4,
1476:5, 1476:9, 1476:10, 1476:11,
1476:13, 1476:20, 1476:22, 1477:1,
1477:11, 1477:12, 1477:21, 1477:22,
1478:8, 1478:14, 1478:20, 1478:24,
1479:2, 1479:8, 1479:18, 1479:22,
1479:24, 1480:2, 1480:14, 1480:17,
1480:22, 1480:23, 1481:1, 1481:10,
1481:17, 1482:9, 1482:14, 1482:16,
1482:18, 1482:22, 1483:2, 1483:7,
1483:14, 1483:20, 1484:7, 1484:22,
1484:24, 1485:2, 1485:4, 1485:16,
1485:21, 1485:24, 1486:4, 1486:5,
1486:6, 1486:7, 1486:10, 1486:13,
1486:25, 1487:2, 1487:3, 1487:4,
1487:6, 1487:7, 1487:8, 1487:9,
1487:12, 1487:15, 1487:20, 1488:2,
1488:4, 1488:19, 1489:2, 1489:14,
1490:1, 1490:7, 1490:8, 1490:23,
1491:1, 1491:2, 1491:4, 1491:5,
1491:12, 1491:13, 1491:15, 1491:19,
1491:21, 1491:22, 1491:24, 1492:19,
1492:21, 1492:23, 1493:4, 1493:18,
1493:22, 1494:7, 1494:11, 1494:22,

1497:3, 1497:4, 1497:6, 1497:7,
1497:16, 1497:20, 1497:24, 1498:1,
1498:2, 1498:7, 1498:11, 1498:16,
1498:18, 1498:19, 1498:24, 1499:12,
1499:14, 1499:21, 1499:22, 1499:24,
1500:1, 1500:9, 1500:10, 1500:13,
1500:21, 1500:23, 1500:24, 1501:9,
1503:4, 1503:7, 1503:12, 1503:20,
1503:23, 1504:20, 1504:21, 1505:2,
1505:4, 1505:12, 1505:18, 1505:20,
1507:11, 1507:19, 1508:3, 1508:25,
1509:5, 1509:7, 1509:8, 1509:15,
1509:18, 1510:10, 1510:15, 1510:24,
1511:13, 1511:14, 1511:16, 1511:17,
1511:21, 1511:24, 1512:2, 1512:4,
1512:10, 1512:12, 1512:18, 1512:24,
1513:2, 1513:3, 1513:4, 1513:8,
1513:10, 1513:13, 1513:14, 1513:17,
1513:18, 1513:19, 1514:15, 1514:24,
1515:10, 1515:16, 1516:5, 1516:6,
1516:13, 1517:5, 1517:6, 1517:9,
1517:10, 1517:11, 1517:13, 1517:19,
1517:21, 1517:24, 1518:2, 1518:11,
1518:12, 1518:13, 1518:17, 1518:25,
1519:1, 1519:13, 1519:22, 1519:23,
1520:20, 1520:23, 1521:2, 1521:3,
1521:7, 1521:11, 1521:23, 1521:25,
1522:4, 1522:21, 1523:18, 1524:16,
1524:21, 1525:19, 1526:10, 1526:12,
1526:16, 1526:17, 1526:18, 1526:19,
1526:21, 1527:4, 1527:13, 1527:14,
1527:15, 1527:23, 1528:16, 1528:24,
1529:4, 1529:9, 1529:16, 1530:10,
1530:20, 1531:19, 1533:10, 1533:18,
1533:22, 1533:25, 1534:7, 1534:8,
1534:14, 1535:2, 1535:4, 1535:16,
1536:23, 1537:11, 1537:17, 1537:25,
1538:2, 1538:17, 1539:1, 1539:6,
1539:12, 1539:17, 1539:19, 1540:6,
1540:8, 1540:9, 1540:10, 1540:15,
1540:19, 1542:2, 1542:8, 1542:20,
1542:23, 1543:10, 1543:14, 1543:18,
1544:7, 1544:8, 1544:20, 1545:23,
1546:2, 1546:3, 1548:5, 1548:6,
1548:9, 1548:13, 1548:15, 1548:18,
1548:21, 1548:24, 1549:1, 1549:18,
1549:20, 1550:3, 1550:4, 1550:10,
1550:12, 1550:13, 1551:13, 1551:15,
1551:18, 1551:19, 1551:23, 1552:4,
1552:6, 1552:10, 1552:20, 1552:22,
1553:15, 1553:16, 1553:19, 1554:3,
1555:4, 1555:11, 1555:14, 1555:15,
1555:24, 1556:5, 1556:9, 1556:16,
1556:18, 1557:1, 1557:4, 1557:13,
1557:22, 1558:9, 1558:10, 1558:13,
1558:22, 1558:24, 1559:8, 1559:9,
1559:10, 1559:11, 1559:13, 1560:8,
1560:10, 1560:13, 1560:14, 1560:15,
1560:16, 1560:22, 1561:1, 1561:3,
1561:4, 1561:6, 1561:10, 1561:11,
1561:13, 1561:16, 1561:20, 1562:3,
1562:4, 1562:5, 1562:9, 1562:11,
1562:13, 1562:14, 1562:17, 1564:6,
1564:9, 1564:10, 1564:15, 1564:16,
1564:19, 1565:1, 1565:3, 1565:9,
1565:13, 1565:22, 1565:23, 1565:25,
1566:7, 1566:18, 1567:7, 1567:14,
1567:16, 1567:18, 1568:17, 1570:9,
1571:5, 1571:16, 1571:17, 1572:1,
1572:13, 1572:15, 1572:25, 1573:11,
1573:15, 1575:7, 1575:17, 1575:19,
1575:22, 1576:4, 1576:5, 1577:4,
1577:5, 1577:9, 1577:10, 1577:12,
1577:14, 1577:17, 1577:19, 1578:1,
1578:9, 1578:20, 1578:25, 1579:12,
1580:16, 1580:19, 1581:1, 1581:10,
1581:12, 1581:13, 1581:25, 1582:1,
1582:20, 1582:23, 1582:24, 1583:1,
1583:4, 1583:8, 1583:10, 1583:12,
1583:18, 1583:24, 1585:2, 1585:4,

1585:10, 1588:2, 1588:3, 1588:4,
1588:15, 1588:18, 1588:24, 1589:2,
1589:3, 1589:4, 1589:5, 1589:10,
1589:11, 1589:18, 1589:19, 1589:25,
1590:7, 1590:8, 1591:2, 1591:3,
1591:5, 1591:11, 1591:12, 1591:13,
1591:16, 1591:17, 1591:20, 1592:11
   **That's**- 1378:6, 1379:16, 1388:19,
1392:25, 1393:14, 1393:24, 1396:5,
1396:9, 1399:11, 1406:14, 1407:6,
1408:22, 1412:25, 1414:20, 1418:3,
1424:13, 1429:3, 1431:7, 1434:16,
1435:18, 1436:20, 1437:21, 1438:2,
1443:25, 1444:4, 1444:6, 1444:17,
1445:25, 1446:5, 1446:8, 1446:16,
1448:4, 1452:20, 1452:23, 1453:2,
1453:4, 1455:25, 1456:4, 1456:19,
1457:16, 1458:8, 1458:15, 1459:2,
1459:18, 1460:19, 1465:11, 1468:13,
1468:25, 1470:13, 1474:14, 1475:3,
1476:2, 1477:9, 1477:15, 1478:4,
1479:3, 1484:3, 1486:23, 1491:8,
1491:25, 1492:3, 1493:11, 1494:4,
1499:10, 1499:20, 1500:3, 1500:4,
1505:10, 1506:24, 1510:5, 1510:9,
1510:14, 1511:23, 1515:14, 1518:4,
1519:18, 1519:21, 1519:23, 1519:24,
1521:20, 1522:3, 1522:13, 1523:5,
1523:8, 1523:16, 1525:25, 1526:14,
1526:22, 1526:25, 1527:2, 1527:6,
1527:7, 1527:10, 1529:10, 1529:12,
1529:13, 1529:14, 1529:21, 1529:24,
1532:10, 1535:10, 1535:24, 1536:6,
1537:3, 1537:6, 1538:16, 1539:12,
1539:21, 1541:11, 1542:10, 1543:5,
1543:16, 1543:17, 1543:20, 1544:11,
1547:2, 1547:5, 1550:1, 1552:20,
1554:11, 1554:14, 1555:14, 1556:10,
1557:3, 1557:15, 1558:8, 1558:18,
1560:24, 1566:25, 1567:22, 1572:20,
1574:17, 1574:20
   **that's** - 1371:22, 1377:17, 1379:3,
1381:25, 1393:3, 1398:19, 1436:18,
1437:2, 1437:18, 1439:9, 1439:10,
1440:4, 1441:3, 1443:5, 1444:5,
1445:23, 1448:3, 1450:8, 1450:23,
1451:5, 1451:16, 1452:5, 1455:21,
1457:15, 1458:2, 1459:2, 1459:9,
1461:11, 1463:12, 1463:15, 1463:25,
1464:19, 1468:4, 1468:17, 1469:25,
1474:10, 1475:17, 1475:24, 1475:25,
1477:2, 1477:12, 1477:19, 1478:12,
1481:24, 1482:2, 1482:7, 1482:8,
1483:5, 1483:8, 1484:1, 1484:13,
1487:10, 1488:19, 1489:3, 1489:16,
1489:21, 1491:9, 1496:24, 1506:14,
1508:18, 1511:8, 1513:7, 1515:1,
1520:2, 1523:21, 1524:11, 1527:5,
1529:22, 1529:23, 1532:4, 1533:4,
1533:17, 1536:6, 1538:23, 1540:12,
1542:3, 1543:6, 1543:14, 1543:19,
1544:18, 1545:25, 1547:16, 1554:21,
1558:22, 1558:24, 1560:24, 1567:15,
1572:18, 1573:14, 1574:4, 1582:12,
1582:25, 1588:18
   **The**- 1370:9, 1371:3, 1371:18,
1371:19, 1371:23, 1372:1, 1372:22,
1372:25, 1373:4, 1373:7, 1373:9,
1373:18, 1374:3, 1374:4, 1374:12,
1374:15, 1374:17, 1374:22, 1375:4,
1375:19, 1375:24, 1376:5, 1376:10,
1376:13, 1376:21, 1376:24, 1376:25,
1377:1, 1379:18, 1381:8, 1381:11,
1383:23, 1384:14, 1386:20, 1388:14,
1391:6, 1391:12, 1391:14, 1391:16,
1395:21, 1395:23, 1396:13, 1396:15,
1396:17, 1398:13, 1398:15, 1399:7,
1399:12, 1399:16, 1400:7, 1400:17,
1400:19, 1401:11, 1402:20, 1403:8,
1413:15, 1413:25, 1414:3, 1414:7,

1414:9, 1414:15, 1420:7, 1422:2,
1422:5, 1422:7, 1425:4, 1426:9,
1426:13, 1426:15, 1428:15, 1429:10,
1429:12, 1429:15, 1430:16, 1430:22,
1430:25, 1431:4, 1431:16, 1431:21,
1431:23, 1432:1, 1432:8, 1432:18,
1433:21, 1434:19, 1434:21, 1435:14,
1436:8, 1439:1, 1439:12, 1439:23,
1440:13, 1442:7, 1442:12, 1445:11,
1445:13, 1446:17, 1447:8, 1447:10,
1447:15, 1447:19, 1447:23, 1447:24,
1448:6, 1449:11, 1449:19, 1449:20,
1449:21, 1449:24, 1449:25, 1451:14,
1456:20, 1456:23, 1456:24, 1457:1,
1457:8, 1458:10, 1458:25, 1460:25,
1461:3, 1461:5, 1461:6, 1461:13,
1461:14, 1461:17, 1461:18, 1461:19,
1461:20, 1461:23, 1461:25, 1462:2,
1462:4, 1462:8, 1462:11, 1462:20,
1464:10, 1467:6, 1470:11, 1470:25,
1473:7, 1473:10, 1473:12, 1473:13,
1473:15, 1473:22, 1474:16, 1474:17,
1474:20, 1477:1, 1477:14, 1479:3,
1482:22, 1482:23, 1482:24, 1482:25,
1483:1, 1484:8, 1484:9, 1485:9,
1486:19, 1486:20, 1486:21, 1486:22,
1487:13, 1489:25, 1490:5, 1490:15,
1490:16, 1491:25, 1492:2, 1492:3,
1492:5, 1493:18, 1494:11, 1494:15,
1494:17, 1494:18, 1494:19, 1494:20,
1494:21, 1495:4, 1495:8, 1496:3,
1496:5, 1496:9, 1499:9, 1500:9,
1500:15, 1507:16, 1507:17, 1507:18,
1507:20, 1507:21, 1507:23, 1510:19,
1511:11, 1514:11, 1514:13, 1515:9,
1516:21, 1516:24, 1518:11, 1520:5,
1525:14, 1525:15, 1526:1, 1528:4,
1529:19, 1530:15, 1532:12, 1535:8,
1535:14, 1535:23, 1539:18, 1540:3,
1540:7, 1541:5, 1542:2, 1546:7,
1546:9, 1546:14, 1547:6, 1547:9,
1547:13, 1547:15, 1547:18, 1547:23,
1553:4, 1553:22, 1556:12, 1557:11,
1559:3, 1561:11, 1562:22, 1562:24,
1563:4, 1564:4, 1566:5, 1565:22,
1566:15, 1567:2, 1567:6, 1568:3,
1568:7, 1568:12, 1568:15, 1569:17,
1569:18, 1569:20, 1570:24, 1571:1,
1571:19, 1571:23, 1571:24, 1572:2,
1572:4, 1574:2, 1574:3, 1574:8,
1574:10, 1574:12, 1574:22, 1577:1,
1577:4, 1578:8, 1578:15, 1579:16,
1579:20, 1579:22, 1579:23, 1579:24,
1580:2, 1580:4, 1583:1, 1584:17,
1584:20, 1584:22, 1584:25, 1585:1,
1585:7, 1585:8, 1586:1, 1586:3,
1586:5, 1586:12, 1586:19, 1586:24,
1586:25, 1587:2, 1587:4, 1587:6,
1587:8, 1587:10, 1588:13, 1589:3,
1589:13, 1589:24, 1590:2, 1590:7,
1590:14, 1590:22, 1591:4, 1591:21,
1592:2, 1592:5, 1592:9
   **the** - 1370:12, 1370:16, 1371:8,
1371:10, 1371:11, 1371:13, 1371:15,
1371:16, 1371:20, 1372:4, 1372:6,
1372:10, 1372:13, 1372:15, 1372:17,
1372:21, 1373:4, 1373:9, 1373:13,
1373:14, 1373:15, 1373:16, 1373:17,
1373:19, 1373:20, 1373:21, 1373:25,
1374:1, 1374:4, 1374:7, 1374:11,
1374:12, 1374:13, 1374:16, 1374:22,
1375:1, 1375:2, 1375:6, 1375:8,
1375:10, 1375:11, 1375:14, 1375:17,
1375:22, 1376:1, 1376:2, 1376:8,
1376:13, 1376:14, 1376:15, 1376:17,
1377:2, 1377:5, 1377:9, 1377:11,
1378:3, 1378:4, 1378:7, 1378:8,
1378:9, 1378:10, 1378:13, 1378:19,
1378:20, 1378:21, 1378:25, 1379:1,
1379:2, 1379:5, 1379:11, 1379:13,

1379:16, 1379:17, 1379:19, 1379:21,
1379:23, 1380:1, 1380:2, 1380:3,
1380:4, 1380:5, 1380:12, 1380:15,
1380:16, 1380:18, 1380:20, 1380:23,
1381:1, 1381:2, 1381:7, 1381:11,
1381:16, 1382:2, 1382:6, 1382:8,
1382:9, 1382:10, 1382:11, 1382:16,
1382:22, 1383:1, 1383:4, 1383:9,
1383:12, 1384:17, 1384:21, 1384:23,
1385:1, 1385:2, 1385:7, 1385:8,
1385:13, 1385:18, 1385:25, 1386:5,
1386:10, 1386:11, 1386:20, 1387:8,
1387:10, 1387:12, 1387:17, 1387:19,
1387:23, 1388:2, 1388:3, 1388:4,
1388:5, 1388:6, 1388:9, 1388:10,
1388:15, 1388:17, 1388:23, 1388:24,
1389:2, 1389:7, 1389:10, 1389:12,
1389:14, 1389:15, 1389:17, 1389:19,
1389:25, 1390:1, 1390:3, 1390:9,
1390:10, 1390:11, 1390:12, 1390:16,
1390:19, 1390:20, 1391:6, 1391:8,
1391:18, 1391:19, 1391:25, 1392:5,
1392:6, 1392:8, 1392:10, 1392:12,
1392:16, 1392:17, 1392:18, 1392:19,
1393:2, 1393:4, 1393:5, 1393:11,
1394:4, 1394:7, 1394:8, 1394:9,
1394:10, 1394:12, 1394:13, 1394:17,
1394:21, 1394:22, 1394:23, 1395:4,
1395:5, 1395:6, 1395:8, 1396:7,
1396:20, 1396:21, 1397:6, 1397:9,
1397:11, 1397:16, 1397:19, 1397:21,
1397:22, 1397:24, 1398:2, 1398:4,
1398:7, 1398:8, 1398:10, 1398:11,
1398:17, 1398:18, 1398:19, 1398:20,
1398:21, 1398:22, 1398:23, 1398:25,
1399:1, 1399:3, 1399:14, 1399:18,
1399:21, 1399:22, 1399:23, 1399:25,
1400:3, 1400:4, 1400:5, 1400:7,
1400:8, 1400:10, 1400:14, 1400:21,
1400:25, 1401:6, 1401:7, 1401:8,
1401:14, 1401:24, 1402:3, 1402:5,
1402:10, 1402:13, 1402:15, 1402:17,
1402:21, 1402:22, 1402:23, 1402:24,
1403:1, 1403:10, 1403:11, 1404:1,
1405:3, 1405:5, 1405:6, 1405:8,
1405:9, 1405:17, 1406:2, 1406:7,
1406:12, 1406:20, 1406:25, 1407:1,
1407:21, 1407:22, 1408:3, 1408:4,
1408:5, 1408:6, 1408:7, 1408:8,
1408:9, 1408:12, 1408:15, 1408:20,
1408:22, 1408:25, 1409:8, 1409:13,
1410:1, 1410:8, 1411:8, 1411:11,
1411:15, 1411:18, 1411:22, 1412:11,
1412:12, 1412:17, 1412:18, 1412:19,
1412:23, 1413:6, 1413:13, 1413:21,
1414:1, 1414:6, 1414:11, 1414:12,
1414:15, 1414:17, 1414:21, 1414:22,
1414:23, 1414:24, 1414:25, 1415:2,
1415:4, 1415:5, 1415:7, 1415:8,
1415:9, 1415:11, 1415:12, 1415:13,
1415:14, 1415:16, 1415:17, 1415:18,
1415:19, 1415:24, 1416:1, 1416:5,
1416:6, 1416:11, 1416:13, 1417:2,
1417:5, 1417:7, 1417:12, 1417:14,
1417:16, 1417:23, 1418:3, 1418:4,
1418:8, 1418:10, 1418:12, 1418:13,
1418:21, 1418:22, 1418:24, 1419:14,
1419:18, 1419:19, 1419:25, 1420:3,
1420:6, 1420:7, 1420:8, 1420:11,
1420:12, 1420:20, 1420:21, 1420:23,
1421:1, 1421:7, 1421:12, 1421:18,
1421:19, 1421:20, 1421:21, 1421:23,
1421:24, 1422:1, 1422:19, 1422:21,
1422:23, 1422:25, 1423:1, 1423:4,
1423:9, 1423:12, 1423:14, 1423:15,
1423:20, 1423:23, 1423:24, 1424:1,
1424:8, 1424:16, 1424:17, 1424:18,
1424:21, 1424:23, 1425:1, 1425:4,
1425:15, 1425:19, 1425:21, 1425:23,
1425:24, 1426:8, 1426:9, 1426:17,

1426:19, 1426:20, 1426:22, 1426:23,
1427:1, 1427:2, 1427:4, 1427:9,
1427:10, 1427:11, 1427:12, 1427:13,
1427:16, 1427:19, 1427:23, 1427:24,
1427:25, 1428:1, 1428:2, 1428:5,
1428:8, 1428:10, 1428:11, 1428:14,
1428:17, 1428:18, 1428:19, 1428:20,
1429:1, 1429:7, 1429:8, 1429:17,
1429:19, 1429:22, 1429:23, 1429:24,
1430:5, 1430:6, 1430:7, 1430:9,
1430:10, 1430:11, 1430:14, 1430:15,
1430:17, 1430:18, 1430:19, 1430:20,
1430:22, 1430:23, 1430:25, 1431:2,
1431:3, 1432:3, 1432:4, 1432:7,
1432:16, 1432:22, 1432:25, 1433:2,
1433:10, 1433:13, 1433:14, 1433:16,
1434:5, 1434:11, 1434:14, 1434:17,
1434:23, 1434:24, 1435:4, 1435:7,
1435:8, 1435:11, 1435:12, 1435:15,
1435:16, 1435:21, 1435:22, 1435:23,
1436:22, 1437:12, 1437:13, 1437:18,
1438:14, 1438:17, 1439:9, 1439:10,
1439:21, 1439:23, 1440:5, 1440:12,
1440:23, 1441:11, 1441:18, 1442:1,
1442:4, 1442:9, 1442:10, 1442:11,
1442:12, 1442:13, 1442:14, 1442:18,
1442:22, 1442:23, 1442:24, 1443:1,
1443:2, 1443:3, 1443:4, 1443:11,
1443:13, 1443:16, 1443:18, 1443:21,
1444:1, 1444:2, 1444:3, 1444:4,
1444:19, 1445:1, 1445:4, 1445:8,
1445:9, 1445:13, 1445:18, 1445:23,
1446:3, 1446:7, 1446:9, 1446:10,
1446:12, 1446:14, 1446:17, 1446:23,
1447:1, 1447:5, 1447:18, 1447:21,
1448:1, 1448:2, 1448:3, 1448:4,
1448:6, 1449:7, 1449:23, 1450:2,
1450:4, 1450:7, 1450:11, 1450:13,
1451:3, 1451:7, 1451:12, 1451:13,
1451:17, 1451:23, 1451:25, 1452:2,
1452:3, 1452:5, 1452:8, 1452:12,
1452:20, 1452:23, 1453:2, 1453:5,
1453:8, 1453:15, 1453:22, 1454:6,
1454:8, 1454:10, 1454:11, 1454:12,
1454:14, 1454:17, 1454:21, 1455:5,
1455:9, 1455:14, 1455:15, 1455:16,
1455:19, 1456:17, 1456:20, 1456:24,
1456:25, 1457:4, 1457:10, 1457:18,
1457:20, 1457:21, 1457:24, 1458:2,
1458:6, 1458:15, 1458:16, 1458:19,
1458:22, 1458:23, 1458:24, 1459:4,
1459:7, 1459:8, 1459:12, 1459:13,
1459:14, 1459:15, 1459:17, 1459:21,
1459:23, 1460:3, 1460:4, 1460:5,
1460:6, 1460:8, 1460:9, 1460:10,
1460:11, 1460:14, 1460:16, 1460:20,
1460:23, 1460:24, 1461:1, 1461:10,
1461:16, 1461:20, 1461:21, 1462:5,
1462:16, 1462:17, 1462:21, 1462:22,
1462:25, 1463:1, 1463:3, 1463:8,
1463:10, 1463:14, 1463:19, 1463:25,
1464:13, 1464:17, 1464:18, 1464:21,
1464:22, 1464:24, 1464:25, 1465:1,
1465:2, 1465:3, 1465:5, 1465:7,
1465:8, 1465:9, 1465:10, 1465:13,
1465:14, 1465:17, 1465:19, 1465:20,
1465:22, 1465:23, 1466:21, 1466:25,
1467:4, 1467:7, 1467:8, 1467:10,
1467:17, 1467:23, 1468:14, 1468:23,
1469:2, 1469:5, 1469:13, 1469:20,
1469:24, 1469:25, 1470:2, 1470:5,
1470:8, 1470:11, 1470:12, 1470:25,
1471:9, 1471:23, 1471:24, 1472:4,
1472:7, 1472:8, 1472:10, 1472:13,
1472:14, 1473:2, 1473:4, 1473:6,
1473:7, 1473:21, 1474:1, 1474:4,
1474:5, 1474:10, 1474:13, 1474:14,
1474:18, 1475:4, 1475:5, 1475:6,
1475:7, 1475:10, 1475:19, 1475:21,
1476:2, 1476:8, 1476:16, 1476:23,

1476:24, 1477:2, 1477:3, 1477:16,
1477:17, 1477:18, 1478:3, 1478:4,
1478:7, 1478:8, 1478:9, 1479:2,
1479:14, 1479:21, 1479:23, 1479:24,
1479:25, 1480:2, 1480:3, 1480:6,
1480:12, 1480:14, 1480:17, 1480:21,
1480:23, 1481:13, 1481:16, 1481:17,
1481:24, 1481:25, 1482:4, 1482:7,
1482:8, 1482:11, 1482:12, 1482:15,
1482:17, 1482:22, 1482:24, 1483:9,
1483:14, 1483:16, 1483:18, 1483:19,
1483:23, 1484:4, 1484:6, 1484:7,
1484:10, 1484:11, 1484:13, 1484:20,
1484:21, 1485:8, 1485:11, 1485:12,
1485:13, 1485:14, 1485:19, 1485:23,
1485:24, 1485:25, 1486:1, 1486:5,
1486:8, 1486:17, 1486:19, 1486:23,
1486:25, 1487:1, 1487:2, 1487:7,
1487:8, 1487:10, 1487:11, 1487:21,
1487:22, 1488:2, 1488:3, 1488:6,
1488:13, 1489:22, 1489:24, 1490:2,
1490:3, 1490:17, 1490:20, 1490:23,
1491:1, 1491:2, 1491:5, 1491:9,
1491:13, 1491:17, 1491:25, 1492:3,
1492:4, 1492:12, 1492:16, 1492:23,
1492:24, 1493:1, 1493:9, 1493:23,
1494:7, 1494:9, 1494:10, 1494:20,
1495:2, 1495:5, 1496:5, 1496:6,
1496:7, 1496:15, 1496:16, 1496:19,
1497:2, 1497:4, 1497:6, 1497:15,
1497:16, 1497:17, 1497:20, 1497:24,
1497:25, 1498:6, 1498:8, 1498:9,
1498:12, 1498:14, 1498:19, 1499:3,
1499:6, 1499:12, 1499:13, 1499:14,
1499:24, 1500:2, 1500:9, 1500:23,
1501:1, 1501:3, 1503:2, 1503:12,
1503:23, 1506:20, 1506:22, 1507:2,
1507:4, 1507:15, 1507:16, 1507:21,
1507:22, 1508:11, 1508:15, 1509:4,
1509:19, 1510:7, 1510:12, 1510:17,
1510:18, 1510:21, 1510:22, 1511:5,
1511:10, 1511:19, 1512:2, 1512:4,
1512:12, 1512:13, 1512:14, 1512:19,
1512:21, 1512:23, 1513:1, 1513:2,
1513:12, 1514:5, 1514:15, 1514:22,
1514:23, 1515:5, 1515:12, 1515:15,
1515:16, 1516:7, 1516:14, 1516:16,
1516:24, 1517:7, 1517:8, 1517:10,
1517:18, 1517:19, 1517:23, 1517:25,
1518:2, 1518:3, 1518:7, 1518:9,
1518:11, 1519:16, 1519:22, 1519:23,
1520:9, 1520:11, 1520:14, 1520:17,
1520:24, 1521:2, 1521:8, 1521:13,
1522:23, 1523:3, 1524:23, 1525:4,
1525:18, 1526:2, 1526:8, 1527:3,
1527:12, 1528:19, 1528:20, 1529:9,
1530:2, 1530:5, 1530:13, 1530:19,
1530:21, 1530:22, 1530:25, 1531:3,
1531:7, 1531:17, 1532:1, 1532:5,
1532:9, 1533:14, 1533:18, 1534:3,
1534:24, 1534:25, 1535:1, 1535:5,
1535:6, 1535:20, 1535:25, 1536:2,
1536:6, 1536:11, 1536:23, 1537:2,
1537:7, 1537:8, 1537:11, 1537:14,
1537:15, 1537:17, 1537:23, 1538:8,
1538:12, 1538:19, 1538:22, 1538:25,
1539:15, 1539:16, 1539:22, 1540:2,
1540:3, 1540:4, 1540:7, 1540:14,
1540:24, 1541:2, 1542:2, 1542:7,
1542:22, 1542:25, 1543:13, 1544:5,
1545:5, 1545:7, 1545:13, 1545:15,
1545:18, 1545:20, 1545:22, 1545:23,
1545:24, 1546:22, 1547:11, 1547:24,
1548:14, 1548:15, 1548:16, 1548:23,
1549:3, 1549:4, 1549:8, 1549:10,
1549:13, 1549:16, 1550:3, 1550:4,
1550:5, 1550:6, 1550:17, 1550:24,
1551:1, 1551:5, 1551:10, 1551:12,
1551:22, 1552:1, 1552:3, 1552:5,
1552:8, 1552:14, 1552:15, 1552:18,

1552:22, 1552:25, 1553:6, 1553:8,
1553:16, 1553:18, 1553:24, 1554:12,
1554:14, 1554:25, 1555:5, 1555:11,
1555:18, 1555:21, 1555:23, 1556:2,
1556:4, 1556:8, 1556:9, 1556:14,
1556:17, 1557:1, 1557:4, 1557:13,
1557:19, 1557:22, 1557:23, 1557:24,
1558:4, 1558:5, 1558:9, 1558:15,
1558:17, 1558:20, 1558:22, 1559:1,
1559:5, 1559:9, 1559:10, 1559:19,
1559:25, 1560:1, 1560:7, 1560:8,
1560:21, 1561:2, 1561:6, 1561:10,
1561:14, 1561:17, 1561:18, 1561:20,
1561:21, 1561:22, 1561:23, 1561:25,
1562:1, 1562:2, 1562:12, 1562:15,
1562:25, 1563:4, 1564:6, 1564:8,
1564:11, 1564:22, 1565:12, 1565:20,
1566:3, 1566:4, 1566:7, 1566:8,
1566:18, 1566:19, 1566:22, 1567:6,
1567:11, 1567:14, 1567:15, 1567:19,
1567:24, 1567:25, 1568:1, 1568:2,
1568:3, 1568:5, 1568:15, 1568:16,
1568:23, 1569:25, 1570:1, 1570:2,
1570:9, 1570:12, 1570:19, 1570:21,
1571:3, 1571:5, 1571:7, 1571:14,
1571:16, 1571:18, 1572:7, 1572:14,
1572:18, 1572:22, 1572:24, 1573:2,
1573:3, 1573:4, 1573:5, 1573:6,
1573:15, 1573:16, 1573:24, 1574:2,
1574:10, 1574:11, 1574:13, 1574:15,
1574:18, 1574:22, 1574:25, 1575:3,
1575:4, 1575:5, 1575:6, 1575:10,
1576:1, 1576:10, 1577:9, 1577:10,
1577:14, 1577:15, 1577:17, 1577:22,
1578:4, 1578:5, 1578:8, 1578:13,
1578:19, 1578:24, 1578:25, 1579:11,
1579:17, 1579:24, 1580:2, 1580:5,
1580:18, 1581:8, 1581:14, 1581:16,
1581:19, 1581:21, 1582:3, 1582:5,
1582:8, 1582:9, 1582:11, 1582:13,
1582:14, 1582:17, 1582:18, 1582:22,
1582:24, 1583:2, 1583:3, 1583:5,
1583:6, 1583:7, 1583:11, 1583:12,
1583:13, 1583:15, 1583:18, 1583:19,
1583:20, 1583:21, 1583:23, 1583:24,
1584:1, 1584:4, 1585:3, 1585:4,
1585:5, 1585:9, 1585:10, 1585:11,
1586:2, 1586:5, 1586:6, 1586:10,
1586:17, 1586:22, 1587:1, 1587:10,
1587:11, 1587:12, 1587:15, 1587:20,
1588:1, 1588:2, 1588:4, 1588:5,
1588:7, 1588:8, 1588:9, 1588:12,
1588:13, 1588:14, 1588:20, 1589:2,
1589:4, 1589:6, 1589:9, 1589:12,
1589:14, 1589:15, 1589:18, 1589:20,
1589:23, 1590:2, 1590:8, 1590:11,
1590:16, 1590:19, 1590:20, 1590:21,
1590:24, 1591:3, 1591:5, 1591:8,
1591:9, 1591:10, 1591:12, 1591:13,
1591:15, 1591:16, 1591:17, 1591:18,
1591:22, 1591:24, 1591:25, 1592:1,
1592:6, 1592:10, 1592:11

**Their** - 1517:3, 1582:2

**their** - 1382:1, 1388:9, 1388:11,
1397:4, 1399:22, 1419:2, 1421:25,
1430:10, 1436:13, 1436:16, 1437:7,
1443:7, 1444:17, 1455:13, 1464:7,
1470:2, 1470:11, 1471:13, 1471:14,
1475:16, 1487:10, 1487:11, 1498:3,
1580:20, 1581:19, 1581:20, 1581:23,
1589:6, 1589:8

**them** - 1379:12, 1379:20, 1387:22,
1388:15, 1390:19, 1393:7, 1395:19,
1396:1, 1402:4, 1403:3, 1408:15,
1416:15, 1419:19, 1427:24, 1439:6,
1440:18, 1441:3, 1443:7, 1443:8,
1454:3, 1454:9, 1463:20, 1463:23,
1463:24, 1464:6, 1465:4, 1466:9,
1466:21, 1467:15, 1473:3, 1473:4,
1474:5, 1474:22, 1475:2, 1475:16,

1475:22, 1476:17, 1483:10, 1483:11,
1488:18, 1489:4, 1489:5, 1489:7,
1489:8, 1489:10, 1489:14, 1490:1,
1490:7, 1490:17, 1491:2, 1501:25,
1504:25, 1505:2, 1505:3, 1508:25,
1509:3, 1509:14, 1510:6, 1510:13,
1514:19, 1527:21, 1529:6, 1530:22,
1534:11, 1538:13, 1542:18, 1542:22,
1543:3, 1544:5, 1544:6, 1544:14,
1544:15, 1551:7, 1561:19, 1572:13,
1572:14, 1576:10
  **themselves** - 1433:5, 1483:10,
1576:17
  **then** - 1371:13, 1372:9, 1377:8,
1377:12, 1378:8, 1388:24, 1394:17,
1410:7, 1418:3, 1425:13, 1430:21,
1438:22, 1443:2, 1444:1, 1458:7,
1460:5, 1464:20, 1465:9, 1475:1,
1475:21, 1479:20, 1481:1, 1481:9,
1481:14, 1482:1, 1482:13, 1482:17,
1483:19, 1499:25, 1513:22, 1525:2,
1526:6, 1528:19, 1530:22, 1533:7,
1533:11, 1539:9, 1542:9, 1546:22,
1554:6, 1554:10, 1554:12, 1554:18,
1555:9, 1556:24, 1558:16, 1578:3,
1585:10, 1587:25, 1588:21, 1590:12
  **Then**- 1390:12, 1393:20, 1406:7,
1406:8, 1467:10, 1537:1, 1545:9,
1545:11, 1554:16, 1556:23, 1562:6,
1567:21, 1571:7, 1572:12
  **then-existing** - 1372:9
  **theoretically** - 1443:6, 1449:14
  **theory** - 1455:5, 1487:11, 1517:19,
1517:21, 1517:23, 1588:14, 1589:8,
1589:16, 1589:21, 1589:23, 1590:2,
1591:25
  **There**- 1383:19, 1386:15, 1404:1,
1406:17, 1419:9, 1423:9, 1425:1,
1425:7, 1435:13, 1435:14, 1446:14,
1471:16, 1474:18, 1500:7, 1524:15,
1537:21, 1561:18, 1564:25, 1569:4,
1571:19, 1583:20, 1585:2
  **there** - 1371:11, 1372:11, 1372:19,
1373:17, 1375:5, 1378:12, 1378:16,
1382:11, 1383:4, 1383:16, 1384:9,
1384:11, 1385:9, 1387:12, 1387:14,
1387:15, 1388:5, 1389:2, 1389:9,
1389:15, 1389:23, 1392:2, 1392:12,
1392:24, 1400:21, 1406:15, 1406:20,
1408:1, 1409:23, 1410:7, 1411:7,
1419:10, 1424:1, 1433:17, 1440:5,
1440:23, 1446:12, 1446:13, 1447:2,
1447:25, 1449:8, 1454:21, 1454:25,
1459:4, 1460:9, 1460:11, 1464:12,
1471:17, 1471:18, 1476:11, 1476:17,
1480:11, 1480:17, 1480:18, 1489:14,
1489:22, 1490:2, 1491:21, 1492:1,
1492:24, 1500:7, 1509:11, 1521:21,
1524:17, 1543:5, 1543:13, 1543:23,
1552:4, 1552:7, 1552:9, 1557:11,
1561:3, 1561:11, 1567:19, 1567:21,
1571:24, 1572:19, 1581:7, 1582:21,
1583:18, 1583:19, 1584:15, 1591:1,
1591:13
  **there'll** - 1458:7
  **There's**- 1374:5, 1408:17, 1411:13,
1424:23, 1447:17, 1474:10, 1489:19,
1528:10, 1538:18, 1574:13
  **there's** - 1371:5, 1371:9, 1371:21,
1375:5, 1375:24, 1411:13, 1420:20,
1438:23, 1450:20, 1481:14, 1482:16,
1487:5, 1526:5, 1528:7, 1530:18,
1532:1, 1540:19, 1553:19, 1554:21,
1558:15, 1560:25, 1582:19, 1591:11
  **thereabouts** - 1423:3, 1427:7
  **thereafter** - 1390:20, 1581:22
  **therefore** - 1406:22, 1464:5, 1468:8,
1482:21, 1498:12
  **Therefore**- 1445:6
  **these** - 1375:7, 1381:16, 1384:25,

1386:15, 1388:14, 1393:11, 1394:17,
1403:2, 1439:16, 1463:23, 1468:24,
1470:6, 1481:9, 1482:15, 1487:5,
1487:14, 1488:17, 1489:2, 1489:20,
1491:21, 1492:2, 1497:22, 1498:6,
1498:13, 1504:20, 1504:23, 1507:11,
1509:8, 1509:11, 1509:13, 1509:18,
1509:25, 1510:6, 1510:10, 1510:16,
1514:23, 1518:17, 1526:13, 1529:20,
1540:2, 1540:18, 1542:5, 1542:18,
1543:9, 1544:14, 1556:5, 1565:7,
1582:3
  **These**- 1385:25, 1393:25, 1464:4,
1488:22, 1488:24, 1528:7, 1531:15,
1582:22
  **they** - 1374:8, 1374:9, 1374:10,
1374:18, 1378:25, 1379:1, 1380:11,
1382:1, 1382:2, 1382:4, 1387:5,
1393:5, 1397:19, 1397:22, 1399:2,
1399:21, 1405:5, 1405:17, 1409:9,
1415:9, 1416:16, 1419:3, 1419:4,
1419:21, 1423:24, 1428:18, 1432:9,
1438:15, 1438:20, 1439:7, 1439:17,
1439:18, 1439:20, 1439:24, 1439:25,
1440:1, 1440:2, 1440:6, 1440:24,
1441:1, 1441:9, 1441:16, 1444:16,
1444:17, 1444:18, 1444:19, 1453:24,
1455:12, 1466:20, 1467:13, 1468:1,
1469:23, 1470:11, 1475:1, 1481:2,
1481:18, 1488:19, 1489:3, 1494:7,
1498:6, 1498:9, 1506:14, 1507:12,
1507:14, 1507:25, 1508:3, 1509:15,
1518:19, 1521:9, 1551:23, 1552:13,
1569:25, 1570:2, 1570:3, 1570:12,
1576:11, 1576:16, 1580:23, 1581:20,
1581:21, 1589:19, 1591:14
  **They**- 1374:19, 1399:10, 1464:2,
1466:20, 1467:13, 1468:14, 1471:16,
1471:22, 1503:25, 1507:5, 1507:7,
1507:9, 1531:17, 1531:19, 1531:21,
1531:23, 1570:14, 1580:4, 1581:2
  **they'll** - 1545:13
  **They're**- 1515:5, 1463:22
  **they're** - 1416:16, 1437:20, 1438:18,
1440:18, 1463:20, 1464:1, 1482:9,
1523:24
  **they've** - 1589:5
  **thing** - 1374:2, 1384:6, 1384:17,
1418:10, 1420:1, 1460:6, 1491:6,
1491:14, 1517:18, 1543:22, 1544:2,
1544:17, 1544:18, 1544:25, 1545:1,
1572:24, 1574:16, 1576:16, 1578:8,
1588:6, 1588:18, 1588:20, 1589:4
  **things** - 1371:5, 1383:20, 1385:10,
1386:11, 1387:21, 1388:13, 1393:3,
1394:14, 1403:2, 1404:2, 1406:20,
1406:21, 1411:5, 1428:21, 1470:3,
1475:22, 1483:6, 1487:14, 1497:23,
1498:3, 1498:6, 1498:13, 1498:14,
1512:18, 1513:5, 1513:13, 1514:15,
1523:24, 1526:9, 1540:2, 1540:4,
1543:18, 1548:15, 1550:11, 1554:19,
1556:24, 1564:17, 1581:21
  **think** - 1371:8, 1372:8, 1372:15,
1372:19, 1373:2, 1373:10, 1375:4,
1375:5, 1375:10, 1376:2, 1377:11,
1382:2, 1382:7, 1382:24, 1383:11,
1384:4, 1384:24, 1385:5, 1385:6,
1385:18, 1389:3, 1398:25, 1404:8,
1404:10, 1406:4, 1409:8, 1409:19,
1411:3, 1416:16, 1422:24, 1423:25,
1427:3, 1427:7, 1433:16, 1437:17,
1438:13, 1439:3, 1439:19, 1441:5,
1441:22, 1456:19, 1458:10, 1461:5,
1461:21, 1464:2, 1464:19, 1466:4,
1467:14, 1468:17, 1469:9, 1469:13,
1471:11, 1476:2, 1476:10, 1477:17,
1487:7, 1487:10, 1489:4, 1494:5,
1498:1, 1498:18, 1499:23, 1503:4,
1503:14, 1506:11, 1506:12, 1513:6,

1517:24, 1519:2, 1519:21, 1520:2,
1521:10, 1525:15, 1526:4, 1526:18,
1527:2, 1527:5, 1527:7, 1527:22,
1528:12, 1528:13, 1531:11, 1534:20,
1543:20, 1543:22, 1544:8, 1545:4,
1545:11, 1545:13, 1545:23, 1548:6,
1548:14, 1549:12, 1552:13, 1559:18,
1566:6, 1567:16, 1576:1, 1578:8,
1579:4, 1582:25, 1588:6, 1588:18,
1588:21, 1589:3, 1589:11, 1590:4,
1590:11, 1590:25, 1591:15
  **thinking** - 1385:6, 1438:8, 1444:9,
1444:12, 1444:13, 1464:1, 1591:15
  **thinks** - 1432:8, 1486:17, 1534:11,
1540:23
  **third** - 1381:24, 1416:19, 1420:23,
1427:18, 1455:14, 1471:15, 1480:1,
1510:17
  **Third**- 1569:24
  **third-party** - 1381:24
  **Thirty**- 1468:19
  **thirty** - 1558:6
  **Thirty-five**- 1468:19
  **this** - 1372:8, 1372:18, 1372:19,
1373:4, 1373:21, 1374:6, 1374:7,
1374:19, 1375:7, 1379:6, 1379:10,
1380:19, 1381:21, 1382:24, 1383:13,
1383:19, 1384:18, 1384:21, 1385:14,
1385:16, 1385:18, 1387:8, 1387:17,
1388:22, 1389:5, 1389:13, 1391:8,
1391:25, 1392:9, 1392:10, 1392:17,
1394:19, 1395:3, 1396:6, 1396:7,
1396:10, 1396:14, 1397:2, 1397:25,
1398:18, 1398:24, 1399:21, 1399:24,
1400:10, 1401:22, 1402:21, 1402:22,
1402:24, 1405:21, 1408:21, 1409:19,
1411:3, 1411:25, 1413:24, 1414:11,
1417:14, 1418:6, 1418:12, 1419:15,
1419:19, 1419:21, 1420:1, 1420:14,
1421:5, 1421:25, 1422:1, 1422:14,
1423:18, 1423:24, 1424:14, 1426:24,
1427:12, 1427:15, 1429:6, 1429:9,
1429:14, 1430:12, 1432:15, 1435:6,
1435:21, 1436:1, 1438:6, 1438:7,
1442:10, 1442:22, 1443:21, 1443:22,
1443:25, 1444:10, 1444:25, 1445:5,
1445:11, 1447:5, 1447:21, 1449:25,
1450:3, 1450:20, 1450:24, 1450:25,
1451:18, 1452:8, 1452:9, 1452:17,
1453:4, 1453:6, 1455:7, 1457:18,
1457:24, 1459:6, 1459:7, 1459:8,
1459:18, 1460:2, 1460:4, 1460:15,
1461:10, 1462:9, 1462:16, 1463:3,
1463:6, 1465:8, 1468:6, 1469:5,
1469:25, 1474:4, 1474:18, 1477:5,
1477:18, 1478:25, 1479:5, 1480:2,
1480:21, 1482:21, 1483:3, 1483:12,
1484:5, 1485:9, 1485:15, 1485:18,
1485:19, 1485:22, 1486:16, 1486:22,
1486:24, 1487:16, 1487:22, 1488:12,
1490:6, 1491:10, 1492:6, 1492:15,
1493:9, 1493:12, 1493:21, 1496:22,
1500:20, 1501:3, 1504:9, 1505:19,
1508:24, 1510:15, 1510:19, 1510:20,
1510:24, 1511:22, 1512:12, 1515:2,
1515:6, 1516:11, 1517:1, 1517:2,
1517:3, 1517:14, 1517:16, 1517:20,
1519:12, 1520:8, 1522:7, 1523:23,
1524:22, 1527:12, 1528:3, 1528:21,
1529:10, 1529:16, 1529:25, 1532:2,
1532:17, 1534:6, 1534:15, 1534:19,
1535:16, 1536:14, 1536:18, 1536:24,
1538:4, 1538:6, 1538:11, 1539:5,
1539:6, 1540:13, 1540:17, 1542:7,
1543:12, 1543:22, 1544:2, 1544:4,
1544:10, 1544:12, 1544:17, 1545:21,
1546:6, 1546:12, 1551:1, 1551:19,
1552:2, 1553:24, 1555:2, 1555:23,
1557:9, 1557:18, 1558:23, 1559:5,
1560:20, 1561:6, 1561:12, 1564:9,

1566:15, 1568:20, 1569:10, 1569:11,
1570:16, 1571:11, 1571:21, 1572:7,
1572:17, 1573:6, 1573:18, 1573:24,
1574:16, 1574:22, 1575:6, 1575:13,
1575:17, 1575:25, 1576:9, 1578:5,
1579:4, 1582:5, 1582:12, 1582:15,
1582:21, 1583:15, 1584:1, 1584:10,
1584:13, 1589:18, 1589:19, 1590:18,
1591:14
  **This**- 1371:11, 1372:4, 1373:14,
1374:6, 1374:9, 1376:19, 1387:5,
1391:1, 1391:19, 1391:23, 1392:2,
1392:5, 1392:19, 1393:9, 1393:11,
1394:14, 1395:25, 1414:11, 1417:16,
1419:23, 1420:13, 1421:17, 1421:23,
1422:3, 1422:9, 1429:16, 1432:3,
1432:4, 1442:20, 1447:10, 1452:15,
1453:2, 1454:18, 1459:7, 1459:20,
1462:25, 1463:19, 1471:15, 1472:21,
1475:15, 1475:23, 1479:13, 1480:14,
1485:11, 1485:17, 1486:12, 1486:14,
1492:10, 1494:9, 1500:20, 1500:23,
1501:1, 1505:20, 1510:17, 1517:18,
1518:17, 1527:3, 1532:8, 1533:14,
1534:21, 1545:6, 1553:23, 1558:1,
1559:5, 1569:22, 1571:17, 1572:6,
1572:10, 1573:24, 1574:16, 1575:12,
1578:16, 1583:23, 1584:9
  **Those**- 1475:9, 1489:22, 1497:18,
1539:4, 1545:20
  **those** - 1378:17, 1383:2, 1389:4,
1392:13, 1392:15, 1401:16, 1406:10,
1419:12, 1431:5, 1432:24, 1443:9,
1446:24, 1449:4, 1455:19, 1460:10,
1468:20, 1475:21, 1479:11, 1491:16,
1491:25, 1496:17, 1506:7, 1526:16,
1532:6, 1544:9, 1545:2, 1548:16,
1550:17, 1553:18, 1562:7, 1565:6,
1569:1, 1569:5, 1576:3, 1582:3,
1584:15
  **though** - 1419:20, 1435:12, 1455:5,
1468:13, 1477:21, 1477:24, 1479:5,
1479:7, 1509:14, 1522:7, 1527:6,
1544:24
  **thought** - 1382:22, 1384:11, 1385:2,
1385:18, 1387:22, 1392:12, 1394:19,
1398:16, 1401:4, 1409:7, 1410:2,
1411:5, 1411:23, 1418:14, 1428:5,
1435:8, 1435:11, 1435:12, 1439:25,
1453:20, 1454:5, 1457:17, 1459:19,
1462:21, 1477:21, 1478:1, 1484:12,
1484:19, 1486:20, 1487:8, 1490:6,
1491:3, 1493:25, 1507:17, 1513:7,
1525:14, 1525:23, 1572:3, 1589:14
  **thoughts** - 1385:7, 1576:11
  **thousand** - 1386:9, 1386:12, 1535:17,
1536:4, 1536:5, 1536:6, 1536:13,
1536:24, 1536:25, 1538:7, 1538:11,
1542:25, 1546:4, 1560:18
  **threatening** - 1434:11
  **three** - 1373:23, 1377:8, 1377:13,
1380:17, 1390:17, 1392:22, 1403:21,
1405:8, 1432:19, 1435:14, 1435:15,
1435:16, 1471:18, 1481:23, 1505:3,
1506:7, 1506:9, 1568:7
  **Three**- 1432:20, 1432:21
  **three-day** - 1377:13
  **Through**- 1490:11
  **through** - 1402:2, 1402:14, 1403:19,
1404:14, 1409:3, 1416:3, 1419:16,
1420:9, 1423:15, 1444:24, 1446:3,
1454:15, 1468:24, 1475:11, 1484:6,
1515:5, 1516:11, 1516:12, 1525:5,
1542:5, 1558:1, 1570:9
  **throughout** - 1407:1, 1421:21,
1561:23
  **thrown** - 1397:22, 1466:25
  **Tic**- 1404:11, 1406:7
  **Timber**- 1556:15, 1556:19
  **timber** - 1556:16

  **time** - 1372:15, 1372:21, 1372:22,
1377:9, 1380:12, 1381:1, 1381:11,
1382:16, 1383:14, 1383:17, 1384:23,
1385:1, 1385:2, 1385:18, 1387:14,
1387:15, 1389:12, 1390:2, 1390:20,
1398:11, 1399:1, 1408:14, 1409:23,
1413:6, 1413:10, 1416:8, 1418:2,
1421:19, 1422:19, 1423:1, 1424:1,
1425:21, 1427:1, 1428:11, 1432:7,
1435:21, 1442:11, 1442:25, 1445:6,
1445:7, 1445:11, 1446:24, 1447:5,
1450:6, 1462:9, 1464:22, 1465:1,
1465:13, 1465:14, 1465:19, 1466:25,
1469:10, 1470:20, 1472:15, 1480:14,
1486:24, 1501:7, 1501:9, 1505:19,
1510:17, 1510:20, 1513:12, 1518:18,
1526:16, 1548:5, 1549:3, 1549:24,
1550:4, 1550:14, 1557:4, 1557:18,
1557:22, 1558:4, 1558:22, 1561:6,
1562:14, 1564:6, 1564:11, 1566:3,
1566:19, 1567:9, 1567:14, 1567:15,
1567:16, 1567:21, 1569:1, 1573:6,
1577:21, 1581:7, 1581:12, 1581:13,
1590:18, 1592:3
  **timeline** - 1591:24
  **timely** - 1458:17
  **times** - 1381:18, 1385:25, 1386:15,
1418:25, 1422:20, 1481:23, 1511:21,
1555:19, 1555:20, 1590:5
  **Title**- 1479:2, 1591:13
  **to** - 1371:6, 1371:7, 1371:8, 1371:9,
1371:11, 1371:16, 1371:20, 1371:23,
1371:24, 1372:4, 1372:7, 1372:15,
1372:19, 1372:20, 1373:12, 1373:14,
1373:16, 1373:21, 1374:8, 1374:10,
1374:11, 1374:14, 1374:15, 1374:16,
1375:1, 1375:7, 1375:13, 1375:17,
1375:21, 1375:23, 1375:25, 1376:7,
1376:8, 1376:12, 1377:4, 1377:5,
1377:6, 1377:7, 1377:9, 1378:3,
1378:4, 1378:7, 1378:13, 1378:14,
1378:22, 1378:25, 1379:12, 1379:13,
1379:16, 1379:17, 1380:1, 1380:2,
1380:3, 1380:8, 1380:13, 1380:16,
1380:17, 1380:23, 1380:24, 1381:15,
1381:16, 1381:19, 1381:20, 1381:21,
1381:22, 1382:4, 1382:8, 1382:9,
1382:19, 1382:22, 1382:23, 1382:25,
1383:2, 1383:6, 1383:14, 1383:15,
1383:16, 1383:17, 1383:18, 1383:20,
1384:3, 1384:5, 1384:8, 1384:10,
1384:17, 1384:18, 1384:21, 1384:25,
1385:2, 1385:3, 1385:4, 1385:8,
1385:9, 1385:10, 1385:14, 1385:16,
1385:19, 1385:23, 1386:8, 1386:9,
1386:10, 1386:11, 1386:12, 1386:24,
1387:2, 1387:8, 1387:9, 1387:12,
1387:14, 1387:15, 1387:17, 1387:19,
1387:22, 1388:4, 1388:6, 1388:8,
1388:15, 1388:20, 1388:22, 1388:24,
1389:7, 1389:22, 1389:24, 1390:1,
1390:6, 1390:7, 1390:16, 1390:25,
1391:4, 1391:8, 1391:18, 1391:19,
1391:24, 1392:13, 1392:14, 1392:15,
1392:20, 1392:21, 1393:2, 1393:3,
1393:4, 1393:6, 1393:8, 1393:9,
1393:16, 1394:3, 1394:6, 1394:8,
1394:15, 1394:20, 1394:21, 1394:22,
1394:23, 1395:2, 1395:4, 1395:5,
1395:6, 1395:7, 1395:14, 1395:17,
1395:18, 1395:25, 1396:1, 1396:10,
1396:12, 1396:19, 1396:25, 1397:5,
1397:6, 1397:8, 1397:11, 1397:12,
1397:14, 1397:15, 1397:16, 1397:17,
1397:21, 1397:24, 1397:25, 1398:1,
1398:2, 1398:10, 1398:11, 1398:17,
1398:18, 1398:19, 1398:20, 1398:21,
1398:24, 1399:1, 1399:2, 1399:5,
1399:7, 1399:8, 1399:18, 1399:20,
1399:21, 1399:22, 1399:24, 1399:25,

1400:1, 1400:3, 1400:4, 1400:8,
1400:9, 1400:16, 1400:22, 1400:25,
1401:1, 1401:3, 1401:4, 1401:8,
1401:12, 1401:18, 1401:22, 1402:1,
1402:3, 1402:7, 1402:8, 1402:10,
1402:12, 1402:17, 1402:21, 1402:23,
1402:24, 1402:25, 1403:3, 1403:6,
1403:10, 1403:11, 1403:12, 1403:13,
1403:18, 1403:19, 1404:2, 1404:4,
1404:18, 1404:21, 1405:13, 1405:14,
1405:19, 1405:20, 1405:21, 1406:5,
1406:9, 1406:10, 1406:15, 1406:22,
1407:1, 1407:5, 1407:6, 1408:6,
1408:10, 1408:12, 1408:14, 1408:22,
1408:25, 1409:1, 1409:6, 1409:9,
1409:14, 1409:16, 1409:19, 1409:20,
1409:22, 1410:2, 1410:3, 1410:4,
1410:5, 1410:7, 1411:6, 1411:7,
1411:9, 1411:12, 1411:14, 1411:15,
1412:8, 1412:12, 1412:17, 1412:18,
1413:5, 1413:20, 1413:21, 1413:23,
1413:25, 1414:2, 1414:3, 1414:6,
1414:12, 1414:17, 1414:23, 1415:1,
1415:3, 1415:7, 1415:10, 1415:12,
1415:13, 1415:14, 1415:15, 1415:16,
1415:19, 1415:21, 1416:5, 1416:10,
1416:11, 1416:12, 1416:21, 1416:23,
1417:14, 1417:17, 1417:18, 1417:20,
1417:24, 1417:25, 1418:1, 1418:2,
1418:8, 1418:10, 1418:14, 1418:15,
1418:18, 1418:21, 1419:1, 1419:2,
1419:4, 1419:6, 1419:11, 1419:16,
1419:18, 1419:20, 1419:22, 1419:23,
1419:24, 1419:25, 1420:1, 1420:3,
1420:5, 1420:6, 1420:7, 1420:8,
1420:17, 1420:21, 1420:24, 1421:2,
1421:5, 1421:7, 1421:8, 1421:9,
1421:11, 1421:16, 1421:23, 1422:14,
1422:15, 1422:21, 1422:24, 1423:15,
1423:19, 1423:22, 1424:2, 1424:3,
1424:9, 1424:11, 1424:12, 1424:16,
1424:20, 1425:10, 1425:24, 1426:6,
1426:10, 1426:17, 1426:19, 1426:20,
1426:22, 1426:23, 1426:25, 1427:2,
1427:3, 1427:9, 1427:13, 1427:17,
1427:18, 1427:19, 1427:20, 1427:23,
1427:24, 1427:25, 1428:1, 1428:5,
1428:6, 1428:7, 1428:9, 1428:14,
1428:15, 1428:18, 1428:21, 1428:22,
1429:2, 1429:7, 1429:8, 1429:16,
1429:24, 1430:1, 1430:4, 1430:5,
1430:7, 1430:8, 1430:9, 1430:10,
1430:12, 1430:21, 1430:23, 1431:1,
1431:2, 1431:12, 1431:13, 1432:4,
1432:6, 1432:7, 1432:16, 1432:18,
1432:22, 1432:25, 1433:2, 1433:5,
1433:8, 1433:10, 1433:11, 1433:13,
1433:17, 1433:22, 1434:11, 1434:14,
1434:17, 1435:1, 1435:7, 1435:15,
1435:16, 1435:23, 1436:1, 1436:2,
1436:5, 1436:6, 1436:7, 1436:8,
1436:11, 1436:12, 1436:14, 1436:20,
1436:24, 1437:2, 1437:15, 1437:24,
1437:25, 1438:1, 1438:3, 1438:7,
1438:10, 1438:11, 1438:12, 1438:14,
1438:15, 1438:17, 1438:18, 1438:20,
1438:21, 1438:22, 1438:23, 1438:24,
1438:25, 1439:1, 1439:3, 1439:4,
1439:5, 1439:6, 1439:8, 1439:10,
1439:12, 1439:15, 1439:17, 1439:19,
1439:22, 1439:24, 1439:25, 1440:4,
1440:6, 1440:9, 1440:10, 1440:12,
1440:16, 1440:17, 1440:18, 1440:21,
1441:5, 1441:11, 1441:19, 1441:20,
1441:21, 1441:23, 1441:25, 1442:3,
1442:4, 1442:5, 1442:7, 1442:17,
1442:18, 1442:25, 1443:4, 1443:4,
1443:5, 1443:8, 1443:10, 1443:11,
1443:12, 1443:18, 1443:22, 1443:23,
1444:10, 1444:15, 1444:16, 1444:18,

1444:19, 1444:21, 1444:24, 1445:3,
1445:4, 1445:5, 1445:7, 1445:10,
1445:21, 1445:24, 1446:1, 1446:3,
1446:19, 1446:22, 1446:23, 1446:24,
1447:21, 1448:6, 1449:5, 1449:13,
1449:16, 1449:22, 1449:25, 1450:2,
1450:3, 1450:8, 1450:13, 1450:16,
1450:20, 1450:24, 1451:1, 1451:7,
1451:8, 1451:10, 1451:11, 1451:13,
1451:18, 1452:3, 1452:4, 1452:6,
1452:9, 1452:12, 1452:18, 1452:24,
1453:1, 1453:5, 1453:7, 1453:8,
1453:11, 1453:12, 1453:16, 1453:18,
1453:19, 1453:21, 1453:25, 1454:3,
1454:8, 1454:14, 1454:16, 1454:17,
1454:18, 1454:19, 1455:15, 1455:16,
1455:20, 1455:21, 1455:23, 1456:2,
1456:3, 1456:12, 1456:14, 1456:16,
1456:17, 1456:22, 1456:24, 1456:25,
1457:12, 1457:15, 1457:16, 1457:19,
1457:20, 1457:21, 1457:22, 1457:24,
1458:1, 1458:2, 1458:6, 1458:7,
1458:9, 1458:10, 1458:12, 1458:14,
1458:16, 1458:17, 1458:20, 1458:22,
1458:23, 1458:24, 1459:6, 1459:12,
1459:13, 1459:16, 1459:18, 1459:20,
1459:21, 1460:3, 1460:4, 1460:6,
1460:7, 1460:8, 1460:16, 1460:18,
1460:19, 1460:20, 1460:22, 1461:8,
1461:9, 1461:10, 1461:11, 1461:14,
1461:15, 1461:16, 1462:4, 1462:11,
1462:17, 1462:19, 1462:22, 1463:4,
1463:7, 1463:10, 1463:14, 1463:16,
1463:23, 1463:24, 1464:3, 1464:4,
1464:5, 1464:6, 1464:7, 1464:12,
1464:13, 1464:20, 1465:7, 1465:9,
1465:10, 1465:17, 1465:19, 1465:22,
1466:2, 1466:21, 1466:22, 1466:25,
1467:2, 1467:4, 1467:11, 1467:14,
1467:16, 1467:17, 1467:23, 1467:24,
1468:1, 1468:3, 1468:4, 1468:6,
1468:7, 1468:9, 1468:11, 1468:12,
1468:14, 1468:16, 1469:3, 1469:5,
1469:6, 1469:7, 1469:11, 1470:10,
1470:14, 1471:3, 1471:4, 1471:6,
1471:12, 1471:13, 1471:16, 1471:17,
1471:18, 1471:20, 1471:25, 1473:6,
1473:7, 1473:25, 1474:2, 1474:5,
1474:21, 1474:22, 1474:25, 1475:2,
1475:11, 1475:12, 1475:19, 1475:21,
1475:22, 1475:25, 1476:3, 1476:5,
1476:7, 1476:8, 1476:9, 1476:14,
1476:15, 1476:21, 1476:22, 1476:24,
1477:4, 1477:6, 1477:7, 1477:9,
1477:11, 1477:13, 1477:16, 1478:2,
1478:4, 1478:5, 1478:7, 1478:8,
1478:10, 1478:11, 1478:13, 1478:14,
1478:17, 1478:22, 1478:24, 1479:1,
1479:6, 1479:18, 1479:19, 1479:20,
1479:21, 1479:23, 1480:3, 1480:6,
1480:9, 1480:21, 1480:22, 1480:23,
1481:1, 1481:2, 1481:9, 1481:10,
1481:14, 1481:15, 1481:17, 1481:25,
1482:1, 1482:3, 1482:4, 1482:7,
1482:9, 1482:17, 1483:3, 1483:4,
1483:6, 1483:7, 1483:9, 1483:11,
1483:13, 1483:16, 1483:20, 1483:22,
1484:1, 1484:6, 1484:8, 1484:10,
1484:15, 1484:17, 1484:24, 1485:5,
1485:12, 1485:13, 1485:18, 1485:22,
1486:3, 1486:8, 1486:9, 1486:12,
1486:15, 1486:16, 1486:23, 1486:25,
1487:4, 1487:5, 1487:6, 1487:8,
1487:14, 1487:15, 1487:16, 1487:17,
1487:22, 1488:3, 1488:6, 1488:7,
1488:11, 1488:12, 1488:15, 1488:17,
1488:24, 1489:7, 1489:8, 1489:10,
1489:15, 1489:17, 1489:18, 1489:20,
1489:24, 1490:8, 1490:9, 1490:14,
1490:15, 1490:16, 1490:17, 1490:18,

1490:20, 1490:22, 1490:23, 1491:4,
1491:12, 1491:23, 1491:24, 1492:1,
1492:3, 1492:7, 1492:10, 1492:11,
1492:12, 1492:17, 1492:21, 1492:24,
1493:1, 1493:6, 1493:8, 1493:10,
1493:11, 1493:15, 1493:16, 1493:20,
1494:1, 1494:11, 1494:12, 1494:25,
1495:2, 1496:20, 1496:22, 1496:24,
1497:2, 1497:9, 1497:10, 1497:13,
1497:14, 1497:15, 1497:21, 1497:24,
1498:2, 1498:3, 1498:6, 1498:8,
1498:10, 1498:12, 1498:14, 1498:16,
1498:19, 1499:12, 1499:14, 1499:16,
1499:23, 1500:2, 1500:13, 1500:23,
1500:24, 1501:1, 1501:2, 1501:3,
1501:7, 1501:25, 1502:1, 1503:11,
1503:19, 1505:8, 1505:20, 1505:24,
1506:16, 1506:24, 1507:16, 1507:19,
1507:22, 1508:3, 1508:6, 1508:10,
1508:11, 1509:13, 1509:18, 1510:7,
1510:10, 1510:11, 1510:18, 1510:23,
1510:25, 1511:1, 1511:2, 1511:4,
1511:10, 1511:14, 1511:16, 1511:21,
1512:8, 1512:9, 1512:10, 1512:13,
1512:18, 1512:19, 1513:4, 1513:6,
1513:8, 1513:13, 1513:17, 1514:16,
1514:18, 1514:20, 1515:5, 1515:6,
1515:9, 1515:12, 1515:13, 1515:15,
1516:8, 1516:12, 1516:13, 1516:14,
1516:16, 1517:2, 1517:3, 1517:7,
1517:25, 1518:5, 1518:6, 1518:11,
1519:1, 1519:16, 1519:24, 1520:2,
1520:8, 1520:23, 1521:7, 1521:9,
1521:15, 1521:22, 1522:1, 1522:5,
1522:8, 1522:11, 1522:14, 1522:16,
1522:17, 1522:19, 1522:20, 1522:21,
1522:24, 1522:25, 1523:3, 1523:4,
1523:7, 1523:9, 1523:12, 1523:17,
1523:24, 1524:1, 1524:6, 1524:7,
1524:8, 1524:13, 1524:23, 1525:5,
1525:21, 1526:2, 1526:12, 1526:21,
1526:23, 1526:24, 1527:1, 1527:3,
1527:4, 1527:12, 1527:13, 1528:3,
1528:5, 1528:20, 1528:21, 1529:5,
1529:9, 1529:10, 1529:14, 1529:16,
1529:19, 1529:22, 1529:25, 1530:9,
1530:11, 1530:15, 1530:16, 1530:18,
1530:19, 1531:1, 1531:8, 1531:12,
1531:15, 1531:21, 1531:23, 1532:2,
1532:14, 1532:19, 1532:20, 1532:23,
1533:7, 1533:11, 1533:14, 1533:17,
1533:18, 1533:19, 1533:21, 1533:23,
1533:24, 1534:2, 1534:3, 1534:9,
1534:10, 1534:14, 1534:18, 1534:21,
1534:22, 1534:24, 1535:1, 1535:4,
1535:6, 1535:17, 1536:11, 1536:15,
1536:18, 1537:1, 1537:7, 1537:15,
1537:23, 1538:2, 1538:7, 1538:8,
1538:11, 1538:13, 1538:16, 1538:17,
1538:20, 1538:21, 1538:22, 1538:25,
1539:13, 1539:14, 1539:17, 1539:21,
1540:2, 1540:5, 1540:8, 1540:10,
1541:2, 1542:18, 1542:21, 1543:1,
1543:3, 1543:16, 1543:21, 1544:5,
1544:14, 1544:16, 1544:24, 1545:6,
1545:9, 1545:10, 1545:19, 1545:25,
1546:6, 1546:22, 1547:7, 1547:11,
1547:15, 1547:18, 1547:20, 1548:21,
1549:3, 1549:8, 1549:10, 1549:24,
1549:25, 1550:11, 1550:19, 1550:21,
1550:24, 1551:2, 1551:12, 1551:22,
1551:24, 1551:25, 1552:1, 1552:2,
1552:3, 1552:7, 1552:9, 1552:22,
1552:25, 1553:3, 1553:5, 1553:8,
1553:20, 1553:21, 1553:24, 1554:25,
1555:1, 1555:5, 1555:17, 1555:21,
1555:22, 1556:5, 1556:6, 1556:8,
1556:18, 1556:24, 1557:2, 1557:6,
1557:7, 1557:13, 1558:5, 1558:19,
1558:22, 1559:16, 1559:19, 1560:4,

1560:7, 1560:9, 1560:10, 1560:11,
1560:12, 1560:13, 1560:14, 1560:15,
1560:16, 1560:19, 1560:20, 1560:21,
1560:22, 1560:23, 1560:24, 1561:1,
1561:12, 1561:13, 1561:15, 1561:16,
1561:21, 1562:3, 1562:6, 1562:7,
1562:9, 1562:10, 1562:12, 1562:14,
1564:16, 1564:19, 1564:24, 1565:2,
1565:9, 1565:25, 1566:10, 1566:12,
1566:20, 1567:23, 1568:5, 1568:6,
1568:20, 1568:23, 1569:5, 1569:9,
1569:10, 1569:13, 1569:22, 1570:1,
1570:2, 1570:4, 1570:9, 1570:10,
1570:18, 1570:20, 1571:4, 1571:5,
1571:7, 1571:8, 1571:11, 1572:13,
1572:21, 1573:2, 1573:4, 1573:13,
1575:1, 1575:7, 1575:12, 1575:14,
1575:16, 1575:18, 1575:21, 1575:25,
1576:1, 1576:2, 1576:5, 1576:14,
1576:17, 1576:18, 1576:19, 1577:1,
1577:14, 1577:15, 1577:16, 1577:19,
1577:24, 1578:8, 1579:6, 1579:9,
1579:11, 1579:12, 1580:20, 1580:22,
1580:23, 1581:12, 1581:13, 1581:16,
1581:19, 1581:21, 1581:23, 1581:24,
1582:8, 1582:11, 1582:14, 1582:17,
1582:20, 1582:23, 1583:5, 1583:20,
1583:22, 1584:6, 1584:12, 1585:2,
1585:5, 1585:9, 1585:11, 1586:17,
1586:22, 1587:12, 1587:14, 1587:18,
1587:19, 1587:20, 1588:3, 1588:5,
1588:13, 1588:15, 1588:16, 1588:17,
1588:19, 1588:24, 1588:25, 1589:1,
1589:6, 1589:7, 1589:9, 1589:13,
1589:14, 1589:16, 1589:17, 1589:20,
1589:21, 1589:23, 1590:1, 1590:5,
1590:7, 1590:9, 1590:12, 1590:22,
1590:24, 1591:2, 1591:3, 1591:6,
1591:20, 1591:24, 1592:3, 1592:6,
1592:7, 1592:10
**To-** 1371:21, 1422:15, 1470:22,
1490:13, 1490:14, 1518:16
**to-do** - 1554:25
**Tock-** 1404:11, 1406:7
**today** - 1377:5, 1377:10, 1377:11,
1407:9, 1429:18, 1462:5, 1503:10,
1570:2
**together** - 1401:25, 1463:4, 1549:4,
1587:11
**token** - 1440:23
**told** - 1380:17, 1382:14, 1384:14,
1384:15, 1384:16, 1389:17, 1391:20,
1392:12, 1393:15, 1394:14, 1394:15,
1395:3, 1397:3, 1402:4, 1405:2,
1406:6, 1406:7, 1406:8, 1409:2,
1411:21, 1411:25, 1415:18, 1416:23,
1417:11, 1419:18, 1422:21, 1422:23,
1427:24, 1428:20, 1428:23, 1428:24,
1430:17, 1441:3, 1441:9, 1444:7,
1444:11, 1457:6, 1457:8, 1457:12,
1460:6, 1462:11, 1465:23, 1466:7,
1466:20, 1476:20, 1477:19, 1479:1,
1487:7, 1490:25, 1494:5, 1497:22,
1509:12, 1517:12, 1517:14, 1522:3,
1523:5, 1523:6, 1523:11, 1524:23,
1531:7, 1532:14, 1532:22, 1534:7,
1534:13, 1534:14, 1545:21, 1551:23,
1553:16, 1559:16, 1560:18, 1564:7,
1570:8, 1573:8, 1577:25, 1578:20,
1587:10
**tomorrow** - 1443:12, 1587:13, 1589:1
**tone** - 1439:9
**tonight** - 1591:6
**too** - 1493:9, 1507:3, 1518:13
**took** - 1393:1, 1399:24, 1421:20,
1540:12, 1560:14, 1560:16, 1560:24,
1567:11, 1573:24, 1585:1, 1586:1
**top** - 1386:20, 1420:23, 1456:17,
1570:4
**topic** - 1381:11, 1417:7, 1464:11,

1482:8, 1525:7, 1525:8
**topics** - 1392:6
**tops** - 1433:16
**torture** - 1516:7, 1577:22
**totally** - 1467:7, 1530:20, 1535:9, 1577:25
**Totally** - 1535:7
**touched** - 1579:4
**Tough** - 1433:16
**towards** - 1421:11, 1581:5
**town** - 1422:23
**Tpm** - 1486:2
**track** - 1467:2, 1538:13
**traffic** - 1434:8, 1570:10
**trafficking** - 1402:12, 1408:9
**trail** - 1519:25, 1520:3, 1520:9
**training** - 1392:14, 1581:1
**transaction** - 1389:16, 1389:17, 1389:19, 1390:1, 1390:4, 1407:24, 1519:23, 1520:3
**Transaction**- 1426:7
**transactions** - 1409:15, 1464:24, 1465:5
**Transcript**- 1370:9, 1386:19
**transcript** - 1370:23, 1376:3, 1376:8, 1408:6, 1410:8, 1442:22, 1447:17, 1447:21, 1448:3, 1455:25, 1472:14, 1479:17, 1479:19, 1487:21, 1497:6, 1542:7, 1542:8, 1543:17, 1553:24, 1567:24, 1571:14, 1571:15, 1572:6, 1591:10
**Transcripts**- 1450:13
**transcripts** - 1448:1, 1458:17, 1460:10, 1592:12
**translates** - 1550:16
**transmitting** - 1379:5
**travel** - 1386:10, 1430:10, 1430:14, 1586:16
**treated** - 1394:11
**trial** - 1383:23, 1392:15, 1392:16, 1399:22, 1407:21, 1407:22, 1415:5, 1427:11, 1427:19, 1430:1, 1431:6, 1432:18, 1433:6, 1434:21, 1435:4, 1435:13, 1435:14, 1441:22, 1455:21, 1462:17, 1479:19, 1479:20, 1479:21, 1479:23, 1483:23, 1483:25, 1487:4, 1487:5, 1497:10, 1498:14, 1501:6, 1563:4, 1588:8, 1591:18
**Trial**- 1370:9, 1371:1
**tried** - 1380:3, 1391:24, 1475:22
**trip** - 1387:17, 1387:19, 1387:21, 1389:1, 1396:1, 1405:3
**trips** - 1380:8, 1380:17, 1390:17
**trouble** - 1494:12, 1494:13, 1592:10
**True**- 1374:21
**true** - 1395:3, 1431:6, 1431:7, 1449:18, 1452:7, 1452:11, 1458:23, 1463:7, 1463:15, 1474:10, 1482:12, 1483:16, 1518:8, 1518:9, 1518:13, 1523:16, 1523:24, 1544:11, 1575:18, 1586:9
**trust** - 1397:10, 1514:19, 1577:11
**truth** - 1372:10, 1388:15, 1403:1, 1455:9, 1470:25, 1477:18, 1490:18, 1490:20, 1518:7
**truthful** - 1478:6
**Try**- 1577:1
**try** - 1388:22, 1388:24, 1403:13, 1411:14, 1428:14, 1459:12, 1466:22, 1471:6, 1471:25, 1474:5, 1474:22, 1493:6, 1495:2, 1569:10, 1572:13, 1590:9
**trying** - 1374:10, 1381:20, 1381:21, 1387:9, 1397:25, 1411:5, 1418:15, 1418:18, 1419:11, 1426:20, 1438:15, 1440:18, 1450:24, 1465:17, 1471:3, 1471:4, 1475:21, 1478:24, 1482:3, 1538:2, 1569:5
**Tuesday**- 1377:16
**tune** - 1464:20

**turn** - 1393:4, 1401:12, 1404:21, 1407:5, 1553:21, 1555:21, 1575:1, 1586:22
**turned** - 1378:25
**Turning** - 1391:18, 1391:19, 1392:4, 1562:12
**twelve** - 1542:6
**twenty** - 1397:23, 1508:9
**twenty-four** - 1397:23
**twice** - 1412:19, 1577:12
**Two**- 1392:21, 1467:7, 1495:8, 1592:5, 1592:8
**two** - 1371:5, 1373:23, 1383:13, 1385:4, 1391:3, 1394:14, 1401:22, 1416:13, 1420:6, 1425:22, 1460:10, 1462:7, 1472:13, 1472:19, 1476:15, 1492:24, 1495:5, 1503:23, 1503:25, 1508:9, 1525:14, 1553:18, 1569:1, 1577:19, 1582:3, 1582:21, 1583:12, 1585:3, 1587:25, 1588:22, 1590:17
**type** - 1510:16, 1573:2, 1582:20
**typed** - 1550:16
**types** - 1472:4
**typewriter** - 1397:21
**typically** - 1530:10, 1531:12

# U

**U** - 1580:7, 1593:7
**uh** - 1387:5, 1497:4
**ultimate** - 1490:15, 1490:16
**Ultimately** - 1401:8
**ultimately** - 1427:6, 1432:8, 1437:18, 1490:18
**Um** - 1383:11, 1384:4
**um** - 1554:20
**unappealing** - 1471:22, 1472:6
**uncommon** - 1385:3
**uncovering** - 1372:5
**under** - 1372:16, 1419:25, 1432:7, 1469:2, 1470:12, 1503:2, 1590:19
**undercover** - 1388:6
**underneath** - 1542:3
**underscored** - 1577:11
**understand** - 1373:20, 1373:24, 1374:17, 1385:1, 1397:15, 1399:17, 1419:1, 1420:14, 1429:24, 1436:12, 1436:16, 1437:18, 1438:3, 1438:10, 1438:18, 1440:17, 1443:4, 1443:11, 1453:4, 1453:17, 1453:20, 1461:4, 1473:14, 1489:7, 1489:17, 1519:2, 1519:3, 1523:6, 1534:19, 1539:6, 1539:6, 1539:22, 1544:13, 1560:7, 1560:13, 1561:16, 1562:9, 1577:5, 1578:16
**understandably** - 1432:10
**understanding** - 1378:18, 1399:18, 1400:8, 1406:25, 1411:10, 1414:8, 1436:23, 1438:6, 1469:1, 1482:3, 1503:8, 1506:25, 1520:20, 1529:10, 1529:13, 1529:24, 1535:10, 1550:18
**understands** - 1451:1, 1452:8, 1487:17
**understood** - 1417:14, 1441:16, 1458:2, 1476:21, 1509:7, 1519:4, 1520:17, 1527:6, 1527:9, 1527:10, 1529:14, 1529:23, 1534:15, 1535:16, 1564:16
**Understood** - 1388:16, 1461:18, 1461:19
**unfavorable** - 1386:1
**unidentified** - 1554:12
**uninterruptible** - 1582:7, 1582:11
**Unit** - 1397:23
**United** - 1370:1, 1370:3, 1370:10, 1370:13, 1378:7, 1380:5, 1381:8, 1401:8, 1433:13, 1464:22, 1465:5, 1465:10, 1465:17, 1465:19, 1467:18, 1467:24, 1468:14, 1480:4, 1480:7, 1586:16, 1586:17

**unlawful** - 1528:10
**unless** - 1428:22, 1465:8, 1468:1, 1521:23, 1547:10
**unlicensed** - 1419:23
**unlikely** - 1465:21
**unregistered** - 1527:13, 1527:16, 1527:19, 1528:11, 1528:15, 1529:5, 1529:9, 1529:20, 1533:18, 1538:8, 1538:12, 1540:18, 1544:12
**unrelated** - 1378:14
**unsigned** - 1413:1
**Unsigned** - 1413:2
**unsuccessful** - 1404:14
**unsworn** - 1399:3
**until** - 1383:19, 1407:9, 1413:12, 1435:16, 1480:1, 1483:23, 1534:24, 1547:4, 1550:6, 1561:14, 1588:25
**untrue** - 1443:6, 1523:25, 1524:9
**Up** - 1405:21, 1407:9
**up** - 1372:2, 1373:7, 1376:21, 1376:22, 1377:10, 1379:23, 1383:19, 1385:13, 1386:20, 1392:6, 1394:10, 1394:15, 1398:2, 1398:13, 1401:7, 1408:11, 1410:6, 1412:12, 1415:19, 1416:3, 1416:5, 1420:20, 1421:7, 1422:22, 1422:24, 1423:15, 1427:11, 1428:22, 1428:23, 1430:23, 1432:16, 1439:8, 1439:25, 1445:4, 1447:18, 1459:13, 1459:16, 1461:10, 1470:11, 1477:7, 1484:7, 1487:5, 1487:20, 1513:6, 1513:8, 1515:7, 1518:14, 1520:8, 1530:19, 1530:25, 1532:9, 1539:17, 1547:6, 1547:16, 1551:13, 1551:22, 1552:23, 1552:25, 1553:5, 1555:12, 1560:10, 1560:12, 1561:1, 1565:7, 1571:10, 1571:16, 1572:12, 1578:15, 1580:4, 1584:24, 1587:12, 1587:17, 1592:10
**Upc** - 1582:6
**upgrades** - 1581:23
**upon** - 1413:23, 1414:5, 1414:25, 1428:19, 1439:19, 1444:7, 1477:19, 1517:4, 1588:16, 1588:17, 1588:20, 1591:17
**Ups** - 1582:6, 1583:15, 1584:13
**upstairs** - 1411:24
**us** - 1371:14, 1378:17, 1379:25, 1380:17, 1382:6, 1383:1, 1384:14, 1384:15, 1384:16, 1387:19, 1391:20, 1393:15, 1395:3, 1395:6, 1401:23, 1404:13, 1405:1, 1405:20, 1406:3, 1406:24, 1407:14, 1408:3, 1408:6, 1410:5, 1410:10, 1411:18, 1412:15, 1412:18, 1415:1, 1415:7, 1415:15, 1415:18, 1416:17, 1416:18, 1416:23, 1417:6, 1418:14, 1418:15, 1418:16, 1418:19, 1418:23, 1419:14, 1420:18, 1420:24, 1421:9, 1421:23, 1422:14, 1422:21, 1422:23, 1423:15, 1423:19, 1424:12, 1426:19, 1426:21, 1426:25, 1427:3, 1427:7, 1427:20, 1428:2, 1428:7, 1429:1, 1431:6, 1439:17, 1440:17, 1443:1, 1443:9, 1443:10, 1446:11, 1458:17, 1459:19, 1460:22, 1463:21, 1486:16, 1505:24, 1511:4, 1512:13, 1523:5, 1525:21, 1542:3, 1545:10, 1548:8, 1570:6, 1570:9, 1573:1, 1573:8, 1575:16, 1577:16, 1580:20, 1580:23, 1584:4, 1592:3
**Us** - 1370:4, 1370:15, 1587:1
**Usb** - 1582:21
**use** - 1375:7, 1375:21, 1388:4, 1388:20, 1389:7, 1391:7, 1392:15, 1405:15, 1405:17, 1454:1, 1454:16, 1469:15, 1469:20, 1471:23, 1472:5, 1476:19, 1487:3, 1490:18, 1525:11, 1526:12, 1527:3, 1529:4, 1532:23, 1533:17, 1539:19, 1559:25, 1571:8, 1571:21
**used** - 1375:8, 1378:4, 1381:23,

1429:2, 1441:7, 1468:17, 1470:25,
1472:5, 1476:23, 1491:21, 1526:24,
1528:7, 1539:22
**useful** - 1588:13, 1588:24
**uses** - 1528:7
**using** - 1380:19, 1471:1, 1483:9,
1528:10, 1528:15, 1528:24, 1538:13
**usually** - 1543:18
**utilize** - 1478:2

**V**

**v** - 1370:4
**valuable** - 1479:8
**value** - 1374:17, 1375:10
**values** - 1384:7
**Van** - 1548:6, 1548:9, 1548:25
**various** - 1389:9, 1395:2, 1484:7,
1524:22, 1538:20
**Vaugh** - 1460:16
**Vaughn** - 1374:9, 1381:1, 1381:21,
1382:7, 1382:16, 1383:6, 1383:11,
1383:14, 1383:25, 1384:4, 1385:19,
1386:16, 1387:7, 1390:12, 1394:9,
1394:12, 1394:14, 1397:2, 1397:9,
1401:1, 1401:19, 1403:4, 1403:18,
1404:8, 1406:4, 1406:19, 1411:3,
1415:16, 1415:25, 1416:7, 1416:25,
1417:24, 1418:7, 1419:18, 1420:3,
1424:1, 1432:23, 1442:23, 1443:22,
1444:13, 1444:24, 1456:12, 1459:13,
1460:7, 1463:12, 1463:23, 1470:14,
1472:15, 1473:3, 1474:3, 1474:21,
1475:10, 1475:24, 1476:4, 1480:3,
1480:14, 1480:16, 1480:22, 1481:9,
1485:2, 1485:13, 1485:19, 1486:24,
1487:1, 1487:14, 1487:23, 1488:3,
1488:6, 1488:14, 1488:17, 1489:2,
1490:11, 1491:22, 1492:1, 1492:7,
1492:11, 1492:17, 1492:21, 1494:1,
1494:25, 1495:2, 1496:17, 1496:20,
1497:9, 1497:10, 1498:12, 1501:3,
1508:24, 1509:12, 1509:22, 1511:1,
1511:13, 1511:16, 1512:9, 1513:16,
1513:23, 1514:7, 1514:16, 1517:14,
1518:5, 1518:16, 1519:24, 1520:2,
1521:25, 1522:3, 1522:5, 1522:14,
1522:17, 1522:19, 1524:2, 1524:5,
1524:6, 1524:7, 1524:16, 1524:21,
1526:9, 1529:8, 1530:6, 1531:8,
1532:25, 1534:10, 1535:17, 1536:2,
1536:11, 1536:24, 1542:17, 1542:25,
1543:23, 1543:24, 1543:25, 1544:4,
1544:24, 1546:3, 1551:13, 1556:23,
1560:21, 1564:7, 1564:12, 1564:22,
1564:23, 1565:13, 1565:16, 1572:10,
1572:12, 1572:24, 1573:19, 1575:24,
1577:16, 1577:21, 1589:19
**Vaughn's** - 1498:15, 1514:18,
1533:14, 1534:2
**venture** - 1393:20
**verbatim** - 1543:17, 1550:11
**verdict** - 1587:21
**verify** - 1381:19, 1416:19, 1416:21
**verifying** - 1380:22
**vernacular** - 1469:14, 1469:21
**versions** - 1391:2, 1391:3
**versus** - 1471:3, 1576:16
**Very** - 1375:15, 1403:11, 1430:7,
1439:14, 1531:2, 1559:21, 1572:5,
1590:13, 1592:8
**very** - 1373:24, 1384:9, 1401:21,
1402:21, 1402:22, 1407:20, 1415:18,
1418:16, 1419:18, 1435:25, 1453:2,
1460:5, 1460:15, 1460:16, 1465:8,
1471:22, 1507:14, 1521:22, 1537:18,
1538:12, 1550:15, 1569:25, 1577:3,
1577:5
**Vic** - 1430:1, 1430:4, 1430:17
**video** - 1430:9, 1430:11

**view** - 1373:9, 1374:25, 1415:25,
1419:24, 1455:9, 1478:9, 1479:5,
1479:7, 1493:8, 1496:23
**viewed** - 1397:12, 1516:13, 1517:7
**viewpoint** - 1374:25
**Vijay** - 1389:16, 1407:5, 1407:9,
1407:15, 1521:25, 1522:5, 1522:20,
1522:25, 1523:1, 1523:6, 1523:7,
1523:9, 1523:11
**Village** - 1388:5
**village** - 1415:19
**violate** - 1432:25
**violated** - 1477:4
**violating** - 1433:14
**violence** - 1576:12
**violent** - 1397:16, 1507:12, 1507:25,
1538:3, 1545:19, 1545:25, 1560:22,
1560:23
**visa** - 1476:15, 1477:4, 1494:6
**visit** - 1433:10, 1529:25, 1559:19
**visited** - 1446:6, 1564:6, 1564:8
**visiting** - 1446:9, 1446:17
**voice** - 1520:24
**voices** - 1449:4, 1520:14
**volunteer** - 1449:19, 1456:21,
1515:17
**volunteering** - 1473:10, 1494:15

**W**

**wait** - 1382:19, 1534:24, 1561:14,
1588:25
**waiting** - 1562:2
**walk** - 1428:2, 1434:15, 1540:19,
1558:16
**walked** - 1371:13, 1371:15, 1442:11,
1476:14, 1477:5
**walking** - 1428:24, 1446:3
**walks** - 1418:7, 1445:8
**wall** - 1582:24
**Walters** - 1481:11, 1482:5
**want** - 1371:16, 1371:19, 1372:19,
1374:8, 1377:6, 1377:7, 1384:10,
1393:2, 1394:20, 1396:25, 1398:1,
1400:3, 1408:25, 1409:9, 1411:9,
1416:5, 1417:17, 1417:18, 1418:3,
1419:3, 1419:24, 1423:15, 1424:11,
1433:22, 1436:1, 1436:8, 1438:1,
1438:10, 1438:12, 1438:24, 1439:1,
1440:9, 1440:11, 1441:21, 1442:18,
1443:5, 1443:8, 1443:10, 1443:18,
1444:16, 1444:17, 1444:18, 1444:19,
1445:3, 1448:4, 1449:16, 1450:10,
1451:13, 1452:4, 1453:1, 1453:25,
1454:3, 1455:15, 1457:19, 1457:21,
1457:22, 1460:3, 1461:9, 1468:9,
1471:12, 1473:25, 1477:14, 1477:16,
1478:13, 1479:18, 1483:18, 1483:19,
1488:17, 1490:20, 1497:14, 1497:15,
1498:14, 1498:19, 1513:17, 1516:11,
1521:22, 1522:7, 1522:11, 1528:5,
1533:7, 1533:11, 1534:14, 1534:24,
1535:6, 1537:7, 1538:21, 1542:17,
1542:18, 1542:21, 1543:22, 1545:9,
1547:15, 1547:18, 1577:19, 1585:2,
1587:12, 1587:19, 1587:21, 1589:14,
1589:16, 1589:21, 1589:22, 1590:8,
1590:24, 1591:2, 1592:3
**Wanted** - 1420:17
**wanted** - 1371:8, 1371:9, 1371:23,
1381:22, 1383:20, 1392:14, 1393:6,
1394:21, 1396:10, 1397:11, 1397:15,
1397:17, 1399:1, 1401:3, 1403:5,
1404:2, 1405:14, 1409:6, 1410:5,
1410:7, 1415:11, 1416:10, 1419:4,
1419:22, 1426:19, 1428:8, 1428:18,
1430:4, 1430:11, 1436:6, 1436:7,
1438:11, 1445:5, 1453:20, 1454:14,
1455:16, 1455:18, 1455:21, 1460:19,

1469:6, 1469:8, 1476:22, 1478:5,
1478:14, 1484:6, 1484:9, 1487:15,
1490:22, 1491:24, 1493:6, 1501:2,
1510:23, 1510:25, 1512:8, 1518:6,
1524:8, 1533:19, 1536:16, 1552:1,
1576:18, 1577:16
**wants** - 1417:25, 1421:2, 1438:12,
1441:21, 1449:22, 1457:19, 1457:20,
1459:14, 1530:21, 1534:21, 1545:9,
1561:13
**Was** - 1386:12, 1401:5, 1403:22,
1406:15, 1408:1, 1422:11, 1425:10,
1425:15, 1425:17, 1453:22, 1518:7,
1522:11, 1551:2, 1553:8, 1562:13
**was** - 1371:11, 1371:12, 1371:13,
1372:11, 1372:20, 1373:16, 1376:3,
1377:23, 1378:4, 1378:18, 1379:14,
1380:2, 1380:5, 1380:13, 1380:20,
1381:18, 1381:19, 1381:20, 1381:21,
1382:11, 1382:13, 1382:17, 1382:21,
1382:24, 1383:23, 1384:14, 1385:1,
1385:2, 1385:8, 1385:18, 1386:5,
1386:8, 1387:8, 1387:9, 1387:12,
1387:22, 1387:25, 1388:1, 1388:7,
1389:9, 1389:11, 1389:12, 1389:15,
1389:17, 1389:18, 1390:5, 1390:9,
1390:20, 1391:1, 1391:4, 1391:7,
1391:23, 1392:19, 1393:9, 1393:11,
1393:18, 1394:9, 1394:13, 1394:15,
1394:16, 1394:18, 1394:19, 1395:3,
1395:7, 1395:8, 1396:10, 1396:14,
1396:19, 1397:2, 1397:3, 1397:4,
1397:10, 1397:25, 1398:16, 1398:17,
1398:23, 1399:5, 1399:9, 1399:18,
1400:8, 1400:14, 1400:21, 1401:8,
1401:9, 1401:24, 1401:25, 1402:2,
1402:10, 1403:9, 1403:16, 1403:17,
1404:1, 1404:2, 1404:10, 1404:16,
1404:17, 1405:1, 1405:13, 1405:19,
1406:6, 1406:7, 1406:17, 1406:18,
1406:22, 1406:25, 1407:15, 1407:16,
1407:20, 1408:6, 1408:13, 1408:25,
1409:3, 1409:4, 1409:7, 1409:14,
1409:24, 1410:11, 1411:18, 1411:21,
1411:22, 1411:23, 1412:1, 1412:7,
1412:12, 1412:16, 1413:1, 1413:6,
1413:12, 1415:6, 1415:7, 1415:16,
1416:11, 1416:17, 1416:18, 1416:22,
1417:16, 1417:21, 1418:10, 1418:15,
1418:16, 1418:18, 1419:2, 1419:14,
1419:17, 1420:6, 1420:7, 1420:8,
1420:9, 1420:21, 1421:7, 1421:10,
1421:17, 1421:23, 1422:19, 1422:21,
1422:22, 1422:25, 1423:9, 1423:12,
1423:16, 1424:1, 1424:9, 1424:16,
1425:7, 1425:15, 1425:18, 1425:19,
1425:22, 1425:23, 1425:25, 1426:7,
1426:20, 1427:3, 1427:14, 1427:17,
1427:19, 1427:22, 1427:24, 1428:7,
1428:14, 1428:15, 1428:21, 1428:23,
1428:24, 1428:25, 1429:8, 1429:16,
1429:23, 1430:2, 1430:13, 1430:20,
1432:12, 1432:18, 1433:13, 1433:14,
1434:24, 1435:1, 1435:15, 1435:16,
1435:22, 1435:25, 1436:2, 1436:5,
1437:4, 1439:7, 1439:18, 1439:20,
1440:2, 1440:5, 1440:6, 1440:23,
1440:24, 1441:5, 1441:10, 1441:17,
1443:16, 1444:6, 1446:3, 1446:12,
1446:14, 1447:3, 1447:4, 1450:2,
1451:5, 1451:6, 1451:11, 1451:12,
1452:2, 1453:2, 1453:14, 1453:16,
1454:5, 1454:12, 1454:14, 1454:16,
1454:17, 1454:21, 1457:9, 1457:12,
1457:17, 1458:10, 1458:14, 1458:16,
1458:19, 1459:1, 1459:2, 1459:4,
1459:8, 1459:19, 1459:20, 1460:18,
1460:20, 1460:21, 1462:11, 1462:17,
1464:2, 1464:3, 1464:4, 1464:12,
1464:17, 1464:24, 1465:20, 1465:22,

1465:24, 1466:1, 1466:7, 1466:9,
1466:21, 1467:17, 1467:19, 1467:20,
1467:22, 1468:7, 1468:8, 1469:8,
1469:10, 1469:14, 1470:22, 1471:4,
1471:16, 1474:2, 1475:14, 1475:20,
1475:21, 1476:5, 1476:9, 1476:10,
1476:11, 1476:14, 1476:17, 1476:20,
1476:22, 1476:24, 1477:4, 1477:13,
1477:15, 1477:21, 1477:24, 1478:23,
1478:24, 1479:21, 1479:23, 1479:24,
1480:10, 1480:14, 1481:13, 1481:15,
1482:3, 1482:4, 1483:4, 1483:19,
1483:23, 1484:8, 1484:22, 1485:2,
1485:5, 1485:24, 1486:7, 1486:14,
1486:20, 1487:4, 1487:7, 1490:23,
1490:25, 1491:1, 1491:3, 1492:19,
1492:21, 1492:23, 1492:25, 1494:5,
1498:19, 1498:22, 1498:24, 1499:2,
1499:3, 1499:12, 1499:13, 1499:14,
1499:16, 1499:19, 1499:21, 1500:1,
1500:6, 1500:7, 1500:9, 1500:13,
1501:23, 1503:5, 1503:8, 1503:11,
1503:13, 1504:14, 1505:4, 1505:8,
1505:9, 1505:11, 1505:12, 1505:15,
1505:17, 1505:22, 1505:23, 1505:24,
1506:1, 1506:10, 1506:11, 1506:12,
1506:19, 1506:22, 1506:23, 1507:1,
1507:3, 1507:17, 1509:4, 1509:13,
1509:24, 1510:7, 1510:10, 1510:12,
1510:14, 1513:4, 1514:1, 1514:3,
1514:5, 1514:7, 1514:11, 1514:15,
1514:18, 1514:22, 1515:9, 1516:3,
1516:8, 1516:13, 1517:20, 1518:2,
1518:6, 1518:7, 1518:8, 1518:9,
1518:11, 1518:12, 1518:13, 1519:4,
1519:12, 1519:16, 1520:17, 1520:20,
1521:11, 1521:17, 1521:22, 1522:19,
1522:21, 1522:23, 1523:13, 1523:17,
1523:19, 1523:21, 1524:5, 1524:7,
1524:15, 1524:17, 1525:5, 1525:7,
1525:8, 1525:16, 1525:19, 1527:2,
1527:3, 1527:5, 1527:7, 1527:10,
1527:13, 1529:19, 1531:12, 1533:14,
1534:21, 1535:20, 1535:24, 1538:17,
1542:14, 1543:23, 1544:10, 1544:21,
1546:3, 1548:7, 1548:8, 1548:9,
1548:10, 1548:23, 1549:7, 1549:16,
1549:20, 1549:22, 1549:24, 1550:11,
1550:21, 1551:15, 1551:20, 1552:1,
1552:4, 1552:5, 1552:7, 1552:8,
1552:10, 1553:11, 1553:13, 1553:15,
1554:15, 1555:17, 1555:18, 1555:24,
1556:9, 1556:15, 1556:19, 1557:6,
1558:10, 1558:12, 1558:13, 1558:20,
1559:16, 1561:3, 1561:6, 1561:7,
1561:8, 1561:10, 1561:19, 1561:23,
1562:15, 1564:5, 1564:11, 1564:25,
1565:6, 1565:22, 1565:23, 1566:4,
1566:6, 1566:8, 1566:9, 1566:19,
1566:20, 1566:25, 1567:9, 1567:14,
1567:19, 1570:7, 1570:9, 1570:20,
1572:25, 1573:2, 1573:4, 1573:5,
1573:14, 1573:19, 1576:4, 1576:13,
1576:15, 1576:17, 1577:9, 1577:25,
1578:7, 1578:11, 1578:22, 1578:23,
1579:4, 1581:7, 1581:10, 1581:11,
1583:19, 1583:20, 1584:13, 1584:15,
1589:4, 1591:17, 1591:18
   **wasn't** - 1382:21, 1383:23, 1413:25,
1415:6, 1436:11, 1436:14, 1444:6,
1445:10, 1446:12, 1453:16, 1455:20,
1467:22, 1476:7, 1477:11, 1480:12,
1483:22, 1514:13, 1518:13, 1519:13,
1522:9, 1524:7, 1538:17, 1549:1
   **waste** - 1383:17
   **wasting** - 1416:8
   **watch** - 1499:22, 1500:1, 1500:9
   **way** - 1371:11, 1382:12, 1386:5,
1389:2, 1390:9, 1393:2, 1398:4,
1400:14, 1401:2, 1405:9, 1413:13,

1419:18, 1425:15, 1430:17, 1433:8,
1438:13, 1441:22, 1442:9, 1443:18,
1446:20, 1446:23, 1451:14, 1462:16,
1463:9, 1468:23, 1471:16, 1471:17,
1473:22, 1477:22, 1477:24, 1510:22,
1512:12, 1521:3, 1522:23, 1525:18,
1540:6, 1543:18, 1545:5, 1549:16,
1550:24, 1558:9, 1559:1, 1560:3,
1562:11, 1568:23
   **ways** - 1380:16, 1509:20, 1528:19
   **we** - 1371:5, 1371:22, 1376:3,
1376:16, 1376:17, 1377:2, 1378:3,
1379:22, 1380:3, 1380:4, 1380:15,
1380:20, 1380:22, 1383:9, 1383:12,
1383:17, 1383:25, 1385:12, 1386:10,
1386:18, 1386:20, 1387:22, 1387:23,
1391:7, 1393:3, 1396:8, 1399:24,
1399:25, 1400:1, 1400:4, 1403:12,
1404:1, 1404:13, 1405:15, 1406:6,
1406:7, 1406:8, 1406:10, 1406:23,
1408:5, 1408:6, 1408:13, 1408:19,
1409:5, 1409:6, 1410:2, 1410:3,
1410:5, 1411:5, 1411:9, 1412:23,
1413:5, 1415:4, 1416:18, 1416:19,
1416:24, 1417:12, 1418:17, 1419:3,
1419:4, 1419:9, 1419:20, 1419:22,
1419:23, 1420:10, 1420:17, 1421:12,
1423:9, 1423:18, 1424:4, 1424:17,
1425:22, 1427:16, 1427:23, 1429:3,
1430:4, 1430:9, 1431:5, 1434:7,
1435:18, 1436:4, 1436:20, 1441:24,
1442:11, 1442:16, 1445:18, 1447:20,
1449:16, 1452:4, 1452:9, 1457:18,
1458:4, 1459:8, 1459:21, 1460:20,
1460:23, 1463:16, 1469:12, 1469:18,
1472:12, 1473:3, 1474:4, 1474:5,
1474:22, 1475:1, 1475:2, 1478:1,
1479:19, 1479:25, 1481:24, 1482:2,
1484:19, 1485:11, 1486:17, 1487:8,
1487:20, 1488:2, 1488:18, 1489:4,
1489:6, 1489:16, 1489:17, 1489:18,
1489:20, 1489:23, 1490:1, 1490:2,
1490:7, 1491:4, 1491:12, 1491:15,
1493:6, 1496:15, 1496:19, 1496:23,
1508:8, 1508:9, 1511:5, 1512:13,
1513:6, 1514:24, 1514:25, 1516:11,
1521:11, 1529:8, 1532:6, 1534:9,
1535:1, 1540:2, 1540:4, 1550:2,
1560:22, 1560:24, 1561:17, 1561:25,
1562:4, 1562:5, 1562:6, 1564:5,
1569:23, 1571:16, 1572:13, 1574:18,
1577:17, 1578:5, 1578:8, 1578:24,
1581:18, 1581:22, 1588:7, 1588:9,
1588:10, 1588:25, 1589:2, 1589:5,
1589:11, 1590:16, 1591:6, 1591:8,
1591:9, 1591:14, 1591:16, 1591:25
   **We** - 1371:14, 1373:10, 1376:16,
1376:17, 1379:3, 1379:6, 1379:20,
1382:25, 1383:14, 1395:4, 1395:5,
1401:3, 1401:4, 1402:11, 1402:14,
1402:17, 1402:19, 1403:11, 1405:2,
1405:17, 1408:2, 1408:7, 1408:8,
1408:9, 1408:10, 1408:11, 1409:11,
1409:13, 1411:15, 1412:18, 1412:20,
1414:25, 1415:11, 1415:14, 1415:21,
1416:23, 1421:8, 1421:19, 1425:12,
1427:20, 1430:7, 1434:8, 1458:4,
1466:3, 1469:15, 1469:17, 1474:20,
1475:18, 1489:7, 1489:9, 1489:10,
1489:11, 1489:14, 1489:16, 1489:23,
1490:5, 1493:25, 1518:21, 1537:14,
1544:5, 1545:9, 1551:1, 1562:2,
1570:4, 1572:13, 1580:21, 1587:11,
1587:23, 1591:19
   **we'd** - 1477:5
   **We'll** - 1414:5, 1445:13, 1495:5,
1563:1
   **we'll** - 1377:10, 1443:18, 1447:6,
1459:16, 1544:14, 1588:22
   **we're** - 1376:21, 1377:6, 1393:8,

1429:25, 1430:1, 1443:10, 1460:2,
1470:10, 1471:9, 1479:17, 1479:20,
1497:21, 1499:10
   **We're** - 1377:5, 1408:18, 1463:20,
1492:12, 1558:17, 1563:4
   **We've** - 1434:4, 1464:10
   **we've** - 1377:3, 1378:8, 1380:18,
1511:17, 1550:2
   **weak** - 1387:10, 1487:7
   **weapon** - 1546:3
   **weapons** - 1393:16, 1465:6
   **weather** - 1572:22
   **week** - 1377:4, 1420:24, 1422:21,
1422:23, 1427:25, 1553:15
   **weekend** - 1463:6, 1588:10
   **weeks** - 1425:22
   **weighs** - 1375:2
   **weight** - 1399:11, 1438:3, 1584:4,
1584:6
   **Well** - 1381:18, 1384:2, 1389:9,
1393:3, 1417:25, 1436:10, 1436:20,
1459:23, 1502:1, 1502:23, 1505:19,
1506:7, 1511:16, 1515:2, 1520:17,
1528:13, 1548:25, 1556:4, 1578:7,
1583:19, 1587:10, 1589:13
   **well** - 1371:13, 1372:1, 1373:11,
1375:15, 1377:15, 1381:9, 1383:16,
1424:21, 1425:5, 1425:18, 1430:19,
1439:14, 1446:6, 1447:25, 1450:3,
1459:15, 1469:17, 1472:11, 1506:10,
1507:4, 1525:7, 1540:22, 1590:13,
1590:22, 1591:1, 1592:8
   **well-recognized** - 1506:10
   **went** - 1385:16, 1387:15, 1389:6,
1404:19, 1406:9, 1415:19, 1423:14,
1423:22, 1425:24, 1433:10, 1442:1,
1469:11, 1516:11, 1521:21, 1530:2,
1530:5, 1531:8, 1559:19, 1564:24
   **were** - 1373:17, 1374:5, 1374:8,
1374:9, 1374:10, 1374:18, 1374:19,
1378:14, 1378:16, 1378:17, 1378:22,
1378:25, 1379:1, 1379:18, 1380:11,
1380:20, 1381:11, 1381:16, 1385:6,
1386:10, 1386:15, 1388:14, 1388:20,
1389:2, 1391:6, 1391:23, 1392:12,
1392:14, 1393:25, 1400:4, 1403:2,
1403:11, 1405:8, 1406:6, 1406:7,
1406:8, 1406:10, 1406:20, 1408:15,
1409:11, 1409:12, 1410:2, 1411:5,
1411:25, 1414:22, 1414:24, 1415:14,
1415:20, 1415:22, 1418:8, 1419:4,
1419:9, 1419:10, 1419:20, 1419:22,
1423:1, 1423:6, 1425:1, 1425:5,
1427:13, 1427:16, 1427:20, 1427:23,
1428:17, 1432:16, 1432:23, 1433:17,
1434:11, 1435:13, 1435:14, 1435:23,
1438:15, 1439:7, 1439:18, 1439:20,
1439:25, 1440:1, 1440:2, 1440:6,
1440:24, 1441:2, 1441:9, 1441:16,
1442:9, 1445:18, 1445:21, 1449:8,
1458:4, 1460:15, 1464:2, 1467:11,
1467:14, 1469:5, 1469:6, 1471:21,
1475:9, 1475:18, 1477:1, 1485:19,
1486:9, 1492:24, 1494:11, 1496:15,
1496:19, 1497:18, 1497:21, 1498:12,
1498:15, 1500:5, 1503:23, 1503:25,
1504:20, 1504:23, 1505:3, 1505:20,
1506:7, 1506:14, 1507:4, 1507:5,
1507:7, 1507:9, 1507:12, 1507:14,
1507:25, 1508:25, 1509:3, 1509:7,
1509:8, 1509:11, 1509:15, 1509:18,
1510:16, 1512:5, 1513:13, 1514:25,
1519:12, 1524:23, 1525:16, 1526:19,
1528:15, 1535:16, 1546:25, 1548:15,
1548:21, 1551:5, 1551:24, 1553:18,
1553:25, 1561:17, 1561:18, 1562:2,
1565:1, 1566:2, 1567:13, 1567:14,
1568:1, 1569:4, 1571:24, 1572:6,
1576:7, 1576:8, 1576:10, 1576:11,
1577:9, 1579:12, 1583:18, 1589:6,

1589:7
**Were** - 1378:12, 1398:7, 1404:4, 1405:6, 1409:10, 1430:6, 1572:24, 1583:18
**weren't** - 1435:6, 1445:24, 1464:4, 1468:14, 1470:19, 1471:20, 1486:21, 1511:21, 1524:3, 1532:17
**Weren't** - 1446:1, 1446:3
**Westlaw** - 1450:16
**What** - 1385:6, 1387:8, 1388:25, 1389:7, 1390:25, 1395:17, 1396:14, 1397:14, 1399:17, 1400:10, 1402:10, 1404:8, 1405:13, 1406:4, 1406:18, 1407:20, 1408:3, 1408:25, 1412:8, 1413:20, 1415:16, 1416:7, 1417:10, 1417:21, 1419:1, 1419:14, 1419:16, 1421:16, 1422:19, 1423:12, 1424:8, 1424:19, 1425:25, 1426:6, 1426:23, 1427:2, 1430:2, 1431:12, 1437:6, 1442:16, 1443:16, 1453:5, 1457:14, 1464:24, 1465:16, 1484:17, 1488:15, 1488:17, 1502:22, 1505:6, 1506:1, 1519:12, 1533:10, 1540:17, 1542:21, 1543:2, 1547:9, 1557:18, 1558:4, 1560:7, 1560:13, 1561:10, 1561:16, 1569:13, 1570:18, 1573:13, 1576:11, 1578:6, 1591:14, 1592:3
**what** - 1372:20, 1375:1, 1375:22, 1377:6, 1377:7, 1378:17, 1379:8, 1379:14, 1379:25, 1380:24, 1381:19, 1381:21, 1381:25, 1382:1, 1382:7, 1382:13, 1382:14, 1383:16, 1384:13, 1384:24, 1385:1, 1385:2, 1386:8, 1387:19, 1388:7, 1388:20, 1388:25, 1390:16, 1394:7, 1395:1, 1396:9, 1396:25, 1397:19, 1397:22, 1398:10, 1398:18, 1398:19, 1398:20, 1399:18, 1401:23, 1406:25, 1408:3, 1408:4, 1408:15, 1409:8, 1409:12, 1409:15, 1410:8, 1411:18, 1412:8, 1412:12, 1412:15, 1413:9, 1414:24, 1415:22, 1416:2, 1416:21, 1417:18, 1417:25, 1418:1, 1418:3, 1419:3, 1419:4, 1419:14, 1419:23, 1422:9, 1422:14, 1424:10, 1424:11, 1424:12, 1424:15, 1426:2, 1435:18, 1437:4, 1438:9, 1438:11, 1438:18, 1439:7, 1439:18, 1439:19, 1439:20, 1440:1, 1440:2, 1440:4, 1440:6, 1440:17, 1440:24, 1441:1, 1441:9, 1441:16, 1441:25, 1443:25, 1444:6, 1444:7, 1444:17, 1444:21, 1447:25, 1448:1, 1449:16, 1450:23, 1451:6, 1451:16, 1452:4, 1452:5, 1455:2, 1455:19, 1455:21, 1455:25, 1457:15, 1457:16, 1457:21, 1458:2, 1458:16, 1459:1, 1459:2, 1459:4, 1459:21, 1460:18, 1461:11, 1463:16, 1465:11, 1468:7, 1472:4, 1474:2, 1474:15, 1474:25, 1475:25, 1477:19, 1480:5, 1481:19, 1482:4, 1482:18, 1483:15, 1484:15, 1485:5, 1487:17, 1488:7, 1490:22, 1491:20, 1492:23, 1492:24, 1493:8, 1493:11, 1493:15, 1493:16, 1496:23, 1499:10, 1499:19, 1499:21, 1505:2, 1506:16, 1510:5, 1510:9, 1510:14, 1513:7, 1513:14, 1517:12, 1518:6, 1519:4, 1519:18, 1519:24, 1520:2, 1521:20, 1522:3, 1522:13, 1523:5, 1523:13, 1523:21, 1524:8, 1524:13, 1526:14, 1526:22, 1526:25, 1527:2, 1527:5, 1527:6, 1527:7, 1527:9, 1527:10, 1527:17, 1528:2, 1528:5, 1529:12, 1529:14, 1529:21, 1529:22, 1529:23, 1530:9, 1532:19, 1534:9, 1534:1, 1534:13, 1534:14, 1534:15, 1534:18, 1534:21, 1534:25, 1535:6, 1535:9, 1535:24, 1536:15, 1536:18, 1537:3, 1537:6, 1537:25, 1538:17, 1538:19, 1538:23, 1539:5, 1539:6, 1539:11, 1539:12, 1539:22, 1541:1, 1542:3, 1542:18, 1543:5, 1543:16, 1543:17, 1545:25, 1550:13, 1550:15, 1552:5, 1555:18, 1559:16, 1560:19, 1560:21, 1560:24, 1561:15, 1562:10, 1566:4, 1567:9, 1568:6, 1571:21, 1575:13, 1576:1, 1576:13, 1576:18, 1577:1, 1578:22, 1580:16, 1580:19, 1581:16, 1582:1, 1582:8, 1582:17, 1582:25, 1583:1, 1583:7, 1584:9, 1587:18, 1588:19, 1588:20, 1589:6, 1589:8, 1589:23, 1590:2, 1590:9
**What's** - 1372:3, 1373:4, 1373:9, 1417:18, 1431:23, 1432:14, 1516:24, 1520:22, 1570:21, 1582:5
**what's** - 1386:21, 1390:21, 1395:9, 1395:13, 1418:1, 1421:13, 1424:12, 1429:5, 1433:22, 1449:9, 1475:5, 1531:23, 1532:2, 1538:13, 1566:17, 1567:23, 1569:8, 1570:15, 1573:10, 1575:25, 1581:24, 1583:22
**whatever** - 1383:25, 1418:19, 1436:6, 1436:8, 1459:12, 1470:5, 1491:17, 1497:16, 1537:24, 1549:24, 1549:25, 1552:2, 1589:20, 1590:8
**When** - 1378:3, 1381:1, 1390:14, 1394:3, 1402:7, 1411:25, 1412:6, 1417:6, 1423:6, 1425:21, 1430:14, 1433:10, 1458:12, 1458:22, 1474:21, 1502:25, 1503:5, 1504:25, 1505:2, 1505:3, 1509:3, 1519:1, 1531:11, 1548:9, 1552:5, 1574:25, 1575:24
**when** - 1379:10, 1385:6, 1387:14, 1387:15, 1390:8, 1390:9, 1397:1, 1397:2, 1397:5, 1397:8, 1404:19, 1406:9, 1408:10, 1409:23, 1412:1, 1412:7, 1417:6, 1417:11, 1420:14, 1421:7, 1423:1, 1423:22, 1424:22, 1426:8, 1430:20, 1433:13, 1435:6, 1437:19, 1441:2, 1442:3, 1442:5, 1442:10, 1442:11, 1443:2, 1443:9, 1444:1, 1446:3, 1449:12, 1449:13, 1452:18, 1453:6, 1454:16, 1463:22, 1466:23, 1466:25, 1469:1, 1469:5, 1472:25, 1471:8, 1473:2, 1477:4, 1479:23, 1483:14, 1485:19, 1488:13, 1496:7, 1497:2, 1508:24, 1508:25, 1509:8, 1509:11, 1510:10, 1512:5, 1522:14, 1524:6, 1529:22, 1534:15, 1544:20, 1545:2, 1547:11, 1548:6, 1549:17, 1550:5, 1550:16, 1552:13, 1552:14, 1556:1, 1558:12, 1558:20, 1558:23, 1558:24, 1564:10, 1566:2, 1568:1, 1572:10, 1572:17, 1572:25, 1573:19, 1581:7, 1581:10
**where** - 1375:5, 1377:2, 1377:7, 1380:13, 1382:11, 1386:15, 1394:12, 1397:20, 1404:13, 1408:13, 1416:11, 1417:1, 1422:2, 1427:15, 1451:3, 1453:11, 1457:18, 1477:15, 1486:9, 1487:21, 1518:19, 1528:14, 1543:22, 1544:2, 1544:17, 1555:1, 1558:16, 1561:17, 1565:7, 1572:18, 1574:3, 1574:20, 1584:13
**Where** - 1553:11, 1554:19, 1554:23
**whereabouts** - 1492:17
**Whereupon** - 1588:12
**wherever** - 1424:3
**whether** - 1381:13, 1381:22, 1382:2, 1382:4, 1384:7, 1395:3, 1395:14, 1396:19, 1405:15, 1405:16, 1407:2, 1408:15, 1418:19, 1420:8, 1437:19, 1438:20, 1438:23, 1439:4, 1439:5, 1439:6, 1439:16, 1440:7, 1440:16, 1440:17, 1441:11, 1441:16, 1463:15, 1480:3, 1481:5, 1482:10, 1503:10, 1505:22, 1506:1, 1506:18, 1514:24, 1515:7, 1516:3, 1518:19, 1518:23, 1523:24, 1548:7, 1561:25, 1562:1, 1569:11, 1575:16, 1576:11, 1576:15, 1577:20, 1578:9, 1578:19, 1587:13
**Whether** - 1493:20, 1522:23, 1523:14
**Which** - 1422:1, 1506:9
**which** - 1371:25, 1375:7, 1384:23, 1392:13, 1402:5, 1408:5, 1424:22, 1427:3, 1430:21, 1443:17, 1443:21, 1446:14, 1453:6, 1455:8, 1471:25, 1472:5, 1478:5, 1478:9, 1479:20, 1482:12, 1486:16, 1496:20, 1503:2, 1510:11, 1513:5, 1524:13, 1548:23, 1553:19, 1555:22, 1558:5, 1566:19, 1572:18, 1575:12, 1581:3, 1585:4, 1586:16, 1587:20, 1588:6, 1589:7
**While** - 1429:25, 1531:6
**while** - 1389:9, 1389:15, 1402:12, 1407:16, 1557:6, 1580:5
**white** - 1425:7, 1426:9, 1426:17, 1500:13, 1539:14, 1539:16
**White** - 1379:12, 1379:16, 1391:6, 1427:18, 1428:14, 1428:16, 1428:20, 1486:15, 1549:7, 1575:8
**Whitney** - 1481:14, 1481:15
**Who** - 1387:25, 1389:20, 1426:17, 1469:18, 1481:12, 1509:24, 1556:7, 1556:11, 1571:4
**who** - 1381:13, 1384:14, 1384:16, 1387:22, 1388:5, 1388:12, 1389:4, 1389:18, 1391:24, 1392:8, 1392:14, 1394:12, 1397:13, 1397:16, 1401:14, 1401:23, 1401:25, 1405:1, 1407:14, 1407:15, 1408:11, 1409:4, 1409:14, 1409:24, 1410:3, 1411:18, 1415:4, 1416:14, 1425:19, 1426:9, 1426:19, 1427:19, 1427:22, 1428:21, 1428:25, 1429:8, 1453:14, 1454:5, 1454:12, 1454:18, 1464:18, 1464:22, 1465:18, 1466:9, 1466:23, 1466:25, 1468:20, 1477:2, 1477:13, 1481:2, 1481:15, 1482:9, 1483:24, 1488:18, 1488:24, 1494:5, 1498:2, 1498:9, 1505:23, 1506:10, 1509:4, 1509:12, 1509:24, 1510:7, 1511:13, 1511:16, 1512:4, 1513:17, 1514:22, 1516:8, 1521:13, 1524:22, 1526:23, 1538:13, 1538:21, 1543:24, 1544:13, 1548:4, 1556:14, 1566:25, 1570:6, 1570:7, 1570:8, 1571:3, 1578:10, 1580:14
**whole** - 1373:18, 1384:17, 1439:10, 1446:12, 1460:8, 1517:3, 1517:10, 1517:19, 1520:5, 1572:24, 1576:4, 1578:8, 1588:1
**whom** - 1580:14
**whose** - 1380:11, 1500:1, 1510:12, 1528:21
**Why** - 1374:12, 1374:13, 1382:19, 1391:3, 1393:1, 1403:25, 1408:25, 1416:9, 1418:12, 1420:2, 1424:9, 1460:23, 1551:25, 1576:8, 1576:10, 1590:15
**why** - 1374:24, 1380:2, 1381:16, 1384:21, 1420:3, 1424:13, 1449:25, 1453:4, 1455:20, 1456:19, 1457:7, 1460:19, 1469:12, 1475:20, 1476:2, 1477:12, 1477:16, 1484:4, 1484:13, 1487:10, 1506:14, 1520:5, 1537:7, 1547:16, 1555:5, 1555:11, 1574:5, 1589:24, 1591:14
**wide** - 1584:2
**wife** - 1394:11, 1411:21
**Wilfred** - 1569:24
**Will** - 1460:25
**will** - 1376:22, 1377:11, 1384:3, 1384:9, 1385:25, 1398:2, 1414:5, 1429:18, 1429:23, 1430:18, 1430:25, 1431:1, 1431:5, 1432:6, 1432:8, 1432:9, 1439:2, 1444:4, 1449:12, 1456:21, 1484:15, 1485:5, 1485:23, 1486:1, 1486:6, 1486:7, 1486:8, 1510:19, 1533:23, 1537:8, 1542:21, 1545:23, 1560:10, 1570:3, 1578:15,

1582:12, 1587:11, 1587:20, 1587:23,
1587:24, 1587:25, 1588:1, 1588:2,
1588:3, 1588:5, 1588:7, 1588:10,
1588:25, 1590:1, 1590:5, 1590:10,
1590:15, 1590:16, 1591:4, 1591:21,
1591:25, 1592:5
**Willems** - 1556:15, 1556:19
**Williams** - 1393:21
**Willibas** - 1501:19, 1504:1, 1504:22,
1506:1
**willing** - 1406:23, 1417:17, 1417:20,
1417:24, 1424:16, 1428:15, 1449:15,
1452:4, 1466:21, 1480:6, 1534:10
**Wilshire** - 1538:21
**wind** - 1530:19
**winding** - 1530:25
**window** - 1573:3, 1574:22
**wing** - 1575:21
**wing-wing** - 1575:21
**wiretap** - 1378:21, 1401:8, 1528:17
**wiretapped** - 1378:13
**wiretapping** - 1507:5
**wiring** - 1378:19
**With** - 1414:8, 1440:19, 1524:1,
1543:6, 1543:19, 1590:24
**with** - 1371:6, 1372:8, 1373:13,
1373:15, 1373:16, 1373:21, 1374:22,
1377:5, 1379:16, 1382:6, 1382:19,
1382:21, 1382:25, 1383:15, 1384:8,
1387:12, 1388:7, 1388:9, 1388:10,
1389:4, 1389:6, 1389:14, 1390:2,
1390:6, 1390:12, 1390:17, 1390:20,
1391:1, 1392:6, 1392:8, 1393:12,
1393:20, 1394:3, 1394:4, 1394:17,
1394:21, 1395:2, 1396:7, 1397:6,
1397:8, 1397:14, 1397:20, 1398:4,
1398:7, 1399:19, 1400:5, 1401:15,
1401:22, 1401:25, 1402:10, 1402:12,
1403:4, 1404:9, 1405:4, 1405:15,
1405:16, 1406:5, 1408:9, 1408:10,
1409:3, 1409:4, 1409:6, 1410:5,
1410:10, 1411:4, 1411:8, 1411:22,
1412:16, 1413:13, 1415:2, 1415:17,
1415:19, 1416:6, 1416:12, 1416:13,
1416:14, 1416:19, 1417:6, 1417:7,
1418:18, 1419:2, 1419:20, 1420:13,
1420:17, 1421:5, 1422:14, 1422:22,
1423:14, 1425:7, 1426:18, 1426:24,
1427:16, 1428:2, 1429:1, 1429:7,
1430:5, 1431:19, 1432:11, 1432:23,
1436:1, 1439:3, 1440:15, 1441:23,
1442:4, 1443:1, 1443:16, 1444:7,
1445:7, 1446:21, 1447:20, 1450:1,
1451:16, 1452:2, 1454:2, 1454:8,
1454:11, 1454:19, 1455:11, 1458:10,
1459:23, 1460:14, 1461:10, 1462:7,
1464:6, 1464:12, 1465:2, 1465:3,
1465:8, 1466:23, 1470:20, 1470:25,
1471:1, 1471:4, 1471:6, 1471:19,
1472:15, 1472:18, 1474:8, 1475:8,
1475:10, 1475:23, 1475:24, 1476:5,
1477:25, 1478:14, 1478:25, 1482:8,
1482:21, 1483:12, 1485:24, 1486:24,
1490:1, 1490:7, 1491:17, 1492:7,
1494:1, 1494:6, 1496:17, 1497:3,
1497:14, 1497:15, 1497:24, 1498:4,
1498:11, 1498:16, 1499:3, 1501:2,
1501:7, 1501:9, 1505:8, 1505:19,
1505:20, 1507:3, 1507:5, 1507:7,
1507:9, 1507:19, 1508:3, 1508:25,
1509:3, 1510:2, 1510:6, 1512:5,
1515:7, 1518:18, 1518:21, 1518:23,
1519:5, 1520:5, 1520:8, 1520:21,
1521:8, 1524:1, 1524:15, 1524:21,
1526:16, 1526:19, 1527:3, 1529:8,
1530:5, 1530:6, 1530:10, 1530:13,
1530:20, 1531:8, 1533:4, 1534:8,
1536:15, 1537:1, 1538:7, 1538:8,
1538:11, 1538:25, 1539:1, 1539:10,
1539:12, 1539:14, 1542:18, 1542:22,

1543:2, 1543:3, 1543:9, 1543:20,
1543:21, 1543:25, 1544:4, 1544:12,
1544:16, 1545:18, 1545:23, 1548:8,
1549:10, 1550:14, 1551:13, 1552:23,
1552:25, 1553:5, 1553:25, 1555:10,
1555:15, 1555:18, 1556:16, 1556:23,
1557:22, 1558:7, 1558:9, 1558:17,
1558:20, 1559:9, 1559:10, 1564:7,
1564:11, 1564:12, 1564:16, 1564:19,
1564:20, 1564:22, 1564:23, 1565:11,
1565:12, 1565:13, 1565:15, 1565:16,
1565:19, 1566:19, 1567:13, 1567:17,
1571:4, 1572:6, 1572:15, 1573:19,
1575:5, 1575:10, 1575:13, 1575:17,
1575:13, 1581:16, 1581:20, 1589:9,
1589:12, 1589:17, 1591:12, 1591:21
**withdraw** - 1427:13, 1427:23,
1428:15, 1434:11, 1451:13
**Withdrawn** - 1383:5, 1470:25,
1493:19
**withdrawn** - 1524:14, 1565:5
**Without** - 1555:1
**without** - 1431:2, 1451:25, 1494:11,
1511:6, 1522:8, 1522:11, 1567:24
**withstand** - 1482:18
**witness** - 1377:22, 1382:2, 1386:13,
1387:22, 1387:23, 1388:24, 1389:8,
1392:23, 1393:5, 1393:6, 1399:20,
1400:4, 1400:7, 1400:11, 1401:5,
1402:22, 1405:9, 1407:2, 1418:15,
1418:22, 1420:7, 1424:20, 1424:21,
1429:2, 1433:3, 1436:11, 1436:16,
1436:22, 1437:6, 1439:22, 1443:5,
1443:6, 1443:8, 1445:23, 1453:12,
1453:14, 1453:16, 1453:17, 1453:22,
1453:25, 1454:1, 1454:9, 1454:17,
1454:20, 1455:1, 1455:6, 1455:9,
1461:23, 1467:1, 1469:24, 1470:3,
1470:4, 1472:8, 1472:10, 1476:21,
1477:1, 1477:13, 1480:14, 1482:20,
1483:3, 1483:4, 1483:10, 1483:11,
1483:18, 1483:20, 1483:22, 1483:24,
1484:12, 1491:2, 1491:9, 1491:14,
1493:23, 1497:4, 1497:17, 1497:20,
1498:2, 1498:3, 1498:9, 1511:22,
1517:20, 1517:23, 1518:9, 1518:14,
1520:9, 1521:4, 1521:6, 1522:7,
1525:15, 1526:2, 1537:18, 1544:5,
1546:13, 1580:5
**Witness** - 1403:8, 1449:20, 1449:24,
1456:23, 1457:1, 1461:5, 1461:13,
1461:17, 1461:19, 1473:12, 1473:15,
1482:23, 1482:25, 1484:9, 1486:20,
1486:22, 1492:2, 1492:5, 1494:17,
1494:19, 1494:21, 1507:17, 1507:20,
1507:23, 1514:13, 1579:23, 1593:2
**witness'** - 1534:3
**witnesses** - 1387:13, 1393:4, 1399:6,
1400:4, 1400:5, 1415:4, 1416:13,
1437:2, 1452:22, 1454:3, 1455:11,
1474:23, 1475:15, 1487:5, 1488:20,
1489:20, 1525:10, 1525:14, 1538:9,
1546:4, 1549:5, 1562:4, 1562:5
**witnesses'** - 1534:10
**woman** - 1438:7, 1443:22, 1444:25,
1445:5, 1450:20, 1516:8
**won't** - 1424:5, 1451:14, 1455:14,
1475:1, 1539:15, 1588:4
**wondering** - 1531:3
**Word** - 1391:2, 1391:6, 1391:7
**word** - 1417:23, 1431:19, 1469:13,
1472:5, 1472:8, 1472:11, 1482:4,
1539:18, 1539:19, 1539:21, 1539:22,
1550:22, 1559:25
**words** - 1396:25, 1417:1, 1417:3,
1471:23, 1472:2, 1472:4, 1475:9,
1476:23, 1476:24, 1485:25, 1486:5,
1489:22, 1491:16, 1491:20, 1491:21,
1491:25, 1492:2, 1497:18, 1519:21,
1527:10, 1539:4, 1542:5, 1542:7,

1542:8, 1545:20
**work** - 1426:19, 1426:20, 1427:15,
1428:18, 1441:23, 1445:7, 1549:24,
1580:20, 1581:2, 1581:13, 1581:16,
1587:14, 1588:25
**workable** - 1422:11
**worked** - 1406:8, 1407:19, 1437:12,
1454:11, 1556:17, 1580:24
**workers** - 1388:12
**working** - 1407:15, 1408:13, 1416:14,
1428:17, 1429:1, 1429:8, 1429:22,
1432:15, 1465:3, 1470:22, 1504:20,
1504:23, 1505:3, 1505:4, 1505:9,
1505:11, 1505:15, 1505:17, 1505:22,
1506:2, 1547:3, 1548:1, 1548:4,
1548:23, 1549:1, 1550:5, 1552:1,
1566:6, 1566:9, 1566:19
**works** - 1408:12, 1428:2, 1512:23,
1513:1
**world** - 1374:13, 1374:15, 1374:25,
1397:12, 1471:15
**worry** - 1562:7
**worse** - 1399:24
**worth** - 1410:6, 1442:2, 1519:17
**would** - 1382:2, 1382:4, 1382:25,
1384:5, 1384:25, 1385:11, 1392:21,
1393:16, 1397:6, 1397:13, 1397:18,
1397:19, 1397:22, 1399:4, 1399:8,
1400:16, 1401:6, 1401:12, 1405:18,
1406:21, 1406:23, 1407:23, 1411:3,
1411:8, 1411:11, 1416:1, 1418:14,
1418:20, 1418:23, 1420:12, 1423:19,
1423:20, 1423:21, 1424:9, 1424:13,
1424:17, 1425:24, 1428:10, 1428:12,
1428:15, 1428:23, 1435:8, 1435:11,
1435:12, 1436:8, 1436:25, 1437:9,
1438:10, 1438:13, 1438:14, 1438:20,
1438:21, 1439:3, 1439:8, 1439:17,
1439:19, 1439:24, 1440:1, 1440:2,
1440:9, 1440:24, 1441:1, 1441:10,
1441:13, 1441:15, 1441:19, 1441:22,
1441:23, 1441:24, 1442:2, 1442:7,
1442:9, 1442:11, 1442:12, 1442:14,
1442:16, 1443:16, 1443:17, 1447:6,
1450:3, 1453:15, 1454:6, 1456:6,
1456:15, 1460:23, 1460:24, 1465:7,
1467:21, 1468:8, 1468:10, 1471:25,
1474:25, 1477:3, 1478:5, 1482:5,
1483:24, 1484:17, 1491:1, 1491:11,
1493:6, 1497:3, 1497:16, 1497:20,
1497:23, 1498:7, 1498:15, 1513:12,
1513:18, 1513:20, 1515:12, 1515:17,
1517:10, 1518:19, 1518:24, 1519:22,
1519:25, 1520:3, 1520:23, 1522:25,
1523:12, 1523:13, 1526:3, 1526:4,
1528:12, 1528:13, 1532:2, 1537:21,
1539:2, 1540:22, 1540:24, 1545:18,
1550:22, 1552:7, 1553:16, 1553:20,
1555:14, 1557:16, 1559:17, 1560:20,
1560:21, 1560:22, 1562:1, 1564:13,
1567:23, 1568:16, 1573:2, 1575:14,
1576:2, 1580:23, 1581:18, 1582:20,
1582:23, 1583:11, 1585:5, 1587:24,
1588:19, 1588:24, 1589:11, 1591:8,
1591:9, 1591:16
**Would** - 1414:21, 1445:11, 1496:5,
1504:21, 1506:16, 1568:3
**wouldn't** - 1424:8, 1441:19, 1443:9,
1443:14, 1443:21, 1445:5, 1480:9,
1494:8, 1497:25, 1522:15, 1525:21,
1562:7, 1589:22
**Wouldn't** - 1439:5
**wow** - 1572:23
**write** - 1385:4, 1456:16, 1478:10,
1535:5, 1550:4, 1550:11, 1562:9,
1568:23
**writes** - 1513:23
**writing** - 1385:14, 1396:14, 1458:14,
1534:25, 1549:8, 1549:10, 1549:14,
1561:15, 1590:6, 1591:21

**written** - 1373:16, 1429:16, 1432:12, 1484:14, 1484:22, 1485:4, 1486:12, 1513:16
**wrong** - 1376:18, 1546:2, 1552:13
**wrongdoing** - 1398:5, 1398:8, 1398:11, 1399:19
**wrote** - 1372:14, 1414:17, 1456:17, 1458:8, 1458:20, 1486:15, 1513:25, 1514:15, 1550:3
**wuss** - 1397:4

## X

X - 1370:2, 1370:7, 1468:10

## Y

**Yahoo** - 1557:15
**Yankees** - 1497:16
**Yeah** - 1555:13, 1584:11
**yeah** - 1493:9, 1555:13, 1556:6
**year** - 1434:5, 1470:10, 1580:25
**years** - 1405:5, 1432:10, 1451:2, 1451:4, 1451:8, 1451:11, 1452:9, 1468:18, 1468:19, 1468:20, 1478:23, 1521:19, 1529:3, 1569:1
**yell** - 1439:13
**yellow** - 1572:18
**yes** - 1393:12, 1403:21, 1409:11, 1420:24, 1430:16, 1434:23, 1434:24, 1435:10, 1435:18, 1435:24, 1435:25, 1436:18, 1436:25, 1437:8, 1437:21, 1437:22, 1438:18, 1439:3, 1439:7, 1439:18, 1440:21, 1441:12, 1441:18, 1441:25, 1442:8, 1442:16, 1442:17, 1443:20, 1445:23, 1446:11, 1446:13, 1449:5, 1449:10, 1450:6, 1451:8, 1451:17, 1452:20, 1452:23, 1454:23, 1455:7, 1455:25, 1456:9, 1457:11, 1458:1, 1458:5, 1460:9, 1462:21, 1467:9, 1467:16, 1468:16, 1469:15, 1472:23, 1473:1, 1474:10, 1475:8, 1476:2, 1476:25, 1477:19, 1478:15, 1483:8, 1484:10, 1484:20, 1487:12, 1493:7, 1493:11, 1493:22, 1494:4, 1495:3, 1498:1, 1498:18, 1499:5, 1499:13, 1500:4, 1500:6, 1503:4, 1505:4, 1505:10, 1505:5, 1510:9, 1513:3, 1514:20, 1515:17, 1517:21, 1518:16, 1518:22, 1519:11, 1519:15, 1521:3, 1522:6, 1522:13, 1523:5, 1523:8, 1523:13, 1524:12, 1525:15, 1526:18, 1527:5, 1527:7, 1527:10, 1527:15, 1527:17, 1529:21, 1529:24, 1530:7, 1530:24, 1531:2, 1535:24, 1536:13, 1536:25, 1537:6, 1539:3, 1540:6, 1541:1, 1543:5, 1543:18, 1545:1, 1545:20, 1551:7, 1551:11, 1551:24, 1552:4, 1554:15, 1557:6, 1559:18, 1565:11, 1575:9, 1587:14
**Yes** - 1374:3, 1378:16, 1378:24, 1379:7, 1379:20, 1379:22, 1381:4, 1381:10, 1381:12, 1382:14, 1384:12, 1385:17, 1385:22, 1386:25, 1390:24, 1391:24, 1394:25, 1396:23, 1398:9, 1398:15, 1399:16, 1403:16, 1409:25, 1411:17, 1413:15, 1413:25, 1414:5, 1417:19, 1420:16, 1420:19, 1420:22, 1421:4, 1421:25, 1422:13, 1423:5, 1423:11, 1424:4, 1424:25, 1425:3, 1425:6, 1429:15, 1429:21, 1430:20, 1431:21, 1432:5, 1432:13, 1434:10, 1434:13, 1434:20, 1434:25, 1435:5, 1435:20, 1436:15, 1437:14, 1437:23, 1439:15, 1439:24, 1440:4, 1440:8, 1440:20, 1440:22, 1442:9, 1443:15, 1445:12, 1445:20, 1447:15, 1447:23, 1448:5, 1451:24, 1452:16, 1452:25, 1453:2, 1453:10, 1456:11, 1456:13, 1457:1, 1458:21, 1459:25, 1461:22,

1462:1, 1462:3, 1463:2, 1463:5, 1463:13, 1464:15, 1466:1, 1466:18, 1467:9, 1468:22, 1470:10, 1471:19, 1472:17, 1472:18, 1473:12, 1473:15, 1473:21, 1481:4, 1481:8, 1481:13, 1484:9, 1484:18, 1484:23, 1485:3, 1485:10, 1485:14, 1486:11, 1488:21, 1488:23, 1489:1, 1489:13, 1489:25, 1490:10, 1490:12, 1491:16, 1492:18, 1492:20, 1494:19, 1494:21, 1496:21, 1496:25, 1497:8, 1497:19, 1498:21, 1498:23, 1499:1, 1499:9, 1499:11, 1499:15, 1499:18, 1500:12, 1500:19, 1501:8, 1501:10, 1501:12, 1501:14, 1501:24, 1502:3, 1502:7, 1502:9, 1502:11, 1502:13, 1502:15, 1502:17, 1502:19, 1503:1, 1503:22, 1503:25, 1504:8, 1504:10, 1507:4, 1507:23, 1507:25, 1508:17, 1508:19, 1508:21, 1508:23, 1509:2, 1509:17, 1510:1, 1511:3, 1511:7, 1511:18, 1511:20, 1512:1, 1512:3, 1512:7, 1512:15, 1512:22, 1512:25, 1513:15, 1513:25, 1514:8, 1514:17, 1516:21, 1517:15, 1517:21, 1518:10, 1520:4, 1520:13, 1520:19, 1520:22, 1521:1, 1521:5, 1521:12, 1521:14, 1521:16, 1521:18, 1521:24, 1523:10, 1524:20, 1525:1, 1525:3, 1525:9, 1526:20, 1527:2, 1528:23, 1529:2, 1529:7, 1529:18, 1530:4, 1530:14, 1530:17, 1531:5, 1531:10, 1531:14, 1531:16, 1531:18, 1531:20, 1531:22, 1531:25, 1532:4, 1532:7, 1532:11, 1532:13, 1532:21, 1532:24, 1533:1, 1533:3, 1533:6, 1533:9, 1533:13, 1533:16, 1533:20, 1534:1, 1534:5, 1534:17, 1534:23, 1535:14, 1535:19, 1536:8, 1536:20, 1537:10, 1537:13, 1537:20, 1538:5, 1539:24, 1540:1, 1542:11, 1542:13, 1542:16, 1542:24, 1543:8, 1544:3, 1544:9, 1544:19, 1545:14, 1545:17, 1548:3, 1548:13, 1548:19, 1548:22, 1549:2, 1549:6, 1549:9, 1549:15, 1549:21, 1549:23, 1550:20, 1551:4, 1551:9, 1551:14, 1551:17, 1552:12, 1552:17, 1552:19, 1552:24, 1553:22, 1554:2, 1554:5, 1554:7, 1554:9, 1555:3, 1555:8, 1555:25, 1556:3, 1556:25, 1557:8, 1557:12, 1557:17, 1557:21, 1558:11, 1558:14, 1558:21, 1559:4, 1559:7, 1559:12, 1561:5, 1561:9, 1565:4, 1565:8, 1565:11, 1566:21, 1567:3, 1567:20, 1568:8, 1569:7, 1569:12, 1571:6, 1572:9, 1572:11, 1572:16, 1573:7, 1573:9, 1573:12, 1573:21, 1574:1, 1574:19, 1575:11, 1575:15, 1577:13, 1577:16, 1579:7, 1580:3, 1580:13, 1581:9, 1581:15, 1582:16, 1584:15, 1584:24, 1584:25, 1586:3, 1587:1, 1587:5, 1587:7, 1587:9, 1592:2
**yesterday** - 1376:20, 1378:3, 1379:6, 1464:12, 1464:14, 1469:5, 1469:9, 1469:13, 1476:4
**Yesterday** - 1380:15
**Yet** - 1418:25, 1511:24
**yet** - 1418:2, 1509:19, 1510:23, 1589:10
**York** - 1370:1, 1370:5, 1370:21, 1393:22, 1394:3, 1402:2, 1403:21, 1407:16, 1430:12, 1468:9, 1566:9, 1586:10
**You** - 1374:22, 1376:1, 1380:17, 1381:25, 1382:1, 1384:9, 1384:14, 1385:16, 1386:22, 1392:22, 1393:1, 1393:23, 1396:1, 1396:6, 1396:10, 1396:25, 1397:25, 1404:6, 1406:1, 1409:16, 1413:9, 1414:17, 1414:19, 1416:3, 1416:12, 1416:14, 1418:4,

1422:17, 1423:25, 1428:5, 1429:16, 1429:19, 1434:14, 1434:17, 1435:6, 1435:12, 1436:12, 1436:16, 1437:10, 1437:12, 1437:15, 1437:18, 1438:24, 1440:11, 1441:15, 1442:24, 1443:7, 1444:1, 1444:24, 1445:4, 1445:24, 1446:9, 1446:23, 1447:19, 1449:15, 1450:7, 1450:10, 1452:3, 1453:16, 1455:22, 1456:1, 1458:6, 1459:3, 1459:4, 1459:14, 1460:5, 1460:24, 1461:10, 1461:12, 1462:8, 1464:10, 1464:20, 1468:6, 1468:15, 1469:12, 1469:13, 1469:20, 1469:22, 1471:6, 1471:20, 1472:15, 1473:4, 1473:16, 1473:22, 1473:25, 1474:1, 1474:8, 1474:13, 1475:10, 1476:4, 1478:16, 1478:19, 1479:19, 1480:2, 1480:4, 1480:6, 1481:5, 1481:9, 1481:17, 1482:9, 1483:8, 1483:10, 1485:19, 1488:2, 1488:12, 1489:6, 1492:6, 1493:4, 1494:15, 1494:22, 1494:25, 1496:6, 1497:6, 1497:13, 1500:5, 1500:15, 1501:9, 1501:21, 1501:25, 1505:11, 1505:19, 1505:21, 1507:11, 1508:3, 1508:24, 1509:7, 1509:11, 1509:18, 1510:21, 1511:21, 1512:12, 1512:18, 1512:21, 1513:19, 1515:5, 1516:3, 1516:7, 1516:16, 1517:1, 1517:2, 1517:5, 1517:10, 1517:12, 1517:14, 1517:16, 1518:2, 1519:5, 1519:8, 1519:25, 1521:9, 1521:25, 1522:14, 1522:17, 1523:6, 1523:11, 1524:3, 1524:6, 1525:10, 1525:16, 1525:25, 1528:19, 1530:10, 1531:3, 1532:17, 1533:25, 1535:2, 1536:18, 1537:7, 1539:5, 1540:13, 1540:14, 1540:17, 1540:19, 1540:21, 1540:22, 1541:2, 1542:5, 1542:7, 1542:9, 1542:20, 1543:19, 1543:25, 1544:7, 1545:21, 1546:25, 1547:18, 1547:23, 1548:20, 1550:10, 1551:13, 1553:25, 1554:18, 1554:24, 1555:13, 1559:5, 1559:13, 1561:2, 1562:19, 1564:7, 1564:15, 1565:9, 1567:13, 1568:20, 1569:5, 1571:8, 1572:1, 1572:12, 1572:15, 1572:23, 1576:7, 1577:9, 1578:18, 1579:3, 1579:22, 1584:22, 1585:7, 1588:4, 1590:15, 1591:4
**you** - 1371:18, 1371:19, 1372:1, 1374:12, 1374:13, 1375:13, 1375:21, 1376:11, 1377:2, 1377:8, 1377:14, 1377:19, 1378:9, 1378:12, 1378:17, 1379:8, 1379:10, 1379:11, 1379:14, 1379:15, 1379:21, 1379:25, 1380:6, 1380:8, 1380:11, 1380:18, 1381:1, 1381:2, 1381:5, 1381:7, 1381:11, 1381:13, 1381:16, 1381:25, 1382:2, 1382:7, 1382:11, 1382:12, 1382:16, 1382:19, 1383:7, 1383:15, 1383:20, 1383:22, 1384:2, 1384:4, 1384:5, 1384:13, 1384:14, 1384:18, 1384:21, 1385:1, 1385:4, 1385:6, 1385:14, 1385:18, 1386:3, 1386:12, 1386:16, 1387:2, 1387:15, 1387:17, 1387:19, 1388:14, 1388:15, 1388:20, 1388:25, 1389:1, 1389:2, 1389:4, 1389:7, 1390:8, 1390:9, 1390:12, 1390:14, 1390:16, 1390:21, 1390:22, 1390:25, 1391:3, 1391:8, 1391:9, 1391:16, 1391:20, 1391:23, 1392:2, 1392:10, 1392:17, 1393:2, 1393:9, 1393:15, 1393:17, 1393:25, 1394:3, 1394:4, 1394:23, 1394:24, 1395:1, 1395:9, 1395:13, 1395:14, 1395:15, 1395:17, 1395:25, 1396:3, 1396:20, 1396:21, 1396:24, 1396:25, 1397:1, 1397:14, 1398:1, 1398:4, 1398:7, 1398:10, 1398:11, 1399:17, 1400:13, 1400:22, 1400:25, 1401:5, 1401:15, 1401:18, 1401:21, 1401:22, 1402:24, 1403:2,

1403:6, 1403:13, 1403:18, 1404:4,
1404:8, 1404:21, 1405:6, 1405:21,
1405:24, 1406:1, 1406:4, 1406:12,
1407:2, 1407:4, 1407:9, 1407:10,
1407:12, 1407:18, 1408:17, 1408:20,
1408:25, 1409:8, 1409:10, 1409:12,
1409:19, 1409:20, 1409:23, 1410:1,
1411:3, 1411:10, 1411:11, 1411:25,
1412:2, 1412:6, 1412:8, 1412:13,
1412:21, 1413:6, 1413:17, 1413:18,
1413:20, 1414:7, 1414:21, 1414:22,
1415:17, 1415:25, 1416:4, 1416:7,
1416:9, 1416:21, 1416:22, 1416:25,
1417:3, 1417:6, 1417:10, 1417:14,
1417:15, 1417:17, 1417:18, 1417:21,
1417:25, 1418:2, 1418:7, 1418:8,
1418:12, 1418:13, 1418:24, 1419:1,
1419:6, 1419:11, 1419:14, 1420:2,
1420:3, 1420:12, 1420:14, 1421:1,
1421:2, 1421:5, 1421:13, 1421:14,
1421:16, 1422:14, 1423:1, 1423:6,
1423:18, 1423:24, 1424:2, 1424:5,
1424:6, 1424:8, 1424:9, 1424:10,
1424:19, 1424:22, 1424:24, 1425:21,
1426:2, 1426:3, 1426:6, 1426:23,
1427:6, 1427:8, 1427:12, 1427:13,
1428:2, 1428:3, 1428:4, 1428:17,
1429:5, 1429:6, 1429:9, 1430:14,
1430:19, 1431:8, 1431:9, 1431:12,
1432:12, 1432:14, 1432:15, 1432:16,
1432:22, 1432:23, 1432:24, 1432:25,
1433:2, 1433:5, 1433:8, 1433:10,
1433:11, 1433:13, 1433:16, 1433:21,
1434:5, 1434:8, 1434:11, 1434:14,
1435:6, 1435:12, 1435:23, 1436:5,
1436:6, 1436:8, 1436:9, 1437:6,
1437:25, 1438:1, 1438:10, 1439:8,
1439:19, 1439:21, 1439:23, 1440:9,
1440:15, 1441:20, 1441:22, 1441:25,
1442:2, 1442:3, 1442:4, 1442:5,
1442:7, 1442:8, 1442:14, 1442:17,
1443:6, 1443:8, 1443:11, 1443:13,
1443:17, 1443:18, 1443:23, 1444:14,
1444:15, 1444:17, 1445:2, 1445:19,
1445:21, 1446:6, 1446:14, 1446:20,
1447:2, 1447:24, 1447:25, 1448:1,
1448:4, 1448:6, 1449:3, 1449:7,
1449:8, 1449:12, 1449:13, 1449:18,
1449:22, 1450:4, 1450:11, 1450:21,
1450:24, 1451:3, 1451:10, 1452:5,
1452:15, 1452:17, 1453:1, 1453:5,
1453:12, 1453:19, 1453:20, 1454:1,
1454:3, 1454:9, 1455:15, 1455:22,
1456:20, 1457:4, 1457:8, 1457:12,
1457:13, 1457:21, 1457:22, 1457:25,
1458:2, 1458:7, 1458:8, 1458:12,
1458:19, 1459:9, 1459:12, 1459:13,
1459:15, 1459:16, 1459:17, 1459:21,
1459:23, 1460:3, 1460:6, 1460:15,
1460:25, 1461:4, 1461:14, 1461:16,
1461:21, 1461:23, 1462:11, 1462:14,
1462:16, 1463:3, 1463:6, 1463:7,
1463:10, 1463:14, 1463:22, 1463:25,
1464:5, 1464:13, 1464:16, 1465:24,
1466:2, 1466:4, 1466:7, 1466:19,
1467:7, 1467:11, 1467:14, 1467:24,
1468:3, 1468:7, 1468:9, 1468:18,
1469:5, 1469:6, 1470:6, 1470:19,
1470:25, 1471:5, 1471:6, 1471:8,
1471:11, 1471:12, 1471:21, 1472:2,
1473:2, 1473:13, 1474:3, 1474:8,
1474:9, 1474:22, 1475:4, 1475:6,
1475:8, 1475:19, 1475:23, 1475:24,
1475:25, 1476:5, 1476:8, 1476:20,
1476:21, 1476:22, 1476:23, 1477:1,
1477:6, 1477:12, 1477:16, 1477:17,
1477:21, 1477:25, 1478:7, 1478:10,
1478:16, 1478:23, 1479:2, 1479:6,
1479:21, 1480:3, 1480:21, 1480:23,
1481:1, 1481:2, 1481:3, 1481:5,

1481:6, 1481:10, 1481:17, 1481:18,
1482:9, 1482:10, 1482:13, 1482:14,
1482:15, 1482:17, 1482:24, 1483:16,
1483:18, 1483:19, 1483:25, 1484:4,
1484:13, 1484:14, 1485:12, 1486:13,
1486:17, 1486:21, 1486:25, 1487:2,
1487:4, 1487:6, 1487:15, 1487:22,
1487:23, 1488:4, 1488:13, 1488:17,
1489:19, 1489:23, 1490:9, 1490:20,
1491:15, 1491:21, 1492:6, 1492:11,
1492:16, 1493:2, 1493:8, 1493:12,
1493:16, 1493:20, 1494:11, 1494:22,
1496:5, 1496:6, 1496:11, 1496:16,
1496:17, 1496:22, 1496:23, 1497:1,
1497:2, 1497:3, 1497:4, 1497:11,
1497:13, 1497:14, 1497:15, 1497:23,
1498:2, 1498:4, 1498:14, 1498:15,
1500:20, 1500:23, 1501:1, 1501:2,
1501:6, 1502:22, 1502:25, 1503:2,
1503:5, 1503:10, 1503:23, 1504:15,
1504:21, 1505:2, 1505:3, 1505:8,
1505:9, 1505:19, 1505:21, 1506:1,
1506:16, 1506:18, 1507:13, 1507:25,
1508:10, 1508:24, 1508:25, 1509:3,
1509:5, 1509:7, 1509:12, 1509:13,
1509:14, 1509:19, 1509:22, 1509:23,
1509:24, 1510:2, 1510:6, 1510:10,
1510:15, 1510:23, 1511:1, 1511:4,
1511:13, 1511:21, 1511:24, 1512:2,
1512:4, 1512:8, 1512:9, 1512:10,
1512:12, 1512:23, 1513:2, 1513:4,
1513:10, 1513:12, 1513:13, 1513:14,
1513:17, 1513:22, 1514:1, 1514:22,
1515:2, 1515:6, 1515:7, 1515:12,
1515:13, 1515:15, 1515:16, 1516:13,
1517:7, 1517:18, 1517:19, 1517:24,
1518:2, 1518:17, 1518:23, 1519:1,
1519:3, 1519:12, 1519:13, 1519:22,
1520:17, 1521:21, 1521:22, 1521:23,
1522:4, 1522:14, 1522:21, 1522:25,
1523:6, 1523:14, 1523:17, 1523:20,
1524:6, 1524:13, 1524:16, 1524:22,
1524:23, 1526:3, 1526:9, 1526:10,
1526:15, 1526:16, 1526:21, 1527:4,
1527:6, 1527:8, 1527:9, 1527:13,
1527:17, 1527:19, 1528:5, 1528:13,
1528:14, 1529:9, 1529:22, 1529:25,
1530:5, 1530:8, 1530:22, 1530:23,
1531:6, 1531:7, 1531:11, 1531:15,
1532:1, 1532:10, 1532:14, 1532:20,
1532:22, 1533:11, 1533:18, 1534:6,
1534:7, 1534:14, 1534:15, 1534:18,
1534:21, 1535:4, 1535:16, 1535:25,
1536:2, 1536:11, 1536:14, 1536:18,
1537:7, 1537:9, 1538:22, 1538:24,
1538:25, 1539:6, 1539:11, 1539:22,
1540:3, 1540:8, 1540:9, 1540:10,
1540:13, 1540:17, 1542:3, 1542:14,
1542:17, 1542:18, 1542:23, 1542:25,
1543:2, 1543:4, 1543:6, 1543:9,
1543:20, 1543:21, 1543:25, 1544:4,
1544:13, 1544:15, 1544:20, 1545:2,
1545:6, 1545:9, 1545:11, 1545:23,
1545:25, 1546:2, 1546:3, 1546:9,
1546:14, 1546:16, 1546:21, 1547:9,
1547:10, 1547:11, 1547:15, 1547:16,
1547:18, 1548:4, 1548:9, 1548:15,
1548:18, 1550:13, 1551:15, 1551:18,
1551:25, 1552:5, 1552:14, 1552:22,
1553:13, 1553:16, 1553:20, 1553:22,
1553:24, 1553:25, 1554:3, 1554:6,
1554:16, 1554:23, 1554:25, 1555:1,
1555:4, 1555:5, 1555:9, 1555:11,
1555:15, 1556:1, 1556:4, 1556:11,
1556:22, 1556:23, 1556:24, 1557:9,
1557:13, 1557:22, 1558:9, 1558:15,
1558:16, 1558:19, 1559:1, 1559:8,
1559:9, 1559:10, 1559:11, 1559:16,
1559:19, 1560:3, 1560:7, 1560:13,

1561:4, 1561:16, 1562:9, 1562:22,
1564:5, 1564:6, 1564:7, 1564:8,
1564:9, 1564:11, 1564:16, 1564:19,
1564:23, 1565:2, 1565:5, 1565:12,
1565:13, 1565:15, 1565:16, 1565:19,
1566:2, 1566:4, 1566:7, 1566:17,
1567:6, 1567:9, 1567:11, 1567:14,
1568:1, 1568:3, 1568:19, 1568:23,
1569:8, 1569:9, 1569:11, 1569:13,
1569:23, 1570:12, 1570:15, 1570:16,
1570:18, 1571:4, 1571:5, 1571:10,
1571:24, 1572:3, 1572:6, 1572:15,
1572:17, 1572:21, 1572:24, 1573:8,
1573:10, 1573:11, 1573:13, 1573:15,
1573:19, 1574:20, 1575:5, 1575:6,
1575:7, 1575:16, 1575:24, 1575:25,
1576:2, 1576:5, 1576:8, 1576:9,
1576:10, 1577:11, 1577:12, 1577:20,
1577:21, 1577:22, 1577:24, 1578:3,
1578:6, 1578:9, 1578:13, 1578:15,
1578:24, 1579:5, 1579:8, 1579:11,
1579:16, 1579:20, 1579:23, 1580:11,
1580:12, 1580:14, 1580:16, 1580:18,
1580:24, 1581:1, 1581:12, 1581:16,
1581:24, 1581:25, 1582:1, 1582:8,
1582:14, 1582:17, 1582:20, 1583:4,
1583:7, 1583:10, 1583:22, 1584:1,
1584:4, 1584:8, 1584:9, 1584:13,
1584:17, 1584:20, 1587:10, 1587:13,
1587:14, 1587:15, 1587:18, 1587:19,
1587:20, 1587:22, 1587:24, 1587:25,
1588:2, 1588:3, 1588:4, 1588:5,
1588:10, 1588:13, 1588:14, 1588:16,
1588:17, 1588:19, 1588:20, 1588:21,
1588:22, 1588:24, 1589:1, 1589:21,
1590:1, 1590:2, 1590:4, 1590:5,
1590:7, 1590:8, 1590:11, 1590:12,
1590:14, 1590:15, 1591:23, 1592:3,
1592:10, 1592:11, 1592:12, 1592:13
**You'd** - 1460:8
**you'll** - 1377:13, 1377:15, 1400:10,
1456:16, 1461:21, 1538:19, 1588:6
**You'll** - 1375:20, 1539:21, 1592:6
**You're** - 1377:4, 1442:5, 1446:6,
1453:11, 1457:3, 1457:20, 1461:6,
1469:4, 1478:22, 1480:17, 1481:22,
1482:14, 1483:13, 1486:14, 1491:20,
1493:1, 1497:9, 1506:21, 1511:12,
1518:5, 1518:14, 1520:8, 1523:3,
1524:1, 1524:18, 1530:18, 1530:25,
1537:4, 1537:23, 1538:6, 1538:11,
1544:24, 1568:7, 1571:23
**you're** - 1375:20, 1384:8, 1386:23,
1430:14, 1437:4, 1438:22, 1438:24,
1440:18, 1441:18, 1443:7, 1446:24,
1449:6, 1449:14, 1449:25, 1450:8,
1452:5, 1452:21, 1453:6, 1453:7,
1455:2, 1458:12, 1461:14, 1464:2,
1471:1, 1471:4, 1472:21, 1472:24,
1474:21, 1475:16, 1477:9, 1478:17,
1479:5, 1481:19, 1482:7, 1482:18,
1483:11, 1484:4, 1488:14, 1491:22,
1494:1, 1511:8, 1511:16, 1512:12,
1520:5, 1529:4, 1535:9, 1537:25,
1538:2, 1538:6, 1566:18, 1568:6,
1572:6, 1574:25
**you've** - 1374:18, 1375:10, 1401:13,
1468:20, 1524:22, 1550:18, 1552:20,
1577:1
**You've** - 1527:23, 1528:17
**Your** - 1371:5, 1373:11, 1386:22,
1404:16, 1417:20, 1438:23, 1461:6,
1483:2, 1502:8, 1520:20, 1523:23,
1572:14, 1579:18, 1579:23, 1584:16,
1586:2, 1586:23, 1587:3, 1587:7,
1589:7, 1589:12, 1590:23, 1591:7,
1591:15, 1591:16, 1592:4
**your** - 1371:22, 1373:24, 1375:16,
1376:11, 1377:15, 1377:19, 1378:23,
1380:8, 1383:20, 1384:9, 1385:23,

1390:17, 1390:18, 1391:9, 1391:13,
1395:11, 1395:22, 1396:1, 1396:7,
1396:14, 1396:24, 1398:12, 1398:19,
1399:15, 1399:17, 1399:18, 1400:13,
1400:18, 1401:12, 1401:13, 1402:7,
1403:8, 1403:9, 1403:13, 1403:22,
1405:21, 1406:25, 1407:1, 1409:1,
1411:10, 1411:19, 1412:4, 1413:3,
1413:14, 1414:21, 1415:25, 1416:12,
1419:16, 1422:4, 1422:6, 1423:7,
1424:24, 1425:15, 1425:17, 1426:23,
1428:3, 1431:17, 1431:25, 1432:14,
1433:19, 1433:22, 1435:22, 1436:2,
1436:23, 1437:24, 1438:6, 1438:14,
1438:20, 1439:3, 1439:14, 1439:24,
1440:14, 1441:6, 1441:13, 1441:22,
1442:21, 1443:21, 1444:7, 1444:9,
1444:17, 1445:21, 1446:21, 1447:2,
1447:13, 1449:20, 1449:24, 1450:18,
1450:21, 1454:10, 1454:16, 1454:18,
1455:9, 1455:25, 1456:23, 1456:25,
1457:1, 1457:22, 1461:5, 1461:7,
1461:9, 1461:13, 1461:16, 1462:6,
1462:9, 1462:14, 1464:13, 1464:14,
1466:12, 1466:16, 1466:23, 1466:24,
1467:1, 1467:20, 1468:15, 1469:1,
1470:14, 1470:20, 1470:22, 1471:6,
1473:12, 1473:15, 1473:18, 1475:17,
1476:1, 1476:4, 1476:9, 1476:12,
1476:13, 1478:9, 1478:11, 1478:12,
1479:1, 1479:5, 1479:7, 1479:16,
1479:18, 1479:22, 1482:23, 1482:25,
1483:7, 1483:13, 1483:20, 1484:1,
1484:15, 1484:22, 1485:4, 1485:10,
1485:12, 1486:13, 1486:20, 1487:16,
1488:3, 1488:6, 1488:11, 1488:13,
1488:24, 1489:17, 1490:17, 1492:2,
1492:5, 1494:19, 1494:21, 1496:11,
1497:18, 1498:20, 1498:24, 1499:3,
1500:16, 1500:23, 1502:4, 1503:8,
1508:8, 1514:13, 1516:19, 1518:21,
1519:3, 1519:12, 1519:16, 1519:25,
1520:3, 1521:7, 1521:9, 1524:3,
1525:11, 1529:3, 1529:10, 1529:13,
1530:6, 1531:6, 1531:7, 1532:8,
1532:22, 1534:6, 1534:12, 1535:10,
1535:12, 1537:11, 1537:17, 1538:2,
1538:14, 1538:16, 1539:1, 1539:2,
1539:10, 1546:13, 1546:16, 1547:3,
1547:22, 1548:4, 1548:16, 1550:18,
1551:12, 1553:17, 1553:21, 1555:17,
1555:21, 1557:10, 1558:10, 1559:4,
1559:23, 1561:12, 1562:12, 1562:21,
1564:10, 1565:22, 1566:16, 1567:3,
1569:1, 1569:23, 1569:24, 1571:18,
1572:1, 1573:8, 1573:18, 1573:24,
1575:1, 1575:17, 1575:24, 1576:11,
1581:7, 1583:5, 1587:15, 1587:21,
1590:22
  **yourself** - 1403:19, 1442:23, 1463:1,
1474:8, 1492:12, 1511:5, 1531:1
  **yourselves** - 1588:4

## Z

  **zoom** - 1571:22, 1583:23
  **zooming** - 1571:23