December 8, 2017

Clerk of the Court
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201



                Re: United States v. Simels
                   08-cr-640 (S-3)-01

To Whom It May Concern:

    Enclosed please find a Motion, pursuant to 18 U.S.C. Section 3582(c)(2) and USSG Amendment 782, together with four (4) Exhibits, and a Certificate of Service, evidencing service of these documents upon the United States Attorney's Office.

    I have not included a reference to a specific judge in the caption as the trial court, Hon. John Gleeson, has retired from the bench. I would note that Judge Chen is presently designated to a Coram Nobis Petition that is pending.

    Thank you for your attention to this matter. I would appreciate receiving an updated Docket Sheet that will reflect the filing of this Motion.

                                      Very truly yours,

                                      Robert M. Simels
                                      Reg. No. 76780-053
                                      FCI Danbury
                                      Pembroke Station
                                      Danbury, CT 06811